Exhibit E

Shelby F. Thames, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                  CHARLESTON DIVISION

 3

 4   IN RE:  ETHICON, INC.,          MASTER FILE NO.
     PELVIC REPAIR SYSTEM            2:12-MD-02327
 5   PRODUCTS LIABILITY LITIGATION

 6                                   MDL 2327

 7

 8                                   JOSEPH R. GOODWIN
                                     U.S. DISTRICT JUDGE
 9

10   *****************************************************

11

12

13     *************************************************
                    GENERAL DEPOSITION OF
14               SHELBY F. THAMES, Ph.D.
       *************************************************
15

16

                    Taken at Butler Snow
17      1020 Highland Colony Parkway, Suite 1400,
                   Ridgeland, Mississippi,
18            on Thursday, March 24, 2016,
           beginning at approximately 8:10 a.m.
19

20

21

22     ***********************************
23             AMY M. KEY, RPR, CSR
                   Notary Public
24

25
```

Shelby F. Thames, Ph.D.

```
 1                    A P P E A R A N C E S
 2
     REPRESENTING THE PLAINTIFFS:
 3        DOUGLAS C. MONSOUR, ESQ.
          KATY KROTTINGER, ESQ.
 4        Monsour Law Firm
          404 North Green Street
 5        Longview, Texas  75601
          (903) 758-5757
 6        doug@monsourlawfirm.com
          katy@monsourlawfirm.com
 7
 8        JACOB W. PLATTENBERGER, ESQ. (Via Telephone)
          Tor Hoerman Law LLC
 9        101 West Fulton Street
          Chicago, Illinois  60661
10        (618) 656-4400
          jake@THLawyer.com
11
12
          MICHAEL H. BOWMAN, ESQ.
13        Wexler & Wallace LLP
          55 West Monroe Street, Suite 3300
14        Chicago, Illinois  60603
          (312) 346-2222
15        mhb@wexlerwallace.com
16
17        SHEILA M. BOSSIER, ESQ. (Via Telephone)
          Bossier & Associates, PLLC
18        1520 North State Street
          Jackson, Mississippi  39202
19        601.352.5450
          sbossier@bossier-law.com
20
21
     REPRESENTING THE DEFENDANTS:
22        CHAD R. HUTCHINSON, ESQ.
          Butler Snow LLP
23        1020 Highland Colony Parkway, Suite 1400
          Ridgeland, Mississippi  39157
24        (601) 985-5711
          chad.hutchinson@butlersnow.com
25
```

Shelby F. Thames, Ph.D.

1                    TABLE OF CONTENTS

2                                                  PAGE

3   Title Page.................................... 1

4   Appearance Page............................... 2

5   Table of Contents............................. 3

6   Exhibit Page.................................. 4

7   Stipulation Page.............................. 5

8

9

10                       *******

11         EXAMINATION OF SHELBY F. THAMES, Ph.D.

12

13  By Mr. Monsour................................ 6

14  By Mr. Hutchinson............................. 138

15  Further By Mr. Monsour........................ 140

16  Further By Mr. Hutchinson..................... 141

17

18  Certificate Page.............................. 142

19  Signature Page................................ 143

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

```
 1                    * * * * * * *

 2                E X H I B I T S

 3                                            PAGE

 4

 5    Exhibit No. 1, Expert Report of Shelby F.
        Thames, PhD, March 1, 2016................. 6

 6

 7    Exhibit No. 2, Excerpt from Article, "The Reaction
        of Formaldehyde with Proteins".............. 19

 8

 9    Exhibit No. 3, Excerpt from Article, "Reaction of
        Formaldehyde with Proteins"................. 19

10

11

      Exhibit No. 4, Article, "Chemical and

12      Morphological Analysis of Explanted Polyurethane
        Vascular Prostheses:  The Challenge of Removing

13      Fixed Adhering Tissue...................... 32

14

15    Exhibit No. 5, As Exemplar, Amended Case-Specific
        Report of Shelby F. Thames, PhD, Joyce

16      Justus v. Ethicon, March 22, 2016.......... 68

17

18    Exhibit No. 6, Hand-Drawn Diagram of Cross-Section
        of Prolene Fiber, "Hypothetical"............ 94

19

20

21                    * * * * * * *

22

23

24

25
```

Shelby F. Thames, Ph.D.

```
 1                    *******

 2              S T I P U L A T I O N

 3            It is hereby stipulated and agreed by

 4    respective attorneys of record, that this

 5    deposition may be taken at the time and place

 6    hereinbefore set forth, by AMY M. KEY, Court

 7    Reporter and Notary Public, pursuant to the Rules;

 8            That the formality of reading and

 9    signing is specifically RESERVED;

10            That all objections, except as to the

11    form of the questions and the responsiveness of

12    the answers, are reserved until such time as the

13    deposition, or any part thereof, may be used or

14    sought to be used in evidence.

15                    *******

16

17

18

19

20

21

22

23

24

25
```

Shelby F. Thames, Ph.D.

1          (EXHIBIT NO. 1 PRE-MARKED.)

2            SHELBY F. THAMES, Ph.D.,

3          having been first duly sworn,

4       was examined and testified as follows:

5                  EXAMINATION

6  BY MR. MONSOUR:

7       Q.   Good morning.

8       A.   Good morning.

9       Q.   Would you please state your name?

10      A.   Shelby F. Thames, T-H-A-M-E-S.

11      Q.   And, Dr. Thames, what do you do for a

12  living?

13      A.   I am a polymer scientist at the University

14  of Southern Mississippi.  I initially retired a few

15  years ago, but I'm back working half time.  We do

16  research and study the area of polymers.

17      Q.   What type of polymers would you say you

18  specialize in?

19      A.   Well, there are multiple types of polymers

20  that we specialize in.  There are heterocyclic type

21  polymers in the sense that they have multiple type

22  atoms, and then we also do work in molecules that

23  contain, essentially, hydrogen and carbon.  But,

24  generally, I've been there long enough, I've done a

25  lot of -- most every -- any kind of polymer we've

Shelby F. Thames, Ph.D.

1    got.

2         Q.   What's been marked as Exhibit 1, I think

3    you have a copy in front of you, --

4         A.   Yes, sir.

5         Q.   -- is your expert report.

6              Do you see that?

7         A.   I do, sir.

8         Q.   I'm just going to read from this one.

9    Mine has some notes on it.

10             But if we look at your report, it is -- it

11   looks like it's 128 pages long; is that correct?

12        A.   I believe so.

13        Q.   Give me an idea, Dr. Thames, how did this

14   report come to be?

15        A.   I wrote it.

16        Q.   Did you write every word of it?

17        A.   Yes, sir.

18        Q.   Now, if I look at it -- and you've done

19   something which I really appreciate.  I've already

20   complimented you on your writing, but you did

21   something else that I also appreciate.  You

22   footnoted it, --

23        A.   Yes, sir.

24        Q.   -- which helps me in looking at things.

25        A.   Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   In the footnotes -- it looks like you have

2   344 footnotes in your report.  Does that seem

3   accurate?

4      A.   That seems about right.

5      Q.   In those footnotes, Dr. Thames, there are

6   a lot of textbooks.  There are a lot of articles.  I

7   think there might even be some depositions.

8           The question that I have is, with regard

9   to the scientific articles or textbooks that you

10   picked to put in here, how did you select those?

11      A.   Well, there were specific issues that

12   during the course of writing this report that I felt

13   needed a reference.  And there's so many people that

14   will write and assume that whatever they write is

15   true and accurate, and I like to reference materials

16   as I see fit.

17      Q.   Okay.

18      A.   So then we begin to look for a reference,

19   some of which I knew pretty much exactly where to

20   go --

21      Q.   Okay.

22      A.   -- and others are the topical areas.  So

23   that's how I developed the bibliography.

24      Q.   Would it be a situation where you would

25   have an idea of, I want to write this, write it, and

Shelby F. Thames, Ph.D.

1   then go get some sort of a footnote for support for

2   it?

3        A.   I know this is -- in my mind, I know this

4   is true, but I want some verification of this in

5   addition to what I believe so that others can read

6   it and say, well, other people believe that too and

7   here is reference to that work.

8        Q.   For the articles and textbooks that you

9   cite, do you believe that those are reliable sources

10  that we can look to to be, you know, good, solid

11  scientific articles and textbooks?

12       A.   Well, for the most part, yes.  We talk

13  about peer reviewed articles, and I think some of

14  them are really good, and I think some of them are

15  average, and I think some of them are fairly poor.

16       Q.   Okay.  And I want to ask this in a general

17  way without having to go through it.  But if you

18  cited an article or a textbook as authoritative in

19  here or as a footnote, you believed it was a

20  reliable and authoritative textbook, unless you were

21  citing it in a way to talk about how it was

22  incorrect.  Is that a fair statement?

23       A.   Well, I think what you're asking me, so I

24  make sure I understand it, is that it's either pro,

25  in response to my feelings, or not pro.  And I think

Shelby F. Thames, Ph.D.

1    there's not much in between, is there?

2        Q.    I agree.

3        A.    Yes, sir.

4        Q.    So let me make sure we are on the same

5    page because my question was kind of sloppy, as

6    sometimes they tend to be.

7            If you've cited an article just as a

8    reference and you're talking about the weaknesses of

9    it, you're obviously not citing it as authoritative

10   or reliable.  You are criticizing it.

11           Fair enough?

12       A.    Yes, sir.

13       Q.    But when you are citing a reference for

14   support for one of your propositions, you believe

15   those are reliable and authoritative?

16       A.    Yes, sir, and in the main.  Yes, sir.

17       Q.    And tell me what you mean by "in the

18   main."

19       A.    Well, I can't sit here as I talk to you

20   today and remember every word or every paragraph

21   that was in an article that I might have read two

22   years ago or three years ago, but I wouldn't have

23   cited it if I didn't think it was appropriate to do

24   so.

25       Q.    Okay.  That's fair enough.

Shelby F. Thames, Ph.D.

```
 1              As far as your overall -- it appears to me
 2    from reading your report that most of your opinions
 3    seem to flow back to one basic premise that differs
 4    from other expert opinions in this litigation.  Is
 5    that a fair statement?
 6              MR. HUTCHINSON:  Object to form.
 7              THE WITNESS:  Well, let me phrase that
 8         in a way I think of it, if you don't mind my
 9         doing that.
10    BY MR. MONSOUR:
11         Q.   That's okay.
12         A.   Obviously, the plaintiffs' experts'
13    opinions are, in my opinion, incorrect.  And they
14    flow back to -- one simple thing for me is that
15    Prolene is a very good polymer for its use.  I
16    believe it is about as good as you can get, as I've
17    written in this document, for the use that it's been
18    specified for.
19              It has been, in my opinion, maligned in
20    the sense that it has been referred to as being not
21    a good system, not fit for use, so forth.  And
22    there, in my opinion, are no solid scientific facts
23    that support this contention.
24              Now, there's a lot of words and there's a
25    lot of "I think" or "may be," but there are no solid
```

Shelby F. Thames, Ph.D.

1    scientific facts that support that contention.

2        Q.   Okay.  So let's talk about -- let's talk

3    about some of these theories.  And what I was

4    getting at -- this is -- okay.  I don't talk like a

5    polymer chemist because I'm not one.  I try and talk

6    like just a regular, everyday language kind of guy.

7            So my question is, the one position that

8    it seems to me that a lot of your opinions go back

9    and that everything seems to flow from is the issue

10   of degradation on the surface.

11           You are saying that surface degradation of

12   the Prolene does not take place.  Instead, what's

13   going on is a chemical reaction that is forming some

14   sort of an outer layer, and that is what the other

15   guys are seeing.

16           Am I close?

17       A.   Yes, sir, very.  You're getting warm, as

18   we say.

19       Q.   Tell me where I'm -- restate it so it's

20   100 percent accurate in regular people words.

21       A.   Well, first of all, in regular people

22   words, I think you've done a very good job.

23       Q.   Thank you.

24       A.   But being specific, when explants are

25   taken in the surgery suites, almost -- I'm not

Shelby F. Thames, Ph.D.

1    there, so I can't say 100 percent that they are.

2    But in the vast majority of cases, they are put into

3    formaldehyde.  And that is to preserve them so that

4    the tissue doesn't rot.

5            When they do that, formaldehyde is a

6    highly reactive chemical, and it begins to react

7    instantly with the proteins of the flesh.  And the

8    flesh is all around the explant at that time.  And,

9    in particular, collagen is surrounding the explant

10   itself as the first coating to be applied to a

11   Prolene explant.  Because once it's in the body,

12   collagen rushes to it, forms a layer, and then all

13   the other body parts, the flesh, comes in and it

14   sees collagen.

15           Well, collagen reacts with formaldehyde,

16   as does the other flesh, with the proteins.  If

17   there's a protein there, formaldehyde will react

18   with it.  And it produces a hard, brittle, porous,

19   insoluble product.

20           And the reason that they use formaldehyde

21   is to, number one, preserve the flesh.  But in terms

22   of farther experimentation, if someone is going to

23   prepare a slide for a histology, for instance, and

24   they use a microtome -- are you familiar with a

25   microtome?

Shelby F. Thames, Ph.D.

1          Q.    Yes, sir.

2          A.    In order to use a microtome, they want

3    that piece of material they're going to cut to be

4    firm so that when they slice it across here, it

5    doesn't do this (slaps hand over on table).

6          Q.    Right.  It's got to hold it in place.

7          A.    It's got to hold it in place.

8                So the hold in place or the shield or the

9    armor is the coating system or composite.  I can

10   call it a composite or a coating.  It's a coating

11   because it adheres tenaciously to the Prolene, and

12   it's a composite because it's thick.

13               So that way, in that regard, when the

14   microtome comes across, it holds it in the main,

15   steady, and you can get a slice.  If it doesn't do

16   that, you can't get a 3- to 4-micron slice to make a

17   slide from.

18         Q.    Okay.  I generally understand what you're

19   saying.  Now, I want you to understand one thing,

20   though.  When I say we have to talk like regular

21   people, --

22         A.    Yes, sir.

23         Q.    -- there's four lawyers in this room.

24         A.    Yes, sir.

25         Q.    In order of who understands this stuff the

Shelby F. Thames, Ph.D.

1   best, there's one and two right there (indicating).

2   I'm not going to say which one is one and which one

3   is two.

4          MR. HUTCHINSON:  For the record, he

5      pointed at defense counsel first.

6   BY MR. MONSOUR:

7      Q.   There's those two over there, and then

8   there's number three, and here is four (indicating

9   himself).

10     A.   Okay.

11     Q.   And here is why today can be a little odd,

12  because number four is asking the questions on these

13  issues.  So we're going to have to go real slow.

14     A.   Was I too fast?

15     Q.   No, no.  You were good.  I'm just kind of

16  giving you an idea of the pecking order.  So if

17  you've talked to Chad about some stuff and he's

18  like, "Yeah, got it, got it, got it," I'm not that

19  way.  I'm a little slower.

20     A.   Okay.

21     Q.   But that's okay.

22     A.   If I can, I will go back and add to the

23  question you asked me.

24     Q.   Yes.

25     A.   The plaintiffs' experts have ignored the

Shelby F. Thames, Ph.D.

1    fact that that protein-formaldehyde layer forms

2    and/or exists.  And, as a result, I have very

3    different opinions than they do about the chemistry

4    that's going on.  And I would quote you my by-line

5    so that you'll know where I'm coming from for the

6    next several days.  It's all in the chemistry,

7    period.

8         Q.   Okay.  Good, good.

9              Now, one of the things that you have done

10   when I look at that, when you talk about the

11   chemistry, you have -- I think at some point in time

12   you have referenced some science from a long way

13   back, from the '40s, and you've said, "Hey, this

14   isn't new.  This is back in the '40s, and here's an

15   article," right?

16        A.   Yes.

17        Q.   And there's some guy who wrote it and he's

18   got a hyphenated name, right?

19        A.   Yes.

20        Q.   See, I remember some stuff.  Okay.  So

21   there's articles from the 1940s and --

22        A.   '49, to be specific.

23        Q.   1949.  And those are the articles that

24   basically set up the chemistry, the foundation of

25   the chemistry that your opinions flow from?

Shelby F. Thames, Ph.D.

```
1        A.   Well, yes, in the sense that that science
2   has been known for 50, 66 years, and it has been
3   ignored here.  And it was developed primarily for
4   the reason that you and I are talking about, where
5   those individuals needed a way to look at tissue.
6   They needed a way to make slides.  And so it's been
7   in the literature.
8             As a matter of fact, Dr. Lester has
9   written a manual that's in almost all operating
10  suites.  And in that manual -- and that's referenced
11  in my report.  Susan Lester has written a manual,
12  and in that manual she talks about the fixation
13  process.
14            Now, I don't know if my lawyer is going to
15  fuss at me about going into this lecture we're
16  having, but this is the only way I know to try to
17  help you understand where I'm coming from today.
18  And that's what you want me to do, right?
19       Q.   Yeah, yeah.
20       A.   Fixation -- and there's another thing in
21  chemistry.  You have to listen to the words.  This
22  is called fixation.  That reaction is called, by the
23  general -- by the M.D.s and the pathologists and so
24  forth, fixation.
25            What does that mean?  It means holding
```

Shelby F. Thames, Ph.D.

1   something in place.

2       Q.   Okay.  Got it.

3       A.   Just like I described to you a moment ago

4   when I talked about forming the hard shell around

5   the fiber, I took my glass of water and put my hand

6   around it like I'm holding this bottle of water in

7   place.

8       Q.   Right.

9       A.   So the fixation process was developed to

10  hold things in place and to preserve the flesh.  I'm

11  sure if you took high school biology you've run into

12  contact with formaldehyde, more than likely.

13           So that's just been known for 60 years.

14  Why aren't some people recognizing it in the

15  science?

16      Q.   Okay.  Let me ask you some questions about

17  that.

18           Now, your theory is our guy is not too

19  sharp, ignoring 66 years of chemistry that these

20  people have written about, that Dr. Lester has

21  talked about, and it's well-known in the scientific

22  community, right?

23      A.   Yes, sir.

24      Q.   Wouldn't it be a little bit of a stretch

25  to think that all these people on our side are

Shelby F. Thames, Ph.D.

1    missing such a basic point?

2              MR. HUTCHINSON:  Object to form.

3              THE WITNESS:  You know, I really don't

4         know why they're missing it, but I do know

5         they are, but I can't tell you why.

6    BY MR. MONSOUR:

7         Q.   So let me ask -- let's go back to some of

8    that.

9              Can you give me some of those articles?

10             MS. KROTTINGER:  (Hands over documents.)

11             (EXHIBIT NO. 2 MARKED.)

12   BY MR. MONSOUR:

13        Q.   So, Dr. Thames, I'm going to mark this as

14   Exhibit No. 2.  Your report was 1.  Here's Exhibit

15   No. 2.  I think this is one of the articles you

16   cite.  And I was right.  There's a hyphen.  It's

17   Heinz Fraenkel-Conrat.  There's the spelling.

18             And it's an article, "The Reaction of

19   Formaldehyde with Proteins," and this is part 7.  I

20   think this is the one you cite.  I don't know if I

21   have an extra one.

22             Is that the one you're talking about?

23             And here's another one I'll show you,

24   Dr. Thames.  This one is No. 3.

25             (EXHIBIT NO. 3 MARKED.)

Shelby F. Thames, Ph.D.

