Exhibit I

Scott Guelcher

1                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
2                      AT CHARLESTON
3    IN RE: ETHICON, INC., PELVIC      )
     REPAIR SYSTEM PRODUCTS            )
4    LIABILITY LITIGATION              )
                                       )
     _____   )
5                                      )
     THIS DOCUMENT RELATES TO THE      )Master File No.
6    FOLLOWING CASES IN WAVE 1 OF      )2:12-MD-02327
     MDL 200:                          )   MDL 2327
7                                      )
     Marty Babcock v. Ethicon, Inc.   )JOSEPH R. GOODWIN
8    Civil Action No. 2:12-cv-01052   )U.S. DISTRICT
                                       )JUDGE
9    [Complete caption below]          )
     _____
10
11
12
13
14                    DEPOSITION OF
15                    SCOTT GUELCHER
16          Taken on behalf of the Defendants
17                   March 23, 2016
18                      8:51 a.m.
19
20
21
22            GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24

Scott Guelcher

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    AT CHARLESTON
 3    IN RE: ETHICON, INC., PELVIC    )
      REPAIR SYSTEM PRODUCTS          )
 4    LIABILITY LITIGATION            )
                                      )
      _____)
 5                                    )
      THIS DOCUMENT RELATES TO THE    )Master File No.
 6    FOLLOWING CASES IN WAVE 1 OF    )2:12-MD-02327
      MDL 200:                        )   MDL 2327
 7                                    )
      Marty Babcock v. Ethicon, Inc. )JOSEPH R. GOODWIN
 8    Civil Action No. 2:12-cv-01052 )U.S. DISTRICT
                                      )JUDGE
 9    Daphne Barker, et al. v.        )
      Ethicon, Inc., et al.           )
10    Civil Action No. 2:12-cv-00899 )
                                      )
11    Dorothy Baugher v. Ethicon,     )
      Inc., et al.                    )
12    Civil Action No. 2:12-cv-01053 )
                                      )
13    Harriet Beach v. Ethicon,       )
      Inc., et al.                    )
14    Civil Action No. 2:12-cv-00476 )
                                      )
15    Myra Byrd, et al. v. Ethicon,   )
      Inc., et al.                    )
16    Civil Action No. 2:12-cv-00748 )
                                      )
17    Fran Denise Collins v.          )
      Ethicon, Inc., et al.           )
18    Civil Action No. 2:12-cv-00931 )
                                      )
19    Dennis W. Dixon, Estate of      )
      Virginia M. Dixon,              )
20    Deceased v. Ethicon, Inc., et al.)
      Civil Action No. 2:12-cv-01081 )
21                                    )
      Lois Durham, et al. v.          )
22    Ethicon, Inc., et al.           )
      Civil Action No. 2:12-cv-00760 )
23                                    )
      Karen Forester, et al. v.       )
24    Ethicon, Inc., et al.           )
```

Scott Guelcher

```
 1   Shirley Freeman, et al. v.      )
     Ethicon, Inc., et al.           )
 2   Civil Action No. 2:12-cv-00490  )
                                     )
 3   Monica Freitas, et al. v.       )
     Ethicon, Inc., et al.           )
 4   Civil Action No. 2:12-cv-01146  )
                                     )
 5   Susan Guinn v. Ethicon, Inc.,   )
     et al.                          )
 6   Civil Action No. 2:12-cv-01121  )
                                     )
 7   Wendy Hagans v. Ethicon, Inc.,  )
     et al.                          )
 8   Civil Action No. 2:12-cv-00783  )
                                     )
 9   Beth Harter, et al. v. Ethicon, )
     Inc., et al.                    )
10   Civil Action No. 2:12-cv-00737  )
                                     )
11   Rocio Herrera-Nevarez v.        )
     Ethicon, Inc., et al.           )
12   Civil Action No. 2:12-cv-01294  )
                                     )
13   Mary Holzerland, et al. v.      )
     Ethicon, Inc., et al.           )
14   Civil Action No. 2:12-cv-00875  )
                                     )
15   Lois Hoy, et al. v. Ethicon,    )
     Inc., et al.                    )
16   Civil Action. 2:12-cv-00876     )
                                     )
17   Myndal Johnson v. Ethicon,      )
     Inc., et al.                    )
18   Civil Action No. 2:12-cv-00498  )
                                     )
19   Holly Jones, et al. v. Ethicon, )
     Inc., et al.                    )
20   Civil Action No. 2:12-cv-00443  )
                                     )
21   Debra Lynn Joplin v. Ethicon,   )
     Inc., et al.                    )
22   Civil Action No. 2:12-cv-00787  )
                                     )
23   Margaret Kirkpatrick v.         )
     Ethicon, Inc., et al.           )
24   Civil Action No. 2:12-cv-00746  )
```

Scott Guelcher

```
 1    Beverly Kivel v. Ethicon,      )
      Inc., et al.                    )
 2    Civil Action No. 2:12-cv-00591 )
                                      )
 3    Cheryl Lankston v. Ethicon,    )
      Inc., et al.                    )
 4    Civil Action No. 2:12-cv-00755 )
                                      )
 5    Heather Long v. Ethicon, Inc., )
      et al.                          )
 6    Civil Action No. 2:12-cv-01275 )
                                      )
 7    Donna Massey, et al. v.         )
      Ethicon, Inc., et al.           )
 8    Civil Action No. 2:12-CV-00880 )
                                      )
 9    Angela Morrison, et al. v.      )
      Ethicon, Inc., et al.           )
10    Civil Action No. 2:12-cv-00800 )
                                      )
11    Maria Eugenia Quijano v.        )
      Ethicon, Inc., et al.           )
12    Civil Action No. 2:12-cv-00799 )
                                      )
13    Penny Rhynehart v. Ethicon,    )
      Inc., et al.                    )
14    Civil Action No. 2;12-cv-01119 )
                                      )
15    Victoria Rock v. Ethicon,      )
      Inc., et al.                    )
16    Civil Action No. 2:12-cv-00867 )
                                      )
17    Denise Sacchetti v. Ethicon,   )
      Inc., et al.                    )
18    Civil Action No. 2:12-cv-01148 )
                                      )
19    Debra A. Schnering, et al. v.  )
      Ethicon, Inc., et al.           )
20    Civil Action No. 2:12-cv-01071 )
                                      )
21    Sheri Scholl, et al. v.         )
      Ethicon, Inc.                   )
22    Civil Action No. 2:12-cv-00738 )
                                      )
23    Donna Shepherd v. Ethicon,     )
      Inc., et al.                    )
24    Civil Action No. 2;12-cv-00967 )
```

Scott Guelcher

```
 1    Cindy Smith v. Ethicon, Inc., )
      et al.                        )
 2    Civil Action No. 2:12-cv-01149)
                                    )
 3    Cherise Springer, et al. v.  )
      Ethicon, Inc., et al.         )
 4    Civil Action No. 2:12-cv-00997)
                                    )
 5    Margaret Stubblefield v.      )
      Ethicon, Inc., et al.         )
 6    Civil Action No. 2:12-cv-00842)
                                    )
 7    Lisa Thompson, et al. v.      )
      Ethicon, Inc., et al.         )
 8    Civil Action No. 2:12-cv-01199)
                                    )
 9    Mary Thurston, et al. v.      )
      Ethicon, Inc., et al.         )
10    Civil Action No. 2;12-cv-00505)
                                    )
11    Shirley Walker, et al. v.     )
      Ethicon, Inc., et al.         )
12    Civil Action No. 2:12-cv-00873)
                                    )
13    Cathy Warlick v. Ethicon,     )
      Inc., et al.                  )
14    Civil Action No. 2:12-cv-00276)
                                    )
15    Laura Waynick, et al. v.      )
      Ethicon, Inc., et al.         )
16    Civil Action No. 2:12-cv-01151)
                                    )
17    Rebecca Wheeler, et al. v.    )
      Ethicon, Inc., et al.         )
18    Civil Action No. 2:12-cv-01088)
                                    )
19    Nancy Williams v. Ethicon,    )
      Inc., et al.                  )
20    Civil Action No. 2:12-cv-00511)
                                    )
21    Thelma Wright v. Ethicon,     )
      Inc., et al.                  )
22    Civil Action No. 2:12-cv-01090)
23
24
```

Scott Guelcher

```
 1    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:
      Michael H. Bowman, Esquire
 4    Wexler Wallace LLP
      55 West Monroe Street, Suite 3300
 5    Chicago, Illinois 60603
      312.346.2222
 6    mhb@wexlerwallace.com

 7

 8    FOR THE DEFENDANTS:
      Chad R. Hutchinson, Esquire
 9    Butler Snow, LLP
      1020 Highland Colony Parkway, Suite 1400
10    Ridgeland, Mississippi 39157
      601.948.5711
11    chad.hutchinson@butlersnow.com

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    E X A M I N A T I O N
 2
                                                        PAGE
 3
     Examination by Mr. Hutchinson                        9
 4
 5
 6                      E X H I B I T S
 7
                                                        PAGE
     Exhibit 1   Notice to Take Deposition               9
 9
     Exhibit 2   Expert Report of Scott Guelcher,       10
10               Ph.D., CV, Billing Information,
                 Reliance List
11
     Exhibit 3   Abstract - Oxidative Degradation       28
12               of Polypropylene
                 Pelvic Mesh in Vitro
13
     Exhibit 4   Characterization of the host           44
14               inflammatory
                 response following implantation
15               of prolapse
                 mesh in rhesus macaque
16
     Exhibit 5   Blank Piece of Paper                  113
17
     Exhibit 6   In vivo oxidative degradation of      130
18               polypropylene pelvic mesh - Imel
19   Exhibit 7   Seven Year Dog Study                  166
20   Exhibit 8   Stress-Strain Curve - Graph           179
21
22
23
24
```

Scott Guelcher

```
 1
 2              QUESTIONS INSTRUCTED NOT TO ANSWER
 3
                                                     PAGE
 4
      I understand that.  But I'm -- my question      96
 5    is related to these 44 women.  Can you tell
      us, to a reasonable degree of scientific
 6    certainty, whether or not the mesh, in any
      of these 44 women, ever oxidized?
 7
      I'm asking, Doctor, can it ever              162
 8    be completely -- can oxidation ever be
      completely eliminated?
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Scott Guelcher

```
 1                    SCOTT GUELCHER
 2   was called as a witness, and after having been
 3   first duly sworn, testified as follows:
 4
 5              (Whereupon Exhibit 1 was marked as an
 6   exhibit.)
 7
 8   EXAMINATION BY MR. HUTCHINSON:
 9      Q.      Good morning, Dr. Guelcher.  Chad
10   Hutchinson, counselor for Ethicon.
11              I'll hand you what we've marked as
12   Exhibit 1 to your deposition.  Have you seen that
13   deposition notice before?
14      A.      Yes.
15      Q.      And did you bring any documents with
16   you responsive to that deposition notice?
17      A.      I did not.
18              MR. HUTCHINSON:  Counsel, I understand
19   you're producing a flash drive right now, more or
20   less as we speak, that will contain what?
21              MR. BOWMAN:  It will contain everything
22   he reviewed, and it is on his reliance list.
23              MR. HUTCHINSON:  And it will not
24   contain any new testing; is that correct?
```

Scott Guelcher

```
 1                  MR. BOWMAN:   There -- the testing

 2    that's been done has been produced in the past.

 3    There's nothing new produced today.

 4    BY MR. HUTCHINSON:

 5       Q.       Dr. Guelcher, what are the names of the

 6    products that you're -- you're here to give

 7    testimony about?

 8       A.       I believe the SUI slings and the POP

 9    devices that would include the GYNEMESH, the TVT,

10    TVT-O, is my understanding.  I have to look at my

11    report for all the list of the names.

12       Q.       Sure.  And I'll hand you what we'll

13    mark as Exhibit 2 to your deposition.

14       A.       Okay.

15                  (Whereupon Exhibit 2 was marked as an

16    exhibit.)

17                  THE WITNESS:  That would help me.

18                  MR. HUTCHINSON:  Sure.  Counsel.

19                  MR. BOWMAN:  Thank you.

20                  THE WITNESS:  Did you -- is there still

21    a question?

22    BY MR. HUTCHINSON:

23       Q.       Yes, sir.

24       A.       Oh.
```

Scott Guelcher

```
1          Q.      I'm waiting for your answer.

2          A.      Oh.

3                  Well, as I stated in my report, these

4      are the SUI, stress urinary incontinence, and the

5      pelvic organ prolapse, POP, devices.  This would

6      include PROSIMA, PROLIFT, GYNEMESH, the TVT

7      devices.  All of these devices are made from

8      PROLENE.

9          Q.      All right.  Which specific SUI slings

10     are you here to give testimony about?

11         A.      There's 200 cases in this wave.  My

12     understanding is some of these are TVT, TVT-O.

13     Those are the ones I can remember right now.

14                 My report was directed more toward the

15     polypropylene, PROLENE, polypropylene that's used

16     to make those devices.

17         Q.      TVT and TVT-O are the only two names of

18     the products that you can remember for SUI devices?

19         A.      There's a -- I'm sorry.  There's a

20     TVT-S.  Those are the ones that I can remember

21     right now.

22         Q.      Okay.  Can you remember any others?

23         A.      I think that's what I can remember

24     right now.
```

Scott Guelcher

```
1        Q.        What does TVT-S stand for?

2        A.        That's the -- the shorter sling, so

3    the -- the -- the TVT is a longer sling.  The TVT-S

4    is shorter.

5        Q.        Okay.  And what does TVT-S stand for?

6        A.        I -- I don't remember the meaning

7    behind the acronym right now.  The TVT is a

8    transvaginal tape, but I don't -- I don't -- I

9    don't remember exactly what the S stands for right

10   now.

11       Q.        Which -- which POP or pelvic organ

12   prolapse devices are you here to give testimony

13   about?  Which specific ones?

14       A.        Well, they're listed in the report, the

15   PROSIMA, the PROLIFT, and the GYNEMESH.

16       Q.        Any others?

17       A.        Those are the ones I can think of right

18   now.

19       Q.        What about PROLIFT+M?  Are you here to

20   give testimony today about PROLIFT+M?

21       A.        Yes.  The PROLIFT+M is also mentioned

22   in the report.  That -- well -- okay.  It's -- it's

23   a hybrid material that has the -- the MONOCRYL

24   polyester resin with the PROLENE.  So that's in the
```

Scott Guelcher

1    report as well.

2        Q.      And, Doctor, you're referring to

3    Exhibit 2, which is your expert report; is that

4    correct?

5        A.      I am.

6        Q.      Is this report complete and accurate?

7        A.      Yes.

8        Q.      Is this a final version?

9        A.      Yes.  I -- I -- I believe so.

10       Q.      How many hours did you spend on this

11   report?

12       A.      I -- I don't know.  I don't -- I don't

13   track the hours.  I don't -- I don't know how many

14   hours I spent.

15       Q.      Okay.  How do you bill the attorneys

16   for your time?

17       A.      So that was a -- a billing sheet that I

18   believe I produced with the report, where we just

19   bill by the report.  And this was, I believe, a --

20   what I would call a medium report.

21       Q.      What is a medium report?

22       A.      It's -- in the billing, I just break it

23   down and do a short report, a medium, and a long

24   report.  This one would have been in the medium

Scott Guelcher

```
1     category.

2         Q.      So would that be a flat fee for this

3     report?

4         A.      That's correct.

5         Q.      What is the flat fee for this report

6     that --

7         A.      It's $10,000.  Yeah.

8         Q.      Marked as Exhibit 2?

9         A.      That's correct.

10        Q.      And are all -- are all of the opinions

11    that you intend to offer in this litigation

12    contained in your expert report marked as Exhibit

13    2?

14        A.      Yes, they are.

15        Q.      I've handed you, also, a CV, which is

16    part of Exhibit 2.

17        A.      Yes.

18        Q.      Is that the most recent version of your

19    CV?

20        A.      I believe so.  I have to check it

21    briefly.  But I believe this is the -- this is the

22    current version.  Okay.  Yes.

23        Q.      And your reliance list is also marked

24    as Exhibit 2.  Is that the most current reliance
```

Scott Guelcher

```
 1   list?

 2        A.      I believe so.  Again, I'd like to check

 3   it for just a second.  I believe so.

 4        Q.      Okay.  Doctor, other than attorneys,

 5   have you discussed your opinions, as they relate to

 6   pelvic organ -- pelvic organ prolapse products,

 7   with anyone else?

 8        A.      With -- Dr. Dunn and I have been

 9   working together on this litigation with the

10   attorneys.

11        Q.      And other than Dr. Dunn, have you

12   discussed your opinions regarding pelvic organ

13   prolapse products with anyone else?

14        A.      No.  I'm sorry.  Dr. Iakovlev.

15                (Reporter interruption for

16   clarification.)

17                THE WITNESS:  I'm sorry.  Dr. Iakovlev,

18   I-a-k-o-v-l- -- do you mean -- can I clarify?  Do

19   you mean in this specific report the opinions --

20   like this --

21   BY MR. HUTCHINSON:

22        Q.      (Indicating yes.)

23        A.      Are you talking about this specific

24   report or -- yeah.  I've not discussed this report
```

Scott Guelcher

```
1    with Dr. Iakovlev.  I -- I wrote the paper with

2    him, but. . .  I guess I'm a little confused about

3    the question.

4        Q.      Okay.  So the question is I want you to

5    talk about your opinions as they relate to pelvic

6    organ prolapse products.

7        A.      Yes.

8        Q.      Have you discussed those opinions with

9    anybody other than Dr. Dunn and Dr. Iakovlev?

10       A.      Not other than attorneys, I can't

11   think. . .

12       Q.      Never spoken to any other scientist or

13   medical doctor about those opinions; is that

14   correct?

15       A.      So I -- I have presented at -- at

16   meetings, the IUGA meeting last year in Nice.

17       Q.      And we're going to get to that --

18       A.      Okay.

19       Q.      -- but I want to talk about your

20   opinions as they relate to pelvic organ prolapse

21   products.

22       A.      Okay.

23       Q.      Have you discussed those with any

24   scientist or medical doctor?
```

Scott Guelcher

```
1        A.      At the meeting there was some
2    discussion among the meeting participants.  But --
3        Q.      Was this -- excuse me.
4        A.      Sorry.  Go ahead.  Yeah.
5        Q.      Was this that meeting in France?
6        A.      Yeah.  That's right.
7        Q.      Other than in France, have you ever
8    discussed any of those opinions with anyone else?
9        A.      I've presented it at a meeting at -- at
10   the American Institute of Chemical Engineers in the
11   fall of 2014.  Presented a talk there.
12       Q.      Your opinions as they relate to pelvic
13   organ prolapse products?
14       A.      I don't -- you know, I don't know that
15   we had the POPs in that talk.  I think that was
16   slings.
17       Q.      Okay.
18       A.      So we talked about polypropylene
19   oxidation.
20       Q.      I understand that.
21       A.      Not necessarily about the POP devices.
22       Q.      Okay.
23       A.      I'm just trying to understand what
24   you're asking.
```

Scott Guelcher

```
1        Q.       Fair enough.  My question, though, as

2   it relates to pelvic organ prolapse products, have

3   you discussed those opinions as they relate to

4   pelvic organ prolapse products with anyone else?

5        A.       I -- I don't believe so.

6        Q.       Doctor, have you -- have you ever told

7   any doctor at Vanderbilt that you have concerns

8   about the safety of polypropylene or PROLENE mesh?

9        A.       I had some email correspondence with a

10  Vanderbilt OB/GYN.  I had some -- we -- it wasn't

11  about -- it wasn't about opinions about the

12  products.  It was about research on polypropylene

13  oxidation.  But I haven't discussed my opinions

14  with them.

15       Q.       Okay.  Do you know how many doctors

16  practice medicine at Vanderbilt?

17       A.       No.

18       Q.       Have you ever told a doctor at

19  Vanderbilt that you believe PROLENE mesh degrades

20  via oxidation?

21       A.       No.  I haven't had the opportunity.

22       Q.       Doctor, you -- your lawyers -- or a

23  lawyer sitting to the right of you is producing me

24  a flash drive with all the documents you have
```

Scott Guelcher

```
1    reviewed; is that correct?

2      A.      That's right.

3      Q.      And would those be internal Ethicon

4    documents, at least some of them?

5      A.      Some of them are.  Yeah.

6      Q.      Have you ever signed a confidentiality

7    agreement with respect to the documents that you've

8    reviewed from Ethicon?

9      A.      I can't remember.  Probably.  I don't

10   remember.

11     Q.      Where would it be if you did?

12     A.      I don't know.  I don't know that I have

13   that agreement.

14     Q.      Where would you look for it if you had

15   it?

16     A.      Well, I would think the attorneys would

17   have it.  I -- I don't -- I just don't know that

18   I've ever signed it.

19     Q.      Do you remember being deposed in the

20   Mullins litigation?

21     A.      Mullins?

22     Q.      Mullins.  It's the -- was -- it was 37

23   consolidated --

24     A.      It was consolidated in West Virginia?
```

Scott Guelcher

```
 1        Q.        (Indicating yes.)

 2        A.        Okay.

 3        Q.        Do you -- do you remember that?  It was

 4     in September of 2015.

 5        A.        Yes.  I think that's the last time I

 6     was here.

 7        Q.        In fact, you were in the same seat.

 8        A.        Probably.  I don't -- I don't remember.

 9        Q.        Do you remember -- have you been

10     deposed in any mesh litigation since September of

11     2015?

12        A.        I don't believe so.

13        Q.        Have you testified in any trials

14     regarding mesh litigation since 2000 -- since

15     September 2015?

16        A.        There was a Boston Scientific trial in

17     Statesville, North Carolina, in October.

18        Q.        And you testified live in that trial?

19        A.        Live?

20        Q.        (Indicating yes.)

21        A.        Yes.

22        Q.        Are you still active in the

23     professional societies of American Institute of

24     Chemical Engineers?
```

Scott Guelcher

```
 1        A.       Yes, I am.

 2        Q.       The Society for Biomaterials?

 3        A.       Yes.

 4        Q.       Research Society For Bone and Joint

 5    Injectable Biomaterials?

 6        A.       Yes.

 7        Q.       I noticed that your expert report,

 8    which is marked as Exhibit 2, doesn't include those

 9    professional societies.  Why not?

10        A.       They're listed on my CV, which is part

11    of the report.  I -- I don't know why.  I just

12    didn't list them.

13        Q.       Doctor, do you recall -- did you ever

14    read the deposition transcript from the Mullins

15    litigation?

16        A.       I don't remember.  I've -- I just don't

17    remember.

18        Q.       Have any of your opinions changed since

19    you were deposed in the Mullins litigation?

20        A.       No.

21        Q.       What has been your total billing amount

22    that you have billed plaintiff attorneys since the

23    Mullins litigation?

24        A.       Oh, in this particular case.  I
```

Scott Guelcher

1    submitted a bill for the report, for 10,000 for the

2    medium report.

3        Q.       What about any charges for your time?

4        A.       For this litigation?  I don't think so.

5    Oh.  No.  This -- this is the only -- that was the

6    only one for this litigation.

7        Q.       Have you done any additional work since

8    the Mullins deposition regarding mesh?

9        A.       What do you mean by "work"?  Do you

10   mean testing or reading?  I'm not sure what you

11   mean.

12       Q.       Well, any other work that you believe

13   is applicable to the mesh litigation since you were

14   deposed in Mullins in September 2015.

15       A.       I -- I've not done any -- any testing.

16   I've done more reading, research.  But I've not

17   done any testing since that time.

18       Q.       What additional research have you done?

19       A.       Reviewing the newer papers that were in

20   the report, reviewing the -- the Ethicon internal

21   documents, that sorts of activities.

22       Q.       The "newer papers" that you're

23   referring to, are those contained in your expert

24   report?

