Exhibit L

1     **ROUGH DRAFT, UNEDITED VERSION - CCP 2025(r)(2)**

2              ROUGH DRAFT DISCLAIMER

3        The stenographic notes taken in this

4    proceeding are being translated instantaneously

5    into their English equivalent through an automated

6    process called realtime translation.  This

7    transcript has neither been edited nor proofread

8    by the court reporter.

9         The realtime draft is unedited and

10   uncertified and may contain untranslated

11   stenographic symbols, an occasional reporter's

12   note, a misspelled proper name and/or nonsensical

13   word combinations, depending upon the complexity

14   of the arbitration hearing and the speed of the

15   questions and answers.  All such entries will be

16   corrected on the final certified transcript, which

17   we will deliver to you in accordance with our

18   standard delivery terms, or on an expedited basis,

19   should you desire faster delivery.

20        Due to the need to correct entries prior to

21   certification, this rough realtime draft can only

22   be used for the purpose of augmenting counsels'

23   notes and not to use or cite it in any court

24   proceeding or to distribute it to any other

25   parties.

1          **(EXHIBIT NO. 1 MARKED.)**

2              SHELBY F. THAMES, PhD,

3          having been first duly sworn,

4       was examined and testified as follows:

5                  EXAMINATION

6    **BY MR. BOWMAN:**

7       Q.   Dr. Thames, my name is Mike Bowman.  We've

8    met previously.  Thank you for joining us this

9    morning.

10          We are here today to talk about your

11   report in the case Mary Shelton case; is that right?

12      A.   Yes, sir.

13      Q.   Do you know how many pieces of mesh were

14   involved in your analysis of Ms. Shelton's case?

15      A.   One.

16      Q.   Do you know if that was a TVT mesh or a

17   Gyne mesh?

18      A.   Let's see.  TVT.

19      Q.   And it was supplied to you by Dr. Kevin

20   Ong?

21      A.   Yes, sir.

22      Q.   As far as you know, he split the sample

23   with plaintiff's counsel before he did anything to

24   it?

25      A.   Yes, sir.

1      Q.   And all of the cleaning steps outlined on

2  page 2 of your report were followed to the letter to

3  the best of your knowledge?

4      A.   Absolutely.

5      Q.   On page 3, we see a figure 2 of some

6  pristine Prolene mesh before cleaning and in

7  figure 3 we see some -- we see a picture of the

8  sample that is representative of Ms. Shelton's case;

9  is that correct?

10     A.   Yes, sir.

11     Q.   Do you know why we're seeing a picture of

12  pristine Prolene mesh instead of TVT?

13     A.   No, sir, but it's the same material.

14     Q.   Do you make a determine in your mind as to

15  whether or not it's Prolene mesh or TVT mesh?

16     A.   Prolene mesh is the same as TVT mesh.

17     Q.   Chemically at least, correct?

18     A.   Correct.

19     Q.   And that's as far as your opinion goes in

20  this case?

21     A.   Yes, sir.

22     Q.   You're not worried about the diameters of

23  the monofilaments or anything like that?

24     A.   No, sir.

25     Q.   With respect to Ms. Shelton's mesh, did

1  you find any evidence of Prolene oxidation on her

2  mesh?

3       A.   No, sir.

4       Q.   And what were the methods that you used to

5  come to that conclusion?

6       A.   FTIR, light microscopy and scanning

7  electron microscopy.

8       Q.   And did you use those --

9       A.   Excuse me.  And the cleaning steps of

10  figure 1.

11       Q.   I see.  Did you do any mechanical testing

12  or tensile testing on Ms. Shelton's mesh?

13       A.   No.  There was not enough sample.

14       Q.   Do you know if anybody at all did any

15  testing just in their own subjective view of whether

16  or not the pristine mesh and Ms. Shelton's mesh

17  behaved the same after the cleaning process?

18       A.   I wouldn't have any idea what someone else

19  has done.

20       Q.   Did you do it?

21       A.   Do what now?

22       Q.   Did you compare Ms. Shelton's mesh after

23  the cleaning process to a piece of pristine mesh and

24  just sort of hold them in your hand and see if there

25  was any give?

1      A.   You're talking about mechanical properties

2 by field?

3      Q.   Yes, sir.

4      A.   No, sir.

5      Q.   You did not do that?  Did you direct

6 anybody to do that?

7      A.   No, sir.  There's not enough material for

8 that, sir.

9      Q.   Thank you.  With respect to figure 4,

10 figure 4 is a photograph of a Ms. Shelton's mesh

11 before it was cleaned; is that right?

12      A.   Yes, sir.

13      Q.   It actually been soaked in some water and

14 desiccated before it was sent to you; is that right?

