Exhibit T

82 1634   **ETHICON**   cc:  Mr. E. Block
         INC.                to
                             Dr. B. Schwartz
    SOMERVILLE • NEW JERSEY  Dr. E. Borysko
         June 15, 1982       Mr. P. K. Hopper
                             Dr. R. Kronenthal
                                to
**To:** Dr. A. J. Melveger   Dr. A. J. Levy
                             Mr. P. T. Makris
                             Dr. J. McDivitt
                             RDCF

**Subject:** CRACK DEPTH IN EXPLANTED
PROLENE* POLYPROPYLENE SUTURES
------------------------------

A study was carried out of all available SEM photographs of explanted PROLENE sutures, to determine best estimates for the penetration depth of surface cracks. The micrographs were taken in 1981; the explants themselves are no longer available. SEM photographs examined were as follows:

| Photo # | Date | Source of PROLENE Explants |
|---|---|---|
| 5853-5874 | 7/27/81 | ERF #81-266, sizes 4-0 and 5-0, cardiovascular implants, 5 and 7½ years implantation time. |
| 5627-5641 | 3/2/81 | R. C. Drews, M.D. Size 10-0. |
| 5767-5789 | 6/18/81 | Ophthalmic implants, 2 months through 4½ years implantation time. |

The 10-0 sutures showed surface cracks after 1-2 years implantation; the larger sutures after 7½ years but not at 5 (although cracks could be induced by abrasion on the 5 year explant, as previously reported by Dr. Borysko). Of those micrographs exhibiting surface cracks, three showed a clear, edge-on view of the cracked surface layer, permitting an accurate measurement of crack depth. Seven micrographs showed oblique views of cracks, from which only an estimate (± 50%) of depth could be obtained. The data from all ten micrographs are shown in Table I.

The 10-0 sutures have crack depths of 0.5 to 2 µm; the suture diameter is 25 µm. Crack depth does not vary systematically with implantation time; it does vary significantly from point to point along the fiber length in both the 10-0 and the 4-0 sutures.

Anthony C. Lunn, Ph.D.

ETHICON, INC.
JUN 25 1982
RD-Central File

vll

Attachment

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831405

## TABLE I

### Crack Depth in PROLENE Explants

| Explant Specimen | Suture Size | In vivo Time Yr | SEM Photo # | Magnif. | Crack depth µm |
|---|---|---|---|---|---|
| ERF #81-266 (cardiovascular) | 4-0 | $7\frac{1}{2}$ | 5872 | 2000 X | 4.5* |
|  |  |  | 5873 | 2000 X | 4 * |
|  |  |  | 5874 A/B | 2000 X | 2-4* |
| From Dr. R. C. Drews: |  |  |  |  |  |
| A. Belikopitsky | 10-0 | 2 | 5769 | 1000 X | 1-1.5+ |
| E. Lucksinger | 10-0 | 3 | 5783 | ~1700 X | 1 + |
| A. Karchmer | 10-0 | $3\frac{1}{2}$ | 5780 | 1000 X | 1.5+ |
|  |  |  | 5781 | 1000 X | 2 + |
| Baum | 10-0 | $4\frac{1}{2}$ | 5633 | 2000 X | 0.5-0.8+ |
|  |  |  | 5637 | 2000 X | 0.5-0.8+ |
|  |  |  | 5641 | 1000 X | 2 + |

\* Edge-on view of cracks
+ Oblique view of cracks

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831406