# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION
TESTIMONY OF ROBERT D. MOORE, D.O. APPLIES\***

1.  *Carreen Schroeder, et al. v. Ethicon, Inc. et al.*, Civil Action No. 2:12-cv-01327 (TVT-O)

\* Defendants reserve the right to supplement this list should any plaintiff designate
Dr. Moore as a general-causation expert in MDL Wave 2.

012177\004186\2737502.1