# EXHIBIT A

2

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF BRIAN RAYBON, M.D. APPLIES*

1. *Judith Mary Kowalski v. Ethicon, Inc.*, Civil Action No. 2:12-cv-01323 (Prolift; TVT-O**)

\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Raybon as a general-causation expert in MDL Wave 2.

\*\* Dr. Raybon does not offer any opinions about the TVT-O product. To the extent that this plaintiff alleges harm caused by the TVT-O, Dr. Raybon's opinions here do not apply.