**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR  Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY    MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 2 CASES LISTED IN
EXHIBIT A        JOSEPH R. GOODWIN U.S. DISTRICT
              JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
THOMAS C. WRIGHT, M.D. FOR WAVE 2**</u>

   Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Thomas C. Wright for Ethicon Wave 1, Dkt. 1986 (motion), 1988

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Thomas C.

Wright's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 2 cases identified in Exhibit A attached hereto.

Dated: July 21, 2016     Respectfully submitted,

          /s/  D. Renee Baggett
          Bryan F. Aylstock, Esq.
          Renee Baggett, Esq.
          Aylstock, Witkin, Kreis and Overholtz, PLC
          17 East Main Street, Suite 200
          Pensacola, Florida  32563
          (850) 202-1010
          (850) 916-7449 (fax)
          E-mail:  rbaggett@awkolaw.com


          /s/ Thomas P. Cartmell
          THOMAS P. CARTMELL
          Wagstaff & Cartmell LLP
          4740 Grand Avenue, Suite 300
          Kansas City, MO 64112
          816-701-1102
          Fax 816-531-2372
          tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Majors, Jennifer | 2:12-cv-01523 |
| Allen, Diana | 2:12-cv-01676 |
| Johnson, Cynthia | 2:12-cv-01704 |
| Swanson, Karen | 2:12-cv-01709 |
| Gibson, Susan | 2:12-cv-01740 |
| Chrysler, Marion | 2:12-cv-02060 |
| Minogue, Bridgette | 2:12-cv-02112 |
| Bihlmeyer, Donna | 2:12-cv-02159 |
| Martin, Patricia | 2:12-cv-02185 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com