IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JERRY BLAIVAS, M.D. FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert motion filed against Dr. Jerry Blaivas for Ethicon Wave 1, Dkt. 2038 (motion), 2040 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Jerry Blaivas's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 2 cases identified in Exhibit A attached hereto.

1

Dated: July 21, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Christy D. Jones*
　　　　　　　　　　　　　　　　　　Christy D. Jones
　　　　　　　　　　　　　　　　　　Butler Snow LLP
　　　　　　　　　　　　　　　　　　1020 Highland Colony Parkway
　　　　　　　　　　　　　　　　　　Suite 1400 (39157)
　　　　　　　　　　　　　　　　　　P.O. Box 6010
　　　　　　　　　　　　　　　　　　Ridgeland, MS 39158-6010
　　　　　　　　　　　　　　　　　　(601) 985-4523
　　　　　　　　　　　　　　　　　　christy.jones@butlersnow.com

　　　　　　　　　　　　　　　　　　*/s/ David B. Thomas*
　　　　　　　　　　　　　　　　　　David B. Thomas (W.Va. Bar #3731)
　　　　　　　　　　　　　　　　　　Thomas Combs & Spann PLLC
　　　　　　　　　　　　　　　　　　300 Summers Street
　　　　　　　　　　　　　　　　　　Suite 1380 (25301)
　　　　　　　　　　　　　　　　　　P.O. Box 3824
　　　　　　　　　　　　　　　　　　Charleston, WV 25338
　　　　　　　　　　　　　　　　　　(304) 414-1807
　　　　　　　　　　　　　　　　　　dthomas@tcspllc.com


　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Elaine Anderson v. Ethicon, Inc., et al. | 2:12-cv-02134 |
| Pamela & Houston Bailey v. Ethicon, Inc., et al. | 2:12-cv-01700 |
| Gavie & Kenneth Beard v. Ethicon, Inc., et al. | 2:12-cv-02025 |
| Margaret Carroll v. Ethicon, Inc., et al. | 2:12-cv-02026 |
| Tamara & David Carter v. Ethicon, Inc., et al. | 2:12-cv-01661 |
| Joyce Cedeno v. Ethicon, Inc., et al. | 2:12-cv-01701 |
| Alvette Chase v. Ethicon, Inc., et al. | 2:12-cv-01533 |
| Reba & Jack Crabtree v. Ethicon, Inc., et al. | 2:12-cv-02135 |
| Rhondi Espinoza v. Ethicon, Inc., et al. | 2:12-cv-01517 |
| Alina & Christopher Fitzgerald v. Ethicon, Inc., et al. | 2:12-cv-01371 |
| Jean E. Fleck v. Ethicon, Inc., et al. | 2:12-cv-01681 |
| Susan & Michael Gibson v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01740 |
| Myra Heuer v. Ethicon, Inc., et al. | 2:12-cv-01796 |
| Lynn & Gregory Hines v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01331 |
| Susan & Christopher Hoch v. Ethicon, Inc., et al. | 2:12-cv-01703 |
| Cynthia & Robert Johnson v. Ethicon, Inc., et al. | 2:12-cv-01704 |
| Corrie Ann & Ronson Lambert v. Ethicon, Inc., et al. | 2:12-cv-02183 |
| Marlene Lewis v. Ethicon, Inc., et al. | 2:12-cv-02139 |
| Patricia & Carl Lindberg v. Ethicon, Inc., et al. | 2:12-cv-01637 |
| Jennifer A. & Jonathan S. Majors v. Ethicon, Inc., et al. | 2:12-cv-01523 |
| Kristy & John E., III Manor v. Ethicon, Inc., et al. | 2:12-cv-02137 |

| | |
|---|---|
| Patricia & Dennis, Sr. Martin v. Ethicon, Inc., et al. | 2:12-cv-02185 |
| Maria & Thomas McDonald v. Ethicon, Inc., et al. | 2:12-cv-01366 |
| Laritza & John Messina v. Ethicon, Inc., et al. | 2:12-cv-02140 |
| Linda & Steve Meyer v. Ethicon, Inc., et al. | 2:12-cv-01705 |
| Rose Miller v. Ethicon, Inc., et al. | 2:12-cv-02187 |
| Laura Morrison v. Ethicon, Inc., et al. | 2:12-cv-02141 |
| Marilyn & Scott Muir v. Ethicon, Inc., et al. | 2:12-cv-01706 |
| Belinda Parker v. Ethicon, Inc., et al. | 2:12-cv-01710 |
| Tracy & Kevin Peterson v. Ethicon, Inc., et al. | 2:12-cv-02030 |
| Ramona Phillips v. Ethicon, Inc., et al. | 2:12-cv-02143 |
| Laura & Mike Pieper v. Ethicon, Inc., et al. | 2:12-cv-02189 |
| Laura & Donald Pippin v. Ethicon, Inc., et al. | 2:12-cv-02152 |
| Michelle Pitts v. Ethicon, Inc., et al. | 2:12-cv-02144 |
| Hope & James Pridmore v. Ethicon, Inc., et al. | 2:12-cv-02190 |
| Katherine Rasos v. Ethicon, Inc., et al. | 2:12-cv-01599 |
| Janice Shennum v. Ethicon, Inc., et al. | 2:12-cv-01708 |
| Loretta & Jimmy Sidwell v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01737 |
| Sebrina & Eric Slade v. Ethicon, Inc., et al. (Stayed) | 2:12-cv-01753 |
| Nancy & Leon, Sr. Smallwood v. Ethicon, Inc., et al. | 2:12-cv-01662 |
| Karen & Thomas Swanson v. Ethicon, Inc., et al. | 2:12-cv-01709 |
| Maritza Valle v. Ethicon, Inc., et al. | 2:12-cv-01368 |

31899880v1