# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY      MDL 2327
LITIGATION

-------------------------------------------------------
ETHICON WAVE 2 CASES LISTED IN
EXHIBIT A      JOSEPH R. GOODWIN U.S. DISTRICT JUDGE

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF MICHAEL KARRAM, M.D. FOR WAVE 2

Plaintiffs hereby withdraw their Notice of Adoption of Prior *Daubert* Motion of Michael Karram, M.D., (Dkt. 2410) filed on July 21, 2016. Plaintiffs' counsel has filed an updated *Daubert* Motion against Dr. Karram. Therefore, the notice of adoption is no longer necessary.

Dated: July 25, 2016

    Respectfully submitted,

    /s/ Bryan F. Aylstock
    Bryan F. Aylstock, Esq.
    Renee Baggett, Esq.
    Aylstock, Witkin, Kreis and Overholtz, PLC
    17 East Main Street, Suite 200
    Pensacola, Florida 32563
    (850) 202-1010
    (850) 916-7449 (fax)
    baylstock@awkolaw.com
    rbaggett@awkolaw.com

    /s/Thomas P. Cartmell
    Thomas P. Cartmell, Esq.
    Jeffrey M. Kuntz, Esp.
    Wagstaff & Cartmell LLP
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
    816-701-1102
    Fax 816-531-2372
    tcartmell@wcllp.com
    jkuntz@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on July 25, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ Bryan F. Aylstock
Attorney for Plaintiffs