IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

### JOINT MOTION TO DISMISS DEFENDANT
### C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com

*Attorney for Defendant C.R. Bard, Inc.*

1

/s/ Matthew J. Skikos
Steven J. Skikos (CA Bar No. 148110)
Matthew J. Skikos (CA Bar No. 269765)
Melissa E. Mielke (CA Bar No. 284560)
SKIKOS CRAWFORD SKIKOS & JOSEPH
One Sansome Street, Suite 2830
San Francisco, CA 94104
Phone (415) 546-7300
Fax (415) 546-7301
Email: mskikos@skikos.com

*Attorneys for Plaintiffs on Exhibit A*


/s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
THE NATIONS LAW FIRM
3131 Briarpark Dr., Suite 208
Houston, TX 77042
Phone: (713) 807-8400
Fax: (713) 807-8423

*Attorney for Plaintiffs on Exhibit B*



Dated: July 27, 2016

## EXHIBIT A – SKIKOS CRAWFORD SKIKOS & JOSEPH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05946 | Palmina Hill, et al. v. C.R. Bard, Inc., et al. |

## EXHIBIT B – THE NATIONS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-01212 | Sandra Consuelo Rodriguez v. C.R. Bard, Inc., et al. |
| 2:14-cv-09499 | Shawn Rhea Heysham, et al. v. C.R. Bard, Inc., et al. |
| 2:14-cv-09522 | Ameenah Abdulla, et al. v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

<div style="margin-left:3em;">

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

</div>