IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------------ MDL No. 2327

THIS DOCUMENT RELATES TO:
All Wave II TVT-O Cases

## PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF MAREENI STANISLAUS, M.D.

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Mareeni Stanislaus, M.D.

This 28th Day of July, 2016      By:    /s/ Edward A. Wallace
                                        Edward A. Wallace
                                        Mark Miller
                                        Timothy E. Jackson
                                        Wexler Wallace
                                        55 W. Monroe St. Ste. 3300
                                        Chicago, IL 60603
                                        Phone: (312) 346-2222
                                        eaw@wexlerwallace.com
                                        mrm@wexlerwallace.com
                                        tej@wexlerwallace.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

      By:    /s/  Edward A. Wallace