Exhibit B

## MAREENI THERESE AMIRTHANAYAGAM STANISLAUS

| | | |
|---|---|---|
| HOME ADDRESS | ███████████ | |
| DATE OF BIRTH SSN | ███████████ | |
| EDUCATION | 1988 | BS and AB degrees Stanford University |
| | 1992 | MD University of California, San Diego |
| POSTGRADUATE TRAINING | 1992-1993 | Intern, Department of OB/GYN Hospital of the University of Pennsylvania-School of Medicine, Philadelphia, PA |
| | 1993-1996 | Resident, Department of OB/GYN Hospital of the University of Pennsylvania School of Medicine, Philadelphia, PA |
| FACULTY APPOINTMENTS | 1993-1996 | Assistant Instructor, Dept of OB/GYN, University of Pennsylvania School of Medicine, Philadelphia, PA |
| | 2014-present | UC Davis Clinical Instructor |

LICENSURE                         CA Medical License G82207
                                  DEA BX4507539

BOARD CERTIFICATION               ABOG

HOSPITAL AFFILIATIONS             Twin Cities Community Hospital, Templeton, CA
                                  Mee Memorial Medical Center, King City, CA
                                  Sierra Vista Regional Medical Center, San Luis Obispo, CA
                                  Marian Regional Medical Center, Santa Maria, CA
                                  French Hospital Medical Center, San Luis Obispo, CA

WORK EXPERIENCE
10/2014-present                   Pacific Central Coast Health Centers
                                  350 Posada Lane
                                  Templeton, CA  93465

| | |
|---|---|
| 05/02-10/14 | Central Coast Obstetrics and Gynecology<br>Templeton, CA  93465 |
| 08/98-05/02 | Mission Medical Associates<br>San Luis Obispo, CA |
| 08/96-08/98 | San Luis Medical Clinic<br>San Luis Obispo, CA |