**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO Wave 2 Cases | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE GENERAL OPINION TESTIMONY OF LARRY T. SIRLS, II, M.D.**

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs, will and do move this Court for an order granting their request to exclude the testimony of Larry T. Sirls, II, M.D., ("Dr. Sirls") in the above-captioned matters.  Plaintiffs seek to exclude the testimony of Dr. Sirls as set forth in full in the Memorandum in Support of Plaintiffs' Motion to Exclude the Testimony of [Dr. Sirls] ("Memorandum") filed contemporaneously with this Motion, along with the exhibits attached thereto.

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date:   July 29, 2016

By:     /s/ Fidelma L. Fitzpatrick
        Fidelma L. Fitzpatrick
        Motley Rice LLC
        321 South Main Street

Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Fidelma  L. Fitzpatrick
Fidelma L. Fitzpatrick
Fred Thompson
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Counsel for Plaintiffs