# APPENDIX A

A. Expert Report of Larry T. Sirls, II, M.D., FACS
B. Deposition Transcript of Larry T. Sirls, II, M.D., FACS
C. Curriculum Vitae of Larry T. Sirls, II, M.D., FACS