# EXHIBIT B

Larry T. Sirls, II, M.D.

1                 UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

3                               Master File No.

                                2:12-MD-02327

4

     IN RE:  ETHICON, INC., PELVIC

5    REPAIR SYSTEM PRODUCTS              MDL 2327

     LIABILITY LITIGATION            JOSEPH R. GOODWIN

6                                    U.S. DISTRICT JUDGE

     _____

7

8

9

10        The deposition of LARRY T. SIRLS, II, M.D.,

11        Taken at 41000 Woodward Avenue, Suite 200 East,

12        Bloomfield Hills, Michigan,

13        Commencing at 9:33 a.m.,

14        Thursday, July 21, 2016,

15        Before Cheryl McDowell, CSR-2662, RPR.

16

17

18

19

20

21

22

23

24

Larry T. Sirls, II, M.D.

```
1    A.    Clinician, medical doctor, academician.

2    Q.    Okay.  And it's based largely on your clinical

3          experience, correct?

4    A.    Clinical experience, literature, discussions with

5          friends, colleagues, meetings, et cetera.

6    Q.    And you're not holding yourself out as an expert

7          with regard to the material science of

8          polypropylene, correct?

9    A.    I have done a lot of literature review on the

10         material science.  It's very important in my

11         practice because I use these materials, and I would

12         say that I am a clinical expert in the use of these

13         materials, their outcomes, their complications,

14         et cetera.

15   Q.    Okay.  Now, you gave a deposition before, correct?

16   A.    Yes.

17   Q.    And have you reviewed that deposition in preparation

18         for your deposition here today?

19   A.    No.

20               MS. FITZPATRICK:  Okay.  So why don't we

21         go ahead and mark this as Exhibit 9.

22               (Sirls TVT-9 marked and attached.)

23   BY MS. FITZPATRICK:

24   Q.    Go ahead and take a look at that, Doctor.  I'd like
```

Larry T. Sirls, II, M.D.

1    Q.    Okay.  But I'm not asking you whether you're an

2          expert in the use of the products and whether you're

3          an expert in the clinical outcomes and implanting

4          them in women.

5                    Maybe let me ask you this.  How many

6          different kinds of polypropylene are there in the

7          world?

8    A.    So polypropylene is a polymer that I want to make

9          sure I understand your question.

10                   Do you mean how many makers are there?

11   Q.    How many different types?

12   A.    I don't understand your question.

13   Q.    Do you know that there's different grades of

14         polypropylene?

15   A.    What do you mean by different grades?

16   Q.    This is what I'm actually trying to get at.  It

17         seems to me from your expert report that you are an

18         expert sitting here to tell me about the clinical

19         implications and uses of polypropylene mesh

20         products, particularly the TVT and the TVT-O, in

21         women.  That's what I got from your expert report,

22         okay?

23                   What I'm trying to get at is whether you

24         are also an expert on the chemical and physical

Larry T. Sirls, II, M.D.

```
 1          properties of polypropylene, polypropylene material

 2          generally, not in a clinical setting, but just

 3          there's people who specialize in polymers and

 4          plastics.

 5                      Are you one of those people?

 6    A.    I don't specialize in polymers and plastics.

 7    Q.    Okay.

 8    A.    But I'm informed and educated about many of these

 9          issues with polypropylene materials.

10    Q.    Okay.  Great.  Tell me about the different grades of

11          polypropylene.

12    A.    What I can tell you is that prolene mesh is

13          different than polypropylene because it's treated,

14          right, with antioxidants.

15    Q.    And what are those antioxidants?

16    A.    Santanox and DTL-DP.

17    Q.    And tell me how a manufacturer decides what

18          concentration of antioxidants should be used in a

19          particular polypropylene product.

20    A.    I don't know that.

21    Q.    Okay.  Tell me the difference between the

22          polypropylene that is used for an Ethicon product

23          versus a polypropylene that is used for a Boston

24          Scientific product.
```

Larry T. Sirls, II, M.D.

```
 1    A.   I don't know that.

 2    Q.   Tell me the difference between the polypropylene

 3         that's used for an Ethicon product versus an

 4         American Medical Systems product.

 5    A.   So beyond the weaving, pore size, mesh weight.

 6    Q.   So I'm talking about the actual polypropylene.

 7    A.   I don't know.

 8    Q.   Okay.  Do you know whether all mid-urethral slings

 9         that are on the market are made with the same base

10         polypropylene?

11    A.   I don't.

12    Q.   Do you know whether all mid-urethral slings that are

13         on the market have the same weave and pore size?

14    A.   They do not.

15    Q.   Okay.  What's different between the weave and pore

16         size between the Ethicon TVT and TVT-O and the

17         Boston Scientific mid-urethral slings?

18    A.   The pore size of Ethicon is about thirteen hundred

19         microns.  For Boston Scientific it's about a

20         thousand microns.  The grams per meter squared for

21         Ethicon is about a hundred.  Boston Scientific I

22         think is about eighty-five.

23    Q.   Okay.  Now, give it to me for the AMS products.

24    A.   I don't know AMS.
```

Larry T. Sirls, II, M.D.

