# Exhibit D

**Mareeni Stanislaus M.D. Case Disclosure List:**

*Angela Almedarez v. Ethicon*: 2:12-cv-01329

*Rhondi Espinoza v. Ethicon*: 2:12-cv-01517

*Susan Hoch v. Ethicon*: 2:12-cv-01703