**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT**
**AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-T and defendant American

Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all

claims between them in these actions, including all counterclaims, cross-claims and third party

claims.    Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant

in these actions with prejudice, and terminate AMS from the docket in these actions, parties to

bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to

pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis                              /s/ Erik W. Legg
Barbara R. Binis                                  Erik W. Legg
REED SMITH                                        FARRELL WHITE & LEGG
Three Logan Square, Suite 3100                    P. O. Box 6457
1717 Arch Street                                  Huntington, WV 25772-6457
Philadelphia, PA 19103                            304.522.9100 (phone)
215.851.8100 (phone)                              304.522.9162 (fax)
215.851.1420 (fax)                                EWL@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Jeremy R. Fietz
Jeremy R. Fietz
ADAMS FIETZ
1510 4th Street
Santa Rosa, CA 95404
707.999.9999 (phone)
707.595.4473 (fax)
jeremy@adamsfietz.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Hunter J. Shkolnik
NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES
Suite 7413
350 Fifth Avenue
New York, NY 10118
212.397.1000 (phone)
646.843.7603 (fax)
hunter@napolilaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Andrew J. Cross
Andrew J. Cross
CAREY DANIS & LOWE
Suite 1100
8235 Forsyth Boulevard
St. Louis, MO 63105
314.725.7700 (phone)
314.721.0905 (fax)
across@careydanis.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Jon C. Conlin
Jon C. Colin
CORY WATSON
Suite 200
2131 Magnolia Avenue
Birmingham, AL 35205
205.328.2200 (phone)
205.324.7896 (fax)
TVMInfo@corywatson.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Alex Barlow
Alex Barlow
HEARD ROBINS CLOUD & BLACK
Suite 2200
2000 West Loop South
Houston, TX 77027
713.650.1200 (phone)
713.650.1400 (fax)
barlow@heardrobins.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Brandon H. Steffey
Brandon H. Steffey
JENSEN & ASSOCIATES
1024 North Main Street
Fort Worth, TX 76164
817.334.0762 (phone)
817.334.0110 (fax)
bhs@kjensenlaw.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Andrew J. Fink
Andrew J. Fink
SOLIS LAW FIRM
5310 West Cermak Road
Cicero, IL 60804
708.795.0400 (phone)
708.652.4711 (fax)
transvaginal.mesh.solis@gmail.com
*Attorney for Plaintiffs on Exhibit H*

/s/ Clay Robbins, III
Clay Robbins, III
MAGANA CATHCART & MCCARTHY
Suite 600
1801 Avenue of the Stars
Los Angeles, CA 90067
310.553.6630 (phone)
310.407.2295 (fax)
CR@mcmc-law.com
*Attorney for Plaintiffs on Exhibit I*

/s/ David P. Matthews
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
713.522.5250 (phone)
713.535.7184 (fax)
dmatthews@dmlawfirm.com
*Attorney for Plaintiffs on Exhibit J*

/s/ Alexandra V. Boone
Alexandra V. Boone
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214.987.0005 (phone)
214.987.2545 (fax)
aboone@millerweisbrod.com
*Attorney for Plaintiffs on Exhibit K*

/s/ Merritt E. Cunningham
Merritt E. Cunningham
SMITH STAG
Suite 2800
365 Canal Street
New Orleans, LA 70130
504.593.9600 (phone)
504.593.9601 (fax)
mcunningham@smithstag.com
*Attorney for Plaintiffs on Exhibit L*

/s/ Aaron Clark Johnson
Aaron Clark Johnson
SUMMERS & JOHNSON
717 Thomas Street
Weston, MO 64098
816.640.9940 (phone)
816.386.9927 (fax)
aaron@summersandjohnson.com
*Attorney for Plaintiffs on Exhibit M*

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM
P. O. Box 1138
Portsmouth, VA 23705
757.393.6020 (phone)
757.399.3019 (fax)
will@moodyrrlaw.com
*Attorney for Plaintiffs on Exhibit N*

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Suite 208
3131 Briarpark Drive
Houston, TX 77042-3795
713.807.8400 (phone)
713.807.8423 (fax)
charles@howardnations.com
*Attorney for Plaintiffs on Exhibit O*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit P*

/s/ Norwood S. Wilner
Norwood S. Wilner
THE WILNER FIRM
2nd Floor
444 East Duval Street
Jacksonville, FL 32202
904.446.9817 (phone)
904.446.9825 (fax)
nwilner@wilnerfirm.com
*Attorney for Plaintiffs on Exhibit Q*

