IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF CYNTHIA BERGMANN, M.D., FOR WAVE 2

Come now the Defendants and hereby adopt and incorporate by reference the Daubert response filed in relation to the general opinions Cynthia Bergmann, M.D. for Ethicon Wave 1 [Dkt. 2145]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: August 4, 2016

                                          Respectfully submitted,

                                          ETHICON, INC. AND
                                          JOHNSON & JOHNSON

                                          */s/ David B. Thomas*
                                          David B. Thomas (W. Va. Bar No. 3731)
                                          Thomas Combs & Spann, PLLC
                                          300 Summers Street, Suite 1380
                                          P.O. Box 3824
                                          Charleston, WV  23558-3824
                                          (304) 414-1800

                                          */s/ Christy D. Jones*
                                          Christy D. Jones
                                          Butler Snow LLP
                                          1020 Highland Colony Parkway
                                          Suite 1400 (39157)
                                          P.O. Box 6010
                                          Ridgeland, MS  39158-6010
                                          (601) 985-4523

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 */s/ Christy D. Jones*_____

018890\078026\32078551.v1-8/4/16