### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 2 CASES LISTED IN
PLAINTIFFS' EXHIBIT A[1]                   JOSEPH R. GOODWIN U.S. DISTRICT
                                                            JUDGE

### NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE REGARDING
### JOSEPH CARBONE, M.D. FOR WAVE 2

Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon)  hereby adopt and incorporate

by reference the *Daubert* response filed in relation to the general-causation opinions of Joseph

Carbone, M.D. for Ethicon Wave 1, Dkt. 2180. Ethicon respectfully requests that the Court deny

Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: August 5, 2016                    Respectfully submitted,

                                                       ETHICON, INC. AND
                                                       JOHNSON & JOHNSON

                                                       */s/ Rita A. Maimbourg*
                                                       Rita A. Maimbourg
                                                       TUCKER ELLIS LLP
                                                       950 Main Avenue, Suite 1100
                                                       Cleveland, OH 44113-7213
                                                       Tel:  216.592.5000
                                                       Fax:  216.592.5002
                                                       rita.maimbourg@tuckerellis.com

---

[1] With the exception of the following cases that have been dismissed: Gail Guffey, Case No.
212-cv-01650, and Sebrina Slade, Case No. 2:12-cv-01753.

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Tel:   304.414.1807
dthomas@tcspllc.com

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Tel:   601.985.4523
christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on August 5, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:  216.592.5000
Fax:  216.592.5002
rita.maimbourg@tuckerellis.com