# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>ETHICON WAVE 2 CASES LISTED IN PLAINTIFFS' EXHIBIT A[1] | Master File No. 2:12-MD-02327<br>MDL 2327<br><br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE REGARDING CHRISTOPHER RAMSEY, M.D. FOR WAVE 2

Defendants Ethicon, Inc. and Johnson & Johnson (Ethicon) hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Christopher Ramsey, M.D. for Ethicon Wave 1, Dkt. 2263. Ethicon respectfully requests that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: August 5, 2016

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:  216.592.5000
Fax:  216.592.5002
rita.maimbourg@tuckerellis.com

---

[1] With the exception of two cases that have been dismissed: Sebrina Slade, Case No. 2:12-cv-01753 and Phyllis Bowles, Case No. 2:12-cv-01865.

2

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Tel: 304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Tel: 601.985.4523
christy.jones@butlersnow.com

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel: 216.592.5000
Fax: 216.592.5002
rita.maimbourg@tuckerellis.com

012177\004186\2773456.1