# EXHIBIT B

Michael P. Woods, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC :Master File No.
REPAIR SYSTEM PRODUCTS      :2:12-MD-02327
LIABILITY LITIGATION        :MDL No. 2327

-----------------------------------------------------
THIS DOCUMENT RELATES TO    :JOSEPH R. GOODWIN
THE CASES LISTED BELOW      :U.S. DISTRICT JUDGE
-----------------------------------------------------

| Case | Number |
|------|--------|
| Mullins, et al. v. Ethicon, Inc., et al. | 2:12-cv-02952 |
| Sprout, et al. v. Ethicon, Inc., et al. | 2:12-cv-07924 |
| Iquinto v. Ethicon, Inc., et al. | 2:12-cv-09765 |
| Daniel, et al. v. Ethicon, Inc., et al. | 2:13-cv-02565 |
| Dillon, et al. v. Ethicon, Inc., et al. | 2:13-cv-02919 |
| Webb, et al. v. Ethicon, Inc., et al. | 2:13-cv-04517 |
| Martinez v. Ethicon, Inc., et al. | 2:13-cv-04730 |
| McIntyre, et al. v. Ethicon, Inc., et al. | 2:13-cv-07283 |
| Oxley v. Ethicon, Inc., et al. | 2:13-cv-10150 |
| Atkins, et al. v. Ethicon, Inc., et al. | 2:13-cv-11022 |
| Garcia v. Ethicon, Inc., et al. | 2:13-cv-14355 |
| Lowe v. Ethicon, Inc., et al. | 2:13-cv-14718 |
| Dameron, et al. v. Ethicon, Inc., et al. | 2:13-cv-14799 |
| Vanbuskir, et al. v. Ethicon, Inc., et al. | 2:13-cv-16183 |

OCTOBER 5, 2015

MICHAEL P. WOODS, M.D.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Michael P. Woods, M.D.

## Page 2

1  CAPTION CONTINUED:
2  Mullens, et al. v.        2:13-cv-16564
   Ethicon, Inc., et al.
3  Shears, et al. v.         2:13-cv-17012
   Ethicon, Inc., et al.
4  Javins, et al. v.         2:13-cv-18479
   Ethicon, Inc., et al.
5  Barr, et al. v.           2:13-cv-22606
   Ethicon, Inc., et al.
6  Lambert v. Ethicon,       2:13-cv-24393
   Inc., et al.
7  Cook v. Ethicon, Inc.,    2:13-cv-29260
   et al.
8  Stevens v. Ethicon,       2:13-cv-29918
   Inc., et al.
9  Harmon v. Ethicon, Inc.,  2:13-cv-31818
   et al.
10 Snodgrass v. Ethicon,     2:13-cv-31881
   et al.
11 Miller v. Ethicon, Inc.,  2:13-cv-32627
   et al.
12 Matney, et al. v.         2:14-cv-09195
   Ethicon, Inc., et al.
13 Jones, et al. v.          2:14-cv-09517
   Ethicon, Inc., et al.
14 Humbert v. Ethicon,       2:14-cv-10640
   Inc., et al.
15 Gillum, et al. v.         2:14-cv-12756
   Ethicon, Inc., et al.
16 Whisner, et al. v.        2:14-cv-13023
   Ethicon, Inc., et al.
17 Tomblin v. Ethicon,       2:14-cv-14664
   Inc., et al.
18 Schepleng v. Ethicon,     2:14-cv-16061
   Inc., et al.
19 Tyler, et al. v.          2:14-cv-19110
   Ethicon, Inc., et al.
20 Kelly, et al. v.          2:14-cv-22079
   Ethicon, Inc., et al.
21 Lundell v. Ethicon,       2:14-cv-24911
   Inc., et al.
22 Cheshire, et al. v.       2:14-cv-24999
   Ethicon, Inc., et al.
23 Burgoyne, et al. v.       2:14-cv-28620
   Ethicon, Inc., et al.
24 Bennett, et al. v.        2:14-cv-29624
   Ethicon, Inc., et al.
25

## Page 3

1              - - -
2          OCTOBER 5, 2015
3              - - -
4
5      Deposition of MICHAEL P. WOODS, M.D., called for
6  examination, taken pursuant to the Federal Rules of
7  Civil Procedure of the United States District Courts
8  pertaining to the taking of depositions, taken before
9  SONDRA W. PETERSEN, RMR, CRR, CSR, Notary Public for
10 the State of Nebraska, at Getman & Mills, LLP, 10250
11 Regency Circle, Suite 105, Omaha, Nebraska, on
12 October 5, 2015, at 9:40 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1            A-P-P-E-A-R-A-N-C-E-S
2
3  FOR THE PLAINTIFFS:
4    JEFFREY M. KUNTZ, ESQ.
     NATE JONES, ESQ.
5    WAGSTAFF & CARTMELL, LLP
     4740 Grand Avenue, Suite 300
6    Kansas City, Missouri 64112
     (816) 701-1100 FAX (816) 531-2372
7    E-mail: jkuntz@wcllp.com
     E-mail: njones@wcllp.com
8
9  FOR THE DEFENDANTS:
10   NILS B. (BURT) SNELL, ESQ.
     BUTLER SNOW, LLP
11   500 Office Center Drive
     Suite 400
12   Fort Washington, Pennsylvania 19034
     (267) 513-1885 FAX (267) 513-1701
13   E-mail: burt.snell@butlersnow.com
14
     BUTLER SNOW, LLP
15   PAUL S. ROSENBLATT, ESQ.
     1020 Highland Colony Parkway, Suite 1400
16   Ridgeland, Mississippi 39157
     (601) 948-5711 FAX (601) 985-4500
17   E-mail: paul.rosenblatt@butlersnow.com
18
19
20
21
22
23
24
25

## Page 5

1            I-N-D-E-X
2                              PAGE
3  CASE CAPTION . . . . . . . . . . . . . . . .   1
   APPEARANCES . . . . . . . . . . . . . . . .   4
4  INDEX . . . . . . . . . . . . . . . . . . .   5
   TESTIMONY . . . . . . . . . . . . . . . . .   7
5  ERRATA . . . . . . . . . . . . . . . . . . . 256
   REPORTER CERTIFICATE . . . . . . . . . . . . 257
6
7  DIRECT EXAMINATION:
     By Mr. Kuntz . . . . . . . . . . . . .   7
8  CROSS-EXAMINATION:
     By Mr. Snell . . . . . . . . . . . . . 187
9  REDIRECT EXAMINATION:
     By Mr. Kuntz . . . . . . . . . . . . . 246
10 RECROSS-EXAMINATION:
     By Mr. Snell . . . . . . . . . . . . . 253
11
12 EXHIBITS:                     MARKED
13  1. DEPOSITION NOTICE . . . . . . . . . . .  48
14  2. RULE 26 EXPERT REPORT - WOODS, MD . . .  65
15  3. POWERPOINT - PULL-OUT FORCE COMPARISON . 102
16  4. CONSULTING AGREEMENT, 12/16/02 . . . . . 115
17  5. CONSULTING AGREEMENT, 3/1/03 . . . . . . 116
18  6. CONSULTING AGREEMENT, 3/14/05 . . . . . 119
19  7. CONSULTING AGREEMENT, 2/1/09 . . . . . . 120
20  8. CONSULTING AGREEMENT, 8/15/10 . . . . . 120
21  9. CONSULTING AGREEMENT, 11/23/10 . . . . . 122
22  10. HERNIA REPAIR SEQUELAE . . . . . . . . . 191
23  11. THE COCHRANE COLLABORATION . . . . . . . 192
24  12. SLING SURGERY FOR STRESS URINARY . . . . 196
        INCONTINENCE IN WOMEN AJOG ARTICLE
25

Michael P. Woods, M.D.

Page 6

1                    I-N-D-E-X
                        (Page 2)
2
3     EXHIBITS:                    MARKED
4     13. APPENDIX A16, COMPLICATION RATES . . . .  199
5     14.  TENSION-FREE VAGINAL TAPE FOR THE  . . .  201
          TREATMENT OF URODYNAMIC STRESS INCONTINENCE
6         EAU ARTICLE
7     15. LONG-TERM FOLLOW-UP OF THE RETROPUBIC .  223
          TENSION-FREE VAGINAL TAPE PROCEDURE IUA
8         ARTICLE
9     16. TRANSOBTURATOR VS SINGLE-INCISION  . . .  227
          SUBURETHRAL MINI-SLINGS FOR TREATMENT OF
10        FEMALE STRESS URINARY INCONTINENCE ARTICLE
11    17. FIVE-YEAR RESULTS OF RANDOMIZED TRIAL .  236
          ARTICLE
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1     MONDAY, OCTOBER 5, 2015, OMAHA, NEBRASKA
2              P R O C E E D I N G S
3                     -oOo-
4           MICHAEL P. WOODS, M.D.,
5        having been first duly sworn, was
6        examined and testified as follows:
7              DIRECT EXAMINATION
8     BY MR. KUNTZ:
9        Q.  Please state your name for the record.
10       A.  Michael Patrick Woods.
11       Q.  And, Dr. Woods, I'm Jeff Kuntz.  We met
12    earlier.  You understand we're here for a deposition
13    that you've been named as an expert witness in the
14    Mullins v. Ethicon case?
15       A.  Yes.
16       Q.  Before we get started, I want to ask you if
17    you could write down on this piece of paper all of
18    the complications you know of that relate to the TVT
19    Retropubic mechanical cut device.
20       A.  Unique to --
21       Q.  No.  Let me ask you this.
22           MR. SNELL:  How about this.  I'm going
23    to object.  Why don't you write them down if you want
24    to ask him the question, Counsel.
25           MR. KUNTZ:  I can ask him a question.

Page 8

1           MR. SNELL:  You can ask him the
2     question, but you can write them down.
3           MR. KUNTZ:  Okay.
4           MR. SNELL:  This is not a writing
5     deposition.  This is an oral deposition.
6           Proceed.
7           MR. KUNTZ:  Okay.
8     BY MR. KUNTZ:
9        Q.  Doctor, tell me all of the complications
10    that exist with the TVT Retropubic mechanical cut
11    mesh.
12       A.  What I need to have refined to me:  Is it
13    specific to TVT or to all Retropubic suburethral or
14    colposuspensions?
15       Q.  Okay.  Let's start with all midurethral
16    slings.
17       A.  Both autologous and mesh type?
18       Q.  Let's start with autologous.
19       A.  With autologous -- and I would like to
20    refer to the AUA -- I think that that -- excuse me
21    here.  I'm going to look through it because I think
22    that gives a very nice comparison between the various
23    ones, so that way we can look at their referenced.
24           Okay.  This is Guideline for Surgical
25    Management of Female Stress Urinary Incontinence 2009

Page 9

1     Update from the American Neurologic Association.
2           And we're going to go first to autologous;
3     is that correct?
4        Q.  Sure.
5        A.  And do you want --
6        Q.  Are they listed on -- what page are they
7     listed on?
8        A.  This would be page -- doesn't have pages on
9     it.  I will have to go -- and I'll give you the
10    appendix.
11       Q.  Okay.
12       A.  Appendix A11, Complication Rates
13    un-prolapsed, and I'm going to go first with
14    autologous fascia without bone anchors, and with --
15    with that, 4 percent transfusion rate infection --
16       Q.  Doctor, I'm not asking for the rates.  Just
17    give me the complications that you believe are
18    associated with it.
19       A.  Okay.  Infection, urinary tract infections,
20    bladder injury, bleeding acute, bowel injury, wound
21    infections, pain.
22           Now we'll go with without bone anchors.
23    Again, bleeding requiring transfusion--and also on
24    the other one bleeding requiring
25    transfusion--infection, urinary tract infection,

Michael P. Woods, M.D.

Page 10

1    bladder injury, bleeding acute, urethral injury.
2    They also have an other:  And abdominal and vaginal
3    wound infections.
4        Q.  Okay.  Any other complications you believe
5    are associated with that type of procedure?
6        A.  There was a dyspareunia rate, but I'm not
7    able to locate that, so I will not speak to that at
8    this point.
9        Q.  Do you believe dyspareunia is a
10   complication associated with a native tissue sling?
11       A.  Yes.
12       Q.  Okay.  List all of the risks and
13   complications related to a synthetic mesh sling that
14   you believe exist.
15       A.  Okay.  What we have to do is also look at
16   synthetic at the bladder neck versus synthetic
17   midurethral sling.  Also, you'd have to look at
18   different types of meshes, but in this AUA Appendix
19   A11 --
20       Q.  Let's -- let me start, Doctor.  Let's start
21   with the Ethicon TVT Retropubic synthetic mesh.  What
22   are the complications associated with that device and
23   that procedure?
24       A.  All of the above.
25       Q.  All of them that you listed for native

Page 11

1    tissue sling?
2        A.  I believe that, but I'm going to look on
3    the AUA.
4            Okay.  So now what we'll do is we're going
5    to go, again following their appendix from the AUA --
6        Q.  Which appendix?
7        A.  This would be A16, no prolapse.
8            At the bladder neck, also includes bladder
9    injury and vaginal erosions.  This is -- but this is
10   not TVT.  That is just at the bladder neck.  TVT is a
11   midurethral sling.
12       Q.  So let me ask you this.  Did the risks that
13   you just named for at the bladder neck apply to the
14   midurethral sling, as well?
15       A.  Not nearly in the amount, so --
16       Q.  And I'm not asking for percentage, Doc.
17   This is a really simple question.  Do you put the TVT
18   Retropubic in still?
19       A.  Yes.
20       Q.  What do you tell your patients when they
21   come to the office?  A patient asks --
22       A.  Okay.
23       Q.  -- "Tell me all of the risks associated
24   with this product," what would you tell them?
25       A.  Bleeding, infection, scar tissue formation,

Page 12

1    damage to other organs that may or may not be
2    recognized at the time of surgery, including bowel,
3    bladder, ureters, great vessels, and the risk of mesh
4    erosion in the vagina of about 1 percent and into the
5    urethra or bladder at less than 1 percent.
6        Q.  That's all of the warnings you would give
7    them?
8        A.  Correct.
9        Q.  Okay.  Is there any other risks that you
10   know of that relate to the TVT Retropubic device made
11   by Ethicon?
12       A.  There would be, also, the risk not only
13   with TVT Retropubic, but also other procedures, such
14   as autologous sling or Burch, which would include
15   nerve injury.
16       Q.  Okay.  Anything else?
17       A.  Urinary retention.
18       Q.  Anything else?
19       A.  And voiding dysfunction.
20       Q.  Anything else?
21       A.  I cannot recall at this time.
22       Q.  Okay.  So every risk that you've listed out
23   here in the last minute, including the list for
24   native tissue repairs off Appendix 11, the risks
25   you've listed off Appendix A16, and then the list you

Page 13

1    just named me are all of the risks that you know of
2    that exist related to the TVT Retropubic device made
3    by Ethicon?
4            MR. SNELL:  Objection, compound.
5            Go ahead.
6            THE WITNESS:  Also with any surgical
7    procedures, there's risk of death.
8    BY MR. KUNTZ:
9        Q.  Okay.  Anything else, as you sit here right
10   now?  And you can add to it later if you want.
11       A.  I may need to add to it later.
12       Q.  Okay.
13       A.  Again, when we talk about pain, I would
14   also include dyspareunia.
15       Q.  Okay.  Anything else?
16       A.  Voiding dysfunction.  I got -- I may add to
17   it later, but I can't recall off the top of my head
18   now.
19       Q.  Do you know if Ethicon had knowledge of any
20   of those risks prior to the time it launched the TVT
21   device --
22       A.  Yes.
23       Q.  -- Retropubic?
24           Okay.  Do you believe it had knowledge of
25   all of those risks at the time it launched the TVT

4 (Pages 10 to 13)

Michael P. Woods, M.D.

Page 14

1  device?
2          MR. SNELL:  Objection, calls for
3  speculation.
4  BY MR. KUNTZ:
5      Q.  Well, let me ask you this.  Have you
6  reviewed any internal Ethicon documents or testimony
7  of employees that talk about the risks they knew
8  prior to the time the TVT was launched?
9      A.  When I talk about -- I was asked to look at
10  levels of evidence in evaluating the safety and
11  efficacy for --
12      Q.  I'm going to -- we can get into that and he
13  can ask you.  Just answer my question.  Okay?
14          Do you know, as you sit here right now,
15  whether Ethicon had knowledge of all of these risks
16  that you've listed out prior to the time the TVT was
17  launched?
18      A.  Yes.
19      Q.  Okay.
20      A.  I have reviewed the internal documents;
21  however, I've not allowed anecdotal,
22  non-evidenced-based information to affect the safety
23  and efficacy that I was asked to review.
24          MR. KUNTZ:  Okay.  I'll move to strike
25  after yes.

Page 15

1  BY MR. KUNTZ:
2      Q.  You can -- and you're going to say that
3  over and over again, I know that, and Burt can ask
4  you those questions, but just answer my question for
5  now.  Okay?
6      A.  I'm aware of the documents.
7      Q.  Okay.  So the answer -- your answer is,
8  yes, Ethicon knew of all of the risks that you listed
9  out for me prior to the launch of the TVT?
10          MR. SNELL:  Objection:  Misstates,
11  totally misstates.  He said he's aware of the
12  documents, but he did not consider that.  You're
13  misstating his testimony.
14  BY MR. KUNTZ:
15      Q.  Okay.  So you did not consider the Ethicon
16  internal documents when forming your opinions that
17  you're here to talk about today?
18      A.  Absolutely not.
19      Q.  Okay.  So you don't rely on any Ethicon
20  internal design documents in forming or giving your
21  opinions today?
22      A.  I am looking at the evidence-based data
23  that's available.
24      Q.  I think you just said, "Absolutely not."
25  Did you rely on any Ethicon design internal documents

Page 16

1  in forming and rendering your opinions that you're
2  talking about today?
3      A.  No.
4      Q.  How many -- when I talk about TVT
5  Retropubic, I'm talking about the Ethicon product.
6      A.  Yes.
7      Q.  Okay.  Do you understand that?
8      A.  Yes.
9      Q.  Okay.  How many TVT Retropubic devices have
10  you placed in your career?
11      A.  Retropubic?  A couple thousand.
12      Q.  Okay.  2,000?
13      A.  I would say plus or minus 500, yes.
14      Q.  Okay.  Do you keep track of that number?
15      A.  I do not actively keep track of it anymore.
16      Q.  Okay.  When did you stop keeping track of
17  it?
18      A.  I'm still using Retropubic TVT, but I would
19  say probably around 2007.
20      Q.  Okay.  So you kept track of how many TVT
21  Retropubic devices you used up until 2007, correct?
22      A.  2007 or 2008.
23      Q.  Okay.  Where is that list?
24      A.  I don't have it here.
25      Q.  Okay.  But you do have it, right?  We can

Page 17

1  get a copy of it?
2      A.  I'm pulling that off of my memory.
3      Q.  Okay.  So you do not have a formal list of
4  how many --
5      A.  No.
6      Q.  -- TVT Retropubic devices you've kept
7  (sic), right?
8      A.  No.
9      Q.  Okay.  And up to 2007, how many devices --
10  how many TVT Retropubic devices did you place?
11      A.  I probably placed about 12 or 13 a year.
12      Q.  Okay.  Is that from the first time you used
13  it in 1999, I believe, to present date?
14      A.  Yes.
15      Q.  Okay.  So -- and I apologize.  I'm
16  confused.  So is 2,000 the total amount of just TVT
17  slings in general you have placed, including TVT
18  Secur, TVT-O?
19      A.  No.
20      Q.  Okay.  So you -- it's your testimony that
21  you've placed 2,000 TVT Retropubic devices?
22      A.  Plus or minus 500, yes.
23      Q.  Okay.  But you don't have any type of
24  formal list documenting that?
25      A.  No.

5 (Pages 14 to 17)

Michael P. Woods, M.D.

Page 18

1    Q.  Do you perform your Retropubic TVT
2  placement under general or local anesthesia?
3    A.  I go to multiple different hospitals and so
4  I have placed it under both general, regional, and
5  local anesthetic.
6    Q.  What's the majority of your placements done
7  under?
8    A.  Now it is sedation and local.
9    Q.  What's the pore size of the Prolene mesh in
10  the TVT Retropubic device?
11    A.  It's an Amid classification Type I
12  macroporous mesh that's greater than 75 microns.
13    Q.  Why does Ethicon call the Prolene mesh the
14  old construction mesh?
15    MR. SNELL:  Objection: Form,
16  foundation.
17    THE WITNESS:  I'm not aware they do.
18  BY MR. KUNTZ:
19    Q.  Okay.  So as you sit here today, you didn't
20  know that Ethicon calls the Prolene mesh using the
21  TVT device the old construction mesh?
22    MR. SNELL:  Same objection.
23    THE WITNESS:  I am aware --
24  BY MR. KUNTZ:
25    Q.  Do you know that or not?

Page 19

1    MR. SNELL:  He's about to answer your
2  question.  Don't interrupt him.
3    THE WITNESS:  I am aware that it is a
4  mesh that has been utilized and studied extensively
5  over the years, so the original studies looking at
6  the Retropubic TVT are one of the older meshes, yes.
7  BY MR. KUNTZ:
8    Q.  Okay.  Have you ever heard it called the
9  old construction mesh?
10    A.  No.
11    Q.  How many TVT Retropubic devices with laser
12  cut mesh have you placed?
13    A.  The laser cut came out I believe in 2007.
14  And this is for Retropubic or all my TVT --
15    Q.  Retropubics.
16    A.  I really don't know.  It depends on the
17  hospital.  When I open the package, it doesn't really
18  matter whether it's laser cut or mechanically cut.  I
19  place it the same way.
20    Q.  How do you know the difference?
21    A.  I can actually see it because it's right in
22  front of my eyes.
23    Q.  Okay.  Do you have any idea how many laser
24  cut Retropubic devices you've placed?
25    A.  No.

Page 20

1    MR. SNELL:  Objection, form.  Are you
2  still talking TVT, because you just made a broad --
3    MR. KUNTZ:  Yes.
4    MR. SNELL:  You said "devices."  You
5  didn't say "TVT."
6  BY MR. KUNTZ:
7    Q.  I'll tell you if I'm talking about
8  something other than the TVT, like I said 10 minutes
9  ago.
10    MR. SNELL:  I will note that for the
11  record.  I just want a clear record, that's all.
12    THE WITNESS:  No, I do not.
13  BY MR. KUNTZ:
14    Q.  Okay.  So you don't have any idea how many
15  laser cut TVT Retropubic devices you've placed as we
16  sit here today?
17    A.  No, I do not.
18    Q.  Okay.  You don't keep track of the
19  difference between mechanical cut mesh TVT
20  Retropubics you place and laser cut?
21    A.  No.
22    MR. SNELL:  Hold on.  Objection:
23  Form, misstates.  He already told you there's no
24  difference in his opinion.
25    THE WITNESS:  Would you please repeat

Page 21

1  that question.
2  BY MR. KUNTZ:
3    Q.  Did you just testify that you can tell the
4  difference between laser cut and mechanical cut mesh
5  by looking at it?
6    A.  Yes.
7    Q.  Okay.  Have you ever kept track or kept a
8  chart of the differences in what you've placed, be it
9  mechanical cut or laser cut?
10    MR. SNELL:  Form.
11    THE WITNESS:  No, because it --
12  BY MR. KUNTZ:
13    Q.  Okay.  And so as we sit here --
14    MR. SNELL:  Hold on.  He's not done
15  answering.  He's not done answering.
16    You can finish.
17    THE WITNESS:  No.  I can tell the
18  difference when I see it.  I do not track it and I do
19  not feel it impacts my success rates --
20  BY MR. KUNTZ:
21    Q.  Okay.
22    A.  -- or complication rates.
23    Q.  Okay.  Have you ever tracked your
24  complication rates as they may relate to laser cut
25  mesh or mechanical cut mesh?

6 (Pages 18 to 21)

Michael P. Woods, M.D.

Page 22

1    A.  No.
2    Q.  What hospitals have you implanted mesh at
3  since 2007?
4    A.  Jennie Edmundson Hospital, Council Bluffs.
5    Q.  In?
6    A.  Council Bluffs, Iowa.
7    Q.  Okay.  And do you -- did you dictate to the
8  hospital what mesh they should order, laser cut or
9  mechanical cut?
10   A.  No.
11   Q.  Okay.  Did you dictate to the hospital what
12  product they should order?
13   A.  I -- at all of my hospitals at that time
14  were all using the Ethicon product.
15   Q.  Okay.  Did they use laser cut mesh at that
16  hospital in the TVT Retropubic?
17   A.  I do not recall.
18   Q.  Okay.  Who is in charge of purchasing at
19  that hospital, do you know?
20   A.  It would be the purchasing department.
21   Q.  Okay.  And they were in charge of
22  purchasing all of the Ethicon product that you would
23  use in surgery at that hospital?
24   A.  And the other surgeons, yes.
25   Q.  What other hospitals have you placed

Page 23

1  Ethicon products at since 2007?
2    A.  University of Nebraska Medical Center;
3  Denison Hospital -- or Crawford County Memorial
4  Hospital in Denison, Iowa; Manning Regional
5  HealthCare Center in Manning, Iowa; Audubon Community
6  Hospital; Shenandoah Community Hospital.
7    Q.  And did you dictate to any of those --
8    A.  And Myrtue Memorial Hospital in Harlan,
9  M-Y-R-T-U-E.
10   Q.  Did you tell any of those hospitals which
11  product to purchase?
12       MR. SNELL:  Form.
13       THE WITNESS:  I requested the Ethicon
14  products.
15  BY MR. KUNTZ:
16   Q.  Okay.  Did you request laser cut or
17  mechanical cut, specifically?
18   A.  No.
19   Q.  Again, you never kept track while you were
20  at those hospitals which product you were using, be
21  it laser cut or mechanical cut?
22   A.  No.
23   Q.  When was laser cut mesh first sold?
24   A.  In the United States--I'm not positive on
25  this--I believe it was around 2007.

Page 24

1    Q.  Okay.  How did you first learn about it?
2    A.  I'm not sure.
3    Q.  On Page 16 of your report, you state
4  that -- go ahead and turn there.
5       You see on Page 16, that laser cut mesh was
6  a marketing effort.  Do you see that?
7    A.  Yes.
8    Q.  What do you mean by that?
9    A.  I attended the TVT summits and we were
10  asked, as a group, what did we think about this.
11      And you had physicians that were present
12  that said, "I only want to use mechanical cut."  I
13  had physicians that said, "It really doesn't matter."
14  And there were other physicians who were willing to
15  try the laser cut.  And that's, I believe, how I
16  learned about it.
17   Q.  Okay.  What do you mean by marketing
18  effort, though; what does that mean to you?
19   A.  They asked -- they asked, "Do you feel that
20  physicians would want to see this different?"
21   Q.  Okay.  So was it an effort to sell more
22  slings?
23   A.  No, I don't -- at that, they were just
24  asking our opinion.  I'm sure there's a marketing
25  component, but they just asked our opinion.

Page 25

1    Q.  In any of those TVT summits where they
2  introduced laser cut mesh, did you ever talk to any
3  physicians there that thought the two meshes were not
4  the same?
5       MR. SNELL:  Objection, lacks
6  foundation.
7       THE WITNESS:  If I were -- physicians
8  always have their opinions, but what I -- what I do
9  is I take -- I look at opinions, but what I -- when
10  I'm looking at implanting something into a patient of
11  mine, and in order to properly counsel them and
12  provide the best care, I have to look at what the
13  best evidence is.  So I respect physicians' opinions,
14  however that is very low on what determines how I do
15  things.
16  BY MR. KUNTZ:
17   Q.  Okay.  And I'm going to ask you to answer
18  my question.  Were you -- when you were at any of
19  those summits, did you ever talk to any physicians
20  that felt that the laser cut mesh was different than
21  the mechanical cut mesh?
22   A.  I -- I'm sure I did.  I just don't recall
23  specific physicians at all.
24   Q.  Have you ever reviewed any internal Ethicon
25  documents that discuss there being a difference

7 (Pages 22 to 25)

Michael P. Woods, M.D.

Page 26

1  between the laser cut mesh and a mechanical cut mesh?
2      A.  I believe that there were documents that
3  did discuss a difference on it.
4      Q.  Okay.  And what difference was that?
5      A.  That it was -- I have to look at the
6  internal documents.  Do we have the internal
7  documents in --
8      Q.  They're all right there, the ones you've
9  reviewed.
10      A.  Okay.
11          MR. SNELL:  We have the thumb drive,
12  too, if we need to get that out for you.
13          THE WITNESS:  I apologize here.  I
14  must admit, there was just a huge amount of material
15  to go through.
16      I don't see the internal documents in here.
17  BY MR. KUNTZ:
18      Q.  Okay.  We can go --
19          MR. SNELL:  Do you want to look at it
20  at a break?
21          MR. KUNTZ:  Yeah.
22          MR. SNELL:  He's got a thumb drive,
23  so...
24          MR. KUNTZ:  Yeah, we'll look at it at
25  the break.

Page 27

1          MR. SNELL:  What's that?  Oh, that's
2  not...
3  BY MR. KUNTZ:
4      Q.  So you believe you've reviewed some
5  internal Ethicon documents that talk about there
6  being a difference between a mechanical cut and laser
7  cut mesh?
8      A.  From their benchtop.  They were not surgeon
9  specific, no.
10      Q.  Have you ever reviewed any Ethicon internal
11  documents that suggest that the Nilsson/Ulmsten
12  long-term data should not be used to support laser
13  cut mesh?
14      A.  In that long-term data, because it was the
15  old mesh, they can't use a laser cut in that.
16      Q.  Okay.  So you don't believe that the
17  long-term data can support the laser cut mesh; is
18  that what you said?
19      A.  I believe that the longest-term studies,
20  because it was not available, cannot.
21      Q.  Okay.  If I'm understanding you right,
22  you're saying there's some doctors that might think
23  it's different, but, in your opinion, it is not --
24  there's no difference between the laser cut and
25  mechanical cut mesh?

Page 28

1      A.  I have not --
2          MR. SNELL:  Form.
3      Go ahead.
4          THE WITNESS:  I -- in my own
5  experience, I have not seen any difference.
6  BY MR. KUNTZ:
7      Q.  What other products have you used for the
8  treatment of stress urinary incontinence?
9      A.  I have used TVT-O, TVT Abbrevo, TVT Secur,
10  MiniArc, and Altis.  Also, I have used peri-urethral
11  bulking agents.
12      Q.  What of the last one you said after
13  MiniArc?
14      A.  Altis.
15      Q.  Who makes that?
16      A.  Coloplast.  I actually was in their FDA
17  study.
18      Q.  Okay.  You -- I think you said in your
19  report you started using midurethral slings in 1999
20  after monitoring the literature?
21      A.  Yes.
22      Q.  What literature?
23      A.  This would have been Ulmsten's studies,
24  also the studies out of Sweden where they looked at
25  the multi-center studies, and, also, there was

Page 29

1  starting to be other data coming out of Europe that
2  replicated that.
3      Q.  Okay.  So you believe there were studies
4  out of the Scandinavian group and then the Swedish
5  group?
6      A.  And I -- there was also -- in going to
7  different meetings and talking with surgeons, and
8  everything, where it wasn't in the U.S. yet, I was
9  very interested because I have done slings for --
10  ever since my second year of residency; and I was
11  very excited to see the differences that could be
12  happening.
13      Q.  Do you agree that your knowledge regarding
14  Prolene use in the hernia repairs was relevant in
15  your original decision to use it in the pelvic floor?
16      A.  No.
17      Q.  Did you review the hernia literature on
18  Prolene prior to using the Prolene sling?
19      A.  I spoke with my general surgeon colleagues,
20  and this was early on, where they felt that the
21  polypropylene mesh, the macroporous mesh looked like
22  it was better.
23      Q.  Okay.  So you relied on your general
24  surgery colleagues who were using Prolene as part of
25  your decision process in looking at the TVT sling

8 (Pages 26 to 29)

Michael P. Woods, M.D.

Page 30

1  made of Prolene?
2     A.  Yes.
3     Q.  Who were the authors of the Swedish papers
4  that you first looked at in 1999?
5     A.  Petros and Ulmsten were some of the
6  authors.  I'm terrible with names, so as we go
7  through, I may have to look at some -- you know, some
8  of those on that.
9        But one of the things that I was interested
10  in was, actually, Amid classification.  I had a mesh
11  that I used intra-abdominally that migrated, and it
12  really challenged me.  And this was a Type III mesh.
13  And when we were first doing slings and when I was in
14  residency, we were looking at different ways, besides
15  autologous, and we just did not have good results.
16     Q.  Do you still use the Amid classification
17  today?
18     A.  Yes, I do.
19     Q.  Have you read -- reviewed any literature
20  that -- recent literature that discusses the
21  relevancy of the Amid classification?
22     A.  I did in selecting -- when TVT came out,
23  was look at the Amid classification with macroporous
24  mesh.  I had a special interest because I had used
25  Mersilene mesh, I had used Gore-Tex, I had used

Page 31

1  bovine dura mater.  I had had numerous poor results.
2     Q.  Right.
3     A.  And the Amid classification made sense from
4  a macroporous aspect, and so I was looking at that
5  for part of my literature.
6     Q.  And that's not what I asked.
7        Have you reviewed any recent literature
8  discussing the relevancy of the Amid classification?
9     A.  No, I have not.
10     Q.  Okay.  Have you reviewed any presentations
11  from any of the incontinence groups regarding the
12  relevancy of the Amid classification?
13     A.  No, I have not.
14     Q.  Okay.  Have you reviewed any internal
15  Ethicon documents that discuss their concerns about
16  the Amid classification?
17     A.  No.
18     Q.  You said you used -- in what way did you
19  use Gore-Tex previously?
20     A.  I had used it suburethrally, in suburethral
21  slings.  Also, I used it -- there was some initial
22  data on adhesion prevention; and I had also seen some
23  of the literature in hernia, but it just did not
24  work.
25     Q.  Okay.  When you were using Gore-Tex, you

Page 32

1  believed it was within the standard of care to do so,
2  correct?
3     A.  I believe that -- at that time, we were
4  trying to figure out -- if I would do things
5  differently today, I would absolutely be doing it an
6  IRB-approved setting, and I wasn't at that level.
7     Q.  Okay.  My question was:  When you were
8  placing Gore-Tex, did you believe it was within the
9  standard of care to place it?
10     A.  Yes.
11     Q.  Okay.  Today, do you think it would be
12  below the standard of care to place Gore-Tex --
13     A.  Absolutely, for a midurethral sling.
14     Q.  Okay.  Same question with regard to
15  Mersilene?
16     A.  No.  The erosion rate is very high.
17     Q.  Okay.  So when you were using it, you agree
18  Mersilene was within the standard of care, correct?
19     A.  Yes.
20     Q.  And you'd agree today that it would be
21  outside the standard of care to use Mersilene for
22  a --
23     A.  Yes.
24     Q.  -- midurethral sling?
25     A.  Yes.

Page 33

1     Q.  Okay.  Did you ever use the Proregion (ph)
2  device?
3     A.  No.
4     Q.  Do you know how much Ulmsten has been paid
5  by Ethicon?
6        MR. SNELL:  Objection, form.
7        Go ahead.
8        THE WITNESS:  Ulmsten is dead and --
9  BY MR. KUNTZ:
10     Q.  Do you know how much Ulmsten's estate has
11  been paid by Ethicon?
12     A.  No, I do not.
13     Q.  Okay.  Do you know how much Ulmsten was
14  paid by Ethicon when he was alive?
15     A.  I saw something of $400,000 if the study
16  could be replicated.
17     Q.  Do you know in total how much Ulmsten was
18  paid by Ethicon prior to his death?
19     A.  No, I do not.
20     Q.  Do you know how much his estate has been
21  paid since his death?
22     A.  No.
23     Q.  Okay.  Do you know how much Dr. Nilsson has
24  been paid by Ethicon?
25     A.  No, I do not.

Michael P. Woods, M.D.

Page 34

1     Q.  Okay.  You talked about migration of the
2  mesh with Mersilene, I believe.
3     A.  No, that was with the Gore-Tex.
4     Q.  I'm sorry, with the Gore-Tex.
5     A.  Yes.
6     Q.  What are the complications from the
7  migration of the Gore-Tex mesh?
8     A.  In that case, there was no complications.
9  It was just a woman had passed it per rectum three
10 months after surgery.
11    Q.  Okay.  That's the only complications you
12 saw from the migration of the Gore-Tex mesh?
13    A.  That I have personally seen, yes.
14    Q.  Okay.  What other complications were you
15 aware of from the migration of the Gore-Tex mesh?
16    A.  I would say it was my personal experience
17 in that one case.
18    Q.  Okay.  Have you ever reviewed any documents
19 that suggest that the TVT mesh can migrate?
20    A.  I am unaware of the TVT Retropubic sling
21 mesh migrating.
22    Q.  Okay.  So you've never seen any documents
23 or any study that suggests that the TVT mesh can
24 migrate?
25    A.  I have not seen any Level 1 studies,

Page 35

1  systemic reviews, or meta-analysis that show that it
2  migrates.
3     Q.  Okay.  So you have not seen any studies,
4  correct?
5     A.  I have not seen any high-level studies.
6     Q.  Okay.  Have you ever seen any internal
7  documents that suggest that it can migrate?
8     A.  No, I do not recall.
9     Q.  Do you know if Dr. Petros ever consulted or
10 was ever paid by Ethicon?
11    A.  Yes, Dr. Petros worked with Dr. Ulmsten.
12    Q.  Do you know how much Dr. Petros was paid by
13 Ethicon?
14    A.  No, I do not.
15    Q.  What current products are you using for the
16 treatment of stress urinary incontinence?
17    A.  I'm using Retropubic TVT, I'm using TVT
18 Abbrevo, I'm using TVT-O.  I have been using some of
19 the MiniArcs just recently after the -- it showed
20 clinical effectiveness similar to the Monarc.  I use
21 peri-urethral bulking agents, and plus I use the
22 stage -- first stage which would be the pelvic floor
23 and -- pelvic floor exercises, timed voiding
24 techniques, behavior modification.
25    Q.  When you say TVT Retropubic, are you

Page 36

1  talking about the original one or the Exact?
2     A.  I've used -- I use both, depending on the
3  hospital.
4     Q.  Which hospital do you use the, I'll call
5  it, classic TVT Retropubic?
6     A.  It varies.  Again, that is with purchasing,
7  so whatever they hand me, I'm very comfortable using.
8     Q.  Okay.  Do you know which hospitals you're
9  currently at use the classic as compared to the
10 Exact?
11    A.  No, I really can't say.  It's just whatever
12 they hand me when I do it.  I really -- I really
13 don't pay attention to which one it is.
14    Q.  So you have no way to track which product
15 you use more often currently?
16    A.  No.
17    Q.  What hospitals are you currently doing
18 surgery at?
19    A.  So it would be at the present time Myrtue
20 Memorial Hospital, it would be Audubon Community
21 Hospital, Manning Regional HealthCare, Shenandoah
22 Community Health Center or Shenandoah Medical Center.
23    Q.  And is purchasing at those hospitals
24 responsible for what products are ordered for you to
25 use in surgery?

Page 37

1     A.  I would suspect so.
2     Q.  Okay.  Do you know who the purchasing
3  agents are at each one of those hospitals?
4     A.  No.  No, I do not.
5     Q.  Do they have a purchasing department?
6     A.  Some of these are small hospitals.  I don't
7  even know if they have a purchasing department.
8     Q.  Okay.  Do you talk to anybody about
9  purchasing there?
10    A.  No.  I just schedule my surgery.
11    Q.  So you have no idea at those hospitals
12 who's responsible for putting the product on the
13 shelf?
14    A.  Pretty much, yes.
15    Q.  Okay.  No idea?
16    A.  Honestly, no idea.
17    Q.  Okay.  Do you know who the sales rep --
18 Ethicon sales rep is for those hospitals?
19    A.  I'm not even sure who the Ethicon sales rep
20 is.
21    Q.  Who is your Ethicon sales rep?
22    A.  I'm unsure.  They've had a lot of turn- --
23 I don't know, I haven't seen them in quite a while.
24 I haven't had an Ethicon rep in quite a while.
25    Q.  So how many Ethicon products do you put in

10  (Pages 34 to 37)

Michael P. Woods, M.D.

Page 38

1  a week?
2     A.  I would say, in a week, it could be
3  anywhere from three to seven.
4     Q.  Okay.  And you have no idea who the Ethicon
5  sales rep is for your area?
6     A.  No, I don't.
7     Q.  Okay.  And you have no idea how those three
8  to seven products get on the shelf?
9     A.  They know when I schedule.  That's --
10  that's all I care about is that the product is there
11  when I get started.
12     Q.  You agree that the TVT Exact only uses
13  laser cut mesh?
14     A.  Yes.
15     Q.  Do you agree it's not sold with mechanical
16  cut mesh?
17     A.  I do not believe -- I'm not absolutely
18  certain on that, but I do not believe it's
19  mechanically cut.
20     Q.  Okay.  So as you sit here today, you don't
21  know whether the TVT Exact is sold in mechanical cut
22  mesh or not?
23     A.  I do not recall seeing the mechanical cut,
24  no.
25     Q.  So is the answer -- do you know or do you

Page 39

1  not know?
2         MR. SNELL:  Objection, form.  He just
3  told you.  He's already answered this twice.
4         MR. KUNTZ:  He said he didn't know,
5  Burt.
6         MR. SNELL:  No, he said --
7         MR. KUNTZ:  I'm trying to find --
8  look --
9         MR. SNELL:  Go ahead, answer him a
10  third time.  Tell him the same thing.
11  BY MR. KUNTZ:
12     Q.  Do you know or not whether the TVT Exact is
13  sold in mechanical cut mesh?
14     A.  When I have it in my hand, I can tell.  I
15  don't pay attention if it's mechanical cut or not in
16  placing the device.
17     Q.  So the answer is you don't know?
18         MR. SNELL:  Objection.  He just told
19  you he does know.
20         THE WITNESS:  When I have it in my
21  hand --
22  BY MR. KUNTZ:
23     Q.  This is really simple, Doctor.  Do you know
24  whether the TVT Exact is sold in mechanical cut mesh
25  or not?  Yes or no question.

Page 40

1         MR. SNELL:  Form.
2         THE WITNESS:  I have not seen it in a
3  mechanical cut.
4  BY MR. KUNTZ:
5     Q.  You still didn't answer my question.
6         MR. SNELL:  Yeah, he did.  He just
7  told you he hasn't seen a TVT Exact in mechanical
8  cut.
9         MR. KUNTZ:  That's a different
10  question whether he seen it or not.
11  BY MR. KUNTZ:
12     Q.  Do you know, as you sit here today, whether
13  the TVT Exact is sold in mechanical cut mesh or not?
14     A.  I do not believe, but I cannot say with
15  100 percent certainty.
16     Q.  Thank you.
17         Doctor, have you ever said that the TVT
18  Exact is an improvement over the TVT Retropubic
19  classic?
20     A.  No.
21     Q.  Okay.  You've never uttered those words?
22     A.  When I placed the first TVT Exact, I was
23  very surprised how easily it passed through the
24  tissue.  I don't know if I said it's better or not to
25  be honest with you.

Page 41

1     Q.  When did you place your first TVT Exact?
2     A.  I don't recall the exact date.  I know I
3  was one of the first people in the area.
4     Q.  Okay.  And you've never said that the
5  device is a definite improvement over the TVT
6  classic?
7         MR. SNELL:  Form.
8         THE WITNESS:  If it would be the ease
9  of passage, I might have said that because it
10  surprised me in how quickly it passed through the
11  tissues.
12  BY MR. KUNTZ:
13     Q.  Okay.  Have you ever said that the TVT-S
14  was better than the TVT Retropubic?
15         MR. SNELL:  Form.  TVT Secur?  I
16  didn't hear your question.  I'm sorry.
17  BY MR. KUNTZ:
18     Q.  Have you ever said that the TVT -- you know
19  what TVT-S is, don't you, Doctor?
20     A.  TVT Secur, yes.
21     Q.  Okay.  Have you ever said that the TVT
22  Secur was better than the TVT Retropubic?
23     A.  I felt that it was equal.
24         And could I qualify that a little bit more?
25     Q.  Sure.

11 (Pages 38 to 41)

Michael P. Woods, M.D.

Page 42

1     MR. SNELL:  You can give your answers.
2   Tell him your answer -- honest answers.
3     THE WITNESS:  In many cases, there is
4   still times when I've felt that the Retropubic was a
5   better choice, depending on the clinical situation.
6   BY MR. KUNTZ:
7     Q.  Do you know whether the MiniArc is
8   mechanically cut or laser cut?
9     A.  Honestly, I -- I don't know.
10    Q.  Okay.  Do you know the weight of the
11  MiniArc?
12    A.  Not off the top of my head.
13    Q.  Do you know the pore size of the MiniArc?
14    A.  I know it's a Amid classification Type I
15  macroporous mesh.
16    Q.  When did you first start using MiniArc?
17    A.  Just recently.  I was interested in a
18  single-incision sling and the company had approached
19  me.  I went off for training.  And I believe I have
20  implanted probably four or five.
21    Q.  You no longer use Ethicon single-incision
22  sling because it's off the market, correct?
23    A.  That's correct.
24    Q.  Okay.  Do you know why it was taken off the
25  market?

Page 43

1     A.  I believe that with the 522 studies that
2   they felt that they would not proceed with its
3   manufacture, but I don't know the exact reason they
4   pulled it off.
5     Q.  Do you know what a 522 order is?
6     A.  The 522 order was that it is under
7   increased scrutiny with the FDA and it allows for
8   further evaluation.  They have to do -- look at
9   almost a PMA submission.
10    Q.  Okay.  Have you ever reviewed the 522
11  orders in this case -- or strike that.
12        Have you ever reviewed the 522 orders for
13  the TVT Secur?
14    A.  They were the same for all mini slings.  I
15  may have reviewed it at some time.  I don't recall
16  off the top of my head.
17    Q.  Okay.  And you've used the Prolift and the
18  Prosima, as well, correct?
19    A.  Yes, I have.
20    Q.  And Prolift+M, correct?
21    A.  Yes.
22    Q.  Okay.  And none of those products are no
23  longer on -- strike that.
24        All of those products are now off the
25  market, correct?

Page 44

1     A.  They quit manufacturing them, correct.
2     Q.  Okay.  Were they all subject to 522 orders?
3     A.  Yes.
4     Q.  Okay.  Did you review any of the 522 orders
5   for any of those devices?
6     A.  For Ethicon's products, no.
7     Q.  Okay.  Did you review any internal
8   documents from Ethicon, including their responses to
9   the 522 orders?
10    A.  No, I do not recall.
11    Q.  So four different Ethicon products that you
12  once promoted and used are now off the market,
13  correct?
14        MR. SNELL:  Objection, form.
15        THE WITNESS:  They quit manufacturing
16  them.
17  BY MR. KUNTZ:
18    Q.  Okay.  And do you know why they quit
19  manufacturing them?
20    A.  That was a corporate decision.  I am not
21  privy to that.
22    Q.  Okay.  Do you believe it's still within the
23  standard of care to place a POP kit?
24    A.  I believe, in the appropriate situations,
25  yes.

Page 45

1     Q.  Okay.  And what is the appropriate
2   situation?
3     A.  I believe that it's between the patient and
4   the physician, and that the registries, especially
5   for the studies, need to be done in order to be in
6   compliance with the 522, and it should not be used as
7   the primary repair --
8     Q.  Okay.
9     A.  -- in patients, more of a recurrence.
10    Q.  Okay.  So you agree it's below the standard
11  of care to use a POP product for a primary repair?
12        MR. SNELL:  Objection:  Form,
13  misstates.
14  BY MR. KUNTZ:
15    Q.  Let me ask you.  Do you -- let me restate.
16  Do you believe it's below the standard of care to use
17  a POP product for primary repair?
18        MR. SNELL:  No, hold on.  Hold on.
19  Objection:  Overbroad, misstates.  If you want to
20  hear why I'm objecting --
21        MR. KUNTZ:  I don't care.  I don't
22  care.  You can have the objection for the record.
23  That's fine.
24        MR. SNELL:  You say POP product, then.
25

Michael P. Woods, M.D.

Page 46

1   BY MR. KUNTZ:
2       Q.   Okay.  We'll go through each one, Doctor.
3   Do you believe that it's below the standard of care
4   to place a Prosima for a primary repair?
5       A.   It would depend -- it would actually depend
6   on the patient characteristics, and if you had
7   somebody that had a connective tissue disorder, it
8   might be warranted.
9           I feel that in most instances that using
10  either a native tissue repair, there would be other
11  people that would consider sacrocolpopexy as a
12  repair, but I think that has to be individualized
13  between the surgeon and the patient.  So there will
14  always be instances where I cannot say a blanket
15  statement.
16      Q.   Okay.
17      A.   I just --
18      Q.   Same answer for Prolift?
19      A.   Yes.
20      Q.   Same answer for Prolift+M?
21      A.   Yes.
22      Q.   Ethicon paid you to do a study on TVT
23  Secur, correct?
24      A.   That is correct.
25      Q.   Okay.  And they provided the product for

Page 47

1   free?
2       A.   Yes, they did.
3       Q.   And you reported positive findings for the
4   TVT Secur?
5       A.   Yes, I did.
6       Q.   Why didn't you present the five-year data
7   from the TVT Secur?
8       A.   The -- actually, did I present -- the
9   design of the study was actually a six-month study,
10  and then I continued to have contact with these
11  patients and followed up with UDI scores over a
12  longer term.  That was outside of the study; it was a
13  continuation that was funded by myself.
14      Q.   Okay.  So the study was only designed to be
15  a six-month study?
16      A.   It was a feasibility study, could it be
17  done.
18      Q.   Did it track complications?
19      A.   Yes.
20      Q.   Okay.  Couldn't track long-term
21  complications, could it?
22      A.   It was not designed for that effect.
23      Q.   Okay.  How long does a study have to be to
24  track long-term complications, in your mind?
25      A.   Ideally, the International Continence

Page 48

1   Society recommends three to five years.
2           MR. KUNTZ:  Let's take -- can we take
3   a quick break?
4           MR. SNELL:  Sure.
5           THE WITNESS:  Okay.
6           (10:26 a.m. to 10:35 a.m. -
7           Recess taken.)
8           (Exhibit No. 1 marked for
9           identification.)
10  BY MR. KUNTZ:
11      Q.   Doctor, I'm going to that hand you what's
12  been marked Exhibit No. 1.  Have you seen this
13  document?
14      A.   Yes.
15      Q.   Okay.  Did you review the document request
16  in Schedule A on Page 5 of this document?
17      A.   Yes.
18      Q.   Okay.  And you brought some documents that
19  we'll go through and mark later that are here on the
20  table.
21          Did you look at all of these and bring
22  responsive documents that you have?
23      A.   Yeah, any ones that I have, but I don't
24  have most of these.
25      Q.   Okay.  Well, let's go through -- let's go

Page 49

1   through it.
2           Obviously, you brought your CV.
3       A.   Yes.
4       Q.   Okay.  Did you bring all of the documents
5   that were provided to you or which were used to form
6   your opinions?
7       A.   Yes.
8       Q.   Okay.  And that's in the notebook and on
9   the thumb drive?
10      A.   Yes.
11      Q.   And some loose-leaf studies that we have
12  here?
13      A.   Yes.  And some of them are repetitions.
14      Q.   No. 5, you haven't reviewed any depositions
15  in this case, have you?
16      A.   I have been provided depositions from the
17  plaintiffs, and -- I don't remember.  Is it Blaivas?
18          MR. SNELL:  Just tell him -- you have
19  to answer his questions to the best of your ability,
20  so tell him what depos you reviewed.  That's what
21  he's looking for.
22          THE WITNESS:  Okay.
23  BY MR. KUNTZ:
24      Q.   Okay.  Well, let me ask you this.  I didn't
25  see any depositions.  I don't -- it's unclear, but on

13 (Pages 46 to 49)

Michael P. Woods, M.D.

Page 50

1    your reliance list, there's not any depositions
2    listed that maybe a deposition of Gene Kammerer. Do
3    you know who Gene Kammerer is?
4        A.  No.
5        Q.  Okay.  Did you review a deposition of Gene
6    Kammerer?
7        A.  Not that I recall.
8        Q.  Okay.  Did you review any depositions of
9    any Ethicon employees?
10       A.  Not that I recall.
11       Q.  Okay.  What depositions did you review
12   prior to today?
13       A.  Blaivas, Elliott.  What's the guy in
14   Chicago?  Ro- --
15       Q.  Rosenzweig.
16       A.  Yeah, Rosenzweig.  And Marc Toglia.
17       Q.  And have you provided all of your time
18   sheets to defense counsel in this case?
19       A.  Yes, I have.
20       Q.  How much time have you spent reviewing this
21   case?
22       A.  About 100 hours.
23       Q.  That includes up to today?
24       A.  No.
25       Q.  Okay.  What does the 100 hours include?

Page 51

1        A.  Reviews of when I took my board review
2    course, looking through textbooks, going through old
3    documents, old publications, trying to find different
4    things.  I've been reviewing this literature since
5    1987, '88, in a continuous fashion and going through
6    and trying to find older documents on why I did the
7    Burch and these kind of things.
8        Q.  Okay.  How many times have you met with
9    defense counsel on this case?
10       A.  Is it twice or three times?  Two or three
11   times.  I'm not sure -- I'm trying to remember.
12           It would be three times --
13       Q.  Okay.  Were these all-day meetings?
14       A.  -- face-to-face.
15           No.
16       Q.  Okay.  Half-day meetings?
17       A.  The first time was a half-day, yesterday
18   was a half-day.  It -- I need to ask.
19           THE WITNESS:  I believe I've met with
20   you three times.  I don't --
21           MR. SNELL:  You have to -- hold on.
22   You have to answer his questions.  He's -- don't
23   worry about --
24           THE WITNESS:  Okay.
25           MR. SNELL:  -- what my recollection

Page 52

1    is.
2            THE WITNESS:  I --
3            MR. SNELL:  Only give him your honest
4    answer --
5            THE WITNESS:  I --
6            MR. SNELL:  Hold on, listen.  Listen,
7    Dr. Woods.  You're here to answer his questions
8    honestly and truthfully to the best of your ability
9    and knowledge.  You do that.  If you don't know
10   something, you tell him, "I don't know," but answer
11   his questions to the best of your knowledge and
12   recollection.
13           THE WITNESS:  Two or three times.
14   BY MR. KUNTZ:
15       Q.  There's -- I can only dream of the day that
16   I get to depose Burt, but it probably will never
17   happen.
18           MR. SNELL:  I might be deposing you.
19   You would be in trouble.
20           MR. KUNTZ:  We can only dream, but...
21           THE WITNESS:  Okay.
22   BY MR. KUNTZ:
23       Q.  Okay.  So two or three days.
24           How many phone calls did you have?
25       A.  One phone call.

Page 53

1        Q.  Okay.  So you only talked to defense
2    counsel one time, over the phone?
3        A.  Yes.
4        Q.  Okay.  And you provided -- so you spent
5    100 -- and I apologize if I asked, but you spent 100
6    hours or submitted a bill for 100 hours?
7        A.  Yes.
8        Q.  Okay.  And that -- does that include your
9    meeting yesterday?
10       A.  No.
11       Q.  Okay.  Does it include the previous
12   meetings?
13       A.  That would be -- I believe that that was on
14   the day two, September 25th.
15       Q.  Okay.  So since September 25th, you've
16   had one meeting with defense counsel?
17       A.  That is correct.
18       Q.  Okay.  And how much other time, besides the
19   meeting, have you spent since September 25th
20   preparing for this deposition?
21       A.  I would have to look on my cheat sheet,
22   which I don't have with me.
23       Q.  Okay.  Do you keep your cheat sheets?
24       A.  I just write down, and when I submit, toss.
25   And then I'm just trying to keep a record.

14  (Pages 50 to 53)

Michael P. Woods, M.D.

Page 54

```
 1      Q.  Okay.
 2      A.  I'm trying to be very honest on how much
 3  time I spend.
 4      Q.  Okay.
 5      A.  And so if I have a 15-minute break and I
 6  look at something that's pertinent to this, I will do
 7  that.  I have a very busy practice and, also, I've
 8  assumed some other positions recently, and so my time
 9  has been very scattered over the --
10      Q.  Okay.
11      A.  -- last couple of weeks.
12      Q.  Do you keep -- do you -- do you still have
13  your -- what you call your cheat sheet for your 100
14  hours up to September 25th?
15      A.  No, I do not.
16      Q.  Okay.  You do have your cheat sheet from
17  September 25th to today?
18      A.  I have multiple little sheets somewhere --
19      Q.  Okay.  All right.
20      A.  -- either at home or at work.
21      Q.  We can get a copy of those, can't we?
22      A.  Yes.
23      Q.  Okay.  Just ballpark, how many hours do you
24  think you've spent since your 100 hours
25  September 25th bill and this morning?
```

Page 55

```
 1      A.  I'm going to ballpark:  Probably 15 to 20
 2  hours.
 3      Q.  Okay.  And what do you charge an hour?
 4      A.  In this here, because I -- let me go here
 5  because I don't pay the most attention.  I believe it
 6  is $550 an hour.
 7      Q.  Is that across the board for record review
 8  and deposition time?
 9      A.  Deposition time is $650 an hour.
10      Q.  Okay.  And what's trial time?
11      A.  $4,000 per day.
12      Q.  Okay.  Does that include expenses, or are
13  expenses separate?
14      A.  The answer is, I haven't thought about it.
15      Q.  Okay.  Have you ever testified at trial?
16      A.  I have testified at one trial.
17      Q.  Okay.  What type of case was that?
18      A.  That was an overactive bladder case after a
19  back injury.
20      Q.  Okay.  Were you an expert witness in that
21  case or a defendant?
22      A.  I was for the plaintiff.
23      Q.  Where was that case pending?
24      A.  That was in Nebraska City.
25      Q.  And I'm sorry if I asked.  Was it a medical
```

Page 56

```
 1  malpractice case?
 2      A.  Actually, it was a personal injury case.
 3      Q.  Involving -- is that the car wreck case?
 4      A.  Yes.
 5      Q.  Okay.  That's the one you've listed on
 6  your --
 7      A.  Yes.
 8      Q.  -- on your report?
 9      A.  In all honesty, I don't try to do this
10  stuff.
11      Q.  Have you -- look at No. 12.
12      A.  Let me get my glasses here.  I apologize.
13      Q.  No. 12 on Page 7 of the notice.
14          MR. SNELL:  Oh.
15          MR. KUNTZ:  I'm sorry.  Do you need a
16  copy?
17          MR. SNELL:  No, just -- okay.
18          THE WITNESS:  Okay.
19  BY MR. KUNTZ:
20      Q.  You've been a consultant for Ethicon for
21  many years, correct?
22      A.  Yes, I have.
23      Q.  Okay.  Did you attempt to bring any of the
24  consulting agreements you have with Ethicon?
25      A.  I don't have any of those.  When I moved my
```

Page 57

```
 1  office, any of those that were old, I tossed out.
 2      Q.  Okay.  When did you move your office?
 3      A.  2013.
 4      Q.  Okay.  So do you have the ones from 2014
 5  and '15?
 6      A.  I'm not a consultant.  I don't remember the
 7  last time that I've worked with Ethicon.  It was
 8  probably 2013.  I am not -- I am not exactly sure on
 9  that.
10      Q.  So you haven't received any payments,
11  non-litigation, as a consultant, from Ethicon in 2013
12  or '14?
13      A.  I believe in 2013 I did one -- one or two
14  educational things for sales staff.
15      Q.  Okay.
16      A.  But I don't recall 2014, to be very honest
17  with you.
18      Q.  So you did consult with them in 2013?
19      A.  First part, yes.
20      Q.  Okay.  In 2014, it's your testimony that
21  you did not consult with Ethicon?
22      A.  I do not recall having a consulting
23  agreement with Ethicon.
24      Q.  Okay.  Well, on your CV, it says, Consult
25  for Johnson & Johnson, Ethicon's Women's Health and
```

15 (Pages 54 to 57)

Michael P. Woods, M.D.

Page 58

1   Urology, 2004 to 2014?
2       A.   The first part of 2000 (sic), so January 1.
3       Q.   Okay.
4       A.   I don't know when the last consulting
5   agreement ended, but I think it was the end of 2013.
6       Q.   Okay.  So you haven't done anything in that
7   calendar year 2014 for Johnson & Johnson?
8       A.   Not that I recall.
9       Q.   Okay.
10      A.   There might have been -- I'm -- between
11  2013/2014, I'm not -- I know I went back at some time
12  in that time to do a teaching course for sales
13  staff --
14      Q.   Okay.
15      A.   -- but I don't recall when.
16      Q.   So it's possible it was in 2014?
17      A.   It's possible.  I just don't quite recall.
18      Q.   And you don't keep records of any of that
19  stuff?
20      A.   No.  Any payments that I receive from
21  Johnson & Johnson went right to the corporation.
22      Q.   Okay.  What corporation?
23      A.   That was Bellevue Obstetrics and
24  Gynecology.
25      Q.   Why did that company dissolve?

Page 59

1       A.   Because I moved to Shenandoah and took a
2   position with the hospital.
3       Q.   Okay.  Did you do anything in between those
4   two jobs?
5       A.   I worked -- I actually balanced two jobs
6   there for a while, where I took a position at ICON
7   Clinical Resources trying to learn how to do studies
8   better.
9       Q.   And did you practice medicine during that
10  time?
11      A.   Yes, I did.
12      Q.   Okay.  Where at?
13      A.   Bellevue Obstetrics and Gynecology and my
14  rural outreach clinics.
15      Q.   And so Bellevue obstetrical was still open
16  during the time you were at ICON?
17      A.   Yes, it was.
18      Q.   Okay.  Did you have partners in that
19  business?
20      A.   No.
21      Q.   Okay.  You were a solo practitioner?
22      A.   With a PA.
23          Or between 2001 and 2003 I had two
24  partners.
25      Q.   We just looked at your CV and it says you

Page 60

1   were a consultant for Ethicon from 2004 to 2014.  Do
2   you remember that?
3       A.   Yes.
4       Q.   In fact, you started consulting with them
5   in 2002, didn't you?
6       A.   I don't remember the exact time.
7       Q.   Okay.  Possible it was before 2004?
8       A.   Yes.
9       Q.   So you've never kept any of your billing
10  records or payments you've received from Ethicon with
11  your consulting agreements?
12      A.   No.
13      Q.   Okay.  You got rid of all of those when you
14  moved offices in 2013?
15      A.   Yes.
16      Q.   Do you keep any of your professional
17  education or PowerPoints or presentations you've done
18  for Ethicon?
19      A.   I have kept -- I couldn't find a lot of
20  them, and a lot of them were on a computer that was
21  destroyed when I was traveling cross-country.
22      Q.   Okay.
23      A.   And so --
24      Q.   When was that?
25      A.   That was right around 2013, or so.  It's

Page 61

1   one of those that I wish I would have taken the
2   computer out or had a curbside -- or check it at the
3   door.  And it looked like someone had run over it; it
4   was literally destroyed.
5       Q.   So did you do a search for -- you said you
6   found some of those presentations?
7       A.   Yes.  I --
8       Q.   Are those on the thumb drive?
9           MR. SNELL:  Paul, are those on -- are
10  those on the thumb drive, Paul, or do you know?
11          MR. ROSENBLATT:  No, they're not on
12  the thumb drive.
13          MR. SNELL:  Do we have them print out?
14          MR. ROSENBLATT:  Yeah, I've got --
15          MR. SNELL:  Tell him if you were able
16  to find some of them.
17          THE WITNESS:  A lot of them I just --
18  I know were on the computer that was destroyed.
19          MR. SNELL:  No.  He asked you which
20  ones did you find.
21  BY MR. KUNTZ:
22      Q.   Let me ask you this.  The ones you found
23  you forwarded to counsel?
24      A.   Yes, I have.
25      Q.   Okay.  And --

16 (Pages 58 to 61)

Michael P. Woods, M.D.

Page 62

1    MR. KUNTZ:  I just wanted to know if
2  they existed.
3    MR. SNELL:  Just let the record
4  reflect we handed counsel a folder with numerous
5  PowerPoint presentations inside there.  All right.
6    MR. KUNTZ:  I'll look at those later.
7  BY MR. KUNTZ:
8    Q.  Have you ever -- how many clinical trials
9  or studies have you participated in for Ethicon?  We
10  talked about the TVT Secur.
11    A.  Secur.  I believe with Ethicon that was the
12  only one where I was a PI.
13    Q.  Okay.  Did you keep any of the documents
14  from the TVT Secur study?
15    A.  Yes.  I would have to find where they're
16  at, but yes.
17    Q.  Okay.  And can you provide those to defense
18  counsel?
19    A.  I would have to look through a lot of
20  boxes, but I believe that I can provide that to
21  counsel.
22    Q.  Have you ever participated as an
23  investigator for any other device companies related
24  to pelvic floor products?
25    A.  Yes.  With Coloplast, with their Altis

Page 63

1  study, I was one of the sites for that, and that is
2  the only one with pelvic organ prolapse.  I also was
3  an investigator in the late 1990s/early 2000s, I'm
4  not sure exactly which time, on the vessel-sealing
5  device for hysterectomy.
6    Q.  Okay.  What about any other SUI products
7  that are non-Ethicon?
8    A.  No.
9    Q.  Do you currently have a consulting
10  agreement with Coloplast?
11    A.  Yes, I do.
12    Q.  Okay.  Any other device manufacturers?
13    A.  AMS.
14    Q.  Okay.  Any drug manufacturers?
15    A.  No.
16    Q.  When did you first start working for AMS?
17    MR. SNELL:  Form.
18  BY MR. KUNTZ:
19    Q.  When did you start consulting for AMS?
20    A.  I haven't done any paid consulting for them
21  yet.  I had a consulting agreement drawn up I believe
22  it was August of this -- no, it would have been
23  earlier than August.  Sometime this year, in 2015.
24    Q.  And what product were you going to consult
25  with them on?

Page 64

1    A.  It was just kind of a blanket consulting.
2  That hasn't gone anywhere.
3    Q.  Okay.  Do you have a current consulting
4  agreement with Coloplast?
5    A.  I believe I do.  I would have to find that,
6  but I can -- I believe I could find it.
7    Q.  When did you first start consulting with
8  Coloplast?
9    A.  I'm unsure.
10    Q.  Why did you stop consulting with Ethicon in
11  the last year?
12    A.  They didn't offer any consulting
13  agreements.
14    Q.  Okay.  Did you ask them why?
15    A.  No.
16    Q.  When did they first contact you to be an
17  expert witness in this case?
18    A.  I believe in July of this year.
19    Q.  Who called you?
20    A.  Paul Rosenblatt.
21    Q.  So prior to your involvement in this case,
22  you had been a consultant for Ethicon for at least
23  ten years?
24    A.  Yes.
25    Q.  I'm going to -- let's mark your report as

Page 65

1  Exhibit 2.
2    (Exhibit No. 2 marked for
3    identification.)
4  BY MR. KUNTZ:
5    Q.  Doctor, this is just for the record.  You
6  can refer.
7    A.  Okay.
8    Q.  I'm just marking this --
9    MR. SNELL:  That's okay.
10  BY MR. KUNTZ:
11    Q.  -- to have it marked.  You can use your
12  copy of it.
13    This is your signature at the end of this
14  report, correct?
15    A.  Yes.
16    Q.  Okay.  Do you stand by all of the
17  statements you made in this report?
18    A.  Yes.
19    Q.  Okay.  Did you review this report yesterday
20  in preparation for the deposition?
21    A.  Yes.
22    Q.  Anything you want to correct in the report?
23    A.  I would have to go to one -- can I look
24  through this a second?
25    Q.  Sure.

17 (Pages 62 to 65)

Michael P. Woods, M.D.

Page 66

1    A.  This is one that I found.  This may take
2  me -- I did not mark it in here, so it may take me a
3  moment.
4    Q.  Take your time.
5    A.  This may take me a few moments.  Do you
6  want to --
7    Q.  We'll do it on a lunch break, or something.
8  We can do that.
9    A.  I'll look through this because I'm trying
10  to find it and I --
11    Q.  Okay.  But it sounds like there's something
12  that you wanted to correct and you're going to look
13  through it at a break --
14    A.  Yes.
15    Q.  -- and let me know?
16    A.  Yes.
17    Q.  Okay.  How long did it take you to write
18  this report?
19    A.  That -- this was a chunk of that 100 hours.
20    Q.  Okay.  How many?
21    A.  In writing this report, I would probably
22  say 35 to 40 hours of that time, and I'm just taking
23  a ballpark estimate.
24    Q.  Okay.
25    A.  That's just the writing and going over it.

Page 67

1  It's not the review.
2    Q.  Did you prepare the Attachment C, the
3  exhibit list?  Actually, it might be B.
4        MR. ROSENBLATT:  You're referring to
5  the reliance list?
6  BY MR. KUNTZ:
7    Q.  Yeah, the reliance list.  I'm sorry.
8    A.  Yeah, my reliance list.
9    Q.  Is Exhibit -- strike that.
10    A.  Yes.
11    Q.  Did you prepare Exhibit B, the reliance
12  list?
13    A.  Yes.
14    Q.  So you put this together?
15    A.  This is a list of everything that I looked
16  through and relied upon.
17    Q.  Did you ask for any internal documents, or
18  were they just provided to you by defense counsel?
19    A.  Provided by the defense counsel.
20    Q.  Okay.  Did you ever ask for any deposition
21  testimony of any Ethicon employees?
22    A.  No.
23    Q.  Okay.  It's not important to you what some
24  of the internal employees say about some of the
25  issues of this lawsuit?

Page 68

1    A.  I -- I have to look at the data that I was
2  asked to look at, which was higher level.
3    Q.  Okay.
4    A.  And --
5    Q.  So is testimony of the Ethicon employees
6  not important to you in forming your opinions in this
7  case?
8    A.  No.
9    Q.  Okay.  You know David Robinson, right?
10    A.  Yes, I do.
11    Q.  You communicate with him -- or you did
12  communicate with him a lot during your consulting
13  days with Ethicon, correct?
14    A.  Yes.
15    Q.  Okay.  It's not important to you what David
16  Robinson said about the development or issues related
17  to the TVT Retropubic?
18    A.  No.
19    Q.  Who put together the literature list in
20  your reliance list?
21    A.  This was my own.  This was going looking at
22  the various studies, doing the list.
23    Q.  Okay.
24    A.  And so if I were going through and found an
25  article that referred to an article, then I would try

Page 69

1  to find that.
2    Q.  Okay.  Did you type this reliance list
3  yourself?
4    A.  No, I did not.
5        MR. SNELL:  No.  I will state, for the
6  record, that is something that our paralegals typed.
7  BY MR. KUNTZ:
8    Q.  Did you provide them with all of the
9  articles that are on this list --
10    A.  Yes.
11    Q.  -- for the literature?
12    Okay.  So did they provide you -- did
13  defense counsel provide you with any articles?
14    A.  Yes, they provided me with articles, and I
15  provided them with other articles that I felt would
16  support this.
17    Q.  So this was -- this list was put together
18  kind of jointly --
19    A.  Yes.
20    Q.  -- with respect to the literature?
21    A.  Yes.  It's a massive -- there's no way to
22  get through all of that literature easily.
23    Q.  So what kind of searches did you do for
24  literature?
25    A.  I did PubMed searches.  I also looked at

18 (Pages 66 to 69)

Michael P. Woods, M.D.

Page 70

1    the systemic reviews, and then I would pull up
2    articles they cited that I felt were relevant.
3        I tried to weed out as best I could on the
4    level of data--it's just -- it's overwhelming when
5    you have over 2,000 articles--and just try to create
6    the levels within the pyramid of what I felt was a
7    higher-level data.
8        Q.  Did you read all 2,000 articles?
9        A.  I skimmed through many articles.  I can't
10   say exactly how many.
11       Q.  Okay.  Ballpark guess?
12       A.  Honestly, I don't have a whole lot of idea.
13       I then would go to the meta-analysis and
14   then also the systemic reviews in order to be able to
15   condense it down.  I didn't want to repeat a lot of
16   the work that had been done.
17       Q.  All right.  How many hours did you spend
18   reviewing the internal documents that are cited on
19   your reliance list?
20       A.  I would probably -- this is, again, going
21   to be a ballpark.  Probably about ten hours.
22       Q.  Okay.  I also noticed that you reviewed
23   several of the plaintiffs' expert reports.
24       A.  Yes.
25       Q.  Did you review those in detail?

Page 71

1        A.  I reviewed over trying to get the gist of
2    what they were saying, so -- on the expert reports,
3    and then in the -- reading the depositions was more
4    going through.  I don't understand all of the
5    legalese, and so --
6        Q.  Okay.  Did you -- did you review any of the
7    exhibits to the depositions?
8        A.  I don't recall -- no.
9        Q.  How long did you spend reviewing the
10   plaintiffs' expert reports that are listed on your
11   reliance list?
12       A.  I would say about an hour -- you know, on
13   what they were saying, about an hour a piece.  I
14   would read them a lot like I would an article.
15       Q.  Okay.  Did you review all of the footnotes
16   that are cited in the plaintiffs' expert reports?
17       A.  No.
18       Q.  Okay.  You didn't pull those documents and
19   look at them, did you?
20       A.  No.  Most of the documents were not related
21   to -- they were hernia mesh.  They weren't -- they
22   weren't related to what I was asked to review.
23       Q.  Okay.  So you -- it's your testimony that
24   most of the documents in the plaintiffs' expert
25   reports related to hernia mesh?

Page 72

1        A.  They were not -- I'm not -- part of theirs
2    was related to hernia mesh, animal data, these kind
3    of things.  I was looking at some of the level of
4    evidence and then looking at how they presented it.
5        Q.  Okay.  Did you -- so you didn't review any
6    of the plaintiffs' experts' reliance materials that
7    were attached to their reports, correct?
8        A.  If it -- I shared many of the same
9    documents that I had already reviewed.
10       Q.  Okay.  But if they were different ones that
11   aren't on your reliance list and they're on the
12   plaintiffs' expert reports, did you review those?
13       A.  There were some that I did review, yes.
14       Q.  Okay.  Did you make a note of which ones
15   you did and didn't review?
16       A.  No, I did not.
17       Q.  Okay.  Were those printed out for you, all
18   of the plaintiffs' documents that are on the
19   plaintiffs' experts' reliance reports?
20       A.  I reviewed over what the reference lists
21   were, and then --
22       Q.  Okay.
23       A.  -- looked at -- there was overlap with what
24   I had already reviewed, so --
25       Q.  Okay.  My -- that's not my question.  So

Page 73

1    some of the documents on the plaintiffs' expert
2    reports are the same as you have on your reliance
3    list, right?
4        A.  Yes.
5        Q.  And there are different ones, as well,
6    correct?
7        A.  Yes.
8        Q.  Did you review the actual documents?
9        A.  As -- as in articles?
10       Q.  Articles?  Internal documents?
11       A.  Many of the internal documents I did not
12   pay credence to because it would not affect the
13   evidence that I was asked to look at.
14       Q.  So you didn't actually pull the documents
15   or ask to be sent the documents in the plaintiffs'
16   expert reports to review them, correct?
17       A.  Correct.
18       Q.  Okay.  You just reviewed the reports and
19   the body of the reports and not the documents cited
20   or not the documents on the reliance list that were
21   different than the ones you'd reviewed for your
22   report --
23       MR. SNELL:  Objection, form.
24   BY MR. KUNTZ:
25       Q.  -- correct?

19 (Pages 70 to 73)

Michael P. Woods, M.D.

Page 74

1    A.  What I did is if there was overlap -- there
2  was such a huge amount of data there, so when it came
3  to, say, internal documents, I -- or -- I didn't have
4  access to e-mails or anything along this line, so on
5  those, what I was doing is looking at level of
6  evidence, so was this a randomized controlled study,
7  was this in a systemic review, these kinds of things.
8    Q.  Right.  But you didn't look at the actual
9  documents, correct?
10    A.  Correct.
11        MR. SNELL:  Objection, form.
12  BY MR. KUNTZ:
13    Q.  Okay.  And you didn't look at any of, say,
14  the internal documents of Ethicon that are cited in
15  the plaintiffs' expert reports, you didn't review
16  those actual documents?
17    A.  I did not feel that it would impact my
18  viewpoint because I was relying on top-level data.
19    Q.  So the answer to my question is, no, you
20  did not review them?
21    A.  If I did, it would have been very briefly
22  as in a quick skim.
23    Q.  Okay.  All right.  Who printed those
24  documents off for you?
25    A.  Those are received from plaintiffs'

Page 75

1  counsel -- or defense counsel.
2    Q.  Okay.  Were those on your thumb drive?
3        MR. SNELL:  They should be.
4        MR. KUNTZ:  Okay.  So all -- so all of
5  the plaintiffs' expert report reliance materials are
6  on the thumb drive?
7        MR. SNELL:  Yes.  As far as I know, we
8  sent him all -- every footnoted article or document
9  or thing that was cited by your experts along with
10  their reports; that should be on the thumb drive.  If
11  it's not --
12        Do you know if that's on the thumb drive?
13        MR. ROSENBLATT:  I haven't checked.
14  If it's not, we'll get that updated, but we'll send
15  him a response.
16        MR. KUNTZ:  Hold on.  Did you provide
17  them to him or not?
18        MR. SNELL:  Yes.
19        THE WITNESS:  Yes.
20  BY MR. KUNTZ:
21    Q.  Okay.  So every document that you reviewed
22  in this case to give your opinions today is on that
23  thumb drive?
24    A.  Yes --
25    Q.  Okay.

Page 76

1    A.  -- the in-depth review.  Some I skimmed,
2  some I looked at more closely, yes.
3    Q.  Okay.  How long did you spend reviewing all
4  of the documents that are cited in plaintiffs' expert
5  reports?
6    A.  I -- the thing is that we have to look
7  that a lot of the literature, you know, I've already
8  reviewed because I've been reviewing it for 20-plus
9  years.
10    Q.  Let's break it down, internal documents.
11  How long did you spend reviewing internal documents
12  that were cited in plaintiffs' expert reports?
13    A.  I'm unsure of an exact amount of time.
14    Q.  Who's Nick Jewell?
15    A.  I do not know.
16    Q.  You don't know that name?
17    A.  No.
18    Q.  Did you review his expert report?
19    A.  If I did, I -- I don't recall.
20    Q.  Okay.  Who is Howard Jordi?
21    A.  I don't recognize that name.
22    Q.  Who is Thomas Muehl?
23    A.  I don't recognize that name.
24    Q.  Did you read Dr. Margolis's expert report
25  in the Carolyn Lewis case?

Page 77

1    A.  No, I did not.
2    Q.  Did you review any expert reports in the
3  Carolyn Lewis case?
4    A.  I'm not familiar with the Carolyn Lewis
5  case.
6    Q.  You never heard of the name Carolyn Lewis
7  before today?
8    A.  No.
9    Q.  So if those expert reports are listed on
10  your reliance list, is it fair to say that you did
11  not review those?
12    A.  Or I skimmed them very rapidly.
13    Q.  Is it accurate to say that even if you did
14  review any internal documents from plaintiffs' expert
15  reports, they don't have any bearing on your opinions
16  in this case?
17    A.  That is correct.
18    Q.  Why did you review the internal documents,
19  then, that are on your reliance list?
20    A.  As I say, if I looked at them, I listed
21  them.
22    Q.  Okay.
23    A.  But there's a difference between looking at
24  something in-depth versus going over.  Also, I am
25  very poor with names.

20  (Pages 74 to 77)

Michael P. Woods, M.D.

Page 78

1    Q.  Is this the first time you've ever been
2  asked by a medical device company to serve as an
3  expert witness?
4    A.  Yes.
5    Q.  Have you ever been an expert in a medical
6  malpractice case?
7    A.  I have reviewed one case, but that was it.
8    Q.  Okay.  Have you ever been -- strike that.
9        Have you ever given depositions in the
10  medical malpractice cases in which you were named as
11  a defendant?
12    A.  Yes.
13    Q.  Okay.  Did you give a deposition in Bunman
14  v. Woods?
15    A.  What was the name, again?
16    Q.  Bunman, B-U-N-M-A-N?
17    A.  I believe it was Putnam.  I don't remember
18  the name.
19    Q.  Okay.  What was the issue in that case?
20    A.  It's been a long time ago.  I -- I don't
21  recall on many of the cases what it -- on that one, I
22  don't have a recollection.
23    Q.  Okay.  What about -- did you give a
24  deposition in Gardener (ph) v. Woods?
25    A.  Yes.

Page 79

1    Q.  Okay.  What about Kutner (ph) v. Woods?
2    A.  Yes.
3    Q.  Gray v. Woods?
4    A.  Yes.
5    Q.  Okay.  Hanson v. Woods?
6    A.  Yes.
7    Q.  Okay.  What about Bremmer (ph) versus
8  Woods?
9    A.  I don't recall if I gave a deposition on
10  that one.  I don't recall.
11    Q.  Is that -- was that a suit brought by the
12  government; do you know?
13    A.  I don't believe so.
14    Q.  Was Bremmer represented by the U.S.
15  Attorney's Office, do you know?
16    A.  I don't recall.
17    Q.  Okay.  Do you -- did any of these medical
18  malpractice cases involve issues related to stress
19  urinary incontinence?
20    A.  No.
21    Q.  Okay.  What about pelvic floor disorder?
22    A.  There was one vesicovaginal fistula, but
23  that was after a hysterectomy.
24    Q.  Okay.  Which was one was that?
25    A.  I don't remember the name of the patient to

Page 80

1  be honest with you.  It was 1994 is when it went
2  to --
3    Q.  Have you kept copies of any of these
4  depositions?
5    A.  No.
6    Q.  Were you represented by the same person in
7  all of these cases?
8    A.  No.
9    Q.  Have you ever been a party to any other
10  lawsuits?
11    A.  No, not that I recall.
12    Q.  Have you ever had any contact with any
13  other Ethicon -- strike that.
14        Do you know any of the other experts that
15  have been named by Ethicon in this case?
16    A.  Yes.
17    Q.  Okay.  Have you talked to them about this
18  case?
19    A.  Not at all.
20    Q.  Okay.  Do you know them?
21    A.  Yes, I do.
22    Q.  Okay.  How do you know them?
23    A.  Professionally, Denise Elser; and then Kim
24  Kenton I know professionally and, also, she and I, on
25  that Gore-Tex mesh, were coauthors.

Page 81

1    Q.  Have you ever had any actions taken against
2  your medical license?
3    A.  No.
4    Q.  Okay.  Any Orders of Compliance?
5    A.  Yes.
6    Q.  Okay.  What was that?
7    A.  That was a case where I was at Jennie
8  Edmundson Hospital and a patient of mine showed up at
9  a hospital I did not have privileges.  They tried to
10  contact me and I was in the basement of the office.
11  They were unable.  I didn't have cell phone service.
12  They transferred the patient to the University of
13  Nebraska.  The University of Nebraska had just
14  switched from a Rolodex call schedule to computer,
15  but they had not done it for the private physicians,
16  and they were using old contact data.
17    Q.  Okay.
18    A.  That actually was from my residency several
19  years before and they were unable to get ahold of me.
20    Q.  Did the licensing department of Nebraska
21  issue an order on that case?
22    A.  They issued an Order of Compliance with
23  no -- I want to say penalties, but that's not the
24  right word.  But I -- what I did is I cooperated and
25  acknowledged they couldn't get ahold of me, and so

21 (Pages 78 to 81)

Michael P. Woods, M.D.

Page 82

1    there was no restrictions.
2        Q.  When was that?
3        A.  I think the incident happened in 2007 and
4    that came out I believe in 2009, but I'm not exactly
5    sure.
6        Q.  Okay.  Anything else?
7        A.  No.
8        Q.  Have you ever completed a fellowship in
9    urogynecology?
10       A.  No.
11       Q.  Did you apply to fellowship programs?
12       A.  No, I did not.
13       Q.  Okay.  Do you know now if you can become a
14   urogynecologist without going through a fellowship?
15       A.  After 2015, no, you cannot.
16       Q.  And so you call yourself a urogynecologist
17   because you passed what board?
18       A.  I am board certified in both obstetrics and
19   gynecology and female pelvic medicine and
20   reconstructive surgery.
21       Q.  When did you take that test?
22       A.  2013.  It was the first year that it was
23   available.
24       Q.  Do you practice both in Nebraska and Iowa?
25       A.  I now practice in Iowa.  I have a license

Page 83

1    in Nebraska, but I no longer have hospital privileges
2    in Nebraska.
3        Q.  Do you bill for patients in Nebraska?
4        A.  I have patients that come from Nebraska
5    over to Iowa, yes.
6        Q.  Okay.  So you bill Nebraska Medicaid
7    program?
8        A.  Yes, I would say, because I can recall one
9    patient that I have had that --
10       Q.  Is your legal office in Nebraska or Iowa?
11            MR. SNELL:  Objection, form.
12            THE WITNESS:  My legal --
13   BY MR. KUNTZ:
14       Q.  Is -- do you have an office in Nebraska any
15   longer?
16       A.  No, I do not.
17       Q.  Okay.  Do you have two separate companies
18   or just one?
19       A.  I don't have a company anymore.  I'm
20   employed.
21       Q.  Okay.  And you're an employee of?
22       A.  Shenandoah Community Hospital.
23       Q.  How long did you work at ICON Clinical
24   Services?
25       A.  Six months.  At the end of November until

Page 84

1    May when they closed the office.
2        Q.  Okay.  So ICON -- where was ICON Clinical
3    Services located?
4        A.  Actually, right across over here
5    (indicating), about 114th.
6        Q.  And what were your duties there?
7        A.  When I first went there, it was to become a
8    primary investigator, but I was going through the
9    training process.  I actually wanted to learn how to
10   do studies better, and it was the second largest
11   Phase I company in the world, and approached them.
12       Q.  Why did they close?
13       A.  The corporate office in Dublin decided to
14   close the office in Omaha.
15       Q.  Okay.  Why did you want to learn how to do
16   studies better?
17       A.  I felt that in my training, observational
18   studies were about the best there was, and the level
19   of data had changed during my evolution of my
20   professional life, and I wanted to understand the
21   business aspect but, also, really, how to do studies
22   properly.  I don't have the fellowship available to
23   me, without having to quit my practice, and I thought
24   that this would be one way where I could learn from
25   the people that were doing the highest-level research

Page 85

1    for the federal government.
2        Q.  Okay.  Did you decide to -- after they
3    closed down, to take up that endeavor any further?
4        A.  No.  I -- the opportunity arose in
5    Shenandoah to align with exactly what I was looking
6    for.
7        Q.  Did you work on polypropylene mesh while
8    you were at ICON?
9        A.  No, I did not.
10       Q.  Did you work on SUI products while you were
11   there?
12       A.  No, I did not.
13       Q.  Did you work on TVT while you were there?
14       A.  No, I did not.
15       Q.  Did you work on any mesh products?
16       A.  In research?
17       Q.  Uh-huh.
18       A.  No, I did not.
19       Q.  I saw in your CV that you written an
20   article with Linda Brubaker?
21       A.  That was the -- the Kenton that I had
22   mentioned earlier, Linda Brubaker was also on that.
23       Q.  She was Dean at the medical school you were
24   trained at, correct?
25       A.  That is correct.

22 (Pages 82 to 85)

Michael P. Woods, M.D.

Page 86

1      Q.   Okay.  She's one of the most respected
2   pelvic floor surgeons in the world?
3      A.   I have a tremendous respect for Linda, yes.
4      Q.   And do you agree that she has more
5   experience and expertise in pelvic floor surgery than
6   you?
7           MR. SNELL:  I'm going to object, lacks
8   foundation.
9           THE WITNESS:  Linda and I share a lot
10   in common.
11   BY MR. KUNTZ:
12      Q.   Okay.
13      A.   She has done much more research than I
14   have, so she has --
15      Q.   You agree she --
16           THE REPORTER:  "She has" --
17           THE WITNESS:  Done much more research
18   and publication and education.
19   BY MR. KUNTZ:
20      Q.   You would agree that she's an expert in
21   mesh complications, correct?
22      A.   I believe -- yes, I believe she is an
23   expert in female pelvic floor disorders, yes.
24      Q.   Are you doing any current research on
25   polypropylene mesh?

Page 87

1      A.   No, I have not.
2      Q.   Okay.  You've never written on
3   polypropylene mesh, correct?
4      A.   No, I have not.
5      Q.   Okay.  You've never lectured on
6   polypropylene mesh outside of Ethicon, correct?
7      A.   Yes, I have.
8      Q.   Okay.  Where at?
9      A.   The Hong Kong Urogyn Association.  I
10   believe that was 2009.  And the Taiwan Urogyn
11   Association which I also believe was in 2009.
12      Q.   Did Ethicon pay for you to go on those two
13   trips?
14      A.   No.
15      Q.   Okay.  You went on --
16      A.   In 2009 I was invited by the Hong Kong
17   Hospital Authority.
18      Q.   Did Ethicon have any involvement in that
19   trip to Hong Kong?
20      A.   No, they did not.
21      Q.   You received no payments from Ethicon for
22   that trip?
23      A.   Not -- I did receive payments for the
24   Taiwan side of it but not for the Hong Kong side at
25   all.

Page 88

1      Q.   Was that the same trip?
2      A.   Yes.
3      Q.   Okay.  Did Ethicon pay for your travel over
4   there?
5      A.   No, I paid for my travel.
6      Q.   And Ethicon paid for what for the Taiwan
7   part of the trip?
8      A.   They -- in the Taiwan part of the trip,
9   they paid for the hotel and my contracted amount.  I
10   don't remember what it was.
11      Q.   Okay.  Did they pay for any portion of your
12   airfare?
13      A.   No, they did not.
14      Q.   Did they pay for your meals while you were
15   over there?
16      A.   Yes.
17      Q.   Okay.
18      A.   Actually, I am unsure.
19      Q.   Okay.  We'll go through it here in a little
20   bit.
21      A.   Yes, that I'm unsure because --
22      Q.   So they did pay for part of your travel on
23   your trip to Hong Kong and Taiwan, correct?
24      A.   For the Taiwan portion.
25      Q.   Any other lectures you've ever given,

Page 89

1   besides those two, on polypropylene mesh?
2           MR. SNELL:  Form.
3   BY MR. KUNTZ:
4      Q.   Strike that.  Tell me every lecture you've
5   ever given on polypropylene mesh.  I thought I asked
6   that, and you said Hong Kong and Taiwan.
7      A.   No, that would be -- I'm just trying to go
8   back and think.  I think that would be correct.
9      Q.   You've never written on the Burch
10   procedure?
11      A.   I'm going to -- I am going to go back in
12   that I gave a lecture at University of Missouri,
13   Kansas City, on the post FDA 2012 meeting on pelvic
14   floor mesh.  I believe I gave a grand rounds at --
15      Q.   Ethicon paid for that trip?
16      A.   No.
17      Q.   Who invited you to that trip?
18      A.   The chairman of the department, a
19   perinatologist.  I'm blanking on his name right now.
20      Q.   Did you keep that presentation?
21      A.   No, I don't have that presentation.
22      Q.   Was that lost on the computer, too.
23      A.   That was on my computer.
24      Q.   What was that lecture about?
25      A.   That was just reviewing pelvic floor mesh

23 (Pages 86 to 89)

Michael P. Woods, M.D.

Page 90

1  after the FDA meeting in September 2011.
2     Q.  Okay.  You never published anything on the
3  Burch procedure, correct?
4     A.  No.
5     Q.  You never published or written anything on
6  the pubovaginal slings?
7     A.  No.
8     Q.  You doing any research on polypropylene
9  mesh right now?
10    A.  No, I'm not.
11    Q.  You're not an expert in chemical
12 engineering?
13    A.  No, I'm not an expert on chemical
14 engineering.
15    Q.  Not an expert in pathology?
16       MR. SNELL:  Objection, form.
17       THE WITNESS:  No.
18 BY MR. KUNTZ:
19    Q.  Are you an expert in pathology?
20    A.  No.  I have taught histology in medical
21 school and I have reviewed pathology slides with
22 pathologists, but I am not a -- I am not a
23 pathologist.
24    Q.  Okay.  When did you teach histology?
25    A.  In my first year of medical school, I was a

Page 91

1  TA in the histology class.
2     Q.  Where was that at?
3     A.  Loyola-Stritch in Chicago.
4     Q.  What book did you use?
5     A.  I don't even recall.
6     Q.  You're not an expert in polymer chemistry?
7     A.  No.
8     Q.  You've never done bench research on
9  polypropylene?
10    A.  No, I have not.
11    Q.  Never done lab research on polypropylene?
12    A.  No.
13    Q.  Okay.
14    A.  I've implanted a lot of it, but I haven't
15 done research on it.
16    Q.  Have you ever done any type of pathological
17 analysis on explanted polypropylene mesh?
18    A.  Just on what I took out, looked at, and
19 sent to the pathologist.
20    Q.  Okay.  Have you ever looked under the
21 microscope at explanted mesh?
22    A.  I can recall one time where I was with a
23 pathologist, yes.
24    Q.  Okay.  What was that?
25    A.  That was a revision of a TVT that had

Page 92

1  obstructive symptoms.
2     Q.  Okay.  Why did you look at that mesh under
3  the microscope?
4     A.  I just wanted to.  I asked the pathologist
5  and I just wanted to look at it.
6     Q.  You only wanted to do that one time with
7  explanted mesh?
8     A.  I didn't feel a strong need to continue
9  looking.  No, just the one time.
10    Q.  Who was the pathologist?
11    A.  I don't recall.
12    Q.  When was this?
13    A.  Several years.  I couldn't give you a year
14 to be honest with you.
15    Q.  You're not a biomaterials expert?
16    A.  I -- I -- as I say, I've implanted, but I
17 would not consider -- call myself a biomaterials
18 expert.
19    Q.  You're not an expert on warnings?
20    A.  Actually, I have been consulted on -- I've
21 served on ACOG's Committee on Professional Liability;
22 I was vice chair of that committee.  I've also served
23 on the ACOG's Quality and Patient Safety Committee
24 and I'm presently on AUGS' Quality Committee.
25    Q.  Okay.  What do those institutions -- what

Page 93

1  do you do with warnings with those three groups?
2     A.  Actually, looking on the safety design for,
3  say, obstetrical units and these kind of things.
4     Q.  Okay.  What do you mean safety design?  For
5  the actual unit at the hospital?
6     A.  Yes.
7     Q.  Okay.  So you work with warnings for, like,
8  beds in hallways?
9     A.  Well, what I do is looking at hospital
10 design or team design for patient safety, is a better
11 way to describe it.
12    Q.  You're not an expert on warnings related to
13 medical devices, correct?
14    A.  No, I would not call myself an expert.
15    Q.  Okay.  I mean, you don't know what risk
16 information a medical device company needs to put
17 inside an IFU, do you?
18       MR. SNELL:  Objection, form.
19       THE WITNESS:  I believe that the FDA
20 has very specific guidelines.
21 BY MR. KUNTZ:
22    Q.  Okay.  You don't know what those are as we
23 sit here today?
24    A.  No, I do not.
25    Q.  Okay.  You've never looked at them, have

24  (Pages 90 to 93)

Michael P. Woods, M.D.

Page 94

1    you?
2        A.  Not the guidelines from the FDA, no.
3        Q.  You've never drafted an IFU for a medical
4    device?
5        A.  No.
6        Q.  You've never worked on warnings for a
7    medical device?
8        A.  Not that I recall, no.
9        Q.  Okay.  You have never worked on warnings
10   for a prescription drug?
11       A.  No.
12       Q.  You're not a biomedical engineer?
13       A.  No, I am not.
14       Q.  You would agree you're not an expert on the
15   design of medical devices?
16           MR. SNELL:  Form.
17           THE WITNESS:  I have worked on medical
18   devices that have been patented, as a consultant.
19   BY MR. KUNTZ:
20       Q.  Have you ever designed a medical device?
21       A.  Actually, I worked on the design of the
22   LigaSure Extend clamp for vaginal hysterectomy.
23       Q.  Okay.  Who manufactured that product?
24       A.  Valleylab.
25       Q.  What was your role in the design of that

Page 95

1    medical device?
2        A.  Looking at the length of the clamp and what
3    I felt would be effective for deep pelvises.  Also,
4    they consulted me on the development of the LigaSure
5    Precise, which was a small clamp for ENT.
6        Q.  Okay.  Do you have a patent on medical
7    devices?
8        A.  No, I do not.
9        Q.  When was this -- when was this device
10   created?
11       A.  The LigaSure Extend?
12       Q.  Yes.
13       A.  I don't know the exact date.  It's been on
14   the market for quite a while.  It had to be the early
15   2000s.
16       Q.  Okay.
17       A.  It might -- might have been even the late
18   1990s, but somewhere in that category.  The Precise,
19   I'm not sure when it came out.
20       Q.  What standards do manufacturers have to
21   follow in designing medical devices?
22       A.  That it -- they state that what it does is
23   actually what it does, but beyond that, I don't have
24   a tremendous amount of knowledge.
25       Q.  Do you know what government standards they

Page 96

1    must abide by?
2        A.  I know there are government standards.  I
3    do not know the exact ones.
4        Q.  But you don't know the names of them?
5        A.  No, I do not.
6        Q.  Okay.  Did you use any of those standards
7    when you were designing this device or consulting
8    with Valleylab?
9        A.  I was more working with the engineers on
10   that design.
11           And as I say, I'm definitely not an expert
12   on federal regulations.  That's one of the things,
13   when I was at ICON, I was trying to understand that
14   complexity.
15       Q.  What are quality system regulations?
16       A.  Again, I -- you're beyond my scope.
17       Q.  What are current good manufacturing
18   practice standards?
19       A.  I am -- I'm trying to think back on what I
20   went through at ICON because we had a section on
21   that, but I don't recall it.
22       Q.  Okay.  When did you have this consulting
23   agreement with Valley -- is it Valleylabs?
24       A.  Valleylab.
25           I would have to look at when I did my

Page 97

1    study, and it was either late 1990s or early 2000s.
2        Q.  Okay.  So you ran a study for them after
3    the product was designed?
4        A.  No.  I had done using another device that
5    was shorter on a vaginal hysterectomy randomized
6    study.
7        Q.  Do you know what a company research is
8    before a product is designed or released?
9            MR. SNELL:  Form, vague, overbroad,
10   incomplete hypothetical.
11   BY MR. KUNTZ:
12       Q.  You can answer.
13       A.  I have vague ideas, but I -- I have no
14   solid regulatory aspect at all.
15       Q.  Okay.
16       A.  I'm usually asked, you know, such as with
17   my work with Ethicon is, "What is your opinion on
18   this?"  I worked on a couple of the other -- the
19   other, like with TVT Secur, and then looking at some
20   of the evolution ones, but as in the regulation, that
21   is something that's not what I would -- I've got
22   other things to be worried about.
23       Q.  You wouldn't consider yourself an expert in
24   that area?
25       A.  Pardon me?

25  (Pages 94 to 97)

Michael P. Woods, M.D.

Page 98

1    Q.  You're not an expert in that area, correct?
2        MR. SNELL:  Form, "that area."
3        THE WITNESS:  I feel that I do not
4    have the knowledge base.  I may have a very vague
5    knowledge base but not the level that would be
6    required in manufacturing.
7    BY MR. KUNTZ:
8    Q.  Tell me how a medical device company goes
9    about designing a medical device.
10       MR. SNELL:  Objection:  Form,
11   overbroad.
12       THE WITNESS:  I feel that in the
13   device they get an idea, and they do benchtop work,
14   and then it evolves through; and I would say I'm more
15   at the end of that process.
16   BY MR. KUNTZ:
17   Q.  Okay.  What experts are involved?
18   A.  It would depend on what type of device.
19   Q.  What about an SUI device?
20   A.  I believe that with that you would have to
21   have your mechanical engineers, you would have to
22   have your safety individuals, you would have to have
23   consulting with medical personnel, "Is this even a
24   real option to be looking at?"
25   Q.  What's a design history file?

Page 99

1    A.  I -- again, I -- I would suspect, by that
2    name, that it is the life -- the evolution of a
3    device.
4    Q.  Okay.  Did you review the design history
5    file for the TVT Retropubic?
6    A.  I reviewed over -- I don't recall
7    specifically on that.  When Ulmsten was first coming
8    out with this, with the integral theory, I found it
9    to be a real challenge to my dogma, for one, but in
10   looking at how he talked about using the various
11   suburethral components, I did look at that.
12   Q.  Okay.  Do you know, one way or another, if
13   you reviewed the design history file for the TVT, as
14   we sit here right now?
15   A.  I did not.  I do not have a bundle that
16   says that's what it is, no.
17   Q.  Okay.  Do you know what MedScan is?
18   A.  I've heard of it.  I'm not exactly -- I
19   believe that is -- I will say it would be pure
20   conjecture on --
21   Q.  Do you know what Preventia is?  Have you
22   ever heard of Preventia?
23   A.  No.  Actually, I might have heard -- the
24   name sounds, but...
25   Q.  What's a failure modes and effects

Page 100

1    analysis?
2    A.  I'm not sure.
3    Q.  So safe to -- it's accurate to say you're
4    not sure what the purpose of a failure modes and
5    effects analysis is because you don't know what it
6    is?
7    A.  Correct.
8    Q.  Do you know -- do you recall, as you sit
9    here now, if you reviewed any of the failure modes
10   and effects analysis involved in this case?
11   A.  If I did, it would have been very briefly.
12   Q.  Do you know if warnings for a product are
13   part of the failure modes analysis?
14   A.  If I don't know exactly what the failure
15   modes analysis is, I can't say that.
16   Q.  Do you know what a DDSA is?
17   A.  That name rings a bell.  I'm trying --
18   Q.  So you don't know, as we sit here right
19   now, or you don't recall?
20   A.  Don't -- do not recall.
21   Q.  What is ISO testing?
22   A.  ISO testing is a standardized testing that
23   is used -- it's International Standards -- I want to
24   say Organization.  I remember this some from my ICON
25   days.

Page 101

1        And these are, I'm going to say,
2    international standards so that way if a study is
3    done in Croatia or the U.S., that they're using the
4    same base knowledge, I believe.
5    Q.  Did you review any of the ISO testing that
6    was done on the TVT Retropubic?
7        MR. SNELL:  Form, vague.
8        Go ahead.
9        THE WITNESS:  If I did, it would have
10   been briefly.
11   BY MR. KUNTZ:
12   Q.  Do you believe that the TVT mesh can rope?
13   A.  I have not seen it in my own hands, and I'm
14   not aware in any Level 1 data that there's any
15   clinical indication of that.
16   Q.  Okay.
17   A.  I believe if you were to stretch it in --
18   beyond its physiologic meaning, yes.
19   Q.  What is the physiological range for the
20   pelvic floor?
21   A.  The -- 167 grams, I believe--I would have
22   to pull up a chart--is -- I would have to find that
23   chart.  If I could look --
24       MR. KUNTZ:  Yeah, let's take a quick
25   break.

26 (Pages 98 to 101)

Michael P. Woods, M.D.

Page 102

1       (11:34 a.m. to 11:48 a.m. -
2       Recess taken.)
3    BY MR. KUNTZ:
4       Q.   When we were off the record, you were
5    looking for a chart that discussed the physiological
6    forces of the pelvic floor; is that correct, Doctor?
7       A.   This comes from a lecture--and this is one
8    of the ones from Gynecare at that time--where we
9    looked at pull-out force comparison.  This was in a
10   human cadaver.  The physiologic limit was 164 grams,
11   and then we looked at the pull-out force.
12      And in -- one of the things that I also did
13   in the TVT Abbrevo is I was one of the surgeons where
14   they compared the pull-out force of TVT Secur to TVT
15   Abbrevo and, actually, was there when they were doing
16   the measurements of pulling the sling out of the
17   tissues.  And so when they talk about the physiologic
18   limit, this is the assumption within the pelvis.
19      Q.   Okay.  I'm going to mark that as, I
20   believe, Exhibit 3.
21      (Exhibit No. 3 marked for
22      identification.)
23      MR. SNELL:  Thank you.
24   BY MR. KUNTZ:
25      Q.   What is the date of this -- strike that.

Page 103

1       Is this your presentation?
2       A.   This was -- any presentation I did when I
3    was speaking for Ethicon was approved by Ethicon.
4       Q.   Okay.
5       A.   I was allowed to have my own if it went
6    through legal review --
7       THE REPORTER:  "Have my own" --
8       THE WITNESS:  My own slides if it went
9    through legal review.
10      And so the only time that I would talk
11   about my own experience, or anything, is if I made
12   the qualifier, I'm now speaking not for Ethicon but
13   as a physician -- pelvic floor physician doing the
14   procedure.
15   BY MR. KUNTZ:
16      Q.   So any presentation you gave for Ethicon
17   had to be approved by them?
18      A.   If I was -- if I was speaking for them,
19   yes.
20      Q.   Okay.  Did you give this presentation for
21   them?
22      A.   Yes.
23      Q.   Okay.  When was this given?
24      A.   Multiple times.
25      Q.   Okay.  And you refer specifically, on

Page 104

1    Page 7, to a bar graph talking about the pull-out
2    forces of TVT-S and TVT, TVT-O?
3       A.   Well, it was TVT Secur, both U and Hammock;
4    Retropubic TVT; and then TVT-O.
5       Q.   Does this talk about the in vivo
6    physiological forces?
7       A.   This was -- the 164 grams, I believe, was
8    in the pelvis, and then this was how well it stayed
9    in place at forces above that.
10      And so in this particular one, what we did
11   is we implanted the device, and then they hooked up
12   some machine that measured the force it took to
13   dislodge it out of the tissues.
14      Q.   So this, we're talking about pull-out
15   forces as opposed to in vivo forces once the mesh is
16   left in the body, correct?
17      A.   I believe --
18      MR. SNELL:  Objection:  Form, asked
19   and answered.
20      Go ahead.
21      THE WITNESS:  I believe this 164 is
22   the baseline --
23   BY MR. KUNTZ:
24      Q.   Okay.
25      A.   -- the physiologic.

Page 105

1       Q.   Okay.  And what's the basis for this study?
2       A.   Specifically on this was looking at
3    pull-out forces and that it exceeded physiologic
4    forces.
5       Q.   And where do we find that study, the
6    results of that study?
7       A.   That would probably be in some of the
8    internal documents.
9       Q.   Okay.  Were those internal documents that
10   are part of your reliance list?
11      A.   I do not recall that this was part of the
12   reliance list.
13      Q.   Okay.  Can you get us a copy of this study?
14      A.   I think you would have to request it from
15   the company.  I don't think I would have access to
16   it.
17      MR. KUNTZ:  Can we get a copy to this
18   study, Burt?
19      MR. SNELL:  Let me see.  You mean the
20   actual cadaver study thing that they did?
21      MR. KUNTZ:  Yes.
22      MR. SNELL:  PSE 05-0396, Evaluation of
23   the Pullout Force.
24      We'll check.  I would think -- that may --
25   that's probably already been produced as part of

27 (Pages 102 to 105)

Michael P. Woods, M.D.

Page 106

1   the -- you know, that PSE number does seem -- I have
2   seen that before. I think that has been produced.
3   BY MR. KUNTZ:
4       Q.  When was this study done?
5       A.  I do not know.
6       Q.  Does this just relate to the force of the
7   mesh during implant?
8       A.  It's the physiological limit of the mesh.
9       Q.  During implant?
10      A.  I believe so. I am not positive.
11      Q.  Okay. Does this test the force of the mesh
12  when a patient is standing?
13      A.  I -- I cannot say on that.
14      Q.  Doctor, you were part of the study and
15  presented on it. Was it or was it not?
16      A.  I was not a part specifically of this
17  study. I was a part of when TVT Abbrevo was coming
18  out. They utilized me as the TVT Secur expert and
19  then the placement of the TVT Abbrevo and then the
20  pull-out forces out of the tissue.
21      Q.  Okay. So forces of the mesh on pull out
22  during the implant procedure, correct?
23          MR. SNELL: Objection, form.
24          THE WITNESS: No. This was where we
25  put enough tension on it that we actually

Page 107

1   dislodged -- it was supraphysiologic to dislodge the
2   mesh to see if the anchoring was the same.
3   BY MR. KUNTZ:
4       Q.  Did you play any role in the TVT pull-out
5   force study?
6       A.  No.
7       Q.  Okay. Have you ever seen the results of
8   that study?
9       A.  I probably have. I just don't recall
10  specifically.
11      Q.  Did it test the forces when the patient was
12  lifting something?
13      A.  No, this was a cadaver study.
14      Q.  So not -- so it's a cadaver study so it
15  couldn't be when the patient was lifting something,
16  correct?
17      A.  Correct.
18      Q.  It couldn't have been when the patient was
19  coughing, correct?
20      A.  Correct.
21      Q.  It couldn't have been when the patient was
22  sneezing, correct?
23      A.  Correct.
24      Q.  It couldn't have been when the patient is
25  running, correct?

Page 108

1       A.  Correct, because it was a cadaver study.
2           And then I was involved in the development
3   of the TVT Abbrevo. It was will the device stay in
4   place; and, also, with Coloplast, I worked on a study
5   in the design of the anchoring mechanism for the
6   single-incision sling.
7       Q.  Would you agree that the TVT was not
8   designed to rope?
9       A.  I -- I would agree that when the TVT is
10  placed properly, I do not see any roping.
11      Q.  Okay. Would you agree that when the TVT is
12  placed appropriately it doesn't -- it wasn't designed
13  to curl?
14      A.  Curling would be a deformation, so that
15  should not occur when placing following instructions
16  for use.
17      Q.  And when the TVT -- strike that.
18          Do you agree that the TVT was not designed
19  to fray?
20      A.  Actually, the edges -- it depends what you
21  call fraying. I'm not sure -- when I hear fraying,
22  I'm not sure exactly what that means.
23      Q.  What does fraying mean to you?
24      A.  Fraying means to me that if you stretch it,
25  the edges start to change edges is what I would call

Page 109

1   fraying. There's other ways where you could sit back
2   and look at a mechanically cut edge and say, Well,
3   that edge is frayed because it's cut, it's not a
4   sealed edge.
5           I really -- I don't hold credence to
6   fraying. I don't honestly know what to think when
7   they say fraying.
8       Q.  Have you ever talked to anybody else at
9   Ethicon about what they think the word fraying means?
10      A.  I have talked to physicians that have said,
11  Well, along the edges there could be some fraying
12  because it's cut, and we cut mesh when -- if we are
13  doing a sacrocolpopexy, we cut the mesh using a
14  scissors to customize it, and they say, Well, the
15  edges could fray on that.
16      Q.  Have you ever seen any internal documents
17  that suggest fraying of the mesh causes
18  complications?
19      A.  I have looked at documents where they
20  talked about fraying and the potential, but I'm not
21  aware of any quality studies. That would be very
22  bottom-of-the-rung opinion. And when I was looking
23  at this, it was what are the randomized controlled
24  studies down to the cohort studies and these things.
25  But when it comes to opinion, that's expert opinion

28 (Pages 106 to 109)

Michael P. Woods, M.D.

| Page 110 | Page 112 |
|---|---|
| 1  and that's -- the level of evidence that I looked at | 1  one of the meshes was used in post 2007? |
| 2  was very low level. | 2      A.  You have those incorporated into the |
| 3      Q.  Do you know if Ethicon has ever done a | 3  studies that do not show any difference, so I have to |
| 4  study to see the difference in complications between | 4  take -- |
| 5  laser cut mesh and mechanical cut mesh? | 5      Q.  But in any one of those studies does it say |
| 6          MR. SNELL:  Objection: Form, | 6  whether laser cut mesh is used or mechanical cut mesh |
| 7  foundation. | 7  is used? |
| 8          THE WITNESS:  I believe that they have | 8      A.  Not that I'm aware of -- |
| 9  not done a study; however, when we look at our | 9      Q.  Okay. |
| 10  literature, so the laser cut mesh, which was utilized | 10     A.  -- for Retropubic TVT. |
| 11  more in Europe, if we were looking at the evolution | 11     Q.  And you would agree that Ethicon still |
| 12  of studies that, say, start in 2008 to now, so they | 12  sells both products? |
| 13  are five years, seven years out, that we're not | 13     A.  Yes. |
| 14  showing an increased risk of complications or | 14     Q.  Okay.  In any study -- and you can take as |
| 15  differences.  And so my feeling is that that has been | 15  long as you want.  In all of your studies you have |
| 16  done just because we have studies that have followed | 16  post 2007, show me a study that distinguishes between |
| 17  that long enough. | 17  mechanical cut mesh and laser cut mesh. |
| 18          MR. KUNTZ:  And I'm going to move to | 18     A.  For Retropubic TVT? |
| 19  strike after studies have not been done. | 19     Q.  Yes. |
| 20  BY MR. KUNTZ: | 20     A.  Okay.  Then what I would do is say that |
| 21     Q.  And ask again, Doctor:  Has there ever been | 21  that was not in the study design that I'm aware of. |
| 22  a study done by anybody comparing the complications | 22     Q.  Okay.  Would you agree that the TVT mesh |
| 23  of laser cut mesh to mechanical cut mesh? | 23  was not designed to shrink? |
| 24          MR. SNELL:  Objection: Form, | 24     A.  For Retropubic? |
| 25  foundation. | 25     Q.  Yes. |

| Page 111 | Page 113 |
|---|---|
| 1          THE WITNESS:  What we do is we have to | 1      A.  There are studies that show that it does |
| 2  take -- | 2  not appear to shrink, yes. |
| 3  BY MR. KUNTZ: | 3      Q.  Have you ever reviewed a study that shows |
| 4      Q.  Doctor, answer the question:  Yes or no? | 4  that the mesh in the TVT Retropubic shrinks? |
| 5          MR. SNELL:  Same objection. | 5      A.  When you look at the Dietz study, it shows |
| 6  BY MR. KUNTZ: | 6  that it does not. |
| 7      Q.  Have you ever -- as you sit here today, | 7      Q.  That's not my question.  Have you ever seen |
| 8  have you ever seen a study comparing the difference | 8  a study in your thorough review in studies you've |
| 9  in complications between laser cut mesh and | 9  been provided by defense counsel and studies you've |
| 10  mechanical cut mesh? | 10  gone out and looked at on your own, ever seen a study |
| 11     A.  Yes, because you have randomized controlled | 11  that says that the TVT mesh in the Retropubic |
| 12  studies that use both, follow the clinical | 12  shrinks? |
| 13  complications, and showed no difference. | 13     A.  I have not seen a quality study that |
| 14     Q.  Okay.  Tell me what randomized clinical | 14  reflects that. |
| 15  trial you have anywhere in your materials that tracks | 15     Q.  Okay.  Have you seen any studies?  In your |
| 16  the difference between mechanical cut mesh and laser | 16  report you say you've never seen one.  Do you |
| 17  cut mesh. | 17  remember that? |
| 18     A.  It would be the assumption that if you have | 18     A.  I -- I do not recall any studies -- I |
| 19  data that -- you had implants or -- you -- | 19  recall studies that show it didn't.  I don't recall |
| 20     Q.  Doctor, can you point to any study in all | 20  studies that show that it did. |
| 21  of these studies you have that distinguishes that | 21     Q.  Okay.  So you've never been provided from |
| 22  mechanical cut mesh was used as opposed to laser cut | 22  defense counsel any studies that show that the TVT |
| 23  mesh post 2007? | 23  mesh shrinks? |
| 24     A.  No. | 24         MR. SNELL:  Objection:  Form, |
| 25     Q.  Okay.  Do any of these studies show which | 25  foundation. |

29 (Pages 110 to 113)

Michael P. Woods, M.D.

Page 114

1          THE WITNESS:  TVT Retropubic?
2     BY MR. KUNTZ:
3        Q.  Yes.
4        A.  I do not recall.
5        Q.  Okay.  Do you think that mesh in some of
6     the other TVT devices shrinks?  You keep saying --
7     you keep clarifying "Retropubic."  Is there a TVT
8     device where the mesh does shrink, in your mind?
9        A.  Not that I'm aware of.
10       Q.  Okay.  Have you ever seen any internal
11    documents from Ethicon that suggests that the Prolene
12    mesh in the TVT Retropubic device shrinks?
13       A.  No.  And the literature would support that
14    we are not seeing the long-term complications that
15    would be associated with it, such as increasing
16    urinary retention.  It tends to be stable over time.
17       Q.  What other -- are you aware of any -- well,
18    you don't believe it shrinks so you don't know what
19    complications it would cause, correct?
20          MR. SNELL:  Form, misstates.
21    BY MR. KUNTZ:
22       Q.  If the mesh did shrink, what complications
23    would it cause?
24       A.  If there -- and this is a hypothetical
25    question, and so if -- what I would expect to see if

Page 115

1     there was shrinking would be increased outflow
2     obstruction.
3        Q.  Okay.  When did you first start consulting
4     with Ethicon, Doctor?
5        A.  I believe you reported that it was 2002.
6        Q.  And your CV says 2004, correct?
7        A.  That is correct.
8        Q.  Are you going to go back and change that?
9        A.  If you -- I did not have all of my
10    documents on that.  I would be glad to change the CV.
11       Q.  I'm going to hand you what's been marked
12    Exhibit 4.
13          (Exhibit No. 4 marked for
14           identification.)
15    BY MR. KUNTZ:
16       Q.  Do you recognize that document?
17       A.  My signature is on it, so yes.
18       Q.  And that's a consulting agreement that you
19    entered into in December of 2002, correct?
20       A.  That is correct.
21       Q.  And it's for the amount of $50,000,
22    correct?
23       A.  One moment here.
24       Q.  The maximum amount of the contract was
25    $50,000?

Page 116

1        A.  That is correct.
2        Q.  I'm going to hand you what's been marked
3     Exhibit 5.
4          (Exhibit No. 5 marked for
5           identification.)
6          MR. SNELL:  Can I get a copy?
7          MR. KUNTZ:  I'm sorry.
8          MR. SNELL:  No. 4 or 5, you said?
9          MR. KUNTZ:  5.
10         MR. SNELL:  4 was prof. ed. slides?
11         MR. KUNTZ:  4 was 2002.
12         MR. ROSENBLATT:  3 was the prof. ed.
13    slides.
14         MR. KUNTZ:  4 was the 2002 contract.
15         MR. SNELL:  Can I get a copy of that?
16         MR. KUNTZ:  It's not on the thumb
17    drive?
18         MR. SNELL:  I don't know.
19    BY MR. KUNTZ:
20       Q.  What is this document, Doctor?
21       A.  Could I ask a question?  How do I update
22    the CV to reflect 2002?
23         MR. SNELL:  Don't worry about that.
24         THE WITNESS:  Okay.
25         MR. SNELL:  This is a deposition where

Page 117

1     you answer his questions to the best of your ability.
2          THE WITNESS:  Okay.
3          MR. SNELL:  You don't need to be
4     worried about updating stuff.
5     BY MR. KUNTZ:
6        Q.  I promise you at trial we will not
7     cross-examine you about your CV, about that.
8          MR. SNELL:  I hope you do.
9          So this is Exhibit 5.
10    BY MR. KUNTZ:
11       Q.  Do you recognize that document?
12       A.  Yes.
13       Q.  And the maximum --
14       A.  I recognize my signature, anyway.
15       Q.  Right.  That's your signature at the bottom
16    of this.
17       A.  Yes.
18       Q.  And the maximum amount of this contract was
19    $25,000, correct?
20       A.  That's correct.
21       Q.  Did you have a consulting agreement for
22    2004?
23       A.  I believe so.
24       Q.  Okay.  You can't find that one.  Do you
25    know what that amount was for?

30 (Pages 114 to 117)

Michael P. Woods, M.D.

Page 118

1    A.  No idea.  It was the maximum amount.
2  Whether I got paid that or not, I have no idea.
3    Q.  So some of these years you didn't get paid
4  the maximum amount; I assume that's your testimony?
5    A.  I would assume in some of those cases.  In
6  most of the early years, I was actually working with
7  the Thermachoice device and not the uro/gyn device.
8    Q.  Do you keep track of how many payments you
9  received from Ethicon?
10    A.  I -- as I say, my office manager opened the
11  mail.  I didn't have much contact with that at all.
12    Q.  Did you keep any of those records?
13    A.  Most of those have -- the oldest ones I --
14  wouldn't be there.  I might have --
15    Q.  What years do you have?
16    A.  I don't know specifically with this.  It
17  would be the accounting of the office.  That was all
18  handled by my office manager.
19    Q.  Okay.  Do you have any idea what years you
20  would have?
21    A.  No.
22    Q.  2010?
23    A.  I would have to look and see.  I -- we
24  should go back about seven years, I would say.
25    Q.  Okay.  So you keep the records going back

Page 119

1  seven years?
2    A.  They're kept off-site, so -- and after
3  seven years, they're destroyed.
4    Q.  Okay.  But you can get the ones for the
5  past seven years, correct?
6    A.  I'm not sure I would have the individual
7  receipts or just a summation; I'm not sure.
8    Q.  But, at the very least, you have a
9  summation?
10    A.  The accountant does, yes.
11    Q.  But you did have a consulting agreement for
12  2004?
13    A.  Yes, I believe I had a consistent
14  consulting up to date from, I guess, 2002 up to
15  whenever the last one was, which I'm unsure of.
16    Q.  Okay.  You think it was two thousand -- the
17  end of 2013?
18    A.  That would be my best guess, but I'm...
19    Q.  Okay.  I'm going to hand you what we've
20  marked as Exhibit 6.
21        (Exhibit No. 6 marked for
22        identification.)
23  BY MR. KUNTZ:
24    Q.  Is that your signature at the end?
25    A.  I'm flipping back to that.  Yes -- well,

Page 120

1  yeah, it looks like it.  It's a little bit poorly
2  copied, but yes.
3    Q.  And you'd agree the maximum amount
4  available on this contract was $100,000?
5    A.  That's correct.
6    Q.  Did you have a consulting agreement for --
7  well, again, you've had one every year from 2002 --
8    A.  I believe so, yes.
9    Q.  -- up to 2013?
10        I'm going to hand you what has been marked
11  as Exhibit 7.
12        (Exhibit No. 7 marked for
13        identification.)
14  BY MR. KUNTZ:
15    Q.  Is that your signature at the end?
16    A.  I'm looking for one.  Yes.
17    Q.  And this maximum contract amount is 33,000,
18  correct?
19    A.  Yes.
20    Q.  Let me hand you what's been marked
21  Exhibit 8.
22        (Exhibit No. 8 marked for
23        identification.)
24    THE WITNESS:  Yes.
25    MR. SNELL:  Can I get a copy of that?

Page 121

1    MR. KUNTZ:  Uh-huh.
2    MR. SNELL:  Thank you.
3  BY MR. KUNTZ:
4    Q.  Is that your signature?
5    A.  Yes, it is.
6    Q.  Okay.  Is the maximum amount $30,000 under
7  that contract?
8    A.  That is correct.
9    Q.  Okay.  Do you know if you exceeded your
10  contract amount of $30,000 in 2010?
11    A.  The answer is that all went to my office
12  manager.  I pretty much didn't pay attention.
13    Q.  Okay.  So you have no idea, as you sit here
14  today, any of the amounts you've been paid from
15  Ethicon?
16    A.  No, I don't.  I really don't.  They --
17    Q.  But you do keep summations of the last
18  seven years in storage?
19    A.  I -- I believe that they should be
20  available, yes.
21    Q.  Do you know if you signed a second contract
22  in 2010?
23    A.  I don't recall.
24    Q.  Okay.  Would you disagree that you made
25  over $135,000 from Ethicon in 2010?

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael P. Woods, M.D.

Page 122

1     MR. SNELL:  Objection, foundation.
2         THE WITNESS:  I wouldn't disagree if
3   you have the numbers.
4   BY MR. KUNTZ:
5     Q.  And you signed a contract in 2011, correct?
6     A.  I believe so.
7     Q.  I'm going to hand you what is No. 9.
8         (Exhibit No. 9 marked for
9         identification.)
10  BY MR. KUNTZ:
11    Q.  Is this a second contract for 2010?
12        MR. SNELL:  Objection:  Form, lacks
13  foundation.
14        THE WITNESS:  Yes.  It says will cover
15  11/23/2010.
16  BY MR. KUNTZ:
17    Q.  Okay.  And you signed this in 2010?
18    A.  I signed this -- I'm not sure if it's 11/19
19  or 11/17/2010, yes.
20    Q.  What's the maximum amount on that contract?
21    A.  $75,000.
22        MR. SNELL:  You're allowed to look at
23  the document to answer his questions, okay?
24  BY MR. KUNTZ:
25    Q.  Doctor, I'm going to go through several

Page 123

1   cities and tell me if you've attended an Ethicon
2   event in that city.
3         Denver?
4     A.  I -- yes.
5     Q.  Okay.  Phoenix?
6     A.  Yes.
7     Q.  Chicago?
8     A.  Yes.
9     Q.  San Francisco?
10    A.  Yes.
11    Q.  Las Vegas?
12    A.  Yes.
13    Q.  Irvine, California?
14    A.  Yes.
15    Q.  St. Petersburg, Florida?
16    A.  Yes.
17    Q.  Sonoma, California?
18    A.  Yes.
19    Q.  Is that a wine dinner?
20    A.  I'm not sure if -- I'm -- I did an
21  extensive amount of traveling for Ethicon.  I
22  wouldn't be able to tell you specific dates.
23    Q.  And that extensive amount of travel you've
24  done has all been paid for by Ethicon, correct?
25        MR. SNELL:  Lacks foundation, form.

Page 124

1   BY MR. KUNTZ:
2     Q.  Did they pay for your travel expenses in
3   all of these trips?
4     A.  They did pay for travel expenses, yes.
5     Q.  Did they pay for your time?
6     A.  They paid for my time, yes.
7         Unfortunately, when I did these lectures or
8   labs, I had a business to run, and in many times,
9   actually, I lost money working and lecturing.
10    Q.  Okay.  Do you know how many days in 2010
11  you worked for Ethicon?
12    A.  There were some times where I would set
13  aside two days a week, especially when we were doing
14  the Thermachoice early on, where I would free that
15  time up to go around the country, yes.
16    Q.  What year was that or years?
17    A.  Working with Thermachoice -- and that's
18  probably more when it went back to 2002, because I
19  worked extensively with Ethicon and national
20  organizations on bringing that procedure into the
21  office and then, also, worked on the economics of it,
22  et cetera.  It's -- it took a huge amount of energy.
23  It was something I was very passionate about.
24    Q.  So some time period you spent two days a
25  week consulting for Ethicon?

Page 125

1     A.  Probably in 2002 -- or somewhere '3, '5,
2   somewhere in there; I would try to set aside two days
3   a week, and then I opened my practice up on weekends
4   and evenings when I was there in order to make up for
5   the loss.
6     Q.  So two days a week during those time frames
7   is over a hundred days a year?
8     A.  I wouldn't say -- on some weeks I would set
9   aside two days.  It would depend -- we had a huge
10  coordinating effort.  There was five of us nationwide
11  that were doing a lot of the lectures on
12  Thermachoice.
13        Financially it was very difficult.
14    Q.  Same -- or Sonoma, California, you've been
15  to?
16    A.  Yes.
17    Q.  Ethicon paid for that travel?
18    A.  Yes.
19    Q.  Salt Lake City?
20    A.  Yes.
21    Q.  Ethicon paid for that travel?  "Yes"?
22    A.  Yes.
23    Q.  Dayton, Ohio?
24    A.  Yes.
25    Q.  Baltimore, Maryland?

32 (Pages 122 to 125)

Michael P. Woods, M.D.

Page 126

1    A.  Yes.
2    Q.  San Diego, California?
3    A.  Yes.
4    Q.  Orlando, Florida?
5    A.  If it's on that list, ab- -- you know.
6        MR. SNELL:  Just answer his questions,
7  okay?
8        THE WITNESS:  I --
9        MR. SNELL:  Let me tell you.  You're
10  not here to assume things.  You're here to answer his
11  questions.  That's it.  Okay?
12       THE WITNESS:  Orlando I don't
13  specifically recall, but I will say yes.
14  BY MR. KUNTZ:
15    Q.  Dallas, Texas?
16    A.  Yes.
17    Q.  Kansas City?
18    A.  Yes.
19    Q.  Barcelona?
20    A.  I did lecture in Barcelona, yes.
21    Q.  Where else did you go in Europe for
22  Thermachoice?
23    A.  Also London.  I was brought in for an
24  expert round table.
25    Q.  Do you know what cities you've been to

Page 127

1  specifically to promote pelvic floor products, SUI
2  and POP?
3    A.  I didn't do as much -- much --
4        MR. SNELL:  Hold on, I'm sorry.  I'm
5  sorry.  I missed -- I just saw the question.
6  Objection, form.
7        THE WITNESS:  I don't -- I don't
8  recall the exact cities.  I did a lot of cadaver
9  training.  And exact lectures, I don't recall.  I
10  believe one that comes to mind was in southern
11  California.  I'm not sure what city.
12  BY MR. KUNTZ:
13    Q.  Okay.  And you were paid for all of these
14  cadaver labs, correct?
15    A.  Correct.
16    Q.  Okay.  And you were paid for all of these
17  training courses?
18    A.  Yes.
19    Q.  Okay.  And your expenses were paid?
20    A.  Yes.
21    Q.  You've promoted TVT Retropubic?
22    A.  Yes.
23        MR. SNELL:  Objection, form.
24  BY MR. KUNTZ:
25    Q.  TVT-O?

Page 128

1        MR. SNELL:  Same objection, to the
2  extent you're using "promote."  That's a running
3  objection.
4        THE WITNESS:  I lectured --
5        THE REPORTER:  What was the last part
6  on the objection?
7        MR. SNELL:  That's a running objection
8  to the extent the word "promote" is in it.
9  BY MR. KUNTZ:
10    Q.  Do you consider yourself out there
11  promoting Ethicon products?
12    A.  I looked at it as I was educating
13  physicians --
14    Q.  Okay.
15    A.  -- on the use of the device and, also, that
16  if they were doing Retropubic slings, that this may
17  be something that they could consider into their own
18  armamentarium.
19    Q.  So you educated physicians about TVT
20  Retropubic?
21    A.  Yes.
22    Q.  The TVT Obturator?
23    A.  Yes.
24    Q.  The Prosima?
25    A.  Yes.

Page 129

1    Q.  The Prolift+M?
2    A.  Yes.
3    Q.  The Prolift?
4    A.  Yes.
5    Q.  Thermachoice?
6    A.  Yes.
7    Q.  What other Ethicon products?
8    A.  TVT Secur.
9    Q.  Any other products from Ethicon or Johnson
10  & Johnson?
11    A.  No, not that I recall.
12    Q.  Did any of Ethicon's sales staff ever
13  travel with you to any of these meetings?
14    A.  I -- they might be there, yes.  And then --
15    Q.  So Ethicon would have sales reps at a lot
16  of these meetings you attended?
17    A.  Yes.
18    Q.  Do you know Ethicon calls you one of their
19  key surgeons; did you know that?
20    A.  I was aware of that, yes.
21    Q.  Would you agree you were a big advocate for
22  Prosima?
23        MR. SNELL:  Form, foundation.
24        THE WITNESS:  I think I was a big
25  advocate for pelvic floor reconstruction and the

33 (Pages 126 to 129)

Michael P. Woods, M.D.

Page 130

1  treatment of incontinence, along with Thermachoice.
2  BY MR. KUNTZ:
3      Q.  When you were out educating these surgeons
4  at these events, did you ever talk about any other
5  products besides Ethicon products?
6      A.  Yes.
7      Q.  Okay.  What products would you talk about?
8      A.  Well, when I would do -- especially with
9  Thermachoice, I had the other technologies available.
10  I, also -- with the Essure device, there was a couple
11  times where that was co-promoted.
12      Q.  Did you work on the Essure device?
13      A.  I actually was a consultant for them in
14  some of their Phase -- in the developing from Phase I
15  to II, yes.
16      Q.  Is that still on the market?
17      A.  Yes, it is.
18      Q.  Do you think it's still within the standard
19  of care to place the TVT Secur?
20      A.  It is now off the market, and if I had it
21  available in my hands, I had good results.  The
22  unfortunate thing was that it was intersurgeon
23  variance, and that was one of the more frustrating
24  things I had with it is that it's a nuance procedure
25  and if you didn't understand the nuance, you didn't

Page 131

1  get the good results.
2      Q.  So you attended company-sponsored speaker
3  programs for Ethicon, correct?
4      A.  Yes.
5      Q.  You spoken at -- you spoken -- strike that.
6          Have you ever spoken for Ethicon in any
7  professional society meetings?
8      A.  Yes, with the disclaimer that I was a
9  consultant with Ethicon.
10      Q.  Which ones?
11      A.  There's AAGL, I know.  I'm sure there's
12  probably one of the annual clinical meetings at ACOG.
13  There's many -- there's more than that.  I just don't
14  recall.
15      Q.  Okay.  And would Ethicon pay your travel to
16  attend these society meetings?
17      A.  Sometimes they would.  Sometimes, if I was
18  going to the society meeting, then I would pay my
19  own.
20      Q.  Okay.  Would you be in Ethicon's booth at
21  these society meetings?
22      A.  I have been at Ethicon's booth in society
23  meetings.  In fact, I did a live tele-surgery once.
24      Q.  You've attended Ethicon or run
25  preceptorships and surgical training for their

Page 132

1  products?
2      A.  Yes, I have.
3      Q.  You've been at company sales training
4  presentations?
5      A.  Yes.
6      Q.  You've been on advisory boards --
7      A.  Yes.
8      Q.  -- for Ethicon?
9          Have you ever told Ethicon you could not
10  work on one of their products?
11      A.  I told Ethicon, if I had an ethical problem
12  with anything, I would not work on it.
13      Q.  Okay.  Has that ever occurred?
14      A.  Not that I can recall.
15      Q.  Have you ever told Ethicon that you felt
16  like one of its products was not safe?
17      A.  No.  I do not recall.
18      Q.  Have you ever told Ethicon that they should
19  not market one of their products?
20      A.  I do not recall.
21      Q.  Do you disclose your relationship with
22  Ethicon to your patients prior to implanting the --
23      A.  Yes.
24      Q.  -- hold on, to implanting one of their
25  products?

Page 133

1      A.  Absolutely.
2      Q.  Do you put that in your written consent?
3      A.  No.  I inform the patients that -- well,
4  not with Ethicon, but I actually tell them even
5  today, "I served as a consultant with this company.
6  I no longer have any financial ties."  But I disclose
7  that to my patients on anything I recommend.
8      Q.  Do you think inventors should be allowed to
9  participate in studies attempting to establish the
10  safety of the device or product they invented?
11      A.  I believe that if they have done the
12  studies, are doing the studies with the idea that
13  they can be replicated, yes, but I would not have
14  much validity in somebody that does a study with
15  their device that has not been replicated by others.
16  I would not, in good conscience, be able to look at
17  that and tell the studies were done.
18      Q.  You've read many studies that you reviewed
19  that the author state in the conflict of interest
20  section that they have some relationship with
21  Ethicon?
22      A.  Yes.
23      Q.  Okay.  Have you ever asked to see their
24  consulting agreements?
25      A.  No.

34 (Pages 130 to 133)

Michael P. Woods, M.D.

Page 134

1    Q.  Have you ever asked how much money any of
2  those physicians have been paid by Ethicon?
3    A.  No.
4    Q.  Have you reviewed any of the contracts
5  between Ulmsten and MedScan Ethicon related to his
6  purchasing agreement.
7    A.  The only one that I recall was for a sum of
8  $400,000 if the study -- multi-center study reflected
9  his data.  That's the only one I recall.
10    Q.  That's the only contract you've reviewed?
11    A.  Would that be considered -- I guess it
12  would be considered a contract.
13    Q.  But if you reviewed it, it's on your
14  reliance list?
15    A.  Yes.
16    Q.  Do you know AMS refers to you as a huge J&J
17  supporter?
18    A.  No.
19    Q.  Does that surprise you?
20        A loyal customer; does that surprise you?
21    A.  Wouldn't surprise me.
22        MR. SNELL:  Objection -- objection,
23  foundation on "surprise."
24  BY MR. KUNTZ:
25    Q.  Surprised that the AMS refers to you as a

Page 135

1  partner of Ethicon?
2        MR. SNELL:  Same objection, relevance.
3        THE WITNESS:  I guess what I would say
4  is AMS has approached me to be a consultant, so I'm
5  not aware -- I don't --
6  BY MR. KUNTZ:
7    Q.  Do you feel like you're a partner with
8  Ethicon or --
9    A.  Especially --
10    Q.  -- or were?
11    A.  -- with Thermachoice, absolutely.
12    Q.  What about with their SUI products?
13    A.  I felt more as an educator.
14    Q.  Would you agree at various times over the
15  past years you were Ethicon's highest volume user of
16  its products in the state of Nebraska?  Do you know
17  that one way or another?
18    A.  I do not know that, but it would not
19  surprise me.
20    Q.  Do you know a single doctor in Nebraska
21  that's implanted more Ethicon products than you?
22    A.  I haven't personally asked anyone, so I'm
23  not aware of anyone.
24    Q.  What about in Iowa?
25    A.  I haven't asked anyone.  I -- that would be

Page 136

1  more internal documents I'm not privy to.
2    Q.  How many times have you visited Ethicon's
3  headquarters?
4    A.  I'm unsure.
5    Q.  Five?
6    A.  More than five.
7    Q.  15?
8    A.  Over the years, I would -- and I am just --
9  this is a plain guess.
10        MR. SNELL:  Well, you're not here to
11  guess, right?  You're here to give testimony
12  truthfully under oath.  You can give him -- what do
13  you call it, an estimate that's reasonable --
14        MR. KUNTZ:  Estimate.
15        MR. SNELL:  -- but don't guess.  He
16  doesn't want you to guess and I don't want you to
17  guess.  Okay?
18        THE WITNESS:  Honestly, I don't know.
19  More than ten.  That's probably the best I could do.
20  I just have no idea.
21  BY MR. KUNTZ:
22    Q.  All right.  How many times have you visited
23  the AMS headquarters?
24    A.  I believe three times.
25    Q.  Okay.  How many times have you visited

Page 137

1  Coloplast headquarters?
2    A.  Probably four times.
3    Q.  Where is AMS headquarters?
4    A.  Both of them are in Minneapolis.
5        MR. KUNTZ:  This might be a good
6  breaking point.
7        (12:29 p.m. to 1:31 p.m. - Recess
8            taken.)
9  BY MR. KUNTZ:
10    Q.  Okay.  We're back after lunch break,
11  Doctor.  Is there anything you want to add to your
12  testimony from earlier this morning, or change?
13    A.  I would like to clarify on when I would go
14  lecture for Johnson & Johnson, that I was not paid
15  door to door.  It would only be for the time that I
16  lectured, so if I spent a day getting someplace, I
17  was not compensated for that time.
18    Q.  Thank you.
19        Anything else?
20    A.  I --
21    Q.  Oh, I'm sorry.  I had asked you before the
22  break to look through your report, to see if there
23  were any changes; you would look over at lunch.  Why
24  don't you go ahead and tell me the correction or
25  addition you wanted to add.

35 (Pages 134 to 137)

Michael P. Woods, M.D.

Page 138

1    A.  What page was that?  I didn't take this
2  with me.
3    Q.  Let's go off the record.
4       (Discussion off the record.)
5    MR. KUNTZ:  Okay.  We're back on the
6  record now.
7  BY MR. KUNTZ:
8    Q.  Doctor, you had a change in your report or
9  just an editorial error, I guess, or addition.  Will
10  you tell us what you changed.
11    A.  What the sentence had stated priorly was
12  (Reading):
13       By contrast, surgeons performing autologous
14  fascial slings would utilize a 1 centimeter tube
15  knitted Dacron buttress with a Stamey procedure with
16  a 1 centimeter tube of knitted Dacron arteriography
17  to help prevent the suture from tearing through the
18  tissues.
19       My correction is:
20       By contrast, surgeons performing Stamey
21  procedure would utilize a 1 centimeter tube of
22  knitted Dacron arteriography to keep -- to help
23  prevent the suture from tearing through the tissues.
24    Q.  Thanks.
25       Can you tell me a little bit about your

Page 139

1  current practice, what you do week to week.
2    A.  My current practice is I am a
3  urogynecologist at Shenandoah Medical Center.  I also
4  do some general gynecology.  I would say about
5  85 percent of what I do is urogynecology, 15 percent
6  gynecology; however, when my partner is out of town,
7  I will take call for obstetrics.
8    Q.  Okay.  What type of surgeries do you
9  perform?
10    A.  I perform native tissue vaginal repairs, I
11  perform various types of sling procedures, I perform
12  laparoscopy, though my special interest is vaginal
13  surgery, and I also do perform blocks for pelvic
14  pain.
15    Q.  Okay.  Do you perform pubovaginal slings?
16    A.  I have performed one in the last five
17  years.
18    Q.  What were those circumstances?
19    A.  It was in a patient that did not want to
20  have mesh implanted.
21    Q.  Ever perform a Burch procedure?  Strike
22  that.
23       When is the last time you performed the
24  Burch procedure?
25    A.  I do not recall performing a Burch in the

Page 140

1  last five years.
2    Q.  How many laparoscopic Burches did you
3  perform in your career?
4    A.  I would say 50 to 100 as an estimate.
5    Q.  And you were doing those in the early '90s?
6    A.  The laparoscopic Burches were more in the
7  later '90s.
8    Q.  You agree, when you stated in your report,
9  that the success rate with Burch is 70 to 80 percent,
10  correct?
11    A.  I'm -- in my report, I do state in there,
12  but, also, in longitudinal studies it has been shown
13  to decrease over time.
14    Q.  What's the success rate for the TVT?
15    A.  It would depend on how you determine
16  success.
17    Q.  Okay.  What about for recurrence?  I'm
18  sorry.  What about for incontinence?  I mean --
19    A.  The goal with success would be, from my
20  perspective, patient satisfaction, is your life
21  improved.
22       When I look at the literature, what I want
23  to look at is does it last long term, are the
24  complications acceptable.  We are now doing -- asking
25  validated questionnaires of patients, which is

Page 141

1  something that I'm just starting to do.  Also,
2  assessing is the quality of life or when I see them
3  for their immediate post-op check, which is usually
4  at about four weeks, I'm assessing:  Is the tissue
5  healed, is it tender, are they happy with the
6  results, making sure that they're not in retention,
7  and I always ask them, "Is your life better?"
8    Q.  Okay.  And what -- from a patient
9  satisfaction standpoint, what is the success rate for
10  TVT?
11    A.  In my own hands, it's probably about 95,
12  96 percent.
13    Q.  What about in the literature?
14    A.  The literature is variable but in the upper
15  80s to low 90s.
16    Q.  Have you seen studies that put it below?
17    A.  Yes, there are studies out there, but when
18  you look at the randomized controlled studies or the
19  meta-analysis or such Cochrane reviews or such as the
20  SGS, they're in the 80 range.
21    Q.  Do you use any synthetic mesh for prolapse
22  repair?
23    A.  I do for sacrocolpopexy, and recently I did
24  have a patient that I used a vaginal approach, that I
25  cut because there was a very large defect on one side

36 (Pages 138 to 141)

Michael P. Woods, M.D.

Page 142

1   so I hand cut the mesh for a paravaginal repair.
2       Q.   Aside from that one patient, you don't use
3   synthetic mesh transvaginally to perform organ
4   prolapse repairs, correct?
5       A.   I do not feel that I have done enough
6   lately, and because I was what I would call an expert
7   on Prolift and is no longer on the market, I have
8   waited to see with the other kits, but I have not --
9   I do not feel that I have enough adequate training at
10  this point to proceed with implanting them, because
11  I'm not trained specifically on that implant device.
12  And I feel very strongly that you -- physicians, if
13  they're going to be implanting, need to be trained
14  specifically on the nuances of that device.
15      Q.   Do you treat patients for complications
16  related to slings?
17      A.   Yes.
18      Q.   Okay.  Do you treat patients for
19  complications related to the TVT Retropubic?
20      A.   Yes.
21      Q.   What are the type of complications you
22  treat for TVT Retropubic?
23      A.   It would be mesh erosions into the vagina
24  and urinary retention would be the big two that I
25  would see, and that's still in a minority of

Page 143

1   patients.
2       Q.   What about chronic pain?
3       A.   With chronic pain, what I do is I evaluate
4   very certain areas --
5       Q.   And hold on, before you explain it, do you
6   treat patients for chronic pain related to the TVT
7   Retropubic device?
8       A.   I have treated one patient and in all of my
9   time directly related to TVT.
10      Q.   Was that your own patient?
11      A.   No, it was not.  That was actually referred
12  in by the urologist that performed it.
13      Q.   Okay.  What about dyspareunia.
14      A.   I really don't see dyspareunia with this.
15  I see lots of patients with dyspareunia, but when I
16  have a patient that has had a Retropubic sling,
17  whether I placed it or anybody else, what I do is I
18  try to elicit exactly the dyspareunia.  So in the
19  history, is it on deep penetration, is it on
20  penetration, where is it located; and then I actually
21  map out in the pelvis where the pain is located.
22      Q.   Have you ever done any revisions on TVT
23  Retropubic --
24      A.   Yes.
25      Q.   -- products?

Page 144

1       A.   Yes.
2       Q.   Okay.  How many?
3       A.   I would say my reoperation rate is right
4   around 3 percent, so --
5       Q.   Is that for your own patients?
6       A.   Yes.
7       Q.   Okay.  What about --
8       A.   2 to 3 percent, yes.
9       Q.   How many revisions have you done on
10  patients that weren't your own patients?
11      A.   I would be taking a guess.  Over the last,
12  say, ten years or so, around 100.  That wouldn't just
13  be TVT, though.  That would be any suburethral mesh,
14  whether it was TVT or Sparc.  I -- I don't really
15  break that all down.
16      Q.   So for your -- I want to make sure this is
17  clear.  For your patients, with the TVT Retropubic is
18  a 3 percent reoperation rate?
19      A.   Yes, I would say.
20      Q.   And in total, all midurethral slings
21  combined you've performed approximately 100 revision
22  surgeries; is that accurate?
23      A.   That -- I think we would have to go back
24  and read the question, again, because I think it was
25  referred -- or patients that I did not operate on.

Page 145

1   Can you --
2       Q.   Okay.  Let me see if I can clean this up.
3   How many -- approximately how many revision surgeries
4   have you done on slings of any type, in total?
5       A.   I would say -- because lately I haven't
6   being seeing that many, anywhere between five and ten
7   a year I believe would be a reasonable estimate.
8       Q.   Okay.  Since two --
9       A.   I'm just going to say, the last ten years.
10      Q.   Now, your reoperation rate for just TVT
11  Retropubic is 3 percent?
12      A.   2 to 3 percent.  I would -- usually that
13  would either be a mesh erosion -- I presented a
14  abstract on the treatment of mesh erosions with
15  laser.  I don't remember the breakdown of the
16  patients on that.
17      Q.   So did you --
18      A.   Or ureterolysis, so simple procedures.
19      Q.   Did you -- and I think you told me you put
20  in approximately 2,000 Retropubic slings?
21      A.   Somewhere in there.
22      Q.   And that was Retropubic slings?
23      A.   Well, I would modify that and say
24  2,000-plus slings, yes.
25      Q.   The whole universe of slings?

37 (Pages 142 to 145)

Michael P. Woods, M.D.

Page 146

1     A.  Right.
2     Q.  You don't keep track of that number?
3     A.  Not --
4          MR. SNELL:  Objection, form.
5          THE WITNESS:  -- anymore.
6   BY MR. KUNTZ:
7     Q.  Okay.  How did you come up with your
8   reoperation rate being 3 percent?
9          MR. SNELL:  Objection, misstates.  He
10  said 2 to 3 percent.
11  BY MR. KUNTZ:
12    Q.  Okay.  How did you come up with your
13  reoperation rate being 2 to 3 percent?
14    A.  When I would have a patient come on back
15  and they would either have a voiding dysfunction or
16  urethral -- or not a urethral, a vaginal erosion--I
17  haven't had a urethral erosion yet--then I would sit
18  back and have a good guesstimate of how many I done
19  because I do them very often.
20         And then I would sit back and say this
21  would be -- this is how many I've done this year,
22  this is how many I've implanted this year.
23    Q.  Okay.  And so did you keep track of how
24  many you implanted each year?
25    A.  I kept a running track in my mind.

Page 147

1     Q.  So this is a mental list?
2     A.  Yes.
3     Q.  So you don't have any list anywhere where
4   you have exact numbers written down on a spreadsheet
5   or piece of paper --
6     A.  No.
7     Q.  -- for the amount you've implanted?
8     A.  No.
9     Q.  Okay.  For the amount you've done
10  reoperations on?
11    A.  No.
12    Q.  Okay.
13    A.  I mean, there would probably be some
14  billing records, or something, somewhere where we
15  could look, but...
16    Q.  So you could maybe find that number if you
17  looked for it?
18    A.  Actually, I'm no longer using that billing
19  service and so I'm not sure I could find it using the
20  billing.
21    Q.  And does that go for your erosion rate,
22  too; that's a guesstimate, that's not something you
23  keep hard numbers on?
24    A.  No, I don't keep hard numbers on.
25    Q.  Okay.  So you don't keep hard numbers on

Page 148

1   the type of operations you do, correct?
2          MR. SNELL:  Objection, misstates.
3          THE WITNESS:  Correct.
4          MR. SNELL:  Did you say types?
5          MR. KUNTZ:  Yeah.
6          MR. SNELL:  That's a misstatement.
7   Object, form.
8   BY MR. KUNTZ:
9     Q.  Do you keep numbers anywhere besides your
10  head of any operations you do?
11    A.  Yes.
12    Q.  Where?
13    A.  They would be in billing records and
14  things, but I don't have those available to me.
15    Q.  Can you get those?
16    A.  I do not know if I can get those.
17    Q.  Okay.  And when you looked and you put
18  numbers in your expert report of 1 percent erosion
19  rate, 2 to 3 reoperation rate, that's all coming from
20  your head, correct?
21    A.  My data closely reflects the data that's
22  out there, yes.
23    Q.  That wasn't my question.  All of those
24  numbers in your report came from your mental
25  estimates as opposed to looking at any hard data or

Page 149

1   numbers to make those determinations; is that
2   accurate?
3     A.  I would say that that is reasonably
4   accurate.
5     Q.  Have you ever removed or revised mesh
6   because of pain?
7     A.  I talked about the one earlier where this
8   was a urologist that sent a patient in that had an
9   ilioinguinal nerve pain that responded to a block.
10  And then I excised that part above the fascia.
11    Q.  Do you believe TVT Exact is the gold
12  standard?
13    A.  I do not believe that the randomized
14  control studies are going to suggest a gold standard
15  for anything but Retropubic, whether it's TVT or TVT
16  Exact.
17    Q.  Okay.  Do you think the mechanical cut mesh
18  is the gold standard or the laser cut mesh?
19    A.  I believe that the data shows in the long
20  term that mechanical cut was the gold standard.  But
21  the change, and as we've talked about earlier, is do
22  the studies delineate whether it's laser cut or
23  mechanically cut, and that I -- that I cannot expound
24  upon.
25    Q.  Is the AMS MiniArc the gold standard?

38 (Pages 146 to 149)

Michael P. Woods, M.D.

Page 150

1    A.  I feel that the AMS MiniArc is an
2  alternative, but it is not -- long-term studies are
3  not there, so I cannot assess that.
4    Q.  What about the TVT Abbrevo; is that the
5  gold standard?
6    A.  Again, the -- when I have to look at what I
7  was asked to do evaluating Retropubic TVT and,
8  specifically, mechanically cut, the data on that and
9  in some of the authors have said that it is the gold
10 standard.
11   Q.  Have you ever done a survey of any
12 physicians to determine what they believe is the gold
13 standard --
14   A.  No, I have not.
15   Q.  -- yourself?
16      Do you believe that the AUGS physician
17 statement applies to all slings across the board?
18   A.  I think that when AUGS and SUFU came
19 together, they reviewed the meta-analysis data and
20 that applied most of the RCTs, the higher Level 1s,
21 are Retropubic TVT.
22   Q.  Do you agree that the AUGS statement says
23 that the data is only good for up to one year?
24   A.  They were -- let me have the AUGS statement
25 so I can make sure I'm not misquoting, please.  This

Page 151

1  may take me a second, too.
2        MR. SNELL:  That's fine.
3        Do you have a copy of it handy?
4        MR. KUNTZ:  No, I don't, no.  I
5  thought you kept one in your briefcase.
6        MR. SNELL:  There are so many good
7  position statements.
8        (Discussion off the record.)
9        THE WITNESS:  I thought I had it in
10 this pile.
11 BY MR. KUNTZ:
12   Q.  I thought I saw it in there, too.  We can
13 get a copy of it.
14   A.  AUGS Position Statement on Mesh Midurethral
15 Slings for Stress Incontinence -- is this the one?
16      And what did you want --
17   Q.  Let me see this.
18   A.  -- because there's a lot to...
19   Q.  Do you agree with this statement, Doctor:
20 That the safety and effectiveness of multi-incision
21 slings is well established in clinical trials that
22 follow patients for up to one year?
23   A.  That's one part of the document.
24   Q.  Uh-huh.
25   A.  How --

Page 152

1    Q.  Do you agree or disagree with that
2  statement?
3    A.  That that is in this document, but that is
4  just one part of the document.
5    Q.  Do you agree with that statement or
6  disagree with that statement?
7    A.  That was the FDA statement.  That wasn't
8  the AUGS statement.  It was included in the AUGS
9  part.
10   Q.  Why was it included in the AUGS statement?
11   A.  Because when they were doing this, they
12 had -- this was one part and this is -- they wanted
13 to include that the FDA had looked at that.
14   Q.  Okay.  So do you agree or disagree with
15 that statement by the FDA?
16   A.  I -- on the FDA website, I agree that the
17 FDA felt that the safety and effectiveness of
18 multi-incision slings is well established; however,
19 there are RCTs and other studies that go up to 17
20 years, but the FDA, specifically at that meeting,
21 said the one-year data.
22   Q.  Is the Nilsson/Ulmsten study an RCT?
23   A.  No, it is not.
24   Q.  Okay.  Which one goes up to 17 years?
25   A.  I --

Page 153

1    Q.  Which RCT goes up to 17 years?
2    A.  There are no RCTs that go to 17 years.
3    Q.  How many long-term RCTs are there that
4  study the TVT Retropubic device?  Back up.  What do
5  you consider a long-term RCT?
6    A.  I consider a long-term study at least three
7  years by the International Incontinence Society's
8  recommendations.
9    Q.  There's not one for 17 years, as you just
10 said, is there?
11   A.  No.
12   Q.  Okay.  Let's go with this.  Do you agree
13 with that statement or not, Doctor?
14        MR. SNELL:  Objection:  Asked and
15 answered.
16        THE WITNESS:  I agree that this was on
17 the FDA website.  I feel that there is other data
18 that looks at longer-term data than one year.
19 BY MR. KUNTZ:
20   Q.  So you disagree with that statement?
21        MR. SNELL:  Objection, asked and
22 answered.
23        THE WITNESS:  I believe it's well
24 established for one year and beyond, yes.
25

39 (Pages 150 to 153)

Michael P. Woods, M.D.

Page 154

1  BY MR. KUNTZ:
2      Q.  How many TVT Retropubic devices have been
3  implanted?
4      A.  Between 700,000 and a million worldwide.
5      Q.  Okay.  So no more than a million, right?
6      A.  I would have to give a guess.  I'm not --
7      Q.  Where did you come up with 700,000?
8      A.  I believe that there was a -- let me look
9  through my position statement here.  This may take me
10  a second.
11         I'm going to pull this from Page 17 and
12  this goes back to 2002.  As of 2002, there were
13  200,000 TVT procedures performed with reference to
14  Debodinance.  As of 2006, there were over 700,000 TVT
15  procedures performed worldwide, and that's Lord 2006.
16         Those will be two of the -- that's where I
17  came up with the 700,000 number.
18      Q.  Okay.  Do you agree that the AUGS statement
19  applies to all midurethral slings and not just the
20  TVT Retropubic device?
21      A.  No.  Actually, it does not apply to the
22  single-incision slings.
23      Q.  Does it apply to TVT Abbrevo?
24      A.  I think this was their position statement
25  on midurethral slings in general.  I'm looking to see

Page 155

1  if they talked about the FDA and the single-incision
2  slings.
3         The only reference to that is they put --
4  in this document is explicitly stated:  The FDA
5  continues to evaluate the effects of using surgical
6  mesh for the treatment of SUI and will report about
7  that usage at a later date.
8         So they did not -- with this, they just --
9  this was a blanket on midurethral slings.
10      Q.  What's the proper way to tension the TVT
11  Retropubic device?
12      A.  The TVT Retropubic device, after you pass
13  the trocars through, you place a spacing device, when
14  you are doing the adjusting, and you place a spacing
15  device between the urethra and the mesh material.
16  Once you cut these off, you then can have a patient
17  cough with that device out to make sure, if they're
18  awake, do they leak a couple of drops.  And then the
19  device is put back in and you pull the sheaths off.
20      Q.  How do they cough under general anesthesia?
21      A.  Under general anesthesia, you can do a
22  Credé maneuver.
23      Q.  Do you use minimal tension on the TVT
24  Retropubic device?
25      A.  What I do personally is I bring the mesh up

Page 156

1  to the spacing device.
2      Q.  Do you tension it loosely?
3      A.  I bring it to where it's just in contact so
4  it will be loose.
5      Q.  Okay.  So you tension it loosely?
6      A.  Yes.
7      Q.  Do you believe that the TVT device is
8  tension-free?
9      A.  I believe that when it is placed is about
10  as tension-free as you can get underneath the
11  urethra, because there's actually a space between the
12  urethra and the mesh.
13      Q.  Do you agree that the strongest unmet need
14  with the TVT is the ability to adjust tension both
15  intraoperatively and postoperatively?
16         MR. SNELL:  Form.
17         THE WITNESS:  Could you -- could
18  you -- could you repeat that question for me, please.
19  BY MR. KUNTZ:
20      Q.  Do you agree that the strongest unmet --
21  strike that.
22         You talk to physicians about TVT Retropubic
23  all of the time, don't you?
24      A.  Yes.
25      Q.  Have any of them ever told you their

Page 157

1  concerns about -- with the ability to adjust tension
2  both intraoperatively and postoperatively; have you
3  ever heard that?
4      A.  I have heard the postoperatively.
5  Intraoperatively I have not had.
6      Q.  Okay.
7      A.  That's new to me.
8      Q.  Have you ever heard that that's one of the
9  strongest unmet needs of the TVT device?
10      A.  I -- I can't honestly say that I feel it's
11  been an unmet need.
12      Q.  Okay.  Do you agree that the mesh in the
13  TVT may be too wide?
14      A.  I believe that it -- that it is studied and
15  I have to go by the -- that level of evidence which
16  is the same width.
17      Q.  Okay.  Do you believe that there's a risk
18  the TVT mesh will fold on itself, roll up on a
19  patient and cause discomfort?
20         MR. SNELL:  Form.
21         THE WITNESS:  I believe when it is
22  properly placed, that it will not.
23  BY MR. KUNTZ:
24      Q.  You've never seen anything to the contrary
25  when it's properly placed?

40 (Pages 154 to 157)

Michael P. Woods, M.D.

Page 158

1      A.  Not in my own personal experience.
2      Q.  Okay.  What about in the literature?
3      A.  I had heard on an explanted that there may
4   have been a folding, or something, yes.
5      Q.  Where did you hear that?
6      A.  That -- actually, that wasn't in the
7   literature.  That was a physician that when they had
8   excised it felt that it was folded on itself.
9      Q.  What physician?  Who was that that you
10  discussed that with, do you know?
11     A.  It was at a meeting.  I don't recall who.
12     Q.  Do you agree there's no calibration to let
13  you know when you have the TVT tensioned right?
14         MR. SNELL:  Form, objection.
15         THE WITNESS:  I believe that what we
16  do is we do a test, either with Credé maneuver or
17  having the patient cough, to see if there's a little
18  bit of leakage of urine.
19  BY MR. KUNTZ:
20     Q.  Okay.
21     A.  But as in putting a device to measure
22  tensioning, no.
23     Q.  Okay.  Have you ever heard that there is no
24  consensus on the amount of tension needed and many
25  feel the tension will vary based on the patient's

Page 159

1   presentation and patient anatomy?
2          MR. SNELL:  Form.
3          THE WITNESS:  I believe that if you
4   have a spacing device, no matter what the anatomy, it
5   is not in contact with the urethra and the placement.
6   BY MR. KUNTZ:
7      Q.  Do you agree that there is some guesswork
8   in adjusting the tension of the TVT Retropubic
9   device?
10         MR. SNELL:  Form.
11         THE WITNESS:  Actually, no, I don't.
12  Of all the procedures I've done it is probably the
13  easiest to tension.
14  BY MR. KUNTZ:
15     Q.  Do you think the tensioning is the same
16  with both the mechanical cut mesh and the laser cut
17  mesh?
18     A.  I use the same spacing device in both --
19     Q.  Okay.
20     A.  -- for Retropubic.
21     Q.  So is that a "Yes"?
22     A.  Yes.
23     Q.  If someone said that the laser cut mesh
24  needed to be tensioned more loosely under the
25  urethra, would you disagree with them?

Page 160

1          MR. SNELL:  Form.
2          THE WITNESS:  I would ask them to show
3   me the study that was randomized to prove that.
4   BY MR. KUNTZ:
5      Q.  Would you disagree with the physician if he
6   had said that he had to laser cut mesh slings in much
7   tighter than the mechanically cut ones?
8          MR. SNELL:  Form.
9          THE WITNESS:  I am not that physician.
10  I wouldn't be able to say.
11  BY MR. KUNTZ:
12     Q.  Okay.  Would you disagree with that
13  physician?
14         MR. SNELL:  Form.
15         THE WITNESS:  In my own personal
16  experience, yes.
17  BY MR. KUNTZ:
18     Q.  Okay.  All of these studies that you
19  reviewed, did you ever do an analysis of the studies
20  that actually tracked long-term pain over six months?
21     A.  What I did on the RCTs is I looked at the
22  pain parts to it and also looked at the AUA
23  information on pain in those patients.
24     Q.  Okay.  How many studies tracked pain over
25  six months?

Page 161

1      A.  There would be several that would include
2   that in their complication rates.  I'm going to look
3   for the American Urology Association's paper that we
4   had earlier.  And this has been revised.  This is
5   2009, but it's been revised.
6          And when they looked at their literature,
7   they followed pain.  In nine -- if you want, I can
8   kind of go through --
9      Q.  Sure.
10     A.  -- each of these.  In all Retropubic
11  suspensions, pain 6 percent, sexual dysfunction
12  7 percent, voiding dysfunction 16 percent.  So I'm
13  going to exclude those.  We don't have a breakdown on
14  dyspareunia here or pain with intercourse, but the
15  sexual dysfunction in Burch colposuspension, pain of
16  9 percent, sexual dysfunction of 7 percent, and then
17  voiding dysfunction, again, 16 percent.
18     Q.  And how long do they track the pain?
19     A.  I would have to pull up their -- I don't
20  have the whole sheet here.  I would have to pull up
21  their list.
22     Q.  In all of this literature review, did you
23  ever do your own analysis to see how many of these
24  studies that you talked about decided to track pain
25  over six months?

41 (Pages 158 to 161)

Michael P. Woods, M.D.

Page 162

1    A.  They followed the pain and they reported
2  that.
3    Q.  You're not -- you're not following me.  Did
4  you ever look at all of these studies and do your own
5  analysis to see how many of them tracked pain for
6  over six months?
7    A.  I -- what I did is if they had a
8  meta-analysis, or whatever, I let the people that
9  were doing those studies track that, but pain was
10  listed as complications.
11    Q.  Okay.  And how long did they track pain in
12  all of those studies?
13    A.  Some of the studies -- I'm going to have to
14  look so I don't misquote here.
15      So I'm going to go to the Ward/Hilton, on
16  behalf of the UK and the Ireland QBT group, published
17  in 2007.
18      I'm now going to go to Table 3, and this
19  was a response -- before and after five years of
20  surgery.  Results are given in percentage reporting
21  system.
22      On sexual questions, before surgery with
23  TVT, they had 31 percent that complained of pain due
24  to dry vagina.  Afterwards, that was 19 percent.
25  With colposuspension, it was 32 percent, and five

Page 163

1  years after 22 percent.
2      Pain with intercourse, pre-procedure would
3  be thirty -- 34 percent.  In TVT pre-op, 13 percent
4  in five years.  Burch colposuspension, 25 percent
5  pre-op, 19 percent at five years.
6      So that -- that would be one of the ones I
7  would quote.
8    Q.  Okay.  Ward/Hilton?
9    A.  Yes.
10    Q.  And I guess we can sit here all day and
11  pull out all of these studies, but my question was:
12  Did you ever do an analysis yourself of how many of
13  these studies tracked pain --
14    A.  No, I --
15    Q.  -- over six months?  That's my question.
16    A.  Personal analysis, no.  Did I read the
17  literature where that was looked at, yes.
18    Q.  Okay.  But you don't know how many of those
19  studies looked at pain postoperative or how many
20  looked at pain after six months, correct?
21      MR. SNELL:  Objection.
22  BY MR. KUNTZ:
23    Q.  You never did that analysis?  That's all
24  I'm asking.
25      MR. SNELL:  Objection: Form,

Page 164

1  misstates.
2      THE WITNESS:  I did not do a systemic
3  review of the literature because it had already been
4  performed.
5  BY MR. KUNTZ:
6    Q.  Do you know how many of these studies you
7  cite in your report you brought here today include
8  long-term pain as a data point?
9    A.  I think that it -- I can't say an actual
10  number, but when I look at the reports, if that was
11  included in their analysis and in their follow-up,
12  then, yes, I did.
13    Q.  Can you point me to a long-term randomized
14  controlled trial designed to look at the rate of
15  chronic pain following implantation of the TVT
16  Retropubic device?
17    A.  There is no such study designed for that.
18    Q.  Can you point me to a long-term RCT
19  designed to look at the rate of chronic dyspareunia
20  following implantation of the TVT Retropubic?
21    A.  I believe that you have numerous studies
22  that follow that.  As in that being the absolute
23  endpoint of the study, no.
24    Q.  Can you hand to me or show me one long-term
25  RCT for TVT that has safety as a primary endpoint?

Page 165

1    A.  In --
2      MR. SNELL:  Objection, form.
3      THE WITNESS:  In these studies,
4  whether it's randomized controlled studies or,
5  especially, systemic reviews, what we look at,
6  safety, which would include complication rates, mesh
7  erosions and these things, are all included in those.
8  BY MR. KUNTZ:
9    Q.  Okay.
10    A.  So is there an RCT designed specifically?
11  No.  Is it in other parts of the literature that is
12  very high quality?  Absolutely.
13    Q.  Okay.  I'll ask you again.  Hand me one
14  study, long-term RCT, with the primary endpoint of
15  safety.
16    A.  There isn't any one.  Safety is part of the
17  studies but not the endpoint.
18    Q.  Okay.  Now, I think you told me, but not
19  one study on the TVT Retropubic after 2007 you can
20  tell me whether mechanical cut or laser cut mesh was
21  used, correct?
22      MR. SNELL:  Objection, form.
23      THE WITNESS:  I am unaware -- I do not
24  feel I would be able to tell you a study.
25

42 (Pages 162 to 165)

Michael P. Woods, M.D.

Page 166

1  BY MR. KUNTZ:
2      Q.  Would you agree that the pores in the
3  Prolene TVT mesh can collapse increasing the risk for
4  erosion and bridging fibrosis?
5          MR. SNELL:  Form.
6          THE WITNESS:  No.
7  BY MR. KUNTZ:
8      Q.  Okay.  You disagree with that?
9      A.  Yes.
10     Q.  Do you disagree with that same statement
11 for Prolene mesh in general?
12     A.  I wasn't asked to evaluate Prolene mesh in
13 general.  I was asked to evaluate Retropubic TVT
14 mechanically cut.
15     Q.  Okay.  Have you ever read anything anywhere
16 that the Prolene mesh -- used in any capacity the
17 mesh can collapse and increase the risk for erosion
18 and bridging fibrosis?
19     A.  I have read this; however, if it's an
20 abdominal mesh, it wasn't what I was asked to review.
21 TVT is a narrow strip, not a broad piece of material,
22 and so that's almost like me telling I'm looking at
23 my Model T and driving a Lamborghini.  They're --
24 they are two different things.
25     Q.  Okay.  So you think mesh for the hernia is

Page 167

1  different than mesh for SUI?
2      A.  I believe that the design of the mesh and
3  the cut is different, yes.
4      Q.  Do you know if the pores can collapse in
5  the Prolene mesh when it's used for hernia
6  application?
7      A.  I have seen Klinge -- one second here,
8  where he talked about hernia mesh, but also in his
9  2012 -- and I believe that is the right author.  I --
10 let me look here a minute because one of the things
11 when I reviewed it, it was on abdominal mesh, but in
12 his 2012 he stated that TVT was a macroporous
13 monofilament mesh and that was a gold standard for
14 stress incontinence.  I'm just trying to remember who
15 the author was.  It was a German author.  I may have
16 to -- I may spend quite a bit of time looking for
17 this.  I may have to --
18     Q.  That's -- okay.
19         Do you agree, in general, if pores are not
20 large enough, it increases the risk of erosion?
21         MR. SNELL:  Form.
22         THE WITNESS:  I believe that the Amid
23 classification Type I states that the macroporous
24 mesh is -- has less erosion and is better suited with
25 biocompatibility, that as long as it's a Prolene

Page 168

1  polypropylene, Amid classification Type I,
2  macroporous mesh.  This is supported by SUFU, AUA,
3  AUGS.
4  BY MR. KUNTZ:
5      Q.  Do you agree that many physicians describe
6  removing a sling as very difficult due to the amount
7  of fibrosis?
8          MR. SNELL:  Form, objection.
9          THE WITNESS:  I have removed slings
10 and I have found it to actually be much easier than
11 such as an autologous swing because I cannot
12 necessarily see the mesh, because it's completely
13 incorporated, which is actually what I want, but what
14 I do is I infiltrate with local anesthetic to develop
15 tissue planes, and then I can take a nerve hook to
16 catch the edge of the sling material, and then I can
17 separate that off into -- and divide it.  But when I
18 pull that out, the tissue is completely incorporated
19 into the material.
20 BY MR. KUNTZ:
21     Q.  Have you ever talked to other physicians
22 who have described removing the sling as difficult?
23         MR. SNELL:  Form.
24         THE WITNESS:  I have, and I've
25 recommended some of the techniques that I have work

Page 169

1  for me.
2  BY MR. KUNTZ:
3      Q.  Have you seen any internal Ethicon
4  documents discussing the difficulty of removing
5  slings?
6      A.  I -- I believe that there are internal
7  documents that discuss the difficulty, but the idea
8  is --
9      Q.  Sir, there's doctors that have difficulty
10 removing slings.  We can agree on that?
11         MR. SNELL:  Form, foundation.
12 BY MR. KUNTZ:
13     Q.  Well, you tell them -- you tell them to use
14 your technique and it's easy, right?  So --
15     A.  If I --
16         MR. SNELL:  Same objection.
17         Go ahead.
18         THE WITNESS:  I feel that physicians
19 can have difficulty because it is fully incorporated.
20 However, this is the design of it; this is actually
21 what we wanted the tissues to do.
22 BY MR. KUNTZ:
23     Q.  Do you believe that the mesh -- the Prolene
24 mesh and the TVT can degrade?
25     A.  I'm not aware of -- when I'm looking at my

43 (Pages 166 to 169)

Michael P. Woods, M.D.

Page 170

1   high-level data that we are looking over time, that
2   we're not seeing any clinical implication of it.
3       Q.  That wasn't my question.
4       I can't tell from your report.  You say
5   everything degrades, Prolene mesh may degrade but no
6   clinical complications.  I just want to know:  As you
7   sit here today, do you believe that the Prolene mesh
8   in the TVT degrades or not?
9       A.  I think that anything you implant in the
10  body can degrade over time.
11      Q.  Okay.  So the answer to my question is
12  "Yes"?
13          MR. SNELL:  Form.
14          THE WITNESS:  I believe that we have
15  50 years of data --
16  BY MR. KUNTZ:
17      Q.  That's not my question, Doctor, and you can
18  tell Mr. Snell all you want when he asks you
19  questions.  My question simply is -- this is a yes or
20  no question.  Does the Prolene mesh in the TVT
21  degrade?
22      A.  From some of the internal documents, it
23  showed that there may have been some cracking noted,
24  but when they did other studies, it showed that --
25  depends how you -- how you describe degrading, but --

Page 171

1   and the chemical analysis showed that there was -- it
2   was not changed.  So I am a little bit -- I feel that
3   personally anything you put in the body can age, just
4   as we do, but I have to look at it, is it clinically
5   significant.
6       Q.  And we'll get to that.  My question simply
7   is:  Do you believe, yes or no, that the Prolene mesh
8   in the TVT degrades?
9           MR. SNELL:  Objection, form.
10          THE WITNESS:  I believe that over time
11  anything you can implant into the body can degrade.
12  BY MR. KUNTZ:
13      Q.  So the answer to my question is "Yes"?
14          MR. SNELL:  Form, objection.
15          THE WITNESS:  I -- I would believe --
16  I do not know the rate, but the potential would be
17  there, yes.
18  BY MR. KUNTZ:
19      Q.  You state in your report that you're not
20  aware of any professional colleagues who have
21  expressed concerns about degradation; is that true?
22      A.  That is correct.
23      Q.  Did you do literature -- complete
24  literature search on degradation?
25      A.  I -- when I go to the national meetings, do

Page 172

1   people see any of the clinical evidence that there's
2   a problem with it, the answer is no.  And that is
3   supported by the studies.
4       Q.  You never reviewed or seen any studies
5   discussing clinical implications or problems with
6   degradation of mesh?
7       A.  I have not.
8       Q.  Were you supplied --
9       A.  I have seen from Taiwan where they removed
10  a suburethral sling that they had done surgery on and
11  they thought that there was some degradation there;
12  however, that is a very small case study.  It doesn't
13  get into the level that I was asked to look at.
14      Q.  Okay.  So do you disagree with that paper?
15      A.  I'm -- I am saying I was asked to review
16  the best evidence available, and that is on the
17  lowest tier.
18      Q.  Okay.  But did you -- did you -- did you
19  review -- so are you saying you didn't review any
20  articles that discussed degradation or degradation
21  causing clinical impact or you just haven't seen any?
22      A.  When I saw the study from Taiwan where they
23  talked about it, but that is a small case series.
24  That is not the level -- when you have level of
25  evidence that's Level 1, that's a case series and a

Page 173

1   very small case series.
2       Q.  And your best evidence is a long-term, post
3   three years, randomized controlled trial, correct?
4   That's the best evidence?
5       A.  And the SGS systemic reviews and
6   meta-analysis.
7       Q.  As you sit here today, you've never been
8   provided or you've never reviewed any articles
9   suggesting degradation had any clinical
10  complications?
11          MR. SNELL:  Form.
12      Go ahead.
13          THE WITNESS:  I am unaware in the
14  high-level data that there's anything that suggests
15  that.
16  BY MR. KUNTZ:
17      Q.  Okay.  What about any data?  Besides the
18  Taiwan study, the Wine (ph) study?
19      A.  I have to look -- what I was charged with
20  was using the best medical evidence on the safety and
21  efficacy of the device, and that is randomized
22  controlled studies, systemic reviews, meta-analysis,
23  and I also look at data from national registries that
24  have -- or something like the Kaiser system, to pull
25  that data.

44  (Pages 170 to 173)

Michael P. Woods, M.D.

Page 174

1    Q.  What other registries?  You mentioned a
2   couple in your report, right?
3    A.  Yes.
4    Q.  Okay.  Like the Finnish registry?
5    A.  The Austrian.
6    Q.  Okay.  How long did the Finnish registry
7   track complications?
8    A.  I would have to pull that data.  This may
9   take me a moment here.
10       MR. KUNTZ:  Let's take a quick break.
11          (2:20 p.m. to 2:33 p.m. - Recess
12          taken.)
13       THE WITNESS:  I viewed over at least
14   the one from Finland and that was a mediate
15   postoperative complication of two months.
16   BY MR. KUNTZ:
17    Q.  And that is the Kuuva study?
18    A.  Correct.
19    Q.  So it tracked pain for -- postoperative
20   pain for two months --
21    A.  Correct.
22    Q.  -- at a maximum?  Okay.
23       Did you review the Tamussino Austrian
24   registry?
25    A.  I will have to pull that up.

Page 175

1    Q.  Okay.  And we'll review that on the break.
2       Do you believe that you can see degradation
3   of the mesh clinically?
4    A.  No.
5    Q.  Okay.  How do you define degradation?
6    A.  I really don't define degradation of the
7   mesh.  I -- when I look at it, if I am explanting it,
8   that would be something that I would send to the
9   pathologist so they'd be in formalin.
10       When they -- I cannot define when I'm
11   looking at it if it's degraded.
12    Q.  Okay.  Have you ever read any articles that
13   define degradation clinically --
14    A.  No.
15    Q.  -- being able to see it with your own eyes?
16    A.  No, I am not aware of a high-quality
17   article that shows that.
18    Q.  Have you ever seen mesh that -- TV- --
19   strike that.
20       Have you ever seen mesh in general that
21   you've pulled out that's brittle?
22    A.  It's encapsulated in the tissue.
23    Q.  Have you ever seen it when it's broken?
24    A.  I have -- if it was broken, it's because I
25   cut the mesh to remove it.

Page 176

1    Q.  You say on Page 8 of your report that the
2   mesh has antioxidants.
3    A.  It is -- let me turn to Page 8, please.
4       And where -- oh, that's Page 9.  Sorry.
5       It -- it's -- contains an antioxidant
6   package.
7    Q.  Okay.  Why do you want to prevent
8   oxidation?
9    A.  There was -- when it comes to light, and
10   everything, that you want to make sure that it does
11   not become brittle.  It is what I would kind of say.
12    Q.  Would you believe that brittle mesh is
13   degraded mesh?
14    A.  I haven't seen brittle mesh, so -- in a
15   patient and so I can't conjecture that.  If I had a
16   piece of plastic that was sitting in the sun and I
17   folded it and it broke, I would say that was brittle.
18    Q.  Would you say that's degraded?
19    A.  I really don't know how I would call -- how
20   it's degraded, I mean.
21    Q.  Is it -- is it possible to do a randomized
22   controlled trial to determine whether degradation
23   occurs?
24    A.  I think that that would be very difficult
25   to do ethically, especially if you had patients that

Page 177

1   were completely asymptomatic.
2    Q.  Would you agree there's authors out there
3   or papers out there that have correlated pain to
4   degradation?
5       MR. SNELL:  Form, objection.
6       THE WITNESS:  They -- there are
7   authors that have suggested that.  Again, what I need
8   is the level of evidence to show that that has
9   clinical implication and I have not found that.
10   BY MR. KUNTZ:
11    Q.  Okay.  So you disagree with those
12   suggestions or those papers?
13    A.  I do not see any clinical evidence.
14    Q.  So you disagree with those authors that
15   have suggested that?
16    A.  I -- what I am saying is that I need a
17   level of study that would convince me otherwise.
18    Q.  And I understand that and I understand that
19   you've never seen it in your practice of putting in
20   2,000 slings, correct?
21    A.  Correct.
22    Q.  But there are people who have written that
23   they've seen it and that they've correlated pain with
24   it; you understand that, right?
25       MR. SNELL:  Objection, form.

45 (Pages 174 to 177)

Michael P. Woods, M.D.

Page 178

1  BY MR. KUNTZ:
2      Q.  Have you seen --
3      A.  Again --
4      Q.  -- have you seen those papers?
5      A.  -- their eyes must be very different than
6  mine.
7      Q.  You've seen the papers and authors that
8  have suggested that, correct?
9          MR. SNELL:  Objection, form.
10          THE WITNESS:  It has been suggested by
11  the authors, so that would be expert opinion which
12  would be low-level data.
13  BY MR. KUNTZ:
14      Q.  Okay.  And you disagree with their
15  opinions?
16      A.  I do not have a quality of study that would
17  indicate that I would agree with that.
18      Q.  Okay.  So you disagree with their opinions?
19      A.  Yes.
20      Q.  Okay.  How late do you believe that
21  erosions can occur in a patient with a TVT Retropubic
22  sling?
23      A.  Most of the studies show that they can
24  occur up to about two years.  There are occasional
25  reports beyond that.

Page 179

1      Q.  How far out do some of the occasional
2  reports go that show it longer than two years?
3      A.  I'm going -- I do not have an article
4  specifically in mind that looks at that.
5          This may take me a little while here.
6      Q.  Let me ask you this, Doctor.  Do you agree
7  that erosion can be a lifelong risk of a TVT
8  Retropubic device?
9      A.  I believe that if it has not happened by
10  about three years, the risk would be incredibly
11  small.
12      Q.  So you think most erosions, when they
13  occur, would occur within the three-year time period?
14      A.  Usually within the first six months, yes.
15      Q.  But up to three years?
16      A.  I believe there was one reference to that
17  as one report.
18      Q.  So three years is that the most time you've
19  ever seen for an erosion in the literature?
20      A.  That is my recollection.
21      Q.  And you're saying it can happen longer than
22  three years, but it's a very, very low percentage
23  possibility?
24      A.  Yes.
25      Q.  Okay.  You talked about, in your report,

Page 180

1  about TOPA.  Do you recall that?
2      A.  Yes.
3      Q.  What is TOPA?
4      A.  TOPA was a compound mesh -- let me see.  Do
5  you have the page that that's referred to?
6      Q.  Well, I can find it for you.  I have it.
7      A.  This is on Page 21.  I'm going to read
8  here.  It says:
9          Randomized clinical trials evaluating
10  meshes for the treatment of SUI do not support the
11  theory that a change in the design of TVT would
12  reduce or eliminate complications related to SUI.
13  I'm aware that Ethicon evaluated a lighter weight,
14  partially absorbable mesh called TOPA, but the
15  project was unsuccessful because the mesh was too
16  stretchy.
17      Q.  Why was Ethicon developing TOPA?
18      A.  They had lots of things in development, so
19  I -- I wasn't involved with this at all, but I know
20  at any one time they had multiple projects going on.
21      Q.  Okay.  That wasn't my question.  My
22  question was:  Why was Ethicon developing TOPA?
23      A.  I do not have a valid --
24      Q.  Okay.
25      A.  -- answer.

Page 181

1      Q.  Did you review -- well, you didn't review
2  any test- -- deposition testimony from any employees
3  who worked on the TOPA project, correct?
4          MR. SNELL:  Objection:  Form, asked
5  and answered.
6          THE WITNESS:  I did not review
7  depositions from those employees.
8  BY MR. KUNTZ:
9      Q.  How many documents did you review related
10  to TOPA?
11      A.  I just reviewed over that they felt it was
12  too stretchy, and so --
13      Q.  That's what you remember reviewing?
14      A.  That...
15      Q.  What is Project Scion?
16      A.  That I am --
17      Q.  Have you ever heard of Project Scion?
18      A.  I don't know.
19      Q.  So that's a "No"?
20      A.  I am trying to -- I do not recall a Project
21  Scion.
22      Q.  Okay.  What is Project Matrix?  Have you
23  ever heard of Project Matrix?
24      A.  I do not recall a Project Matrix.
25      Q.  Did Ethicon ever -- do you know what a

46 (Pages 178 to 181)

Michael P. Woods, M.D.

Page 182

1    510(k) application is?
2    A. Yes.
3    Q. Did Ethicon ever submit a 510 application
4    for the TOPA project?
5    A. That I am not aware.
6    Q. Okay. Did they ever submit one for the
7    Matrix?
8    A. I -- I was asked -- I was not asked to
9    review their submissions. I was asked to review the
10   medical literature.
11   Q. Okay. Well, you have some other internal
12   documents on your reliance list related to TOPA,
13   right? And you talked about your understanding of
14   what happened with TOPA and why it was canceled in
15   your report, right?
16   A. I said that it was too stretchy.
17   Q. Okay. Did you review the 510(k) submission
18   for project TOPA?
19   A. No, I did not.
20   Q. Did you review the 510(k) submission for --
21   strike that.
22       Do you know whether they submitted one for
23   the Matrix project?
24   A. I do not recall.
25   Q. Do you know why the TOPA project was

Page 183

1    canceled?
2    A. I -- I do not recall.
3    Q. Do you know why the Matrix project was
4    canceled?
5    A. I do not recall.
6    Q. Did you review any of the cadaver lab
7    results for the TOPA project?
8    A. I -- I do not recall. I reviewed a large
9    amount --
10   Q. If it's not on your -- if it's on your --
11   if it's not on your reliance list, you didn't review
12   it, correct?
13       MR. SNELL: Objection, form.
14       THE WITNESS: I reviewed a large
15   number of things. I just don't recall them all.
16   BY MR. KUNTZ:
17   Q. You just remember the document that says it
18   was too stretchy? You remember that one, right?
19   A. I remember putting that into the...
20   Q. But you don't remember any of the other
21   documents you reviewed?
22   A. I -- there was a large -- initially when I
23   was doing this, I was reviewing internal documents
24   and --
25   Q. And I think you said you spent ten hours

Page 184

1    total reviewing all of the internal documents?
2    A. I would say that's correct, yes.
3    Q. Okay. Did any of your ten-plus trips to
4    the Ethicon headquarters or trips around the world
5    for Ethicon, did you ever talk to any of the
6    engineers or doctors who worked on the TOPA project?
7    A. I -- I don't know who worked on the TOPA
8    project in-depth, but I may have.
9    Q. Okay. Do you know the size of the mesh
10   that they used in the TOPA project?
11   A. No, I do not.
12   Q. Okay. Do you know the pore size?
13   A. No, I do not.
14   Q. Do you know the pore size of any other mesh
15   besides the TVT Retropubic Prolene mesh?
16   A. What I look for is an Amid classification
17   Type I macroporous mesh.
18   Q. Do you know the weight of the mesh used in
19   TOPA?
20   A. I -- my -- I -- when talk about weight or
21   these things, my concern is that AUGS, SUFU,
22   everybody has agreed that using the Amid
23   classification Type I macroporous polypropylene mesh
24   has the best safety profile and best integration.
25   Q. Do you know the pore size of the mesh used

Page 185

1    in the Scion project?
2    A. I do not recall it.
3    Q. Do you know the weight of the mesh?
4    A. I do not recall.
5    Q. Do you know the material that was used?
6    A. I do not recall.
7    Q. Okay. You reference a Cammu (ph) study in
8    your report?
9    A. Cammu study? Yes.
10   Q. What was that study?
11   A. Let me -- I'm going to need to pull that
12   study, please. Could we pull the Cammu study on the
13   flash drive, please.
14   Q. I wasn't even going to ask you about the
15   study.
16       MR. SNELL: He's not asking --
17   BY MR. KUNTZ:
18   Q. Yeah, maybe I'll clear up. Aside -- that's
19   the only study, I believe, that you cite regarding
20   the use of absorbable or lightweight meshes for SUI?
21   A. Yes.
22       MR. SNELL: Form, objection.
23       Go ahead.
24   BY MR. KUNTZ:
25   Q. Have you reviewed any articles besides

47 (Pages 182 to 185)

Michael P. Woods, M.D.

Page 186

1  Cammu that discuss the use of absorbable mesh for the
2  treatment of SUI, in a sling?
3      A.  Actually, I can't cite a specific study,
4  but the Vicryl meshes that were used did not hold up
5  well.
6      Q.  Okay.  When you do a native tissue repair,
7  do you use permanent or absorbable sutures?
8          MR. SNELL:  Form.
9          THE WITNESS:  I use permanent -- I use
10  permanent sutures if I attach the rectus and then
11  absorbable to attach the sling underneath the urethra
12  so it does not move the fascia.
13  BY MR. KUNTZ:
14      Q.  Do you know who Brigitte Hellhammer is?
15      A.  I'm terrible with names.
16      Q.  Do you know who Boris Batke is?
17      A.  Again, I'm very terrible with names.
18      Q.  You testified earlier, I think, that you
19  have assumed some new positions recently?
20      A.  Yes.
21      Q.  What are those?  Hold on.  Are those on
22  your CV?
23      A.  No, they are not on my CV, so these are
24  new.  These are within the last two weeks.
25          I am medical director for the clinics at

Page 187

1  Shenandoah Medical Center.  I am now on the board for
2  an accountable care organization out of Des Moines.
3          MR. KUNTZ:  I think I'm done for right
4  now.  You go ahead, Burt.
5          MR. SNELL:  All right.
6          CROSS-EXAMINATION
7  BY MR. SNELL:
8      Q.  Doctor, I have a few follow-up questions,
9  and then I'm going to go see if I can cover things by
10  topics.
11          You were asked questions about whether you
12  reviewed certain hernia papers and documents or
13  animal studies, and I believe you testified that you
14  didn't find those relevant.  Is that correct or not?
15          MR. KUNTZ:  Objection, leading.
16          THE WITNESS:  What I was tasked to do
17  was to review the relevant medical data for efficacy
18  and safety for Retropubic mechanically cut TVT.  And
19  when I looked at relevant data, I'm not operating on
20  dollars.  I am not doing abdominal hernia repairs.
21  I'm having to look at the specific design of
22  Retropubic TVT.  So in looking at that data, that
23  doesn't impact the scientific and medical literature
24  for Retropubic TVT.
25

Page 188

1  BY MR. SNELL:
2      Q.  So did you find dog studies, hernia
3  literature, hernia documents relevant to your
4  assessment of whether TVT, when used in women for
5  treating incontinence, is reasonably safe?
6      A.  It wasn't relevant to what I was asked by
7  the judge to do.
8          MR. KUNTZ:  I'm just going to strike
9  that last comment.  "Asked by the judge"?
10  BY MR. SNELL:
11      Q.  Did you get a copy of the judge's order
12  with regard what the parties --
13      A.  Yes.
14      Q.  -- were supposed to focus on in this
15  particular case?
16      A.  Yes.
17      Q.  And I'm going to read it to you.  This
18  question:  Does the design of TVT make the product
19  not reasonably safe for its intended use; is that
20  something you investigated?
21      A.  Yes.
22      Q.  All right.  And what is TVT's intended use?
23      A.  It is strictly for the treatment of mixed
24  and stress urinary incontinence in women with
25  Retropubic approach.

Page 189

1      Q.  And you told Mr. Kuntz that you've used TVT
2  Retropubic, correct?
3      A.  Yes.
4      Q.  For what was the intended use that you used
5  the TVT Retropubic device?
6      A.  Stress urinary incontinence and mixed
7  urinary incontinence.
8      Q.  The judge's order at Page 5 says the
9  parties' primary focus should be the scientific and
10  medical literature suggesting or contesting that the
11  TVT is defectively designed and that it is not
12  reasonably safe and can cause harm in women,
13  et cetera.  Is that something you investigated?
14          MR. KUNTZ:  Objection:  Form and
15  leading.
16          THE WITNESS:  Yes.  And in doing so,
17  what I wanted to do is to look at the highest-level
18  evidence, which would be the randomized controlled
19  studies, the systemic reviews, the meta-analysis, and
20  cohort studies would be down that list, but anything
21  below that I felt was lower-level evidence that did
22  not pertain to this.
23  BY MR. SNELL:
24      Q.  You mentioned a Dr. Klinge and I believe
25  you testified you saw where the plaintiffs' experts

48 (Pages 186 to 189)

Michael P. Woods, M.D.

Page 190

1   had looked at some of the literature or writings he
2   had done on hernias?
3        A.   Yes.
4        Q.   But you also testified that when it came to
5   the intended use of TVT and the application of TVT
6   for stress urinary incontinence, you had seen
7   something different by Dr. Klinge?
8        A.   Yes.
9        Q.   I'm going to hand you a -- one of the
10  Dr. Klinge's writings and we'll mark it for the
11  record.
12       A.   Okay.  This is Page 440, Chapter 56, and it
13  says Alloplastic Implants for the Treatment of Stress
14  Urinary Incontinence and Pelvic Organ Prolapse.
15       Q.   What, if anything, did Dr. Klinge discuss
16  with regard to the use of TVT to treat stress urinary
17  incontinence?
18           MR. KUNTZ:  Objection.
19           THE WITNESS:  States that the -- at
20  the present, the gold standard for SUI surgery in
21  suburethral sling, using either tension-free tape or
22  transobturator tape.  The initial concern is that the
23  mesh used might lead to high rates of erosion did not
24  hold true when macroporous polypropylene was used.
25  In two long-term trials, erosion rate was 1.7 and 3.1

Page 191

1   percentage, respectively.
2   BY MR. SNELL:
3        Q.   Does Dr. Klinge identify what type of mesh
4   the TVT mesh is for the intended use of treating
5   stress incontinence in women?
6        A.   It says the classical TVT Type I,
7   macroporous, monofilament, polypropylene mesh in the
8   same trial.
9        Q.   And what type of mesh is the TVT mesh used
10  to treat stress urinary incontinence in women?
11       A.   It is common Type I, macroporous,
12  monofilament, Prolene polypropylene mesh.
13       Q.   Is the Amid classification the current
14  standard for identifying the type of mesh for the
15  intended use of treating stress urinary incontinence?
16           MR. KUNTZ:  Objection.
17           THE WITNESS:  The national
18  organizations, including American Urology
19  Association, SUFU, AUGS, and also the NICE, all state
20  it is Amid classification Type I.
21           (Exhibit No. 10 marked for
22           identification.)
23  BY MR. SNELL:
24       Q.   Is one of the things that you reviewed the
25  most recent Cochrane review?

Page 192

1        A.   Yes.
2        Q.   By Ford and some other authors?
3        A.   Yes.
4        Q.   We have it here tabbed.  I can take it out
5   and mark it if counsel wants.  Why don't we just do
6   that.
7           (Exhibit No. 11 marked for
8           identification.)
9   BY MR. SNELL:
10       Q.   So I'm handing you the -- is that the most
11  recent 2015 Cochrane review?
12       A.   Yes, this is.
13       Q.   What is a Cochrane review?
14       A.   Cochrane review is a government-sponsored
15  review to look at studies to develop recommendations
16  and to look at the quality of the studies.
17       Q.   You mentioned levels of evidence.  Are
18  levels of evidence important in assessing whether the
19  TVT has utility and whether it's reasonably safe in
20  the intended use of treating stress urinary
21  incontinence?
22       A.   Absolutely.  That's --
23       Q.   Why is that?
24       A.   That is the highest-level medical evidence
25  that is available and that's how I have to counsel my

Page 193

1   patients.  This is how, when I am lecturing, I can
2   present the best data available, and the Cochrane
3   reviews and RCTs allow me to do that.
4        Q.   Are the Cochrane reviews, the RCT, the
5   systematic reviews you've mentioned by the AUA and
6   SGS reliable, in your opinion, in determining the
7   efficacy and the reasonableness of the safety of TVT
8   to treat stress urinary incontinence?
9        A.   Yes.
10           MR. KUNTZ:  Objection.
11           THE WITNESS:  The highest -- they are
12  the highest level of evidence.
13  BY MR. SNELL:
14       Q.   And this new Cochrane review, if we turn to
15  Page No. 10, does the newest Cochrane review discuss
16  what is the standard for mesh classification to treat
17  stress urinary incontinence, mesh in women as of
18  2015?
19       A.   What they did is they broke down into
20  macroporous, microporous, macroporous multifilament,
21  and submicronic.
22           (Reading:)  And Type I mesh has the highest
23  biocompatibility for least propensity for infections.
24  Differences in their efficacy and complications are
25  likely due to several different factors including the

Michael P. Woods, M.D.

Page 194

1    different knits and weaves of the various tape
2    materials, their biomechanical properties and their
3    histologic biocompatibility.  Pore size affects the
4    inflammatory response and resultant connective tissue
5    formation within and into the mesh, and the
6    rearrangement of the materials such as collagen
7    within the mesh structure.  Macroporous meshes, pore
8    size in excess of 75 microns, easily allows
9    macrophages, leukocytes, fibroblasts, blood vessels
10   and collagen to transverse the pores, thus
11   macroporous meshes promote tissue host ingrowth with
12   resultant biocompatibility and low risk of infection.
13   Monofilament tapes are widely available and -- and
14   are now predominate in current clinical practice.
15       Q.  Did you assess the biocompatibility of the
16   TVT mesh utilized in the TVT device to treat stress
17   urinary incontinence?
18           MR. KUNTZ:  Objection.
19           THE WITNESS:  I assess it every day in
20   my patients and postoperatively.
21   BY MR. SNELL:
22       Q.  And did you assess the medical literature
23   and the scientific literature with regard to the use
24   of the TVT and its biocompatibility in treating
25   stress urinary incontinence?

Page 195

1       A.  Yes, I did.
2       Q.  And what did you find?
3       A.  I found that the highest-level evidence
4    available in the medical literature, most of the
5    studies involve TVT Retropubic, the classical
6    mechanical cut.
7       Q.  And did the Cochrane reviews, the
8    systematic reviews, the incontinence guidelines show
9    whether or not TVT mesh to treat stress incontinence
10   in the TVT device is biocompatible?
11       A.  Yes.
12       Q.  And what did those Level 1 evidence show
13   overall in general with regard to the usefulness or
14   utility of the TVT?
15       A.  The randomized controlled studies, these
16   large studies, showed that the Retropubic TVT is the
17   most studied -- high-quality study of literally on a
18   urological gynecological procedure.
19       Q.  Did those studies demonstrate whether or
20   not the TVT is useful and that it is efficacious in
21   treating stress urinary incontinence?
22       A.  Yes.
23       Q.  Did those studies assess the safety of TVT
24   for the treatment of stress urinary incontinence?
25       A.  Yes, both in the short term and in the

Page 196

1    longer term on the follow-ups.  These patients are
2    followed serially, and when we look at clinical
3    complications or clinical utility, is what is this
4    instance, is it acceptable as a surgeon, because
5    everything we do as a surgeon has potential risks and
6    complications.
7            (Exhibit No. 12 marked for
8            identification.)
9    BY MR. SNELL:
10       Q.  So you were discussing biocompatibility.
11   Are you a biomaterials expert with regard to
12   materials utilized in women to treat stress urinary
13   incontinence?
14           MR. KUNTZ:  Objection.
15           THE WITNESS:  Yes.  I use it every
16   day.  I am the end user, the implanter.  And more
17   importantly for me is the implantee, and so when I
18   implant this in any woman, I have to use the best
19   available data to counsel that patient.  And so in
20   being an end user, yes, I am.
21   BY MR. SNELL:
22       Q.  Do you assess the biocompatibility of a TVT
23   device to treat stress incontinence in your patients
24   for whom you implant that device after implantation?
25           MR. KUNTZ:  Objection.

Page 197

1            THE WITNESS:  Not only postoperatively
2    but at any follow-up visits; I always assess exit
3    wounds, the suburethral incision, and also the
4    trajectory along the urethra.
5    BY MR. SNELL:
6       Q.  Do you assess the patient's reaction to the
7    mesh?
8       A.  I ask:  "Is it working?  Are you having
9    problems?"  I ask specifically about voiding
10   dysfunction, pain, dyspareunia.  That is my standard
11   questionnaires I have even if it's ten years ago and
12   I see them.
13       Q.  Do you do vaginal examinations on women for
14   whom you have implanted the TVT device to assess how
15   compatible that device is working in the woman's
16   body?
17       A.  I do because if there's an erosion or any
18   complication or even tenderness over the area.
19       Q.  I think you mentioned earlier the SGS, the
20   systematic review.  I just want to mark that as
21   Exhibit 12.  Is that the systematic review you were
22   earlier referencing?
23       A.  Yes.
24       Q.  And Table 3 has rates of complications for
25   various stress urinary incontinence procedures?

50 (Pages 194 to 197)

Michael P. Woods, M.D.

Page 198

1    A.  Yes.
2    Q.  And does that report on the Retropubic
3   TVT --
4    A.  Yes, it does.
5    Q.  -- applies to treat stress urinary
6   incontinence?
7    A.  Yes.
8    Q.  Is that something you relied upon in
9   formulating your opinions?
10    A.  In formulating -- yes.
11    Q.  What level of evidence is the systematic
12   review?
13    A.  This would be the highest level.
14    Q.  And what, if anything, does that systematic
15   review show with regard to the risk of dyspareunia
16   exposure and wound, you know, infection complications
17   with TVT Retropubic compared to other procedures --
18        MR. KUNTZ:  Objection.
19   BY MR. SNELL:
20    Q.  -- if anything?
21        MR. KUNTZ:  Objection.
22        THE WITNESS:  In the Retropubic
23   approach, the incidence of dyspareunia of 0 percent.
24   For return to operating room for erosion it would be
25   pubovaginal -- excuse me, Retropubic sling would be

Page 199

1   1.9 percent, pubovaginal 1.6.  For incidence of
2   exposure, Retropubic was 1.4 percent and pubovaginal
3   of 5.4 percent.
4   BY MR. SNELL:
5    Q.  How is it that pubovaginal slings -- those
6   are the autologous ones you mentioned earlier?
7    A.  Yes.
8    Q.  Can they erode into the body -- into a
9   woman's body when used to treat stress incontinence,
10   as well?
11    A.  Yes.
12    Q.  What about wound infections or wound
13   complications?
14    A.  The wound infection rate for pubovaginal
15   sling, that would be Table 3--I just changed from
16   Table 2--12 percent incidence for pubovaginal for
17   wound infection.
18    Q.  Okay.
19        (Exhibit No. 13 marked for
20        identification.)
21   BY MR. SNELL:
22    Q.  I'm handing you Exhibit 13, which is
23   Appendix A16 from the AUA guidelines, Complication
24   Rates, No Prolapse.  Do you see that?
25    A.  Yes.

Page 200

1    Q.  Does this report on the rates of pain in
2   sexual dysfunction with autologous slings, the
3   Burches and the midurethral slings?
4    A.  Yes.
5    Q.  And how does the midurethral sling,
6   particularly like the TVT Retropubic device to treat
7   stress urinary incontinence, compare to autologous
8   slings and the Burch for pain in sexual dysfunction
9   in women?
10    A.  I will first go with Burch colposuspension,
11   pain 6 percent, sexual dysfunction 3 percent.  For
12   autologous fascia without bone anchors, pain
13   10 percent, sexual dysfunction 8 percent.  And for
14   mid-- synthetic at midurethra, for pain 1 percent,
15   sexual dysfunction 0 percent.
16    Q.  So are the rates with TVT, the midurethral
17   sling, lower than the Burch and autologous --
18    A.  Yes.
19    Q.  -- for pain and sexual dysfunction?
20    A.  Yes.
21    Q.  And is that consistent or inconsistent with
22   your overall evaluation of the safety of midur- -- of
23   the TVT Retropubic sling to treat stress
24   incontinence?
25    A.  It is consistent with my literature review

Page 201

1   and also my personal experience.
2        (Exhibit No. 14 marked for
3        identification.)
4   BY MR. SNELL:
5    Q.  I believe you earlier mentioned there were
6   some longer-term studies with the TVT Retropubic
7   device?
8    A.  Yes.
9    Q.  I want to show you a paper by the author
10   Serati, S-E-R-A-T-I, et al.
11        It's been marked as Exhibit No. 14.  Just I
12   first ask you:  Is that a paper you've reviewed --
13    A.  Yes.
14    Q.  -- in your assessment of the TVT as a
15   device to treat stress urinary incontinence for
16   women?
17    A.  Yes.
18    Q.  And what, if anything, did that study show
19   with regard to the utility of TVT at ten years'
20   duration?
21    A.  The ten-year subjective, objective, and
22   urodynamic cure rates were 89.7 percent,
23   93.1 percent, and 91.4 percent.
24    Q.  And how does -- strike that.
25        For a ten-year incontinence rate,

Michael P. Woods, M.D.

Page 202

1    urodynamic, subjective cure rates around -- all
2    around 90 percent, what, if anything, does that tell
3    you about the long-term biocompatibility
4    intolerability of the TVT to treat stress
5    incontinence in women, if anything?
6            MR. KUNTZ: Objection.
7            THE WITNESS: That at ten years it is
8    still working as intended.
9    BY MR. SNELL:
10   Q.   Is that data consistent or inconsistent
11   with the theory of degradation of the mesh?
12           MR. KUNTZ: Objection.
13           THE WITNESS: I do not -- this
14   reinforces the idea that clinically we do not see
15   degradation affecting outcomes.
16   BY MR. SNELL:
17   Q.   I know you probably already testified. I
18   think you said that there is always a possibility
19   that something may happen considering our bodies as
20   they age. Do you recall giving testimony along those
21   lines?
22   A.   Yes.
23   Q.   Have you seen any reliable scientific
24   studies and evidence assessing TVT for the treatment
25   of stress urinary incontinence that show that that

Page 203

1    product degrades?
2            MR. KUNTZ: Objection.
3            THE WITNESS: No. No, I am not aware
4    of any.
5    BY MR. SNELL:
6    Q.   And do the long-term studies that you have
7    reviewed on TVT support the contention that the mesh
8    degrades?
9    A.   No, it does not. It does not impact the
10   clinical utility.
11   Q.   Turn, if you would, at Page 39 of your
12   expert report. Just so I have a copy, let me --
13           At Page 39 of your report, did you assess
14   the long-term literature with regard to TVT and its
15   intended use to treat stress urinary incontinence?
16   A.   For Retropubic TVT, yes, I did.
17   Q.   And on Page 39 at the top, do you discuss
18   multiple different studies that assess the TVT
19   Retropubic device in the treatment of stress
20   incontinence in women?
21   A.   Yes.
22   Q.   What do those studies show, if anything, in
23   your mind?
24   A.   What this shows in the long term that the
25   continence rates still maintain over time.

Page 204

1            In the past, before Retropubic TVT, when I
2    counseled my patients, I told them that over time
3    that there will be more failures. And this is one of
4    the reasons, when this came out, that I was really
5    looking at it. I wanted to make sure that we were
6    looking at long-term success rates. And the data
7    here, whether it's Nilsson's at 17 years, even though
8    that's not an RCT, this is long-term data, but when
9    you talk 17 years, 13 years, 10-plus years, the
10   success rates are in the 80s to 90s in these
11   patients. There are some that are a little bit lower
12   in the 70s but significantly better than anything I
13   could offer in the past.
14   Q.   And what is the patient satisfaction like
15   for the women who undergo implantation of TVT
16   Retropubic to treat their stress urinary
17   incontinence?
18           MR. KUNTZ: Objection.
19           THE WITNESS: I ask my patients when
20   they come in: "How are you doing?" And, "Would you
21   recommend this to your friend, your sister, an
22   acquaintance?" And almost always it is, yes, that
23   the impact in their life was immediate. That's one
24   of the reasons the impact on these women's lives from
25   the surgical procedure is so profound that it's one

Page 205

1    of the most rewarding things I've done.
2    BY MR. SNELL:
3    Q.   On Page 39 of your report, do you assess
4    the randomized control trials and clinical studies
5    that assess TVT in the treatment of stress urinary
6    incontinence in women?
7    A.   Yes.
8    Q.   And in particular, did you assess what the
9    patient satisfaction rates were with TVT?
10   A.   Yes.
11   Q.   And can you just in general summarize your
12   overall impression about, you know, what rate of
13   patient satisfaction was there in the literature that
14   you have accumulated on Page 39 of your report?
15   A.   From the low 80s all of the way up to the
16   upper 90s satisfaction rates.
17   Q.   Is that consistent or inconsistent with
18   your clinical experience?
19   A.   That is --
20           MR. KUNTZ: Objection.
21           THE WITNESS: That is very consistent
22   with my clinical.
23   BY MR. SNELL:
24   Q.   What, if anything, does the 80 to
25   90 percent patient satisfaction rate, even in

52 (Pages 202 to 205)

Michael P. Woods, M.D.

Page 206

1  long-term follow-up, say with regard to the
2  biocompatibility of the TVT device in women when used
3  to treat stress incontinence?
4          MR. KUNTZ:  Objection.
5          THE WITNESS:  That it is still
6  continuing to work and that they are not having
7  complications that are affecting their lives.
8  BY MR. SNELL:
9      Q.  I think you told Mr. Kuntz, earlier you had
10  used different types of meshes in the application,
11  the intended use to treat stress urinary
12  incontinence?
13      A.  Yes.
14      Q.  And can you just tell us, again:  What's
15  your -- what different types of meshes have you
16  utilized to treat stress incontinence over your
17  career?
18      A.  Mersilene, Gore-Tex.  I did use a couple
19  hand-knitted Vicryl meshes.  And each of those just
20  did not seem to work.
21      Q.  In your assessment of the literature, did
22  you examine whether there was any mesh that had been
23  demonstrated to be more biocompatible than the TVT
24  Retropubic mesh in the treatment of stress urinary
25  incontinence?

Page 207

1          MR. KUNTZ:  Objection.
2          THE WITNESS:  I did not find anything
3  that was more biocompatible.  Also, you have
4  something that has been utilized in humans for over
5  50 years, along with FDA changing from a Class 3 to a
6  Class 2 for Prolene.  I have also assessed as I used
7  to do a significant number of tubal reversals, and
8  I've seen those patients laparoscopically, and
9  looking at where the sutures are located laparo- --
10  these are small sutures, but the body of the
11  literature shows tremendous biocompatibility.
12  BY MR. SNELL:
13      Q.  Has any mesh been demonstrated in reliable
14  scientific evidence to have either higher success
15  than the TVT Retropubic device to treat stress
16  urinary incontinence -- go with that one, first.
17      A.  I am unaware of any device or any mesh that
18  has a better subjective and objective cure rate or
19  improvement rate in the literature.
20      Q.  Have you seen, in Cochrane reviews and
21  other meta-analyses, where mesh has -- or devices
22  other than the bottom-up TVT actually have lower
23  efficacy than TVT?
24          MR. KUNTZ:  Objection.
25          THE WITNESS:  Could you rephrase that,

Page 208

1  please.
2          MR. SNELL:  Yeah, that's a bad
3  question.
4  BY MR. SNELL:
5      Q.  Have you seen in the medical literature
6  whether non-Type I macroporous meshes, such as
7  multifilament meshes, have lower efficacy than TVT?
8      A.  Yes.
9      Q.  Have you evaluated the literature to assess
10  whether the multifilament meshes and the non-Type I
11  meshes have higher complication rates than the Type I
12  TVT mesh you've been talking about today?
13      A.  Yes, not only in literature but personal
14  experience.
15      Q.  Okay.  And what does that literature show
16  with regard to the meshes other than TVT that are
17  non-Type I?
18      A.  Much high erosion rates is one of the big
19  things, along with pain and infections.
20      Q.  And does the literature describe why those
21  higher complications are seen with the design of
22  those meshes as compared to the design of the TVT
23  Retropubic mesh?
24      A.  I have to go back to the Amid
25  classification where you have macroporous mesh size

Page 209

1  of at least 75 microns so the body can integrate in
2  and around and through the mesh.
3      Q.  Are you an expert in the design of TVT
4  Retropubic and, in particular, for assessing the
5  utility and safety of it for its intended use to
6  treat stress incontinence?
7          MR. KUNTZ:  Objection.
8          THE WITNESS:  Yes.  I have taught
9  numerous surgeons the procedure, so on that aspect, I
10  may not be a chemical engineer but, on that,
11  absolutely.  Also, in the development of these
12  products, I worked with the engineers as an end user
13  for my input.
14  BY MR. SNELL:
15      Q.  Did you read the medical literature with
16  regard to the design and development of TVT by
17  Drs. Ulmsten and Petros and determine whether or not
18  in the design of TVT to treat incontinence those
19  surgeons tried other materials besides the Prolene
20  polypropylene?
21      A.  Yes, they --
22          MR. KUNTZ:  Objection.
23  BY MR. SNELL:
24      Q.  And what, if anything, did that data show
25  with regard to the other materials that they tried to

Michael P. Woods, M.D.

Page 210

1  use in the TVT device to treat stress incontinence?
2      A.  With the Type -- Type III meshes, that they
3  found significantly higher erosion rate, and that
4  very much correlates to my own personal experience
5  with this.
6      Q.  Do you know whether they had tried meshes,
7  such as Gore-Tex, before the Prolene?
8      A.  Gore-Tex and Marlex mesh were two of the
9  ones that they did utilize.  And then they also then
10  looked at the polypropylene meshes at that point, and
11  they did a study where they had in the arms of Marlex
12  and polypropylene macroporous.
13      Q.  Do you know if those doctors in the design
14  of TVT Retropubic device to treat stress incontinence
15  also assessed a mesh called Mersilene?
16      A.  Yes.
17      Q.  And what was found with Mersilene in the
18  design of TVT?
19      A.  A significant erosion rate.
20      Q.  You were asked some questions about
21  mechanical cut and laser cut mesh.  Have you used
22  both of those different types of cutting of the TVT
23  mesh?
24      A.  Yes.
25      Q.  In your opinion, does -- and just so that

Page 211

1  everyone is clear, when a mesh is mechanic -- let's
2  focus on the TVT mesh and not the other meshes you
3  say are not relevant.
4          When you cut the TVT mesh, where are you
5  cutting it when you're mechanically or laserly
6  cutting it?
7          MR. KUNTZ:  Objection.
8          THE WITNESS:  On the edges.
9  BY MR. SNELL:
10      Q.  The very edge?
11      A.  Yes.
12      Q.  Is the mesh still about 1 centimeter wide?
13      A.  Yes.
14      Q.  Does the cutting of the mesh, either
15  mechanically or with a laser, change the way the mesh
16  handles and operates in the body when used to treat
17  stress incontinence?
18      A.  I do not feel that either way impacts how I
19  implant or how I treat my patients afterwards.  The
20  longest-term data I have is mechanical cut.
21      Q.  And what does that long-term data show with
22  regard to the mechanical cut TVT mesh?
23      A.  The complication rates are very low and
24  that the long-term success rates are very robust.
25      Q.  Now, I think you mentioned to Mr. -- or

Page 212

1  Mr. Kuntz that you had seen company documents and
2  testing where they had mesh and was stretching it on
3  clamps?
4      A.  Yes.
5      Q.  Is that the use of TVT to treat stress
6  incontinence, that testing?
7      A.  No, that's benchtop testing.  That has
8  really nothing to do when I'm implanting the mesh.
9  That's an actual deliberate deformation.  I don't
10  understand all of the properties there, but it does
11  not impact when I place it in a patient.
12      Q.  When you place a TVT Retropubic device and
13  that mesh in a patient, is there a sheath on the
14  mesh?
15      A.  Yes.
16      Q.  Is the pathway by which the mesh and the
17  sheath travel, do they follow a trocar?
18      A.  Yes.
19      Q.  Do you believe that benchtop testing of a
20  mesh -- and when you saw the benchtop testing, let me
21  ask you this, was the sheath on the mesh?
22      A.  No.
23      Q.  Was the trocar on the mesh?
24      A.  No.
25      Q.  Do you believe that that benchtop testing

Page 213

1  in stretching the mesh without the sheath is
2  consistent with the intended use of the TVT device to
3  treat stress incontinence?
4          MR. KUNTZ:  Objection.
5          THE WITNESS:  The sheath is on the
6  mesh and that because it is on the mesh that is its
7  intended use, and so the sheath needs to be present
8  from a clinical standpoint and an implantation
9  standpoint for Retropubic TVT.
10  BY MR. SNELL:
11      Q.  And whether it's a mechanical cut mesh or a
12  laser cut mesh, is the mesh, when it's put into the
13  body of a woman in the intended use of stress
14  incontinence, encased in a sheath?
15      A.  Yes.
16      Q.  Do any of the stress urinary incontinence
17  guidelines or the analyses and position statements by
18  the professional societies state that there is any
19  clinically significant difference between mechanical
20  and laser cut TVT mesh?
21          MR. KUNTZ:  Objection.
22          THE WITNESS:  No.  No, they do not.
23  BY MR. SNELL:
24      Q.  Have you assessed the literature before
25  2007?

54 (Pages 210 to 213)

Michael P. Woods, M.D.

Page 214

1    A.  Yes.
2    Q.  Have you been assessing the literature
3  since 2007 with regard to TVT?
4    A.  Yes.
5    Q.  Is there any clinically significant
6  difference that you have seen in the medical
7  literature before and after laser cut was an option
8  with regard to the utility or safety of TVT?
9      MR. KUNTZ:  Objection.
10       THE WITNESS:  I've seen no differences
11  in the literature.
12  BY MR. SNELL:
13    Q.  Is consistency in the literature something
14  you look to as a scientist?
15    A.  As a scientist and as a clinician.
16    Q.  Why is that important, if at all?
17    A.  What you have to do is you have to have
18  reproducibility.  Just as you have -- in baseball you
19  have people who are phenomenal pitchers.  In medicine
20  you also have phenomenal surgeons, but you have to
21  have the randomized control reproducible studies in
22  order to be able to draw a conclusion.
23    Q.  And do you believe -- and I think you
24  discussed in many pages of your report the reliable
25  scientific evidence you found.  Did you believe was

Page 215

1  in -- was relevant and important in assessing the
2  design of TVT?
3    A.  Absolutely.
4    Q.  Are the long-term ten-year -- strike that.
5      Are the majority of the 5-, 7-, 10-, out to
6  17-year, the longer-term studies with TVT, do those
7  studies utilize mechanically cut mesh?
8    A.  The longer terms are all mechanically cut.
9    Q.  And what, if anything, do they show about
10  the utility and safety of the mechanical cut TVT
11  mesh?
12      MR. KUNTZ:  Objection.
13       THE WITNESS:  They state that the
14  efficacy continues and that we do not see increasing
15  erosions or anything along or other complications
16  with that, so --
17  BY MR. SNELL:
18    Q.  Go ahead.  I didn't mean to cut you off.
19    A.  It implies very strongly that -- when I'm
20  counseling my patients, that I can look at them in
21  the eye and say, the 10-year data up to 17 years,
22  variability and rate, that it looks like this is
23  going to last you in the long term.
24      And when I'm talking with my patient,
25  that's what she needs to know, along with the

Page 216

1  perioperative and intraoperative complications.
2    Q.  Okay.  So did you assess the safety of TVT,
3  not just within the perioperative setting but also
4  postoperatively, including years of follow-up?
5    A.  Yes, and then when we look at these RCTs
6  and we look at the follow-up, that is part of what we
7  are assessing, is are we having new onset of
8  complications.  You know, we like to look at the
9  safety perioperatively, but we also want to make sure
10  that in the long run it continues to work well.
11      And the level of evidence -- one of the
12  reasons I looked at suburethral slings was when I
13  looked at my patients and I did a major procedure, I
14  would have to look them in the eye and say, I'll
15  probably see you back.  And the redos of Burches
16  are -- can be very, very difficult procedures.  And I
17  use slings as my backup for that, but I, again,
18  harvesting autologous slings and complications that
19  occur with that, also the bigger incisions, I was
20  always looking for the better, and even today, I'm
21  hoping that we can find a better TVT.
22    Q.  Is there -- you were -- I think you told
23  plaintiffs' counsel you were doing the Burch and you
24  had done autologous slings long before TVT to treat
25  stress incontinence?

Page 217

1    A.  That is correct.
2    Q.  As we sit here today, is there even more
3  data on the TVT Retropubic device to treat
4  incontinence than there are for those older Burch and
5  pubovaginal slings?
6    A.  Much better high-level quality evidence.
7    Q.  Going back to the Exhibit 14, the Serati
8  10-year TVT paper, did those authors assess the
9  safety of TVT even out at ten years?
10    A.  Yes.
11    Q.  And what did they find, if anything, that
12  is significant to you?
13    A.  This is on Page 942, European Urology, and
14  it would be 61 and 2012:
15      No patient required tape release or section
16  during the ten-year follow-up.  No significant pelvic
17  organ prolapse, vaginal, bladder, or urethral
18  erosion, or de novo dyspareunia were noted in the
19  remaining 58 patients.
20    Q.  What's the importance of that, if anything,
21  to you in your overall assessment of the safety of
22  the design of the TVT Retropubic device?
23    A.  That years down the road I've not seen
24  complications and my patients are not experiencing
25  that.

55 (Pages 214 to 217)

Michael P. Woods, M.D.

Page 218

1      Q.  Plaintiffs' counsel asked you some
2  questions earlier about your usage of TVT and how
3  many TVTs you had done, correct?
4      A.  Yes.
5      Q.  And I believe you testified the number was
6  2,000, give or take 500?
7      A.  Yes.
8      Q.  Are you certain that's how many TVTs you've
9  placed over your career?
10     A.  All TVTs?
11     Q.  The TVT Retropubic device?
12     A.  The TVT Retropubic device --
13         MR. KUNTZ:  Objection.
14         THE WITNESS:  -- I would say is about
15  in that range.
16  BY MR. SNELL:
17     Q.  For example, did you undergo any training
18  or exposure to the TVT Retropubic before you began
19  utilizing it as an option --
20     A.  Yes.
21     Q.  -- for stress incon- --
22     A.  Yes.
23     Q.  And did you keep track of how frequently
24  you did TVT Retropubic devices once you began doing
25  it on a monthly or yearly basis?

Page 219

1          MR. KUNTZ:  Objection.
2          THE WITNESS:  I kept a running mental
3  log.
4  BY MR. SNELL:
5      Q.  Just like you would have kept a running
6  mental log of how many Burches or autologous slings
7  you did --
8      A.  Yes.
9      Q.  -- before that?
10     A.  Yes.
11     Q.  The fact that you didn't write down the
12  exact number you did in a certain month or year, does
13  that make your estimate unreliable with regard to the
14  number of TVT Retropubic devices that you have used
15  in your career?
16         MR. KUNTZ:  Objection.
17         THE WITNESS:  No.  I think that it's a
18  ballpark figure that is probably fairly close.
19  BY MR. SNELL:
20     Q.  Such that there is no doubt in your mind
21  whatsoever that you -- do you believe you have
22  extensively used the TVT Retropubic device to treat
23  stress incontinence in women?
24     A.  Yes.
25     Q.  For your complication rates, did you follow

Page 220

1  your patients in order to assess whether or not they
2  had complications after the TVT Retropubic device?
3      A.  Yes.
4          MR. KUNTZ:  Objection.
5  BY MR. SNELL:
6      Q.  Is that actually something -- strike that.
7          Did you follow your patients who you put --
8  who you did a Burch procedure or an autologous sling
9  or some other type of non-Type I macroporous sling
10  and to treat incontinence?
11     A.  Yes.
12     Q.  Did you follow them to see if they had
13  complications?
14     A.  Yes.
15     Q.  Did you track those complications?
16     A.  In my -- I did not put them necessarily on
17  paper, but in the patient record I would have that.
18     Q.  This is your -- is this your general
19  medical recollection and knowledge of complications
20  that your patients have?
21     A.  Yes.  I would -- I would -- the only time I
22  would look at specific complications is if I was
23  doing a study.
24     Q.  Okay.  And did you assess the overall
25  medical literature and data that you found to be

Page 221

1  scientifically reliable to ascertain the rates of
2  complications with TVT Retropubic device?
3          MR. KUNTZ:  Objection, asked and
4  answered, at least eight times.
5          MR. SNELL:  Well, I'll withdraw if
6  he's answered it.
7          MR. KUNTZ:  I mean, it's in his report
8  and he's answered ten times.
9          THE WITNESS:  Please repeat that, if
10  you would.  I -- it was a little long, so please
11  restate it.  It's getting towards the end of the day.
12  BY MR. SNELL:
13     Q.  Okay.  Did you assess the medical
14  literature that you found to be scientifically
15  reliable and valid with regard to what were the
16  complication rates following a TVT device --
17  Retropubic device placed to treat stress
18  incontinence?
19     A.  Yes.
20     Q.  Did you also look at the literature to
21  assess how those rates compared to rates with the
22  Burch colposuspension or the autologous sling?
23     A.  Yes, and I wanted to expound a little bit
24  on that, is when we look at these complication rates,
25  this is over a 26-year history of treating women, and

Michael P. Woods, M.D.

Page 222

1   so when I'm looking at older data comparing -- early
2   on in my career, I may have pulled up Burch's initial
3   paper on it, and I'm looking to see, am I hitting in
4   that area, or I would talk to Ray Lee and say, "I've
5   seen this.  What should be the expected rates?"
6          And so this is a 26-year evolution.  When I
7   was in residency, randomized controlled studies
8   really were not the norm.
9      Q.  As we sit here today, there are, I think
10  you've testified, numerous randomized controlled
11  studies on the TVT Retropubic device?
12     A.  Yes.
13     Q.  Is there any other device or procedure to
14  treat stress urinary incontinence for which there is
15  more randomized control trial data than the TVT
16  Retropubic device?
17     A.  No.
18     Q.  You were asked questions about some of the
19  registries.  At Pages 33 through 36 in your report,
20  do you cite to and discuss some of the registries,
21  like the Schraffordt registry that had three years
22  follow-up?
23     A.  Yes.
24     Q.  And did you look at another registry by
25  Nilsson that reported 12-month data from over 2,000

Page 223

1   TVT patients?
2      A.  Yes.
3      Q.  You also cite to Svenningsen,
4   S-V-E-N-N-I-N-G-S-E-N.  What was the follow-up with
5   that TVT registry?
6      A.  That says ten-year results.
7      Q.  And what did that study show with regard to
8   the long-term ten-year biocompatibility of the TVT
9   Retropubic device?
10     A.  Objective cure rate was 89.9 percent,
11  excuse me, subjective cure rate of 76.1 percent,
12  82.6 percent of patients stated they were very
13  satisfied with their surgery.  And also in
14  Svenningsen it said, "Midurethral slings are
15  currently considered the gold standard in the
16  surgical treatment of SUI."
17          (Exhibit No. 15 marked for
18           identification.)
19  BY MR. SNELL:
20     Q.  Okay.  So you've been handed Exhibit 15.
21  Is this the ten-year TVT study that you referenced on
22  Page 35 of your expert report?
23     A.  Yes.
24     Q.  And on the first page, first paragraph,
25  where they talk about midurethral slings are the gold

Page 224

1   standard, is that what you were referring to earlier?
2      A.  Yes.
3      Q.  And if you look at -- turn back to the back
4   to Table 4.
5      A.  Table 4, yes.
6      Q.  Do they report on long-term outcomes --
7   complications such as mesh exposure, voiding
8   difficulties, things of that nature?
9      A.  It's ten years and then they look at
10  voiding residuals, they look at mesh exposure rate,
11  subjective voiding difficulties; and then they also
12  break it down -- the subjective voiding difficulties
13  into slow stream or intermittency, position-dependent
14  micturition, need to immediately re-void, incomplete
15  bladder emptying feeling, straining to void,
16  hesitancy.
17     Q.  It says asymptomatic vaginal mesh exposure,
18  there was one patient equaling 0.3 percent; do you
19  see that?
20     A.  That is, yes.
21     Q.  What, if anything, does that tell you about
22  the long-term safety of TVT Retropubic device in the
23  treatment of stress urinary incontinence?
24          MR. KUNTZ:  Objection.
25          THE WITNESS:  What that tells me is

Page 225

1   we're not seeing exposure over the long run which we
2   saw with other meshes.
3   BY MR. SNELL:
4      Q.  Other meshes such as what?
5      A.  Marlex mesh.
6          THE WITNESS:  Can I ask if I can have
7   a bathroom break?
8          MR. SNELL:  Yes, you may.  Go ahead.
9          (3:39 p.m. to 3:44 p.m. - Recess
10          taken.)
11  BY MR. SNELL:
12     Q.  You were shown Exhibit 9.  It was a
13  contract dated November 23rd, 2010.  You -- do you
14  recall that?
15     A.  Yes.
16     Q.  My question is simple.  This contract says
17  that it shall continue to January 31st, 2012.  Do
18  see that in Paragraph 1?
19     A.  Yes.
20     Q.  Is this a 2010 prof. ed. contract or a 2011
21  contract?
22     A.  It would be -- so that would be for the
23  year 2011.
24     Q.  Okay.  You were asked questions about, you
25  know, moneys you were paid, you know, in your

Michael P. Woods, M.D.

Page 226

1   consulting for Ethicon. Let me ask you. And I think
2   a question was asked were you paid during your
3   travel. My question to you is this. Were you paid
4   for your time for when you left your house or your
5   office until you returned?
6       A.   No.
7       Q.   How were you compensated or reimbursed as a
8   consultant?
9       A.   I am not sure of what year that they
10  started paying for travel time, but it was very late
11  in this whole cycle. But if I traveled two days but
12  only did a half day of lecture, I got paid a half
13  day, so I was two days out of the office in that
14  case. But when I drove to the airport, when I was on
15  the plane, checking in at a hotel, getting a cab, I
16  was not reimbursed for any of that time.
17      Later on, they actually did a travel time,
18  but that -- I don't remember what year that kicked
19  in, but it wasn't for the vast majority of the time.
20      Q.   Can you give us your best estimate, would
21  that have been within the last five years or was
22  that --
23      A.   I would probably say --
24      Q.   Just let me get my question in.
25          -- was that when you began doing consulting

Page 227

1   on the TVT Retropubic device?
2       A.   No. It would have been after that time.
3       Q.   You, I believe, earlier stated it was
4   financially challenging for the consulting work at
5   times. Did I hear you correctly or did I not?
6       A.   Yes.
7       Q.   What did you mean by that?
8       A.   I was in solo practice so my overhead
9   stayed the same whether I was there or not, and so I
10  had ongoing expenses, and if those weren't
11  reimbursed -- you know, if I was gone the two days, I
12  got reimbursed for half a day, and my ongoing
13  expenses were not covered.
14          (Exhibit No. 16 marked for
15          identification.)
16  BY MR. SNELL:
17      Q.   Take a look at this. I've handed you
18  Exhibit 16. It's a study by Neuman. Turn, if you
19  would, to the second-to-last page where it talks
20  about dyspareunia in the TVT Secur group.
21      A.   Yes.
22      Q.   Do you see where the authors say or they
23  paused that there may have been more dyspareunia in
24  the laser cut mesh which tends to result in a stiff
25  tape edge. Do you see that?

Page 228

1       A.   I'll go ahead and read this paragraph.
2   This is Page 772. This is a Journal of Minimally
3   Invasive Gynecology.
4       Q.   Is this a study you've seen, first of all?
5       A.   Yes.
6       Q.   Okay.
7       A.   And --
8       Q.   Go ahead.
9       A.   -- Volume 18, No. 6.
10          It says:
11          Dyspareunia occurred only in patients who
12  underwent TVT Secur procedure. The pain was relieved
13  after surgical removal of the involved tape segment.
14  Dyspareunia associated with the TVT Secur procedure
15  might be explained in part by the rigidity and
16  reduced flexibility of the synthetic polypropylene
17  implant because it is laser cut, which tends to
18  result in a stiff edge -- tape edge. As a result,
19  the overlying vaginal mucosa is constantly
20  traumatized, much more than it would be with use of a
21  mechanically cut tape.
22      Q.   So plaintiffs' counsel asked you if you had
23  seen any studies, and I want to focus now on: Have
24  you seen any scientifically reliable studies
25  assessing TVT in the treatment of stress urinary

Page 229

1   incontinence where any author in the world stated
2   there were higher complications with the mechanical
3   cut TVT mesh compared to some other form of cut mesh?
4          MR. KUNTZ: Objection.
5          THE WITNESS: I am not aware of any
6   studies.
7   BY MR. SNELL:
8       Q.   And in your assessment of the overall
9   literature for devices to treat stress urinary
10  incontinence, particularly meshes, did you find any
11  other device that used an alternative to mechanical
12  cut mesh that had a better safety profile than the
13  TVT Retropubic mechanically cut mesh?
14          MR. KUNTZ: Objection.
15          THE WITNESS: No.
16  BY MR. SNELL:
17      Q.   Did you provide professional education on
18  the TVT Retropubic device to treat stress
19  incontinence?
20      A.   Yes.
21      Q.   Did you provide that to other surgeons?
22      A.   Yes.
23      Q.   Did you talk to other surgeons about the
24  design of the TVT Retropubic device?
25      A.   Yes.

58 (Pages 226 to 229)

Michael P. Woods, M.D.

Page 230

1      Q.   Did you talk to other surgeons about the
2  components of the TVT design?
3      A.   Yes.
4      Q.   Did you explain to other surgeons the
5  importance or lack thereof, if any, to the various
6  components of the TVT Retropubic device?
7      A.   Yes.
8      Q.   Did you discuss the importance, if any,
9  with the sheath utilized in the TVT device?
10     A.   Yes.
11     Q.   Was the sheath an important design element
12  of the TVT Retropubic device?
13     A.   Yes, and I would like to expound a little
14  bit upon this.
15     Q.   Go for it.
16     A.   When I initially looked at TVT Retropubic,
17  I was very concerned about the possibility of
18  bacterial contamination.
19          Having the sheath there somewhat alleviated
20  that, but what -- when I was looking at this, I was
21  thinking, if we have bacterial contamination, we'll
22  be seeing infections very rapidly; and I didn't see
23  that.
24          I also had spoken with the surgeons when
25  they were using Gore-Tex patches for hernias, and

Page 231

1  they were finding an increased infection rate and
2  were they seeing that with the polypropylene mesh.
3          So in that evolution, I was looking at what
4  the Amid classification said, what my surgeons were
5  saying.  Also having that plastic sheath did provide
6  a little bit more of what I would call comfort in
7  looking at it.  At this point, I'm very comfortable
8  with the mesh, but I -- I had mesh complications of
9  other types that I was very concerned about.
10     Q.   And were those all meshes that had --
11     A.   They were --
12     Q.   -- either a smaller pore than the TVT mesh
13  or they were non-Type I Amid, microporous,
14  monofilament meshes?
15     A.   They were all non-Type I on the
16  classification.  However, once burned, twice shy.
17     Q.   At Page 80 of your expert report, do you
18  discuss the different literature and data you found
19  to be reliable with regard to TVT and its effects on
20  sexual function --
21     A.   Yes.
22     Q.   -- in addition to the AUA and the SGS
23  guidelines?
24     A.   Yes.  (Reading:)
25          Urinary Incontinence Treatment Network

Page 232

1  published two-year results concluding that
2  midurethral surgery for stress urinary incontinence
3  significantly improved sexual function, and neither
4  synthetic mesh sling route that was studied was
5  associated with increased dyspareunia.
6      Q.   Does the reliable scientific evidence that
7  you have assessed on the TVT device in the intended
8  use of treating stress incontinence when it has with
9  the sheath and the trocars, the entire device, show
10  that there is a significant risk of the mesh roping?
11     A.   No.
12          MR. KUNTZ:  Objection.
13  BY MR. SNELL:
14     Q.   Or the mesh curling?
15     A.   No.
16          MR. KUNTZ:  Objection.
17  BY MR. SNELL:
18     Q.   Of fraying?
19     A.   No.
20          MR. KUNTZ:  Objection.
21  BY MR. SNELL:
22     Q.   Of pore collapse?
23     A.   No.
24     Q.   Of degradation?
25          MR. KUNTZ:  Objection.

Page 233

1          THE WITNESS:  No.
2  BY MR. SNELL:
3      Q.   Of pore collapse?
4      A.   No.
5      Q.   Of a lack of biocompatibility?
6      A.   No.
7      Q.   And the paragraph on Page 80 of your expert
8  report, with regard to the alleged defects that the
9  plaintiffs' experts have raised -- you saw the
10  different claims that the plaintiffs' experts made in
11  their expert reports, and I'm focusing specifically
12  on Drs. Blaivas, Dr. Elliott, and Dr. Rosenzweig.
13     A.   Okay.
14     Q.   Did you -- you've read their reports?  You
15  saw the claims they make?
16     A.   Yes, yes.
17     Q.   Do you believe that they assessed the
18  reliable scientific literature with regard to the
19  safety of TVT and its intended use to treat stress
20  incontinence in formulating those opinions?
21     A.   The level of evidence was not Level 1.
22     Q.   And their reliance on hernia literature or
23  non-TVT Retropubic studies, did you find those to not
24  be relevant?
25     A.   Not relevant to what I was tasked with

59 (Pages 230 to 233)

Michael P. Woods, M.D.

Page 234

1  Retropubic TVT.  Retropubic TVT mesh was not used in
2  abdominal hernia.  In an abdominal hernia large sheet
3  of mesh is not used in TVT.
4      Q.   You were asked about, would you disagree
5  with a surgeon who said that it was difficult to
6  tension the mesh or -- do you recall those questions
7  in general --
8      A.   Yes.
9      Q.   -- about would you disagree if a surgeon
10 said this?
11     A.   That's that surgeon's opinion.  I may
12 disagree with it, but it's his opinion.
13     Q.   Right.  My question to you, though, is:
14 Would that surgeon's statement or opinion, how would
15 that rank on the level of evidence, the evidence
16 pyramid, compared to the data upon which you
17 primarily relied?
18         MR. KUNTZ:  Objection.
19         THE WITNESS:  That would be an expert
20 opinion, so very low level.
21 BY MR. SNELL:
22     Q.   And is that called anecdotal evidence?
23     A.   Yes.
24     Q.   And in order to assess the overall utility
25 and safety of the TVT device in the treatment of

Page 235

1  stress incontinence, you need to look at the highest
2  level of evidence; is that what you've testified?
3      A.   Yes.
4      Q.   Because anecdotal evidence, case reports,
5  do they establish causation?
6      A.   Not at all.
7      Q.   Can you apply those to the population
8  abroad so that you can derive incidence?
9      A.   No.
10     Q.   And is it fair to say you -- I'll withdraw
11 that one.
12         Are you aware of any reliable scientific
13 literature that shows that TVT, when treating
14 patients for stress urinary incontinence, actually
15 does degrade?
16         MR. KUNTZ:  Objection.
17         THE WITNESS:  I'm not aware of any
18 high-level evidence.
19 BY MR. SNELL:
20     Q.   Or that even if one were to assume it
21 degraded there is any clinically significant effect?
22         MR. KUNTZ:  Objection.
23         THE WITNESS:  I would agree that we do
24 not see clinical effect even if it were to degrade.
25

Page 236

1  BY MR. SNELL:
2      Q.   And is the long-term data that you cited to
3  and you have reviewed relevant to your analysis in
4  that regard --
5      A.   Yes.
6      Q.   -- if at all?
7          Why is that?
8      A.   When we are looking at long-term rates, do
9  we see an increase, do -- these are all things that
10 are we are assessing, safety, tissue compatibility,
11 in a very clinical aspect.
12     Q.   And when you talk about the long-term
13 studies, are you talking about TVT Retropubic device
14 studies, or are you talking about some other device
15 or application?
16     A.   No, Retropubic TVT mechanically cut.
17         (Exhibit No. 17 marked for
18          identification.)
19 BY MR. SNELL:
20     Q.   I've handed a five-year randomized control
21 trial by Laurikainen that looked at the TVT
22 Retropubic device.  Are you familiar with that?
23     A.   Yes.
24     Q.   This is a study you've read and relied
25 upon?

Page 237

1      A.   Yes.
2      Q.   Is this a study that you considered in the
3  formulation of your opinions in this matter?
4      A.   Yes.
5      Q.   And is this the TVT Retropubic device that
6  you have been discussing that you assessed the
7  utility and safety of here?
8      A.   Yes.
9      Q.   If you'd turn to the Results section.  I
10 just have a quick question.  Let me ask you.  Let's
11 back up, I'm sorry.  Look to the first page.
12         It says 95 percent of the included women
13 were assessed at five years.
14     A.   Yes.
15     Q.   How does that number -- what is the
16 significance, if anything, about 95 percent follow-up
17 in a five-year randomized trial?
18     A.   That -- this was phenomenal follow-up and,
19 also, that the surgeons were able to assess these
20 patients.  There was only a 5 percent dropout rate.
21 That's -- that's very nice.
22     Q.   And in this study, how did the TVT perform
23 from a utility and a usefulness standpoint?
24     A.   I'll read the Results section.  It says:
25         Results and limitations:  A total of

Michael P. Woods, M.D.

Page 238

1  95 percent of the included women could be assessed
2  according to the protocol five year after surgery.
3  The objective cure rate was 84.7 percent in the TVT
4  group and 86.2 percent in the TVT-O group, with no
5  statistical difference between the groups.
6  Subjective treatment satisfaction was 94.2 percent in
7  the TVT group and 91.7 in the TVT-O group, with no
8  differences between groups.  Complication rates were
9  low, and no difference between groups.
10     Q.  So what does a subjective treatment
11  satisfaction rate of 94 percent, if anything, tell
12  you about the long-term biocompatibility of the TVT
13  device?
14     A.  At five years out, the patients are very
15  happy with the results.
16     Q.  Turn to the Results section right above
17  Discussion.
18     A.  Okay.
19     Q.  You mentioned that it says complication
20  rates were low.  What's the significance of that, if
21  anything, with regard to the safety and
22  biocompatibility of the TVT Retropubic device?
23     A.  That if there were problems with
24  biocompatibility, we would start to see erosions and
25  we would start to see pain and these kind of things.

Page 239

1     Q.  In the paragraph above Discussion, it
2  reports -- it says, "No women had any sign of tissue
3  reaction, erosion, or tape protrusion at their
4  five-year follow-up."  Did I read that?
5     A.  That is correct.
6     Q.  What is the significance, if anything, of
7  that?
8     A.  That at five years out we're not seeing
9  problems with mesh erosion or signs of infection or
10  decreasing function.
11     Q.  And it said, During the course of the
12  study, two women experienced tape problems.  Both
13  were in the TVT-O arm but not the TVT Retropubic arm,
14  correct?
15     A.  Let me read this one:
16         During the course of the study, two women
17  experienced tape problems, both in the TVT-O arm.
18  One woman had a tape extrusion one year
19  postoperatively.  The midline visible part of the
20  tape was excised, resulting in incontinence, and she
21  later had a TVT operation.  One woman had retention
22  problems and the tape was cut in the midline twice,
23  which resolved the retention, but she experienced
24  urgency symptoms.
25     Q.  So in this five-year -- is this a long-term

Page 240

1  study in your opinion?
2     A.  Yes.
3     Q.  And this five-year, long-term randomized
4  control trial -- and, again, is that the highest
5  level of evidence?
6     A.  Yes, it is.
7     Q.  Were there any tape extrusions in the TVT
8  Retropubic group?
9     A.  No.
10     Q.  And what, if anything, does that inform you
11  of with regard to the safety and biocompatibility of
12  the TVT Retropubic design?
13         MR. KUNTZ:  Objection.
14         THE WITNESS:  That the design showed
15  that there was no evidence of mesh erosions in this
16  well-done study.
17  BY MR. SNELL:
18     Q.  Does this study speak to the safety of the
19  TVT Retropubic device in its design?
20     A.  Absolutely, and this is actually one of the
21  studies I quote when I talk to my patients.
22     Q.  And is this study consistent or
23  inconsistent with your opinion that the TVT -- strike
24  that.
25         Is this study consistent or inconsistent

Page 241

1  with your opinion, as stated in your expert report,
2  that the design of the Retropubic TVT is safe for its
3  intended use to treat stress incontinence?
4     A.  Yes.
5     Q.  Is it consistent or inconsistent?
6     A.  It is very consistent with my --
7     Q.  Okay.  I forgot my question.  I apologize,
8  Doctor.  Sometimes I forget myself.
9         Plaintiffs' counsel, Mr. Kuntz, asked you
10  questions about your experience with different design
11  aspects of different devices, particularly, you know,
12  devices that you had consulted on or had some
13  involvement in the design, meeting with the
14  engineers, things like that.
15     A.  Yes.
16     Q.  Were there any other devices that you have
17  been involved in the design assessment or the safety
18  assessment that you did not mention to Mr. Kuntz?
19     A.  I honestly don't remember what I mentioned
20  to Mr. Kuntz --
21     Q.  Okay.
22     A.  -- but with Coloplast, I was consulted on
23  their single-incision sling with the anchoring
24  mechanism.  With AMS, I also was consulted for their
25  anchoring mechanism on their single-incision sling.

61 (Pages 238 to 241)

Michael P. Woods, M.D.

Page 242

1    Dr. Stephen Singh of Australia consulted me on a
2    Colpotomizer that he was developing and subsequently
3    obtained FDA clearance.  And then, also, with my work
4    with LigaSure, which I think we discussed.
5        Q.  Okay.  When you provide professional
6    education on the TVT Retropubic device, would you
7    educate surgeons on the instructions for use?
8        A.  Yes.
9        Q.  Would you take surgeons step by step
10   through the instructions of use and how to adequately
11   and properly employ the design of the TVT Retropubic
12   device?
13              MR. KUNTZ:  Objection.
14              THE WITNESS:  Yes.  Also, at the
15   especially, cadaver labs, and, frankly, we actually
16   had copies of the IFU that we would hand them.
17   BY MR. SNELL:
18       Q.  Okay.  You were asked some questions by
19   Mr. Kuntz about, well, if a surgeon said that
20   removing a mesh was difficult, would you disagree
21   with him; do you recall a question along those lines?
22       A.  Yes.
23       Q.  Let me ask you this -- and I think you told
24   Mr. Kuntz.  You have done excisions of mesh slings,
25   correct?

Page 243

1        A.  Yes.
2        Q.  Have you done an excision or release of the
3    TVT Retropubic device sling?
4        A.  Yes.
5        Q.  Was that a difficult procedure in your
6    experience?
7        A.  No.
8        Q.  Why do you say "No"?
9        A.  I could do it in the office under local
10   anesthetic.
11          But in going back to that surgeon is if
12   they had a difficult time, I would try to offer,
13   "Here's what I've done; this may make it easier and
14   safer for you and your patient."  And so if they
15   would sit back and say, "Hey, I'm having a problem
16   with this," I would say -- sit back and say, "Well,
17   here's what I've done that made it easier," and so
18   it's always an educational process on that.
19       Q.  How would treating a TVT Retropubic mesh
20   exposure compare in difficulty to having to go back
21   and treat a Burch voiding dysfunction problem?
22       A.  They're not -- they're not even in the same
23   league.  You know, I would bring a patient in.  I did
24   an abstract on just treating it with laser treatment
25   in the office under local anesthetic of which none of

Page 244

1    those patients were charged.
2              And if there was a 1 centimeter extrusion,
3    what I would do in those cases is I would infiltrate
4    local anesthetic to separate the vaginal epithelium
5    from the underlying tissues, go approximately
6    5 millimeters laterally and incise that tissue and
7    infiltrate the local anesthetic on each side and
8    remove the mesh.
9        Q.  And I think you said -- you've published on
10   treating tape exposures?
11       A.  I have presented.
12       Q.  Presented.  Fine.
13       A.  Yes.
14       Q.  Have you published or presented on the lack
15   of any biocompatibility in non-Type I -- Amid Type I
16   meshes?
17       A.  I -- the paper that I -- the case report
18   paper would be a publication.
19       Q.  And when you did professional education on
20   the TVT Retropubic device, did you also assess and
21   discuss with surgeons whether that mesh was an Amid
22   Type I mesh or not?
23       A.  Yes.
24       Q.  And what, if anything, did you tell the
25   surgeons with regard to whether or not it was an Amid

Page 245

1    Type I mesh?
2        A.  Oftentimes, I go back to my Gore-Tex mesh,
3    it was just one of those big things in your life, but
4    what I would do is I would say that the Amid
5    classification Type I macroporous mesh allows the
6    body, macrophages, blood vessels, to incorporate into
7    that tissue and actually allow it to reinforce the
8    prior damaged tissues.
9        Q.  The macrophages, the blood vessels for
10   incorporation for tissue healing?
11       A.  And fibroblasts.  Yes.
12       Q.  Is that something you learned about during
13   your surgical training and residencies?
14       A.  I actually had a strong interest in
15   microsurgery early on in my career, so we did look at
16   healing defects and trying to figure out why some
17   women had more scarring than others.  And then,
18   again, specifically with Retropubic TVT, with that
19   mesh, I had very negative experiences with Marlex
20   mesh, Mersilene, and I was very hesitant.
21       Q.  How does the strength of the evidence and
22   the medical literature, assessing the safety and
23   utility of TVT, compare to the literature assessing
24   Burch and autologous?
25              MR. KUNTZ:  Objection.

62 (Pages 242 to 245)

Michael P. Woods, M.D.

Page 246

1          THE WITNESS:  Most of the Burch and
2    autologous slings are case series expert opinion
3    which would be low-level evidence.
4    BY MR. SNELL:
5          Q.  Is the TVT evidence of a higher level
6    overall than the Burch or autologous pubovaginal
7    slings if one looks across --
8          A.  If you look at --
9          Q.  -- the reliable literature?
10         A.  If you look at the total number of RCTs,
11   et cetera, overwhelmingly Retropubic TVT has the
12   highest-quality evidence.
13         MR. SNELL:  Okay.  Thank you.
14              REDIRECT EXAMINATION
15   BY MR. KUNTZ:
16         Q.  Doctor, just a couple of questions.
17         You went over, again, these mental lists
18   you keep of how many surgeries you've performed and
19   these mental logs of how many erosions you've had and
20   mental logs of reoperations, correct?
21         A.  Yes.
22         Q.  So you're good at keeping mental logs over
23   a ten-year period of time of your surgeries --
24         A.  Yes.
25         Q.  -- revisions, correct?

Page 247

1          A.  Yes.
2          Q.  Okay.  What's your mental log tell you of
3    how much you've been paid by Ethicon over the last 11
4    years as an consultant?
5          A.  Because I did not see those checks, that
6    went to my office manager and accounts.  I --
7          Q.  Who was your office manager.
8          A.  Arlone Farber.
9          Q.  She's still your office manager?
10         A.  No.
11         Q.  So --
12         A.  When I took my --
13         Q.  So you don't have a mental log of how much
14   money you've made from Ethicon over the last 11
15   years?
16         A.  No, I do not.
17         Q.  That's just a mental log you don't keep
18   like you do everything else?
19         A.  Correct.
20         Q.  Okay.  You had said you'd worked with some
21   engineers as an end user of the TVT Retropubic
22   device?
23         A.  Yes.
24         Q.  What engineers?
25         A.  What's Dan -- Dan Smith would be one.  The

Page 248

1    engin- -- I don't recall the name of the engineers at
2    Coloplast or at AMS.
3          Q.  Okay.  How many meetings did you have with
4    Dan Smith about the TVT Retropubic device?
5          A.  Formal meetings and when I was there to
6    talk with him?
7          Q.  Let's start with formal.
8          A.  I don't think on TVT Retropubic I had any
9    formal meetings with him.
10         Q.  Okay.  What about informal meetings?
11         A.  I would sit down and talk with him,
12   especially I wanted to find out how they came up with
13   the design of the trocar, how they chose the angles;
14   I was just fascinated by those things and, you know,
15   the cadaveric studies and these things.  I wanted to
16   know a little bit more about that.
17         Q.  You had cited some RCTs and went over them
18   on Page 39 of your report.
19         A.  Okay.
20         Q.  Tell me which one of those RCTs is laser
21   cut mesh and which one is mechanical cut mesh.
22         A.  We can -- the older ones would all be
23   mechanical cut.
24         Q.  What do you mean by "older"?
25         A.  So we would talk about Ward, Valpas, Lee.

Page 249

1    I would have to look at Rinne and Palva on whether
2    they -- their data was gathered pre-2007.
3          Q.  So as we sit here today, you don't know
4    whether Rinne, Palva, Laurikainen, Wai, Khan, or Ross
5    involved laser cut or mechanical cut mesh, correct?
6          A.  That is correct.
7          Q.  And you've kept your documentation of the
8    money you've made from Ethicon for the last seven
9    years you told me, correct?
10         A.  I think it would be available.  I don't
11   personally have it.
12         Q.  Okay.  But you can get the last seven
13   years?
14         A.  I believe I can.
15         Q.  Okay.  You had said that you consult --
16   or --
17         MR. SNELL:  I'm going to object to
18   producing that, but that's just for my record.
19         THE WITNESS:  Okay.
20         (Discussion off the record.)
21         MR. KUNTZ:  I'm not talking about
22   1099s.  We're talking about summations.  And if you
23   want to do that, then we'll -- let's just -- let's go
24   gold, man, let's just go all of them.  I'll do a
25   trade any day of the week you want to do it for our

Michael P. Woods, M.D.

Page 250

1    guys for your people.
2         MR. SNELL:  That would get your boy
3    Dan Elliott fired who claims he's supposed to be
4    working as an expert.
5         MR. KUNTZ:  Do something about it.
6    Talk is cheap.
7         MR. SNELL:  I'm not a dirty pool
8    player.
9    BY MR. KUNTZ:
10        Q.   Doctor, you told me that you consulted with
11   your patients and you tell them about the 11- and
12   17-year data.
13        A.   Yes, I did.
14        Q.   Do you tell your patients that?
15        A.   Yes, I do.
16        Q.   Okay.
17        A.   And when it was earlier data, I would sit
18   back and say, "This is the longer follow-up on
19   these."
20        Q.   Okay.  Do you tell them that when you're
21   advising them to have the TVT product implanted?
22        A.   I -- I inform them that there is studies up
23   to 11 -- 17 years --
24        Q.   Okay.
25        A.   -- that have --

Page 251

1         Q.   And do you tell them that in your office or
2    the day of the surgery?
3         A.   In my office.
4         Q.   Okay.  So you tell your patients that may
5    end up getting the laser cut mesh that there's
6    17-year data to support it?
7         A.   What I tell them is that with the TVT
8    products --
9         Q.   Oh, okay.
10        A.   -- that there's up to 17-year data.
11        Q.   Okay.  Do you tell them that the 17- and
12   11-year data doesn't apply to laser cut that they
13   might get but you won't know until the day of the
14   surgery that they're getting laser cut?
15        A.   No, I just say the TVT products.
16        Q.   Okay.  Do you think that's fair?  Do you
17   think it's fair to tell your patient that there's 17-
18   and 11-year data when that data doesn't exist for
19   laser cut mesh?
20        MR. SNELL:  Objection, misstates.
21   BY MR. KUNTZ:
22        Q.   Well, let's walk through this, Doctor.  You
23   tell them in your office before they get to surgery
24   that there -- for the TVT products there's 17- and
25   11-year data?

Page 252

1         A.   There's data up to 17 years.
2         Q.   Okay.  Do you tell them that they might be
3    getting a laser cut mesh that doesn't have 17-year
4    data to support it?
5         MR. SNELL:  Objection, form.
6         THE WITNESS:  No, I just say the TVT
7    products.
8    BY MR. KUNTZ:
9         Q.   Okay.  Do you tell them after that --
10        A.   No.
11        Q.   -- after you find out you give them the
12   laser cut mesh?
13        A.   No.
14        Q.   Do you go back and tell them, "Hey, I was
15   wrong.  You got the laser cut mesh.  There's not
16   17-year data to support it"?
17        MR. SNELL:  Objection:  Argumentative,
18   misstates.  He's already told you it's the same mesh,
19   regardless of his opinion.  So you're trying to make
20   a mountain out of a molehill.
21   BY MR. KUNTZ:
22        Q.   No.  You know -- you said the 17-year data
23   and 11-year data does not apply to the laser cut mesh
24   earlier today in this deposition, did you not?
25        MR. SNELL:  I think that misstates his

Page 253

1    testimony.
2    BY MR. KUNTZ:
3         Q.   Did you not say that?
4         A.   I believe that it does not and --
5         Q.   Okay.  Do you go back and tell your
6    patients they got a laser cut mesh, that you don't
7    know -- you said, under oath, that you don't know
8    until the day of the surgery they're getting laser
9    cut mesh.  Do you go back and tell them that the 17-
10   and 11-year data doesn't support the product that you
11   implanted?
12        MR. SNELL:  Objection, form.
13        THE REPORTER:  No, I don't.
14        MR. KUNTZ:  Okay.  No more questions.
15        RECROSS-EXAMINATION
16   BY MR. SNELL:
17        Q.   In your opinion, is the mechanical and
18   laser cut mesh the same regardless of the way you cut
19   it?
20        A.   Yes.
21        Q.   And is that why you cite to 11- and 17-year
22   data for the TVT devices?
23        A.   Yes.
24        Q.   And if you look at your expert report--I'm
25   glad Mr. Kuntz brought this up--you actually list the

64 (Pages 250 to 253)

Michael P. Woods, M.D.

Page 254

1  chronology of different data on the TVT devices,
2  don't you?
3      A.  Yes.
4      Q.  And, actually, can you tell Mr. Kuntz, on
5  Page 39, whether the older studies and the
6  longer-term mechanical cut mesh, whether those rates
7  are any different than the newer studies or are they
8  the same?
9      A.  That's --
10     Q.  Can you answer my question, first:  Are
11  they the same or are they different?
12     A.  Yes, they are.
13     Q.  "Yes, they are" what?
14     A.  They are the same.
15     Q.  All right.  And what is the significance of
16  that to you in the question of whether it matters
17  clinically if their mesh is mechanical or laser cut?
18     A.  It does not matter clinically.
19     Q.  And from 1999 until 2007, every single TVT
20  mesh Retropubic device that you implanted, were those
21  mechanical cut or laser cut?
22     A.  Mechanical cut.
23     Q.  And since 2008, have you implanted both?
24     A.  Yes.
25     Q.  All right.  And I think you told Mr. Kuntz

Page 255

1  you could see the difference, you could tell the
2  difference because you worked with a mesh right up
3  close when you're considering implanting it?
4      A.  It's in my hands and I am looking at it.
5      Q.  And did you ascertain any difference
6  whatsoever in the implantation of a laser cut versus
7  a mechanical cut mesh?
8      A.  No.
9      Q.  And I think you told me that they're both
10  covered and encased by a sheath, right?
11     A.  Yes.
12     Q.  And have you assessed or found any
13  difference in complications in those meshes?
14     A.  No.
15         MR. SNELL:  No further questions.
16         (4:21 p.m. - Adjournment.)
17             § § §
18         (Signature reserved.)
19
20
21
22
23
24
25

Page 256

1              C-E-R-T-I-F-I-C-A-T-E
2  STATE OF NEBRASKA   )
                       ) ss.
3  COUNTY OF OTOE      )
4      I, Sondra W. Petersen, RMR, CRR, CSR(IA),
5  and General Notary Public in and for the State of
6  Nebraska, do hereby certify that MICHAEL P. WOODS,
7  M.D. was by me duly sworn to tell the truth, the
8  whole truth, and nothing but the truth; that the
9  deposition as above set forth was reduced to writing
10  by me.
11         That the within and foregoing pages were
12  taken by me at the time and place herein specified
13  and in accordance with the within stipulations; that
14  the foregoing deposition is a true and accurate
15  reflection of the proceedings taken in the above
16  case.
17         That I am not counsel, attorney, or
18  relative of either party or otherwise interested in
19  the event of this suit.
20         IN TESTIMONY WHEREOF, I place my hand and
21  notarial seal this 6th day of October, 2015.
22
23  _____
    SONDRA W. PETERSEN, RMR, CRR, CSR
24          GENERAL NOTARY PUBLIC
25

Page 257

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8          After doing so, please sign
9  the errata sheet and date it.  It will be
10  attached to your deposition.
11          It is imperative that you
12  return the original errata sheet to the
13  deposing attorney within thirty (30) days
14  of receipt of the deposition transcript
15  by you.  If you fail to do so, the
16  deposition transcript may be deemed to be
17  accurate and may be used in court.
18
19
20
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael P. Woods, M.D.

| Page 258 | Page 260 |
|---|---|

```
Page 258

 1        - - - - - -
          E R R A T A
 2        - - - - - -
 3     PAGE  LINE  CHANGE
 4     ____ ____ _____
 5       REASON: _____
 6     ____ ____ _____
 7       REASON: _____
 8     ____ ____ _____
 9       REASON: _____
10     ____ ____ _____
11       REASON: _____
12     ____ ____ _____
13       REASON: _____
14     ____ ____ _____
15       REASON: _____
16     ____ ____ _____
17       REASON: _____
18     ____ ____ _____
19       REASON: _____
20     ____ ____ _____
21       REASON: _____
22     ____ ____ _____
23       REASON: _____
24     ____ ____ _____
25       REASON: _____
```

```
Page 260

 1              LAWYER'S NOTES
 2     PAGE  LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
25     ____ ____ _____
```

```
Page 259

 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3          I,_____, do
        hereby certify that I have read the
        foregoing pages, and that the same
 4      is a correct transcription of the answers
        given by me to the questions therein
 5      propounded, except for the corrections or
        changes in form or substance, if any,
 6      noted in the attached Errata Sheet.
 7
        _____
 8      MICHAEL P. WOODS, M.D.        DATE
 9
10
11
12
13
14
        Subscribed and sworn
15      to before me this
        _____ day of _____, 20____.
16
        My commission expires:_____
17
18      _____
        Notary Public
19
20
21
22
23
24
25
```

Michael P. Woods, M.D.

| A | | | | |
|---|---|---|---|---|
| **a11** 9:12 10:19 | **accounts** 247:6 | 35:21 37:3 | 1:10,11,11,12 | 74:2 76:13 |
| **a16** 6:4 11:7 | **accumulated** | **ago** 20:9 78:20 | 1:12,13,14,14 | 88:9 95:24 |
| 12:25 199:23 | 205:14 | 197:11 | 1:15,16,16,17 | 115:21,24 |
| **aagl** 131:11 | **accurate** 77:13 | **agree** 29:13 | 1:18,19,19,20 | 117:18,25 |
| **ab** 126:5 | 100:3 144:22 | 32:17,20 38:12 | 1:20 2:2,2,3,3 | 118:1,4 120:3 |
| **abbrevo** 28:9 | 149:2,4 256:14 | 38:15 45:10 | 2:4,4,5,5,6,7,8 | 120:17 121:6 |
| 35:18 102:13 | 257:17 | 86:4,15,20 | 2:9,10,11,12 | 121:10 122:20 |
| 102:15 106:17 | **acknowledged** | 94:14 108:7,9 | 2:12,13,13,14 | 123:21,23 |
| 106:19 108:3 | 81:25 | 108:11,18 | 2:15,15,16,16 | 124:22 147:7,9 |
| 150:4 154:23 | **acknowledgm...** | 112:11,22 | 2:17,18,19,19 | 158:24 168:6 |
| **abdominal** 10:2 | 259:1 | 120:3 129:21 | 2:20,20,21,22 | 183:9 |
| 166:20 167:11 | **acog** 131:12 | 135:14 140:8 | 2:22,23,23,24 | **amounts** 121:14 |
| 187:20 234:2,2 | **acogs** 92:21,23 | 150:22 151:19 | 2:24 201:10 | **ams** 63:13,16,19 |
| **abide** 96:1 | **acquaintance** | 152:1,5,14,16 | **align** 85:5 | 134:16,25 |
| **ability** 49:19 | 204:22 | 153:12,16 | **alive** 33:14 | 135:4 136:23 |
| 52:8 117:1 | **actions** 81:1 | 154:18 156:13 | **allday** 51:13 | 137:3 149:25 |
| 156:14 157:1 | **actively** 16:15 | 156:20 157:12 | **alleged** 233:8 | 150:1 241:24 |
| **able** 10:7 61:15 | **actual** 73:8 74:8 | 158:12 159:7 | **alleviated** | 248:2 |
| 70:14 123:22 | 74:16 93:5 | 166:2 167:19 | 230:19 | **analyses** 213:17 |
| 133:16 160:10 | 105:20 164:9 | 168:5 169:10 | **alloplastic** | **analysis** 91:17 |
| 165:24 175:15 | 212:9 | 177:2 178:17 | 190:13 | 100:1,5,10,13 |
| 214:22 237:19 | **acute** 9:20 10:1 | 179:6 235:23 | **allow** 193:3 | 100:15 160:19 |
| **abroad** 235:8 | **add** 13:10,11,16 | **agreed** 184:22 | 245:7 | 161:23 162:5 |
| **absolute** 164:22 | 137:11,25 | **agreement** 5:16 | **allowed** 14:21 | 163:12,16,23 |
| **absolutely** 15:18 | **addition** 137:25 | 5:17,18,19,20 | 103:5 122:22 | 164:11 171:1 |
| 15:24 32:5,13 | 138:9 231:22 | 5:21 57:23 | 133:8 | 236:3 |
| 38:17 133:1 | **adequate** 142:9 | 58:5 63:10,21 | **allows** 43:7 | **anatomy** 159:1 |
| 135:11 165:12 | **adequately** | 64:4 96:23 | 194:8 245:5 | 159:4 |
| 192:22 209:11 | 242:10 | 115:18 117:21 | **alternative** | **anchoring** 107:2 |
| 215:3 240:20 | **adhesion** 31:22 | 119:11 120:6 | 150:2 229:11 | 108:5 241:23 |
| **absorbable** | **adjournment** | 134:6 | **altis** 28:10,14 | 241:25 |
| 180:14 185:20 | 255:16 | **agreements** | 62:25 | **anchors** 9:14,22 |
| 186:1,7,11 | **adjust** 156:14 | 56:24 60:11 | **american** 9:1 | 200:12 |
| **abstract** 145:14 | 157:1 | 64:13 133:24 | 161:3 191:18 | **anecdotal** 14:21 |
| 243:24 | **adjusting** | **ahead** 13:5 24:4 | **amid** 18:11 | 234:22 235:4 |
| **acceptable** | 155:14 159:8 | 28:3 33:7 39:9 | 30:10,16,21,23 | **anesthesia** 18:2 |
| 140:24 196:4 | **admit** 26:14 | 101:8 104:20 | 31:3,8,12,16 | 155:20,21 |
| **access** 74:4 | **advising** 250:21 | 137:24 169:17 | 42:14 167:22 | **anesthetic** 18:5 |
| 105:15 | **advisory** 132:6 | 173:12 185:23 | 168:1 184:16 | 168:14 243:10 |
| **accountable** | **advocate** 129:21 | 187:4 215:18 | 184:22 191:13 | 243:25 244:4,7 |
| 187:2 | 129:25 | 225:8 228:1,8 | 191:20 208:24 | **angles** 248:13 |
| **accountant** | **affect** 14:22 | **ahold** 81:19,25 | 231:4,13 | **animal** 72:2 |
| 119:10 | 73:12 | **airfare** 88:12 | 244:15,21,25 | 187:13 |
| **accounting** | **age** 171:3 | **airport** 226:14 | 245:4 | **annual** 131:12 |
| 118:17 | 202:20 | **ajog** 5:24 | **amount** 11:15 | **answer** 14:13 |
| | **agents** 28:11 | **al** 1:7,7,8,8,9,10 | 17:16 26:14 | 15:4,7,7 19:1 |

25:17 38:25
39:9,17 40:5
42:2 46:18,20
49:19 51:22
52:4,7,10
55:14 74:19
97:12 111:4
117:1 121:11
122:23 126:6
126:10 170:11
171:13 172:2
180:25 254:10
**answered** 39:3
104:19 153:15
153:22 181:5
221:4,6,8
**answering** 21:15
21:15
**answers** 42:1,2
259:4
**antioxidant**
176:5
**antioxidants**
176:2
**anybody** 37:8
109:8 110:22
143:17
**anymore** 16:15
83:19 146:5
**anyway** 117:14
**apologize** 17:15
26:13 53:5
56:12 241:7
**appear** 113:2
**appearances** 4:1
5:3
**appendix** 6:4
9:10,12 10:18
11:5,6 12:24
12:25 199:23
**application**
167:6 182:1,3
190:5 206:10
236:15
**applied** 150:20
**applies** 150:17

**apply** 11:13
82:11 154:21
154:23 235:7
251:12 252:23
**approach**
141:24 188:25
198:23
**approached**
42:18 84:11
135:4
**appropriate**
44:24 45:1
257:6
**appropriately**
108:12
**approved** 103:3
103:17
**approximately**
144:21 145:3
145:20 244:5
**area** 38:5 41:3
97:24 98:1,2
197:18 222:4
**areas** 143:4
**arent** 72:11
**argumentative**
252:17
**arlone** 247:8
**arm** 239:13,13
239:17
**armamentari...**
128:18
**arms** 210:11
**arose** 85:4
**arteriography**
138:16,22
**article** 5:24 6:6
6:8,10,11
68:25,25 71:14
75:8 85:20
175:17 179:3
**articles** 69:9,13
69:14,15 70:2
70:8,9 73:9,10
172:20 173:8

**articlesand** 70:5
**ascertain** 221:1
255:5
**aside** 124:13
125:2,9 142:2
185:18
**asked** 14:9,23
24:10,19,19,25
31:6 53:5
55:25 61:19
68:2 71:22
73:13 78:2
89:5 92:4
97:16 104:18
133:23 134:1
135:22,25
137:21 150:7
153:14,21
166:12,13,20
172:13,15
181:4 182:8,8
182:9 187:11
188:6,9 210:20
218:1 221:3
222:18 225:24
226:2 228:22
234:4 241:9
242:18
**asking** 9:16
11:16 24:24
140:24 163:24
185:16
**asks** 11:21
170:18
**aspect** 31:4
84:21 97:14
209:9 236:11
**aspects** 241:11
**assess** 150:3
194:15,19,22
195:23 196:22
197:2,6,14
203:13,18
205:3,5,8
208:9 216:2

217:8 220:1,24
221:13,21
234:24 237:19
244:20
**assessed** 207:6
210:15 213:24
232:7 233:17
237:6,13 238:1
255:12
**assessing** 141:2
141:4 192:18
202:24 209:4
214:2 215:1
216:7 228:25
236:10 245:22
245:23
**assessment**
188:4 201:14
206:21 217:21
229:8 241:17
241:18
**associated** 9:18
10:5,10,22
11:23 114:15
228:14 232:5
**association** 9:1
87:9,11 191:19
**associations**
161:3
**assume** 118:4,5
126:10 235:20
**assumed** 54:8
186:19
**assumption**
102:18 111:18
**asymptomatic**
177:1 224:17
**atkins** 1:16
**attach** 186:10,11
**attached** 72:7
257:10 259:6
**attachment** 67:2
**attempt** 56:23
**attempting**
133:9
**attend** 131:16

**attended** 24:9
123:1 129:16
131:2,24
**attention** 36:13
39:15 55:5
121:12
**attorney** 256:17
257:13
**attorneys** 79:15
**aua** 8:20 10:18
11:3,5 160:22
168:2 193:5
199:23 231:22
**audubon** 23:5
36:20
**augs** 92:24
150:16,18,22
150:24 151:14
152:8,8,10
154:18 168:3
184:21 191:19
**august** 63:22,23
**australia** 242:1
**austrian** 174:5
174:23
**author** 133:19
167:9,15,15
201:9 229:1
**authority** 87:17
**authors** 30:3,6
150:9 177:2,7
177:14 178:7
178:11 192:2
217:8 227:22
**autologous** 8:17
8:18,19 9:2,14
12:14 30:15
138:13 168:11
199:6 200:2,7
200:12,17
216:18,24
219:6 220:8
221:22 245:24
246:2,6
**available** 15:23
27:20 82:23

84:22 120:4
121:20 130:9
130:21 148:14
172:16 192:25
193:2 194:13
195:4 196:19
249:10
**avenue** 4:5
**awake** 155:18
**aware** 15:6,11
18:17,23 19:3
34:15 101:14
109:21 112:8
112:21 114:9
114:17 129:20
135:5,23
169:25 171:20
175:16 180:13
182:5 203:3
229:5 235:12
235:17

**B**

**b** 4:10 67:3,11
**back** 55:19
58:11 89:8,11
96:19 109:1
115:8 118:24
118:25 119:25
124:18 137:10
138:5 144:23
146:14,18,20
153:4 154:12
155:19 208:24
216:15 217:7
224:3,3 237:11
243:11,15,16
243:20 245:2
250:18 252:14
253:5,9
**backup** 216:17
**bacterial** 230:18
230:21
**bad** 208:2
**balanced** 59:5
**ballpark** 54:23

55:1 66:23
70:11,21
219:18
**baltimore**
125:25
**bar** 104:1
**barcelona**
126:19,20
**barr** 2:5
**base** 98:4,5
101:4
**baseball** 214:18
**based** 158:25
**baseline** 104:22
**basement** 81:10
**basis** 105:1
218:25
**bathroom** 225:7
**batke** 186:16
**bearing** 77:15
**beds** 93:8
**began** 218:18,24
226:25
**behalf** 162:16
**behavior** 35:24
**believe** 9:17
10:4,9,14 11:2
13:24 17:13
19:13 23:25
24:15 26:2
27:4,16,19
29:3 32:3,8
34:2 38:17,18
40:14 42:19
43:1 44:22,24
45:3,16 46:3
51:19 53:13
55:5 57:13
62:11,20 63:21
64:5,6,18
78:17 79:13
82:4 86:22,22
87:10,11 89:14
93:19 98:20
99:19 101:4,12
101:17 102:20

104:7,17,21
106:10 110:8
114:18 115:5
117:23 119:13
120:8 121:19
122:6 127:10
133:11 136:24
145:7 149:11
149:13,19
150:12,16
153:23 154:8
156:7,9 157:14
157:17,21
158:15 159:3
164:21 167:2,9
167:22 169:6
169:23 170:7
170:14 171:7
171:10,15
175:2 176:12
178:20 179:9
179:16 185:19
187:13 189:24
201:5 212:19
212:25 214:23
214:25 218:5
219:21 227:3
233:17 249:14
253:4
**believed** 32:1
**believei** 101:21
**bell** 100:17
**bellevue** 58:23
59:13,15
**bench** 91:8
**benchtop** 27:8
98:13 212:7,19
212:20,25
**bennett** 2:24
**best** 25:12,13
49:19 52:8,11
70:3 84:18
117:1 119:18
136:19 172:16
173:2,4,20
184:24,24

193:2 196:18
226:20
**better** 29:22
40:24 41:14,22
42:5 59:8
84:10,16 93:10
141:7 167:24
204:12 207:18
216:20,21
217:6 229:12
**beyond** 95:23
96:16 101:18
153:24 178:25
**big** 129:21,24
142:24 208:18
245:3
**bigger** 216:19
**bill** 53:6 54:25
83:3,6
**billing** 60:9
147:14,18,20
148:13
**biocompatibil...**
167:25 193:23
194:3,12,15,24
196:10,22
202:3 206:2
207:11 223:8
233:5 238:12
238:22,24
240:11 244:15
**biocompatible**
195:10 206:23
207:3
**biomaterials**
92:15,17
196:11
**biomechanical**
194:2
**biomedical**
94:12
**bit** 41:24 88:20
120:1 138:25
158:18 167:16
171:2 204:11
221:23 230:14

231:6 248:16
**bladder** 9:20
10:1,16 11:8,8
11:10,13 12:3
12:5 55:18
217:17 224:15
**blaivas** 49:17
50:13 233:12
**blanket** 46:14
64:1 155:9
**blanking** 89:19
**bleeding** 9:20,23
9:24 10:1
11:25
**block** 149:9
**blocks** 139:13
**blood** 194:9
245:6,9
**bluffs** 22:4,6
**board** 51:1 55:7
82:17,18
150:17 187:1
**boards** 132:6
**bodies** 202:19
**body** 73:19
104:16 170:10
171:3,11
197:16 199:8,9
207:10 209:1
211:16 213:13
245:6
**bone** 9:14,22
200:12
**book** 91:4
**booth** 131:20,22
**boris** 186:16
**bottom** 117:15
**bottomofther...**
109:22
**bottomup**
207:22
**bovine** 31:1
**bowel** 9:20 12:2
**boxes** 62:20
**boy** 250:2
**break** 26:20,25

48:3 54:5 66:7
66:13 76:10
101:25 137:10
137:22 144:15
174:10 175:1
224:12 225:7
**breakdown**
145:15 161:13
**breaking** 137:6
**bremmer** 79:7
79:14
**bridging** 166:4
166:18
**briefcase** 151:5
**briefly** 74:21
100:11 101:10
**brigitte** 186:14
**bring** 48:21 49:4
56:23 155:25
156:3 243:23
**bringing** 124:20
**brittle** 175:21
176:11,12,14
176:17
**broad** 20:2
166:21
**broke** 176:17
193:19
**broken** 175:23
175:24
**brought** 48:18
49:2 79:11
126:23 164:7
253:25
**brubaker** 85:20
85:22
**bulking** 28:11
35:21
**bundle** 99:15
**bunman** 78:13
78:16,16
**burch** 12:14
51:7 89:9 90:3
139:21,24,25
140:9 161:15
163:4 200:8,10

200:17 216:23
217:4 220:8
221:22 243:21
245:24 246:1,6
**burches** 140:2,6
200:3 216:15
219:6
**burchs** 222:2
**burgoyne** 2:23
**burned** 231:16
**burt** 4:10,13
15:3 39:5
52:16 105:18
187:4
**business** 59:19
84:21 124:8
**busy** 54:7
**butler** 4:10,14
**butlersnow** 4:13
4:17
**buttress** 138:15

———————————
**C**
**c** 7:2 67:2
**cab** 226:15
**cadaver** 102:10
105:20 107:13
107:14 108:1
127:8,14 183:6
242:15
**cadaveric**
248:15
**calendar** 58:7
**calibration**
158:12
**california**
123:13,17
125:14 126:2
127:11
**call** 18:13 36:4
52:25 54:13
81:14 82:16
92:17 93:14
108:21,25
136:13 139:7
142:6 176:19

231:6
**called** 3:5 19:8
64:19 180:14
210:15 234:22
**calls** 14:2 18:20
52:24 129:18
**cammu** 185:7,9
185:12 186:1
**canceled** 182:14
183:1,4
**cant** 13:17 27:15
36:11 54:21
70:9 100:15
117:24 157:10
164:9 170:4
176:15 186:3
**capacity** 166:16
**caption** 2:1 5:2
**car** 56:3
**care** 25:12 32:1
32:9,12,18,21
38:10 44:23
45:11,16,21,22
46:3 130:19
187:2
**career** 16:10
140:3 206:17
218:9 219:15
222:2 245:15
**carefully** 257:4
**carolyn** 76:25
77:3,4,6
**cartmell** 4:5
**case** 5:2 7:14
34:8,17 43:11
49:15 50:18,21
51:9 55:17,18
55:21,23 56:1
56:2,3 64:17
64:21 68:7
75:22 76:25
77:3,5,16 78:6
78:7,19 80:15
80:18 81:7,21
100:10 172:12
172:23,25

173:1 188:15
226:14 235:4
244:17 246:2
256:16
**cases** 1:6 42:3
78:10,21 79:18
80:7 118:5
244:3
**catch** 168:16
**category** 95:18
**causation** 235:5
**cause** 114:19,23
157:19 189:12
**causes** 109:17
**causing** 172:21
**cell** 81:11
**center** 4:11 23:2
23:5 36:22,22
139:3 187:1
**centimeter**
138:14,16,21
211:12 244:2
**certain** 38:18
143:4 187:12
218:8 219:12
**certainty** 40:15
**certificate** 5:5
256:1
**certified** 82:18
**certify** 256:6
259:3
**cetera** 124:22
189:13 246:11
**chair** 92:22
**chairman** 89:18
**challenge** 99:9
**challenged**
30:12
**challenging**
227:4
**change** 108:25
115:8,10
137:12 138:8
149:21 180:11
211:15 258:3
**changed** 84:19

138:10 171:2
199:15
**changes** 137:23
259:5
**changing** 207:5
**chapter** 190:12
**characteristics**
46:6
**charge** 22:18,21
55:3
**charged** 173:19
244:1
**charleston** 1:2
**chart** 21:8
101:23 102:5
**chartis** 101:22
**cheap** 250:6
**cheat** 53:21,23
54:13,16
**check** 61:2
105:24 141:3
**checked** 75:13
**checking** 226:15
**checks** 247:5
**chemical** 90:11
90:13 171:1
209:10
**chemistry** 91:6
**cheshire** 2:22
**chicago** 50:14
91:3 123:7
**choice** 42:5
**chose** 248:13
**chronic** 143:2,3
143:6 164:15
164:19
**chronology**
254:1
**chunk** 66:19
**circle** 3:11
**circumstances**
139:18
**cite** 164:7
185:19 186:3
222:20 223:3
253:21

cited 70:2,18
71:16 73:19
74:14 75:9
76:4,12 236:2
248:17
cities 123:1
126:25 127:8
city 4:6 55:24
89:13 123:2
125:19 126:17
127:11
civil 3:7
claims 233:10
233:15 250:3
clamp 94:22
95:2,5
clamps 212:3
clarify 137:13
clarifying 114:7
class 91:1 207:5
207:6
classic 36:5,9
40:19 41:6
classical 191:6
195:5
classification
18:11 30:10,16
30:21,23 31:3
31:8,12,16
42:14 167:23
168:1 184:16
184:23 191:13
191:20 193:16
208:25 231:4
231:16 245:5
clean 145:2
clear 20:11
144:17 185:18
211:1
clearance 242:3
clinical 35:20
42:5 59:7 62:8
83:23 84:2
101:15 111:12
111:14 131:12
151:21 170:2,6

172:1,5,21
173:9 177:9,13
180:9 194:14
196:2,3 203:10
205:4,18,22
213:8 235:24
236:11
clinically 171:4
175:3,13
202:14 213:19
214:5 235:21
254:17,18
clinician 214:15
clinics 59:14
186:25
close 84:12,14
219:18 255:3
closed 84:1 85:3
closely 76:2
148:21
coauthors 80:25
cochrane 5:23
141:19 191:25
192:11,13,14
193:2,4,14,15
195:7 207:20
cohort 109:24
189:20
collaboration
5:23
collagen 194:6
194:10
collapse 166:3
166:17 167:4
232:22 233:3
colleagues 29:19
29:24 171:20
colony 4:15
coloplast 28:16
62:25 63:10
64:4,8 108:4
137:1 241:22
248:2
colposuspension
161:15 162:25
163:4 200:10

221:22
colposuspensi...
8:14
colpotomizer
242:2
com 1:25 4:7,7
4:13,17
combined
144:21
come 11:21 83:4
146:7,12,14
154:7 204:20
comes 102:7
109:25 127:10
176:9
comfort 231:6
comfortable
36:7 231:7
coming 29:1
99:7 106:17
148:19
comment 188:9
commission
259:16
committee 92:21
92:22,23,24
common 86:10
191:11
communicate
68:11,12
community 23:5
23:6 36:20,22
83:22
companies
62:23 83:17
company 42:18
58:25 78:2
83:19 84:11
93:16 97:7
98:8 105:15
132:3 133:5
212:1
companyspon...
131:2
compare 200:7
243:20 245:23

compared 36:9
102:14 198:17
208:22 221:21
229:3 234:16
comparing
110:22 111:8
222:1
comparison
5:15 8:22
102:9
compatibility
236:10
compatible
197:15
compensated
137:17 226:7
complained
162:23
complete 171:23
completed 82:8
completely
168:12,18
177:1
complexity
96:14
compliance 45:6
81:4,22
complication
6:4 9:12 10:10
21:22,24 161:2
165:6 174:15
197:18 199:23
208:11 211:23
219:25 221:16
221:24 238:8
238:19
complications
7:18 8:9 9:17
10:4,13,22
34:6,8,11,14
47:18,21,24
86:21 109:18
110:4,14,22
111:9,13
114:14,19,22
140:24 142:15

142:19,21
162:10 170:6
173:10 174:7
180:12 193:24
196:3,6 197:24
198:16 199:13
206:7 208:21
215:15 216:1,8
216:18 217:24
220:2,13,15,19
220:22 221:2
224:7 229:2
231:8 255:13
component
24:25
components
99:11 230:2,6
compound 13:4
180:4
computer 60:20
61:2,18 81:14
89:22,23
concern 184:21
190:22
concerned
230:17 231:9
concerns 31:15
157:1 171:21
concluding
232:1
conclusion
214:22
condense 70:15
conflict 133:19
confused 17:16
conjecture
99:20 176:15
connective 46:7
194:4
conscience
133:16
consensus
158:24
consent 133:2
consider 15:12
15:15 46:11

92:17 97:23
128:10,17
153:5,6
**considered**
134:11,12
223:15 237:2
**considering**
202:19 255:3
**consistency**
214:13
**consistent**
119:13 200:21
200:25 202:10
205:17,21
213:2 240:22
240:25 241:5,6
**constantly**
228:19
**construction**
18:14,21 19:9
**consult** 57:18,21
57:24 63:24
249:15
**consultant** 56:20
57:6,11 60:1
64:22 94:18
130:13 131:9
133:5 135:4
226:8 247:4
**consulted** 35:9
92:20 95:4
241:12,22,24
242:1 250:10
**consulting** 5:16
5:17,18,19,20
5:21 56:24
57:22 58:4
60:4,11 63:9
63:19,20,21
64:1,3,7,10,12
68:12 96:7,22
98:23 115:3,18
117:21 119:11
119:14 120:6
124:25 133:24
226:1,25 227:4

**contact** 47:10
64:16 80:12
81:10,16
118:11 156:3
159:5
**contains** 176:5
**contamination**
230:18,21
**contention**
203:7
**contesting**
189:10
**continence**
47:25 203:25
**continuation**
47:13
**continue** 92:8
225:17
**continued** 2:1
47:10
**continues** 155:5
215:14 216:10
**continuing**
206:6
**continuous** 51:5
**contract** 115:24
116:14 117:18
120:4,17 121:7
121:10,21
122:5,11,20
134:10,12
225:13,16,20
225:21
**contracted** 88:9
**contracts** 134:4
**contrary** 157:24
**contrast** 138:13
138:20
**control** 149:14
205:4 214:21
222:15 236:20
240:4
**controlled** 74:6
109:23 111:11
141:18 164:14
165:4 173:3,22

176:22 189:18
195:15 222:7
222:10
**convince** 177:17
**cook** 2:7
**cooperated**
81:24
**coordinating**
125:10
**copied** 120:2
**copies** 80:3
242:16
**copromoted**
130:11
**copy** 17:1 54:21
56:16 65:12
105:13,17
116:6,15
120:25 151:3
151:13 188:11
203:12
**corporate** 44:20
84:13
**corporation**
58:21,22
**correct** 9:3 12:8
16:21 32:2,18
35:4 42:22,23
43:18,20,25
44:1,13 46:23
46:24 53:17
56:21 65:14,22
66:12 68:13
72:7 73:6,16
73:17,25 74:9
74:10 77:17
85:24,25 86:21
87:3,6 88:23
89:8 90:3
93:13 98:1
100:7 102:6
104:16 106:22
107:16,17,19
107:20,22,23
107:25 108:1
114:19 115:6,7

115:19,20,22
116:1 117:19
117:20 119:5
120:5,18 121:8
122:5 123:24
127:14,15
131:3 140:10
142:4 148:1,3
148:20 163:20
165:21 171:22
173:3 174:18
174:21 177:20
177:21 178:8
181:3 183:12
184:2 187:14
189:2 217:1
218:3 239:5,14
242:25 246:20
246:25 247:19
249:5,6,9
259:4
**correction**
137:24 138:19
**corrections**
257:5,7 259:5
**correctly** 227:5
**correlated** 177:3
177:23
**correlates** 210:4
**cough** 155:17,20
158:17
**coughing** 107:19
**couldnt** 47:20
60:19 81:25
92:13 107:15
107:18,21,24
**council** 22:4,6
**counsel** 7:24
25:11 50:18
51:9 53:2,16
61:23 62:4,18
62:21 67:18,19
69:13 75:1,1
113:9,22 192:5
192:25 196:19
216:23 218:1

228:22 241:9
256:17
**counseled** 204:2
**counseling**
215:20
**country** 124:15
**county** 23:3
256:3
**couple** 16:11
54:11 97:18
130:10 155:18
174:2 206:18
246:16
**course** 51:2
58:12 239:11
239:16
**courses** 127:17
**court** 1:1 257:17
**courts** 3:7
**cover** 122:14
187:9
**covered** 227:13
255:10
**cracking** 170:23
**crawford** 23:3
**create** 70:5
**created** 95:10
**credence** 73:12
109:5
**credé** 155:22
158:16
**croatia** 101:3
**crosscountry**
60:21
**crossexaminat...**
5:8 187:6
**crossexamine**
117:7
**crr** 3:9 256:4,23
**csr** 3:9 256:4,23
**curbside** 61:2
**cure** 201:22
202:1 207:18
223:10,11
238:3
**curl** 108:13

curling 108:14
232:14
current 35:15
64:3 86:24
96:17 139:1,2
191:13 194:14
currently 36:9
36:15,17 63:9
223:15
customer 134:20
customize
109:14
cut 7:19 8:10
19:12,13,18,18
19:24 20:15,19
20:20 21:4,4,9
21:9,24,25
22:8,9,15
23:16,17,21,21
23:23 24:5,12
24:15 25:2,20
25:21 26:1,1
27:6,7,13,15
27:17,24,25
38:13,16,19,21
38:23 39:13,15
39:24 40:3,8
40:13 42:8,8
109:2,3,12,12
109:13 110:5,5
110:10,23,23
111:9,10,16,17
111:22,22
112:6,6,17,17
141:25 142:1
149:17,18,20
149:22,23
150:8 155:16
159:16,16,23
160:6,7 165:20
165:20 166:14
167:3 175:25
187:18 195:6
210:21,21
211:4,20,22
213:11,12,20

214:7 215:7,8
215:10,18
227:24 228:17
228:21 229:3,3
229:12,13
236:16 239:22
248:21,21,23
249:5,5 251:5
251:12,14,19
252:3,12,15,23
253:6,9,18,18
254:6,17,21,21
254:22 255:6,7
cutting 210:22
211:5,6,14
cv 49:2 57:24
59:25 85:19
115:6,10
116:22 117:7
186:22,23
cycle 226:11

**D**
d 1:23 3:5 7:2,4
256:7 259:8
dacron 138:15
138:16,22
dallas 126:15
damage 12:1
damaged 245:8
dameron 1:19
dan 247:25,25
248:4 250:3
daniel 1:10
data 15:22 27:12
27:14,17 29:1
31:22 47:6
68:1 70:7 72:2
74:2,18 81:16
84:19 101:14
111:19 134:9
148:21,21,25
149:19 150:8
150:19,23
152:21 153:17
153:18 164:8

170:1,15
173:14,17,23
173:25 174:8
178:12 187:17
187:19,22
193:2 196:19
202:10 204:6,8
209:24 211:20
211:21 215:21
217:3 220:25
222:1,15,25
231:18 234:16
236:2 249:2
250:12,17
251:6,10,12,18
251:18,25
252:1,4,16,22
252:23 253:10
253:22 254:1
dataits 70:4
date 17:13 41:2
95:13 102:25
119:14 155:7
257:9 259:8
dated 225:13
dates 123:22
david 68:9,15
day 52:15 53:14
55:11 137:16
163:10 194:19
196:16 221:11
226:12,13
227:12 249:25
251:2,13 253:8
256:21 259:15
days 52:23
68:13 100:25
124:10,13,24
125:2,6,7,9
226:11,13
227:11 257:13
dayton 125:23
ddsa 100:16
de 217:18
dead 33:8
dean 85:23

death 13:7 33:18
33:21
debodinance
154:14
december
115:19
decide 85:2
decided 84:13
161:24
decision 29:15
29:25 44:20
decrease 140:13
decreasing
239:10
deemed 257:16
deep 95:3
143:19
defect 141:25
defectively
189:11
defects 233:8
245:16
defendant 55:21
78:11
defendants 4:9
defense 50:18
51:9 53:1,16
62:17 67:18,19
69:13 75:1
113:9,22
define 175:5,6
175:10,13
definite 41:5
definitely 96:11
deformation
108:14 212:9
degradation
171:21,24
172:6,11,20,20
173:9 175:2,5
175:6,13
176:22 177:4
202:11,15
232:24
degrade 169:24
170:5,10,21

171:11 235:15
235:24
degraded
175:11 176:13
176:18,20
235:21
degrades 170:5
170:8 171:8
203:1,8
degrading
170:25
deliberate 212:9
delineate 149:22
demonstrate
195:19
demonstrated
206:23 207:13
denise 80:23
denison 23:3,4
denver 123:3
department
22:20 37:5,7
81:20 89:18
depend 46:5,5
98:18 125:9
140:15
depending 36:2
42:5
depends 19:16
108:20 170:25
deponent 259:1
depos 49:20
depose 52:16
deposing 52:18
257:13
deposition 3:5
5:13 7:12 8:5,5
50:2,5 53:20
55:8,9 65:20
67:20 78:13,24
79:9 116:25
181:2 252:24
256:9,14 257:3
257:10,14,16
depositions 3:8
49:14,16,25

50:1,8,11 71:3
71:7 78:9 80:4
181:7
**deps** 1:25
**derive** 235:8
**des** 187:2
**describe** 93:11
168:5 170:25
208:20
**described**
168:22
**design** 15:20,25
47:9 93:2,4,10
93:10 94:15,21
94:25 96:10
98:25 99:4,13
108:5 112:21
167:2 169:20
180:11 187:21
188:18 208:21
208:22 209:3
209:16,18
210:13,18
215:2 217:22
229:24 230:2
230:11 240:12
240:14,19
241:2,10,13,17
242:11 248:13
**designed** 47:14
47:22 94:20
97:3,8 108:8
108:12,18
112:23 164:14
164:17,19
165:10 189:11
**designing** 95:21
96:7 98:9
**destroyed** 60:21
61:4,18 119:3
**detail** 70:25
**determinations**
149:1
**determine**
140:15 150:12
176:22 209:17

**determines**
25:14
**determining**
193:6
**develop** 168:14
192:15
**developing**
130:14 180:17
180:22 242:2
**development**
68:16 95:4
108:2 180:18
209:11,16
**device** 7:19
10:22 12:10
13:2,21 14:1
18:10,21 33:2
39:16 41:5
62:23 63:5,12
78:2 93:16
94:4,7,20 95:1
95:9 96:7 97:4
98:8,9,13,18
98:19 99:3
104:11 108:3
114:8,12 118:7
118:7 128:15
130:10,12
133:10,15
142:11,14
143:7 153:4
154:20 155:11
155:12,13,15
155:17,19,24
156:1,7 157:9
158:21 159:4,9
159:18 164:16
173:21 179:8
189:5 194:16
195:10 196:23
196:24 197:14
197:15 200:6
201:7,15
203:19 206:2
207:15,17
210:1,14

212:12 213:2
217:3,22
218:11,12
219:22 220:2
221:2,16,17
222:11,13,16
223:9 224:22
227:1 229:11
229:18,24
230:6,9,12
232:7,9 234:25
236:13,14,22
237:5 238:13
238:22 240:19
242:6,12 243:3
244:20 247:22
248:4 254:20
**devices** 16:9,21
17:6,9,10,21
19:11,24 20:4
20:15 44:5
93:13 94:15,18
95:7,21 114:6
154:2 207:21
218:24 219:14
229:9 241:11
241:12,16
253:22 254:1
**dictate** 22:7,11
23:7
**didnt** 18:19 20:5
39:4 40:5
41:16 47:6
49:24 60:5
64:12 70:15
71:18 72:5,15
73:14 74:3,8
74:13,15 81:11
92:8 113:19
118:3,11
121:12 127:3
130:25,25
138:1 172:19
181:1 183:11
187:14 215:18
219:11 230:22

**diego** 126:2
**dietz** 113:5
**difference** 19:20
20:19,24 21:4
21:18 25:25
26:3,4 27:6,24
28:5 77:23
110:4 111:8,13
111:16 112:3
213:19 214:6
238:5,9 255:1
255:2,5,13
**differences** 21:8
29:11 110:15
193:24 214:10
238:8
**different** 10:18
18:3 24:20
25:20 27:23
29:7 30:14
40:9 44:11
51:3 72:10
73:5,21 166:24
167:1,3 178:5
190:7 193:25
194:1 203:18
206:10,15
210:22 231:18
233:10 241:10
241:11 254:1,7
254:11
**differently** 32:5
**difficult** 125:13
168:6,22
176:24 216:16
234:5 242:20
243:5,12
**difficulties**
224:8,11,12
**difficulty** 169:4
169:7,9,19
243:20
**dillon** 1:11
**dinner** 123:19
**direct** 5:7 7:7
**directly** 143:9

**director** 186:25
**dirty** 250:7
**disagree** 121:24
122:2 152:1,6
152:14 153:20
159:25 160:5
160:12 166:8
166:10 172:14
177:11,14
178:14,18
234:4,9,12
242:20
**disclaimer** 131:8
**disclose** 132:21
133:6
**discomfort**
157:19
**discuss** 25:25
26:3 31:15
169:7 186:1
190:15 193:15
203:17 222:20
230:8 231:18
244:21
**discussed** 102:5
158:10 172:20
214:24 242:4
**discusses** 30:20
**discussing** 31:8
169:4 172:5
196:10 237:6
**discussion** 138:4
151:8 238:17
239:1 249:20
**dislodge** 104:13
107:1
**dislodged** 107:1
**disorder** 46:7
79:21
**disorders** 86:23
**dissolve** 58:25
**distinguishes**
111:21 112:16
**district** 1:1,1,6
3:7
**divide** 168:17

Michael P. Woods, M.D.

| | | | | |
|---|---|---|---|---|
| **division** 1:2 | 77:14,18 105:8 | 53:22 55:5 | **dr** 7:11 33:23 | 198:15,23 |
| **doc** 11:16 | 105:9 109:16 | 56:9,25 57:6 | 35:9,11,11,12 | 217:18 227:20 |
| **doctor** 8:9 9:16 | 109:19 114:11 | 57:16 58:4,15 | 52:7 76:24 | 227:23 228:11 |
| 10:20 39:23 | 115:10 136:1 | 58:17,18 60:6 | 189:24 190:7 | 228:14 232:5 |
| 40:17 41:19 | 169:4,7 170:22 | 70:12 71:4,8 | 190:10,15 | |
| 46:2 48:11 | 181:9 182:12 | 76:16,19,21,23 | 191:3 233:12 | **E** |
| 65:5 102:6 | 183:21,23 | 77:15 78:17,20 | 233:12 242:1 | **e** 7:2,2 258:1 |
| 106:14 110:21 | 184:1 187:12 | 78:22 79:9,10 | **drafted** 94:3 | **earlier** 7:12 |
| 111:4,20 115:4 | 188:3 212:1 | 79:13,16,25 | **draw** 214:22 | 63:23 85:22 |
| 116:20 122:25 | **doesnt** 9:8 19:17 | 83:19 84:22 | **drawn** 63:21 | 137:12 149:7 |
| 135:20 137:11 | 24:13 108:12 | 88:10 89:21 | **dream** 52:15,20 | 149:21 161:4 |
| 138:8 151:19 | 136:16 172:12 | 91:5 92:11 | **drive** 4:11 26:11 | 186:18 197:19 |
| 153:13 170:17 | 187:23 251:12 | 93:15,22 95:13 | 26:22 49:9 | 197:22 199:6 |
| 179:6 187:8 | 251:18 252:3 | 95:23 96:4,21 | 61:8,10,12 | 201:5 206:9 |
| 241:8 246:16 | 253:10 | 99:6 100:5,14 | 75:2,6,10,12 | 218:2 224:1 |
| 250:10 251:22 | **dog** 188:2 | 100:18,19,20 | 75:23 116:17 | 227:3 250:17 |
| **doctors** 27:22 | **dogma** 99:9 | 105:15 107:9 | 185:13 | 252:24 |
| 169:9 184:6 | **doing** 30:13 32:5 | 109:5,6 113:19 | **driving** 166:23 | **early** 29:20 63:3 |
| 210:13 | 36:17 68:22 | 114:18,18 | **dropout** 237:20 | 95:14 97:1 |
| **document** 1:5 | 74:5 84:25 | 116:18,23 | **drops** 155:18 | 118:6 124:14 |
| 48:13,15,16 | 86:24 90:8 | 117:3 118:16 | **drove** 226:14 | 140:5 222:1 |
| 75:8,21 115:16 | 102:15 103:13 | 121:16,16,23 | **drs** 209:17 | 245:15 |
| 116:20 117:11 | 109:13 124:13 | 126:12 127:7,7 | 233:12 | **ease** 41:8 |
| 122:23 151:23 | 125:11 128:16 | 127:9 131:13 | **drug** 63:14 | **easier** 168:10 |
| 152:3,4 155:4 | 133:12 140:5 | 135:5 136:15 | 94:10 | 243:13,17 |
| 183:17 | 140:24 152:11 | 136:16,18 | **dry** 162:24 | **easiest** 159:13 |
| **documentation** | 155:14 162:9 | 137:24 142:2 | **dublin** 84:13 | **easily** 40:23 |
| 249:7 | 183:23 187:20 | 143:14 144:14 | **due** 162:23 | 69:22 194:8 |
| **documenting** | 189:16 204:20 | 145:15 146:2 | 168:6 193:25 | **easy** 169:14 |
| 17:24 | 216:23 218:24 | 147:3,24,25 | **duly** 7:5 256:7 | **eau** 6:6 |
| **documents** 14:6 | 220:23 226:25 | 148:14 151:4 | **dura** 31:1 | **economics** |
| 14:20 15:6,12 | 257:8 | 156:23 158:11 | **duration** 201:20 | 124:21 |
| 15:16,20,25 | **dollars** 187:20 | 159:11 161:13 | **duties** 84:6 | **ed** 116:10,12 |
| 25:25 26:2,6,7 | **dont** 7:23 15:19 | 161:19 162:14 | **dysfunction** | 225:20 |
| 26:16 27:5,11 | 16:24 17:23 | 163:18 175:6 | 12:19 13:16 | **edge** 109:2,3,4 |
| 31:15 34:18,22 | 19:2,16 20:14 | 176:19 181:18 | 146:15 161:11 | 168:16 211:10 |
| 35:7 44:8 | 20:18 24:23 | 183:15,20 | 161:12,15,16 | 227:25 228:18 |
| 48:18,22 49:4 | 25:22 26:16 | 184:7 192:5 | 161:17 197:10 | 228:18 |
| 51:3,6 62:13 | 27:16 36:13 | 212:9 226:18 | 200:2,8,11,13 | **edges** 108:20,25 |
| 67:17 70:18 | 37:6,23 38:6 | 241:19 247:13 | 200:15,19 | 108:25 109:11 |
| 71:18,20,24 | 38:20 39:15,17 | 247:17 248:1,8 | 243:21 | 109:15 211:8 |
| 72:9,18 73:1,8 | 40:24 41:2,19 | 249:3,10 253:6 | **dyspareunia** | **editorial** 138:9 |
| 73:10,11,14,15 | 42:9 43:3,15 | 253:7,13 254:2 | 10:6,9 13:14 | **edmundson** 22:4 |
| 73:19,20 74:3 | 45:21,21 48:23 | **door** 61:3 | 143:13,14,15 | 81:8 |
| 74:9,14,16,24 | 49:17,25 51:20 | 137:15,15 | 143:18 161:14 | **educate** 242:7 |
| 76:4,10,11 | 51:22 52:9,10 | **doubt** 219:20 | 164:19 197:10 | **educated** 128:19 |

Michael P. Woods, M.D.

educating
128:12 130:3
education 60:17
86:18 229:17
242:6 244:19
educational
57:14 243:18
educator 135:13
effect 47:22
235:21,24
effective 95:3
effectiveness
35:20 151:20
152:17
effects 99:25
100:5,10 155:5
231:19
efficacious
195:20
efficacy 14:11
14:23 173:21
187:17 193:7
193:24 207:23
208:7 215:14
effort 24:6,18,21
125:10
eight 221:4
either 46:10
54:20 97:1
145:13 146:15
158:16 190:21
207:14 211:14
211:18 231:12
256:18
element 230:11
elicit 143:18
eliminate 180:12
elliott 50:13
233:12 250:3
elser 80:23
email 4:7,7,13
4:17
emails 74:4
employ 242:11
employed 83:20
employee 83:21

employees 14:7
50:9 67:21,24
68:5 181:2,7
emptying
224:15
encapsulated
175:22
encased 213:14
255:10
endeavor 85:3
ended 58:5
endpoint 164:23
164:25 165:14
165:17
energy 124:22
engin 248:1
engineer 94:12
209:10
engineering
90:12,14
engineers 96:9
98:21 184:6
209:12 241:14
247:21,24
248:1
ent 95:5
entered 115:19
entire 232:9
epithelium
244:4
equal 41:23
equaling 224:18
erode 199:8
erosion 12:4
32:16 145:13
146:17 147:21
148:18 166:4
166:17 167:20
167:24 179:7
179:19 190:23
190:25 197:17
198:24 208:18
210:3,19
217:18 239:3,9
erosioni 146:16
erosions 11:9

142:23 145:14
165:7 178:21
179:12 215:15
238:24 240:15
246:19
errata 5:4 257:6
257:9,12 259:6
error 138:9
especially 45:4
124:13 130:8
135:9 165:5
176:25 242:15
248:12
esq 4:4,4,10,15
essure 130:10,12
establish 133:9
235:5
established
151:21 152:18
153:24
estate 33:10,20
estimate 66:23
136:13,14
140:4 145:7
219:13 226:20
estimates 148:25
et 1:7,7,8,8,9,10
1:10,11,11,12
1:12,13,14,14
1:15,16,16,17
1:18,19,19,20
1:20 2:2,2,3,3
2:4,4,5,5,6,7,8
2:9,10,11,12
2:12,13,13,14
2:15,15,16,16
2:17,18,19,19
2:20,20,21,22
2:22,23,23,24
2:24 124:22
189:13 201:10
246:11
ethical 132:11
ethically 176:25
ethicon 1:3,7,8,9
1:10,11,12,13

1:14,15,16,17
1:18,19,20 2:2
2:3,4,5,6,7,8,9
2:10,11,12,13
2:14,15,16,17
2:18,19,20,21
2:22,23,24
7:14 10:21
12:11 13:3,19
14:6,15 15:8
15:15,19,25
16:5 18:13,20
22:14,22 23:11
23:13 25:24
27:5,10 31:15
33:5,11,14,18
33:24 35:10,13
37:18,19,21,24
37:25 38:4
42:21 44:8,11
46:22 50:9
56:20,24 57:7
57:11,21,23
60:1,10,18
62:9,11 64:10
64:22 67:21
68:5,13 74:14
80:13,15 87:6
87:12,18,21
88:3,6 89:15
97:17 103:3,3
103:12,16
109:9 110:3
112:11 114:11
115:4 118:9
121:15,25
123:1,21,24
124:11,19,25
125:17,21
128:11 129:7,9
129:15,18
130:5 131:3,6
131:9,15,24
132:8,9,11,15
132:18,22
133:4,21 134:2

134:5 135:1,8
135:21 169:3
180:13,17,22
181:25 182:3
184:4,5 226:1
247:3,14 249:8
ethicons 44:6
57:25 129:12
131:20,22
135:15 136:2
europe 29:1
110:11 126:21
european
217:13
evaluate 143:3
155:5 166:12
166:13
evaluated
180:13 208:9
evaluating 14:10
150:7 180:9
evaluation 43:8
105:22 200:22
evenings 125:4
event 123:2
256:19
events 130:4
everybody
184:22
evidence 14:10
25:13 72:4
73:13 74:6
110:1 157:15
172:1,16,25
173:2,4,20
177:8,13
189:18,21
192:17,18,24
193:12 195:3
195:12 198:11
202:24 207:14
214:25 216:11
217:6 232:6
233:21 234:15
234:15,22
235:2,4,18

Michael P. Woods, M.D.

240:5,15
245:21 246:3,5
246:12
**evidencebased**
15:22
**evolution** 84:19
97:20 99:2
110:11 222:6
231:3
**evolves** 98:14
**exact** 36:1,10
38:12,21 39:12
39:24 40:7,13
40:18,22 41:1
41:2 43:3 60:6
76:13 95:13
96:3 127:8,9
147:4 149:11
149:16 219:12
**exactly** 57:8
63:4 70:10
82:4 85:5
99:18 100:14
108:22 143:18
**examination** 3:6
5:7,9 7:7
246:14
**examinations**
197:13
**examine** 206:22
**examined** 7:6
**example** 218:17
**exceeded** 105:3
121:9
**excess** 194:8
**excised** 149:10
158:8 239:20
**excision** 243:2
**excisions** 242:24
**excited** 29:11
**exclude** 161:13
**excuse** 8:20
198:25 223:11
**exercises** 35:23
**exhibit** 48:8,12
65:1,2 67:3,9

67:11 102:20
102:21 115:12
115:13 116:3,4
117:9 119:20
119:21 120:11
120:12,21,22
122:8 191:21
192:7 196:7
197:21 199:19
199:22 201:2
201:11 217:7
223:17,20
225:12 227:14
227:18 236:17
**exhibits** 5:12 6:3
71:7
**exist** 8:10 10:14
13:2 251:18
**existed** 62:2
**exit** 197:2
**expect** 114:25
**expected** 222:5
**expenses** 55:12
55:13 124:2,4
127:19 227:10
227:13
**experience** 28:5
34:16 86:5
103:11 158:1
160:16 201:1
205:18 208:14
210:4 241:10
243:6
**experienced**
239:12,17,23
**experiences**
245:19
**experiencing**
217:24
**expert** 5:14 7:13
55:20 64:17
70:23 71:2,10
71:16,24 72:12
73:1,16 74:15
75:5 76:4,12
76:18,24 77:2

77:9,14 78:3,5
86:20,23 90:11
90:13,15,19
91:6 92:15,18
92:19 93:12,14
94:14 96:11
97:23 98:1
106:18 109:25
126:24 142:6
148:18 178:11
196:11 203:12
209:3 223:22
231:17 233:7
233:11 234:19
241:1 246:2
250:4 253:24
**expertise** 86:5
**experts** 72:6,19
75:9 80:14
98:17 189:25
233:9,10
**expires** 259:16
**explain** 143:5
230:4
**explained**
228:15
**explanted** 91:17
91:21 92:7
158:3
**explanting**
175:7
**explicitly** 155:4
**exposure** 198:16
199:2 218:18
224:7,10,17
225:1 243:20
**exposures**
244:10
**expound** 149:23
221:23 230:13
**expressed**
171:21
**extend** 94:22
95:11
**extensive** 123:21
123:23

**extensively** 19:4
124:19 219:22
**extent** 128:2,8
**extrusion**
239:18 244:2
**extrusions** 240:7
**eye** 215:21
216:14
**eyes** 19:22
175:15 178:5

**F**

**facetoface** 51:14
**fact** 60:4 131:23
219:11
**factors** 193:25
**fail** 257:15
**failure** 99:25
100:4,9,13,14
**failures** 204:3
**fair** 77:10
235:10 251:16
251:17
**fairly** 219:18
**familiar** 77:4
236:22
**far** 75:7 179:1
**farber** 247:8
**fascia** 9:14
149:10 186:12
200:12
**fascial** 138:14
**fascinated**
248:14
**fashion** 51:5
**fax** 1:24 4:6,12
4:16
**fda** 28:16 43:7
89:13 90:1
93:19 94:2
152:7,13,15,16
152:17,20
153:17 155:1,4
207:5 242:3
**feasibility** 47:16
**federal** 3:6 85:1

96:12
**feel** 21:19 24:19
46:9 74:17
92:8 93:8,12
135:7 142:5,9
142:12 150:1
153:17 157:10
158:25 165:24
169:18 171:2
211:18
**feeling** 110:15
224:15
**fellowship** 82:8
82:11,14 84:22
**felt** 25:20 29:20
41:23 42:4
43:2 69:15
70:2,6 84:17
95:3 132:15
135:13 152:17
158:8 181:11
189:21
**female** 6:10 8:25
82:19 86:23
**fibroblasts**
194:9 245:11
**fibrosis** 166:4,18
168:7
**figure** 32:4
219:18 245:16
**file** 1:3 98:25
99:5,13
**financial** 133:6
**financially**
125:13 227:4
**find** 39:7 51:3,6
60:19 61:16,20
62:15 64:5,6
66:10 69:1
101:22 105:5
117:24 147:16
147:19 180:6
187:14 188:2
195:2 207:2
216:21 217:11
229:10 233:23

248:12 252:11
**finding** 231:1
**findings** 47:3
**fine** 45:23 151:2
  244:12
**finish** 21:16
**finland** 174:14
**finnish** 174:4,6
**fired** 250:3
**first** 7:5 9:2,13
  17:12 23:23
  24:1 30:4,13
  35:22 40:22
  41:1,3 42:16
  51:17 57:19
  58:2 63:16
  64:7,16 78:1
  82:22 84:7
  90:25 99:7
  115:3 179:14
  200:10 201:12
  207:16 223:24
  223:24 228:4
  237:11 254:10
**fistula** 79:22
**five** 42:20 48:1
  110:13 125:10
  136:5,6 139:16
  140:1 145:6
  162:19,25
  163:4,5 226:21
  237:13 238:2
  238:14 239:8
**fiveyear** 6:11
  47:6 236:20
  237:17 239:4
  239:25 240:3
**flash** 185:13
**flexibility**
  228:16
**flipping** 119:25
**floor** 29:15
  35:22,23 62:24
  79:21 86:2,5
  86:23 89:14,25
  101:20 102:6

103:13 127:1
  129:25
**florida** 123:15
  126:4
**focus** 188:14
  189:9 211:2
  228:23
**focusing** 233:11
**fold** 157:18
**folded** 158:8
  176:17
**folder** 62:4
**folding** 158:4
**follow** 95:21
  111:12 151:22
  164:22 212:17
  219:25 220:7
  220:12
**followed** 47:11
  110:16 161:7
  162:1 196:2
**following** 11:5
  108:15 162:3
  164:15,20
  221:16
**follows** 7:6
**followup** 6:7
  164:11 187:8
  197:2 206:1
  216:4,6 217:16
  222:22 223:4
  237:16,18
  239:4 250:18
**followups** 196:1
**footnoted** 75:8
**footnotes** 71:15
**force** 5:15 102:9
  102:11,14
  104:12 105:23
  106:6,11 107:5
**forces** 102:6
  104:2,6,9,15
  104:15 105:3,4
  106:20,21
  107:11
**ford** 192:2

**foregoing**
  256:11,14
  259:3
**forget** 241:8
**forgot** 241:7
**form** 18:15 20:1
  20:23 21:10
  23:12 28:2
  33:6 39:2 40:1
  41:7,15 44:14
  45:12 49:5
  63:17 73:23
  74:11 83:11
  89:2 90:16
  93:18 94:16
  97:9 98:2,10
  101:7 104:18
  106:23 110:6
  110:24 113:24
  114:20 122:12
  123:25 127:6
  127:23 129:23
  146:4 148:7
  156:16 157:20
  158:14 159:2
  159:10 160:1,8
  160:14 163:25
  165:2,22 166:5
  167:21 168:8
  168:23 169:11
  170:13 171:9
  171:14 173:11
  177:5,25 178:9
  181:4 183:11
  185:22 186:8
  189:14 229:3
  252:5 253:12
  259:5
**formal** 17:3,24
  248:5,7,9
**formalin** 175:9
**formation** 11:25
  194:5
**forming** 15:16
  15:20 16:1
  68:6

**formulating**
  198:9,10
  233:20
**formulation**
  237:3
**fort** 4:12
**forth** 256:9
**forwarded**
  61:23
**found** 61:6,22
  66:1 68:24
  99:8 168:10
  177:9 195:3
  210:3,17
  214:25 220:25
  221:14 231:18
  255:12
**foundation**
  18:16 25:6
  86:8 110:7,25
  113:25 122:1
  122:13 123:25
  129:23 134:23
  169:11
**four** 42:20 44:11
  137:2 141:4
**frames** 125:6
**francisco** 123:9
**fray** 108:19
  109:15
**frayed** 109:3
**fraying** 108:21
  108:21,23,24
  109:1,6,7,9,11
  109:17,20
  232:18
**free** 47:1 124:14
**frequently**
  218:23
**friend** 204:21
**front** 19:22
**frustrating**
  130:23
**fully** 169:19
**function** 231:20
  232:3 239:10

**funded** 47:13
**further** 43:8
  85:3 255:15

——— G ———

**g** 7:2
**garcia** 1:17
**gardener** 78:24
**gathered** 249:2
**gene** 50:2,3,5
**general** 17:17
  18:2,4 29:19
  29:23 139:4
  154:25 155:20
  155:21 166:11
  166:13 167:19
  175:20 195:13
  205:11 220:18
  234:7 256:5,24
**german** 167:15
**getman** 3:10
**getting** 137:10
  221:11 226:15
  251:5,14 252:3
  253:8
**gillum** 2:15
**gist** 71:1
**give** 9:9,17 12:6
  42:1 52:3
  75:22 78:13,23
  92:13 103:20
  136:11,12
  154:6 218:6
  226:20 252:11
**given** 78:9 88:25
  89:5 103:23
  162:20 259:4
**gives** 8:22
**giving** 15:20
  202:20
**glad** 115:10
  253:25
**glasses** 56:12
**go** 9:2,9,13,22
  11:5 13:5 18:3
  24:4 26:15,18

28:3 30:6 33:7
39:9 46:2
48:19,25,25
55:4 65:23
70:13 87:12
88:19 89:7,11
101:8 104:20
115:8 118:24
122:25 124:15
126:21 137:13
137:24 138:3
144:23 147:21
152:19 153:2
153:12 157:15
161:8 162:15
162:18 169:17
171:25 173:12
179:2 185:23
187:4,9 200:10
207:16 208:24
215:18 225:8
228:1,8 230:15
243:20 244:5
245:2 249:23
249:24 252:14
253:5,9
**goal** 140:19
**goes** 98:8 152:24
153:1 154:12
**going** 7:22 8:21
9:2,13 11:2,4
14:12 15:2
25:17 29:6
48:11 51:2,5
55:1 63:24
64:25 66:12,25
68:21,24 70:20
71:4 77:24
82:14 84:8
86:7 89:11,11
101:1 102:19
110:18 115:8
115:11 116:2
118:25 119:19
120:10 122:7
122:25 131:18

142:13 145:9
149:14 154:11
161:2,13
162:13,15,18
179:3 180:7,20
185:11,14
187:9 188:8,17
190:9 215:23
217:7 243:11
249:17
**gold** 149:11,14
149:18,20,25
150:5,9,12
167:13 190:20
223:15,25
249:24
**golkow** 1:24,25
**good** 30:15
96:17 130:21
131:1 133:16
137:5 146:18
150:23 151:6
246:22
**goodwin** 1:5
**goretex** 30:25
31:19,25 32:8
32:12 34:3,4,7
34:12,15 80:25
206:18 210:7,8
230:25 245:2
**government**
79:12 85:1
95:25 96:2
**governmentsp...**
192:14
**grams** 101:21
102:10 104:7
**grand** 4:5 89:14
**graph** 104:1
**gray** 79:3
**great** 12:3
**greater** 18:12
**group** 24:10
29:4,5 162:16
227:20 238:4,4
238:7,7 240:8

**groups** 31:11
93:1 238:5,8,9
**guess** 70:11
119:14,18
134:11 135:3
136:9,11,15,16
136:17 138:9
144:11 154:6
163:10
**guesstimate**
146:18 147:22
**guesswork**
159:7
**guideline** 8:24
**guidelines** 93:20
94:2 195:8
199:23 213:17
231:23
**guy** 50:13
**guys** 250:1
**gyn** 118:7
**gynecare** 102:8
**gynecological**
195:18
**gynecology**
58:24 59:13
82:19 139:4,6
228:3

**H**

**half** 226:12,12
227:12
**halfday** 51:16
51:17,18
**hallways** 93:8
**hammock** 104:3
**hand** 36:7,12
39:14,21 48:11
115:11 116:2
119:19 120:10
120:20 122:7
142:1 164:24
165:13 190:9
242:16 256:20
**handed** 62:4
223:20 227:17

236:20
**handing** 192:10
199:22
**handknitted**
206:19
**handled** 118:18
**handles** 211:16
**hands** 101:13
130:21 141:11
255:4
**handy** 151:3
**hanson** 79:5
**happen** 52:17
179:21 202:19
**happened** 82:3
179:9 182:14
**happening**
29:12
**happy** 141:5
238:15
**hard** 147:23,24
147:25 148:25
**harlan** 23:8
**harm** 189:12
**harmon** 2:9
**harvesting**
216:18
**hasnt** 40:7 64:2
**havent** 37:23,24
49:14 55:14
57:10 58:6
63:20 75:13
91:14 135:22
135:25 145:5
146:17 172:21
176:14
**head** 13:17
42:12 43:16
148:10,20
**headquarters**
136:3,23 137:1
137:3 184:4
**healed** 141:5
**healing** 245:10
245:16
**health** 36:22

57:25
**healthcare** 23:5
36:21
**hear** 41:16
45:20 108:21
158:5 227:5
**heard** 19:8 77:6
99:18,22,23
157:3,4,8
158:3,23
181:17,23
**hellhammer**
186:14
**help** 138:17,22
**heres** 243:13,17
**hernia** 5:22
29:14,17 31:23
71:21,25 72:2
166:25 167:5,8
187:12,20
188:2,3 233:22
234:2,2
**hernias** 190:2
230:25
**hes** 15:11 19:1
21:14,15 26:22
39:3 49:21
51:22 185:16
221:6,8 250:3
252:18
**hesitancy**
224:16
**hesitant** 245:20
**hey** 243:15
252:14
**high** 32:16
165:12 190:23
208:18
**higher** 68:2
150:20 207:14
208:11,21
210:3 229:2
246:5
**higherlevel** 70:7
**highest** 135:15
193:11,12,22

198:13 235:1
240:4
**highestlevel**
84:25 189:17
192:24 195:3
**highestquality**
246:12
**highland** 4:15
**highlevel** 35:5
170:1 173:14
217:6 235:18
**highquality**
175:16 195:17
**hilton** 162:15
163:8
**histologic** 194:3
**histology** 90:20
90:24 91:1
**history** 98:25
99:4,13 143:19
221:25
**hitting** 222:3
**hold** 20:22 21:14
45:18,18 51:21
52:6 75:16
109:5 127:4
132:24 143:5
186:4,21
190:24
**home** 54:20
**honest** 40:25
42:2 52:3 54:2
57:16 80:1
92:14
**honestly** 37:16
42:9 52:8
70:12 109:6
136:18 157:10
241:19
**honesty** 56:9
**hong** 87:9,16,19
87:24 88:23
89:6
**hook** 168:15
**hooked** 104:11
**hope** 117:8

**hoping** 216:21
**hospital** 19:17
22:4,8,11,16
22:19,23 23:3
23:4,6,6,8 36:3
36:4,20,21
59:2 81:8,9
83:1,22 87:17
93:5,9
**hospitals** 18:3
22:2,13,25
23:10,20 36:8
36:17,23 37:3
37:6,11,18
**host** 194:11
**hotel** 88:9
226:15
**hour** 55:3,6,9
71:12,13
**hours** 50:22,25
53:6,6 54:14
54:23,24 55:2
66:19,22 70:17
70:21 183:25
**house** 226:4
**howard** 76:20
**huge** 26:14 74:2
124:22 125:9
134:16
**human** 102:10
**humans** 207:4
**humbert** 2:14
**hundred** 125:7
**hypothetical**
97:10 114:24
**hysterectomy**
63:5 79:23
94:22 97:5

——————
**I**
**ia** 256:4
**icon** 59:6,16
83:23 84:2,2
85:8 96:13,20
100:24
**idea** 19:23 20:14

37:11,15,16
38:4,7 70:12
98:13 118:1,2
118:19 121:13
133:12 136:20
169:7 202:14
**ideally** 47:25
**ideas** 97:13
**identification**
48:9 65:3
102:22 115:14
116:5 119:22
120:13,23
122:9 191:22
192:8 196:8
199:20 201:3
223:18 227:15
236:18
**identify** 191:3
**identifying**
191:14
**ifu** 93:17 94:3
242:16
**ii** 130:15
**iii** 30:12 210:2
**ilioinguinal**
149:9
**ill** 9:9 14:24 20:7
36:4 62:6 66:9
165:13 185:18
216:14 221:5
228:1 235:10
237:24 249:24
**im** 7:11,22 8:21
9:13,16 10:6
11:2,16 14:12
15:6 16:5,18
17:2,15 18:17
20:7 24:2,24
25:10,17,22
27:21 30:6
34:4 35:17,17
35:18 36:7
37:19,22 38:17
39:7 41:16
45:20 48:11

51:11,11 53:25
54:2 55:1,25
56:15 57:6
58:10,11 63:3
64:9,25 65:8
66:9,22 67:7
72:1 76:13
77:4 82:4
83:19 86:7
88:21 89:7,11
89:19 90:10,13
92:24 95:19
96:11,19 97:16
98:14 99:18
100:2,17 101:1
101:13 102:19
103:12 108:21
108:22 109:20
110:18 112:8
112:21 114:9
115:11 116:2,7
119:6,7,15,18
119:19,25
120:10,16
122:7,18,25
123:20,20
127:4,4,11
131:11 135:4
135:22 136:1,4
137:21 140:11
140:17 141:1,4
142:11 145:9
147:18,19
150:25 154:6
154:11,25
161:2,12
162:13,15,18
163:24 166:22
167:14 169:25
169:25 172:15
175:10 179:3
180:7,13
185:11 186:15
186:17 187:3,9
187:19,21
188:8,17 190:9

192:10 199:22
212:8 215:19
215:24 216:20
222:1,3 231:7
233:11 235:17
237:11 243:15
249:17,21
250:7
**immediate**
141:3 204:23
**immediately**
224:14
**impact** 74:17
172:21 187:23
203:9 204:23
204:24 212:11
**impacts** 21:19
211:18
**imperative**
257:11
**implant** 106:7,9
106:22 142:11
170:9 171:11
196:18,24
211:19 228:17
**implantation**
164:15,20
196:24 204:15
213:8 255:6
**implanted** 22:2
42:20 91:14
92:16 104:11
135:21 139:20
146:22,24
147:7 154:3
197:14 250:21
253:11 254:20
254:23
**implantee**
196:17
**implanter**
196:16
**implanting**
25:10 132:22
132:24 142:10
142:13 212:8

255:3
implants 111:19
  190:13
implication
  170:2 177:9
implications
  172:5
implies 215:19
importance
  217:20 230:5,8
important 67:23
  68:6,15 192:18
  214:16 215:1
  230:11
importantly
  196:17
impression
  205:12
improved
  140:21 232:3
improvement
  40:18 41:5
  207:19
incidence
  198:23 199:1
  199:16 235:8
incident 82:3
incise 244:6
incision 197:3
incisions 216:19
include 12:14
  13:14 50:25
  53:8,11 55:12
  152:13 161:1
  164:7 165:6
included 152:8
  152:10 164:11
  165:7 237:12
  238:1
includes 11:8
  50:23
including 12:2
  12:23 17:17
  44:8 191:18
  193:25 216:4
incomplete

97:10 224:14
incon 218:21
inconsistent
  200:21 202:10
  205:17 240:23
  240:25 241:5
incontinence
  5:24 6:5,10
  8:25 28:8
  31:11 35:16
  79:19 130:1
  140:18 151:15
  153:7 167:14
  188:5,24 189:6
  189:7 190:6,14
  190:17 191:5
  191:10,15
  192:21 193:8
  193:17 194:17
  194:25 195:8,9
  195:21,24
  196:13,23
  197:25 198:6
  199:9 200:7,24
  201:15,25
  202:5,25
  203:15,20
  204:17 205:6
  206:3,12,16,25
  207:16 209:6
  209:18 210:1
  210:14 211:17
  212:6 213:3,14
  213:16 216:25
  217:4 219:23
  220:10 221:18
  222:14 224:23
  229:1,10,19
  231:25 232:2,8
  233:20 235:1
  235:14 239:20
  241:3
incorporate
  245:6
incorporated
  112:2 168:13

168:18 169:19
incorporation
  245:10
increase 166:17
  236:9
increased 43:7
  110:14 115:1
  231:1 232:5
increases 167:20
increasing
  114:15 166:3
  215:14
incredibly
  179:10
indepth 76:1
  77:24 184:8
index 5:1,3 6:1
indicate 178:17
indicating 84:5
indication
  101:15
individual 119:6
individualized
  46:12
individuals
  98:22
infection 9:15
  9:19,25 11:25
  194:12 198:16
  199:14,17
  231:1 239:9
infections 9:19
  9:21 10:3
  193:23 199:12
  208:19 230:22
infiltrate 168:14
  244:3,7
inflammatory
  194:4
inform 133:3
  240:10 250:22
informal 248:10
information
  14:22 93:16
  160:23
ingrowth 194:11

initial 31:21
  190:22 222:2
initially 183:22
  230:16
injury 9:20,20
  10:1,1 11:9
  12:15 55:19
  56:2
input 209:13
inside 62:5
  93:17
instance 196:4
instances 46:9
  46:14
institutions
  92:25
instructions
  108:15 242:7
  242:10 257:1
integral 99:8
integrate 209:1
integration
  184:24
intended 188:19
  188:22 189:4
  190:5 191:4,15
  192:20 202:8
  203:15 206:11
  209:5 213:2,7
  213:13 232:7
  233:19 241:3
intercourse
  161:14 163:2
interest 30:24
  133:19 139:12
  245:14
interested 29:9
  30:9 42:17
  256:18
intermittency
  224:13
internal 14:6,20
  15:6,16,20,25
  25:24 26:6,6
  26:16 27:5,10
  31:14 35:6

44:7 67:17,24
  70:18 73:10,11
  74:3,14 76:10
  76:11 77:14,18
  105:8,9 109:16
  114:10 136:1
  169:3,6 170:22
  182:11 183:23
  184:1
international
  47:25 100:23
  101:2 153:7
interrupt 19:2
intersurgeon
  130:22
intolerability
  202:4
intraabdomin...
  30:11
intraoperative
  216:1
intraoperatively
  156:15 157:2,5
introduced 25:2
invasive 228:3
invented 133:10
inventors 133:8
investigated
  188:20 189:13
investigator
  62:23 63:3
  84:8
invited 87:16
  89:17
involve 79:18
  195:5
involved 98:17
  100:10 108:2
  180:19 228:13
  241:17 249:5
involvement
  64:21 87:18
  241:13
involving 56:3
iowa 22:6 23:4,5
  82:24,25 83:5

Michael P. Woods, M.D.

83:10 135:24
**iquinto** 1:9
**irbapproved**
32:6
**ireland** 162:16
**irvine** 123:13
**isnt** 165:16
**iso** 100:21,22
101:5
**issue** 78:19
81:21
**issued** 81:22
**issues** 67:25
68:16 79:18
**iua** 6:7
**ive** 14:21 36:2
42:4 51:4,19
54:7 57:7
61:14 76:7,8
91:14 92:16,20
92:22 97:21
99:18 146:21
146:22 159:12
168:24 205:1
207:8 214:10
217:23 222:4
227:17 236:20
243:13,17

———— **J** ————
**j** 134:16,16
**january** 58:2
225:17
**javins** 2:4
**jeff** 7:11
**jeffrey** 4:4
**jennie** 22:4 81:7
**jewell** 76:14
**jkuntz** 4:7
**jobs** 59:4,5
**johnson** 57:25
57:25 58:7,7
58:21,21 129:9
129:10 137:14
137:14
**jointly** 69:18

**jones** 2:13 4:4
**jordi** 76:20
**joseph** 1:5
**journal** 228:2
**judge** 1:6 188:7
188:9
**judges** 188:11
189:8
**july** 64:18

———— **K** ————
**k** 182:1,17,20
**kaiser** 173:24
**kammerer** 50:2
50:3,6
**kansas** 4:6 89:13
126:17
**keep** 16:14,15
20:18 53:23,25
54:12 58:18
60:16 62:13
89:20 114:6,7
118:8,12,25
121:17 138:22
146:2,23
147:23,24,25
148:9 218:23
246:18 247:17
**keeping** 16:16
246:22
**kelly** 2:20
**kenton** 80:24
85:21
**kept** 16:20 17:6
21:7,7 23:19
60:9,19 80:3
119:2 146:25
151:5 219:2,5
249:7
**key** 129:19
**khan** 249:4
**kicked** 226:18
**kim** 80:23
**kind** 51:7 64:1
69:18,23 72:2
93:3 161:8

176:11 238:25
**kinds** 74:7
**kit** 44:23
**kits** 142:8
**klinge** 167:7
189:24 190:7
190:15 191:3
**klinges** 190:10
**knew** 14:7 15:8
**knits** 194:1
**knitted** 138:15
138:16,22
**know** 7:18 12:10
13:1,19 14:14
15:3 18:20,25
19:16,20 22:19
30:7 33:4,10
33:13,17,20,23
35:9,12 36:8
37:2,7,17,23
38:9,21,25
39:1,4,12,17
39:19,23 40:12
40:24 41:2,18
42:7,9,10,13
42:14,24 43:3
43:5 44:18
50:3 52:9,10
58:4,11 61:10
61:18 62:1
66:15 68:9
71:12 75:7,12
76:7,15,16
79:12,15 80:14
80:20,22,24
82:13 93:15,22
95:13,25 96:2
96:3,4 97:7,16
99:12,17,21
100:5,8,12,14
100:16,18
106:1,5 109:6
110:3 114:18
116:18 117:25
118:16 121:9
121:21 124:10

126:5,25
129:18,19
131:11 134:16
135:16,18,20
136:18 148:16
158:10,13
163:18 164:6
167:4 170:6
171:16 176:19
180:19 181:18
181:25 182:22
182:25 183:3
184:7,9,12,14
184:18,25
185:3,5 186:14
186:16 198:16
202:17 205:12
210:6,13
215:25 216:8
225:25,25
227:11 241:11
243:23 248:14
248:16 249:3
251:13 252:22
253:7,7
**knowledge**
13:19,24 14:15
29:13 52:9,11
95:24 98:4,5
101:4 220:19
**kong** 87:9,16,19
87:24 88:23
89:6
**kuntz** 4:4 5:7,9
7:8,11,25 8:3,7
8:8 13:8 14:4
14:24 15:1,14
18:18,24 19:7
20:3,6,13 21:2
21:12,20 23:15
25:16 26:17,21
26:24 27:3
28:6 33:9 39:4
39:7,11,22
40:4,9,11
41:12,17 42:6

44:17 45:14,21
46:1 48:2,10
49:23 52:14,20
52:22 56:15,19
61:21 62:1,6,7
63:18 65:4,10
67:6 69:7
73:24 74:12
75:4,16,20
83:13 86:11,19
89:3 90:18
93:21 94:19
97:11 98:7,16
101:11,24
102:3,24
103:15 104:23
105:17,21
106:3 107:3
110:18,20
111:3,6 114:2
114:21 115:15
116:7,9,11,14
116:16,19
117:5,10
119:23 120:14
121:1,3 122:4
122:10,16,24
124:1 126:14
127:12,24
128:9 130:2
134:24 135:6
136:14,21
137:5,9 138:5
138:7 146:6,11
148:5,8 151:4
151:11 153:19
154:1 156:19
157:23 158:19
159:6,14 160:4
160:11,17
163:22 164:5
165:8 166:1,7
168:4,20 169:2
169:12,22
170:16 171:12
171:18 173:16

174:10,16
177:10 178:1
178:13 181:8
183:16 185:17
185:24 186:13
187:3,15 188:8
189:1,14
190:18 191:16
193:10 194:18
196:14,25
198:18,21
202:6,12 203:2
204:18 205:20
206:4,9 207:1
207:24 209:7
209:22 211:7
212:1 213:4,21
214:9 215:12
218:13 219:1
219:16 220:4
221:3,7 224:24
229:4,14
232:12,16,20
232:25 234:18
235:16,22
240:13 241:9
241:18,20
242:13,19,24
245:25 246:15
249:21 250:5,9
251:21 252:8
252:21 253:2
253:14,25
254:4,25
**kutner** 79:1
**kuuva** 174:17

**L**
**lab** 91:11 183:6
**labs** 124:8
127:14 242:15
**lack** 230:5 233:5
244:14
**lacks** 25:5 86:7
122:12 123:25
**lake** 125:19

**lambert** 2:6
**lamborghini**
166:23
**laparo** 207:9
**laparoscopic**
140:2,6
**laparoscopica...**
207:8
**laparoscopy**
139:12
**large** 141:25
167:20 183:8
183:14,22
195:16 234:2
**largest** 84:10
**las** 123:11
**laser** 19:11,13
19:18,23 20:15
20:20 21:4,9
21:24 22:8,15
23:16,21,23
24:5,15 25:2
25:20 26:1
27:6,12,15,17
27:24 38:13
42:8 110:5,10
110:23 111:9
111:16,22
112:6,17
145:15 149:18
149:22 159:16
159:23 160:6
165:20 210:21
211:15 213:12
213:20 214:7
227:24 228:17
243:24 248:20
249:5 251:5,12
251:14,19
252:3,12,15,23
253:6,8,18
254:17,21
255:6
**laserly** 211:5
**late** 63:3 95:17
97:1 178:20

226:10
**lately** 142:6
145:5
**laterally** 244:6
**launch** 15:9
**launched** 13:20
13:25 14:8,17
**laurikainen**
236:21 249:4
**lawsuit** 67:25
**lawsuits** 80:10
**lawyers** 260:1
**lead** 190:23
**leading** 187:15
189:15
**league** 243:23
**leak** 155:18
**leakage** 158:18
**learn** 24:1 59:7
84:9,15,24
**learned** 24:16
245:12
**lecture** 89:4,12
89:24 126:20
137:14 226:12
**lectureand**
102:7
**lectured** 87:5
128:4 137:16
**lectures** 88:25
124:7 125:11
127:9
**lecturing** 124:9
193:1
**lee** 222:4 248:25
**left** 104:16 226:4
**legal** 83:10,12
103:6,9
**legalese** 71:5
**length** 95:2
**leukocytes** 194:9
**level** 32:6 34:25
68:2 70:4 72:3
74:5 84:18
98:5 101:14
110:1,2 150:20

157:15 172:13
172:24,24,25
177:8,17
193:12 195:12
198:11,13
216:11 233:21
233:21 234:15
234:20 235:2
240:5 246:5
**levels** 14:10 70:6
192:17,18
**lewis** 76:25 77:3
77:4,6
**liability** 1:4
92:21
**license** 81:2
82:25
**licensing** 81:20
**life** 84:20 99:2
140:20 141:2,7
204:23 245:3
**lifelong** 179:7
**lifting** 107:12,15
**ligasure** 94:22
95:4,11 242:4
**light** 176:9
**lighter** 180:13
**lightweight**
185:20
**limit** 102:10,18
106:8
**limitations**
237:25
**linda** 85:20,22
86:3,9
**line** 74:4 258:3
260:2
**lines** 202:21
242:21
**list** 10:12 12:23
12:25 16:23
17:3,24 50:1
67:3,5,7,8,12
67:15 68:19,20
68:22 69:2,9
69:17 70:19

71:11 72:11
73:3,20 77:10
77:19 105:10
105:12 126:5
134:14 147:1,3
161:21 182:12
183:11 189:20
253:25
**listed** 1:6 9:6,7
10:25 12:22,25
14:16 15:8
50:2 56:5
71:10 77:9,20
162:10
**listen** 52:6,6
**lists** 72:20
246:17
**literally** 61:4
195:17
**literature** 28:20
28:22 29:17
30:19,20 31:5
31:7,23 51:4
68:19 69:11,20
69:22,24 76:7
110:10 114:13
140:22 141:13
141:14 158:2,7
161:6,22
163:17 164:3
165:11 171:23
171:24 179:19
182:10 187:23
188:3 189:10
190:1 194:22
194:23 195:4
200:25 203:14
205:13 206:21
207:11,19
208:5,9,13,15
208:20 209:15
213:24 214:2,7
214:11,13
220:25 221:14
221:20 229:9
231:18 233:18

233:22 235:13
245:22,23
246:9
**litigation** 1:4
**little** 41:24
54:18 88:19
120:1 138:25
158:17 171:2
179:5 204:11
221:10,23
230:13 231:6
248:16
**live** 131:23
**lives** 204:24
206:7
**llp** 3:10 4:5,10
4:14
**local** 18:2,5,8
168:14 243:9
243:25 244:4,7
**locate** 10:7
**located** 84:3
143:20,21
207:9
**log** 219:3,6
247:2,13,17
**logs** 246:19,20
246:22
**london** 126:23
**long** 47:23 66:17
71:9 76:3,11
78:20 83:23
110:17 112:15
140:23 149:19
161:18 162:11
167:25 174:6
203:24 215:23
216:10,24
221:10 225:1
**longer** 42:21
43:23 47:12
83:1,15 133:6
142:7 147:18
179:2,21 196:1
215:8 250:18
**longerterm**

153:18 201:6
215:6 254:6
**longestterm**
27:19 211:20
**longitudinal**
140:12
**longterm** 6:7
27:12,14,17
47:20,24
114:14 150:2
153:3,5,6
160:20 164:8
164:13,18,24
165:14 173:2
190:25 202:3
203:6,14 204:6
204:8 206:1
211:21,24
215:4 223:8
224:6,22 236:2
236:8,12
238:12 239:25
240:3
**look** 8:21,23
10:15,17 11:2
14:9 25:9,12
26:5,19,24
30:7,23 39:8
43:8 48:21
53:21 54:6
56:11 62:6,19
65:23 66:9,12
68:1,2 71:19
73:13 74:8,13
76:6 92:2,5
96:25 99:11
101:23 109:2
110:9 113:5
118:23 122:22
133:16 137:22
137:23 140:22
140:23 141:18
147:15 150:6
154:8 161:2
162:4,14
164:10,14,19

165:5 167:10
171:4 172:13
173:19,23
175:7 184:16
187:21 189:17
192:15,16
196:2 214:14
215:20 216:5,6
216:8,14
220:22 221:20
221:24 222:24
224:3,9,10
227:17 235:1
237:11 245:15
246:8,10 249:1
253:24
**looked** 28:24
29:21 30:4
59:25 61:3
67:15 69:25
72:23 76:2
77:20 91:18,20
93:25 102:9,11
109:19 110:1
113:10 128:12
147:17 148:17
152:13 160:21
160:22 161:6
163:17,19,20
187:19 190:1
210:10 216:12
216:13 230:16
236:21
**looking** 15:22
19:5 21:5
25:10 29:25
30:14 31:4
49:21 51:2
68:21 72:3,4
74:5 77:23
85:5 92:9 93:2
93:9 95:2
97:19 98:24
99:10 102:5
105:2 109:22
110:11 120:16

148:25 154:25
166:22 167:16
169:25 170:1
175:11 187:22
204:5,6 207:9
216:20 222:1,3
230:20 231:3,7
236:8 255:4
**looks** 120:1
153:18 179:4
215:22 246:7
**loose** 156:4
**looseleaf** 49:11
**loosely** 156:2,5
159:24
**lord** 154:15
**loss** 125:5
**lost** 89:22 124:9
**lot** 37:22 60:19
60:20 61:17
62:19 68:12
70:12,15 71:14
76:7 86:9
91:14 125:11
127:8 129:15
151:18
**lots** 143:15
180:18
**low** 25:14 110:2
141:15 179:22
194:12 205:15
211:23 234:20
238:9,20
**lowe** 1:18
**lower** 200:17
204:11 207:22
208:7
**lowerlevel**
189:21
**lowest** 172:17
**lowlevel** 178:12
246:3
**loyal** 134:20
**loyolastritch**
91:3
**lunch** 66:7

137:10,23
**lundell** 2:21

―――――――
**M**
―――――――
**m** 1:23 3:5,12
4:4 7:4 43:20
46:20 48:6,6
102:1,1 129:1
137:7,7 174:11
174:11 225:9,9
255:16 256:7
259:8
**machine** 104:12
**macrophages**
194:9 245:6,9
**macroporous**
18:12 29:21
30:23 31:4
42:15 167:12
167:23 168:2
184:17,23
190:24 191:7
191:11 193:20
193:20 194:7
194:11 208:6
208:25 210:12
220:9 245:5
**mail** 118:11
**maintain** 203:25
**major** 216:13
**majority** 18:6
215:5 226:19
**making** 141:6
**malpractice**
56:1 78:6,10
79:18
**man** 249:24
**management**
8:25
**manager** 118:10
118:18 121:12
247:6,7,9
**maneuver**
155:22 158:16
**manning** 23:4,5
36:21

| | | | | |
|---|---|---|---|---|
| manufacture 43:3 | 168:16,19 185:5 | 40:7,13 98:21 110:5,23 | 245:22 medicine 59:9 | 26:1,1 27:7,13 27:15,17,25 |
| manufactured 94:23 | materials 72:6 75:5 111:15 | 111:10,16,22 112:6,17 | 82:19 214:19 medscan 99:17 | 29:21,21 30:10 30:12,24,25 |
| manufacturers 63:12,14 95:20 | 194:2,6 196:12 209:19,25 | 149:17,20 159:16 165:20 | 134:5 meeting 53:9,16 | 34:2,7,12,15 34:19,21,23 |
| manufacturing 44:1,15,19 | matney 2:12 matrix 181:22 | 195:6 210:21 211:20,22 | 53:19 89:13 90:1 131:18 | 38:13,16,22 39:13,24 40:13 |
| 96:17 98:6 | 181:23,24 | 213:11,19 | 152:20 158:11 | 42:15 71:21,25 |
| map 143:21 | 182:7,23 183:3 | 215:10 229:2 | 241:13 | 72:2 80:25 |
| marc 50:16 | matter 19:18 | 229:11 248:21 | meetings 29:7 | 85:7,15 86:21 |
| margoliss 76:24 | 24:13 159:4 | 248:23 249:5 | 51:13,16 53:12 | 86:25 87:3,6 |
| mark 48:19 | 237:3 254:18 | 253:17 254:6 | 129:13,16 | 89:1,5,14,25 |
| 64:25 66:2 | matters 254:16 | 254:17,21,22 | 131:7,12,16,21 | 90:9 91:17,21 |
| 102:19 190:10 | maximum | 255:7 | 131:23 171:25 | 92:2,7 101:12 |
| 192:5 197:20 | 115:24 117:13 | mechanically | 248:3,5,9,10 | 104:15 106:7,8 |
| marked 5:12 6:3 | 117:18 118:1,4 | 19:18 38:19 | memorial 23:3,8 | 106:11,21 |
| 48:8,12 65:2 | 120:3,17 121:6 | 42:8 109:2 | 36:20 | 107:2 109:12 |
| 65:11 102:21 | 122:20 174:22 | 149:23 150:8 | memory 17:2 | 109:13,17 |
| 115:11,13 | mcintyre 1:14 | 160:7 166:14 | mental 147:1 | 110:5,5,10,23 |
| 116:2,4 119:20 | md 5:14 | 187:18 211:5 | 148:24 219:2,6 | 110:23 111:9 |
| 119:21 120:10 | mdl 1:4 | 211:15 215:7,8 | 246:17,19,20 | 111:10,16,17 |
| 120:12,20,22 | meals 88:14 | 228:21 229:13 | 246:22 247:2 | 111:22,23 |
| 122:8 191:21 | mean 24:8,17,18 | 236:16 | 247:13,17 | 112:6,6,17,17 |
| 192:7 196:7 | 93:4,15 105:19 | mechanism | mention 241:18 | 112:22 113:4 |
| 199:19 201:2 | 108:23 140:18 | 108:5 241:24 | mentioned | 113:11,23 |
| 201:11 223:17 | 147:13 176:20 | 241:25 | 85:22 174:1 | 114:5,8,12,22 |
| 227:14 236:17 | 215:18 221:7 | mediate 174:14 | 189:24 192:17 | 139:20 141:21 |
| market 42:22,25 | 227:7 248:24 | medicaid 83:6 | 193:5 197:19 | 142:1,3,23 |
| 43:25 44:12 | meaning 101:18 | medical 23:2 | 199:6 201:5 | 144:13 145:13 |
| 95:14 130:16 | means 108:22 | 36:22 55:25 | 211:25 238:19 | 145:14 149:5 |
| 130:20 132:19 | 108:24 109:9 | 78:2,5,10 | 241:19 | 149:17,18 |
| 142:7 | measure 158:21 | 79:17 81:2 | mersilene 30:25 | 151:14 155:6 |
| marketing 24:6 | measured | 85:23 90:20,25 | 32:15,18,21 | 155:15,25 |
| 24:17,24 | 104:12 | 93:13,16 94:3 | 34:2 206:18 | 156:12 157:12 |
| marking 65:8 | measurements | 94:7,15,17,20 | 210:15,17 | 157:18 159:16 |
| marlex 210:8,11 | 102:16 | 95:1,6,21 98:8 | 245:20 | 159:17,23 |
| 225:5 245:19 | mechanic 211:1 | 98:9,23 139:3 | mesh 8:11,17 | 160:6 165:6,20 |
| martinez 1:13 | mechanical 7:19 | 173:20 182:10 | 10:13,21 12:3 | 166:3,11,12,16 |
| maryland | 8:10 20:19 | 186:25 187:1 | 18:9,12,13,14 | 166:17,20,25 |
| 125:25 | 21:4,9,25 22:9 | 187:17,23 | 18:20,21 19:4 | 167:1,2,5,8,11 |
| massive 69:21 | 23:17,21 24:12 | 189:10 192:24 | 19:9,12 20:19 | 167:13,24 |
| master 1:3 | 25:21 26:1 | 194:22 195:4 | 21:4,25,25 | 168:2,12 |
| mater 31:1 | 27:6,25 38:15 | 208:5 209:15 | 22:2,8,15 | 169:23,24 |
| material 26:14 | 38:21,23 39:13 | 214:6 220:19 | 23:23 24:5 | 170:5,7,20 |
| 155:15 166:21 | 39:15,24 40:3 | 220:25 221:13 | 25:2,20,21 | 171:7 172:6 |

175:3,7,18,20
175:25 176:2
176:12,13,14
180:4,14,15
184:9,14,15,17
184:18,23,25
185:3 186:1
190:23 191:3,4
191:7,9,9,12
191:14 193:16
193:17,22
194:5,7,16
195:9 197:7
202:11 203:7
206:22,24
207:13,17,21
208:12,23,25
209:2 210:8,15
210:21,23
211:1,2,4,12
211:14,15,22
212:2,8,13,14
212:16,20,21
212:23 213:1,6
213:6,11,12,12
213:20 215:7
215:11 224:7
224:10,17
225:5 227:24
229:3,3,12,13
231:2,8,8,12
232:4,10,14
234:1,3,6
239:9 240:15
242:20,24
243:19 244:8
244:21,22
245:1,2,5,19
245:20 248:21
248:21 249:5
251:5,19 252:3
252:12,15,18
252:23 253:6,9
253:18 254:6
254:17,20
255:2,7

**meshes** 10:18
19:6 25:3
112:1 180:10
185:20 186:4
194:7,11
206:10,15,19
208:6,7,10,11
208:16,22
210:2,6,10
211:2 225:2,4
229:10 231:10
231:14 244:16
255:13
**met** 7:11 51:8,19
**metaanalyses**
207:21
**metaanalysis**
35:1 70:13
141:19 150:19
162:8 173:6,22
189:19
**michael** 1:23 3:5
7:4,10 256:6
259:8
**microns** 18:12
194:8 209:1
**microporous**
193:20 231:13
**microscope**
91:21 92:3
**microsurgery**
245:15
**micturition**
224:14
**mid** 200:14
**midline** 239:19
239:22
**midur** 200:22
**midurethra**
200:14
**midurethral**
8:15 10:17
11:11,14 28:19
32:13,24
144:20 151:14
154:19,25

155:9 200:3,5
200:16 223:14
223:25 232:2
**migrate** 34:19
34:24 35:7
**migrated** 30:11
**migrates** 35:2
**migrating** 34:21
**migration** 34:1
34:7,12,15
**miller** 2:11
**millimeters**
244:6
**million** 154:4,5
**mills** 3:10
**mind** 47:24
114:8 127:10
146:25 179:4
203:23 219:20
**mine** 25:11 81:8
178:6
**mini** 43:14
**miniarc** 28:10
28:13 42:7,11
42:13,16
149:25 150:1
**miniarcs** 35:19
**minimal** 155:23
**minimally** 228:2
**minislings** 6:9
**minneapolis**
137:4
**minority** 142:25
**minus** 16:13
17:22
**minute** 12:23
167:10
**minutes** 20:8
**misquote** 162:14
**misquoting**
150:25
**missed** 127:5
**mississippi** 4:16
**missouri** 4:6
89:12
**misstatement**

148:6
**misstates** 15:10
15:11 20:23
45:13,19
114:20 146:9
148:2 164:1
251:20 252:18
252:25
**misstating** 15:13
**mixed** 188:23
189:6
**model** 166:23
**modes** 99:25
100:4,9,13,15
**modification**
35:24
**modify** 145:23
**moines** 187:2
**molehill** 252:20
**moment** 66:3
115:23 174:9
**moments** 66:5
**monarc** 35:20
**monday** 7:1
**money** 124:9
134:1 247:14
249:8
**moneys** 225:25
**monitoring**
28:20
**monofilament**
167:13 191:7
191:12 194:13
231:14
**month** 219:12
**monthly** 218:25
**months** 34:10
83:25 160:20
160:25 161:25
162:6 163:15
163:20 174:15
174:20 179:14
**morning** 54:25
137:12
**mountain**
252:20

**move** 14:24 57:2
110:18 186:12
**moved** 56:25
59:1 60:14
**mucosa** 228:19
**muehl** 76:22
**mullens** 2:2
**mullins** 1:7 7:14
**multicenter**
28:25 134:8
**multifilament**
193:20 208:7
208:10
**multiincision**
151:20 152:18
**multiple** 18:3
54:18 103:24
180:20 203:18
**myrtue** 23:8,9
36:19

---
**N**
---

**n** 7:2
**name** 7:9 76:16
76:21,23 77:6
78:15,18 79:25
89:19 99:2,24
100:17 248:1
**named** 7:13
11:13 13:1
78:10 80:15
**names** 30:6
77:25 96:4
186:15,17
**narrow** 166:21
**nate** 4:4
**national** 124:19
171:25 173:23
191:17
**nationwide**
125:10
**native** 10:10,25
12:24 46:10
139:10 186:6
**nature** 224:8
**nearly** 11:15

nebraska 3:10
3:11 7:1 23:2
55:24 81:13,13
81:20 82:24
83:1,2,3,4,6,10
83:14 135:16
135:20 256:2,6
necessarily
168:12 220:16
necessary 257:4
neck 10:16 11:8
11:10,13
need 8:12 13:11
26:12 45:5
51:18 56:15
92:8 117:3
142:13 156:13
157:11 177:7
177:16 185:11
224:14 235:1
needed 158:24
159:24
needs 93:16
157:9 213:7
215:25
negative 245:19
neither 232:3
nerve 12:15
149:9 168:15
network 231:25
neuman 227:18
neurologic 9:1
never 23:19
34:22 40:21
41:4 52:16
60:9 77:6 87:2
87:5 89:9 90:2
90:5 91:8,11
93:25 94:3,6,9
113:16,21
157:24 163:23
172:4 173:7,8
177:19
new 157:7
186:19,24
193:14 216:7

newer 254:7
newest 193:15
nice 8:22 191:19
237:21
nick 76:14
nils 4:10
nilsson 27:11
33:23 152:22
222:25
nilssons 204:7
nine 161:7
njones 4:7
nonethicon 63:7
nonevidenced...
14:22
nonlitigation
57:11
nontvt 233:23
nontype 208:6
208:10,17
220:9 231:13
231:15 244:15
norm 222:8
notarial 256:21
notary 3:9 256:5
256:24 259:18
note 20:10 72:14
notebook 49:8
noted 170:23
217:18 259:6
notes 260:1
notice 5:13
56:13
noticed 70:22
november 83:25
225:13
novo 217:18
nuance 130:24
130:25
nuances 142:14
number 16:14
106:1 146:2
147:16 154:17
164:10 183:15
207:7 218:5
219:12,14

237:15 246:10
numbers 122:3
147:4,23,24,25
148:9,18,24
149:1
numerous 31:1
62:4 164:21
209:9 222:10

_____

## O

o 7:2
oath 136:12
253:7
object 7:23 86:7
148:7 249:17
objecting 45:20
objection 13:4
14:2 15:10
18:15,22 20:1
20:22 25:5
33:6 39:2,18
44:14 45:12,19
45:22 73:23
74:11 83:11
90:16 93:18
98:10 104:18
106:23 110:6
110:24 111:5
113:24 122:1
122:12 127:6
127:23 128:1,3
128:6,7 134:22
134:22 135:2
146:4,9 148:2
153:14,21
158:14 163:21
163:25 165:2
165:22 168:8
169:16 171:9
171:14 177:5
177:25 178:9
181:4 183:13
185:22 187:15
189:14 190:18
191:16 193:10
194:18 196:14

196:25 198:18
198:21 202:6
202:12 203:2
204:18 205:20
206:4 207:1,24
209:7,22 211:7
213:4,21 214:9
215:12 218:13
219:1,16 220:4
221:3 224:24
229:4,14
232:12,16,20
232:25 234:18
235:16,22
240:13 242:13
245:25 251:20
252:5,17
253:12
objective 201:21
207:18 223:10
238:3
observational
84:17
obstetrical
59:15 93:3
obstetrics 58:23
59:13 82:18
139:7
obstruction
115:2
obstructive 92:1
obtained 242:3
obturator
128:22
obviously 49:2
occasional
178:24 179:1
occur 108:15
178:21,24
179:13,13
216:19
occurred 132:13
228:11
occurs 176:23
october 1:22 3:2
3:12 7:1

256:21
offer 64:12
204:13 243:12
office 4:11 11:21
57:1,2 79:15
81:10 83:10,14
84:1,13,14
118:10,17,18
121:11 124:21
226:5,13 243:9
243:25 247:6,7
247:9 251:1,3
251:23
offices 60:14
offsite 119:2
oftentimes 245:2
oh 27:1 56:14
137:21 176:4
251:9
ohio 125:23
okay 8:3,7,5,15,24
9:11,19 10:4
10:12,15 11:4
11:22 12:9,16
12:22 13:9,12
13:15,24 14:13
14:19,24 15:5
15:7,15,19
16:7,9,12,14
16:16,20,23,25
17:3,9,12,15
17:20,23 18:19
19:8,23 20:14
20:18 21:7,13
21:21,23 22:7
22:11,15,18,21
23:16 24:1,17
24:21 25:17
26:4,10,18
27:16,21 28:18
29:3,23 31:10
31:14,25 32:7
32:11,14,17
33:1,13,23
34:1,11,14,18
34:22 35:3,6

| | | | | |
|---|---|---|---|---|
| 36:8 37:2,8,15 | 83:6,17,21 | 153:12 154:5 | **omaha** 3:11 7:1 | 68:6 75:22 |
| 37:17 38:4,7 | 84:2,15 85:2 | 154:18 156:5 | 84:14 | 77:15 178:15 |
| 38:20 40:21 | 86:1,12 87:2,5 | 157:6,12,17 | **once** 44:12 | 178:18 198:9 |
| 41:4,13,21 | 87:8,15 88:3 | 158:2,20,23 | 104:15 131:23 | 233:20 237:3 |
| 42:10,24 43:10 | 88:11,17,19 | 159:19 160:12 | 155:16 218:24 | **opportunity** |
| 43:17,22 44:2 | 90:2,24 91:13 | 160:18,24 | 231:16 | 85:4 |
| 44:4,7,18,22 | 91:20,24 92:2 | 162:11 163:8 | **ones** 8:23 26:8 | **opposed** 104:15 |
| 45:1,8,10 46:2 | 92:25 93:4,7 | 163:18 165:9 | 48:23 57:4 | 111:22 148:25 |
| 46:16,25 47:14 | 93:15,22,25 | 165:13,18 | 61:20,22 72:10 | **option** 98:24 |
| 47:20,23 48:5 | 94:9,23 95:6 | 166:8,15,25 | 72:14 73:5,21 | 214:7 218:19 |
| 48:15,18,25 | 95:16 96:6,22 | 167:18 170:11 | 96:3 97:20 | **oral** 8:5 |
| 49:4,8,22,24 | 97:2,15 98:17 | 172:14,18 | 102:8 118:13 | **order** 22:8,12 |
| 50:5,8,11,25 | 99:4,12,17 | 173:17 174:4,6 | 119:4 131:10 | 25:11 43:5,6 |
| 51:8,13,16,24 | 101:16 102:19 | 174:22 175:1,5 | 160:7 163:6 | 45:5 70:14 |
| 52:21,23 53:1 | 103:4,20,23,25 | 175:12 176:7 | 199:6 210:9 | 81:21,22 125:4 |
| 53:4,8,11,15 | 104:24 105:1,9 | 177:11 178:14 | 248:22 | 188:11 189:8 |
| 53:18,23 54:1 | 105:13 106:11 | 178:18,20 | **oneyear** 152:21 | 214:22 220:1 |
| 54:4,10,16,19 | 106:21 107:7 | 179:25 180:21 | **ongoing** 227:10 | 234:24 |
| 54:23 55:3,10 | 108:11 111:14 | 180:24 181:22 | 227:12 | **ordered** 36:24 |
| 55:12,15,17,20 | 111:25 112:9 | 182:6,11,17 | **onset** 216:7 | **orders** 43:11,12 |
| 56:5,17,18,23 | 112:14,20,22 | 184:3,9,12 | **ooo** 7:3 | 44:2,4,9 81:4 |
| 57:2,4,15,20 | 113:15,21 | 185:7 186:6 | **open** 19:17 | **organ** 63:2 |
| 57:24 58:3,6,9 | 114:5,10 115:3 | 190:12 199:18 | 59:15 | 142:3 190:14 |
| 58:14,22 59:3 | 116:24 117:2 | 208:15 216:2 | **opened** 118:10 | 217:17 |
| 59:12,18,21 | 117:24 118:19 | 220:24 221:13 | 125:3 | **organization** |
| 60:7,13,22 | 118:25 119:4 | 223:20 225:24 | **operate** 144:25 | 100:24 187:2 |
| 61:25 62:13,17 | 119:16,19 | 228:6 233:13 | **operates** 211:16 | **organizations** |
| 63:6,12,14 | 121:6,9,13,24 | 238:18 241:7 | **operating** | 124:20 191:18 |
| 64:3,14 65:7,9 | 122:17,23 | 241:21 242:5 | 187:19 198:24 | **organs** 12:1 |
| 65:16,19 66:11 | 123:5 124:10 | 242:18 246:13 | **operation** | **original** 19:5 |
| 66:17,20,24 | 126:7,11 | 247:2,20 248:3 | 239:21 | 29:15 36:1 |
| 67:20,23 68:3 | 127:13,16,19 | 248:10,19 | **operations** | 257:12 |
| 68:9,15,23 | 128:14 130:7 | 249:12,15,19 | 148:1,10 | **orlando** 126:4 |
| 69:2,12 70:11 | 131:15,20 | 250:16,20,24 | **opinion** 20:24 | 126:12 |
| 70:22 71:6,15 | 132:13 133:23 | 251:4,9,11,16 | 24:24,25 27:23 | **otoe** 256:3 |
| 71:18,23 72:5 | 136:17,25 | 252:2,9 253:5 | 97:17 109:22 | **outcomes** |
| 72:10,14,17,22 | 137:10 138:5 | 253:14 | 109:25,25 | 202:15 224:6 |
| 72:25 73:18 | 139:8,15 | **old** 18:14,21 | 178:11 193:6 | **outflow** 115:1 |
| 74:13,23 75:2 | 140:17 141:8 | 19:9 27:15 | 210:25 234:11 | **outreach** 59:14 |
| 75:4,21,25 | 142:18 143:13 | 51:2,3 57:1 | 234:12,14,20 | **outside** 32:21 |
| 76:3,20 77:22 | 144:2,7 145:2 | 81:16 | 240:1,23 241:1 | 47:12 87:6 |
| 78:8,13,19,23 | 145:8 146:7,12 | **older** 19:6 51:6 | 246:2 252:19 | **overactive** 55:18 |
| 79:1,5,7,17,21 | 146:23 147:9 | 217:4 222:1 | 253:17 | **overall** 195:13 |
| 79:24 80:17,20 | 147:12,25 | 248:22,24 | **opinions** 15:16 | 200:22 205:12 |
| 80:22 81:4,6 | 148:17 149:17 | 254:5 | 15:21 16:1 | 217:21 220:24 |
| 81:17 82:6,13 | 152:14,24 | **oldest** 118:13 | 25:8,9,13 49:6 | 229:8 234:24 |

246:6
**overbroad** 45:19
97:9 98:11
**overhead** 227:8
**overlap** 72:23
74:1
**overlying**
228:19
**overwhelming**
70:4
**overwhelmingly**
246:11
**oxidation** 176:8
**oxley** 1:15

**P**
**p** 1:23 3:5 7:2,4
137:7,7 174:11
174:11 225:9,9
255:16 256:6
259:8
**pa** 59:22
**package** 19:17
176:6
**page** 5:2 6:1 9:6
9:8 24:3,5
48:16 56:13
104:1 138:1
154:11 176:1,3
176:4 180:5,7
189:8 190:12
193:15 203:11
203:13,17
205:3,14
217:13 223:22
223:24 227:19
228:2 231:17
233:7 237:11
248:18 254:5
258:3 260:2
**pages** 9:8 214:24
222:19 256:11
259:3
**paid** 33:4,11,14
33:18,21,24
35:10,12 46:22

63:20 88:5,6,9
89:15 118:2,3
121:14 123:24
124:6 125:17
125:21 127:13
127:16,19
134:2 137:14
225:25 226:2,3
226:12 247:3
**pain** 9:21 13:13
139:14 143:2,3
143:6,21 149:6
149:9 160:20
160:22,23,24
161:7,11,14,15
161:18,24
162:1,5,9,11
162:23 163:2
163:13,19,20
164:8,15
174:19,20
177:3,23
197:10 200:1,8
200:11,12,14
200:19 208:19
228:12 238:25
**palva** 249:1,4
**paper** 7:17
147:5 161:3
172:14 201:9
201:12 217:8
220:17 222:3
244:17,18
**papers** 30:3
177:3,12 178:4
178:7 187:12
**paragraph**
223:24 225:18
228:1 233:7
239:1
**paralegals** 69:6
**paravaginal**
142:1
**pardon** 97:25
**parkway** 4:15
**part** 29:24 31:5

57:19 58:2
72:1 88:7,8,22
100:13 105:10
105:11,25
106:14,16,17
128:5 149:10
151:23 152:4,9
152:12 165:16
216:6 228:15
239:19
**partially** 180:14
**participate**
133:9
**participated**
62:9,22
**particular**
104:10 188:15
205:8 209:4
**particularly**
200:6 229:10
241:11
**parties** 188:12
189:9
**partner** 135:1,7
139:6
**partners** 59:18
59:24
**parts** 160:22
165:11
**party** 80:9
256:18
**pass** 155:12
**passage** 41:9
**passed** 34:9
40:23 41:10
82:17
**passionate**
124:23
**patches** 230:25
**patent** 95:6
**patented** 94:18
**pathological**
91:16
**pathologist**
90:23 91:19,23
92:4,10 175:9

**pathologists**
90:22
**pathology** 90:15
90:19,21
**pathway** 212:16
**patient** 11:21
25:10 45:3
46:6,13 79:25
81:8,12 83:9
92:23 93:10
106:12 107:11
107:15,18,21
107:24 139:19
140:20 141:8
141:24 142:2
143:8,10,16
146:14 149:8
155:16 157:19
158:17 159:1
176:15 178:21
196:19 204:14
205:9,13,25
212:11,13
215:24 217:15
220:17 224:18
243:14,23
251:17
**patients** 11:20
45:9 47:11
83:3,4 132:22
133:3,7 140:25
142:15,18
143:1,6,15
144:5,10,10,17
144:25 145:16
151:22 158:25
160:23 176:25
193:1 194:20
196:1,23 197:6
204:2,11,19
207:8 211:19
215:20 216:13
217:19,24
220:1,7,20
223:1,12
228:11 235:14

237:20 238:14
240:21 244:1
250:11,14
251:4 253:6
**patrick** 7:10
**paul** 4:15,17
61:9,10 64:20
**paused** 227:23
**pay** 36:13 39:15
55:5 73:12
87:12 88:3,11
88:14,22
121:12 124:2,4
124:5 131:15
131:18
**paying** 226:10
**payments** 57:10
58:20 60:10
87:21,23 118:8
**pelvic** 1:3 29:15
35:22,23 62:24
63:2 79:21
82:19 86:2,5
86:23 89:13,25
101:20 102:6
103:13 127:1
129:25 139:13
190:14 217:16
**pelvis** 102:18
104:8 143:21
**pelvises** 95:3
**penalties** 81:23
**pending** 55:23
**penetration**
143:19,20
**pennsylvania**
4:12
**people** 41:3
46:11 84:25
162:8 172:1
177:22 214:19
250:1
**percent** 9:15
12:4,5 40:15
139:5,5 140:9
141:12 144:4,8

144:18 145:11
145:12 146:8
146:10,13
148:18 161:11
161:12,12,16
161:16,17
162:23,24,25
163:1,3,3,4,5
198:23 199:1,2
199:3,16
200:11,11,13
200:13,14,15
201:22,23,23
202:2 205:25
223:10,11,12
224:18 237:12
237:16,20
238:1,3,4,6,11
**percentage**
11:16 162:20
179:22 191:1
**perform** 18:1
139:9,10,11,11
139:13,15,21
140:3 142:3
237:22
**performed**
139:16,23
143:12 144:21
154:13,15
164:4 246:18
**performing**
138:13,20
139:25
**perinatologist**
89:19
**period** 124:24
179:13 246:23
**perioperative**
216:1,3
**perioperatively**
216:9
**periurethral**
28:10 35:21
**permanent**
186:7,9,10

**person** 80:6
**personal** 34:16
56:2 158:1
160:15 163:16
201:1 208:13
210:4
**personally** 34:13
135:22 155:25
171:3 249:11
**personnel** 98:23
**perspective**
140:20
**pertain** 189:22
**pertaining** 3:8
**pertinent** 54:6
**petersburg**
123:15
**petersen** 3:9
256:4,23
**petros** 30:5 35:9
35:11,12
209:17
**ph** 1:24 33:1
78:24 79:1,7
173:18 185:7
**phase** 84:11
130:14,14
**phenomenal**
214:19,20
237:18
**phoenix** 123:5
**phone** 52:24,25
53:2 81:11
**physician** 45:4
103:13,13
150:16 158:7,9
160:5,9,13
**physicians**
24:11,13,14,20
25:3,7,13,19
25:23 81:15
109:10 128:13
128:19 134:2
142:12 150:12
156:22 168:5
168:21 169:18

**physiologic**
101:18 102:10
102:17 104:25
105:3
**physiological**
101:19 102:5
104:6 106:8
**pi** 62:12
**piece** 7:17 71:13
147:5 166:21
176:16
**pile** 151:10
**pitchers** 214:19
**place** 17:10
19:19 20:20
32:9,12 41:1
44:23 46:4
104:9 108:4
130:19 155:13
155:14 212:11
212:12 256:12
256:20
**placed** 16:10
17:11,17,21
18:4 19:12,24
20:15 21:8
22:25 40:22
108:10,12
143:17 156:9
157:22,25
218:9 221:17
**placement** 18:2
106:19 159:5
**placements** 18:6
**placing** 32:8
39:16 108:15
**plain** 136:9
**plaintiff** 55:22
**plaintiffs** 4:3
49:17 70:23
71:10,16,24
72:6,12,18,19
73:1,15 74:15
74:25 75:5
76:4,12 77:14
189:25 216:23

218:1 228:22
233:9,10 241:9
**plane** 226:15
**planes** 168:15
**plastic** 176:16
231:5
**play** 107:4
**player** 250:8
**please** 7:9 20:25
150:25 156:18
176:3 185:12
185:13 208:1
221:9,10 257:3
257:8
**plus** 16:13 17:22
35:21
**pma** 43:9
**point** 10:8
111:20 137:6
142:10 164:8
164:13,18
210:10 231:7
**polymer** 91:6
**polypropylene**
29:21 85:7
86:25 87:3,6
89:1,5 90:8
91:9,11,17
168:1 184:23
190:24 191:7
191:12 209:20
210:10,12
228:16 231:2
**pool** 250:7
**poor** 31:1 77:25
**poorly** 120:1
**pop** 44:23 45:11
45:17,24 127:2
**population**
235:7
**pore** 18:9 42:13
184:12,14,25
194:3,7 231:12
232:22 233:3
**pores** 166:2
167:4,19

194:10
**portion** 88:11,24
**position** 59:2,6
151:7,14 154:9
154:24 213:17
**positiondepen...**
224:13
**positions** 54:8
186:19
**positive** 23:24
47:3 106:10
**possibility**
179:23 202:18
230:17
**possible** 58:16
58:17 60:7
176:21
**post** 89:13
111:23 112:1
112:16 173:2
**postop** 141:3
**postoperative**
163:19 174:15
174:19
**postoperatively**
156:15 157:2,4
194:20 197:1
216:4 239:19
**potential** 109:20
171:16 196:5
**powerpoint** 5:15
62:5
**powerpoints**
60:17
**practice** 54:7
59:9 82:24,25
84:23 96:18
125:3 139:1,2
177:19 194:14
227:8
**practitioner**
59:21
**pre2007** 249:2
**preceptorships**
131:25
**precise** 95:5,18

predominate 194:14
preop 163:3,5
preparation 65:20
prepare 67:2,11
preparing 53:20
preprocedure 163:2
prescription 94:10
present 17:13 24:11 36:19 47:6,8 190:20 193:2 213:7
presentation 89:20,21 103:1 103:2,16,20 159:1
presentations 31:10 60:17 61:6 62:5 132:4
presented 72:4 106:15 145:13 244:11,12,14
presently 92:24
pretty 37:14 121:12
prevent 138:17 138:23 176:7
preventia 99:21 99:22
prevention 31:22
previous 53:11
previously 31:19
primarily 234:17
primary 45:7,11 45:17 46:4 84:8 164:25 165:14 189:9
print 61:13
printed 72:17 74:23

prior 13:20 14:8 14:16 15:9 29:18 33:18 50:12 64:21 132:22 245:8
priorly 138:11
private 81:15
privileges 81:9 83:1
privy 44:21 136:1
probably 16:19 17:11 42:20 52:16 55:1 57:8 66:21 70:20,21 105:7 105:25 107:9 124:18 125:1 131:12 136:19 137:2 141:11 147:13 159:12 202:17 216:15 219:18 226:23
problem 132:11 172:2 243:15 243:21
problems 172:5 197:9 238:23 239:9,12,17,22
procedure 3:7 6:7 10:5,23 89:10 90:3 103:14 106:22 124:20 130:24 138:15,21 139:21,24 195:18 204:25 209:9 216:13 220:8 222:13 228:12,14 243:5
procedures 12:13 13:7 139:11 145:18 154:13,15 159:12 197:25

198:17 216:16
proceed 8:6 43:2 142:10
proceedings 256:15
process 29:25 84:9 98:15 243:18
produced 105:25 106:2
producing 249:18
product 11:24 16:5 22:12,14 22:22 23:11,20 36:14 37:12 38:10 45:11,17 45:24 46:25 63:24 94:23 97:3,8 100:12 133:10 188:18 203:1 250:21 253:10
products 1:3 23:1,14 28:7 35:15 36:24 37:25 38:8 43:22,24 44:6 44:11 62:24 63:6 85:10,15 112:12 127:1 128:11 129:7,9 130:5,5,7 132:1,10,16,19 132:25 135:12 135:16,21 143:25 209:12 251:8,15,24 252:7
prof 116:10,12 225:20
professional 60:16 84:20 92:21 131:7 171:20 213:18 229:17 242:5

244:19
professionally 80:23,24
profile 184:24 229:12
profound 204:25
program 83:7
programs 82:11 131:3
project 180:15 181:3,15,17,20 181:22,23,24 182:4,18,23,25 183:3,7 184:6 184:8,10 185:1
projects 180:20
prolapse 11:7 63:2 141:21 142:4 190:14 199:24 217:17
prolene 18:9,13 18:20 29:14,18 29:18,24 30:1 114:11 166:3 166:11,12,16 167:5,25 169:23 170:5,7 170:20 171:7 184:15 191:12 207:6 209:19 210:7
prolift 43:17,20 46:18,20 129:1 129:3 142:7
promise 117:6
promote 127:1 128:2,8 194:11
promoted 44:12 127:21
promoting 128:11
propensity 193:23
proper 155:10
properly 25:11

84:22 108:10 157:22,25 242:11
properties 194:2 212:10
propounded 259:5
proregion 33:1
prosima 43:18 46:4 128:24 129:22
protocol 238:2
protrusion 239:3
prove 160:3
provide 25:12 62:17,20 69:8 69:12,13 75:16 229:17,21 231:5 242:5
provided 46:25 49:5,16 50:17 53:4 67:18,19 69:14,15 113:9 113:21 173:8
pse 105:22 106:1
public 3:9 256:5 256:24 259:18
publication 86:18 244:18
publications 51:3
published 90:2,5 162:16 232:1 244:9,14
pubmed 69:25
pubovaginal 90:6 139:15 198:25 199:1,2 199:5,14,16 217:5 246:6
pull 70:1 71:18 73:14 101:22 106:21 154:11 155:19 161:19 161:20 163:11

168:18 173:24
174:8,25
185:11,12
**pulled** 43:4
175:21 222:2
**pulling** 17:2
102:16
**pullout** 5:15
102:9,11,14
104:1,14 105:3
105:23 106:20
107:4
**purchase** 23:11
**purchasing**
22:18,20,22
36:6,23 37:2,5
37:7,9 134:6
**pure** 99:19
**purpose** 100:4
**pursuant** 3:6
**put** 11:17 37:25
67:14 68:19
69:17 93:16
106:25 133:2
141:16 145:19
148:17 155:3
155:19 171:3
213:12 220:7
220:16
**putnam** 78:17
**putting** 37:12
158:21 177:19
183:19
**pyramid** 70:6
234:16

---

**Q**

**qbt** 162:16
**qualifier** 103:12
**qualify** 41:24
**quality** 92:23,24
96:15 109:21
113:13 141:2
165:12 178:16
192:16 217:6
**question** 7:24,25

8:2 11:17
14:13 15:4
19:2 21:1
25:18 32:7,14
39:25 40:5,10
41:16 72:25
74:19 111:4
113:7 114:25
116:21 127:5
144:24 148:23
156:18 163:11
163:15 170:3
170:11,17,19
170:20 171:6
171:13 180:21
180:22 188:18
208:3 225:16
226:2,3,24
234:13 237:10
241:7 242:21
254:10,16
**questionnaires**
140:25 197:11
**questions** 15:4
49:19 51:22
52:7,11 117:1
122:23 126:6
126:11 162:22
170:19 187:8
187:11 210:20
218:2 222:18
225:24 234:6
241:10 242:18
246:16 253:14
255:15 259:4
**quick** 48:3 74:22
101:24 174:10
237:10
**quickly** 41:10
**quit** 44:1,15,18
84:23
**quite** 37:23,24
58:17 95:14
167:16
**quote** 163:7
240:21

---

**R**

**r** 1:5 7:2 258:1,1
**raised** 233:9
**ran** 97:2
**randomized**
6:11 74:6 97:5
109:23 111:11
111:14 141:18
149:13 160:3
164:13 165:4
173:3,21
176:21 180:9
189:18 195:15
205:4 214:21
222:7,10,15
236:20 237:17
240:3
**range** 101:19
141:20 218:15
**rank** 234:15
**rapidly** 77:12
230:22
**rate** 9:15 10:6
32:16 140:9,14
141:9 144:3,18
145:10 146:8
146:13 147:21
148:19,19
164:14,19
171:16 190:25
199:14 201:25
205:12,25
207:18,19
210:3,19
215:22 223:10
223:11 224:10
231:1 237:20
238:3,11
**rates** 6:4 9:12,16
21:19,22,24
161:2 165:6
190:23 197:24
199:24 200:1
200:16 201:22
202:1 203:25
204:6,10 205:9

205:16 208:11
208:18 211:23
211:24 219:25
221:1,16,21,21
221:24 222:5
236:8 238:8,20
254:6
**ray** 222:4
**rct** 152:22 153:1
153:5 164:18
164:25 165:10
165:14 193:4
204:8
**rcts** 150:20
152:19 153:2,3
160:21 193:3
216:5 246:10
248:17,20
**reaction** 197:6
239:3
**read** 30:19 70:8
71:14 76:24
133:18 144:24
163:16 166:15
166:19 175:12
180:7 188:17
209:15 228:1
233:14 236:24
237:24 239:4
239:15 257:3
259:3
**reading** 71:3
138:12 193:22
231:24
**real** 98:24 99:9
**really** 11:17
19:16,17 24:13
30:12 36:11,12
36:12 39:23
84:21 109:5
121:16 143:14
144:14 175:6
176:19 204:4
212:8 222:8
**rearrangement**
194:6

**reason** 43:3
257:5 258:5,7
258:9,11,13,15
258:17,19,21
258:23,25
**reasonable**
136:13 145:7
**reasonableness**
193:7
**reasonably**
149:3 188:5,19
189:12 192:19
**reasons** 204:4
204:24 216:12
**recall** 12:21
13:17 22:17
25:22 35:8
38:23 41:2
43:15 44:10
50:7,10 57:16
57:22 58:8,15
58:17 71:8
76:19 78:21
79:9,10,16
80:11 83:8
91:5,22 92:11
94:8 96:21
99:6 100:8,19
100:20 105:11
107:9 113:18
113:19,19
114:4 121:23
126:13 127:8,9
129:11 131:14
132:14,17,20
134:7,9 139:25
158:11 180:1
181:20,24
182:24 183:2,5
183:8,15 185:2
185:4,6 202:20
225:14 234:6
242:21 248:1
**receipt** 257:14
**receipts** 119:7
**receive** 58:20

Michael P. Woods, M.D.

87:23
**received** 57:10
    60:10 74:25
    87:21 118:9
**recess** 48:7
    102:2 137:7
    174:11 225:9
**recognize** 76:21
    76:23 115:16
    117:11,14
**recognized** 12:2
**recollection**
    51:25 52:12
    78:22 179:20
    220:19
**recommend**
    133:7 204:21
**recommendati...**
    153:8 192:15
**recommended**
    168:25
**recommends**
    48:1
**reconstruction**
    129:25
**reconstructive**
    82:20
**record** 7:9 20:11
    20:11 45:22
    53:25 55:7
    62:3 65:5 69:6
    102:4 138:3,4
    138:6 151:8
    190:11 220:17
    249:18,20
**records** 58:18
    60:10 118:12
    118:25 147:14
    148:13
**recrossexamin...**
    5:10 253:15
**rectum** 34:9
**rectus** 186:10
**recurrence** 45:9
    140:17
**redirect** 5:9

246:14
**redos** 216:15
**reduce** 180:12
**reduced** 228:16
    256:9
**refer** 8:20 65:6
    103:25
**reference** 72:20
    154:13 155:3
    179:16 185:7
**referenced** 8:23
    223:21
**referencing**
    197:22
**referred** 68:25
    143:11 144:25
    180:5
**referring** 67:4
    224:1
**refers** 134:16,25
**refined** 8:12
**reflect** 62:4
    116:22
**reflected** 134:8
**reflection**
    256:15
**reflects** 113:14
    148:21
**regard** 32:14
    188:12 190:16
    194:23 195:13
    196:11 198:15
    201:19 203:14
    206:1 208:16
    209:16,25
    211:22 214:3,8
    219:13 221:15
    223:7 231:19
    233:8,18 236:4
    238:21 240:11
    244:25
**regarding** 29:13
    31:11 185:19
**regardless**
    252:19 253:18
**regency** 3:11

**regional** 18:4
    23:4 36:21
**registries** 45:4
    173:23 174:1
    222:19,20
**registry** 174:4,6
    174:24 222:21
    222:24 223:5
**regulation** 97:20
**regulations**
    96:12,15
**regulatory**
    97:14
**reimbursed**
    226:7,16
    227:11,12
**reinforce** 245:7
**reinforces**
    202:14
**relate** 7:18
    12:10 21:24
    106:6
**related** 10:13
    13:2 62:23
    68:16 71:20,22
    71:25 72:2
    79:18 93:12
    134:5 142:16
    142:19 143:6,9
    180:12 181:9
    182:12
**relates** 1:5
**relationship**
    132:21 133:20
**relative** 256:18
**release** 217:15
    243:2
**released** 97:8
**relevance** 135:2
**relevancy** 30:21
    31:8,12
**relevant** 29:14
    70:2 187:14,17
    187:19 188:3,6
    211:3 215:1
    233:24,25

236:3
**reliable** 193:6
    202:23 207:13
    214:24 221:1
    221:15 228:24
    231:19 232:6
    233:18 235:12
    246:9
**reliance** 50:1
    67:5,7,8,11
    68:20 69:2
    70:19 71:11
    72:6,11,19
    73:2,20 75:5
    77:10,19
    105:10,12
    134:14 182:12
    183:11 233:22
**relied** 29:23
    67:16 198:8
    234:17 236:24
**relieved** 228:12
**rely** 15:19,25
**relying** 74:18
**remaining**
    217:19
**remember** 49:17
    51:11 57:6
    60:2,6 78:17
    79:25 88:10
    100:24 113:17
    145:15 167:14
    181:13 183:17
    183:18,19,20
    226:18 241:19
**removal** 228:13
**remove** 175:25
    244:8
**removed** 149:5
    168:9 172:9
**removing** 168:6
    168:22 169:4
    169:10 242:20
**rendering** 16:1
**reoperation**
    144:3,18

145:10 146:8
    146:13 148:19
**reoperations**
    147:10 246:20
**rep** 37:17,18,19
    37:21,24 38:5
**repair** 1:3 5:22
    45:7,11,17
    46:4,10,12
    141:22 142:1
    186:6
**repairs** 12:24
    29:14 139:10
    142:4 187:20
**repeat** 20:25
    70:15 156:18
    221:9
**repetitions**
    49:13
**rephrase** 207:25
**replicated** 29:2
    33:16 133:13
    133:15
**report** 5:14 24:3
    28:19 56:8
    64:25 65:14,17
    65:19,22 66:18
    66:21 73:22
    75:5 76:18,24
    113:16 137:22
    138:8 140:8,11
    148:18,24
    155:6 164:7
    170:4 171:19
    174:2 176:1
    179:17,25
    182:15 185:8
    198:2 200:1
    203:12,13
    205:3,14
    214:24 221:7
    222:19 223:22
    224:6 231:17
    233:8 241:1
    244:17 248:18
**reported** 47:3

115:5 162:1
222:25
**reporter** 5:5
86:16 103:7
128:5 253:13
**reportim** 253:24
**reporting**
162:20
**reports** 70:23
71:2,10,16,25
72:7,12,19
73:2,16,18,19
74:15 75:10
76:5,12 77:2,9
77:15 164:10
178:25 179:2
233:11,14
235:4 239:2
**represented**
79:14 80:6
**reproducibility**
214:18
**reproducible**
214:21
**reps** 129:15
**request** 23:16
48:15 105:14
**requested** 23:13
**required** 98:6
217:15
**requiring** 9:23
9:24
**research** 84:25
85:16 86:13,17
86:24 90:8
91:8,11,15
97:7
**reserved** 255:18
**residencies**
245:13
**residency** 29:10
30:14 81:18
222:7
**residuals** 224:10
**resolved** 239:23
**resources** 59:7

**respect** 25:13
69:20 86:3
**respected** 86:1
**respectively**
191:1
**responded** 149:9
**response** 75:15
162:19 194:4
**responses** 44:8
**responsible**
36:24 37:12
**responsive**
48:22
**restate** 45:15
221:11
**restrictions** 82:1
**result** 227:24
228:18,18
**resultant** 194:4
194:12
**resulting** 239:20
**results** 6:11
30:15 31:1
105:6 107:7
130:21 131:1
141:6 162:20
183:7 223:6
232:1 237:9,24
237:25 238:15
238:16
**retention** 12:17
114:16 141:6
142:24 239:21
239:23
**retropubic** 6:7
7:19 8:10,13
10:21 11:18
12:10,13 13:2
13:23 16:5,9
16:11,18,21
17:6,10,21
18:1,10 19:6
19:11,14,24
20:15 22:16
34:20 35:17,25
36:5 40:18

41:14,22 42:4
68:17 99:5
101:6 104:4
112:10,18,24
113:4,11 114:1
114:7,12
127:21 128:16
128:20 142:19
142:22 143:7
143:16,23
144:17 145:11
145:20,22
149:15 150:7
150:21 153:4
154:2,20
155:11,12,24
156:22 159:8
159:20 161:10
164:16,20
165:19 166:13
178:21 179:8
184:15 187:18
187:22,24
188:25 189:2,5
195:5,16 198:2
198:17,22,25
199:2 200:6,23
201:6 203:16
203:19 204:1
204:16 206:24
207:15 208:23
209:4 210:14
212:12 213:9
217:3,22
218:11,12,18
218:24 219:14
219:22 220:2
221:2,17
222:11,16
223:9 224:22
227:1 229:13
229:18,24
230:6,12,16
233:23 234:1,1
236:13,16,22
237:5 238:22

239:13 240:8
240:12,19
241:2 242:6,11
243:3,19
244:20 245:18
246:11 247:21
248:4,8 254:20
**retropubics**
19:15 20:20
**return** 198:24
257:12
**returned** 226:5
**reversals** 207:7
**review** 14:23
29:17 44:4,7
48:15 50:5,8
50:11 51:1
55:7 65:19
67:1 70:25
71:6,15,22
72:5,12,13,15
73:8,16 74:7
74:15,20 76:1
76:18 77:2,11
77:14,18 99:4
101:5 103:6,9
113:8 161:22
164:3 166:20
172:15,19,19
174:23 175:1
181:1,1,6,9
182:9,9,17,20
183:6,11
187:17 191:25
192:11,13,14
192:15 193:14
193:15 197:20
197:21 198:12
198:15 200:25
**reviewed** 14:6
14:20 25:24
26:9 27:4,10
30:19 31:7,10
31:14 34:18
43:10,12,15
49:14,20 70:22

71:1 72:9,20
72:24 73:18,21
75:21 76:8
78:7 90:21
99:6,13 100:9
113:3 133:18
134:4,10,13
150:19 160:19
167:11 172:4
173:8 181:11
183:8,14,21
185:25 187:12
191:24 201:12
203:7 236:3
**reviewing** 50:20
51:4 70:18
71:9 76:3,8,11
89:25 181:13
183:23 184:1
**reviews** 35:1
51:1 70:1,14
141:19 165:5
173:5,22
189:19 193:3,4
193:5 195:7,8
207:20
**revised** 149:5
161:4,5
**revision** 91:25
144:21 145:3
**revisions** 143:22
144:9 246:25
**revoid** 224:14
**rewarding** 205:1
**rid** 60:13
**ridgeland** 4:16
**right** 13:9 14:14
16:25 17:7
19:21 26:8
27:21 31:2
54:19 58:21
60:25 62:5
68:9 70:17
73:3 74:8,23
81:24 84:4
89:19 90:9

99:14 100:18
117:15 136:11
136:22 144:3
146:1 154:5
158:13 167:9
169:14 174:2
177:24 182:13
182:15 183:18
187:3,5 188:22
234:13 238:16
254:15,25
255:2,10
rigidity 228:15
rings 100:17
rinne 249:1,4
risk 12:3,12,22
13:7 93:15
110:14 157:17
166:3,17
167:20 179:7
179:10 194:12
198:15 232:10
risks 10:12
11:12,23 12:9
12:24 13:1,20
13:25 14:7,15
15:8 196:5
rmr 3:9 256:4
256:23
ro 50:14
road 217:23
robinson 68:9
68:16
robust 211:24
role 94:25 107:4
roll 157:18
rolodex 81:14
room 198:24
rope 101:12
108:8
roping 108:10
232:10
rosenblatt 4:15
4:17 61:11,14
64:20 67:4
75:13 116:12

rosenzweig
50:15,16
233:12
ross 249:4
round 126:24
rounds 89:14
route 232:4
rule 5:14
rules 3:6
run 61:3 124:8
131:24 216:10
225:1
running 107:25
128:2,7 146:25
219:2,5
rural 59:14

———————
S
s 1:6 4:15 7:2
29:8 79:14
101:3
sacrocolpopexy
46:11 109:13
141:23
safe 100:3
132:16 188:5
188:19 189:12
192:19 241:2
safer 243:14
safety 14:10,22
92:23 93:2,4
93:10 98:22
133:10 151:20
152:17 164:25
165:6,15,16
173:20 184:24
187:18 193:7
195:23 200:22
209:5 214:8
215:10 216:2,9
217:9,21
224:22 229:12
233:19 234:25
236:10 237:7
238:21 240:11
240:18 241:17

245:22
sales 37:17,18
37:19,21 38:5
57:14 58:12
129:12,15
132:3
salt 125:19
san 123:9 126:2
satisfaction
140:20 141:9
204:14 205:9
205:13,16,25
238:6,11
satisfied 223:13
saw 33:15 34:12
85:19 127:5
151:12 172:22
189:25 212:20
225:2 233:9,15
saying 27:22
71:2,13 114:6
172:15,19
177:16 179:21
231:5
says 57:24 59:25
99:16 113:11
115:6 122:14
150:22 180:8
183:17 189:8
190:13 191:6
223:6 224:17
225:16 228:10
237:12,24
238:19 239:2
scandinavian
29:4
scar 11:25
scarring 245:17
scattered 54:9
schedule 37:10
38:9 48:16
81:14
schepleng 2:18
school 85:23
90:21,25
schraffordt

222:21
scientific 187:23
189:9 194:23
202:23 207:14
214:25 232:6
233:18 235:12
scientifically
221:1,14
228:24
scientist 214:14
214:15
scion 181:15,17
181:21 185:1
scissors 109:14
scope 96:16
scores 47:11
scrutiny 43:7
seal 256:21
sealed 109:4
search 61:5
171:24
searches 69:23
69:25
second 29:10
65:24 84:10
121:21 122:11
151:1 154:10
167:7
secondtolast
227:19
section 96:20
133:20 217:15
237:9,24
238:16
secur 17:18 28:9
41:15,20,22
43:13 46:23
47:4,7 62:10
62:11,14 97:19
102:14 104:3
106:18 129:8
130:19 227:20
228:12,14
sedation 18:8
see 19:21 21:18
24:5,6,20

26:16 29:11
49:25 105:19
107:2 108:10
110:4 114:25
118:23 133:23
137:22 141:2
142:8,25
143:14,15
145:2 151:17
154:25 158:17
161:23 162:5
168:12 172:1
175:2,15
177:13 180:4
187:9 197:12
199:24 202:14
215:14 216:15
220:12 222:3
224:19 225:18
227:22,25
230:22 235:24
236:9 238:24
238:25 247:5
255:1
seeing 38:23
114:14 145:6
170:2 225:1
230:22 231:2
239:8
seen 28:5 31:22
34:13,22,25
35:3,5,6 37:23
40:2,7,10
48:12 101:13
106:2 107:7
109:16 111:8
113:7,10,13,15
113:16 114:10
141:16 157:24
167:7 169:3
172:4,9,21
175:18,20,23
176:14 177:19
177:23 178:2,4
178:7 179:19
190:6 202:23

207:8,20 208:5
208:21 212:1
214:6,10
217:23 222:5
228:4,23,24
**segment** 228:13
**selecting** 30:22
**sell** 24:21
**sells** 112:12
**send** 75:14
175:8
**sense** 31:3
**sent** 73:15 75:8
91:19 149:8
**sentence** 138:11
**separate** 55:13
83:17 168:17
244:4
**september** 53:14
53:15,19 54:14
54:17,25 90:1
**sequelae** 5:22
**serati** 201:10,10
217:7
**serially** 196:2
**series** 172:23,25
173:1 246:2
**serve** 78:2
**served** 92:21,22
133:5
**service** 81:11
147:19
**services** 83:24
84:3
**set** 124:12 125:2
125:8 256:9
**setting** 32:6
216:3
**seven** 38:3,8
110:13 118:24
119:1,3,5
121:18 249:8
249:12
**sexual** 161:11,15
161:16 162:22
200:2,8,11,13

200:15,19
231:20 232:3
**sgs** 141:20 173:5
193:6 197:19
231:22
**share** 86:9
**shared** 72:8
**shears** 2:3
**sheath** 212:13
212:17,21
213:1,5,7,14
230:9,11,19
231:5 232:9
255:10
**sheaths** 155:19
**sheet** 53:21
54:13,16
161:20 234:2
257:7,9,12
259:6
**sheets** 50:18
53:23 54:18
**shelf** 37:13 38:8
**shenandoah**
23:6 36:21,22
59:1 83:22
85:5 139:3
187:1
**shes** 86:1,20
247:9
**short** 195:25
**shorter** 97:5
**show** 35:1
111:25 112:3
112:16 113:1
113:19,20,22
160:2 164:24
177:8 178:23
179:2 195:8,12
198:15 201:9
201:18 202:25
203:22 208:15
209:24 211:21
215:9 223:7
232:9
**showed** 35:19

81:8 111:13
170:23,24
171:1 195:16
240:14
**showing** 110:14
**shown** 140:12
225:12
**shows** 113:3,5
149:19 175:17
203:24 207:11
235:13
**shrink** 112:23
113:2 114:8,22
**shrinking** 115:1
**shrinks** 113:4,12
113:23 114:6
114:12,18
**shy** 231:16
**sic** 17:7 58:2
**side** 87:24,24
141:25 244:7
**sign** 239:2 257:8
**signature** 65:13
115:17 117:14
117:15 119:24
120:15 121:4
255:18
**signed** 121:21
122:5,17,18
**significance**
237:16 238:20
239:6 254:15
**significant**
171:5 207:7
210:19 213:19
214:5 217:12
217:16 232:10
235:21
**significantly**
204:12 210:3
232:3
**signs** 239:9
**similar** 35:20
**simple** 11:17
39:23 145:18
225:16

**simply** 170:19
171:6
**singh** 242:1
**single** 135:20
254:19
**singleincision**
6:9 42:18,21
108:6 154:22
155:1 241:23
241:25
**sir** 169:9
**sister** 204:21
**sit** 13:9 14:14
18:19 20:16
21:13 38:20
40:12 93:23
99:14 100:8,18
109:1 111:7
121:13 146:17
146:20 163:10
170:7 173:7
217:2 222:9
243:15,16
248:11 249:3
250:17
**sites** 63:1
**sitting** 176:16
**situation** 42:5
45:2
**situations** 44:24
**six** 83:25 160:20
160:25 161:25
162:6 163:15
163:20 179:14
**sixmonth** 47:9
47:15
**size** 18:9 42:13
184:9,12,14,25
194:3,8 208:25
**skim** 74:22
**skimmed** 70:9
76:1 77:12
**slides** 90:21
103:8 116:10
116:13
**sling** 5:24 10:10

10:13,17 11:1
11:11,14 12:14
29:18,25 32:13
32:24 34:20
42:18,22
102:16 108:6
139:11 143:16
168:6,16,22
172:10 178:22
186:2,11
190:21 198:25
199:15 200:5
200:17,23
220:8,9 221:22
232:4 241:23
241:25 243:3
**slings** 8:16 17:17
24:22 28:19
29:9 30:13
31:21 43:14
90:6 128:16
138:14 139:15
142:16 144:20
145:4,20,22,24
145:25 150:17
151:15,21
152:18 154:19
154:22,25
155:2,9 160:6
168:9 169:5,10
177:20 199:5
200:2,3,8
216:12,17,18
216:24 217:5
219:6 223:14
223:25 242:24
246:2,7
**slow** 224:13
**small** 37:6 95:5
172:12,23
173:1 179:11
207:10
**smaller** 231:12
**smith** 247:25
248:4
**sneezing** 107:22

**snell** 4:10,13 5:8
5:10 7:22 8:1,4
13:4 14:2
15:10 18:15,22
19:1 20:1,4,10
20:22 21:10,14
23:12 25:5
26:11,19,22
27:1 28:2 33:6
39:2,6,9,18
40:1,6 41:7,15
42:1 44:14
45:12,18,24
48:4 49:18
51:21,25 52:3
52:6,18 56:14
56:17 61:9,13
61:15,19 62:3
63:17 65:9
69:5 73:23
74:11 75:3,7
75:18 83:11
86:7 89:2
90:16 93:18
94:16 97:9
98:2,10 101:7
102:23 104:18
105:19,22
106:23 110:6
110:24 111:5
113:24 114:20
116:6,8,10,15
116:18,23,25
117:3,8 120:25
121:2 122:1,12
122:22 123:25
126:6,9 127:4
127:23 128:1,7
129:23 134:22
135:2 136:10
136:15 146:4,9
148:2,4,6
151:2,6 153:14
153:21 156:16
157:20 158:14
159:2,10 160:1

160:8,14
163:21,25
165:2,22 166:5
167:21 168:8
168:23 169:11
169:16 170:13
170:18 171:9
171:14 173:11
177:5,25 178:9
181:4 183:13
185:16,22
186:8 187:5,7
188:1,10
189:23 191:2
191:23 192:9
193:13 194:21
196:9,21 197:5
198:19 199:4
199:21 201:4
202:9,16 203:5
205:2,23 206:8
207:12 208:2,4
209:14,23
211:9 213:10
213:23 214:12
215:17 218:16
219:4,19 220:5
221:5,12
223:19 225:3,8
225:11 227:16
229:7,16
232:13,17,21
233:2 234:21
235:19 236:1
236:19 240:17
242:17 246:4
246:13 249:17
250:2,7 251:20
252:5,17,25
253:12,16
255:15
**snodgrass** 2:10
**snow** 4:10,14
**societies** 213:18
**society** 48:1
131:7,16,18,21

131:22
**societys** 153:7
**sold** 23:23 38:15
38:21 39:13,24
40:13
**solid** 97:14
**solo** 59:21 227:8
**somebody** 46:7
133:14
**someplace**
137:16
**somewhat**
230:19
**sondra** 3:9
256:4,23
**sonoma** 123:17
125:14
**sorry** 34:4 41:16
55:25 56:15
67:7 116:7
127:4,5 137:21
140:18 176:4
237:11
**sounds** 66:11
99:24
**southern** 1:1
127:10
**space** 156:11
257:6
**spacing** 155:13
155:14 156:1
159:4,18
**sparc** 144:14
**speak** 10:7
240:18
**speaker** 131:2
**speaking** 103:3
103:12,18
**special** 30:24
139:12
**specific** 8:13
25:23 27:9
93:20 123:22
186:3 187:21
220:22
**specifically**

23:17 99:7
103:25 105:2
106:16 107:10
118:16 126:13
127:1 142:11
142:14 150:8
152:20 165:10
179:4 197:9
233:11 245:18
**specified** 256:12
**speculation** 14:3
**spend** 54:3
70:17 71:9
76:3,11 167:16
**spent** 50:20 53:4
53:5,19 54:24
124:24 137:16
183:25
**spoke** 29:19
**spoken** 131:5,5
131:6 230:24
**spreadsheet**
147:4
**sprout** 1:8
**ss** 256:2
**st** 123:15
**stable** 114:16
**staff** 57:14 58:13
129:12
**stage** 35:22,22
**stamey** 138:15
138:20
**stand** 65:16
**standard** 32:1,9
32:12,18,21
44:23 45:10,16
46:3 130:18
149:12,14,18
149:20,25
150:5,10,13
167:13 190:20
191:14 193:16
197:10 223:15
224:1
**standardized**
100:22

**standards** 95:20
95:25 96:2,6
96:18 100:23
101:2
**standing** 106:12
**standpoint**
141:9 213:8,9
237:23
**start** 8:15,18
10:20,20 42:16
63:16,19 64:7
108:25 110:12
115:3 238:24
238:25 248:7
**started** 7:16
28:19 38:11
60:4 226:10
**starting** 29:1
141:1
**state** 3:10 7:9
24:3 69:5
95:22 133:19
135:16 140:11
171:19 191:19
213:18 215:13
256:2,5 257:5
**stated** 138:11
140:8 155:4
167:12 223:12
227:3 229:1
241:1
**statement** 46:15
150:17,22,24
151:14,19
152:2,5,6,7,8
152:10,15
153:13,20
154:9,18,24
166:10 234:14
**statements**
65:17 151:7
213:17
**states** 1:1 3:7
167:23 190:19
**statesim** 23:24
**statistical** 238:5

**stay** 108:3
**stayed** 104:8
  227:9
**step** 242:9,9
**stephen** 242:1
**stevens** 2:8
**stiff** 227:24
  228:18
**stipulations**
  256:13
**stop** 16:16 64:10
**storage** 121:18
**straining** 224:15
**stream** 224:13
**strength** 245:21
**stress** 5:24 6:5
  6:10 8:25 28:8
  35:16 79:18
  151:15 167:14
  188:24 189:6
  190:6,13,16
  191:5,10,15
  192:20 193:8
  193:17 194:16
  194:25 195:9
  195:21,24
  196:12,23
  197:25 198:5
  199:9 200:7,23
  201:15 202:4
  202:25 203:15
  203:19 204:16
  205:5 206:3,11
  206:16,24
  207:15 209:6
  210:1,14
  211:17 212:5
  213:3,13,16
  216:25 218:21
  219:23 221:17
  222:14 224:23
  228:25 229:9
  229:18 232:2,8
  233:19 235:1
  235:14 241:3
**stretch** 101:17

108:24
**stretching** 212:2
  213:1
**stretchy** 180:16
  181:12 182:16
  183:18
**strictly** 188:23
**strike** 14:24
  43:11,23 67:9
  78:8 80:13
  89:4 102:25
  108:17 110:19
  131:5 139:21
  156:21 175:19
  182:21 188:8
  201:24 215:4
  220:6 240:23
**strip** 166:21
**strong** 92:8
  245:14
**strongest** 156:13
  156:20 157:9
**strongly** 142:12
  215:19
**structure** 194:7
**studied** 19:4
  157:14 195:17
  232:4
**studies** 19:5
  27:19 28:23,24
  28:25 29:3
  34:25 35:3,5
  43:1 45:5
  49:11 59:7
  62:9 68:22
  84:10,16,18,21
  109:21,24,24
  110:12,16,19
  111:12,21,25
  112:3,5,15
  113:1,8,9,15
  113:18,19,20
  113:22 133:9
  133:12,12,17
  133:18 140:12
  141:16,17,18

149:14,22
  150:2 152:19
  160:18,19,24
  161:24 162:4,9
  162:12,13
  163:11,13,19
  164:6,21 165:3
  165:4,17
  170:24 172:3,4
  173:22 178:23
  187:13 188:2
  189:19,20
  192:15,16
  195:5,15,16,19
  195:23 201:6
  202:24 203:6
  203:18,22
  205:4 214:21
  215:6,7 222:7
  222:11 228:23
  228:24 229:6
  233:23 236:13
  236:14 240:21
  248:15 250:22
  254:5,7
**study** 28:17
  33:15 34:23
  46:22 47:9,9
  47:12,14,15,16
  47:23 62:14
  63:1 74:6 97:1
  97:2,6 101:2
  105:1,5,6,13
  105:18,20
  106:4,14,17
  107:5,8,13,14
  108:1,4 110:4
  110:9,22 111:8
  111:20 112:14
  112:16,21
  113:3,5,8,10
  113:13 133:14
  134:8,8 152:22
  153:4,6 160:3
  164:17,23
  165:14,19,24

172:12,22
  173:18,18
  174:17 177:17
  178:16 185:7,9
  185:10,12,12
  185:15,19
  186:3 195:17
  201:18 210:11
  220:23 223:7
  223:21 227:18
  228:4 236:24
  237:2,22
  239:12,16
  240:1,16,18,22
  240:25
**stuff** 56:10
  58:19 117:4
**subject** 44:2
**subjective**
  201:21 202:1
  207:18 223:11
  224:11,12
  238:6,10
**submicronic**
  193:21
**submission** 43:9
  182:17,20
**submissions**
  182:9
**submit** 53:24
  182:3,6
**submitted** 53:6
  182:22
**subscribed**
  259:14
**subsequently**
  242:2
**substance** 259:5
**suburethral** 6:9
  8:13 31:20
  99:11 144:13
  172:10 190:21
  197:3 216:12
**suburethrally**
  31:20
**success** 21:19

140:9,14,16,19
  141:9 204:6,10
  207:14 211:24
**sufu** 150:18
  168:2 184:21
  191:19
**suggest** 27:11
  34:19 35:7
  109:17 149:14
**suggested** 177:7
  177:15 178:8
  178:10
**suggesting** 173:9
  189:10
**suggestions**
  177:12
**suggests** 34:23
  114:11 173:14
**sui** 63:6 85:10
  98:19 127:1
  135:12 155:6
  167:1 180:10
  180:12 185:20
  186:2 190:20
  223:16
**suit** 79:11
  256:19
**suite** 3:11 4:5,11
  4:15
**suited** 167:24
**sum** 134:7
**summarize**
  205:11
**summation**
  119:7,9
**summations**
  121:17 249:22
**summits** 24:9
  25:1,19
**sun** 176:16
**supplied** 172:8
**support** 27:12
  27:17 69:16
  114:13 180:10
  203:7 251:6
  252:4,16

253:10
supported 168:2
   172:3
supporter
   134:17
supposed
   188:14 250:3
supraphysiolo...
   107:1
sure 9:4 24:2,24
   25:22 37:19
   41:25 48:4
   51:11 57:8
   63:4 65:25
   82:5 95:19
   100:2,4 108:21
   108:22 119:6,7
   122:18 123:20
   127:11 131:11
   141:6 144:16
   147:19 150:25
   155:17 161:9
   176:10 204:5
   216:9 226:9
surgeon 27:8
   29:19 46:13
   196:4,5 234:5
   234:9 242:19
   243:11
surgeons 22:24
   29:7 86:2
   102:13 129:19
   130:3 138:13
   138:20 209:9
   209:19 214:20
   229:21,23
   230:1,4,24
   231:4 234:11
   234:14 237:19
   242:7,9 244:21
   244:25
surgeries 139:8
   144:22 145:3
   246:18,23
surgery 5:24
   12:2 22:23

29:24 34:10
   36:18,25 37:10
   82:20 86:5
   139:13 162:20
   162:22 172:10
   190:20 223:13
   232:2 238:2
   251:2,14,23
   253:8
surgical 8:24
   13:6 131:25
   155:5 204:25
   223:16 228:13
   245:13
surprise 134:19
   134:20,21,23
   135:19
surprised 40:23
   41:10 134:25
survey 150:11
suspect 37:1
   99:1
suspensions
   161:11
suture 138:17
   138:23
sutures 186:7,10
   207:9,10
svenningsen
   223:3,4,14
sweden 28:24
swedish 29:4
   30:3
swing 168:11
switched 81:14
sworn 7:5 256:7
   259:14
symptoms 92:1
   239:24
synthetic 10:13
   10:16,16,21
   141:21 142:3
   200:14 228:16
   232:4
system 1:3 96:15
   162:21 173:24

systematic 193:5
   195:8 197:20
   197:21 198:11
   198:14
systemic 35:1
   70:1,14 74:7
   164:2 165:5
   173:5,22
   189:19

---

**T**

t 166:23 258:1
ta 91:1
tabbed 192:4
table 48:20
   126:24 162:18
   197:24 199:15
   199:16 224:4,5
taiwan 87:10,24
   88:6,8,23,24
   89:6 172:9,22
   173:18
take 25:9 48:2,2
   66:1,2,4,5,17
   82:21 85:3
   101:24 111:2
   112:4,14 138:1
   139:7 151:1
   154:9 168:15
   174:9,10 179:5
   192:4 218:6
   227:17 242:9
taken 3:6,8
   42:24 48:7
   61:1 81:1
   102:2 137:8
   174:12 225:10
   256:12,15
talk 13:13 14:7,9
   15:17 16:4
   25:2,19 27:5
   37:8 102:17
   103:10 104:5
   130:4,7 156:22
   184:5,20 204:9
   222:4 223:25

229:23 230:1
   236:12 240:21
   248:6,11,25
   250:6
talked 34:1 53:1
   62:10 80:17
   99:10 109:8,10
   109:20 149:7
   149:21 155:1
   161:24 167:8
   168:21 172:23
   179:25 182:13
talking 16:2,5
   20:2,7 29:7
   36:1 104:1,14
   208:12 215:24
   236:13,14
   249:21,22
talks 227:19
tamussino
   174:23
tape 6:5,7
   190:21,22
   194:1 217:15
   227:25 228:13
   228:18,21
   239:3,12,17,18
   239:20,22
   240:7 244:10
tapes 194:13
tasked 187:16
   233:25
taught 90:20
   209:8
teach 90:24
teaching 58:12
team 93:10
tearing 138:17
   138:23
technique
   169:14
techniques
   35:24 168:25
technologies
   1:24 130:9
telesurgery

131:23
tell 8:9 11:20,23
   11:24 20:7
   21:3,17 23:10
   39:10,14 42:2
   49:18,20 52:10
   61:15 89:4
   98:8 111:14
   123:1,22 126:9
   133:4,17
   137:24 138:10
   138:25 165:20
   165:24 169:13
   169:13 170:4
   170:18 202:2
   206:14 224:21
   238:11 244:24
   247:2 248:20
   250:11,14,20
   251:1,4,7,11
   251:17,23
   252:2,9,14
   253:5,9 254:4
   255:1 256:7
telling 166:22
tells 224:25
ten 64:23 70:21
   136:19 144:12
   145:6,9 183:25
   197:11 201:19
   202:7 217:9
   221:8 224:9
tender 141:5
tenderness
   197:18
tends 114:16
   227:24 228:17
tenplus 184:3
tension 106:25
   155:10,23
   156:2,5,14
   157:1 158:24
   158:25 159:8
   159:13 234:6
tensioned
   158:13 159:24

tensionfree 6:5
  6:7 156:8,10
  190:21
tensioning
  158:22 159:15
tenyear 201:21
  201:25 215:4
  217:16 223:6,8
  223:21 246:23
term 47:12
  140:23 149:20
  195:25 196:1
  203:24 215:23
terms 215:8
terrible 30:6
  186:15,17
test 82:21
  106:11 107:11
  158:16 181:2
testified 7:6
  55:15,16
  186:18 187:13
  189:25 190:4
  202:17 218:5
  222:10 235:2
testify 21:3
testimony 5:4
  14:6 15:13
  17:20 57:20
  67:21 68:5
  71:23 118:4
  136:11 137:12
  181:2 202:20
  253:1 256:20
testing 100:21
  100:22,22
  101:5 212:2,6
  212:7,19,20,25
texas 126:15
textbooks 51:2
thank 40:16
  102:23 121:2
  137:18 246:13
thanks 138:24
thats 12:6 15:23
  18:12 20:11

24:15 27:1
31:6 34:11
38:9,10 40:9
42:23 45:23
49:8,20 54:6
56:5 65:9
66:25 72:25
75:12 81:23
96:12 97:21
99:16 105:25
109:25 110:1
113:7 115:18
117:15,20
118:4 120:5
124:17 126:11
128:2,7 134:9
134:10 135:21
136:13,19
142:25 147:22
147:22 148:6
148:19,21
151:2,23
154:15,16
157:7,8 163:15
163:23 166:22
167:18 170:17
172:25,25
173:4 175:21
176:4,18 180:5
181:13,19
184:2 185:18
192:22,25
204:8,23 208:2
212:7,9 215:25
218:8 234:11
237:21,21
247:17 249:18
251:16 254:9
theirs 72:1
theory 99:8
  180:11 202:11
thereof 230:5
theres 13:7
  20:23 24:24
  27:22,24 50:1
  52:15 66:11

69:21 77:23
101:14 109:1
131:11,11,13
131:13 151:18
153:9 156:11
157:17 158:12
158:17 169:9
172:1 173:14
177:2 197:17
251:5,10,17,24
252:1,15
thermachoice
  118:7 124:14
124:17 125:12
126:22 129:5
130:1,9 135:11
theyre 26:8
  61:11 62:15
72:11 101:3
119:2,3 141:6
141:20 142:13
155:17 166:23
243:22,22
251:14 253:8
255:9
theyve 37:22
  177:23,23
thing 39:10 75:9
76:6 105:20
130:22
things 25:15
30:9 32:4 51:4
51:7 57:14
72:3 74:7 93:3
96:12 97:22
102:12 109:24
126:10 130:24
148:14 165:7
166:24 167:10
180:18 183:15
184:21 187:9
191:24 205:1
208:19 224:8
236:9 238:25
241:14 242:15
245:3 248:14

248:15
think 8:20,21
  15:24 24:10
  27:22 28:18
  32:11 46:12
  54:24 58:5
  82:3 89:8,8
  96:19 105:14
  105:15,24
  106:2 109:6,9
  114:5 119:16
  129:24 130:18
  133:8 144:23
  144:24 145:19
  149:17 150:18
  154:24 159:15
  164:9 165:18
  166:25 170:9
  176:24 179:12
  183:25 186:18
  187:3 197:19
  202:18 206:9
  211:25 214:23
  216:22 219:17
  222:9 226:1
  242:4,23 244:9
  248:8 249:10
  251:16,17
  252:25 254:25
  255:9
thinking 230:21
third 39:10
thirty 163:3
  257:13
thisi 23:25
thomas 76:22
thorough 113:8
thought 25:3
  55:14 84:23
  89:5 151:5,9
  151:12 172:11
thousand 16:11
  119:16
three 34:9 38:3
  38:7 48:1
  51:10,10,12,20

52:13,23 93:1
136:24 153:6
173:3 179:10
179:15,18,22
222:21
threeyear
  179:13
thumb 26:11,22
  49:9 61:8,10
  61:12 75:2,6
  75:10,12,23
  116:16
tier 172:17
ties 133:6
tighter 160:7
time 12:2,21
  13:20,25 14:8
  14:16 17:12
  22:13 32:3
  36:19 39:10
  43:15 50:17,20
  51:17 53:2,18
  54:3,8 55:8,9
  55:10 57:7
  58:11,12 59:10
  59:16 60:6
  63:4 66:4,22
  76:13 78:1,20
  91:22 92:6,9
  103:10 114:16
  124:5,6,15,24
  125:6 137:15
  137:17 139:23
  140:13 143:9
  156:23 167:16
  170:1,10
  171:10 179:13
  179:18 180:20
  203:25 204:2
  220:21 226:4
  226:10,16,17
  226:19 227:2
  243:12 246:23
  256:12
timed 35:23
times 42:4 51:8

51:10,11,12,20
52:13 103:24
124:8,12
130:11 135:14
136:2,22,24,25
137:2 221:4,8
227:5
**timewhere**
102:8
**tissue** 10:10 11:1
11:25 12:24
40:24 46:7,10
106:20 139:10
141:4 168:15
168:18 175:22
186:6 194:4,11
236:10 239:2
244:6 245:7,10
**tissues** 41:11
102:17 104:13
138:18,23
169:21 244:5
245:8
**today** 15:17,21
16:2 18:19
20:16 30:17
32:5,11,20
38:20 40:12
50:12,23 54:17
75:22 77:7
93:23 111:7
121:14 133:5
164:7 170:7
173:7 208:12
216:20 217:2
222:9 249:3
252:24
**toglia** 50:16
**told** 20:23 39:3
39:18 40:7
132:9,11,15,18
145:19 156:25
165:18 189:1
204:2 206:9
216:22 242:23
249:9 250:10

252:18 254:25
255:9
**tomblin** 2:17
**top** 13:17 42:12
43:16 203:17
**topa** 180:1,3,4
180:14,17,22
181:3,10 182:4
182:12,14,18
182:25 183:7
184:6,7,10,19
**topics** 187:10
**toplevel** 74:18
**toss** 53:24
**tossed** 57:1
**total** 17:16
33:17 144:20
145:4 184:1
237:25 246:10
**totally** 15:11
**town** 139:6
**track** 16:14,15
16:16,20 20:18
21:7,18 23:19
36:14 47:18,20
47:24 118:8
146:2,23,25
161:18,24
162:9,11 174:7
218:23 220:15
**tracked** 21:23
160:20,24
162:5 163:13
174:19
**tracks** 111:15
**tract** 9:19,25
**trade** 249:25
**trained** 85:24
142:11,13
**training** 42:19
84:9,17 127:9
127:17 131:25
132:3 142:9
218:17 245:13
**trajectory** 197:4
**transcript**

257:14,16
**transcription**
259:4
**transferred**
81:12
**transfusion** 9:15
**transfusionand**
9:23
**transfusioninf...**
9:25
**transobturator**
6:9 190:22
**transvaginally**
142:3
**transverse**
194:10
**traumatized**
228:20
**travel** 88:3,5,22
123:23 124:2,4
125:17,21
129:13 131:15
212:17 226:3
226:10,17
**traveled** 226:11
**traveling** 60:21
123:21
**treat** 142:15,18
142:22 143:6
190:16 191:10
193:8,16
194:16 195:9
196:12,23
198:5 199:9
200:6,23
201:15 202:4
203:15 204:16
206:3,11,16
207:15 209:6
209:18 210:1
210:14 211:16
211:19 212:5
213:3 216:24
217:3 219:22
220:10 221:17
222:14 229:9

229:18 233:19
241:3 243:21
**treated** 143:8
**treating** 188:5
191:4,15
192:20 194:24
195:21 221:25
232:8 235:13
243:19,24
244:10
**treatment** 6:5,9
28:8 35:16
130:1 145:14
155:6 180:10
186:2 188:23
190:13 195:24
202:24 203:19
205:5 206:24
223:16 224:23
228:25 231:25
234:25 238:6
238:10 243:24
**tremendous**
86:3 95:24
207:11
**trial** 6:11 55:10
55:15,16
111:15 117:6
164:14 173:3
176:22 191:8
222:15 236:21
237:17 240:4
**trials** 62:8
151:21 180:9
190:25 205:4
**tried** 70:3 81:9
209:19,25
210:6
**trip** 87:19,22
88:1,7,8,23
89:15,17
**trips** 87:13
124:3 184:3,4
**trocar** 212:17,23
248:13
**trocars** 155:13

232:9
**trouble** 52:19
**true** 171:21
190:24 256:14
**truth** 256:7,8,8
**truthfully** 52:8
136:12
**try** 24:15 56:9
68:25 70:5
125:2 143:18
243:12
**trying** 32:4 39:7
51:3,6,11
53:25 54:2
59:7 66:9 71:1
89:7 96:13,19
100:17 167:14
181:20 245:16
252:19
**tubal** 207:7
**tube** 138:14,16
138:21
**turn** 24:4 37:22
176:3 193:14
203:11 224:3
227:18 237:9
238:16
**tv** 175:18
**tvt** 7:18 8:10,13
10:21 11:10,10
11:17 12:10,13
13:2,20,25
14:8,16 15:9
16:4,9,18,20
17:6,10,16,17
17:21 18:1,10
18:21 19:6,11
19:14 20:2,5,8
20:15,19 22:16
24:9 25:1 28:9
28:9 29:25
30:22 34:19,20
34:23 35:17,17
35:25 36:5
38:12,21 39:12
39:24 40:7,13

| | | | | |
|---|---|---|---|---|
| 40:17,18,22 | 193:7 194:16 | 244:20 245:18 | 210:2,2 220:9 | **unfortunately** |
| 41:1,5,14,15 | 194:16,24 | 245:23 246:5 | 244:15,22 | 124:7 |
| 41:18,20,21,22 | 195:5,9,10,14 | 246:11 247:21 | 245:1,5 | **unique** 7:20 |
| 43:13 46:22 | 195:16,20,23 | 248:4,8 250:21 | **typed** 69:6 | **unit** 93:5 |
| 47:4,7 62:10 | 196:22 197:14 | 251:7,15,24 | **types** 10:18 | **united** 1:1 3:7 |
| 62:14 68:17 | 198:3,17 200:6 | 252:6 253:22 | 139:11 148:4 | 23:24 |
| 85:13 91:25 | 200:16,23 | 254:1,19 | 206:10,15 | **units** 93:3 |
| 97:19 99:5,13 | 201:6,14,19 | **tvto** 17:18 28:9 | 210:22 231:9 | **universe** 145:25 |
| 101:6,12 | 202:4,24 203:7 | 35:18 104:2,4 | | **university** 23:2 |
| 102:13,14,14 | 203:14,16,18 | 127:25 238:4,7 | **U** | 81:12,13 89:12 |
| 104:2,3,4 | 204:1,15 205:5 | 239:13,17 | **u** 1:6 29:8 79:14 | **unmet** 156:13 |
| 106:17,18,19 | 205:9 206:2,23 | **tvts** 41:13,19 | 101:3 104:3 | 156:20 157:9 |
| 107:4 108:3,7 | 207:15,22,23 | 104:2 188:22 | **udi** 47:11 | 157:11 |
| 108:9,11,17,18 | 208:7,12,16,22 | 218:3,8,10 | **uhhuh** 85:17 | **unprolapsed** |
| 112:10,18,22 | 209:3,16,18 | **twice** 39:3 51:10 | 121:1 151:24 | 9:13 |
| 113:4,11,22 | 210:1,14,18,22 | 231:16 239:22 | **uk** 162:16 | **unreliable** |
| 114:1,6,7,12 | 211:2,4,22 | **two** 25:3 51:10 | **ulmstens** 27:11 | 219:13 |
| 127:21 128:19 | 212:5,12 213:2 | 52:13,23 53:14 | 30:5 33:4,8,13 | **unsuccessful** |
| 128:22 129:8 | 213:9,20 214:3 | 57:13 59:4,5 | 33:17 35:11 | 180:15 |
| 130:19 140:14 | 214:8 215:2,6 | 59:23 83:17 | 99:7 134:5 | **unsure** 37:22 |
| 141:10 142:19 | 215:10 216:2 | 87:12 89:1 | 152:22 209:17 | 64:9 76:13 |
| 142:22 143:6,9 | 216:21,24 | 119:16 124:13 | **ulmstens** 28:23 | 88:18,21 |
| 143:22 144:13 | 217:3,8,9,22 | 124:24 125:2,6 | 33:10 | 119:15 136:4 |
| 144:14,17 | 218:2,11,12,18 | 125:9 142:24 | **unable** 81:11,19 | **update** 9:1 |
| 145:10 149:11 | 218:24 219:14 | 145:8 154:16 | **unaware** 34:20 | 116:21 |
| 149:15,15 | 219:22 220:2 | 166:24 174:15 | 165:23 173:13 | **updated** 75:14 |
| 150:4,7,21 | 221:2,16 | 174:20 178:24 | 207:17 | **updating** 117:4 |
| 153:4 154:2,13 | 222:11,15 | 179:2 186:24 | **unclear** 49:25 | **upper** 141:14 |
| 154:14,20,23 | 223:1,5,8,21 | 190:25 210:8 | **undergo** 204:15 | 205:16 |
| 155:10,12,23 | 224:22 227:1 | 226:11,13 | 218:17 | **upyou** 253:25 |
| 156:7,14,22 | 227:20 228:12 | 227:11 239:12 | **underlying** | **ureterolysis** |
| 157:9,13,18 | 228:14,25 | 239:16 | 244:5 | 145:18 |
| 158:13 159:8 | 229:3,13,18,24 | **twoyear** 232:1 | **underneath** | **ureters** 12:3 |
| 162:23 163:3 | 230:2,6,9,12 | **tyler** 2:19 | 156:10 186:11 | **urethra** 12:5 |
| 164:15,20,25 | 230:16 231:12 | **type** 8:17 10:5 | **understand** 7:12 | 155:15 156:11 |
| 165:19 166:3 | 231:19 232:7 | 17:23 18:11 | 16:7 71:4 | 156:12 159:5 |
| 166:13,21 | 233:19 234:1,1 | 30:12 42:14 | 84:20 96:13 | 159:25 186:11 |
| 167:12 169:24 | 234:3,25 | 55:17 69:2 | 130:25 177:18 | 197:4 |
| 170:8,20 171:8 | 235:13 236:13 | 91:16 98:18 | 177:18,24 | **urethral** 10:1 |
| 178:21 179:7 | 236:16,21 | 139:8 142:21 | 212:10 | 146:16,16,17 |
| 180:11 184:15 | 237:5,22 238:3 | 145:4 148:1 | **understanding** | 217:17 |
| 187:18,22,24 | 238:7,12,22 | 167:23 168:1 | 27:21 182:13 | **urgency** 239:24 |
| 188:4,18 189:1 | 239:13,21 | 184:17,23 | **underwent** | **urinary** 5:24 |
| 189:5,11 190:5 | 240:7,12,19,23 | 191:3,6,9,11 | 228:12 | 6:10 8:25 9:19 |
| 190:5,16 191:4 | 241:2 242:6,11 | 191:14,20 | **unfortunate** | 9:25 12:17 |
| 191:6,9 192:19 | 243:3,19 | 193:22 208:11 | 130:22 | 28:8 35:16 |

Michael P. Woods, M.D.

79:19 114:16
142:24 188:24
189:6,7 190:6
190:14,16
191:10,15
192:20 193:8
193:17 194:17
194:25 195:21
195:24 196:12
197:25 198:5
200:7 201:15
202:25 203:15
204:16 205:5
206:11,24
207:16 213:16
222:14 224:23
228:25 229:9
231:25 232:2
235:14
**urine** 158:18
**uro** 118:7
**urodynamic** 6:5
201:22 202:1
**urogyn** 87:9,10
**urogynecologist**
82:14,16 139:3
**urogynecology**
82:9 139:5
**urological**
195:18
**urologist** 143:12
149:8
**urology** 58:1
161:3 191:18
217:13
**usage** 155:7
218:2
**use** 22:15,23
24:12 27:15
29:14,15 30:16
31:19 32:21
33:1 35:20,21
36:2,4,9,15,25
42:21 45:11,16
65:11 91:4
96:6 108:16

111:12 128:15
141:21 142:2
155:23 159:18
169:13 185:20
186:1,7,9,9
188:19,22
189:4 190:5,16
191:4,15
192:20 194:23
196:15,18
203:15 206:11
206:18 209:5
210:1 212:5
213:2,7,13
216:17 228:20
232:8 233:19
241:3 242:7,10
**useful** 195:20
**usefulness**
195:13 237:23
**user** 135:15
196:16,20
209:12 247:21
**uses** 38:12
**usually** 97:16
141:3 145:12
179:14
**utility** 192:19
195:14 196:3
201:19 203:10
209:5 214:8
215:10 234:24
237:7,23
245:23
**utilize** 138:14,21
210:9 215:7
**utilized** 19:4
106:18 110:10
194:16 196:12
206:16 207:4
230:9
**utilizing** 218:19
**uttered** 40:21

---

### V

**v** 1:7,8,9,10,11

1:12,13,14,15
1:16,17,18,19
1:20 2:2,3,4,5
2:6,7,8,9,10,11
2:12,13,14,15
2:16,17,18,19
2:20,21,22,23
2:24 7:14
78:14,24 79:1
79:3,5
**vagina** 12:4
142:23 162:24
**vaginal** 6:5,7
10:2 11:9
94:22 97:5
139:10,12
141:24 146:16
197:13 217:17
224:17 228:19
244:4
**vague** 97:9,13
98:4 101:7
**valid** 180:23
221:15
**validated** 140:25
**validity** 133:14
**valley** 96:23
**valleylab** 94:24
96:8,24
**valleylabs** 96:23
**valpas** 248:25
**vanbuskir** 1:20
**variability**
215:22
**variable** 141:14
**variance** 130:23
**varies** 36:6
**various** 8:22
68:22 99:10
135:14 139:11
194:1 197:25
230:5
**vary** 158:25
**vast** 226:19
**vegas** 123:11
**versus** 10:16

77:24 79:7
255:6
**vesicovaginal**
79:22
**vessels** 12:3
194:9 245:6,9
**vesselsealing**
63:4
**vice** 92:22
**vicryl** 186:4
206:19
**viewed** 174:13
**viewpoint** 74:18
**virginia** 1:1
**visible** 239:19
**visited** 136:2,22
136:25
**visits** 197:2
**vivo** 104:5,15
**void** 224:15
**voiding** 12:19
13:16 35:23
146:15 161:12
161:17 197:9
224:7,10,11,12
243:21
**volume** 135:15
228:9
**vs** 6:9

---

### W

**w** 3:9 256:4,23
**wagstaff** 4:5
**wai** 249:4
**waited** 142:8
**walk** 251:22
**want** 7:16,23 9:5
13:10 20:11
24:12,20 26:19
45:19 65:22
66:6 70:15
81:23 84:15
100:23 112:15
136:16,16
137:11 139:19
140:22 144:16

151:16 161:7
168:13 170:6
170:18 176:7
176:10 197:20
201:9 216:9
228:23 249:23
249:25
**wanted** 62:1
66:12 84:9,20
92:4,5,6
137:25 152:12
169:21 189:17
204:5 221:23
248:12,15
**wants** 192:5
**ward** 162:15
163:8 248:25
**warnings** 12:6
92:19 93:1,7
93:12 94:6,9
100:12
**warranted** 46:8
**washington** 4:12
**wasnt** 29:8 32:6
108:12 148:23
152:7 158:6
166:12,20
170:3 180:19
180:21 185:14
188:6 226:19
**way** 8:23 19:19
31:18 36:14
69:21 84:24
93:11 99:12
101:2 135:17
155:10 205:15
211:15,18
253:18
**ways** 30:14
109:1
**wcllp** 4:7,7
**weaves** 194:1
**webb** 1:12
**website** 152:16
153:17
**weed** 70:3

---

Golkow Technologies, Inc. - 1.877.370.DEPS

| | | | | |
|---|---|---|---|---|
| **week** 38:1,2 | **withdraw** 221:5 | 198:22 202:7 | 83:23 85:7,10 | 190:10 |
| 124:13,25 | 235:10 | 202:13 203:3 | 85:13,15 93:7 | **written** 85:19 |
| 125:3,6 139:1 | **witness** 7:13 | 204:19 205:21 | 97:17 98:13 | 87:2 89:9 90:5 |
| 139:1 249:25 | 13:6 18:17,23 | 206:5 207:2,25 | 130:12 132:10 | 133:2 147:4 |
| **weekends** 125:3 | 19:3 20:12,25 | 209:8 211:8 | 132:12 168:25 | 177:22 |
| **weeks** 54:11 | 21:11,17 23:13 | 213:5,22 | 206:6,20 | **wrong** 252:15 |
| 125:8 141:4 | 25:7 26:13 | 214:10 215:13 | 216:10 227:4 | |
| 186:24 | 28:4 33:8 | 218:14 219:2 | 242:3 | **X** |
| **weight** 42:10 | 39:20 40:2 | 219:17 221:9 | **worked** 35:11 | |
| 180:13 184:18 | 41:8 42:3 | 224:25 225:6 | 57:7 59:5 94:6 | **Y** |
| 184:20 185:3 | 44:15 48:5 | 229:5,15 233:1 | 94:9,17,21 | **yeah** 26:21,24 |
| **welldone** 240:16 | 49:22 51:19,24 | 234:19 235:17 | 97:18 108:4 | 40:6 48:23 |
| **went** 42:19 | 52:2,5,13,21 | 235:23 240:14 | 124:11,19,21 | 50:16 61:14 |
| 58:11,21 80:1 | 55:20 56:18 | 242:14 246:1 | 181:3 184:6,7 | 67:7,8 101:24 |
| 84:7 87:15 | 61:17 64:17 | 249:19 252:6 | 209:12 247:20 | 120:1 148:5 |
| 96:20 103:5,8 | 75:19 78:3 | 257:1 | 255:2 | 185:18 208:2 |
| 121:11 124:18 | 83:12 86:9,17 | **woman** 34:9 | **working** 63:16 | **year** 17:11 29:10 |
| 246:17 247:6 | 90:17 93:19 | 196:18 213:13 | 96:9 118:6 | 58:7 63:23 |
| 248:17 | 94:17 98:3,12 | 239:18,21 | 124:9,17 197:8 | 64:11,18 82:22 |
| **west** 1:1 | 101:9 103:8 | **womans** 197:15 | 197:15 202:8 | 90:25 92:13 |
| **weve** 119:19 | 104:21 106:24 | 199:9 | 250:4 | 120:7 124:16 |
| 149:21 | 110:8 111:1 | **women** 5:24 | **world** 84:11 | 125:7 145:7 |
| **whats** 18:6,9 | 114:1 116:24 | 188:4,24 | 86:2 184:4 | 146:21,22,24 |
| 27:1 48:11 | 117:2 120:24 | 189:12 191:5 | 229:1 | 150:23 151:22 |
| 50:13 55:10 | 122:2,14 126:8 | 191:10 193:17 | **worldwide** | 153:18,24 |
| 98:25 99:25 | 126:12 127:7 | 196:12 197:13 | 154:4,15 | 219:12 225:23 |
| 105:1 115:11 | 128:4 129:24 | 200:9 201:16 | **worried** 97:22 | 226:9,18 238:2 |
| 116:2 120:20 | 135:3 136:18 | 202:5 203:20 | 117:4 | 239:18 |
| 122:20 140:14 | 146:5 148:3 | 204:15 205:6 | **worry** 51:23 | **yearly** 218:25 |
| 155:10 206:14 | 151:9 153:16 | 206:2 219:23 | 116:23 | **years** 19:5 48:1 |
| 217:20 238:20 | 153:23 156:17 | 221:25 237:12 | **wouldnt** 97:23 | 56:21 64:23 |
| 247:2,25 | 157:21 158:15 | 238:1 239:2,12 | 118:14 122:2 | 76:9 81:19 |
| **whatsoever** | 159:3,11 160:2 | 239:16 245:17 | 123:22 125:8 | 92:13 110:13 |
| 219:21 255:6 | 160:9,15 164:2 | **womens** 57:25 | 134:21 144:12 | 110:13 118:3,6 |
| **whereof** 256:20 | 165:3,23 166:6 | 204:24 | 160:10 | 118:15,19,24 |
| **whisner** 2:16 | 167:22 168:9 | **wont** 251:13 | **wound** 9:20 10:3 | 119:1,3,5 |
| **whos** 37:12 | 168:24 169:18 | **woods** 1:23 3:5 | 198:16 199:12 | 121:18 124:16 |
| 76:14 | 170:14 171:10 | 5:14 7:4,10,11 | 199:12,14,17 | 135:15 136:8 |
| **wide** 157:13 | 171:15 173:13 | 52:7 78:14,24 | **wounds** 197:3 | 139:17 140:1 |
| 211:12 | 174:13 177:6 | 79:1,3,5,8 | **wreck** 56:3 | 144:12 145:9 |
| **widely** 194:13 | 178:10 181:6 | 256:6 259:8 | **write** 7:17,23 | 152:20,24 |
| **width** 157:16 | 183:14 186:9 | **word** 81:24 | 8:2 53:24 | 153:1,2,7,9 |
| **willing** 24:14 | 187:16 189:16 | 109:9 128:8 | 66:17 219:11 | 162:19 163:1,4 |
| **wine** 123:19 | 190:19 191:17 | **words** 40:21 | **writing** 8:4 | 163:5 170:15 |
| 173:18 | 193:11 194:19 | **work** 31:24 | 66:21,25 256:9 | 173:3 178:24 |
| **wish** 61:1 | 196:15 197:1 | 54:20 70:16 | **writings** 190:1 | 179:2,10,15,18 |

Michael P. Woods, M.D.

| | | | | |
|---|---|---|---|---|
| 179:22 197:11 | 93:25 94:3,6 | 12:4,5 34:25 | **12cv02952** 1:7 | **14cv29624** 2:24 |
| 201:19 202:7 | 113:8,9,16,21 | 48:8,12 58:2 | **12cv07924** 1:8 | **15** 5:20 6:7 55:1 |
| 204:7,9,9,9 | 120:7 121:14 | 101:14 137:7 | **12cv09765** 1:9 | 57:5 136:7 |
| 207:5 215:21 | 123:1,23 | 138:14,16,21 | **12md02327** 1:3 | 139:5 223:17 |
| 216:4 217:9,23 | 125:14 126:25 | 148:18 172:25 | **12month** 222:25 | 223:20 |
| 222:21 224:9 | 127:21 131:24 | 190:25,25 | **13** 6:4 17:11 | **15minute** 54:5 |
| 226:21 237:13 | 132:3,6 133:18 | 195:12 199:1,1 | 163:3 199:19 | **16** 5:16 6:9 24:3 |
| 238:14 239:8 | 134:10 144:21 | 199:2 200:14 | 199:22 204:9 | 24:5 161:12,17 |
| 247:4,15 249:9 | 147:7,9 157:24 | 201:23 211:12 | **135** 121:25 | 227:14,18 |
| 249:13 250:23 | 173:7,8 175:21 | 223:11 225:18 | **13cv02565** 1:10 | **164** 102:10 |
| 252:1 | 177:19 178:7 | 233:21 244:2 | **13cv02919** 1:11 | 104:7,21 |
| **yesterday** 51:17 | 179:18 189:1 | **10** 5:20,21,22 | **13cv04517** 1:12 | **167** 101:21 |
| 53:9 65:19 | 193:5 201:12 | 20:8 48:6,6 | **13cv04730** 1:13 | **17** 6:11 122:19 |
| **yetthen** 146:17 | 208:12 218:8 | 191:21 193:15 | **13cv07283** 1:14 | 152:19,24 |
| **youd** 10:17 | 222:10 223:20 | 200:13 215:5 | **13cv10150** 1:15 | 153:1,2,9 |
| 32:20 73:21 | 228:4 233:14 | **100** 40:15 50:22 | **13cv11022** 1:16 | 154:11 204:7,9 |
| 120:3 237:9 | 235:2 236:24 | 50:25 53:5,5,6 | **13cv14355** 1:17 | 215:21 236:17 |
| 247:20 | 244:9 246:18 | 54:13,24 66:19 | **13cv14718** 1:18 | 250:23 251:11 |
| **youre** 15:2,12,17 | 246:19 247:3 | 120:4 140:4 | **13cv14799** 1:19 | 251:17,24 |
| 16:1 27:22 | 247:14 249:7,8 | 144:12,21 | **13cv16183** 1:20 | 252:1 253:9 |
| 36:8 52:7 | | **102** 5:15 | **13cv16564** 2:2 | **17year** 215:6 |
| 66:12 67:4 | **Z** | **1020** 4:15 | **13cv17012** 2:3 | 250:12 251:6 |
| 83:21 90:11 | | **10250** 3:10 | **13cv18479** 2:4 | 251:10 252:3 |
| 91:6 92:15,19 | **0** | **105** 3:11 | **13cv22606** 2:5 | 252:16,22 |
| 93:12 94:12,14 | **0** 198:23 200:15 | **1099s** 249:22 | **13cv24393** 2:6 | 253:21 |
| 96:16 98:1 | 224:18 | **10plus** 204:9 | **13cv29260** 2:7 | **18** 228:9 |
| 100:3 122:22 | **000** 16:12 17:16 | **10year** 215:21 | **13cv29918** 2:8 | **187** 5:8 |
| 126:9,10 128:2 | 17:21 33:15 | 217:8 | **13cv31818** 2:9 | **19** 122:18 |
| 135:7 136:10 | 55:11 70:5,8 | **11** 5:21,23 12:24 | **13cv31881** 2:10 | 162:24 163:5 |
| 136:11 162:3,3 | 115:21,25 | 102:1,1 122:15 | **13cv32627** 2:11 | **19034** 4:12 |
| 171:19 179:21 | 117:19 120:4 | 122:18,19 | **14** 5:18 6:5 | **191** 5:22 |
| 211:5 246:22 | 120:17 121:6 | 192:7 247:3,14 | 57:12 201:2,11 | **192** 5:23 |
| 250:20 252:19 | 121:10,25 | 250:11,23 | 217:7 | **196** 5:24 |
| 255:3 | 122:21 134:8 | 253:21 | **1400** 4:15 | **1987** 51:5 |
| **youve** 7:13 | 145:20 154:4,7 | **114th** 84:5 | **14cv09195** 2:12 | **199** 6:4 |
| 12:22,25 14:16 | 154:13,14,17 | **115** 5:16 | **14cv09517** 2:13 | **1990s** 63:3 95:18 |
| 17:6,21 19:24 | 177:20 218:6 | **116** 5:17 | **14cv10640** 2:14 | 97:1 |
| 20:15 21:8 | 222:25 | **119** 5:18 | **14cv12756** 2:15 | **1994** 80:1 |
| 26:8 27:4 | **000plus** 145:24 | **11year** 251:12 | **14cv13023** 2:16 | **1999** 17:13 |
| 34:22 40:21 | **02** 5:16 | 251:18,25 | **14cv14664** 2:17 | 28:19 30:4 |
| 41:4 43:17 | **03** 5:17 | 252:23 253:10 | **14cv16061** 2:18 | 254:19 |
| 53:15 54:24 | **05** 5:18 | **12** 5:16,24 17:11 | **14cv19110** 2:19 | **1s** 150:20 |
| 56:5,20 60:9 | **050396** 105:22 | 56:11,13 137:7 | **14cv22079** 2:20 | |
| 60:10,17 78:1 | **09** 5:19 | 196:7 197:21 | **14cv24911** 2:21 | **2** |
| 87:2,5 88:25 | | **120** 5:19,20 | **14cv24999** 2:22 | **2** 1:3,7,8,9,10,11 |
| 89:4,9 91:8 | **1** | **122** 5:21 | **14cv28620** 2:23 | 1:12,13,14,15 |
| | **1** 5:2,13,17,19 | | | |

Michael P. Woods, M.D.

| | | | | |
|---|---|---|---|---|
| 1:16,17,18,19 | 87:10,11,16 | **29** 137:7 | **48** 5:13 102:1 | 238:3,7 |
| 1:20 2:2,3,4,5 | 161:5 | | | **70** 140:9 |
| 2:6,7,8,9,10,11 | **201** 6:5 | **3** | **5** | **700** 154:4,7,14 |
| 2:12,13,14,15 | **2010** 118:22 | **3** 5:15,17,18 | **5** 1:22 3:2,12 5:3 | 154:17 |
| 2:16,17,18,19 | 121:10,22,25 | 102:20,21 | 5:17 7:1 48:16 | **7011100** 4:6 |
| 2:20,21,22,23 | 122:11,15,17 | 116:12 125:1 | 49:14 116:3,4 | **70s** 204:12 |
| 2:24 5:14,19 | 122:19 124:10 | 144:4,8,18 | 116:8,9 117:9 | **75** 18:12 122:21 |
| 6:1 16:12 | 225:13,20 | 145:11,12 | 125:1 189:8 | 194:8 209:1 |
| 17:16,21 65:1 | **2011** 90:1 122:5 | 146:8,10,13 | 199:3 215:5 | **76** 223:11 |
| 65:2 70:5,8 | 225:20,23 | 148:19 162:18 | 237:20 244:6 | **772** 228:2 |
| 144:8 145:12 | **2012** 89:13 | 190:25 197:24 | **50** 115:21,25 | |
| 145:20,24 | 167:9,12 | 200:11 207:5 | 140:4 170:15 | **8** |
| 146:10,13 | 217:14 225:17 | 224:18 225:9,9 | 207:5 | **8** 5:20,20 120:21 |
| 148:19 174:11 | **2013** 57:3,8,11 | **30** 121:6,10 | **500** 4:11 16:13 | 120:22 176:1,3 |
| 174:11 177:20 | 57:13,18 58:5 | 257:13 | 17:22 218:6 | 200:13 |
| 207:6 218:6 | 58:11 60:14,25 | **300** 4:5 | **510** 182:1,3,17 | **80** 140:9 141:20 |
| 222:25 238:4,6 | 82:22 119:17 | **31** 137:7 162:23 | 182:20 | 205:24 231:17 |
| **20** 55:1 174:11 | 120:9 | **31st** 225:17 | **5131701** 4:12 | 233:7 |
| 259:15 | **2014** 57:4,16,20 | **32** 162:25 | **5131885** 4:12 | **80s** 141:15 |
| **200** 154:13 | 58:1,7,11,16 | **33** 120:17 | **522** 43:1,5,6,10 | 204:10 205:15 |
| **2000** 58:2 | 60:1 | 174:11 222:19 | 43:12 44:2,4,9 | **816** 4:6,6 |
| **2000s** 63:3 95:15 | **2015** 1:22 3:2,12 | **3377** 1:24 | 45:6 | **82** 223:12 |
| 97:1 | 7:1 63:23 | **34** 102:1 163:3 | **5312372** 4:6 | **84** 238:3 |
| **2001** 59:23 | 82:15 192:11 | **35** 48:6 66:22 | **550** 55:6 | **85** 139:5 |
| **2002** 60:5 115:5 | 193:18 256:21 | 223:22 | **56** 190:12 | **86** 238:4 |
| 115:19 116:11 | **20plus** 76:8 | **36** 222:19 | **5672** 1:24 | **877** 1:24 |
| 116:14,22 | **21** 180:7 255:16 | **370** 1:24 | **58** 217:19 | **88** 51:5 |
| 119:14 120:7 | **212** 199:16 | **39** 203:11,13,17 | **591** 1:24 | **89** 201:22 |
| 124:18 125:1 | **22** 163:1 | 205:3,14 225:9 | | 223:10 |
| 154:12,12 | **223** 6:7 | 248:18 254:5 | **6** | |
| **2003** 59:23 | **227** 6:9 | **39157** 4:16 | **6** 5:18 119:20,21 | **9** |
| **2004** 58:1 60:1,7 | **23** 5:21 122:15 | **3i** 199:15 | 161:11 199:1 | **9** 3:12 5:21 |
| 115:6 117:22 | **2327** 1:4 | | 200:11 223:12 | 122:7,8 161:16 |
| 119:12 | **236** 6:11 | **4** | 228:9 | 176:4 199:1 |
| **2006** 154:14,15 | **23rd** 225:13 | **4** 5:3,16 9:15 | **601** 4:16,16 | 223:10 225:12 |
| **2007** 16:19,21 | **246** 5:9 | 55:11 115:12 | **61** 217:14 | **90** 202:2 205:25 |
| 16:22 17:9 | **25** 117:19 163:4 | 115:13 116:8 | **64112** 4:6 | **90s** 140:5,7 |
| 19:13 22:3 | **253** 5:10 | 116:10,11,14 | **65** 5:14 | 141:15 204:10 |
| 23:1,25 82:3 | **256** 5:4 | 199:2,3 201:23 | **650** 55:9 | 205:16 |
| 111:23 112:1 | **257** 5:5 | 224:4,5 255:16 | **6th** 256:21 | **91** 201:23 238:7 |
| 112:16 162:17 | **25th** 53:14,15,19 | **40** 3:12 66:22 | | **917** 1:24 |
| 165:19 213:25 | 54:14,17,25 | **400** 4:11 33:15 | **7** | **93** 201:23 |
| 214:3 254:19 | **26** 5:14 48:6 | 134:8 | **7** 5:4,7,19 56:13 | **94** 238:6,11 |
| **2008** 16:22 | **267** 4:12,12 | **44** 225:9 | 104:1 120:11 | **942** 217:13 |
| 110:12 254:23 | **26year** 221:25 | **440** 190:12 | 120:12 161:12 | **9485711** 4:16 |
| **2009** 8:25 82:4 | 222:6 | **4740** 4:5 | 161:16 190:25 | **95** 141:11 |
| | | | 201:22 215:5 | |

Michael P. Woods, M.D.

237:12,16
238:1
**96** 141:12
**9854500** 4:16