# EXHIBIT E

Page 2

```
1        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2               CHARLESTON DIVISION
3
   IN RE: ETHICON, INC.,        Master File No.
4  PELVIC REPAIR SYSTEM         2:12-MD-02327
   PRODUCTS LIABILITY LITIGATION   MDL No. 2327
5
              JOSEPH R. GOODWIN
6  Consolidated Trial      U.S. DISTRICT JUDGE
   Mullins, et al. v. Ethicon, Inc., et al.
7  Case No. 2:12-cv-02952
   - - - - - - - - - - - - - -
8  Debra Daniel, et al.    Case No. 2:13-cv-02565
   v.
9  Ethicon, Inc., et al.
10
11      TELEPHONIC DEPOSITION OF MICHAEL WOODS,
12 M.D., taken before Chelsey A. Horak, Court Reporter,
13 General Notary Public within and for the State of
14 Nebraska, beginning at 9:03 a.m., on July 28, 2016,
15 at Regus, 1299 Farnam Street, Suite 300, Omaha,
16 Nebraska.
17
18
19
20
21
22
23
24
```

```
1        A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
   GREGORY D. BROWN, ESQUIRE (via telephone)
3  FLEMING NOLEN JEZ, L.L.P.
   2800 Post Oak Boulevard, Suite 4000
4  Houston, Texas 77056
   (866)977-6671
5  gbrown@fleming-law.com
6  FOR THE DEFENDANTS:
   PAUL S. ROSENBLATT, ESQUIRE
7  BUTLER SNOW LLP
   1020 Highland Colony Parkway, Suite 1400
8  Ridgeland, Mississippi 39157
   (601)948-5711 FAX(601)985-4500
9  paul.rosenblatt@butlersnow.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
1          I N D E X
2  CASE CAPTION ........................... Page    1
   APPEARANCES ............................ Page    2
3  INDEX .................................. Page    3
   TESTIMONY .............................. Page    4
4  REPORTER CERTIFICATE ................... Page   96
5  DIRECT EXAMINATION:
      By Mr. Brown ...................... Page    4
6
   CROSS-EXAMINATION:
7     By Mr. Rosenblatt ................ Page   82
8  REDIRECT EXAMINATION:
      By Mr. Brown ...................... Page   94
9
10         E X H I B I T S
11 EXHIBIT NO.                    MARKED
12 1.  CASE SPECIFIC REPORT, MS. DANIEL ........... 5
13 2.  MICHAEL WOODS, M.D., IME NOTES ............ 6
14 3.  MEDICAL RECORDS .......................... 84
15 4.  EXPERT REPORT OF MICHAEL WOODS, M.D. ...... 93
16 5.  FLASH DRIVE ** ........................... 95
17
18 **  Retained by Defense Counsel, Paul Rosenblatt
19
20
21
22
23
24
```

Page 4

```
1       (Whereupon, the following proceedings were
2  had, to-wit:)
3       MICHAEL WOODS, M.D.,
4       having been first duly sworn,
5     was examined and testified as follows:
6          DIRECT EXAMINATION
7  BY MR. BROWN:
8     Q.  Good morning, Dr. Woods.  My name is Greg
9  Brown, and I represent the plaintiff, Debra Daniel.
10      Do you understand that I'm going to be
11 asking some case-specific questions regarding her
12 case this morning?
13    A.  Yes, I do.
14    Q.  Okay.  Thank you.
15      If you have -- do you have your report in
16 front of you?
17    A.  The case-specific report --
18    Q.  That's correct.
19    A.  -- or the IME?
20      The case-specific report, yes, I do, sir.
21    Q.  Okay.  Thank you.
22      And let's go ahead and mark your
23 case-specific report for Debra Daniel as Exhibit 1,
24 if you don't mind.
```

Michael Woods, M.D.

Page 5

1     Sir, if you'll turn to -- I believe
2  it's -- I think it's Page 9 of your report.  I note
3  that -- it looks like this report is dated -- it
4  looks like June 15, 2015; is that correct?
5        MR. ROSENBLATT:  Have her mark it.
6        THE WITNESS:  One second.  I'm having
7  her mark that.
8        MR. BROWN:  Okay.  Sure.
9        (Exhibit No. 1
10        marked for identification.)
11        THE WITNESS:  I'm now flipping
12  through.  And, yes, it is, June 15, 2016.
13  BY MR. BROWN:
14     Q.  Okay.  And my understanding is that you
15  had the chance to conduct an IME, or independent
16  medical exam, on -- it looks like -- my
17  understanding is it was June 29, 2016?
18     A.  That is correct.
19     Q.  All right.  Can we go ahead and mark
20  the -- you do have a copy of your IME notes?
21     A.  Yes, sir, I do.
22     Q.  Let's go ahead and mark that as Exhibit 2,
23  please.
24

Page 6

1        (Exhibit No. 2
2        marked for identification.)
3  BY MR. BROWN:
4     Q.  Since you have had the chance to conduct
5  the IME on Ms. Daniel, have any of your opinions
6  from your June 15 report changed in any way?
7     A.  No, they have not.
8     Q.  Okay.
9        All right.  So if you'll turn back to
10  Exhibit 1.  I'll ask you about the IME in a bit, but
11  I want to focus on your report for right now.
12        And I'd like to turn your attention to the
13  first page.  Are you with me?
14     A.  Yes, sir.
15     Q.  Okay.  And you write that this is a
16  summary of the medical records and deposition of
17  Debra Daniel that were provided to me to review and
18  offer a medical opinion concerning her claims of
19  dyspareunia, pelvic pain, and voiding dysfunction
20  that she claims are due to TVT retropubic placement
21  and subsequent complication.
22        I understand that you had performed a
23  differential diagnosis in Ms. Daniels case when
24  forming your opinions; is that correct?

Page 7

1     A.  That is correct.
2     Q.  And what do you define a differential
3  diagnosis as, to begin?
4     A.  A differential diagnosis would be various
5  plausible causes of her conditions from a medical
6  standpoint.
7     Q.  Would you agree that to do a differential
8  diagnosis, you need to first rule in possible causes
9  of a condition?
10     A.  I believe you need to look at possible
11  causes and then go through a process to try and best
12  process what would be the most likely causes of the
13  condition, yes.
14     Q.  So you would agree that you'd rule in
15  potential causes and then subsequently rule out
16  potential causes?
17     A.  Correct.
18     Q.  Okay.  So my first question is:  Did you
19  perform a broad differential diagnosis for the
20  totality of her alleged complications, or did you
21  break each one down as a separate differential
22  diagnosis?
23     A.  Each area can have overlap, so you may
24  have in one area a potential and also in another

Page 8

1  area.  You try to break them down, but there's
2  oftentimes overlap.
3     Q.  All right.  Well, let me break down the
4  complications that we see here in your report.
5        With respect to Debra Daniel's
6  dyspareunia, what did you rule in as potential
7  causes of this complication?
8     A.  So what I'm going to do is refer to my
9  case-specific report.  And under the dyspareunia
10  section, she had had dyspareunia documented as far
11  back as 1997.  After a pelvic reconstruction, which
12  included a hysterectomy and retropubic TVT, she had
13  had -- attempted intercourse about three times and
14  experienced pain with each attempt.  And so with
15  that, you're looking at what could be the potential
16  causes of postoperative pain with intercourse.
17        Also, the patient had stated at that time
18  that her husband had become significantly disabled
19  by his COPD and really was unable to have
20  intercourse, and this was stated at the IME also.
21        So in looking at the potential causes of
22  this, I would have to, one, look at is she
23  menopausal or not, because we know that as women age
24  and become menopausal, dyspareunia becomes a

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Woods, M.D.

Page 9

1  significant problem.
2       And we also know from studies from Weber
3  and Francis, the Maher Cochrane reviews, and also
4  ACOG -- I believe it's Committee Opinion 118, but
5  I'm not positive on that -- that the incidence of
6  dyspareunia is not uncommon, and it also is not
7  uncommon after a hysterectomy with anterior and
8  posterior colporrhaphy.
9       The patient is postmenopausal, and also in
10 her history, she was noted to have adhesions at the
11 top of the vagina at the time of her abdominal
12 sacral colpopexy, and it's felt that adhesion may
13 cause dyspareunia.
14      On my examination and also on examinations
15 from the plaintiffs, we did discover that she had
16 definite tenderness at the vaginal apex.  And on my
17 IME, what I did is I start off looking at possible
18 areas that can cause pain with intercourse, because
19 pain with intercourse can be insertional, it can be
20 deep, and hers was described as deep.
21      So the first thing you do on the IME is I
22 will have the patient walk and see if there's a gait
23 dysfunction, could they have a shortened leg.  I
24 will do a soft-touch and pinprick exam of the

Page 10

1  perineum.  I then will place one finger inside the
2  vagina and check the muscle tone and if there is
3  discomfort at the muscles of the opening of the
4  vagina.
5       And in each of these with the patient,
6  before we get started, I tell them -- whether it is
7  an IME or a routine patient I see that has pelvic
8  pain -- that my goal is to find out where the pain
9  is coming from, and you need to tell me.  And so
10 what I will do is I will ask the patient, "Does this
11 hurt?  Is this uncomfortable?  Also, does this
12 replicate your pain," because sometimes, when you
13 palpate, they may be uncomfortable, but that's not
14 their pain and is more pressure from the exam.
15      So what I do is I go from the outside in.
16 I look at the skin.  Is it very thinned out from
17 being postmenopausal?  Can there be skin conditions
18 that are associated with dyspareunia, such as lichen
19 sclerosus or other dermatologic conditions.
20      I then exam the hymenal area to check the
21 glands -- we call this the vestibule -- to see if
22 they're inflamed, and I will take a Q-Tip, and I
23 will touch these areas if there's any erythema and
24 ask, "Is that your pain, and does it replicate your

Page 11

1  pain?"
2       After I pass the introital muscles, I then
3  push over the rectum making sure that there isn't
4  tenderness there that may indicate, especially in an
5  older patient, possibility of diverticular disease
6  or bowel inflammation.
7       I then go to the sacrospinous ligament,
8  and I push on each side -- or each one of the
9  ligaments seeing if that elicits pain, because if
10 there's a tendinitis, that can replicate their pain.
11 And each time I'm trying -- and I'm asking the
12 patient, "Is this your pain?  Does it replicate your
13 pain," and continue that process.
14      At that point, I then check under the
15 urethra to see if there is pain there that could
16 indicate a diverticulum or urethral problems or even
17 urethritis. I then gently palpate the bladder, and
18 at this point, I'm looking for pain such as painful
19 bladder syndrome or trigonitis or bladder etiology.
20      I then go deeper -- in her case, she's had
21 a hysterectomy -- and I will gently touch the very
22 lateral or side aspects of the vaginal cuff and
23 apply pressure and see if that elicits their pain.
24 I then will do a deeper exam trying to check the

Page 12

1  anexa [phonetic], and then if they're not having
2  pain at that point, applying general pressure to the
3  top of the vagina.
4       At that point, I then do a speculum exam
5  and note if there's atrophy, what the vaginal
6  supports are, but I also will take a Q-Tip and
7  recheck areas, especially if there was any
8  tenderness.
9       Specifically on her IME, she was tender on
10 the right side.  And when I asked her at that point,
11 "Does this replicate your pain," she said, "Yes."
12      "Does it replicate your pain that you
13 remember from intercourse?"  She said, "Yes."
14      So on placing the Q-Tip -- on gentle
15 placement of the Q-Tip in that area, I just did
16 gentle pressure, and she said, "That is my pain,"
17 and that's how I did on the differential there on
18 trying to figure out the location of the pain.
19      So what I'm looking at is bladder
20 etiology, muscle etiology, tendons, rectal,
21 hypersensitivity, and I try to go the length of the
22 vagina with the idea of trying to figure out exactly
23 where the pain is coming from.
24      Q.  All right.  Well, you said, obviously, a

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Woods, M.D.

