# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Allen, Diana & Timothy | 12-cv-01676 |
| Chrysler, Marion | 12-cv-02060 |
| Cutter, Jenesta & Larry A. | 12-cv-01790 |
| Johnson, Cynthia & Robert | 12-cv-01704 |
| Majors, Jennifer A. & Jonathan S. | 12-cv-01523 |
| Sanders, Melissa G. & Charles, Jr. | 12-cv-01562 |
| Smith, Patricia G. & Mark | 13-cv-25331 |
| Suter, Carol Ann & Troy W. | 12-cv-01712 |