# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Cedeno, Joyce | 12-cv-01701 |
| Childress, Sandra & Timothy | 12-cv-01564 |
| Daugherty, Angela & Jimmy | 12-cv-02076 |
| Miller, Mona | 12-cv-01696 |
| Morrison, Laura R. | 12-cv-02141 |
| Muir, Marilyn & Scott | 12-cv-01706 |
| Shelton, Mary & Frank | 12-cv-01707 |
| Simpson, Sherry Gill & Ricky Simpson | 12-cv-01414 |
| Vandergriff, Debbie & Carl | 12-cv-01342 |