# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Carter, Tamara & David | 12-cv-01661 |
| Espinoza, Rhondi | 12-cv-01517 |
| Morrow, Tina & Kenneth | 12-cv-00378 |
| Perez, Leezel & Jeffrey | 12-cv-01640 |
| Rose, Lola J. | 12-cv-01336 |
| Sanders, Melissa G. & Charles, Jr. | 12-cv-01562 |
| Sierra, Ana & Luis | 12-cv-01819 |
| Smith, Patricia G. & Mark | 13-cv-25331 |
| Suter, Carol Ann & Troy W. | 12-cv-01712 |
| Sutton, Martha | 12-cv-01857 |