```
1   BY MR. MONSOUR:
2       Q.   This is one that kind of, in my mind,
3   speaks -- or at least in her mind speaks a little
4   more specifically.  It's another one of the articles
5   in a series of this, Exhibit 3.  It's written by the
6   same author, Fraenkel-Conrat.
7       A.   Yeah, sure.  Both of these articles speak
8   to the science that I'm referring to.
9       Q.   So here's one of the questions that I
10  have.  In your report on page 17, you have an
11  equation.  And that equation explains what you're
12  talking about, correct?
13      A.   Yes, sir.
14      Q.   And you got it from Fraenkel-Conrat, as
15  you have referenced?
16      A.   Well, that -- I put that together.  I used
17  his science to reference it.  But as a polymer
18  scientist, I've known this reaction occurred for
19  years.  So I put it together myself based on the
20  science I understand and know and as referenced by
21  these papers.
22      Q.   So if you look at the equation that you
23  have on page 17 of your report, basically what it
24  shows is it's a protein plus a formaldehyde goes to
25  create this cross-linked protein-formaldehyde
```

Shelby F. Thames, Ph.D.

```
 1   polymer, correct?

 2        A.   Yes, sir.  And this is just one example.

 3   This is from an amide functional hydrogen.  There

 4   can be amines that are there.  This is just to give

 5   you an overall view of this equation.  But it's

 6   amines or amide functionality that cross-link with

 7   formaldehyde to give you the condensed polymer and

 8   the formation of the hard shell.

 9        Q.   And I guess what I'm getting at is, if you

10   look in these articles, they actually call it pretty

11   much the same -- they refer to it as a cross-linking

12   in the 1948 or '49 article, correct?

13        A.   Yes, sir.

14        Q.   And that's what you're referring to it as,

15   correct?

16        A.   Yes, sir.

17        Q.   Now, one of the questions that -- if we

18   look at this group, it talks about to have this

19   chemical reaction take place, you need to have the

20   proteins, the formaldehydes, but you need to have --

21   one of the things that's necessary is an amino

22   group.  That's talked about in the article, correct?

23        A.   Yes.

24        Q.   But you don't have an amino group in your

25   equation.
```

Shelby F. Thames, Ph.D.

1      A.   This is an amide group, which is the

2  derivative that I just stated.  But there are also

3  amino group functionalities in the proteins.  Those

4  groups will react exactly the same way as this amide

5  type functionality that I've shown you.

6      Q.   But I guess my question is, is your

7  cross-linking that you have, is this that you're

8  explaining here, is this -- is there anything with

9  your equation that's different than what

10  Dr. Fraenkel-Conrat was talking about 66 years ago?

11        Are you pretty much directly on point with

12  him?

13      A.   Yes, sir.

14      Q.   All right.  And has this chemistry ever

15  changed?

16      A.   No, sir.

17      Q.   Chemistry is chemistry is chemistry is

18  chemistry?

19      A.   That's it.

20      Q.   Now, one of the things that you have

21  talked about is the strength of this cross-linked --

22  you call it a --

23        MR. MONSOUR:  Hold on.  I want to get

24      him and I on the same page.

25  BY MR. MONSOUR:

Shelby F. Thames, Ph.D.

1      Q.   What you're calling -- see, she wants to

2   tell me it's a methylene-something group.

3      A.   She's right.

4      Q.   She might as well be speaking Chinese to

5   me.  I don't know what that is.  I'm going to call

6   it the stuff on the outside.

7           As far as the stuff that's on the outside,

8   basically what you're saying is that's not degraded

9   polypropylene.  That's not degraded Prolene.  That

10   is this protein-formaldehyde mixture/combination

11   that forms this cross-linked protein-formaldehyde

12   polymer, right?

13      A.   In your terminology, yes.  This is the

14   composite, the material that's formed around the

15   fiber by virtue of formaldehyde reacting with

16   proteins.

17      Q.   Now, in the literature -- and you have

18   referenced -- you've said this is the science.  This

19   has been the science for 66 years.  We've known it.

20   And probably, in truth, they knew it before this.

21           The question that I have is, since that

22   time, over time, has there been a known way to clean

23   these pieces of polypropylene, or whatever this

24   cross-linked polymer forms on, so that we can look

25   at the underlying prosthesis?

Shelby F. Thames, Ph.D.

1        A.    The material that I read -- and people

2   have tried a variety of techniques.   The proposition

3   that I was faced with is you have these explants.

4   You want to look at the explants, and you do not

5   want to harm them.   And "them" being the fiber.

6   When I say an "explant," I'm primarily talking about

7   fiber, okay, the Prolene fiber.   You don't want to

8   harm that so that when you finally do get everything

9   removed from the fiber you haven't damaged it in the

10  process of doing that.

11       Q.    Okay.

12       A.    So the approach that we took in cleaning

13  this was one which -- it goes back to this equation

14  that you're pointing out on page 17.

15       Q.    Okay.

16       A.    If you'll notice, this equation, it shows

17  the protein plus the formaldehyde.   And, normally,

18  in a chemical reaction you'll have a yields sign

19  with an arrow pointing in one direction.   But if you

20  notice something about these arrows, they go in both

21  directions, meaning that is an equilibrium reaction.

22            So you've got -- assume that this one

23  arrow is going in both directions, as it shows here.

24  So if I want to clean this material and I want to

25  get back to the fiber that's encased by this product

Shelby F. Thames, Ph.D.

1    right here, and I'm pointing to the protein and the

2    formaldehyde composite that would form, then I would

3    add water and heat and the reaction reverses.

4         And so I've taken a very mild set of

5    circumstances chemically speaking, reversed the

6    reaction, used a little sodium hypochlorite to get

7    rid of some of the flesh to get to a fiber that is

8    as pristine, in my view, as you could ever have

9    coming from -- as an explant to be analyzed.

10        So I have an explant that has not been

11   damaged in any way.  And what I look at is what was

12   there in the body.

13    Q.   But if I look at your cleaning protocol,

14   it seems like there's a lot more steps involved than

15   just a little water and a little heat.

16    A.   Oh, there is.  The steps are there to

17   ensure that we ultimately get all the material off

18   the explant.  It's very difficult.  Because the

19   adhesion that takes place between the proteins and

20   the explant itself is tenacious.  It's a very strong

21   bond.

22        So we've got to break through that crust

23   of composite material.  We've got to break through

24   the armor and finally get to remove all of the

25   proteins, if that's possible.

Shelby F. Thames, Ph.D.

1          Q.    So in light of the fact that this bond

2     that forms is so tenacious, would the tenacity of

3     such a bond have been known to scientists for

4     decades?

5               MR. HUTCHINSON:  Object to form.

6               THE WITNESS:  It should have been.

7     BY MR. MONSOUR:

8          Q.    And the reason -- I'm going to ask you a

9     few questions that sound kind of like state-of-mind

10    questions.  But you've told me that our people have

11    ignored it, which is kind of a state-of-mind

12    comment, so I'm going to kind of come back with a

13    few state-of-mind questions.

14         A.    Sure.

15         Q.    Whether they're admissible or not, who

16    knows?

17              But my point is, was it well understood in

18    the scientific community, in your opinion, that

19    these bonds were tenacious?

20         A.    Yes, sir.

21         Q.    And was it well known that you had to take

22    that into account when you were cleaning prosthesis

23    that would have this coating, this cross-linked

24    protein-formaldehyde polymer coating on top of it?

25              MR. HUTCHINSON:  Object to form.

Shelby F. Thames, Ph.D.

```
 1            THE WITNESS:  Would you restate that,
 2      please?
 3  BY MR. MONSOUR:
 4      Q.   Yeah.  Was it well known in the scientific
 5  community that when cleaning the cross-linked
 6  protein-formaldehyde polymer that would form on the
 7  outside, that you would need to take into account
 8  the tenacity in order to get -- to remove everything
 9  that had formed on the outside of an implant?
10            MR. HUTCHINSON:  Same objection.
11            THE WITNESS:  It should have been.
12  BY MR. MONSOUR:
13      Q.   So what you're saying is basically, as I
14  understand it, what you're saying is, "I'm the
15  mainstream guy here.  I'm looking at all this --
16  everything I'm telling you has been known for
17  six-and-a-half decades.  You guys have just ignored
18  it," right?
19      A.   Well, either they ignored it or they
20  didn't know about it.  I mean, I don't know what
21  they -- I don't know why they don't talk about it,
22  but that's the case.  It's irrefutable that this
23  happens.
24      Q.   But I guess my point is, I mean, if you're
25  telling me this is common knowledge and it's well
```

Shelby F. Thames, Ph.D.

```
 1    known -- and you've got two articles here from the

 2    '40s.  And it looks like it's a series of at least

 3    seven, so this isn't something that came out two

 4    weeks ago.  If it's so well known, how could so many

 5    scientists have missed it?

 6              MR. HUTCHINSON:  Form.

 7              THE WITNESS:  Well, a lot of people have

 8         missed it, and I believe that's because they

 9         aren't looking at the fundamental chemistry.

10         And the people who have been looking at this

11         particular issue are not necessarily

12         chemists.  A lot of them have medical

13         backgrounds.  A lot of them are engineers.

14         And they may not be that well versed in basic

15         organic chemistry.

16    BY MR. MONSOUR:

17         Q.   Do you know Dr. Jimmy Mayes?

18         A.   I do.

19         Q.   Do you know him well?

20         A.   Well, I would say, yes, I know him pretty

21    well.

22         Q.   He's pretty competent in chemistry,

23    wouldn't you say?

24         A.   I would definitely say so.

25         Q.   He's a nice guy, wouldn't you agree?
```

Shelby F. Thames, Ph.D.

1      A.    Absolutely.  I like him.

2      Q.    One of the questions that I would like to

3    go over with you is, in light of the fact that this

4    bond, the tenacious bond that forms, as you have

5    described, and it's been known about for years, I

6    would assume that scientists that understand this

7    bond have come up with ways of cleaning these

8    implants to weaken the bond so everything -- this

9    entire polymer that you describe would go away.

10            Is that fair, that over the years people

11   have come up with some sort of a cleaning protocol

12   for that?

13            MR. HUTCHINSON:  Object to form.

14            THE WITNESS:  I didn't find one.  But I

15        did find some articles, and I referenced it

16        in my report here, of Dr. Robert Guidoin.  He

17        wrote an article, and the main context of

18        that article dealt with the difficulty in

19        cleaning explants.

20   BY MR. MONSOUR:

21      Q.    Okay.

22      A.    And he talked about the fact that you need

23   to be very careful because you'll have -- you

24   probably would have to use harsh chemicals and so

25   forth.

Shelby F. Thames, Ph.D.

1          So that tells me -- and I think that was

2    in the '80s, the late '80s -- that he, himself, had

3    missed this rather simple chemistry and was not

4    giving consideration to this bond.

5          Q.   So you think Dr. -- is it pronounced

6    "Gee-don"?

7          A.   I'm really not sure.

8          Q.   I've been saying "Gwe-doin" or whatever.

9    But we know who we're talking about?

10         A.   I think we're talking about the same

11   gentleman.

12         Q.   So I want to go back through your

13   questions.  Because when I look at your report, it

14   seemed like you were citing Dr. Guidoin as an

15   authority.  Are you telling me you were not?

16         A.   Well, I'm citing him to show that he, as

17   an authority -- he's been mentioned in this

18   litigation on several issues --

19         Q.   Right.

20         A.    -- and providing explants and so forth to

21   Ethicon and so forth, and he, himself, is citing how

22   difficult it is to remove this material and to

23   clean -- let's put it this way -- to clean the

24   explants.

25         Q.   Okay.

Shelby F. Thames, Ph.D.

1      A.   And so my thought -- since I'm testifying

2  and I don't ask questions, but my thought can be in

3  the form of a question, why didn't he know this?

4      Q.   Okay.

5      A.   I mean, it's 1988.  He knows there's a

6  reaction going to on.  He knows that the explants

7  are covered.  He says, "This stuff here is difficult

8  to get off."  And I'm thinking, "Why don't you go

9  back to the fundamental chemistry of how it was put

10  there in the first place?", i.e., the reaction of

11  flesh when you drop it in formaldehyde to preserve

12  it and to fix it.

13      Q.   Where do you find that Dr. Guidoin is

14  saying it's hard to get off and we don't know?  Is

15  it this?

16      A.   Well, let me look at your article here.

17      Q.   What I've highlighted is the first part of

18  the quote that you have on page 16 and 17 of your

19  report.

20      A.   Yes, sir.  Do you mind if I cite the title

21  of this article?

22      Q.   Absolutely.

23      A.   The article is from a journal called

24  "Biomaterials," Volume 17.  It was written in 1996.

25  The title is "Chemical and Morphological Analysis of

Shelby F. Thames, Ph.D.

1    Explanted Polyurethane Vascular Prostheses."

2        Q.   Here, let's do this.  I've got a clean

3    copy.  I'm going to mark it, and I'll give you this

4    one.

5                (EXHIBIT NO. 4 MARKED.)

6    BY MR. MONSOUR:

7        Q.   Here is No. 4.  I'll give you this one,

8    and that's for you, and you give me that one back.

9        A.   And continuing that, after the colon, it

10   says, "The challenge of removing fixed adhering

11   tissue."

12               Now, it's important.  The challenge,

13   meaning it's difficult of removing fixed, i.e., the

14   fixation process -- I've talked about adhesion,

15   adhering tissue.

16       Q.   Now, the substances that he's talking

17   about, in all fairness, he's not talking here about

18   removing from polypropylene.  I think he's talking

19   about polyurethane.

20               Does that matter?

21       A.   No, sir.  Not if it's in flesh, it doesn't

22   matter.

23       Q.   So would the same thing happen to a

24   polypropylene implant as a polyurethane implant?

25       A.   When you say "the same thing," if a

Shelby F. Thames, Ph.D.

1   polyurethane implant/explant were in the body and

2   had flesh on it and had been preserved in

3   formaldehyde, yes, sir.  It doesn't matter what

4   you're cleaning.  If that object comes out and goes

5   into formaldehyde, there's a fixation product that

6   forms around it.

7       Q.   So here's -- again, we're going to talk

8   about -- this is me talking as a regular person.

9   Your theories in this litigation as to the coating

10  that's on the outside of the Prolene isn't so much

11  dependent upon the Prolene.  It's more dependent

12  upon the flesh and the formaldehyde bonding; is that

13  right?

14      A.   Well, that's the two components that

15  produce the encasement around the Prolene or

16  polyurethanes or whatever.

17      Q.   Right, right.  But am I right?  I mean,

18  that's basically what you're saying.

19          Whether we make the implant polypropylene

20  or polyurethane or poly-whatever, what you're

21  talking about is the reaction that's going on on the

22  outside that forms between the flesh and the

23  formaldehyde?

24      A.   On the surface of whatever you would have

25  in flesh.

Shelby F. Thames, Ph.D.

1      Q.   And so if you can get that

2  flesh-formaldehyde combination off, underneath you

3  would have pristine material?

4      A.   Yes, sir.

5      Q.   Okay.

6      A.   If you get it off without damaging the

7  object that you're looking to evaluate and determine

8  if it's --

9      Q.   Okay.  And you don't quote that, but

10  that's the next thing that's listed in this article.

11  If we look, your quote says -- and I'll read your

12  quote for anybody that's reading this deposition

13  that's not looking at it.

14          But your quote says, "In order to study

15  the surface chemistry of explanted prosthesis, it is

16  necessary to remove all the tissue that may have

17  grown over and within the prosthetic structure,"

18  correct?

19      A.   Yes, sir.

20      Q.   "In the event that the explant has been

21  treated with a fixative agent after retrieval, such

22  as formaldehyde or glutaraldehyde, the tissue will

23  be cross-linked.  And the only effective way of

24  completely removing it is to use hydrolytic

25  chemicals," correct?

Shelby F. Thames, Ph.D.

```
 1        A.    Correct.

 2        Q.    "Depending on the degree of cross-linking,

 3   strong chemicals and/or extreme hydrolysis

 4   conditions may be required," correct?

 5        A.    That's what it says, yes, sir.

 6        Q.    And then if we continue -- that's where

 7   your quote stops, but I want to read a little

 8   further because I think it's what you just told me.

 9              "Under these circumstances, caution should

10   be exercised when using such severe chemical

11   conditions because of the risk of modifying the

12   inherent chemical and physical structure of the

13   biomaterial," correct?

14        A.    Correct.

15        Q.    And that's what I think, I think, you just

16   told me was, we want to take the outer layer off,

17   but we don't want to go so far as we damage the

18   implant.

19        A.    Absolutely.

20        Q.    Okay.  Good.  We're on the same page.

21   Sometimes I read stuff and I don't know that what

22   I'm reading is what I think I'm reading, so I'm at

23   least on the right page.