Scott Guelcher

```
1        A.       I believe they are.  Yes.  That would

2   be -- yes, they are.

3        Q.       Have you published any additional

4   articles?

5        A.       On polypropylene mesh?

6        Q.       (Indicating yes.)

7        A.       No.

8        Q.       Do you have any pending?

9        A.       No.

10        Q.       Have you worked on any since?

11        A.       No.

12        Q.       The last paper that you authored

13   regarding mesh was the one with Dr. Iakovlev

14   entitled "Degradation of Polypropylene in Vivo"?

15        A.       Yes.

16        Q.       Doctor, as we sit here today, are you

17   planning on doing any additional testing of mesh?

18        A.       I don't know at this time.  There are

19   no definite plans.

20        Q.       Are you considering any additional

21   testing of mesh?

22        A.       I am.

23        Q.       All right.  What are you considering?

24        A.       Well, I don't -- I can't really answer
```

Scott Guelcher

```
 1    this question because it's a research project.

 2    It's not part of these opinions in the litigation.

 3    So it's -- I would call that a research project.

 4        Q.      Is it a research project for

 5    litigation?

 6        A.      Not necessarily.

 7        Q.      So who is sponsoring the research

 8    project?

 9        A.      Well, this is part of the work, as an

10    academic, is finding funding to support the work,

11    so. . .  I don't -- I don't have any funding for it

12    right now.

13        Q.      Okay.  Are you -- but you're trying to

14    get funding for a research project?

15        A.      I'm considering it, but I haven't done

16    anything definitive at this time.

17        Q.      Have you asked anybody specifically for

18    funding?

19        A.      No.

20        Q.      Have you asked any plaintiff lawyer for

21    funding of this research project?

22        A.      No.

23        Q.      Can you give me just a general idea of

24    the research project that you're contemplating?
```

Scott Guelcher

```
 1        A.      I'm really not comfortable doing that.
 2   Just -- I -- I need to -- I just -- I don't -- I
 3   don't think that would be good.
 4        Q.      Okay.  Are you refusing to tell me?
 5        A.      "Refusing" is kind of a strong word.  I
 6   mean, I -- I don't want to discuss it in this
 7   deposition.  It's a research project that's outside
 8   this litigation.  So I -- to me it's not
 9   something --
10        Q.      Does it --
11        A.      -- I -- I -- I would like to discuss
12   here.
13        Q.      Does it relate to PROLENE mesh?
14        A.      I don't know.  I haven't -- I don't
15   know at this time.
16        Q.      Does it relate to any of Ethicon's
17   products?
18        A.      Again, at this time, I -- I don't know.
19        Q.      Okay.
20        A.      I haven't gotten that far.
21        Q.      We talked about the IUGA meeting that
22   you went to in France --
23        A.      Yes.
24        Q.      -- back in -- in the summer of last
```

Scott Guelcher

```
 1    year; is that correct?

 2        A.      That's right.

 3        Q.      Have you attended any other

 4    professional meetings since then regarding mesh?

 5        A.      Regarding mesh?  No.  Not that I can

 6    remember.

 7        Q.      Were you ever reimbursed for your time

 8    going to France for this meeting by the plaintiffs'

 9    lawyers?

10        A.      No.

11        Q.      Did anybody ever compensate you for

12    your time?

13        A.      So I -- I paid for my expenses

14    through -- through a fund I have at Vanderbilt that

15    I use for international travel.

16        Q.      There was some discussion, if I recall,

17    about you submitting a research grant to the

18    National Institution of Health regarding mesh with

19    a Dr. Carey; do you remember that?

20        A.      Yes.  And for the record, can I just --

21    when you asked previously about who I have talked

22    with, she would be one that I discussed -- I just

23    forgot until you brought it up.  Okay?  I just --

24        Q.      That's fine.
```

Scott Guelcher

```
 1        A.       Yeah.  For the record, Dr. Carey would

 2   be another person that I've talked with.

 3        Q.       Okay.  You can answer that question --

 4        A.       I'm sorry.  Okay.  Ask the question

 5   again.  I -- I -- I forgot.

 6        Q.       You discussed an idea about submitting

 7   a research grant to the NIH regarding mesh with

 8   Dr. Carey; do you remember that?

 9        A.       Vaguely.  Yeah, I think it came up.

10        Q.       What is -- what was the topic?

11        A.       I don't remember.

12        Q.       What's the status of it?

13        A.       I haven't submitted anything.

14        Q.       Okay.  But what's the status of it?

15        A.       What do you mean the status?  Like --

16        Q.       Where does it stand?

17        A.       Well, as I was saying earlier, I just

18   haven't been working on it and I haven't drafted

19   anything.  I haven't submitted anything.  I

20   just. . .

21        Q.       Was this the same research grant idea

22   that we discussed earlier?

23        A.       I don't remember.  I -- I don't

24   remember what I was talking with her about doing.
```

Scott Guelcher

```
1        Q.      Were you talking to her about doing
2   anything as it relates to mesh?
3        A.      I just don't remember what I talked to
4   her about.  It's been awhile, and I haven't really
5   acted on it.  So I just -- I have lots of
6   discussions about new research projects.  I -- I
7   just don't remember.
8               (Whereupon Exhibit 3 was marked as an
9   exhibit.)
10  BY MR. HUTCHINSON:
11       Q.      I understand.  I'll hand you what we've
12  marked as Exhibit 3 to your deposition.
13       A.      Okay.
14       Q.      This is the -- the paper that you
15  presented on at the meeting in France; is that
16  right?
17       A.      Let me review it for -- briefly.
18  This -- this -- yes, this appears to be that
19  abstract that I submitted to the IUGA, and then I
20  presented on it at the IUGA meeting.
21       Q.      And what contribution did Dr. Dunn
22  make?
23       A.      So Dr. Dunn did the FTIR and the SEM
24  analysis.  He and his student.
```

Scott Guelcher

```
1      Q.      And what did -- what contributions were

2  yours?

3      A.      So my contributions were more on the

4  design of the experiment, the selection of the

5  oxidative medium, the -- those would have been my

6  contributions.

7      Q.      Do you have any current or pending

8  experience with -- experiments with Dr. Dunn?

9      A.      I do not.

10     Q.      What about Dr. Iakovlev?

11     A.      I do not.

12     Q.      Do you have any current or pending

13 experiments regarding mesh with anyone, as we sit

14 here today?

15     A.      No.  I do not.

16     Q.      Do you have any mesh explants in your

17 custody or control?

18     A.      No.

19     Q.      What about any pristine mesh exemplars

20 in your custody or control?

21     A.      No.

22     Q.      You don't have any mesh whatsoever

23 available to you in your custody or control?

24     A.      No.
```

Scott Guelcher

1      Q.      Do you still defer to Dr. Dunn on the

2   interpretations of the FTIR spectra?

3      A.      I do.

4      Q.      And you disclosed this work in the

5   Perry litigation, didn't you?  That was for TVT

6   ABBREVO?

7      A.      The ABBREVO would be another product.

8   Yes.

9      Q.      And you attempted to rely on this paper

10  in the Perry litigation, didn't you?

11             MR. BOWMAN:  Object to form.

12             THE WITNESS:  I -- I just don't

13  remember.  It may have been on the -- on the -- on

14  the reliance list, but I don't -- I know it came up

15  in the deposition, but I deferred to Dr. Dunn for

16  the experimental details in the deposition.  That's

17  what I remember.

18  BY MR. HUTCHINSON:

19     Q.      Did you rely on this, Doctor, in

20  forming your opinions in the Perry litigation

21  regarding TVT ABBREVO?

22     A.      I don't believe so.  I mean, my

23  opinions have not changed in some time.  So this

24  was supplemental information that supported my

Scott Guelcher

```
1    opinion, but -- and it was on the reliance list

2    but -- I think it was.  I just -- I can't remember

3    the details.

4        Q.      Doctor, you relied on this work, that

5    we've marked as Exhibit 3 to your deposition, in

6    the Winebarger versus Boston Scientific litigation;

7    is that correct?

8        A.      Winebarger?  What product was this?  I

9    can't remember the names -- the plaintiff name.

10       Q.      It was a lawsuit styled Winebarger,

11   W-i-n-b-a-r-g-e-r, versus Boston Scientific.

12       A.      That name just doesn't sound -- was it

13   part of a wave?  Was it -- I just don't remember

14   the plaintiffs' names probably.

15       Q.      Do you recall relying on this work that

16   was marked as Exhibit 3 in the Winebarger versus

17   Boston Scientific litigation?

18       A.      I don't.  Because I don't recall the

19   litigation.  I just -- I don't -- the -- the

20   plaintiff's name is -- that doesn't sound familiar

21   to me.

22       Q.      Okay.  Doctor, when we look at Exhibit

23   3, what product was used in your work?

24       A.      It's been some time.  I don't remember.
```

Scott Guelcher

```
1    These were sutures.  I -- I -- we did -- no.  No.

2    This was mesh.  This was -- this was mesh.  I -- I

3    don't remember the actual product that we were -- I

4    mean, it's been some time.  I think there was a --

5    I think there was -- I think it was -- there were

6    definitely two Boston Scientific meshes, maybe the

7    Pinnacle.  There were slings.  Maybe the TV -- I

8    think the TVT, too.

9        Q.      So you used a TVT and a Pinnacle device

10   in your work --

11       A.      Perhaps --

12       Q.      -- regarding oxidative degradation of

13   polypropylene in pelvic mesh in vivo attached as --

14   I mean, marked as Exhibit 3 to your deposition?  Is

15   that your testimony, sir?

16       A.      That's what I remember.  I didn't -- I

17   mean, I wasn't -- yeah, I wasn't -- I'd have to

18   review this.  But I believe it was a TVT and two

19   Boston Scientific meshes that were included -- I

20   just need to read -- can I read this again?

21   Because I can't remember, you know, exactly --

22       Q.      Absolutely.

23       A.      This was written two years ago

24   almost --
```

Scott Guelcher

```
 1        Q.        Absolutely.

 2        A.        -- so I'm trying to remember exactly

 3    what I wrote.

 4        Q.        And this was also presented a year ago,

 5    correct?

 6        A.        Yes.

 7        Q.        Okay.  So if you'll read through it and

 8    tell me, sir, what the name of the products were

 9    that were used in this experiment.

10        A.        Okay.  I can -- give me a minute

11    to. . .

12                  Okay.  So this was the mesh study.

13    Again, it's not stated in the abstract, but -- let

14    me just look at it again.  (Reviews document.)

15                  Okay.  I -- I believe it was the TVT

16    and the Boston Scientific Advantage and Links,

17    maybe.  It's just been so long, I -- I can't

18    remember the exact devices.

19        Q.        So the products that you used were from

20    two different manufacturers, in this abstract; is

21    that correct, sir?

22        A.        I believe so.

23        Q.        Was the TVT mechanically cut or laser

24    cut?
```

Scott Guelcher

1      A.      I don't remember.

2      Q.      How can you find out?

3      A.      Dr. Dunn would have all that

4   information.  He -- he had the mesh.  He put it in

5   the medium.  He was the one that physically did the

6   work.  He and, I think, maybe one of his students

7   did some of it, but he -- he's the one that had the

8   exemplars and cut the samples and put them in the

9   medium.  I didn't do that.  And so --

10     Q.      Okay.

11     A.      And I never had the mesh in my

12  possession that I remember.

13     Q.      Oh, you didn't.  So, Doctor, can you

14  testify, to a reasonable degree of scientific

15  certainty, that the two products that were used in

16  this experiment were TVT and a Boston Scientific

17  product?

18             MR. BOWMAN:  Object to form.

19             THE WITNESS:  Again, I'm going based on

20  my memory.

21  BY MR. HUTCHINSON:

22     Q.      I understand.

23     A.      And --

24     Q.      But I'd like for -- I'd like -- I need

Scott Guelcher

1    an answer, based upon a reasonable degree of

2    scientific certainty.  Can you testify today, to a

3    reasonable degree of scientific certainty,

4    regarding the specific names of the products used

5    in this experiment?

6        A.      I mean, I believe, to a reasonable

7    degree of scientific certainty, that's what we --

8    that's what we used.  That's what I remember.  You

9    know, I work closely with Dr. Dunn.  Our offices

10   are right beside each other.  So, I mean, he --

11   he -- that's what I believe he did.

12       Q.      Okay.  And, Doctor, when you were

13   deposed in September in the Mullins litigation, you

14   didn't rely on this abstract for your opinions in

15   that; is that correct?

16       A.      I don't believe so.

17       Q.      And you're not relying on the abstract

18   that you published for your opinions in this

19   litigation; is that correct?

20       A.      No, I'm not.

21       Q.      Okay.  Why not?

22       A.      Well, we -- we -- we would like to

23   publish it.  And that's something -- that's part of

24   what we're -- we -- we just -- we're -- we're

Scott Guelcher

```
1    working on it.  We don't know what we're going to

2    do yet.  It's just -- you know, we have -- very

3    busy, and it's -- I don't -- I don't know what the

4    plan is.  But I'm not relying on it because we

5    haven't published it.

6        Q.      Okay.  Any other reasons?

7        A.      No.  That's the main reason.  I -- I

8    believe the Court likes to see published studies

9    and that's --

10       Q.      Okay.

11       A.      -- that -- that's our plan.

12       Q.      But it's fair to say that you've

13   written a paper that investigated oxidative

14   degradation of polypropylene mesh in vitro using an

15   oxidative medium and you're not relying on that

16   work in this litigation?

17               MR. BOWMAN:  Object to form.

18               THE WITNESS:  Can you repeat that?  I'm

19   sorry.

20   BY MR. HUTCHINSON:

21       Q.      Yes.

22       A.      It was long.

23       Q.      It's fair to say that you've written a

24   paper --
```

Scott Guelcher

```
 1        A.       Okay.

 2        Q.       -- that investigated oxidative

 3   degradation of polypropylene using an oxidated

 4   medium and you're not relying on it in this

 5   litigation; is that fair to say?

 6        A.       I would say it's a submitted abstract.

 7   This is a submitted abstract.  I wouldn't call this

 8   a paper.  It's a published abstract, and it is peer

 9   reviewed but not like a paper.  It's not -- I'm not

10   relying on it.

11        Q.       And --

12        A.       And that -- go ahead.

13        Q.       What is the status of this work,

14   Doctor?

15        A.       As I said, I -- I -- I don't know.  We

16   don't know what we're going to do with it yet.

17        Q.       When is the last time you talked to

18   Dr. Dunn about this?

19        A.       I don't remember.

20        Q.       Has it been more than six months?

21        A.       Probably not.  But I just don't -- I

22   don't remember what we said about this.  We

23   haven't -- I haven't relied on it in the recent

24   litigation in some time.  And it's -- you know,
```

Scott Guelcher

1    it's just one of these unpublished studies that we

2    did, published an abstract, submitted at a meeting,

3    and just haven't followed up on it for the paper.

4    That's what I would say.

5         Q.      Is this work finished?

6         A.      Well, this study is finished.  But when

7    you were asking me about research earlier, I -- I

8    mean, I -- I'm trying to be honest without

9    revealing, you know, what I consider to be, you

10   know, associated with my research being

11   confidential.  But I don't know what we're going to

12   do next.

13        Q.      Okay.  But this study was finished,

14   correct?

15        A.      This study is completed.  Yes.

16        Q.      Right.  And this study was peer

17   reviewed in an abstract in the International

18   Urogynecology Journal, correct?

19              MR. BOWMAN:  Object to form.

20              THE WITNESS:  It was -- it was reviewed

21   for the meeting.  I -- I wouldn't -- it's not --

22   yes, it was reviewed.  Okay.

23   BY MR. HUTCHINSON:

24        Q.      And, Doctor, were the chemical

Scott Guelcher

1    conditions, to which you subjected the mesh,

2    intended to represent an actual in vivo condition

3    in the body?

4        A.      So they were intended to simulate the

5    adherent macrophage pocket, the -- the space

6    between the adherent cell and the surface of the

7    material.

8        Q.      I under - --

9        A.      That's been published.  Right?  Yeah.

10       Q.      I understand.  But was it intended to

11   represent actual in vivo conditions in the body?

12   Yes or no?

13       A.      Well, I thought I answered your

14   question.  That would be the -- the -- it's

15   simulating that -- that situation where you have an

16   inherent macrophage attached to a biomaterial in

17   the body and there's a privileged microenvironment

18   between the cell and the material.  And that medium

19   has been shown to -- published to simulate those

20   oxidative conditions between the cell and the

21   surface of the material.

22       Q.      Are the chemical conditions intended to

23   represent actual in vivo conditions in the body,

24   sir?  Yes or no?

Scott Guelcher

```
1        A.       I think I just answered the question.

2        Q.       You didn't.

3        A.       I did.

4        Q.       I need "yes" or "no," and then you can

5   answer. . .

6        A.       I can't give you a yes or no because

7   I -- I feel like you're trying to put -- I need to

8   be very specific about what that medium is

9   simulating.

10        Q.       Absolutely.

11                 And my question to you, sir, is the

12   oxidative medium designed to represent the actual

13   in vivo conditions in the body?  Yes or no?

14        A.       But "actual in vivo conditions" is what

15   I'm hung up on.  That's a very vague term.  It

16   is -- it's meant to simulate the

17   microenvironment -- in vivo microenvironment that

18   the material is exposed to.  That's what it's meant

19   to simulate.  That's, I think, an answer to your

20   question.  You're asking me -- that's my answer.

21        Q.       Is that the best you can do?

22        A.       That's the best I can do.  I'm sorry.

23   I just -- I don't want to agree to some very

24   vaguely stated question.
```

Scott Guelcher

1    Q.    Doctor, do you write about in vivo

2  conditions in this abstract?

3    A.    I'd have to read it again.  (Reviews

4  document.)

5    Q.    Let's look on the last page.

6    A.    Okay.

7    Q.    At the conclusion.  "Oxidative

8  degradation of polypropylene pelvic mesh was

9  evidenced by chemical and physical changes under

10 simulated in vivo conditions."

11   A.    Okay.

12   Q.    Did you write that?

13   A.    I wrote that.

14   Q.    Okay.  So my question to you, sir, are

15 the chemical conditions, to which you subjected the

16 mesh, intended to represent simulated in vivo

17 conditions in the body?  Yes or no?

18   A.    Yes.  I wrote that.  I stand by what I

19 wrote.

20   Q.    All right.  Since the Mullins

21 deposition, Doctor, have you done any work to

22 determine if oxidized polypropylene will stain?

23   A.    Since the Mullins deposition last fall?

24   Q.    Yes, sir.

Scott Guelcher

1    A.    No.

2    Q.    Have you ever done any work in your
3    life to determine if oxidized polypropylene will
4    stain?

5    A.    No.

6    Q.    When is the last time you've spoken
7    with Dr. Iakovlev?

8    A.    That's been some time.  Maybe -- I need
9    to think for a minute.  Probably last summer at the
10   meeting.

11   Q.    Doctor, are you aware of any literature
12   that discusses the extent to which oxidized
13   polypropylene traps and holds stain?

14   A.    Well, we discussed it in the paper with
15   Dr. Iakovlev, but I -- I'm not aware, at this
16   moment, off the top of my head, of another paper
17   that would -- I'd have to look at the paper again.
18   It's been some time.

19   Q.    You testified in the Mullins deposition
20   that you've never done an XPS analysis.  Does that
21   remain true?

22   A.    I'd like to -- I've -- I've never
23   physically done it myself.  My students have done
24   it.  But I've never actually done the measurement.

Scott Guelcher

1    Q.        Have you ever done any molecular weight

2    testing of PROLENE?

3    A.        Not of PROLENE.

4              Oh, I'm sorry.  Can I --

5    Q.        (Indicating yes.)

6    A.        We -- we did some molecular weight

7    testing with Dr. Dunn on exemplars some time ago.

8    It's been a long time.  And I don't remember if

9    PROLENE or TVT devices were included.  I can't

10   remember the devices.

11   Q.        Okay.

12   A.        But we -- we sent those to another lab.

13   It was in one of his reports.

14   Q.        What were the results?

15   A.        I don't remember.  I haven't been

16   relying on that, so I just don't remember.

17             (Reporter interruption for

18   clarification.)

19             THE WITNESS:  You know, I'm. . .

20   BY MR. HUTCHINSON:

21   Q.        Well, my question --

22   A.        Yeah.

23   Q.        I'm not sure I understood your answer.

24   Have you ever done -- have you personally ever done

Scott Guelcher

1    any molecular weight testing of PROLENE?

2        A.      Well, I'm trying to -- I'm trying to

3    answer.  So -- I mean, I don't -- I mean, being a

4    professor, I don't actually work in the lab.  I

5    have graduate students and a lab manager that do

6    the work that we discuss, right?  And I -- I'm --

7    sort of direct of work, if you want to call it

8    that.

9              And what I -- what I was saying is that

10   some time ago, a couple years at least, we --

11   Dr. Dunn and I sent some samples to -- Dr. Dunn

12   handled the samples -- to another laboratory to do

13   molecular weight measurements.  And whether PROLENE

14   meshes -- you know, meshes made out of PROLENE were

15   in those samples, I can't remember.  It's been a

16   long time.  So. . .

17       Q.      Okay.  And you don't know the results;

18   is that correct?

19       A.      I don't remember the results.

20       Q.      Doctor, have you ever done any

21   molecular weight testing of PROLENE explants?

22       A.      I don't think so.  The samples -- no, I

23   don't think so.

24              (Whereupon Exhibit 4 was marked as an

Scott Guelcher

```
1    exhibit.)

2    BY MR. HUTCHINSON:

3        Q.      Doctor, handing you what we'll mark as

4    Exhibit 4 to your deposition --

5        A.      Okay.

6        Q.      -- you cite this on page 9 of your

7    expert report.  Do you remember that?

8        A.      Yes.

9        Q.      Okay.  And, in fact, if you look on

10   your expert report, under "Summary of Opinions,"

11   Number 7.

12       A.      Okay.

13       Q.      It's on page 3.  It states --

14       A.      Okay.

15       Q.      -- ". . .the use of heavy-weight meshes

16   directly correlates with more exposure of

17   polypropylene to the Foreign Body Reaction and

18   greater changes after implantation. . ."

19            Do you see that?

20       A.      Yes.

21       Q.      All right.  Doctor, how do you define

22   "heavy-weight"?

23       A.      My understanding is that the TVT mesh

24   has a weight of around -- a surface density of
```

Scott Guelcher

```
 1    around 100, would be a heavy-weight mesh.

 2              Let me look at this paper again for a

 3    minute.  I believe it was discussed in here, the

 4    densities of the specific meshes that she tested.

 5              Yeah.  So this would be the GYNEMESH

 6    that had a density of 44 grams to square meter;

 7    ULTRAPRO, which was 31; and Restorelle was 19.

 8        Q.    Doctor, how do you define

 9    "heavy-weight"?

10        A.    How do I define "heavy-weight"?

11        Q.    Yes, sir.

12        A.    I think -- I think something greater

13    than 50 grams per square meter would be a heavier

14    weight mesh.

15        Q.    And how do you come up with the number

16    50 grams per square meter?

17        A.    I -- I can't remember.  There's some

18    papers -- there's a paper where this is -- these

19    are classified, and I just can't remember the

20    numbers right now.

21        Q.    Well, you mean you can't remember the

22    cite right now?

23        A.    Yeah.  Well, the -- I can't remember

24    the citation, and I can't remember the actual
```

Scott Guelcher

1    ranges that were listed in the -- in the table.

2    I'd have to look at this --

3        Q.      I understand.  But, Doctor, sitting

4    here today, and one of your opinions on Number 7 is

5    the -- is about heavy-weight meshes.  So my

6    question to you is --

7        A.      Okay.

8        Q.      -- how do you define a heavy-weight

9    mesh?

10       A.      So a heavy-weight mesh would be a mesh

11   in the range of -- I'd probably say 100 grams per

12   square meter.  Those are the heavy-weight meshes

13   that -- in my recollection.

14       Q.      Okay.  And if something is less than

15   100 grams per square meter, according to your --

16   your definition, would that be a light-weight mesh?

17       A.      No.  I don't think I would call it a

18   light-weight mesh.  I mean, what I was really

19   trying to say in this opinion is that the more

20   polypropylene is there, the more intense the

21   foreign body reaction.  That's what the point of

22   that opinion is.