15      A.   Yes, sir.

16      Q.   And this is at 200 times magnification,

17 and this is not representative of the entire mesh

18 sample; is that right?

19      A.   Did you say it's not representative of the

20 entire sample?

21      Q.   That was a misstatement.  This is not --

22 the photograph itself is not of the entire mesh

23 sample.  This is 200 times magnification at one

24 point on the mesh sample?

25      A.   Yes, sir.

6

1      Q.   In figure 5, we see the status of the mesh

2  after the first cleaning; is that right?

3      A.   Yes, sir.

4      Q.   And this is after a good deal of the

5  protein has been removed, but not all of it; is that

6  right?

7      A.   That's correct, sir.

8      Q.   In this photograph, do you see flakes of

9  little bits of mesh coming off in several -- I'm

10  sorry.  That was a bad question.

11          Do you see flakes on this photograph,

12  Doctor?

13      A.   Yes, sir.

14      Q.   And have you made a determination as to

15  what those flakes are?

16      A.   Yes, sir.

17      Q.   What is that determination?

18      A.   Proteins.

19      Q.   With respect to Ms. Shelton's mesh, this

20  actually doesn't have any blue dye in it, does it?

21      A.   No, sir.  This is an all-clear sample.

22      Q.   Have you made any visual determination, as

23  you have in the past, as to whether or not those

24  flakes on the outside of the mesh are proteinaceous

25  or oxidized polypropylene?

1      A.   We've done FTIR spectroscopy and scanning

2   electron microscopy as well as light microscopy,

3   what you see here.  And the FTIR says they're

4   proteins.  There's no indication that Prolene was

5   oxidized in any way.

6      Q.   I understand you did an FTIR, and I

7   understand you did SEM.  But with respect to your

8   opinions regarding the presence of translucent

9   flakes on blue monofilaments, you can't make that

10  opinion in Ms. Shelton case, can you?

11     A.   Not in this case, no, sir.

12     Q.   Because the monofilaments themselves are

13  clear, correct?

14     A.   That is correct.

15     Q.   Looking at figure 7, --

16     A.   Yes, sir.

17     Q.   -- this is an FTIR of the clear fiber

18  before cleaning; is that correct?

19     A.   Yes, sir.

20     Q.   So this is right when it came to you.

21  Nothing else was done to it after Mr. Ong sent it on

22  to you?

23     A.   That's correct.

24     Q.   And you a have a photograph in the upper

25  right-hand corner of the exact point where the FTIR

1   was taken on a monofilament, correct?

2        A.   At the crosshairs, yes, sir.

3        Q.   And in this FTIR, you have identified

4   where polypropylene is showing up --

5        A.   Yes, sir.

6        Q.   -- on this reading?

7             And you've also identified where the

8   protein Amide I carbonyl stretch is?

9        A.   Yes, sir.

10       Q.   And that appears to be at 1652; is that

11  right?

12       A.   Yes, sir.

13       Q.   And you've also identified where the

14  protein Amide N-H stretch is.  And that is at 3347;

15  is that right?

16       A.   In that region, yes, sir.

17       Q.   For this FTIR, have you taken into account

18  any shifts that might occur because of the presence

19  of oxidized polypropylene or other proteins in

20  there?

21       A.   Yes, sir, I've taken all that into

22  consideration.

23       Q.   And is it your understanding that the

24  shifts themselves would be negligible?

25       A.   Yes, sir.

1      Q.    That they would be -- can you explain to

2    me what you mean by negligible?

3      A.    The shift might be the width of a pencil

4    dot.

5      Q.    A pencil dot on this FTIR that we're

6    seeing in figure 7?

7      A.    Yeah.

8      Q.    So the shift would be -- it wouldn't be

9    70 points?  It would be just be --

10     A.    Oh, absolutely not.

11     Q.    It wouldn't be 150 either?

12     A.    No, sir.  No, sir.

13     Q.    It would just be one or two?  Okay.  And

14   have you done any research on any shifting

15   associated with oxidized polypropylene to confirm

16   that?

17     A.    To specifically -- the shift is going to

18   to depend upon what's in its environment and what's

19   affecting it and having an effect on the C=O, the

20   polarity of it.  And that's well established in the

21   literature.  There may be some slight shifts in

22   cases like that, but there's no need for me to do

23   the research on it.  It's published in literature.

24     Q.    Nonetheless, it's your understanding that

25   if there was a shift it would be negligible?

1      A.   I think it's a good term.

2      Q.   Thank you.  On figure 8, we are looking at

3  the before cleaning of Ms. Shelton's mesh overlaid

4  with the collagenase reference spectra?

5      A.   Yes, sir.

6      Q.   Identified at type VII high purity; is

7  that right?

8      A.   Yes, sir.

9      Q.   And this is an FTIR of the clear fibers;

10  is that right?