1            I'm asking you from the purely science

2        background, are you the guy to talk to me about the

3        properties of polypropylene?

4    A.  So there are different levels of properties of

5        polypropylene.  I'm not trying to be difficult,

6        but --

7    Q.  You're not going to make your surgery and I'm going

8        to be on my 10:30 flight if we keep going.

9            You're here to talk about the clinical

10       use of TVT and TVT-O and its clinical outcomes,

11       correct?

12   A.  That's one of the things I talk about, but I'm

13       familiar with the properties of mesh.  I've read

14       quite a bit on this.

15   Q.  We'll spend a lot of time on this then.  I thought I

16       was going to get you to agree and we would move on,

17       but we'll spend all the time.

18           Talk to me about where Ethicon gets its

19       polypropylene.

20   A.  From I believe it's a company called Sunoco.

21   Q.  And what is the -- how does it get to Ethicon?

22   A.  I don't know.

23   Q.  Okay.  And how does Ethicon treat that

24       polypropylene?

Larry T. Sirls, II, M.D.

1    A.    To make it prolene?  So they have five different

2          materials, and the two of them are antioxidants that

3          I've mentioned to you.

4                    The other three are materials that are

5          not antioxidants.  And I don't recall their name,

6          but I'm glad -- I have it in my list of materials

7          that I rely on.  I'm glad to look at that.

8    Q.    So tell me, if I am a medical device manufacturer

9          looking to make a polypropylene product, what

10         polypropylene pellets should I choose and why?

11   A.    I don't know that answer.

12   Q.    Okay.  If I'm a polypropylene -- if I'm a medical

13         device manufacturer looking to make a polypropylene

14         product, what antioxidants should I choose and why?

15   A.    Well, I've mentioned the antioxidants that they do

16         use.

17   Q.    Okay.  I'm asking you, I'm a medical device

18         manufacturer.  I'm looking for someone with

19         expertise in material science and polypropylene to

20         help me make a mesh device.  You're holding yourself

21         out as such an expert.

22                   I'm asking you what is it, what are the

23         polypropylene -- the antioxidants that I should be

24         looking to add to my mesh devices?

Larry T. Sirls, II, M.D.

```
 1   A.   So those things I do not know.

 2   Q.   Okay.  Can you tell me what concentration of

 3        antioxidants a medical device manufacturer should

 4        add to polypropylene?

 5   A.   No, I don't know that.

 6   Q.   Can you tell me how a manufacturer should weave its

 7        product?

 8   A.   So the weave is critical, and there are different

 9        ways of doing that.

10             With regard to pore size?

11   Q.   With regard to the whole thing.  I mean, it sounds

12        to me like you know from reading Ethicon's internal

13        documents or whatever else you have that you know

14        some of what Ethicon has used, but you don't know

15        what went into the process to make those choices.

16             Would that be correct?

17   A.   Some of that information I know and some of it I do

18        not know, correct.

19   Q.   Okay.  And that's because you're here to talk to me

20        as a medical physician about the clinical outcomes

21        from the TVT and the TVT-O devices, correct?

22   A.   So I'm here to talk about the tissue response to the

23        mesh.

24   Q.   That would be a clinical outcome, correct?
```

Larry T. Sirls, II, M.D.

```
 1    A.    There are basic science things on degradation,

 2          et cetera, et cetera, that --

 3    Q.    Have you ever researched degradation yourself?

 4    A.    So I started looking seriously at degradation when I

 5          first heard of it and read everything that I could

 6          on it.

 7    Q.    Okay.

 8    A.    I was exposed to more documents here than those.

 9    Q.    Have you ever done primary research by yourself?

10          Because I'll tell you, I've read lots of these

11          documents too and I've read lots of the medical

12          articles.  I'm asking you whether beyond reading

13          that stuff, have you ever done primary research into

14          the degradation of polypropylene?

15    A.    I'm sorry.  I didn't understand that question.  The

16          answer is no.

17    Q.    Have you ever pulled out a microscope and looked at

18          explanted polypropylene devices and studied them for

19          degradation?

20    A.    I've looked at other people's photos of that, but

21          I've not used a microscope myself.

22    Q.    Okay.  And whose photos have you looked at?

23    A.    I've looked at many, many photos from different

24          authors.  I'm sorry.
```