/s/ Everette S. Verhine
Everette S. Verhine
VERHINE & VERHINE
1013 Adams Street
Vicksburg, MS 39183
601.636.0791 (phone)
601.636.2718 (fax)
scott@verhine.biz
*Attorney for Plaintiffs on Exhibit R*

/s/ Leslie C. MacLean
Leslie C. MacLean
WATERS & KRAUS
3219 McKinney Avenue
Dallas, TX 75204
214.357.6244 (phone)
214.357.7252 (fax)
lmaclean@waterskraus.com
*Attorney for Plaintiffs on Exhibit S*

/s/ John T. Boundas
John T. Boundas
WILLIAMS KHERKHER HART
BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2200 (phone)
713.643.6226 (fax)
jboundas@williamskherkher.com
*Attorney for Plaintiffs on Exhibit T*

Dated:  August 3, 2016

## EXHIBIT A – ADAMS FIETZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-14647 | April Marie Denson, David Denson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – AYLSTOCK WITKIN KREIS & OVERHOLTZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-07968 | Alice B. Hardwick, George H. Hardwick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09125 | Sandra C. Renteria v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09141 | Cynthia Ann Simpson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-16124 | Wilma S. Bustillos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-07808 | Geri Crotwell, Carl Crotwell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – CAREY DANIS & LOWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-29895 | Diane Pyser v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – CORY WATSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-13960 | Else Brickhaus, Richard Brickhaus v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – HEARD ROBINS CLOUD & BLACK

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-24981 | Hallie Schmidt Ketchum, James Ketchum v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-28115 | Clova Watt, Jerry Watt, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-17665 | Angelina Duke v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-20300 | Omega Blankenship v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-21438 | Kimberly Nightingale, Terry Nightingale v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-22466 | Rosemary Pitra v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-27908 | Sandra Myers, Frederick Myers v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – JENSEN & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-17388 | Veronica Santillan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT H – SOLIS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16436 | Jean Savov, Steven Savov v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT I – MAGANA CATHCART & MCCARTHY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11402 | Lillian Biunno, Joe Biunno v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-14367 | Guadalupe Salazar v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT J – MATTHEWS & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03582 | Patricia Ramirez v. Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, Gynecare, American Medical Systems, Inc., and Boston Scientific Corporation |

**EXHIBIT K – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-21786 | Linda Orsburn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21820 | Antoinette M. Virgilio v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT L – SMITH STAG**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08325 | Annie Honold v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-05311 | Phyllis Ridenour, Howard Ridenour v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-14500 | Fay Driscoll v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT M – SUMMERS & JOHNSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18884 | Elizabeth Evans v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT N– THE MOODY LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00146 | Rosaline Murray, Tommy Murray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc., Sofradim Production SAS |

**EXHIBIT O – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12338 | Alice L. Dister v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-CV-18775 | Susan Ann Baker, Vincent Baker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-18931 | Helen Marie Monarch, Carl Monarch v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-19031 | Lois Virginia Harrison, Richard Harrison v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT P – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-26431 | Sandra Helton, Frank Thomas Helton v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:14-CV-03325 | Lori Fraley, Ernie Fraley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-08246 | Sherry Rimer, Gary Rimer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-13732 | Henrietta McElhone, Patrick McElhone v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-16771 | Beth Christensen, Timothy Christensen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT Q – THE WILNER FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12823 | Dorothy A. Kelly v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15563 | Kathleen S. Thomas v. Ethicon, Inc., Johnson  & Johnson, American Medical Systems, Inc. |

## EXHIBIT R – VERHINE & VERHINE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-CV-05726 | Ada Lauderdale, William F. Lauderdale, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11089 | Mary M. Christian, John M. Christian v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT S – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10784 | Carol E. Wilson, James K. Wilson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11729 | Judy L. Moore v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07854 | Karen Struchko, Richard E. Struchko, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-21060 | Brenda J. Seltzer, Jackson Seltzer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT T – WILLIAMS KHERKHER HART BOUNDAS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16156 | Tammiela McLaughlin, Jeffrey McLaughlin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-20544 | Jennifer Singleton, Denny Singleton v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30116 | Dorothy Smelcer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-31667 | Priscilla Tsosie v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-32665 | Sandra Flournoy, Steve Flournoy v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15129 | Elizabeth Firchow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC, Coloplast Corp. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


<u>/s/ Barbara R. Binis</u>