Page 13

1  pretty decent amount.  I just want to break a few
2  things down.
3          With respect to her menopause, do you have
4  any objective finding or did you see any objective
5  finding in Ms. Daniel's medical records that
6  indicate the fact that she's menopausal would be
7  contributing to her dyspareunia?
8      A.   The fact that she was menopausal and also
9  was noted to have agglutination of the labia,
10  suspicious for lichen sclerosus, that was a concern.
11  And that was from, actually, Dr. Carey's exam.
12          And on my examination, she was very
13  significantly atrophic.  The speculum I had to use,
14  something that we'll call a virginal speculum --
15  it's a small Pederson speculum -- just because the
16  tissues were so easily friable, so very, very
17  atrophic.
18      Q.   So if I understood you correctly, what
19  you're saying is that she had atrophy as a result of
20  menopause, which then, in turn, is contributing to
21  her dyspareunia?  Is that what you're -- is that a
22  fair summation of your opinion?
23      A.   That is very well documented in the
24  literature and even on -- from American College of

Page 14

1  Obstetrics and Gynecology bulletins, yes.
2      Q.   Well, I appreciate about the general
3  literature, but I'm asking about Ms. Daniel's
4  specific case.
5          Is your opinion that the fact that she is
6  menopausal and has atrophy, is that what you believe
7  is a contributing factor to her dyspareunia?
8      A.   Not only just the atrophy, but the atrophy
9  indicates that in a prolonged menopausal state, the
10  connective tissue changes composition over time, the
11  blood supply to the vagina decreases over time, and
12  also the vaginal ecosystem changes.
13          So the atrophy indicates that you have a
14  significant amount of other changes that are going
15  on within the pelvic floor and the vagina.
16      Q.   All right.  So let me ask you:  I see this
17  part of your report that says it is more likely than
18  not that her anterior/posterior repairs, her pelvic
19  organ prolapse symptoms, her ASC repair, and her
20  vaginal atrophy and pelvic adhesive disease are the
21  more likely causes of her reported of dyspareunia.
22          Have you been able to rule any of the
23  above out as a potential cause of her dyspareunia?
24          MR. ROSENBLATT:  Hey, Greg, do you

Page 15

1  want to tell us what page you were reading from?
2          MR. BROWN:  Yeah.  It's on Page 7.
3  I think he had gone over a lot of that.  It's on
4  Page 7, first paragraph, on his case-specific
5  report.
6          THE WITNESS:  Is that the part,
7  "I also considered tissue ingrowth...," or -- I'm
8  not -- which paragraph is it, please?
9  BY MR. BROWN:
10      Q.   Well, it's the first paragraph --
11      A.   Okay.
12      Q.   -- but it's the part where you're reading
13  on the dyspareunia section of your differential
14  diagnosis.  And I'm asking on the -- it looks like
15  the next -- it's on, I think, the next to last
16  sentence in the first paragraph on Page 7.
17      A.   Okay.
18      Q.   Are you with me?
19      A.   Yes, "I believe to a reasonable degree of
20  medical certainty..."  So --
21      Q.   No, no, no.  It's actually the one after
22  that.  It says, "It is more likely than not..."
23  Okay.  Well, I see what you're saying.  Okay.
24      A.   So it is more likely than not that her

Page 16

1  anterior and posterior repairs, which according to
2  the literature have over -- can have over a
3  20 percent incidence of dyspareunia, would more
4  likely than not be the cause of her pain.  Also with
5  the vaginal atrophy and the incidence of dyspareunia
6  just with aging increasing significantly that we
7  feel is due to atrophic changes, changes in the
8  composition of the connective tissue, also can
9  attribute to her dyspareunia, which she has both.
10          We also with the A and P repair and when
11  she was noted to have vaginal shortening, this is
12  common with A and P repairs.  So each of these areas
13  increased the incidence of dyspareunia, and her
14  dyspareunia was described as deep.
15          And for me, when I was doing my
16  examination, where she said it exactly replicated
17  her pain was at the vaginal cuff, which is a
18  significant distance from where the TVT was placed,
19  and she really was not tender, and any palpation
20  underneath the urethra or to the vaginal side wall,
21  which would be the trajectory of the TVT, did not
22  elicit or replicate the pain that she was
23  complaining of.
24      Q.   I understand, but what I'm asking is:

Michael Woods, M.D.

Page 17

1  With this list of, you know, potential causes here,
2  have you been able to rule any of these out as a
3  potential cause of her dyspareunia?
4      A.  I believe that she had lysis of adhesions
5  at the time of her abdominal sacral colpopexy.
6          However, she did not really have
7  intercourse after that, so it would have been nice
8  if I would have been able to say it persisted or not
9  from this because the lysis adhesions may or may not
10  have helped.
11         So I could not rule out the lysis of
12  adhesions as either a factor or not a factor in this
13  case.
14     Q.  Okay.  Well, have you been able to --
15  aside from the lysis of adhesions, on this list of
16  conditions in your report, have you been able to
17  rule any of these other conditions out as a
18  potential cause of her dyspareunia?
19     A.  On the general atrophy, she was not tender
20  at the introitus.  However, the introitus, due to
21  atrophy, was small, but she was not tender along the
22  skin on examination.
23         So the external atrophy, I do not feel,
24  because it was not insertional, was a cause.

Page 18

1  However, the internal atrophy and the shortening of
2  the vagina, I could not exclude.
3      Q.  Okay.  Let me ask you:  When you're saying
4  it's more likely than not that these conditions are
5  the cause of her dyspareunia when compared to the
6  TVT, have you ruled out the TVT as a potential cause
7  of Ms. Daniel's dyspareunia completely, or is it
8  just less of a possibility than this list?
9      A.  I believe on my exam I could not replicate
10  her pain anywhere along the TVT site or even in the
11  upper third of the vagina, and with that in mind, I
12  feel that the TVT was not the cause of the
13  dyspareunia.
14     Q.  So is it fair to say you ruled out the TVT
15  as the cause of Ms. Daniel's dyspareunia completely?
16     A.  Yes.
17     Q.  All right.  Let me turn to the next part
18  of your differential diagnosis.  Did you -- and
19  you'll have to direct me to -- if you want to refer
20  to your report.
21         With respect to Ms. Daniel's pelvic pain,
22  tell me what you ruled in as potential causes of her
23  pelvic pain in your differential diagnosis.
24     A.  In my differential diagnosis -- in

Page 19

1  one moment here, I'm going to be going -- in my
2  differential diagnosis with the pelvic pain, again,
3  we're going to be looking at her surgery.  I also
4  would have to consider does she have back injuries,
5  does she have a gait defect, does she have
6  hypertonic muscles, is there a history of sexual
7  abuse or rape, also is there a history of
8  endometriosis, chronic bladder pain.
9      Q.  Well, and you're talking about a general
10  differential diagnosis for a cause of pelvic pain,
11  right?
12     A.  Correct.
13     Q.  I'm asking more specifically for Debra
14  Daniel.  Did you have objective findings in her
15  medical records of any of what you just talked
16  about?
17     A.  Again, on the IME from Dr. Carey, she
18  specifically pointed to the cuff tenderness, and,
19  again, on my exam, that cuff tenderness exactly
20  replicated her pain.
21         So with that in mind, I am looking at the
22  vaginal apex, and so she's had an apical suspension,
23  she has had a uterosacral colposuspension, along
24  with the anterior repair, and with these, the

Page 20

1  incidence of dyspareunia is significantly higher.
2  Also, we do see pelvic pain.
3          It would have been nice if I would have
4  been able to do such as a trigger-point injection to
5  that area to see if that helped, but that was not
6  done.
7          But on palpation of that area, that
8  replicated not only her dyspareunia, but her pelvic
9  pain, and she said it exactly replicated, so the
10  problem is arising at that vaginal cuff on that
11  right side.
12     Q.  Okay.  So fair to say that, you know,
13  during your IME -- and that was after the report --
14  you were able to, as you say, replicate her pain,
15  and you observed some cuff tenderness.
16         What I'm asking is:  For Ms. Daniel's
17  case-specific case, did you see a variety of things
18  in her medical records as potential causes of her
19  pelvic pain?
20     A.  In her history of -- and I'm going to be
21  referring to Page 1 -- and, by the way, there's a
22  typographical error on there.  It should say "with a
23  past medical history of Raynaud's disease," not
24  "over announce disease," so I apologize on that.

Michael Woods, M.D.

Page 21

1    Q.   Okay.  So is that a potential cause of her
2  pelvic pain?
3    A.   No, I do not believe so.  I just noticed
4  that typo there.
5    Q.   Okay.
6    A.   She does have a history of irritable bowel
7  syndrome, which can definitely be a cause of pelvic
8  pain.  She did have the atrophic vaginitis
9  documented, and she had had dyspareunia in the past.
10    So as we're looking at all this, she's had
11  some of these concerns.  She's also had some back
12  complaints.  And she -- such as in 2007, on the
13  bottom of Page 2, she had low back pain, urine was
14  negative, and she was given ibuprofen.
15    She has a history of working in the
16  construction industry doing a lot of heavy lifting,
17  and, you know, so I have to consider is the idea --
18  is there back problems and things along those lines.
19  And then --
20    Q.   So the list you just talked about, the
21  atrophic vaginitis, the irritable bowel syndrome,
22  and then some complaints about lower back pain, were
23  you able to rule any of those conditions out as a
24  potential cause of Ms. Daniel's pelvic pain?

Page 22

1    A.   I believe that the atrophic vaginitis,
2  that is probably not going to be a cause of her
3  pelvic pain.  It may be with the dyspareunia, but
4  not necessarily the pelvic pain.
5    The irritable bowel syndrome can be
6  associated with it, but she was not complaining of
7  any pain at the IME, and I could not replicate that
8  on palpation of the rectum or on rectal exam.
9    I did not do any imaging of her back or
10  anything.  She had presented with back pain also
11  again in 2010, but she was not complaining of back
12  pain at that time.  You can have referred pain from
13  the back to the pelvis, but I did not feel that that
14  was going on at that time.
15    Q.   Let me ask you:  When you remarked that
16  she had a prior history of dyspareunia -- and I'll
17  get to her medical history in a bit, but are you
18  aware of whether that dyspareunia was an episodic
19  bout of dyspareunia, or was it chronic dyspareunia?
20    A.   Actually, at that point, it was episodic,
21  and I believe that that was shortly after she
22  remarried.  I'm trying to find --
23    Q.   It looks to me like on Page 2 of your
24  report, you had -- you remark in December 1997 that

Page 23

1  she had a bout of painful intercourse that had
2  resolved by looks like a week later or so, right?
3    A.   Correct.
4    Q.   Okay.  So aside from that, the findings in
5  1997, did you see any other objective finding of
6  dyspareunia, whether it be episodic or chronic, in
7  her medical records prior to her TVT implant?
8    A.   I believe that was the only time I saw in
9  her medical records that she was complaining of
10  dyspareunia.
11    Q.   Well, let me ask you:  In terms of her
12  dyspareunia and her medical history, would you agree
13  that it's a possibility that in 1997, she had
14  episodic dyspareunia and now has a different more
15  chronic dyspareunia as of today?
16    A.   I believe her dyspareunia is different
17  today.  However, she's not been sexually active for
18  several years now, and so I can't say what
19  dyspareunia she's having today.  I'd have to go by
20  the history because of her husband's medical
21  condition.
22    Q.   Right.
23    All right.  Well, let me turn -- let me
24  return to the differential diagnosis with respect to

Page 24

1  pelvic pain.
2    Have you -- in terms of what is more
3  likely a cause of her pelvic pain -- and you gave me
4  a list of IBS, atrophic vaginitis, and that she had
5  also some back complaints and lower back pain.  In
6  your opinion, are these more likely the cause of her
7  pelvic pain, rather than the TVT?
8    A.   Yes.  And more specifically, with the
9  hysterectomy and pelvic reconstruction, we know that
10  that can be associated with that.  So I'm leaning
11  much more towards the pelvic reconstruction and
12  hysterectomy aspect as definitely a part of it.
13    Q.   Well, have you ruled out the TVT as a
14  cause of Ms. Daniel's pelvic pain completely, or is
15  it that these conditions are more likely a cause?
16    A.   I could not replicate her pain anywhere
17  where the TVT was located.  The origin of her pain
18  is at the very top of the vagina, which is nowhere
19  near the TVT, and it's very point specific.  So more
20  likely than not, the TVT is not the cause, and I
21  have essentially felt very comfortable in ruling
22  that out.
23    Q.   So, in your opinion, a very small
24  possibility that it's a cause, the TVT on her

Michael Woods, M.D.