24              Now, here's one of the questions that I

25   have.  It says here, "In the event...  The only
```

Shelby F. Thames, Ph.D.

1    effective way of completely removing it is to use

2    hydrolytic chemicals," right?

3         A.   That's what he says, yes.

4         Q.   Do you agree with that statement?

5         A.   I do.

6         Q.   So what is a hydrolytic chemical?

7         A.   Water.  Something to hydrolyze or break

8    apart a chemical bond with water.  That's one thing.

9         Q.   Okay.

10        A.   Acids could be in water, in aqueous

11   solutions.  But water, in my opinion, is the very

12   best one to use, and that's what we used.

13             Now, contrary to what Dr. Guidoin

14   commented, we didn't use dangerous chemicals.  We

15   didn't use chemicals that would affect the structure

16   of the fiber.  We used a very mild set of

17   circumstances, i.e., water.  It's not a strong acid.

18   It's not a strong base.  It's a hydrolytic chemical,

19   but it's water.

20             Because of the reaction that I showed you,

21   this reaction I'm pointing to on page 17, water is

22   your hydrolytic chemical, and the reaction goes this

23   way.  Water reacts with the cross-linked methylene

24   bridge, breaks it apart, goes back and gives you --

25   regenerates formaldehyde and the protein material

Shelby F. Thames, Ph.D.

1    that's -- the protein.

2        Q.   So this equation, this bond that forms as

3    described on page 17 of your report, in your

4    opinion, can be broken with hydrolytic chemicals?

5        A.   No, that's not exactly the way I stated

6    this.

7        Q.   Okay.  You just lost me then.  I was doing

8    so good.

9        A.   I'm going to go back and redo this, redo

10   my statement.

11            If you look at the equation on page 17,

12   you see a protein that's going to react with -- and

13   that's plus -- formaldehyde.  And then you have an

14   equilibrium arrow that says it produces

15   protein-methylene bond bridge.  It cross-links it.

16   That's a fixation process.  Then when that has

17   happened, the proteins have been fixed.

18       Q.   Okay.

19       A.   And if you envision the fiber as being

20   this glass of water, they are all around it, and it

21   affixes it, holds it.

22       Q.   I got you.

23       A.   So now you have a coating of the fixation

24   product around the Prolene fiber.  All right.  Now,

25   that was formed when they took the explant from the

Shelby F. Thames, Ph.D.

1    human body and put it in formaldehyde.  They do that

2    to preserve it.

3        Q.   Right.

4        A.   They also do it to fix it so that if some

5    pathologist wants to slice a piece of it, it's rigid

6    enough that it can be sliced and given a decent

7    microtome sample.

8             Now, if somebody said, "Well, I want to

9    remove that material," well, go back to basic

10   chemistry, the chemical reaction here, and say,

11   "Well, since this is an equilibrium reaction, if I

12   add water to it and put the water into the

13   cross-linked material" -- in our case, we added

14   heat.  We used 70 degrees.  Now, why did we add

15   heat?  Because heat increases the rate of the

16   chemical reaction, and I didn't want to sit around

17   for a month waiting for this reaction to take place.

18       Q.   Fair enough.

19       A.   So we put that in water, and we heated it.

20   And see what happens?  It reverses.

21       Q.   All right.  So let me stop you there.

22       A.   All right.

23       Q.   So to break this bond, all I've got to do

24   is stick the explant in water.  And if I don't want

25   to wait around a month, I heat it up a little bit?

Shelby F. Thames, Ph.D.

1          A.   Well, use the protocol that we have
2     described in here, yes, sir.  But that's
3     basically -- generally speaking, that's correct.
4          Q.   And this is where I'm kind of -- this is
5     where I -- you know --
6          A.   It's too simple, isn't it?
7          Q.   That's kind of my question.  So,
8     basically, my guys are so dumb they don't know to
9     just stick it in water.  That's what you're saying?
10          MR. HUTCHINSON:  Object to form.
11     BY MR. MONSOUR:
12          Q.   I mean, that's pretty much what you're
13     saying, right?
14          MR. HUTCHINSON:  No.  Object to form.
15          He's not answering that, Counsel.
16          THE WITNESS:  No, sir, I'm not saying
17          that.  I'm just saying this is what I do.
18          This is the chemistry that I use.  It's very
19          well stated.  It's 66 years old.  And some
20          other folks are missing that, and I don't
21          know why.  That's their issue.  But I'm
22          explaining what I've done, and what I've done
23          is good science.
24     BY MR. MONSOUR:
25          Q.   Let me do this.  I'm going to ask my

Shelby F. Thames, Ph.D.

1  question in a more gentlemanly manner, because my

2  experts might end up reading this deposition.  So

3  I'll ask it in this way.  I won't use the word

4  "dumb."

5        If my experts had just known to stick

6  these explants in water, they could have gotten off

7  this cross-linked protein-formaldehyde polymer that

8  formed on the outside of the explants and could have

9  just looked at the pristine stuff?

10        MR. HUTCHINSON:  Object to form.  It

11      also calls for speculation.

12  BY MR. MONSOUR:

13      Q.   Right?

14      A.   It's a little bit more -- not complicated,

15  but there's a little bit more to it than just

16  sticking it in water.

17        You have to put it in water.  You need to

18  heat it up.  You have to be careful with the

19  explant.  But, basically, this chemical reaction

20  will clean the explants.

21      Q.   All right.  Now, as I look at your -- as I

22  look at your -- I think it was your cleaning

23  protocol, the one that had all the colors on it, --

24      A.   Yes, sir.

25      Q.   -- you mentioned using bleach.

Shelby F. Thames, Ph.D.

1        A.    Yes, sir.

2        Q.    Why do you use bleach?

3        A.    Well, because when you reverse this

4    reaction, you undo the cross-linked material, and

5    you still have flesh.

6        Q.    Okay.

7        A.    A quick, easy, mild way of getting rid of

8    that is to use a little bleach, and then it's gone.

9        Q.    So let me see if I understand this.  The

10   water breaks the bonds.  The bleach has a way of

11   removing the broken-down remnants of what the bonds

12   had formed?

13       A.    Correct, the flesh.

14       Q.    The flesh.

15       A.    Uh-huh (affirmative response).

16       Q.    But then there's also formaldehyde that's

17   there too, and it gets rid of that as well?

18       A.    Yes, sir.

19       Q.    So, literally, if I want to clean these

20   things, if I do water and bleach and do those well,

21   can I clean these perfectly?

22            MR. HUTCHINSON:  Object to form.

23            THE WITNESS:  When you say "perfectly,"

24       I'm not sure that you will ever get

25       1,000 percent of all the proteins off, but

Shelby F. Thames, Ph.D.

1        you'll have a very fine, pristine type

2        material that you can examine.

3   BY MR. MONSOUR:

4        Q.   Okay.  So let me ask this question.  And

5   this is, again, one, two, three, four.  Okay.

6   You're talking to four (indicating himself).

7            Why when you say, I don't know that you

8   could ever get all the protein off, if all you

9   really need is some water to break it down and some

10  bleach to get what's broken down away, why couldn't

11  you get it all off?

12       A.   Well, we found -- and you'll see as we

13  look through these scanning electron micrographs

14  that we've taken after -- even our -- not five

15  steps, we'll see that if we look at some of our

16  scanning electron micrographs, that after these five

17  major steps of cleaning that we've done, there's

18  still a little speck that you can see where there's

19  remnants of protein that's still on the explant.

20           So when I talk about simply putting in --

21  if I have enough time that I can wait and put this

22  in water, give some heat to it, it will clean the

23  explants efficiently as any process as you can find.

24  It's all in the chemistry right here.

25       Q.   Okay.

Shelby F. Thames, Ph.D.

1      A.    This equation defines what can be done and

2  what we did.

3      Q.    Okay.  Let me ask this:  Do you believe

4  that when it's implanted in the body, the Prolene is

5  implanted in the body, that it can undergo oxidative

6  degradation?

7      A.    No, sir.

8      Q.    And you're unequivocal about that?  The

9  Prolene, when it's implanted, does not degrade when

10  it's put in the body, in your opinion, true?

11      A.    That's true, sir.

12      Q.    What would you need to see, what evidence

13  would you need to see as a scientist to convince you

14  that it did undergo degradation in the body?

15      A.    There would need to be a carbonyl index or

16  carbonyl bonds formed.  There would need to be a

17  significant reduction in molecular weight.  There

18  would need to be a significant reduction in physical

19  properties, such as tensile strength and elongation.

20          And if you do not have those

21  characteristics occurring as a result of

22  implantation, then the product did not degrade, the

23  product being Prolene.

24      Q.    So what are some tests that you could do

25  to test whether or not an explanted piece of Prolene

Shelby F. Thames, Ph.D.

1    has degraded?  In other words, you've mentioned

2    carbonyl bonds, molecular weight, physical

3    properties, tensile, all those kind of things.

4         A.   (Witness nods head affirmatively.)

5         Q.   What are some tests you could do to look

6    at explanted Prolene to see if it was degraded?

7         A.   Well, you would run the tests that I've

8    just mentioned.

9         Q.   Okay.

10        A.   You would perform the activities, the

11   scientific activities that I just mentioned to you,

12   i.e., you would use a Fourier transform infrared

13   spectrometer, FTIR, and you would get a fingerprint

14   of the chemical composition of the surface of the

15   explanted material.  And if there was -- if there

16   was hydrolytic bond breakage, as would occur -- or

17   let's just stay bond breakage that would occur under

18   the circumstances that you've asked, what I would

19   need to show, it would show whether there were any

20   bond breakages or not with strong carbonyl

21   absorption.

22             Then, in addition to that, you would have

23   explants that would have lost its physical strength.

24   Its elongation would be less.  Its tensile strength

25   would be less.  Its compliance would be less.  So

Shelby F. Thames, Ph.D.

1    those are the characteristics.  Now, they all have

2    to follow each other.

3         Q.    Okay.

4         A.    So molecular weight would be less.

5         Q.    So it's talk about FTIR.

6         A.    Okay.

7         Q.    To show degraded polypropylene or oxidized

8    polypropylene, where do you have to have a reading

9    for on FTIR?

10        A.    You'll get a carbonyl reading somewhere in

11   the range of 1750 to 1730 in general.  That's

12   reciprocal centimeters.

13        Q.    So if we look at an FTIR report and it

14   shows a reading between 1730 and 1750, is that

15   evidence of oxidated polypropylene?

16        A.    Well, not necessarily in this case.  It

17   would say what you need to do is look a little

18   farther at some of the other tests that we've talked

19   about.

20             Because in Prolene you have two materials

21   that also have carbonyl bonds, and that's calcium

22   stearate and dilauryl thiodipropionate, DLTDP, which

23   is an antioxidant.

24        Q.    So the first one is called calcium what?

25        A.    Stearate, S-T-E-A-R-A-T-E, --

Shelby F. Thames, Ph.D.

1      Q.   Okay.

2      A.   -- and then your antioxidant, DLTDP, those

3   both.  So you've got to be careful.  You may be

4   seeing one of those.

5      Q.   All right.

6      A.   So what we would then need to do is say,

7   "Okay.  What about molecular weight?  What happened

8   to molecular weight?  And then, after that, what

9   happened to our physical properties?  We need to do

10  tensile and elongation and do that curve and see

11  whether or not the toughness has been diminished."

12     Q.   Okay.  Hold on.  So we're going to go

13  through these one at a time.  You moved quick.  All

14  right.

15          So the first thing we're going to look at,

16  if we've got an FTIR and it has a positive reading

17  at, let's say, 1742, in your mind, you're saying

18  that could be oxidated or degraded polypropylene.

19  Let's do some further tests, correct?

20     A.   I think that's correct.

21     Q.   And so the next thing you would do is you

22  would test it for calcium stearate and DLTDP?

23     A.   Well, because they have carbonyl groups

24  and could show up in that range, that's why I would

25  say let's do something else to rule them out as the

Shelby F. Thames, Ph.D.

1    reason for the carbonyl group.

2         Q.   Okay.

3         A.   All right.  Then you run molecular weight.

4    And if there is degradation, there will be a decline

5    in molecular weight.  And after you've run molecular

6    weight, you say, okay, that suggests to me we've got

7    a problem here.  We've got oxidation.  Let's do our

8    physical property tests to make sure that

9    absolutely, 1,000 percent sure that we've got

10   degradation.

11        Q.   So let's look at some of these, and let's

12   talk about them.

13             How do I test -- so we've done our FTIR.

14   Let's say I've got a positive reading at 1742.  So I

15   go to step two.  I look at calcium stearate.  How do

16   I look at that?

17        A.   Well, in the spectra, if we get a spectra

18   and there's a carbonyl group in the range we talked

19   about, that may be calcium stearate.  And we can't

20   really tell 1,000 percent if that's calcium

21   stearate, if it's DLTDP, or if it's a C=O formed

22   from a ketone from the oxidation of Prolene.  But we

23   know there's a carbonyl group.  We just don't know

24   which of those three it might have come from.

25        Q.   Can I determine which one of those three

Shelby F. Thames, Ph.D.

1   it might have come from?  Are we able to do that?

2        A.   Not just from an infrared spectra.  That's

3   why you need the additional tests that I'm talking

4   to you about.

5        Q.   So what you're saying is --

6        A.   Very indicative that there's an issue here

7   that could suggest we've got oxidation, but we've

8   got to refine these tests to make absolutely certain

9   that there is oxidation.

10       Q.   And, at that point in time, that's when

11  you go look at molecular weight and physical

12  properties?

13       A.   Yes, sir.

14       Q.   Okay.  I think I got it.  So you get a

15  positive reading at 1742 on the FTIR, and at that

16  point in time you know it could be one of three

17  things:  Oxidated polypropylene, calcium stearate,

18  or DLTDP, correct?

19       A.   Yes.

20       Q.   Now, you can't really tell which one it is

21  because it's only showing positive for a carbonyl

22  group; therefore, you go to a second round of tests,

23  which would include molecular weight and physical

24  properties, correct?

25            MR. HUTCHINSON:  Object to form.

Shelby F. Thames, Ph.D.

```
 1                THE WITNESS:  Yes.
 2    BY MR. MONSOUR:
 3         Q.   Molecular weight, how do we measure that,
 4    and how significant does the molecular weight drop
 5    have to be for you to think it's significant?
 6         A.   You measure molecular weight by gel
 7    permeation chromatography, GPC as it's talked about,
 8    or it's also referred to as size exclusion
 9    chromatography.  And that allows you to determine if
10    there's been a significant decrease in molecular
11    weight.
12              You will get a number-average molecular
13    weight, you'll get a weight-average molecular
14    weight.  And the weight-average molecular weight and
15    the Z-average molecular weight will tell you the
16    higher molecular weight components.
17              If they've been -- if we've had a
18    significant reduction in molecular weight, that
19    affected the higher molecular weight components.  If
20    there is a significant reduction in molecular
21    weight, you say, okay, we may have another issue
22    here.  Let's check it and make absolutely sure.
23    Let's do physical property tests.
24         Q.   So question, you just used the term "a
25    significant drop in molecular weight."  I'm not a
```

Shelby F. Thames, Ph.D.

1    polymer guy.  What would be a significant drop in

2    molecular weight?

3         A.   I would say 20 to 30 percent, maybe more.

4    I would have to look at the numbers to see.  Let's

5    restate that.  Let's use 30 percent as a significant

6    drop.

7              If it's going to oxidize, it will give us

8    that kind of reduction.  There is some error in

9    molecular weight determination, so we have to keep

10   that in mind.

11        Q.   And what is the error in molecular weight

12   determination?

13        A.   It depends on who does it, and it would be

14   in the range of around 10 percent.  So we have to --

15        Q.   Are you saying the margin of error for

16   molecular weight measurements is about 10 percent?

17        A.   It can go as high as 10 percent, yes, sir.

18        Q.   So one of the issues that we have with

19   molecular weight measurements is if the margin of

20   error is 10 percent either way, that could get you

21   fairly close to your 30 percent that you're talking

22   about, right?

23        A.   I'm not sure.  I don't understand.

24        Q.   Sure.  If the margin of error is 10

25   percent -- is it 10 percent total or 10 percent

Shelby F. Thames, Ph.D.

1  either up or down?

2      A.   Well, you could be estimating them.  Let's

3  say you had 330,000.  10 percent is 33,000.  If you

4  take that off, you're down around 30,000, so

5  whatever that number would be.  So it's plus or

6  minus that number.

7      Q.   Okay.  Good.  But that range, a 10 percent

8  range in one direction combined is about a

9  20 percent swing from top to bottom.  That's, I

10  guess, what I'm getting at.

11          What you're telling me is once you get to

12  about 30 percent, that's when you can really say

13  that there's probably been a molecular weight loss.

14  And I guess my point is 20 is not that far from 30.

15  That's why you're going to the next test, which is

16  physical properties and toughness, right?

17          MR. HUTCHINSON:  Object to form.

18          THE WITNESS:  That is correct.

19  BY MR. MONSOUR:

20      Q.   Okay.

21      A.   You want to make certain.

22          MR. HUTCHINSON:  Doug, after you go

23      through physical properties, can we take a

24      little break?

25          MR. MONSOUR:  Yeah, absolutely.

Shelby F. Thames, Ph.D.

```
 1            THE WITNESS:  And one of the things I

 2      want to emphasize is all of these things have

 3      to happen.

 4  BY MR. MONSOUR:

 5      Q.   You've got to do them all?

 6      A.   All have to happen.

 7      Q.   If I were to do just FTIR testing and say,

 8  ah-ha, you would say, I'm doing bad science?

 9      A.   You're doing incomplete science.

10      Q.   Incomplete science.  Okay.

11            So the physical property testing would

12  include -- you would look at tensile strength?

13      A.   Yes, sir.

14      Q.   Elongation?

15      A.   Yes, sir.

16      Q.   What else?

17      A.   That will give you a value for toughness.

18  If you plot tensile strength and elongation, that

19  will give you a value of toughness, and you do that

20  against a control.  Of course, you always have to

21  use a control that hadn't been subjected to any of

22  the tests that we're saying we're performing here.

23      Q.   Okay.

24      A.   No control, your data is of no

25  significance.
```

Shelby F. Thames, Ph.D.