23       Q.      Right.  But my --

24       A.      So it's a sliding scale.  I mean --

Scott Guelcher

```
1    right?  I mean, as the density increases, it's
2    going to be more intense.  That's what I was
3    saying.
4        Q.      Right.  My question to you, sir, is how
5    do you define a heavy-weight mesh?  Is it something
6    greater than 50 -- I'm sorry -- something greater
7    than a 100 grams per meter squared?  Is that
8    Dr. Guelcher's definition?
9              MR. BOWMAN:  Object to form.
10             THE WITNESS:  Again, there's lots of
11   different definitions of polypropylene mesh.  100
12   grams per square meter is -- I would consider that
13   to be a heavy-weight mesh.
14   BY MR. HUTCHINSON:
15       Q.      Okay.  And if something is less than
16   100 grams per square metered, would that be a
17   medium-weight mesh or a light-weight mesh?  What
18   would it be?
19       A.      I don't -- I don't know specifically.
20   I mean, everybody has a different range that they
21   use to define that.  I don't -- I mean, there's not
22   a lot of -- there's not a lot of agreement in the
23   literature.
24       Q.      You can't tell me whether or not
```

Scott Guelcher

```
1    something would be a light-weight mesh if it was
2    less than 100 grams per meter squared; is that
3    correct?
4        A.      Some would call that a -- a
5    light-weight mesh --
6        Q.      All right.
7        A.      -- if it's less than 100.
8        Q.      Do you -- do you, Doctor, as a polymer
9    scientist and as an expert in this litigation, have
10   a definition for a light-weight mesh?
11       A.      No.  Because I was looking at it from
12   the perspective of the amount of polypropylene
13   increases with mesh density.  It's not just a
14   simple classification, as the mesh increases, the
15   foreign body reaction increases, because it's
16   dependent on that surface of polypropylene.  That's
17   what I'm saying.
18       Q.      Are you aware of any medical device
19   industry standard that measures or defines
20   heavy-weight mesh?
21       A.      Industry standard?  I -- I'm -- I -- I
22   think that's what I was saying.  There's different
23   investigators and maybe companies who have
24   defined -- but it's -- it's not -- I don't -- I
```

Scott Guelcher

```
 1    don't -- I guess what I'm saying is I don't
 2    consider it a -- something that's agreed upon, say,
 3    like in an ASTM standard.  It's somewhat
 4    discretionary, I would say.
 5        Q.      All right.  So you're not aware of any
 6    medical device industry standard that measures or
 7    defines heavy-weight mesh; is that correct?
 8        A.      There may be a standard that mesh -- I
 9    can't think of it right now.  I -- I can't
10    remember.
11        Q.      Okay.  Doctor, are you aware of any
12    medical device industry standard that measures and
13    defines pore size?
14        A.      I mean, pore size isn't really what I
15    was talking about in my opinions.  So that's not
16    something --
17        Q.      All right.  I can cut to the chase.
18        A.      Okay.
19        Q.      Do you have any opinions whatsoever
20    regarding the pore size of the PROLENE mesh
21    contained in any of the products that you're giving
22    opinions about today?
23              MR. BOWMAN:  Object to form.
24    BY MR. HUTCHINSON:
```

Scott Guelcher

1    Q.       We can short circuit that.

2    A.       Okay.  Let me just think for a second.

3             So I -- I don't believe that I

4    discussed pore size in my report.

5    Q.       Is it fair to say, Doctor, you have no

6    opinions regarding pore size of the mesh of the

7    products that you're here to give testimony about

8    today; is that right?

9             MR. BOWMAN:  Object to form.

10            THE WITNESS:  Maybe other than it could

11   change in the mechanical environment and in the

12   chemical changes that happen to the mesh, pore size

13   could change, that could affect infiltration.

14   BY MR. HUTCHINSON:

15   Q.       Is that an opinion you're going to

16   stand by today?

17   A.       I don't believe so.  It's not in my

18   report.

19   Q.       Okay.  Thank you.

20            So fair so say you have no opinions

21   regarding pore size on the products that you're

22   designated to give testimony about today?

23            MR. BOWMAN:  Object to form.

24            THE WITNESS:  I think so.  I'm not

Scott Guelcher

```
1    discussing pore size in the report.

2    BY MR. HUTCHINSON:

3        Q.      Okay.  Well, Doctor, what is your

4    opinion regarding the ideal weight of mesh?

5        A.      I don't believe I've expressed an

6    opinion about the ideal weight.  My opinion has

7    been the more mesh, the more intense the foreign

8    body reaction.  So I haven't really expressed an

9    opinion about ideal weight.

10       Q.      Okay.  Do you have an opinion, as we

11   sit here today, regarding the ideal mesh -- mesh in

12   terms of weight?

13       A.      It would help me if you could be

14   specific.  I -- I -- I'm not saying that there's an

15   ideal weight for the mesh.  All I'm saying is that

16   the intensity of the foreign body reaction

17   increases with the weight density of the mesh.

18   That's -- and I'm not saying that that should be 30

19   or it should be 20.  I'm saying that -- it's -- as

20   the amount of polypropylene increases, the

21   intensity of foreign body reaction.  That's --

22   that's what I'm saying.

23       Q.      Okay.  But can you tell us -- can you

24   tell us the ideal weight of the mesh?
```

Scott Guelcher

```
1        A.      No.  I've not testified about an ideal

2   weight of mesh.

3        Q.      Doctor, you'll agree that any implanted

4   material will elicit some form of foreign body

5   reaction or inflammatory response?

6        A.      Yes.  That's a foreign body reaction.

7   When a material is implanted, it induces and

8   elicits a foreign body reaction.

9        Q.      And the microphage's response is an

10  essential component of tissue incorporation,

11  correct?

12       A.      What do you mean by "essential"?  I'm

13  not --

14       Q.      You must have a microphage response to

15  have tissue incorporation in the mesh, correct?

16       A.      Well, macrophages infiltrate the mesh

17  like they do any foreign body.  It just happens.

18  It's not -- it's not necessarily something that can

19  be controlled.  It just happens.  It's a foreign

20  body reaction.

21       Q.      Let's look at the Moalli paper --

22       A.      Okay.

23       Q.      -- that we've marked --

24       A.      Okay.
```

Scott Guelcher

1    Q.        -- Exhibit 4.  Are you there with me?

2    A.        I am.

3    Q.        This paper studied two meshes with

4    PROLENE:  GYNEMESH PS and ULTRAPRO; is that right?

5    A.        Yes.  I believe so.

6    Q.        And this is the one of the newer papers

7    that you're relying on; is that correct?

8    A.        It is.

9    Q.        What does GYNEMESH PS stand for?

10   A.        I -- I don't remember the PS.  I know

11   that the GYNEMESH is -- is -- I believe it's used

12   in the POP kits.  It's a lower-density mesh than

13   the TVT.  I don't know what the PS -- I'd have to

14   look at the paper again.  I don't. . .

15   Q.        All right.  It's on page 1 under

16   "Results," last paragraph.  They compare ULTRAPRO

17   with Restorelle --

18   A.        Uh-huh.

19   Q.        -- and GYNEMESH PS.  Do you see that?

20   A.        I do.

21   Q.        My question, Doctor, is what does the

22   PS in GYNEMESH stand for?

23   A.        I -- I just don't remember.

24   Q.        Did you make any effort to find out?

Scott Guelcher

```
 1                    MR. BOWMAN:  Object to form.

 2                    THE WITNESS:  I don't remember.  I was

 3      looking at the density in the table.  I don't know

 4      the specific formulation of that --

 5      BY MR. HUTCHINSON:

 6          Q.      Do you know how GYNEMESH PS may be

 7      different than GYNEMESH?

 8          A.      I -- I -- I -- I don't remember how

 9      it's different from GYNEMESH.

10          Q.      Do you have any idea, as we sit here

11      today, what the PS stands for?

12                    MR. BOWMAN:  Object to form.  Asked and

13      answered.

14                    THE WITNESS:  I mean, it's a company

15      acronym.  I don't -- I don't know why they call it

16      a GYNEMESH PS.  I don't remember.

17      BY MR. HUTCHINSON:

18          Q.      Do you know if it's 100 percent

19      PROLENE?

20          A.      I'd have to look at this again.  I

21      can't remember.  One of these was -- maybe it was

22      the Restorelle that had a -- had a resorbable

23      component I thought.

24          Q.      Right.  Let's talk about GYNEMESH PS.
```

Scott Guelcher

```
1    Do you know if the mesh made in GYNEMESH PS is 100

2    percent PROLENE?

3        A.       I mean, I believe it is.  They -- they

4    say the -- we sought to determine the predominant

5    cell type within the area of implantation of the

6    prototypical polypropylene mesh, GYNEMESH PS.

7        Q.       ULTRAPRO has an absorbable component,

8    doesn't it?

9        A.       It's my understanding there's a

10   resorbable polyester component.  Wait a minute.

11   Let me look at my report again.  I can't. . .

12                Yeah, so the PROLIFT, I know, has

13   the -- the resorbable component.  But she says

14   these are polypropylene meshes in the objective.

15   So that's what I read it, is that these are

16   polypropylene meshes with different densities.

17   That was what I understood to be the -- the purpose

18   of this study.

19       Q.       Doctor -- Doctor, do you know the

20   weight of the adsorbable component in ULTRAPRO?

21                MR. BOWMAN:  Object to form.

22                THE WITNESS:  I -- I don't remember

23   right now.

24   BY MR. HUTCHINSON:
```

Scott Guelcher

```
1        Q.      Let's talk about the -- the products

2    that you're designated for.  I will represent to

3    you, Dr. Guelcher, and also represent to the Court

4    that you've been designated for -- to give opinions

5    for TVT, TVT-O, TVT ABBREVO, TVT-SECUR, TVT EXACT,

6    PROSIMA, GYNEMESH PS, PROLIFT, and PROLIFT+M.  Have

7    you heard of all those products?

8        A.      I have.

9        Q.      Okay.

10               THE WITNESS:  Can we take a break for a

11   few minutes?  My stomach's a little bit -- is that

12   okay?

13               MR. HUTCHINSON:  Yes, sir.

14               THE WITNESS:  Thank you.

15               (Brief recess.)

16   BY MR. HUTCHINSON:

17       Q.      Dr. Guelcher, are you okay?

18       A.      Yeah.  I'm okay.

19       Q.      All right.  If you need to take another

20   break, let me know.  Okay?

21       A.      Okay.  Thanks.

22       Q.      Doctor, do you know the weight of

23   TVT-O?

24       A.      The weight?  The density?
```

Scott Guelcher

```
 1        Q.        In grams -- yes.  In grams per meter

 2    squared.

 3        A.        I believe it's similar to the TVT,

 4    which is around 100.

 5        Q.        What about TVT ABBREVO?

 6        A.        I think it's similar.  I think it's

 7    made from the same mesh.

 8        Q.        Do you -- but do you know the weight,

 9    sir?

10        A.        100.

11        Q.        Do you know the weight of TVT-SECUR?

12        A.        Let me look back at my report.

13    Again -- well. . . (Reviews document.)

14                   Yeah.  So it's in my report.  The --

15    the -- those SUI devices, the slings, the TVT-S,

16    TVT ABBREVO, TVT-O, TVT are made from this

17    105-gram-per-square-meter mesh.  So they're all

18    made from the same mesh, in my understanding.

19        Q.        And -- and, Doctor, is it your

20    testimony for all TVT products the weight of the

21    mesh per meter squared is the same?

22        A.        That's my understanding --

23        Q.        All right.  Doctor --

24        A.        -- for the slings.
```

Scott Guelcher

```
1      Q.       And, Doctor, for the POP products, do

2   you know the weight of the mesh per meter squared?

3      A.       I don't remember them all.  The

4   GYNEMESH is 45 grams per square meter.  The -- the

5   PROLIFT+M, that's the one that's the blend, has the

6   resorbable polyester.  After the polyester resorbs,

7   the density is 28.  So it's probably, roughly, you

8   know, half, something in that range.  So as the

9   polyester resorbs, the density goes down.

10     Q.       And, Doctor, if we look at the Moalli

11  paper --

12     A.       Okay.

13     Q.       -- that you have, the mesh didn't

14  oxidize after 12 weeks, did it?

15     A.       Well, she wasn't testing for oxidation.

16  She was looking at the cellular response.  So I

17  wouldn't say that it didn't oxidize.  I just -- I

18  don't think she reported that it did.  But I don't

19  know that she really did any testing for that.

20     Q.       A causal relationship wasn't

21  established in that paper, was it, sir?

22     A.       A causal relationship --

23     Q.       Correct --

24     A.       -- between what?
```

Scott Guelcher

```
 1        Q.       The weight of the mesh and clinical

 2    problems; is that correct?

 3        A.       Well, this wasn't really addressing

 4    that question.  The -- the relationship was between

 5    the density of the mesh and the nature of the

 6    inflammatory infiltrate.  That was the question she

 7    was looking at.  It wasn't related.  This was a

 8    preclinical study, I believe.  So it wasn't -- this

 9    was in Rhesus macaque.  So it wasn't --

10                 (Reporter interruption for

11    clarification.)

12                 THE WITNESS:  Rhesus macaque, which is

13    the -- it's a -- it's a primate.  So it's not a

14    clinical study.

15    BY MR. HUTCHINSON:

16        Q.       There were a number of limitations in

17    that study, weren't there?

18        A.       So she has a paragraph in the

19    discussion about limitations of the study, which is

20    typical in scientific research.  That's what we do.

21        Q.       Okay.  And, Doctor, if we look back at

22    your expert report --

23        A.       Okay.

24        Q.       -- under "Summary of Opinions" --
```

Scott Guelcher

```
1        A.      Okay.

2        Q.      -- Number 1 --

3        A.      So we -- okay.  Go ahead.  Sorry.

4        Q.      Number 1 discusses "polypropylene

5   reacts with molecular oxygen by autoxidation

6   outside the body at elevated temperatures,

7   resulting in chain scission and deterioration. . ."

8            Do you see that?

9        A.      Yes.

10       Q.      At what elevated temperatures outside

11  the body?

12       A.      I have to look at the details again.

13  Temperatures above 100 C.  That is 100 Celsius.

14       Q.      And -- and what is the normal body

15  temperature in Celsius degrees of the human body?

16       A.      37.

17       Q.      And what is autoxidation, Doctor?

18       A.      Well, "autoxidation" is a term that

19  some use to describe the reactive -- the reaction

20  of the polypropylene with molecular oxygen at

21  elevated temperatures.

22       Q.      And we don't have elevated temperatures

23  in the body, in vivo, do we, to the point where it

24  would autoxidate?
```

Scott Guelcher

```
 1                    MR. BOWMAN:  Object to the form.

 2                    THE WITNESS:  Well, the body

 3      temperature is 37 degrees C.  So that reaction with

 4      molecular oxygen would be slow.  I mean. . .

 5      BY MR. HUTCHINSON:

 6          Q.        In fact, have you quantified how slow

 7      it would be?

 8          A.        Well, I mean, Leibert addressed that

 9      question with molecular oxygen.

10          Q.        But my question to you, sir, is have

11      you personally quantified that?

12          A.        No.  Because I don't think it's

13      relevant because there's more reactive forms of

14      oxygen in the body that are causing the reaction.

15      So. . .

16          Q.        What is -- what is required for PROLENE

17      to undergo autoxidation?

18          A.        Well, PROLENE will undergo oxidation

19      with molecular oxygen.  It -- it -- it can happen

20      at lower temperatures.  It's just very, very slow.

21          Q.        Okay.

22          A.        So, I mean, it happens faster.  Like

23      any chemical reaction --

24          Q.        I understand.
```

Scott Guelcher

```
 1        A.        -- it's -- it's faster at higher

 2    temperatures.

 3        Q.        But what is required for PROLENE to

 4    undergo autoxidation in the body?

 5        A.        In the body?  You're asking a different

 6    question.  I'm confused.

 7        Q.        I am.

 8        A.        Okay.

 9        Q.        In general, what is -- strike that.

10        A.        Okay.

11        Q.        In general, what is required for

12    PROLENE to undergo autoxidation?

13        A.        A -- I thought I answered it.  It's --

14    again, it would be the reaction with molecular

15    oxygen is happening at faster rates at higher

16    temperatures.

17        Q.        Okay.

18        A.        In -- in -- under body conditions, that

19    reaction with molecular oxygen would be slow.

20        Q.        And --

21        A.        That's what I said.

22        Q.        And at what temperature, Doctor,

23    would --

24        A.        Well, I mean, at what temperature -- it
```

Scott Guelcher

```
 1    increases with temperature.
 2       Q.      Okay.
 3       A.      As the temperature gets higher, it gets
 4    faster.
 5       Q.      Can you -- can you tell me a
 6    temperature for PROLENE to undergo autoxidation?
 7    Can you tell me a specific temperature?
 8              MR. BOWMAN:  Object to form.
 9              THE WITNESS:  Well, I'm trying to
10    answer.  I -- I mean, it -- it's a chemical
11    reaction.  And the Arrhenius equation tells us that
12    these reactions get faster as the temperature goes
13    up.  So the reaction can occur at physiological
14    temperatures.  It's just very slow.
15              People do the studies at higher
16    temperatures because they want to do them quickly.
17    So if you increase the temperature to 100 degrees
18    or 200 degrees Celsius, the reaction is faster.
19    And that's why a lot of these older studies did it
20    at higher temperatures.
21    BY MR. HUTCHINSON:
22       Q.      Right.  But my question is what
23    temperature is required for PROLENE to undergo
24    autoxidation?
```

Scott Guelcher

1      A.      I'm really trying to answer it.  I

2   mean, it's a chemical reaction.  It -- it -- it --

3   PROLENE is polypropylene with antioxidants.  And

4   the antioxidants can delay the reaction, but,

5   eventually, it's going to happen.  So. . .

6      Q.      At what rate -- excuse me.

7      A.      Go ahead.  I -- I'm finished.

8      Q.      At what rate does PROLENE undergo

9   autoxidation in the body?

10     A.      I don't know the rate.  I've not

11   measured it.  But I wasn't really -- no.  I don't

12   know the rate that -- that thermal oxidation is

13   going to. . .

14     Q.      If we -- if we look at the summary of

15   opinions, Number 3 --

16     A.      Okay.

17     Q.      -- you discuss the dynamic environment

18   where polypropylene mesh is implanted.  Do you see

19   that opinion?

20     A.      Yes.

21     Q.      What scientific evidence do you have,

22   Dr. Guelcher, for chain scission having occurred

23   with PROLENE in vivo?

24             MR. BOWMAN:  Object to form.

Scott Guelcher

```
1                    THE WITNESS:  Well, I mean, the paper
2       published in 2015 by Mays, et al., showed
3       reductions in molecular weight.  Now, that wasn't
4       PROLENE, but it was still polypropylene with
5       antioxidants.
6       BY MR. HUTCHINSON:
7          Q.     Okay.
8          A.     It's very similar material.
9          Q.     Okay.  Let's -- let's focus on PROLENE,
10      though, Doctor.
11                    What scientific evidence do you have
12      for chain scission having occurred with PROLENE in
13      vivo?
14                    MR. BOWMAN:  Object to form.
15                    THE WITNESS:  PROLENE in vivo.  I don't
16      know of a study that specifically looked at chain
17      scission of PROLENE in vivo.
18      BY MR. HUTCHINSON:
19         Q.     And, Doctor, what scientific evidence
20      do you have for any PROLENE implant having oxidized
21      to produce a carbonyl group, a C double bond O?
22         A.     Can we go back to the chain scission
23      one?  I just remembered something or -- or I need
24      to answer this first.
```

Scott Guelcher

1    Q.      Well, let's stick with this one.

2    A.      Okay.  So can you say it again?

3    Q.      What scientific evidence do you have

4   for any PROLENE implant having oxidized to produce

5   a carbonyl group?

6    A.      Let me look at my report again.  There

7   was some studies done at Ethicon that reported

8   oxidation.  And I'm trying to remember the details

9   of exactly what they reported.  I -- I believe they

10  saw in those -- in those -- let me read my report

11  again because I'm -- I'm. . . (Reviews document.)

12          So there were some studies by Dr. Moy

13  that noted the presence of oxidation products by

14  FTIR.  I believe that was incubated in hydrogen

15  peroxide.  There were some human explants where

16  they observed degradation.  And this question of

17  oxidation of the materials was referred to in those

18  studies.

19   Q.      Okay.

20   A.      They found that the cracked PROLENE

21  surface is a composite of oxidized polypropylene,

22  an adsorbed protein.  So there was some internal

23  Ethicon studies that looked at these questions of

24  antioxidant depletion, oxidation of the surface,

Scott Guelcher

```
 1    cracking, and molecular weight degradation.

 2        Q.      Outside of Ethicon's internal

 3    studies --

 4        A.      Okay.

 5        Q.      -- are you aware of any scientific

 6    evidence that a PROLENE implant has oxidized to

 7    produce a carbonyl group?

 8            MR. BOWMAN:  Object to form.

 9            THE WITNESS:  So Clavé addressed --

10    BY MR. HUTCHINSON:

11        Q.      Okay.

12        A.      No.  Clavé didn't -- he didn't -- he

13    just says that he tested these different explants.

14    So he doesn't necessarily divide it out by

15    manufacturer, so it's --

16        Q.      I understand.

17        A.      -- it's not totally clear, right?

18        Q.      Okay.

19        A.      But, I mean, he does say -- he does

20    observe evidence -- I've talked about this

21    before -- evidence in the FTIR spectrum that I

22    believe is indicative of oxidation.  I know it's --

23    we talked about this before.  I don't --

24        Q.      Are you basing this solely on Clavé?
```

Scott Guelcher

1    A.      Clavé would be the one that -- I think

2    Céline Mary discussed this as well.

3    Q.      Okay.  And is that the only scientific

4    evidence that you're relying on is Clavé and the

5    internal Ethicon documents for a PROLENE implant

6    having oxidized to produce a carbonyl group?

7              MR. BOWMAN:  Object to form.

8              THE WITNESS:  Those are the documents

9    that come to mind that I've testified about before.

10   BY MR. HUTCHINSON:

11   Q.      Okay.  Doctor, do you have -- and let's

12   talk about -- my question is very specific as it

13   relates to the nine specific products that you're

14   here to give testimony about.

15   A.      Okay.

16   Q.      TVT, TVT-O, TVT ABBREVO, TVT-SECUR, TVT

17   EXACT, PROSIMA, GYNEMESH PS, PROLIFT, and

18   PROLIFT+M.  Okay?

19   A.      Yes.

20   Q.      So my question, when I talk about the

21   nine products, that's what I'm talking about.

22   A.      I understand.

23   Q.      All right.  Do you have any scientific

24   evidence that any of those nine products were

Scott Guelcher

```
1     implanted and oxidized to produce a carbonyl group?
2        A.      Again, the only study that could have
3     included those devices would be the Clavé study
4     where he took the 100 explants.  And also the study
5     with Dr. Iakovlev, but that was looking more at --
6     that was explanted mesh as well, that looked at the
7     degradation layer.  But not -- well, he did look at
8     the question of oxidation indirectly with the
9     myeloperoxidase staining that we saw.
10       Q.      Right.  But not specifically for those
11    nine products, correct?
12       A.      Those nine products were not
13    specifically mentioned in the Iakovlev study that I
14    remember.
15       Q.      Thank you.
16               So the only -- the only paper that
17    you're relying on as it relates to whether any of
18    those nine products oxidized to produce a carbonyl
19    group, after it was implanted in vivo, is the Clavé
20    study; is that correct?
21               MR. BOWMAN:  Object to form.
22               THE WITNESS:  For those nine products,
23    that would be the one that I would. . .
24    BY MR. HUTCHINSON:
```

Scott Guelcher

1    Q.      That would be the one that you would

2    what?

3    A.      I'm just thinking.  I'm sorry.  I'm

4    just thinking.  You're -- you're referring

5    specifically to the question of the carbonyl bond

6    and the oxidation, right?

7    Q.      (Indicating yes.)

8    A.      Yeah.  That would be the one that would

9    come to mind.

10   Q.      Okay.

11   A.      That's the one I would rely on.

12   Q.      Okay.  And Clavé is the same one that

13   you rely on that states that the FTIR could

14   neither -- neither confirm nor rule out oxidation,

15   correct?

16   A.      Clavé states that.

17   Q.      Yes.

18   A.      I don't necessarily agree with it.  But

19   that's what the paper says.

20   Q.      And, Doctor, going back to these nine

21   products, do you have any evidence that any of

22   these nine products became embrittled in vivo?