11      A.   Well, that's the only fiber we had was

12  clear, yes, sir.

13      Q.   My question was a little confusing.  But

14  in this case, you didn't overlay the collegenase

15  with protein that was between the interstices of the

16  mesh; is that right?

17      A.   That's right.

18      Q.   In this case, you took the FTIR from the

19  before cleaning and you overlaid it with the

20  collegenase; is that right?

21      A.   Yes, sir.

22      Q.   Is it your opinion that where the N-H

23  peaks are that that is the only thing that would

24  show up in that area?

25      A.   That is the only thing that would show up

1  in that area?

2       Q.   Yes, sir.

3       A.   No.  You may have some other extraneous

4  materials, but that's primarily where the N-H --

5  you'll see the peak is very sharp, and it depends

6  upon the amount of material that's present.

7       Q.   So the peak on the collagenase is sharp,

8  correct?

9       A.   Yes, sir.

10      Q.   On the --

11      A.   On the pure sample.

12      Q.   On the pure sample?

13      A.   Uh-huh (affirmative response).

14      Q.   And we're talking about the range between

15  34- and 3200 for that peak?

16      A.   That's about right, yes, sir.

17      Q.   And what you've identified as the Amide

18  group -- the N-H group on the Amide group?

19      A.   Yes, sir.

20      Q.   You identified it at 3347, correct?

21      A.   Yes, sir.

22      Q.   And do you know if there was presence of

23  oxidation on the Prolene itself, if it would show up

24  in that same general area?

25      A.   I do not have any data that I know of that

1  would -- the oxidation product that I'm looking for

2  is a C=O bond.  That is the bond where there's

3  rupture of the fiber.  And until you get to that

4  point, everything else is irrelevant.

5       Q.   So there are at least two -- strike that.

6            Doctor, are you saying that an O-H group

7  on a polypropylene chain is not evidence of

8  oxidation?

9       A.   It's not relevant to this case in the

10 sense that we're talking about whether or not it

11 decomposes, whether it becomes friable, whether it

12 loses its physical properties.  And the only time

13 that occurs or begins to occur is when a carbonyl

14 bond is form.  Because when a carbonyl bond is

15 formed, you will have bond rupture of the Prolene.

16 And we don't see that.

17           I can't say that at some point in time a

18 hydroxyl group might be present, but that is

19 irrelevant to me.  What is relevant is the carbonyl

20 group that's present, the C=O.  That's when the

21 breaking of the bonds begin to occur.

22      Q.   So the presence of a C=O on polypropylene

23 is evidence of loss of molecular weight?

24      A.   Yes, sir, bond rupture.

25      Q.   Is the presence of an O-H group on

1    polypropylene the evidence of loss of molecular

2    weight?

3         A.   No, sir.

4         Q.   Why not?

5         A.   Because it doesn't cause bond rupture.

6         Q.   So the oxygen itself is actually in the

7    area of not only the hydrogen that's associated with

8    the polypropylene but also associated with the

9    carbon, correct?  So the oxygen is actually in the

10   same area?

11        A.   If you have a bond to a hydroxyl group to

12   attach to Prolene, there will be a carbon-to-oxygen

13   bond, but it doesn't cause bond rupture.

14        Q.   Would you consider the O-H group an

15   intermediate to carbonyl formation?

16        A.   It could be an intermediate, but it

17   doesn't cause bond rupture.  So, therefore, since we

18   don't have any oxidation, the likelihood of having

19   hydroxyl group is remote.

20        Q.   Could the hydroxyl group form after the

21   carbonyl had been formed in Ms. Shelton's case?

22        A.   No -- well, yes, I guess it could.  But

23   the issue here is we don't get any bond rupture.  We

24   don't get any carbonyls.

25        Q.   So because you don't see carbonyls, the

1    N-H group is not -- I'm going to withdraw that

2    question.

3            In Ms. Shelton's case, the fact that there

4    might be an O-H group associated with the

5    polypropylene isn't necessarily important to your

6    findings in this case; is that right?

7        A.    Absolutely, because I'm interested in the

8    chemical reaction that would take place, possibly

9    take place because of rupture of the fiber.  That's

10   when your properties begin to diminish and only

11   then.

12       Q.    So an O-H group, it could be an

13   intermediary --

14       A.    It could be.

15       Q.    -- to the carbonyl formation?

16       A.    It could be.

17       Q.    Could it be a by-product of carbonyl

18   formation?

19       A.    No, I don't believe so.

20       Q.    Could it form after a carbonyl had formed

21   on the polypropylene itself?

22       A.    I think if carbonyls are forming that

23   certainly you could have one form afterwards, but we

24   aren't getting any carbonyls formed.  You've got to

25   keep that in mind now.