Larry T. Sirls, II, M.D.

```
 1    BY MS. FITZPATRICK:

 2    Q.   Okay.  Well, you put a lot of emphasis on what your

 3         friends tell you as opposed to the literature and as

 4         opposed to information that a medical device

 5         manufacturer here, Ethicon, has, correct?

 6    A.   I don't agree.  I look at all those things.

 7    Q.   Okay.  So you do consider the literature and you do

 8         consider the company-specific information, what's

 9         available from the company, right?

10    A.   Those are factors in my decision-making.

11    Q.   Okay.  And what information did you receive from

12         Ethicon prior to your use of the TVT-O?

13    A.   Again, I apologize.  I don't recall, but it would

14         have been a similar thing.  It would have been, you

15         know, cadaver lab, slide decks, handout, IFU,

16         et cetera.

17    Q.   Okay.  And you would fully expect that Ethicon would

18         disclose to you the risks it knows are inherent in

19         the TVT-O device and the TVT-O procedure, correct?

20    A.   The things, again, that are unique to the device

21         that are not commonly known that we see with all of

22         our incontinence surgeries.

23    Q.   Okay.  Now, how did you surgically treat SUI before

24         you started using the TVT in 2004 and the TVT-O in
```

Larry T. Sirls, II, M.D.

1    A.    Some, you know, some differences, but --

2    Q.    Well, we will -- I want to look at some of those in

3          a little bit.

4    A.    Okay.

5    Q.    But before we get there, so you do fascial slings.

6                    What retropubic slings do you use?

7    A.    I use the TVT Exact.

8    Q.    And what obturator slings do you use?

9    A.    I use the Abbrevo.

10   Q.    And the Abbrevo is a different or a modified version

11         of the TVT-O, is that right?

12   A.    I look at the Abbrevo as an upgraded product.   When

13         you come out, when you have experience and you have

14         time to reflect and think about the technologies,

15         the next generation is often slightly improved over

16         the first.  So --

17   Q.    Is the Abbrevo an updated improvement over the

18         traditional TVT-O in your opinion?

19   A.    I like the Abbrevo.  It's my sling of choice now for

20         many, many reasons.  In fact, it's my primary sling

21         of choice.  I prefer that over retropubic slings.

22                    But if the Abbrevo were off the market

23         tomorrow and all we had was TVT-O, I would use that.

24   Q.    Okay.  Well, let's say how many sling surgeries do

Larry T. Sirls, II, M.D.

```
 1          you do a year?

 2     A.   I'm not sure.  A hundred.  I don't know.  Two

 3          hundred.  I'm not sure.

 4     Q.   Okay.  Let's try to just break it down.  How many

 5          roughly percentage-wise if you can give me, how many

 6          of the slings that you implant are the Abbrevo?

 7     A.   So my obturator approach, it's about ninety percent

 8          of what I do.

 9     Q.   Okay.  And about how many are the retropubic?

10     A.   The remaining.  Well, maybe nine percent to probably

11          one percent, maybe two percent fascial slings at

12          this time.

13     Q.   Okay.  And you agree with me the fascial sling is

14          within the standard of care even though it's not

15          your preferred surgical intervention, correct?

16     A.   Yes.

17     Q.   All right.  So you offered a report on the TVT-O

18          specifically.

19               What are the differences between the

20          TVT-O and the Abbrevo product that you use?

21     A.   So, first of all, let me just qualify that.  In our

22          field we tend to -- TVT-O has become kind of a very

23          generic term.  So sometimes I'll say TVT-O and what

24          I mean is obturator sling.
```

Larry T. Sirls, II, M.D.

```
 1   Q.   Okay.

 2   A.   Okay.  Just to qualify that.

 3   Q.   Okay.  That's fair enough.

 4             I want to talk very specifically about

 5        not TOT, not the transobturator slings generally but

 6        the Ethicon TVT-O device.

 7   A.   Okay.

 8   Q.   Okay.  So the difference between the Ethicon TVT-O

 9        device and the Ethicon Abbrevo device.

10   A.   Yes.

11   Q.   What are the differences?

12   A.   The differences are first that the Abbrevos or

13        Abbrevos are all laser-cut mesh.

14             That's not as important to me clinically.

15        The most important thing to me clinically is it's a

16        shorter length.

17   Q.   And having a shorter length, it doesn't go as far

18        out into the groin and thigh, correct, as the

19        traditional TVT-O?

20   A.   Correct.

21   Q.   Okay.  And what in your opinion is the advantage of

22        having the shorter length of the Abbrevo versus the

23        TVT-O?

24   A.   That's actually a really important issue, and the
```

Larry T. Sirls, II, M.D.

1        concern is groin pain, and clinically, I see this

2        very infrequently but I still worry about it because

3        this is a quality of life procedure, and I'm trying

4        to make sure my patients are happy when we're done.

5                And although I see, again, I would say

6        extremely infrequent groin pain that lasts more than

7        a few weeks, if I can try and minimize that by

8        having a mesh band that does not go through the

9        adductor muscle group, then that's intuitive to me.

10   Q.   Do you believe that the -- so your primary reason is

11        you believe that there's a decrease in the chance of

12        a long-term groin pain in a woman.

13                Is that sort of my layperson's

14        interpretation of what you're saying?