Page 25

1  pelvic --
2      A.   It's always a possibility.  However, it's
3  a possibility I could have a meteor come in and
4  destroy the room right now.  So it's always a
5  possibility, but very highly unlikely.
6      Q.   All right.  Let me move on to your
7  differential diagnosis with respect to her voiding
8  dysfunction.
9          Tell me what you've ruled in as potential
10  causes of Ms. Daniel's voiding dysfunction in your
11  differential diagnosis.
12      A.   In the differential diagnosis -- and,
13  excuse me, I'm going to look through initially here.
14      Q.   Go ahead.
15      A.   When she had her surgery, she did have
16  urinary retention, which is not uncommon more
17  specifically with A and P repair.  With TVT, you can
18  see it, but in my own personal practice, when I do
19  an A and P repair with either a Burch or a TVT or
20  whatever, there is a higher incidence of urinary
21  retention.  And --
22      Q.   Just -- I'm not trying to interrupt you,
23  but when you say "her surgery," you're talking about
24  her hysterectomy and TVT implant surgery?

Page 26

1      A.   Hysterectomy and A and P repair and the
2  suspensions.  Hysterectomy and A and P repair are
3  very vastly different, complex surgeries, so they --
4  I tend to sit back -- the incidence of urinary
5  retention after a hysterectomy is variable.  In my
6  own personal experience, it's about 1 percent.
7  However, with A and P repair, it is very significant
8  for a day or two and up to about six weeks,
9  depending on if you do, like, a Burch or something
10  like this.
11          So when I'm looking at something
12  along this line, if somebody had a straightforward
13  hysterectomy and had urinary retention after a
14  retropubic TVT, say, I would be leaning much more
15  towards the TVT because we know that's not uncommon.
16          What was interesting specifically with
17  this patient, and she discussed this at the IME, she
18  asked -- because her biggest complaint before her
19  TVT was actually urinary urgency, urinary frequency,
20  and urgency incontinence, and in talking with her
21  and we reviewed over her medical records, she did
22  agree that she would be voiding 14 to 16 times a day
23  and be up a couple times at night.  She said that
24  was her biggest problem.  And then I explained to

Page 27

1  her at that time that the TVT is not designed to
2  treat urgency incontinence.
3          Her next question to me was then why was
4  the TVT done, and I said I'm not Dr. Sze, however
5  you also complained of stress incontinence, and when
6  we do a pelvic reconstruction, if a patient has
7  stress incontinence beforehand, they have a much
8  increased risk of having it worse after the surgery.
9          So on her history -- and I'm not
10  Dr. Sze -- I said I could understand why he would
11  place the TVT, and she then told me, "I've never had
12  anybody explain that to me."
13          And then I asked her, "You're still having
14  the urgency?"
15          And she said, "It's probably worse now
16  than it was before the surgery," and then her
17  follow-up question is was that the TVT.
18          And I did discuss with her that the
19  de novo urgency with any bladder suspension, whether
20  it be Burch, autologous sling, or TVT, can have an
21  increase in de novo urgency.  Some people actually
22  it gets -- the urgency gets better, but that's not
23  an expectation.
24          But also with time and menopause, urgency

Page 28

1  also gets worse, and we discussed actually that in
2  detail, and I actually made some recommendations
3  when she went home on what to ask, some questions of
4  her provider there.
5          So with her urinary symptoms, you have to
6  think is it TVT related, is it her A and P repair
7  related, does it precede the surgery, and also what
8  neurologic evaluation has been done.  I reviewed
9  over with her Dr. Sze's exam and kind of explained
10  it to her.  She said that no one had really
11  explained what the findings were.
12          So we went over it.  We talked about the
13  Q-Tip angle change and that that was a little bit
14  more mobile.  I actually had some drawings of what
15  was provided to her and that that should be what was
16  sent with you.  I'm not an artist by any stretch,
17  but I tried to explain to her what was going on
18  through the drawing so she could understand that.
19          And, you know, she had a positive stress
20  test, and so I explained to her that thought
21  process, and she still said that her biggest problem
22  was the urgency, and she thought that was going to
23  be taken care of.
24          So I'm really hopeful -- when I have a

7 (Pages 25 to 28)

Michael Woods, M.D.

1  patient come in, and even if it's an IME, I'm a
2  doctor first and a patient first, and my goal is to
3  educate the patient. So I'm trying retrospectively
4  to kind of explain this series to her, and she had
5  several questions on that.
6      So at the time of the IME, I then tried to
7  explain to her I was not the surgeon doing it, but
8  what was involved with the hysterectomy and the
9  reconstruction. And, you know, she did have urinary
10  retention postoperatively and then was able to pass
11  a voiding trial and appeared to be better at that
12  point.
13      She did follow up with Dr. Sze, and we
14  reviewed over some of these records. And I
15  specifically had the records out, you know, and I
16  said, "Do you have any questions about this," and if
17  she did, we'd try to answer them.
18      But in going through on the differential
19  of her voiding dysfunction, she did have urgency,
20  frequency, and urgency incontinence before her index
21  surgery, and this definitely persisted afterwards.
22      She then had a recurrence of her prolapse
23  and at that time underwent urodynamic studies, and
24  we went over that. And then she asked that if

1  she -- when the suspension was done, kind of what
2  was done in that, and I went over that with her.
3      But we did go over her cystometrogram and
4  her urodynamics that were on July 10, 2015, so I
5  tried to explain to her what this meant, and it also
6  meant that her bladder at that time emptied slowly.
7      Dr. Shapiro felt that because the top of
8  the vagina was prolapsing down, that the urethra
9  was -- or the bladder neck was getting kinked, and
10  this was probably the reason for the low flow. But
11  her bladder capacity was essentially normal.
12      I then reviewed over with her Dr. Zaslau's
13  on the cystoscopy and that it was reported as
14  normal. And then we went over her postoperative
15  course, and I tried to explain what all was -- what
16  all was there, and I tried to specifically answer
17  any of her questions on that line.
18      When we finished the IME -- I'm in a rural
19  area, and she had to get back up to Omaha, and I
20  drove her back, and her last question with me, it
21  was, "Dr. Woods, did the TVT cause my -- does it
22  cause my pain?"
23      And I looked at her, and I said, "No, it
24  did not. The pain is away from there."

1      And she thanked me. She said, "No one has
2  explained it to me."
3      So with her, I went through the
4  differential diagnosis, in going through the
5  surgery, what happens at the time of surgery, what
6  happens when you have uterosacral suspension. I
7  tried to explain each of these with her, but I
8  also -- and she agreed that she had this urgency and
9  frequency and urge incontinence before the surgery.
10      Her expectations before the index surgery
11  was that it would take care of everything. She
12  didn't understand that there was more than
13  one problem. And also explained why the use of the
14  TVT at that time.
15      I don't have any criticisms of the
16  surgeries or anything else. I just with this
17  patient tried to provide her information from the
18  American College of OB/GYN and also recommended the
19  AUGS Web site, and the NIH to give her some other
20  things to look at.
21      Q. All right. Well, let me ask you this: In
22  terms of what you went over with Ms. Daniel, so if I
23  can understand some of what you just said, as I
24  understand, you believe that she -- it looks like

1  mixed urinary incontinence, which means -- I think
2  what you're saying is she had urge incontinence as
3  well as stress urinary incontinence sort of
4  concurrently at the time that she had the TVT
5  implanted?
6      A. Yes. She had a mixed incontinences with a
7  primary urgency/frequency component.
8      Q. And I think what you're saying is the TVT
9  is designed to treat stress urinary incontinence,
10  but not urge incontinence?
11      A. That is correct.
12      Q. And is what you're saying that Ms. Daniel
13  is continuing to suffer from urge incontinence,
14  rather than stress urinary incontinence, since she
15  had the TVT implanted?
16      A. Her biggest complaint is the urge
17  incontinence, yes. On my exam, I could not -- she
18  did not leak with cough or straining. However, I
19  did not fill the -- I don't do any invasive things
20  and fill the bladder or anything with that. But she
21  said that her bladder was full. I had her cough
22  three times, and she did not leak. So I could not
23  demonstrate a positive cough test on that patient
24  both sitting and standing.

Michael Woods, M.D.

Page 33

1    Q.   So as I understand your opinion, she's
2  continued to suffer from urge incontinence, but not
3  stress urinary incontinence?
4    A.   I could not document the stress urinary
5  incontinence on my exam.
6    Q.   All right.  Let me ask you -- if you'll
7  turn to Page 1 of your report.
8    A.   Yes, sir.
9    Q.   All right.  Let me ask you just a couple
10  things, and I'll just kind of -- you'll have to bear
11  with me on some of my pronunciations.
12        On your second paragraph, you write Debra
13  Daniel is a 57-year-old white female and then her
14  birth date, gravida 3 para 1 with a past medical
15  history of -- and I'm just going to start going
16  through these one by one -- over announce disease --
17    A.   That was Raynaud's disease.  But yes.
18    Q.   I see what you're saying now.  That was
19  the typo.  Got it.
20    A.   Yes, sir.
21    Q.   -- hypothyroidism, depression, anxiety,
22  dyspareunia, abdominal pain -- trichomoniasis, is
23  that how you say it?
24    A.   That is correct, sir.

Page 34

1    Q.   -- yeast vaginitis, constipation,
2  irritable bowel syndrome, hypercholesterolemia,
3  mixed urinary incontinence, cystocele, rectocele,
4  adenomyosis, abnormal uterine bleeding, mixed
5  urinary incontinence, atrophic vaginitis, and
6  splinting with bowel movements.
7        All right.  Let me just ask you about a
8  couple of these that you've listed.  Are these
9  the -- is this sort of just a general medical
10  summary, or did you make this list for a particular
11  reason?
12    A.   This was more of here's what's gone on
13  that's documented in the medical record, so it'd be
14  more like a past medical history.
15    Q.   I see.
16        On just a couple of these, with respect to
17  Ms. Daniel's depression and anxiety, are you going
18  to offer any kind of opinion with respect to her
19  medical -- or for her mental condition?
20    A.   No, I am not.
21    Q.   Okay.  With respect to her -- and we
22  talked about the dyspareunia, about the episodic
23  dyspareunia from '97 and then how her dyspareunia is
24  likely a lot different today.  You would agree with

Page 35

1  that?
2    A.   She hasn't had intercourse because of her
3  husband's medical conditions for several years, but
4  I would pretty much -- she's not sexually active,
5  but I pretty much agree with what you're stating.
6    Q.   Right.  All right.
7        And with respect to her abdominal pain, do
8  you know if her abdominal pain prior to the TVT was
9  episodic or chronic?
10    A.   I believe that she had intermittent
11  episodes of this.
12    Q.   Okay.  Do you think that the intermittent
13  episodes of abdominal pain are contributing to any
14  of her alleged injuries from the TVT as of today?
15    A.   If the -- you know, with irritable bowel
16  syndrome, that can cause abdominal pain.  That was
17  in her history.  Am I saying today that it's a
18  cause?  It's definitely a background noise, but she
19  really wasn't complaining of that at the time of my
20  exam.
21        So I think that that could be a cause for
22  longer-term chronic pain.  I cannot state
23  definitively that that is the case, especially since
24  on my IME, palpation of that right side replicated

Page 36

1  both of her pains.
2    Q.   All right.  With respect to the
3  hypothyroidism, do the think that the hypothyroidism
4  is contributing to any of her injuries she's
5  alleging in this lawsuit today?
6    A.   I do not believe so.
7    Q.   Okay.  What about Raynaud's disease?
8    A.   The Raynaud's disease, that is the -- I'm
9  getting out of an area of expertise.  I'm having to
10  go back to medical school a little bit.
11        That is a vascular disease that can be
12  associated with other vascular problems.  However, I
13  do not feel that her pelvic pain is associated with
14  that.  That would be more extremities.
15    Q.   I see.  Okay.
16        What about her trichomoniasis and yeast
17  vaginitis?
18    A.   The trichomoniasis on that exam was a wet
19  mount, and they didn't -- they felt that she had
20  trichomoniasis, which can be a -- it is a sexually
21  transmitted infection.
22        But I feel that it was treated and
23  cleared, but we don't have any other things in her
24  medical records reporting positive chlamydia or

Michael Woods, M.D.