```
1        Q.   So I'm going to write over here on the
2   left-hand side "must have a control."  Okay?
3        A.   (Witness nods head affirmatively.)
4        Q.   Is that a fair statement?
5        A.   Yes, sir, it is.
6        Q.   So how do you measure tensile strength,
7   and how do you measure elongation?
8        A.   Well, you use a machine called an MTS, a
9   material testing system.  There's an ASTM test for
10  this.  It requires at least five samples, five
11  duplicate samples.  In the case we're talking about,
12  you would take fibers, Prolene fibers.  You would
13  clamp them into two clamps.
14            And this machine that we're talking about
15  has the ability then -- we program it to move those
16  clamps apart at a certain rate.  You do that, and it
17  stretches it and stretches it.  And then it plots it
18  on the recorder over here the amount of force that's
19  being applied.  And you're also looking at, well,
20  how long had it -- from the original sample length
21  of, say, like one inch, it goes two inches when it
22  finally broke.  That's 100 percent elongation.  You
23  can determine that.
24            So you're getting elongation and the
25  strength required to break the fiber.  When the
```

Shelby F. Thames, Ph.D.

1    fiber is broken, that's its ultimate tensile

2    strength.  And that's also its ultimate elongation.

3           You plot that data, and that's how -- and

4    the area under the curve, as I've shown you here in

5    this report that I've written, is toughness.

6        Q.    Okay.

7        A.    And then you compare that to the control,

8    the data that you've achieved.

9        Q.    So give me -- tell me what you just told

10   me and use fishing line as an example.

11       A.    Well, you could put fishing line between

12   the two clamps.  You could put textiles between the

13   two clamps.  You could put leather between the two

14   clamps.  You can actually put concrete between the

15   two clamps.

16       Q.    And the heavier gauge fishing line would

17   have different tensile strengths as the lower weight

18   fishing line, correct?

19           MR. HUTCHINSON:  Object to form.

20           THE WITNESS:  You're talking about the

21       smaller braided line?

22   BY MR. MONSOUR:

23       Q.    Yeah.

24       A.    Because you measure it on area, yes, sir.

25       Q.    Does that testing that you're talking

Shelby F. Thames, Ph.D.

1    about, does that test both tensile and elongation?

2         A.   Yes, sir.

3         Q.   And do you test it all the way up until it

4    snaps?

5         A.   Yes, sir.

6         Q.   And what's the snapping point called?

7         A.   The ultimate tensile strength or the

8    ultimate elongation.  That's the snapping point, and

9    finally it breaks.

10        Q.   And what's it called again?

11        A.   Ultimate tensile strength.

12        Q.   Okay.

13             MS. KROTTINGER:  Can we take a break?

14        Technical difficulties.

15             MR. MONSOUR:  We are going to take a

16        break.

17                  (A BREAK WAS TAKEN.)

18   BY MR. MONSOUR:

19        Q.   We've taken a short break, Dr. Thames.

20   Are you ready to continue?

21        A.   Yes, sir.

22        Q.   We were kind of talking about some of the

23   process that you would go through after you would

24   get an FTIR reading that was positive for -- or

25   potentially positive for degraded polypropylene,

Shelby F. Thames, Ph.D.

1    correct?

2        A.    Yes, sir.

3        Q.    And we had gotten down, and we had talked

4    about how you had first tested and that it came in

5    that range of 1730 to 1750.  That would start your

6    inquiry, and you would then follow up with molecular

7    weight and physical properties and those kind of

8    things, correct?

9        A.    Yes, sir.

10       Q.    Now, you said that you thought a

11   30 percent drop in molecular weight would be kind of

12   where you would -- that's where you would determine

13   something was significant?

14       A.    Well, first of all, you've got to take

15   into consideration the -- who's running the test and

16   what kind of error we think.  Beyond that, if we've

17   got anywhere from a 20 to 30 percent reduction in

18   molecular weight, I would be concerned, and then we

19   would go to the next test.

20       Q.    Okay.  Now, where did you -- you know, one

21   of the things we do when we've got litigation -- and

22   you know this because you prepared your report.  We

23   ask a question.  We say, "What's your opinion?"  And

24   then we try to find out is there anybody else that

25   agrees with you.

Shelby F. Thames, Ph.D.

1          So when you're talking about a 20 to

2    30 percent drop in molecular weight, is there an

3    authority that you would rely upon for that drop as

4    being significant?

5          A.    I haven't pursued that, no, sir.

6          Q.    So would it be fair to say that the 20 to

7    30 percent drop in molecular weight would be the

8    Shelby Thames' criteria, and you are not certain if

9    there is any support in the literature for that?

10          MR. HUTCHINSON:  Object to form.

11          THE WITNESS:  I haven't really looked

12     for it.  But what I also want to be sure we

13     include is that all of the steps that I've

14     talked to you about have to be performed in

15     order to come to a final conclusion.

16   BY MR. MONSOUR:

17          Q.    Right, right.  But I was just asking about

18   that one specific area, the molecular weight.

19          A.    Yes, sir.

20          Q.    There might be a bible on this stuff that

21   I don't even know the name of.  So if there is a --

22   you might say, "Yeah, it's in Bill's Bible of

23   Polymer Chemistry, you dummy."  I don't know that

24   that book exists.

25          So my question would be, is there any

Shelby F. Thames, Ph.D.

```
 1   authority that you would cite for that being the

 2   drop?

 3        A.   I think I've answered that.

 4        Q.   Okay.  Now, as far as your -- you

 5   mentioned when you were going to do the physical

 6   properties test you would follow the ASTM

 7   guidelines?

 8        A.   Yes, sir.

 9        Q.   Why would you follow ASTM guidelines?

10        A.   Because those are guidelines that have

11   been set by people in the profession to say, well,

12   we've got to consider these approaches and do it

13   this way.  Otherwise, the data we get may not be

14   reliable.

15             For instance, they require five specimens

16   be run and take the average of that.  When you're

17   running a test, like an MTS test, tensile strength

18   and elongation, in the process of putting the

19   material in the clamps and clamping them down,

20   number one, you could not have your clamps set just

21   right.  And so the number you got there -- the clamp

22   could slip, and so the elongation would be greater

23   than it actually is.

24             So you want to make certain that you have

25   enough samples replicated that if those things occur
```

Shelby F. Thames, Ph.D.

1    and you have one that is completely off the charts,

2    you throw that out and say that's an outlier.  That

3    data is not really true.  So that's why you run five

4    samples and make sure that the number you are seeing

5    is a significant number.

6        Q.   If there are not five samples run, would

7    you place much credibility into the results?

8        A.   I would give -- the credibility I would

9    give to it would determine how many samples were

10   run.  The fewer the number of samples, then the more

11   questionable that becomes.

12       Q.   Okay.  You've used the word "toughness"?

13       A.   Yes, sir.

14       Q.   What does "toughness" mean?

15       A.   Well, I often use a downhome example of

16   toughness.  You may not remember this because you

17   may not be old enough.  But there used to be a

18   gentleman by the name of John Cameron Swayze who was

19   on TV, and he advertised Timex watches.  He would do

20   some awful things to a Timex watch.  He would put

21   them on a propeller of an outboard motor and crank

22   the thing and show it on TV.  And he said, "It takes

23   a licking and keeps on ticking."

24       Q.   I actually do remember that, I think.

25       A.   That's tough.

Shelby F. Thames, Ph.D.

1        Q.   So toughness is kind of what it sounds?

2        A.   Yes, sir.

3        Q.   So it's the ability to, I guess, be hit or

4   be challenged in some way physically and not fall

5   apart?

6        A.   And still perform.

7        Q.   And still perform.  Okay.

8             You said to get to toughness you use the

9   tensile and elongation measurements?

10        A.   Yes, sir.  You plot those.  It's like I've

11   shown in my report here.

12        Q.   Now, one of the theories that has been

13   proposed is that your cleaning procedure might be a

14   little too much.

15             Have you ever heard that?

16             MR. HUTCHINSON:  Object to form.

17             THE WITNESS:  I don't believe in this

18        cleaning procedure I've heard that, but, you

19        know.

20   BY MR. MONSOUR:

21        Q.   Well, let me ask you this:  Is it possible

22   in your cleaning procedure that you've done that

23   there is oxidized polypropylene on the surface of

24   the explants, and because your polypropylene --

25   because your cleaning procedure is so thorough, you

Shelby F. Thames, Ph.D.

1    actually clean the layer of degraded polypropylene

2    off the surface?

3        A.   I don't believe that happened, sir.

4    That's why we used this very mild set of

5    circumstances.

6        Q.   Okay.

7        A.   I mean, when we put this in water, then

8    the reaction reverses.  And then we used sodium

9    hypochlorite to take care of the flesh, to move it

10   out of the way.  That's an oxidizing environment.

11   So we're not going to remove something that's

12   oxidized with an oxidizing environment.

13       Q.   Okay.

14       A.   So this is a very mild set of

15   circumstances.  I don't believe that's true.

16       Q.   Your cleaning procedure actually involves

17   a few more things than just water, heat and

18   bleach, --

19       A.   Yes.

20       Q.   -- in all fairness, doesn't it?

21       A.   Yes, sir.  We use protein to -- which in

22   the event there's still clean protein, it will help

23   remove some of it.  It's an enzyme called

24   Proteinase K, P-R-O-T-E-I-N-A-S-E-K, I believe.

25       Q.   So you used some Proteinase K?

Shelby F. Thames, Ph.D.

1       A.   Yes, sir.  It's an enzyme.

2       Q.   And what does that do?

3       A.   Well, it helps open the proteins and the

4   flesh more so that if there's any carbonyl groups

5   that are there that haven't been removed, they're

6   taken away.  It's just another cleaning process

7   basically, a little bit more rigorous.  But it's an

8   enzyme.  It's a mild enzyme, but it works a

9   different way.

10      Q.   Is there any way that you can guarantee

11  that you're not cleaning off a layer of oxidized

12  polypropylene?  Can you be 100 percent sure that

13  you're not doing that?

14      A.   I feel I'm 100 percent sure I'm not doing

15  it because I'm using these mild conditions.

16           In the article that we talked about here

17  with Guidoin, he talks about strong chemicals.

18  We're not using strong chemicals.  To me, this is as

19  mild a set of circumstances that you could get to

20  clean these explants.

21           We're using the reversal of a basic

22  chemistry that formed the casing or the fixation

23  process.  We're just reversing that.

24      Q.   Don't you use some steps in your protocol

25  that have some like vibration or something in there?

Shelby F. Thames, Ph.D.

1      A.   Sure.

2      Q.   What's that?

3      A.   That's in case you've got a piece of loose

4  material that doesn't come off, you help that by

5  vibrating it.

6      Q.   So, basically, you're cleaning -- and some

7  of your cleaning steps kind of involve repetition.

8  You kind of do things more than once, right?

9      A.   That's correct.

10     Q.   So your cleaning steps involve water,

11  bleach --

12     A.   Well, let's look at the --

13     Q.   Here it is right here.

14          MS. KROTTINGER:  It's on page 100.

15  BY MR. MONSOUR:

16     Q.   Oh, there was another question that I was

17  going to ask you.  I do want to clear this up before

18  we go further so that we're not confused.

19          I got from Mr. Hutchinson new cleaning

20  steps two days ago that are different than -- I

21  don't know whether they're different from this or

22  they're different from the original report.

23          MR. HUTCHINSON:  Why don't you ask him

24      why he amended -- he served amended

25      case-specific reports?

Shelby F. Thames, Ph.D.

1    BY MR. MONSOUR:

2         Q.    Would you tell me why two days ago we got

3    amended case-specific reports with different

4    cleaning steps?

5         A.    Because one of the protocols that we have

6    used was inadvertently placed in the case-specific

7    reports.  And in those cases, we were using longer

8    hours to clean the explant.  And in the

9    case-specific reports, as you know, we have a lot of

10   explants to clean.  They're coming in on a regular

11   basis.  We needed to find a way to do it in a

12   shorter period of time.

13            So we reduced the period of time from the

14   original cleaning explant.  So the ones in the

15   case-specific report were being cleaned in shorter

16   periods of time, but the process was the same.

17        Q.    So you served 20 case-specific reports.

18   In each of those case-specific reports, the first 20

19   that you served, the cleaning protocol that you had

20   in there was a protocol that was actually not

21   followed.  Is that true?

22        A.    That's correct.

23        Q.    And then two days ago, you amended and

24   realized, oh, shoot, I gave them the wrong one.  I

25   actually used this second one, correct?

Shelby F. Thames, Ph.D.

```
1        A.    Yes, sir.

2        Q.    Is the second one that you amended in each

3   of the 20 reports identical to what is on page 100

4   of your report?

5        A.    No.  This is not the amended one.

6        Q.    So 100 is not the amended one.  100 is the

7   incorrect one?

8        A.    Well, it's a different one.  I wouldn't

9   call it incorrect.  It's a different one.  It's the

10  same steps, but they're at different -- for

11  different time periods basically.

12       Q.    But it is the incorrect one?

13       A.    It's in the wrong place.

14       Q.    Which would make it incorrect.

15            MR. HUTCHINSON:  I think it's outdated.

16       It's outdated protocol.

17            MR. MONSOUR:  Time-out.

18               (OFF-THE-RECORD DISCUSSION.)

19            MR. MONSOUR:  So let's go back on the

20       record.  You ready?

21            THE WITNESS:  Yes, sir.

22  BY MR. MONSOUR:

23       Q.    So one of the questions that I have is, if

24  I'm looking at your protocol on page 100, that is

25  not the protocol that you followed with the explants
```

Shelby F. Thames, Ph.D.

1    that you did, correct?

2          A.   Yes, sir.

3          Q.   You changed them, as you're saying, to

4    shorten the time because you had a lot more to do?

5          A.   Yes, sir.

6          Q.   Were you still able to achieve good

7    results with the shortened time frames?

8          A.   Yes, sir.

9               MR. MONSOUR:  Do we have one that's the

10         newer ones -- actually, hold on.  I bet I do

11         right here.  I think this is an amended one.

12         Okay.  I've got it right here.

13   BY MR. MONSOUR:

14         Q.   So how did you catch the error that the

15   wrong one -- that the wrong cleaning protocol was

16   included in the general and the case-specific

17   reports?

18              MR. HUTCHINSON:  Object to form.

19              THE WITNESS:  In looking at the cleaning

20         protocol, I noticed that this was 42 hours

21         rather than the short -- with the original

22         cleaning schedule.  You'll see on the third

23         step of the original that it says 70 degrees

24         Centigrade for 42 hours and then spray rinse.

25              I noticed that this was 42 hours, and it

Shelby F. Thames, Ph.D.

```
 1          should have been about half that.  And then I
 2          went back and looked and found out that we had
 3          put the wrong cleaning schedule in the
 4          case-specific reports.
 5     BY MR. MONSOUR:
 6          Q.   So, in all fairness, you got the wrong
 7     cleaning schedule in 21 different reports?
 8          A.   That's correct, initially.
 9          Q.   But it is accurate?
10          A.   That is correct.
11          Q.   Are you sure it's accurate now?
12          A.   Yes, sir.
13          Q.   So let's go through -- well, let me ask
14     you.  Should we go through the wrong procedure, or
15     should we go through the right procedure?
16               MR. HUTCHINSON:  Object to form.  For
17          the objection, it's not the wrong procedure.
18          It's an outdated procedure, Counsel.
19               THE WITNESS:  That was the point I was
20          trying to make.  The procedure is not wrong.
21          It's outdated.  It wasn't the one we used.
22          Now, the procedure we used is the shorter
23          one, the shorter time frame.  So we probably
24          should use that because that's in 21
25          case-specific reports.
```

Shelby F. Thames, Ph.D.

```
 1   BY MR. MONSOUR:
 2        Q.   So let's use the one that you actually
 3   used.  Let's use that one.
 4             MR. MONSOUR:  Do you have a clean copy
 5        of one of those?
 6             MS. KROTTINGER:  I do.
 7             MR. HUTCHINSON:  Of the case-specific
 8        report?
 9             MS. KROTTINGER:  We'll just use Justus.
10             MR. MONSOUR:  I just want to look at --
11             MR. HUTCHINSON:  Not with me, but I'll
12        go get one.
13             MR. MONSOUR:  Here, this is from Justus.
14   BY MR. MONSOUR:
15        Q.   So I'm going to hand you your amended
16   case-specific report from Justus, J-U-S-T-U-S.
17             MR. MONSOUR:  We'll mark it as
18        Exhibit 5.
19                  (EXHIBIT NO. 5 MARKED.)
20   BY MR. MONSOUR:
21        Q.   And this is not -- I'm using this as an
22   exemplar, not as my case-specific depo for Justus.
23   But this is just the one that I have handy.  We'll
24   talk about the Justus case specifically in the
25   Justus case deposition.  Okay?
```

Shelby F. Thames, Ph.D.

1      A.   Yes, sir.

2      Q.   So if we look at this, if we look at the

3  steps that were taken, can you kind of walk us

4  through -- well, first off, in Exhibit 5 in front of

5  you is a cleaning protocol, correct?

6      A.   Correct.

7      Q.   That is the correct cleaning protocol that

8  you actually used to clean the 20 different explants

9  that you cleaned and looked at for case-specific

10  reports, correct?

11      A.   That's correct, sir.

12      Q.   This protocol that is set up here, where

13  did you get this protocol from?

14      A.   I devised the protocol in discussing this

15  issue with Dr. David Ong -- Kevin Ong -- excuse

16  me -- from Exponent.  And I need to make it clear

17  that he is actually the one that did the cleaning of

18  the materials.

19      Q.   Okay.

20      A.   I put it together in discussion with him

21  based on the chemistry that we talked about, the

22  reversible reaction and the mildness of that, and

23  that's how this was brought about.

24      Q.   So a couple of questions.  I want to go

25  through this.  I'm not an expert in cleaning things,

Shelby F. Thames, Ph.D.

```
 1   as we've discussed.
 2           As far as the protocol, you came up with
 3   it with Kevin Ong?
 4       A.   Yes, sir.
 5       Q.   Was it more you coming up with it or more
 6   Mr. Ong coming up with it?
 7       A.   More my coming up with it.  "This is what
 8   I would like for you to do.  Are you okay with that?
 9   Do you have any reason to believe this is not what
10   we should be doing?", those kind of questions.
11       Q.   I don't know who Kevin Ong is.
12       A.   He has a Ph.D. in biomaterials, and he
13   works for the Exponent company.
14       Q.   What is Exponent?
15       A.   It's a commercial laboratory providing
16   scientific services to the scientific community.
17   It's very broad.
18       Q.   Did you select Exponent?
19       A.   No.
20       Q.   Did Ethicon select Exponent?
21       A.   I'm not sure.  My attorneys were involved
22   with Exponent.  I'm not sure who selected it.
23       Q.   Had you ever worked with Exponent before?
24       A.   Yes.
25       Q.   In what capacity?
```

Shelby F. Thames, Ph.D.

1        A.    I just went to their labs a couple of

2   times on other cases where I would pick up samples

3   or see what they had done, nothing to do with this

4   case.

5        Q.    In litigation matters you've worked with

6   them?

7        A.    Yes, sir.

8        Q.    Where are they located?

9        A.    I don't know.  Philadelphia is one place.

10  But they're out in California, and they've got other

11  places, which I don't know the details of.

12       Q.    As far as the protocol, when I first asked

13  you where it came from, you came up and actually

14  pointed at your head.  Is there any -- is this

15  protocol, this cleaning protocol for explanted

16  implants, is this protocol published anywhere or

17  peer reviewed anywhere?

18       A.    Not to my knowledge at this point.

19       Q.    Have you ever seen this specific protocol

20  used before?

21       A.    Not to my knowledge.

22       Q.    Is this protocol -- are you familiar with

23  the ISO standard for cleaning explants?

24       A.    It's my understanding there isn't really a

25  specific ISO standard for cleaning explants, but I

Shelby F. Thames, Ph.D.

1    didn't really look.

2              I understand the chemistry of the

3    formation of the proteins around the fibers, and I

4    wanted to devise a technique that was as mild as

5    possible, and I've done that, and that's what we've

6    used to clean these explants with.

7              The other thing that is important that you

8    haven't gotten to yet, but I need to say it at this

9    time, is after each of these steps, after each of

10   the cleaning steps, the explants were sent from

11   Dr. Ong back to my laboratories where we performed

12   FTIR, scanning electron microscopy and light

13   microscopy on them at each step so we could see the

14   progress of cleaning.  And that information is

15   included, of course, in each of these case-specific

16   reports.

17             So what we were doing, we were following

18   them.  We basically could see with our

19   instrumentation if that process was being effective

20   or not.

21        Q.   So what you're saying is -- and Dr. Ong is

22   O-N-G?

23        A.   Yes, sir.

24        Q.   Dr. Ong is -- where is he located?

25   Philadelphia?

Shelby F. Thames, Ph.D.

1      A.   That's right.

2      Q.   So he would do one of these steps and then

3  ship the implants back to Mississippi, and you would

4  do the FTIR and light microscopy, send them back to

5  him, and he would do another step and send it back

6  to you, and you would do more FTIR, light

7  microscopy, and send them back the whole way

8  through?

9      A.   That's correct.

10     Q.   So give me an example.  How long did the

11  whole process take?  Like when you got an explant,

12  from the time you got it until you completed the

13  steps, is it a few-week process?

14     A.    I can't really tell you.  I would have to

15  go through here and look at the time frame that they

16  kept the explant and then add a couple of days for

17  transmitting them back and forth.  Whatever that

18  works out would be the time.

19     Q.   Y'all just overnight them back and forth?

20     A.   Absolutely.

21     Q.   Okay.  Now, a couple of the steps I wanted

22  to ask you about.

23     A.   Sure.

24     Q.   Did you use a control; in other words, did

25  you send a control through this process?

Shelby F. Thames, Ph.D.

1      A.   Absolutely.  You must have a control.

2      Q.   You know how I know that?

3      A.   I said it before.

4      Q.   Because you told me.  See, I wrote it

5  right there, "Must have a control."  I'm a good

6  student.

7      A.   Yes, sir.  I like that.

8      Q.   Must have a control.

9      A.   You'll pass my test when this is over

10  with.

11      Q.   I tell you what, I think I might.  I

12  might.

13           So as we look through here, some of the

14  things that are happening are we go through the

15  first step, distilled water, correct?

16      A.   Yes, sir.

17      Q.   For one hour?

18      A.   No, sir, 30 hours.  It's 70 degrees -- oh,

19  you're talking about step one?

20      Q.   Yeah, I said first step.  I'm sorry.

21      A.   No, it was my mistake.  They soaked it in

22  distilled water for one hour, yes, sir.

23      Q.   And then it goes -- the second step is

24  ambient overnight drying followed by SEM.

25      A.   They performed an SEM.  It's in their

Shelby F. Thames, Ph.D.