23           MR. BOWMAN:  Object to form.

24           THE WITNESS:  I mean, again, in the

Scott Guelcher

```
1    Iakovlev study, we -- there were a lot of explants,

2    but they weren't specifically named.  They were

3    slings, POPs, maybe some hernia mesh, too.  But

4    they -- the products weren't specifically named.

5    So I -- I -- I can't -- I mean, it was a number of

6    devices, right?

7    BY MR. HUTCHINSON:

8        Q.      Yeah.

9        A.      Not -- not -- those specific products

10   were not named.

11       Q.      Right.  So I'm not asking about whether

12   or not Iakovlev named them.  My question to you,

13   sir, is do you have any scientific evidence that

14   any of those nine products have become embrittled

15   in vivo?

16               MR. BOWMAN:  Object to form.

17               THE WITNESS:  Again, not direct -- what

18   did you say?  Embrittled?  I mean, there's no

19   direct evidence that those specific products has

20   been published.

21   BY MR. HUTCHINSON:

22       Q.      And nor do you have any scientific

23   evidence that any of those nine products have

24   become embrittled, do you?
```

Scott Guelcher

```
 1              MR. BOWMAN:  Object to form.
 2              THE WITNESS:  I guess I'm a little hung
 3    up on scientific evidence.  I mean, you mean
 4    directly measured, right?  Reported?
 5    BY MR. HUTCHINSON:
 6       Q.      (Indicating yes.)
 7       A.      I mean, I believe -- well, you know my
 8    opinions.  But I --
 9       Q.      Well, I'm trying to find out your
10    opinions.
11       A.      Okay.
12       Q.      So my opinions are -- that's the goal
13    of today.
14       A.      No.  I understand.  But -- okay.  So
15    I'll state it again.  I mean, I believe -- I don't
16    want to argue about it.  I mean, I believe that
17    those devices are made of polypropylene, which
18    these fundamental chemical reactions apply to.
19    Now, has anyone specifically measured it for those
20    devices?  I -- I -- I don't know that that's been
21    reported, but I believe the body of scientific
22    evidence says that that's what's happening.  That's
23    my opinion.  Okay?
24       Q.      But my question to you, do you know of
```

Scott Guelcher

```
 1    any scientific evidence, as we sit here today, that

 2    any of those nine products have become embrittled

 3    in vivo?

 4         A.      Again, I'm hung up on the scientific

 5    evidence.  I mean, I -- I believe there's

 6    evidence --

 7                 MR. BOWMAN:  Object to the form.

 8                 THE WITNESS:  Okay.

 9                 I don't know how to answer that.  I

10    mean, I --

11    BY MR. HUTCHINSON:

12         Q.      Have you ever used the word "scientific

13    evidence" as a polymer scientist?

14         A.      Well, I mean, it's a word.  I mean, I

15    know this word.  But it can mean lots of things to

16    lots of people, right?

17         Q.      Okay.

18         A.      Like anything.

19         Q.      So my --

20         A.      So I -- I'm just -- I'm just saying

21    like a direct measurement of that phenomenon,

22    I've -- I've not seen published.

23         Q.      Okay.  You've not seen published it.

24         A.      Yeah.
```

Scott Guelcher

```
1        Q.      Nor are you aware of any evidence that
2   any of those nine products, specific products, have
3   become embrittled in vivo, are you?
4                MR. BOWMAN:  Object to form.
5                THE WITNESS:  Again, I've not seen
6   anybody actually measure that, I mean, if that's
7   what you're. . .
8   BY MR. HUTCHINSON:
9        Q.      And you haven't measured that, have
10  you?
11       A.      No.
12       Q.      And, Doctor, are you aware of any
13  scientific evidence that any of those nine products
14  have lost molecular weight in vivo?
15               MR. BOWMAN:  Object to form.
16               THE WITNESS:  For those nine specific
17  products, no one has shown -- published that they
18  lose molecular weight.
19  BY MR. HUTCHINSON:
20       Q.      And are you aware, personally, of any
21  evidence that any of those nine specific products
22  have lost molecular weight in vivo?
23       A.      Could you rephrase that?  I didn't --
24       Q.      Are you personally aware of any
```

Scott Guelcher

```
1    evidence that any of those nine specific products

2    have lost molecular weight in vivo?

3        A.      Again, no direct measurements of that.

4        Q.      And, Doctor, are you aware -- other

5    than Clavé, are you aware of any literature that

6    shows PROLENE produced a carbonyl group after it

7    was implanted?

8        A.      Let me look at my report again.  I know

9    Mary was looking at -- Céline Mary did the PROLENE

10   implant study with Guidoin.

11              (Reporter interruption for

12   clarification.)

13              THE WITNESS:  Guidoin, G-u-i-d-o-i-n.

14   I just need to review what I wrote about that.

15   (Reviews document.)

16              Could you repeat the question?  I'm --

17   I'm sorry.  I'm -- I'm not feeling well.  I forgot

18   it.  I -- could you repeat the question, please?

19              Oh, you're going to read it?  Okay.

20   That's fine.

21   BY MR. HUTCHINSON:

22       Q.      I can remember it.  Other than Clavé,

23   are you aware of any literature that shows PROLENE

24   produced a carbonyl group after it was implanted?
```

Scott Guelcher

```
1        A.        Okay.  I just need to find where I

2   wrote about Céline Mary to answer that question.

3   (Reviews document.)

4        Q.        But you would -- but other than Céline

5   Mary, are you aware of any literature?

6        A.        Carbonyl and PROLENE due to oxidation.

7        Q.        After it was implanted.

8        A.        After it was implanted --

9        Q.        Yes, sir.

10        A.        -- in PROLENE.  (Reviews document.)  I

11   can't think of anything other than those two

12   studies.

13        Q.        Doctor, have you ever examined an

14   explant of PROLENE from a patient?

15        A.        With Dr. Dunn, yes.  And Dr. Iakovlev.

16        Q.        Was it -- what type of PROLENE explant

17   was it?

18        A.        Oh, PROLENE.

19        Q.        Oh, I'm sorry.  Maybe you might --

20   might not have understood my question.

21        A.        I -- I --

22        Q.        Let's make sure the record's clear.

23        A.        I miss -- yeah.

24        Q.        That's fine.  Don't worry about it.
```

Scott Guelcher

```
 1                  Have you ever examined a PROLENE
 2    explant from a patient?
 3        A.      Not specifically PROLENE.
 4        Q.      Sitting here today, do you have any
 5    evidence that a PROLENE explant has failed in the
 6    patient?
 7                  MR. BOWMAN:  Object to the form.
 8                  THE WITNESS:  Wow.  Failed.  What do
 9    you mean by "failed"?  That's a -- could mean a lot
10    of things.  So what do you mean -- can you be more
11    specific about failed?
12    BY MR. HUTCHINSON:
13        Q.      It didn't do what it was intended to
14    do.
15                  MR. BOWMAN:  Object to form.
16                  THE WITNESS:  Are you talking about
17    mesh or sutures?  I'm -- I -- it just seems like a
18    broad question.
19    BY MR. HUTCHINSON:
20        Q.      Right.
21        A.      If you could --
22        Q.      You're here about -- you're here about
23    nine mesh products, correct?
24        A.      Yes.
```

Scott Guelcher

```
1       Q.      All right.

2       A.      Because you keep saying PROLENE and

3    mesh.  I'm just getting confused.

4       Q.      All right.  Have you ever examined --

5    strike that.

6               Do you have any scientific evidence

7    that any of the nine products that you're giving

8    testimony about today have failed in vivo?

9               MR. BOWMAN:  Object to form.

10              THE WITNESS:  I mean, that's why

11   there's a lawsuit because there's an injury because

12   of the device.  So, I mean, I'm not focusing on the

13   clinical aspects of that.  I -- I guess I really

14   don't understand what you're asking me.

15   BY MR. HUTCHINSON:

16      Q.      Are you aware of any evidence that a

17   patient's mesh, from any of the nine products --

18      A.      Yeah.

19      Q.      -- failed to do what it was intended to

20   do?

21      A.      I mean, I know there are clinical

22   studies that have looked at this, but I just -- I

23   don't -- I mean, I have to look at -- I can't

24   remember -- I mean this wasn't what I was focusing
```

Scott Guelcher

```
 1    on in the report, right?  It was more what happens
 2    to polypropylene.  So there are studies that -- you
 3    know, I mean, the Clavé study is these meshes --
 4    you know, they were explanted because they failed
 5    so. . .
 6        Q.      Can you tell us the name of a patient
 7    whose product did not work as intended?
 8        A.      I mean, I didn't even -- I didn't look
 9    at patient records.  I'm not a medical doctor.
10    My -- my -- my report was focused on what happens
11    to polypropylene that's implanted in the body and
12    if there are --
13        Q.      And you can't tell us the name of
14    somebody whose product has failed once it's in the
15    body, correct?
16        A.      Well, I mean, I know that there's a --
17    you know, the Huskey case, the Edwards case.  I
18    mean, these patients had complications associated
19    with the mesh.  So those are -- those are the cases
20    that I have worked on.
21        Q.      Doctor, let's talk about
22    biocompatibility.
23        A.      Okay.
24        Q.      You'll agree that Ethicon performed
```

Scott Guelcher

1    biocompatibility testing for the PROLENE --

2        A.      If you could be a little more specific.

3    You mean ISO 10993 testing?

4        Q.      (Indicating yes.)

5        A.      Yeah.  This is standard for any -- any

6    biomedical device.

7        Q.      Do you have any criticisms of the

8    biocompatibility testing that Ethicon did for any

9    of the nine products?

10       A.      I've not testified about the ISO 10993

11   biocompatibility testing, other than it's in my

12   report that I -- I believe they should have done

13   some of this testing with the oxidative medium, but

14   that's -- that's not necessarily part of the -- I

15   mean, there's -- there's a -- there are some tests

16   on degradation with ISO 10993, but that medium is

17   typically not used.  My testimony has been that

18   they should have looked at that.

19            But I've not critiqued -- I've not

20   expressed opinions about whether that -- could you

21   repeat your question?  I -- I'm sorry.

22       Q.      Well, do you have any criticisms --

23       A.      Criticism --

24       Q.      -- of Ethicon's biocompatibility

Scott Guelcher

```
1    testing of the PROLENE contained in any of the nine

2    products, other than the oxidative opinions that

3    you're --

4         A.        I've not discussed the ISO testing in

5    my report.  I've not opined on that.

6         Q.        But my question is, yes or no, do you

7    have any opinions, other than the oxidative

8    opinions that you're giving, regarding the

9    biocompatibility testing of any of the nine

10   products?

11        A.        No.  It's not in my report.  I've not

12   discussed it.

13        Q.        You stated earlier that you have

14   inspected mesh explants with Dr. Dunn.

15        A.        I've seen mesh -- mesh explants with

16   Dr. Dunn and Dr. Iakovlev.

17        Q.        What products were those explants from?

18        A.        I believe it was an AMS mesh.  I don't

19   remember the -- it was -- I think it was POP, but I

20   can't remember the exact device name.

21        Q.        AMS, American Medical Systems?

22        A.        That's right.

23        Q.        Have you ever inspected a PROLENE mesh

24   explant from any of the nine products that we're
```

Scott Guelcher

```
 1    here today about?
 2              MR. BOWMAN:  Objection.  Asked and
 3    answered.
 4              THE WITNESS:  I've seen -- I -- in
 5    visiting Dr. Iakovlev with plaintiff's counsel a
 6    few years ago, I looked at a number of mesh.  I
 7    don't remember him identifying any of those as
 8    PROLENE, but I've -- I've -- I've seen those
 9    explanted meshes.
10    BY MR. HUTCHINSON:
11        Q.      But you've never seen an explanted
12    PROLENE mesh from any of the nine products,
13    correct?
14        A.      Perhaps.  I just -- I -- I don't know
15    if it was PROLENE or not.
16        Q.      You can't tell us about it, sitting
17    here today; is that right?
18        A.      No.
19        Q.      And you've never done any testing of a
20    PROLENE mesh explant from any of the nine products,
21    correct?
22        A.      Not from these nine products.  Right.
23        Q.      Doctor, going to these nine products,
24    have you ever seen these?
```

Scott Guelcher

```
1        A.        Seen these specific products?

2        Q.        Yes, sir.

3        A.        I've seen, I believe, the TVT, the

4    TVT-O, the TVT-S, the ABBREVO because of previous

5    litigation.  The POP kits, I can't remember.

6        Q.        Have you ever seen TVT EXACT?

7        A.        I don't remember.

8        Q.        You don't remember if you've ever seen

9    PROSIMA, GYNEMESH PS, PROLIFT or PROLIFT+M?

10        A.        Not those specific -- I mean, I've seen

11    POP devices, but I -- I -- I can't remember, you

12    know, who exactly they were manufactured by.

13        Q.        Have you ever held any of these

14    products, these nine different products in your

15    hand?

16        A.        Well, I mean, the -- the slings, the

17    TVT, yeah.  I've seen them and. . .

18        Q.        I'm sorry?

19        A.        Yeah, I mean, I've held them, stretched

20    them, you know, these kinds of things.

21        Q.        Where?

22        A.        With Dr. Dunn at Vanderbilt.  I mean,

23    the testing that he did, right?  So --

24        Q.        Does Dr. Dunn still has these exemplars
```

Scott Guelcher

1    that you handled --

2        A.      I don't know.  I'm sorry.  I don't

3    know.  I don't know what he has right now.

4        Q.      But you've never retained a PROLENE

5    exemplar, have you?

6        A.      I have not.

7        Q.      Do you know how long any of these nine

8    products have been on the market?

9        A.      Well, the TVT has been out for a while,

10   since the '90s.  I -- I don't remember the exact

11   dates they were introduced.  But the TVT was the

12   first.

13       Q.      Do you know the physical dimensions of

14   any of these products?

15       A.      No.  No, I don't.

16       Q.      Do you know how many newtons of force

17   are placed on the mesh from any of these nine

18   products once -- once they're implanted in vivo?

19               MR. BOWMAN:  Object to form.

20               THE WITNESS:  There are some studies

21   that have looked at that.  I don't -- I didn't

22   really discuss that in this report.  So I don't

23   remember what those forces are.  But there have

24   been some studies that looked at the force on a

Scott Guelcher

1    sling.  And I'm familiar with some of those

2    studies.

3    BY MR. HUTCHINSON:

4        Q.     Do you -- do you know -- well, do you

5    have any opinions -- strike that.

6                You're not an expert in the

7    manufacturing process of PROLENE, pelvic mesh, are

8    you?

9        A.     Manufacturing PROLENE?  I'm -- I'm not

10   expressing opinions about the specific

11   manufacturing process.

12       Q.     Are these meshes -- are they woven or

13   are they knitted for the nine different products?

14       A.     For the nine products?

15              MR. BOWMAN:  Object to form.

16              THE WITNESS:  Could you explain what

17   you mean by woven versus knitted?  That's kind of

18   a --

19   BY MR. HUTCHINSON:

20       Q.     Getting deep?

21       A.     I mean, what do you mean by "woven"?  I

22   mean, is it like --

23       Q.     Can you answer the question as it's

24   phrased?

Scott Guelcher

```
 1                    MR. BOWMAN:  Object to form.

 2                    THE WITNESS:  I'd have to refresh

 3      myself with the documents.  I -- I -- I can't

 4      remember them.

 5      BY MR. HUTCHINSON:

 6         Q.      And as a material scientist, you'll

 7      agree that PROLENE has a different chemical

 8      composition than pure polypropylene, correct?

 9         A.      So PROLENE has two antioxidants, one

10      designed to prevent oxidation during

11      high-temperature processing, another during

12      storage.  There are flow additives designed to make

13      extrusion easier, calcium stearate, some

14      surfactants.  So there's other additives in there,

15      but those additives are added mainly for

16      manufacturing, in my understanding.

17         Q.      Right.  But PROLENE has a chemical

18      different composition -- strike that.

19                    PROLENE has a different chemical

20      composition than pure PROLENE, correct?

21                    MR. BOWMAN:  Object to form.

22      BY MR. HUTCHINSON:

23         Q.      I'm sorry.  PROLENE has a different

24      chemical composition than pure polypropylene,
```

Scott Guelcher

1    correct?

2        A.      Well, the -- yeah, the composition's

3    different because it has these additives.

4               MR. HUTCHINSON:  I'm sorry.  Did he say

5    "well, yeah"?

6               (Whereupon the previously mentioned

7    answer was read back by the reporter.)

8               THE WITNESS:  I probably said -- yes,

9    it's -- it has additives.

10   BY MR. HUTCHINSON:

11       Q.      Doctor, turn to Exhibit 1.  I'll

12   represent to you and the Court that there are 44

13   different plaintiffs named on the notice of

14   deposition, starting with Marty Babcock --

15       A.      Okay.

16       Q.      -- and ending with Thelma Wright.

17   That's 44 different cases.

18       A.      I see.

19       Q.      Did you know you were designated in 44

20   cases in this litigation?

21       A.      I -- I didn't know the exact number of

22   44.  I knew it was a wave.  So I knew there were a

23   number of cases, but I wasn't familiar with the

24   specific plaintiffs because I'm not giving

Scott Guelcher

```
1    plaintiff-specific opinions.
2         Q.      Do you know what products any of these
3    44 different women received?
4         A.      No.  As I said, I didn't review the
5    medical records.  I'm -- I'm discussing -- my
6    opinions are all related to PROLENE and
7    polypropylene in -- in the body.  Yes.
8         Q.      And you don't know any of the implant
9    or explant dates for any of these women, correct?
10        A.      I don't.  I haven't reviewed that.
11        Q.      And do you know the reason why any of
12   these women had their mesh removed?
13        A.      Again, it's not -- I haven't reviewed
14   their clinical records, medical records, so I
15   wouldn't know.
16        Q.      Do you even -- do you even know if any
17   of these women had their mesh removed?
18        A.      I know that some of them do because I
19   know that some of these cases have specimens for
20   pathology.  I know Dr. Iakovlev and Dr. Timms have
21   looked at that.  So some of the patients have
22   explants.  Some don't.
23        Q.      Do you know who has an explant and who
24   does not?
```

Scott Guelcher

```
 1        A.      No.  Again, I didn't review the medical

 2    records.

 3        Q.      Doctor, do you think it would have been

 4    helpful for you to have reviewed or inspected a

 5    plaintiff's explant in this litigation?

 6                MR. BOWMAN:  Object to form.

 7                THE WITNESS:  I mean, again,

 8    Dr. Iakovlev is providing those patient-specific

 9    opinions.  My opinions are -- I mean, it would have

10    been helpful, but it's a lot of cases.  It's a lot

11    of explants.  It's a lot going on.

12    BY MR. HUTCHINSON:

13        Q.      Right.  But you wish you would have at

14    least had the opportunity to have reviewed an

15    implant -- I mean, I'm sorry -- an explant,

16    correct?

17                MR. BOWMAN:  Object to form.

18                THE WITNESS:  It would have been

19    helpful, but not realistic.  I mean, it's just --

20    BY MR. HUTCHINSON:

21        Q.      Why wouldn't it have been realistic?

22        A.      Well, there's -- there's just a lot of

23    plaintiffs.  There's a lot of patients.  There's a

24    lot of explants and there's other experts that are
```

Scott Guelcher

```
1    working with those explants.  So they have to be

2    managed in a -- in a way that's appropriate.  And

3    if Dr. Iakovlev needs explants to do the microscopy

4    then -- for a patient-specific opinion, then he

5    needs to have priority to look at that explant.

6         Q.      And, Doctor, have you ever asked to

7    inspect any of the explants available from these

8    women?

9         A.      I've not asked in a specific case.

10        Q.      Why not?

11        A.      Again, there just isn't time.  I mean,

12   it's -- it's not a realistic request.

13        Q.      Doctor, if you were giving an opinion

14   about a specific product, would you not want to

15   have all the evidence available to you before

16   giving that opinion?

17             MR. BOWMAN:  Object to form.

18             THE WITNESS:  Again, I wasn't giving a

19   patient-specific opinion.  I was giving an opinion

20   about what happens to polypropylene when it's

21   implanted in the body.  That's -- so --

22   BY MR. HUTCHINSON:

23        Q.      I understand.  But are you going to

24   tell the jury that Marty Babcock's mesh oxidized
```

Scott Guelcher

```
 1    when it was in her body?
 2              MR. BOWMAN:  Object to form.
 3              THE WITNESS:  I didn't specifically
 4    look for oxidation in her mesh.  What I've been
 5    telling the jury is that my opinion is that
 6    there's -- there's a significant risk of this
 7    happening.  It's a -- that's been the body of my
 8    opinions and my testimony.  But I'm not giving a
 9    patient-specific opinion about Ms. Babcock.  I -- I
10    didn't look at that.
11    BY MR. HUTCHINSON:
12        Q.      Then, Doctor, are you -- did you
13    specifically look for oxidation for any of these
14    women listed on Exhibit 1, the notice of
15    deposition?
16        A.      No.  My understanding is that
17    Dr. Iakovlev is -- is doing that explant work.  And
18    so this is -- this is an effort where there's lots
19    of experts involved.  And Dr. Iakovlev is giving
20    those patient-specific opinions.
21        Q.      Doctor, is it fair to say that you've
22    never done any analytical testing of explants of
23    PROLENE mesh?
24        A.      I mean, I think you asked this before.
```

Scott Guelcher

```
1    Not PROLENE, but the AMS mesh.

2         Q.      And you've never done any physical

3    property testing of PROLENE explants, have you?

4         A.      Not for PROLENE.

5         Q.      And not of pristine PROLENE, have you?

6         A.      Well, again, the work that I referred

7    to earlier with Dr. Dunn, I believe there were some

8    Ethicon meshes in those measurements of molecular

9    weight, but it's been a long time and we haven't

10   been relying on that.  But -- but we did something

11   like that a couple years ago.

12        Q.      Doctor, you've never done any tests to

13   confirm oxidation of the mesh contained in any of

14   these women listed on the notice of deposition,

15   correct?

16        A.      Again, I -- I thought I answered that,

17   too.  Dr. Iakovlev is doing that.  I'm not giving

18   those patient-specific opinions.

19        Q.      And, Doctor, can you make any

20   prediction about when the mesh, from any of these

21   44 women, would oxidate in vivo?

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  Again, I -- my testimony

24   has been that it's -- it's a risk.  There's a lot
```

Scott Guelcher

```
1    of factors that affect it and in what patient and

2    at what time.  It's not -- that's the problem is

3    you -- you -- you can't predict it.  I mean,

4    that's -- that's the problem is it's unpredictable.

5    BY MR. HUTCHINSON:

6        Q.      In fact, you can't make any type of

7    prediction of when Marty Babcock's mesh oxidized in

8    her body, can you?

9              MR. BOWMAN:  Object to form.

10              THE WITNESS:  That's not in my opinions

11   in my report.  My report is that this is a risk.

12   This -- this happens.  And it depends on, you know,

13   it's -- it's a risk.  You can't predict when it's

14   going to happen.  You can't design around it.

15   That's my opinion.  It's not -- I didn't write an

16   opinion specific to Ms. Babcock when it's going to

17   oxidize or did it.  I. . .

18   BY MR. HUTCHINSON:

19       Q.      And you can't even sit here today

20   telling us whether or not Marty Babcock's mesh

21   oxidized in the body, can you?

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  I believe it's oxidizing.

24   That's the chemical reaction.  But the implications
```

Scott Guelcher

```
1    of that are difficult to predict.

2    BY MR. HUTCHINSON:

3        Q.      But my question is, sir, are you

4    testifying, to a reasonable degree of scientific

5    certainty, without having reviewed an explant, that

6    Marty Babcock's mesh is oxidizing in her body?

7                MR. BOWMAN:  Object to form.

8                THE WITNESS:  I mean, I believe that

9    the science tells you it's oxidizing.  I did not

10   specifically measure it.

11   BY MR. HUTCHINSON:

12       Q.      Thank you.  In fact, you didn't

13   specifically measure oxidation of any of the women

14   listed in Exhibit Number 1, correct?

15       A.      I've already answered that.  No.

16       Q.      Okay.

17       A.      Yeah, I didn't do that.

18       Q.      And you can't tell us whether or not

19   the mesh of any of the women listed in Exhibit 1

20   oxidized in their body, can you?

21               MR. BOWMAN:  Object to the form.  Asked

22   and answered.

23               THE WITNESS:  I believe I've asked --

24   I've answered this.  I mean, it's -- the science
```

Scott Guelcher

1    tells you that that would be -- you would expect it

2    to oxidize and degrade.  The -- the timing of that

3    is unpredictable.  That's what I've said.  I didn't

4    measure it.  But scientific evidence --

5    polypropylene oxidizes.  There are cells in the

6    body that make reactive oxygen species, and you

7    would expect it to oxidize in the body based on

8    the -- what we know scientifically.

9    BY MR. HUTCHINSON:

10       Q.     I understand that.  But I'm -- my

11   question is related to these 44 women.  Can you

12   tell us, to a reasonable degree of scientific

13   certainty, whether or not the mesh, in any of these

14   44 women, ever oxidized?

15              MR. BOWMAN:  Object to form.  This is

16   asked and answered.

17              THE WITNESS:  I feel like we're going

18   to go round and round on this.

19              (Simultaneous speaking.)

20              MR. BOWMAN:  I'm going to instruct him

21   not to answer.

22              (Reporter interruption for

23   clarification.)

24              MR. BOWMAN:  I said if we're going to

Scott Guelcher

1    keep asking the same question, I'm going to start

2    instructing him not to answer.

3    BY MR. HUTCHINSON:

4        Q.      I need a clean answer, then I'll move

5    on.

6                MR. BOWMAN:  Objection.

7                THE WITNESS:  I'm giving you my clean

8    answer.  I've said this in trials.  I've said this

9    in depositions.  You know the record of my

10   testimony.  It hasn't changed.

11               The scientific principles states that

12   this chemical reaction is going to occur.  It's

13   going to oxidize.  The clinical implications of

14   that are unknown.  I did not specifically look at

15   oxidation in these meshes.  My testimony has been

16   that these reactions are occurring.  And the

17   clinical implication of that in a specific patient

18   is unknown.  It's unpredictable.  That's been my

19   testimony.  I --

20   BY MR. HUTCHINSON:

21       Q.      And you can't tell us when it's

22   occurring, can you, in any of these 44 women?