1           You're talking about hypotheticals,

2    because it didn't happen because we don't have any

3    carbonyls bonds here.

4           Q.   According to your opinions and your

5    reading of this FTIR, there are no C=O bonds,

6    correct?

7           A.   Absolutely.

8           Q.   Okay.  With respect to figure 9, this

9    appears to be mislabeled; is that right?

10          A.   I'm sorry?

11          Q.   Figure 9, it says blue fiber.

12          A.   Yes, sir.  The heading of the figure is

13   mislabeled, that's right.  It's a typo error.  It's

14   not blue.  It's clear.

15          Q.   And, actually, your FTIR states clear

16   fiber?

17          A.   Yes, it does.

18          Q.   It's the report itself that is --

19          A.   Inconsistent, yeah.

20          Q.   And this figure 9 is all of the FTIRs you

21   took on Ms. Shelton's mesh before cleaning as well

22   as after each of the five cleanings that were

23   processed; is that right?

24          A.   These are all the FTIRs, one after each

25   step.

1    Q.   And were these FTIRs taken at the same

2    point on the mesh, if you know?

3    A.   No.

4    Q.   They were taken at five different points?

5    A.   Yes, sir, by necessity.  It's much too

6    small a sample.  And, also, to find the exact spot

7    where you took the first or the preceding FTIR after

8    you've run it through a cleaning process, it would

9    be impossible to find the exact spot.

10   Q.   Could you mark it with a Sharpie?

11   A.   No, sir.

12   Q.   Could you make an indent with an "X" like

13   a brand or something?

14   A.   I'm not going to indent the sample, no,

15   sir.

16   Q.   Sometimes they do get indented on

17   explants, correct, by the surgeons?

18   A.   Yes, sir, but that's the surgeon.  That's

19   not me.

20   Q.   With respect to the after cleaning, the

21   red line on this FTIR, do you see oxidized

22   polypropylene there?

23   A.   No, sir.

24   Q.   There is actually -- but there is some

25   activity around 1720 to 1700, correct?

1      A.    What do you mean by "activity"?

2      Q.    So there's a definite peak and valley, and

3 then there is another peak associated with the 1650

4 to 1600 range, correct?

5           **MR. HUTCHINSON:**  Object to the form.

6           **THE WITNESS:**  There's is not enough

7      definitive shape of those curves to make any

8      conclusion from it.  You can't draw a

9      conclusion from that.

10 **BY MR. BOWMAN:**

11     Q.    But you do see a peak?

12     A.    I see –– I don't see a peak.

13     Q.    What do you see?

14     A.    I see perhaps the shape of a line moving

15 upward, but no peak.

16     Q.    In any event, it's not as we've seen

17 previously, what I was calling a plateau?

18     A.    Do what?

19     Q.    What I was calling a plateau, that's not

20 present here?

21     A.    It doesn't appear to be, no, sir.

22     Q.    And with the exception of after

23 cleaning 1, it appears that the peaks are

24 diminishing –– I withdraw question.

25           It appears that the peaks that you

1    identify from the Amide groups are diminishing over

2    time through the cleaning process; is that correct?

3         A.   That's correct, sir.

4         Q.   And the same is true for the peaks you

5    identify associated with the N-H group around 3200;

6    is that right?

7         A.   That is correct, sir.

8         Q.   And then on figure 11, we have the Prolene

9    mesh exemplar overlaid with the FTIR clear fibers

10   after the cleaning process of Ms. Shelton's mesh; is

11   that right?

12        A.   After step 5, yes, sir.

13        Q.   And the two appear to be a little bit off

14   but pretty close to the same; is that right?

15        A.   I would think that they are essentially

16   identical, sir.  I don't know what you mean by "a

17   little bit off."  They are almost identical.

18        Q.   So the red, which is the after cleaning

19   for Ms. Shelton, is actually reading a little bit

20   lower, it appears, on every peak and valley than the

21   exemplar mesh; is that right?

22        A.   That has to do with the amount of light

23   passing through it, passing through the sample.  It

24   doesn't have anything to do with what is there

25   chemically.

1    Q.   But it is safe to say that they both --

2  since they're both Prolene and they're both clear

3  that the same amount of light should be passing

4  through?

5    A.   Not necessarily.  It depends upon where

6  you took them.  Remember, this is a circular fiber.

7  If you took the spectra here, the light is passing

8  through here.  It's different if you pass through

9  the center.

10    Q.   So with respect to figure 13, I don't see

11  it specifically mentioned, but your comparison of

12  the blue fiber to the clear fiber, are you using

13  that to form your opinions for the presence of the

14  clear flakes?

15    A.   Well, there was no blue fiber in this

16  sample, but we have a great deal of history between

17  explants where we do have -- this is an unusual

18  explant in the sense that it is all clear.