15   A.   So it was really an intellectual decision because

16        clinically I was not seeing problems with groin

17        pain.  I mean, it was very, very infrequent.  We

18        talk about it in the literature, we see it in

19        conferences, and it had my attention.  The numbers

20        are very low, but I worry about it.  You worry.

21        That's what I do.

22                So when the shorter mesh came out, I

23        looked at it, I said this is logical.  Maybe if I

24        have one patient in a thousand who has that

Larry T. Sirls, II, M.D.

```
 1        complication and I can prevent that one patient in a

 2        thousand from having it, I'd like to do that.

 3   Q.   Okay.  And is there anything else that recommends

 4        the Abbrevo over the TVT-O device to you?

 5   A.   No.

 6   Q.   Okay.  Do you even implant the TVT-O at all, or do

 7        you just use the Abbrevo at this point?

 8   A.   At this point I use the Abbrevo.  If we don't have

 9        it, I'll use a TVT-O.

10   Q.   Okay.  And when did you change from the TVT-O to the

11        Abbrevo?

12   A.   I'm sorry.  I'm not sure.  A few years ago, a couple

13        few years ago.

14   Q.   Okay.  Now, so a woman comes in to see you and she

15        needs a surgical intervention for stress urinary

16        incontinence.  You offer her three potential

17        procedures, the Abbrevo, the TVT Exact, and the

18        fascial sling.

19               Those are your three options, is that

20        right?

21   A.   Well, there's another surgical option that's

22        periurethral injection.

23               But we're -- I'm assuming that we're

24        talking about a patient with simple, straightforward
```

Larry T. Sirls, II, M.D.

```
 1        stress incontinence, and if that's the case, those

 2        are the three procedures we discuss.

 3   Q.   Okay.  And why do you use the TVT Exact over just

 4        the TVT-O?

 5   A.   There's two scenarios where I might do that.  Number

 6        one is if the patient has had a prior mid-urethral

 7        sling, there's some data, not great data, but

 8        there's some data that argues that a retropubic

 9        vector improves overcomes over the obturator vector

10        in that specific subgroup.

11                  The second reason would be if the patient

12        has dyspareunia or pelvic pain, and what I would do

13        in that patient is on exam, I would feel their

14        pelvic floor muscles, and if they have any evidence

15        of pelvic floor muscle pain or discomfort, I would

16        not use an obturator sling in that patient.

17   Q.   Okay.  I think I misspoke.  I was going to ask you

18        that question too, so you already gave me that.

19                  Why would you use a TVT Exact over the

20        TVT-R?

21   A.   I thought you said TVT-O.

22   Q.   I apparently did.  I just misspoke.

23   A.   Okay.

24   Q.   So --
```

Larry T. Sirls, II, M.D.

```
 1   A.   TVT-R.  I like the curve of the trocar and the hand

 2        movement, but that's personal preference.  I've used

 3        them both.

 4                  Some people really like the big trocar.

 5        They feel they can guide it easier and have more

 6        control over it.  I happen to like the other trocar.

 7        It's just personal preference.

 8   Q.   Okay.  And so let's go back to the question that I

 9        asked and you answered.  The primary reason -- I

10        just want to get this in my mind.  A woman comes in

11        to you for a surgical intervention, okay?

12                  Is your -- generally your first

13        recommendation that they have the Abbrevo sling, and

14        you only go to the TVT Exact or the fascial sling if

15        there's some kind of reason why you don't think that

16        the Abbrevo is particularly suited for that woman,

17        is that right?

18   A.   Yeah.  There are a few things that I look at, but if

19        there are none of the risk factors that I am

20        considering, my first choice is an inside-out

21        obturator sling which is the Abbrevo.

22   Q.   Okay.  And the risk factors that you discussed were

23        women who already have some type of pelvic floor or

24        pelvic muscle discomfort or dyspareunia, is that
```

Larry T. Sirls, II, M.D.

1      right?

2   A.   Yes.

3   Q.   And is there any other risk factor that you can

4        identify for me that would have you recommend the

5        Exact over the Abbrevo?

6   A.   Yes.  That is in a patient who will have had prior

7        mid-urethral sling, and those patients, again,

8        there's some literature, mostly case series and

9        things, not great, no Level I evidence, that argues

10       that the retropubic vector in those patients may be

11       better than the obturator vector, but studies like

12       that, you know, that are not large they've been

13       proven wrong before.

14              For example, you know, when we looked at

15       the retropubic versus the obturator sling, one of

16       the big issues was if a patient has ISD, if they

17       have severe leakage, is the retropubic sling tighter

18       or not than the obturator, and I have to say I

19       thought that it was, and I was in a group that

20       thought that it was.  There's papers that said it

21       was, some papers said that it wasn't.