Page 37

1  anything like this, so I believe that was an
2  episodic episode, and I do not believe it would be
3  contributing.
4      Q.  All right.  What about her constipation?
5      A.  Constipation can cause abdominal pain.
6          In fact, just last night, I was called and
7  have a patient being treated in the hospital by the
8  hospitalist because she has not had a bowel movement
9  in three weeks and having significant abdominal
10  pain.
11         So if somebody is severely constipated --
12  I think all of us have had one child that we've
13  taken to the emergency room thinking that they were
14  having appendicitis and ended up being constipated.
15         So constipation can -- she has -- or she
16  does have constipation problems.  On my exam,
17  palpation over the rectum, and I did not feel hard
18  stool.  I think that that could cause intermittent
19  abdominal pain, but I do not feel it is causing a
20  persistent chronic pain.
21     Q.  Okay.  What about her
22  hypercholesterolemia?
23     A.  Her high cholesterol I don't believe is
24  affecting this.  However, some of the medications

Page 38

1  can cause myalgias.  But I do not feel that the
2  hypercholesterolemia is a cause.
3      Q.  What about the -- we talked about the
4  mixed urinary incontinence earlier.
5          What about the cystocele?
6      A.  This has been -- she had the cystocele
7  before her index surgery, and then she also had a
8  prolapse, and it appears to be addressed.  The cuff
9  is well supported.  We're not seeing the vaginal
10  walls coming down.
11         So the cystocele, per se, I think is no
12  longer a problem.  However, the surgical procedure
13  correcting the cystocele may be a problem, just the
14  postoperative course, basically.
15     Q.  All right.  What about the rectocele?
16     A.  The rectocele, on my examination, I really
17  could not elicit pain posteriorly, and so I do not
18  feel that, one, the rectocele has been addressed,
19  and, two, I could not elicit pain along the rectum
20  at all.
21     Q.  I see.
22         What about adenomyosis?
23     A.  That was a pathology finding, and her
24  hysterectomy was also for very heavy bleeding, and

Page 39

1  adenomyosis can be associated with chronic pain,
2  very heavy bleeding.  It is more of a pathology
3  diagnosis.  And I believe this would explain her
4  abnormal periods that resulted in the hysterectomy.
5      Q.  I see.
6      A.  Because the hysterectomy -- the uterus has
7  been removed, the adenomyosis is no longer present.
8      Q.  I see.
9          All right.  Well, let me ask you:  In
10  terms of -- and then you have kind of a medical
11  chronology of various -- of notable events from her
12  medical records after this, right?
13     A.  Yes, sir.
14     Q.  All right.  And I want to turn your
15  attention -- we talked about the December '97
16  earlier, and I want to turn your attention to the
17  last entry on Page 2.
18         And you write, on September 13, 2007, she
19  was seen with complaints of low back pain, and she
20  also complained of increased urinary frequency and
21  rated her pain a five out of ten severity.  UA was
22  negative.  The patient was prescribed ibuprofen 600
23  milligrams every six hours as needed for the pain.
24         Do you have an understanding of whether

Page 40

1  this was a bout of episodic lower back pain, or was
2  it more of a chronic case of back pain at this
3  point?
4      A.  I believe that this was more of an
5  episodic, and part of the reason I do is that she
6  was prescribed the ibuprofen, which is a
7  nonsteroidal anti-inflammatory, and I believe that
8  that pain -- she may have some underlying things
9  with an exacerbation, but I believe that was more of
10  an acute episode.
11     Q.  All right.  Well, this is about, give or
12  take, almost four years prior to her TVT implant,
13  right?
14     A.  That is correct, sir.
15     Q.  Okay.  So my question is:  With respect
16  to -- she does complain about back pain at this
17  point in 2007.
18         Have you seen anything in her medical
19  records that would indicate as of today her back
20  pain is contributing directly to the dyspareunia,
21  pelvic pain, and voiding dysfunction?
22     A.  I do not recall seeing any imaging that
23  showed any problems or anything else, and she was
24  not complaining of back pain, and I could not elicit

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Woods, M.D.

Page 41

1 back pain on my exam.  So at this point, I would say
2 no.
3     Q.   Okay.  All right.
4          Let me just turn your attention -- you
5 talked about briefly Dr. Sze and the decision to go
6 ahead and implant the TVT for stress urinary
7 incontinence, and that was, from my understanding --
8 I think it was May 16, 2011, correct?
9     A.   I'm flipping through my pages.
10         Yes, sir.
11    Q.   Page 4, right?
12    A.   Well, the May 16 actually was when the
13 hysterectomy was performed.  Her seeing Dr. Sze was
14 March 24, 2011, on Page 3.
15    Q.   Okay.  I guess -- I see.  March 24, right.
16 Okay.  I see.  I just misread the May 16 record.
17 Right.
18         So my question is:  With respect to
19 Dr. Sze -- and you don't disagree with the decision
20 to go ahead and implant the TVT product for stress
21 urinary incontinence, correct?
22    A.   That is correct.
23    Q.   From reviewing his operative report and
24 the medical records associated with the

Page 42

1 implantations, do you have any criticism of
2 Dr. Sze's technique in implanting the TVT product in
3 Ms. Daniel?
4     A.   I did note that he did not make a
5 second incision on placing the TVT, and usually we
6 recommend that, but I do not feel it deviated from
7 any standards.  I cannot complain about that.  It
8 was just something I pointed out.
9     Q.   Well, I mean, it might not, as you say, be
10 a standard-of-care violation, but what I'm asking
11 is:  Did anything -- was there anything about
12 Dr. Sze's surgical technique that you feel is
13 contributing to Ms. Daniel's injuries she's claiming
14 today in her lawsuit?
15    A.   When I look at -- well, I typically do not
16 remove much epithelium when I do an A and P repair.
17 I used to, but I've definitely gotten away from
18 that.  But I'm not going to critique that.  I was
19 not the surgeon present.
20         But my feeling is if you don't have
21 extreme redundancy of tissue, I try to leave as much
22 behind as I can for remolding.  But I do not have
23 any critiques of his technique.
24    Q.   So it's fair to say that there's nothing

Page 43

1 that Dr. Sze did in his implantation surgery that
2 would be contributing to Ms. Daniel's injuries that
3 she's claiming today in her lawsuit?
4         MR. ROSENBLATT:  Object to form.
5         THE WITNESS:  I believe that with a
6 large pelvic reconstruction like this, you need to
7 counsel the patient on the chances of dyspareunia,
8 voiding dysfunction just from the reconstruction and
9 then also discuss with the patient, in doing a TVT,
10 here it is also.
11        So I've reviewed over his informed
12 consent, which I think was adequate.  You know, in
13 talking with the patient, she really, I don't think,
14 had a complete grasp of things because she said,
15 "I've never had anybody explain it to me like this
16 before."
17        So, you know, I'm not going to -- I don't
18 know Dr. Sze, but I just -- the patient, in talking
19 with her and explaining things and how she thanked
20 me for going over this, I'm not sure she understood
21 everything before surgery.
22 BY MR. BROWN:
23    Q.   Well, I mean, I understand about before
24 and consent.

Page 44

1         What I'm asking, though:  Is there any --
2 did you see anything about how Dr. Sze put in the
3 TVT product in Ms. Daniel that you think is causing
4 her alleged injuries of dyspareunia, pelvic pain,
5 and voiding dysfunction?
6     A.   No, sir.
7     Q.   Okay.  And with respect to the
8 hysterectomy performed by -- I think it's
9 Dr. Hochberg --
10    A.   I'm not sure how to pronounce the name,
11 but I'll go with what you say.
12    Q.   Dr. Hochberg, and that's on -- and you
13 noted it occurred, it looks like, May 16, 2011?
14    A.   Yes, sir.
15    Q.   All right.  Do you have any criticism of
16 how Dr. Hochberg performed the hysterectomy for
17 Ms. Daniel?
18    A.   I think he actually supervised it, but the
19 op note, I find no concerns.
20    Q.   So nothing about the hysterectomy
21 technique that you believe is contributing to
22 Ms. Daniel's injuries today?
23    A.   No, sir.
24    Q.   Okay.

11 (Pages 41 to 44)

Michael Woods, M.D.

Page 45

1          MR. BROWN:  All right.  Let's --
2   we've been going about an hour.  Let's take a quick
3   five-minute break.  Okay?
4          THE WITNESS:  All right.
5          (9:59 a.m. - Recess.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 46

1          (At 10:05 a.m., with all parties present
2   as before, the following proceedings were had,
3   to-wit:)
4   BY MR. BROWN:
5      Q.   Doctor, we've been going over Ms. Daniel's
6   medical history before we took a break.  And I'd
7   like to turn your attention to Page 5.
8          In the entry for May 7, 2015, you note
9   that she saw a Dr. Robert, it looks like, Shapiro?
10     A.   Yes, sir.
11     Q.   Okay.  In the last sentence of that
12  paragraph, it states it was noted that she was a
13  good candidate for abdominal sacral colpopexy, and
14  he ordered preoperative urodynamics and cystoscopy
15  before scheduling surgery.
16         Do you have any reason to disagree that
17  she was a good candidate for an abdominal sacral
18  colpopexy?
19     A.   I believe that that is a surgical decision
20  between the physician and the patient.  However, she
21  had had a failed native tissue repair, so I believe
22  this is very appropriate.
23     Q.   Okay.  And then ultimately she, it looks
24  like, actually had the procedure done looks like

Page 47

1   August -- on the next page of your report, it looks
2   like August 5, 2015?
3      A.   Yes, sir.
4      Q.   Okay.  So with respect to the operative
5   findings, I want to ask you about a few of these.
6          And on your August 5, 2015, note in your
7   report, you note the operative findings for Stage 3
8   recurrent apical defect.  Could you explain what
9   that is to the jury?
10     A.   With this -- and I am going to flip back
11  to the note on May 7.  And when you're going down --
12  and it is about two-thirds of the way through the
13  paragraph -- her POPQ exam showed the anterior wall
14  to be well supported.  However, the vaginal cuff
15  came behind the hymen 2 centimeters, as well as
16  point BP plus two.
17         So BP on the POPQ exam is a spot taken
18  above the opening of the vagina that is a standard
19  mark, and this is basically what I would describe --
20  think of a sock that you reach through and grab the
21  toe and you're pulling the toe down, and that toe
22  comes down 2 centimeters beyond the opening of the
23  vagina.  So when it talks about a Grade 3, it means
24  that that presenting part is beyond 2 centimeters

Page 48

1   beyond the opening of the vagina.
2          But how I like to explain to patients when
3   we see this is exactly what I said, just think of a
4   sock, so that way they get a visual.  I try to draw
5   it, but I'm definitely not an artist, and usually I
6   scare the patients when I am drawing.  So I try to
7   explain as best I can and then grab a sock, and I
8   actually show them how it happens.
9      Q.   I see.
10         And then with respect to some of these
11  other things, you noted his operative findings.
12         Can you explain what a bilateral ureteral
13  patency is?
14     A.   Bilateral ureteral patency means that on
15  cystoscopic examination, you're looking at the
16  opening ureters into the bladder, and you see urine
17  squirting out.  We also may give a dye that changes
18  the color, makes it a little easier to see.
19         But that documents that those tubes from
20  the kidney to the bladder are open, and I would have
21  done exactly that same part.  And also Dr. Sze did
22  this also, because with a uterosacral
23  colposuspension, we have to document ureteral
24  patency, because up to 11 percent of the time, you

Michael Woods, M.D.