```
1    records, and those documents will be presented by

2    Dr. Ong.  He's also presented those to me.  You have

3    those, I believe.

4            MS. KROTTINGER:  Uh-huh (affirmative

5        response).

6            MR. MONSOUR:  Just as an aside, is there

7        a deposition set up for Dr. Ong?

8            MR. HUTCHINSON:  No.

9            MR. MONSOUR:  Is he a testifying expert

10       or a consulting expert?

11           MR. HUTCHINSON:  I don't know which

12       litigation.  Are you talking about the

13       Wave 1?

14           MR. MONSOUR:  Yeah.

15           MR. HUTCHINSON:  He is a consulting

16       expert, I think.  He's not -- I'll tell you

17       this, he's not a testifying expert.

18           MR. MONSOUR:  All right.

19   BY MR. MONSOUR:

20       Q.   So the second step is ambient overnight

21   drying followed by SEM.  What does that mean?

22       A.   Ambient drying is drying at room

23   temperature.  And then after it dried at room

24   temperature -- you see it had been soaked in water

25   for one hour, dried at room temperature, and then
```

Shelby F. Thames, Ph.D.

```
 1    they performed SEM analysis, and then they sent it

 2    me.

 3         Q.   Was the first step primarily to basically

 4    just get -- wash off as lightly as you can, let it

 5    dry, and then take pictures to kind of know what

 6    your starting point is?

 7         A.   That's exactly right.

 8         Q.   Your second step, it says distilled water

 9    bath 70 degrees Celsius 30 hours.

10         A.   That started my chemical reaction we

11    talked about here.

12         Q.   And 70 degrees Celsius is what Fahrenheit?

13         A.   It's about 130, approximately.

14         Q.   So that goes on for 30 hours.  That's the

15    start of your chemical reaction that we've talked

16    about quite a bit, correct?

17         A.   Yes, sir.

18         Q.   And then the next step is what?

19         A.   Sodium hypochlorite for 15 minutes.

20    Because if we've gotten some -- we've reversed that

21    reaction some, and we have some now free, unreacted

22    tissue, and we want to get rid of it so that we're

23    closer -- we're working from the outside moving in.

24         Q.   Is it kind of like you're taking off

25    layers?  Is that a fair way to say it?
```

Shelby F. Thames, Ph.D.

1             You put some water in.  That breaks down

2    the outer later, and then you take the bleach to get

3    what you broke down, and then you go back in water

4    and it breaks it down a little more.  Is that a --

5         A.   I think that's a fair way to look at it.

6         Q.   All right.  So NaOCl, is there another

7    name for that?

8         A.   Sodium hypochlorite.

9         Q.   Is there another name for it?

10        A.   Bleach.

11        Q.   There you go.  Like Clorox?

12        A.   Yes.

13        Q.   Do y'all actually use Clorox?

14        A.   No.  It's stated what we used here.

15        Q.   So then the next step is after 15 minutes.

16             The fifth step is what?

17        A.   The fifth step is putting it in distilled

18   water and letting it soak a while, one hour, and

19   then you rinse it.  That's the rinse where you clean

20   it for one hour in distilled water.

21        Q.   Okay.  And, basically, when you're doing

22   that rinse, you're trying to get off whatever tissue

23   was probably broken down and removed by the bleach?

24        A.   That's correct.

25        Q.   Then the sixth step, would you explain

Shelby F. Thames, Ph.D.

1   that to me?

2       A.   That's a drying step.  After five, we dry

3   it, and then they take an SEM, and then they send

4   that to me.  Then we do our light microscopy, SEM,

5   and we do our work.

6            Now, one thing I want to note here is, you

7   see in blue -- what you'll see when you look at my

8   work is you'll see before cleaning, after cleaning

9   one, after cleaning two, three and four.  That's how

10  you'll see that in my report.

11      Q.   And that's how you tie it in.  So this is

12  that step.

13           So if you take a picture after and it says

14  "after cleaning one," it's after that step that

15  you're talking about?

16      A.   That is correct.

17      Q.   Now, I do want to ask you this:  SEM, what

18  does that mean?

19      A.   Scanning electron microscopy.

20      Q.   And that would be -- let's use the Justus

21  amended report again.  Show me the SEM photos in

22  here.  Ah, here it is on page 13.

23      A.   Yes, sir.

24      Q.   So, as you just explained to us, the first

25  cleaning where you're just kind of rinsing it,

Shelby F. Thames, Ph.D.

1    you're putting it in a little bit of water to get

2    most of whatever could be on there, you dry it out,

3    and you take SEM.  That's picture A in the --

4         A.   That's correct.

5         Q.   -- top left-hand corner.

6         A.   That's correct.

7         Q.   It goes through a few more steps.  It gets

8    through the sixth step, and then another photo is

9    taken, and that's picture B.

10        A.   Well, that's after cleaning one.

11        Q.   Right.  So that's after the sixth step,

12   which is after cleaning one, which you have marked

13   in blue on your cleaning protocol, correct?

14        A.   That's correct.

15        Q.   And then it follows all the way down

16   through cleaning five, which is the 25th step, which

17   is the picture that says Justus 1.1 SEM three after

18   cleaning five, correct?

19        A.   Yes, sir.

20        Q.   Now, I do have a question for you.  Some

21   of these say SEM 07, SEM 05, 05, 02, 02, 03.  What

22   does the 05, 07, 05 mean?

23        A.   We took more SEMs than I could include in

24   this report.  That's available for you.  We just

25   selected ones that we thought told the best picture

Shelby F. Thames, Ph.D.

1    to explain what I want to talk to you about as we go

2    through this.

3         Q.   And so how many SEMs would you take of

4    each one?

5         A.   It varied.

6         Q.   But when it says "SEM 5," you just

7    numbered that picture 5?

8         A.   Yes, sir.

9         Q.   So there's probably a picture 4 I could

10   look at, --

11        A.   Sure.

12        Q.   -- a picture 6 I could look at for that

13   same level?

14        A.   Yes, sir.  It would depend.

15        Q.   Okay.  So hint to somebody getting ready

16   for trial.  If they wanted to, they might want to

17   look at those pictures and see what they said,

18   right?

19        A.   Yes, sir.

20             MR. MONSOUR:  That's my note to all the

21        lawyers that are reading this three months

22        from now.  If you want to look at some

23        pictures, they are available.  Don't say I

24        didn't tell you.

25             MR. HUTCHINSON:  For the record, those

Shelby F. Thames, Ph.D.

1        have been produced already.

2                MR. MONSOUR:  Okay.  Good.

3                MR. BOWMAN:  Those are the ones produced

4        yesterday?

5                MS. KROTTINGER:  Well, two days ago.

6                MR. HUTCHINSON:  Two days ago.

7    BY MR. MONSOUR:

8        Q.   Let's go back to our cleaning protocol.

9    The seventh step looks like distilled water bath,

10   70 degrees Celsius, 17-and-a-half hours, correct?

11       A.   Yes, sir.

12       Q.   Why this time did you do it 17-and-a-half

13   hours instead of 30 like you did in the third step?

14       A.   Well, number one, we needed to reduce the

15   time because of the number of implants that we were

16   getting in here.  So we looked at these and said,

17   well, this is doing a pretty good job.  Let's reduce

18   the time.

19               And, obviously, had we gotten through

20   these five steps and they hadn't been clean, we

21   would have to revise and go back and do a longer

22   period of time.  But it was giving us what we

23   needed.  We were seeing a reduction in the layer,

24   the formation layer around the explant.

25       Q.   Fair enough.

Shelby F. Thames, Ph.D.

```
1              As in litigation, you had a deadline that
2    you needed to meet.  Sometimes you needed to cut a
3    little bit here, but you still wanted to get it done
4    adequately?
5         A.   Accurately and adequately, yes, sir.
6         Q.   The eighth step, what does it say?
7         A.   Hypochlorite in the shaker for one hour.
8         Q.   Now, if I look -- if I'm careful at
9    looking at this, it looks like your NaOCl, your
10   bleach, is different than the bleach you used in the
11   fourth step?
12        A.   It's the same.
13        Q.   So could you tell me why does one say 10
14   to 15 percent NaOCl and the other one says 6 to 14
15   percent NaOCl?
16        A.   Let me say this.  Dr. Ong did this, and he
17   may have had a different container of sodium
18   hypochlorite, so I may be talking out of -- it may
19   be 6 to 14, but it really doesn't make any
20   difference.  It's bleach.
21        Q.   And then it says, "shaker one hour"?
22        A.   Yes, sir.
23        Q.   What's a "shaker"?
24        A.   You put the sample in the shaker.  And
25   it's just that, it shakes the material back and
```

Shelby F. Thames, Ph.D.

1   forth.

2        Q.   And so --

3        A.   That's to provide physical movement for if

4   there's any hanging-on material that's been --

5        Q.   It gets it off?

6        A.   Yeah.  It may be intertwined, and you're

7   trying to shake that off.

8        Q.   So the only thing that's in the shaker is

9   going to be the implant, the bleach, and it goes in

10  there and shakes back and forth for an hour?

11       A.   That's correct.

12       Q.   Then you take it out, and it says the

13  ninth step is what?

14       A.   6 to 14 percent sodium hypochlorite, and

15  it's in an ultrasonic bath for an hour.

16       Q.   What's an "ultrasonic bath"?

17       A.   It's a bath that's operated by ultrasonic

18  waves.  It's more vigorous than step eight.

19       Q.   So how does it do -- how does the

20  ultrasonic bath work?  Assume for me the

21  hypothetical that I might not work with ultrasonic

22  baths that often.

23       A.   Well, the way that I know to tell you that

24  it works is that it's energy imposed on water such

25  that it has the water waves moving very rapidly.

Shelby F. Thames, Ph.D.

1      Q.   All right.  Then the next step is?  The

2   tenth step is what?

3      A.   That's distilled water again and

4   ultrasonic bath for one hour, but that's just

5   distilled water.

6      Q.   Is that basically to rinse the bleach off

7   and any of the other flesh that has broken down?

8      A.   Yes, sir.

9      Q.   The 11th step is what?

10      A.   Desiccation, drying.  It's putting it in a

11   desiccator.  It's a glass vessel, and they pull a

12   vacuum on it to hurry it up.

13      Q.   And they only do that for one hour?

14      A.   Yes, sir.

15      Q.   And then you again look at it by SEM?

16      A.   Yes, sir.  And that's my after cleaning

17   two.

18      Q.   The 12th step is what?

19      A.   They look at by SEM and send it to me.

20      Q.   They send it to you after cleaning two.

21           And after cleaning two, you again will

22   perform FTIR and light microscopy?

23      A.   And SEM.

24      Q.   But doesn't -- does Ong do the SEM, or

25   you're doing the SEM?

Shelby F. Thames, Ph.D.

1       A.   He does it, and we do it.

2       Q.   Okay.  So y'all both do it.

3            Why is Ong doing SEM if you're doing it?

4       A.   I think he wants to see the progression so

5   he can tell how the cleaning process is moving

6   along, and he wants to see that himself, which I

7   understand.

8       Q.   Is that a way for him to check that the

9   cleaning is doing what it's supposed to be doing?

10      A.   Yes, sir.

11      Q.   So then y'all look at it.  You do the SEM,

12  the FTIR, the light microscopy following the 11th

13  step.

14           You go to the 12th step, which is?

15      A.   Distilled water bath, 70 degrees for

16  18 hours.

17      Q.   So it's about the same as the seventh

18  step, except it's half an hour longer, correct?

19      A.   Yes, sir.

20      Q.   And then you follow that up with the 13th

21  step, which is?

22      A.   Again, sodium hypochlorite in the shaker

23  for four hours and then ultrasonic for two.

24      Q.   Okay.  So it's almost a combination of

25  steps eight and nine?

Shelby F. Thames, Ph.D.

1    A.    Correct.

2    Q.    And is there a reason why the 13th step

3    basically listed as one and then eight and nine are

4    listed as two?

5    A.    I'm not sure I understand.

6    Q.    Well, the 13th step has a shaker and

7    ultrasonic bath.

8    A.    Yes, sir.

9    Q.    The eighth step is a shaker, and then the

10   ninth step is an ultrasonic bath.

11         So you have it broken down there, and then

12   on one of them you have it combined.  I was

13   wondering if there's any significance to that?

14   A.    No, sir.

15   Q.    The 14th step is what?

16   A.    Distilled water rinse, and it's in an

17   ultrasonic bath for one hour, and it's rinsed again.

18   So they took the material out of the 13th step, put

19   it in clean water, clean distilled water, and shook

20   it again for one hour in the ultrasonic bath.

21   Q.    Basically to get all the bleach and all

22   the stuff that the bleach took off --

23   A.    Yes, sir.

24   Q.    -- off the implant?

25   A.    Yes, sir.

Shelby F. Thames, Ph.D.

1    Q.   Okay.  Then you go to the 15th step, which

2    is, again, desiccation/drying for one hour, which is

3    that vacuum drying?

4    A.   Yes, sir.

5    Q.   Again, there is SEM, FTIR, light

6    microscopy, correct?

7    A.   At my lab, yes, sir.

8    Q.   And then there's the 16th step, which is a

9    repeat of the 12th step, correct?

10   A.   Okay.  Let's see.  Yes.

11   Q.   And then there's the 17th step, which this

12   is a new one.  This is something that you haven't

13   done before.  What is it?

14   A.    It's using Proteinase K, an enzyme to help

15   break apart proteins.

16   Q.   Okay.  Now, why would you use the

17   Proteinase K at this stage in the 17th step?  How

18   did you select that?

19   A.    Well, if you think of the logic here, you

20   start off with flesh and fiber, and we're working

21   our way toward the surface of the explant.  And when

22   we will kind of get to the surface of the explant,

23   that's where we find the strongly-adhered proteins

24   that I talked to you about.  They are saying to

25   themselves, "I like it here.  I don't want to go

Shelby F. Thames, Ph.D.

1    anywhere."

2            So we use Proteinase K as a means to --

3    it's an enzyme, which is a little different cleaning

4    mechanism to try to attempt to get rid of the last

5    vestiges of proteins on the surface of the explant.

6        Q.    This is going to sound stupid, but I'm

7    going to ask it anyway.  Is the bond, where things

8    bond together, is the bond strongest where the bond

9    is actually together versus kind of back away from

10   the bond?

11       A.    Well, you're asking a very good question.

12   You're asking me the difference between a cohesive

13   bond and an adhesive bond.

14       Q.    Okay.

15       A.    The cohesive bond is the formation of the

16   bond between the proteins themselves, and that's

17   part of what we're having to break apart.

18           The adhesive bond is the bond between the

19   proteins and the fiber.  We're attempting to break

20   both of those.

21       Q.    All right.  So these bonds that are the

22   hardest to break are the cohesive bonds?

23       A.    Well, not necessarily.  I have not

24   measured that.  In order to give you an exact

25   scientific measurement, I would have to do a

Shelby F. Thames, Ph.D.

1  measurement.  But they are very strong.  Both of

2  them are strong.

3       Q.   Okay.

4       A.   And I have to get through that cohesive

5  bond to get to the surface of the fiber with my

6  Proteinase K before I finally can wash the last

7  vestiges off.

8       Q.   Okay.  So is it a fair statement to say

9  that Proteinase K is a stronger -- I'm at a loss for

10  my words -- cleaner than bleach would be?

11      A.   I don't think it -- that's a different

12  one.

13      Q.   It's different?

14      A.   It's different.

15      Q.   It might do some things that the bleach

16  didn't do?

17      A.   Yes, sir.

18      Q.   So, now, if we go the 17th step, that's

19  the Proteinase K followed by a water bath, and then

20  the 18th step is more Proteinase K with an

21  ultrasonic bath?

22      A.   Right.

23      Q.   Why did you do that?

24      A.   Well, because we wanted to follow it with

25  17.  You take it out, and you put it back into a new

Shelby F. Thames, Ph.D.

1  bath, which is not contaminated now from anything

2  that might have come off from the 17th step.  Now

3  it's in a new bath to finally do the same thing.

4       Q.   Okay.  Then we go back to the 19th step,

5  which is what?

6       A.   Distilled water and an ultrasonic bath for

7  a one-hour rinse, and then they desiccated it in the

8  20th step and one hour drying, and they sent it to

9  me.

10       Q.   Okay.

11       A.   If you'll notice the last steps before we

12  come to the send to me, they try to clean it and get

13  whatever residue might have been on there off of it

14  and then dry it.

15       Q.   So you can get a good picture?

16       A.   That is correct.

17       Q.   They know before they send it to you that

18  you're going to be doing light microscopy, FTIR, and

19  they want you to have as good as a sample as

20  possible to look at?

21       A.   That's correct.

22       Q.   And FTIR, doesn't that look at the

23  surface?

24       A.   Yes, sir.

25       Q.   So if there's a bunch of gunk on the

Shelby F. Thames, Ph.D.