23       A.      I think that's what unpredictable means

24   is you don't -- you don't know when it's -- when it

Scott Guelcher

1    could happen, when it -- when it happens.  You

2    don't -- you don't know when that's going to occur.

3        Q.      Doctor, can you tell us the name of a

4    patient who has had their mesh removed specifically

5    because of oxidations?

6        A.      I mean, in the papers, the patient

7    names aren't provided.  It's a violation of

8    confidentiality rules.  I mean, in the --

9        Q.      Okay.  Then let's not --

10       A.      In a specific case.

11       Q.      Okay.  Then let's not look --

12       A.      I mean, all these case --

13       Q.      Let's look at the -- let's not look at

14   the papers or the literature.

15       A.      I mean, I don't want to get into

16   patient names.  That's kind of -- there's all these

17   cases, and this is a specific case.  I mean, we've

18   looked at the plaintiffs in this specific case.  I

19   don't -- I'm not comfortable discussing specific

20   patients from other litigations.

21       Q.      I understand.  And I'm not asking you

22   to discuss any patients from any literature or any

23   other litigation.  What I'm asking about is the

24   Ethicon litigation.

Scott Guelcher

```
 1                    Can you tell us the name of a patient,

 2    who received any one of the nine products, who had

 3    their mesh specifically removed because of

 4    oxidation?

 5       A.      Why would you remove a mesh for

 6    oxidation?  You remove it for another complication.

 7    I mean, it's not -- oxidation leads to

 8    embrittlement and degradation.  So -- I mean,

 9    they're -- they're removed because they become

10    embrittled.  They extrude.  They cause pain.  Not

11    because -- I mean, there's not -- you wouldn't --

12    I'm confused.  I'm sorry.  Go ahead.

13                    MR. HUTCHINSON:  Move to strike as

14    nonresponsive.

15    BY MR. HUTCHINSON:

16       Q.      Doctor, I'm asking for a name of

17    somebody who received any one of these nine

18    products who had their mesh specifically removed

19    because of oxidation.  Can you tell us a name?  Yes

20    or no?  And then I'll move on.

21       A.      This is a strange question.  You

22    wouldn't remove a mesh for oxidation.  It's a very

23    early event.  I mean, I don't know that any of

24    these patients had it removed for oxidation.  Like
```

Scott Guelcher

1    I said, I haven't reviewed their records.  I don't

2    know why their mesh was removed.

3        Q.      Okay.  And you -- you don't -- you

4    can't tell us the name of one patient, of any of

5    these nine products, who had their mesh removed

6    specifically because of oxidation?

7        A.      I just answered that.

8        Q.      No.  You told me it was a strange

9    question.

10       A.      Well, it is a strange question.  I

11   stick by that.

12               But meshes are removed because of

13   complications, like pain, erosion, and extrusion

14   that a clinician can see.  So -- I -- I just don't

15   want to be trapped in some kind of answer, yes or

16   no, to a question like that.  They --

17       Q.      Well, Doctor, I'm entitled to flesh out

18   your opinions.  And my question is can you tell us,

19   sitting here today, the name of a person, who

20   received any one of these nine products, who had

21   their mesh specifically removed because of

22   oxidation?

23               MR. BOWMAN:  You can answer yes or no.

24               THE WITNESS:  No, none of these

Scott Guelcher

```
 1    patients --
 2                MR. BOWMAN:  If you can.
 3                THE WITNESS:  To my knowledge, none of
 4    them -- I don't -- I don't know that any of them --
 5    BY MR. HUTCHINSON:
 6        Q.      I'm sorry.  "To my knowledge none of
 7    them" what?
 8        A.      I don't know -- I said I don't know why
 9    the mesh was removed in these patients.  So I
10    wouldn't know if it was removed to oxidation
11    [verbatim].  I don't know that any of them had it
12    removed for -- because of oxidation.
13        Q.      Okay.
14        A.      I don't know that.
15        Q.      And you can't tell us the name of one
16    person who had their mesh removed because of
17    oxidation, can you?
18        A.      Why are you --
19                MR. BOWMAN:  Object to form.
20                THE WITNESS:  I'm really -- I'm getting
21    a little frustrated.  Can we answer this and take a
22    break?  I don't want to get angry.
23    BY MR. HUTCHINSON:
24        Q.      That's fine.  Just answer it, and then
```

Scott Guelcher

1    we can take a break.

2        A.      The name -- the 44 names on this

3    list --

4        Q.      My question to you is can you tell us

5    the name, sir, of one patient who received any one

6    of the nine products who had their mesh

7    specifically removed because of oxidation?

8        A.      I've already answered that.  I don't

9    know of a patient that had it removed because of

10   oxidation of these 44 patients.

11       Q.      Okay.  Or of any patients, not

12   necessarily the 44.

13       A.      I'm going with these 44 patients

14   because it's this litigation.  I don't want to

15   answer questions about other litigation.

16       Q.      Okay.

17       A.      I thought I made that clear.  I'm

18   talking about these 44 patients.

19       Q.      Okay.  Thank you.

20       A.      Can we take a break?  I don't want to

21   get agitated.

22               MR. HUTCHINSON:  That's fine.

23               (Brief recess.)

24   BY MR. HUTCHINSON:

Scott Guelcher

1    Q.    Dr. Guelcher, do you have any evidence

2    to confirm that any of the -- these women had

3    molecular weight loss of their explants?

4    A.    You know, I didn't look at molecular

5    weight in -- as I said before, I didn't look at

6    their explants.  I didn't look at their patient

7    records.

8    Q.    Doctor, do you have any evidence to

9    confirm that any of these women -- and, again, I'm

10   talking about the women that you're here to give

11   testimony about today -- had explants that had a

12   change in physical properties?

13   A.    No.  I didn't look at patient explants,

14   so I don't know the change in physical properties.

15   Q.    And, Doctor, do you have any evidence

16   to confirm that these women's explants lost any

17   antioxidants?

18   A.    No.  Again, that wasn't measured,

19   whether they lost antioxidants.

20   Q.    And, Doctor, using solid scientific

21   data is good science, isn't it?

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  That's a very vague --

24   I'm not -- I'm not sure what you mean by that

Scott Guelcher

1    question.

2    BY MR. HUTCHINSON:

3        Q.      All right.  Doctor, have you ever

4    instructed your students at Vanderbilt to use

5    scientific data in reaching a conclusion?

6                    MR. BOWMAN:  Object to form.

7                    THE WITNESS:  Again, we do experiments,

8    make measurements and test hypotheses.

9    BY MR. HUTCHINSON:

10       Q.      All right.  And, Doctor, let's talk

11   about these nine specific products that you're here

12   to give testimony about.

13                   Are you aware of any data that confirms

14   these nine specific products degraded to the extent

15   it compromised the functionality of the product?

16                   MR. BOWMAN:  Object to form.

17                   THE WITNESS:  Again, you've asked this

18   many times.  I've not looked at physical changes in

19   these specific products, these patients.  I've not

20   looked at that.  I didn't test the explants.

21   BY MR. HUTCHINSON:

22       Q.      I understand that.  But my question is

23   a little bit more general, is -- and it relates to

24   these nine specific products, okay?  Are you aware

Scott Guelcher

```
1    of any data that confirms these nine products will

2    degrade to the extent their intended function is

3    compromised during a woman's lifetime?

4              MR. BOWMAN:  Object to the form.

5              THE WITNESS:  Again, you asked this

6    before and I said, no, for these products that's

7    not been directly measured.

8    BY MR. HUTCHINSON:

9       Q.     And, Doctor, do you know -- we talked

10   about -- well, strike that.

11              Do you know what the mechanism of

12   action of tissue negatively reacting to any of

13   these nine products is?

14              MR. BOWMAN:  Object to form.

15              THE WITNESS:  Can you repeat that?

16   BY MR. HUTCHINSON:

17      Q.     Right.  Doctor, do you believe that the

18   tissue in women negatively reacts to any of these

19   nine products?

20      A.     The --

21      Q.     Or are you qualified to give that

22   opinion?

23      A.     Well, I believe I'm -- that's what my

24   report is about.  That's what these papers are
```

Scott Guelcher

```
1    about, is that the -- the macrophage is to treat

2    reactive oxygen that degrades the polypropylene.

3    Has that been tested for these nine specific

4    products?  Well, you asked about this earlier.  And

5    I -- I said I don't know of any study looking at

6    these nine specific projects, but that's --

7         Q.     You mean products, not projects?

8         A.     Products.  But that's -- but the nature

9    of the chemistry in the inflammatory reaction and

10   the nature of the material tells us that these

11   things will happen, but --

12        Q.     All right.  Well, Doctor, what is --

13        A.     -- it's not been specifically measured,

14   for these products.

15        Q.     What is the mechanism of action of how

16   tissue negatively reacts to any of these nine

17   products?

18               MR. BOWMAN:  Object to form.

19               THE WITNESS:  I mean -- but -- but

20   my -- my struggle is your question is very vague.

21   I mean, there's a number of tissue reactions.

22   There can be a fibrotic response, which is

23   fibroblasts migrating in and laying down a scar

24   plate, by depositing extra cellular matrix
```

Scott Guelcher

1    resulting in a scar plate.  I should be more

2    precise.

3              There's the macrophages and other

4    inflammatory cells, foreign body giant cells, that

5    migrate into the mesh, adhere to the mesh, secrete

6    reactive oxygen species, including hydroxyl

7    radicles, that oxidize the polypropylene.  That --

8    that -- that's in my report.  That's the -- that's

9    the tissue response.  The primary components are

10   the fibroblasts and -- and with the collagen matrix

11   deposition and the -- and the macrophages.

12   BY MR. HUTCHINSON:

13      Q.     Doctor, can you tell us from a

14   physiological standpoint how oxidation causes pain

15   in a woman?

16      A.     Again, it's in my report.  Oxidation

17   leads to reduction of molecular weight,

18   embrittlement, and that can lead to cracking, which

19   can lead to erosions and pain.  It's hard plastic

20   in the pelvic floor.  That's going to cause pain.

21      Q.     And oxidation also leads to reduction

22   in physical properties, correct?

23              MR. BOWMAN:  Objection to form.

24              THE WITNESS:  What -- physical

Scott Guelcher

```
 1    properties, again, is -- is broad.  I mean, it's --

 2    BY MR. HUTCHINSON:

 3       Q.      Of the -- of the material.

 4       A.      It --

 5       Q.      Oxidation -- you talked about oxidation

 6    leads to reduced molecular weight.  Oxidation also

 7    leads to reduced physical properties, correct?

 8       A.      Like what physical properties are you

 9    referring to?  I'd like you to be more specific.  I

10    mean, it's -- it's reducing the molecular weight,

11    which leads to embrittlement.  That's the science

12    of polypropylene oxidation.  It's in the report.

13              I'm not sure what you mean by other

14    physical properties.  It would help me if you could

15    be more specific.

16       Q.      Well, oxidation, Doctor, causes a

17    reduction in tensile strength, doesn't it?

18       A.      Reduction -- that's a mechanical

19    property, right?  So. . .

20       Q.      Well, strike that.

21              So let me be clear, and we can just

22    move on.

23       A.      Okay.  I'm just struggling to

24    understand your question.
```

Scott Guelcher

1    Q.      That's fine.  Oxidation -- stay with

2    me.  Do you need to take another break?

3    A.      No.  I'm fine.

4    Q.      All right.  Oxidation leads to a

5    reduction in mechanical properties of the mesh,

6    correct?

7    A.      Yeah.  It leads to changes.  It leads

8    to embrittlement, which would be the material

9    becomes brittle rather than a ductile polymer.

10    Q.      And a loss of molecular weight leads to

11    reduced tensile strength, doesn't it?

12    A.      Yeah, I mean, it can.  If you have a

13    reduction in molecular weight, it -- it depends

14    on -- reduction in molecular weight can lead to

15    reduced strength.

16    Q.      Okay.  And we're talking about strength

17    is how -- is how tough a polymer is; is that right?

18    A.      Well, I wouldn't say -- tough is an

19    area under the stress versus strain curve, but

20    strength is the force or the -- you know, the --

21    the stress, the force per unit area required to

22    break the fiber or the mesh.

23    Q.      Well, loss of molecular weight leads to

24    a decease in toughness under the stress-strain

Scott Guelcher

1     curve, doesn't it?

2         A.      I mean, it can.  It's -- it's -- if

3     it's -- if it becomes embrittled, it's going to

4     fail at a lower elongation or strain, and that

5     would lead to reduction in toughness.

6         Q.      In fact, that's what you would expect

7     as a polymer scientist.  If a polymer becomes

8     embrittled there will be a decease in toughness

9     under the stress-strain curve, correct?

10        A.      It -- generally speaking, it would, but

11    the problem is this is happening at the surface of

12    the fiber.  So it's difficult to measure it.  It's

13    not uniformly distributed across the diameter of

14    the fiber.  So you may not be able to measure a

15    difference in strength even if the fiber is

16    cracked.  It -- it just depends on other things.

17    Because strength is a bulk volume average property

18    versus what's happening at the surface.

19        Q.      Sir, would a crack in a polymer

20    increase or decease its mechanical properties?

21        A.      Depends on how deep it is.  If it's --

22    if it's -- if it's a penetrating -- you can have

23    crack propagation which can lead to failure of the

24    fiber.

Scott Guelcher

```
1        Q.       Doctor, would you expect a crack in a

2    polymer to ever increase the mechanical properties

3    of that polymer?

4        A.       Seems unlikely.

5        Q.       Thank you.

6                 And, Doctor, if there was a crack in a

7    PROLENE fiber, you would expect that PROLENE fiber

8    to have reduced mechanical properties, wouldn't

9    you, sir?

10       A.       As I said, it depends on the depths of

11   the crack.  It depends on -- I mean, the

12   embrittlement -- these reactions all occur at the

13   surface of the fiber, and they move inwards.  So

14   it -- it just depends.  I mean, if the crack were

15   deep enough, it would affect the mechanical

16   properties.  But it's not always going to be --

17   it's difficult to say every single time.  I mean,

18   cracks generally reduce mechanical properties, but

19   it -- it's going to depend on the depth of the

20   crack and crack propagation and all that.

21       Q.       I understand.  And -- and -- and,

22   Doctor, you would expect a crack in a PROLENE fiber

23   to decease the toughness of that PROLENE fiber,

24   wouldn't you?
```

Scott Guelcher

1      A.      Well, if the strain and stress to

2   break -- if the tensile strength or the elongation

3   at break --

4              (Reporter interruption for

5   clarification.)

6              THE WITNESS:  Elongation at break --

7   sorry -- is reduced, then the toughness would be

8   reduced if it's the area under the stress-strain

9   curve.

10  BY MR. HUTCHINSON:

11     Q.      In fact, Doctor, you're familiar with

12  the area under the stress-strain curve, aren't you?

13     A.      Familiar with it?

14     Q.      Yeah.  You're familiar with the

15  concept --

16     A.      Yes.

17     Q.      -- toughness as defined --

18     A.      Yeah, I've published on that.  Yes.

19     Q.      Yes.  Okay.  And that's something you

20  teach your students about; is that right?

21     A.      I've taught that before.

22     Q.      Doctor, when we get -- let's go -- go

23  back to antioxidants for a minute.  I think you and

24  I can agree that the formulated product PROLENE has

Scott Guelcher

1    antioxidants in it, correct?

2        A.      It does.  DLTDP -- and I don't remember

3    the name of the other one.  There are two

4    different -- one is a radical scavenger.  The

5    other, I think, is a sulfa compound, thio compound.

6    I can't -- thioester.  I can't remember the exact

7    chemical formula.

8                (Whereupon Exhibit 5 was marked as an

9    exhibit.)

10   BY MR. HUTCHINSON:

11       Q.      Doctor, I'll hand you what we'll mark

12   as Exhibit 5 to your deposition.

13       A.      Okay.

14       Q.      Can you draw out the chemical structure

15   of DLTDP as used in PROLENE in any of these nine

16   products?

17                MR. BOWMAN:  Object to form.

18                THE WITNESS:  I don't remember the

19   chemical structure of the -- of the antioxidant.

20   BY MR. HUTCHINSON:

21       Q.      Doctor, can you draw out the chemical

22   structure of Sanotox R, on that sheet of paper I've

23   handed you marked as Exhibit 5, as used in any of

24   these nine products?

Scott Guelcher

```
1        A.       I don't remember the chemical structure

2    that I could write it down.

3        Q.       You could?

4        A.       No.  I don't remember what it exactly

5    is.

6        Q.       You can't draw the chemical structures

7    on Exhibit 5 of DLTDP or Sanotox R, can you?

8                  MR. BOWMAN:  Object to form.

9                  THE WITNESS:  I mean, I haven't

10   memorized their chemical structures.  I know what

11   they do and what they are, but I haven't memorized

12   their chemical structures.  I don't typically do

13   that in my. . .

14   BY MR. HUTCHINSON:

15       Q.       Doctor, can you show me chemically how

16   they perform in oxidation -- I'm sorry.

17                 Can you show me chemically how they

18   perform as antioxidants, on that piece of paper as

19   Exhibit 5?

20                 MR. BOWMAN:  Object to form.

21                 THE WITNESS:  Again, that's a complex

22   reaction mechanism.  I haven't memorized it.  It's

23   in a number of books.  But my understanding is it's

24   basically, you know, radical scavenger.  I mean,
```

Scott Guelcher

1   scavenging free radicles that -- that are produced

2   in this oxidation reaction.  Whether they come

3   from -- I'll leave it at that.

4   BY MR. HUTCHINSON:

5       Q.      Doctor, on Exhibit 5, can you draw the

6   chemical structure for PROLENE as used in any of

7   these nine products?

8               MR. BOWMAN:  Object to form as to

9   "draw."

10              THE WITNESS:  Again, it's a difficult

11  question.  I mean, PROLENE is polypropylene with

12  some additives in it.  So it's -- I don't remember

13  the exact compositions of the additives.  It's in

14  the, you know, half percent to percent range.  It's

15  pretty low.

16  BY MR. HUTCHINSON:

17      Q.      Right.  And my question, Doctor, is not

18  whether you remember, but can you draw the chemical

19  structure for PROLENE as used in any of these nine

20  products on the piece of paper I've marked as

21  Exhibit 5 to your deposition?

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  But you can't draw the

24  composition of PROLENE.  It's a -- it's a -- it's a

Scott Guelcher

1   blend.  It's a composite.  It's polypropylene with

2   these other additives in it.  So I'm not -- you

3   want me to draw the -- I mean, I'm not sure what

4   you want me to do.

5   BY MR. HUTCHINSON:

6       Q.       I want you to draw the chemical

7   structure for PROLENE.  Can you do that on Exhibit

8   5?

9                MR. BOWMAN:  Object to form.

10                THE WITNESS:  You can't draw the

11   chemical structure of PROLENE because it's

12   polypropylene with all these other -- other

13   additives in it.  So it's not a -- it's not a

14   specific molecule.  It's a formulation.  It's a

15   blend.  It's not --

16   BY MR. HUTCHINSON:

17       Q.       Sir, do you know what the chemical

18   structure for polypropylene looks like?

19       A.       Yeah.  I mean, it's in my report.  I

20   mean, it's --

21       Q.       I mean, Doctor, where, on that chemical

22   chain, are the additives of DLTDP and Sanotox R

23   added?  Can you tell us that?

24                MR. BOWMAN:  Object to form.

Scott Guelcher

```
 1                    THE WITNESS:  I don't -- I don't think

 2     that they're added to the chain.  They're blended

 3     in with the polymer.  I don't -- I don't think

 4     they're necessarily reacting with it.

 5     BY MR. HUTCHINSON:

 6         Q.      Doctor, do you know what step in the

 7     manufacturing process DLTDP or Sanotox R is added?

 8         A.      In the manufacturing process of

 9     PROLENE?

10         Q.      Yes, sir.

11         A.      Could you repeat the question?  I'm

12     not, again, sure what you're asking.

13         Q.      Do you know what step in the

14     manufacturing process where DLTDP and Sanotox R are

15     added?

16                    MR. BOWMAN:  Object to form.

17                    THE WITNESS:  I mean, these are

18     added -- it's in my report.  They're -- they're

19     added to protect PROLENE.

20     BY MR. HUTCHINSON:

21         Q.      Right.  We're going to get to the

22     reason in a minute.  But I'm asking you what step

23     in the manufacturing process --

24         A.      Well, it's --
```

Scott Guelcher

```
1        Q.        -- these additives are added to

2    polypropylene?

3        A.        Well, I was getting there.  But -- so

4    the PROLENE is manufactured as pellets that are

5    then extruded into a monofilament, and my

6    understanding is it's added to those pellets prior

7    to the extrusion step.  That some of the flow

8    additives can help with flow of the melt polymer

9    during extrusion, and then the antioxidants, one of

10   them at least, is protecting it from high

11   temperature oxidation during extrusion.  So that's

12   my understanding of when those additives are added.

13       Q.        Doctor, have you ever done any type of

14   analysis to determine whether or not the

15   antioxidants, contained in any of these nine

16   products, have been depleted?

17                 MR. BOWMAN:  Object to form.

18                 THE WITNESS:  I've not done that, but

19   Ethicon had done that.

20   BY MR. HUTCHINSON:

21       Q.        And you had the equipment at your lab

22   at Vanderbilt to do that testing, didn't you, sir?

23       A.        I could do that at Vanderbilt, but

24   it -- it -- it takes funding to do that.  I don't
```

Scott Guelcher

```
 1    have any research grants on that.  It's not what I

 2    do.  I mean, I -- I can't -- I -- I -- I don't have

 3    funding to answer that question, so I haven't done

 4    that.

 5         Q.     And, Doctor, can you tell us what the

 6    rate is for the antioxidants allegedly depleting

 7    from each of these nine products?

 8         A.     Again, I thought I answered that.  I

 9    haven't measured the degradation of the

10    antioxidants in the -- in the PROLENE other than

11    those Ethicon studies that reported loss of

12    antioxidants from oxidized polypropylene.  That was

13    the study that I was relying on, my opinions, one

14    of the studies.

15         Q.     And, Doctor, it's fair to say that you

16    have never tested the effect antioxidants have, in

17    vivo, on Ethicon's nine products that we're here

18    about today on?

19              MR. BOWMAN:  Object to form.

20              THE WITNESS:  I've not looked at the

21    antioxidant depletion in these products, in vitro

22    or in vivo.

23    BY MR. HUTCHINSON:

24         Q.     Doctor, do you have any evidence, as we
```

Scott Guelcher

```
1    sit here today -- or strike that.

2              Do you have any scientific data that

3    shows antioxidants from any of these nine products

4    are toxic to the adjacent tissue surrounding the

5    product?

6         A.     I've not opined that they're toxic to

7    the tissue.  My opinions is limited to that they

8    are being depleted during this oxidation.  That was

9    my opinion in the report.

10        Q.     And, Doctor, can you tell us at what

11   point in time these antioxidants are depleted?

12        A.     Again, it's unpredictable.  It's --

13   it's -- the oxidation reactions happen and when the

14   antioxidants are depleted, when the degradation

15   starts, all of these events are -- are

16   unpredictable.  That's why -- that's part of my

17   opinion, that that's a problem, that that needs to

18   be controlled.

19        Q.     Doctor, we were talking about physical

20   properties of mesh in -- just a minute ago.

21              Have you ever tested the physical

22   properties of the mesh in any of these nine

23   products, such as durability?

24        A.     What do you mean by "durability"?
```

Scott Guelcher

1      Q.      The physical property of durability.

2      A.      I mean --

3              MR. BOWMAN:  Object to form.

4              THE WITNESS:  How are you defining

5    that?

6    BY MR. HUTCHINSON:

7      Q.      Sir, have you ever -- have you ever

8    heard the word "durability" before as a polymer

9    scientist?

10     A.      Yeah, I've heard -- I've heard the

11   word, but it would help me if you would --

12     Q.      Well, my question is --

13     A.      -- tell me the definition.

14     Q.      -- using your definition, have you ever

15   tested the durability of the mesh of any of these

16   nine products?

17     A.      I mean, I --

18             MR. BOWMAN:  And I just want to stress

19   right here this is asked and answered.  He already

20   testified that he hasn't tested any exemplar meshes

21   or anything about this -- that was before the last

22   break.  I just want to keep moving.  We've only got

23   about an hour left.  I mean, I don't want to spend

24   20 minutes on this if we can help it.  But that's

Scott Guelcher

1    my opinion.

2    BY MR. HUTCHINSON:

3        Q.        Doctor, durability, tensile strength,

4    elongation, toughness, Young's modulus, have you

5    ever studied those physical properties of the mesh

6    in any of these nine products?