19         But in our past work, and we have examined

20  approximately 50 of these, a vast majority of which

21  are clear and blue, and the clear and blue flakes

22  are precisely as I've said before.  They're

23  translucent in nature, meaning that the flakes on

24  the blue fiber are clear and, therefore, not

25  polypropylene.

1        But I can't use the blue here specifically

2    because I don't have a blue fiber, but I can use the

3    past history to say it would be that those flakes

4    are proteins.  And the reason they're proteins is

5    that if you look at the FTIR spectra starting with

6    figure 13A and go to B and C and D and E and then

7    look at those in addition to this light microscopy,

8    you can see that there's a continual decrease in

9    proteins until, finally, you get to figure 13F and

10   there's no proteins at all showing on the FTIR.  And

11   that's precisely what you would say.  So, therefore,

12   these flakes are proteins.

13       Q.   So when you said that you've done this

14   approximately 50 times, the 50 times that you've

15   seen this they have been the result of the cleaning

16   process that you have employed in these cases?

17       A.   What do you mean "they have been the

18   result of"?  The cleaning process hasn't done

19   anything but clean it.  It hasn't changed anything.

20   It hasn't changed what's on the fibers.  It's just

21   taking off the proteinaceous composite that we've

22   been talking about for two days.

23       Q.   So my question was the 50 times that

24   you've seen this has been the result of testing that

25   you performed -- I'm sorry -- cleaning and testing

1    that you performed on 50 different samples; is that

2    right?

3         A.    Just like this, yes, sir.

4         Q.    And besides evidence in the peer-reviewed

5    literature of the FTIR, is there anything else in

6    the peer-reviewed literature that leads you to

7    believe that the flakes identified in these light

8    microscopy photographs are protein and not oxidized

9    polypropylene?

10        A.    Well, proteins are water soluble, and

11   that's in the peer-reviewed literature.  That's well

12   known.  That's basic science.  And, of course, we've

13   removed this by water, basically a water treatment

14   with sodium hypochlorite to remove flesh.

15             The peer-reviewed literature knows that

16   proteins occur in those regions where we talked

17   about in the spectra.  That's extremely well known.

18   It's in textbooks.  It's taught to everybody.  And

19   we see light microscopy, which is here.  That's in

20   the peer-reviewed literature.  And you use that as a

21   means of determining what's on the surface of the

22   material, particularly if it's light microscopy.

23   Scanning electron microscopy is in the peer-reviewed

24   literature.  It's in textbooks.  It's very well

25   known.

1          Everything we've done is peer-review

2     supported, textbooks, teach it in the classes.  This

3     is nothing exotic.  This is basic science we're

4     talking about here.  Basic science shows these flake

5     materials to be proteins.

6          Q.   So I'm not sure if we've been going around

7     this for the past two days or not.  But those are

8     instrumental analyses, correct?

9          A.   Basic science analysis.

10         Q.   FTIR, light microscopy and SEMs, those are

11    all instrumental analyses for being able to support

12    conclusions -- I'm sorry.

13         They are instrumental analyses that are

14    run to be able to see results and form conclusions

15    from those results, correct?

16         A.   Yes, sir.  As a matter of fact, several

17    years ago I taught a class in spectrophotometric

18    identification of organic compounds, FTIR.  I taught

19    it to my students, my undergraduates.  So this is

20    the basic science that we're using here to show that

21    there is no oxidation present on Prolene.

22         Q.   But FTIR itself, it actually measures the

23    bulk of the material.  It doesn't measure the

24    surface of the material, correct?

25         A.   It measures everything in the material.

 1  So if there's oxidation on the surface, you will see

 2  it in the FTIR.

 3      Q.   So the bulk of it includes the surface and

 4  the core, correct?

 5      A.   Restate that, please.  The bulk of it?

 6  What are you talking about, "it"?

 7      Q.   The FTIR is going to not only examine

 8  what's on the surface but also what's in the bulk of

 9  the material, including the core, correct?

10      A.   What material?  You're talking about

11  Prolene?

12      Q.   Anything.  It doesn't matter what it is.

13  FTIR, what you put under it, it's going to examine

14  the whole thing?

15      A.   If light will pass through it -- if you

16  get a transmission, light will pass through it, yes;

17  if not, you use ATR and you get a surface reading.

18      Q.   And your opinions for the flakes are based

19  on FTIR readings at least partially, correct?

20      A.   Partially, yes, sir.  And the use of the

21  transmission microscopy to make these determinations

22  is supported by peer-reviewed literature as being

23  the best technique.

24      Q.   The best technique?  I'm not aware of any

25  peer-reviewed literature that tells us what the best

1   technique is to measure surface oxidation on

2   polypropylene, are you?