22              So when we did our large six hundred

23       patient prospective randomized trial and then we

24       evaluated those patients according to leak point

Larry T. Sirls, II, M.D.

```
1        pressures which is a severity of urethral

2        dysfunction, we found that both slings worked

3        exactly the same.

4                So that was the first really big study to

5        inform us as a field that the obturator sling works

6        as well as the retropubic sling in patients with

7        severe dysfunction, so that's not something that I

8        use.

9                Interestingly, when I go to the meetings,

10       everybody at the meetings will say retropubic slings

11       are tighter, and that's because they're not reading

12       the literature.

13  Q.   Okay.  So I want to go back to my question.

14       Dyspareunia, pelvic floor muscle dysfunction, that's

15       one risk factor that would have you recommend the

16       TVT-R to a small subgroup of your -- subpopulation

17       of your patients, right?

18  A.   So the retropubic sling instead of an obturator?

19  Q.   Right.  Prior mid-urethral sling, you would go to a

20       retropubic over the obturator in that case, correct?

21  A.   For now until that's proven to be wrong.

22  Q.   Okay.  Anything else, any other risk factors that

23       would have you recommend to a woman that she have a

24       retropubic as opposed to an Abbrevo device?
```

Larry T. Sirls, II, M.D.

```
 1   A.   Nothing that I can think of right now.

 2   Q.   Okay.  And then you also do a very small number of

 3        fascial slings, is that correct?

 4   A.   Yes.

 5   Q.   Are those ever -- do you ever recommend a fascial

 6        sling to a patient?

 7   A.   I do.

 8   Q.   Okay.  And in what candidates would you recommend a

 9        fascial sling or a polypropylene mid-urethral sling?

10   A.   So the brilliant thing about the mid-urethral sling

11        is that it's tension free.  That was just a critical

12        advance, and it's changed.  It's been the single

13        most important thing that has improved the side

14        effect profile of these procedures.

15             The fascial slings are placed at the

16        bladder neck, not the mid-urethra, and historically

17        they have been what we call compressive and which

18        means obstructive which means that the patients have

19        higher urgency rates and higher UTI rates, all of

20        which are proven in the literature.

21             So when I have a patient whose urethra is

22        mobile, it's moving, then I can put a mid-urethral

23        sling in them.  The urethra moves, hits the sling,

24        and it works.  Dynamic kinking is what we would call
```

Larry T. Sirls, II, M.D.

1      rates with those.

2   Q.  Do you tell your patients that there's a potential

3      for long-term complications associated with the use

4      of the Exact device?

5   A.  So, again, I tell my patients that we're putting in

6      a permanent material and that there are the

7      complications we've discussed.

8            The long-term complications that I see in

9      my practice are, again, the very, very rare mesh

10     exposure.  Pain is something we see acutely.  I

11     don't see pain change at two and three and four

12     years.

13           We talk about urgency, again, and

14     dyspareunia.  Urgency is probably the most important

15     symptom.  Urgency is associated with all the bad

16     outcomes.

17  Q.  Okay.  Let me talk to you a little bit about

18     something you raised earlier which is laser cut

19     versus mechanically cut.

20           Do you have a preference between

21     laser-cut and mechanical-cut products?

22  A.  Absolutely not.  In fact, I really was not aware

23     that it was such a hot topic until I reviewed these

24     internal documents.  I was not aware of any of that.

Larry T. Sirls, II, M.D.

1    A.   It makes no difference to me.

2    Q.   Has Ethicon ever told you that there are different

3         risk profiles for the TVT mechanical-cut and the TVT

4         laser-cut meshes?

5    A.   So when we were discussing the sling choices when we

6         were going to do our NIH-funded trial, we did

7         discuss that issue, and we felt at that time, all

8         the primary investigators felt that it was not an

9         issue that we needed to -- that would influence our

10        decision.  I don't recall anything from Ethicon.  I

11        recall things at meetings.

12             But most of the stuff that I've seen

13        really comes from these binders because clinically,

14        yeah, the stress incontinence mesh document binders,

15        because clinically, I just, I've used both, and I

16        just don't see any clinical difference.  So in my

17        mind, it's just not important.

18   Q.   Okay.  So prior to working as an expert for Ethicon,

19        looking at these internal Ethicon documents, you

20        were not aware of any internal documents, debate,

21        anything at Ethicon concerning different risk

22        profiles between a laser-cut mesh and mechanical-cut

23        mesh, correct?