Page 49

1  can kink a ureter during that procedure, and you
2  have to remove the stitch and replace it.
3        So what that documents is that the tubes
4  from the kidney to the bladder are open.
5        Q.   I see.
6        Let me ask you:  In terms of the August 5
7  entry, it looks like the cystoscopy with bilateral
8  ureteral stent placement was done by a Dr. Zaslau,
9  urologist?
10       A.   Yes, sir.
11       Q.   Any criticism of his technique from
12  reviewing the operative report and surgical record?
13       A.   Not at all.
14       Q.   Okay.  And, Doctor, I want to kind of move
15  on to the opinions part of your report, which I
16  think starts on Page 6 that we're on.  And we've
17  talked about, you know, the differential diagnosis
18  earlier, so I'm trying not to go over that kind of
19  ground again.
20       So if you'll turn to Page 7.  What I want
21  to start with is -- we've talked also about the
22  voiding dysfunction and the dyspareunia earlier, so
23  I kind of want to start with this paragraph that
24  says, "I also consider tissue in growth..."  Do you

Page 50

1  see -- are you with me?
2        A.   Yes, sir.
3        Q.   Okay.  You write I also consider tissue in
4  growth into the mid-urethral sling mesh, mesh
5  contracture, scarring, polypropylene particle
6  migration, particle loss, roping, curling, fraying,
7  and degradation of the mesh.
8        You write such claims lack any reliable
9  support based on the hundreds of clinical studies
10  evaluating thousands of women with TVT, as well as
11  the Level 1 RCTs, meta analyses, systematic reviews,
12  and position statements.
13       So with respect to these conditions that
14  you list in the first paragraph, have you ruled them
15  out completely, or are they just small
16  possibilities?
17       A.   These -- you're talking about the mesh
18  contracture, et cetera; is that --
19       Q.   Right.  Right.
20       A.   I do not feel in the literature that this
21  is supported, and so I'm having to base those
22  opinions on the highest grade of evidence available
23  to me.
24       And I'm aware of some of the studies and

Page 51

1  some of the concerns, but when I'm talking with a
2  patient or when I'm looking at this, what is the
3  best evidence available to look at.  When I look at
4  expert opinion, that's the lowest grade.  You know,
5  to me, kind of show me what's out there.
6        And I feel with this that when we look at,
7  say, particle loss, that you have the Periante
8  [phonetic] study, but that is a benchtop study that
9  is designed to distort the mesh material, and that
10  is not intended for use.  And when I pull up a
11  PubMed search or something, I really can't find
12  anything.  And so when I look at that, I have to
13  look at it a little bit askew.
14       Also going into the corporate documents
15  where they specifically looked in their submission
16  to the FDA on particle -- I believe it was in
17  rabbits, but I'm not absolutely positive.  But they
18  actually specifically looked for particles, and they
19  didn't find them.  Now, that's an animal study, but
20  I really don't have a good grade to look at beyond
21  this.
22       And so with the FDA looking at this and
23  requesting this to be looked at and they did a
24  standardized animal study and they didn't find it,

Page 52

1  there just isn't data out there to support that that
2  is causing a problem.
3        Q.   So I guess this is sort of more of a
4  general opinion, and you're kind of applying it to
5  Ms. Daniel's case specific --
6        A.   I believe that I consider this in any
7  patient that -- literally any patient that I would
8  see whether it's in litigation or when they walk in
9  the door.
10       I go over all of these things, and I try
11  to explain them to the patients.  Here's some of the
12  theories that are out there.  Here's what the
13  literature is looking like.  There are areas that we
14  need more research in, but here's what we have
15  available today.  Because when I'm discussing with a
16  patient, I have to present what is available today.
17       Q.   All right.  Well, I'm not here to
18  generally go over your general opinions on TVT.
19       But I do want to ask:  Just on these lists
20  you put in for Ms. Daniel's case-specific report,
21  have you ever concluded that mesh contracture was
22  contributing to an injury in either one of your
23  patients or a case you've testified in?
24       A.   I have not testified that mesh contracture

13 (Pages 49 to 52)

Michael Woods, M.D.

Page 53

1  has caused pain.  I have looked at ultrasounds, the
2  deep study, also the low study looking at
3  ultrasounds and the mesh, does it contract and does
4  it shrink, and those studies do not indicate that
5  the Prolene polypropylene meshes contract or
6  retract.
7        The other thing is that when we look at
8  longer-term data in studies on retropubic TVT,
9  because that's the most studied, if we were looking
10  at mesh contracture, we would be seeing an increased
11  incidence over time of obstruction or voiding
12  dysfunction, and we just aren't seeing that.  And so
13  with that in mind, I feel that mesh contracture
14  would not be leading to her voiding dysfunction.
15        Scarring -- when I look at any type of
16  surgery, scarring can be present, and on this,
17  scarring around any implant, I did not feel that
18  there was any tenderness in this area, and I just
19  don't feel that scarring was eliciting anything
20  along those lines.  On palpation of the trajectory
21  of the mesh, I did not feel banding.
22        Curling, as I'm aware of it, is when the
23  sling is stretched beyond its normal capacity
24  looking at the edges to see if they curl on end.

Page 54

1  Again, that's not the intended use, and I would
2  not -- I believe that that would have to be
3  something that is explanted, and then there may be
4  controversy on what's fraying and what's curling.
5        So when I look specifically at TVT and
6  then taking it now down to this case, more likely
7  than not, I do not feel that any of these are
8  causing her pain.
9     Q.  Well, I understand about you don't feel
10  that these are causing Ms. Daniel's pain, but what
11  I'm asking is:  Have you observed in your clinical
12  practice or have you testified in another case
13  observing any of these conditions as a cause of
14  pain?
15     A.  Specifically in litigation, I look at
16  these aspects, I consider them, and I do look at the
17  literature.
18        I do feel that you may have a patient
19  where they do have a point tenderness, whether it is
20  due to tissue in growth into the mesh, which is what
21  it's designed for, you know, in passage of anything,
22  but that could cause a nerve to be irritated.
23        But usually in my examinations, if I have
24  somebody who has a tenderness, it's usually a point

Page 55

1  tenderness, and I then will try to address that
2  issue or do a trigger-point injection to see if the
3  pain goes away and things along this line.
4        So I have seen pain.  I can't say it is
5  caused by the mesh.  And I then look at what is
6  going to be the way to treat it, and the first thing
7  that I always do is conservative therapy.
8     Q.  All right.  Well, if you go down just a
9  little bit below in that paragraph on Page 7, you
10  write the literature does not support contracture of
11  mid-urethral slings, and I'm unaware of any studies
12  in the medical literature that document migration of
13  Prolene polypropylene particles causing clinical
14  problems in patients undergoing mid-urethral sling
15  procedures.
16        So what I'm asking is:  Generally do you
17  believe that there is contracture of mesh with
18  respect to the TVT product?
19     A.  With respect to the TVT product, I then
20  have to look at the ultrasound data, and it's not
21  supported.
22     Q.  Right.  I'm just trying to -- that's just
23  what I'm trying to make clear.
24        You just don't believe that phenomenon

Page 56

1  occurs?
2     A.  I believe it's not supported in the
3  literature, and when I'm educating my patients, I
4  have to go on what's available in the literature.
5  Whether I say something or not, that's -- my
6  patients deserve better than that, and so I have to
7  sit back and say, "Here's some of the things that we
8  look at."
9        And when I do an implant on somebody, I go
10  over each of these preoperatively to try and address
11  any of these issues, and I say, "Here's what the
12  literature says."
13        So the literature doesn't support it, and
14  I can address theory, but I then have to fall back
15  on the literature.
16     Q.  All right.  And if you'll turn to -- it's
17  just the sentence below, and then also you write I
18  am unaware of any literature that shows degradation
19  of Prolene polypropylene occurs in vivo with TVT, or
20  that if it theoretically did occur, that degradation
21  leads to any compromise, clinical significance, or
22  complications from mid-urethral slings.
23        Is it fair to say that you personally
24  haven't concluded that degradation could be a cause

14 (Pages 53 to 56)

Michael Woods, M.D.

Page 57

1 of a woman's pain from a TVT mesh product?
2     A. I believe that when you look at
3 submissions to the FDA, the dog studies that were --
4 the seven-year dog studies from Ethicon on the
5 Prolene mesh or the Prolene sutures, that
6 degradation probably doesn't occur.
7     When you look at electromyographs and all,
8 we do know that formalin fixation with protein can
9 cause a proteinaceous coat around there, but the
10 Ong study that's going to be presented at IUGA in
11 August and also run the basic science paper, they
12 showed how when you take a polypropylene mesh and
13 sequentially clean it, that it remains pristine.
14     And the original study looking at formalin
15 and proteins and meshes actually occurred in 1948.
16 And so when these theories were being espoused, I
17 took a course in electron microscopy in college --
18 so it was a long time ago -- and I used to do IR a
19 long time ago, and something in the back of my mind
20 wasn't clicking. And then with the Tim report on
21 looking at the plaintiffs' allegations actually
22 brought some clarity. It's one of these question
23 marks you have.
24     And so as I look at this and I look at

Page 58

1 degradation and these things, how much of that truly
2 is artifact, because if a specimen is in formalin
3 before it's processed, it adds something in the
4 processing that would not be in vivo.
5     So the short answer is I'm not convinced
6 that degradation occurs, and in the dog study, there
7 were a couple areas that may have had minimal
8 degradation, but did not -- it was considered very
9 minimal. And then on multiple people in the dog
10 study, they stated at the end no degradation of the
11 Prolene suture noted.
12     So there's some controversy in who wrote
13 what. You had multiple people doing things. But
14 the reality is back in the '80s and then going all
15 the way back to the '40s, it just doesn't look like
16 we're seeing this problem. And we do know that if
17 something is in formalin, it creates a proteinaceous
18 binding, an organic binding, that can affect the
19 electron microscopy and affect these things.
20     So right now I'm not convinced that
21 degradation is a concern.
22     Q. All right. And that's just both in
23 your -- that's sort of both your general opinion and
24 then the opinion in Ms. Daniel's case, that

Page 59

1 degradation isn't a concern; is that right?
2     A. I have looked at it. It's part of my
3 differential. But I do not feel in either of these
4 sections that that is the case.
5     Q. All right. Now we're on Page 8 of your
6 report, and I think this sort of dovetails what
7 you've talked about.
8     And if you look at the second sentence, it
9 says the limited and recent data suggesting that
10 Prolene polypropylene degrades is unreliable and
11 fails to demonstrate any objective verification of
12 degradation. And then it looks like these are the
13 actual studies that you find are unreliable?
14     A. In looking specifically at the Clave
15 study, they took 100 samples, but all of these were
16 formalin fixed. So, again, going back to 1948,
17 these are formalin-fixed studies, and the cleaning
18 process is very difficult.
19     So when I look specifically at that study,
20 I have to discount that there may be either an
21 unintended bias or there's a processing error. And
22 I think that when we compare this and then look at
23 the basic science that Ong is presenting in August
24 at IUGA, I think it will explain those differences.

Page 60

1     And, to me, I had to go back to college
2 and look at things, but it actually is very well
3 documented that if something has the formalin, which
4 is a standard fixative -- that's what we put all our
5 stuff in when we're in the OR -- that it does affect
6 what the material will look like.
7     Q. Okay. If you move onto your report,
8 there's -- a couple of sentences down, you write I
9 am aware of the animal studies that plaintiffs'
10 experts rely on, but I do not consider that
11 literature to be a reliable assessment of whether
12 TVT shrinks or contracts in vivo because we have
13 more reliable data that has actually studied the
14 product at issue, TVT in women, not dogs or rats.
15     A couple things about that, do you have a
16 general -- well, strike that.
17     Do you believe animal studies are reliable
18 at all with respect to analyzing whether TVT shrinks
19 or contracts?
20     A. I believe that that is part of the
21 process, but what I have to do is I have to go with
22 the highest grade of literature. And so with that
23 in mind, when we look at, you know, randomized
24 control trials, the meta-analysis, the systemic

Michael Woods, M.D.