```
1    surface, FTIR might not be as reliable as you would
2    want it?
3         A.   Well, we do transmission, which means it
4    goes through the sample that we're looking at.  But
5    if you have a lot of, as you put it, gunk on the
6    surface, it's not what you really want to look at.
7    Then that's what you're going to get a big picture
8    of, and it's going to obscure other things that you
9    really want to see.
10        Q.   Right.  So the 21st step is more
11   distilled -- another long distilled water bath of
12   eight hours?
13        A.   Correct.
14        Q.   Are you able to do a little less time now
15   because you've cleaned off so much of it?
16        A.   Yes, sir.
17        Q.   And then the 22nd step is more bleach in a
18   shaker for 18 hours?
19        A.   Yes, sir.
20        Q.   Now, one thing, it seems like -- is this
21   your longest shaker with bleach?
22        A.   I'll have to look.
23        Q.   It looks like -- usually your longer times
24   are more with -- well, there's one with
25   Proteinase K.  Usually the longer ones seem to be
```

Shelby F. Thames, Ph.D.

1    with water.

2           Is there any reason why at this step

3    you're going with more bleach in the shaker for a

4    longer period of time?

5    A.    Well, we've used Proteinase K.  It has

6    worked a different method and opened up some of the

7    proteins, denatured them, and then we want to come

8    in there and make sure we get those off.  So that's

9    why we use the shaker, because now we're getting

10   down to the real tough guys that are adhered

11   strongly to the surface.

12   Q.    Now, it says the 23rd step is more bleach

13   and an ultrasonic bath for two hours, correct?

14   A.    Yes, sir.

15   Q.    And then your final -- or the 24th step is

16   distilled water rinse, ultrasonic bath, one hour and

17   then rinse again?

18   A.    That's correct.

19   Q.    And that's pretty much the final cleaning.

20   And then it goes to dry, and then you look at it and

21   you take your final pictures?

22   A.    Yes, sir.

23   Q.    Now, the bonds that are formed between

24   this cross-linked formalin and protein, where it is

25   adhering to the surface of the polypropylene, is

Shelby F. Thames, Ph.D.

1    that a strong bond?

2        A.   Yes, sir.

3        Q.   Is it the type of bond where if somehow

4    they were still bound together and the protein was

5    removed, could it pull some of the polypropylene

6    with it?

7        A.   That's possible.

8        Q.   If the -- if -- and this is a

9    hypothetical.  I know you disagree with this.  If

10   the polypropylene on the surface was degraded, would

11   it be easier to pull off with this strong bond that

12   had been formed with the protein and the

13   formaldehyde?

14       A.   At that particular site, that might be the

15   case.  It's possible.

16            Now, you have to remember, by the time we

17   get to here, we've basically cleaned the sample, and

18   we've taken FTIRs and SEMs and light microscopy of

19   these samples all the way.  So we can follow what's

20   happening.  And it's not like we would have missed

21   anything on the surface of that explant if it were

22   there because what you just described happened.

23            That's why we've done all of these tests

24   at every step of the way.  We plotted them all:

25   One, two, three, four, five.  And in these reports,

Shelby F. Thames, Ph.D.

1   you have FTIRs.  After each of these steps, you have

2   light microscopy after them, and you have SEMs after

3   each of the steps.

4        Q.   Let me -- I'm going to do a drawing here.

5             (EXHIBIT NO. 6 MARKED.)

6   BY MR. MONSOUR:

7        Q.   Now, I'm about as good of an artist as I

8   am a polymer chemist.  Okay?

9        A.   Okay.

10       Q.   So I'm going to draw a cross-section of a

11   Prolene fiber.  This is my cross-section of a

12   Prolene fiber.  Okay?

13       A.   Got you.

14       Q.   If there was an outer later on the surface

15   that was degraded, oxidized polypropylene, and if it

16   was removed in the process, if that happened, it

17   would, in theory, give the polypropylene implant a

18   smaller diameter if that took place, correct?

19            MR. HUTCHINSON:  Object to form.

20            THE WITNESS:  If you take some of the

21        polypropylene off of the exterior surface, it

22        will reduce the diameter by the amount that

23        you took off.

24   BY MR. MONSOUR:

25       Q.   And so I'm going to say "before," and then

Shelby F. Thames, Ph.D.

1    I'm going to say "after."  And I'm going to write at

2    the top "hypothetical," because I know you disagree

3    with this, "hypothetical."

4            So you see my diagram, which is, in

5    theory -- here, I'll call it "cross-section of

6    Prolene fiber."

7            Do you see my drawing?

8       A.   I do.

9       Q.   And you see before would be the outer, the

10   diameter, and then after would be if that outer

11   layer was removed where it would end up being.

12           Do you understand my basic premise of the

13   question?

14      A.   I understand your hypothetical.

15      Q.   Okay.  Here's my question.  If that was

16   taking place, is there a way to measure a fiber to

17   say, well, they all started off at this measurement,

18   and then when we were done cleaning, they had this

19   measurement?

20           MR. HUTCHINSON:  Object to form.

21           THE WITNESS:  Well, I don't know if

22       you've seen any of these fibers or not in the

23       SEMs in the pictures and looked at them

24       carefully.

25   BY MR. MONSOUR:

Shelby F. Thames, Ph.D.

1      Q.   I looked at the pictures, but I probably

2    don't know what I'm looking at.

3      A.   Well, you'll notice that when they're

4    wrapped together, when they're knitted, there are

5    sections that are linear in nature.  And then as

6    they begin to go into a knot or where they turn, the

7    diameter changes.

8           So if you try to measure diameter -- and

9    we've done this before.  We've measured diameter.

10   And you're talking about 3 mills out of

11   170-some-odd.  So that's not a good way to try to

12   make a determination on what you're trying to do.

13          What we've done to try to make certain

14   that this -- if this hypothetical were to occur,

15   that's why we've done light microscopy and FTIR and

16   SEM after each of these steps to make certain that

17   we're not doing it, to make certain this

18   hypothetical did not occur and we didn't find it.

19     Q.   Okay.  And I understand that.  But my

20   question is, let's say you could get some of the

21   sample that was not, you know, one of the knotted

22   areas, and you were to take a pristine one and then

23   one that had gone through, in theory, oxidized and

24   then been cleaned.  And if the oxidized cleaned one

25   had a smaller diameter than the pristine one, could

Shelby F. Thames, Ph.D.

1    that be evidence of degradation that had been

2    removed?

3         A.   I don't think you can use your

4    hypothetical.  Because you've got to remember that

5    not only do you have knots, but you have tension on

6    the fibers.  And the exemplar right out of the

7    package has not been anywhere other than through the

8    extruder.  And it hasn't been in the aqueous

9    environment.  It hasn't been pulled, no tensions on

10   it.  You can't -- they are so small.  And the

11   difference that would be made would be so small that

12   you could not get an accurate measurement of that.

13   This hypothetical will not work in real life.

14        Q.   Okay.  I just wanted your opinion on that.

15   And I think what you said was, was maybe the

16   diameter -- if that were to take place, the diameter

17   would be somewhere around 130, and you would be

18   looking at a reduction of -- I mean, 170, and you

19   would be looking at a reduction of maybe three?

20        A.   2 to 3 microns.

21        Q.   So it would be very difficult to measure

22   that?

23        A.   Oh, yeah.  It would be very inaccurate.

24   You couldn't use that as a technique.  And that

25   was -- we are all hypothetical here, aren't we?

Shelby F. Thames, Ph.D.

1    Q.   Yeah.  I will go on record saying that you

2  disagree with the underlying thought process.  I was

3  just getting your opinion on this.

4    A.   Yes, sir.

5    Q.   I know you do not agree that degradation

6  takes place.  You have told me that.

7    A.   In fact, we've proven that case

8  scientifically.

9    Q.   I know you think you have.

10    A.   It's all in the chemistry, and we will

11  show you the chemistry before this is over.

12    Q.   Well, you're showing me chemistry today.

13  It's kind of good.

14         If you were going to give me a grade thus

15  far, what would you give me?  Would you give me an

16  "A," or would I be more in the "C" range?

17    A.   I would just have to say that I haven't

18  had enough time with you before I grade you.

19    Q.   Well, we'll see.  I've got about an hour

20  and a half or so or an hour.  We'll see how I do.

21  Maybe I can win you over at the end.

22    A.   I kind of like you, actually.

23    Q.   I like you, too.

24         MR. MONSOUR:  We're at break time.

25         Since I've gone through that, let's take a

Shelby F. Thames, Ph.D.

```
 1        break.  I've got one more hour with you.

 2                  (A BREAK WAS TAKEN.)

 3                  MR. MONSOUR:  We're back on the record.

 4        Are you ready to continue, Dr. Thames?

 5                  THE WITNESS:  Yes, I am.

 6   BY MR. MONSOUR:

 7        Q.   You told me that thus far today it's all

 8   about science.  It's all about the chemistry, right?

 9        A.   It's all in the chemistry, sir.

10        Q.   So for the chemistry that you've talked

11   about that goes all the way back to the 1940s, for

12   that chemistry to take place, you've got to have

13   formaldehyde?

14        A.   Yes, sir.

15        Q.   If there's no formaldehyde, then your

16   opinions based upon formaldehyde would fail,

17   correct?

18                  MR. HUTCHINSON:  Object to form.

19                  THE WITNESS:  Well, they wouldn't be

20        part of my opinions if I didn't have

21        formaldehyde.

22   BY MR. MONSOUR:

23        Q.   But I guess what I'm getting at is your

24   opinions based upon the layer on the outside of the

25   Prolene being the -- you know, the coating that is
```

Shelby F. Thames, Ph.D.

1   created by formaldehyde and protein, that can only

2   exist if that implant was put in formaldehyde,

3   correct?

4           MR. HUTCHINSON:  Object to form.

5           THE WITNESS:  Well, it only exists

6       because there's proteins there.  Remember,

7       the first thing that went to the foreign body

8       was proteins, and that's collagen.  And so

9       the formaldehyde was added after that

10      happened.

11  BY MR. MONSOUR:

12      Q.   I understand the protein stuff.  I guess

13  what I'm getting at is, for what you're talking

14  about, we've got to have formaldehyde?

15          MR. HUTCHINSON:  Object to form.

16          THE WITNESS:  You have to have

17      formaldehyde to effect the chemical reaction

18      that we've been describing that's on page 17.

19      But that does not mean that you don't have

20      strong adhesive bonds of proteins to the

21      fiber without the fixation process.  That has

22      to be in place before the formaldehyde fixes

23      it.

24  BY MR. MONSOUR:

25      Q.   But I guess what I'm getting at is the --

Shelby F. Thames, Ph.D.

1    again, going back to regular people language, --

2         A.   Yes, sir.

3         Q.   -- what you're saying is there is a

4    coating on the outside of the Prolene fibers, which

5    you do see, correct?

6         A.   Yes, sir.

7         Q.   And in pictures we see them.  And that

8    coating has cracks in it, according to you, correct?

9         A.   Yes, sir.

10        Q.   For that coating to form, you've got to

11   have formaldehyde?

12             MR. HUTCHINSON:  Object to form.

13             THE WITNESS:  Not necessarily, no, sir.

14        For the coating to form -- that forms as a

15        result of fixation, you have to have

16        formaldehyde.  But if you don't have

17        formaldehyde, you still have proteins, a

18        coating formed around the explant.  You still

19        have that formation, but it's different in

20        that it's not cross-linked with formaldehyde.

21        It's still there.

22   BY MR. MONSOUR:

23        Q.   Okay.  So --

24        A.   It's there before the formaldehyde is ever

25   added, so you've got an adhered protein to this

Shelby F. Thames, Ph.D.

1    fiber.

2         Q.   So let's talk about that.  We're going to

3    talk -- this section of the deposition is going to

4    be in situations where nothing was ever put in

5    formaldehyde.  Okay?

6         A.   Okay.

7         Q.   So let's take formaldehyde and throw it

8    out the window.

9              If I get an explant and it's never been

10   put in formaldehyde and there is tissue that is on

11   that explant, what do I need to do to clean that

12   one?

13        A.   The same process will work.  You will

14   soften the flesh with water.  You will use the

15   sodium hypochlorite that will take the bleach off --

16   or the bleach will take the -- excuse me -- the

17   excess tissue off.  And if you use the same process,

18   it will give you a clean explant.

19        Q.   What is allowing the protein flesh to bind

20   to the Prolene implant?

21        A.   You remember we talked earlier about

22   cohesion and adhesion?  We had this discussion in

23   the session before this.  Well, there's a strong

24   adhesive bond that forms between the proteins and

25   Prolene, and that occurred -- in the last session,

Shelby F. Thames, Ph.D.

1   that occurred even before formaldehyde was added.

2   That's the point I'm trying to make.

3           If you have a strong bond already formed,

4   when you add the formaldehyde, you're making it

5   stiff because, i.e., you want to preserve it, number

6   one, so that it doesn't rot; and if you're a

7   histologist, you want to make sure that it's been

8   fixed so that it's rigid enough that you can get a

9   good slice and get you a good -- material to work

10  with.

11      Q.   Okay.  Good.

12          So here's my next question.  For the

13  formaldehyde-protein bond that you explained to me,

14  you were able to cite me some articles from the '40s

15  with Dr. Fraenkel-Conrat.  Is there any authority

16  that explains the bond that forms between the

17  Prolene and the protein?

18      A.   Yes, sir.  And I have several of them

19  cited in this report, in the reports that you see.

20      Q.   So those are cited in the report?

21      A.   Yes, they are.

22      Q.   Could you very quickly point me to which

23  section that is?

24      A.   It may not be very quickly.

25      Q.   Assume I haven't memorized your report but

Shelby F. Thames, Ph.D.

```
1    that I have read it.

2         A.   59 and 60, 61 and 62 on page 15 of my

3    report.

4         Q.   On page what?

5         A.   15 of my report.  With your permission, I

6    would like to read this first sentence.

7         Q.   Please do.

8         A.   It is under the heading of "Protein

9    Adsorption on Implant Device Surfaces."

10              "It is well established that implantation

11   of a foreign body (mesh materials, as an example)

12   elicits a foreign body reaction involving the

13   immediate formation of tenaciously adsorbed and thus

14   adhered 'protein coating' onto the surface of the

15   implanted materials," 59, 60, 61 and 62 references.

16        Q.   And you cite -- there is a Dr. Kyriakides,

17   and he's got a book.  And there's chapter 5 of that

18   book, and you're citing to that?

19        A.   Yes, sir.  It's important that we go -- to

20   really be able to explain this, if you don't mind,

21   it's important that we look at that a little closer.

22   Is that okay?

23        Q.   Sure.

24        A.   Well, if we go down to about midway in

25   that paragraph, it says, K-Y-R-I-A-K-I-D-E-S,
```

Shelby F. Thames, Ph.D.

1    "Kyriakides also states that body proteins adsorb

2    onto implanted material surfaces and contact the

3    surface even before cells reach the implant,"

4    reference 64.

5             So you've got an implant, and then you've

6    got the proteins, and then you've got the cells of

7    the human body coming in.  That's all there before

8    we ever get to formaldehyde, because that's in the

9    body.  Then it has to be taken out of the body as an

10   explant, put into formaldehyde, and then the

11   formaldehyde reaction takes place.

12        Q.   Okay.  So with regard to this, this is the

13   first bond that takes place.  Then the -- I don't

14   want to get the word wrong.  Then the cross-linking

15   takes place when the formaldehyde is added later?

16        A.   Yes, sir.

17        Q.   And I think I asked you this, but I'm not

18   for sure.  Which bond is stronger, the first bond

19   that takes place, the adsorption -- that's "ad" with

20   a "D" -- adsorption of the protein onto the

21   polypropylene or the second one that takes place

22   with the formaldehyde?

23        A.   I have not measured that specifically, and

24   I cannot give you a specific technical answer.  But

25   I can tell you based on the cleaning protocol and

Shelby F. Thames, Ph.D.

1    the information that I've read, that the bond

2    between the proteins and the -- and Prolene, which

3    is the fiber, is very strong, as is the cohesive

4    bond.  They're both strong.

5              But in this cleaning process, we're

6    working on the cohesive bonds, in other words, to

7    make the bonds between the fibers break and go away

8    so that we can move the materials off of the surface

9    of the explant --

10         Q.   Okay.

11         A.   -- without damaging the explant.

12         Q.   Another question I want to ask you, you

13    talk about this, and you talk about the staining of

14    some of Dr. Yakovlev's work when you talk about H&E

15    stains, I guess, adhering to polypropylene.

16              Do you remember that?

17         A.   No.  H&E stains won't adhere to

18    polypropylene.

19         Q.   That's what you say in the report.  You

20    say it --

21         A.   That's a fact.

22         Q.   -- cannot happen.

23         A.   It's all in the chemistry.

24         Q.   Let me ask you this:  Is there a chemical

25    difference between polypropylene and oxidized

Shelby F. Thames, Ph.D.

1    polypropylene?

2         A.   Well, oxidized polypropylene would have an

3    oxygen atom in it.  It would be a ketone, more than

4    likely.  It would not be soluble in water.  It would

5    not have a functional group on it that would be

6    attracted to or would react with the stain.

7         Q.   So I guess you anticipated my question.

8         A.   Yes, I did.

9         Q.   My question is, can H&E stains, can they

10   stain oxidized polypropylene?

11        A.   I don't believe they will, no, sir.

12        Q.   Now, you've said, "I don't believe they

13   will."  Where would we look for authority on that?

14   Because I don't believe -- you know, I don't believe

15   Texas is going to win the national championship next

16   year.  That doesn't mean they're not going to.

17             So when I hear, "I don't believe," my

18   question is, where do I go for the authority as to

19   whether or not H&E stains will stick to oxidized

20   polypropylene?

21             MR. HUTCHINSON:  Object to form.

22             THE WITNESS:  Well, first of all, the

23        term "stick to" is not technical and has no

24        merit in this conversation, but we realize

25        that you're just using it as an analogy.

Shelby F. Thames, Ph.D.