7        A.        No.  As I've said, I've not tested

8    these meshes, these nine meshes, these nine

9    products, other than the work we did with the TVT

10   on the molecular weight analysis and the IR with

11   Dr. Dunn.  That's what we did.

12       Q.        But, Doctor, have you done any tests,

13   tests, on any of these nine products that can be

14   repeated and confirmed?

15       A.        Well, I just answered your question, I

16   thought.  We did FTIR, and we did the molecular

17   weight analysis, I believe, on the TVT a couple

18   years ago.

19       Q.        And you're talking about --

20       A.        It was one of Dr. Dunn's earlier

21   reports.

22       Q.        Right.  But you're talking about the

23   FTIR analysis --

24       A.        No, I'm not talking about that.  I'm

Scott Guelcher

1    talking about exemplars.  I'm talking about --

2    well, okay.  So this study, too, we -- we did the

3    FTIR and the SEM and --

4        Q.      But you're deferring to Dr. Dunn on the

5    FTIR and SEM for that -- for the study marked as

6    Exhibit 3, aren't you?

7        A.      For the details of the experiments?

8        Q.      Correct.

9        A.      Yeah.  We talked about that already.

10   Multiple times.

11              MR. BOWMAN:  If can I just clear

12   something up for you.

13              MR. HUTCHINSON:  (Indicating.)

14              MR. BOWMAN:  There was some molecular

15   weight testing done for an AMS report that was like

16   2013 or 2014.  And that got into -- they got into

17   that in the very first deposition that he had

18   taken.  I can produce it to you, whatever you like,

19   but all that stuff's already been turned over and

20   discussed is my understanding.

21              MR. HUTCHINSON:  Okay.

22   BY MR. HUTCHINSON:

23       Q.      And I may have asked this already.  But

24   chain scission lowers molecular weight, doesn't it?

Scott Guelcher

1      A.      Yes.

2      Q.      And forgive me -- and chain scission

3   also produces carbonyl bands, correct?

4      A.      It's in the report, that -- that --

5   hydrox- -- hydroperoxide and carbonyl groups result

6   in the chain --

7            (Reporter interruption for

8   clarification.)

9            THE WITNESS:  Yeah.  So it's in the

10   report that -- that -- I'll just keep it simple.

11   The carbonyl groups are part of the oxidation

12   process.

13   BY MR. HUTCHINSON:

14      Q.      Right.  But you've never seen a

15   carbonyl band on an FTIR from any of the nine

16   products after it's been implanted in vivo, have

17   you?

18      A.      After it's been implanted in vivo, I've

19   not -- as I said, I've not tested explant on those

20   nine products.  So I have not done that.

21      Q.      Doctor, you'll -- you -- when you were

22   preparing for this litigation, you understood that

23   PROLENE is what sutures are made out of, correct?

24      A.      Some sutures.  I mean, PROLENE is a --

Scott Guelcher

1    is the trademark name that Ethicon has given to its

2    polypropylene --

3        Q.      Right.  And do you know how long --

4        A.      -- formulation.

5        Q.      And do you know how long Ethicon

6    sutures have been on the market?

7        A.      Since the '60s.

8        Q.      Do you have any criticisms of Ethicon

9    sutures?

10               MR. BOWMAN:  Object to form.

11               THE WITNESS:  Criticisms?  That's -- I

12   mean, this report is about mesh.  It's not about

13   sutures.

14   BY MR. HUTCHINSON:

15       Q.      Okay.  But your report is also about

16   PROLENE, correct?

17       A.      Yes.  There's PROLENE --

18       Q.      And sutures are made out of PROLENE,

19   aren't they?

20       A.      They can be.  Some sutures are made out

21   of PROLENE.

22       Q.      And do you have any criticisms of

23   sutures made out of PROLENE, as you sit here today?

24               MR. BOWMAN:  Object to form.

Scott Guelcher

```
 1                THE WITNESS:  I mean, PROLENE sutures

 2     are also made of polypropylene.  I would believe

 3     they will oxidize and degrade as well.  So I think

 4     that tells us something about what the mesh will

 5     do.  But I'm not opining about the effects of

 6     sutures and the failure of sutures or -- I'm --

 7     I'm -- the report's about pelvic mesh --

 8     BY MR. HUTCHINSON:

 9         Q.      I understand that.

10         A.      -- made of PROLENE.

11         Q.      And you're --

12         A.      I'm not clear what you're asking me.

13     I'm sorry.

14         Q.      You're opining about the failure of

15     PROLENE mesh, aren't you?

16         A.      Yeah.  I mean, I -- yes.

17         Q.      All right.  Do you -- do you have

18     any -- do you have any criticisms of Ethicon's

19     PROLENE sutures, is my question?

20         A.      I think I'm hung up on the word

21     "criticisms."  Could you --

22         Q.      Well, Doctor, are you --

23         A.      -- could you be a little more --

24         Q.      I cannot.
```

Scott Guelcher

```
1        A.      Okay.

2        Q.      All right.  I cannot.

3                Do you have any criticisms -- that word

4   speaks for itself -- of Ethicon's PROLENE sutures?

5        A.      But "criticisms" is a broad word.  I --

6   I believe that PROLENE sutures oxidize and degrade

7   just like the mesh but --

8        Q.      Have you -- well, what --

9        A.      Can I finish my answer, please?

10       Q.      Yes.

11       A.      I'm hoping my answer will make it go

12   away.  But -- the -- it's implanted in a different

13   part of the body.  It's -- it's a suture.  It's not

14   a wo- -- you know, a multi -- it's not a -- it's

15   not a mesh.  It's a suture.  And so the

16   inflammatory response could be different.  Location

17   in the body is different.  The -- the chemical

18   reactions are going to be the same.

19       Q.      Okay.

20       A.      But the clinical implications are

21   different.  And I'm not opining about the clinical

22   implications of oxidation and degradation on

23   PROLENE sutures used -- single fiber monofilaments

24   used as sutures.  Is that --
```

Scott Guelcher

1    Q.       I understand.  I understand that,

2    Doctor.

3    A.       I'm really struggling here.

4    Q.       But is your opinion -- is it your

5    opinion that every person who has ever had a

6    PROLENE suture has oxidized material in their body?

7              MR. BOWMAN:  Object to form.

8              THE WITNESS:  I believe that PROLENE is

9    made from polypropylene.  It will oxidize in the

10   body.  The chemistry, the biology of the

11   inflammatory response tells us these reactions are

12   going on.  It's the clinical implications of those

13   reactions that are different.  And I'm not speaking

14   about that with regard to sutures.  It's about with

15   regard to the mesh.

16   BY MR. HUTCHINSON:

17   Q.       I understand that, Doctor.  But my

18   question is, is it your opinion that every person

19   who has a PROLENE suture has oxidized material in

20   their body?

21             MR. BOWMAN:  Object to form.  Asked and

22   answered.

23             THE WITNESS:  I believe that I answered

24   it.  The material --

Scott Guelcher

```
1    BY MR. HUTCHINSON:

2        Q.      Respectfully, you haven't.

3        A.      I have.

4        Q.      My question is about PROLENE sutures.

5             MR. BOWMAN:  He did -- he did just

6    answer that question.

7             THE WITNESS:  I just answered that.

8    PROLENE sutures are made out of polypropylene, and

9    they will be subject to the same oxidation

10   reactions as -- how much oxidized compared to mesh,

11   I don't know.  I'm not talking about that.  But

12   it's implanted at a different point in the body.

13   It's a single fiber instead of a woven mesh.  But

14   it's -- because it's polypropylene, I believe it

15   still will oxidize.  It's just the extent of those

16   reactions may be very different because the

17   inflammatory response may be different.  I --

18   BY MR. HUTCHINSON:

19       Q.      Have you investigated why there's been

20   a long-term effective use of PROLENE sutures in the

21   body?

22            MR. BOWMAN:  Object to form.

23            THE WITNESS:  Can you repeat it,

24   please.  I'm -- could you repeat the question?
```

Scott Guelcher

```
1    BY MR. HUTCHINSON:

2        Q.      Have you investigated why there's been

3    a long-term effective use of PROLENE sutures in the

4    body?

5                MR. BOWMAN:  Object to form.

6                THE WITNESS:  I don't know how to

7    answer that.  I've looked at PROLENE sutures.

8    There are papers that I've cited.  There's Ethicon

9    studies about PROLENE sutures that I've looked at.

10   And I believe those studies point to evidence of

11   oxidation and degradation like I've been

12   testifying.

13               But the -- the effects of the oxidation

14   of a PROLENE suture are going to be different than

15   for a PROLENE mesh.  It's implanted in a different

16   part of the body.  It's a different type of device.

17   So I don't think you can necessarily infer that the

18   safety record with PROLENE sutures translates to

19   the mesh.

20               (Whereupon Exhibit 6 was marked as an

21   exhibit.)

22   BY MR. HUTCHINSON:

23       Q.      Handing you what we'll mark as Exhibit

24   6 to your deposition.  And by the way, before we
```

Scott Guelcher

1    move on, Exhibit 5 remains blank, does it not?

2        A.      I didn't write anything on Exhibit 5.

3        Q.      This is the -- Exhibit 6 is the Imel

4    article that you cite --

5        A.      Okay.

6        Q.      -- in your report.  You've seen this,

7    Doctor, correct?

8        A.      Yes.

9        Q.      And the first paragraph, first sentence

10   says, "Polypropylene has been used as a mesh for

11   hernia repairs since 1958."

12               My question, sir, is do you have any

13   criticisms of Ethicon's hernia mesh?

14       A.      My -- my opinions about hernia mesh are

15   similar to the sutures.  It's implanted in a

16   different part of the body.  Because it's made from

17   polypropylene, it will be subjected to these same

18   reactions.  But because it's in a different part of

19   the body, the clinical implications are different,

20   and that's not the subject of my report, what

21   happens to a hernia mesh if it's oxidized and

22   degraded.  That's not --

23       Q.      Sir, is it your testimony that every

24   person has -- that has a hernia PROLENE mesh

Scott Guelcher

1    implanted in their body has oxidized material in

2    their body?

3        A.       Again, I would say how I answered that

4    before, that these reactions are ongoing.  It's

5    reasonable to expect that that material would be

6    oxidized.  It's just the extent and the clinical

7    implications of that are very different because

8    it's in a different part of the body.

9        Q.       Okay.  So if I -- I'm just trying to

10   understand your answer.  But it's your testimony

11   that every person that has a PROLENE hernia mesh

12   has oxidized material in their body; it's just to

13   what extent; is that a fair summary?

14       A.       To what extent?  I would -- I would say

15   that --

16       Q.       No.  My -- I'm asking is that a fair

17   summary of your testimony?

18       A.       Could you say it again?

19       Q.       I did it so good the first time.

20       A.       Perhaps.  But I want to be very clear

21   about what I'm saying.

22       Q.       Let's be clear.  Is it your testimony

23   that every person who has a PROLENE hernia mesh has

24   oxidized material in their body; it's just a matter

Scott Guelcher

1    of to what extent that oxidation has occurred,

2    correct?

3        A.      I want to be very clear about this.

4    I -- the science -- the science tells us that

5    this -- you would expect this material to oxidize.

6    I've not measured it, but I believe the science

7    tells us that will happen.  And to what extent is

8    going to depend on other factors.  I -- I -- it's

9    possible -- I can't predict it.  It's

10   unpredictable, the extent of the oxidation and the

11   clinical significance.  But I believe that the

12   chemistry, to a reasonable degree of scientific

13   certainty, tells us that these materials will

14   oxidize when implanted in the body.

15       Q.      And every person that has a hernia mesh

16   that's made out of PROLENE has oxidized material in

17   their body; it's just a -- it's just a matter of to

18   what degree; is that fair?

19       A.      I mean, when exactly these reactions

20   start is not exactly clear, so there is some time

21   that it takes to happen.  But, you know, I believe

22   these materials will oxidize.  It's just --

23       Q.      How long does it take to happen?

24       A.      It's unpredictable.  It depends on the

Scott Guelcher

1    anatomic site.  It depends possibly on the patient.

2    It depends on lots of factors, but it's something

3    that you can't predict, and it's something you

4    can't design for.

5        Q.       If we look at Exhibit 6 to your

6    deposition --

7        A.       Okay.

8        Q.       -- none of the specimens that Imel,

9    I-m-e-l, studied were PROLENE, were they?

10       A.       These were Boston Scientific meshes, so

11   they -- they did not include PROLENE.

12       Q.       And when a medical device is first

13   implanted in the body, it comes in contact with

14   body fluids, fair to say?

15       A.       Yes.

16       Q.       And macrophages are some of those body

17   fluids.

18       A.       Well, macrophage is a cell, not a

19   fluid.

20       Q.       Okay.  Or -- or body -- body material.

21   And macrophages contain proteins, correct?

22       A.       Well, I mean, all cells contain

23   proteins, but it's a -- it's a cell.  I mean, a

24   cell --

Scott Guelcher

```
1        Q.        But -- but we can agree that proteins

2    adsorb to the surface of the medical implant,

3    correct?

4        A.        Well, the -- the proteins adsorb to

5    facilitate cell attachment.  I mean, that the

6    adsorbed proteins facilitate --

7        Q.        And --

8        A.        -- the attachment to cells.

9        Q.        And that occurs -- and that reaction

10   occurs within seconds of the implant; is that

11   right?

12       A.        Proteins adsorb very -- fast, yeah.

13       Q.        Can proteins be removed manually from

14   the explant?

15                 MR. BOWMAN:  Object to form.

16   BY MR. HUTCHINSON:

17       Q.        Once it's taken out of the body?

18       A.        Manually?  What do you mean by

19   "manually"?

20       Q.        Can they be scrubbed off?  Can they be

21   removed with tweezers?

22       A.        I mean, tissue can.

23       Q.        But the protein, sir, is my question.

24       A.        The adsorbed proteins?  I mean, this
```

Scott Guelcher

1    protein can --

2        Q.        That's with a D.

3        A.        With a D.  Yeah.  Sorry.

4                  Can the adsorbed proteins be removed

5    mechanically?  Is that what you mean?

6        Q.        Yes, sir.

7        A.        Probably not.  It's --

8        Q.        It -- it would be a chemical -- it

9    would have to be a chemical reaction or a chemical

10   protocol to remove the proteins; is that right?

11       A.        Typically, you would -- you could

12   desorb them, you could break them with a

13   proteinase.  Yeah.  Something not mechanical.

14       Q.        Okay.  And, Doctor, do you know how to

15   remove proteins from a medical device after it's

16   taken out of the body?

17       A.        Well, in my work, we're more concerned

18   with removing cells.  So we'll use different

19   enzymes and -- and materials to remove the cells

20   from the material.

21       Q.        Do you know how to clean and remove

22   proteins from an explanted piece of mesh, from a

23   chemical standpoint?

24       A.        I thought I answered it; but, I mean, I

Scott Guelcher

1    know Dr. Timms used proteinase.  A lot of people

2    are using --

3        Q.      I know what they do.

4        A.      Yeah.

5        Q.      But I'm asking what you know.

6        A.      Well, I haven't specifically --

7        Q.      Okay.

8        A.      -- done that.  Like I said, I'm

9    typically removing cells.  But you still have to

10   digest the matrix.  So we add these types of --

11   because the cells are embedded in some matrix, and

12   if you want the cells, you have to digest the

13   matrix.

14       Q.      And, Doctor, you'll agree that an

15   increased layer of proteins can build up on a

16   foreign body object over time?

17       A.      Yeah, protein adsorption is typically

18   going to reach some equilibrium.  Now --

19       Q.      But it will build up over time.  The

20   proteins will build up on a medical device over

21   time?

22       A.      I would like to be a little more

23   specific in my answer, if I could.  The -- the

24   proteins will adsorb which can facilitate cell

Scott Guelcher

1    attachment and cells can deposit matrix and that

2    combined -- it's a very complex event.  It's not --

3    it's not a -- you know, I -- I guess -- I don't

4    know that -- I mean, my understanding of protein

5    adsorption is, if you're going to reach some

6    equilibrium, there's going to be some competitive

7    adsorption with different proteins.  But the

8    over-time part, to me, would be more matrix

9    deposition by the cells.

10        Q.     On page 1 of Exhibit 6 --

11        A.     Okay.

12        Q.     -- we talked about polypropylene being

13   used as a mesh for hernia repairs since the 1950s.

14               Doctor, does the pelvic region have

15   more reactive oxygen species than the abdomen?  Or

16   do you know?

17               MR. BOWMAN:  Object to form.

18               THE WITNESS:  There have been some --

19   there's -- I know there's one paper that's been

20   published about the increased prevalence of the --

21   of ROS, things like peroxides in the vaginal space.

22   BY MR. HUTCHINSON:

23        Q.     But can you quantify reactive oxygen

24   species found in the pelvic region?

Scott Guelcher

```
1      A.      I've -- I mean, I've not done that, but

2  I believe this paper -- I would have to review the

3  paper to see exactly what -- but I believe it has

4  been looked at.

5      Q.      What's the name of the paper?

6      A.      I just can't remember right now.

7      Q.      Is it cited in your report that we've

8  marked as Exhibit 2 to your deposition?

9      A.      It's probably on the reliance list.  I

10 would have to check.  I just don't remember.  I

11 wasn't -- yeah.

12     Q.      Doctor, sitting here today, can you

13 quantify -- without looking at your literature, can

14 you quantify the reactive oxygen species found in

15 the pelvic region?

16     A.      I've not done that.

17     Q.      Doctor, can you tell us the amount of

18 peroxides that are secreted in vivo?

19     A.      Well, it's not just peroxides.  It's

20 hydroxyl radicles, hypochlorous acid.  There's a

21 lot of these reactive oxygen species that are

22 secreted by different types of cells.

23     Q.      Okay.  Well, let's take -- let's take

24 one by one.  Can you tell us the amount of
```

Scott Guelcher

1    peroxides that are secreted in vivo?

2        A.      Well, maybe we can make this a little

3    faster by -- all of these reactive oxygen

4    species -- how much is secreted by adherent cells

5    on the mesh, that's not been measured, but, again,

6    it's a very localized environment.  There's an

7    adherent cell on the surface and that

8    microenvironment is different from the broader

9    tissue microenvironment.

10              So it's difficult to know exactly what

11   the composition of that -- we know what's in it.

12   That's why the simulated oxidation test was

13   developed.  But the exact concentrations of all

14   those species are difficult to know.

15       Q.      In fact, you don't know those exact

16   concentrations of all those species sitting here

17   today, do you?

18              MR. BOWMAN:  Asked and answered.

19              THE WITNESS:  I mean, I thought I

20   answered it.  Not for -- I mean, not -- for this

21   adherent macrophage on the surface of the

22   polypropylene, I don't -- I don't know what the

23   concentrations of all these relative species are,

24   but they're there.

Scott Guelcher

```
1    BY MR. HUTCHINSON:

2         Q.      But -- and, sir, do you have -- can you

3    give us a percentage?

4         A.      I -- I -- I -- I don't know.  I'd have

5    to look at some papers.  I don't know the -- the

6    exact composition of that.

7         Q.      And how -- how do they -- how does that

8    compare to 30 percent hydrogen peroxide?

9         A.      Well, that's -- that test is -- you're

10   referring to -- okay.  I'm confused.  Are you

11   referring to just 30 percent hydrogen peroxide or

12   with the cobalt catalyst?  I'm not -- I'm not

13   sure --

14        Q.      The 20 percent.  Let's use 20 percent.

15        A.      Just the hydrogen peroxide?

16        Q.      Uh-huh.

17        A.      Well, I mean, that test was done to

18   give some estimate of what the effects could be.

19        Q.      And -- and, Doctor, you'll agree that

20   20 percent hydrogen peroxide is higher than what is

21   usually seen in a clinical setting in the body?

22        A.      Well, I think that's a very vaguely

23   stated -- the -- again, these -- these compositions

24   are in a -- are in a privileged microenvironment.
```

Scott Guelcher

1    There's a pocket between the adherent macrophage

2    and the surface of the material.

3        Q.      Right.

4        A.      So the composition there in that

5    microenvironment is different than -- and that's

6    the concentration that matters because that's what

7    the polypropylene is exposed to.

8        Q.      I understand.

9        A.      So the concentration everywhere else in

10   the body doesn't really matter --

11       Q.      Doctor --

12       A.      -- as much.

13       Q.      -- do you have any idea how much

14   hydrogen peroxide is produced by the body in a

15   foreign response -- foreign -- in a foreign body

16   response to any of these nine products that we're

17   here today on?

18       A.      Again, I thought I've answered that.

19   It's this -- there's this microenvironment, and how

20   much hydrogen peroxide is in there is -- is not --

21   I don't -- I can't -- I just can't answer that

22   right now without looking at some studies.

23       Q.      Okay.  And, Doctor, what studies would

24   you need to look at?

Scott Guelcher

```
1      A.       I'd have to -- I just don't -- I'd have

2   to look for some papers on that.  I don't -- I

3   don't -- I don't know -- I don't have it in my

4   memory what --

5      Q.       Are those paper on your reliance list?

6      A.       I don't know.

7      Q.       Doctor, you'll agree that 20 percent

8   hydrogen peroxide is higher than what is usually

9   seen in a clinical setting?

10     A.       I'm not going to agree with that.  You

11  can keep asking it over and over.  I'm not going to

12  agree with it.  Because "clinical setting" is a

13  vague term.

14              Clinical setting, are you talking about

15  everywhere in the body or are you talking about

16  that specific microenvironment between the cell and

17  the biomaterial?  I mean, it's -- it's -- it's too

18  vague of a question.

19     Q.       Do you know how many micromoles of

20  hydrogen peroxide are found in the body?

21              MR. BOWMAN:  Object to form.

22              THE WITNESS:  Again, it's too vague of

23  a question.  What's in the body -- what matters is

24  what's in that microenvironment, not what's all
```

Scott Guelcher

1    over the body.

2    BY MR. HUTCHINSON:

3        Q.      Okay.  And, Doctor, can you tell us how

4    much hydrogen peroxide would be needed to oxidize

5    PROLENE in vivo?

6                    MR. BOWMAN:  Object to form.

7                    THE WITNESS:  Again, it's a question of

8    rate.  The more hydrogen peroxide, other oxidative

9    species, the faster it's going to occur.  What

10   exactly those concentrations are, I don't know that

11   it's been studied for polypropylene oxidation,

12   what -- what those concentrations are.

13   BY MR. HUTCHINSON:

14       Q.      And I'm not asking about polypropylene

15   oxidation.  I'm talking about PROLENE oxidation.

16   So let's be clear.

17       A.      PROLENE's --

18       Q.      Hold on just a minute.  Let me finish

19   my question.

20       A.      I thought you were finished.

21       Q.      Doctor, can you tell us how much

22   hydrogen peroxide would cause PROLENE to oxidize in

23   vivo?

24                   MR. BOWMAN:  Object to form.

Scott Guelcher

```
 1                   THE WITNESS:  I would answer it the

 2      same -- there's that microenvironment and how much

 3      hydrogen peroxide is in there is -- I -- I don't

 4      know.  If there's some, it will oxidize.  But if

 5      it's going to -- it's a question of concentration.

 6      The more that's there, the more it's going to

 7      oxidize.

 8      BY MR. HUTCHINSON:

 9          Q.      You can't tell us how much hypochlorous

10      acids would cause PROLENE to oxidize in the body,

11      can you?

12                   MR. BOWMAN:  Object to form.  He's --

13      he's already made it clear that he's talking about

14      concentrations and not --

15                   MR. HUTCHINSON:  Understood.

16      Understood.

17                   MR. BOWMAN:  Okay.

18                   MR. HUTCHINSON:  Understood.

19                   THE WITNESS:  I'm just going to keep

20      saying --

21      BY MR. HUTCHINSON:

22          Q.      Same question with hydrochloric acid.

23          A.      So hydrochloric acid, again, it's --

24          Q.      Can you tell us how much would cause
```

Scott Guelcher

```
1    PROLENE to oxidize?

2        A.       Well, I don't know that hydrochloric

3    acid would cause oxidation.  I mean, polypropylene

4    is relatively resistant to acids and bases.  It's

5    the oxidizers that it's not.  So I would say that

6    all of these reactive oxygen species are -- are --

7    you know, they're present in that privileged

8    microenvironment, and they're going to cause

9    oxidation.  That's what we know.

10       Q.       But you can't tell us how much is

11   required to cause oxidation, can you, is my

12   question?

13                MR. BOWMAN:  Object to the form.

14                THE WITNESS:  I feel like I've answered

15   it.  If it's there, it will cause oxidation.

16   BY MR. HUTCHINSON:

17       Q.       I understand.

18       A.       It's a question of the rate and the

19   extent.

20       Q.       But can you tell us how -- how much

21   will cause oxidation?  That's my question.

22       A.       If there's some there, it will cause

23   oxidation.  It's just a question of the extent.  So

24   if there's more or less, there will be more or less
```

Scott Guelcher

1   oxidation.  But if the reactive oxygen species are

2   there, you would expect these reactions to be going

3   on.  I guess I'm really. . .