3       A.   Well, you're not a scientist.

4       Q.   I have a biology degree.

5       A.   Oh, wonderful.

6       Q.   But I guess I'm not a scientist.

7       A.   I know it's not my place to ask a

8   question, but if I could, how many FTIRs have you

9   run?

10      Q.   I could tell you off the record.

11           **(OFF–THE–RECORD DISCUSSION.)**

12  **BY MR. BOWMAN:**

13      Q.   So the general idea, Doctor, is that I'm

14  just looking for something that you could tell me

15  that these flakes are definitively protein and not

16  polypropylene, something in the peer-reviewed

17  literature.  I understand that the results that you

18  have garnered and put together for Ms. Shelton's

19  report led you to that conclusion.  I'm looking for

20  something in the peer-reviewed literature that I

21  could point to say that the flakes we are seeing are

22  protein and not oxidized polypropylene.

23      A.   If you take the FTIR spectras of the

24  samples, as we have done in figures 9 and --

25  figure 9, if you take that FTIR spectra and you go

1  to the Sadtler Library of FTIR Spectra, there is a

2  library of all organic compounds, just like you go

3  to the library and get a book and read it.  We'll

4  call them up and say, "We want the FTIR spectra of

5  Prolene, polypropylene."  They'll give you this

6  spectra, and we lay that over the samples that we

7  analyze and it will be essentially identical.

8       Q.   I understand you've done that with

9  pristine, and I understand that you've done that

10 with the mesh after it has gone through the cleaning

11 process five times.

12           But for Ms. Shelton's case, I'm looking at

13 the flakes that are apparent in B, which is after

14 cleaning process 1.  And if we look at the overlay

15 of the FTIR done after cleaning process 1, that's

16 what I pointed out to you earlier where there is a

17 red line and there is this ambiguity where there is

18 a peak that I've identified between 1740 and a

19 little bit under 1700 that I'm trying to understand.

20           I know earlier I talked to you about it,

21 but I'm trying to see how you can line this data up

22 with the data here in B and explain to me that this

23 is not oxidized polypropylene.

24           **MR. HUTCHINSON:**  Object to form.

25           **THE WITNESS:**  Well, it may be an

1          ambiguity to you, but it is not to me.

2          Because if it was oxidized polypropylene, we

3          would see a sharp band occur in the region of

4          1740, and that's the best I can do for you,

5          sir.  What I've told you so far is the best I

6          have to offer you.

7    **BY MR. BOWMAN:**

8          Q.   With respect to the SEM images that are

9    associated with Ms. Shelton's case, your report says

10   that the oxidation or degregation of Prolene –– I'm

11   sorry.  I am four lines up from the bottom on

12   page 12.

13          Is says that oxidation or degregation of

14   Prolene did not occur in vivo.  It is further

15   confirmed by the lack of surface pitting on Prolene.

16   Do you see that?

17         A.   I do.

18         Q.   Are you aware that the defense expert,

19   MacLean, has confirmed that you can have oxidized

20   Prolene without pitting on it?

21              **MR. HUTCHINSON:**  Object to form.

22              **THE WITNESS:**  I'm not aware of that.  I

23         have not –– do not remember that.  I can't

24         testify to what he said.

25   **BY MR. BOWMAN:**

1      Q.   Will you be referring to Dr. MacLean's

2  report at all when you testify about this case at

3  trial?

4      A.   I have not referred to him here.

5      Q.   With respect to the extrusion lines that

6  are present on the SEMs in -- and I think I can see

7  them in the SEMs D, E and F of figure 14.  Can you?

8      A.   Yes, sir.

9      Q.   It's your opinion that the presence --

10  because you can see those extrusion lines via SEM

11  that no surface oxidation has taken place on the

12  Prolene; is that right?

13      A.   That's one more piece of evidence, yes,

14  sir.

15      Q.   And can you point me to some literature

16  describing the extrusion process that would support

17  that opinion?

18      A.   Well, I think it would be basic common

19  sense that if you have the same structural

20  configuration of a material that came out of an

21  extruder and went through the process of forming a

22  fiber and then was placed in the human body and then

23  removed and you had this same structural

24  configuration that you had when the material came

25  out of the extruder, that would be information

1  enough and proof enough to say nothing has occurred

2  to it.  And that's what we're doing right here, sir,

3  and that's doesn't take a peer review to make that

4  sort of analysis.  It takes common sense.

5      Q.   So you're aware -- I'm sorry.  Are you

6  aware that the monofilaments used to make these

7  meshes are extruded through a dye?

8      A.   Yes, sir.

9      Q.   And have you, yourself, examined the dye

10  used to make these meshes?

11      A.   No, sir.

12      Q.   Have you, yourself, examined the

13  extrusions, the extrusion process?