24   A.   The only thing I was aware of is what we discussed

Larry T. Sirls, II, M.D.

```
 1       believe that the Instructions For Use that are

 2       provided with the Ethicon products are valuable

 3       tools for physicians, correct?

 4   A.  They're one piece of information that a physician

 5       would consider.

 6   Q.  Okay.  And is it your opinion, Doctor Sirls, that

 7       the TVT IFU prepared by Ethicon prior to 2015 was

 8       adequate to advise physicians on the risks

 9       associated with the TVT device?

10               And, you know, I don't want you guessing

11       blind, so let me go ahead and mark this as

12       Exhibit 11 which is the pre-2015 IFU for the

13       Gynecare TVT.

14               (Sirls TVT-11 marked and attached.)

15               THE WITNESS:  I'm sorry.  What is the

16       question again?

17   BY MS. FITZPATRICK:

18   Q.  Is it your opinion that this IFU for the Gynecare

19       TVT which was prepared by Ethicon prior to 2015 was

20       adequate to advise physicians on the risks

21       associated with the TVT device?

22   A.  So the information that is provided in this IFU is

23       intended to augment the physician's knowledge base,

24       and I think that the four things listed here are
```

Larry T. Sirls, II, M.D.

```
 1         things that are informative.

 2    Q.   Okay.  But I'm asking you a different question, so

 3         let's focus on that.

 4    A.   Okay.

 5    Q.   I'm not asking you whether it's informative.  What

 6         I'm asking you, is it your opinion that this IFU

 7         that predates 2015 for the Gynecare TVT was adequate

 8         to advise physicians of the risks associated with

 9         the TVT device?

10    A.   As a pelvic surgeon, I know all of these things.  So

11         these things, this is adequate for me because my

12         knowledge base augments and supersedes this

13         information.  So I find this to be adequate.

14    Q.   Okay.  Are you speaking only for yourself based on

15         your knowledge base?

16    A.   Myself, my partners, my fellows, my residents.  I

17         mean, those of us who do this know this.

18    Q.   But you realize there's lots of doctors who implant

19         the TVT that go beyond you, your partners, your

20         fellows, and your residents, right?

21    A.   Sure.

22    Q.   A whole lot of doctors around this country who are

23         implanting and have implanted the TVT device into

24         women?
```

Larry T. Sirls, II, M.D.

```
 1    A.    Yes.

 2    Q.    Okay.  Do you believe as a general proposition that

 3          this Gynecare TVT IFU from pre-2015 was adequate to

 4          warn physicians, all the physicians who are

 5          implanting TVT devices into women, of the risks

 6          associated with the TVT device?

 7    A.    Yes.

 8                     MS. FITZPATRICK:  Okay.  And let's take a

 9          look then, we'll mark this as Exhibit 12.

10                     (Sirls TVT-12 marked and attached.)

11    BY MS. FITZPATRICK:

12    Q.    The Gynecare TVT Obturator System Instructions For

13          Use that Ethicon put out prior to 2015.

14                     You've seen this document before, right?

15    A.    Yes.

16    Q.    And is it your opinion, Doctor Sirls, that the TVT

17          IFU prepared by Ethicon prior to 2015 was adequate

18          to advise physicians as a whole on the risks

19          associated with the TVT device?

20    A.    Yes.  It's the same adverse reaction list.

21    Q.    Okay.  Now, I want you to put Exhibits 10, 11, and

22          12 in front of you.

23    A.    Okay.

24    Q.    And we discussed at page eleven of Doctor Schimpf's
```

Larry T. Sirls, II, M.D.

```
 1        that.

 2                    When you look at the risks associated

 3        with the TVT device in the 2015 IFU, do those

 4        contain newly identified risks, that is things that

 5        you and fellow researchers have discovered are risks

 6        associated with the TVT device from the clinical

 7        literature, or are those risks that everybody's

 8        always known anyhow?

 9   A.   Do you mind if I look at them?

10   Q.   Absolutely, please do.

11   A.   The first one, punctures, lacerations, vessels,

12        nerves, et cetera, that's with any surgery that we

13        do.  Transitory local irritation, any surgery that I

14        do.  As with any implant, foreign body response may

15        occur.  Extrusion, erosion, exposure, any surgery

16        that we do.  I would do fascial slings with cadaver

17        fascia or porcine dermis, and I could have exposure.

18        As with all procedures, risk of infection.  Again,

19        that's not limited to these procedures.

20        Overcorrection, that's --

21   Q.   Wait.  You skipped mesh extrusion, exposure, and

22        erosion into the vagina or other structures.

23                    That's unique to mesh?

24   A.   I apologize.  I did skip that, and you're correct.
```

Larry T. Sirls, II, M.D.

1           THE WITNESS:  So my understanding when

2       you look at both federal regulations and guidelines

3       on IFUs, it has to be something that is unique, that

4       is unique to the procedure and not commonly known.

5               And that's kind of where the whole

6       argument is here is that these things are commonly

7       known.  The only thing that is unique here are the

8       ones that specifically deal with mesh.  We know

9       removing it's hard, but mesh exposure is unique to

10      these products, yes.

11  BY MS. FITZPATRICK:

12  Q.  It's not my question.

13  A.  I'm sorry.

14  Q.  Is there any reason based on your medical

15      knowledge and your clinical knowledge, is there

16      any reason why any or all of these adverse

17      reactions that are identified in the 2015 IFU

18      could not have been listed in the pre-2015 IFU?