Page 61

1  reviews -- and that's considered the best data -- it
2  just doesn't support it.
3        I'm not saying that animal studies are not
4  important, but what I feel very strongly is I have
5  to go to the best literature available.  And there
6  are problems with every type of study and everything
7  else, but I have to -- in educating my patients and
8  in formulating opinions, I have to go with the best
9  data, look at the other stuff, try to look at
10  trends, try to make sense of some of these things.
11        But when it comes down to the bottom line,
12  I have to look at what is the best evidence
13  available.  I don't exclude the other evidence, but
14  I have to look at what is the best evidence.
15     Q.  Right.
16        Well, let me ask you generally -- and when
17  you're talking about plaintiffs' experts, are you
18  talking about the general expert reports for the
19  plaintiffs' experts that they've retained in this
20  litigation?
21     A.  I review over expert reports not only just
22  on the medical aspect, but on the outside whether --
23  I don't understand it all, I'm trying to get an
24  understanding of this very complex issue, and so I'm

Page 62

1  looking at pathologists, I'm looking at electron
2  micrographs, I'm taking extra time to try and figure
3  these out and look at these arguments.
4        Also I'm always asking, if this is for
5  abdominal surgery, is that intended use for TVT, and
6  looking at what the concerns are with, you know,
7  abdominal or hernia repairs, are they the same --
8  are they the same vector forces.  They're placed in
9  different environments.
10        I'm trying to look at all of this, but I
11  have to go back specifically in this case, in the
12  litigation, what is the intended use of the product,
13  what is the intended scenario of the product.  So
14  I'm trying to understand the whole picture, but also
15  I'm coming back to intended use.
16     Q.  Let me ask you generally:  In terms of the
17  experts in this case, for Debra Daniel's case, do
18  you have -- are you going to offer any opinions
19  specifically rebutting one of the plaintiffs'
20  experts?
21     A.  I believe that if the plaintiffs' experts
22  are stating mesh contracture, particle migration in
23  their concerns, that has to be based on evidence,
24  both what is available in the best literature or the

Page 63

1  best studies, and if they think it's more of a
2  conjecture, it's conjecture or it's theory, and on
3  that, I will sit back and say is that supported in
4  the literature.  So in those cases, I may say -- you
5  know, I would opine that it's not supported in the
6  literature, and so --
7     Q.  Well, let me ask just more specifically:
8  Have you -- for Dr. Bruce Rosenzweig, have you read
9  his case-specific report with respect to Debra
10  Daniels?
11     A.  Yes, I have, sir.
12     Q.  All right.  Is there any opinion that you
13  see as of today that you know you're going to offer
14  an opinion criticizing or rebutting from
15  Dr. Rosenzweig's case-specific report?
16     A.  I'm going to find his case-specific
17  report, and I'm going to flip through on this, and
18  now I'm on -- one second.
19        On Page 14, it says as a result of the TVT
20  transvaginal mesh product, including mesh
21  characteristics, discussed subsequent reactions and
22  surgical revisions.  Ms. Daniel has sustained
23  injuries that are most likely permanent in nature
24  with pelvic pain, pressure, and dyspareunia.

Page 64

1        On this, when I did my IME, I could
2  exactly replicate her pain, and it was nowhere near
3  the TVT site, and she agreed that that was an exact
4  replication of the pain.  So with that, I feel that
5  it's not a result of TVT implantation.  It is due to
6  a result of other things.  So more likely than not,
7  it is not, and my exam directly supported that.
8        Then on Paragraph 2, he goes in
9  degradation -- it says here were directly caused by
10  TVT mesh, including degradation of the mesh, chronic
11  inflammation and chronic-formed body reaction, mesh
12  was never meant to be implanted inside the human
13  body, and the mesh was designed to be implanted in
14  the body.
15        And so when he is -- when I see this
16  statement, is it TVT, is it hernia mesh, is it
17  anything that we use in surgery to augment tissue.
18  Loss of pore size with tension, again, TVT, when you
19  pass it, it is -- you pass it under tension that
20  does not distort the sling.
21        When we talk about fibrotic bridging and
22  scar plate formation, the mesh is designed for
23  tissue to grow in, and this is supported in the
24  pathology when we look and find blood vessels,

Michael Woods, M.D.

Page 65

1  et cetera, in there.
2       So I would say these are opinions that do
3  not have great scientific validity in the study
4  area.  And her chronic pain, I feel that we were
5  able to elicit directly with that, and certain
6  procedures may be okay.
7       She really doesn't complain of frequent
8  urinary tract infections.  She does have urinary
9  dysfunction, and this was occurring preoperatively,
10  and I believe -- and I told Ms. Daniel that she
11  would be a candidate for other treatment for her
12  urinary urgency and frequency and urgency
13  incontinence, such as neuromodulation.  I believe
14  that she definitely has options, also Botox or
15  pretibial nerve stimulation.  So I take issue to
16  that.
17       I at this point cannot see that she needs
18  a mesh revision.  I do look at the failure to warn
19  physicians, and I believe on the instructions for
20  use that it is definitely in compliance with federal
21  regulation and that there have been modifications to
22  the IFU from launch to present.
23       But the federal regulation states what is
24  unique to this procedure, and what's unique to TVT

Page 66

1  versus the other ones is going to be mesh erosion,
2  which has been in there all along.  So I would say
3  that when it talks about the instructions for use, I
4  very much disagree with that assumption, and so on
5  that I would disagree.
6       Q.  All right.  Well, let me ask you -- and
7  we'll get to the IFU in a sec.
8       Any other criticisms of Dr. Rosenzweig
9  that you can see that you're going to offer?
10      A.  I believe right at this time -- I may find
11  some, but I'll say at this point, no.
12      Q.  All right.  What about -- have you seen
13  the expert report of Erin Carey --
14      A.  Yes, sir.
15      Q.  -- or Dr. Carey, I should say?
16      A.  Yes, sir.  Expert report, and I believe
17  she also -- no, she didn't do an IME on this one.
18  I think she did do an IME, and we -- actually, she
19  did because she also found that the vaginal cuff was
20  very tender.  Also on her IME, she could not, more
21  likely than not, say that the problems were TVT
22  related.  We're looking for it right now.  I
23  apologize.
24      Q.  Okay.  Well, I'm not -- I'm only asking on

Page 67

1  the case-specific findings for Debra Daniels.
2       A.  Uh-huh.
3       Q.  Do you have any specific criticisms of
4  Dr. Carey's either IME exam or her opinions?
5       A.  Actually, the IME exam I do not have any
6  problem with.  And I'm still trying to find her IME.
7  I apologize.  Give me just a moment.
8       Q.  Go ahead.  Why don't we go off for just a
9  sec while you look for it.
10      A.  Actually, we have just found it.
11      Q.  So we're good.  All right.
12      A.  So on her expert report, many times -- and
13  I'm just going to go through here, and on her expert
14  report -- and I'm on Page 2, she talks about --
15      Q.  Doctor?
16      A.  Go ahead.
17      Q.  I'm not trying to cut you off.
18      I'm not asking about the general opinions.
19  I'm just asking about the case specific for Debra
20  Daniel.
21      A.  Okay.
22      Q.  Go ahead, though.
23      A.  I am going to go to her IME, and she and I
24  very much agreed, except I didn't feel Debra Daniel

Page 68

1  had mild atrophy.  She had significant atrophy on
2  her vaginal exam.
3       And when you look at her plan, she says
4  that Ms. Daniel's primary complaint is de novo
5  voiding dysfunction following the sling implant.
6  That is not in the medical record.  It actually --
7  the patient also stated that it preceded the
8  implant.
9       So as we look at this, this does not agree
10  to the medical records or to what the patient said
11  in our IME.  So on Page 14, Paragraph 2, I am very
12  much in disagreement with this.
13      Q.  Okay.
14      A.  And then on Page 3, she talks about no
15  history of sexual pain prior to her surgery.  We did
16  have that isolated episode.  There's a conflict in
17  the medical record, and I'm going to have to look at
18  my report -- one second -- on this, because in the
19  medical record, she saw a physician, and it was
20  documented she had not had intercourse.
21      And this is on Page 3 of mine,
22  Paragraph 2, January 25, 2010.  The patient
23  presented to the clinic with complaints of an
24  abnormal uterine bleeding, and I'm going to go down

Michael Woods, M.D.

Page 69

1　further.  At that time, it was reported that she had
2　not been sexually active for two years, so that was
3　January 25, 2010.
4　　　　And so it's one of those areas where we
5　have where she's not been sexually active with a
6　husband whose lung capacity is decreasing, and then
7　they're saying that there's no history of sexual
8　pain prior to her surgery.  I'm not sure she was
9　sexually active.
10　　　　In Dr. Rosenzweig's one, he said the
11　patient disagreed with this.  But that's what's in
12　the medical records, so I have a little bit of a
13　problem with being able to say there was no history
14　because we have a history she wasn't sexually
15　active.
16　　　　Now I'm going to go to Paragraph 4.  Mild
17　general atrophy, I felt that it was much more than
18　mild, but I feel that the estrogen, just as she
19　recommended, would be a benefit.  Recalls her pelvic
20　pain, it's difficult for her to describe, and I
21　think that in her differential, including bladder
22　spasms, I feel that that is not an unreasonable
23　expectation.
24　　　　On the IBS, it's in the medical record,

Page 70

1　but I'm not going to disagree with Paragraph 6.
2　Also the sacroiliac joint tenderness I'm not
3　disagreeing with.  I feel that on Paragraph 8 that
4　the lichen sclerosus is definitely a potential, but
5　also very significant atrophy that may just respond
6　to the estrogen.
7　　　　So in her report, the one I'm most
8　concerned about is that this wasn't -- the bladder
9　dysfunction occurred after the procedure, and
10　actually it was present before.
11　　Q.  Okay.  I see.
12　　　　Any other direct disagreements or
13　criticisms at this point in time that you know of?
14　　A.  Specifically on the case?
15　　Q.  Yeah.  I'm just talking about with
16　Dr. Carey.
17　　A.  I have some disagreements with some of her
18　general opinions, but her case-specific findings I
19　am fine with.
20　　Q.  Okay.  All right.
21　　　　Let me turn your attention -- we talked
22　about the -- you brought up earlier about IFU for
23　the TVT, and obviously that stands for instructions
24　for use, right?

Page 71

1　　A.  Yes.  That is correct, sir.
2　　Q.  Okay.  Well, first of all, are you -- do
3　you consider yourself an expert in the field of
4　warnings for a medical device product?
5　　A.  I have worked on instructions for use not
6　only with TVT Secur, but also with LigaSure and also
7　ThermaChoice.  So I have been involved in looking at
8　this for much of my career, so I would consider
9　myself much more aware of it than the average
10　physician.
11　　　　The other thing is I have lectured
12　extensively both nationally and internationally and
13　always recommend that physicians look at the IFU not
14　only on how to do the procedure, but also in going
15　over the federal regulation what is the unique
16　complications that can occur with this, because I
17　think physicians, they are going to be looking at
18　this saying, "Okay.  Here's where are the unique
19　complications."
20　　　　However, on an IFU, I don't necessarily
21　agree that we put everything on there because many
22　things, specifically with TVT, are going to be
23　involved, whether it's TVT or autologous sling or
24　Burch colposuspension.  So I stress to physicians in

Page 72

1　the past, "Here is what is unique.  This is what is
2　required by the U.S. Federal Government."  Then we
3　can go over all of the other things that are more
4　what I would call general procedure specific or
5　surgery specific.
6　　Q.  Okay.  Well, you said a few things there.
7　　　　With respect to your work on the IFU for
8　the TVT Secur, did you help design it, or did you
9　have input into the contents?  I'm just trying to
10　understand what work you did on that IFU for that
11　product.
12　　A.  On that -- on the development of the TVT
13　Secur, I was involved in some of the benchtop
14　studies and looking at potential complications.
15　Also in the development, when you're looking at
16　design, defects, safety -- DDSA -- I'm trying to
17　think of what the last word is.  I'm sorry with all
18　the acronyms.
19　　　　But as we were looking and had discussions
20　on what was going to be packaging, what are the
21　things that are acceptable, what are not, how is it
22　improved, so I was involved down the line on that,
23　so looking at what is specific, but then also
24　looking in the packaging aspect, the other things,

18 (Pages 69 to 72)

Michael Woods, M.D.