```
1    BY MR. MONSOUR:
2        Q.   Right.  I'm using regular people words.
3    You can use whatever words you want.
4        A.   First of all, in order for something to
5    adhere to a stain, it has to be ionic.  It has to
6    have an ionic bond.  It has to have a structure if
7    it's capable of being ionic.  To be ionic, it has to
8    be in water to form an ion, to be in an aqueous
9    medium.
10            Polypropylene and/or oxidized
11   polypropylene is not going to be soluble in water.
12   It is not going to have a functional group on it
13   that will ionize such that it can react with an
14   ionic species of a different charge.
15            That's what happens when you get a stain
16   to form a bond, adhere to it.  That's why when you
17   wash off all the excess stains, that stays there,
18   because a chemical bond has been formed.  And that's
19   why the color comes in.  Okay?
20       Q.   Okay.
21       A.   And you won't have those functional groups
22   present if you oxidize polypropylene.  And if you
23   do, it will be of such a high molecular weight that
24   it won't go into water and it won't be ionic and it
25   won't stain.
```

Shelby F. Thames, Ph.D.

1          And I use as my authority to back up my

2    support the experiments of Dr. Steven MacLean from

3    Exponent, and that's a very recent response.  And

4    they have proven that it doesn't stain.  I know it

5    wouldn't stain.

6          If you look at the chemistry and you look

7    at what has to happen for a stain to adhere, to form

8    a bond, you would know that this just will not

9    stain.

10    Q.   I'm just -- I know you seem incredulous

11    that I couldn't know this.  I'm not real good at

12    chemistry.

13    A.   I understand.  But I'm just saying this

14    for the record because it's a fact, you know.

15    Q.   Who is Dr. Steven MacLean?

16    A.   He's a scientist that works for Exponent.

17    He's out in the San Francisco laboratory, and he

18    submitted a report.

19          MR. MONSOUR:  Is he one of y'all's

20       retained experts?  Is he a testifier?

21          MR. HUTCHINSON:  (Nods head

22       affirmatively.)

23    BY MR. MONSOUR:

24    Q.   What would you need to see, what type of

25    evidence would you need to see to -- so that it

Shelby F. Thames, Ph.D.

1    could establish to you that polypropylene or Prolene

2    degrades once it's implanted in a woman

3    transvaginally?

4            MR. HUTCHINSON:  Objection.  Asked and

5        answered.

6            THE WITNESS:  I have answered that

7        question before.

8    BY MR. MONSOUR:

9        Q.    Okay.

10       A.    You asked that question.  And I'm not

11   being short with you, but you asked it, and I gave

12   you the answer.

13       Q.    Okay.  I forget.

14       A.    I would need carbonyl groups formation.  I

15   would then follow up with that molecular weight

16   physical property test.

17       Q.    Okay, okay.  As far as cleaning explanted

18   medical devices and prostheses, is there any

19   textbook or authority that you would rely upon?

20       A.    Well, first of all, the only medical

21   device that I was interested in cleaning was

22   Prolene, not anything else.

23       Q.    Okay.

24       A.    So when you look at Prolene, you look at a

25   fiber, you look at the fact that it has a melting

Shelby F. Thames, Ph.D.

1    point, you look at the fact that it softens, and you

2    are saying, well, I'm going to be looking at this

3    because people are going to be asking me, well, does

4    this material oxidize or not?  That's the key

5    question.  Does it oxidize?  Does it degrade?

6    Should it be in the human body?  And I've got to

7    find out whether that's the case or not.

8              So I select a protocol understanding the

9    chemistry of where that explant came from.  See, I

10   look at it in totality.  Where did it come from?  It

11   came from the human body.  Well, what's on it?

12   Flesh.  Well, what else?  Well, when they got

13   through taking it out, they dropped it in some

14   formaldehyde.  And guess what?  Flesh has proteins

15   in it, and proteins react with formaldehyde, and it

16   forms a hard matrix around it.  I've got to get that

17   off.  But I don't want to do anything to damage the

18   implant.  How do I do that?  Well, I just reverse

19   the reaction that caused it to form in the first

20   place, and then I use a little Clorox along the way

21   to get the flesh out of the way.

22             And when I do that, after every step I

23   look at the light microscopy, I look at the scanning

24   electron microscopy, and I look at an FTIR to see if

25   there are any carbonyl groups there.  If there are

Shelby F. Thames, Ph.D.

1    no carbonyl groups there, then there's no oxidation.

2        Q.   That's one of the things I was going to

3    ask you about.  And this is -- again, this is going

4    to go back to my ignorance in chemistry.

5            But when you were talking about looking --

6    using FTIR to spot carbonyl groups at the 1730, 1750

7    range, do you remember us talking about that?

8        A.   I do, sir.

9        Q.   And you said when you find it and it

10   becomes positive, one of the things that it could be

11   positive for, if it was there, is it could be for

12   degraded polypropylene, but it could be for maybe

13   calcium stearate or for DLTDP, right?

14       A.   Yes, sir.

15       Q.   Are there amounts of those components that

16   you would need to see for it to show up on FTIR?

17       A.   Well, I haven't done a study where I say,

18   okay, Ethicon, I want you to make Prolene with

19   .1 percent by weight of DLTDP and then by .2 percent

20   by weight and then .3 percent by weight.

21           In order to answer your question and be

22   very precise, I would need to know that.  All right.

23   And, of course, after each of those, I would look at

24   the FTIR.

25           But I have found DLTDP and FTIRs of

Shelby F. Thames, Ph.D.

```
1    exemplars and found that as we clean them, that

2    diminishes somewhat because we're using bleach and

3    we're using water.

4              So I can't give you a specific technical

5    answer to your question.

6         Q.   Okay.  So let me ask you this:  Why as you

7    use bleach and water do you think there would be

8    less and less DLTDP?

9         A.   Well, it would be oxidized.

10        Q.   What's "oxidized"?

11        A.   The DLTDP, and hydrolyzed.  It's an ester.

12        Q.   Okay.

13        A.   Esters hydrolyze in water.

14        Q.   And so the water is causing the DLTDP to

15   oxidize?

16             MR. HUTCHINSON:  Object to form.

17             THE WITNESS:  The water and the

18        environment it's in is causing a reduction in

19        the concentration of DLTDP.

20   BY MR. MONSOUR:

21        Q.   And DLTDP is an antioxidant, right?

22        A.   Yes, sir.

23        Q.   So I just want to ask my question clearly.

24   You kind of answered it, but I want to make sure I

25   get this clearly.
```

Shelby F. Thames, Ph.D.

```
 1              How much DLTDP needs to be in a Prolene
 2  fiber for it to show up on FTIR?
 3        A.   I've answered that question.
 4        Q.   And the answer is you don't really know?
 5        A.   No, I don't.  Because I haven't done a
 6  quantitative measurement to know exactly the amount
 7  that needs to be there before I will pick it up on
 8  my FTIR instrument.
 9        Q.   Right.  But then that gets back to my
10  question.  Wouldn't you need to know that?  Because
11  what I -- you're trying to teach me good science,
12  and I'm wanting to be a good student here.  I want
13  an "A."  I want an A-plus.
14        A.   You better hurry.
15        Q.   I'm wanting an A-plus.
16              So my question is, if you're kind of
17  ruling in as a possible that DLTDP could be what's
18  making the FTIR show up between 1730 and 1750,
19  wouldn't you need to know as a scientist how much
20  DLTDP would have to be there for it to ping
21  positive?
22        A.   Well, that would be helpful.  But at the
23  same time, what we see happening as we clean this is
24  that DLTDP is lost, and there's still no carbonyl
25  groups.  And that's not -- and it doesn't show up in
```

Shelby F. Thames, Ph.D.

1   every one of them, by the way.

2          We're talking here like there's an

3   assumption that every one of these fibers shows

4   DLTDP, and it doesn't.

5          Q.   Okay.

6          A.   But what should be present, if we have

7   oxidized polypropylene, is we should always have a

8   carbonyl peak, and that carbonyl peak should not go

9   away in this cleaning process.

10         Q.   All right.  Let me ask you about a calcium

11  stearate.

12         A.   Yes, sir.

13         Q.   How much calcium stearate would need to be

14  present in a Prolene strand so it could, you know,

15  show positive on FTIR between 1730 and 1750?

16         A.   Same answer that I gave you for DLTDP.

17         Q.   And the answer to that is you're not

18  really sure, correct?

19         A.   That's correct from a very specific point

20  of view.

21         Q.   So tell me, what is the purpose of DLTDP?

22  Tell me what an antioxidant does.

23         A.   Well, if there's a free radical formed,

24  the oxi- -- the theory is that free radicals are

25  formed, and then they form hydroperoxides, and they

Shelby F. Thames, Ph.D.

1  decompose.  And then the decomposition process, it

2  breaks the bond of a Prolene species and produces a

3  ketone or an aldehyde.  And that's where a C=O would

4  be made during the oxidation process.  And that's

5  what we should be seeing occurring on the explant

6  fibers when we look at it in our FTIR.

7      Q.   So let me ask this question.  Prolene is a

8  polypropylene that has had antioxidants added to it,

9  right?

10     A.   Correct, and some other things.

11     Q.   If you took just pure polypropylene

12  without the additives, would it degrade through

13  oxidative degradation?

14     A.   It depends upon how much -- how you did

15  the degradation.  All of this is, what did you

16  subject the material to?  It's well known that

17  polypropylene will degrade in thermal energy.  You

18  know, it has a -- it starts degrading at 333 degrees

19  Centigrade, which is 600-and-something degrees

20  Fahrenheit.  Well, that's an unrealistic number for

21  what we're talking about here.

22     Q.   Right, absolutely.

23     A.   It's also known that UV light will degrade

24  polypropylene even more readily than energy.  So

25  polypropylene will degrade, and I've said that

Shelby F. Thames, Ph.D.

```
 1   clearly in my report.

 2        Q.   Okay.

 3        A.   But what we're talking about is, does it

 4   degrade in the environment that we're talking about?

 5   And the answer is "no."

 6        Q.   What about when it's exposed to reactive

 7   oxidative species?

 8        A.   Well, that's been a --

 9             MR. HUTCHINSON:  Excuse me.  Object to

10        form.  Are you talking about Prolene or

11        polypropylene, Counsel?

12             MR. MONSOUR:  Prolene.

13             THE WITNESS:  Thank you.  That's the way

14        I understood you to mean.

15             No one has determined or made a

16        determination of the fact that reactive

17        oxidative species oxidizes polypropylene, to my

18        knowledge.  I have not seen that anywhere.  I

19        know that has been thrown out as a

20        hypothetical, but it's never been proven.

21   BY MR. MONSOUR:

22        Q.   Okay.  So let me ask you this:  What would

23   you need to see to have it established to you that

24   reactive oxidative species could cause degradation

25   in either Prolene or another polypropylene that had
```

Shelby F. Thames, Ph.D.

1    antioxidants added to it?

2        A.    Well, the question that you asked me

3    broadens out the concepts of what we're talking

4    about here.

5            When you're saying, well, what would I

6    need, the implication is, is there some kind of test

7    that you could run that would satisfy you that

8    reactive oxidative species will oxidize Prolene.

9    Well, we're talking about an accelerated test in an

10   environment that Prolene is not in.

11           The only way to do what you're talking

12   about is to have Prolene in a human body or in an

13   animal where there's excessive reactive species and

14   then evaluate the explant as it's removed.

15   Otherwise, we're talking about an accelerated test,

16   a different environment.  And I don't know how you

17   achieve that.

18           I mean, I know that Dr. Priddy has tried

19   accelerated tests, and they don't work.  And the

20   reason is there's what's called a transition state,

21   and the transition state is if you start out with

22   two species, A and B.

23           In our case, those two species would be

24   reactive oxidative species and Prolene, and they're

25   hitting each other.  They're there.  The chemicals

Shelby F. Thames, Ph.D.

1    react.  But what happens as a result of their

2    contact?  In order for us to produce, as you want to

3    say, a carbonyl group, there's a certain amount of

4    energy that is required to go up to the transition

5    state before it can go into the final products over

6    here.

7              And I have not seen any case where there's

8    been any carbonyl group formation.  And, therefore,

9    I don't ever think the activation energy required

10   has been reached.  No one has shown that.

11        Q.   When you look at explants and the level of

12   DLTDP has dropped or has lessened, does that

13   indicate to you that the antioxidant is working as

14   it's intended?

15        A.   Well, when you say when I look at an

16   explant, keep in mind that what we're doing is we

17   have one small piece of fiber, and it's round and

18   that we're putting a light through it.  And

19   sometimes that light beam may be on the -- this

20   is -- I'm taking a bottle and laying it on its side.

21   If the light beam comes and hits over here, then the

22   transmission is a shorter wavelength.  If it hits

23   here -- excuse me.  It hits through more of the

24   material than if it's over here.

25              And it depends on the orientation

Shelby F. Thames, Ph.D.

1   sometimes as to whether you see DLTDP or not.  That

2   doesn't mean it's not there.  Okay?

3        Q.   Okay.

4        A.   So...

5        Q.   No, I guess that's not my point.

6             My point is, are you basically saying that

7   the DLTDP is functioning as an antioxidant with

8   regard to light?

9        A.   Yes.

10       Q.   Okay.

11       A.   And in the body, in a person's body, as

12   we're talking about here, it's an antioxidant and a

13   very good one.

14       Q.   Was the -- and you might not know the

15   answer to this.  Was the antioxidant package for

16   Prolene, was it designed for -- were the

17   antioxidants selected based upon needs for

18   implantation in the human body or needs based upon

19   thermal processing?  Do you know?

20            MR. HUTCHINSON:  Objection.

21       Speculation.

22            THE WITNESS:  Oxidation is oxidation,

23       but it just depends on what it means.  You

24       can have a product designed for high energy.

25       And that's one of the things that Santonox R

Shelby F. Thames, Ph.D.

```
1        was put in for, because it's more for
2        processing than -- you have to put
3        polypropylene under a pressure to extrude it
4        out of the extruder, and it has to be at high
5        energy so it's melted.  And you don't want it
6        to oxidize there.  So it's there as well as
7        is DLTDP.
8            So they're put there, number one, to make
9        certain that during the processing stage you
10       don't get oxidation.  And my logic would be,
11       well, certainly, if you don't get oxidation
12       during that processing stage, how would you
13       expect to ever get it in the human body?  You
14       just think about that from a simplistic point
15       of view here.
16   BY MR. MONSOUR:
17       Q.   That's what I've got to do.  You can't
18   make it too hard or I'll be all confused.
19       A.   Well, here you've got this extruder, and
20   I'm holding this bottle up, and you're pushing the
21   Prolene, the polypropylene, not pro- -- all right.
22   You're pushing it through and -- but it does have
23   the materials in it that make it Prolene.  And
24   you're pushing it through, and it's under high
25   energy, and it's in a very flexible state.  Oxygen
```

Shelby F. Thames, Ph.D.

```
1    is all around it, but it doesn't oxidize.

2          Why in the world would it, if it doesn't

3    oxidize there, would it oxidize in the body with a

4    reactive oxidative species present?

5          Q.   Well, let me ask you this:  Do they ever

6    look at polypropylene that's pristine to see if

7    there's any degradation on the outside of it to --

8    through the processing of it?

9          MR. HUTCHINSON:  Object to form.

10         THE WITNESS:  Well, let me answer that

11         this way.  I have looked at many, many

12         exemplars of polypropylene, and there's never

13         been any oxidation on the surface of it.

14   BY MR. MONSOUR:

15         Q.   What have you looked for?

16         A.   To see what it looked like.  To give a

17   control spectra.  It's a control.

18         Q.   Hold on.  I think I read something that

19   talks about that.  Dr. Thames, I could swear I saw

20   something about this.

21         What's "melt spinning"?

22         A.   You melt it and you spin it into a fiber.

23         Q.   Is that different than -- is that how they

24   do Prolene?

25         A.   They extrude Prolene, and it comes out as
```

Shelby F. Thames, Ph.D.

1    a fiber.

2         Q.    So Prolene is extruded?

3         A.    Yes, sir.

4         Q.    And melt spinning is a different process?

5         A.    That's my understanding.  You could melt

6    spin the fiber.  You could do that, and I'm not sure

7    whether they do that or not, but it could be done.

8         Q.    How would you -- I'm going to ask you some

9    questions while she's reading through that.

10              You do not believe there is any pristine,

11   new Prolene or polypropylene with additives fibers,

12   as they're extruded, you don't think there would be

13   any surface oxidation at all?

14        A.    No, sir.  Well, let me back up.  When you

15   said "at all," I can't say there's not one molecule

16   of oxidation.  But for practical purposes, there is

17   no oxidation, and I'll tell you why.

18              I know this.  Every piece of Prolene that

19   I've looked at, and I've done all the exemplars, it

20   has never had any oxidation on the surface.  So what

21   they're selling for implantation in human beings

22   doesn't have oxidation on the surface.

23        Q.    Now, does Prolene have any antioxidants

24   other than Santonox R and DLTDP?

25        A.    No, sir.

Shelby F. Thames, Ph.D.

1      Q.   Just those two?

2      A.   Yes, sir.

3      Q.   And they're both intended or used for

4  thermal processing?

5      A.   Yes.  Santonox R is primarily used to be

6  there for the thermal processing, and DLTDP is there

7  for that as well.  They both are UV inhibitors -- or

8  antioxidants.  Excuse me.

9           But the principal one during the spinning

10  process or melting process -- extruding process, I

11  mean, is Santonox R.

12      Q.   Okay.  Do you know a Dr. Guidoin?

13      A.   Robert?

14      Q.   Yeah.

15      A.   I don't know him, but I know him by his

16  involvement.  I'm not sure if he's still alive or

17  not.  I don't know.  But I do know him by his

18  involvement here.  He's the one I referenced that

19  did the paper on the difficulty in removing

20  everything.  So, in that regard, yes, I know him.

21      Q.   And he has also done some testing on some

22  Prolene explants over the -- or been involved to

23  some extent?

24      A.   He's provided -- I know he provided a lot

25  of explants to Ethicon for them to test, and they

Shelby F. Thames, Ph.D.

```
1    did so as they received it as is, if you remember.

2         Q.   Do you know how he cleaned the explants?

3         A.   I'm not sure.

4         Q.   Would you look at his cleaning techniques

5    as being authoritative?

6              MR. HUTCHINSON:  Object to form.

7    BY MR. MONSOUR:

8         Q.   Or reliable?

9              MR. HUTCHINSON:  Same objection.

10             THE WITNESS:  I don't know what his

11             cleaning technique is, other than maybe

12             washing it in sodium hypochlorite.  I have

13             not seen a technique that he's put together

14             like the one I have here.  I just know what

15             his article said and how he felt the

16             difficulty in cleaning them was.