4       Q.      That's fine.

5               MR. HUTCHINSON:  Move to strike as

6   nonresponsive.

7   BY MR. HUTCHINSON:

8       Q.      My question to you, sir, is can you

9   tell us how much would cause PROLENE to oxidize in

10  the body?

11      A.      And I believe I've answered --

12              MR. BOWMAN:  Objection --

13              THE WITNESS:  -- that question multiple

14  times.

15              (Simultaneous speaking.)

16              (Reporter interruption for

17  clarification.)

18              MR. BOWMAN:  I have to object as

19  compound and vague.  He's already made it clear

20  that he's asking -- he wants you to include

21  concentrations in -- in the amount of material

22  that's -- that's going to be oxidized, that kind of

23  thing.

24  BY MR. HUTCHINSON:

Scott Guelcher

```
1        Q.       Can you answer that question, Doctor?

2        A.       I'm going to answer it the same way

3   I've been answering it.  That if there is reactive

4   oxygen species in that privileged microenvironment,

5   there will be -- you would expect there to be

6   oxidation going on, and it's a question of

7   concentration.  The more that's there, the more

8   oxidation you're going to get.

9        Q.       And can you quantity -- and strike

10  that.

11                And can you quantify that

12  concentration?

13                MR. BOWMAN:  Object to the form.  Asked

14  and answered.

15                THE WITNESS:  I don't know, off the top

16  of my head, by my memory, what the concentrations

17  of those reactive oxygen species are.  I think you

18  asked me about that already.  But I know that

19  they're there.  And I -- and that -- they're there.

20  Those reactions would be expected to occur.

21  BY MR. HUTCHINSON:

22       Q.       Doctor, let's go back to Sanotox R and

23  DLTDP.  Do you have criticisms of Ethicon for using

24  those two specific antioxidants in their
```

Scott Guelcher

```
 1    formulation of PROLENE?

 2        A.      I believe my opinion on this matter is

 3    that those antioxidants were added to protect the

 4    polypropylene during the manufacturing process and

 5    whether or not they're doing anything -- protecting

 6    any in vivo oxidation was not looked at very much.

 7    There are some studies where they show depletion of

 8    oxidation in the -- depletion of antioxidants in

 9    the oxidized polypropylene on the surface.

10        Q.      Okay.  But my question is are you

11    criticizing Ethicon for using DLTDP and Sanotox R

12    in the formulation of PROLENE?

13            MR. BOWMAN:  Object to form.

14            THE WITNESS:  Are you asking

15    criticizing the selection of those?

16    BY MR. HUTCHINSON:

17        Q.      (Indicating yes.)

18        A.      I don't know how to answer it, other

19    than I did.  Those antioxidants were chosen for

20    stabilization during manufacturing and storage, not

21    for in vivo use.  That's -- that's my opinion.

22        Q.      So --

23        A.      And they're well known to stabilize --

24    I mean, they're well known stabilizers for
```

Scott Guelcher

```
1    manufacturing purposes, but not for -- necessarily

2    for in vivo oxidation.

3         Q.      Doctor, but that's not my question.

4    Are you criticizing Ethicon for selecting Sanotox R

5    and DLTDP as two antioxidants used in the

6    formulation of PROLENE?

7                 MR. BOWMAN:  Object to form.  Asked and

8    answered.

9                 THE WITNESS:  Again, I believe I've

10   answered it.  I'm not --

11   BY MR. HUTCHINSON:

12        Q.      And in all due respect -- in all due

13   respect, Doctor, you haven't.  I'm just -- do you

14   criticize Ethicon?  That's all my question --

15                MR. BOWMAN:  He did answer that today,

16   and he's already testified about this in the Huskey

17   case.  And -- but he has --

18                THE WITNESS:  I'll try one more time.

19   So those two antioxidants are well known for

20   protecting polypropylene during manufacturing.  I'm

21   not --

22                MR. HUTCHINSON:  And move it strike as

23   nonresponsive.

24   BY MR. HUTCHINSON:
```

Scott Guelcher

1      Q.      I'm not asking you how well known they

2   are.  I'm asking you if criticize Ethicon for

3   selecting --

4      A.      I was trying to finish.  Just let me

5   finish.

6      Q.      All right.  But please answer the

7   question.

8      A.      Just --

9      Q.      Do you criticize Ethicon for selecting

10  DLTDP and Sanotox R as antioxidants?

11     A.      I'm -- I'm not criticizing them for

12  using those in the manufacturing process.  I am

13  criticizing the logic that they're going to be

14  effective in vivo because that was never really

15  looked at carefully.

16     Q.      Do you have a solution?

17     A.      I'm not proposing a solution.  I'm

18  not -- I'm not providing an opinion other than

19  that -- that that should be looked at, what -- how

20  effective are these antioxidants in vivo.  That's

21  my opinion.

22     Q.      And what's the alternative to these

23  antioxidants, Doctor?

24     A.      Well, antioxidants are a -- are a

Scott Guelcher

1    complex matter.  There are many different

2    combinations that can be used.  Just because a

3    certain set of antioxidants is useful for

4    protecting during manufacturing and -- and

5    long-term storage doesn't mean they'll be effective

6    in the body.  That needs to be studied with in vivo

7    studies and perhaps testing different

8    concentrations, different types of antioxidants.

9              My -- my criticism has been that that

10   work has not been done, at least to a very

11   extensive degree, other than that study that showed

12   antioxidant depletion in the -- in the oxidized

13   polypropylene.

14        Q.     Doctor, can you tell us the names of --

15   of the antioxidants that you believe Ethicon should

16   have used?

17        A.     I believe I just answered your

18   question.  I'm not -- I'm not proposing any

19   specific set of antioxidants.  I'm saying that

20   studies should have been done to consider different

21   combinations, different formulations other than

22   just protecting it during the manufacturing

23   process.

24        Q.     And do you have any alternatives,

Scott Guelcher

1    sitting here today, to Sanotox R and DLTDP?

2        A.      I'm not proposing alternatives.  Those

3    two antioxidants could have been studied in vivo,

4    or they could have looked at other antioxidants.

5    There -- but -- but that wasn't done.  That's --

6    that's my opinion, that I've stated many times in

7    trial and depositions and courts, and that hasn't

8    changed.

9        Q.      Doctor, if we look the Imel study that

10   we've marked as Exhibit 6 --

11       A.      Exhibit 6, that's -- those are -- I'm

12   sorry.  You said what?  Oh, Imel.

13       Q.      Yeah.  I-m-e-l.

14       A.      I thought you said animal.  Sorry.

15       Q.      That's okay.  Are you there with me?

16       A.      I am.

17       Q.      The fibers from these mesh explants

18   were not 100 percent cleaned of proteins, were

19   they?

20       A.      I don't know how to answer that.  In

21   this study, he found regions of oxidized

22   polypropylene that had no protein because there was

23   no nitrogen present, and he found regions where

24   there appeared to be a mix of oxidized

Scott Guelcher

1    polypropylene and protein.  So there were regions

2    where there were still adsorbed proteins, but there

3    are regions where there were not.  That's what he

4    reports in the study.

5        Q.       Okay.  And, Doctor, he also reports in

6    this study a carbonyl peak at 1740; is that right?

7        A.       In the IR spectra and his supplemental

8    data, he's seen a carbonyl peak at 1740 that's not

9    in the explants -- I'm sorry -- that's not in

10   the nonimplanted exemplars, but it -- it does

11   appear in the explants.

12       Q.       Doctor, do you know where DLTDP has

13   a -- has a FTIR spectra showing up on the --

14       A.       There's some --

15       Q.       -- on the reciprocal centimeter line?

16       A.       There is some internal Ethicon

17   documents that reported in that range.

18       Q.       In 1740?

19       A.       Uh-huh.  I think so.

20       Q.       Is that a "yes"?

21       A.       Yes, that's what I remember.

22       Q.       Okay.

23       A.       There are some internal Ethicon

24   documents that show depletion, but when they took

Scott Guelcher

1    those IR spectra, they blew them way up so the

2    normal -- the peaks are very small.  They're

3    difficult to see.

4        Q.      Doctor, have -- and I may have asked

5    you this earlier.  Have you ever designed a medical

6    device product?

7        A.      Have I ever designed a medical device

8    product?  In my research, I work with device

9    companies on -- I have work ongoing in that area.

10       Q.      And do any of the products that you

11   have worked on have a lifetime warranty?

12       A.      Lifetime warranty?  I mean, these are

13   degradable grafts.  So they're intended to --

14       Q.      The products that you're working on?

15       A.      Yes.

16       Q.      Okay.

17       A.      So they're intended to be replaced by

18   tissue over time and go away.

19       Q.      Doctor, are you aware of any medical

20   product on the market that will never oxidize?

21       A.      Wow.  That's a really broad question.

22   A product that will never oxidize?  I don't know.

23              MR. BOWMAN:  Object to form.

24              THE WITNESS:  That's so vague.  I. . .

Scott Guelcher

1    I mean, it depends on the product and what it's

2    supposed to do, where it's implanted, what -- what

3    the expected response is.

4              MR. HUTCHINSON:  Move to strike as

5    nonresponsive.

6              And this is not going to count as my

7    time.  I mean, it's a very clear question.

8    BY MR. HUTCHINSON:

9        Q.      My question to you is are you aware of

10   any medical device on the market that will never

11   oxidize?

12       A.      This is such an extreme question.  I

13   don't -- I don't know.  I mean, there are -- there

14   are materials that oxidize -- that -- that oxidize

15   very slowly or not much at all that can be

16   measured, but -- I mean, there's a lot of

17   biomedical devices on the market.  I haven't looked

18   at that specific question.

19       Q.      Can you answer that question, Doctor,

20   sitting here today?

21       A.      A device that's never oxidized?  I

22   don't know.  I mean, I'd have to look into that.

23   This is so broad.  It's hard to answer.

24       Q.      Doctor, can you tell me the name of a

Scott Guelcher

1   medical device on the market that will never

2   oxidize?

3       A.      And, again, it's a -- it's just a -- I

4   don't know how to answer that.  That's a broad

5   question.  Never oxidize.  I don't -- I don't know.

6               MR. HUTCHINSON:  Move to strike

7   everything before "I don't know."

8   BY MR. HUTCHINSON:

9       Q.      Doctor, are you aware of any foreign

10  body material that will never oxidize in the body?

11      A.      Any foreign body material?

12      Q.      That will never oxidize in the body.

13      A.      I don't know.  Again, it's -- it's

14  extremes of oxidation.  I mean, it's -- it's --

15  these are misleading questions.  I don't -- I don't

16  know of any material that just doesn't oxidize.

17  I'd have to -- I don't know.

18              MR. HUTCHINSON:  And move to strike

19  everything other than I don't know any material

20  that doesn't oxidize.

21  BY MR. HUTCHINSON:

22      Q.      Doctor, can oxidation in pelvic mesh

23  ever be completely eliminated?

24      A.      Can oxidation in pelvic mesh be

Scott Guelcher

1    completely eliminated?  I mean, I think it's in my

2    report.  No.  These -- these antioxidants --

3        Q.      It's not in your report.

4        A.      It is in my report.

5        Q.      Listen to my question.

6        A.      Okay.

7        Q.      Can oxidation of pelvic mesh ever be

8    completely eliminated?  That's the question.

9                MR. BOWMAN:  Object to form.

10               THE WITNESS:  I believe it's in my

11   report.  I -- the antioxidants are depleted over

12   time.  The mesh oxidizes.  And the clinical

13   implications are unpredictable.  You can't design

14   for it.  That's my answer.

15   BY MR. HUTCHINSON:

16       Q.      My -- my question is can oxidation of

17   pelvic mesh ever be completely eliminated?

18       A.      I just answered it.  The antioxidants

19   deplete over time, and the mesh will oxidize as

20   they're depleted, and that's going to lead to these

21   other events that are unpredictable.  That's the

22   answer to the question.

23       Q.      So it can be completely eliminated in

24   pelvic mesh?

Scott Guelcher

1       A.      I answered the question.  I don't

2   really want to play this game.

3               THE WITNESS:  Can I -- can we take a

4   break again?  I --

5   BY MR. HUTCHINSON:

6       Q.      No.  I need the question answered first

7   and then we'll take a break.

8       A.      We can answer it for an hour.  I'm

9   going to give you the same answer I just gave you.

10  I feel like I've made these opinions very clear.

11      Q.      My question is can oxidation of pelvic

12  mesh ever be completely eliminated?  Yes or no?

13              MR. BOWMAN:  Object to form.

14              THE WITNESS:  The antioxidants are

15  depleted.  As the antioxidants are depleted, you

16  expect oxidation of the polypropylene in the mesh,

17  which can lead to these other unpredictable events.

18  BY MR. HUTCHINSON:

19      Q.      But can it ever be completely

20  eliminated?  That is my question.

21      A.      The antioxidants are --

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  -- depleted over time.

24  As they're depleted, the polypropylene in the mesh

Scott Guelcher

 1    can oxidize.

 2    BY MR. HUTCHINSON:

 3        Q.       But can oxidation ever be completely

 4    eliminated, sir?

 5        A.       As the antioxidants are depleted,

 6    oxidation of the mesh would be expected to occur.

 7    I don't know what else to say.

 8        Q.       My question is can it ever be

 9    completely eliminated?

10        A.       As the antioxidants are depleted in the

11    mesh, the polypropylene would oxidize.

12               MR. HUTCHINSON:  Move to strike as

13    nonresponsive.

14    BY MR. HUTCHINSON:

15        Q.      My question is --

16               MR. BOWMAN:  He's actually answered

17    this question.

18               MR. HUTCHINSON:  No, he hasn't.  My

19    question is --

20               MR. BOWMAN:  He said he wasn't giving

21    you any --

22               (Simultaneous speaking.)

23               THE WITNESS:  We can sit here for --

24               (Reporter interruption for

Scott Guelcher

```
 1    clarification.)

 2                 THE WITNESS:  We can sit here for an

 3    hour if you want.  I mean, it's over at 1:00.

 4                 As the antioxidants are depleted --

 5                 MR. HUTCHINSON:  And move to strike as

 6    nonresponsive.

 7                 THE WITNESS:  -- the polypropylene --

 8    BY MR. HUTCHINSON:

 9       Q.       I'm trying to be respectful to you,

10    Doctor.

11                 MR. BOWMAN:  No, wait a minute.  I need

12    to --

13                 MR. HUTCHINSON:  Then we'll take a

14    break.

15                 MR. BOWMAN:  I need to get my objection

16    on the record.  He's already said he's not offering

17    you alternatives.  He's telling you what's going on

18    with the pelvic mesh that's involved here.  All

19    right?  Now I'm going to object as asked an

20    answered.

21                 And if you want to rephrase the

22    question, go ahead.

23                 MR. HUTCHINSON:  All right.

24    BY MR. HUTCHINSON:
```

Scott Guelcher

```
1        Q.      I'm asking, Doctor, can it ever

2    be completely -- can oxidation ever be completely

3    eliminated?

4                 MR. BOWMAN:  I'm going to instruct you

5    not to answer.

6                 THE WITNESS:  I'm not going to answer.

7    BY MR. HUTCHINSON:

8        Q.      Doctor, are you giving any alternatives

9    to PROLENE mesh?  And your counsel said no.  I just

10   want to make sure, and then we'll take a break.

11                MR. BOWMAN:  Object to form.

12   BY MR. HUTCHINSON:

13       Q.      Are you giving any alternatives to

14   PROLENE mesh?

15       A.      I've not opined that there are

16   alternatives to PROLENE mesh.  My opinions relate

17   to what happens to PROLENE implanted in the body.

18       Q.      And I understand that.  I know there's

19   none in your report.  But are you giving, here

20   today, any opinions?

21       A.      I -- I just said that.  I'm not giving

22   any opinions about alternatives to PROLENE mesh.

23   I'm stating what happens to PROLENE mesh in the

24   body.
```

Scott Guelcher

```
 1                    MR. HUTCHINSON:  Okay.  We can take a

 2     break.

 3                    MR. BOWMAN:  All right.

 4                    (Brief recess.)

 5                    MR. HUTCHINSON:  Doctor, we're back on

 6     the record.  Are you ready to go?

 7                    THE WITNESS:  Yes.

 8     BY MR. HUTCHINSON:

 9         Q.      Is there anything -- have you

10     understood all my questions so far?

11         A.      Most of them.

12         Q.      Have you -- is there anything about the

13     testimony that you have given that you would like

14     to change?

15         A.      No.

16         Q.      Doctor, do you have any opinions about

17     how Ethicon's nine products should be changed or

18     modified in the way they are manufactured, and if

19     so, how?

20         A.      Specific to manufacturing, no.  I don't

21     have any opinions about the manufacturing of the

22     devices.

23         Q.      Do you have any opinions about how

24     Ethicon's nine products should be significantly
```

Scott Guelcher

```
1    changed?

2        A.       Other than what I said before, I

3    believe more testing could have been done to

4    address the question of oxidation, degradation and

5    the clinical implications of that and bench scale

6    testing, preclinical testing could have been done

7    to answer that question.  That's also in my report.

8        Q.       All right.  But outside of more

9    testing -- I want to talk about specifically how

10   you believe Ethicon's nine different products

11   should be significantly changed.  Do you have any

12   opinions of how they should be changed?

13       A.       How they should be changed?

14       Q.       Yes, sir.  These nine different

15   products.

16       A.       Well, conceptually, they could be made

17   more resistant to in vivo oxidation by looking at

18   the antioxidant package.  That could be an

19   improvement.  That's consistent with my opinions.

20       Q.       And, Doctor, how would you make the

21   mesh in these nine products more resistant to in

22   vivo oxidation?

23       A.       I think it needs to be studied.  You

24   would have to do testing to identify an antioxidant
```

Scott Guelcher

1    package that's effective in vivo.  I -- I don't

2    know a specific package without doing testing.

3        Q.        Doctor, on -- let's talk about the

4    women on Exhibit Number 1 that you're here to

5    testify for.

6        A.        Okay.  What about the doctors for any

7    of these women?  Did any of these doctors commit

8    malpractice by using these Ethicon products in

9    pelvic floor repair?

10                 MR. BOWMAN:  Object to form.

11                 THE WITNESS:  I've not expressed any

12   opinion about the conduct of the doctors in

13   implanting these women.  I -- I have no opinion

14   about the doctors.

15   BY MR. HUTCHINSON:

16       Q.        And, Doctor, do you believe that these

17   doctors who implanted these Ethicon products in

18   these women did anything wrong?

19                 MR. BOWMAN:  Object to form.

20                 THE WITNESS:  I've not opined that

21   they've done anything wrong.  They implanted the

22   device.  I don't know how it was implanted.  I

23   don't know when.  I haven't reviewed the medical

24   records.  So I have no way to assess the conduct of

Scott Guelcher

```
1    the doctors.
2             MR. HUTCHINSON:  And, Doctor, we'll
3    hand you what we'll mark as Exhibit 7 to your
4    deposition.
5             (Whereupon Exhibit 7 was marked as an
6    exhibit.)
7    BY MR. HUTCHINSON:
8        Q.      You've seen this study before, haven't
9    you?
10       A.      Yes.
11       Q.      And this is the seven-year dog study
12   done by Dan Burkley?
13       A.      It is.
14       Q.      And you've relied on this study in
15   support of your opinions; is that correct?
16       A.      Yes.
17       Q.      And, Doctor, do you -- if you'll look
18   with me, please, on page 09888221 -- 221 is the
19   last. . .
20       A.      09888221?
21       Q.      221.
22       A.      Okay.
23       Q.      Down there at the bottom, it states
24   under "Conclusions":  "Comparison of 7-year
```

Scott Guelcher

1    explants to current PROLENE indicate no molecular

2    weigh degradation."

3              Did I read that correctly?

4    A.       That's what it says.

5    Q.       And, Doctor, do you have an explanation

6    of why the findings in the Ethicon dog study showed

7    no molecular weight degradation?

8              MR. BOWMAN:  Object to form.  Misstates

9    the document.

10             THE WITNESS:  Well, my understanding

11   is, what they did in this study, they sampled the

12   entire volume of the suture and the molecular

13   weight degradation is occurring near the surface,

14   in the outer layers.  And so they may have not been

15   able to detect it because mostly what they were

16   testing was bulk polypropylene or PROLENE in the

17   interior of the -- of the fiber.

18             And so in the human explant study, they

19   did see degradation on the surface, but in this

20   study, it was -- it just might have been a sampling

21   problem as to why they couldn't see the loss in

22   molecular weight that I would expect.

23   BY MR. HUTCHINSON:

24   Q.       Is that your explanation?  It's a

Scott Guelcher

1    sampling problem?

2              MR. BOWMAN:  Object to form.

3              THE WITNESS:  Well, I'll be more

4    specific.  They -- they sampled the whole fiber.

5    Whereas, the molecular weight loss would be

6    expected to occur near the surface of the fiber.

7    And so if the bulk of the fiber had not yet

8    degraded, you wouldn't see it, but you would still

9    see the effects at the surface.  You have to sample

10   the polypropylene on the surface as they did in

11   that human explant study.  But in this I think it

12   was just the bulk fiber.

13   BY MR. HUTCHINSON:

14      Q.      And, Doctor, any time there's a chain

15   scission, there's loss of molecular weight; is that

16   correct?

17      A.      Yes.

18      Q.      And, Doctor, if you look at the

19   seven-year dog study, other than -- other than a

20   sampling size, do you have any other explanation of

21   why --

22              MR. HUTCHINSON:  On page 221, Counsel.

23   BY MR. HUTCHINSON:

24      Q.      -- there was a finding of no molecular

Scott Guelcher

```
 1    weight degradation?

 2              MR. BOWMAN:  Object to form.

 3              THE WITNESS:  You know, I do have some

 4    questions about the controls.  You know, this --

 5    this control suture is, I don't think, the same as

 6    what was implanted.

 7    BY MR. HUTCHINSON:

 8        Q.    It's just not the same size in

 9    diameter; is that correct?

10        A.    Well, it's -- it's -- it's current

11    PROLENE 40.  And so is that what was implanted

12    seven years prior?  I -- I don't know the answer to

13    that.

14        Q.    Did you make any effort to find out?

15        A.    I -- I couldn't tell.  I mean --

16        Q.    And, Doctor, you'll agree that the

17    control they used was PROLENE, correct?

18        A.    It was PROLENE.

19        Q.    And, Doctor, if -- what did you notice

20    about mechanical properties of the sutures after

21    seven years of implantation?

22        A.    They didn't see changes in the

23    strength, but, again, it's -- it's -- strength is a

24    volume average quantity averaged over the entire
```

Scott Guelcher

```
1    volume of the suture, where these changes are

2    occurring at the surface.

3         Q.      In fact, Doctor, the physical

4    properties -- or the mechanical properties, rather,

5    of the sutures increased after seven years, didn't

6    they?

7         A.      I mean, can you -- what are you looking

8    at?  I mean, can you -- I need to look at

9    specific -- to answer that.

10        Q.      Did the -- well, did the mechanical

11   properties of the sutures increase after seven

12   years, Doctor?

13        A.      I need to look at the -- the data

14   summary again.  I need to look -- I need to refresh

15   myself with the data before I answer that.

16               So on page 11336182, there's the

17   seven-year data summary that includes the straight

18   strength, elongation and the modulus.

19        Q.      Just focus on my question.

20        A.      Well, I'm trying to answer it.  I just

21   need to look at the data.

22        Q.      You're just kind of reading aloud.

23   Just why don't you look at the data, and then let's

24   focus on my question.
```

Scott Guelcher

1       A.      Okay.  I was trying to establish

2    where... so the PROLENE showed -- looks like

3    essentially not -- I mean, it's difficult to say

4    because there's no standard deviations here.  So

5    what's significantly different -- I don't -- I

6    don't see standard deviations.  But the PROLENE

7    sutures from zero to seven years, the changes in

8    the strength are pretty small.

9       Q.      Okay.  So, Doctor --

10              MR. HUTCHINSON:  So what was my

11   question?

12              THE WITNESS:  Well, you said the --

13              MR. HUTCHINSON:  No.  What's my

14   question?

15              (Whereupon the following question was

16   read back by the reporter:  Did the -- well, did

17   the mechanical properties of the sutures increase

18   after seven years, Doctor?)

19   BY MR. HUTCHINSON:

20      Q.      That's my question.

21      A.      But "mechanical properties" is a broad

22   term.  Mechanical properties would include breaking

23   strength, elongation, Young's modulus, that are

24   listed here.