14      A.   No, sir, not the one -- I know what an

15  extrusion process is.  I've extruded material

16  myself.  But this specific process we're talking

17  about, I have not witnessed that.

18      Q.   Have you cut a monofilament down the

19  middle to check to see if extrusion lines are there?

20      A.   Cut it down the middle?

21      Q.   Certainly.  Take a piece of pristine

22  monofilament and cut it in half, slice it down the

23  middle, and then take the end -- you could even just

24  slice it on the ^bias and then take the end and see

25  if the extrusion lines are still there.  Have you

1    done that?

2        A.   Yes, sir -- excuse me.  I have not done

3    that, but I have had samples where we have seen

4    those extrusion lines that we've analyzed.  We've

5    looked at the cross-sectional ends, and those

6    extrusion lines are there, samples of Prolene that

7    have -- Prolene explants in the past.

8        Q.   So does it look like when you chop down a

9    tree and you see the lines going down the middle?

10   Is that what it looks like?

11       A.   It looks like extrusion lines, just

12   exactly what you see on the surface if you took a

13   cross-section of it.  You know what a cross-section

14   is, of course, biology major?

15       Q.   Yes, sir.

16       Q.   So here's the fiber.  You cut it right

17   here.  So if you have extrusion lines here and you

18   look at it on the end, then you can see those

19   extrusion lines.

20       Q.   I understand.  I'm asking about the

21   cross-section.  So let's say --

22       A.   That is the cross-section that I just

23   described to you.

24       Q.   So I'm not sure I understand.  So let me

25   see if you can follow my example.

1          You said you –– well, let's say you

2    chopped down a tree.  And, you know, some people,

3    they can age the tree by counting the lines going

4    towards the middle.  Are you familiar with that?

5          A.    I certainly am.

6          Q.    So if you get a cross-section of Prolene

7    suture, are you going to see those lines going out?

8          A.    No, sir.

9          Q.    What are you going to see?

10          A.    You're going to see solid polymer until

11    you get to the exterior surface where the lines are

12    formed because that's, you could say, imperfections,

13    but you can't have a perfectly smooth surface that

14    the molten polymer is passing through.

15          So as the molten polymer passes through

16    the extruder, the extrusion –– the extruder has the

17    indentations that form these lines in the exterior,

18    not in the interior.  It's not like a tree.  The

19    example does not fit.

20          Q.    So that's ––

21          A.    The tree example does not fit.

22          Q.    So that's really what I'm looking for, is

23    I'm looking for some literature that you can point

24    me to where I can better understand this extrusion

25    process and the presence of these extrusion lines.

1      A.   Well, I suggest that you go look under

2    topic of extrusion and ask these specific questions

3    and see what you find out, and I think that's what

4    you'll find out.

5      Q.   Do you have any peer-reviewed literature

6    to support your opinions in this case?

7      A.   I haven't looked for any peer-reviewed for

8    that, because it's sheer common sense.

9      Q.   Well, there are pressure points on the

10   monofilament as it's extruding, correct?

11     A.   Sure, and it's molten.

12     Q.   And it's molten?

13     A.   Uh-huh (affirmative response).  And as it

14   comes out it cools.

15     Q.   And it would cool from the outside in,

16   correct?

17     A.   That's correct.

18     Q.   So why wouldn't that process create

19   extrusion lines from the outside in?

20     A.   It does.

21     Q.   Are you saying --

22     A.   No, no.  It would on the surface, but it's

23   solid on the -- the extrusion lines are just so

24   deep, sir.  They are taking the shape of the

25   extruder barrel, and the extruder barrel doesn't go

1  all the way into the fiber.  They are taking the

2  depth of the extruder barrel, and that's on the

3  outside and only on the outside.

4      Q.   Just to close the loop on this, if I

5  wanted to find some literature that would support

6  your opinion, how would I find it?

7      A.   I think you would go to a textbook on

8  extrusion, molten polymer extrusion, and take a look

9  at that.  That would probably take you where you

10 wanted to go.

11     Q.   For your opinion in this case, there's no

12 citation to that in your report; is that right?

13     A.   No, sir.  That's correct.

14     Q.   And with respect to the findings of

15 Dr. MacLean, are you aware that he was able to see

16 extrusion lines and he detect oxidized polypropylene

17 in his findings?

18     A.   I don't know what you're talking about,

19 sir.

20     Q.   So are you aware that Dunn and Guelcher

21 were also able to oxidize Prolene and see extrusion

22 lines on the polymers that they looked at as well?

23         **MR. HUTCHINSON:**  Objection.  Scope.

24         **THE WITNESS:**  I don't know what you're

25     getting at.  I have no idea what you're

1    talking about.