19      Are these new things that people didn't know about

20      until 2015?

21              MR. KOOPMANN:  Object to form.

22              THE WITNESS:  So I can't really comment

23      on what the people at Ethicon were thinking when

24      they --

Larry T. Sirls, II, M.D.

```
 1        vector can -- the sling may roll if you're not

 2        careful in your tensioning.  So if you put it under

 3        too much tension, it's going to pull, it can pull

 4        proximally.

 5   Q.   Okay.

 6   A.   And I look at that as a technical problem.

 7   Q.   Okay.

 8   A.   Technical placement.

 9   Q.   So it can curl when a physician is off in the art of

10        tensioning, correct?

11   A.   If they put it under too much tension.

12                  No, I think those are two different arts.

13        I can obstruct a patient with a perfectly placed

14        sling that is not curled.  I think that curling is a

15        degree beyond appropriate tensioning.

16                  So obstruction with a nice flat sling is

17        possible.  Curling in my mind typically means it's

18        too tight.

19   Q.   Okay.  So all I had asked you is you agree with me

20        that a TVT or TVT-O device can curl under what you

21        say is when it's too tight, is that right?

22   A.   If it's placed inappropriately, it can curl, sure.

23   Q.   Okay.  And when you say that's inappropriate, would

24        that be malpractice by a surgeon?
```

Larry T. Sirls, II, M.D.

```
 1   A.   I would not think that would be malpractice.

 2   Q.   Okay.  Would it be -- would a physician have fallen

 3        below the standard of care in treating his or her

 4        patient if the TVT or TVT-O device curled in their

 5        patient?

 6   A.   I would not think it's below the standard of care.

 7   Q.   Okay.  And are the TVT-O, TVT or TVT-O devices

 8        intended to fray?

 9   A.   Intended to fray?

10   Q.   Right, designed or intended to fray.

11   A.   So the fraying that we see is primarily from too

12        much tension.  When you look at the amount of force

13        required to denature, change the contour, it's

14        typically over four or five newtons.  So in use in a

15        female body, it should not fray if they're under the

16        correct tension.

17   Q.   Okay.

18   A.   So it's not designed to fray, no.

19   Q.   Okay.  But it can fray according to what you just

20        said if it's not under the correct tension, correct?

21   A.   If you take a sling and you put it under tension,

22        you can change the characteristics of the sling.

23   Q.   Okay.  Including it can fray then, right?

24   A.   Define for me fray.  I want to make sure I
```

Larry T. Sirls, II, M.D.

```
1          understand what you're saying.

2     Q.   Unravel at the edges.

3     A.   Unravel at the edges.  I don't know about unraveling

4          at the edges.  When I see it, you can stretch it out

5          and have a contour like a wasting.

6                    I don't know if that's unraveling at the

7          edges, but I can see a contour change.

8     Q.   Have you seen any internal Ethicon documents

9          documenting that the TVT and TVT-O meshes can fray?

10    A.   I apologize.  I don't recall the term fray.  I'm

11         struggling with that.  I know I've seen a lot of

12         documents on forces applied, stretching, things like

13         that.  And it's typically in, you know, the

14         unrealistic forces.

15    Q.   Okay.  So you don't actually know what fraying is?

16    A.   I just want to make sure that we're speaking the

17         same language.

18    Q.   So you don't know what it is, is that right?

19    A.   Well, fraying I could understand, you know, if my

20         shirt's wearing out, the edge here would fray, I get

21         that, and I see that that's what you're saying about

22         the material now.

23                   But clinically, I don't see fraying

24         because I don't put it under tension.
```

Larry T. Sirls, II, M.D.

 1   Q.   Okay.  I'm asking you a different question, Doctor.

 2        And I think you already gave me this answer, so I'm

 3        not sure whether you're walking the answer back or

 4        whether it's changed.

 5                  I thought that you had told me that the

 6        TVT and TVT-O devices can fray if they're placed

 7        under excessive tension.

 8   A.   And then I want to just understand what you meant

 9        about fraying.  I'm talking about a contour change.

10        It's wide, it gets narrow, it gets wide again.

11   Q.   Okay.

12   A.   I have not looked at those edges with magnification

13        to see if it's unraveling --

14   Q.   Okay.

15   A.   -- which is my interpretation of fraying.

16   Q.   Fair enough.

17                  But that contour change, we'll use the

18        word contour change, can occur.  It's not designed

19        to occur but it can occur with the TVT and TVT-O

20        devices?

21   A.   Any of these meshes if you pull on them hard enough,

22        you're going to potentially damage it.

23   Q.   Are either the TVT or the TVT-O devices designed to

24        release particles?