Page 73

1  making sure the integrity of the product, which I
2  found to be very interesting and completely out of
3  my normal realm of thought process, so that was an
4  educational experience for me.
5      Q.  Okay.  Well, let me ask you this -- and
6  turn to the federal regulations you're citing in
7  your report.  Is there a specific federal regulation
8  you're referring to?
9      A.  It is -- I forget the numbers on it, and
10 I'm not good with the acronyms.  I will have to --
11     Q.  Well, let me ask you -- go ahead.  I'm
12 sorry.  I didn't mean to cut you off.
13     A.  It's in the FDA Blue Book guidance,
14 21 CFR 801.109 C.  And so in looking at the Blue
15 Book guidance and also the Ethicon's standard
16 operating procedures and regulatory, legal, and
17 guidance, I've also looked at testimony from the
18 Ethicon's employees.
19         But specifically when I was talking about
20 the federal regulation, it's the Blue Book and
21 specifically that code, and in that code, it is what
22 is specific to this device.
23     Q.  Okay.  So what I'm -- my next question is:
24 When is the first time you reviewed this federal

Page 74

1  regulation?
2      A.  Actually, it would have been -- I'm not
3  sure exactly reading the document, but trying to
4  understand the compliance would have been in the TVT
5  Secur development, and so that would have been,
6  what, 2004 to '06 range, I would say.
7          On the LigaSure development, those studies
8  and everything were in the late '90s, early 2000s.
9  So reading specifically, I can't say when, but
10 understanding the compliance issues goes back to
11 probably the late 1990s.
12     Q.  So in addition to the -- we talked about
13 the warnings itself with the IFU.  Are you
14 considering yourself an expert in the field of
15 regulatory compliance?
16     A.  I feel that -- am I involved on -- in
17 federal regulation and understanding it as somebody
18 would at Ethicon or the FDA?  No.  Do I understand
19 from my work on federal compliance whether my work
20 with  Icon Clinical Research on Phase 1
21 pharmaceutical studies or developing on products?  I
22 do have an understanding more than most.
23     Q.  Well, I understand you have an
24 understanding more than most, but are you

Page 75

1  considering yourself an expert in the field of
2  compliance and federal regulations?
3      A.  I feel that I have more experience than
4  most on that, so from a Daubert principle, I would
5  say -- I would consider myself an expert, yes.
6      Q.  When you say a Daubert principle, I mean,
7  obviously you've been retained as an expert witness
8  in this litigation.  Are you considering yourself,
9  I guess, a legal expert in the field of Daubert?
10     A.  I'm not proposing that I am a legal expert
11 on anything.  I do have more knowledge than the
12 average person or a juror would have, and that is
13 because I have worked as a clinical investigator in
14 Phase 1 studies for pharmaceutical and also that
15 end-product development in working with individuals
16 that I would consider are the regulatory experts
17 within the industry.  And I don't understand all the
18 complexities.  However, I do feel I have a
19 reasonable working knowledge of the process.
20     Q.  All right.  Let me shift gears and just
21 ask you about another part of your report on Page 8.
22     A.  Yes, sir.
23     Q.  And this is kind of going down kind of
24 near the end of that big paragraph.  You write even

Page 76

1  though mesh erosion and exposure are commonly
2  referred to as the only risks of mid-urethral slings
3  compared to other procedures, it is well know that
4  Burch and autologous fascial sling procedures also
5  carry the risk of having a graft or suture erosion
6  or exposure.  Do you see where I'm at?
7      A.  One second here.  Is it on my --
8      Q.  It's Page 8.  It looks like it's the -- it
9  looks like it's the second to last sentence on
10 Page 8, the big paragraph.
11         MR. ROSENBLATT:  He's asking about
12 your report.
13         THE WITNESS:  Oh, here.  I apologize.
14 I have things spread out, so I apologize.  Yes, sir.
15 Okay.  Now I've got it in front of me.  What was
16 that again, sir?
17 BY MR. BROWN:
18     Q.  So the second to last sentence says even
19 though mesh erosion and exposure are commonly
20 referred to as the only unique risks of mid-urethral
21 slings compared to other procedures, it is well
22 known that Burch and autologous fascial sling
23 procedures also carry the risk of having a graft or
24 suture erosion or exposure.  Do you see that?

Michael Woods, M.D.

Page 77

1    A.   Yes, sir.
2    Q.   When you say it is well known that the
3  Burch and autologous facial sling procedures also
4  carry the risk of having a graft or suture erosion
5  or exposure, can you explain what the basis is for
6  that part of your report?
7    A.   On this -- whenever you have a suture
8  present that is permanent, you can see an exposure,
9  and it is documented in case studies, you know, and
10  looking at, you know, a bladder years after a Burch,
11  someone develops urgency, and you see a suture in
12  there.  So these are reported complications and
13  accepted complications.
14    Q.   So are these things that you've observed
15  in your clinical practice, or is there a particular
16  literature?  Or what case studies are you referring
17  to?  That's what I'm asking.
18    A.   When we look at autologous slings, we can
19  go to complications.  We can look at the AUA
20  guidelines, and we can look at their meta-analysis.
21  So I don't have the AUA paper in front of me, but if
22  we go to their tables, we can look at complication
23  rates and look for that evidence.
24    But it is also -- as I say in my own

Page 78

1  clinical practice, I have seen suture erosions from
2  Burch, because I've been doing Burch for several
3  years, and also we've seen mesh erosions from
4  autologous slings and also other types of slings,
5  such as porcine graft, dura mater.
6    So the graft erosion you see, suture
7  erosion you see, mesh erosion you see, and so what
8  I'm trying to say is that erosion of the mesh
9  because there's a mesh present is unique to this.
10  However, the other procedures that we do are not
11  without similar-type episodes.
12    Q.   All right.  Let me ask you:  In terms of
13  the -- I think that's enough for the Page 8 right
14  now.
15    Just in terms of other materials you've
16  looked at in this case, was there anything of
17  significance in Randy Daniel's deposition that
18  affected your opinions in this matter?
19    A.   I am now looking up Randy Daniel's
20  opinion.  Give me one second here.  I apologize.
21  I'm looking for it.
22    MR. ROSENBLATT:  Doctor, I think it's
23  on the flash drive, but it would not be included in
24  this binder --

Page 79

1    THE WITNESS:  Okay.  Okay.
2    MR. ROSENBLATT:  -- her husband's
3  testimony.
4    THE WITNESS:  I don't have his
5  testimony in front of me, but I will try to answer
6  as best I can.  I don't have it in my binder here.
7  BY MR. BROWN:
8    Q.   Okay.  Well, just as we sit here, are you
9  aware of anything in Mr. Daniel's deposition
10  testimony that's affected your opinions in this
11  case --
12    MR. ROSENBLATT:  Object to form.
13  BY MR. BROWN:
14    Q.   -- one way or another?
15    MR. ROSENBLATT:  Object to form.
16    THE WITNESS:  I don't have it --
17  unfortunately I don't have it specifically in front
18  of me.  And my recollection is that his COPD has
19  become very significant, along with his taking his
20  antihypertensive medications, on ability to have
21  intercourse.  As I say, I don't have it directly in
22  front of me.  I'm sorry.
23  BY MR. BROWN:
24    Q.   All right.  Well, what about Dr. -- we

Page 80

1  talked about Dr. Sze's operative report and some of
2  his medical records earlier.  Was there anything in
3  his deposition testimony that affected your opinions
4  in this matter for Debra Daniel?
5    A.   No.  Actually in reviewing over his
6  opinions and -- or not his opinions, but in his
7  deposition, I didn't see anything that I felt I
8  disagreed significantly with.  I'm trying to find
9  his deposition now.  But I did not find anything
10  that altered my opinion in the case.
11    Q.   Okay.  Just give me about one minute.  I'm
12  going to look through my notes, and I think I'm
13  ready to pass the witness.  So just give me
14  one second here.
15    Okay.  I think I've just got one or
16  two more questions.  Are you ready?
17    A.   Yes, sir.
18    Q.   All right.  On Page 8 of your report, it's
19  about midway through, you write the Okulu 2013 study
20  is not a reliable study and cannot be directly
21  compared to TVT.  Can you explain why you don't
22  think that study reliable, briefly?
23    A.   It is a randomized perspective study.  The
24  technique is very different.  The surgical procedure

Michael Woods, M.D.

Page 81

1 and the description is an entirely different
2 procedure than TVT. I would look at that more as
3 some of the procedures for mid -- or for other --
4 retropubic sling approach.
5     The dissection is very different and much
6 more extensive, and the length of the incision
7 covers the urethra and underneath the bladder. So I
8 think that -- in looking at this study, I really
9 can't compare it to TVT. It's a different
10 procedure. I think that it needs to be replicated
11 and looked at further before I can sit back and say
12 is it reproducible, do we have conformation of this.
13 I'm always interested in new techniques, but with
14 this, I have to sit back. After reading it and
15 looking at it, it's not a TVT procedure.
16     Q.   I see.
17         All right. Shifting gears, with respect
18 to Debra Daniel, are you going to offer any opinion
19 about her long-term prognosis?
20     A.   I am not offering an opinion of her
21 long-term prognosis at this time. I feel that she
22 has other medical options available that she was
23 unaware of, and I am hopeful that if she pursues
24 those, that we can significantly improve her life.

Page 82

1     Q.   I see.
2         MR. BROWN: All right. Plaintiff
3 we'll reserve the remainder, and I'll pass the
4 witness at this time.
5         MR. ROSENBLATT: All right. And,
6 Greg, I'm showing you have about ten minutes left,
7 if you end up needing to use it. Is that what you
8 have?
9         MR. BROWN: Yeah. I mean, don't --
10 yeah, at this point, I'm just -- I'm passing it.
11 You can go ahead if you have questions and
12 everything. That's fine. I had about ten minutes
13 on my clock as well.
14         MR. ROSENBLATT: Okay.
15             CROSS-EXAMINATION
16 BY MR. ROSENBLATT:
17     Q.   Doctor, you were asked some questions
18 about the IFU. Do you recall those questions?
19     A.   Yes, sir.
20     Q.   And I believe you mentioned one of the
21 things that you relied on and have previously
22 reviewed was the code of federal regulations,
23 specifically CFR 801.109 C. Do you recall that?
24     A.   Yes, sir.

Page 83

1     Q.   And the CFR describes how risks that are
2 commonly known to practitioners licensed by law do
3 not need to be included in the IFU. Is that
4 basically your understanding?
5     A.   Yes, sir.
6     Q.   And you've read that in context along with
7 the Blue Book and Ethicon's SOP; is that correct?
8     A.   Yes, sir.
9     Q.   And I believe you were describing your
10 experience where you've actually consulted with a
11 company to help them with their instructions for
12 use?
13     A.   Yes, sir.
14     Q.   And specifically I think you mentioned a
15 LigaSure device and the TVT Secur device?
16     A.   It's LigaSure, L-I-G-A-S-U-R-E. It's a
17 vessel sealing device. And I was one of the first
18 people to use it on vaginal hysterectomies and then
19 in a development of their smaller plan for thyroid
20 surgical Precise starting off on the animal lab
21 level.
22     Q.   And when Ethicon was consulting you on the
23 TVT Secur IFU, would you have voiced your concern if
24 you felt like there were risks that were not

Page 84

1 commonly known that should be in the IFU?
2     A.   Yes.
3         MR. BROWN: Object to form.
4 BY MR. ROSENBLATT:
5     Q.   Okay. Doctor, you were asked some
6 questions about dyspareunia and your differential
7 diagnosis. Do you recall that?
8     A.   Yes, sir.
9     Q.   Do you recall whether or not Ms. Daniel
10 was sexually active prior to her TVT surgery?
11     A.   I have in the medical record --
12         MR. BROWN: Objection.
13         THE WITNESS: -- that she had not
14 been sexually active for two years, and that was in
15 2010.
16         MR. ROSENBLATT: Can I get some
17 exhibits? Is that possible? I think we're on
18 Exhibit 4.
19         COURT REPORTER: Three.
20         MR. ROSENBLATT: Three.
21         (Exhibit No. 3
22         marked for identification.)
23         MR. BROWN: Hello?
24         MR. ROSENBLATT: Yeah, still here.