17             And I do know that the explants that he

18             has provided to Ethicon were labeled "as is"

19             implication; therefore, they have not been

20             cleaned and been through a cleaning process

21             like this.  And, of course, the data that was

22             achieved from the people who evaluated those

23             "as is" implants showed there were fibers

24             fleshed out.

25   BY MR. MONSOUR:
```

Shelby F. Thames, Ph.D.

```
1        Q.   Are you talking about the dog study?

2        A.   No.

3        Q.   Which one are you talking about?

4        A.   That's not necessarily a study.  But they

5   were looking at -- "they" being Ethicon -- was

6   looking at a lot of explants to look at this issue

7   of, well, people are saying maybe we've got some

8   oxidation here.  Is it happening?  And then the

9   answer is "no."

10             And they were looking at all sorts of

11  implants to determine whether there had been

12  oxidation and could prove it was there.  And the

13  answer was "no."  And he provided them a lot of

14  explants.  And when he provided it to them, it was

15  labeled -- and they said, "Well, we will evaluate it

16  'as is,'" meaning here it is.  I'm not going to do

17  anything to it.

18             And when I see something that is "as is,"

19  okay, there it is.  I'm going to evaluate it like it

20  is.

21        Q.   The dog study you're familiar with,

22  correct?

23        A.   I am.  Yes, I am.

24        Q.   Your counsel really likes the dog study.

25        A.   I do too.
```

Shelby F. Thames, Ph.D.

1      Q.   Tell me why you like the dog study so

2    much.

3      A.   Well, it's a seven-year study.  The

4    beautiful part of it is it was set out to determine

5    exactly what we're talking about today.  Do we have

6    oxidation taking place?  Do we have damage to the

7    implants taking place?

8           Let's go to like -- and, you know, you

9    asked me earlier how I would go do certain things.

10   And I said I would have to put it in a human body or

11   in an animal and evaluate it over a long period of

12   time so that we could see what kind of reactive

13   oxidative species were really there.

14          Well, as they did the dog study, at

15   intervals they would take a dog and euthanize it and

16   take the sutures out, the Prolene sutures, and they

17   would evaluate it.  Then the evaluation that I

18   really liked was they would do the mechanical study.

19   They would do the tensile strength, elongation, and

20   then you could look at toughness.  They also did

21   molecular weights.

22          And what I described to you earlier is

23   that in order to have degradation, you've got to

24   have loss of molecular weight, and you've got to

25   have loss in mechanical/physical properties.

Shelby F. Thames, Ph.D.

1   There's no question about that.  That is not an

2   argument.  It's written in every paper you'll get

3   to, every scientific document.  It's not Shelbyism;

4   it's scientism.

5        Q.   Okay.

6        A.   So they did that, and they did that in

7   intervals.  And when they finally got -- and every

8   time they were doing the molecular weight, molecular

9   weight, molecular weight, tensile strength, tensile

10  strength, tensile strength, elongation.  And they

11  got all of that data, and they plotted it.

12            Do you know what they found out?  They

13  didn't have any loss of molecular weight after seven

14  years.  And they also found out that the implants --

15  that the Prolene improved toughness over that

16  seven-year time, so they got stronger and tougher.

17            So that would not be the case under any

18  circumstances had there been degradation to cause

19  molecular weight loss.  You would never have gotten

20  those kind of results.

21       Q.   Okay.  Now, you had mentioned some ASTM

22  testing that was done before --

23       A.   Uh-huh (affirmative response).

24       Q.   -- where you have to have five samples.

25       A.   Yes.

Shelby F. Thames, Ph.D.

1      Q.   How many samples did they have in the dog

2  testing?

3      A.   My understanding is they used the ASTM

4  testing.  They used five multiple samples.

5      Q.   So they did have five?

6      A.   That's my understanding.

7      Q.   As far as the loss of -- there not being a

8  loss of molecular weight in the dog study, do you

9  know how they measured that?

10     A.   GPC.  As a matter of fact, one of your

11 witnesses has done about almost 20 GPC analyses of

12 explants and found no loss of molecular weight.

13     Q.   Who is that?

14     A.   Dr. Jordi.  And, of course, these

15 gentlemen at Ethicon did their molecular weights.

16 And he has testified that there was no loss in

17 molecular weight.

18     Q.   Is there any other way to measure a loss

19 of molecular weight other than GPC?

20     A.   Well, that's considered the gold standard.

21 And why would you go away from the gold standard?

22     Q.   I don't know, unless there's a platinum

23 standard.

24     A.   No, huh-uh.  We're talking about the gold

25 standard here.

Shelby F. Thames, Ph.D.

1      Q.   A diamond standard?  I don't know.

2      A.   Well, plants sometimes use viscosity

3  measurements as -- they'll run a series of tests

4  where we're going to make this polymer, and this

5  polymer has to have a certain viscosity if it's

6  maintained its molecular weight and so forth.

7           And so they'll do their control, their

8  quality control based on viscosity because it's a

9  lot easier, a lot simpler to run viscosity

10  measurements than it is GPC measurements.  But those

11  viscosity measurements were determined by GPC

12  measurements early on.

13          Do you follow me?

14     Q.   No.

15     A.   Okay.  Before they made a determination on

16  what a viscosity needed to be to produce a product

17  that they wanted to have the properties that they

18  wanted to have, they had to first determine, well,

19  what is the molecular weight at this viscosity, at

20  this viscosity, at this viscosity?  And so they

21  determined that at viscosity you had a certain

22  molecular weight.  And they measured it based on

23  that, on the viscosity.

24          If the viscosity is too high or too low,

25  the one they pinpointed, then they need to change

1    the -- you know, their system is out of control, and

2    then you get it back in control.  That's the quick

3    way to do it.  That's the way a production plant

4    might do it.

5         Q.   Okay.  Toughness, --

6         A.   Yes, sir.

7         Q.   -- it's been mentioned with regard to the

8    dog study.  And I think you've got a section in your

9    report about that.

10             How do you measure toughness, and how did

11   they do it in the dog study?

12        A.   Well, toughness is the area under the

13   curve when you have tensile strength and elongation

14   measurements.  Let's get back to this.  Let's go

15   show you that.  I'm not sure what page that's on,

16   but we'll try to -- I think it should be fairly

17   early in the report.

18        Q.   I think it is.  That is page 8.

19        A.   Yes, sir.  If you see that -- the vertical

20   axis is breaking strength.  It's called tensile

21   strength.  And what they're doing is they're taking

22   this material and putting it in an MTS, a strand of

23   fiber.  And they're pulling it, and they're pulling

24   it at a certain speed, and it ultimately breaks.

25   When it breaks, that's ultimate tensile strength,

Shelby F. Thames, Ph.D.

```
1    and that's what they're measuring.
2            Well, while they're pulling it to break
3    it, they also are elongating it, and they're
4    measuring elongation at the same time.  So they get
5    these two numbers, and they plot them.  Elongation
6    is a function of tensile strength.
7            And you'll notice the red part.  This was
8    the -- this is the control at year zero.  Okay?
9    Elongation at 1.6 pounds is 37 percent.  That's
10   tensile strength.  The tensile strength is
11   1.68 pounds that they had when it finally broke.
12           You see your chart right here?
13   Q.   So it breaks here?
14   A.   Right here.
15   Q.   Right there?
16   A.   Yes, sir.  And this line just goes down to
17   show you --
18   Q.   Where it is?
19   A.   -- where it is.
20   Q.   Okay.
21   A.   And then the same thing is while you were
22   putting that much force on the fiber, it was
23   elongating over here to after year seven -- well, in
24   this case, the elongation was 37 percent, and this
25   is the tensile strength.
```

Shelby F. Thames, Ph.D.

```
 1        Q.   So if I look at this chart, basically what
 2   it shows is the control versus the year seven --
 3        A.   Yes, sir.
 4        Q.   -- one, it was -- it looks like the break
 5   strength from the control to year seven dropped a
 6   little bit, from like 1.65 to 1.7 down to 1.6,
 7   right?
 8        A.   1.68 is the pounds.
 9        Q.   Okay.  1.68 --
10        A.   To 1.6.
11        Q.   -- to 1.6.  But the elongation increased
12   from 37 to 78.
13        A.   That's correct.
14        Q.   So the area underneath the curve, the blue
15   curve, versus the area underneath the red curve is
16   the toughness.  And you're saying that because the
17   area underneath the blue curve is so much bigger,
18   it's tougher than the area underneath the red curve?
19        A.   That's how it's measured, yes, sir.
20        Q.   Now, here's my question.  Can you explain
21   to me how that could happen?
22        A.   Yes, sir, I absolutely can.  When you
23   implant polypropylene into a human body, it is
24   surrounded by tissue, which is made up of fats and
25   oils, triglycerides.  You know, we go get our blood
```

Shelby F. Thames, Ph.D.

1    tested to see how much triglycerides, how much

2    cholesterol we've got in our body.  So we know they

3    are there.  And these are materials that are lower

4    molecular weight, and these are materials that have

5    an affinity for something like Prolene because it's

6    a hydrocarbon material.  And they function and they

7    move into Prolene, and they become plasticizers.

8            A plasticizer is a material that will

9    allow something to be more pliable.  And for the

10   young lady over here, sometimes you use hand cream

11   because your hands have gotten a little dry and

12   you're afraid they will crack and you don't want

13   that.  You want your hands to look supple and soft.

14   So you use hand cream, which is a plasticizer, which

15   moves into your hands and plasticizes your skin, and

16   it becomes very soft.  In our case, that's exactly

17   what happened.

18           And then when you talk about pulling

19   strings this way, if you just think about it from a

20   very simplistic point of view now, simple, you

21   wanted me to talk simplicity, if you took -- those

22   materials are acting as lubricants for the fibers.

23   So if the lubricant is not there, it will pull and

24   pull and then snap.  That's the first elongation

25   case.

Shelby F. Thames, Ph.D.

1              But after implantation and the

2    plasticization of the environment, you've got the

3    elongation.  So, actually, from a functional point

4    of view, it improved over time.

5         Q.   Kind of like if you put boot cream on Red

6    Wing boots?

7         A.   Absolutely.  They're hard as a rock, and

8    you want to make them softer.

9         Q.   Okay.  I'm going to ask you a couple more

10   questions on plasticization, and then I'm going to

11   be done.

12        A.   Okay.

13        Q.   Now, as far as your theory on

14   plasticization --

15        A.   Well, it's not my theory.

16        Q.   Okay.

17        A.   This is well established.  The concept of

18   plasticization is well established.

19        Q.   Let me ask you this question.

20        A.   All right.

21        Q.   Let me ask this question, then.  In the

22   dog study, that was a study done by Burkley.

23        A.   Yes, sir.

24        Q.   B-U-R-K-L-E-Y.

25             Did Dr. Burkley conclude that oxidative

Shelby F. Thames, Ph.D.

1  degradation took place?

2      A.   He indicated that there might be some

3  oxidative degradation, and he was wrong.  Because if

4  there had been, you would not see a curve like this.

5  It's impossible to have oxidative degradation and

6  have that curve of physical properties and no loss

7  in molecular weight.

8      Q.   Okay.

9      A.   They go together.  It's like being married

10  and having your first child.  You know, carbonyl

11  group formation, loss in molecular weight and

12  physical properties, they all go together.

13      Q.   I'm going to quote you later on about that

14  for a point that I frequently made.

15          But I would like -- so Dr. Burkley -- did

16  Dr. Burkley ever conclude that plasticization had

17  taken place?

18      A.   I don't think he referred to

19  plasticization, as far as I can remember.

20      Q.   Did he ever refer to anything similar to

21  plasticization?

22      A.   Not that I can remember.

23      Q.   Did he ever refer to increased toughness?

24      A.   Not that I can remember.

25      Q.   Okay.  So I'm just going to ask you this,

Shelby F. Thames, Ph.D.

```
 1    and you might not know the answer.

 2         A.   Okay.

 3         Q.   But Dr. Burkley has got all this data in

 4    front of him, and he's specifically there looking to

 5    see whether or not there's oxidative degradation,

 6    correct?

 7         A.   That's correct.

 8         Q.   I mean, that's the whole point of his

 9    tests, right?

10         A.   Uh-huh (affirmative response).

11         Q.   Right?

12         A.   Correct.

13         Q.   If that's the point, and the issue of --

14    or plasticization is well known, and toughness is

15    well known, and he's got all the data in front of

16    him, how did he not get to where you got?

17              MR. HUTCHINSON:  Objection.

18         Speculation.

19              THE WITNESS:  He was a very young

20         scientist at that time, and I'm not sure what

21         his polymer background was.

22    BY MR. MONSOUR:

23         Q.   Is it a fair statement for you to say -- I

24    want to summarize your opinion and see if you agree

25    with me.
```

Shelby F. Thames, Ph.D.

```
 1              Dr. Burkley had all the data he needed.
 2   He just missed it and misinterpreted it?
 3        A.   This is no reflection on Dr. Burkley, but
 4   yes, that's the answer.
 5              MR. MONSOUR:  Okay.  I have used up my
 6         three hours.  I am done with your general
 7         deposition at this point in time.
 8                        EXAMINATION
 9   BY MR. HUTCHINSON:
10        Q.   Dr. Thames, Chad Hutchinson, counsel for
11   Ethicon.  I have a couple follow-up questions.
12              If you'll turn with me, please, to page
13   100 of your report, this is your general report; is
14   that right?
15        A.   That is correct, sir.
16        Q.   If you look on page 100, it shows the
17   cleaning protocol that you were asked about; is that
18   right?
19        A.   That's correct.
20        Q.   Under the cleaning protocol, it states,
21   "Figure 33, Patient 4 Cleaning Protocol."
22              Did I read that correctly?
23        A.   You did, sir.
24        Q.   Now, Dr. Thames, is patient 4 part of the
25   20 case-specific reports?
```

Shelby F. Thames, Ph.D.

```
 1        A.    No, sir.

 2        Q.    Dr. Thames, does the title under the

 3   cleaning protocol on page 100 say, "This is the

 4   exact protocol that was used with all 20

 5   case-specific explants"?

 6        A.    Where are you looking at?

 7        Q.    (Indicating.)

 8        A.    No, sir.

 9        Q.    And do the case-specific reports that you

10   did now include the correct cleaning protocol that

11   was used with those plaintiffs?

12        A.    Yes.

13        Q.    Dr. Thames, is there anything at all wrong

14   about this cleaning protocol?

15        A.    Not at all.

16        Q.    Is it just an example of an older cleaning

17   protocol that you have used on what we have called

18   patient 4?

19        A.    Absolutely.

20        Q.    And, in fact, are you giving patient 4 as

21   an example of an explant that has been cleaned here

22   in your report?

23        A.    Yes.

24        Q.    And did you provide some images from

25   patient 4?
```

Shelby F. Thames, Ph.D.

1        A.   I did.

2        Q.   And if you're giving patient 4 as an

3   example of an explant, wouldn't you want to show the

4   cleaning protocol that you used for that explant?

5        A.   I would.

6        Q.   And is that what you were doing here on

7   page 100?

8        A.   Yes.

9        Q.   Did it work on patient 4?

10       A.   Yes, sir.

11            MR. HUTCHINSON:  I don't have any

12       further questions.

13            MR. MONSOUR:  A real quick follow-up.

14                 FURTHER EXAMINATION

15   BY MR. MONSOUR:

16       Q.   Was the protocol that you used that's on

17   page 100 of your report, was that done to clean

18   protein and flesh off of a Prolene implant?

19       A.   Yes, sir.

20       Q.   Was it done in connection with the

21   transvaginal mesh litigation?

22       A.   Yes, sir.

23       Q.   Would you remember the name of the patient

24   off the top of your head?

25       A.   Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   Who was it?

2      A.   Ramirez.

3           MR. MONSOUR:  Okay.  That's all I have.

4           MR. HUTCHINSON:  Just one quick

5      question.

6                   FURTHER EXAMINATION

7  BY MR. HUTCHINSON:

8      Q.   Dr. Thames, you were asked questions about

9  seeing that DLTDP is lost during the cleaning

10  process.

11      A.   Yes, sir.

12      Q.   Do you remember that?

13      A.   I do.

14      Q.   Why?

15      A.   Why would it be lost?

16      Q.   Correct.

17      A.   If it's lost, it's lost because of the

18  cleaning process itself.  It's under temperature.

19           DLTDP is an ester.  Esters will hydrolyze.

20  This is 70 degrees Centigrade in an aqueous

21  environment, and you have sodium hypochlorite in

22  portions of that.  And that is an environment that

23  will hydrolyze esters and would certainly not be in

24  the body.

25           It wouldn't be in the body.  There's no

Shelby F. Thames, Ph.D.

1   70 degrees in the body, and there's no sodium

2   hypochlorite that we've added in the body.

3           MR. HUTCHINSON:  Okay.  Thank you.

4               (CONCLUDED AT 11:45 A.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

```
 1              CERTIFICATE OF COURT REPORTER

 2          I, Amy M. Key, CSR, and Notary Public in

 3   and for the County of Lamar, State of Mississippi,

 4   hereby certify that the foregoing pages, under

 5   penalty of perjury, contain a true and correct

 6   transcript of the testimony of the witness, as

 7   taken by me at the time and place heretofore

 8   stated, and later reduced to typewritten form by

 9   computer-aided transcription under my supervision

10   and to the best of my skill and ability.

11          I further certify that I placed the witness

12   under oath to truthfully answer the questions in

13   this matter under the power vested in me by the

14   State of Mississippi.

15          I further certify that I am not in the employ

16   of or related to any counsel or party in this

17   matter, and have no interest, monetary or

18   otherwise, in the final outcome of the

19   proceedings.

20          Witness my signature and seal this the

21   _____  day of_____, 2016.

22

23          _____

            AMY M. KEY, CSR

24          My Commission Expires June 19, 2016

25
```

Shelby F. Thames, Ph.D.

1                    SIGNATURE OF WITNESS

2

            I, _____, do solemnly swear that I

3      have read the foregoing pages and that the same is

       a true and correct transcript of the testimony

4      given by me at the time and place hereinbefore set

       forth, with the following corrections:

5

6      PAGE:  LINE:   SHOULD READ:      REASON FOR CHANGE:

7      _____  _____   _____     _____

8      _____  _____   _____     _____

9      _____  _____   _____     _____

10     _____  _____   _____     _____

11     _____  _____   _____     _____

12     _____  _____   _____     _____

13     _____  _____   _____     _____

14     _____  _____   _____     _____

15     _____  _____   _____     _____

16     _____  _____   _____     _____

17     _____  _____   _____     _____

18

19                   _____

                     (SIGNATURE)

20

21     Subscribed and sworn

       to before me this

22     _____ day of _____, 20____.

23     My commission expires:_____

24

       _____

25     Notary Public