Scott Guelcher

```
1          Q.      Okay.  What about toughness?  Is that a

2    mechanical property?

3          A.      Well, it is, but it's not measured.

4          Q.      Okay.

5          A.      I mean, what's -- what's reported --

6          Q.      So --

7          A.      I'm going by what's reported, which is

8    the breaking strength, the elongation and the

9    Young's modulus.  The breaking strength, as I said,

10   is staying about the same.  The elongation is

11   getting longer and the modulus is going down.

12         Q.      Okay.  So let's just make sure you and

13   I are on the same page, Doctor.

14         A.      Okay.

15         Q.      If you can kind of just sit up and look

16   at me.

17                 Breaking strength is a mechanical

18   property, correct?

19         A.      It's a -- it's a -- it is a mechanical

20   property.

21         Q.      Okay.  Elongation -- elongation and

22   Young's modulus are also mechanical properties,

23   correct?

24         A.      That's right.
```

Scott Guelcher

```
1        Q.      All right.  So if we look at the

2   breaking strength of PROLENE, after seven years, it

3   decreased 5 percent from baseline; is that right?

4        A.      That's the percentage that's shown.

5   Right.

6        Q.      And elongation increased 111 percent;

7   is that right?

8        A.      That's what it says.

9        Q.      Any reason to disagree with that,

10  Doctor?

11       A.      That's what they measured.  I mean,

12  that's. . .

13       Q.      In fact, any reason to disagree with

14  any of these numbers on page 183?

15       A.      I mean, that's what's reported in the

16  study.

17       Q.      Okay.  And you --

18       A.      So that's what I'm going by.

19       Q.      Right.  And you have no reason to

20  believe that these numbers are incorrect; is that

21  right?

22       A.      Not -- I mean, not incorrectly

23  measured.  They --

24       Q.      And if we look at Young's modulus, the
```

Scott Guelcher

1    PROLENE decreased 70 percent; is that correct?

2        A.      That's right.

3        Q.      All right.  And Young's modulus, that's

4    just another word for stiffness; is that right?

5        A.      No.  Stiffness is a different material

6    property.  Modulus is the initial slope

7    approximately of the stress-strain curve.  So it's

8    a different property.

9        Q.      Right.  And -- and, Doctor, what's your

10   explanation for the increase -- mechanical -- or

11   the improvement in the mechanical -- strike that.

12               Doctor, what's your explanation for the

13   improvement of the mechanical properties of the

14   sutures from the seven-year dog study?

15       A.      I'm not sure why they're reporting this

16   increase in elongation.  I was looking mainly at

17   the comments on degradation, oxidation.  I'm not

18   sure why they're reporting this increase in

19   elongation at seven years.

20       Q.      Do you have an explanation?

21       A.      I just said I don't know why it's

22   increasing at seven years.

23       Q.      All right.  And, in fact, Doctor, you

24   understood -- we talked about toughness earlier on;

Scott Guelcher

1    is that correct?

2        A.      Yes.

3        Q.      Do you know if these sutures in the

4    seven-year dog study became tougher after seven

5    years of implantation?

6        A.      They didn't report it.  I mean, the

7    toughness is the slope under the stress-strain

8    curve, but that's difficult to assess because the

9    elongation is going up, but the stress is -- looks

10   like it's going down.  So I -- they didn't report

11   that.  So I -- I can't comment on that.

12       Q.      Okay.  And -- but how would you -- what

13   would you need to be able to comment on toughness?

14   Would you need a stress-strain curve plotting this

15   out?

16       A.      That's --

17              MR. BOWMAN:  Object to form.

18              THE WITNESS:  -- one way to measure the

19   toughness, is the area under the stress-strain

20   curve.

21   BY MR. HUTCHINSON:

22       Q.      Okay.  And would you need any other

23   data points on your stress-strain curve?

24       A.      Other data points on the curve?

Scott Guelcher

```
1        Q.        Yes, sir.

2        A.        Well, this is one point, right?  So

3   what's -- what you have here is initial slope,

4   which would be the modulus, and then you've got a

5   strength, which would be the -- the -- the endpoint

6   of the test.

7        Q.        Okay.  So if I understand correctly,

8   what you would need is a stress-strain curve where

9   breaking strength is the y-axis and elongation is

10  the x-axis; is that right?

11       A.        No.  The y-axis is the stress that's

12  measured, and the x-axis is the strain --

13       Q.        Okay.

14       A.        -- or the elongation.

15       Q.        Okay.

16       A.        But it's not a -- what's reported here

17  is the elongation at break, I believe --

18       Q.        And --

19       A.        -- strength at break.

20       Q.        And then what you would also need to

21  look at is the area under the curve at time zero

22  compared to the area under the curve at time -- at

23  after year seven; is that right?

24       A.        No.  Not really.  I mean, it's -- it's
```

Scott Guelcher

1    a curve.  So you can't -- oh -- okay.  I think

2    maybe I see what you're saying, look at the whole

3    stress-strain curve measured at zero and then the

4    whole curve measured --

5        Q.      Correct.

6        A.      -- at seven years.

7        Q.      That's correct.

8        A.      Yeah, I think that would give you the

9    toughness.

10       Q.      Okay.  And, in fact, if the area under

11   the curve, after seven years, increased, that would

12   mean the mechanical properties of the suture

13   increased after seven years; is that right?

14       A.      No.  It would mean that -- the

15   toughness is measured -- approximated by the area

16   under the curve was higher than if the area under

17   the stress-strain curve is higher.

18       Q.      Okay.  But we can assume that if the

19   area under the curve, after seven years increased,

20   then the sutures used in the dog study became

21   tougher; we can agree to that?

22              MR. BOWMAN:  Object to form.

23              THE WITNESS:  I don't know.  It's a

24   strange finding.  It's -- it's very surprising.

Scott Guelcher

1    It's not -- it's -- I -- I have a difficult time --

2    that just doesn't usually happen.  It's --

3    BY MR. HUTCHINSON:

4        Q.      But -- but my question is can you and I

5    agree that if the area under the curve, after seven

6    years, increased, then toughness of the sutures

7    increased after seven years in the dog study?

8        A.      I don't know.  I'd have to look at the

9    data without answering that question.  I don't -- I

10   need to see -- I need to see those curves and look

11   at it.  It just wasn't calculated here.  So I don't

12   want to make inferences from their data something

13   that wasn't reported.

14       Q.      Okay.

15       A.      I mean. . .

16       Q.      So you would need to see a

17   stress-strain curve?

18       A.      Well, I need to see all the

19   calculations to form an opinion.  I'm just going by

20   what was provided.  And this is a strange result,

21   that it doesn't do anything for two years and all

22   of a sudden you go to two to seven years, there's

23   this increase in elongation.  It's very surprising.

24   You know, I need to see more analysis to make

Scott Guelcher

1    conclusions about toughness and all those things.

2    I mean, I just -- it's not in here, not in this

3    document.

4              MR. HUTCHINSON:  Okay.  Doctor, I'll

5    hand you what we'll mark as Exhibit 8 to your

6    deposition.

7              (Whereupon Exhibit 8 was marked as an

8    exhibit.)

9    BY MR. HUTCHINSON:

10       Q.      This is a stress-strain curve where

11   stress is the y-axis and strain is the x-axis.  Do

12   you see that?

13       A.      I do.  But I have no idea where this

14   came from.  It's not in this document, and it's not

15   in this report.  And it's --

16       Q.      Well, stick with me on my questions for

17   just a second.  This shows toughness as -- under --

18   as red at year zero using the same data points in

19   the dog study; is that right?

20       A.      I don't know where this came from.

21   This is --

22       Q.      I want you to compare it to the dog

23   study.

24       A.      You just gave it --

Scott Guelcher

```
1        Q.      And my question is are these the same

2   numbers that are used in the dog study?

3        A.      I -- I don't -- I -- this just

4   doesn't -- I don't -- I need to think about this.

5               MR. BOWMAN:  Yeah.  I'm having trouble,

6   actually, figuring out what you're talking about as

7   well.  Is there -- is there somewhere you could

8   point to where this data is taken from?

9               THE WITNESS:  I need to see the data in

10  this report.  I need to see -- this is break

11  strength versus elongation.  I need to see the full

12  stress-strain curve that was measured for these

13  materials.  That's how toughness is -- in my

14  understanding, it's the stress-strain curve.  This

15  is the break strength versus percent elongation.  I

16  need to see the raw data where these -- from the

17  actual test, the stress-strain curve that's used to

18  get the toughness.  But I -- I can't comment on

19  this.  This is break strength versus elongation

20  which is -- it's a different concept than what I

21  think of in terms of what I've done in my work, in

22  my papers where you plot the stress versus the

23  strain, and you calculate the area under the curve

24  is the toughness.  I --
```

Scott Guelcher

```
 1     BY MR. HUTCHINSON:

 2         Q.      In fact, Doctor, what we have here is

 3     breaking strength on the y-axis, correct?

 4         A.      This is breaking strength.  I'm --

 5         Q.      All right.  And then -- just stick with

 6     me and my questions and we'll get through this.

 7                 We have elongation on the x-axis,

 8     correct?

 9         A.      But elongation at what?  Elongation at

10     break?  It just says "percent elongation."

11         Q.      And then, Doctor, my question to you is

12     are these the same numbers on Exhibit 8 that are in

13     the dog study for breaking strength and elongation?

14         A.      I -- I can't answer that question.

15     It's --

16         Q.      Well --

17         A.      I can't pull numbers off of this graph

18     and say that they're the same from this.  I don't

19     know where this came from.  I mean, it's not

20     plotted in the right way.  It's not plotted as a --

21     as a tensile strength versus strain.  It's -- it's

22     not plotted in a way that I'm accustomed -- so it's

23     difficult to infer anything from this sort of

24     analysis.
```

Scott Guelcher

1    Q.      So, Doctor, at year zero, the breaking

2    strength of PROLENE was 1.68, correct?

3    A.      Year zero, from the table it says 1.68.

4    Q.      Right.  And, in fact, Doctor, the

5    elongation at year seven was 1.6, correct?

6    A.      Elongation at year seven?  No.

7    Q.      I'm sorry.  The elongation at year --

8    at time zero was 37; is that right?

9    A.      That's the number in the table.  But is

10   that elongation at break?  I assume it is.  That's

11   not the stress-strain curve.  That's the terminal

12   point of the stress-strain curve.

13   Q.      And, Doctor, stay with me.  At year

14   seven, elongation is 78 percent; is that right?

15   A.      That's what's listed in the table.

16   Q.      And the table also lists at year seven

17   breaking strength at 1.6 pounds, correct?

18   A.      That's the breaking strength.  That's

19   the point at the end of the stress-strain curve and

20   my understanding the way they did this experiment.

21   Right?

22   Q.      And the area under the curve at year

23   zero is smaller than the area under the curve at

24   year seven, isn't it?

Scott Guelcher

```
1        A.       I'm not -- I cannot answer that
2   question.  This is not -- in order to answer, I --
3   I -- I don't want to be difficult.  But in order to
4   answer this toughness question, I need to see raw
5   data.  These are -- these are -- these -- these
6   data are plotted at the end of the experiment.  I
7   need to see the actual stress-strain curve.  I need
8   to know the stress at 1 percent elongation, 5
9   percent elongation, 10 percent, until it breaks.
10  And from that stress-strain curve, you can do more
11  analysis.
12             But this is simply a plot of break
13  strength versus elongation at break.  And I -- I
14  can't make those kinds of inferences that you're
15  trying to get me to agree to.
16       Q.      Well, Doctor, are you -- have you
17  attempted, in any way, to create a toughness curve
18  to measure the PROLENE sutures from the dog study
19  at year zero and year seven?
20             MR. BOWMAN:  Object to form.
21             THE WITNESS:  As I said --
22  BY MR. HUTCHINSON,
23       Q.      I'm asking you, have you attempted to
24  do that?
```

Scott Guelcher

```
 1        A.       I've not attempted to do it.  They

 2   report a strength.  They report a elongation.  They

 3   report a modulus.  There's this surprising increase

 4   from year two to year seven, but --

 5        Q.       And, Doctor, how would you create a

 6   stress-strain curve to evaluate the toughness using

 7   the information from the dog study?

 8               MR. BOWMAN:  Object to form.  He just

 9   testified that can't be done.

10               THE WITNESS:  I can't make it from this

11   table.  I would need to see the raw data.  Maybe

12   it's in here.  I don't know.  I haven't -- I don't

13   know.

14   BY MR. HUTCHINSON:

15        Q.       But have you looked for the raw data,

16   Doctor, that would support a stress-strain curve

17   analysis?

18               MR. BOWMAN:  Object to form.  Asked and

19   answered.

20   BY MR. HUTCHINSON:

21        Q.       Have you looked for the data, Doctor?

22        A.       I haven't looked for those data because

23   it's already shown in the table what I need to

24   know.  There's a breaking strength.  There's a
```

Scott Guelcher

1   elongation.  There's a modulus.  And so I -- I see

2   the elongation and the modulus data at break.

3        Q.        In fact, Doctor, can you explain the

4   elongation increase of 111 percent at year seven?

5   Can you explain that?

6                  MR. BOWMAN:  Object to form.  Asked and

7   answered.

8                  THE WITNESS:  Again, these are volume

9   -averaged tests.  You're not looking at the changes

10  at the surface.  My testimony has been about these

11  changes that happen at the surface, oxidation.  The

12  degradation at the surface is confirmed in this

13  study.  This is a volume-averaged mechanical

14  property, and I don't know how to interpret it

15  because it's volume averaged, and they're not

16  looking specifically at what's happening at the

17  surface.  That's -- that's the same way I would

18  explain the molecular weight.

19  BY MR. HUTCHINSON:

20       Q.        And, Doctor, do you know how to

21  interpret the finding of a decease of 70 percent of

22  Young's modulus at year seven?

23                 MR. BOWMAN:  Object to form.

24                 THE WITNESS:  I'll answer that the way

Scott Guelcher

1    I just answered.  It's like molecular weight.  It's

2    a -- it's a bulk property measurement, volume

3    averaged across the fiber, and it doesn't tell you

4    about what's happening on the surface.  It doesn't

5    tell you whether the surface is embrittled.  All

6    it's telling you is about the bulk properties of

7    the fiber.  It's the same as the molecular weight.

8    I think limited information can be gained from

9    this.

10   BY MR. HUTCHINSON:

11       Q.      Doctor, how -- how can a PROLENE fiber

12   be embrittled if its elongation increases 111

13   percent?

14       A.      PROLENE fibers were embrittled in those

15   human explants, and they scraped it off.  It was

16   embrittled, oxidized polypropylene.  It was in the

17   reports that it was embrittled, oxidized material

18   on the surface.  And doing these volume-averaged

19   bulk tests is not going to the tell you what's

20   happening at the surface.

21       Q.      And, Doctor, does the data from the dog

22   study support your opinions about whether or not

23   PROLENE degrades?

24       A.      It says in the report that they were

Scott Guelcher

1   going through -- I believe it says --

2       Q.      The data summary.  I'm talking about

3   the data summary, Doctor.  Stick with me.  On page

4   193, the bottom --

5       A.      Well, you have to be a little more

6   specific.  The mechanical property summary.

7       Q.      Excuse me.  Excuse me.

8       A.      Yeah.

9       Q.      Do the mechanical properties, shown on

10  page 183 of the seven-year dog study, support your

11  opinions that PROLENE degrades in vivo?

12      A.      I -- I don't think they're relevant to

13  my opinions because they -- this is a

14  volume-averaged quantity, just like the molecular

15  weight.  It's averaged over the entire volume of

16  the suture.  So it doesn't tell you what's

17  happening at the surface, where the degradation is

18  occurring.

19      Q.      Does the data summary support your

20  opinions about degradation in vivo, Doctor?

21              MR. BOWMAN:  Object to form.  Asked and

22  answered.

23              THE WITNESS:  I don't think it can

24  inform my opinions because these are

Scott Guelcher

```
 1    volume-averaged data that don't look at what's

 2    happening at the surface.

 3    BY MR. HUTCHINSON:

 4        Q.      Do they support your opinions, Doctor?

 5        A.      I don't think they inform my opinions

 6    because it's a volume-averaged property.  It

 7    doesn't look at what's happening at the surface.

 8        Q.      You don't --

 9              MR. HUTCHINSON:  Move to strike as

10    nonresponsive.

11    BY MR. HUTCHINSON:

12        Q.      You don't think they inform your

13    opinions.  My question, Doctor, is do the -- do the

14    data summary support -- not inform -- support your

15    opinions that degradation occurs in vivo with

16    PROLENE?  Does this data support -- does this data

17    summary support your opinions?

18        A.      Again, it doesn't -- I -- I don't know

19    what to do with these data.  These are

20    volume-averaged properties.  It doesn't tell you

21    what's happening at the surface.

22        Q.      I'm not asking you what -- to do

23    anything with them.  I'm asking you whether or not

24    this data summary supports your opinions that
```

Scott Guelcher

1    PROLENE degrades in vivo?

2                   MR. BOWMAN:  Object to form.

3                   THE WITNESS:  It's --

4                   MR. BOWMAN:  Asked and answered.

5                   THE WITNESS:  It's difficult to form an

6    opinion about it because they're not measuring the

7    right thing.  They're measuring a volume-averaged

8    property, not what's happening at the surface.  So

9    it's difficult to form an opinion.

10                  MR. HUTCHINSON:  Move to strike as

11   nonresponsive.

12   BY MR. HUTCHINSON:

13       Q.    Doctor, does the data summary support

14   your opinions?

15                  MR. BOWMAN:  I'm instructing you not to

16   answer.

17                  THE WITNESS:  I'm not answering.  I

18   don't -- I don't want to go back and forth anymore.

19   I believe I've answered it.

20   BY MR. HUTCHINSON:

21       Q.    Doctor, I forgot to ask you one

22   question when we were talking about the nine

23   different products.  Can you tell the jury what the

24   difference is between TVT EXACT and TVT and any

Scott Guelcher

```
 1    other -- and in any of the other TVT products?

 2                   MR. BOWMAN:  Object to form.

 3                   THE WITNESS:  I don't remember the

 4    specific differences.  There's differences in how

 5    the mesh can be cut, machine cut, laser cut.

 6    They're all made from the same mesh, which is what

 7    I was looking at in my report.  They're all made

 8    from the same PROLENE, from the same -- from the

 9    same mesh, as I said earlier.

10    BY MR. HUTCHINSON:

11        Q.      Doctor, is TVT ABBREVO laser cut or

12    mechanically cut?

13                   MR. BOWMAN:  Object to form.

14                   THE WITNESS:  I can't remember.  I

15    believe it's laser cut.  TVT's mechanically cut.  I

16    don't remember the details of it.

17    BY MR. HUTCHINSON:

18        Q.      Doctor, do you know -- can you tell the

19    jury whether or not TVT-O is mechanically cut or

20    laser cut?

21        A.      I believe TVT-O is mechanically cut.

22        Q.      Doctor, are you aware of whether or not

23    TVT-O is available in any type of other -- strike

24    that.
```

Scott Guelcher

```
1                  Are you aware if TVT -- if TVT-O is

2    available in laser cut mesh?

3        A.      I can't remember.  Some of these

4    products are offered as machine cut and laser cut.

5    It's not always specified which the cut is.

6    Sometimes it's difficult to figure out.  But --

7        Q.      Is it your testimony, Doctor, it's not

8    always specified in the product literature how the

9    mesh is cut?

10       A.      I don't remember how the -- how the --

11   the specifics of how the mesh is cut.  Again, I was

12   focusing on the specific PROLENE used in the mesh

13   and its implantation in the body.

14       Q.      Doctor, can you tell us how the mesh in

15   the TVT SECUR is cut?

16       A.      I believe that's a machine cut.

17       Q.      And can you tell us, Doctor, how the

18   mesh in TVT EXACT is cut?

19               MR. BOWMAN:  Object to form.

20               THE WITNESS:  I don't remember about

21   TVT EXACT.

22   BY MR. HUTCHINSON:

23       Q.      Can you tell us how the mesh in PROSIMA

24   is cut?
```

Scott Guelcher

1      A.      PROSIMA is not a sling.  It's a --

2      Q.      I'm not asking about the product.  I'm

3  asking about can you tell us how the mesh in

4  PROSIMA is cut?

5      A.      I -- I don't remember.  I wasn't

6  stating opinions about the cutting of the mesh in

7  my report.

8      Q.      Doctor, does the cutting of the mesh

9  influence your opinions whatsoever regarding

10  oxidizing PROLENE?

11             MR. BOWMAN:  Object to form.

12             THE WITNESS:  Well, the cutting of the

13  mesh could affect the oxidation reaction.

14  BY MR. HUTCHINSON:

15      Q.      Is that stated in your report marked as

16  Exhibit 2, Doctor?

17      A.      I don't believe that's in my report.

18      Q.      Okay.  Doctor, can you tell us how the

19  mesh in GYNEMESH PS is cut?

20             MR. BOWMAN:  Object to form.

21             THE WITNESS:  I don't remember how that

22  mesh is cut.

23  BY MR. HUTCHINSON:

24      Q.      Can you tell us how the mesh in PROLIFT

Scott Guelcher

```
1     is cut?

2         A.      I don't remember how that mesh is cut.

3         Q.      Can you tell us how the mesh in

4     PROLIFT+M is cut?

5         A.      I don't remember how that mesh is cut

6     either.

7         Q.      Doctor, do you have any opinions

8     whatsoever regarding how the mesh is cut as it

9     relates to its reaction with tissue?

10                MR. BOWMAN:  Object to form.

11                THE WITNESS:  I mean, I thought I

12    answered it.  Those opinions are not in this

13    report.

14    BY MR. HUTCHINSON:

15        Q.      And you're not offering any opinions

16    about that in relation to the nine different

17    products at issue here today, correct?

18        A.      I'm not offering any opinions about

19    that.

20        Q.      Doctor, have --

21                MR. BOWMAN:  Counsel, I actually have

22    that the three hours are up.

23                MR. HUTCHINSON:  Okay.

24    BY MR. HUTCHINSON:
```

Scott Guelcher

```
 1        Q.        Doctor, do you intend to offer any

 2   opinions in this case that we've not already

 3   discussed?

 4        A.        No.

 5        Q.        Do you plan on supplementing your

 6   opinions?

 7        A.        I don't know.

 8        Q.        Okay.  Have you understood all of my

 9   questions so far?

10        A.        Mostly.

11        Q.        Is there a question that's lingering in

12   your mind that you don't understand that I need to

13   reask?

14             MR. BOWMAN:  I did instruct him not to

15   answer at least two questions.

16             THE WITNESS:  No.

17   BY MR. HUTCHINSON:

18        Q.        Doctor, is there anything about the

19   testimony you've given today that you would like to

20   change?

21        A.        No.

22        Q.        Do you feel good about how you did

23   today as an expert witness?

24             MR. BOWMAN:  Object to form.
```

Scott Guelcher

1              THE WITNESS:  I don't know.  Our three

2    hours is up.  I think we're done.

3              MR. HUTCHINSON:  Thank you.

4              Counsel, before we go -- we go off the

5    record, just to make a housekeeping note, counsel

6    has given me a flash drive that contains what?

7              MR. BOWMAN:  Reliance materials, pretty

8    much everything that was reviewed or referenced in

9    the report.

10             MR. HUTCHINSON:  Okay.

11             (Proceedings concluded at 12:17 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

Scott Guelcher

```
 1              C E R T I F I C A T E
 2    STATE OF TENNESSEE )
      COUNTY OF DAVIDSON )
 3              I, Lise S. Matthews, RMR, CRR, CCP, LCR
      353, Licensed Court Reporter and Notary Public, in
 4    and for the State of Tennessee, do hereby certify
      that the above deposition was reported by me, and
 5    the transcript is a true and accurate record to the
      best of my knowledge, skills, and ability.
 6              I further certify that I am not related
      to nor an employee of counsel or any of the parties
 7    to the action, nor am I in any way financially
      interested in the outcome of this case.
 8              I further certify that I am duly
      licensed by the Tennessee Board of Court Reporting
 9    as a Licensed Court Reporter as evidenced by the
      LCR number and expiration date following my name
10    below.  I further certify that this transcript is
      the work product of this court reporting agency and
11    any unauthorized reproduction and/or transfer of it
      will be in violation of Tennessee Code Annotated
12    39-14-104, Theft of Services.
                IN WITNESS WHEREOF, I have hereunto set
13    my hand and affixed my notarial seal this _____
      day of _____, 2016.
14
15

      _____
16    Lise S. Matthews, RMR, CRR, CRC
      LCR 353 Expiration Date 6/30/2016
17    Notary Public Commission Expires
      March 6, 2018
18
19
20
21
22
23
24
```