2  **BY MR. BOWMAN:**

3       Q.   I'm trying to find support for the

4  opinion, Doctor, that the presence of the extrusion

5  lines ––

6       A.   I've told you all I have for you, sir.

7            **MR. BOWMAN:**  Well, then that's all I

8       have.

9                     **EXAMINATION**

10  **BY MR. HUTCHINSON:**

11      Q.   Dr. Thames, Chad Hutchinson, counsel for

12  Ethicon and Johnson & Johnson.  I have a couple of

13  follow-up questions.

14           You were asked about peer-reviewed

15  literature that supports your opinions that the

16  clear flakes shown in figure 13 are protein and not

17  oxidized Prolene.  Do you remember that line of

18  questioning?

19      A.   I do.

20      Q.   Did you cite any peer-reviewed literature

21  in your general report?

22      A.   Yes, sir.

23      Q.   And does the literature you cite suggest

24  that proteins adhere to a foreign body inplant?

25      A.   Absolutely.

1      Q.    Does the literature you cite suggest that

2  proteins occur -- the protein adherence occurs

3  immediately?

4      A.    Yes.

5      Q.    Does the literature you cite suggest that

6  formaldehyde and protein cross-link to create a new

7  polymer?

8      A.    Yes.

9      Q.    And does the literature you cite suggest

10  that that reaction has been known since 1949?

11      A.    Yes.

12      Q.    Does the literature you cite suggest that

13  that reaction is basic chemistry?

14      A.    Yes.

15      Q.    Did Mary Shelton's explant have tissue on

16  it when it was taken out of her body?

17      A.    Yes.

18      Q.    Is tissue comprised of proteins?

19      A.    Yes, sir.

20      Q.    Was Mary Shelton's explant then exposed to

21  formaldehyde?

22      A.    Yes.

23      Q.    Are the light microscopy photographs that

24  we see in figure 13 examples of what is discussed

25  and supported by the peer-reviewed literature?

ROUGH DRAFT – SHELBY THAMES – SHELTON CASE
35

1      A.   Yes.

2           **MR. HUTCHINSON:**   I don't have any

3      further questions.   Thank you.

4                    FURTHER EXAMINATION

5      **BY MR. BOWMAN:**

6      Q.   I do have a quick follow-up.

7           With respect to the peer-reviewed

8 literature that you cite, Doctor, is there any that

9 you cite with respect to the cross-linking of

10 protein and formaldehyde after it is explanted from

11 the human body, does that literature cite what

12 happens when Prolene explants are excised from the

13 human body and then placed in formalin?

14      A.   The literature doesn't speak specifically

15 to Prolene explants.   The literature speaks to the

16 general science that formaldehyde and proteins will

17 react to form a composite.   It doesn't matter what's

18 present, whether it's Prolene, whether it's a steel

19 pipe or what.

20           If you have proteins in the presence of

21 formaldehyde, it's going to form a composit.   It's

22 well-known basic science over 60 years.   It's been

23 known for more than 60 years.

24      Q.   Does any of the peer-reviewed literature

25 discuss Prolene or Prolene mesh specific?

1          **MR. HUTCHINSON:**  Are you talking --

2          **THE WITNESS:**  What does your question

3     mean?

4  **BY MR. BOWMAN:**

5     Q.  My question is the peer-reviewed

6  literature on the cross-linking of proteins and

7  formalin.

8     A.  Yes, --

9     Q.  Does it --

10    A.  There is peer-reviewed literature for

11 that.  It was known in 1949.  It's been printed and

12 published since 1949.

13    Q.  I understand.  The question I'm asking is

14 if the literature references Prolene or Prolene mesh

15 at all?

16    A.  What do you mean references it?

17    Q.  It's in reference -- the literature, does

18 it reference Prolene and Prolene mesh specifically?

19         **MR. HUTCHINSON:**  You're talking about

20    the literature in general?

21         **MR. BOWMAN:**  I'm talking about the

22    literature that he is using to back his

23    opinion up about this proteinaceous

24    composite.

25         **THE WITNESS:**  I haven't looked for a

1    specific reference to that.  I think most

2    people have missed that in this.  They have

3    not recognized that science.  This composite

4    Prolene –– excuse me –– protein-formaldehyde

5    composite will form around anything.  It will

6    form flat.  It will form around a fiber.  If

7    something were square, it would form around

8    it.

9         It is a general chemical reaction that

10   takes place.  And if it happens to be proteins

11   around Prolene, if you put it in formaldehyde,

12   it's going to form.  That's the best I can do

13   for you, sir.  That is the best.  I've stated

14   that over and over today numerous times.

15        **MR. BOWMAN:**  I have nothing further.

16             **(CONCLUDED AT 10:59 A.M.)**

17

18

19

20

21

22

23

24

25