Larry T. Sirls, II, M.D.

```
 1   Q.   And it was specifically studying the difference not

 2        between the trocar or the different trocars in the

 3        TVT-R or the TVT Exact, but it was instead studying

 4        the difference in the mechanically cut mesh versus

 5        the laser-cut mesh, is that right?

 6   A.   Yes.

 7   Q.   Okay.  Let's go back to these Exhibits 4 and 5, and

 8        I'm going to talk about the internal documents.  I

 9        know there's some publicly available documents in

10        here but specifically the internal documents in

11        there.

12             Were those documents selected for you by

13        Ethicon's lawyers?

14   A.   Yes.

15   Q.   Okay.  Did you specifically ask Ethicon's lawyers

16        for any additional documents from them after they

17        had provided you with the initial set?

18   A.   No.

19   Q.   Okay.  And they were hand-selected by lawyers.

20             Are there any parameters you gave them

21        about what particular kind of documents you wanted

22        to see?

23   A.   I think they were trying to help me understand the

24        thought process that Ethicon was going through when
```

Larry T. Sirls, II, M.D.

```
 1        they were looking at the issues that we're

 2        discussing.

 3                I did not request, I did not lay out

 4        parameters of what I wanted.  I wanted mesh

 5        degradation stuff, and they provided that as well.

 6   Q.   Okay.  But is it fair to say that the internal

 7        company documents that you reviewed are documents

 8        that were selected by lawyers as opposed to

 9        documents that you selected from a bigger body of

10        documents that were available to you?

11   A.   That's not practical really because these are

12        thousands of pages of documents, and I'm not going

13        to review five thousand pages and ask for at least

14        fifteen hundred.  I don't have time to do that.

15   Q.   Okay.

16   A.   So I depended on them.

17   Q.   Okay.  You depended on them to do that for you?

18   A.   Yeah.

19   Q.   Let's talk about some of the complications

20        associated.

21                In your clinical practice, have you

22        treated women who have new onset dyspareunia

23        following the implant of a TVT or TVT-O device?

24   A.   Yes.
```

Larry T. Sirls, II, M.D.

1    Q.    Okay.  In your practice have you treated women for

2          whom the TVT-O or the TVT-R failed and they had

3          recurrent or continued stress urinary incontinence?

4    A.    Yes.

5    Q.    In your practice have you treated women with the TVT

6          or TVT-R who had mesh exposure or erosion into the

7          vagina?

8    A.    Yes.

9    Q.    And in your practice have you treated women who have

10         a TVT-R or TVT-O who have a mesh erosion into the

11         urethra?

12   A.    Yes.

13                    Can I back up?  You're saying either/or?

14   Q.    Either/or, yeah.

15   A.    Yes.

16   Q.    Yeah.

17                    Have you treated women with either a TVT

18         or a TVT-O who had mesh erosion or exposure into the

19         bladder?

20   A.    Yes.

21   Q.    Okay.  Have you had to perform reoperations on women

22         who had a TVT-O or TVT-R procedure?

23   A.    Yes.

24   Q.    Have you ever had to remove a TVT device from a

Larry T. Sirls, II, M.D.

```
 1        woman?

 2   A.   What do you mean by remove?  How much of the device

 3        are we talking about?

 4   Q.   Any portion of the device.

 5   A.   Sure.

 6   Q.   Okay.  And how many surgeries have you performed

 7        where you have removed a portion of a TVT device?

 8   A.   I don't know.

 9             Let me qualify this by saying that at

10        Beaumont, we control this area, and we set up

11        privileges in 2006 limiting who can implant.  So we

12        basically own the area, and we just don't see as

13        much trouble as other people see.

14             I'm going to guess twenty or thirty

15        times.

16   Q.   And that's the TVT or the --

17   A.   That's any TVT, O, R, mesh exposure, urethra,

18        bladder, anything.

19   Q.   Okay.  And those would all be patients in who you

20        have implanted the TVT or someone in your practice

21        has implanted the TVT?

22   A.   Some of them.

23   Q.   Someone in your practice has implanted the TVT or

24        the TVT-O device, is that right?
```

Larry T. Sirls, II, M.D.

1      the adverse reaction section.

2                  Do you recall that?

3   A.   Yes.

4   Q.   Right above the adverse reaction section, there's a

5        section that says warnings and precautions, is that

6        right?

7   A.   Yes.

8   Q.   And if you look at the fifth bullet point from the

9        bottom of that list of warnings and precautions, it

10       says:  Transient leg pain lasting twenty-four to

11       forty-eight hours may occur and can usually be

12       managed with mild analgesics, is that correct?

13  A.   Correct, yes.

14  Q.   And then if you look at the Exhibit 11 which is the

15       TVT IFU, before 2015, you don't see that same

16       notation of transient leg pain, do you?

17  A.   That's correct.

18  Q.   So in that respect, would you agree that these TVT

19       and TVT-O IFUs before 2015 do set forth a different

20       risk profile?

21                  MS. FITZPATRICK:  Objection.

22                  THE WITNESS:  Yeah.  I apologize for

23       that.  I will tell you that the print is so small, I

24       can hardly see it even with my glasses on.