21 (Pages 81 to 84)

Michael Woods, M.D.

Page 85

BY MR. ROSENBLATT:
1
2      Q.   I'm just going to mark -- or hand you what
3  I've marked as Exhibit 3.
4            Would this be the medical record that you
5  were referring to?
6      A.   Yes, sir.
7      Q.   And what does this state about whether or
8  not she was sexually active prior to the surgery?
9      A.   The date --
10           MR. BROWN:  Objection.
11           THE WITNESS:  The encounter date was
12  January 25, 2010, and in the HPI, it states not
13  sexually active for two years, and this was
14  electronically signed by Kelly McBee, PA-C, on
15  January 25, 2010, at 16:09 hours.
16  BY MR. ROSENBLATT:
17     Q.   And then looking at your exam notes from
18  your IME that you performed on Ms. Daniel, did you
19  have her fill out a questionnaire.
20     A.   Yes.  We had her fill out a questionnaire.
21     Q.   And did she indicate on that questionnaire
22  whether or not she was sexually active when you saw
23  her in June of 2016?
24     A.   On the intake form, she marks no.

Page 86

1      Q.   And on the intake form under female
2  genital urinary section, did she circle whether or
3  not she was having pelvic pain?
4      A.   No, she did not.
5      Q.   But she did circle that she was having
6  painful intercourse, even though she noted that she
7  was not having intercourse.  Is that fair?
8      A.   That is correct.
9      Q.   And were you able to elicit any type of
10  other pelvic pain, other than the area that you
11  previously described?
12     A.   That directly replicated her pain.
13     Q.   And looking at Dr. Carey's IME notes, was
14  the area that you described consistent or
15  inconsistent with the area that Dr. Carey noted?
16     A.   This is on Page 11 of Dr. Carey's report,
17  and it says here under speculum -- well, actually,
18  I'm going to go -- well, to the speculum, it says
19  upon opening speculum, tenderness of cuff to
20  Q-tip right greater than left, no evidence of mesh
21  exposure, negative Q-Tip exam on the vaginal side
22  walls, and I would definitely agree with that.  On
23  the exam -- vaginal exam of right apex is tender,
24  and I did not elicit adnexal tenderness on the left,

Page 87

1  but I would agree with that exam.
2      Q.   Okay.  Now, Doctor, I believe Ms. Daniel's
3  medical records do have some reference to
4  intermittent pelvic pain.  Do you recall if that
5  would have been before or after Dr. Zaslau's surgery
6  performing an abdominal sacral colpopexy with a wide
7  mesh?
8      A.   I think Dr. Shapiro did the wide mesh.
9      Q.   Okay.
10     A.   And she was having some intermittent
11  pelvic pain postoperatively, and I don't see any
12  listed at that time.
13     Q.   And you also didn't note any additional
14  pelvic pain during your IME, is that fair, other
15  than the area where you --
16     A.   Very point specific.
17     Q.   And that --
18           MR. BROWN:  Object to form on that
19  last one.
20  BY MR. ROSENBLATT:
21     Q.   And that point specific, was that anywhere
22  near where the TVT sling would be placed?
23     A.   No.
24           MR. BROWN:  Object to form.

Page 88

1  BY MR. ROSENBLATT:
2      Q.   Dr. Rosenzweig notes that there was some
3  vaginal shortening and scarring.  Would you
4  attribute any vaginal shortening to the TVT?
5      A.   No, I would not.
6      Q.   And preoperatively is it your
7  understanding that Ms. Daniel had pelvic organ
8  prolapse, mixed urinary incontinence, and atrophic
9  vaginitis?
10     A.   Yes.  I'm going to have to look at his
11  report on -- I'm now looking -- yes, and it did
12  discuss atrophic vaginitis at that time of her
13  preoperative evaluation.
14     Q.   Doctor, do you believe that TVT caused
15  Ms. Daniel's urinary urgency or frequency?
16     A.   She had urinary urgency and frequency
17  preoperatively.  She had it postoperatively.  She
18  has aged.  And I do not feel that the TVT caused it
19  because it was a preexisting condition.
20     Q.   And I believe you mentioned urge
21  incontinence as a potential complication of any
22  procedure, as well as a naturally occurring
23  phenomenon with time and menopause.  Is that fair?
24     A.   That is correct.

22 (Pages 85 to 88)

Michael Woods, M.D.

Page 89

1   Q.   Are you aware of medical records after her
2   TVT implant where physicians noted a zero postvoid
3   residual?
4   A.   Yes, sir.
5   Q.   And what would that indicate to you?
6   A.   There's no urinary retention.
7   Q.   And were you able to assess any urinary
8   retention during your exam?
9   A.   I did not do a postvoid residual
10  inspection.
11  Q.   But do you know if there are -- well, let
12  me -- I believe July -- on Page 6 of your report,
13  July 10, 2015, there was a postvoid residual exam
14  done showing 0 milliliters?
15  A.   That is correct.
16  Q.   So in 2015, based on objective findings,
17  do you have an opinion as to whether or not
18  Ms. Daniel was experiencing urinary retention?
19  A.   By the urodynamics, she was not having
20  urinary retention.  She does not have -- she has a
21  zero postvoid residual.
22  Q.   And during your IME with Ms. Daniel, I
23  believe you performed a cough stress test?
24  A.   I did not fill her bladder.  I asked her

Page 90

1   if she felt her bladder was full.  She said yes.  I
2   had her cough three times both sitting and standing
3   and no leak was noted.
4   Q.   And so would that indicate to you -- well,
5   strike that.
6        What does that indicate to you as to
7   whether or not the TVT was performing as intended?
8   A.   She did not leak with stress, so the
9   coughing is a cough stress test.
10  Q.   Do you recall from Dr. Rosenzweig's and
11  Dr. Erin Carey's testimony whether or not they were
12  able to note any particle loss, contracture,
13  scarring, roping, fraying, or curling in Ms. Daniel?
14  A.   They did not.
15  Q.   And, Doctor, you were asked some questions
16  about the Clave study.  I don't have a hard copy
17  with me.
18       But if I pull it up, do you recall what
19  the Clave study found about any objective findings
20  of degradation?
21  A.   I am referring now to -- I believe it's
22  Page 266 -- on the Clave study on the publication,
23  and it states several hypotheses concerning the
24  degradation of polypropylene are described below.

Page 91

1   None of these, particularly direct oxidation, could
2   be confirmed in this study.
3   Q.   And I believe the other study that you
4   reference in your case-specific report was de Tayrac
5   and Letouzey in 2011.  And, again, I've pulled up
6   that study for you to reference.
7        What did those authors find in 2011 about
8   whether or not polypropylene mesh was degrading?
9   A.   On this study, after washing with the MSO
10  and ultrasonic shock, it appears that the marked
11  modifications and the mesh surface corresponded to a
12  bio film, and after the bio film was removed, no
13  polymer degradation was seen anymore.
14  Q.   Have you seen any studies that would
15  suggest any clinical consequence to in vivo
16  degradation if it did occur?
17  A.   I am unaware of any studies that show
18  that.
19  Q.   And, Doctor, when you're practicing
20  evidence-based medicine and you're comparing a
21  clinical study to an animal study, why is it that
22  you feel that the clinical study provides better
23  evidence than an animal study?
24  A.   On the grade system, which is levels of

Page 92

1   the evidence, the studies done on the humans and the
2   randomized control studies are higher-level evidence
3   or better evidence than the animal studies.  So I
4   don't negate the animal studies, but if there's a
5   higher level of evidence available, I look at that.
6   Q.   So would it be fair to say that when
7   you're first testing a hypothesis, you may start
8   with an animal study, but you would continue to
9   study and look at what the clinical evidence shows?
10  A.   Yes.
11  Q.   Almost done here.
12       Doctor, did you see any records or any
13  findings during your exam as to whether or not
14  Ms. Daniel had a mesh erosion or exposure?
15  A.   There was no evidence of mesh erosion on
16  my exam, and the other physicians in the medical
17  record did not show any evidence of mesh erosion.
18  Q.   Do you have an opinion to a reasonable
19  decree of medical certainty as to whether or not the
20  complaints Ms. Daniel raises in this lawsuit are in
21  any way connected to the TVT?
22  A.   I do not believe --
23       MR. BROWN:  Object to form.
24       THE WITNESS:  I do not believe her

Michael Woods, M.D.

Page 93

1 complaints are related to the TVT, and when the
2 patient asked me directly, I told her as such.
3 BY MR. ROSENBLATT:
4    Q.  And I noticed on the intake form that
5 Ms. Daniel filled out during your IME -- let's see
6 if I can pull it up here -- for the surgery that she
7 said she had, she indicates mesh implant, May 2011.
8       Was the TVT the only procedure that she
9 had in May of 2011?
10    A.  No.  That she had a pelvic reconstruction
11 at the same time.
12    Q.  And were those concomitant procedures
13 important to you in performing your differential
14 diagnosis?
15    A.  Absolutely.
16    Q.  And have all of the opinions that you've
17 held in your case-specific report and here today
18 been to a reasonable degree of medical certainty?
19    A.  Yes, sir.
20    Q.  The last thing I want to do is just mark
21 your general expert report as Exhibit 4.
22       (Exhibit No. 4
23       marked for identification.)
24

Page 94

1 BY MR. ROSENBLATT:
2    Q.  Doctor, I've handed you Exhibit 4, which
3 is your expert report submitted June 15, 2016.  Do
4 you see that?
5    A.  Yes.
6    Q.  Would you also in forming your opinions
7 rely on the opinions that you've offered in your
8 general report?
9    A.  Yes, sir.
10    Q.  Okay.
11       MR. ROSENBLATT:  No further
12 questions.
13       MR. BROWN:  Doctor, I just have
14 one quick question.
15       THE WITNESS:  Yes.
16       REDIRECT EXAMINATION
17 BY MR. BROWN:
18    Q.  I understand -- even though you provided a
19 list of materials you've relied on for your report,
20 is there any information that at this time you
21 haven't reviewed or is missing that may affect your
22 opinions in this case, that you're waiting to
23 review?
24    A.  Not at this time, sir.

Page 95

1    Q.  All right.
2       MR. BROWN:  I'll reserve the
3 remainder.  No further questions at this time.
4       COURT REPORTER:  I just have a quick
5 note, Greg.  I want to make sure it's on the record.
6 I did bring a flash drive with the case-specific
7 reliance materials, and I just wanted to see if you
8 were going to mark that as an exhibit.
9       MR. BROWN:  Yeah, that's fine.  We
10 can mark it as Exhibit 4.  That's fine.
11       MR. ROSENBLATT:  I think that'll be
12 Exhibit 5.
13       MR. BROWN:  Oh, okay.  Five, then.
14       (Exhibit No. 5
15       marked for identification.)
16       (Discussion had off the record.)
17       MR. ROSENBLATT:  Mr. Brown, just so I
18 can get this on the record, I was informed that you
19 wanted a rough draft and a three-day rush of this
20 transcript; is that correct?
21       MR. BROWN:  That's correct.
22       (11:18 a.m. - Adjournment.)
23       ** ** ** **
24

Page 96

1        C E R T I F I C A T E
2 STATE OF NEBRASKA   )
3                )
4 COUNTY OF DOUGLAS   )
5    I, Chelsey A. Horak, Court Reporter,
6 General Notary Public within and for the State of
7 Nebraska, do hereby certify that the foregoing
8 testimony of MICHAEL WOODS, M.D., was taken by me in
9 shorthand and thereafter reduced to typewriting by
10 use of Computer-Aided Transcription, and the
11 foregoing ninety-five (95) pages contain a full,
12 true, and correct transcription of all the testimony
13 of said witness, to the best of my ability;
14    That I am not a kin or in any way
15 associated with any of the parties to said cause of
16 action, or their counsel, and that I am not
17 interested in the event thereof.
18    IN WITNESS WHEREOF, I hereunto affix my
19 signature and seal this 2nd day of August, 2016.
20
21       _____
22       CHELSEY A. HORAK
23       GENERAL NOTARY PUBLIC
24 My Commission Expires:  October 12, 2016