# EXHIBIT B

Jaime Sepulveda, M.D.

Page 1

CAUSE NO. 2012-CI-18690

| | | |
|---|---|---|
| JENNIFER RAMIREZ F/K/A | ) | IN THE DISTRICT COURT |
| JENNIFER GALINDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 438th JUDICIAL DISTRICT |
| v. | ) | |
| | ) | |
| CESAR REYES, M.D., JOHNSON & | ) | |
| JOHNSON, AND ETHICON, INC., | ) | BEXAR COUNTY, TEXAS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DEPOSITION OF

JAIME SEPULVEDA, M.D.

DATE:  April 8, 2016

TIME:  9:17 a.m. - 5:10 p.m.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Jaime Sepulveda, M.D.

Page 2

1          I N D E X
2    WITNESS:
3                                    Page
4    Jaime Sepulveda, M.D.
       Direct Examination by MR. FREESE        9
5      Cross Examination by MR. GOSS          310
       Cross Examination by MR. FREESE        316
6
          EXHIBITS
7
     For Plaintiff:
8
     No. 1 -  Deposition Notice
9      For Identification                       9
10   No. 2 - Ethicon's response to deposition
     notice
11     For Identification                      10
12   No. 3 - Reliance List
       For Identification                      12
13
     No. 4 - Supplemental Reliance List
14     For Identification                      12
15   No. 5 - Binder of Ethicon documents
       For Identification                      17
16
     No. 6 - Expert opinion
17     For Identification                      17
18   No. 7 - Invoices with cover letter
       For Identification                      75
19
     No. 8 - Cochrane review
20     For Identification                      79
21   No. 9 - FDA Executive Summary
       For Identification                      82
22
     No. 10 - Appendix III - Methodology for
23   Systematic Epidemiologic Review of
     Published Literature
24     For Identification                      89
     No. 11 - ETH.MESH.0547953
25     For Identification                     108

Page 4

1    e-mails
       For Identification                     308
2
     No. 27 - ETH.MESH.06878438 and 439, Memo
3      For Identification                     320
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    No. 12 - Transcript excerpt of Dr. Joerg
2    Holste
       For Identification                     117
3
     No. 13 - ETH.MESH.01424029
4      For Identification                     122
5    No. 14 - Transcript excerpt of Brigette
     Hellhammer, M.D.
6      For Identification                     120
7    No. 15 - Thumb drive
       For Identification                     293
8
     No. 16 - Medical records of Dr. Graham
9      For Identification                     191
10   No. 17 - CV
       For Identification                     218
11
     No. 18 - Ultrasound images
12     For Identification                     222
13   No. 19 - Ultrasound image
       For Identification                     222
14
     No. 20 - CDs
15     For Identification                     231
16   No. 21 - Ultrasound imaging of the pelvic
     floor
17     For Identification                     229
18   No. 22 - Record of Examination of
     Jennifer Ramirez by Dr. Sepulveda
19     For Identification                     234
20   No. 23 - Article on Pudendal Neuralgia
       For Identification                     274
21
     No. 24 - ETH.MESH.00028555 to 556
22     For Identification                     300
23   No. 25 - ETH.MESH.03026399, 400 and 401,
     with attachments.
24     For Identification                     306
25   No. 26 - ETH-MESH-O50983794 and 795,

Page 5

1          The deposition of JAIME SEPULVEDA, M.D., a
2    witness in the above-entitled and numbered cause, was
3    taken before me, Dorothy Linda Minor, Registered
4    Professional Reporter and Notary Public for the State
5    of Florida at Large, at 200 South Biscayne Boulevard,
6    Suite 4600, in the City of Miami, County of Miami-Dade,
7    State of Florida, on Friday, the 8th day of April,
8    2016.
9          APPEARING ON BEHALF OF THE PLAINTIFF:
10         Richard A. Freese, Esq.
           FREESE & GOSS, PLLC
11         3031 Allen Street, Suite 200
           Dallas, Texas  75204
12         rich@freeseandgoss.com
13         Tim K. Goss, Esq.
           FREESE & GOSS, PLLC
14         3031 Allen Street, Suite 200
           Dallas, Texas  75204
15         tim@freeseandgoss.com
16   APPEARING ON BEHALF OF DEFENDANTS JOHNSON & JOHNSON
     and ETHICON:
17
           Kat Gallagher, Esq.
18         BECK REDDEN, LLP
           1221 McKinney Street, Suite 4500
19         Houston, Texas  77010
           kgallagher@beckredden.com
20
           Jordan N. Walker, Esq
21         BUTLER SNOW, LLP
           1020 Highland Colony Parkway, Suite 1400
22         Ridgeland, Mississippi  39157
           jordan.walker@butlersnow.com
23
24
25

2  (Pages 2 to 5)

Jaime Sepulveda, M.D.

Page 6

1  APPEARANCES (Continued):
2      APPEARING ON BEHALF OF DR. REYES:
3      David J. McTaggart, Esq.
       SCOTT, CLAWATER & HOUSTON, LLP
4      2727 Allen Parkway, 7th Floor
       Houston, Texas  77019
5      dmctaggart@schlawyers.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1       THE VIDEOGRAPHER:  We're on the record.
2  The witness is not present.  Counsel Tim Goss
3  has requested the video be turned on for
4  objections regarding the video.  The time is
5  9:12 a.m., and the matter is Jennifer Ramirez
6  versus Ethicon, et al.  Today's date is April
7  8, 2016.
8       MS. GALLAGHER:  This is Kat Gallagher on
9  behalf of Johnson & Johnson, and we have a, and
10  Ethicon, and we have a deposition notice for
11  Dr. Sepulveda today that was noticed for
12  stenographic only.  Pursuant to Rule 199.2, we
13  object to this going forward by video because
14  under Rule 199.2, at least five days prior to
15  the deposition, the party must serve on the
16  witness and all parties a notice that the
17  deposition will be recorded by other than
18  stenographic means.  We did not get five days
19  notice and I object to it going forward by
20  video.
21       MR. GOSS:  And just so I'm clear on your
22  objection, you object to us by recording -- you
23  object to our recording of the deposition, even
24  in the event that we do not intend to use the
25  video of the deposition at any trial in this

Page 8

1  cause?
2       MS. GALLAGHER:  Yes, I do, because under
3  the rule it says that notice must be given that
4  the deposition will be recorded by other than
5  stenographic means.  It does not say used.
6       MR. GOSS:  And you refuse to let us go
7  forward in the event that we want to record it,
8  video it for our own purposes and for no
9  purpose to be used at trial?
10       MS. GALLAGHER:  Yes.
11       MR. GOSS:  And we've offered you that we
12  would not use it for any purpose at trial and
13  you refuse to proceed forward, even under that
14  condition?
15       MS. GALLAGHER:  Yes.
16       MR. GOSS:  Okay.  Just for the record, we
17  will take this to the Court.  In the event that
18  the Court determines that we are entitled to
19  video it for our own purposes, then we're going
20  to ask to come down here and take it again.
21  That's all.
22       THE VIDEOGRAPHER:  This is the end of
23  video portion.  It's 9:14 a.m.
24       THE COURT REPORTER:  Raise your right
25  hand, please, sir.  Do you swear or affirm that

Page 9

1  the testimony you are about to give will be the
2  truth, the whole truth and nothing but the
3  truth?
4       THE WITNESS:  I do swear.
5  THEREUPON,
6       JAIME SEPULVEDA, M.D.,
7  having been first duly sworn/affirmed to tell the
8  truth, the whole truth and nothing but the truth, was
9  examined and testified under oath as follows:
10       DIRECT EXAMINATION
11  BY MR. FREESE:
12    Q.  Good morning.  Good to see you again.
13  I'm going to mark Exhibit 1 to your deposition, which
14  is the notice of your deposition.
15       (Plaintiff Exhibit No. 1 was marked for
16  identification.)
17  BY MR. FREESE:
18    Q.  Have you seen that before, sir?
19    A.  Yes, sir.
20    Q.  All right, and you were provided a copy
21  of it before the deposition?
22    A.  Yes.
23    Q.  And you were requested to bring some
24  documents?
25    A.  Yes.

3 (Pages 6 to 9)

Jaime Sepulveda, M.D.

Page 10

1    Q.   Okay.  And did you do so?
2    A.   Yes, I did.
3    Q.   And I'm going to mark Exhibit 2 to your
4  deposition, which is Ethicon's response to the
5  deposition notice.
6        (Plaintiff Exhibit No. 2 was marked for
7  identification.)
8  BY MR. FREESE:
9    Q.   Have you seen that before?
10   A.   I see it for the first time now.
11   Q.   Me showing you now, that's the first time
12 you've seen it?
13   A.   Yes, sir.
14   Q.   Okay.  You don't know what Ethicon
15 objected to producing and what it didn't object to
16 producing?
17   A.   Yeah, I'm aware that they objected to my
18 1099s.
19   Q.   Okay, and other than your 1099s, was
20 there anything withheld that we requested to be
21 brought, other than the 1099s?
22   A.   Not that, not that I'm aware.
23   Q.   Okay.  So, everything that you have
24 looked at and relied upon is either physically in the
25 room either in paper form or on a thumb drive?

Page 11

1    A.   I have, I have made an effort to put
2  everything there on the floor and I have my thumb
3  drive.
4    Q.   Okay, my question is, is everything that
5  you have reviewed and relied on in this case either on
6  the thumb drive or on the floor in paper format?
7    A.   Yes.
8    Q.   And the only set of documents that have
9  been withheld are your 1099s?
10   A.   Yes.
11       MS. GALLAGHER:  And, Rich, just to be
12 clear, I don't know if all of the literature is
13 on this thumb drive, but I think all the
14 case-specific materials are on there.  I'm just
15 not clear if we loaded up all the literature
16 again.
17       MR. FREESE:  Okay.
18 BY MR. FREESE:
19   Q.   And, Doctor, we were provided a
20 supplemental reliance list of yours this week.  Did you
21 realize that?
22   A.   Yes.
23   Q.   So, let me go ahead, and I'm going to
24 mark what was referenced to us as your reliance list as
25 Exhibit 3, and I'm going to mark as Exhibit 4 your

Page 12

1  supplemental reliance list that is printed, it says
2  April 5, 2005, which I guess was three days ago.
3        (Plaintiff Exhibits No. 3 and 4 were
4  marked for identification.)
5    A.   Yeah.
6  BY MR. FREESE:
7    Q.   Is that right?
8    A.   That's right.
9    Q.   Okay.  And is Exhibit 4 your supplemental
10 reliance list?
11   A.   Yes, this looks like my reliance list and
12 I would say supplemental reliance list.
13   Q.   Okay, and do you know sitting here what
14 was added or subtracted from your supplemental reliance
15 list?
16   A.   This has articles on, on other, other,
17 this has articles on biomechanics, and, as I can see
18 just flipping through these, these pages, it has my,
19 all the things that I relied that I testified on last
20 week.
21   Q.   Okay.  Well, what I'm, what I'm trying to
22 find out is, is there a way that I can, without going
23 line by line, figure out what it is you added to your
24 supplemental reliance list on the 5th of April, three
25 days ago?

Page 13

1    A.   No, I've been giving articles that I come
2  across but I did bring the articles that are not in
3  here.
4        MS. GALLAGHER:  Rich, I might be able to
5  short change this.  I think the only thing that
6  was added were additional medical records that
7  didn't make the original list.  I don't believe
8  there's any additional articles on there, is my
9  understanding.
10       MR. FREESE:  That's what I'm trying to
11 find out.
12 BY MR. FREESE:
13   Q.   So, based on what, what Ms. Gallagher
14 said, does that sound accurate to you, Doctor, that the
15 only supplement has been additional records?
16   A.   That sounds accurate.
17   Q.   And in fairness, this reliance list is
18 not prepared by you, is it?
19   A.   No, initially it's given in a packet,
20 although I can tell you that most of these articles I
21 read through them through the years.
22   Q.   I understand.  I move to strike that.
23 That's not really my question, Dr. Sepulveda.  These
24 reliance lists, Exhibit 3 and Exhibit 4, are prepared
25 by lawyers for Ethicon, not by you, correct?

4  (Pages 10 to 13)

Jaime Sepulveda, M.D.

Page 14

1    A.   That is correct.
2    Q.   You didn't sit here at your computer and
3    create 70 or 80 pages of single-spaced reliance
4    materials?
5         A.   I did put together the articles, I did
6    the research for the articles that are included
7    initially on the TVTO summary that is used in this
8    case.
9              MR. FREESE:  Move to strike.
10   BY MR. FREESE:
11        Q.   Not my question, sir.  You didn't sit
12   here and prepare at a computer your reliance materials.
13   That was done by the lawyers, correct?
14        A.   Yes, on the computer was done by them.
15        Q.   And then it's attached to your report,
16   correct?
17        A.   Yes.
18        Q.   Okay.  And your testimony is that you
19   think over the years you've seen or read most of the
20   things on your reliance list?
21        A.   I would say all of them.
22        Q.   So you've read all the internal Ethicon
23   documents referenced on your reliance list?
24        A.   I have a binder that has been provided to
25   me with the TVTO company documents.

Page 15

1    Q.   Okay, and did you bring it here with you
2    today?
3    A.   Yes, I did.
4    Q.   And do you have a binder of those?
5    A.   Yes.
6    Q.   Do you mind grabbing that?
7    A.   No.
8    Q.   And would you go ahead and describe
9    what's in this binder for me?
10   A.   It's a, it's a group of, it's a mixed
11   group of the history of TVTO, the -- I'm not going to
12   read the whole thing.
13   Q.   That's fine, just a narrative.
14   A.   But, the summaries of how TVTO was
15   developed.
16   Q.   Okay.  And, again, these were internal
17   documents that were hand picked by the lawyers for
18   Ethicon, is that correct?
19   A.   They, they were provided to me.  I don't
20   know what, what method they used.
21   Q.   Well, the method was, they chose which
22   documents to supply to you, correct?
23   A.   I, I think, I think, yes.
24   Q.   Okay.  And is there any specific internal
25   document that you asked them to provide to you?

Page 16

1    A.   No.
2    Q.   Okay.  So, one hundred percent of the
3    internal documents that you've looked at regarding TVTO
4    or any meshes that you testify about are hand selected
5    and given to you by Ethicon, correct?
6    A.   Yes.
7    Q.   All right, Doctor, we're going to go
8    ahead and mark your copy of the -- this is the report
9    prepared in this case, is that correct?
10   A.   Yes.
11   Q.   All right, I'm going to mark as Exhibit
12   5 --
13        MR. JORDAN:  Can we mark this and get a
14   copy of this?  I think what we would like to do
15   is just mark it so he can have his original
16   back and we can replace the copy with the depo
17   when we get it.  I just want it in the record
18   that he brought this and what it is.
19        MS. GALLAGHER:  Yeah, that's fine, it's
20   just because trial is so close we just want to
21   get his materials back to him as fast as we
22   can.
23   BY MR. FREESE:
24   Q.   So, I'm going to mark as Exhibit 5 the
25   documents that Ethicon's lawyers provided to you of the

Page 17

1    internal records of the company, the binder.
2    A.   I understand.
3         (Plaintiff Exhibit No. 5 was marked for
4         identification.)
5    BY MR. FREESE:
6    Q.   Okay.  I'll mark as Exhibit 6 your expert
7    opinion in the Jennifer Ramirez case.
8         (Plaintiff Exhibit No. 6 was marked for
9         identification.)
10   BY MR. FREESE:
11   Q.   Is that correct?
12   A.   Yes.  You mean my marked copy?
13   Q.   Yes, I want to mark your marked copy.
14   A.   Yes.
15   Q.   And these are, the pink stickies are
16   yours?
17   A.   Yes.
18   Q.   In your handwriting?
19   A.   Yes.
20   Q.   And there's highlighting here also,
21   correct?
22   A.   Yes.
23   Q.   Generally, what is it that you
24   highlighted?
25   A.   Anything that I, I anticipate that you

5 (Pages 14 to 17)

Golkow Technologies, Inc. - 1.877.370.DEPS

Jaime Sepulveda, M.D.

Page 18

1  would ask me about.
2      Q.   Okay. Fair enough. And I'm going to
3  give it back to you, and I may, I may ask to get it
4  back to see what's highlighted and what the notes say
5  when I get to that particular page. Okay?
6      A.   Okay.
7      Q.   Doctor, I'm going to try to do this in
8  just page-flipping order so we can get through this,
9  but am I correct that this expert report is virtually
10 identical to a number of expert reports that you have
11 issued in synthetic mesh litigation lawsuits?
12     A.   They, the general report, yes.
13     Q.   The credentials and qualifications would
14 be virtually identical?
15     A.   Yes.
16     Q.   Okay, and the general opinions that you
17 hold about TVT and TVTO and TVTS are all virtually
18 identical?
19     A.   Yes, sir.
20     Q.   Okay, and then we have some opinions that
21 are specific to Ms. Ramirez's case, correct?
22     A.   Yes.
23     Q.   Okay. Am I correct, like your reliance
24 list, that your expert report is not prepared by you
25 but rather is prepared by the lawyers for Ethicon?

Page 19

1      A.   No, that's not correct.
2      Q.   Okay. So, who actually types this
3  report?
4      A.   I, I did.
5      Q.   You typed this 66-page report?
6      A.   I actually did.
7      Q.   Okay, and how long did it take you to
8  type this 66-page report?
9      A.   I'm going to, I'm going to, I misspoke on
10 the, the whole report. The, the part that has to do
11 with the life care plan, I did not type that one.
12     Q.   Okay. So, the life care plan opinion
13 starts at page 63 of your report?
14     A.   Yes, that's correct.
15     Q.   And you did not type that?
16     A.   No, I did not type the comments on the
17 life care plan.
18     Q.   Who prepared your comments on the life
19 care plan?
20     A.   The, the attorney's office.
21     Q.   Okay. Do you know who in the attorney's
22 office?
23     A.   No.
24     Q.   Okay. Did you actually review any
25 underlying records to create the comments in the life

Page 20

1  care plan?
2      A.   If I -- repeat that again, please.
3      Q.   Yes, sir. There's four pages of, of
4  opinions that you have about the life care plan that
5  you say you did not prepare.
6      A.   No, I did not type those, and, and those
7  were prepared by the attorney's office and I reviewed
8  them.
9      Q.   Okay, you reviewed the comments?
10     A.   Yes.
11     Q.   Did you review any of the underlying
12 documents that made up the life care plan?
13     A.   Yes, I reviewed the documents prepared by
14 Mr. Harrell, and I read the deposition of Dr. Elizondo.
15     Q.   All right, and these are -- were there
16 anything other than those two depositions that you
17 read?
18     A.   No.
19     Q.   Did you read the entirety of the
20 depositions?
21     A.   I, yeah, Elizondo, I read the whole
22 thing.
23     Q.   Were there portions selected for you by
24 the lawyers, or did you just, you sat down and read the
25 whole deposition?

Page 21

1      A.   No, that one I read the whole, whole
2  deposition.
3      Q.   I can look at your reliance list, but
4  there are a lot of depositions that are listed here.
5  Did you read every one of them?
6      A.   At some point, I have read them, because
7  being this is so long, this is two years, but yes, I
8  have read the depositions, and they don't all come, as
9  you probably would know, they don't come at one time.
10 They come in sequence.
11     Q.   So, over the period of Ms. Ramirez's
12 case, you've read several thousands of pages of
13 deposition testimony to form your opinion, correct?
14     A.   Yes, sir.
15     Q.   And that would include all of her
16 treating physicians?
17     A.   Yes, all the treating physicians that
18 I've been made aware of by the medical records.
19     Q.   Her deposition, correct?
20     A.   Two, both of them.
21     Q.   Three of them. Did you know there were
22 three, three installments of her deposition?
23     A.   No, I read two, two depositions.
24     Q.   Did you know there were three?
25     A.   No.

6 (Pages 18 to 21)

Jaime Sepulveda, M.D.

Page 22

1    Q.   Okay.  What two versions did you read?
2    A.   I read the first and the second
3 depositions.
4    Q.   Okay.
5    A.   That's the transcript of each one.
6    Q.   You didn't read the third version?
7    A.   No.
8    Q.   So your opinions can't be influenced in
9 any way by what she said in her third deposition,
10 correct?
11    A.   No, I have not read it, I cannot rely on
12 it.
13    Q.   And you don't intend to give any opinions
14 based on anything that was said in her third
15 deposition?
16    A.   I'm not even aware that there was a third
17 deposition, so I definitely could got rely on.
18    Q.   So anything that was said in the third
19 deposition can't form any basis for any opinion you're
20 giving, correct?
21    A.   Unless I read them before trial, and then
22 everybody should be aware if anything changes.
23    Q.   I'm talking about as you sit here today,
24 we've got your report, we've got you here under oath
25 giving your opinions, you can't opine, don't intend to

Page 23

1 opine on anything said in her third deposition?
2    A.   No, I have not read it.
3    Q.   Okay.  Now, real quickly, you're the
4 medical director of South Miami Medical Arts Surgery,
5 correct?
6    A.   Yes.
7    Q.   And that's, that's where you work?
8    A.   That's one of the places where I work.
9 That's, that's a surgery center that is a partnership
10 between the surgeons and Baptist Health System.
11    Q.   And what do you do as the medical
12 director?
13    A.   I oversee credentialing, oversee the
14 directory for pharmacy, I oversee any incidents,
15 incident reports, and I, I also prepare for joint
16 commission reviews and AHCA, A-H-C-A, reviews.
17    Q.   It says you are a principal investigator
18 of the Fibroid Registry Research Project.  What is
19 that?
20    A.   Yes, that's a registry, it's a research,
21 and, it's a research project, and it was registered and
22 has been closed.
23    Q.   What was it a research project of?  And
24 what was the purpose of the project?
25    A.   Well, there's a fibroid center at the

Page 24

1 hospital, and I put together the research, I cooperate
2 with the research instruments, I oversee the research
3 instruments as the principal investigator.  That
4 includes IRB submissions and registering in the
5 clinicaltrials.gov site.
6    Q.   But the registry is closed?
7    A.   Yes, when we finish our project, we are
8 required to close that registry or that project on the
9 clinicaltrials.gov.
10    Q.   So you're no longer an investigator for
11 that?
12    A.   No.
13    Q.   I guess we should take that out of your
14 résumé, should we not?
15    A.   You can actually strike it, yeah.
16    Q.   Okay.  And it says that, the conference
17 director for the Pelvic Floor Board.  What is that?
18    A.   The Pelvic Floor Board is a group of
19 colorectal, radiologists, physical therapists,
20 gastroenterologists, neurologists, urogynecologists,
21 gynecologists, and neurologists and pain management
22 specialists.  We all get together every quarter and we
23 present cases, discuss cases and treatment strategies
24 and share knowledge.
25    Q.   Is this national or international, or is

Page 25

1 that just here in Miami?
2    A.   That's a CME activity.  It's one-credit
3 CME activity here at Baptist Health.
4    Q.   Okay, that's what I'm getting at, it's a
5 local entity?
6    A.   That's correct.
7    Q.   And you set up the conferences for it?
8    A.   Yes, I'm the conference director.
9    Q.   Okay.  Now, you're a member of the
10 American Urologic, Urogynecologic Society, is that
11 right?
12    A.   Yes.
13    Q.   That is an organization made up of
14 doctors who practice urology and gynecology?
15    A.   Yeah, we, AUGS started in the '90s, and
16 it was put together by Dr. Jack Robertson, and he, now
17 it's just the society that represents those with an
18 interest or a board certification in urogynecologic
19 medicine and reconstructive surgery.
20    Q.   That's commonly referred as to AUGS?
21    A.   AUGS.
22    Q.   And am I correct, as long as you're a
23 doctor practicing urology or urogynecology and you
24 submit your application, you can be a member of the
25 organization, correct?

7 (Pages 22 to 25)

Jaime Sepulveda, M.D.

Page 26

1      A.   That's correct.
2      Q.   You don't have to take a test to get in
3  there?
4      A.   No.
5      Q.   You don't have to be invited?
6      A.   No.
7      Q.   You're just, I'm a doctor, I do
8  gynecology, I do urology, I would like to be a member,
9  here's my dues, I'm in, correct?
10     A.   Yes.
11     Q.   Okay, and in fact, Ethicon is a member of
12  AUGS, is that correct?
13     A.   I did not know that.
14     Q.   Is me telling you, is that the first time
15  you ever heard it?
16     A.   Yes.
17     Q.   Okay.  And then it says that you're a
18  member of the American Urological Association, AUA, is
19  that correct?
20     A.   Yes.
21     Q.   Same thing, that's an organization that
22  you don't have to be invited to, correct?
23     A.   No, that one I was invited.
24     Q.   You don't have to be invited to it,
25  correct?

Page 27

1      A.   For me as a gynecologist to be a member,
2  yes.
3      Q.   Generally, anyone who is a practicing
4  urologist who wants to be a member of the AUA can
5  submit an application to be a member, correct?
6      A.   If you are a urologist.
7      Q.   That's my point.  And you are.
8      A.   No, I'm a urogynecologist.
9      Q.   I understand, but you practice urology
10  and gynecology, do you not?
11     A.   I practice female pelvic medicine and
12  reconstructive surgery.  That's my board certification.
13     Q.   And so, any doctor who practices in that
14  field can apply, pay a due and be a member of AUA,
15  correct?
16     A.   I think for urologists, they are board
17  certified in urology.  I am not sure.
18     Q.   As you sit here today, you didn't have to
19  take a test to be an AUA member, did you?
20     A.   No, for me to be a member, I had to be
21  invited and sponsored by a urologist.
22     Q.   And then you pay your dues and you become
23  a member, correct?
24     A.   Yes.
25     Q.   All right.  The IUA, the International

Page 28

1  Urogynecologic Association?
2      A.   Yes.
3      Q.   Is that IUGA?
4      A.   Yes.
5      Q.   Okay.  What about that organization, do
6  you have to be invited to that, or can you simply join
7  it?
8      A.   No, you join.
9      Q.   Okay, you pay your dues, submit your
10  application, Dr. Sepulveda, you're a member, correct?
11     A.   Yes.
12     Q.   ICS, International Continence Society,
13  that's also a group, that was founded in England,
14  right?
15     A.   I don't know if it was founded in
16  England.  I know it's a great source of information.
17     Q.   And that's simply, I'm Jaime Sepulveda
18  and I want to be a member, here's my money and here's
19  my application, and you're in, correct?
20     A.   Yes.
21     Q.   All right, you were not invited to be a
22  member of ICS?
23     A.   No.
24     Q.   Anybody who is a doctor who pays the dues
25  can be a member of ICS, correct?

Page 29

1      A.   Yes.
2      Q.   Does your experience in neuromodulation
3  have anything to do with the opinions you're giving in
4  this case?
5      A.   No, not neuromodulation.
6      Q.   It's in your report, so I just want to
7  make sure, as I go through this, I want to see if it
8  impacts your opinions, and if it doesn't, we won't
9  spend any time on it.
10     A.   No, neuromodulation is used for urge
11  incontinence, but it's not something that I would
12  recommend for Mrs. Ramirez at this time.
13     Q.   And you said that you have a good bit of
14  experience with TVT, TVTO and TVT Secur, correct?
15     A.   Yes.
16     Q.   And you describe it in your report as
17  three generations of TVT products, correct?
18     A.   Yes.
19     Q.   Okay.  And all three of those use the
20  same mesh, correct?
21     A.   Yes.
22     Q.   The, the method of implanting is
23  different, correct?
24     A.   Yes.
25     Q.   The length is different?

8 (Pages 26 to 29)

Jaime Sepulveda, M.D.

Page 30

1    A.   Yes.
2    Q.   And, but in your mind, those three
3  products, represent three different generations of, of
4  the TVT family of products?
5    A.   Yes.
6    Q.   All right.  You also implant TVT
7  Abbrevos, do you not?
8    A.   Yes.
9    Q.   Is that part of the third generation, or
10 is it a fourth generation, or where do you put Abbrevo
11 in the hierarchy of --
12   A.   It's probably, we're going to call it
13 fourth generation just by when they came in.
14   Q.   Okay.  It was put on the market in 2010
15 after, after the other three, correct?
16   A.   It might be around that time.
17   Q.   I'm just curious why you didn't put
18 Abbrevo in your report.
19   A.   I don't know, probably just going the
20 Abbrevo in the same, in my mind I think it's the same
21 way as the TVTO.
22   Q.   It's an obturator approach?
23   A.   It's a transobturator approach with
24 midurethral synthetic sling.
25   Q.   And you put a lot of Abbrevos in, don't

Page 31

1  you?
2    A.   Yes.
3    Q.   Okay.  You're not putting the Secur in
4  anymore, correct?
5    A.   I don't have it.
6    Q.   Okay.  Because it was taken off the
7  market, wasn't it?
8    A.   I don't have it, I just don't have it
9  available.
10   Q.   I know you don't, and the reason you
11 don't have it is because it's not made anymore, is it?
12   A.   It's not made anymore.
13   Q.   Because Ethicon took it off the market,
14 correct?
15       MS. GALLAGHER:  Object to form.
16   A.   Yeah, they decommercialized it.
17 BY MR. FREESE:
18   Q.   Well, decommercialization, is that what
19 you mean, they decommercialized it?
20   A.   Yeah, that's the term that has been used.
21   Q.   That's not even a word, is it?
22   A.   I don't know.
23   Q.   I mean, I'm not trying to be funny.
24 Decommercialization is not even a word, is it, Doctor?
25   A.   I don't know.

Page 32

1    Q.   Did you ever look up decommercialization
2  in the dictionary?
3    A.   Never looked at it.
4    Q.   It doesn't exist, I'll invite you to look
5  it up.  What you mean by decommercialization is, TVT
6  Secur was taken off the market by Ethicon, was it not?
7        MS. GALLAGHER:  Object to form.
8    A.   What I consider is that they don't sell
9  it anymore.
10 BY MR. FREESE:
11   Q.   That's right, because they don't make it
12 anymore and they don't market it anymore, correct?
13   A.   They don't sell it, they don't market it
14 anymore.
15   Q.   And why don't they market it anymore?
16       MS. GALLAGHER:  Object to form.
17   A.   It was a decision that came on, on a
18 letter that they explained that, because there were
19 other, other -- there was other methodology that was
20 going to be used for submission to the FDA.  They, they
21 could not make it anymore.  They decided not to make it
22 anymore.
23 BY MR. FREESE:
24   Q.   And they decided not to make it anymore
25 because the FDA told them that the FDA was not

Page 33

1  satisfied with the safety of the TVT Secur, correct?
2        MS. GALLAGHER:  Object to form.
3    A.   I think that it was -- I don't know if it
4  was about safety, I think it was more about getting
5  post-market surveillance.
6  BY MR. FREESE:
7    Q.   You know that the FDA sent a letter to
8  Ethicon saying that it was not satisfied that the
9  safety of the TVT Secur was established and therefore
10 the company was going to be required to do 522 studies
11 in order to keep marketing the product, and rather than
12 do the studies to prove the safety, the company took
13 the product off the market, correct?
14       MS. GALLAGHER:  Object to form.
15   A.   I know that there was a request for a
16 522.  I cannot tell you that it was because of safety.
17 BY MR. FREESE:
18   Q.   Well, what else does the FDA regulate
19 products for other than safety?
20   A.   They, they, they do safety, efficacy and
21 quality of products.
22   Q.   Okay, and as you sit here today, do you
23 know of anybody disputing the quality of the TVT Secur?
24   A.   No.
25   Q.   Do you know of anybody disputing the

9 (Pages 30 to 33)

Jaime Sepulveda, M.D.

Page 34

1   efficacy of the TVT Secur?
2       A.   No.
3       Q.   You do know that they were disputing the
4   safety of the TVT Secur, correct?
5       A.   I do not know that.
6       Q.   As you sit here today, you have no idea
7   why the company took the TVT Secur off the market?
8       A.   I, I don't have a clear idea why.
9       Q.   And does the 522 order relate to the
10  safety of a product or the efficacy of a product?
11      A.   I think it has to do with post-market
12  surveillance.
13      Q.   And is post-market surveillance focused
14  on safety or efficacy?
15          MS. GALLAGHER:  Object to form.
16      A.   I already say I don't know if it's about
17  safety.  I know a post-market surveillance is a lot
18  more involved than just safety.
19  BY MR. FREESE:
20      Q.   You think post-market surveillance has to
21  do with the efficacy of a product?
22      A.   I believe it does.
23      Q.   And you think the criticism that the FDA
24  had in the post-market surveillance of TVT Secur was
25  because of the efficacy of the product?

Page 35

1           MS. GALLAGHER:  Object to the form.
2       A.   There was a, there was a, now that you
3   mentioned it -- can I refer to one of my documents?
4   Because it's in my, it's in one of the documents that I
5   brought.
6   BY MR. FREESE:
7       Q.   Sure.  Do you need to look at a document
8   to answer my question?
9       A.   Well, we have been talking about the same
10  question already in four separate instances, and if I'm
11  going to answer your question accurately I would like
12  to refer to my document.
13      Q.   You mean four separate depositions you've
14  given?
15      A.   I don't understand your question.
16      Q.   I don't understand your answer.  You said
17  we've been talking about it in four separate instances.
18  What did you mean, sir?
19      A.   Well, you asked me already about safety
20  and that the 522 has to do with safety, and before I
21  give you an answer I want to make sure that I give you
22  an accurate answer, and I want to see the document.
23      Q.   Go ahead.
24      A.   I'm looking at the white paper from the
25  FDA.

Page 36

1       Q.   All right.  Look at page 4, if you don't
2   mind, sir.
3           MS. GALLAGHER:  What document are you
4       looking at?
5           MR. FREESE:  I'm looking at this
6       document.
7   BY MR. FREESE:
8       Q.   Is that the same one you're looking at?
9       A.   Yes, this is the FDA Executive Summary
10  for surgical mesh for treatment of women with pelvic
11  organ prolapse and stress urinary incontinence.
12      Q.   Look at page 4, section 2.3, regarding
13  522 post-market surveillance studies.
14      A.   I'm looking at page 4.
15      Q.   Okay.  Is this what you needed to look at
16  to answer the question?
17      A.   No, I was looking at the decision of the
18  committee on the post-market option.  Yes.  What would
19  you like me to read?
20      Q.   My question is, the post-market
21  surveillance studies that the FDA had required Ethicon
22  to conduct related to the serious adverse health
23  consequences that may be caused by a failure of the
24  product, correct?
25      A.   About the, about the efficacy and safety

Page 37

1   and quality.
2       Q.   About the, the 522 allows the FDA to
3   order the study where the failure of the device was
4   reasonably likely to have a serious adverse health
5   consequence.  Correct?
6       A.   Are you reading on the pelvic organ
7   prolapse section?
8       Q.   I'm reading page 4 on 522 studies.
9       A.   Yes.  Well, I'm going to read on page 47,
10  which is a more specific question about TVT Secur.
11      Q.   Okay.  Go ahead.
12      A.   The panel will be asked to consider
13  whether 522 studies are needed for cleared mini-slings,
14  all cleared surgical mesh indicated for stress urinary
15  incontinence, not needed for these devices.  If the
16  panel believes 522 are needed for all or just a subset
17  of these products, the panel will be asked to discuss
18  the type clinical study that should be required with
19  consideration to patient selection, controls,
20  randomizations, outcome measures, concomitant
21  surgeries, follow-up duration, etcetera.
22      Q.   Okay, and you agree with the FDA
23  statements in the summary about the TVT Secur?
24      A.   I, I agree that they are in all the power
25  to choose whatever method they decide to choose.

10 (Pages 34 to 37)

Jaime Sepulveda, M.D.

Page 38

1      Q.   I understand, but do you agree with the
2  comments that they made about the safety of the TVT
3  Secur?
4      A.   I don't think that TVT Secur is an unsafe
5  procedure; therefore, I see no reason to go beyond what
6  was already being done.  Now, I do understand that will
7  benefit from surveillance in any product in which there
8  are being reports of any, any type of incident.
9      Q.   Rather than do the post-market 522
10 studies, the company, rather than approve the safety of
11 the product through those post-market studies, chose to
12 take it off the market, correct?
13           MS. GALLAGHER:  Object to form.
14     A.   The safety of the product has been, is
15 already being examined independently from the FDA.
16 There have been through, there have been studies
17 through separate, separate studies and trials.  What
18 they, the FDA decided was to do 522 because that's a
19 mechanism that they have in place.
20 BY MR. FREESE:
21     Q.   All you're saying is the FDA did what
22 they have the right to do.  I'm asking you if you
23 agreed with what they did.
24           MS. GALLAGHER:  Object to form.
25     A.   I, I disagree with the methodology of the

Page 39

1  FDA which has proven to this time to be inadequate to
2  regulate and innovate at the same time.  This type of
3  criminology of 522s or 510(k)s have been in place for a
4  long period of time, and it's, there's a consensus that
5  this need to be reviewed.  Now, at the time that this
6  was decided, all this consensus came through, the 522
7  was the mechanism in place.
8  BY MR. FREESE:
9      Q.   Right.  You read the executive summary,
10 did you not?
11     A.   I did.
12     Q.   And you read it in forming your opinions
13 in this case?
14     A.   Yes.
15     Q.   And you agree with all the, the FDA
16 statements in the summary?
17     A.   No, I don't agree with all of them and I
18 don't disagree with all of them.
19     Q.   You disagree with some and agree with
20 others?
21     A.   There are parts in which I have no
22 opinion.
23     Q.   I guess it would be fair to say you don't
24 think that FDA statements are always well founded in
25 science, correct?

Page 40

1      A.   That's correct.  I think it's based on
2  the best science that they consider, but there's a bias
3  on the methodology to come to their conclusions and
4  recommendations.
5      Q.   Can you describe to me, Dr. Sepulveda,
6  what bias the FDA has?
7      A.   Well, it's a very small group, and, and
8  it's, it's a group, I believe it's 12, 12 individuals,
9  and the methodology used on the statistical analysis
10 was not, was not fully, fully completed, fully
11 disclosed, I should have said, fully disclosed.  Also,
12 the way the complaint were examined, from the MAUDE,
13 from the MAUDE database was put through an Excel
14 program, it was required to be placed on an Excel
15 program to trim down the repeated complaints.  So, the
16 MAUDE database was used but there's, within itself has
17 its own, its own limitations.
18           I'm going to, I'm going to, I'm going to
19 read the limitations of the MAUDE data analysis, which
20 is on the FDA reports, in which it says the reports
21 were unduplicated using Excel on duplication function,
22 not by reviewing the individual reports.  A few
23 unduplicated reports might still exist in the data.
24 This auto function does not exemplify reports that have
25 different numbers but are related to the same events.

Page 41

1  If one event has two reports, one from the manufacturer
2  and one from voluntary reporter, but they are not
3  linked in the MAUDE database as one event, they will
4  not be taped by auto function as one event.
5           So, that tells you the accuracy of the
6  data that was obtained on, on, on this recommendations.
7           In addition, even though the result of
8  data mining were refined multiple times, it is still
9  possible that a few reports are placed in the wrong
10 group and in the wrong adverse event group.
11           I just read the way, the way the FDA
12 itself, the group, says that there's a limitation about
13 data analysis.  That is biased.
14     Q.   And, therefore, you think that
15 conclusions that the FDA reached are unreliable?
16     A.   I think that they were biased.
17     Q.   Okay, and therefore, if they're biased,
18 they're unreliable, correct?
19     A.   They're not accurate.
20     Q.   And if they're not accurate, they're not
21 reliable?
22     A.   If you want to equate accurate with
23 reliable, yes.
24     Q.   I just want to see if you agree with me.
25     A.   Well, reliable is more, is no more the

11 (Pages 38 to 41)

Jaime Sepulveda, M.D.

Page 42

1   word of accuracy.  Reliable is how good the
2   methodology and conclusions are.
3       Q.   And if methodology is biased, that would
4   lead to unreliable results, correct?
5       A.   I think that most people would judge it
6   as unreliable.
7       Q.   I mean, you understand evidence-based
8   medicine, correct?
9       A.   Yes.
10      Q.   If you're practicing evidence-based
11  medicine, you don't want unreliable data to rely on, do
12  you?
13      A.   No, I want the most accurate data that I
14  can obtain.
15      Q.   And, therefore, bias would be a type of
16  unreliable data, correct?
17          MS. GALLAGHER:  Object to form.
18      A.   There's no cohort methodology, there's no
19  randomization, there's no actual analysis conducted on
20  this.  The whole, the whole concept of evaluating
21  either efficacy or quality in general, in general, I'm
22  talking in general now, in general, we already
23  mentioned for mini-slings and now we're talking in
24  general, in general is that the amount of database is
25  not accurate, and if it's not accurate, you cannot

Page 43

1   consider reliable.
2   BY MR. FREESE:
3       Q.   Thank you.  And, Dr. Sepulveda, do you
4   think that you are more qualified to assess the safety
5   and efficacy of mesh products than the FDA?
6       A.   I, I cannot substitute a panel of 12
7   people.  I cannot substitute a cohort study.  It's not
8   that I'm more qualified.  I, I am the receiving end of
9   it.  So, I can tell you in this receiving end how I can
10  use it.
11      Q.   Okay, that's not really my question.  My
12  question is, do you think that you're more qualified to
13  assess the safety and efficacy of mesh products than
14  the FDA, yes or no?
15          MS. GALLAGHER:  Object to form.
16      A.   I have, I have the experience with
17  working with mesh, I have the knowledge on the
18  biomechanics of mesh, I have the knowledge on the
19  conditions that require the mesh, and I have 25 years
20  doing surgery, but that still leaves me in the
21  receiving end of it.  Am I more qualified than the FDA?
22  I think I am as qualified as anyone that was in that
23  panel or that spoke to the FDA.
24  BY MR. FREESE:
25      Q.   Now, Doctor, you said in your report that

Page 44

1   you have had over 500 surgeons visit your operating
2   room to watch you place slings, correct?
3       A.   Yes.
4       Q.   How many of those were sponsored by
5   Ethicon?
6       A.   I think that the majority of them.
7       Q.   Well, I mean, like 99 percent or 51
8   percent?
9       A.   I never run a percentage of it, but I
10  have had, I have had surgeons that come without,
11  without Ethicon.  The majority could be more than 50
12  percent.  This, this pelvic floor, pelvic floor surgery
13  and the specific procedures did not start with mesh.
14  We were doing this procedures and we were using
15  different procedures even before mesh.  In the same way
16  that I visited many surgeons, even before there was
17  mesh, they also visited me.
18      Q.   Okay.  Well, did you place any
19  midurethral slings that weren't synthetic?
20  Midurethral slings by definition are synthetic slings,
21  are they not?
22      A.   Yes, there's no data that indicates that
23  midurethral slings should be anything but synthetic.
24      Q.   I understand.  My question, Doctor, is
25  asking you about your report, and you said 500 doctors

Page 45

1   have come to my operating room to watch Dr. Sepulveda
2   put in midurethral slings.  You did say that, did you
3   not?
4       A.   No, not just midurethral slings.
5       Q.   Well, let's look at your report, sir.
6   Page 2, quote, "I have had over 500 physicians visit my
7   operating room to watch me place midurethral slings."
8   Did you write that?
9       A.   Midurethral slings along with other
10  procedures.
11      Q.   That's not what your report says, is it,
12  Doctor?  Is it?
13      A.   No, it's not what my report says.
14      Q.   What your report says is 500 doctors have
15  come to your OR to watch you place midurethral slings,
16  correct?
17      A.   Yes.
18      Q.   That means 100 percent of those 500
19  doctors would be watching you place a synthetic
20  midurethral sling, correct?
21      A.   Yes, they have watched me place a
22  midurethral sling, correct.
23      Q.   Okay.  How many of these 500 doctors that
24  came to watch you put synthetic slings in were
25  sponsored by Ethicon?

12  (Pages 42 to 45)

Jaime Sepulveda, M.D.

Page 46

1    A.   The majority.
2    Q.   Is it closer to 500 or is it closer to
3    250?
4    A.   It might be a number between the both of
5    them, but I can not give you an accurate number because
6    I never recorded it.
7    Q.   Okay.  How do you know it's 500 then, if
8    you never recorded it?
9    A.   Because that's the number, that's the
10   number that -- it may have been a thousand.
11   Q.   Okay.
12   A.   It may have been a thousand, may have
13   been 400, but I can tell you that at least 500, because
14   in 25 years doing surgery and you have individuals
15   coming to watch you.
16   Q.   Did you just pick the 500 out of the air?
17   A.   Yeah, that's the safest number I could
18   pick.  I could have picked a larger number, though.
19   Q.   Okay.  And how many years have you been
20   doing midurethral slings?
21   A.   It's since TVT came out.
22   Q.   1998?
23   A.   Yes.
24   Q.   All this 25-year stuff you're talking
25   about has nothing to do with when you're talking about

Page 47

1    midurethral slings, does it?
2    A.   No, we, we actually dissected the
3    urethra, so that -- okay, yes --
4    Q.   Just answer my question, Doctor.  All of
5    this talk about I've been doing this 25 years has no
6    application to midurethral slings, does it?
7    A.   Yes, I have not placed midurethral slings
8    for 25 years.
9    Q.   Because they've only been on the market
10   for 18 years, correct?
11   A.   That is correct.
12   Q.   Okay, and no 500 doctors have seen you
13   place a midurethral sling?
14   A.   It might be 500, it might be more.
15   Q.   And who comes and sees you place
16   midurethral slings in the OR other than people
17   sponsored by Ethicon?
18   A.   I have, I have colleagues that come in, I
19   do Miami, they come to Miami, and they say I'm going to
20   go and see Jaime do surgery.  The first one that comes
21   to mind is the chairman, the director of gynecologic
22   surgery at the University of Puerto Rico.  Another
23   colleague in Savannah.  Another colleagues also from
24   Puerto Rico that is doing academics.  I have had
25   fellows, I have had residents from other institutions

Page 48

1    that come and watch me place it.  That's essentially.
2    I could go on with a list, but I don't keep a registry.
3    Q.   All right.  And when, when Ethicon
4    sponsors these doctors to come watch you place slings,
5    is Ethicon paying you to do that?
6    A.   Yes, they, they, they were, those were
7    mostly activities in which I demonstrated how to place
8    product, and some patients with product also had a
9    midurethral sling.
10   Q.   Okay, but when these doctors that are
11   sponsored by Ethicon are coming in, you're being paid
12   by Ethicon to let them come into your OR to watch you
13   do surgeries?
14   A.   Yeah, they compensate me for my time
15   before I do my surgery.  When I'm doing my surgery, I'm
16   being compensated for my surgery.
17   Q.   Now, you say that you, you've used
18   laser-cut mesh and mechanically-cut mesh, correct?
19   A.   Yes.
20   Q.   If I'm holding a TVTO box, for example,
21   all right, how can I tell if it's a mesh, if the mesh
22   is laser cut or mechanically cut?
23   A.   I don't know by looking at the box
24   because when I'm scrubbed, I'm not looking at a box but
25   I look at the product.

Page 49

1    Q.   Okay.  So, you're an expert, you hold
2    yourself out as an expert in TVTO, correct?
3    A.   Right.
4    Q.   And we can agree that if you're looking
5    at the box, even you, who implants them all the time,
6    you don't know if it's mechanical cut or laser cut?
7    A.   I think that there's a way to know it.  I
8    just never looked at that box.
9    Q.   But sitting here today, you can't think
10   of what that way is?
11   A.   Yeah, I look at the sling.
12   Q.   Okay, you pull it out and you look at it,
13   so you don't know until you open the box, pull back
14   the, the plastic cover to figure out if it's laser cut
15   or mechanical cut?
16   A.   No, not with the plastic cover.  You can
17   actually see it on the sheet.
18   Q.   But you have to open the plastic
19   container to get to the TVTO, do you not?
20   A.   No, it's transparent.  You can actually
21   see it without even opening it.
22   Q.   Well, the body is transparent, the top is
23   not transparent, is it?
24   A.   The body, yeah, all the other sides are
25   transparent.

13  (Pages 46 to 49)

Jaime Sepulveda, M.D.

Page 50

1    Q.   The tub is transparent but the top is
2  not?
3    A.   No, the top is like a paper with a name.
4    Q.   And you can look through the plastic tub
5  and tell if it's laser cut or mechanical cut?
6    A.   You can look at the sling in that area,
7  yes.
8    Q.   Without opening it?
9    A.   Without opening it.
10        MS. GALLAGHER:  Y'all are talking about
11     different things.  He's talking about the top
12     of the box.  Can you look through the top of
13     the box and tell whether it's laser cut or
14     machine cut?
15        THE WITNESS:  No.
16        MR. FREESE:  I understand what he was
17     saying.
18  BY MR. FREESE:
19    Q.   You're saying you can look through the
20  clear plastic portion of the TVT before you even open
21  the tub and tell if it's laser cut or mechanical cut?
22    A.   I have used it so many times and I have,
23  and there's a plastic cover in there, and you can see
24  the whole device right through there.  It's, it's, if I
25  tell you, though, in order to be accurate with you, I

Page 51

1  cannot tell you that I look right through there and
2  say, okay, which one is that, laser cut or mechanical
3  cut.
4    Q.   I'm asking you, are you able to do that?
5    A.   I will have to look at it, because as I
6  sit here today, I don't remember looking through it.
7    Q.   When you open it and pull it out, it's
8  got a plastic sheath on it, does it not?
9    A.   It does.
10    Q.   Well, can you see the edges?
11    A.   Yes.
12    Q.   And you can tell if it's laser cut or
13  mechanical cut without ever pulling the plastic sheath
14  back?
15    A.   Yes.
16    Q.   Okay.  Is there any study that you have
17  looked at that compared how laser-cut versus
18  mechanical-cut mesh performs?
19    A.   No.
20    Q.   Do you order the slings, Doctor, that you
21  implant in your patients?
22    A.   No, the hospital orders it.
23    Q.   When, when you order them, do you tell
24  the hospital I need five TVTOs, or do you say, I need
25  five TVTO laser cut or five TVTO mechanical cut?

Page 52

1    A.   No, I have ordered just, just give me
2  five TVTOs.  Actually, you know, I don't tell someone I
3  need TVTOs.  Someone keeps my TVTOs there and, and, and
4  I don't, I don't order like I would say that I order
5  things for my office, no.
6    Q.   Okay, but what I'm getting at is, when
7  you, I mean, you are the doctor and if a TVTO is needed
8  to be implanted in your patient, do you know whether or
9  not it's a laser cut or mechanical cut?
10    A.   Well, I look at it.
11    Q.   At the time of the placement?
12    A.   At the time that I have it there.
13    Q.   Yes, sir, what I'm trying to find out is
14  at the time that you buy it from Ethicon, are you
15  dictating it be one or the other?
16    A.   No.
17    Q.   Who does that?
18    A.   They, they, they order it from, from the
19  company.  There's no one that determines laser cut or
20  mechanical cut.
21    Q.   And it doesn't make any difference to you
22  which one it is?
23    A.   No.
24    Q.   Am I correct that after the TVTO laser
25  cut was introduced, Ethicon introduced several more

Page 53

1  synthetic sling products, correct?
2    A.   I overheard on the, on the different
3  conferences and activities by Ethicon that there was,
4  they were talking about laser cut and mechanical cut.
5  It never made a difference to me, laser cut or
6  mechanical cut.
7    Q.   And is that -- it's fair to say then that
8  you've actually never studied the clinical differences
9  between laser cut and mechanical cut?
10    A.   No, there has been no actual clinical
11  studies to my knowledge, and if you have something that
12  I don't know, please, I will read it.
13    Q.   Sure, and that's fine, Doctor, but my
14  question to you is, and I think you may have told me,
15  there are no studies comparing laser cut to mechanical
16  cut and you have not endeavored in forming your
17  opinions in this case to do any studies on the
18  difference from a clinical standpoint of laser cut
19  versus mechanical cut, correct?
20    A.   To my knowledge, there has not been a
21  randomized control trial comparing laser cut versus
22  mechanical cut.
23    Q.   Yes, sir, I understand that, and nor have
24  you done any kind of literature search to see if
25  there's any literature, even if it's not a randomized

14  (Pages 50 to 53)

Jaime Sepulveda, M.D.

Page 54

1    control trial, correct, about the difference between
2    mechanical cut versus laser cut?
3        A.    No, there's no -- I actually look for
4    mechanical cut versus laser cut, and what I have is
5    what's in the company documents.
6        Q.    So the only documents you've looked at
7    that discuss the difference between mechanical cut and
8    laser cut is what the company lawyers supplied you?
9        A.    Yes, the company documents.
10       Q.    And you've done no other independent
11   literature review or scientific review of any
12   literature on any difference that may exist between
13   laser cut and mechanical cut from a clinical
14   standpoint?
15       A.    I did an PubMed search and I could not
16   find any.
17       Q.    Okay.  The only documents that you have
18   looked at comparing laser cut to mechanical cut are the
19   internal documents of Ethicon, correct?
20       A.    That is correct.
21       MR. FREESE:  Let's take a break.
22       (Break taken from 10:25 to 10:30 a.m.)
23   BY MR. FREESE:
24       Q.    Dr. Sepulveda, before our break we were
25   talking about laser cut versus mechanical cut, and real

Page 55

1    quickly, I am correct that after TVTO laser cut was
2    introduced, Ethicon introduced TVT Secur, correct?
3        A.    Yes.
4        Q.    TVT Abbrevo, correct?
5        A.    Yes.
6        Q.    TVT Exact, correct?
7        A.    Yes.
8        Q.    Am I also correct that after TVTO laser
9    cut was introduced, Ethicon never introduced another
10   mechanically-cut synthetic midurethral sling again, am
11   I correct?
12       A.    I, I could not track, but I take it as
13   you're telling me.
14       Q.    You agree with me that TVT Secur is laser
15   cut, correct?
16       A.    Yes.
17       Q.    Every version of it?
18       A.    Yes.
19       Q.    TVT Exact is laser cut, is it not, every
20   version of it?
21       A.    Yes.
22       Q.    TVT Abbrevo is laser cut, every version
23   of it, correct?
24       A.    Yes.
25       Q.    So you cannot think of a single

Page 56

1    midurethral sling that Ethicon manufactured after the
2    introduction of TVTO that was anything other than
3    laser-cut mesh, correct?
4        A.    I cannot think of any other.
5        Q.    And do you have any explanation why that
6    was, why they don't make mechanically-cut mesh in any
7    of the products once laser-cut TVTO became available?
8        MS. GALLAGHER:  Object to form.
9        A.    I did not know the reason for it.
10   BY MR. FREESE:
11       Q.    Okay.  Doctor, in your overview and
12   review of literature, you say stress urinary
13   incontinence is a common condition in women, and we can
14   look at some data, but am I correct that, that AUA said
15   that up to 50 percent of women will suffer some form of
16   the SUI in their lifetime?
17       A.    I read that, yes.
18       Q.    And you agree with that?
19       A.    I would agree with that.
20       Q.    It's that common of a problem?
21       A.    It is a very common problem, yes.
22       Q.    You say all procedures, but in
23   particular, you say earlier procedures, in other words
24   pre, pre-midurethral sling procedures I gather is what
25   you're talking about here?

Page 57

1        A.    Yes.
2        Q.    Carry the risk of urinary outlet
3    obstruction, voiding dysfunction, major nerve and
4    vascular injuries, pain, relatively high frequency of
5    revision and wound healing complications?
6        A.    Yes.
7        Q.    No previous surgery prior to midurethral
8    slings caused a risk of erosion, am I correct?
9        A.    No, there was exposure of the sutures, we
10   did see that, and we did see sutures inside the
11   bladder.
12       Q.    Okay.  That's not my question.  My
13   question is that erosion of the midurethral sling is a,
14   is a, is a complication unique to midurethral slings,
15   synthetic midurethral slings, correct?
16       A.    Yes, exposure of the tape was not seen
17   before when tapes were not being used.
18       Q.    Okay, and, Doctor, you say that Burch
19   colposuspensions had earlier been associated with the
20   term gold standard which established a clinical
21   benchmark of efficacy for the treatment of SUI.  You
22   see that?
23       A.    Yes.
24       Q.    I'm read some of your prior depositions,
25   so I'm going to try to speed through some of this.

15 (Pages 54 to 57)

Jaime Sepulveda, M.D.

Page 58

1      You're not a fan of the phrase gold standard, are you?
2          A.   Never been much of a fan of that.
3          Q.   So you're not going to come into court
4      and start giving us opinions that the TVTO is the gold
5      standard of anything, correct?
6          A.   I would refer to anything that was
7      referred before as a gold standard as the current
8      clinical standard.
9          Q.   Current standard, and in fact, there have
10     been articles published in the New England Journal of
11     Medicine that say you shouldn't use the word gold
12     standard, you should use the word current standard,
13     correct?
14         A.   Yes, it was in -- I don't know if it was
15     in the New England Journal of Medicine, but it was
16     definitely in the AUGS Journal.
17         Q.   Okay.  And you agree that that's a more
18     appropriate phrase to use?
19         A.   Current clinical standard seems to be a
20     more objective way of looking at things.
21         Q.   And so, when you come to San Antonio to
22     testify, is it fair to say that you're not going to be
23     sitting there pontificating about gold standards,
24     that's just not a term that you think is appropriate?
25         A.   I agree, I would not be pontificating

Page 59

1      about the gold standard.
2          Q.   Okay, thank you.  Doctor, you said that
3      the studies in the medical literature prior to the
4      midurethral sling, prior to the arrival of TVT were
5      lacking and of poor quality.  Do you see that?
6          A.   Yes.
7          Q.   And I'm just, I'm just trying to figure
8      out, what is your basis for saying that the studies
9      prior to TVT were of poor quality?
10         A.   Well, there were, there were
11     retrospective cohort studies that were case reports,
12     there were groups of case reports, but there was a lack
13     of randomized control trials.
14         Q.   Is this just simply, and -- strike that.
15             The lack of a substantial number of
16     randomized control studies is, is how you reached the
17     conclusion that the study quality is poor?
18         A.   Right.
19         Q.   In other words, you have to have a
20     significant number of randomized control studies in
21     order to have good-quality data, in your mind?
22         A.   I, I look at the, at the cohort studies
23     and there are instances in which I may not have a
24     randomized control trial.  I would like to see multiple
25     cohort studies if I don't have a randomized control

Page 60

1      trial.
2          A.   All right, and the reason I asked you
3      about gold standard is because about three pages later
4      you then invoke the gold standard language on the TVT.
5          A.   I actually saw that on my report, and I,
6      I apologize for that.  That should be current clinical
7      standards.
8          Q.   Okay, and that's fine, and fair enough.
9      So, even though you have it in your report, you won't
10     be referring to the TVTO as the gold standard?
11         A.   I'm going to repeat my answer, I will not
12     be pontificating about gold standard.  I will be saying
13     current clinical standards.
14         Q.   Thank you, sir.  You have no idea how
15     much time that saved us.
16             Doctor, when you say, quote, "The use of
17     monofilament, non-absorbable polypropylene predominates
18     in the current clinical practice," you're not
19     distinguishing between mechanical cut and laser cut?
20         A.   I'm not distinguishing between one or the
21     other.
22         Q.   Am I correct that in that sentence there,
23     when you say that those monofilament non-absorbables
24     predominate the current clinical practice, you're
25     lumping mechanical cut and laser cut meshes together?

Page 61

1          A.   Yes.
2          Q.   Okay.
3          A.   As they are available, because we don't
4      have it available anymore in the mechanical cut.
5          Q.   When did Ethicon stop making TVTO
6      mechanical cut?
7          A.   I, I cannot recall one specific date,
8      no.
9          Q.   So, let me clarify that.  So, as of
10     today, you think all TVTOs are laser cut?
11             MS. GALLAGHER:  Object to form.
12         A.   Yes.
13     BY MR. FREESE:
14         Q.   And you don't know exactly when Ethicon
15     stopped manufacturing TVTO mechanical-cut mesh?
16             MS. GALLAGHER:  Object to form.
17         A.   I don't know a specific date.
18     BY MR. FREESE:
19         Q.   And is that why you said you don't
20     concern yourself with it, because it's only laser cut,
21     right?
22         A.   It's only laser cut now.
23         Q.   All right, thank you.  Doctor, you say
24     that, quote, "These anatomical considerations," and I'm
25     on page 8 of your report if you want to follow along

16  (Pages 58 to 61)

Jaime Sepulveda, M.D.

Page 62

1    with me.  Quote, "These anatomical considerations were
2    well documented during the description and the design
3    of the TVTO."  Do you see that?
4        A.   Okay, yes.  These anatomical
5    considerations were well documented during the
6    description and design of the TVTO.  I am talking about
7    the hammock of the, in the suburethra and the
8    periurethral tissue.
9        Q.   All right, and we can agree that prior to
10   the launch of the TVTO, there were no randomized
11   controlled studies of that product done, correct?
12       A.   No.
13       Q.   Okay, and the product was launched in the
14   U.S. and worldwide without a single randomized control
15   study being performed by Ethicon, correct?
16       A.   It was, it was released on a 510(k)
17   approval.
18       Q.   And, so, the answer to my question is, at
19   the time the TVTO was released to the world by Ethicon,
20   there were no randomized control studies demonstrating
21   the safety or efficacy of the product, correct?
22       A.   That's correct.
23       Q.   And the prelaunch studies that Dr. de
24   Laval performed didn't even use the same kit that
25   became the TVTO, did it?

Page 63

1        A.   I think that the needles were, were
2    different.
3        Q.   Okay.  And he was, he was, he was cutting
4    it himself, correct?
5        A.   He may have cut it himself, I'm not aware
6    of which methodology he used for that.
7        Q.   Because there was no kit for him to
8    implant in women, he created it, correct?
9        A.   He created it.
10       Q.   And just so we're clear, Doctor, my
11   question may have lent us to RCTs.  At the time that
12   the TVTO was launched by Ethicon, there were no
13   clinical studies whatsoever on the TVTO, correct?
14       A.   There were, there were the studies from
15   the, from the inventor, and there was data on the TVT.
16       Q.   And I'm not talking about TVT now,
17   because that's a different product, isn't it?
18       A.   That, that is, there's a different site
19   on the anatomy where it's inserted.
20       Q.   And it's implanted differently, correct?
21       A.   It is implanted different.
22       Q.   You say there existed the de LaVal
23   clinical data, correct?
24       A.   Yes.
25       Q.   But he's the inventor, correct?

Page 64

1        A.   He's the inventor.
2        Q.   And you know he had an economic stake in
3    the results that he reported on his clinical data,
4    correct?
5        A.   Yeah, you know, I was asked the same
6    question last week, and these are high-caliber
7    investigators.  I have no reason to believe that they
8    are going to be biased specifically by money.  I cannot
9    say, I cannot sit here and testify under oath that I
10   believe that that's the case.
11       Q.   Okay.  Well, I'm simply asking you, you
12   recognize that the only clinical data that existed was
13   that produced by the guy who had an economic stake in
14   the outcome of these results, correct?
15       A.   That's correct.
16       Q.   Okay.  And that data was based on his own
17   pre-cut invention, not what ultimately became TVTO,
18   correct?
19       A.   His own device.
20       Q.   In other words, de LaVal was using a
21   homemade product when he was implanting women with the,
22   the, his obturator-approach midurethral sling, correct.
23            MS. GALLAGHER:  Object to form.
24       A.   I don't think he made it at home.  He may
25   have made it elsewhere, but I --

Page 65

1    BY MR. FREESE:
2        Q.   In his own lab is what I mean.
3        A.   In his own lab, correct.
4        Q.   Okay.  It wasn't done in a factory like
5    TVTO is made today, correct?
6        A.   It wasn't manufactured by a third party,
7    no.
8        Q.   And have you reviewed the original launch
9    plan that Ethicon prepared before the launch of the
10   TVTO?
11       A.   I went through a few papers because I
12   believe it's included in that binder, and I reviewed
13   them probably, I saw it about a year ago.
14       Q.   Okay, and do you know the original launch
15   plan Ethicon had was that they were going to do
16   clinical studies before the TVTO was launched?
17       A.   I can't recall specifically they were
18   deciding to do clinical studies on TVTO.
19       Q.   I'll make that representation to you.
20   You don't have any reason to dispute that, do you?
21       A.   No, no reason to one way or the other.
22       Q.   And if the original launch plans
23   anticipated Ethicon was going to conduct its own or
24   independent clinical trials before the launch of TVTO,
25   you would have no objection to that, would you?

17 (Pages 62 to 65)

Jaime Sepulveda, M.D.

Page 66

1    A.   I would have no objection to, to, to
2    that.
3        Q.   So, because that would be the responsible
4    thing to do, wouldn't it?
5        MS. GALLAGHER:  Object to form.
6        A.   No, they'll have their reasons to conduct
7    their studies, and they have their, their own
8    justifications to do whatever trial they may think.  I
9    believe that what, what determined that was what their
10   interaction was between what was established between
11   the FDA and Ethicon at that time.
12   BY MR. FREESE:
13       Q.   And that's not really my question, Dr.
14   Sepulveda.  My question is, you would agree with me
15   that the plan to do clinical trials before launching a
16   product is a responsible thing to do, that plan itself,
17   theoretically?
18       A.   In general terms, you could say that
19   doing clinical trials is a good idea, as long as those
20   clinical trials don't put unnecessary subjects to
21   demonstrate things that have already been demonstrated.
22       Q.   Okay.  And that's why you normally want
23   to do clinical trials, right?  You want to build a body
24   of science that supports the safety and efficacy of
25   your product, correct?

Page 67

1        A.   Before I continue, I may have said
2    unnecessary subjects.  I mean as long as it doesn't put
3    subjects through unnecessary risks.  That's what I
4    meant on my answer.
5        Q.   Yes, sir.
6        A.   And following with your question?
7        MR. FREESE:  Would you read back my
8    question?  I'm sorry.
9        THE COURT REPORTER:  And that's why you
10   normally want to do clinical trials, right?
11   You want to build a body of science that
12   supports the safety and efficacy of your
13   product, correct?
14       A.   Yes, science built up on previous
15   studies.
16   BY MR. FREESE:
17       Q.   And you know that those clinical trials
18   never occurred, correct?
19       A.   I am not aware of those clinical trials
20   happening.
21       Q.   And you don't know the reason why they
22   didn't occur, correct?
23       A.   No, I don't know the reason.
24       Q.   You said for whatever, whatever reason
25   Ethicon had for not doing those clinical trials prior

Page 68

1    to the launch of the TVT is an Ethicon decision and you
2    have no idea why they didn't do it?
3        A.   That's going to be an Ethicon decision
4    alone in their interaction with the FDA.
5        Q.   Should the decision to not do clinical
6    trials ever be based on simply wanting to rush your
7    product to market?  Should that ever be a basis not to
8    do a clinical trial?
9        MS. GALLAGHER:  Object to form.
10       A.   No, I think that --
11       THE WITNESS:  Did you get that objection?
12       MR. FREESE:  She got it, don't worry.
13   She's a big girl.  You worry about you, she'll
14   worry about her.
15       A.   The decision, I believe whenever there
16   are products like this that are innovative, that that
17   decision is going to be again, what I already said, I'm
18   not going to repeat, I mean, I will repeat what I
19   already said, between Ethicon and the FDA, but it's
20   also determined internally by Ethicon, by the different
21   branches that are input in a project, because you may
22   have marketing individuals, you may have sales
23   individuals, you will have scientific individuals, you
24   have engineers, medical liaisons, so you cannot, you
25   cannot just point to one area.  I believe that in every

Page 69

1    company, every device company, there's going to an
2    interaction between all these different individuals
3    deciding which, which product gets the studies done.
4    BY MR. FREESE:
5        Q.   And I'm not quibbling with you about
6    that, Doctor.  My question was quite different.  Do you
7    agree with me, generally speaking, that, that a
8    responsible medical device company shouldn't forgo
9    clinical trials simply to rush their product onto the
10   market?  That's my only question.
11       MS. GALLAGHER:  Object to form.
12   BY MR. FREESE:
13       Q.   That would not be the responsible thing
14   to do.  You agree with that?
15       MS. GALLAGHER:  Object to form.
16       A.   It's going to be a decision of the
17   company, but in general, in general, you don't, you
18   don't rush things.  You don't rush decisions for
19   surgery, you don't rush decisions to place or take out
20   implants.  You don't rush in general any of these
21   decisions.
22   BY MR. FREESE:
23       Q.   And if the decision to forgo clinical
24   trials was simply an economic decision and not based on
25   safety or efficacy, we can agree that that would be

18 (Pages 66 to 69)

Jaime Sepulveda, M.D.

Page 70

1  something that Dr. Sepulveda would be critical of?
2      MS. GALLAGHER:  Object to form.
3      A.   If anything that is motivated purely by
4  economics, it belongs in a different arena and not
5  health care.
6  BY MR. FREESE:
7      Q.   Thank you.  Doctor, this is sort of a
8  question we had started the last hour, but other than
9  the life care plan, you said that you prepared the
10  entirety of this report.  Is that correct?
11     A.   Yes.
12     Q.   Did you prepare all the footnotes, too?
13     A.   Yes, I did, I did, I did prepare those,
14  those papers.
15     Q.   And the reason I was curious is because
16  the reports and the footnotes have a remarkable
17  similarity to doctors from all over the country that
18  work for Ethicon, Dr. Permugia and Dr. Grier and Dr.
19  Flynn, I mean, we've got these reports and it's
20  remarkable how similar your work is and their work.
21     A.   I can tell you this, I spent a lot of
22  time sitting down and writing.  It has, there were a
23  few other things that were added to it, there were
24  things that have been edited by me on consultation with
25  the attorneys, but there's, there's no attorney that is

Page 71

1  going to bring out a report that I don't, I don't
2  approve.
3      Q.   I'm not saying you don't approve, but, I
4  mean, you sat down and actually put all these footnotes
5  in your report?
6      A.   Yeah, actually the footnotes, I remember
7  exactly going through the two papers on the frequency
8  of these devices, I remember going through all the
9  papers that I have saved over time, and there are other
10  papers that were given to me about randomized control
11  trials.  I wrote this, I wrote this just after, just
12  after my, my board, my subspecialty board
13  certification.
14     Q.   Did you cut and paste any of this report
15  from another report?
16     A.   No, I wrote a report, I submitted it, and
17  then they came back with extra, extra bibliography, but
18  I actually submitted a bibliography.
19     Q.   Okay, you said they came back with a
20  bibliography.  You're talking about the footnotes,
21  correct?
22     A.   No, if there's a footnote, if there's a
23  citation, there's a citation, I look at these
24  citations, and the ones that were submitted, I look at
25  them before they came.

Page 72

1      Q.   My question is, was any of this report
2  cut and pasted from any other report, or was this all
3  original work product as of March 23rd, 2016?
4      A.   No, my report on TVTO is my report on
5  TVTO, and if it looks like Christina Permugia's report
6  or whoever report, it's what's available there.  There
7  are no more papers.
8      Q.   But what I'm saying is this, I won't find
9  any, any language in your report that, in any report
10  prior to March 23rd, 2016, correct, because this is all
11  your work product, so I won't be able to go and find
12  any reports prepared by you that looks identical, in
13  fact is identical in the entire report, because you
14  created this on March 23rd, 2016, correct?
15     MS. GALLAGHER:  Object to form.
16     A.   I did not create this on March 23rd.
17  This has been written and reviewed over the last year
18  and a half, two years.
19  BY MR. FREESE:
20     Q.   When did you start writing your Ramirez
21  report?
22     A.   Over a year ago.
23     Q.   How many hours do you have in the Ramirez
24  matter?
25     A.   Lot of hours.  I mean, this is probably

Page 73

1  the case that has taken the longest number of hours.
2      Q.   And so what is that?
3      A.   I put it together and I submitted as a
4  whole group.  Let me tell you, when I started seeing
5  this, this, these cases, I had like four or five cases
6  that I was reviewing, and, then, I was asked to do a
7  report on Ramirez.  There were other cases that did not
8  require a report.  That's how I know that I, I recall
9  sitting weekends and going, and writing this.
10     Q.   I just haven't seen a Ramirez invoice.
11  Have you prepared one?
12     A.   I believe that there are a few with
13  Ramirez numbers.
14     Q.   But do you have a total Ramirez invoice
15  somewhere?
16     A.   They were submitted last -- well, that's,
17  that's, there was a time in which I say no, we want you
18  to put for each specific case, and that's when I
19  started doing it, a few months ago, that was for
20  Ramirez, and I was here with, with Mr. Schnel last week
21  and he had, he had those documents.
22     Q.   Do you have your Ramirez invoice with
23  you?
24     A.   No.
25     MS. GALLAGHER:  You already have them.

19 (Pages 70 to 73)

Jaime Sepulveda, M.D.

1     They were here we when started the depo.
2          MR. FREESE:  Where are they?
3          THE WITNESS:  These are my invoices.
4          MR. JORDAN:  There were two exhibits to
5     the letter that Chris Morris sent.  One of them
6     you were asking to be blown up.  The other is
7     the invoice.
8          MR. FREESE:  Right.
9     BY MR. FREESE:
10         Q.   These don't break down Ramirez.  Are
11    these all Ramirez invoices?
12         A.   No, there's a group, it's grouping all
13    the MDL cases, the most recent ones.
14         Q.   But you can't tell from these invoices
15    what they're for?
16         A.   Yeah, I just group all the hours on
17    there.
18         Q.   How many hours do you have in your best
19    judgment on the Ramirez matter?
20         A.   I would say over, over a hundred hours.
21         Q.   Over a hundred hours on Ramirez?
22         A.   Yeah, easily.
23         Q.   And that doesn't include your MDL time?
24         A.   Nor my MDL.
25         Q.   I'm going to mark as the, the cover

1     letters from, the payments from Ethicon and the
2     invoices here as Exhibit 7 to your deposition.  Okay?
3          A.   Okay.
4          (Plaintiff's Exhibit No. 7 was marked for
5          identification.)
6     BY MR. FREESE:
7          Q.   When doing your report, Dr. Sepulveda,
8     did you attempt to look and see how many of the authors
9     that you were citing in support of your opinions were
10    paid consultants by Ethicon?
11         A.   No.
12         Q.   Do you even know how many of these
13    authors you cited are paid consultants of Ethicon?
14         A.   No.
15         Q.   And were paid consultants at the time
16    they wrote their reports?
17         A.   I do not know that.
18         Q.   Is that a fact of no consideration of
19    yours, you don't care?
20         A.   No, the methodology takes care of
21    whatever bias to be introduced.
22         Q.   Well, assuming one knew what the
23    methodology was.
24         A.   Yes, there's a methodology, there's
25    auditing on research projects, there's supervision,

1     procedures manuals, there are lab manuals.  So this is
2     not, there are people looking over each other's
3     shoulders on research projects.  So that's what I call,
4     what I call about the methodology is not only the
5     methodology for the randomized control trial but also
6     the surveillance on it.
7          Q.   Who was overlooking Dr. Ulmsten's study,
8     for example, on TVT?  Who is looking over his shoulder?
9          A.   I don't know who was looking at him.
10         Q.   Nobody was.  You know that, don't you?
11         A.   No, I don't.
12         Q.   You realize that nobody was overlooking
13    Ulmsten's studies?
14         A.   No, I don't know that.
15         Q.   Well, can you name me one person who
16    oversaw what Dr. Ulmsten prepared?
17         A.   No, I just don't know who overlooked.
18         Q.   Did you ever look at the patient level
19    data for Dr. Ulmsten?
20         A.   No.
21         Q.   Did you know that Ethicon never even
22    looked at the patient data for TVT studies that Ulmsten
23    did?
24         A.   No, I do not know how Ulmsten conducted
25    his research, his research project.

1          Q.   Am I correct that you have not looked at
2     the patient level data of any of these authors that
3     you're citing in your report?
4          A.   No, that's not correct.  I have looked
5     at, at these reports and I look at the methodology that
6     they have used.
7          Q.   I'm not asking that.  I'm talking about,
8     I know you've looked at the methodology.  Have you
9     looked at the patient level data that the authors were
10    looking at when they write these reports?
11         A.   Define patient level data.
12         Q.   The actual data that's collected at the
13    sites for these trials that are being performed.
14         A.   How it was collected?
15         Q.   Yes, sir.  Have you ever gotten the
16    patient level data of any of these studies?
17         A.   No, it's not described on the report on
18    any papers, any research papers.
19         Q.   You simply take what the authors say and
20    give credit to what they say, assuming that they have
21    given credible, reliable, unbiased results, correct?
22         A.   They -- I don't assume.  I read the
23    papers, and I read papers that have more accuracy than
24    others in methodology, but that's why there's a section
25    on methodology on each paper.

Jaime Sepulveda, M.D.

Page 78

1      Q.   And you see what the methodology is and
2  then read it, decide you like it, and then cite it?
3      A.   I decide if I find it accurate, yes.
4      Q.   You say on page 4 of your report:
5  Overall, there are over 100 randomized control trials
6  that have accumulated and countless more cohort studies
7  on TVT and TVTO.  Do you see that?
8      A.   Yes.
9      Q.   We can agree, you've lumped TVT and TVTO
10 there in that sense together, have you not?
11     A.   Yes.
12     Q.   And we've agreed that they're two
13 different products, correct?
14     A.   The insertion is different.
15     Q.   And they're different products?
16     A.   They are different products because the
17 insertion is different, the needles are different.
18     Q.   And they have different clearance
19 applications, correct?
20     A.   They have different clearance
21 applications.
22     Q.   The TVT was cleared using ProteGen as the
23 predicate product, correct?
24     A.   Yes.
25     Q.   So when you say a hundred randomized

Page 79

1  control trials, we can agree that you didn't mean to
2  suggest to the reader of this that there are over 100
3  randomized control trials of TVTOs.  We can agree on
4  that, can we not?
5      A.   No, of TVT and TVTO.
6      Q.   Yeah.  So, my question to you is, you
7  agree with me that there are not over 100 randomized
8  control trials of TVTO, correct?
9      A.   That is correct.
10     Q.   And if you then looked and said I want to
11 know how many -- first of all, do you know how many
12 randomized control trials of TVTO exists?
13     A.   It's in the Cochrane paper, and I do have
14 an abbreviated portion of the Cochrane and I can refer
15 to it.
16     Q.   All right, without referring, do you have
17 a judgment how many randomized control trials of TVTO
18 exists?
19     A.   No, it's in the Cochrane.  If I would
20 have asked, if a patient would come and ask me that
21 question I would say I will have to look at the
22 Cochrane review.
23     Q.   Do you have the Cochrane review with you
24 right now?
25     A.   Yes.

Page 80

1      Q.   Why don't you grab that.
2          MR. FREESE:  Let's go ahead and mark
3      that, let's slap Exhibit 8 on there.
4  BY MR. FREESE:
5      Q.   And would you tell us what you're looking
6  at there, sir?
7      A.   I'm looking at the review article from
8  Neurourology and Urodynamics from 2011, and I should
9  have an updated version in my reliance list.
10     Q.   Okay.  Do you know whether or not this
11 was the one that the FDA was looking at in the white
12 paper?
13     A.   Most likely that's the one that they
14 were, they were looking at.
15     Q.   Because it's 2011?
16     A.   Exactly.  I don't have the 2016 easily
17 marked in here.  I know it's in this pile.
18     Q.   Let's try to work on this.  If you think
19 it's substantially different, then we can maybe find it
20 during a break.  Does Exhibit 8 answer your question
21 that I -- does it answer my question?  Do you want me
22 to remind you what my question is?
23     A.   It's how many randomized control trials
24 are on TVTOs?
25     Q.   Yes, sir.

Page 81

1      A.   Okay, they found 24 trials.
2      Q.   Where are you looking?
3      A.   Right here.
4      Q.   Okay.  Are you saying 24 trials address
5  the comparison of transobturator route versus
6  retropubic route?
7      A.   Yes.
8      Q.   And then it has those cited.  Okay, now,
9  let me ask you further, of these 24, of these 24
10 randomized control studies, they weren't all TVTO
11 studies, were they?  They were comparing retropubic
12 versus obturator approach, correct?
13     A.   Right.
14     Q.   So, of those 24, not even all 24 of those
15 are dealing with Ethicon's TVTO, is that correct?
16     A.   No, there's, to do a randomized control
17 trial, if it would be just TVTO, it would be a cohort
18 study.  If it's a randomized control trial, you have to
19 have two arms, and with those two arms classically what
20 we have is the retropubic and the, and the TVTO.  The
21 biggest study on that is the TOMUS, T-O-M-U-S, the
22 TOMUS trial.
23     Q.   But my question is, some of these 24
24 studies are not even studying the Ethicon TVTO, they
25 are simply comparing midurethral slings that are using

21 (Pages 78 to 81)

Jaime Sepulveda, M.D.

Page 82

1    an obturator approach, it may not even be Ethicon's
2    products being studied, correct?
3        A.   There are two, they made two comparisons
4    in the Cochrane data review.  They made a comparison
5    between transobturator slings and they made a
6    comparison between retropubic and transobturator
7    slings.
8        Q.   And not necessarily even Ethicon's
9    transobturator slings, correct?
10       A.   Yeah, they compared different ones.
11       Q.   And, so, am I correct, you cannot sit
12   here today, Dr. Sepulveda, and tell me how many
13   randomized control studies have been done looking at
14   Ethicon's TVTO?  Can you agree that you can't tell me
15   that number?
16       A.   I can, I can say for certain, without
17   looking into the long version, this is the short
18   version of the Cochrane data review, I can say with
19   accuracy the TOMUS trial.
20       Q.   One?
21       A.   Yes.
22       Q.   Okay.  I'll mark Exhibit 9 to your
23   deposition, which is the, do you recognize that as the
24   white paper?
25       A.   Yes, the FDA Executive Summary.

Page 83

1        (Plaintiff's Exhibit No. 9 was marked for
2        identification.)
3    BY MR. FREESE:
4        Q.   And you've looked and relied upon this,
5    did you not, in forming your opinions?
6        A.   I read it and it just allow me to
7    understand.  There was no specific cite on my opinion
8    that refers to, to that paper.
9        Q.   But you actually showed up to your
10   deposition with a highlighted copy of this, did you not?
11       A.   No, I -- yes, I actually did have a
12   highlight copy, but the only data, the only place in
13   which I refer to the Executive Summary from my report
14   is when I, when I speak about the MAUDE database.
15       Q.   Let's talk about something different,
16   though.  Let me show you Exhibit 9, page 42, of the FDA
17   Executive Paper.
18       Now, you've -- and before we get to that,
19   your testimony is you relied on the Cochrane report in
20   forming your opinions today about the safety and
21   efficacy of TVTO, am I correct?
22       A.   And the Cochrane report and the TOMUS
23   trial and the Tommaselli analysis.
24       Q.   And the FDA had some comments about the
25   Cochrane review, did it not?

Page 84

1        A.   Yes, they did have an opinion here.
2        Q.   And it says in the first paragraph, under
3    conclusion, safety of mesh used in repair of stress
4    urinary incontinence based on published literature.  Do
5    you see that?
6        A.   Yes.
7        Q.   Quote, "The Cochrane reviews are limited
8    in the ability to fully evaluate the safety of profile
9    of the surgical mesh used in SUI patients.  The main
10   objective of these reviews is to evaluate the
11   effectiveness of the SUI procedures using randomized
12   control trials that have compared a mesh procedure to
13   another approach."  Do you see that?
14       A.   Yes.
15       Q.   So, the FDA was criticizing the
16   reliability of the Cochrane reviews from a safety
17   standpoint, correct?
18       MS. GALLAGHER:  Object to form.
19       A.   That is, that is, that is correct.  They
20   disagree with the methodology.
21   BY MR. FREESE:
22       Q.   I accurately read what the FDA said about
23   the Cochrane reviews that you are relying on, correct?
24       A.   Yes, they, I think that, when you look --
25       Q.   Hold on.  I don't mean to cut you off,

Page 85

1    but I'm simply asking you, did I accurately read to you
2    just now what the FDA's conclusion was of the Cochrane
3    reviews?
4        A.   That's what they described, yes.
5        Q.   If you'll drop down three paragraphs, it
6    says, quote, "The Cochrane reviews did however identify
7    noteworthy differences between mesh procedures and open
8    colposuspension.  The risk of perioperative
9    complications favored colposuspension compared to all
10   sling procedures combined, and the risk of voiding
11   dysfunction was similar between colposuspension and the
12   TVT sling."  Do you see that?
13       A.   Yes.
14       Q.   Did I read that correctly?
15       A.   You read that.  I didn't follow word by
16   word, but you...
17       Q.   Okay, and that's, that's contrary to the
18   opinion that you've expressed in your report, is it
19   not?
20       A.   That's, the Cochrane review and the most
21   recent Cochrane review and the TOMUS report are what's
22   used in my report, and there's, I was looking for my
23   2015 Cochrane review, and I just found it.
24       Q.   Okay, and we'll get to that, but let me
25   finish my question here.  You agree with me that the

Jaime Sepulveda, M.D.

Page 86

1    FDA concluded that the, the Cochrane reviews that you
2    have relied on were noteworthy because they found, in
3    the view of the FDA, that the risks of perioperative
4    complications made mesh less safe compared to
5    colposuspension, correct?
6        A.   But that's not what it says on the
7    Cochrane review.
8        Q.   That's what the FDA concluded after
9    reading the Cochrane review, correct?
10       A.   Yes, but I don't know how they came to
11   that conclusion.
12       Q.   And you understand, Doctor, what the FDA
13   was doing in 2011 when they prepared this white paper,
14   they were doing a systematic review of all known
15   literature, were they not?
16           MS. GALLAGHER:  Object to form.
17       A.   Yes, but that's not what's been published
18   on the summary.
19   BY MR. FREESE:
20       Q.   But what I'm saying, you understand
21   that's what the FDA undertook to do?  They undertook to
22   independently collect all known literature on the
23   safety and efficacy of midurethral slings and draw some
24   conclusions from those studies, correct?
25       A.   If they did a systematic review, I have

Page 87

1    not seen any publication about the systematic review
2    made by the FDA, because the document that you have in
3    front of you is an executive summary, it's not a
4    systematic review report.
5        Q.   Would you look at the second paragraph,
6    sir?
7        A.   Yes.
8        Q.   Okay.  Quote, "The FDA's systematic
9    literature review found that the weighted average rates
10   of urinary problems, re-surgery rates and perioperative
11   organ perforations were similar to overall rates
12   presented in published meta-analyses and systematic
13   reviews."  Do you see that?
14       A.   Yes.
15       Q.   They're saying they did a systematic
16   literature review.
17       A.   Yes, they say that.
18       Q.   Do you dispute that they did a systematic
19   literature review?
20       A.   I don't dispute they did it.  I just have
21   not seen the document.
22       Q.   Well, we're looking at the document.
23       A.   No, this is not a report of a systematic
24   review.
25       Q.   This is the report of the review.

Page 88

1        A.   This is not a report of a systematic
2    review.  This is an executive summary.
3        Q.   Have you looked at the systematic review?
4        A.   I have not seen a systematic review.
5        Q.   So you're not saying that the systematic
6    review came to any different conclusion than what the
7    summary did, correct?
8        A.   Well, I have not seen it.
9        Q.   Okay.  But you disagree with the
10   conclusions they reached regarding the Cochrane
11   reviews?
12       A.   Yes, I do disagree.
13       Q.   Okay.  So, in your view, at least in this
14   respect, Dr. Sepulveda, you would say that the FDA got
15   it wrong in their conclusion regarding what the
16   Cochrane reviews showed about complications from
17   midurethral slings, correct?
18       A.   Yes, and I base my, my answer on the
19   last, on the last statement on the review article, that
20   says that monofilament tape has significantly higher
21   objective cure rates, and the obturator use wasn't less
22   favorable than retropubic, but only on an 84 to 88
23   percent --
24       Q.   That's on the cure rates, though.
25       A.   That's on cure rate.

Page 89

1        Q.   We're talking about complications right
2    now.
3        A.   Yes, we go through that.  However, there
4    were less voiding dysfunction, blood loss, bladder
5    perforation with the obturator route.
6        Q.   Compared to what?
7        A.   Compared to colposuspension, pubovaginal
8    slings and retropubic procedures.
9        Q.   Doctor, let's move up a paragraph here.
10   In the Cochrane review, minimally-invasive synthetic
11   suburethral sling operation appeared to be as effective
12   as open retropubic colposuspension, correct?
13       A.   Yes.
14       Q.   That's talking about efficacy, correct?
15       A.   Yes.
16       Q.   But that it had significantly more
17   bladder perforations, correct?
18       A.   There were more bladder perforations when
19   we compare, when you compare colposuspensions with
20   retropubic slings.
21       Q.   Doctor, I'm going to mark as Exhibit 10
22   to your deposition the actual appendix to the published
23   review of literature that we've looked at with the FDA.
24           (Plaintiff's Exhibit No. 10 was marked
25           for identification.)

23 (Pages 86 to 89)

Jaime Sepulveda, M.D.

Page 90

1  BY MR. FREESE:
2      Q.   Do you see, you've seen this was actually
3  part of the Executive Summary.  Correct?
4      A.   Yes.
5      Q.   And it says the FDA evaluated the
6  peer-reviewed scientific literature to revisit the
7  fundamental question of safety and effectiveness for
8  surgical mesh for POP and SUI, correct?
9      A.   Yes.
10     Q.   A systematic literature review was
11 conducted by searching the PubMed database from
12 January, 1996, to April, 2011.  Do you see that?
13 A.   Yes.
14     Q.   I won't read you all this, but this says
15 what the FDA actually did, correct?
16     A.   Yes.
17     Q.   You have no reason to dispute that they
18 actually did what they say here in Exhibit 10?
19     A.   I have no reason to dispute that's what
20 they do.
21     Q.   You just dispute some conclusions they
22 reached?
23     A.   Yes, I think that the Cochrane review,
24 with all the possible limitations that any study would
25 have, have less limitations than the FDA executive

Page 91

1  report.
2      Q.   Even the FDA said the Cochrane review
3  results were only of moderate value, did they not?
4      A.   Well, there's no standardization of
5  statistical analysis done in concluding that, if they
6  say that.
7      Q.   Well, they do that say that, don't they?
8  They said that the strength of the Cochrane data is
9  moderate.  That's how way they described it, did they
10 not?
11     A.   Yes, most of it is not moderate.
12     Q.   And, Doctor, back to page 43 of the
13 executive study.
14     A.   Yes, I have that right here.
15     Q.   The FDA said that in the systematic
16 review of the literature conducted by the FDA and based
17 on adverse event reports in the MAUDE database, there's
18 a potential for serious complications with mesh
19 products indicated for SUI repair.  Do you see that?
20     A.   Yes.
21     Q.   Do you disagree with that?
22     A.   No, they actually table it, they actually
23 got the frequency, and they actually mentioned the
24 limitations of the MAUDE database.  So, that's, I find
25 this, this statement to be overreaching.  I think that

Page 92

1  this, the fact that we're looking at an executive
2  summary and the fact that we don't have a systematic
3  review publication just speaks for itself in looking at
4  the overreaching of these conclusions.
5      Q.   And this goes on to say, quote, "The FDA
6  is concerned that the safety outcomes may not have been
7  comprehensively evaluated by the randomized control
8  trial to date and that the safety of SUI repair with
9  mesh needs to be further considered in evaluating the
10 overall risk-to-benefit profile of these products."  Do
11 you see that?
12     A.   And it was actually further considered.
13     Q.   Did I read that correctly?
14     A.   Yes.
15     Q.   Okay, and do you agree with that
16 conclusion?
17     A.   Yes, it needs to be further considered.
18 I do agree with that.  And it was further considered.
19     Q.   And you agree that the comprehensive
20 review of the RCTs may not have been able to
21 comprehensively capture all of the safety data on the
22 midurethral slings?
23     A.   No, the RCTs will have established
24 benchmark for safety.
25     Q.   Well, the conclusion was that they didn't

Page 93

1  comprehensively gather the safety data, the RCTs
2  didn't.
3      A.   That's the executive summary conclusion,
4  but that's not the conclusion of the mesh analysis done
5  by the Cochrane review.
6      Q.   Again, that's the conclusion of the FDA
7  that you disagree with?
8      A.   That's what they state and I disagree
9  with it, yes.
10     Q.   And let me just ask one more question and
11 we'll move on to something else.  So, now that we've
12 gone through this discussion here, Dr. Sepulveda, we
13 can agree that the only long-term randomized controlled
14 study of TVTO that you're aware of is the TOMUS study?
15     A.   No, I am aware of the, of the study done
16 by Cloe in 2013, which is a randomized control trial of
17 the TVT and TOT.  I'm also aware of the RCT comparing
18 TVT and TVTO of Aniulene, which is a prospective
19 randomized control trial of TVTO and TVT.
20     Q.   Over what period of time?
21     A.   On 264 women.
22     Q.   For how long?
23     A.   For -- I cannot answer that question
24 based on this, on what I have.
25     Q.   So you can't tell if it's a long-term

Golkow Technologies, Inc. - 1.877.370.DEPS

Jaime Sepulveda, M.D.

Page 94

1    study or not?
2        A.   Well, it's a randomized control trial
3    that looks at safety of the TVTO.  I also have, and
4    these are from the new Cochrane review which I found,
5    the one from 2015.  I have TVTO being compared to TOT
6    in 2008.
7        Q.   How long?
8        A.   That's a three month, three month.
9        Q.   That's not a long-term study, is it?
10       A.   No, there are other longer-term studies.
11       Q.   But we can agree that three months is not
12   by anybody's definition a long-term study, correct?
13       A.   No, that's a study just about safety.
14       Q.   First of all, you're looking at the 2015
15   Cochrane review?
16       A.   Yes.
17       Q.   Okay.  As you sit here today, Doctor, can
18   you tell me how many long-term randomized control
19   trials there are of TVTO --
20            MS. GALLAGHER:  Object to form.
21   BY MR. FREESE:
22       Q.   -- whose primary end point is safety?
23            MS. GALLAGHER:  Object to form.
24   BY MR. FREESE:
25       Q.   How many of those exist?

Page 95

1        A.   I'm just looking through them.
2        Q.   Listen to my question.  How many of those
3    are long-term studies, what I mean by that, five years
4    or more, how many long-term, controlled, randomized
5    controlled studies of TVTO exist, five years or
6    greater, with the primary end point of safety?  How
7    many of those studies?
8        A.   Well, I've already gone through three of
9    them, because there's also the Chen study.
10       Q.   How long is that?
11       A.   This was 12 to 24 months.
12       Q.   That's not five years.  Doctor, listen to
13   my question.  Close the book, you've got to look at me
14   and listen to my question because I think you're
15   getting distracted.  Do you know how many randomized
16   controlled studies, long term, by which I mean longer
17   than five years, and whose primary end point was
18   safety, are there dealing with TVTO?
19       A.   No, I do not, I do not recall the
20   specific number of them and I know there are trials at
21   five years, seven years, and ten years.
22       Q.   Okay.
23       A.   There are trials in here, and I have it
24   in my reliance list, but if you're asking me just to
25   recall as a memory test, no, I do not recall that.

Page 96

1        Q.   Okay, and in those five-, seven- and
2    ten-year trials, the primary objective was safety.  Is
3    that correct?
4        A.   Safety.
5        Q.   As opposed to efficacy?
6        A.   Safety and efficacy is evaluated on both,
7    but now that you mention that, the TOMUS trial was safety
8    and efficacy.  The Tommaselli medium-term and long-term
9    following midurethral slings, which is a systematic
10   review of meta-analysis as the highest level of
11   evidence, was at 36 months and at 60 months.
12       Q.   Okay.  So, there's one at 60 months,
13   correct?
14       A.   I can, I can continue looking, looking
15   for it, on the different ones, but --
16       Q.   That's fine, and this is not a memory
17   test, and I'm sure your lawyer will be happy to walk
18   you through when we get to the courthouse, but just
19   sitting here right now, you can't name me one study
20   that meets the parameters I just defined, correct?
21       A.   Yes, I just, I just mentioned them to
22   you.
23       Q.   Which, TOMUS?
24       A.   Tommaselli.
25       Q.   Tommaselli?

Page 97

1        A.   TOMUS trial, which is the best designed
2    and most accurate trial that have ever been done with
3    TVT and TVTO.  There's the, there's Chen.
4        Q.   Chen was five years or greater?
5        A.   That's less.
6        Q.   Doctor, we're not getting -- it has to be
7    five years or greater.  That's all I'm asking you.  How
8    many studies, TVTO, five years or longer, that study
9    the safety of the device?
10           MS. GALLAGHER:  Object to form.
11       A.   I, I already say that I cannot recall one
12   specific number.
13   BY MR. FREESE:
14       Q.   And we can agree that it's way less than
15   a hundred, correct?
16       A.   It is less than, than a hundred.
17       Q.   It's way less than 24, is it not?
18       A.   It might be more than 24 now.
19       Q.   As you sit here right now, you're unable
20   to name one.
21           MS. GALLAGHER:  Object to form.
22   BY MR. FREESE:
23       Q.   Correct?
24       A.   I said I cannot recall it.
25       Q.   That's fine.  That's all I want to know.

25 (Pages 94 to 97)

Jaime Sepulveda, M.D.

Page 98

1    Sitting here right now, you cannot name one.
2         MS. GALLAGHER:  Object to form.  He's
3    already told you about three.
4         MR. FREESE:  Counsel.
5         A.   I already told you the studies that I can
6    recall, and I looked at them and I gave you my best
7    effort to give you that information.
8    BY MR. FREESE:
9         Q.   All right.  And of the TVTO studies that
10   you rely on, Doctor, can we agree that none of them
11   make a distinction between laser cut versus mechanical
12   cut?
13        A.   Yes, that has been established already.
14        Q.   Even the doctors who did the study don't
15   say whether or not the patients they are studying were
16   implanted with laser-cut versus mechanical-cut TVTO,
17   correct?
18        A.   That's correct, there's no definition of
19   it.
20        Q.   And you don't know?
21        A.   No, I don't know because they did not
22   disclose it.
23        Q.   And if there's in fact a clinically
24   significant difference in safety between
25   mechanically-cut TVTO and laser-cut TVTO, it won't be

Page 99

1    discernable from the studies, will it?
2         A.   No, it's not discernable from the
3    studies.  That has not been defined.
4         Q.   That has what?
5         A.   That has not been defined.
6         Q.   Okay.  Doctor, would you look at page 14
7    of your report?
8         A.   Yes.
9         Q.   I just want to ask you real quick, the
10   bottom of the first paragraph there, it says no medical
11   certification of these complications or diagnostic
12   confirmation was required on this report.  Do you see
13   that?
14        A.   Yes.
15        Q.   Would you just -- I don't understand the
16   sentence.  Can you tell me what that means?
17        A.   Before we, we saw TVT and before we saw
18   TVTO, before we actually saw midurethral slings, the
19   quality of the studies were not, were not strong.  We,
20   we actually saw the first comparison between
21   pubourethral slings and colposuspension in the, in the
22   Alba trial published in the New England Journal of
23   Medicine, but until then there was a very weak, very,
24   very small cohort studies establishing the safety and
25   efficacy of Burch colposuspensions and pubovaginal

Page 100

1    slings.
2         Q.   It goes on to say, quote, "Surgical
3    experience made clear that patients treated with TVT
4    had less voiding dysfunction, less wound complications
5    and less retention than the historic numbers from
6    patients treated with pubovaginal slings, needle
7    procedures or retropubic procedures."  Do you see that?
8         A.   Yes.
9         Q.   You don't cite anything for that
10   statement, do you?
11        A.   No, but I --
12        Q.   Hold on, I'll ask, you don't cite
13   anything for that statement?
14        A.   No, sir, I don't.
15        Q.   And you're referring to TVT studies, not
16   TVTO studies, correct?
17        A.   I'm referring to TVT studies and I'm
18   referring to TVTO studies.
19        Q.   Well, it says TVT.  The sentence says
20   that surgical experience made clear that patients
21   treated with TVT.  That's a different product than
22   TVTO, is it not?
23        A.   Okay, we keep saying that it's a
24   different product.  I have the impression that we're
25   going to be looking at those different products through

Page 101

1    the course of the day.  So, do you want me to go
2    through the, and I'm sure if you want you'll probably
3    ask, but in which regard are we defining those
4    differently?
5         Q.   Well, if I said give me a TVT and give me
6    a TVTO, we would have to have two different boxes,
7    wouldn't we?
8         A.   Yes.
9         Q.   Okay, because they're two different
10   products, correct?
11        A.   They're two different products in the
12   insertion needles, yes.
13        Q.   They were cleared in a different way?
14        A.   They were cleared in a different way.
15        Q.   They had different predicate products?
16        A.   Yes.
17        Q.   That's what I mean by they're different
18   products.  So, when you're citing a TVT study, that's
19   not a study of TVTO, correct?
20        A.   That's, that's not necessarily a study of
21   TVTO.  That's a study about the tape.
22        Q.   That's my point.  When you cite a TVT
23   study, it's not a study of TVTO, is it?
24        A.   No, if I cite a TVT study, I'm citing
25   that.  TVTO is TVTO.  But, yes, the surgical experience

Jaime Sepulveda, M.D.

Page 102

1    showed that there were less complications with
2    pubovaginal slings or colposuspensions.
3        Q.   Against TVT?
4        A.   Against TVT, and when TVTO was compared
5    to TVT, there was less.
6        Q.   But your sentence doesn't even mention
7    TVTO, is my only point.
8        A.   I did not mention TVTO in that sentence.
9        Q.   I mean, is the point you're trying to
10   make, Dr. Sepulveda, that, that you, you like to use
11   TVT and TVTO studies interchangeably because they
12   involve the same polypropylene mesh?
13       A.   Well, there are more similarities than
14   differences.
15       Q.   But is it because they use the same mesh?
16       A.   No, not necessarily just the same mesh.
17       Q.   Well, is that one of the reasons why you
18   use the studies interchangeably?
19       A.   Yes, you can actually use one or the
20   other, but I don't even need to refer to TVT.  TVTO has
21   been shown in randomized control trials has been as
22   effective and safer than TVT.
23       Q.   Okay.  And, so I guess it would be a fair
24   comparison to compare TVT Secur to TVTO, right, because
25   it uses the same mesh?

Page 103

1        MS. GALLAGHER:  Object to form.
2        A.   We're not talking about TVT Secur now.
3    We can talk about how TVT Secur, and I have provided
4    testimony before about how TVT Secur shares
5    similarities with previous generations of TVTs.
6    BY MR. FREESE:
7        Q.   They share the same mesh, do they not?
8        A.   They do.
9        Q.   As does Abbrevo, that has the same mesh?
10       A.   That has the same mesh, right.
11       Q.   So, basically, Doctor, on page 14, all
12   these numbers and results of studies you're referring
13   to, these are all TVT studies, are they not?
14       A.   These are TVT studies.
15       Q.   They're not TVTO studies.
16       A.   And whatever complication might be
17   reported from TVT is not going to be higher on TVTO.
18       Q.   That's not my question, sir.  Everything
19   you're quoting here in your report are TVT studies, not
20   TVTO studies?
21       A.   These are TVT studies, right.
22       MR. FREESE:  Let's take about two
23   minutes.  I want to grab some exhibits real
24   quick.
25       (Break from 11:35 a.m. to 11:45 a.m.)

Page 104

1    BY MR. FREESE:
2        Q.   Now, Doctor, am I correct that Prolene
3    mesh is the mesh that's used in all TVT products,
4    correct?
5        A.   Yes.
6        Q.   And that's the original old construction
7    Prolene, correct?
8        A.   That is the construction of Prolene and,
9    and it's to the same degree of crystallinity that the,
10   of Prolene sutures.
11       Q.   I'm not asking about sutures right now,
12   we can talk about that in a minute, but am I correct
13   that the Prolene that is in the TVTO is the same
14   Prolene that was used in Dr. Ulmsten's original TVT
15   product?
16       A.   It's the same construction Prolene.  I
17   cannot recall if the exact crystallinity or purity or
18   analysis from Ulmsten.  I don't think that he did that.
19       Q.   Well, you know that the formulation for
20   Prolene mesh has not changed since the original TVT
21   produced by Ethicon, correct?  And what I'm asking
22   there is, the same mesh that's in TVT is in TVTO, is in
23   TVT Abbrevo, TVT Secur, TVT Exact.  Correct?
24       A.   Yes.
25       Q.   Okay.  And that is a, that is a

Page 105

1    small-pore, heavyweight mesh, is it not?
2        A.   No, it's not small pore.
3        Q.   You think it's a large-pore mesh?
4        A.   It is a large pore.
5        Q.   And do you think it's a heavyweight mesh?
6        A.   It's, in all, of all the applications
7    that I use for midurethra, it's a lightweight mesh.
8    When it's compared to the meshes for prolapse, it's on
9    the heavyweight, it's close to the heavyweight, but not
10   at the level that was the old meshes for hernias.
11       Q.   Well, the old hernia mesh is Prolene,
12   correct?
13       A.   The old hernia mesh is Prolene.
14       Q.   Okay.  So, you're agreeing that the
15   Prolene mesh is heavyweight mesh?
16       A.   The Prolene mesh is heavyweight, yes.
17   The Prolene that was initially described that we had 20
18   years ago, that's heavyweight.
19       Q.   Well, what is used today is heavyweight
20   mesh, is it not?
21       A.   No, the fiber is lightweight.
22       Q.   You think the fiber in the TVTO is
23   lightweight?
24       A.   Yes.
25       Q.   And you think it's large pore?

27 (Pages 102 to 105)

Jaime Sepulveda, M.D.

Page 106

1      A.   It's large pore.
2      Q.   What is the basis for that opinion?
3      A.   The large pore is over 75 microns, and
4   the pore size on the mesh for TVT is 1,200 microns.
5      Q.   That's an AMI classification that you're
6   using?
7      A.   That's on the AMI classification, which
8   we know has its own limitations, but that's the only
9   one that we have to compare the, the large pores with
10  the small pores.
11     Q.   The sole basis of you describing Prolene
12  as large pore and lightweight is the AMI
13  classification?
14     A.   Yes, on the, on the slings, on the
15  monofilament polypropylene slings, this is one of the
16  largest pores.
17     Q.   I'm just asking the sole basis for your
18  opinion on that is the AMI classification?
19     A.   No, that's not the sole basis. It's also
20  the fact that it's a large pore, it's over 75 microns,
21  and even when you define larger pores at 200, 300, it's
22  still a lot larger than that.
23     Q.   I'm asking you what is your basis for 75
24  microns, other than the AMI classification?
25     A.   For the classification of 75 microns, it

Page 107

1   is the AMI classification.
2      Q.   So, if I say, Doctor, what is the basis
3   of your opinion that Prolene mesh is lightweight and
4   large pore, you would say AMI classification, correct?
5      A.   That's, that's the only classification
6   that defines pores.
7      Q.   And you have no other basis for that
8   opinion other than that?
9      A.   I would not have any, any other on that
10  specific pore size.
11     Q.   You understand, Dr. Sepulveda, that the
12  engineers at Ethicon disagree with you, do you not?
13     A.   No, I --
14          MS. GALLAGHER: Object to form.
15     A.   I cannot base, that's an ambiguous
16  question. I don't know which way they would disagree
17  or what they're saying.
18  BY MR. FREESE:
19     Q.   I'm asking you, have you ever seen any
20  internal Ethicon documents describing the Prolene mesh
21  as heavyweight and small pore?
22     A.   They -- no, I don't, I don't, I haven't
23  seen anything as small pore.
24     Q.   Okay. So, if I looked through your TVTO
25  company documents selected for your review by the

Page 108

1   company, I wouldn't find any internal documents in
2   there saying that Prolene is small pore, heavyweight,
3   would I?
4      A.   That would be the basis of the
5   disagreement of the engineers with me. So if there's a
6   document in there, I would like to see it.
7      Q.   I'm asking you, Doctor, if I look through
8   here, as you sit here right now, you don't remember
9   them supplying you with any internal documents where
10  the scientists and the researchers at Ethicon
11  repeatedly described their Prolene mesh as heavyweight
12  and small pore? It's not in that binder, is it?
13     A.   I don't recall it being in the binder,
14  no.
15     Q.   And as you sit here, you don't have any
16  recollection that they supplied you any such documents
17  stating that Prolene is heavyweight and small pore?
18     A.   No, I do not.
19          (Plaintiff's Exhibit No. 11 was marked
20      for identification.)
21  BY MR. FREESE:
22     Q.   Now, I'm going to show you what I've
23  marked as Exhibit 11 to your deposition. And do you
24  see this chart here, Doctor?
25     A.   Yes, I do see it.

Page 109

1      Q.   Have you ever seen this chart before?
2      A.   No.
3      Q.   Okay. You see where it has type of mesh,
4   microporous, medium, and macroporous?
5      A.   Yes.
6      Q.   Can we agree microporous means small pore
7   and macroporous means large pore?
8      A.   We can agree on that, yes.
9      Q.   All right, and, then, you see where it
10  says hernia?
11     A.   Yes.
12     Q.   And then you see where it EWH&U? Do you
13  see that?
14     A.   Yes.
15     Q.   Is that abbreviation for Ethicon Women's
16  Health?
17     A.   Yes.
18     Q.   And if you look at the first page, you'll
19  see that this document came out of Ethicon's internal
20  files, correct?
21     A.   Yes.
22     Q.   Because it bears a Bates stamp number
23  from the company, correct?
24     A.   That's correct.
25     Q.   And under microporous meshes, does the

28 (Pages 106 to 109)

Jaime Sepulveda, M.D.

Page 110

1    document list Prolene as a microporous mesh?
2         A.   This documents list Prolene as
3    microporous.
4         Q.   And it's not just talking about hernia
5    mesh, is it?
6         A.   No, it does mention TVT slings.
7         Q.   Okay.  That includes TVTO, doesn't it?
8         A.   It just says TVT slings, in plural.
9         Q.   Which would include the entire family of
10   TVT slings, correct?
11              MS. GALLAGHER:  Object to form.
12        A.   I cannot testify to that because there's
13   no date on this document and there's no specification
14   of TVTO or TVT or any other TVTs.
15   BY MR. FREESE:
16        Q.   Well, because TVTs all use the same mesh,
17   do they not?
18        A.   TVTs use the same, and all the products
19   use the same mesh.
20        Q.   So, when it says TVT slings, that
21   includes the entire family of TVTs, right, because they
22   all use the same, and have always used the same mesh?
23        A.   Yes, but all it says is TVT slings.
24        Q.   Right, and they're talking about the mesh
25   being microporous.  You see that?

Page 111

1         A.   Yes.
2         Q.   And you've never seen this document
3    before, have you?
4         A.   No.
5         Q.   The lawyers didn't show it to you, did
6    they?
7         A.   I, I just, I just haven't seen it.
8         Q.   You disagree with that description, I
9    gather?
10        A.   I do.
11        Q.   Okay.  And it says macroporous, and it
12   has Vypro, Vypro II, Ultrapro.  Do you know what those
13   are?
14        A.   Yes.
15        Q.   Those are, Ultrapro is the mesh that was
16   used in Gynemesh Plus M and Prolift Plus M, correct?
17        A.   Yes.
18        Q.   And you're familiar with those products,
19   correct?
20        A.   I am familiar with them.
21        Q.   You implanted Prolift repeatedly, did you
22   not?
23        A.   I did.
24        Q.   And that used a lighter-weight,
25   large-pore mesh, did it not?

Page 112

1         A.   It used a light, lighter weight, yes.
2         Q.   And the lighter-weight, large-pore
3    Ultrapro mesh has been available to the market since at
4    least 2003, has it not?
5         A.   I don't know exactly when.  You're
6    talking about the Ultrapro?
7         Q.   Yes, sir.
8         A.   No, I don't know when that was available
9    on the market.
10        Q.   You know it was years before 2010,
11   though?
12        A.   No, I do not know that.
13        Q.   You don't know, you have no clue when
14   Ultrapro was put on the market?
15        A.   No.
16        Q.   Okay.  Do you, you, you've implanted
17   Prolift Plus Ms, have you not?
18        A.   Yes.
19        Q.   Okay.  That's a partially-absorbable
20   mesh?
21        A.   That's a partially-absorbable mesh, yes.
22        Q.   And you know you were implanting that
23   years before 2010, correct?
24        A.   I did not use Ultrapro.
25        Q.   Okay.  When did you use Ultrapro?

Page 113

1         A.   I used the polyglecaprone polypropylene
2    mesh when it became available with Gynemesh.  I'm
3    sorry, with Prolift Plus M.
4         Q.   What mesh was Prolift Plus M?
5         A.   Polyglecaprone polypropylene.
6         Q.   Okay.  That's partially absorbable, is it
7    not?
8         A.   That's partially absorbable.
9         Q.   It's a lighter-weight mesh, is it not,
10   than Prolene?
11        A.   It's heavier when it's implanted.  It
12   just gets lighter as the polyglecaprone component is
13   absorbed.
14        Q.   Because it absorbs and becomes a lighter
15   mesh, correct?
16        A.   Yes, it's lighter when you, when you take
17   it out, and you measure after the polyglecaprone
18   component, it's lighter.
19        Q.   And the pores on the Ultrapro are
20   considerably larger than they are in the Prolene, are
21   they not?
22        A.   I don't know exactly in the product of
23   Ultrapro, and I don't want to infer from one product to
24   another on these, on these devices.
25        Q.   You've implanted all of them, Prolifts,

29 (Pages 110 to 113)

Jaime Sepulveda, M.D.

Page 114

1    TVT slings, correct?
2        A.   Yes.
3        Q.   And you know that they have considerably
4    larger pores in the Ultrapro than the TVT Prolift.
5        A.   You're asking about Ultrapro, but if you
6    ask me about Prolift Plus M, we'll have a better
7    understanding of it.  I just don't want to give
8    testimony on Ultrapro that is used for hernia.
9        Q.   Okay.  I see the distinction.  Let me
10   clear it up.  You know that Ultrapro mesh is used in
11   Prolift Plus M?
12       A.   It is polyglecaprone polypropylene, yes.
13       Q.   And you've used it?
14       A.   I have used it, yes.
15       Q.   And it has considerably larger pores than
16   Prolene mesh, correct?
17       A.   It has a larger pore than Prolene mesh,
18   yes.
19       Q.   And all of these products that are being
20   discussed here, these are either pelvic floor prolapse
21   products or stress urinary incontinence products,
22   correct?
23       A.   Well, Gynemesh Plus M and Prolift Plus M
24   are for prolapse.  TVT slings are for incontinence.
25       Q.   And Prosima is for prolapse, correct?

Page 115

1        A.   Prosima is for prolapse as well as
2    Prolene and Gynemesh.
3        Q.   That's what I'm saying, every one of the
4    products listed on this exhibit are products for the
5    treatment of either pelvic organ prolapse or stress
6    urinary incontinence, correct?
7        A.   On the column, on the side, under EWH&U,
8    yes.
9        Q.   And you would disagree with that
10   document?
11       A.   On what part would I disagree?
12       Q.   That, describing TVT slings as being
13   microporous?
14       A.   Yeah, I do disagree with that.
15       Q.   Do you agree that Gynemesh Plus M and
16   Prolift Plus M is macroporous, do you agree with that
17   portion?
18       A.   They're all macroporous.
19       Q.   You would put every one of these products
20   in the macroporous category, not the three separate
21   categories that Ethicon internally did, correct?
22       A.   Yes, that's, they're all macroporous
23   products.
24       Q.   Even if Ethicon describes them as three
25   different weights?

Page 116

1        A.   Yeah, the, the reports for -- the
2    definitions for microporous and macroporous are very
3    clear.
4        Q.   Now, do you know Joerg Holste?
5        A.   No.
6        Q.   Have you ever heard of him before?
7        A.   No.
8        Q.   I'm the first, me uttering his name is
9    the first time you ever heard it?
10       A.   Yes.
11       Q.   Okay.
12       A.   I may have heard his name from, or seen
13   it, but I don't, maybe once, I don't know, I don't
14   recall this, this person.
15       Q.   Okay, did you know that you put down on
16   your reliance list that you read his deposition and
17   relied on it in forming your report in this case?
18       A.   I read that over a year, a year ago, yes.
19       Q.   Well, you just signed this last week,
20   didn't you, sir?
21       A.   Well, you just asked me if I knew him.  I
22   don't know him.
23       Q.   I asked you do you know who he is.  You
24   don't even know who he is?
25       A.   I don't know who he is.

Page 117

1        Q.   Okay, that's fine.  And three days ago
2    you supplemented your reliance list, and Dr. Holste is
3    listed as one of the depositions you read and relied on
4    in forming your opinions, correct?
5        A.   Yeah, I read it a very long time ago.
6        Q.   Okay.  But he's on your reliance list,
7    correct?
8        A.   He's on my reliance list, yes.
9             (Plaintiff's Exhibit No. 12 was marked
10            for identification.)
11   BY MR. FREESE:
12       Q.   Let me show you Exhibit 12 to your
13   deposition, sir, and show you a question and answer
14   that Dr. Holste was asked at his deposition, the
15   deposition that you got on your reliance list.  He
16   says, the question is, quote, "And Prolene
17   old-construction mesh at 100 to 110 grams per meter
18   squared is considered a heavyweight mesh, correct?"
19            Answer:  "Correct."
20            Do you see that?
21       A.   Yes.
22       Q.   And you disagree with Dr. Holste?
23       A.   No, 110 grams per square meter, that's
24   heavy.
25       Q.   That's a heavyweight?

30 (Pages 114 to 117)

Jaime Sepulveda, M.D.

Page 118

1     A.   That's the heaviest I've ever seen, by
2  the way.
3     Q.   Did you know that Prolene was 100 to 110
4  grams per meter squared?  Did you know that was the
5  weight of Prolene?
6     A.   No, that's old-construction Prolene.
7     Q.   That's old-construction Prolene.  Do you
8  know that's the same mesh that TVTs are made out of?
9     A.   No, I don't know that.
10    Q.   Okay, you don't believe that?
11    A.   I don't believe that.
12    Q.   Okay.  But you would agree that if the
13  mesh is 100 to 110 grams per meter squared, that's a
14  heavyweight mesh under anybody's definition, correct?
15    A.   That's the heaviest I've ever seen.
16    Q.   Okay.  And you think that's a different
17  mesh than what's used in TVT?
18    A.   Yes.
19    Q.   And you've never seen, that you recall,
20  this deposition testimony I just showed you, right?
21        MS. GALLAGHER:  Object to form.
22    A.   I, I read about his deposition, I read
23  his, may have read his deposition once.
24  BY MR. FREESE:
25    Q.   Which you said you relied on in your

Page 119

1  reliance materials, correct?
2     A.   Right.
3     Q.   This is the guy who you said you relied
4  on, correct?
5     A.   No, this is the guy that you're showing
6  me a picture right now that you tell me that I have
7  relied on.
8     Q.   No, sir, I'm showing you your reliance
9  list.  Joerg Holste.  You see that?  Here's a nice
10  picture of Dr. Holste.  Deposition testimony of Dr.
11  Holste taken July 29th, 2013.  Do you see that?
12    A.   Yes.
13    Q.   Same guy, right?
14    A.   Yes.
15    Q.   Okay.
16    A.   I don't know if that's the same guy.
17    Q.   Well, if it's not, I'm sure Ms. Gallagher
18  is going to let me know very quickly, but if that's the
19  same guy, we can at least agree that you don't agree
20  with Dr. Holste saying that Prolene mesh is
21  heavyweight, but you agree that at 110 grams per meter
22  squared is heavyweight mesh?
23        MS. GALLAGHER:  Object to form.
24    A.   Yes, that's the heaviest I've ever seen.
25  BY MR. FREESE:

Page 120

1     Q.   Now, do you know who Brigette Hellhammer
2  is?
3     A.   No.
4     Q.   Have you ever heard that name before?
5     A.   I don't recall that one.
6         (Plaintiff's Exhibit No. 14 was marked
7     for identification.)
8  BY MR. FREESE:
9     Q.   All right.  Let me show you what I've
10  marked as Exhibit 14 to your deposition, sir.
11        MS. GALLAGHER:  Did we skip 13?
12        MR. FREESE:  I did.  I'm going to come
13  back to 13.
14  BY MR. FREESE:
15    Q.   You see Dr. Hellhammer here?  Do you see
16  that, sir?
17    A.   Okay, yeah, I see her name here.
18  Brigette Hellhammer.
19    Q.   And you testified that Prolene was, was a
20  large-pore mesh, correct?
21    A.   Yes.
22    Q.   All right.  And you see that in
23  September, 2013, Dr. Hellhammer's deposition was taken,
24  just like we're here taking yours, and she's under
25  oath, and she was asked the question:  "And you agree

Page 121

1  that Prolene mesh that was used in TVT was small-pore
2  mesh, correct?"  And what was her answer, sir?
3     A.   She answered yes.
4     Q.   And do you recall ever seeing this
5  deposition question and answer before today?
6     A.   No.  No, I certainly do not recall this
7  one specifically.
8     Q.   Do you realize that she also appears on
9  your reliance list?
10    A.   Yes.
11    Q.   That you relied specifically on her
12  deposition that was taken on 9/11 and 9/12 of 2013.  Do
13  you see that?
14    A.   Oh, she's in the whole list of those
15  documents.  I did not, I do not rely for my opinion on
16  whatever she says.
17    Q.   I'm not asking you that, sir.  I'm asking
18  you, you put on your reliance list that you read and
19  relied on Dr. Hellhammer, and I've just shown you a
20  question and answer where she said Prolene mesh was a
21  small-pore mesh.  Do you see that?
22        MS. GALLAGHER:  Object to form.
23    A.   But I disagree with her.
24  BY MR. FREESE:
25    Q.   I understand that.  That was my next

31 (Pages 118 to 121)

Jaime Sepulveda, M.D.

Page 122

1    question. You disagree with her, correct?
2        A.   Yes, I do.
3        Q.   Do you know who she is?
4        A.   No.
5        Q.   Do you know what her background is?
6        A.   No.
7        Q.   Do you know whether or not you're more
8    familiar with the pore size of mesh than Dr. Hellhammer
9    is?
10       A.   I know what I know. I don't know what
11   she knows.
12       Q.   Do you know she's a German employee of
13   Ethicon?
14       A.   No.
15       Q.   Did you know that Dr. Holste was a
16   materials expert for Ethicon in Germany?
17       A.   No, I don't, I don't know that.
18       Q.   And you simply disagree with her
19   conclusion, is that correct?
20       A.   Yes.
21       Q.   All right. Now, let me show you what I'm
22   marking as Exhibit 13 to your deposition.
23            (Plaintiff's Exhibit No. 13 was marked
24       for identification.)
25   BY MR. FREESE:

Page 123

1        Q.   I think we went backwards. But, you see
2    this article, sir?
3        A.   Yes.
4        Q.   The argument for lightweight
5    polypropylene mesh in hernia repair?
6        A.   I see this article, yes.
7        Q.   By Dr. Cobb and Dr. Kercher and Dr.
8    Heniford?
9        A.   Yes.
10       Q.   Have you seen this article before, sir?
11       A.   I may have seen it. I can not remember.
12       Q.   Did you realize it's on your reliance
13   list?
14       A.   It's probably on my reliance list, yes.
15       Q.   Okay. And did you read it?
16       A.   Yes, actually, I read that sometime ago,
17   even before it was, it was a matter of litigation.
18       Q.   Okay, turn to the second page. It says
19   concept of lightweight mesh. Do you see that?
20       A.   Yes.
21       Q.   And you see that there's a table of
22   polypropylene meshes with different densities?
23       A.   Yes.
24       Q.   And you see that Dr. Cobb has reported
25   that Prolene mesh is 105 grams per meter squared?

Page 124

1        A.   Yes.
2        Q.   That's heavyweight mesh, is it not?
3        A.   That is a heavyweight, yes.
4        Q.   And you just described, you told me
5    anything that would be 105 to 110 grams would be the
6    heaviest mesh you can recall, correct?
7        A.   A hundred ten is the largest that I have
8    seen.
9        Q.   And if we look at Prolene mesh, that is
10   the mesh used in TVT, is it not?
11       A.   The Prolene mesh are used on TVT may be
12   lower than that.
13       Q.   Well, do you have anything that says it
14   is?
15       A.   Yes, actually, yes, I think I have a
16   paper that actually says that.
17       Q.   Well, I'm showing you a paper that you
18   relied on to put in your, your reliance list that says
19   the weight of the Prolene mesh is 105 grams per meter
20   squared. You have no reason to dispute that, do you?
21       A.   Yeah, but this is a, this is a paper
22   about hernia.
23       Q.   It's dealing with Prolene mesh, sir. You
24   understand that, do you not?
25       A.   Yeah, I do understand that.

Page 125

1        Q.   And it's reporting Prolene mesh at 105
2    grams per meter squared, correct?
3        A.   Yes, it is reporting that.
4        Q.   And you said it's dealing with hernia,
5    but you cited it yourself in your own report, did you
6    not?
7        A.   It's not specifically for this hernias.
8    I do not cite in this report for Jennifer Ramirez, I do
9    not cite this specific report.
10       Q.   Yes, you did. You don't think that you
11   cited this article in your report?
12       A.   Yeah, I want to see exactly where, where
13   is it.
14       Q.   I'm talking about in your reliance list.
15       A.   Oh, okay, you're talking about reliance
16   list, yes, it is in the reliance list.
17       Q.   Okay, because you've given us a 100-page
18   reliance list that says these are the materials that
19   Jaime Sepulveda has relied on in forming my opinions,
20   correct?
21       A.   Yes, but --
22            MS. GALLAGHER: Form.
23   BY MR. FREESE:
24       Q.   And that includes this article, does it
25   not?

32 (Pages 122 to 125)

Jaime Sepulveda, M.D.

Page 126

1    A.   Yes, but the definition of relied doesn't
2  mean that I'm using it for my, for my, to, to
3  substantiate my, my opinion.  I, I do read papers that
4  I exclude as I, as I'm reading them.
5    Q.   You didn't exclude this paper from your
6  reliance list, did you?  You included it.
7    A.   Yes, it's included in there, but it's not
8  in my report.
9    Q.   And, in fact, Prolene mesh is even
10  heavier than Marlex, is it not?
11    A.   Yes, it shows that.
12    Q.   And you know what Marlex is, do you not?
13    A.   I know Marlex, yes.
14    Q.   It's polypropylene also, is it not?
15    A.   Yes, but it's not a multifilament.
16    Q.   You think Marlex is a multifilament?
17    A.   Yes, it's just a multifilament.
18    Q.   Okay, and what product is Marlex used in?
19    A.   The pore size is a lot smaller because
20  it's a multifilament.
21    Q.   Okay, where did you get that from?
22    A.   From what I have read.
23    Q.   Okay, can you cite me any --
24    A.   That's Mersilene.
25    Q.   You think Marlex is Mersilene?

Page 127

1    A.   Yes.
2    Q.   Okay.  Marlex is polypropylene, Dr.
3  Sepulveda.
4    A.   Yes, so, it's a Mersilene.
5    Q.   And you think that, that Marlex is a
6  multifilament?
7    A.   Yes.
8    Q.   And what is your support for that?
9    A.   That I have read about Marlex before.
10    Q.   Okay.  Do you know that it's used in, in
11  Boston Scientific and AMS slings?
12    A.   I never used a Boston Scientific.
13    Q.   You've used AMS slings before, have you
14  not?
15    A.   I used AMS slings, but they were not made
16  of Marlex.
17    Q.   Okay.  Who do you think makes the
18  polypropylene for AMS and Bard and Boston Scientific
19  slings?
20    A.   I don't know.
21    Q.   You don't think it's Marlex, though?
22    A.   No, it's not Marlex.
23    Q.   And you see where it says the weight of
24  Ultrapro is 28 grams per meter squared?
25    A.   Yes.

Page 128

1    Q.   And that is about one-quarter the weight
2  of Prolene, is that correct?
3    A.   That's about a quarter, yes, according to
4  this table, yes.
5    Q.   Now, Doctor, would you look at, down at
6  the first column on the concept of lightweight mesh,
7  you see it there?
8    A.   Yes.
9    Q.   See where it says Marlex?
10    A.   Yes.
11    Q.   Marlex, paren, C.R. Bard.  Do you know
12  who C.R. Bard is?
13    A.   That's a company, yes.
14    Q.   That makes slings, correct?
15    A.   They, they do make slings.
16    Q.   It says Marlex is a standard monofilament
17  heavyweight polypropylene mesh.  Do you see that?
18    A.   Is a monofilament, yes.
19    Q.   So, you want to retract your last answer
20  about Marlex?
21    A.   No, because it's a, with the pore size
22  that it has, it's a, that's a multifilament.
23    Q.   Well, according to the Cobb article, it's
24  a standard monofilament.  Do you disagree, then, that
25  Marlex is a standard monofilament heavyweight

Page 129

1  polypropylene mesh?
2    A.   Yes, the pore size in Marlex is a small,
3  is a small size and it behaves like a multifilament.
4  The weave, the weave -- I'm sorry, the knit is a
5  multifilament.
6    Q.   This article says it's a monofilament,
7  not a multifilament.  Do you see that?
8    A.   That's what this article says.
9    Q.   And you disagree with the Cobb article on
10  that?
11    A.   Yes, the fibers are too close.
12    Q.   It goes on to say that it contains 95
13  grams per meter squared of polypropylene, is porous but
14  has very small inter -- I always have a hard time
15  pronouncing that.
16    A.   Intersticies.
17    Q.   Would you tell us what that is, please?
18    A.   It's the space in between the fibers.
19    Q.   It says it's extremely strong.  It says
20  several comparable formulations of heavyweight
21  polypropylene are available with a similar
22  polypropylene content as Marlex, including Prolene,
23  Ethicon, Inc., Somerville, New Jersey.  Do you see
24  that?
25    A.   Yes, that's what it says, yes.

33 (Pages 126 to 129)

Jaime Sepulveda, M.D.

Page 130

1      Q.   That's saying that, that from a weight
2  standpoint, that Prolene and Marlex are both
3  monofilament heavyweight meshes, correct?
4      A.   Marlex is lighter, but the configuration
5  of Marlex makes it as a multifilament.
6      Q.   That's not my question.  According to Dr.
7  Cobb, both Prolene and Marlex are heavyweight
8  polypropylene meshes, correct?
9      A.   According to, to Dr. Cobb, it's, it's
10 porous but has very small interstices, which is what
11 I've been referring to.
12     Q.   And it says several comparable
13 formulations of heavyweight polypropylene are available
14 with similar polypropylene content as Marlex, including
15 Prolene, correct?
16     A.   Yes, including Prolene.
17     Q.   Do you agree or disagree with that
18 statement?
19     A.   Well, it says that there are several,
20 several heavyweights.  That's what he is explaining.
21     Q.   He says Marlex and Prolene are both
22 heavyweight polypropylene mesh.
23     A.   That's what he says, that it's
24 heavyweight, yes.
25     Q.   And you disagree with that?

Page 131

1      A.   Yeah, the, the mesh in use of slings is
2  not a heavyweight mesh.
3      Q.   Well, if it's 105 grams per meter
4  squared, you would agree that it's heavyweight, right?
5      A.   Yes, that's heavy.
6      Q.   All right, and if I proved to you at
7  trial that Prolene mesh used in TVT and TVTO and TVT
8  Abbrevo and TVT Secur is 105 grams per meter squared,
9  we would all agree then that that's heavyweight mesh?
10     A.   At 105 or 110, what I have shown you, you
11 have shown me, I will have no other choice but to agree
12 with you.
13     Q.   Thank you, sir.  Dr. Sepulveda, if you
14 would look at page 18 of your report.  You see where,
15 in the first full paragraph, you say, when placed per
16 the IFU, the risk of deformation of the tape is
17 reduced?
18     A.   When placed per the IFU, the risk of
19 deformation of the tape is reduced.
20     Q.   You see that?
21     A.   Yes.
22     Q.   And my only question is, is reduced
23 compared to what?
24     A.   It's to, to, to the deformation that you
25 would have if you put it without plastic sheaths.

Page 132

1      Q.   Okay, you're saying the use of the
2  plastic sheath reduces the deformation of the mesh when
3  it's being implanted?
4      A.   Yes, and the, when the IFU explains that
5  there is, not to put it too tight, that's how you
6  prevent deformation.
7      Q.   Deformation of the, of the mesh is an
8  unwanted result, is it not?
9      A.   No, when I talk about deformation, I'm
10 talking about biomechanical deformation.  Deformation
11 in biomechanics is different from deformation that we
12 see normally, and deformation has to do with the change
13 on the dimensions of the tape.
14     Q.   I'm not, I'm not quibbling with you about
15 that, but we can agree that deformation generally is an
16 unwanted result of the mesh, either mechanically or in
17 vivo, or any process you don't want the mesh to deform,
18 correct?
19     A.   Well, in any viscoelastic that is used
20 will have a degree of deformation, which is that it
21 changes in shape.  Any, any viscoelastic, any
22 viscoelastic substance will go through deformation,
23 your skin, your ligaments, and any implant that you may
24 place.
25     Q.   Look at page 19, sir.  The last

Page 133

1  paragraph, where it starts with complications.
2      A.   Yes.
3      Q.   You see where it says the transobturator
4  approach showed a higher frequency of early
5  postoperative pain as the insertion needle went through
6  the superficial muscles of the leg?  Do you see that?
7      A.   Yes.
8      Q.   What are you defining as superficial
9  muscles of the leg?
10     A.   Specifically, the adductor magnus.
11     Q.   The adductor magnus muscles?
12     A.   Yes.
13     Q.   Okay.  And you go on, this complication
14 is most often transient and managed with medication.
15 What does it mean, most often transient?
16     A.   It's of short duration.
17     Q.   Okay.  So, more than half the time it's
18 of short duration?
19     A.   Yes.
20     Q.   All right, and it could also be a
21 long-term pain and a long-term complication, can it
22 not?
23     A.   I think that was defined as something
24 that is extremely rare.
25     Q.   And how do you define extremely rare?

34 (Pages 130 to 133)

Jaime Sepulveda, M.D.

Page 134

1      A.   It's when, when you look at the, at the
2   leg pain in the cohorts that are five years and seven
3   years, there's, there's a very low rate of long-term
4   pain.  Actually, it's not, it's not described in many
5   of these papers, it's not described.
6      Q.   Look on page 20.  You see the paragraph
7   that begins it became evident that specialized
8   knowledge of the obturator site and the anatomy and
9   relationship of the vascular, muscular and nerve
10   studies were required for a reproducible and safe
11   obturator procedure, do you see that?
12      A.   Yes.
13      Q.   Where is that in the IFU?  Where does it
14   say that, that you need special knowledge of the
15   anatomy in order to safely implant an obturator device?
16      A.   It's part, knowing the anatomy is part of
17   what is required from a physician as stated on the IFU.
18   It's physicians that are familiarized with continence
19   procedures.
20      Q.   But you're saying specialized knowledge
21   over and above the average physician is necessary?
22      A.   No, specialized knowledge is knowing
23   exactly about the obturator space.
24      Q.   But specialized knowledge compared to
25   who?

Page 135

1      A.   Compared to what you do normally.  I'm
2   going to explain that.
3      Q.   What I want to know is, are you talking
4   about special knowledge within a subgroup of doctors,
5   or simply you have to have more anatomical knowledge
6   than, say, a court reporter or a lawyer?
7      A.   No, you, you need, even if you do you
8   continence procedures, you're going to, you're needing
9   to know the anatomy of the obturator space.
10      Q.   Is it anywhere in the IFU that you have
11   to have specialized knowledge of the anatomy in order
12   to safely reproduce an obturator procedure?
13      A.   It just says that physicians should be
14   trained on the procedure.
15      Q.   Okay.  And it says that the, the, the
16   obturator neurovascular bundle 1.2 to 1.5 centimeters
17   for TVTO, that's the distance between where a
18   properly-placed TVTO should go in the obturator nerves?
19      A.   That's what has been, has been measured.
20      Q.   Okay.  So, in other words, if a TVTO is
21   properly placed, it should be 1.2 to 1.5 centimeters
22   from the obturator nerve bundle?
23      A.   Yes, there's a safe area for placement of
24   a transobturator sling that is about 2.5 centimeters,
25   1.5 to 2.5 centimeters from the obturator neurovascular

Page 136

1   bundle.
2      Q.   How far is a properly-placed TVTO from a
3   pudendal nerve bundle?
4      A.   It's at least four centimeters.
5      Q.   You go on to say, on the next page, the
6   proximity to the obturator neurovascular bundle was
7   most frequently a failure to orient the device from 45
8   degrees to 90 degrees as specified by the IFU.
9      A.   Yeah, there are three, three factors that
10   have been validated as the variations in the placement
11   of a transobturator sling from the inside out.  The
12   first factor is the dorsal lithotomy position, which is
13   addressed by the IFU.  The second factor is the
14   insertion, or the depth of the insertion of the needle
15   in the periurethral space, and the third factor is
16   a full rotation of the wrist with rotation from 45 to
17   90 degrees when the needle is exteriorized.  Those
18   three factors determine how close the tape is going to,
19   is going to be in relation to the neurovascular bundle.
20      Q.   All right, and if it's not done that way,
21   then you can get an obturator nerve injury?
22      A.   Yes, if you, if you actually dissect a
23   cadaver and you insert it wrong to see where you get
24   out, you can, you can get there.
25      Q.   You say you can get there, you can get

Page 137

1   there and you can damage or injure an obturator nerve?
2      A.   You can, you can injure an obturator
3   nerve as has been shown in some, some reports.
4      Q.   Now, Doctor, you discussed --
5      A.   And when I say as it has been shown in
6   some reports is that anatomically, it has been
7   described that when you don't insert the device
8   properly, you can injure the neurovascular bundle.
9      Q.   All right.  Have you ever seen a report
10   of an obturator nerve injury from the explant of a TVT?
11      A.   No.
12      Q.   As you sit here today, there's no
13   literature that we can find that, that you've seen
14   that's been reported where any patient has suffered an
15   obturator nerve injury from the revision or removal of
16   a mesh sling?
17      A.   No, I have not seen an obturator nerve
18   injury from the removal of a, a sling.
19      Q.   And what about the pudendal nerve injury,
20   have you ever seen a report of a patient getting a
21   pudendal nerve injury from the removal or revision of a
22   sling?
23      A.   I have not seen that, that report.
24      Q.   Ever?
25      A.   It has not been published.

35 (Pages 134 to 137)

Jaime Sepulveda, M.D.

Page 138

1    Q.   Have you in your practice come across
2  that?
3    A.   No, I have not seen that in my practice.
4    Q.   You say in 2013 that the -- well, strike
5  that.
6         You document 2008, 2011, 2013 FDA Public
7  Health Notifications regarding synthetic mesh?
8    A.   Well, for this one it's the 2008 because
9  the sling wasn't implanted in 2010 in this case.
10   Q.   Right.  So, the only, the only FDA notice
11 that Dr. Reyes could have been aware of is the 2008,
12 correct?
13   A.   That is correct.
14   Q.   Because the 2011, 2013, hadn't even come
15 out yet?
16   A.   That's correct.
17   Q.   All right.  Doctor, you say on page 22 of
18 your report that the TVTO device is accompanied by an
19 IFU and that you have reviewed the TVTO IFU.  Correct?
20   A.   Please repeat that.
21   Q.   Yeah, I was reading that you have
22 reviewed the TVTO IFU and you find it adequate and
23 complete for its use in the operating room?
24   A.   Yes, I did.
25   Q.   And you said I understand that the IFU is

Page 139

1  not a comprehensive guide for surgical treatment of
2  SUI.  Do you see that?
3    A.   Yes, that's the way it's stated.
4    Q.   Do you agree that a doctor implanting a
5  TVTO should be allowed to rely solely upon the IFU to
6  ascertain what complications if any may result from the
7  use of that device in counseling his patient?
8    A.   I think that the IFU needs to speak about
9  the specifics of the implant, but the continence
10 procedure, the risk of the continence procedure
11 pertains to the formation and the training of the
12 doctor.
13   Q.   Well, that's not my question.  My
14 question is, do you agree that a doctor should be able
15 to rely solely on the IFU and nothing else in educating
16 himself about the complications that could result from
17 the use of a device?
18   A.   No.
19   Q.   Is that reasonable or not?
20   A.   No, they should not rely just on the IFU.
21 There's a wealth of data out there about the
22 indications and the use of the device.
23   Q.   Do you agree with me that in order for
24 Ethicon to do its best to make sure that a patient is
25 appropriately counseled, that Ethicon needs to provide

Page 140

1  the known risks and adverse events in the IFU so that
2  information will be available to the doctor to pass on
3  to patient, do you agree with that?
4    A.   I expect Ethicon to state the risks
5  inherently associated to the mesh.
6    Q.   And do you agree with me that if Ethicon
7  fails to provide the necessary information regarding
8  the risks and adverse events and complications to the
9  doctor, there's a risk at that point that the patient
10 cannot be properly counseled because the information
11 has not been provided to the doctor, do you agree with
12 that statement?
13   A.   The IFU is intended to educate the
14 physician on the performance of the procedure.  Part of
15 it is going to be the complications from the device
16 that remains on the patient.
17   Q.   Listen to my question.  Do you agree with
18 me that if Ethicon fails to provide the necessary
19 information regarding the risks and adverse events and
20 complications to the doctor, there's a risk at that
21 point that the patient cannot be properly counseled?
22        MS. GALLAGHER:  Object to form.
23 BY MR. FREESE:
24   Q.   Do you agree with that statement or not?
25   A.   We don't, we don't use the IFU for

Page 141

1  patient counseling.
2    Q.   Well --
3    A.   So I disagree, I disagree with the
4  statement that if it's not placed on the IFU, I expect
5  the IFU to address the complications that have to do
6  with the tape, it should give me direction on how to
7  use the device, but I, I don't expect them to give me
8  the benchmark for patient education.
9    Q.   And, Doctor, that question didn't involve
10 the IFU.
11   A.   Okay.
12   Q.   So, you have to listen to my question.
13 I'm just asking you if you agree with this statement,
14 that if Ethicon fails to provide the necessary
15 information regarding the risks and adverse events of
16 complications to a doctor, there's a risk at that point
17 that the patient cannot be properly counseled because
18 the information has not been provided to the doctor.
19 Do you agree with that?
20        MS. GALLAGHER:  Object to form.
21   A.   No, I disagrees with that because the
22 only source of information for a physician before they
23 counsel a patient is not Ethicon.
24 BY MR. FREESE:
25   Q.   And do you agree or disagree that if

36 (Pages 138 to 141)

Jaime Sepulveda, M.D.

Page 142

1    Ethicon fails, if it happens that Ethicon fails to
2    provide material information about the risks of, for
3    example, a TVT or any medical device, to the physician,
4    if it actually happens and the doctor just relies on
5    the IFU regarding the risks and doesn't tell a patient
6    a risk that the doctor wasn't told about, the patient
7    would not have been properly counseled?
8         MS. GALLAGHER:  Object to form.
9    BY MR. FREESE:
10        Q.   Do you agree or disagree with that?
11        A.   I agree that if the doctor relies just on
12   the IFU, they will not be able to provide enough
13   counseling to the patient.
14        Q.   Do you know Dr. Hinoul?
15        A.   Yes.
16        Q.   He's a medical affairs director at
17   Ethicon, is he not?
18        A.   Yes.
19        Q.   He's a urogynecologist, is he not?
20        A.   He is.
21        Q.   He's trained the same way you're trained,
22   correct?
23        A.   I don't know if it was the same way, but
24   I know he's a urogynecologist.
25        Q.   And his job is to make sure that, from a

Page 143

1    medical standpoint, that doctors are getting properly
2    warned of the risks of using TVT, correct?
3         MS. GALLAGHER:  Object to form.
4         A.   I'm not aware of his job description.
5    BY MR. FREESE:
6         Q.   When is the last time you talked to him?
7         A.   At an AUGS meeting.
8         Q.   Okay.  You actually reviewed and logged
9    his deposition in this case, did you not?
10        A.   Yes, I did see one of his depositions.
11        Q.   I want to show you page 2007 and 2008 of
12   his deposition that was given January 14th, 2014, okay?
13   And you see where it says, quote, "In order for Ethicon
14   to do its best to make sure that a patient is
15   appropriately counseled, Ethicon needs to provide the
16   known risks and adverse events in the IFU so that
17   information will be available to the doctor to pass on
18   to the patient.  Right?"  And he says, "Absolutely."
19   Do you see that?
20        A.   Yes.
21        Q.   Do you agree with his answer?
22        A.   If Ethicon is the only source, but I
23   think in the context in which he was asked, from what I
24   see from that answer, absolutely, is, is Ethicon going
25   to provide that information, and he's testifying as a

Page 144

1    medical director for Ethicon.
2         Q.   Yes.
3         A.   So, so, the question is, is that the only
4    thing the doctor relies on, do I agree to that?
5         Q.   No, I'm asking do you agree with Dr.
6    Hinoul's answer, absolutely, to the question that was
7    just asked; do you agree with his answer?
8         A.   Yeah.  In order for Ethicon to do its
9    best to make sure that a patient is properly counseled,
10   Ethicon needs to provide the known risks and events in
11   the IFU so that information will be available to a
12   doctor to pass on to the patient.  Yes, that's --
13        Q.   You agree with that?
14        A.   If they're aware, if they're aware of any
15   complications, that will be, that's, Ethicon will have
16   to transmit it for the doctor to be aware.
17        Q.   If Ethicon is aware of a complication,
18   they have to transmit it to the doctor?
19        MS. GALLAGHER:  Object to form.
20        A.   I would agree that that's the only way
21   that the doctor could know.
22   BY MR. FREESE:
23        Q.   All right.  Okay.  And, he goes on to
24   say, "And, therefore, if Ethicon fails to provide the
25   necessary information regarding risks and adverse

Page 145

1    events and complications to the doctor, there's a risk
2    at that point that the patient cannot be properly
3    counseled because the information has not been provided
4    to the doctor, correct?"  And Dr. Hinoul's answer is,
5    "That is correct."  Do you see that?
6         A.   Yes, but I disagree with him because I
7    don't --
8         Q.   So, let me, first of all, did I read the
9    question and answer correctly?
10        A.   Yes, sir.
11        Q.   Do you agree with Dr. Hinoul?
12        A.   No, I don't agree that Ethicon is the
13   only source.  In his answer, he's saying that, I mean,
14   there's this long, long question, and then he says he
15   agrees.  The substance of it is Ethicon is not the only
16   source that I'm going to consider counseling my
17   patients.
18        Q.   It doesn't say only source.  It says if
19   Ethicon fails to provide the necessary information
20   regarding risks and adverse events and complications.
21   to the doctor, there's a risk at that point that the
22   patient cannot be properly counseled because the
23   information has not been provided to the doctor,
24   correct?  And Dr. Hinoul says that is correct, and you
25   disagree with that?

37 (Pages 142 to 145)

Golkow Technologies, Inc. - 1.877.370.DEPS

Jaime Sepulveda, M.D.

Page 146

1      A.   Okay, the specific question there on what
2  can be inferred from the question, so I'm going to
3  answer to you the best, the best way I can answer is,
4  if Ethicon does not disclose it, if there's no
5  disclosure, there's no way for the physician to know it
6  unless it has to do with the procedure itself.  Now, we
7  don't rely just on the IFU and we don't just rely on
8  Ethicon to tell us about the, the procedure.
9      Q.   I'm going to get there, Doctor.  I just
10  want to know whether or not you agree or disagree with
11  what Dr. Hinoul just said there.
12          MS. GALLAGHER:  Objection to form.  He's
13  explaining to you why he can't say agree or
14  disagree.
15          MR. FREESE:  Well, I'm not sure he is --
16          MR. GOSS:  I think the form is fine.
17          MR. FREESE:  Just form, that's all we
18  need.
19  BY MR. FREESE:
20      Q.   Do you understand my question, Dr.
21  Sepulveda?  I read you the question on lines 1 through
22  7 of page 1208 and the answer on line 8.  All I want to
23  know is, do you agree with Dr. Hinoul or do you
24  disagree with Dr. Hinoul?
25          MS. GALLAGHER:  Objection to form.

Page 147

1      A.   I will have to disagree with that with
2  Dr. Hinoul, because it implies that the only source
3  that you have is Ethicon, and that's not the only
4  source that I have.
5  BY MR. FREESE:
6      Q.   And you understand he was speaking on
7  behalf of Ethicon in his deposition?
8          MS. GALLAGHER:  Objection to form.
9      A.   Yes, he's the medical director for
10  Ethicon.
11  BY MR. FREESE:
12      Q.   And the next question, "And, in fact, if
13  Ethicon fails, if it happens that Ethicon fails to
14  provide material information about the risks, for
15  example, of the TVT or any medical device, to the
16  physician, if that actually happens and the doctor just
17  relies on the IFU regarding the risks and doesn't tell
18  the patient the risks that the doctor wasn't told
19  about, the patient would not have been properly
20  counseled, correct?"  His answer is, "I am in full
21  agreement, the surgeon should be able to rely solely on
22  the IFU, absolutely."  Do you see that?
23      A.   For the patient counseling, solely on the
24  IFU?
25      Q.   Yes, sir.

Page 148

1      A.   I would disagree on that, no.
2      Q.   Even though Dr. Hinoul says absolutely, a
3  doctor should be able to rely solely on the IFU you
4  disagree with Dr. Hinoul?
5          MS. GALLAGHER:  Object to form.
6  BY MR. FREESE:
7      Q.   Correct?
8      A.   Yes, I don't think you're going to find
9  any physician that would agree with just relying solely
10  on the IFU.
11      Q.   Let me ask you this, Dr. Sepulveda.  Who
12  knows more about the complications of Ethicon's
13  products, you or the medical affairs doctor at Ethicon?
14          MS. GALLAGHER:  Object to form.
15      A.   I think I'm in a privileged position to
16  know what kind of complications patients have when you
17  follow the IFU.
18  BY MR. FREESE:
19      Q.   I'm asking you, who knows more about the
20  complications related to TVTs, Dr. Hinoul or you?
21          MS. GALLAGHER:  Object to form.
22      A.   I do.
23  BY MR. FREESE:
24      Q.   Okay.  So the jury should conclude that
25  Jaime Sepulveda knows more than the urogynecologist

Page 149

1  hired by Ethicon to be its worldwide medical affairs
2  doctor, you know more than he does?
3          MS. GALLAGHER:  Object to form.
4      A.   Yes, I have implanted more TVTs than he
5  has.
6  BY MR. FREESE:
7      Q.   Who has seen more internal documents
8  about the complications of the use of TVT, you or Dr.
9  Hinoul?
10      A.   Dr. Hinoul sees more internal documents.
11      Q.   It's not your job to write the IFUs for
12  TVT, is it, or TVTO?
13      A.   No, it's not, I don't write the IFUs.
14      Q.   You understand that all of the warnings
15  and complications that appear in a TVTO IFU are written
16  by the medical affairs people at Ethicon, correct?
17          MS. GALLAGHER:  Object to form.
18      A.   That's what I would expect to write it,
19  yes.
20  BY MR. FREESE:
21      Q.   People like Dr. Hinoul?
22      A.   Yes.
23      Q.   He's the one in charge of making sure
24  it's accurate and full and gives the doctors all the
25  information they need regarding complications of the

38 (Pages 146 to 149)

Jaime Sepulveda, M.D.

Page 150

1  procedure, correct?
2      MS. GALLAGHER:  Object to form.
3      A.  He writes the IFU.
4  BY MR. FREESE:
5      Q.  And that's his job 24/7, correct?
6      MS. GALLAGHER:  Object to form.
7      A.  I don't know if it's 24/7.  He writes the
8  IFU.
9  BY MR. FREESE:
10     Q.  But that's his job, that's what a medical
11 affairs director does, correct?
12     A.  I'm not familiar with their duties, but I
13 think that he has an input on the IFU.
14     Q.  And yet, you would substitute your
15 judgment for his on what a doctor should rely or not
16 rely on out of the IFU?
17     A.  No, I did not testify on that.  I said --
18     Q.  I'm asking you, is it your opinion
19 that --
20     MS. GALLAGHER:  Don't cut him off,
21 please.
22 BY MR. FREESE:
23     Q.  Sorry.  Go ahead.
24     A.  What I testified is that I have placed
25 more TVTOs, I've done more follow up on these patients

Page 151

1  than he has.  I use the product, I would know about any
2  problems it would have.  I would not have continued to
3  use the polypropylene mesh for midurethral slings to
4  this day if I would have seen or I would have had any
5  problems.
6      MR. FREESE:  Move to strike.
7  BY MR. FREESE:
8      Q.  That's not my question, sir.  My question
9  is simply, Doctor, you would substitute your judgment
10 on what an implanting physician should rely on in the
11 IFU over Dr. Hinoul's judgment about what a doctor
12 should rely on or can rely on from the IFU, correct?
13     MS. GALLAGHER:  Object to form.
14     A.  No, Dr. Hinoul does the, he writes the
15 IFU.  Dr. Hinoul is in a, in a position to see skewed
16 data of how the procedure performs, because I can tell
17 you that Dr. Hinoul do not get a phone call or a report
18 of how many patients have done better and how many
19 patients have been improved in their quality of life.
20 He gets --
21 BY MR. FREESE:
22     Q.  How do you know that?
23     A.  He gets a report about complications.
24     Q.  How do you know that?  How do you know
25 what he gets?

Page 152

1      A.  I can tell you that any of my 2,000
2  patients have called him and say, Piet Hinoul, I'm
3  doing great.
4      Q.  Let's do this, Doctor, can you we agree
5  you don't know what, you have no personal knowledge of
6  what Dr. Hinoul knows or he doesn't know?
7      MS. GALLAGHER:  Object to form.
8      A.  No, I already testified, I'm not aware of
9  his job description.
10 BY MR. FREESE:
11     Q.  And you have no idea what he knows or
12 what he doesn't know, do you?
13     A.  Actually, I --
14     Q.  My question is, what personal knowledge
15 do you have of what Piet Hinoul knows or doesn't know
16 about complications of TVT slings?
17     A.  I do not know.  I just, I do not know
18 that.  I just --
19     Q.  And how many --
20     MS. GALLAGHER:  Please, let him finish
21 his answer.
22     MR. FREESE:  Because he's now off, not
23 responding to my question anymore.  He's
24 answered my question, now he editorializing.
25 So, I mean, as long as I can charge the time

Page 153

1  back to you, I don't mind, but he can't sit
2  here and read out of a telephone book, either.
3  So, if it's not responsive to my question,
4  we're wasting time.  He's answered my question.
5  If you want to ask him a question on redirect,
6  that's fine.
7  BY MR. FREESE:
8      Q.  My question to you is you have no clue
9  how many slings Dr. Hinoul has implanted, do you?
10     A.  Yeah, actually, I asked him.
11     Q.  And what was his answer?
12     A.  I, I, I probably remember that it was
13 none here in the United States.
14     Q.  I didn't ask you that.  How many slings
15 has Dr. Hinoul implanted in his life?
16     A.  I think in my conversation with him at
17 some point, I asked him if he could, if he could just
18 come to clinical practice on this, on, on, on the
19 United States, and he told me no, that he is a medical
20 director.
21     Q.  Dr. Sepulveda, I have no idea what you
22 just said.  My question is just simply --
23     A.  I agree that I ramble.  I agree with you
24 on that.
25     Q.  Sir, I have a great deal of respect for

39 (Pages 150 to 153)

Jaime Sepulveda, M.D.

Page 154

1    you, let's try not to ramble.  My question is simply,
2    do you know how many slings Dr. Hinoul has ever
3    implanted in his life?
4        A.  No, Mr. Freese, I don't know how many
5    slings he has implanted.
6        Q.  And do you know how many slings he has
7    taken out in his life?
8        A.  No.
9        Q.  Do you know how many peer-reviewed
10   articles he's written about slings?
11       A.  No, I'm only familiar with his articles
12   on the anatomy of TVTO.
13       Q.  You know he's written at length on TVT,
14   correct?
15       A.  He, for this case, I actually relied on
16   one specific article that he wrote about the anatomy.
17       Q.  My question is you understand that Dr.
18   Hinoul is published in peer-review articles, correct,
19   on TVTs?
20       A.  Yes.
21       Q.  You, sir, have published zero peer-review
22   articles on TVT slings, correct?
23       A.  Yes.
24       Q.  Okay.  And you've done 2 to 3,000 sling
25   procedures, correct?

Page 155

1        A.  Yes.
2        Q.  And you've only seen two or three
3    complications in your entire 2 to 3,000?
4        A.  Yes.
5        Q.  Do you know how many complications Dr.
6    Hinoul has seen?
7        A.  In his line of work, probably has seen
8    more than three.
9        Q.  And, so, you've seen three out of 3,000,
10   you have no idea how many he's seen, yet you feel
11   comfortable saying you know more about complications
12   from slings and what doctors need to know than he does?
13       A.  No, I say I know more about outcomes.  I
14   could say, I could say that I know more about outcomes.
15       Q.  You know about three complications out of
16   3,000, he may know way more than that.  Yet you want to
17   say that your information is superior to his?
18           MS. GALLAGHER:  Object to form.
19   BY MR. FREESE:
20       Q.  I mean, you realize Dr. Hinoul is
21   responsible --
22       A.  I still have to answer your question.
23       Q.  I'm sorry.  Go ahead.
24       A.  My, my information, my information is on
25   the, on the, on my clinical experience and my

Page 156

1    information is based on my, on dissection of multiple
2    specimens, on the, communications that I've had with my
3    peers, and on the, on the, on what's published,
4    although it is true that I have not published on TVT, I
5    am in the forefront of providing patient care, so I
6    know how this product performs.
7            MR. FREESE:  Move to strike,
8    non-responsive.
9    BY MR. FREESE:
10       Q.  Doctor, you have no personal knowledge of
11   how many doctors just like you that Dr. Hinoul talks to
12   every day in his job?
13       A.  I don't know who he talks to in his job.
14       Q.  He talks to you, right?
15       A.  No, we, we don't talk as part of his job.
16   We, the last time we spoke we were sitting on a meeting
17   enjoying the presentations of the scientific meeting.
18       Q.  So, you were not talking about business
19   with Ethicon with Dr. Hinoul?
20       A.  No, I don't, I don't talk about those
21   things.  We have, we have other subjects that we speak
22   about.
23       Q.  You understand Dr. Hinoul has access to
24   all the internal information available at Ethicon,
25   correct?

Page 157

1        A.  Yes.
2        Q.  You do not, do you?
3        A.  I do not.
4        Q.  In fact, all you have available to you,
5    Dr. Sepulveda, is what the lawyers for Ethicon want to
6    show you, correct?
7            MS. GALLAGHER:  Object to form.
8        A.  In terms of the company documents, yes.
9    BY MR. FREESE:
10       Q.  Okay.  So, the company documents, let's
11   define that, company documents about complications and
12   the frequency of complications, those type of documents
13   within Ethicon you don't have access to, do you?
14       A.  No, I do not have access to that.
15       Q.  Dr. Hinoul does, does he not?
16       A.  I think he does.
17       Q.  He has to.  He's the medical affairs
18   director.
19       A.  He's the medical director for Ethicon.
20       Q.  Real quick, Dr. Sepulveda, you've never
21   measured the pore size of the TVT sling, have you?
22       A.  Yes.
23       Q.  Yes, you have never measured it?
24       A.  Yes, I have measured it.
25       Q.  Okay, when did you measure it?

40 (Pages 154 to 157)

Jaime Sepulveda, M.D.

Page 158

1     A.   I put it together actually under the
2 microscope at the pathology at South Miami Hospital,
3 and I look at it and I measure it and then I confirmed
4 what it was.  Not only that, the pore size, but also
5 the pore sizes with, with Prolift Plus M.
6     Q.   The Ultrapro?
7     A.   Prolift Plus M.
8     Q.   Ultrapro?
9     A.   It could be Ultrapro, but I did not take
10 it as Ultrapro.
11    Q.   Okay.  What was the largest dimension of
12 the pore?
13    A.   On which one?
14    Q.   On Prolene.
15    A.   On the Prolene used for TVT was 1,200.
16    Q.   Okay.  And what was -- but that's not
17 symmetrical, is it?
18    A.   No, because of the knit, because of the
19 way it's knitted, it could be 1,200, but it's never
20 less than a thousand on each side.
21    Q.   It's never less than a thousand and at
22 its greater point it's 1,200?
23    A.   Yes.
24    Q.   1,200 microns?
25    A.   Microns.

Page 159

1     Q.   And what did you use to measure the
2 microns?
3     A.   There's a little caliber on the
4 microscope.
5     Q.   When did you do this?
6     A.   Years so.
7     Q.   Okay.  It's not in your report anywhere.
8     A.   No.
9     Q.   Okay, why didn't you put it in the
10 report?
11    A.   I didn't think it was relevant because
12 the pore size have been well established by other
13 publications.
14    Q.   Did you record this somewhere when you
15 did it?
16    A.   No, I did not record that.
17    Q.   Why did you measure the pore size?
18    A.   Because I like to become familiarized
19 with what I implant in my patients.
20    Q.   What is the basis of your opinion that a
21 TVTO made out of Ultrapro is not a safer alternative
22 than a TVTO made out of Prolene?
23    A.   There's a few areas on that.  Number one
24 is biomechanically, the TVT made of Ultrapro will not
25 behave in the same way that a TVT made of Prolene.

Page 160

1     Q.   Let me stop you and do it one at a time,
2 okay?  What is your basis for saying biomechanically
3 they will not operate the same?
4     A.   Well, they're two different types of
5 material.
6     Q.   Let me ask a better question.  Have you
7 seen any internal documents from Ethicon saying that
8 they will act differently biomechanically?
9     A.   No, I have not seen any internal
10 documents.  I have not read any internal documents.
11    Q.   If there are internal documents that say
12 they would behave similarly biomechanically, would you
13 have liked to have seen these documents?
14    A.   Either similarly or separate, but that's
15 just the first part of my answer.
16    Q.   I understand.  We're taking them one at a
17 time.  So you've seen no document that says it would,
18 that an Ultrapro TVTO sling would operate differently
19 than one made for a POP, correct?
20    A.   They're two different, those are two
21 different applications.
22    Q.   Okay, and you've never seen a single
23 internal document making that comparison, correct?
24    A.   No, I have not seen that comparison.
25    Q.   And whether or not Ethicon concluded

Page 161

1 internally that it would be suitable to use Ultrapro in
2 a TVTO application?
3        MS. GALLAGHER:  Object to form.
4     A.   I have not seen, I have not that on
5 internal documents from Ethicon.
6 BY MR. FREESE:
7     Q.   So your opinion is, I'm Dr. Sepulveda and
8 because they're two different applications my opinion
9 is they would behave differently?
10       MS. GALLAGHER:  Object to form.
11    A.   Yes, biomechanically, they would behave
12 differently.  It's not that they would say that to me.
13 BY MR. FREESE:
14    Q.   And it's so because Jaime Sepulveda says
15 it's so.
16    A.   No, that's not exactly the case.  That
17 brings me to the --
18    Q.   Hold on, we'll stay on this for a second.
19 What is your basis other than it's my opinion that they
20 would behave differently biomechanically?
21    A.   By my biomechanical knowledge.
22    Q.   Okay.  Have you conducted any
23 biomechanical testing of Prolene mesh versus Ultrapro
24 mesh?
25    A.   No, I have not conducted that test.

41 (Pages 158 to 161)

Jaime Sepulveda, M.D.

Page 162

1      Q.   Okay.  All right, what's your second
2  basis for saying that Ultrapro would not be suitable?
3      A.   There was, the way they behave, in my,
4  when you're using it in the operating room, the way
5  they handle, they're different.
6      Q.   I understand that's your opinion, but
7  you've done no bench testing on that, correct?
8      A.   There's no bench testing on it.
9      Q.   You've done no tensile testing, correct?
10     A.   I have not done any of the bench testing
11  that would be required to make that conclusion.
12     Q.   You've done no cadaveric testing on
13  Ultrapro as a sling versus Prolene, correct?
14     A.   No, I have not done that test.
15     Q.   And have you reviewed any of Ethicon's
16  internal cadaveric testing?
17     A.   No.
18     Q.   Do you know whether or not actually
19  Ethicon even tested Ultrapro in a sling application in
20  cadavers?
21     A.   No, I'm not aware of their testing.
22     Q.   So they didn't show you the results of
23  any cadaver testing for the use of Ultrapro as a sling
24  internally, correct?
25     A.   I can not say, I can not under oath say

Page 163

1  that I'm aware of specific testing or, or experiment
2  that has been done.
3      Q.   On anything, bench, cadaver, any kind of
4  application?
5      A.   No, I'm not aware of that.
6      Q.   All right, what was the next reason,
7  other than biomechanical, why you said that Ultrapro
8  would not be suitable as a sling?
9          MS. GALLAGHER:  Object to form.
10     A.   The next reason is that there have been
11  no clinical studies --
12         MR. FREESE:  Stop for a second.  What's
13  the objection?  I want to cure it.
14         MS. GALLAGHER:  Because it's as a safer
15  alternative design, that's the question you're
16  asking him.
17         MR. FREESE:  No, he told me that he had
18  three reasons why Ultrapro would not be
19  suitable as a, to be used as a TVTO.
20         MS. GALLAGHER:  As a safer alternative
21  design is what you're questioning him about.
22  That's what he's answering.
23         MR. FREESE:  Yes.
24         MS. GALLAGHER:  Okay.
25         MR. FREESE:  So, will you withdraw your

Page 164

1  form objection?
2          MS. GALLAGHER:  No, because you're asking
3  him about -- I thought the question had safety
4  in it and suitability.  He's talking about
5  safer alternative design.  That's a different
6  analysis.  That's my objection.
7          MR. FREESE:  Okay.
8  BY MR. FREESE:
9      Q.   Let me clarify.  You're answering, Dr.
10  Sepulveda, why Ultrapro would not be suitable or a
11  safer alternative than Prolene for use in a sling
12  application, correct?  That's what you're answering?
13     A.   In the sling application, yes.
14     Q.   And you told me biomechanically, you
15  didn't think it would operate the same?
16     A.   That's correct.
17     Q.   All right, what's your next reason?
18     A.   The second is that we already have a
19  device in place that has been tested extensively
20  clinically.  So, whatever, whatever evidence is, comes
21  in has to be stronger than the evidence that we have on
22  TVT.
23     Q.   All right.  Now, the only, you say that
24  there's not demonstrating empirical evidence because
25  you haven't seen any, you don't know if it's been done

Page 165

1  or not, you just haven't seen any, right?
2      A.   Yes, there's, there has been no
3  presentations that I heard on conference, there has
4  been no texts that I have read, there has been no
5  scientific randomized control trials, not even a cohort
6  study that shows the use of a hybrid or partially
7  absorbable sling.
8      Q.   So, basically, then, that would be just
9  the same as TVTO, wouldn't it?  There were no
10  randomized control studies, there were no cohorts, any
11  of that done before TVTO was launched, correct?
12     A.   No, that mischaracterizes my testimony on
13  the basis that they're different, they're two different
14  implants.  The implant used on TVTO was the same
15  implant that was used on TVT.  The implant that would
16  be used on Ultrapro is not the same as the implant that
17  would be used on TVTO.
18     Q.   Well, it's the same implant that was used
19  in Prolift, was it not?
20     A.   They are different applications.  One
21  is --
22     Q.   They're both pelvic surgeries, are they
23  not?
24     A.   Well, they're different applications.
25  One is urinary incontinence, the other one is prolapse.

42 (Pages 162 to 165)

Jaime Sepulveda, M.D.

Page 166

1    Q.   Okay, so, you said that there was no
2  empirical science, and that is because you haven't seen
3  any, you don't know if there is empirical data within
4  Ethicon because you haven't seen that, but you're
5  simply saying you have not seen a published empirical
6  data comparing an Ultrapro as a sling versus a Prolene,
7  correct?
8        MS. GALLAGHER:  Object to form.
9    A.   There's no clinical evidence that shows
10  that using a partially-absorbable sling is superior to
11  the sling that we have used.
12  BY MR. FREESE:
13    Q.   Okay, any other reason?
14    A.   Yeah, the third reason is the consensus
15  from the societies.
16    Q.   Well, what has the society said about
17  using Ultrapro as a sling?
18    A.   I trust that the societies will come up
19  with, with recommendations specifically on the use of
20  the established clinical standard for the treatment of
21  incontinence.
22    Q.   Should I interpret that to mean that the
23  relevant clinical societies have not commented one way
24  or the other about the use of Ultrapro as a sling?
25    A.   Actually, they have commented that

Page 167

1  specifically the use of monofilament polypropylene is
2  the clinical standard on the case, on the treatment of
3  urinary stress incontinence.
4    Q.   I understand that.  I'm asking -- my
5  question is different, that no society has said that,
6  that use of Ultrapro as a mesh sling would not be safer
7  than the current design?
8    A.   They have not recommended it, and they
9  have not said that it's safer.
10    Q.   So that's not really a reason because
11  they haven't said one way or the other, correct?
12    A.   As surgeons, we also follow the
13  recommendations of the societies.
14    Q.   I know, but the society has made no
15  assertion one way or the other, so there's nothing to
16  follow.
17    A.   I'm not saying the society, I'm saying
18  the societies, the clinical societies.
19    Q.   I understand, you're talking about AUGS
20  and ACOG and --
21    A.   Right.
22    Q.   And they have just not spoken to it,
23  correct?
24    A.   That's correct.
25    Q.   Okay, so that's not a reason for it or a

Page 168

1  reason against it.  It's silent.
2        MS. GALLAGHER:  Object to form.
3    A.   They have no evidence to speak one way or
4  the other.
5        The fourth reason is that the FDA, the
6  panel on the FDA on the executive summary did not offer
7  that even as an alternative.
8        MS. GALLAGHER:  We have lunch.  Do you
9  want to break?
10        MR. FREESE:  Sure.
11        (A lunch break was taken from 1:17 p.m.
12  to 1:29 p.m.)
13  BY MR. FREESE:
14    Q.   Dr. Sepulveda, I want you to turn to the
15  Roman numeral IV, expert opinion overview in your
16  report.  I think it may be 55 on your version.  It's
17  page 54 on mine, I think that's just because of the way
18  it's printed.  Tell me when you get there.
19    A.   Yeah, I'm here.
20    Q.   Just so I understand, you give opinions
21  throughout your report, but is section IV intended to
22  sort of like summarize the important opinions that you
23  intend to give in a case?
24    A.   Yes.
25    Q.   Okay, I realize you give more than what's

Page 169

1  in section IV and we'll go back and visit about some of
2  that, but this expert opinion overview is sort of a
3  summary of the opinions that you're going to give?
4    A.   Yes.
5    Q.   Okay.  All right.  The fact that Jennifer
6  had UTIs, vaginal infections before the implantation of
7  the TVTO, is the significance of that is that you're
8  saying there's not a cause and effect with the mesh
9  because she was suffering from these incidents earlier?
10    A.   Right, that's, these are two very
11  frequent conditions in women.
12    Q.   And, so, the fact that she had urinary
13  tract infections before she had mesh is your opinion
14  that the mesh didn't cause any UTIs?
15    A.   That's correct.
16    Q.   Okay.  Mesh can cause UTIs, can it not?
17    A.   If you have a mesh that actually
18  obstructs the urethra, it can cause urinary tract
19  infections.
20    Q.   And you said that she had reported
21  dyspareunia before the implantation of the mesh,
22  correct?
23    A.   Yes.
24    Q.   Do you know how long before that and how
25  many times in her life she ever reported dyspareunia?

43 (Pages 166 to 169)

Jaime Sepulveda, M.D.

Page 170

1     A.   I know of at least one instance in which
2  she reported.
3     Q.   And I do, too, that's all I can find.
4  So, can we agree that you and I can only find one
5  reported incident of dyspareunia prior to the
6  implantation of the mesh?
7     A.   Yeah, we can agree on that.
8     Q.   And that fact is the basis for your
9  opinion that the mesh didn't cause dyspareunia because
10 she reported it at one time previous in her life?
11        MS. GALLAGHER:  Object to form.
12    A.   And, again, there's, that's not the only
13 reason why I say that she may have dyspareunia, and
14 there are other conditions within the surgery itself,
15 within her clinical course itself that could predispose
16 to dyspareunia.
17 BY MR. FREESE:
18    Q.   And we'll talk about those, but having it
19 before the implant one time is part of your opinion why
20 it's not being caused by the mesh now?
21    A.   That's part of it.
22    Q.   Okay.  You said that she had two previous
23 devices implanted, an IUD and an Essure.
24    A.   Yes.
25    Q.   And had complications with the IUD which

Page 171

1  led to its removal.
2     A.   Yes.
3     Q.   Okay, what's the significance of that?
4     A.   Any time that you may have any implant,
5  there is a risk to have it removed.
6     Q.   Okay.  So, you're saying the fact that
7  she had an IUD that got a complication and had to be
8  removed, why is that relevant to your opinion in this
9  case?
10    A.   There's an understanding from, from Mrs.
11 Ramirez that whenever anything can be implanted, it may
12 need to be removed.
13    Q.   The Essure, what is the relevance of that
14 in your opinions?
15    A.   Well, Essure is an implant that is
16 permanent.
17    Q.   Okay.
18    A.   It either stays there or it absorbs, and,
19 again, I'm in a much better position to give testimony
20 about a sling, but in general, what I know about Essure
21 is just about what I read about the product.  I have
22 to, I want to be accurate and say that I have not
23 implanted Essure, but it's just another implant.
24    Q.   Okay, and just so I won't waste any time
25 on it, the injuries and problems and harms that

Page 172

1  Jennifer alleges in this lawsuit are not in any way
2  impacted or caused by the Essure, in your opinion?
3     A.   I don't see a relationship between the
4  Essure and any claims that I have read.
5     Q.   Okay.  So, we can take Essure off the
6  table as being relevant to anything that's going on
7  with Jennifer today?
8     A.   On her symptoms that she's complaining of
9  now, yes.
10    Q.   And that would be true of her IUD also?
11    A.   That's correct.
12    Q.   Okay.  Was her only risk factor for SUI
13 three vaginal deliveries?
14    A.   That's the largest risk factor actually,
15 yes.
16    Q.   And that's the only one that you
17 identified in your report, is that correct?
18    A.   Well, there's no way to know by family
19 history based on the medical records, which is also a
20 very, a very strong risk factor, and three vaginal
21 deliveries and an early age delivery.
22    Q.   Okay, so, three deliveries, early age,
23 and possibly family but you don't know?
24    A.   Exactly.
25    Q.   You're not going to give an opinion about

Page 173

1  what all doctors know, are you?
2     A.   I don't understand the question.
3     Q.   Well, I mean, you say that, that doctors
4  from their med school, residency, fellowship, that
5  risks of incontinence pelvic surgery are all well known
6  to doctors.  You're not here to give an opinion what
7  all doctors know, are you?
8     A.   No, I can not testify what all doctors
9  know, but I can do, say what's required from us in the,
10 in the guidance to get us credentialed and be board
11 certified.
12    Q.   You know what you were taught in medical
13 school, correct?
14    A.   Yes.
15    Q.   And you know what you were taught in your
16 residency?
17    A.   Yes.
18    Q.   You don't know what everyone else was
19 taught in medical school or their residency?
20    A.   I don't know what they were taught.  I
21 know about the requirements to pass the examinations.
22    Q.   And you don't intend on offering any
23 opinions about what doctors know about pelvic surgery
24 or complications from pelvic surgery?
25    A.   I can offer an opinion about the, what

44 (Pages 170 to 173)

Jaime Sepulveda, M.D.

Page 174

1  we, the complications that are for each surgery.
2      Q.   Based on your personal experience?
3      A.   And also on, on what has been reported.
4      Q.   All right.  You note in here that you
5  trained Dr. Reyes.
6      A.   He came, he came to, to see me to do
7  surgery.
8      Q.   Do you know Dr. Reyes?
9      A.   I can, I cannot recall when he came to
10  see me.
11      Q.   Okay, and the reason I'm asking, if I
12  brought three people into the room, could you tell me
13  which one was Dr. Reyes?
14      A.   No.
15      Q.   Okay.  Did you go back, or did somebody
16  supply you with a roster of attendees and you learned
17  that he attended one of your courses?
18      A.   No, I did not see a roster, but if he
19  testified that, I believe he testified that he came to
20  see me.
21      Q.   You're relying on what Dr. Reyes said,
22  not your memory?
23      A.   Not my memory, no.
24      Q.   Okay, you don't remember the guy, nobody
25  has told you in the record that he's ever been in any

Page 175

1  of your classes, you're simply relying on what his
2  testimony was?
3      A.   That's correct.
4      Q.   Do you recall what the class was that you
5  taught?
6      A.   No, I don't recall the specific one.
7      Q.   You said I've trained pelvic surgeons
8  including Dr. Reyes.  You don't know that, you're
9  just --
10      A.   I know by what has been said, okay, he
11  came to see you.
12      Q.   Okay.  All right.  You say, quote, "The
13  IFU was taught during these training sessions as well
14  as a surgeon-to-surgeon discussion of technique,
15  placement, risks and treating complications."  Do you
16  see that?
17      A.   Yes.
18      Q.   You don't know what you taught him, so
19  you don't know what was taught?
20      A.   If he came to see me in a cadaver lab, I
21  had a system for every time I would go, we would go
22  into the specimen, and that system consisted of opening
23  the IFU, and every time that I had the three or four
24  doctors dissecting the cadaver with me, the program was
25  always the same, we're going to insert it, we're going

Page 176

1  to look first through the IFU, and from beginning to
2  completion, I want you all to be familiar with this,
3  because at the end of this, you're going to have this
4  document going with you, going with you home, when
5  you're home.
6      Q.   And am I correct that you are instructed
7  by Ethicon to, to teach from the IFU, that is supposed
8  to be your guide?
9      A.   I do not remember having those specific
10  instructions that you have to teach by the IFU, but if
11  I'm opening the device, I'm going to use the IFU.
12      Q.   Because it's there, right?
13      A.   The IFU is right there.
14      Q.   And you understood that you were not
15  supposed to teach anything that was inconsistent with
16  the IFU, correct?
17      A.   I have no reason to teach anything that
18  was different.
19      Q.   I understand, but you understood that
20  Ethicon told you, because of regulatory reasons, you
21  can't, you can't represent or teach anything that is
22  inconsistent with our, with our copy-approved IFU?
23      A.   I could not represent anything different
24  from what the IFU said.
25      Q.   And you didn't, did you?

Page 177

1      A.   I did not.
2      Q.   So up until --when is the last time you
3  did any TVT training, sir?
4      A.   Long time ago, I would say over six
5  years, at least over six years.
6      Q.   Okay, so, 2010?
7      A.   Yes.
8      Q.   Okay.  And, so, as of the last time you
9  taught the, any TVT training, you would have been using
10  the, the applicable IFU, correct?
11      A.   Yes, for any, any device, I always
12  started with the IFU.
13      Q.   And you realize that the, that the
14  warnings in the TVTO IFU haven't changed in any
15  material way since 2004 to 2015?
16          MS. GALLAGHER:  Object to form.
17      A.   I, I, I've heard, I overheard, this is
18  just hearsay, that they have changed.  I haven't looked
19  at an IFU, even though I place, specifically this last
20  Monday, you know, Monday or, yeah, this week, I have
21  not, did not look at the IFU.
22  BY MR. REESE:
23      Q.   When is the last time you looked at the
24  IFU to TVTO?
25      A.   Probably the last course that we went

45 (Pages 174 to 177)

Jaime Sepulveda, M.D.

Page 178

1    through.
2        Q.   About six years ago?
3        A.   About six years ago.
4        Q.   And whatever was in that TVT IFU in 2010
5    is what you taught physicians about the risks,
6    complications, adverse effects of the use of the
7    product, correct?
8        A.   That was what we used for, to explain to
9    the physicians.
10       Q.   Okay.  You said, Doctor, that there was a
11   much higher risk of major injury from the hysterectomy
12   to which Jennifer consented, especially as to
13   complaints of pelvic pain and dyspareunia.  Do you see
14   that?
15       A.   Yes.
16       Q.   What complications do you believe were
17   caused by her hysterectomy, if any?
18       A.   There is a higher risk of dyspareunia
19   from a hysterectomy than from a sling.
20       Q.   Well, I hear that, but that's not my
21   question.  What if any complications do you believe
22   Jennifer is suffering from today that was caused by the
23   hysterectomy?
24       A.   The pain on deep penetration on the left
25   side.

Page 179

1        Q.   Okay.  And why is that?
2        A.   Because, although this was a laparoscopic
3    hysterectomy, the closure was the same closure that is
4    used in a vaginal hysterectomy, and patients that have
5    a vaginal hysterectomy have a risk of having
6    dyspareunia and pelvic pain, especially if, as it was
7    in her case, not properly healed.
8        Q.   And so you believe her dyspareunia is
9    caused by a complication from a hysterectomy?
10       A.   Yes.
11       Q.   Do you believe that her groin pain is
12   caused by a complication of the hysterectomy?
13       A.   The groin pain is likely caused by the
14   hysterectomy, and the procedure itself, the sling, the
15   sling can produce groin pain, but there's a closer
16   proximity from the vaginal cuff to the groin than from
17   the sling.
18       Q.   Okay.  Vaginal pain, groin pain.  Any
19   other complaint that Jennifer has that you think was
20   caused by the hysterectomy, or complications from
21   hysterectomy?
22       A.   Yes, basically the pain and the, and the
23   dyspareunia, and I also believe that the hysterectomy,
24   the uterus being central to the support on the upper
25   third of the vagina also produced the vagina to come

Page 180

1    down and contribute to the bowstring sensation that Dr.
2    Graham felt.
3        Q.   Okay.  We'll talk about that also in a
4    second.  So, the dyspareunia, pelvic pain and
5    bowstringing of the mesh were caused by the
6    hysterectomy?
7        A.   The hysterectomy contributed to it.
8        Q.   Okay.  Did any other doctor conclude that
9    a complication of the hysterectomy caused any of those
10   problems, other than you?
11       A.   Repeat that.
12       Q.   Yes, sir.  I understand Dr. Sepulveda
13   says the hysterectomy caused the dyspareunia, it caused
14   the groin pain, it contributed to the bowstringing of
15   the mesh.  Correct?
16       A.   Yes.
17       Q.   Did any other doctor who actually treated
18   her reach that conclusion?
19       A.   No.
20       Q.   Okay.  And Dr. Reyes laid hands on her,
21   correct?
22       A.   Yes.
23       Q.   He didn't reach that same conclusion, did
24   he?
25       A.   No.

Page 181

1        Q.   Dr. Graham laid hands on her, did he not?
2        A.   That's correct.
3        Q.   He did not reach that conclusion, did he?
4        A.   He did not.
5        Q.   Dr. Zimmern laid hands on her, didn't
6    reach that conclusion, did he?
7        A.   No.
8        Q.   Dr. Chen saw Jennifer, did she not?
9        A.   Yes.
10       Q.   She did not reach that conclusion, did
11   she?
12       A.   No.
13       Q.   You are the only doctor that says the
14   hysterectomy is causing any of her complications?
15       A.   I'm the only physician to my knowledge
16   that has mentioned that.
17       Q.   Doctor, I want to make sure that you and
18   I are saying the same thing.  I'm saying do you have an
19   opinion whether or not the hysterectomy caused any or
20   all of these problems, and you're answering it
21   contributed to it.  So, I want to make sure we're on
22   the same page.  When you say contribute, do you mean
23   cause?
24       A.   Well, she had two surgeries.  She had the
25   hysterectomy, and then she has the, the, she had the

46 (Pages 178 to 181)

Jaime Sepulveda, M.D.

Page 182

1   sling and she had the hysterectomy.  In addition to
2   that, then she had the revision surgery.
3       Q.   Surgeries?
4       A.   She has more than, yes, so there are two,
5   she had the, the sling, the hysterectomy, the revision
6   by Dr. Graham and the revision by Dr. Zimmern.
7       Q.   Yes, sir.  When I asked you did the
8   hysterectomy, or complication from the hysterectomy
9   cause the dyspareunia, cause the pelvic pain, cause the
10  bowstringing, and you said it contributed to it, you're
11  saying it contributed to causing all those things?
12      A.   It contributed to, I see that as an
13  explanation for the symptoms that she has.  I know that
14  dyspareunia, that there was a pain during sex that was
15  referred on the left side before she saw Dr. Graham.
16  Once she had that, that revision, dyspareunia cleared
17  and she did not refer to dyspareunia for over a year.
18  So, the hysterectomy contributed to the lack of support
19  in the area, that was obviously a relaxation in the
20  compartment of the pelvis, and what was placed when the
21  upper part came down, that's what you felt.
22      Q.   Did the mesh contribute in any way to any
23  of the injuries or, or harm that Jennifer is claiming
24  in this lawsuit?
25      A.   There's more evidence pointing out to all

Page 183

1   the other etiologies or causes that we already saw,
2   than to the mesh by itself causing pain.
3       Q.   That's not my question.  I'm asking you,
4   did the mesh in any manner, in any percentage,
5   contribute to causing any of Jennifer's injuries?
6       A.   No, I don't believe that's --
7       Q.   So you're saying not only was it, you're
8   saying there's other things that were more likely,
9   you're saying definitively, it played zero percent in
10  causing her dyspareunia, zero percent in causing any
11  groin or vaginal pain, zero percent in causing any
12  bowstringing, any of the bowstringing of the mesh
13  itself?
14      A.   I think when you rule in and you rule out
15  things, you cannot go by a zero percent or one percent.
16  You can say that on the context of a randomized control
17  trial, but when you look at the different causes, rule
18  it in and rule it out, I can rule out mesh as the
19  immediate cause of her pain based on the evidence that
20  mesh by itself does not cause pain.
21      Q.   Well, what is -- mesh does not cause
22  pain?
23      A.   No.
24      Q.   Okay.  Why is it in, why is it in the IFU
25  then?  That's a complication of the use of mesh.

Page 184

1       A.   I think that's, what's included in the
2   IFU is not pain just because of the mesh.  It's pain of
3   any surgery that would include an implant, so --
4       Q.   Including mesh, though?
5       A.   Including mesh.  That's explained in the
6   IFU.  Why did they decide to put pain in that specific
7   area?  I don't know.  I can tell -- what I do know is
8   that mesh by itself, just leaving polypropylene in that
9   area will not cause pain.
10      Q.   Even though the IFU says that it can?
11      A.   Even if the IFU says that, I can tell to
12  my patient, I can look at my patients in the eye and
13  tell them mesh by itself do not cause pain.
14      Q.   I understand.  Even though the IFU for
15  the mesh written by Ethicon says it can cause pain?
16      A.   That's correct, even when they say it can
17  cause pain.
18      Q.   And it says it can cause dyspareunia,
19  correct?
20      A.   It says it can cause dyspareunia, yes.
21      Q.   And it says it can cause nerve damage?
22      A.   Yes.
23      Q.   Okay.  You just disagree that it can do
24  any of those things, even though Ethicon admits that it
25  can?

Page 185

1       A.   It's there in the IFU, and it has been
2   described without validation.  I can, from a biological
3   point of view, there's no evidence that leaving a piece
4   of mesh on tissue causes pain by itself.
5       Q.   So, in your view, Doctor, is mesh capable
6   of causing an injury to a woman, of any kind?
7       A.   I think that when you place it in the, in
8   the safe area that it's used for, for slings, it should
9   not cause an injury.
10      Q.   So it's your testimony that a sling, if
11  properly placed, is impossible of causing any injury to
12  anyone?
13          MS. GALLAGHER:  Objection, form.
14      A.   By itself, a sling, any surgery for
15  incontinence obviously can produce pain.  Any surgery
16  for incontinence can produce dyspareunia.  It's just
17  that to do the surgery with mesh doesn't contribute
18  over what we know already about continence procedures.
19  BY MR. FREESE:
20      Q.   So, in your opinion, the hundred thousand
21  lawsuits that are pending in this country against
22  Ethicon and AMS and Bard and Boston Scientific, every
23  one of them are frivolous, correct?
24          MS. GALLAGHER:  Object to form.
25      A.   No, I did not say that.

47 (Pages 182 to 185)

Jaime Sepulveda, M.D.

Page 186

1    BY MR. FREESE:
2        Q.   Let's talk about it.  You believe every
3    one of those cases are frivolous because mesh can't
4    possibly cause any of these injuries?
5            MS. GALLAGHER:  Object to form.
6        A.   I don't think that I will have enough
7    hours in my day to look at each one of them.  I can
8    only give an opinion of the ones that I have reviewed.
9    BY MR. FREESE:
10       Q.   And of the ones you've reviewed, a
11   hundred percent of the time you've said the mesh didn't
12   cause any harm to the woman, correct?
13       A.   The pain caused directly by the mesh, I
14   can say that mesh by itself does not cause pain.
15       Q.   One hundred percent of the time on cases
16   you've reviewed for Ethicon, you've said the mesh
17   caused no harm to the woman, correct?
18       A.   That's correct.
19       Q.   You will agree that the FDA believes that
20   the mesh is capable of causing pain in and of itself,
21   do you not?
22       A.   By itself, an implant of mesh or
23   polypropylene?
24       Q.   Yes.
25       A.   They, they say that there were reports of

Page 187

1    it, we have gone over the MAUDE database, and there are
2    reports, even in trials, of mesh causing pain, the
3    procedure using mesh causing pain.  It's just that when
4    we look at the different procedures, for example, we
5    look at the trial for colposuspension, the rate of pain
6    is higher.
7        Q.   That's not my question, Dr. Sepulveda.
8    You understand that the FDA says that synthetic
9    midurethral slings can cause dyspareunia, can cause
10   pain?
11       A.   Yes, that's in the warning.
12       Q.   And the FDA is saying, in addition to the
13   warning, the FDA says it, correct?
14       A.   Yes, they said it, that's the only way
15   that they have communicated about this, to my
16   knowledge, through the warning.
17       Q.   And you just don't believe it?
18       A.   I believe that mesh by itself does not
19   cause pain.
20       Q.   You don't believe the FDA when they say
21   mesh complications are caused by the mesh?
22           MS. GALLAGHER:  Object to form.
23       A.   No, I, I cannot believe or misbelieve it
24   because I'm not aware of them saying exactly mesh is
25   what causes the pain.

Page 188

1    BY MR. FREESE:
2        Q.   Well, you've relied on the Dear Health
3    Care Professional letter that was sent out by the FDA,
4    were you not?  The public health notification?
5        A.   Yes, I do remember that.
6        Q.   In fact, you were saying Dr. Reyes was
7    aware of it, too, correct?
8        A.   Yes, with any surgery, mesh or no mesh,
9    there's a risk of pain and there's a risk of
10   dyspareunia.
11       Q.   But you don't believe that there really
12   is, even though the FDA says that?
13       A.   No, what I just say is that mesh by
14   itself is just the whole surgery.  What I say is that
15   mesh by itself, just implanting a piece of mesh, just
16   leaving a piece of polypropylene suture on my tissue
17   does not cause pain.
18       Q.   Well, there's more than just laying it.
19   You have to surgically implant it, correct?
20       A.   Well, there is a pubovaginal sling
21   procedure done.
22       Q.   So, the process of implanting mesh is
23   capable of causing pain and causing injury, is it not?
24       A.   Yes, the actual use, or the actual
25   procedure can cause pain.

Page 189

1        Q.   And it's your opinion that in this case,
2    neither the procedure nor the mesh contributed in any
3    way to Jennifer's injuries?
4        A.   Yeah, I think that there are things that
5    can be ruled in to the better extent than the mesh.
6        Q.   I understand that and we'll talk about
7    that, but I'm asking you about the mesh.  You have
8    ruled it out as a contributor in any way to her
9    injuries, correct?
10       A.   Yes, mesh sitting in there by itself,
11   polypropylene sutures just sitting there by itself do
12   not cause pain.
13       Q.   We're not talking about polypropylene
14   sutures.  We're talking about a Prolene mesh, not
15   sutures.  You're saying the TVTO sling did not cause or
16   contribute to Jennifer's injuries in any way?
17       A.   Yeah, I don't think, it is my opinion
18   that the TVTO was not the cause of dyspareunia and
19   pain.
20       Q.   Or any nerve damage?
21       A.   No, no nerve damage.
22       Q.   Now, you say the mesh contributed in no
23   way to her dyspareunia, pain, nerve damage.  Multiple
24   treating doctors disagree with you, the ones who are
25   not paid to testify do believe that her complications

48 (Pages 186 to 189)

Jaime Sepulveda, M.D.

Page 190

1    were caused by the mesh, correct?
2         MS. GALLAGHER:  Object to form.
3         A.   There are doctors that just look at the
4    mesh as a cause of pain.  Case in point, Dr. Graham
5    felt before his surgery, based on his testimony and on
6    the operative report, that the mesh was causing
7    bleeding, that the mesh, the implant, the midurethral
8    sling was causing bleeding and was causing pain, but he
9    discovered during the surgery that the actual source of
10   bleeding was the scars on the vaginal vault.
11   BY MR. FREESE:
12        Q.   So Dr. Graham thought it was the mesh
13   going into surgery, but after surgery, he concluded
14   that it was the hysterectomy granulation that was
15   causing the problem?
16        A.   Yes, he actually, he actually took the
17   vaginal vault tissue and he took the, the piece of mesh
18   that he felt was a bowstring with the belief that she
19   was going to g
20   et better, and obviously she continued with it.  She
21   continued with the symptoms.
22        Q.   Dr. Sepulveda, I'm going to mark this as
23   Exhibit 16 to your deposition.
24        (Plaintiff's Exhibit No. 16 was marked
25        for identification.)

Page 191

1    BY MR. FREESE:
2         Q.   These are Dr. Graham's records.  Okay?
3    And let's see if his records agree with what you say.
4    I'll just hand you my copy and we'll work on it
5    together.  I think it's easier.  You see that this is
6    the operative report of Dr. Graham?
7         A.   Yes.
8         Q.   And it's dated December 22nd, 2010?
9         A.   Yes.
10        Q.   All right.  And you say Dr. Graham
11   thought it was the mesh that was causing her pain
12   before surgery, but he got in, did the partial revision
13   and came out thinking the hysterectomy was causing the
14   pain?
15        A.   Yes.
16        Q.   Okay.  Let's see what his operative
17   report says.  Preoperative diagnosis:  Pelvic pain from
18   transobturator tape, vaginal bleeding.  Do you see
19   that?
20        A.   Yes.
21        Q.   That's before he goes in and does the
22   surgery, correct?
23        A.   Yes.
24        Q.   Tell the jury what his postoperative
25   diagnosis is.

Page 192

1         A.   Pelvic pain from transobturator tape and
2    vaginal bleeding.
3         Q.   Well, how can that be?  I thought you
4    said he got in there and discovered that it was the
5    hysterectomy causing the pain and not the mesh?
6         A.   Well, before his -- when you look at his
7    records from the preop visit --
8         Q.   All right, let's look at this record.  Do
9    you agree with me that his operative report, preop says
10   that the transobturator tape is causing Jennifer's
11   pain?
12        A.   Yes.
13        Q.   He goes in there, he partially removes
14   the left side of the sling, correct?
15        A.   Yes.
16        Q.   Comes out and dictates contemporaneously
17   with his surgery his findings, correct?
18        A.   Yes.
19        Q.   And his postoperative diagnosis is
20   identical to his preoperative diagnosis?
21        A.   He dictated that.
22        Q.   So you would agree with me that your
23   conclusion about what he found is not borne out by Dr.
24   Graham's medical records.  He said both before surgery
25   and after surgery it was the tape that was causing

Page 193

1    Jennifer's injury, correct?
2         A.   He used the same diagnosis.
3         Q.   Okay.  He found that the pelvic pain was
4    caused by the transobturator tape.
5         A.   He just used the same diagnosis.
6         Q.   All right.  Well, he's saying that the
7    reason that I thought the tape was causing pain after
8    surgery was in fact the very same reason he thought
9    before surgery, correct?
10        A.   Yeah, but I just, I just say he used the
11   same diagnosis, and we use diagnoses like that every
12   time we dictate to say the diagnosis is the same.
13        Q.   I understand, but that's inconsistent
14   with your testimony, isn't it?
15        A.   No, it's not.
16        Q.   You're saying Dr. Graham went in and
17   preoperatively said it was the tape and postoperatively
18   said it was the hysterectomy that was causing her pain.
19        A.   No, he cannot say that the hysterectomy
20   caused it, because the hysterectomy happened remotely
21   to it.
22        Q.   Well, but you're saying it.  She had the
23   hysterectomy six years ago, but you have no hesitation
24   six years later saying that the hysterectomy is causing
25   her pain, not the tape, right?

49 (Pages 190 to 193)

Jaime Sepulveda, M.D.

Page 194

1    A.   He wouldn't know --
2    Q.   Correct?  You're saying six years after
3  the fact that the hysterectomy caused the pain.
4  Correct?
5    A.   Yes.
6    Q.   You weren't there for the hysterectomy,
7  correct?
8    A.   No.
9    Q.   Okay, and you're saying Dr. Graham
10  wouldn't know because he wasn't there for the
11  hysterectomy, correct?
12    A.   No.
13    Q.   But he did the revision surgery, did he
14  not?
15    A.   Yes, he did.
16    Q.   And he concluded it was the tape that was
17  causing the pain, not the hysterectomy, correct?
18         MS. GALLAGHER:  Object to form.
19    A.   No, he revised, he revised the vaginal
20  vault.
21  BY MR. FREESE:
22    Q.   Sir, I'm not arguing that he revised the
23  vaginal vault.  He dictated that postoperatively the
24  pain was caused by the TVTO tape, correct?
25    A.   Yes.

Page 195

1    Q.   That is inconsistent with your testimony,
2  is it not?
3    A.   No, that's -- yeah, that is inconsistent
4  with my testimony, that is correct.
5    Q.   And you would agree with me nowhere in
6  his postoperative report does Dr. Graham mention the
7  hysterectomy as causing or contributing in any way to
8  Jennifer's pain?
9    A.   No, it's the substance of the report
10  shows that he revised the vaginal vault.  There was no
11  way there was going to be a scar in the vaginal vault
12  if she would not have had a hysterectomy.
13         MR. FREESE:  Move to strike.
14  BY MR. FREESE:
15    Q.   Dr. Sepulveda, you're not listening to my
16  question.  He, in his postoperative diagnosis, nowhere
17  suggests that the hysterectomy played any role in
18  causing Jennifer's pain, correct?
19    A.   He does not say that in his postoperative
20  diagnosis.
21    Q.   And that is inconsistent with your
22  testimony, is it not?
23         MS. GALLAGHER:  Object to form.
24    A.   That is inconsistent with my testimony.
25  BY MR. FREESE:

Page 196

1    Q.   Okay.  And he says that on palpation I
2  was able to feel the left side of her transobturator
3  mesh at its insertion into the obturator muscle.  Do
4  you see that?
5    A.   Yes.
6    Q.   Is that an expected outcome?  Do you
7  expect the doctor to be able to palpate the mesh after
8  it's been implanted for six months or a year?
9         MS. GALLAGHER:  Object to the form.
10    A.   Under normal circumstances, you don't
11  feel the tape.  There are instances in which you can
12  feel the tape if you palpate hard enough.
13  BY MR. FREESE:
14    Q.   But if this was what you would expect,
15  Dr. Graham wouldn't have been able to feel that tape;
16  that's an unwanted result if you can palpate the tape,
17  correct?
18    A.   No, you can actually feel the tape and
19  you can feel the tape when there's hyper-relaxation of
20  the side wall.
21    Q.   Okay, well, he doesn't say that.  He says
22  he was able to palpate.  He's not talking about
23  relaxation.  Let me just ask you this way, then.  Is
24  Dr. Graham reporting that the fact that him palpating
25  the tape is a normal finding or abnormal finding?

Page 197

1    A.   No, that's a finding that you can, you
2  can feel or you can describe in, in other slings.  On
3  this specific case, the reason why, why he takes Mrs.
4  Ramirez to the operating room is because he feels that
5  this is what's causing the pain.
6    Q.   I understand that, he's felt before the
7  surgery and after the surgery it was causing her pain,
8  correct?
9    A.   Yeah, he has the impression that's what's
10  causing the pain, that that area that he palpated, that
11  area of the bowstringing is what is causing the pain.
12  He documents that, and after he does his surgery, he is
13  certain that, because he put it on his postdiagnosis,
14  that that's what caused the pain.
15    Q.   Okay.  And you just think he's just flat
16  out wrong?
17    A.   I think that I would not character it as
18  flat out wrong.
19    Q.   I'm sorry, you think he's wrong?
20         MS. GALLAGHER:  Form.
21    A.   I think that the assessment of this sling
22  causing the pain in the presence of scar tissue is
23  general and is not accurate.
24  BY MR. FREESE:
25    Q.   Okay, he's wrong.  I mean, that's,

50 (Pages 194 to 197)

Jaime Sepulveda, M.D.

Page 198

1    inaccurate is a nice way of saying he's wrong.
2        A.   No, inaccurate is inaccurate, wrong is
3    wrong. Wrong would have been if he goes in there and
4    says this is the cause of any other, any other symptom.
5    No, he feels that that's what's causing the pain, and
6    he had the advantage of examining Jennifer ahead of
7    time.
8        Q.   He did, and he had the advantage of
9    examining her ahead of time and after he did the
10   surgery, and his conclusion after he had that advantage
11   of before and after was that the tape was causing her
12   pain, correct?
13           MS. GALLAGHER:  Object to form.
14       A.   That's his assessment.
15   BY MR. FREESE:
16       Q.   Now, real quick on this bowstringing.
17   Are you saying that is a finding, a normal finding of
18   how the tape should feel, in a bowstring?
19       A.   No, every time you place a sling you can
20   feel that, but there are other things that contribute
21   to you feeling it.
22       Q.   And we're going to talk about that. I'm
23   simply asking you, is the finding of the mesh being
24   palpable and bowstringing, is that a normal finding in
25   your view?

Page 199

1        A.   No, palpating the sling and feeling pain
2    when you palpate the sling is not a normal finding.
3        Q.   And that's what Dr. Graham found, isn't
4    it?
5        A.   He did not word it like that, but he
6    obviously, from his diagnosis, that's what he felt.
7        Q.   And you just think he's not right?
8            MS. GALLAGHER:  Object to form.
9        A.   I just, I just gave testimony on what
10   he --
11   BY MR. FREESE:
12       Q.   I'll withdraw the question. He did, he
13   was able to induce pain on the left side along the
14   mesh, was he not?
15       A.   I don't see a reason why anyone would
16   take someone to the operating room if there's no pain
17   on that side.
18       Q.   Was Dr. Graham's surgery medically
19   necessary?
20       A.   I think that at the time that he did it,
21   was what he felt an appropriate way to, to handle
22   it.
23       Q.   Can you answer my question now? Was Dr.
24   Graham's revision surgery and taking 1.5 centimeters of
25   mesh out of Jennifer a medically necessary procedure?

Page 200

1        A.   It's as necessary as the excision of the
2    vaginal vault.
3        Q.   And you have no criticism of Dr. Graham
4    for doing that surgery?
5        A.   I do not have any criticism of Dr. Graham
6    for performing that surgery.
7        Q.   And taking 1.5 centimeters of that TVTO
8    sling was both in his judgment correct and in your
9    judgment the correct and necessary thing to do
10   medically?
11       A.   I don't think that he could have offered
12   much more beyond, if he felt, if he felt that, you
13   cannot offer much more.
14       Q.   And am I correct, Dr. Sepulveda, we will
15   find nowhere in Dr. Graham's medical records where he
16   imputes or finds that the hysterectomy in any way
17   caused or contributed to Jennifer's injuries, can we
18   agree to that?
19       A.   There's no, no description of it, but
20   afterwards, he documents that he had to, he had to take
21   a piece of scar tissue from the vaginal vault.
22       Q.   I understand, but he nowhere says that
23   was the cause of her pain, does he?
24       A.   No, he does not place that as a cause of
25   her pain.

Page 201

1        Q.   Only you did that.
2            MS. GALLAGHER:  Object to form.
3        A.   Yes.
4    BY MR. FREESE:
5        Q.   Doctor, you performed a differential
6    diagnosis on Jennifer?
7        A.   As much as I can, I performed a, through
8    the, through all this, all these documents, I, I did
9    perform a differential diagnosis when she, I actually
10   performed a diagnosis when I examined her. But, yes,
11   I, as I see the whole, the whole extent of the whole
12   content of the medical records, I, I'm considering
13   things that I can rule in or I can rule out.
14       Q.   Yes, sir. So, my question is, when you
15   were forming your opinions, were you attempting to rule
16   out or rule in mesh as a cause of Jennifer's pain when
17   forming your causation opinion?
18       A.   I considered all the factors. I
19   considered the surgery, the mesh, the hysterectomy, and
20   I looked at what are the, what are the risks that has
21   been described with these surgeries for each one of
22   those conditions.
23       Q.   So you're saying you both attempted to
24   rule it out and rule it in?
25       A.   Yes, I actually look at what's more

Jaime Sepulveda, M.D.

Page 202

1    frequent, what's statistically more frequent, what is
2    more likely, what is less likely.
3        Q.   Can you tell me one reason that you
4    rely on to give the opinion that you ruled the mesh out
5    as a cause of her pain?
6        A.   When you're, when you're doing your
7    differential diagnosis, there is a hierarchy of things
8    that are more frequent and less frequent.  When you're
9    ruling in and ruling out different conditions, you have
10   a hierarchy of, of things that you can, you rule in and
11   you rule out, and part of it is how frequent each
12   complication is, and part of it is what were the
13   different components to, to the surgery.
14       Q.   Okay.  And, so, just so I understand, I'm
15   trying to move us along here, so I understand it, are
16   you saying you ruled out the mesh because statistically
17   speaking, complications like Jennifer is complaining
18   about statistically happen more in hysterectomy
19   surgeries than mesh surgeries?
20       A.   There's a higher risk of dyspareunia and
21   pelvic pain associated to hysterectomy, especially to
22   vaginal hysterectomy, than to midurethral synthetic
23   sling.
24       Q.   Okay.  Which this was not a vaginal
25   hysterectomy.

Page 203

1        A.   Actually, the only thing that was not
2    vaginal was the, the taking of the ligaments on the
3    upper part of the uterus, because on her vaginal
4    closure, Dr. Reyes specified that he closed the vagina
5    from the vaginal approach.
6        Q.   Was the hysterectomy medically necessary?
7        A.   In Dr. Reyes' judgment, which I would
8    defer to him, it was necessary.
9        Q.   Do you have any criticism at all about
10   Dr. Reyes?
11       A.   No, I don't have a criticism of how he
12   actually chose the procedures for Jennifer.
13       Q.   So you have no criticism of him choosing
14   the TVTO, correct?
15       A.   No, I think he did that on his best
16   judgment.
17       Q.   Based on everything you can tell, Dr.
18   Reyes implanted the TVTO in precisely the way that
19   Ethicon's instructions for use instructed him to do it,
20   correct?
21       A.   I have no way to actually say that that's
22   the way he did it, I wasn't, I was not there obviously,
23   but what I can get from the records, he describes a
24   procedure that is in accordance to most procedures that
25   I have read.

Page 204

1        Q.   Okay.  So, based on what you know, Dr.
2    Sepulveda, Dr. Reyes implanted the TVTO in precisely
3    the way Ethicon told him to?
4            MS. GALLAGHER:  Objection to form.
5        A.   He implanted the, I would agree that he
6    implanted the TVTO in a way that is explained on the
7    instructions for use.
8    BY MR. FREESE:
9        Q.   Then he did it the way Ethicon told him
10   to?
11       A.   Well, I don't want to say that Ethicon
12   will tell him how to do it.  I will have to say that he
13   used what's included on the procedure, and he also used
14   his knowledge of how to do a sling.
15       Q.   We're talking past each other.  I'm
16   simply trying to get you to agree with me that, based
17   on your review of all the records and the deposition
18   testimony, Dr. Reyes implanted the TVTO in the manner
19   described as proper in the eye of you?
20       A.   I would agree with that.
21       Q.   Okay, thank you.  And you don't ascribe
22   any blame for any of Jennifer's problems to the device
23   or the manner in which Dr. Reyes implanted the device
24   in Jennifer?
25       A.   I agree with that, too.

Page 205

1        Q.   Doctor, on page, my page 57, it's the
2    paragraph that starts once placed a mesh.  Do you see
3    that?
4        A.   Yes, I do remember that.  But I'll find
5    it.  Yes.
6        Q.   So, if you'll drop down about halfway,
7    there's a sentence that says, quote, "A torn levator
8    muscle, a thin pubococcygeus muscle or relaxed ATFP
9    will provide very little support to a sling."
10       A.   Yes.
11       Q.   Now, I want to talk about that.  Why is
12   that significant to your opinion?
13       A.   It's something that we found on the
14   cadaver dissections.  If we would use a cadaver and we
15   would detach the different areas of support, the sling
16   fell down with the, with the areas of support.  In
17   other words, the, the sling holds on the same line that
18   the periurethral support holds.  If you detach any of
19   the components of the periurethral support, you will
20   tent the sling down.
21       Q.   Okay.  And do you have an opinion that
22   Jennifer suffered a torn levator muscle?
23       A.   Levator muscle injuries are frequent.
24       Q.   Okay, that's not my question.  I didn't
25   ask you how frequent it is.  Do you have an opinion

52 (Pages 202 to 205)

Jaime Sepulveda, M.D.

Page 206

1    whether or not Jennifer had a torn levator muscle?
2        A.   Yes.
3        Q.   Okay, and your opinion is she did have a
4    torn levator muscle?
5        A.   Yes.
6        Q.   That's the same thing as a levator
7    avulsion, correct?
8        A.   Yes.
9        Q.   That's the phrase you used in your report
10   is that she had a levator avulsion.
11       A.   That is correct, that's the phrase I
12   used.
13       Q.   And that's a separation of the
14   musculo-tissue from the pubic bone?
15       A.   That is a separation of the, of the
16   levator, which is composed by different muscles, from
17   the pubic bone.
18       Q.   When did she suffer this levator
19   avulsion?
20       A.   At the time of her deliveries.
21       Q.   Well, at the time of her first delivery?
22       A.   That's when most of the injuries are
23   sustained.
24       Q.   You didn't see any records after her
25   first delivery reporting a levator avulsion, correct?

Page 207

1        A.   No.
2        Q.   Okay, she had a second delivery.  Do you
3    think that's when this avulsion occurred?
4        A.   I would say that it most likely happened
5    in the first one.  Second and third one contributed to
6    it.
7        Q.   Can we agree, Dr. Sepulveda, that of her
8    three vaginal deliveries, not a single treating
9    physician ever diagnosed her with a levator avulsion?
10       A.   I agree with you on that.
11       Q.   Okay.  And can we agree that Dr. Reyes,
12   who did pelvic surgery on her, did not find a levator
13   avulsion?
14       A.   I agree with that.
15       Q.   Dr. Graham did not find a levator
16   avulsion, correct?
17       A.   No.
18       Q.   Dr. Zimmern did not find a levator
19   avulsion?
20       A.   He may have encountered a levator
21   avulsion or defined an upper levator avulsion.
22       Q.   He doesn't say that anywhere, does he?
23       A.   No, he does not.
24       Q.   Dr. Chen does not find that, does she?
25       A.   No.

Page 208

1        Q.   Dr. Carey did not find a levator
2    avulsion, did she?
3        A.   No.
4        Q.   Dr. Scott did not find a levator
5    avulsion, did she?
6        A.   No, she found the features of a levator
7    avulsion.
8        Q.   Doctor, did she diagnose levator
9    avulsion?
10       A.   No.
11       Q.   Did Dr. Margolis find a levator avulsion?
12       A.   No.
13       Q.   There are at least seven to ten doctors
14   who have worked or performed medical procedures on
15   Jennifer, from her, from her childbirths through her
16   pelvic surgeries.  Right?
17       A.   Yes.
18       Q.   None of them found that she had a levator
19   avulsion except you, correct?
20       A.   None of them diagnosed it.
21       Q.   You were the only one to find this
22   avulsion, correct?
23       A.   That's correct.
24       Q.   And you think that this avulsion that no
25   other doctor could find and no other doctor diagnosed

Page 209

1    was the cause of the bowstringing of her tape?
2        A.   I believe it has been there all along.
3        Q.   That was my point.  You believe this
4    levator avulsion existed before she ever saw Dr. Reyes
5    for the implant to start with?
6        A.   Yes.
7        Q.   And what is the basis of that opinion?
8        A.   It's the, the papers on levator avulsion.
9        Q.   That was a poor question.  Let me ask a
10   better question.  What in Jennifer's medical records
11   lead you to believe that she had this levator avulsion?
12       A.   Well, she had a, first she had three
13   vaginal deliveries.  Second, there was hypermobility of
14   the urethra.
15       Q.   When was hypermobility of her urethra
16   first reported?
17       A.   On Dr. Reyes' examination.
18       Q.   Okay.
19       A.   Then, the hysterectomy was a
20   precipitating factor on making the avulsion evident.
21       Q.   The hysterectomy took an existing levator
22   avulsion and aggravated it?
23       A.   Yes.
24       Q.   All right.
25       A.   The levator avulsion manifested then on

53 (Pages 206 to 209)

Jaime Sepulveda, M.D.

Page 210

1  the feeling of the bowstringing on the side. It
2  continued to cause pain during activity.
3      Q.  What pain and during what activity?
4      A.  The pain that she testified that she was
5  having when she would just go on an activity, when she
6  would stretch.
7      Q.  Okay, the pain that she reported
8  post-implant, correct?
9      A.  That's correct.
10      Q.  She didn't report any of these, that pain
11  pre-implant, correct, this activity pain?
12      A.  No, there was a report of dyspareunia and
13  pelvic pain before, but you cannot relate that to a
14  levator avulsion.
15      Q.  This fact of pain during activity that
16  Jennifer reported, exercise and stretching and all
17  that --
18      A.  Yes.
19      Q.  -- that was after the mesh, correct?
20      A.  After she had the surgeries.
21      Q.  Okay.  Never reported that prior to the
22  mesh implant?
23      A.  No.
24      Q.  Okay.  Go on, I didn't mean to stop you.
25      A.  And then the, the pain, the pain after

Page 211

1  the, after the implant where the ischiorectal fossa was
2  approached -- I'm sorry, I'm going to rephrase that.
3  The pain after the explanting surgery, where the
4  ischiorectal fossa was approached.
5      Q.  Okay.  Which explant surgery, Zimmern's
6  or Graham's?
7      A.  The one that she had with Dr. Zimmern.
8      Q.  Okay.  I'm sorry, I'm not understanding
9  which pain you're talking about.  The pain -- can you
10  say it again?
11      A.  The pain after the explant surgery
12  performed by Dr. Zimmern where the ischioanal fossa fat
13  was exposed.
14      Q.  Go ahead.
15      A.  The contraction of the right levator,
16  described by Dr. Kelly Scott, with the low tone
17  described by 1 out of 5 on the left side, and my exam
18  in which I placed a Q-tip on the vagina and saw the
19  orientation of the vagina dropping from the left side
20  and keeping the right side up.
21      Q.  That was during your IME?
22      A.  Yes.
23      Q.  Okay.  So, Dr. Scott made some findings
24  that you think demonstrate this levator injury, right?
25      A.  Yes.

Page 212

1      Q.  But she didn't diagnose that, did she?
2      A.  No.
3      Q.  Let me ask you this, Dr. Sepulveda.
4  You're not licensed to practice medicine in Texas, are
5  you?
6      A.  No.
7      Q.  Never have been?
8      A.  No, never have been.
9      Q.  You know all of Jennifer's treating
10  doctors are all doctors licensed to practice medicine
11  in the state of Texas?
12      A.  Yes.
13      Q.  Okay.  How did all these Texas licensed
14  doctors miss, over all these years, what you were able
15  to find in a few-minute IME?
16          MS. GALLAGHER:  Object to form.
17      A.  I did not find it in a few-minutes IME.
18  I actually looked at the whole continuum of care.  Why,
19  why was I able to find it, what is the difference in
20  terms of certifications or qualifications between me
21  and all the other doctors that are in this case?
22  There's one exam, and it is the Pelvic Rehabilitation
23  Practitioner certification.
24      Q.  Is this that Wallace thing?
25      A.  Yes, this is the Herman & Wallace

Page 213

1  certification, yes.
2      Q.  Okay, so that Wallace certification is
3  what makes you more qualified to make this diagnosis
4  than all these double board-certified physicians?
5      A.  I am --
6          MS. GALLAGHER:  Form.
7      A.  -- double board-certified, too.
8  BY MR. FREESE:
9      Q.  I understand, but the only thing that
10  makes you different, sir, is that you have this, this
11  certificate from this, this little organization in
12  Seattle that trains physical therapists, right?
13      A.  Right.
14          MS. GALLAGHER:  Object to form.
15  BY MR. FREESE:
16      Q.  What's the full name, Wallace what?
17      A.  It's Herman & Wallace Institute for
18  Pelvic Floor Rehab.
19      Q.  Okay, and the fact that you hold that
20  certification from them gives you the qualification to
21  make this levator avulsion diagnosis that every, every
22  doctor that treated Jennifer seemed incapable of
23  finding, correct?
24          MS. GALLAGHER:  Object to form.
25      A.  In addition to my double certification in

54 (Pages 210 to 213)

Jaime Sepulveda, M.D.

Page 214

1  pelvic floor rehab, yes.
2  BY MR. FREESE:
3      Q.  We've got other doctors that have that,
4  don't we?  Zimmern's got that, Dr. Margolis has got
5  that.
6      A.  Yes.
7      Q.  Okay.  But they don't have the Wallace
8  physical therapy certificate?
9      A.  If that's the way you want to refer to
10  it, it's your deposition.
11      Q.  What did you do?  It was like, like a
12  hundred multiple questions or something?  What did you
13  do for that certificate, sir?
14      A.  It's a five-hour exam.
15      Q.  Okay, and just, like a multiple choice
16  test?
17      A.  Yes.
18      Q.  Okay.
19      A.  With clinical scenarios.
20      Q.  Anything other than a multiple choice
21  test?
22      A.  No, it's clinical scenarios and it's a
23  secure examination.
24      Q.  Okay.  Who has been published in more
25  peer-reviewed journals regarding complications arising

Page 215

1  out of surgery from pelvic mesh, Dr. Zimmern or you?
2      A.  No, he has had more publications on mesh.
3  That's one thing that he concentrates on.
4      Q.  And to be a peer-reviewed author like he
5  is, that means all the experts in the field, that is
6  the doctors who do this for a living, like what you do,
7  they look at his work and say, okay, this is either
8  good science or this is crappy science, right?  That's
9  what they do, peer review, right?  They look at it and
10  say this is good, reliable science or it's not,
11  correct?
12      A.  Can, can you show me a peer-review
13  article from Dr. Zimmern on mesh?
14      Q.  Sure.
15      A.  One peer-review article?  Peer review,
16  I'm not talking about editorials, I'm talking about
17  peer review, randomized control trial on mesh, can you
18  show me one?
19      Q.  A randomized control trial?  No, I don't
20  know if I can or not.
21      A.  I would welcome to read that any time you
22  provide me with that.
23      Q.  You have not peer reviewed a single thing
24  that he has published, have you?
25      A.  What's your question?

Page 216

1      Q.  You have not peer reviewed a single
2  article of his, have you?
3      A.  No, I have not.
4      Q.  But his articles are peer reviewed, are
5  they not?
6      A.  I just don't know if there's any
7  publication that I'm aware of that I have not seen,
8  that I have, I may have missed on the course of this
9  litigation about a peer-review article from Dr.
10  Philippe Zimmern or any other doctors that you
11  mentioned, on mesh.
12      Q.  Okay.  And if those exist, would you
13  modify your opinion?
14      A.  If those would exist, I would welcome
15  reviewing it and modify my opinion accordingly.
16      Q.  Okay.  Well, how would you modify your
17  opinion?  I mean, would you agree with Dr. Zimmern's
18  conclusions and say, you know what, he's got a
19  peer-reviewed publication, I don't, I would probably
20  defer to him on his conclusions on what is causing
21  Jennifer's problems?
22          MS. GALLAGHER:  Object to form.
23      A.  I think that most of the doctors are
24  taking care of patients.
25  BY MR. FREESE:

Page 217

1      Q.  Answer my question, Dr. Sepulveda.  If I
2  showed you a peer-reviewed article from Dr. Zimmern on
3  pelvic mesh complications, will you then defer to his
4  conclusions on what was caused Jennifer's problems?
5          MS. GALLAGHER:  Object to form.
6      A.  If I find a peer-review article that
7  supercedes any of the available evidence that we have
8  now of randomized control trials or cohort studies in a
9  good sample, I will be willing to modify my opinion.
10  BY MR. FREESE:
11      Q.  And we know you've never been peer
12  reviewed in any kind of publication regarding pelvic
13  mesh, correct?
14      A.  No.  I just take exams.
15          MS. GALLAGHER:  Are you moving to
16  something else?
17          MR. FREESE:  I can.  You want to take a
18  break?
19          MS. GALLAGHER:  No, because he hasn't
20  finished the levator stuff.  He's talked about
21  what he saw in the records, but he hasn't
22  talked to you about images yet, so I don't
23  think you're done.
24          MR. FREESE:  You want to just give me his
25  testimony there?

55 (Pages 214 to 217)

Jaime Sepulveda, M.D.

Page 218

1     MS. GALLAGHER: Well, I want you to get
2 all of his opinions. You started making fun of
3 his certifications before you got all of his
4 reasons for the levator.
5     THE WITNESS: Can we take a five-minute
6 break?
7     MR. FREESE: Of course.
8     (A break was taken from 2:27 p.m. to 2:33
9 p.m.)
10 BY MR. FREESE:
11     Q.   We're going to get back to levators, but
12 real quick before I forget, the Wallace Institute, am I
13 correct, sir, that you don't even list it on your CV as
14 one of your qualifications?
15     A.   It may have been missed from it. I may
16 have had it --
17     Q.   Well, here's your CV that you attached to
18 your report here.
19     (Plaintiff's Exhibit 17 was marked for
20     identification.)
21 BY MR. FREESE:
22     Q.   How long have you held this certification
23 from the Wallace Institute?
24     A.   I think it's about two years.
25     Q.   Two years, okay, and you realize this is

Page 219

1 the CV that you produced this week to us, Exhibit 17?
2     A.   Yes.
3     Q.   And that Wallace Institute certification
4 doesn't appear on your CV, does it?
5     A.   No, I actually missed to place it in.
6     Q.   Okay. Is it anywhere on any CV that you
7 prepared?
8     A.   No, I'll update it, I'll update it, I'll
9 send you an updated copy.
10     Q.   So, do I not have the most updated
11 version of your CV?
12     A.   I thought it was, until now that you
13 pointed out that I haven't included that certification.
14     Q.   Am I correct that 90 percent or more of
15 the members of that institute aren't even medical
16 doctors?
17     A.   No, they're therapists, they're doctors
18 in physical therapy and rehabilitation.
19     MR. FREESE: Move to strike.
20 BY MR. FREESE:
21     Q.   Dr. Sepulveda, am I correct that more
22 than 90 percent of the people who hold that Wallace
23 certification are not medical doctors?
24     A.   That is correct.
25     Q.   All right. Before our break you were

Page 220

1 telling me the evidence of why you think that Jennifer
2 suffered a levator avulsion and you told me. Then Ms.
3 Gallagher suggested you talk to me about images, so let
4 me ask you about images. What do the images show in
5 relation to your opinion about a levator avulsion?
6     A.   There are two images. One is the
7 ultrasound of the pelvic floor, and the other one is
8 the MRI.
9     Q.   Okay, and I'm going to hand you Exhibit 6
10 from Dr. Zimmern's deposition. I'm going to hand you a
11 bunch of exhibits from Dr. Zimmern's deposition. Are
12 the images that you're referring to in here, and can
13 you pull them out and show me what you're talking
14 about?
15     A.   Yes. There's the MRI, and there is the
16 ultrasound.
17     Q.   Okay. Pull out everything, every image
18 that you think supports the levator avulsion and we'll
19 mark it.
20     MS. GALLAGHER: That you're putting in
21 front of him?
22     MR. FREESE: Yeah, I'm not trying to
23 trick him, this is what I've got. If you have
24 something else, Doctor, please volunteer.
25     MS. GALLAGHER: I think we've got all of

Page 221

1 the actual films.
2     MR. FREESE: Okay.
3     MS. GALLAGHER: Because they're on the
4 CDs. They're not in hard copy.
5 BY MR. FREESE:
6     Q.   Well, does what I put in front of you
7 adequately allow to you express the opinion about
8 evidence of a levator avulsion, or do you need
9 something else?
10     A.   No, this is, this is, I think, I see two
11 images here that would help me with it.
12     Q.   Okay. I don't want to withhold anything
13 from you that's going to help --
14     A.   But there are two more images on the MRI.
15 These MRI images are exactly the same, the same image.
16     Q.   We don't need the duplicates, then.
17     A.   These are the only one. And there are
18 multiple images on the ultrasound actually.
19     Q.   Okay.
20     A.   Sorry, I correct, there are multiple
21 images on the MRI.
22     MR. FREESE: Let's mark this as Exhibit 18, and
23 this as Exhibit 19.
24     (Plaintiff's Exhibits No. 18 and No. 19
25     were marked for identification.)

56 (Pages 218 to 221)

Jaime Sepulveda, M.D.

Page 222

BY MR. FREESE:
Q.   First of all, tell us what Exhibit 18 is.
A.   Exhibit 18 is a picture of a, four images that are used for a pelvic floor ultrasound.
Q.   Okay.  And you believe that that, these images help demonstrate the levator avulsion that you concluded that Jennifer has?
A.   Yes.
Q.   Okay.  Can you, I'm going to give you different choices here of colors, you have a pen, can you point to me where in the image is evidence of the levator avulsion?
A.   You'll see in here.
Q.   Exhibit 18, right?
A.   We're on Exhibit 18, and the image that I'm going to, I'm going to write as A, I'm going to go to the one that is B, the other one is C, and the other one D.
Q.   Okay.
A.   So, I'm going to, these are mid sizeable images.
Q.   If you would, let's do it out here in the white so when we copy it we'll know.  Would you put A, B, C and D on the white so we can -- or is the placement itself important?

Page 223

A.   No, no, this is just to, to say that this, this is the image I'm going to refer to.
Q.   So put it here in the white so we can see it clear.
A.   Okay.
Q.   Now, where on Exhibit 18 does it show this levator avulsion?
A.   There's, this is midsize images, A and B on this side, both images, and C is a coronal image, and this constructs a 3D rendering of the pelvic floor.  Here you see the pubis, here you see the urethra, here you see the tape, clearly there's the tape.
Q.   You're on D, and let's go ahead, if you will, let's just pick a color that picks up on this.
A.   A line here, and I put tape.
Q.   Sure, that's good.  Put tape.
A.   This is a tape, and this is the vagina, and the vagina is in the form of a butterfly.  The vagina is in a form of a butterfly, but on this side, it's just collapsed.  It's collapsed on the left side.  The vagina just fell down, which is what I had described before.
Q.   Okay.  So would you pick one of those markers and circle where you say the vagina has fallen down.  Use the colors that Jordan brought, it will pick

Page 224

A.   This is, I'm going to delineate the normal shape of the vagina, which is in the form of a butterfly, here, and this place is collapsed.
Q.   So just put an arrow there, put collapsed vagina.  Okay.  Now, can I see the avulsion, or is that just evidence of the avulsion?
A.   That's what supports, the levator is what supports the vaginal wall, and in this specific case, now we're looking at it, this is an image that should be looked at this way, because the vagina has this shape, and you see no tape here on the left side, and there's tape going to the right side.  Same thing here.  These are not separate images, this image is a construction of these three images.  So you have this, this butterfly with a collapsed vagina here, tape here, no tape on the left side.  The urethra is not collapsed.  There is no indication of the tape on the urethra, and there's normal tissue between the urethra and the tape.
Q.   Can we see the avulsion on any of these images?
A.   Not on the ultrasound.
Q.   Okay.  So, how does a medical doctor diagnose an avulsion?

Page 225

A.   You suspect it clinically by the deviation of the symmetry of the vagina, and with pelvic floor ultrasound you look at it.
Q.   You use an ultrasound to diagnose the levator, do you not?
A.   Yes, it's a clinical, a clinical based on subjective data based on what you find in your exam and you confirm it with a pelvic floor ultrasound.
Q.   Okay.  And this is a pelvic floor ultrasound, correct?
A.   This is the pelvic floor ultrasound.
Q.   Where is the levator avulsion in here?
A.   You see the manifestation of the levator avulsion on the collapsed vagina on this side.
Q.   Let me make sure I understand.  What you're saying is the manifestation is simply the result of the levator avulsion, correct?
A.   Right.  If you see, if you're looking at the --
Q.   Did I say that correct?
A.   You did say that correct.
Q.   That's all I'm asking.  Are you saying that an ultrasound cannot actually see the levator avulsion itself?
A.   Yes, it can, but in this view of the

57 (Pages 222 to 225)

Jaime Sepulveda, M.D.

Page 226

1  ultrasound, you cannot see the levators.
2      Q.  So, in Exhibit 18, we're looking at a
3  pelvic ultrasound, it does not show us a levator
4  avulsion, correct?
5      A.  It does not show the levator muscle.  I
6  cannot conclude, based on this image, that there's a
7  levator, except for the vagina being collapsed on this
8  side.
9      Q.  In other words, it's circumstantial, that
10  is the result of a levator avulsion, the collapsed
11  vagina, not the avulsion itself, that's what we're
12  looking at?
13      A.  Yeah, right, the vagina is supported at
14  the level of the arcus tendineus fascia pelvis and the
15  periurethral area, as I explained on my report, it's
16  supported by this arrangement of the levator muscle,
17  the arcus tendineus fascia pelvis and the pubourethral
18  ligament.
19      Q.  And the collapsing of the left side of
20  the vaginal canal, or the vaginal wall --
21      A.  The vaginal wall.
22      Q.  -- is, is your evidence of a levator
23  avulsion in this image?
24      A.  In this image, yes.
25      Q.  Okay.  Anything else in Exhibit 18 that

Page 227

1  would indicate a levator avulsion other than what you
2  described for us, Doctor?
3      A.  Just in this image, which is a pure
4  image, it is done at 3D, this is a pure image obtained
5  on the ultrasound.
6      Q.  And Dr. Zimmern ordered this and looked
7  at this, did he not?
8      A.  I don't know if he looked at it.
9      Q.  Well, he said he looked at it, didn't he?
10      A.  I, I think that he testified that he
11  looks at MRIs on Friday mornings, but I don't recall
12  him saying that he looked at the ultrasound.
13      Q.  And if he did look at this ultrasound and
14  didn't see what you saw, Dr. Zimmern just missed this
15  levator avulsion that you've shown us, correct, or the
16  result of the levator avulsion, that is the collapsed
17  left side of the vaginal wall?
18      A.  Yes.
19      Q.  Okay.  Let's look at 19.  Does this help
20  us, or help you give an opinion that there was a
21  levator avulsion in Jennifer?
22      A.  Yes, there's, there's the levator --
23      Q.  First of all, what are we looking at?
24      A.  We're looking at an MRI image at the
25  level of the urethra showing the levator muscles, the

Page 228

1  urethra, the symphysis pubis, the obturator muscles,
2  the adductor magnus and adductor longus muscle.
3      Q.  Okay.  Now, does this image show us the
4  levator avulsion?
5      A.  Yes.
6      Q.  Okay, and can you show us where?
7      A.  Right here.
8      Q.  Okay, and just put an arrow out here and
9  say levator avulsion.  All right, and this was ordered
10  by Dr. Zimmern also, correct?
11      A.  Yes.
12      Q.  Okay, and where in that circle you've
13  drawn is the levator avulsion?
14      A.  Well, you can see the muscle going all
15  the way up, and its insertion on the pubis right here,
16  and you see that this insertion doesn't go up.  If you
17  put a line, you put the insertion right here, this is
18  the insertion and this is the long insertion.
19      Q.  When you say this is the long insertion,
20  you mean this black triangle here?
21      A.  No, the muscle right here.  All this
22  here.  And this is, this is all your levator.
23      Q.  Okay.  Now, have you ever seen a, an
24  image of an actual levator avulsion?
25      A.  Yes.

Page 229

1      Q.  Did you pull one out as a comparator to
2  see if it looked like what you've got here for
3  Jennifer?
4      A.  Yes.
5      Q.  Okay, do you have that with you?
6      A.  Yes.  These are images.
7      Q.  First of all, let's mark this and make
8  sure we know what we're looking at.  So I'm going to
9  mark as Exhibit 21 ultrasound imaging of the pelvic
10  floor, part 2, three-dimensional or volume imaging in
11  the, published online, Ultrasound Obstetrical
12  Gynecology, 2004.
13          (Plaintiff's Exhibit No. 21 was marked
14          for identification.)
15  BY MR. FREESE:
16      Q.  Is that correct?
17      A.  Yes.
18      Q.  And you turned us to page 620, and Dietz
19  I guess is the author?
20      A.  Yes.
21      Q.  And are you actually looking at the book
22  itself?
23      A.  I'm also looking at the book, because I
24  believe I have seen also pictures of a levator
25  avulsion, but we can just go by the, with the paper.

58 (Pages 226 to 229)

Jaime Sepulveda, M.D.

Page 230

1    Q.   This is a chapter in a textbook?
2    A.   No, that's a publication.  That's a
3  reviewed article.
4    Q.   This is not the published version of
5  this?
6    A.   No.
7    Q.   Okay.  Let's deal with this first and
8  then we'll get to that.
9    A.   That is my ultrasound book.
10    Q.   So, Exhibit 21, page 620, is
11  demonstrating what a levator avulsion looks like?
12    A.   Right, this is the magnetic resonance
13  image of a levator avulsion, there you see the levator
14  inserting completely up here, and in here it doesn't
15  insert in a similar way that is happening here.
16    Q.   Okay.  So you're comparing Exhibit 19
17  with image A on page 620 of Exhibit 21?
18    A.   Yes, the only thing is that the levator
19  avulsion on this article is on the right, and here the
20  levator avulsion is on the left.
21    Q.   Okay, but just so I can orient myself,
22  this, is this black spot right here on the right, is
23  that the avulsion?
24    A.   No, there's no avulsion on this side.
25  There's avulsion on this side.  You see the muscle

Page 231

1  coming underneath and then it goes up to here, and this
2  is where it avulses from.
3    Q.   So, the avulsion is on the left lower
4  quadrant of Exhibit A?
5    A.   Yeah, but this corresponds to the right
6  side of this image.
7    Q.   So you can you draw a circle around the
8  avulsion in, on page 620-A of Exhibit 21?
9    A.   Yes.
10    Q.   And then just write arrow, avulsion.  And
11  what you're saying is that right side avulsion in this
12  Exhibit 21 is the same thing that you're seeing in
13  Jennifer's MRI in Exhibit 19?
14    A.   Yes, it's the loss of continuity of the
15  left levator muscle.
16    Q.   Okay.  Now, you said that you have, you
17  have the CD, you have the actual film itself?
18    A.   Yes, I brought those CDs to, as exhibits
19  today because I was required on the order.
20    Q.   Right.  I just want to slap an Exhibit
21  sticker on it.
22    A.   I don't know which one exactly it is.  I
23  have a group of them here.
24    Q.   All right, let me stamp all of them.
25    So, what you've handed me, Doctor, are

Page 232

1  six CDs for Jennifer Ramirez, and, with facilities are
2  listed as the University of Texas Southwestern Medical
3  Center, it's got the date it was obtained, correct?
4    A.   Yes, that's the date of service.
5    Q.   Northeast Methodist Hospital, obtained
6  10/23/14.  What is that?
7    A.   I can't remember what it is.
8    Q.   Let's just mark all six of them.  This is
9  20.  I know I'm going out of order.
10    (Plaintiff's Exhibit No. 20 was marked
11    for identification and was retained by
12    Plaintiff's attorneys.)
13  BY MR. FREESE:
14    Q.   Will these, these are images of the
15  ultrasound and MRI of Jennifer?
16    A.   Yes.
17    Q.   And we can look at Exhibit 20 and see
18  this levator avulsion that you've been discussing in
19  these other exhibits?
20    A.   Yes, the other two, two images that
21  aren't as representative as this one.
22    Q.   There are two other images that are
23  representative of what you've already marked?
24    A.   That aren't as representative as this
25  one.

Page 233

1    Q.   Is there anything better to show the
2  avulsion, other what we've already marked?
3    A.   There are two other images that don't
4  have the arrows in the middle.
5    Q.   Do they make it any easier to see the
6  avulsion?
7    A.   No, it essentially confirms this one.
8    Q.   Have you now identified everything that
9  supports your opinion that Jennifer suffered a levator
10  avulsion?
11    A.   This, and the final one that I marked was
12  my physical exam.
13    Q.   Okay, and we're going to get to that.
14  Well, we'll get to it right now.
15    Now, when did you first diagnose Jennifer
16  with a levator avulsion?
17    A.   When I examined her.
18    Q.   Okay.  That was when you saw her in
19  person?
20    A.   Yes.
21    (Plaintiff's Exhibit No. 22 was marked
22    for identification.)
23  BY MR. FREESE:
24    Q.   Okay.  I'm going to show you Exhibit 22.
25  Is this your record of your exam of Jennifer?

59 (Pages 230 to 233)

Jaime Sepulveda, M.D.

Page 234

1    A.  Yes.
2    Q.  Okay.  Would you look at your IME,
3  Doctor, and tell me where you diagnosed a levator
4  avulsion in here?
5    A.  I, I confirmed my, my suspicion of a
6  levator avulsion, my clinical suspicion, I should say,
7  my clinical suspicion of a levator avulsion, and I
8  described when I placed, I examined her and I placed a
9  Q-tip in her vagina, right in the middle, and I saw
10  that this, that this Q-tip deviated from one side to
11  the, to the, to the upper side.  I asked her to do a
12  valsalva maneuver to push, and I saw how this Q-tip
13  deviated, and this is in, I decided to do it this way
14  because it's a way in which it would not be painful to
15  her, it would just measure the axis, and this is, this
16  correlates with the description by Dr. Kelly Scott of
17  the right side being higher than the left side.
18    Q.  Doctor, am I correct that, that when you
19  do this IME, you were trying to write down all the most
20  important findings that you were making
21  contemporaneously with that examination?
22    A.  No, I'm not writing while I'm examining
23  her.
24    Q.  I know, but when you write your report
25  it's fairly contemporaneous, right, so you remember

Page 235

1  what you just did?
2    A.  Right, and I carry my computer.
3    Q.  Okay.  Well, you did the exam on November
4  12th, 2015, correct?
5    A.  Yes.
6    Q.  And you signed the report on November
7  23rd, 2015?
8    A.  That's when it's closed.
9    Q.  Okay.  What I'm trying to get at is, you
10  did this IME contemporaneously, or at or about the time
11  you did the IME, you prepared the report, correct?
12    A.  Well, no, I examined her, I write down my
13  physical exam, and then I, I go through all the other
14  parts of the clinical history, and I close the
15  encounter later on.
16    Q.  Okay.  So, by the 23rd of November, 2015,
17  you had completed this Exhibit Number 22, correct?
18    A.  Right, whenever it says that I closed the
19  encounter, there's a time when it's entered and there's
20  a time when it's closed.
21    Q.  And you were trying to record all the
22  most important findings that you, all the most
23  significant findings that you were discovering in the
24  IME, correct?
25    A.  Yes, I do, I do record it on my physical

Page 236

1  exam.
2    Q.  Would you show me where you diagnosed
3  levator avulsion in your IME?
4    A.  Well, the diagnosis of levator avulsion
5  is a mix of clinical and it's a mix of the x-rays and
6  of the physical findings.
7    Q.  Move to strike.  Dr. Sepulveda, would you
8  show me in your IME report where you diagnosed Jennifer
9  with a levator avulsion?
10    A.  Yes, sir.  It says Q-tip is deviated
11  downward --
12    Q.  What page are you on, sir?
13    A.  On page 2 out of 4.  Q-tip is deviated
14  downward and to the left on the pelvic contraction,
15  upward on relaxation.
16    Q.  Okay.  Now, where does the word levator
17  avulsion appear anywhere on there?
18    A.  Oh, this is a physical exam.  I don't
19  establish a diagnosis here.
20    Q.  Okay, well, am I correct that the phrase
21  levator avulsion appears nowhere in your IME?
22    A.  You can say that, yes.
23    Q.  And, in fact, it's a critical medical
24  conclusion of the entirety of your opinions, is it not?
25  Because you think it caused a, a number of Jennifer's

Page 237

1  complications here, correct?
2    MS. GALLAGHER:  Object to form.
3    A.  Yes.
4  BY MR. FREESE:
5    Q.  Yet it appears nowhere in your IME, does
6  it?
7    A.  No, it does not appear in my IME.
8    Q.  And you said you suspected it when you
9  did your IME, correct?
10    A.  Yes.
11    Q.  You don't put anywhere in there that you
12  suspected levator avulsion, do you?
13    A.  No, I just put the physical findings.
14    Q.  Well, you do more than that.  Then you
15  have assessments, do you not?
16    A.  Yes, sir.
17    Q.  Okay, let's go to the assessments.
18  Hyperesthesias, what is that?
19    A.  That there is a heightened sensation.
20    Q.  Where?
21    A.  In the, in the vulva.
22    Q.  That's an assessment you made at the time
23  you did the IME?
24    A.  Yes.  That has a code.
25    Q.  Postprocedural adhesions of vagina, what

60 (Pages 234 to 237)

Jaime Sepulveda, M.D.

Page 238

1   is that?
2       A.   That is the tenderness that was felt on
3   the upper left of the vagina with my findings of this
4   tenderness being reproduced on palpation and being
5   correlated by Mrs. Ramirez as the pain that she
6   referred during intercourse.
7       Q.   And dyspareunia.  You assessed
8   dyspareunia.
9       A.   Yes, dyspareunia is, can be a diagnosis
10  or it can be a description of a symptom.
11      Q.   Which one is it here?
12      A.   It's a description of a symptom because
13  we could not reproduce the actual activity that would
14  lead to dyspareunia.
15      Q.   Well, you have an assessment that she's
16  suffering dyspareunia, do you not?
17      A.   Yes, that's a description, yes.
18      Q.   So, you conclude that she was in fact
19  suffering dyspareunia.
20      A.   That's a diagnosis based on the symptoms.
21      Q.   And that's what you did?
22      A.   I have no, no reason to disregard her
23  symptoms when she's telling me that she had pain.
24      Q.   Okay, what are these codes here?
25      A.   These are the ICD-10 codes.

Page 239

1       Q.   Okay.  Is there a code for a levator
2   avulsion?
3       A.   There's a, there's a code for avulsion of
4   a muscle, but it's not specifically related to the
5   levator.
6       Q.   Okay, but you didn't put down any
7   avulsion of any muscle as an assessment, did you?
8       A.   No.
9       Q.   How do you treat a levator avulsion?
10      A.   There's a -- it depends on what kind of
11  avulsion you have.  It could be partial or it could be
12  total.  The treatment of levator avulsion has been
13  described with the use of an implant, with a mesh that
14  actually establishes the, a bridge from the muscle to
15  the upper part of the pubis.
16      Q.   How would Jennifer go about treating this
17  levator avulsion?
18      A.   It's, it's a rehab, you try to compensate
19  with other muscles in that area.
20      Q.   You didn't put that in your treatment
21  here in your IME, did you?
22      A.   No, I'm not allowed to give
23  recommendations on an IME.
24      Q.   Did you tell Jennifer she had suffered a
25  levator avulsion at the IME?

Page 240

1       A.   No, I informed Mrs. Ramirez that I would
2   forward this report to the attorneys and that it could
3   be available to her through her attorneys.  Through
4   you.
5       Q.   You're saying on the day you performed
6   this IME, you suspected a levator avulsion, yet you
7   didn't report it in your IME?
8       A.   Yeah, I just recorded the physical
9   findings.
10      Q.   Correct?
11      A.   That's correct.
12      Q.   You didn't report any physical findings
13  that said she's got a levator avulsion?
14      A.   No, that's incorrect.
15      Q.   By word, you didn't record anything that
16  said levator avulsion.
17      A.   I did not write the word avulsion.
18      Q.   Dr. Sepulveda, we could look at this
19  document all day long and we won't find the phrase
20  levator avulsion anywhere in it, will we?
21      A.   No, you would not find avulsion in this
22  document.
23      Q.   And this document is the actual physical
24  examination of Jennifer, correct?
25      A.   That's the physical examination of Mrs.

Page 241

1   Ramirez.
2       Q.   And the first time that your diagnosis of
3   levator avulsion appears is in your report that you
4   prepared in this case, correct?
5       A.   Yes.
6       Q.   The one we've been going over all day
7   long?
8       A.   Yes.
9       Q.   Which was signed ten days ago?
10      A.   Yes.
11      Q.   That's the first record I've got you
12  finding a diagnosis of levator avulsion in Jennifer
13  Ramirez was March 23rd, 2016?
14      A.   Yes, if you say that's the first one,
15  yes.
16      Q.   I'm asking you, did you report levator
17  avulsion to us before, as a diagnosis before March
18  23rd, 2016?
19          MS. GALLAGHER:  Form.
20      A.   We have not communicated any other way.
21  BY MR. FREESE:
22      Q.   So, the answer is the first time that you
23  have put yourself on record as saying that Jennifer
24  suffered a levator avulsion was ten days ago?
25      A.   Yes, sir.

61 (Pages 238 to 241)

Jaime Sepulveda, M.D.

Page 242

1          MS. GALLAGHER:  Object to form.
2    BY MR. FREESE:
3          Q.   Four weeks before trial in this case.
4    Three weeks before trial.
5          MS. GALLAGHER:  Object to form.
6          A.   Yes.
7    BY MR. FREESE:
8          Q.   And I won't find that anywhere in your
9    disclosures, will I?
10         A.   On the --
11         Q.   About opinions you're going to render,
12   what you're going to testify about.  The only place I'm
13   going to find levator avulsion in any report you did is
14   the one that's dated March 23rd, 2016?
15         MS. GALLAGHER:  Object to form.
16         A.   Yes, my report.  My opinion.
17   BY MR. FREESE:
18         Q.   Okay.  Now, you say in your report that
19   the, that the findings of Dr. Graham were the result of
20   a damaged and relaxed pelvic floor, three previous
21   vaginal deliveries, and the granulation tissue from a
22   hysterectomy.
23         A.   Yes.
24         Q.   Did I read that correctly?
25         A.   Yes, sir.

Page 243

1          Q.   I'm a little unclear, Dr. Sepulveda.
2    What findings of Dr. Graham were the result of a
3    damaged and relaxed pelvic floor, three previous
4    vaginal deliveries and the granulation tissue from a
5    hysterectomy?
6          A.   I think this is what we have those pages
7    that are -- let's look through it.  I've got it here.
8          Q.   Okay.  You say in your report, quote,
9    "The findings described by Dr. Graham were the result
10   of a damaged and relaxed pelvic floor, three previous
11   vaginal deliveries, and the granulation tissue from a
12   hysterectomy," correct?
13         A.   And I also contributed with a lack of
14   fibromuscular tissue.
15         Q.   Let's stop with that sentence.  We've
16   already looked at Dr. Graham's operative reports.  He
17   doesn't mention anything about a damaged and relaxed
18   pelvic floor, does he, as causing any of her symptoms,
19   does he?
20         A.   No, my opinion is an interpretation of
21   the findings that he had.
22         Q.   Okay, well, let's bypass the
23   interpretation and let's see what he actually said,
24   okay?  Do you agree with me that in Dr. Graham's
25   operative report, he does not mention a damaged or

Page 244

1    relaxed pelvic floor as any basis for Jennifer's
2    injuries?
3          A.   No, he does not describe that.
4          Q.   Do you agree with me that he does not
5    mention three previous vaginal deliveries in any manner
6    in his operative report as a basis for Jennifer's
7    injuries?
8          A.   Dr. Graham does not describe that.
9          Q.   And he does not mention granulation
10   tissue from a hysterectomy in any way as causing
11   Jennifer's complications, correct?
12         A.   He does describe that the granulation
13   tissue was causing the bleeding.
14         Q.   Well, here's his operative report.  Where
15   does it say the granulation causes bleeding, sir?
16         A.   I then examined vaginally and saw two
17   areas of granulation tissue at the cuff and I excised
18   one portion and closed it with a chromic stitch.  There
19   was a smaller area of granulation tissue on the right
20   lateral side of the healing cuff, which I cauterized.
21   That is the cause of the bleeding.
22         Q.   Does Dr. Graham say it's the cause of the
23   bleeding?
24         A.   Well, he's not saying, but it's quite
25   evident that he excised that tissue because it causes

Page 245

1    bleeding.
2          Q.   Okay, does his report say that any
3    bleeding was caused by the granulation of the
4    hysterectomy of the cuff?
5          A.   Well, he has it as vaginal bleeding and
6    he has the granulation tissue that he excises.
7          Q.   Where does he have that, sir?
8          A.   Vaginal bleeding, and then he ties it up
9    here with granulation tissue that he removed.
10         Q.   Yeah, but it says postoperative
11   diagnosis, pelvic pain from transobdurator tape, comma,
12   vaginal bleeding.  So, he doesn't say that vaginal
13   bleeding is being caused by the hysterectomy, he says
14   being caused by the transobdurator tape.
15         MS. GALLAGHER:  Object to form.
16         A.   No, I don't think that -- you might want
17   to ask Dr. Graham about that, because I don't see him
18   describing the transobdurator tape as the cause of
19   bleeding.  No, that would be an inaccurate
20   characterization of his report.
21   BY MR. FREESE:
22         Q.   Well, do you agree that the entirety of
23   his postoperative diagnosis is pelvic pain from
24   transobturator tape, comma, vaginal bleeding?  Did I
25   read that correctly, sir?

                                      62 (Pages 242 to 245)

Jaime Sepulveda, M.D.

Page 246

1    A.   Yes.
2    Q.   Does he say anywhere in the report that
3  the bleeding was because of granulation at the vaginal
4  cuff?
5    A.   No, he just excised the granulation
6  tissue.
7    Q.   Now, I don't want to talk about bleeding.
8  I want to talk about pain for a second, okay?  The
9  findings described by Dr. Graham, what findings are you
10 referencing in your report?
11   A.   The, the granulation tissue.
12   Q.   Okay.  And you --
13   A.   And the, the bowstringing.
14   Q.   And you just ignore his conclusion that
15 the tape was causing the pain?
16        MS. GALLAGHER:  Object to form.
17   A.   Yeah, I'm not, I'm not following this
18 one.
19 BY MR. FREESE:
20   Q.   You're saying the findings of Dr. Graham,
21 well, the finding of Dr. Graham is the pain is from the
22 transobturator tape.  That's his finding, is it not?
23        MS. GALLAGHER:  Object to form.
24   A.   That's not a finding.  That's his
25 conclusion.  That's his diagnostic impression.

Page 247

1  BY MR. FREESE:
2    Q.   What's the difference between a
3  conclusion and a diagnostic impression?  Let me back
4  up.  What is the difference between a postoperative
5  diagnosis and a conclusion?
6    A.   The postoperative diagnosis is your
7  impression of what --
8    Q.   That's not a conclusion?
9    A.   That, that's not a diagnostic conclusion.
10   Q.   So, a postoperative diagnosis is not a
11 diagnostic conclusion?
12   A.   No.
13   Q.   Did I hear you correctly, did you say
14 that?
15   A.   Yeah, I just said that, I just said
16 exactly that.
17   Q.   Okay, your diagnosis --
18   A.   I just said exactly that.
19   Q.   Doctor, we've got to slow down here.
20 It's your testimony that a postoperative diagnosis is a
21 not a diagnostic conclusion?
22   A.   A postoperative diagnosis in this
23 specific scenario is not his postoperative conclusion,
24 because Dr. Graham found granulation tissue on his
25 description of the report, and he does not list that in

Page 248

1  the postop diagnosis.
2    Q.   Do you agree with me that a postoperative
3  diagnosis is a finding?
4    A.   No, a postoperative diagnosis is
5  different from a finding.  You make a diagnosis based
6  on your findings.  What this postoperative diagnosis
7  does not list is the fact that he found granulation
8  tissue and he excised it.
9    Q.   Yes, it does.  It talks about the
10 granulation tissue in the postoperative report.
11   A.   But it's not listed on the postoperative
12 diagnosis.
13   Q.   Here's what I'm trying to figure out,
14 Doctor.  You say the findings of Dr. Graham.  Do you
15 agree with me that pelvic pain from transobturator tape
16 is a finding of Dr. Graham's?
17   A.   Pelvic pain from transobturator tape is
18 his diagnostic impression.
19   Q.   Doctor, is Dr. Graham's diagnostic -- is
20 Dr. Graham's postoperative diagnosis of pelvic pain
21 from transobturator tape a finding?  Yes or no?
22   A.   No, that's his diagnosis.
23   Q.   So, he did not find the transobturator
24 tape was causing the pain?
25   A.   No, that's not a finding.  That's not an

Page 249

1  objective finding.
2    Q.   Is it a subjective finding?
3    A.   Yeah, that's his clinical impression.
4    Q.   I'm trying to figure out, Doctor, why you
5  say all these things are the findings described by Dr.
6  Graham when his operative report doesn't say any of
7  them.  The one thing he does say is that the pain is
8  caused by the transobturator tape, and you don't even
9  list it as a finding by Dr. Graham.
10        MS. GALLAGHER:  Object to form.
11 BY MR. FREESE:
12   Q.   You understand my curiosity with that?
13   A.   So, what is the question?
14   Q.   The question is, you're saying the
15 findings described by Dr. Graham were the result of,
16 and you rattle off three things, none of which is in
17 Dr. Graham's operative report, but the one thing that
18 is, that the pain is being caused by transobturator
19 tape is not even listed in your findings.
20        MS. GALLAGHER:  Object to form.
21   A.   I'm giving a diagnostic impression here.
22 BY MR. FREESE:
23   Q.   Am I accurately stating it?
24   A.   No, I did not list in my diagnostic
25 impression the finding from Dr. Graham, or the

63 (Pages 246 to 249)

Jaime Sepulveda, M.D.

Page 250

1  diagnosis as you say, the diagnosis that Dr. Graham
2  made.
3      Q.   But you're attempting to report what Dr.
4  Graham's findings were, correct?  You're reporting Dr.
5  Graham's findings, are you not?
6      A.   Yes, it's --
7      Q.   Stop.  You're reporting Dr. Graham's
8  findings, correct?
9          MS. GALLAGHER:  Let him finish his
10         answer.
11         MR. FREESE:  It's a yes or no question.
12         MS. GALLAGHER:  Okay, you cut off the
13         explanation.  Go ahead.
14 BY MR. FREESE:
15     Q.   You are reporting Dr. Graham's findings
16 in your expert report, are you not, Dr. Sepulveda?
17     A.   I am reporting my impression of the
18 operative report that I reached from Dr. Graham.
19     Q.   And your impression excludes the one
20 thing that he says caused the pain, which was
21 transobturator tape, correct?
22     A.   Yes, because I don't believe that a
23 transobturator tape is causing the pain.
24     Q.   But your report isn't giving your
25 opinion; you're trying to report what Dr. Graham's

Page 251

1  findings are, correct?
2      A.   I cannot report on Dr. Graham's findings.
3  Dr. Graham's findings are documented in his operative
4  report.
5      Q.   Which is inconsistent with what you're
6  saying his findings were.
7      A.   I say that the result of his findings are
8  in this explanation.  This is what explains the result
9  of his findings.
10     Q.   Dr. Sepulveda, your quote, the findings
11 described by Dr. Graham, let's stop with that right
12 there, the findings described by Dr. Graham.  You agree
13 with me those findings are contained in Exhibit 16, are
14 they not?
15     A.   Repeat that question.
16     Q.   Yes.  The findings of Dr. Graham are
17 contained in Exhibit 16, are they not?
18     A.   You keep, you keep calling the, you keep
19 calling the diagnosis as findings, and the --
20     Q.   Well -- okay, go ahead.
21     A.   And the findings are in the body of the
22 report.  This report speaks for itself on the body of
23 the report.
24     Q.   Let me put it this way.  The findings
25 that you have recorded here of Dr. Graham, they're not

Page 252

1  anywhere in his operative report, are they?
2      A.   No, the findings described by Dr. Graham,
3  which is the bowstringing, which is the tape that he
4  was able to feel, and that's exactly what I'm referring
5  to, were the result of the relaxed pelvic floor.
6  That's my explanation on this document.
7      Q.   But that --
8      A.   I haven't finished answering your
9  question.  The findings, the findings described by Dr.
10 Graham specifically, the bowstringing and the sensation
11 of the tape on the vagina, which was not without being
12 exposed, is a result of all this, of all these
13 problems, the damaged and relaxed vaginal floor, three
14 previous vaginal deliveries, and the findings that he
15 described of granulation tissue is exactly what he
16 describes.
17     Q.   Except he doesn't say anything near what
18 you're saying, does he?
19         MS. GALLAGHER:  Object to form.
20 BY MR. FREESE:
21     Q.   He doesn't conclude anything like what
22 you concluded, does he?
23         MS. GALLAGHER:  Object to form.
24     A.   It's a, it's a different, it's a
25 different, it's a different description, because what

Page 253

1  he is saying is that his impression is that the tape is
2  causing the pain.  What the findings that I am talking
3  about is about the bowstringing of the tape.
4  BY MR. FREESE:
5      Q.   And he found the bowstringing, right?
6      A.   He did describe that before surgery.
7      Q.   And he did not believe that the
8  bowstringing had anything to do with the avulsed
9  levator muscle, did he?
10         MS. GALLAGHER:  Object to form.
11     A.   No, he did not contribute to that, he did
12 not describe that.
13 BY MR. FREESE:
14     Q.   You did.
15     A.   I did.
16     Q.   Dr. Sepulveda, have you looked at any of
17 the manufacturing defect reports that Ethicon generated
18 off of the lot that Jennifer Ramirez's mesh came from,
19 that her sling came from?
20     A.   No, I have not, I have not seen
21 specifically the manufacturing defects from that
22 specific lot.
23     Q.   Have you investigated that?
24     A.   I, I did see it on the TVTO company
25 documents, I saw a picture of, of particles in one of

Jaime Sepulveda, M.D.

Page 254

1    the, one of the slings.
2        Q.   You think it was simply one sling that
3    was suffering these particle loss problems?
4            MS. GALLAGHER:  Form.
5        A.   I don't know how many of them were, were
6    reported.
7    BY MR. FREESE:
8        Q.   Well, what if it was one versus a
9    hundred, would that make a difference to you?
10       A.   Well, you just asked me a question if I
11   knew how many of them, and my answer is no, I don't
12   know how many.  One or a hundred, I don't know.
13       Q.   You're trying to give an opinion that
14   there was not particle loss on Jennifer's sling, are
15   you not?
16       A.   Yes.
17       Q.   Yet you have no idea how many slings from
18   that lot were suffering excessive particle loss, do
19   you?
20       A.   I can only base my opinion on what the
21   implanter described, and the implanter described there
22   was no particle loss.
23       Q.   He did not see any?
24       A.   He did not see particle loss.
25       Q.   And, therefore, you concluded there was

Page 255

1    none?
2        A.   He is in a privileged position to, to
3    judge if there are particles.
4        Q.   Just answer my question.  Just because
5    Dr. Reyes didn't report it, you concluded there was
6    none in Jennifer, is that correct?
7        A.   I can safely conclude because the
8    implanter did not see any particle loss, that there are
9    no, no particles.
10       Q.   And you are not here to give an opinion
11   whether or not that lot was defectively manufactured in
12   contravention of Ethicon's standards, am I correct?
13           MS. GALLAGHER:  Object to form.
14       A.   I don't know if they define -- I do know,
15   I do know that they define one specific standard, which
16   was a number of particles which I cannot recall at this
17   time.
18   BY MR. FREESE:
19       Q.   It was five.
20       A.   But I can tell you that if there's, if
21   it's one, five or ten, the best person to say that is
22   Dr. Reyes.
23       Q.   Okay, well, that's not my question.  You
24   have not investigated what Ethicon did in reviewing the
25   lot of mesh that went into Jennifer's sling, am I

Page 256

1    correct?  Her TVTO sling?
2        A.   I am aware that there were
3    communications, which I have read through, but since
4    most of my input has been concentrated on this, I
5    cannot recall.  On the, I should have to say on the
6    clinical summary and the opinion, I cannot recall of
7    one specific article that I can pull to you and show.
8        Q.   Will I find it in the TVTO company
9    documents?
10       A.   It might be there.
11       Q.   Well, you say that reported particles in
12   a blister pack from one of 992 devices in the same lot.
13       A.   I probably read it in the company
14   documents.
15       Q.   Okay, and you believe that they only
16   found one pack with particles in it?
17       A.   That's in my -- where is it in my report?
18       Q.   Let me just short circuit this.  You're
19   not offering any opinions, good or bad, about
20   manufacturing defects in this case, are you?
21           MS. GALLAGHER:  Object to form.
22       A.   It depends on what area of manufacturing.
23   I can tell you that if it was manufactured one way or
24   the other, I cannot give an opinion on it, because I
25   don't manufacture slings, of course.  I want to stay

Page 257

1    truthful to what I testify on, but as an issue of the
2    particle loss, the implanter is the best person to see.
3    BY MR. FREESE:
4        Q.   I understand that, but you have not
5    investigated informed, scientifically valid opinions
6    whether or not the manufacturing processes were
7    followed according to the manufacturer's specifications
8    in this lot that included Jennifer's sling, am I
9    correct?
10       A.   I have not done an investigation on it,
11   no.
12       Q.   I'm going to page 61.  I don't know what
13   page it is on your report.  It starts off with Ms.
14   Ramirez's source.
15       A.   Yes.
16       Q.   You say Mr. Ramirez's source of periodic
17   dyspareunia, if present before Dr. Zimmern's surgery,
18   was caused by abnormal healing into the vaginal
19   excision from the hysterectomy, unrelated to the TVTO.
20   Additionally, after the hysterectomy, the avulsed
21   levator muscle on the left resulted in the upper part
22   of the vagina becoming detached and the vaginal vault
23   scarred which resulted in additional complaints of
24   dyspareunia.  Do you see that?
25       A.   Yes.

65 (Pages 254 to 257)

Jaime Sepulveda, M.D.

Page 258

1    Q.   So, let's go to the next paragraph, the
2  diagnosis --
3    A.   Here, yeah, Mrs. Ramirez's source, yeah,
4  I got it.
5    Q.   And we've already talked about that,
6  right?  You've given me all your opinions about the
7  avulsion of the levator muscle on the left resulted in
8  the upper part of the vagina becoming detached and the
9  vaginal vault scarred?
10   A.   It is my opinion to a reasonable degree
11 of certainty that Mrs. Ramirez's source of periodic
12 dyspareunia, if present before Dr. Zimmern's surgery,
13 was caused by abnormal healing into the vaginal
14 incision from the hysterectomy unrelated to the TVTO.
15   Q.   Okay, so let's stop.  You're the only
16 doctor that's made that diagnosis, correct?
17   A.   No, that's, there was, there was a
18 diagnosis by Dr. Atkerson about dyspareunia on deep
19 penetration.
20   Q.   But my question, Dr. Sepulveda, you were
21 the only doctor that said that her periodic
22 dyspareunia was caused by abnormal healing from the
23 hysterectomy, correct?
24   A.   Yes, that is my opinion.
25   Q.   And you're the only one that holds that

Page 259

1  opinion?
2        MS. GALLAGHER:  Object to form.
3    A.   I'm the one giving that opinion, yes.
4  BY MR. FREESE:
5    Q.   But no treating physician of Jennifer
6  holds that opinion, correct?
7        MS. GALLAGHER:  Object to form.
8    A.   No, no treating physician is holding that
9  opinion.
10 BY MR. FREESE:
11   Q.   Additionally, after the hysterectomy, the
12 avulsed levator muscle on the left resulted in the
13 upper part of the vagina becoming detached and the
14 vaginal vault scarred which resulted in additional
15 complaints of dyspareunia.  Do you see that?
16   A.   That is my theory of how this happened.
17   Q.   I understand, and your theory is that in
18 addition to the hysterectomy, the avulsion of the
19 levator muscle is also contributing or causing her
20 dyspareunia, correct?
21   A.   Yes, I believe there's a complex etiology
22 here in which the predisposing factor was an avulsed
23 levator, the lack of support at the pubocervical fascia
24 produced this, this vaginal wall to come down and it
25 allowed for the bowstringing to be felt.

Page 260

1    Q.   And you would agree with me that you're
2  on the only doctor that has that opinion, correct?
3    A.   Yes, I am the only one that has given
4  that opinion so far, to my knowledge, yes.
5    Q.   And you're saying that her levator
6  avulsion is causing in part or whole her dyspareunia?
7    A.   No, I think that her dyspareunia is
8  caused also by the hysterectomy.
9    Q.   I understand.  I said in part.
10   A.   Well, levator avulsion by itself may be a
11 less frequent cause of dyspareunia than a hysterectomy.
12   Q.   I'm not quibbling with you, Doctor.  You
13 believe that the avulsion of the levator muscle is one
14 of the things that may be causing her dyspareunia?
15   A.   It is a predisposing factor to it.
16   Q.   Okay, and you are the only doctor that
17 has expressed that diagnosis, correct?
18   A.   That is correct.
19   Q.   Does an avulsion of the levator muscle
20 cause scarring?
21   A.   Yeah, there's a scar actually on the
22 detached muscle.
23   Q.   And you've identified it in your
24 examination?
25   A.   Yes, that was described on this area with

Page 261

1  fibrotic tissue.
2    Q.   You're saying it was described by you?
3    A.   No, it was described I believe on the MRI
4  report.
5    Q.   But not as a result of a levator
6  avulsion?
7    A.   No, not as a result of a levator
8  avulsion.
9    Q.   Does anyone say that a levator avulsion
10 caused scarring other than you?
11   A.   No, it's, if you detach a muscle, as you
12 would any muscle that you would detach from its
13 attachment, it will form a scar.
14   Q.   Has anyone said that scarring occurred in
15 Jennifer's pelvis because of a levator avulsion?
16   A.   No.
17   Q.   Okay.  Let's drop down.  You see where it
18 says it's my opinion to a reasonable degree of medical
19 probability and certainty that the operation performed
20 by Dr. Zimmern was not medically necessary or
21 appropriate?
22   A.   Yes.
23   Q.   I guess we can agree that, that opinion
24 is that Dr. Zimmern has committed medical malpractice,
25 correct?

66 (Pages 258 to 261)

Jaime Sepulveda, M.D.

Page 262

1    A.   Yes.
2    Q.   Because performing any medical procedure
3 that's not medically necessary is by definition
4 malpractice, is it not?
5    A.   If it leads to the pains that the patient
6 has, yes.
7    Q.   Any surgery has pain, does it not?
8    A.   Every surgery has a risk for pain.
9    Q.   And any unnecessary surgery deliberately
10 done is malpractice, correct?
11    A.   I don't say it was deliberately done.
12 I'm saying that it was unnecessary.
13    Q.   Well, Dr. Zimmern deliberately did the
14 surgery, did he not?
15    A.   He performed the surgery.  I don't know
16 which state of mind he was when he did it.
17    Q.   Are you saying he didn't know he was
18 performing surgery?
19        MS. GALLAGHER:  Object to form.
20    A.   I'm saying I don't know in which state of
21 mind he was when he decided to do the surgery.
22 BY MR. FREESE:
23    Q.   But you understand he intentionally did
24 the surgery he intended to do?
25    A.   He intended to go and take the mesh out,

Page 263

1 yes.
2    Q.   And it's your opinion that that was
3 medically unnecessary?
4    A.   That's my opinion.
5    Q.   And that surgery would have been a
6 violation of the standard of care?
7    A.   That is below the standard of care based
8 on the symptoms that the patient has had.
9    Q.   And you believe that Dr. Zimmern, in
10 doing this surgery, injured Jennifer's pudendal nerve,
11 correct?
12    A.   Yes.
13    Q.   I want you to describe for me -- well,
14 let's start with, so before Dr. Zimmern's surgery it's
15 your opinion that Jennifer had not suffered a pudendal
16 nerve injury, correct?
17    A.   That is correct.
18    Q.   You agree today that Jennifer does have a
19 pudendal nerve injury?
20    A.   That has been demonstrated by the effects
21 of the pudendal block, yes.
22    Q.   And it's an opinion you share, correct?
23    A.   Yes.
24    Q.   And it is your opinion that the sole
25 cause of that pudendal nerve injury is the surgery

Page 264

1 performed by Dr. Zimmern?
2    A.   Yes.
3    Q.   All right.  I want you to explain in much
4 detail how Dr. Zimmern's surgery caused the pudendal
5 nerve injury, please, sir.
6    A.   The excision of, or the search for a
7 sling that was nonexistent in the diagnostic studies
8 led to a dissection that was extensive on that side, on
9 the left side.  That dissection showed that there was
10 periurethral fat.  Periurethral fat in the anatomic
11 dissections is not a common finding.  It is my opinion
12 that the fat that was obtained on the dissection and
13 described by Dr. Zimmern in his operative report comes
14 from the ischioanal fossa.
15    Q.   Okay, the fat that he found in his
16 surgery was actually ischioanal fossa?
17    A.   From the ischioanal fossa, yes.
18    Q.   What, what surgical instrument was he
19 using that caused the pudendal nerve jury?
20    A.   It's just the dissection.  You can go
21 with your finger and do a dissection in that area, and
22 that can produce an injury to the pudendal nerve.
23    Q.   What do you believe based on your review
24 of the records?  I mean, you're accusing the man of
25 malpractice, so I'm just curious, did he do it with his

Page 265

1 finger?  Did he do it with a scalpel?  Did he do it
2 with scissors?  What device did Dr. Zimmern use to
3 cause this pudendal nerve injury?
4    A.   It's the dissection with the finger.
5    Q.   Okay.  So a finger dissection caused the
6 pudendal nerve injury.
7    A.   That's one of the factors, yes.
8    Q.   So, did he basically have to get his
9 finger on the pudendal nerve?
10    A.   You know, what happens is, when you have
11 a levator muscle that is detached and you already have
12 an area that has been injured over time, you go into
13 that area and there's very little muscle that you can
14 feel.  You're not actually looking at it, you're
15 actually feeling for it.  So, when you do all this, all
16 this dissection, you injure the area, because this is
17 not a pudendal nerve injury that has provoked, as many
18 of your, as more than one of your experts has said, has
19 provoked anal incontinence or has provoked urinary
20 incontinence.  This is an irritation to the pudendal
21 nerve and this irritation to the pudendal nerve is what
22 really ended up producing more pain.  Before that,
23 there was no injury on the dissection.
24    Q.   And --
25    A.   There was no injury to the nerve, I

Jaime Sepulveda, M.D.

Page 266

1    should have said, there was no injury to the nerve.
2         Q.   How far did he dissect?
3         A.   It's, by the time you get into the
4    ischioanal fossa, you have no levators protecting you.
5    All you have to do is two, three centimeters, and you
6    can ream that area.
7         Q.   Does your opinion that Dr. Zimmern caused
8    a pudendal nerve injury depend on the accuracy of your
9    conclusion that she had a levator muscle avulsion?
10        A.   It's a, it's a, it's a group of things
11   that lead me to believe that this was injured at that
12   point.
13        Q.   Answer my question, Dr. Sepulveda.  Does
14   your opinion that Dr. Zimmern caused a pudendal nerve
15   injury depend on the accuracy of your diagnosis that
16   she had an avulsion of her levator muscles?
17             MS. GALLAGHER:  Object to form.
18        A.   It depends, it relies on the history of
19   how a pudendal nerve is injured, it relies on the
20   dissection and a search for a sling that was not there,
21   a piece of sling that was not there.  It also relies on
22   the MRI diagnosis of the muscle coming down, and it
23   relies on the, on the description of the, of the
24   operator.
25   BY MR. FREESE:

Page 267

1         Q.   Dr. Sepulveda, what I'm trying to find
2    out, if we're proven that she did not have an avulsion
3    to the levator muscle, if the jury believes that she
4    does not have such a condition, would you still believe
5    that Dr. Zimmern's surgery caused the pudendal nerve
6    injury?
7         A.   I see no other way to reach the pudendal
8    nerve but by getting into this space where the fat is.
9         Q.   I understand, but what I'm saying is does
10   the avulsion have to exist in order to get the pudendal
11   nerve?
12        A.   No, you can get a pudendal nerve injury
13   without an avulsion, but, again, as we have seen, there
14   are contributing factors and there are precipitating
15   factors and there are causative factors on here, and
16   this is not just about a black-and-white situation,
17   this is a situation in which the patient already showed
18   that she had a defect on the left side, there has been
19   pain before that, but there has not been neurological
20   pain.
21        Q.   Move to strike.  That's not responsive to
22   my question.  Is it your testimony, Doctor, that the,
23   the mesh that extends into the, beyond the obturator
24   foramen is not still present in Jennifer today?
25        A.   There's a definition, we defined that

Page 268

1    this morning, between the obturator space and the
2    obturator foramen.  The obturator foramen, the way we
3    all know obturator foramen, the way it's described on
4    anatomic books is in the retropubic space.  That's
5    different from the obturator space.  We defined already
6    that the sling follows a trajectory which is 1.5 to 2.5
7    centimeters from the obturator foramen.  The fact that
8    Mrs. Ramirez, I apologize myself for being graphic on
9    this, the fact that she was able to use a vibrator, it
10   virtually excludes a neurological injury.  You cannot
11   have a neurological injury constant in that area and
12   vibrate and not feel pain with it, and the description
13   of her pain was on deep penetration.  So it is my
14   conclusion that there was, if there was a mesh in
15   there, it's not around the nerve.
16        Q.   And I appreciate you volunteering that,
17   but my question is, is there not residual mesh on her
18   left side in her obturator space today?
19        A.   There's nothing in the periurethral.  Dr.
20   Zimmern could not find mesh there.
21        Q.   Not my question, Dr. Sepulveda.  Is there
22   synthetic TVT, polypropylene, Prolene mesh in her
23   obturator space today?
24        A.   In the --
25        Q.   On the left side.

Page 269

1         A.   On the obturator space, yes.
2         Q.   So, the fact that Dr. Zimmern didn't find
3    any mesh on the left side doesn't mean there wasn't any
4    mesh on the left side.  We both agree that even after
5    Dr. Graham's revision, there remained part of the TVTO
6    in her obturator space on her left side, correct?
7         A.   There is mesh --
8         Q.   Can we agree with that fact?
9         A.   If we go to the left side, we need to
10   make a, a specific of looking at the left side, on the
11   medial aspect of the descending --
12        Q.   The answer to my question is yes, Mr.
13   Freese, there's still remaining mesh on her left side,
14   on the other side of her obturator internus muscle,
15   right?
16        A.   Yes.
17        Q.   What alternative causes did you consider
18   and rule out for the injury to the pudendal nerve?
19        A.   I find no other, no other things that
20   could have injured the pudendal nerve.  Now we do know
21   that pudendal nerves can be injured in a variety of
22   procedures, but the onset of the pudendal nerve
23   symptoms after this, after this exploration is what
24   leads me to believe that it was during this surgery.
25        Q.   Okay, so is the fact that you think she

68 (Pages 266 to 269)

Jaime Sepulveda, M.D.

Page 270

1  did not have evidence of nerve injury until after Dr.
2  Zimmern's surgery, that's the sole basis of your
3  opinion that you can rule out everything else?
4        MS. GALLAGHER: Object to form.
5        A.  Yeah, there's no evidence of a pudendal
6  nerve injury before that surgery.
7  BY MR. FREESE:
8        Q.  Can synthetic mesh cause a pudendal nerve
9  injury?
10       A.  Not, not in that, not in that distance.
11  For a pudendal nerve to be injured, it's, it would have
12  to be close to the pudendal nerve.
13       Q.  Dr. Sepulveda, can synthetic mesh cause a
14  pudendal nerve injury?
15       A.  Are you talking about a synthetic mesh
16  for a sling?  Please clarify.
17       Q.  Yes, for a sling.
18       A.  A sling procedure.  Yes, it has been
19  described to cause a pudendal nerve when the TVTO has
20  been improperly inserted.
21       Q.  So, only an improperly inserted sling can
22  cause a pudendal nerve injury?
23       A.  Yes.
24       Q.  And, so, did you consider maybe my
25  initial conclusion was wrong, maybe Dr. Reyes put it in

Page 271

1  wrong, because an improperly inserted TVT can cause a
2  nerve injury; did you consider and exclude that as a
3  reason?
4        A.  No, because she did not have a pudendal
5  nerve symptomatology after Dr. Reyes' insertion of the
6  TVTO.
7        Q.  Well, she wasn't tested for it, was she?
8  She had complaints of pain radiating down her leg, did
9  she not?
10       A.  The pain to the pudendal nerve, or injury
11  to the pudendal nerve is not characterized by pain
12  going down the legs producing tingling on the toes.
13       Q.  In other words, you're saying that a
14  pudendal nerve injury wouldn't mimic a sciatic nerve
15  injury?
16       A.  It does not mimic a sciatic nerve injury.
17       Q.  And you've never seen any literature that
18  says that?
19       A.  I think that if you, if you take the
20  pudendal nerve at the very end and you get an actual
21  pudendal transection, it could, it could have a
22  potential of mimicking, but once you establish a
23  diagnosis that it's traditional pudendal nerve, it's
24  separate from a sciatic nerve.
25       Q.  Let's be clear here.  You testified

Page 272

1  already today that you have never seen a pudendal nerve
2  injury caused by a revision to a sling, have you?
3        A.  I have not seen that either.
4        Q.  All right.  But you know that meshes are
5  reported to cause pudendal nerve injuries, the mesh
6  themselves?
7        A.  That's, I think you're referring to, to
8  the, when it's placed on the side of the pudendal
9  nerve.  I don't think that there's a report of a TVT,
10  or there are few reports based, there's a Paulson
11  study, which is a case report, there is the Masata,
12  which is also case reports, but there's no actual
13  cohort study that have measured pudendal nerve injuries
14  after a TVTO.
15       Q.  I'm just talking about synthetic meshes
16  generally.  You don't think that mesh can cause --
17  strike that.
18       Your opinion, Dr. Sepulveda, is that an
19  improperly placed synthetic mesh can cause a pudendal
20  nerve injury?
21       A.  That would be the case, yes.
22       Q.  And you concluded that that wasn't the
23  case here because she wasn't showing, in your view,
24  signs of a pudendal nerve injury before Zimmern's
25  surgery, correct?

Page 273

1        A.  Yes, I would have to speculate on that,
2  even on the, the opinion about the TVT causing a
3  pudendal nerve injury, the corona study, they actually
4  write a sentence saying we speculate that this is
5  what's causing it.
6        Q.  I'm not sure what that's responding to so
7  I'll move to strike.  And if Dr. Zimmern's surgery in
8  fact caused a pudendal nerve injury, it will be the
9  first time in the history of your practice as a doc
10  you've ever seen it, correct?
11       A.  Yes.  That would be the first time that I
12  see it described beyond what has, for an explanting,
13  explanting surgery.
14       Q.  Okay.  This would be the first time in an
15  explant surgery that you've ever seen, heard, reported
16  anything, where a pudendal nerve was caused by that, is
17  Dr. Zimmern's surgery on Jennifer?
18       A.  The first explanting surgery, I'm not
19  aware of any report, even case reports of an explanting
20  surgery for TVT causing a pudendal nerve injury.
21       Q.  And you've done three in your life,
22  maybe?
23       A.  Excisions?
24       Q.  Yes.
25       A.  Yes, I don't take many slings out.

69 (Pages 270 to 273)

Jaime Sepulveda, M.D.

Page 274

1    Q.   Do you have any idea how many revision
2  surgeries Dr. Zimmern has done?
3    A.   No, I can not count that.
4      (Plaintiff's Exhibit No. 23 was marked
5      for identification.)
6  BY MR. FREESE:
7    Q.   Let me show you Exhibit 23, sir.  Have
8  you ever seen article this before, sir?
9    A.   No, I have not seen it before.
10   Q.   This is an article by Doctors Hibner,
11 Castellanos and Desai.  Do you see that, they're
12 doctors at Division of Surgery and Pelvic Pain at
13 Creighton University School of Medicine and -- you see
14 this?
15   A.   Yes, I do see the article.  I have not
16 read the article, though.
17   Q.   Let's start on, where it says
18 introduction.  It says pudendal neuralgia was first
19 described in 1987 by Amarenco.  It is a severely
20 painful and disabling neuropathic condition affecting
21 both men and women.  Do you see that?
22   A.   Yes.
23   Q.   Do you agree with that?
24   A.   Well, that's what it says here.
25   Q.   It says pudendal neuropathy yields, when

Page 275

1  they searched pudendal neuropathy, they got 115
2  publications.  It says few of them discuss diagnosis or
3  treatment.  Still, this syndrome is often unrecognized
4  by a majority of physicians, including physicians
5  experienced in pelvic pain, such as gynecologists,
6  urologists and neurologists.  Do you see that?  You
7  agree with that?
8    A.   Well, I would need to read the whole
9  article, Mr. Freese.  I've never read this article
10 before.  But if you wanted me to give you an opinion on
11 it, you could have forwarded it to me before today.
12   Q.   Well, I'm just showing it to you now,
13 because you're giving an opinion, you're the expert on
14 behalf of Ethicon for this pudendal nerve injury, are
15 you not?
16   A.   I'm an expert for TVTO.  The pudendal
17 nerve injury is something that came after recent
18 findings.
19   Q.   I understand, but you're the witness
20 designated by the company as the urogynecologist to
21 testify about it, correct?
22   A.   Yes.
23   Q.   All right.  Are you an expert on pudendal
24 nerve injuries or not?
25   A.   I don't think that there is such a thing

Page 276

1  as an expert.  I think that pudendal nerve injuries,
2  being as rare as they are, are not even the best attempt of
3  defining a criteria has been successful.
4    Q.   I'll accept that.  So you don't consider
5  yourself as an expert on pudendal nerve injury because
6  you don't think anyone exists, correct?
7      MS. GALLAGHER:  Object to form.
8    A.   Well, I'm an expert on pelvic floor, I'm
9  an expert on female pelvic medicine, and that qualifies
10 me to give an opinion about the pudendal nerve.
11 BY MR. FREESE:
12   Q.   Well, we'll see about that.  Let's look
13 on the symptoms page.  It's the third page, sir.
14   A.   Yes.
15   Q.   You see it says patients with pudendal
16 neuralgia are often diagnosed with interstitial
17 cystitis, vulvodynia, dyspareunia, and persistent
18 sexual arousal.  Do you see that?
19   A.   Yes.
20   Q.   Do you agree with that?
21   A.   Yes, I would say that that's, I would
22 understand that, yes.
23   Q.   Did you ever make any finding that
24 Jennifer was, had any kind of case of interstitial
25 cystitis?

Page 277

1    A.   No.
2    Q.   What about dyspareunia?
3    A.   Dyspareunia, it's a complaint that she
4  has had.
5    Q.   Okay.  And the literature says that is
6  oftentimes what is diagnosed in patients when they
7  actually really have pudendal nerve injury, correct?
8    A.   Yes.
9    Q.   All right.  By the way, Doctor, before
10 you formed your opinions about pudendal nerve injury,
11 did you do a thorough literature review in order to
12 satisfy yourself that you knew enough to give an
13 opinion about pudendal nerve injury?
14   A.   No, I rely on the diagnosis of pudendal
15 nerve injury on the exam of Dr. Kelly Scott.
16   Q.   So just take her diagnosis of pudendal
17 nerve injury; you didn't do a literature search and
18 attempt to satisfy yourself what all the literature
19 says about pudendal nerve injury and what causes it,
20 correct?
21   A.   No, before she made the diagnosis with
22 all the whole extent of the records that I saw, there
23 was no indication of a pudendal nerve injury.
24   Q.   That's not what I'm asking you.  In
25 formulating your opinions, you haven't even done a

70 (Pages 274 to 277)

Jaime Sepulveda, M.D.

Page 278

1    search of the pudendal nerve injury databases and found
2    out what the literature is out there on pudendal nerve
3    injury and what if any connection there is to synthetic
4    mesh, is that fair?
5         A.   Yes, I did do a PubMed.  Once I saw that
6    there was a finding, I went to PubMed and checked for
7    papers about pudendal nerve injuries.
8         Q.   And you didn't find Exhibit Number 23,
9    did you?
10        A.   No, because it has no description of a
11   TVTO.
12        Q.   So the only thing you searched was
13   pudendal nerve TVTO?
14        A.   Yes, I wanted to know if that was
15   associated to it.  I wanted to know if hysterectomy
16   could be associated to it.  I wanted to know if any
17   other procedures done for incontinence could be
18   associated to it.
19        Q.   How about typing in mesh, synthetic mesh
20   and pudendal nerve injury, did you do that search?
21        A.   No, that would be an inaccurate search
22   because that does not define meshes for urinary
23   incontinence.  That search would be inaccurate.
24        Q.   Well, that's how I found in this article.
25   I typed in synthetic mesh and pudendal nerve, and this

Page 279

1    article was the first one that popped up, and you're
2    saying you didn't find it because that would have been
3    wrong to search for synthetic mesh and pudendal nerve
4    injury?
5         A.   Yes, that's an inaccurate search.  You
6    have to look for sling, midurethral slings, TVTO, any
7    other sling.  Incontinence procedure.
8         Q.   All right.  And if you look at cause for
9    pudendal neuralgia, do you see that?
10        A.   Yes.
11        Q.   It says pudendal neuralgia may arise from
12   five distinct mechanisms.  First, there may be a direct
13   injury to the nerve.  Second, pelvic floor muscle
14   spasms or pelvic floor tension myalgia may cause
15   compression of the nerve.  Third, pelvic floor muscle
16   alone, without pudendal neuropathy, may also mimic
17   pudendal neuralgia symptoms, and fourth, biochemical
18   injury from infection or disease.  Finally, there may
19   be compression of the spinal cord nerve roots.  Do you
20   see that?
21        A.   Yes.
22        Q.   Do you agree first of all that those are
23   the five distinct mechanisms that cause pudendal nerve
24   injury?
25        A.   That's listed as it may arise.  So the

Page 280

1    fact that it's described as may, not as causes, does
2    not limit the, that to those causes.  To those five
3    distinct mechanisms.
4         Q.   Do you agree that at least those five
5    distinct mechanisms?
6         A.   That's one of the five mechanisms of the
7    whole spectrum of the universe.
8         Q.   Which one of these would Jennifer's
9    pudendal nerve injury caused by Dr. Zimmern fall under?
10        A.   It's the dissection.
11        Q.   Which one of these five categories?
12        A.   Oh, this doesn't list a surgery.  I'm
13   going to tell you why they don't list surgery, because
14   this is about myalgia, this is about neuralgia, and
15   there is a difference between neuropathy and there is a
16   difference between neuralgia.
17        Q.   Well, you know, the article actually
18   addresses that and says they're essentially used
19   interchangeably.  So what is the difference between
20   neuropathy and neuralgia?
21        A.   To be diagnosed as a neuralgia, you have
22   to have it in all the branches, and neuropathy is just
23   in any of the segments.  That's why you see in here
24   that it doesn't define for neuropathy or neuralgia in
25   this specific area.  I'm going to explain that better

Page 281

1    in a second.  These are five possible causes.  If
2    you're looking at the cause of irritation on this
3    pudendal nerve, it has to be the dissection.  There was
4    no pudendal symptoms before her surgery.
5         Q.   Move to strike.  That's not my question,
6    Doctor.  Are you telling me that this article that
7    identifies five distinct mechanisms, none of which
8    applied to Jennifer as a cause of pudendal nerve
9    injury, correct?
10        A.   There are other factors in here.  It
11   could be direct injury by palpation.
12        Q.   That's what I'm saying.  I was giving you
13   the chance.  Are you saying that the direct injury by
14   Dr. Zimmern's finger dissection caused the pudendal
15   nerve injury, that's what you're saying, right?
16        A.   That could cause that, yes.
17        Q.   Would that be under the category of a
18   direct injury to the nerve?
19        A.   Yes, could be a direct injury to a nerve.
20        Q.   Okay.  And if you look down, it says,
21   quote, "Permanent compression of the nerve is caused by
22   adhesions or foreign bodies such as mesh or suture
23   entrapping the nerve."  Do you see that?
24        A.   Yes, but we know that there's no mesh
25   entrapping this nerve.

71 (Pages 278 to 281)

Jaime Sepulveda, M.D.

Page 282

1    Q.   Hold on a second.  How do you know that?
2    A.   Because there was no report on her
3  neurography report.
4    Q.   Have you looked at Dr. Eickoff's report?
5    A.   I saw his report, yes, I saw his slides.
6    Q.   Did you see any nerve entrapment reported
7  in his report?
8    A.   No.
9    Q.   I'm not asking you if you saw it, do you
10  know whether Dr. Eickoff reported nerve entrapment?
11    A.   No, he did not report nerve entrapment.
12  He report a nerve growing around the, around the scar.
13    Q.   Permanent compression of the nerve is
14  caused by adhesions or foreign bodies such as mesh or
15  suture entrapping the nerve.  Do you see that?
16    A.   Yes.
17    Q.   That cites an article, Fisher, Lotze,
18  Nerve Injury Locations During Retropubic Sling
19  Procedures, International Urogynecologic Journal,
20  Pelvic Floor Dysfunction.  Did you find that article?
21    A.   Yes.
22    Q.   You have seen that article before?
23    A.   I see that.
24    Q.   Okay.  If you look down at causes of
25  pudendal neuralgia -- first of all, do you dispute that

Page 283

1  Jennifer has pudendal neuralgia?
2    A.   No, she described the pain that was
3  alleviated by a block.
4    Q.   Okay.  So you agree Jennifer does have
5  pudendal neuralgia?
6    A.   I agree with Dr. Kelly Scott's diagnosis.
7    Q.   That she has pudendal neuralgia?
8    A.   Yes.
9    Q.   Okay.  According to this article, see
10  where it says table, causes of pudendal nerve
11  neuralgia?  What is the very first thing that the
12  authors identify as the cause of pudendal neuralgia?
13    A.   They list pelvic surgery, especially with
14  the use of mesh.
15    Q.   And you didn't know that before I just
16  showed you that article, did you?
17    A.   No, because I had not read the article.
18  I have not read this article.
19    Q.   Did you have to read this article to know
20  that the number one cause of pudendal neuralgia is
21  pelvis surgery, especially with the use of mesh?
22    A.   How could I give you an opinion about
23  this article?  I have not read the article, I have not
24  confirmed the bibliographies on the back.  You're
25  essentially showing me this, which is supposed to be an

Page 284

1  article, and i haven't read it, I haven't confirmed it.
2    Q.   You might have seen it in another
3  article.
4    A.   No, I don't see it.
5    Q.   So, this is the first time that you've
6  seen authors published saying that the number one cause
7  of pudendal neuralgia is pelvic surgery, especially
8  with the use of mesh?
9    A.   Yes, I don't see, I don't, I haven't read
10  this article, I cannot give you an opinion on this
11  article.
12    Q.   So, I'm showing you an article on
13  pudendal neuralgia.  It's an opinion you hold in this
14  case and you can't comment on this article because
15  you've never seen it, correct?
16    A.   It's an article that I have not read.
17    Q.   I know, I'm saying you can't even comment
18  on it because you never read it before, correct?
19    A.   I cannot comment on this article.
20    Q.   Now, are you familiar with a Nantes
21  criteria?
22    A.   Yes.
23    Q.   Okay, and the inclusion criteria for
24  pudendal nerves, if you turn to the next page you'll
25  see that.  You see the inclusion criteria?

Page 285

1    A.   Yeah, that's the Nantes test criteria.
2    Q.   And you're familiar with that?
3    A.   Yes, I am aware of how it was done.
4    Q.   All right.  Pain in the area enervated by
5  the pudendal nerve.  Jennifer has that, correct?  She
6  has pain in the area enervated by the pudendal nerve.
7    a.   In one of the segments.
8    Q.   So, she has that.  Pain more severe with
9  sitting.  She has that, does she not?
10    A.   Yeah, actually I have searched on that
11  pain when she was sitting, and there is no description
12  before her surgery that she required to sit on any type
13  of cushion.  The only time that she had described that
14  she had to sit on a cushion was afterwards.
15    Q.   Was after the Zimmern?
16    A.   After her explanative surgery.
17    Q.   You agree she meets all the Nantes
18  criteria?
19    A.   No, I do not agree because there's
20  testimony on Dr. Kelly Scott's deposition that pain
21  that does not awaken patients from sleep is not a
22  criteria that she has.
23    Q.   So she's got four of the five, which in
24  Dr. Scott's opinion was enough to include her and
25  diagnose her with pudendal nerve injury, correct?

Jaime Sepulveda, M.D.

Page 286

1       A.   Yes, and this is the situation that we
2   find with a Nantes criteria.  This is a criteria that
3   is not based on evidence, it was put together on a
4   weekend in September of 2006, two days.  That's what
5   they took to come up with the criteria.
6       Q.   So you're criticizing the Nantes
7   criteria?
8       A.   Yes, I am.
9       Q.   Will I find that anywhere in your report,
10  that you criticize the inclusion criteria?
11      A.   When I look at the --
12      Q.   Just answer my question, Doctor.  Will I
13  find in your report anywhere your criticism of the
14  Nantes criteria?
15      A.   No, you will not find it in the report.
16      Q.   Now, would you look at the associated
17  signs for pudendal neuralgia?
18      A.   Yes.
19      Q.   Referred sciatic pain, do you see that?
20      A.   Yes.
21      Q.   Tell me how referred sciatic pain would
22  be described by a patient.
23      A.   The patients describe pain as the sciatic
24  nerve.
25      Q.   I know, but if I was describing sciatic

Page 287

1   pain, how would I describe it?
2       A.   It's a pain that comes through the back
3   and goes down.
4       Q.   Down the leg?
5       A.   Down the leg, yeah.
6       Q.   Just the way Jennifer reported it,
7   correct?
8           MS. GALLAGHER:  Object to form.
9       A.   No, she reported the pain to be in the
10  front, to the medial aspect down the leg.
11  BY MR. FREESE:
12      Q.   And you think she's not reported what,
13  from a layman's standpoint what would be described as
14  sciatic pain?
15      A.   Not as typical sciatic pain, no.
16      Q.   Okay.  Urinary frequency with full
17  bladder.  Does she have that?
18      A.   There's no urodynamics to confirm that.
19      Q.   Well, does she report urinary frequency
20  with a full bladder, yes or no?
21      A.   She feels she does not empty completely.
22      Q.   I'm talking about frequency.
23      A.   I don't recall her frequency is with a
24  full bladder, there is no description of that.
25      Q.   She reports frequency all the time,

Page 288

1   doesn't she?
2       A.   She has reported urinary frequency, just
3   that it has not been with a full bladder like you just
4   represented.
5       Q.   Dyspareunia or pain after intercourse.
6   Do you see that?
7       A.   Yes.
8       Q.   She reported that since way before Dr.
9   Zimmern did his surgery, did she not?
10      A.   She reported dyspareunia actually before
11  Dr. Reyes' surgery.
12      Q.   Doctor, listen to my question.  She
13  reported dyspareunia and described it as pain after
14  intercourse, did she not?
15      A.   I don't recall the pain after
16  intercourse.  I do recall the dyspareunia.
17      Q.   Will you at least defer to her in her
18  deposition if she said that she described part of the
19  dyspareunia as pain after intercourse?
20      A.   I would defer to her description.
21      Q.   And you wouldn't dispute that, correct?
22      A.   I would not dispute her description.
23      Q.   And you agree that me that's an
24  associated sign of pudendal nerve injury, is it not,
25  that is dyspareunia or pain after intercourse?

Page 289

1       A.   I agree that this is disclosed in this
2   article here.
3       Q.   And you will agree with me that she
4   reported it in her deposition and reported it in
5   medical records prior to Dr. Zimmern's surgery,
6   correct?
7       A.   She reported dyspareunia before her
8   explant surgery, yes.
9       Q.   And reported dyspareunia after sex before
10  Dr. Zimmern's surgery?
11      A.   I just answered that, I don't recall
12  that.
13      Q.   If she said it, then you accept it?
14      A.   I would have to defer to her.  I just
15  said I would defer to her.
16      Q.   Thank you.  Now, Doctor, am I correct
17  that your reference point in determining the cause of
18  the pelvic pain is always that it cannot be caused by
19  the mesh because it's your opinion that it's always the
20  mesh itself cannot cause pain?
21          MS. GALLAGHER:  Object to form.
22      A.   Yes, the mesh itself don't cause, don't
23  cause pain.
24  BY MR. FREESE:
25      Q.   But that's an opinion you hold across the

73 (Pages 286 to 289)

Jaime Sepulveda, M.D.

Page 290

1  board no matter what woman you're looking at, it is the
2  opinion of Jaime Sepulveda that mesh cannot cause pain,
3  you go into your differential diagnosis holding that
4  opinion, correct?
5       MS. GALLAGHER: Object to form.
6  BY MR. FREESE:
7       Q.  Just answer that question.  Do you go
8  into your differential diagnosis holding that opinion?
9       MS. GALLAGHER: Object to form.
10      A.  Well, I go into the differential
11 diagnosis understanding that there is no evidence that
12 just a single implantation of a mesh implant by itself,
13 with no other procedures, would cause pain.  And that's
14 going to be, and I do understand that it's going to be
15 a very difficult test to do and a difficult thing to
16 obtain, it will require inference, so I do understand
17 the limitations of the science in that.
18 BY MR. FREESE:
19      Q.  Okay, and just so we're clear, if you're
20 going to do a differential diagnosis, mesh causing the
21 pain or mesh causing dyspareunia or mesh causing groin
22 pain or mesh causing pudendal nerve injury, you're
23 always going to find something other than mesh because
24 you don't believe mesh can ever cause any of that
25 anyway?

Page 291

1       MS. GALLAGHER: Object to form.
2       A.  I would look at the whole patient.  In
3  other words, I would not just look at mesh as the cause
4  because it's not as simple as just mesh causing pain.
5  BY MR. FREESE:
6       Q.  I understand that, but when you do a
7  differential diagnosis, you've already concluded that
8  it doesn't cause it, so therefore it cannot be the
9  cause of any complication that any woman suffers,
10 correct?
11      MS. GALLAGHER: Object to the form.
12      A.  If I can exclude all the other causes, I
13 can rule out all the other causes, and the only one I'm
14 left with is mesh, I will conclude that.
15 BY MR. FREESE:
16      Q.  Okay, but you've always concluded it's
17 never mesh because you hold the opinion it's always
18 something else other than the mesh causing the
19 complications?
20      MS. GALLAGHER: Object to form.
21 BY MR. FREESE:
22      Q.  Fair?
23      A.  I have found, I have found, I have found
24 in almost every instance other causes of pain, and I
25 find that on the cases that I review, and I also found

Page 292

1  that on the patients that are referred to me.
2       Q.  One hundred percent of the time, you
3  found something other than mesh causing an adverse
4  complication?
5       MS. GALLAGHER: Object to form.
6       A.  So far, is what I have seen.
7  BY MR. FREESE:
8       Q.  And the reason you hold that opinion, Dr.
9  Sepulveda, is because you don't believe that there's
10 any science supporting the concept that mesh by itself
11 can cause pain.  Fair?
12      A.  The reason why I hold, I hold this
13 opinion is because when I look at the whole clinical
14 picture, when I look at all the data that has been
15 published and when I look at what has been published
16 about mesh by itself causing pain, I cannot conclude,
17 based on all the evidence that I have, that mesh by
18 itself is what causes pain.
19      Q.  Because you believe there's no science
20 that says mesh by itself causes pain, correct?
21      A.  Right, mesh by itself does not cause
22 pain.
23      MR. FREESE: Let's take a break.
24      (Break was taken from 4:05 p.m. to 4:20
25 p.m.)

Page 293

1       MR. FREESE:  We marked the thumb drive as
2  Exhibit 15.  The password for Exhibit 15 is
3  capital S, Sepulveda 1234 exclamation point.
4  BY MR. FREESE:
5       Q.  Dr. Sepulveda, back to your report.  It
6  is your opinion that Dr. Zimmern's surgery caused the
7  pudendal nerve injury because he got into the
8  ischiorectal fossa, that's what you were talking about,
9  that's i-s-c-h-i-o-r-e-c-t-a-l, fossa, f-o-s-s-a,
10 correct?
11      A.  Yes, the ischiorectal fossa is also known
12 as ischioanal space.
13      Q.  And it's your opinion that Dr. Zimmern
14 got his finger in the anal rectal space, or the anal
15 fossa space?
16      A.  Yes, on the dissection, if you have a
17 patient that has very little fibers on the levators,
18 you can easily get to that space.
19      Q.  And it doesn't matter whether or not
20 there was a levator muscle avulsion or not, he still
21 could have gotten to the ischiorectal fossa with his
22 finger, whether or not there was a muscle avulsion?
23      A.  I believe that the muscle avulsion in
24 that area just made it much more accessible.
25      Q.  I understand, but could he have gotten to

74 (Pages 290 to 293)

Jaime Sepulveda, M.D.

Page 294

1  that space with his finger if it wasn't for a muscle
2  avulsion?
3      A.  Yes, I think it would be less likely for
4  him to get there.  You can always get there as, without
5  an avulsion.  When you dissect in cadavers and you get
6  to that space from the obturator space, it doesn't
7  always have a levator avulsion.
8      Q.  So it doesn't matter whether or not
9  there's an avulsion here in Jennifer or not, it's still
10  Dr. Zimmern's finger in the ischiorectal fossa that
11  caused the pudendal nerve injury?
12      A.  Yes, there was, there was a manipulation
13  of that space where the pudendal nerve sits that caused
14  that injury.  To what degree the levator avulsion
15  contributed to it, that's why I can not give you a
16  certainty.
17      Q.  Okay.  And am I correct that you have
18  never seen a pudendal nerve injury caused by the way
19  you're describing this in your career, correct?
20      A.  No, I have not seen it.
21      Q.  And you have never seen any literature
22  describing a pudendal nerve injury being caused by a
23  surgeon's finger going into the ischiorectal fossa?
24      A.  No, I have not seen it described with an
25  explantation surgery.

Page 295

1      Q.  And it's never been described at a
2  conference or a society?
3      A.  No.
4      Q.  There's been no case studies?
5      A.  No reports of, of this, of an
6  explantation causing pudendal nerve injury.
7      Q.  So, if a jury is to accept the
8  reliability that Dr. Zimmern's finger dissection caused
9  the pudendal nerve injury, it would be the first time
10  in medical history, in this world, that you know of, of
11  that ever happening, correct?
12          MR. WALKER:  Object to form.
13      A.  It has not been reported, to my
14  knowledge.
15  BY MR. FREESE:
16      Q.  Listen to my question.  It will be the
17  first time in the medical history of this world that a
18  pudendal nerve injury was injured by a surgeon's finger
19  getting into the ischiorectal space during a mesh
20  removal, correct?
21          MR. WALKER:  Objection.
22      A.  Yeah, that would be, that would be, there
23  have been no reports, but whatever the jury decides
24  obviously isn't up to me you or me, it's up to the
25  jury.

Page 296

1  BY MR. FREESE:
2      Q.  I understand, but if they decide it, they
3  will be deciding something that you have never seen,
4  that's never been reported, there's no study, there's
5  no literature anywhere saying that a pudendal nerve
6  injury can be caused this way, and they would have to
7  accept for the first time in mankind known your opinion
8  that the pudendal nerve injury was caused by Dr.
9  Zimmern's finger.  Correct?
10          MR. WALKER:  Objection.
11      A.  Either by his finger, or in the thousands
12  of cases of TVTO, or in the few that has been resected,
13  there has not been a reported pudendal nerve injury.
14  BY MR. FREESE:
15      Q.  By a surgeon's finger?
16      A.  By a surgeon's finger or an
17  instrumentation during an explantation.
18      Q.  You're saying finger, there's been no
19  pudendal nerve injury ever caused by anything a doctor
20  was trying to do in explanting a mesh?
21      A.  Yes, but I can, I can tell you that the
22  only person that knows what instrument was, was used
23  ultimately would be Dr. Zimmern.
24      Q.  That's what I asked you.  You said your
25  best opinion is it was his finger.

Page 297

1      A.  That is my best opinion.
2      Q.  Does it matter to your opinion whether or
3  not it was a finger or an instrument?
4      A.  No, no.
5      Q.  If it was a finger or a blunt instrument,
6  scissors, scalpel, it was the dissection into the
7  ischio fat fossa?
8      A.  Yes.
9      Q.  That caused the pudendal nerve injury?
10      A.  Yes.  That irritated the pudendal nerve.
11      Q.  And if Dr. Zimmern didn't get into the
12  ischio fossa during his surgery, then your opinion
13  wouldn't be reliable, would it?  If it's concluded by
14  the jury that neither his finger nor his blunt
15  instrument or anything entered into that area, would
16  you withdraw that opinion?
17      A.  If the ischio -- and that's a very
18  interesting question.  If the ischioanal fossa was not
19  entered, or the ischiorectal fossa, if it was not
20  entered, then we'll have to look for other reasons why
21  there was a pudendal nerve injury.
22      Q.  Sitting here today, do you have any, is
23  there an option B or are we only on option A?
24      A.  No, I think, I think that there's,
25  whenever you have something that happened after the

75 (Pages 294 to 297)

Jaime Sepulveda, M.D.

Page 298

1    surgery, always leads you to believe that it has do
2    with the surgery. So, if it was, if it was something
3    that caused this pudendal nerve injury before surgery,
4    it should have been diagnosed before surgery.
5           Now, there is only one, one limitation to
6    this, is that Mrs. Ramirez did not get to see Dr. Kelly
7    Scott before her surgery.
8       Q.   I mean, it is what it is. But, what I'm
9    saying is, do you have -- what's the next likely cause
10   if it wasn't Dr. Zimmern?
11      A.   It was, it was the surgery that was done
12   for the explantation. That's the most likely cause.
13      Q.   I know, I said -- but you said if it
14   turns out that he didn't get into that ischio fossa
15   space, then you would have to look for the next option.
16      A.   Which is something that happened before,
17   but I have nothing to support an opinion on that.
18      Q.   That's what I'm saying. It's either he
19   got into the ischio fossa space and caused a pudendal
20   nerve injury; if he didn't get into that space, then
21   you don't have an opinion that his surgery caused the
22   pudendal nerve injury, correct?
23      A.   Right, that's what the, that's what the
24   pudendal nerve is.
25      Q.   And you would have no opinion to what

Page 299

1    caused it then after that?
2       A.   No, I'm not aware of anything else
3    causing it is afterwards.
4       Q.   And so, if, if it, if it's proven or if
5    you're satisfied that he didn't get into that space, by
6    later testimony or later evidence, you don't have
7    another theory or another opinion about what caused the
8    pudendal nerve injury, correct?
9       A.   No, I don't have anything else that could
10   explain it, sir.
11      Q.   Like the mesh, for example, that would
12   never be your opinion?
13      A.   Well, it's, the mesh is distant from the
14   ischioanal fossa.
15      Q.   Now, Doctor, am I correct that, in the
16   time that you have consulted for Ethicon, that you have
17   been paid in excess of a million dollars by them?
18      A.   It's -- you mean over the last ten years?
19      Q.   Yes, sir.
20      A.   It may have amount to that, yes.
21           MR. WALKER: Before you go further, I do
22   have a new version that looks more readable.
23   Do you want me to email that to Tim?
24           MR. FREESE: Sure. It's Exhibit 7?
25           MR. WALKER: Yeah, well, it's the first,

Page 300

1    it's the tiny chart.
2           MR. FREESE: Yeah, you can go ahead and
3    we'll substitute it as Exhibit 7.
4    BY MR. FREESE:
5       Q.   Am I correct, Dr. Sepulveda, that in
6    certain years that you have been paid in excess of
7    $280,000 by Ethicon to provide consulting services?
8       A.   I don't believe that that's, that that's
9    accurate. It may have been now on the legal
10   consultation, but not, not before.
11      Q.   Well, how about in 2010, six years ago,
12   you're saying you've never been paid more than $280,000
13   in that year by Ethicon?
14      A.   No, they may have budgeted for that, but
15   I don't believe that they paid me that amount of money.
16           (Plaintiff's Exhibit No. 24 was marked
17           for identification.)
18   BY MR. FREESE:
19      Q.   Okay. Let me show you what I've marked
20   as Exhibit 24 to your deposition. Have you seen this
21   document before?
22      A.   Yes.
23      Q.   Okay. It says from Ron Horton and to a
24   number of people, subject, KOL usage. That's you, KOL,
25   that's Key Opinion Leader usage, correct?

Page 301

1       A.   Right.
2       Q.   And if you'll look down, this is dated
3    November 19th, 2010, correct?
4       A.   This is November 19th, 2010.
5       Q.   If you'll scroll down, you'll see
6    Sepulveda total $288,400. Correct?
7       A.   Sepulveda, 288, yes.
8       Q.   And this is not a, like a budgeted
9    contract amount. This is an email saying that, it's
10   listing the highly used KOLs and the total they were
11   paid this year. Do you see that in the first very
12   sentence?
13      A.   Yes, that's a, that says the contract
14   amount.
15      Q.   No, it doesn't. Sir, it says all, please
16   see the below list of highly used KOLs, and the total
17   pay they have received this year. Did I state that
18   accurately?
19      A.   Yes, but it says contract amount in the
20   column on top.
21      Q.   Sir, I'm not asking you to look at the
22   column. I'm asking you to look at the sentence. It
23   says the total pay they have received this year. That
24   is an existing fact, isn't it?
25      A.   No, that's what he says. I don't know if

76 (Pages 298 to 301)

Jaime Sepulveda, M.D.

Page 302

1  it's a fact.
2      Q.   I understand.  You don't have your 1099s
3  with you, correct?
4      A.   No, I don't.
5      Q.   You've objected to producing those to us,
6  haven't you?
7      A.   Yes.
8      Q.   They would show what you've been paid,
9  correct?
10     A.   No, they have other things on the 1099s.
11     Q.   We would know from your 1099s what
12 Johnson & Johnson had paid you, correct?
13     A.   No, there are other, other incomes that I
14 have.
15     Q.   You're not listening to me, sir.  I would
16 know from your 1099s -- Johnson & Johnson sends you a
17 1099, correct?
18     A.   They do send a 1099.
19     Q.   And if I had your Johnson & Johnson
20 1099s, I would know what they paid you in each year.
21     A.   I don't keep those, I just keep the tax
22 returns.
23     Q.   I'm not quibbling with you, Dr.
24 Sepulveda.  I'm just saying if I had them I would know
25 exactly how much you were paid according to them,

Page 303

1  correct?
2      A.   No, I don't think you would know that.
3      Q.   Dr. Sepulveda, I know you may not agree
4  with this, but according to them, in November of 2010,
5  you had been paid $288,000, correct?
6      A.   Yes, that's what it says.
7      Q.   You don't agree that their records are
8  accurate, correct?
9      A.   I don't recall that number.  It could be
10 that number, by the way, it could be that number.  I
11 just cannot give you one way or the other if it was
12 that number.
13     Q.   Well, they say, and this is the only
14 record I've got for that year, and it says you were
15 paid $288,000.  Correct?
16     A.   Yes, that's what, the contract amount
17 that it shows in here.
18     Q.   What percentage of your entire income was
19 it that year?
20     A.   Probably 10, 20 percent, no more than,
21 probably no more than 15.
22     Q.   So, 288,000 was no more than 15 percent
23 of your income in 2010?
24     A.   Yes.
25     Q.   And what other sources of income did you

Page 304

1  have besides Johnson & Johnson in 2010?
2      A.   Well, I'm a partner at a surgery center,
3  equal partner.  I'm also the chairman of the board of
4  that surgery center.  I am a part owner of the
5  diagnostic center.  I am a shareholder in a management
6  company with over 300 physicians.  I am also a full
7  partner in Vital M.D., which is the largest group of
8  gynecologists in the country.  Yeah, that's essentially
9  what my income -- and my, obviously my medical-surgical
10 practice where I, I work very hard.
11     Q.   Doctor, has Johnson & Johnson ever made
12 up more than 50 percent of your income in any year?
13     A.   More than 50 percent?
14     Q.   Yes, sir.
15     A.   No.
16     Q.   You got divorced in 2012, did you not?
17     A.   Yes, I did.
18     Q.   Do you remember signing an affidavit in
19 your divorce saying that your income was $55,000 a
20 month in 2012?
21     A.   I don't recall that about my divorce.
22     Q.   Well, I can have it pulled for you, but
23 I'll represent to you that you signed an affidavit in
24 2012 saying your income was $55,000 a month.  Can I
25 rely on your sworn affidavit?

Page 305

1      A.   On the, on my, for my divorce?
2      Q.   Yes, sir.
3      A.   Well, they calculated that.
4      Q.   No, you signed an affidavit warranting
5  and representing that your income in 2012 was $55,000 a
6  month.  Is that a true statement?
7      A.   If I signed it, it must be a true
8  statement.
9      Q.   And if you were being paid $288,000 in a
10 year, that's almost, that's almost $25,000 a month,
11 it's more than $25,000 a month, is it not?
12     A.   No, I don't, I don't, I don't believe
13 that that's 55,000, but I also took bonuses.  The
14 income that I think you have is what I get from the
15 office from my medical practice.
16     Q.   No, sir, you represented the entirety of
17 your income was $55,000 a month in your asset
18 affidavit.
19     A.   Okay.
20     Q.   Do you stand by your affidavit that was
21 filed in Dade County court?
22     A.   Right.  Yes.
23     Q.   Okay, and it said $55,000 a month was
24 your income in 2012.
25     A.   I don't know, I haven't seen that.  Do

Jaime Sepulveda, M.D.

Page 306

1    you have it?
2        Q.   I do.  I don't have a copy of it right
3    now.  I'll supply it to your lawyer, though.
4            MR. WALKER:  We would make that request.
5            MR. FREESE:  Sure.  I'll be happy to do
6        that.
7            (Plaintiff's Exhibit No. 25 was marked
8        for identification.)
9    BY MR. FREESE:
10       Q.   Let me show you what I've marked as
11   Exhibit 25.  Did you, in 2009, did you make $388,000
12   from Johnson & Johnson?
13       A.   I don't know exactly what I made at that
14   time.
15       Q.   All right.  Because we don't have the
16   records, correct?
17       A.   No, we don't have that.
18       Q.   Look at Exhibit 25, and if you would turn
19   to page, it's the second from the back, sir.  You see
20   where it says Sepulveda total, and goes to the left,
21   $388,000?
22       A.   Yes.
23       Q.   Okay.  So, in 2009, Johnson & Johnson is
24   reporting payments to you of $388,000, correct?
25       A.   That's the number that is written there,

Page 307

1    yes.
2        Q.   And you have no reason to dispute that
3    number sitting here today, do you?
4        A.   There's -- let me see this report before
5    I, I answer your question.  So that's a contract
6    amount.  It is under the column of contract amount.
7        Q.   Well, does the column say contract
8    amount?
9            MR. WALKER:  Yeah, it does.
10   BY MR. FREESE:
11       Q.   All right, and how much were you paid in
12   2009 of the $388,000 contract amount?
13       A.   I don't know.
14       Q.   It says Arba payment.  Do you know what
15   Arba payment means?
16       A.   No, I don't know that.
17       Q.   You're not disputing that if you get a
18   contract amount of 388,000, you were paid the full
19   amount in 2009?
20       A.   I may have been paid, I worked really
21   hard through all that year.
22       Q.   I'm certain you did, sir.  I'm not
23   disputing that.  You're not disputing that you may have
24   been paid $388,000, the full contract amount, in 2009,
25   correct?

Page 308

1        A.   I may have been paid that, but I didn't
2    look into it.
3            (Plaintiff's Exhibit No. 26 was marked
4        for identification.)
5    BY MR. FREESE:
6        Q.   Okay.  Now, let's look at Exhibit 26 to
7    your deposition.  Do you recall that, and you may not
8    even know this, that you were one of the highest paid
9    KOLs in 2009 and therefore, Johnson & Johnson put
10   together some, some rules that your pay had to be
11   approved by the top executives of the company, did you
12   know that?
13       A.   No.
14       Q.   Do you know who Gary Pruden is?
15       A.   No, I never, I don't recall ever meeting
16   or knowing.
17       Q.   Did you know he was, if not the one of
18   the top executives in Ethicon?
19       A.   No, I didn't know that.
20       Q.   All right, if you turn to the second
21   page, you see where, December 22nd, 2009, it says, that
22   your, Dr. Sepulveda's contract was submitted for
23   $286,650 for the period of January 25th, 2010, through
24   January 31st, 2011, which Gary verbally approved, do
25   you see that?

Page 309

1        A.   I see that.
2        Q.   And you don't dispute that you were given
3    a contract for $286,000 for calendar year 2010,
4    correct?
5        A.   I have no reason, no basis to dispute one
6    way or the other.
7        Q.   Do you think over 10 years you may be
8    pushing $2 million from them?
9        A.   No, I don't think so.
10       Q.   I showed --
11       A.   But I'm sure that you're, somehow you're
12   going to find a way to calculate the whole thing, but I
13   don't recall making that.  All I know is that I work
14   really hard, I do well on my practice, and I put every
15   effort in everything I do, a hundred percent.
16       Q.   I'm not suggesting you don't, Doctor, but
17   I've shown you three documents in just three years that
18   are pushing at a million dollars.  So over 10 years you
19   think you might be pushing $2 million?
20       A.   I cannot testify one way or the other
21   because I haven't looked into it.
22       Q.   How about $10 million, do you think you
23   might have been paid $10 million in 10 years?
24       A.   No, I think I would have been retired if
25   that was the case.

78 (Pages 306 to 309)

Jaime Sepulveda, M.D.

Page 310

1    Q.   So you know it's not $10 million, right?
2    A.   No, it's not.
3    Q.   How about $5 million?
4    A.   I don't think so, either.
5    Q.   You're between 1 million and 5 million?
6    A.   I don't, I don't think it could get close
7    to 2 million.  I, I may have made a million, which is
8    what you say.
9    Q.   Well, I've just shown you three years and
10   it's a million, correct?
11   A.   Yeah, those are very active years, very
12   busy years.
13   Q.   So, but it could be as much as 2 million
14   but you don't think it's over 2 million?
15   A.   Right, I don't think so.
16        MR. FREESE:  I think I'm going to stop,
17        Tim's got some questions, and I think we'll be
18        done with Dr. Sepulveda.
19        CROSS EXAMINATION
20   BY MR. GOSS:
21   Q.   Dr. Sepulveda, we've met several times
22   before, but for the record I'm Tim Goss, and I also
23   represent the plaintiff.  I just have a few questions
24   for you regarding the IFU.
25   A.   Yes, sir.

Page 311

1    Q.   First of all, do you intend to offer any
2    opinions regarding the IFU from the TVTO?
3    A.   My only opinion is my, my own use, and
4    how it was used on the cadaver.  That's the extent of
5    my opinions on the IFU.
6    Q.   So you don't intend to offer any opinions
7    regarding whether the IFU adequately set forth the
8    risks relating to the TVTO?
9    A.   I have the reasons I explained there and
10   we already went through that today.  So I don't have
11   any addition to it.
12   Q.   You're not a regulatory expert?
13   A.   No, I don't make a living or bill for
14   regulatory advice.
15   Q.   And I might be able to short circuit
16   this.  As I understand it, you may have some opinions
17   as to what doctors look for in an IFU, but you don't
18   have, you're not going to offer any opinions as to what
19   the FDA or any regulatory outfit or what standards in
20   the industry side are for what goes into an IFU?
21   A.   I agree with that.
22   Q.   Okay.  Well, that's going to make this
23   quick.  Do you, from the doctor's perspective, does a
24   doctor expect that the IFU will be fair and balanced?
25   A.   Yes.

Page 312

1    Q.   And does a doctor expect that the IFU
2    will include those adverse risks that are reasonably
3    associated with the product?
4    A.   Yes, just the way you said it.
5    Q.   Do you believe that if a company has two
6    different products, that both do the same thing and
7    have the same efficacy, but one has a greater risk than
8    the other, that the company should only offer doctors
9    that product with the less risk?
10   A.   I think that, for each product, each
11   doctor needs to be trained and each should be made
12   aware of the details of the product.
13   Q.   Okay, and I really don't want to hide the
14   ball on this.  I think you know where I'm going on
15   this.  I understand that you believe, it's your opinion
16   that laser-cut mesh and mechanically-cut mesh have the
17   same efficacy and have the same risks?
18   A.   Yes.
19   Q.   Okay.  I want you to assume
20   hypothetically for me that they have the same efficacy,
21   but one has a greater risk profile than the other.
22   Should the company only offer the one with the less
23   risk profile?
24   A.   I think that the risk profile needs to be
25   defined.  The surgeons using it need to research and

Page 313

1    then give, tell them this is what we have for, this is
2    a set of our problems or advantages that we have with
3    each one.  Obviously we want to use whatever is more
4    advantageous, in our hands, more for our patients.
5    Q.   But if science reflects, the medical
6    sciences reflect that the risks for one is greater than
7    the other, shouldn't the company only offer the product
8    that has the better risk profile?
9    A.   There's, if it's well defined with
10   medical science that there's one advantage of one over
11   the other, I think the company will have to decide
12   which one they're going to offer, because I don't see
13   any surgeon using any, any product that have a higher
14   risk profile except in those situations in which those
15   surgeons say this doesn't apply to me and this will
16   work better in my hands.
17   Q.   If the company internally believed that
18   the risk was greater for one than the other, wouldn't a
19   reasonable manufacturer decide to only offer the
20   product with less risk?
21        MR. WALKER:  Object to form.
22   A.   I believe that they may as well decide
23   that, yes.
24   BY MR. GOSS:
25   Q.   And as a doctor, you would hope that they

79 (Pages 310 to 313)

Jaime Sepulveda, M.D.

Page 314

1     would decide that?
2          A.   I would, if, let's say that in the
3     hypothetical scenario that they have a product that
4     they decide not to, not to produce, I'll have the
5     option of using what they give me or go to another company
6     that would offer me the product that I need.
7          Q.   If there was a substantial -- strike
8     that.
9               If there was a risk that was reasonably
10    associated with laser-cut mesh that wasn't associated
11    with -- strike that.
12              If there was a risk that was reasonably
13    associated with mechanically-cut mesh that was not
14    associated with laser-cut mesh, would the doctors
15    expect the company to put that in the IFU?
16              MR. WALKER:  Object to the form.
17         A.   If that's something that's scientifically
18    valid, yes.
19    BY MR. GOSS:
20         Q.   And if the company internally believed
21    that, would the doctors expect the company to put that
22    in the IFU so that the doctors could make their
23    decision?
24              MR. WALKER:  Object to the form.
25         A.   I would expect scientifically valid

Page 315

1     information from Ethicon or from any other company.
2     BY MR. GOSS;
3          Q.   And if the company internally believed
4     that the risk was greater for one than the other, the
5     doctors would at least expect the company to put that
6     in the IFU so the doctors could make their own
7     decision?
8               MR. WALKER:  Object to the form.
9          A.   If they validate that information, yes.
10    In other words, I don't want information from them that
11    was not validated.
12    BY MR. GOSS:
13         Q.   Well, you want to know what their
14    internal opinions are, don't you?
15         A.   I want to know what's scientifically
16    validated.
17         Q.   You don't care what their internal
18    opinions are?
19         A.   The dynamics that they may have between
20    them is less important to me than the actual science
21    behind it.
22         Q.   Well, you would expect them to have
23    science to support their opinions?
24         A.   Yes.
25         Q.   Do you plan to offer any opinions as to

Page 316

1     whether or not polypropylene mesh degrades?
2          A.   I may be asked questions about it.  I
3     think I have testified already last week on, on, on the
4     degradation of polypropylene.
5          Q.   But you're not a polymer scientist?
6          A.   No, I'm not a polymer scientist.
7          Q.   And there are others that are more
8     qualified than you to testify about whether or not
9     polypropylene degrades?
10         A.   I think that as a surgeon, there is a
11    very limited information that we can give about
12    degradation.
13         Q.   And that would be including yourself?
14         A.   Yes, we don't have that information one
15    way or the other.
16              MR. GOSS:  Thank you, Doctor.
17              CROSS EXAMINATION
18    BY MR. FREESE:
19         Q.   Dr. Sepulveda, we were talking briefly
20    about the particle loss.  Remember the discussion we
21    had about Jennifer's TVTO sling, and you said Dr. Reyes
22    reported he didn't see any particles.  Do you remember
23    that discussion?
24         A.   Yes.
25         Q.   Is the phrase linting the same thing as

Page 317

1     particle loss in your mind?
2          A.   Which?
3          Q.   Is the word linting, l-i-n-t-i-n-g, does
4     that mean the same thing as particle loss?
5          A.   No, I don't have -- linting.  I've never
6     heard that term before to describe any particle loss.
7          Q.   Have you ever even heard the term linting
8     in connection with, with polypropylene mesh?
9          A.   No.
10         Q.   And in connection with mechanically-cut
11    mesh versus laser-cut mesh?
12         A.   No, I'm not familiar with that.
13         Q.   What about the phrase denaturing,
14    d-e-n-a-t-u-r-i-n-g?
15         A.   No, I don't -- denaturing, I know
16    chemically from my chemistry what denaturing is, but
17    that's not as it relates to a sling.
18         Q.   To the context of a sling, does the word
19    denaturing mean anything to you at all?
20         A.   No, it doesn't resonate as anything that
21    I have read on the slings.
22         Q.   And what about linting, does that
23    resonate in your mind anything as it relates to mesh to
24    you?
25         A.   No.

80 (Pages 314 to 317)

Jaime Sepulveda, M.D.

Page 318

1    Q.   And you've never described or had anybody
2  describe to you particle loss as linting or denaturing?
3    A.   Yeah, I don't have, I haven't heard any
4  surgeon describing linting or denaturing.
5    Q.   Can we agree that particle loss is an
6  unwanted feature of a mesh?  You don't want particle
7  loss, correct?
8    A.   It's, it's an unwanted feature, but it's
9  something that it may appear with the, with the high
10 pore monofilament that are needed.
11   Q.   Do you have an opinion whether or not
12 particle loss is clinically significant?
13   A.   No, I don't have an opinion to base on
14 that, how significant particle loss is.
15   Q.   Okay.  In other words, particle loss
16 could be clinically significant or it might not be, you
17 just don't know because you've never studied it?
18   A.   In the surgical scenario, particle loss
19 would be significant only if it reduces the actual
20 length of my sling.
21   Q.   Or increases the foreign body reaction,
22 correct?
23   A.   When you're talking about foreign body
24 reaction, I would expect to, to see in an ultrasound or
25 an MRI, with as good as a resolution as it is, I would

Page 319

1  like to see any reaction from a particle loss.
2    Q.   I understand you'd like to, but my
3  question is a little more simple.  You don't have any
4  opinions whether or not particle loss on TVTO or any
5  midurethral sling is ever clinically significant,
6  correct?
7    A.   I don't have an opinion on clinical
8  significant.  Actually, I don't think it has been
9  quantified.  That's why I can't offer an opinion.
10   Q.   And you've never seen any study by
11 Ethicon trying to determine whether or not particle
12 loss has any clinical significance, correct?
13   A.   I'm not aware of any study correlating
14 particle loss or foreign body reaction from the
15 particle loss to the final outcome of a sling.
16   Q.   Okay.  And if there was a clinical
17 significance to particle loss, you'd want to know about
18 it, would you not?
19   A.   I would like to learn about it.
20   Q.   Doctor, do you remember meetings, Voice
21 of Customer meetings at Ethicon?
22   A.   That's a marketing term, Voice of
23 Customers.
24   Q.   You know what VOC means, Voice of
25 Customers?

Page 320

1    A.   Yes.
2    Q.   And have you ever participated as the
3  voice, as the customer in Ethicon meetings?
4    A.   At some point they may have asked me and
5  that's the way they would write it down.
6        (Plaintiff's Exhibit No. 27 was marked
7        for identification.)
8  BY MR. FREESE:
9    Q.   Let me show you Exhibit 27 to your
10 deposition, sir.  You see this memo, VOC on New
11 Laser-Cut TVT Mesh?
12   A.   Yes.
13   Q.   And it's to Paul Parisi and Kevin Mahar,
14 do you see that?
15   A.   Yes.
16   Q.   Do you know those men?
17   A.   Yes.
18   Q.   It says here qualitative one on ones on
19 the topic the laser-cut mesh versus traditionally-cut
20 mesh were completed the weekend of December 10 and 11
21 with several preceptors:  Dr. Vince Lucente, Dr. David
22 Robinson, Dr. Dennis Miller, Dr. Jim Raders, Dr. Bob
23 Rogers, Dr. Jaime Sepulveda, Dr. Chip Hanes, and Dr.
24 Aaron Kirkomo.
25   A.   Yes.

Page 321

1    Q.   Do you recall this meeting?
2    A.   No.
3    Q.   Okay.  Laser-cut mesh was introduced in
4  2006, is that right?
5    A.   I don't know.
6    Q.   Do you know Allison London Brown?
7    A.   I met Allison, yes.
8    Q.   Okay.  And who is she?
9    A.   She, says here she is a program director.
10 She was, yes, program director then.
11   Q.   Do you know Paul Parisi?
12   A.   Yes.
13   Q.   Who is he?
14   A.   He was I believe a liaison with
15 physicians.
16   Q.   And Kevin Mahar, who is he?
17   A.   Kevin may have been a salesperson.
18   Q.   All right.  Do you see on the second page
19 it says, quote, "denaturing/linting"?
20   A.   Yes.
21   Q.   Only four of the doctors to whom I spoke
22 had previous personal issues with linting factor, but
23 all expressed concern with it on behalf of other
24 colleagues who may have experienced negative problems
25 with it.  Dr. Rogers made note that some peers may

81 (Pages 318 to 321)

Jaime Sepulveda, M.D.

Page 322

1 replace the first mesh if linting occurs, as they are
2 concerned with leaving particles in their patient. Dr.
3 Sepulveda said he had noticed the linting in patients
4 after their next-day adjustment. All noted with some
5 prompting that this was definitely a needed
6 improvement. Do you see that?
7     A. Yeah, I don't know what she means by
8 next-day adjustment or linting.
9     Q. Well, you were quoted by Allison London
10 Brown as saying that you had noticed linting in
11 patients. Do you see that?
12     A. Not only did Allison London Brown quoted
13 me on next-day adjustment, which I have never, I don't
14 know what next-day adjustment is, she spelled my name
15 wrong, too.
16     Q. Okay. So, you don't deny being at this
17 meeting?
18     A. I don't even know if I was at this
19 meeting. I can tell you that this, this is not, I
20 cannot remember and this is inaccurate.
21     Q. All right. It says denaturing and
22 linting, correct?
23     A. I don't ever remember -- I don't use the
24 term linting.
25     Q. Sir, the document says denaturing and

Page 323

1 linting, does it not?
2     A. Right.
3     Q. And it says Dr. Sepulveda said that he
4 had noticed the linting in patients. First of all, had
5 you ever noticed particle loss in patients?
6     A. I had seen one or two particles, yes, but
7 it doesn't make a difference in my sling.
8     Q. I'm just asking, have you seen particle
9 loss before?
10     A. Yes, I have seen particle loss before.
11     Q. Is that a wanted or unwanted event when
12 you're placing a synthetic sling?
13     MR. WALKER: Objection.
14     A. That is a, that is an event that we used
15 to recognize as part of the open weave meshes.
16 BY MR. FREESE:
17     Q. Now, you can tell from the context here
18 that denaturing and linting is synonymous with leaving
19 particles in the patient, correct? That's what it
20 says?
21     A. No, I can not conclude this from that.
22     Q. It says Dr. Rogers made note that some
23 peers may replace the first mesh if linting occurs,
24 comma, as they are concerned with leaving particles in
25 the patient. Do you see that?

Page 324

1     A. And I don't recall --
2     Q. I understand that, Doctor. Listen to my
3 question. According to Allison London Brown, in a
4 meeting you were at, Dr. Rogers was equating linting
5 with particle loss, correct?
6     A. Yes.
7     Q. Okay, and she reports that you had
8 noticed this linting in your patients, correct?
9     A. She records that I have seen linting.
10     Q. And says at the next-day adjustment, and
11 you say that just never happened, you never reported
12 this to Allison London Brown?
13     A. I don't use linting as a word.
14     Q. Sir, I'm just asking you, you never
15 reported to Allison London Brown that you had seen
16 particle loss in patients after their next-day
17 adjustment?
18     A. I do not recall reporting this to Allison
19 London Brown.
20     Q. Did she just make this up or lie or what?
21     MR. WALKER: Objection.
22     A. I don't even know what she did. I just
23 tell you what I can tell you, that I don't recall ever
24 mentioning this to her.
25 BY MR. FREESE:

Page 325

1     Q. She says all, so that would include you,
2 right? All noted with some prompting that this was
3 definitely a needed improvement. Do you see that?
4     MR. WALKER: Object to form.
5     A. Yes, I see that she writes that.
6 BY MR. FREESE:
7     Q. Do you agree that laser-cut mesh either
8 solved or substantially improved the particle loss
9 problem with mechanically-cut TVT mesh?
10     MR. WALKER: Object to form.
11     A. No, I think that they are two different
12 products for the sling, but we recognize that as
13 surgeons.
14 BY MR. FREESE:
15     Q. But my question is, Doctor, is, do you
16 agree that after the introduction of laser-cut mesh,
17 that it lessened particle loss that was seen with
18 mechanically-cut mesh?
19     A. Laser-cut mesh have less particle loss
20 than mechanically-cut mesh.
21     Q. And you knew it at the time that it was
22 introduced, correct?
23     A. I, basically I saw that laser-cut mesh
24 was a next generation of it.
25     Q. And, in fact, you participated as a voice

82 (Pages 322 to 325)

Jaime Sepulveda, M.D.

Page 326

1  of the customer for Ethicon, did you not?
2      A.  Well, that's what it says in this
3  document.
4          MR. WALKER:  Object to form.
5      A.  I already told you I don't recall this.
6  BY MR. FREESE:
7      Q.  Well, it says methodology included blind
8  introduction of new material for panelists, initial
9  reaction and follow-up questioning to understand
10  overall acceptance of the new material, elasticity,
11  memory, denaturing and linting.  Do you see that?
12      A.  Yeah, let me, let me read, let me read
13  this, because there's no date on this.
14      Q.  You know who has a date, don't you?
15      A.  No.
16      Q.  This guy right here.  He can tell us a
17  date.  He can probably tell us right now from his
18  laptop.  I don't have a date, I'm just messing with
19  you.  I'd give you a date if I had it, but it appears
20  to be in the year that laser cut was introduced.  But
21  you're welcome to look at the document.
22      A.  I don't recall this thing, but to the
23  best of my ability, and I'm obviously under oath, I
24  don't recall this thing.
25      Q.  But you don't dispute that it happened

Page 327

1  and that there was a contemporaneous record of this
2  meeting made, you don't dispute that?
3      A.  Well, there was a record, I just don't
4  know when this was, I don't recall using the term
5  linting, and it's just not something that I use on my,
6  on the time that I was with them.
7      Q.  Last question.  You see where it says
8  memory, without prompting, several subject, paren,
9  Lucente, Sepulveda, Rogers, Raders, Robinson, noted
10  that the new material rebounded or bounced back and
11  that this seemed unique over previous materials used,
12  TVT or competition.  Do you see that?
13      A.  Yes.
14      Q.  Does that accurately describe your view
15  of laser-cut mesh versus mechanically-cut mesh in TVT?
16      A.  I think that this is, this may have been
17  one of those meetings in which they would give you one
18  product and they would have you say what you feel with
19  it, and, really, it's not a, there's not much science
20  in it.  Now, did I see particle loss?  I think the
21  essence of your question is, did I see particle loss
22  that would make me shy away or stop using non-laser-cut
23  mesh?  No, most of the data on TVT and TVTO that I'm
24  aware of is using non-laser-cut mesh.  Do I see
25  laser-cut mesh as the next generation of mesh?  Yes, I

Page 328

1  do see that.
2      Q.  Okay.  But that really wasn't my
3  question, so that didn't really respond to anything,
4  I'll move to strike that.
5          But my question was in the memory section
6  of that document, does that refresh what your view was
7  of the laser-cut mesh whenever this meeting occurred?
8      A.  I don't recall this meeting in detail.
9  This is, if someone would have tested on me, I would
10  have failed that test.
11          MR. FREESE:  I think that's all I got.
12  I've got a lot more, but that's all for today.
13          (Witness was excused at 5:10 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 329

1  STATE OF FLORIDA,)
2  COUNTY OF PALM BEACH.)
3
4      I, the undersigned authority, certify that
5  JAIME SEPULVEDA, M.D., personally appeared before me on
6  April 8, 2016, and was duly sworn.
7
8      WITNESS my hand and official seal this 11th
9  day of April, 2016.
10
11
12  _____
13  Dorothy Linda Minor, RPR
14
    DOROTHY LINDA MINOR
15  MY COMMISSION # EE 187711
    EXPIRES:  August 8, 2016
16  Bonded Thru Budget Notary
    Services
17
18
19
20
21
22
23
24
25

83  (Pages 326 to 329)

Jaime Sepulveda, M.D.

Page 330

1   THE STATE OF FLORIDA,)
2   COUNTY OF PALM BEACH.)
3        I, Dorothy Linda Minor, Registered
4   Professional Reporter, certify that I was authorized to
5   and did stenographically report the deposition of JAIME
6   SEPULVEDA, M.D.; that a review of the transcript was
7   not requested; and that pages 7 through 328, inclusive,
8   are a true and complete record of my stenographic
9   notes.
10        I further certify that I am not a relative,
11   employee, attorney or counsel of any of the parties,
12   nor am I a relative or employee of any of the parties'
13   attorneys or counsel connected with the action, nor am
14   I financially interested in the action.
15        DATED this 11th day of April, 2016.
16
17
18        _____
19        Dorothy Linda Minor, RPR
20
21
22
23
24
25

Page 332

1        ACKNOWLEDGMENT OF DEPONENT
2        I, JAIME SEPULVEDA, M.D., do hereby
3   certify that I have read the foregoing pages, and that
4   the same is a correct transcription of the answers
5   given by me to the questions therein propounded, except
6   for the corrections or changes in form or substance, if
7   any, noted in the attached Errata Sheet.
8
9
10   _____
11   JAIME SEPULVEDA, M.D.          DATE
12
13
14   Subscribed and sworn
     to before me this
15   _____ day of _____, 20__.
16   My commission expires: _____
17   _____
     Notary Public
18
19
20
21
22
23
24
25

Page 331

1            ------
         E R R A T A
2            ------
3   PAGE  LINE  CHANGE
4   ____ ____ _____
5      REASON: _____
6   ____ ____ _____
7      REASON: _____
8   ____ ____ _____
9      REASON: _____
10  ____ ____ _____
11     REASON: _____
12  ____ ____ _____
13     REASON: _____
14  ____ ____ _____
15     REASON: _____
16  ____ ____ _____
17     REASON: _____
18  ____ ____ _____
19     REASON: _____
20  ____ ____ _____
21     REASON: _____
22  ____ ____ _____
23     REASON: _____
24
25

84 (Pages 330 to 332)

**A**

aaron 320:24
abbreviated 79:14
abbreviation
109:15
abbrevo 30:10,18
30:20 55:4,22
103:9 104:23
131:8
abbrevos 30:7,25
ability 84:8 326:23
able 13:4 51:4
72:11 92:20
139:14 142:12
147:21 148:3
196:2,7,15,22
199:13 212:14,19
252:4 268:9
311:15
abnormal 196:25
257:18 258:13,22
aboveentitled 5:2
absolutely 143:18
143:24 144:6
147:22 148:2
absorbable 113:6,8
165:7
absorbed 113:13
absorbs 113:14
171:18
academics 47:24
accept 276:4
289:13 295:7
296:7
acceptance 326:10
access 156:23
157:13,14
accessible 293:24
accompanied
138:18
accumulated 78:6
accuracy 41:5 42:1
77:23 82:19 266:8
266:15
accurate 13:14,16
35:22 41:19,20,22

42:13,25,25 46:5
50:25 78:3 97:2
149:24 171:22
197:23 300:9
303:8
accurately 35:11
84:22 85:1 249:23
301:18 327:14
accusing 264:24
acknowledgment
332:1
acog 167:20
act 160:8
action 330:13,14
active 310:11
activities 48:7 53:3
activity 25:2,3
210:2,3,5,11,15
238:13
actual 42:19 53:10
77:12 89:22
188:24,24 190:9
221:1 228:24
231:17 238:13
240:23 271:20
272:12 315:20
318:19
added 12:14,23
13:6 70:23
addition 41:7 182:1
187:12 213:25
259:18 311:11
additional 13:6,8
13:15 257:23
259:14
additionally 257:20
259:11
address 81:4 141:5
addressed 136:13
addresses 280:18
adductor 133:10,11
228:2,2
adequate 138:22
adequately 221:7
311:7
adhesions 237:25

281:22 282:14
adjustment 322:4,8
322:13,14 324:10
324:17
admits 184:24
advantage 198:6,8
198:10 313:10
advantageous
313:4
advantages 313:2
adverse 36:22 37:4
41:10 91:17 140:1
140:8,19 141:15
143:16 144:25
145:20 178:6
292:3 312:2
advice 311:14
affairs 142:16
148:13 149:1,16
150:11 157:17
affidavit 304:18,23
304:25 305:4,18
305:20
affirm 8:25
affirmed 9:7
age 172:21,22
aggravated 209:22
ago 12:2,25 65:13
72:22 73:19
105:18 116:18
117:1,5 123:16
177:4 178:2,3
193:23 241:9,24
300:11
agree 37:22,24 38:1
39:15,17,19 41:24
49:4 55:14 56:18
56:19 58:17,25
62:9 66:14 69:7
69:14,25 78:9
79:1,3,7 82:14
85:25 92:15,18,19
93:13 94:11 97:14
98:10 109:6,8
115:15,16 118:12
119:19,19,21

120:25 130:17
131:4,9,11 132:15
139:4,14,23 140:3
140:6,11,17,24
141:13,19,25
142:10,11 143:21
144:4,5,7,13,20
145:11,12 146:10
146:13,23 148:9
152:4 153:23,23
170:4,7 186:19
191:3 192:9,22
195:5 200:18
204:5,16,20,25
207:7,10,11,14
216:17 243:24
244:4 245:22
248:2,15 251:12
260:1 261:23
263:18 269:4,8
274:23 275:7
276:20 279:22
280:4 283:4,6
285:17,19 288:23
289:1,3 303:3,7
311:21 318:5
325:7,16
agreed 38:23 78:12
agreeing 105:14
agreement 147:21
agrees 145:15
ahca 23:16,16
ahead 11:23 15:8
16:8 35:23 37:11
80:2 150:23
155:23 198:6,9
211:14 223:13
250:13 251:20
300:2
air 46:16
al 7:6
alba 99:22
alleges 172:1
allen 5:11,14 6:4
alleviated 283:3
allison 321:6,7

322:9,12 324:3,12
324:15,18
allow 83:6 221:7
allowed 139:5
239:22 259:25
allows 37:2
alternative 159:21
163:15,20 164:5
164:11 168:7
269:17
amarenco 274:19
ambiguous 107:15
american 25:10
26:18
ami 106:5,7,12,18
106:24 107:1,4
amount 42:24
299:20 300:15
301:9,14,19
303:16 307:6,6,8
307:12,18,19,24
ams 127:11,13,15
127:18 185:22
anal 265:19 293:14
293:14
analysis 40:9,19
41:13 42:19 83:23
91:5 93:4 104:18
164:6
anatomic 264:10
268:4
anatomical 61:24
62:1,4 135:5
anatomically 137:6
anatomy 63:19
134:8,15,16 135:9
135:11 154:12,16
aniulene 93:18
answer 35:8,11,16
35:21,22 36:16
47:4 60:11 62:18
67:4 80:20,21
88:18 93:23
117:13,19 121:2,5
121:20 128:19
143:21,24 144:6,7

145:4,9,13 146:3
146:3,22 147:20
152:21 153:11
155:22 160:15
199:23 217:1
241:22 250:10
254:11 255:4
266:13 269:12
286:12 290:7
307:5
answered 121:3
152:24 153:4
289:11
answering 163:22
164:9,12 181:20
252:8
answers 332:4
anticipate 17:25
anticipated 65:23
antonio 58:21
anybody 28:24
33:23,25 318:1
anybodys 94:12
118:14
anymore 31:4,11
31:12 32:9,12,12
32:14,15,21,22,24
61:4 152:23
anyway 290:25
apologize 60:6
268:8
appear 149:15
219:4 236:17
237:7 318:9
appearances 6:1
appeared 89:11
329:5
appearing 5:9,16
6:2
appears 121:8
236:21 237:5
241:3 326:19
appendix 2:22
89:22
applicable 177:10
application 25:24

27:5 28:10,19
47:6 161:2 162:19
163:4 164:12,13
applications 78:19
78:21 105:6
160:21 161:8
165:20,24
applied 281:8
apply 27:14 313:15
appreciate 268:16
approach 30:22,23
81:12 82:1 84:13
133:4 203:5
approached 211:2
211:4
appropriate 58:18
58:24 199:21
261:21
appropriately
139:25 143:15
approval 62:17
approve 38:10 71:2
71:3
approved 308:11
308:24
april 1:13 5:7 7:6
12:2,24 90:12
329:6,9 330:15
arba 307:14,15
arcus 226:14,17
area 50:6 68:25
135:23 182:19
184:7,9 185:8
197:10,11 226:15
239:19 244:19
256:22 260:25
264:21 265:12,13
265:16 266:6
268:11 280:25
285:4,6 293:24
297:15
areas 159:23
205:15,16 244:17
arena 70:4
arent 219:15
232:21,24

arguing 194:22
argument 123:4
arising 214:25
arms 81:19,19
arousal 276:18
arrangement
226:16
arrival 59:4
arrow 224:5 228:8
231:10
arrows 233:4
article 3:20 80:7
88:19 123:2,6,10
125:11,24 128:23
129:6,8,9 154:16
215:13,15 216:2,9
217:2,6 230:3,19
256:7 274:8,10,15
274:16 275:9,9
278:24 279:1
280:17 281:6
282:17,20,22
283:9,16,17,18,19
283:23,23 284:1,3
284:10,11,12,14
284:16,19 289:2
articles 12:16,17
13:1,2,8,20 14:5,6
58:10 154:10,11
154:18,22 216:4
arts 23:4
ascertain 139:6
ascribe 204:21
asked 15:25 35:19
37:12,17 60:2
64:5 73:6 79:20
116:21,23 117:14
120:25 143:23
144:7 153:10,17
182:7 234:11
254:10 296:24
316:2 320:4
asking 38:22 44:25
51:4 64:11 74:6
77:7 85:1 95:24
97:7 104:11,21

106:17,23 107:19
108:7 114:5
121:17,17 141:13
144:5 148:19
150:18 163:16
164:2 167:4
174:11 183:3
189:7 198:23
225:22 241:16
277:24 282:9
301:21,22 323:8
324:14
aspect 269:11
287:10
assertion 167:15
assess 43:4,13
assessed 238:7
assessment 197:21
198:14 237:22
238:15 239:7
assessments 237:15
237:17
asset 305:17
associated 57:19
140:5 202:21
278:15,16,18
286:16 288:24
312:3 314:10,10
314:13,14
association 26:18
28:1
assume 77:22
312:19
assuming 75:22
77:20
atfp 205:8
atkerson 258:18
attached 14:15
218:17 332:7
attachment 261:13
attachments 3:23
attempt 75:8 276:2
277:18
attempted 201:23
attempting 201:15
250:3

attended 174:17
attendees 174:16
attorney 70:25
330:11
attorneys 19:20,21
20:7 70:25 232:12
240:2,3 330:13
aua 26:18 27:4,14
27:19 56:14
auditing 75:25
augs 25:15,20,21
26:12 58:16 143:7
167:19
august 329:15
author 215:4
229:19
authority 329:4
authorized 330:4
authors 75:8,13
77:2,9,19 283:12
284:6
auto 40:24 41:4
available 31:9 56:7
61:3,4 72:6 112:3
112:8 113:2
129:21 130:13
140:2 143:17
144:11 156:24
157:4 217:7 240:3
average 87:9
134:21
avulsed 253:8
257:20 259:12,22
avulses 231:2
avulsion 206:7,10
206:19,25 207:3,9
207:13,16,19,21
207:21 208:2,5,7
208:9,11,19,22,24
209:4,8,11,20,22
209:25 210:14
213:21 220:2,5,18
221:8 222:6,12
223:7 224:6,7,21
224:25 225:12,14
225:17,24 226:4

226:10,11,23
227:1,15,16,21
228:4,9,13,24
229:25 230:11,13
230:19,20,23,24
230:25 231:3,8,10
231:11 232:18
233:2,6,10,16
234:4,6,7 236:3,4
236:9,17,21
237:12 239:2,3,7
239:9,11,12,17,25
240:6,13,16,17,20
240:21 241:3,12
241:17,24 242:13
258:7 259:18
260:6,10,13,19
261:6,8,9,15
266:9,16 267:2,10
267:13 293:20,22
293:23 294:2,5,7
294:9,14
**awaken** 285:21
**aware** 10:17,22
21:18 22:16,22
63:5 67:19 93:14
93:15,17 138:11
143:4 144:14,14
144:16,17 152:8
162:21 163:1,5
187:24 188:7
216:7 256:2
273:19 285:3
299:2 312:12
319:13 327:24
**axis** 234:15

**B**

**b** 222:17,24 223:8
297:23
**back** 16:16,21 18:3
18:4 49:13 51:14
67:7 71:17,19
91:12 120:13
153:1 169:1
174:15 218:11

247:3 283:24
287:2 293:5
306:19 327:10
**background** 122:5
**backwards** 123:1
**bad** 256:19
**balanced** 311:24
**ball** 312:14
**baptist** 23:10 25:3
**bard** 127:18 128:11
128:12 185:22
**base** 88:18 107:15
254:20 318:13
**based** 13:13 22:14
40:1 64:16 68:6
69:24 84:4 91:16
93:24 156:1
172:19 174:2
183:19 190:5
203:17 204:1,16
225:6,7 226:6
238:20 248:5
263:7 264:23
272:10 286:3
292:17
**basically** 103:11
165:8 179:22
265:8 325:23
**basis** 22:19 59:8
68:7 106:2,11,17
106:19,23 107:2,7
108:4 159:20
160:2 161:19
162:2 165:13
170:8 209:7 244:1
244:6 270:2 309:5
**bates** 109:22
**beach** 329:2 330:2
**bears** 109:22
**beck** 5:18
**beckredden** 5:19
**becoming** 257:22
258:8 259:13
**beginning** 176:1
**begins** 134:7
**behalf** 5:9,16 6:2

7:9 147:7 275:14
321:23
**behave** 159:25
160:12 161:9,11
161:20 162:3
**behaves** 129:3
**belief** 190:18
**believe** 13:7 34:22
40:8 64:7,10
65:12 66:9 68:15
68:25 73:12
118:10,11 174:19
178:16,21 179:8
179:11,23 183:6
186:2 187:17,18
187:20,23 188:11
189:25 209:2,3,11
222:5 229:24
250:22 253:7
256:15 259:21
260:13 261:3
263:9 264:23
266:11 267:4
269:24 290:24
292:9,19 293:23
298:1 300:8,15
305:12 312:5,15
313:22 321:14
**believed** 313:17
314:20 315:3
**believes** 37:16
186:19 267:3
**belongs** 70:4
**bench** 162:7,8,10
163:3
**benchmark** 57:21
92:24 141:8
**benefit** 38:7
**best** 40:2 74:18
97:1 98:6 139:24
143:14 144:9
146:3,3 203:15
255:21 257:2
276:2 296:25
297:1 326:23
**better** 114:6 151:18

160:6 171:19
189:5 190:20
209:10 224:1
233:1 280:25
313:8,16
**bexar** 1:6
**beyond** 38:5 200:12
267:23 273:12
**bias** 40:2,6 42:15
75:21
**biased** 41:13,16,17
42:3 64:8
**bibliographies**
283:24
**bibliography** 71:17
71:18,20
**big** 68:13
**biggest** 81:21
**bill** 311:13
**binder** 2:15 14:24
15:4,9 17:1 65:12
108:12,13
**biochemical** 279:17
**biological** 185:2
**biomechanical**
132:10 161:21,23
163:7
**biomechanically**
159:24 160:2,8,12
161:11,20 164:14
**biomechanics**
12:17 43:15
132:11
**biscayne** 5:5
**bit** 29:13
**black** 228:20
230:22
**blackandwhite**
267:16
**bladder** 57:11 89:4
89:17,18 287:17
287:20,24 288:3
**blame** 204:22
**bleeding** 190:7,8,10
191:18 192:2
244:13,15,21,23

245:1,3,5,8,12,13
245:19,24 246:3,7
**blind** 326:7
**blister** 256:12
**block** 263:21 283:3
**blood** 89:4
**blown** 74:6
**blunt** 297:5,14
**board** 24:17,18
25:18 27:12,16
71:12,12 173:10
290:1 304:3
**boardcertified**
213:4,7
**bob** 320:22
**bodies** 281:22
282:14
**body** 49:22,24
66:23 67:11
251:21,22 318:21
318:23 319:14
**bonded** 329:16
**bone** 206:14,17
**bonuses** 305:13
**book** 95:13 153:2
229:21,23 230:9
**books** 268:4
**borne** 192:23
**boston** 127:11,12
127:18 185:22
**bottom** 99:10
**boulevard** 5:5
**bounced** 327:10
**bowstring** 180:1
190:18 198:18
**bowstringing** 180:5
180:14 182:10
183:12,12 197:11
198:16,24 209:1
210:1 246:13
252:3,10 253:3,5
253:8 259:25
**box** 48:20,23,24
49:5,8,13 50:12
50:13
**boxes** 101:6

**branches** 68:21
280:22
**break** 54:21,22,24
74:10 80:20
103:25 168:9,11
217:18 218:6,8
219:25 292:23,24
**bridge** 239:14
**briefly** 316:19
**brigette** 3:5 120:1
120:18
**bring** 9:23 13:2
15:1 71:1
**brings** 161:17
**brought** 10:21
16:18 35:5 174:12
223:25 231:18
**brown** 321:6
322:10,12 324:3
324:12,15,19
**budget** 329:16
**budgeted** 300:14
301:8
**build** 66:23 67:11
**built** 67:14
**bunch** 220:11
**bundle** 135:16,22
136:1,3,6,19
137:8
**burch** 57:18 99:25
**business** 156:18
**busy** 310:12
**butler** 5:21
**butlersnow** 5:22
**butterfly** 223:18,19
224:4,16
**buy** 52:14
**bypass** 243:22

**C**

**c** 128:11,12 222:17
222:24 223:9
**cadaver** 136:23
162:23 163:3
175:20,24 205:14
205:14 311:4

**cadaveric** 162:12
162:16
**cadavers** 162:20
294:5
**calculate** 309:12
**calculated** 305:3
**calendar** 309:3
**caliber** 159:3
**call** 30:12 76:3,4
151:17
**called** 152:2
**calling** 251:18,19
**canal** 226:20
**cant** 22:8,19,25
49:9 65:17 74:14
82:14 93:25 96:19
146:13 153:1
176:21,21 186:3
232:7 284:14,17
319:9
**capable** 185:5
186:20 188:23
**capital** 293:3
**capture** 92:21
**care** 19:11,12,17,19
20:1,4,12 70:5,9
75:19,20 156:5
188:3 212:18
216:24 263:6,7
315:17
**career** 294:19
**carey** 208:1
**carry** 57:2 235:2
**case** 11:5 14:8 16:9
17:7 18:21 21:12
29:4 39:13 53:17
59:11,12 64:10
73:1,18 116:17
138:9 143:9
154:15 161:16
167:2 168:23
171:9 179:7 189:1
190:4 197:3
212:21 224:9
241:4 242:3
256:20 272:11,12

272:21,23 273:19
276:24 284:14
295:4 309:25
**cases** 24:23,23 73:5
73:5,7 74:13
186:3,15 291:25
296:12
**casespecific** 11:14
**castellanos** 274:11
**categories** 115:21
280:11
**category** 115:20
281:17
**causation** 201:17
**causative** 267:15
**cause** 1:1 5:2 8:1
169:8,14,16,18
170:9 181:23
182:9,9,9 183:19
183:20,21 184:9
184:13,15,17,18
184:20,21 185:9
186:4,12,14 187:9
187:9,19 188:17
188:25 189:12,15
189:18 190:4
198:4 200:23,24
201:16 202:5
209:1 210:2
244:21,22 245:18
260:11,20 263:25
265:3 270:8,13,19
270:22 271:1
272:5,16,19 279:8
279:14,23 281:2,8
281:16 283:12,20
284:6 289:17,20
289:22,23 290:2
290:13,24 291:3,8
291:9 292:11,21
298:9,12
**caused** 36:23 57:8
170:20 172:2
178:17,22 179:9
179:12,13,20
180:5,9,13,13

181:19 186:13,17
187:21 190:1
193:4,20 194:3,24
197:14 200:17
217:4 236:25
245:3,13,14 249:8
249:18 250:20
257:18 258:13,22
260:8 261:10
264:4,19 265:5
266:7,14 267:5
272:2 273:8,16
280:9 281:14,21
282:14 289:18
293:6 294:11,13
294:18,22 295:8
296:6,8,19 297:9
298:3,19,21 299:1
299:7
**causes** 183:1,17
185:4 187:25
244:15,25 269:17
277:19 280:1,2
281:1 282:24
283:10 291:12,13
291:24 292:18,20
**causing** 181:14
182:11 183:2,5,10
183:10,11 185:6
185:11 186:20
187:2,3 188:23,23
190:6,8,8,15
191:11,13 192:5
192:10,25 193:7
193:18,24 194:17
195:7,18 197:5,7
197:10,11,22
198:5,11 216:20
243:18 244:10,13
246:15 248:24
250:23 253:2
259:19 260:6,14
273:2,5,20 290:20
290:21,21,22
291:4,18 292:3,16
295:6 299:3

**cauterized** 244:20
**cd** 231:17
**cds** 3:14 221:4
231:18 232:1
**center** 23:9,25
232:3 304:2,4,5
**centimeters** 135:16
135:21,24,25
136:4 199:24
200:7 266:5 268:7
**central** 179:24
**certain** 82:16
197:13 300:6
307:22
**certainly** 121:6
**certainty** 258:11
261:19 294:16
**certificate** 213:11
214:8,13
**certification** 25:18
27:12 71:13 99:11
212:23 213:1,2,20
213:25 218:22
219:3,13,23
**certifications**
212:20 218:3
**certified** 27:17
173:11
**certify** 329:4 330:4
330:10 332:3
**cesar** 1:5
**chairman** 47:21
304:3
**chance** 281:13
**change** 13:5 132:12
331:3
**changed** 104:20
177:14,18
**changes** 22:22
132:21 332:6
**chapter** 230:1
**character** 197:17
**characterization**
245:20
**characterized**
271:11

charge 149:23
152:25
chart 108:24 109:1
300:1
checked 278:6
chemically 317:16
chemistry 317:16
chen 95:9 97:3,4
181:8 207:24
childbirths 208:15
chip 320:23
choice 131:11
214:15,20
choices 222:10
choose 37:25,25
choosing 203:13
chose 15:21 38:11
203:12
chris 74:5
christina 72:5
chromic 244:18
circle 223:24
228:12 231:7
circuit 256:18
311:15
circumstances
196:10
circumstantial
226:9
citation 71:23,23
citations 71:24
cite 78:2 83:7 100:9
100:12 101:22,24
125:8,9 126:23
cited 75:13 81:8
125:5,11
cites 282:17
citing 75:9 77:3
101:18,24
city 5:6
claiming 182:23
claims 172:4
clarify 61:9 164:9
270:16
class 175:4
classes 175:1

classically 81:19
classification 106:5
106:7,13,18,24,25
107:1,4,5
clawater 6:3
clear 7:21 11:12,15
34:8 50:20 63:10
100:3,20 114:10
116:3 223:4
271:25 290:19
clearance 78:18,20
cleared 37:13,14
78:22 101:13,14
182:16
clearly 223:12
clinical 37:18 53:8
53:10,18 54:13
57:20 58:8,19
60:6,13,18,24
63:13,23 64:3,12
65:16,18,24 66:15
66:19,20,23 67:10
67:17,19,25 68:5
68:8 69:9,23
153:18 155:25
163:11 166:9,20
166:23 167:2,18
170:15 214:19,22
225:6,6 234:6,7
235:14 236:5
249:3 256:6
292:13 319:7,12
319:16
clinically 98:23
164:20 225:1
318:12,16 319:5
clinicaltrials 24:5,9
cloe 93:16
close 16:20 24:8
95:13 105:9
129:11 136:18
235:14 270:12
310:6
closed 23:22 24:6
203:4 235:8,18,20
244:18

closer 46:2,2
179:15
closure 179:3,3
203:4
clue 112:13 153:8
cme 25:2,3
cobb 123:7,24
128:23 129:9
130:7,9
cochrane 2:19
79:13,14,19,22,23
82:4,18 83:19,22
83:25 84:7,16,23
85:2,6,20,21,23
86:1,7,9 88:10,16
89:10 90:23 91:2
91:8 93:5 94:4,15
code 237:24 239:1
239:3
codes 238:24,25
cohort 42:18 43:7
59:11,22,25 78:6
81:17 99:24 165:5
217:8 272:13
cohorts 134:2
165:10
collapsed 223:20
223:20 224:4,5,16
224:18 225:14
226:7,10 227:16
collapsing 226:9
colleague 47:23
colleagues 47:18,23
321:24
collect 86:22
collected 77:12,14
colony 5:21
color 223:14
colorectal 24:19
colors 222:10
223:25
colposuspension
85:8,9,11 86:5
89:7,12 99:21
187:5
colposuspensions

57:19 89:19 99:25
102:2
column 115:7
128:6 301:20,22
307:6,7
com 1:22 5:12,15
5:19,22 6:5
combined 85:10
come 8:20 13:1
21:8,9,10 40:3
44:10 45:1,15
47:18,19 48:1,4
48:12 58:3,21
79:20 120:12
138:1,14 153:18
166:18 179:25
259:24 286:5
comes 47:15,20
164:20 192:16
264:13 287:2
comfortable 155:11
coming 46:15 48:11
231:1 266:22
comma 245:11,24
323:24
comment 284:14
284:17,19
commented 166:23
166:25
comments 19:16,18
19:25 20:9 38:2
83:24
commission 23:16
329:15 332:16
committed 261:24
committee 36:18
common 56:13,20
56:21 264:11
commonly 25:20
communicated
187:15 241:20
communications
156:2 256:3
company 14:25
17:1 33:10,12
34:7 38:10 52:19

54:5,8,9 69:1,1,8
69:17 107:25
108:1 109:23
128:13 157:8,10
157:11 253:24
256:8,13 275:20
304:6 308:11
312:5,8,22 313:7
313:11,17 314:5
314:15,20,21
315:1,3,5
comparable 129:20
130:12
comparator 229:1
compare 89:19,19
102:24 106:9
compared 51:17
82:10 84:12 85:9
86:4 89:6,7 94:5
102:4 105:8
131:23 134:24
135:1
comparing 53:15
53:21 54:18 81:11
81:25 93:17 166:6
230:16
comparison 81:5
82:4,6 99:20
102:24 160:23,24
comparisons 82:3
compartment
182:20
compensate 48:14
239:18
compensated 48:16
competition 327:12
complaining 172:8
202:17
complaint 40:12
179:19 277:3
complaints 40:15
178:13 257:23
259:15 271:8
complete 138:23
330:8
completed 40:10

Jaime Sepulveda, M.D.

235:17 320:20
**completely** 230:14
  287:21
**completion** 176:2
**complex** 259:21
**complication** 57:14
  103:16 133:13,21
  144:17 171:7
  179:9,12 180:9
  182:8 183:25
  202:12 291:9
  292:4
**complications** 57:5
  85:9 86:4 88:16
  89:1 91:18 99:11
  100:4 102:1 133:1
  139:6,16 140:8,15
  140:20 141:5,16
  144:15 145:1,20
  148:12,16,20
  149:8,15,25
  151:23 152:16
  155:3,5,11,15
  157:11,12 170:25
  173:24 174:1
  175:15 178:6,16
  178:21 179:20
  181:14 187:21
  189:25 202:17
  214:25 217:3
  237:1 244:11
  291:19
**component** 113:12
  113:18
**components** 202:13
  205:19
**composed** 206:16
**comprehensive**
  92:19 139:1
**comprehensively**
  92:7,21 93:1
**compression**
  279:15,19 281:21
  282:13
**computer** 14:2,12
  14:14 235:2

**concentrated** 256:4
**concentrates** 215:3
**concept** 42:20
  123:19 128:6
  292:10
**concern** 61:20
  321:23
**concerned** 92:6
  322:2 323:24
**conclude** 148:24
  180:8 226:6
  238:18 252:21
  255:7 291:14
  292:16 323:21
**concluded** 86:1,8
  160:25 190:13
  194:16 222:7
  252:22 254:25
  255:5 272:22
  291:7,16 297:13
**concluding** 91:5
**conclusion** 59:17
  84:3 85:2 86:11
  88:6,15 92:16,25
  93:3,4,6 122:19
  162:11 180:18,23
  181:3,6,10 192:23
  198:10 236:24
  246:14,25 247:3,5
  247:8,9,11,21,23
  266:9 268:14
  270:25
**conclusions** 40:3
  41:15 42:2 86:24
  88:10 90:21 92:4
  216:18,20 217:4
**concomitant** 37:20
**condition** 8:14
  56:13 267:4
  274:20
**conditions** 43:19
  169:11 170:14
  201:22 202:9
**conduct** 36:22
  65:23 66:6
**conducted** 42:19

76:24 90:11 91:16
  161:22,25
**conference** 24:16
  25:8 165:3 295:2
**conferences** 25:7
  53:3
**configuration**
  130:4
**confirm** 225:8
  287:18
**confirmation** 99:12
**confirmed** 158:3
  234:5 283:24
  284:1
**confirms** 233:7
**connected** 330:13
**connection** 278:3
  317:8,10
**consensus** 39:4,6
  166:14
**consented** 178:12
**consequence** 37:5
**consequences**
  36:23
**consider** 32:8 37:12
  40:2 43:1 145:16
  269:17 270:24
  271:2 276:4
**considerably**
  113:20 114:3,15
**consideration**
  37:19 75:18
**considerations**
  61:24 62:1,5
**considered** 92:9,12
  92:17,18 117:18
  201:18,19
**considering** 201:12
**consisted** 175:22
**constant** 268:11
**construction** 104:6
  104:8,16 224:15
**constructs** 223:10
**consultants** 75:10
  75:13,15
**consultation** 70:24

300:10
**consulted** 299:16
**consulting** 300:7
**contained** 251:13
  251:17
**container** 49:19
**contains** 129:12
**contemporaneous**
  234:25 327:1
**contemporaneou...**
  192:16 234:21
  235:10
**content** 129:22
  130:14 201:12
**context** 143:23
  183:16 317:18
  323:17
**continence** 28:12
  134:18 135:8
  139:9,10 185:18
**continue** 67:1
  96:14
**continued** 6:1
  151:2 190:20,21
  210:2
**continuity** 231:14
**continuum** 212:18
**contract** 301:9,13
  301:19 303:16
  307:5,6,7,12,18
  307:24 308:22
  309:3
**contraction** 211:15
  236:14
**contrary** 85:17
**contravention**
  255:12
**contribute** 180:1
  181:22 182:22
  183:5 185:17
  189:16 198:20
  253:11
**contributed** 180:7
  180:14 181:21
  182:10,11,12,18
  189:2,22 200:17

207:5 243:13
  294:15
**contributing** 195:7
  259:19 267:14
**contributor** 189:8
**control** 53:21 54:1
  59:13,16,20,24,25
  62:14,20 71:10
  76:5 78:5 79:1,3,8
  79:12,17 80:23
  81:10,16,18 82:13
  84:12 92:7 93:16
  93:19 94:2,18
  102:21 165:5,10
  183:16 215:17,19
  217:8
**controlled** 62:11
  93:13 95:4,5,16
**controls** 37:19
**conversation**
  153:16
**cooperate** 24:1
**copy** 9:20 16:8,14
  16:16 17:12,13
  83:10,12 191:4
  219:9 221:4
  222:23 306:2
**copyapproved**
  176:2
**cord** 279:19
**corona** 273:3
**coronal** 223:9
**correct** 13:25 14:1
  14:13,16 15:18,22
  16:5,9 17:11,21
  18:9,21,23 19:1
  19:14 21:13,19
  22:10,20 23:5
  25:6,22,25 26:1,9
  26:12,19,22,25
  27:5,15,23 28:10
  28:19,25 29:14,17
  29:20,23 30:15
  31:4,14 32:12
  33:1,13 34:4
  36:24 37:5 38:12

39:25 40:1 41:18
42:4,8,16 44:2
45:16,20,22 47:10
47:11 48:18 49:2
52:24 53:1,19
54:1,19,20 55:1,2
55:4,6,8,11,15,23
56:3,14 57:8,15
58:5,13 60:22
62:11,15,21,22
63:4,8,13,20,23
63:25 64:4,14,15
64:18,22 65:3,5
66:25 67:13,18,22
70:10 71:21 72:10
72:14 77:1,4,21
78:13,19,23 79:8
79:9 81:12,15
82:2,9,11 83:21
84:17,19,23 86:5
86:9,24 88:7,17
89:12,14,17 90:3
90:8,15 94:12
96:3,13,20 97:15
97:23 98:17,18
100:16 101:10,19
104:2,4,7,12,21
104:23 105:12
107:4 109:20,23
109:24 110:10
111:16,19 112:23
113:15 114:1,16
114:22,25 115:6
115:21 117:4,7,18
117:19 118:14
119:1,4 120:20
121:2 122:1,19
124:6 125:2,20
128:2,14 130:3,8
130:15 132:18
138:12,13,16,19
142:22 143:2
145:4,5,24,24
147:20 148:7
149:16 150:1,5,11
151:12 154:14,18

154:22,25 156:25
157:6 160:19,23
162:7,9,13,24
164:12,16 165:11
166:7 167:11,23
167:24 169:15,22
172:11,17 173:13
175:3 176:6,16
177:10 178:7
180:15,21 181:2
184:16,19 185:23
186:12,17,18
187:13 188:7,19
189:9 190:1
191:22 192:14,17
193:1,9 194:2,4,7
194:11,17,24
195:4,18 196:17
197:8 198:12
200:8,9,14 203:14
203:20 206:7,11
206:25 207:16,19
208:19,22,23
210:8,9,11,19
213:23 215:11
217:13 218:13
219:14,21,24
221:20 225:10,17
225:20,21 226:4
227:15 228:10
229:16 232:3
234:18 235:4,11
235:17,24 236:20
237:1,9 240:10,11
240:24 241:4
243:12 244:11
250:4,8,21 251:1
255:6,12 256:1
257:9 258:16,23
259:6,20 260:2,17
260:18 261:25
262:10 263:11,16
263:17,22 269:6
272:25 273:10
275:21 276:6
277:7,20 281:9

284:15,18 285:5
285:25 287:7
288:21 289:6,16
290:4 291:10
292:20 293:10
294:17,19 295:11
295:20 296:9
298:22 299:8,15
300:5,25 301:3,6
302:3,9,12,17
303:1,5,8,15
306:16,24 307:25
309:4 310:10
318:7,22 319:6,12
322:22 323:19
324:5,8 325:22
332:4
corrections 332:6
correctly 85:14
92:13 145:9
242:24 245:25
247:13
correlated 238:5
correlates 234:16
correlating 319:13
corresponds 231:5
counsel 7:2 98:4
141:23 330:11,13
counseled 139:25
140:10,21 141:17
142:7 143:15
144:9 145:3,22
147:20
counseling 139:7
141:1 142:13
145:16 147:23
count 274:3
countless 78:6
country 70:17
185:21 304:8
county 1:6 5:6
305:21 329:2
330:2
course 101:1
170:15 177:25
216:8 218:7

256:25
courses 174:17
court 1:2 8:17,18
8:24 58:3 67:9
135:6 305:21
courthouse 96:18
cover 2:18 49:14,16
50:23 74:25
crappy 215:8
create 14:3 19:25
72:16
created 63:8,9
72:14
credentialed
173:10
credentialing 23:13
credentials 18:13
credible 77:21
credit 77:20
creighton 274:13
criminology 39:3
criteria 276:3
284:21,23,25
285:1,18,22 286:2
286:2,5,7,10,14
critical 70:1 236:23
criticism 34:23
200:3,5 203:9,11
203:13 286:13
criticize 286:10
criticizing 84:15
286:6
cross 2:5,5 310:19
316:17
crystallinity 104:9
104:17
cuff 179:16 244:17
244:20 245:4
246:4
cure 88:21,24,25
163:13
curiosity 249:12
curious 30:17
70:15 264:25
current 58:7,9,12
58:19 60:6,13,18

60:24 167:7
cushion 285:13,14
customer 319:21
320:3 326:1
customers 319:23
319:25
cut 48:22,22 49:6,6
49:14,15 50:5,5
50:13,14,21,21
51:2,3,12,13,25
51:25 52:9,9,19
52:20,25 53:4,4,5
53:6,9,9,15,16,18
53:19,21,22 54:2
54:2,4,4,7,8,13,13
54:18,18,25,25
55:1,9,15,19,22
60:19,19,25,25
61:4,6,10,20,22
63:5 71:14 72:2
84:25 98:11,12
150:20 250:12
326:20
cutting 63:3
cv 3:10 218:13,17
219:1,4,6,11
cystitis 276:17,25

**D**
d 1:5,11 2:1,4 3:5
5:1 9:6 222:18,24
223:13 304:7
329:5 330:6 332:2
332:11
dade 305:21
dallas 5:11,14
damage 137:1
184:21 189:20,21
189:23
damaged 242:20
243:3,10,17,25
252:13
data 40:19,23 41:6
41:8,13 42:11,13
42:16 44:22 56:14
59:21 63:15,23

64:3,12,16 76:19
76:22 77:2,9,11
77:12,16 82:4,18
83:12 91:8 92:21
93:1 139:21
151:16 166:3,6
225:7 292:14
327:23
**database** 40:13,16
41:3 42:24 83:14
90:11 91:17,24
187:1
**databases** 278:1
**date** 1:13 7:6 61:7
61:17 92:8 110:13
232:3,4 326:13,14
326:17,18,19
332:11
**dated** 191:8 242:14
301:2 330:15
**david** 6:3 320:21
**day** 5:7 101:1 151:4
156:12 186:7
240:5,19 241:6
329:9 330:15
332:15
**days** 7:14,18 12:2
12:25 117:1 241:9
241:24 286:4
**de** 62:23 63:22
64:20
**deal** 153:25 230:7
**dealing** 81:15 95:18
124:23 125:4
**dear** 188:2
**december** 191:8
308:21 320:20
**decide** 37:25 78:2,3
184:6 296:2
313:11,19,22
314:1,4
**decided** 32:21,24
38:18 39:6 234:13
262:21
**decides** 295:23
**deciding** 65:18 69:3

296:3
**decision** 32:17
36:17 68:1,3,5,15
68:17 69:16,23,24
314:23 315:7
**decisions** 69:18,19
69:21
**decommercializa...**
31:18,24 32:1,5
**decommercialized**
31:16,19
**deep** 178:24 258:18
268:13
**defect** 253:17
267:18
**defectively** 255:11
**defects** 253:21
256:20
**defendants** 1:7
5:16
**defer** 203:8 216:20
217:3 288:17,20
289:14,15
**define** 77:11 106:21
133:25 157:11
255:14,15 278:22
280:24
**defined** 96:20 99:3
99:5 133:23
207:21 267:25
268:5 312:25
313:9
**defines** 107:6
**defining** 101:3
133:8 276:3
**definitely** 22:17
58:16 322:5 325:3
**definition** 44:20
94:12 98:18
118:14 126:1
262:3 267:25
**definitions** 116:2
**definitively** 183:9
**deform** 132:17
**deformation**
131:16,19,24

132:2,6,7,9,10,10
132:11,12,15,20
132:22
**degradation** 316:4
316:12
**degrades** 316:1,9
**degree** 104:9
132:20 258:10
261:18 294:14
**degrees** 136:8,8,17
**deliberately** 262:9
262:11,13
**delineate** 224:2
**deliveries** 172:13
172:21,22 206:20
207:8 209:13
242:21 243:4,11
244:5 252:14
**delivery** 172:21
206:21,25 207:2
**demonstrate** 66:21
211:24 222:6
**demonstrated** 48:7
66:21 263:20
**demonstrating**
62:20 164:24
230:11
**denaturing** 317:13
317:14,15,16,19
318:2,4 321:19
322:21,25 323:18
326:11
**dennis** 320:22
**densities** 123:22
**deny** 322:16
**depend** 266:8,15
**depends** 239:10
256:22 266:18
**depo** 16:16 74:1
**deponent** 332:1
**deposition** 1:10 2:8
2:10 5:1 7:10,15
7:17,23,25 8:4
9:13,14,21 10:4,5
20:14,25 21:2,13
21:19,22 22:9,15

22:17,19 23:1
75:2 82:23 83:10
89:22 108:23
116:16 117:13,14
117:15 118:20,22
118:23 119:10
120:10,23 121:5
121:12 122:22
143:9,12 147:7
190:23 204:17
214:10 220:10,11
285:20 288:18
289:4 300:20
308:7 320:10
330:5
**depositions** 20:16
20:20 21:4,8,23
22:3 35:13 57:24
117:3 143:10
**deps** 1:22
**depth** 136:14
**desai** 274:11
**descending** 269:11
**describe** 15:8 29:16
40:5 197:2 244:3
244:8,12 253:6,12
263:13 286:23
287:1 317:6 318:2
327:14
**described** 77:17
85:4 91:9 105:17
108:11 124:4
134:4,5 137:7
185:2 201:21
204:19 211:16,17
223:22 227:2
234:8 239:13
243:9 246:9 249:5
249:15 251:11,12
252:2,9,15 254:21
254:21 260:25
261:2,3 264:13
268:3 270:19
273:12 274:19
280:1 283:2
285:13 286:22

22:17,19 23:1
287:13 288:13,18
294:24 295:1
318:1
**describes** 115:24
203:23 252:16
**describing** 106:11
107:20 115:12
245:18 286:25
294:19,22 318:4
**description** 62:2,6
111:8 143:4 152:9
200:19 234:16
238:10,12,17
247:25 252:25
266:23 268:12
278:10 285:11
287:24 288:20,22
**design** 62:2,6
163:15,21 164:5
167:7
**designated** 275:20
**designed** 97:1
**detach** 205:15,18
261:11,12
**detached** 257:22
258:8 259:13
260:22 265:11
**detail** 264:4 328:8
**details** 312:12
**determine** 136:18
319:11
**determined** 66:9
68:20
**determines** 8:18
52:19
**determining**
289:17
**developed** 15:15
**deviated** 234:10,13
236:10,13
**deviation** 225:2
**device** 37:3 50:24
64:19 69:1,8 97:9
134:15 136:7
137:7 138:18
139:7,17,22

140:15 141:7
142:3 147:15
164:19 176:11
177:11 204:22,23
265:2
**devices** 37:15 71:8
113:24 170:23
256:12
**diagnose** 208:8
212:1 224:25
225:4 233:15
285:25
**diagnosed** 207:9
208:20,25 234:3
236:2,8 276:16
277:6 280:21
298:4
**diagnoses** 193:11
**diagnosis** 191:17
191:25 192:19,20
193:2,5,11,12
195:16,20 199:6
201:6,9,10 202:7
213:3,21 236:4,19
238:9,20 241:2,12
241:17 245:11,23
247:5,6,10,17,20
247:22 248:1,3,4
248:5,6,12,20,22
250:1,1 251:19
258:2,16,18
260:17 266:15,22
271:23 275:2
277:14,16,21
283:6 290:3,8,11
290:20 291:7
**diagnostic** 99:11
246:25 247:3,9,11
247:21 248:18,19
249:21,24 264:7
304:5
**dictate** 193:12
**dictated** 192:21
194:23
**dictates** 192:16
**dictating** 52:15

**dictionary** 32:2
**didnt** 10:15 13:7
14:2,11 22:6
27:18 30:17 62:24
67:22 68:2 79:1
85:15 92:25 93:2
111:5 116:20
126:5 141:9
153:14 159:9,11
162:22 164:15
169:14 170:9
176:25 180:23
181:5 186:11
205:24 206:24
210:10,24 212:1
227:9,14 239:6,20
240:7,12,15 255:5
262:17 269:2
277:17 278:8
279:2 283:15
297:11 298:14,20
299:5 308:1,19
316:22 328:3
**dietz** 229:18
**difference** 52:21
53:5,18 54:1,7,12
98:24 212:19
247:2,4 254:9
280:15,16,19
323:7
**differences** 53:8
85:7 102:14
**different** 29:23,25
30:3 40:25 44:15
50:11 53:2 63:2
63:17,18,21 68:20
69:2,6 70:4 78:13
78:14,15,16,17,17
78:18,20 80:19
82:10 83:15 88:6
96:15 100:21,24
100:25 101:6,9,11
101:13,14,15,17
115:25 118:16
123:22 132:11
160:4,20,21 161:8

162:5 164:5
165:13,13,20,24
167:5 176:18,23
183:17 187:4
202:9,13 205:15
206:16 213:10
222:10 248:5
252:24,25,25
268:5 312:6
325:11
**differential** 201:5,9
202:7 290:3,8,10
290:20 291:7
**differently** 63:20
101:4 160:8,18
161:9,12,20
**difficult** 290:15,15
**dimension** 158:11
**dimensions** 132:13
**direct** 2:4 9:10
279:12 281:11,13
281:18,19
**direction** 141:6
**directly** 186:13
**director** 23:4,12
24:17 25:8 47:21
142:16 144:1
147:9 150:11
153:20 157:18,19
321:9,10
**directory** 23:14
**disabling** 274:20
**disagree** 38:25
39:18,19 84:20
88:9,12 91:21
93:7,8 107:12,16
111:8 115:9,11,14
117:22 121:23
122:1,18 128:24
129:9 130:17,25
141:3,3,25 142:10
145:6,25 146:10
146:14,24 147:1
148:1,4 184:23
189:24
**disagreement**

108:5
**disagrees** 141:21
**discernable** 99:1,2
**disclose** 98:22
146:4
**disclosed** 40:11,11
289:1
**disclosure** 146:5
**disclosures** 242:9
**discovered** 190:9
192:4
**discovering** 235:23
**discuss** 24:23 37:17
54:7 275:2
**discussed** 114:20
137:4
**discussing** 232:18
**discussion** 93:12
175:14 316:20,23
**disease** 279:18
**dispute** 65:20 87:18
87:20 90:17,19,21
124:20 282:25
288:21,22 307:2
309:2,5 326:25
327:2
**disputing** 33:23,25
34:3 307:17,23,23
**disregard** 238:22
**dissect** 136:22
266:2 294:5
**dissected** 47:2
**dissecting** 175:24
**dissection** 156:1
264:8,9,12,20,21
265:4,5,16,23
266:20 280:10
281:3,14 293:16
295:8 297:6
**dissections** 205:14
264:11
**distance** 135:17
270:10
**distant** 299:13
**distinct** 279:12,23
280:3,5 281:7

**distinction** 98:11
114:9
**distinguishing**
60:19,20
**distracted** 95:15
**district** 1:2,4
**division** 274:12
**divorce** 304:19,21
305:1
**divorced** 304:16
**dmctaggart** 6:5
**doc** 273:9
**doctor** 11:19 13:14
16:7 18:7 25:23
26:7 27:13 28:24
31:24 43:25 44:24
45:12 47:4 51:20
52:7 53:13 56:11
57:18 59:2 60:16
61:23 63:10 69:6
70:7 86:12 89:9
89:21 91:12 94:17
95:12 97:6 98:10
99:6 103:11 104:2
107:2 108:7,24
128:5 137:4
138:17 139:4,12
139:14 140:2,9,11
140:20 141:9,16
141:18 142:4,6,11
143:17 144:4,12
144:16,18,21
145:1,4,21,23
146:9 147:16,18
148:3,13 149:2
150:15 151:9,11
152:4 156:10
178:10 180:8,17
181:13,17 185:5
196:7 201:5 205:1
208:8,25,25
213:22 220:24
224:24 227:2
231:25 234:3,18
247:19 248:14,19
249:4 258:16,21

Jaime Sepulveda, M.D.

260:2,12,16
267:22 277:9
281:6 286:12
288:12 289:16
296:19 299:15
304:11 309:16
311:24 312:1,11
313:25 316:16
319:20 324:2
325:15
**doctors** 25:14
44:25 45:14,19,23
47:12 48:4,10
70:17 98:14 135:4
143:1 149:24
155:12 156:11
173:1,3,6,7,8,23
175:24 189:24
190:3 208:13
212:10,10,14,21
214:3 215:6
216:10,23 219:16
219:17,23 274:10
274:12 311:17,23
312:8 314:14,21
314:22 315:5,6
321:21
**document** 15:25
35:7,12,22 36:3,6
87:2,21,22 108:6
109:19 110:1,13
111:2 115:10
138:6 160:17,23
176:4 240:19,22
240:23 252:6
300:21 322:25
326:3,21 328:6
**documented** 62:2,5
251:3
**documents** 2:15
9:24 11:8 14:23
14:25 15:17,22
16:3,25 20:12,13
35:3,4 54:5,6,9,17
54:19 73:21
107:20,25 108:1,9

108:16 110:2
121:15 149:7,10
157:8,10,11,12
160:7,10,10,11,13
161:5 197:12
200:20 201:8
253:25 256:9,14
309:17
**doesnt** 29:8 32:4
52:21 67:2 74:23
102:6 110:7 126:1
142:5 145:18
147:17 152:6,12
152:15 185:17
196:21 207:22
219:4 228:16
230:14 243:17
245:12 249:6
252:17,21 269:3
280:12,24 288:1
291:8 293:19
294:6,8 301:15
313:15 317:20
323:7
**doing** 43:20 44:14
46:14,20 47:5,24
48:15 66:19 67:25
73:19 75:7 86:13
86:14 152:3 200:4
202:6 263:10
**dollars** 299:17
309:18
**dont** 10:14 11:12
13:7 15:19 21:8,9
22:13,25 26:2,5
26:22,24 28:15
30:19,25 31:5,8,8
31:10,11,22,25
32:8,11,12,13,13
32:15 33:3 34:8
34:16 35:15,16
36:1 38:4 39:17
39:18,23 42:11
48:2,23 49:6,13
51:6 52:2,4,4
53:12 56:6 58:14

59:25 61:3,14,17
61:19 64:24 65:20
66:20 67:21,23
68:12 69:17,18,18
69:19,20 71:1,1,3
74:10 75:19 76:9
76:10,11,14,17
77:22 80:1,16
84:25 86:10 87:20
91:7 92:2 98:14
98:20,21 99:15
100:9,12,14
102:20 104:18
107:16,22,22
108:8,13,15 112:5
112:8,13 113:22
113:23 114:7
116:13,13,13,22
116:24,25 118:9
118:10,11 119:16
119:19 120:5
122:10,17,17
125:10 127:20,21
132:17 137:7
140:25,25 141:7
142:23 145:7,12
146:7,7 148:8
149:13 150:7,20
152:5 153:1 154:4
156:13,15,20,20
157:13 164:25
166:3 172:3,23
173:2,18,20,22
174:24 175:6,8,18
175:19 183:6
184:7 186:6
187:17,20 188:11
189:17 196:10
199:15 200:11
203:11 204:11,21
214:4,7 215:19
216:6,19 217:22
218:13 221:12,16
227:8,11 231:22
233:3 236:18
237:11 245:16,17

246:7 249:8
250:22 254:5,11
254:12 255:14
256:25 257:12
262:11,15,20
272:9,16 273:25
275:25 276:4,6
280:13 284:4,9,9
287:23 288:15
289:11,22,22
290:24 292:9
298:21 299:6,9
300:8,15 301:25
302:2,4,21 303:2
303:7,9 304:21
305:12,12,12,25
306:2,13,15,17
307:13,16 308:15
309:2,9,13,16
310:4,6,6,14,15
311:6,10,13,17
312:13 313:12
315:10,14,17
316:14 317:5,15
318:3,6,13,17
319:3,7,8 321:5
322:7,13,16,18,23
322:23 324:1,13
324:22,23 326:5
326:14,18,22,24
326:25 327:2,3,4
328:8
**dorothy** 5:3 329:13
329:14 330:3,19
**dorsal** 136:12
**double** 213:4,7,25
**downward** 236:11
236:14
**dr** 3:1,8,18 6:2 7:11
13:23 20:14 25:16
28:10 40:5 43:3
45:1 54:24 62:23
66:13 70:1,18,18
70:18 75:7 76:7
76:16,19 82:12
88:14 93:12

102:10 104:14
107:11 117:2,14
117:22 119:10,10
119:20 120:15,23
121:19 122:8,15
123:7,7,7,24
127:2 130:6,9
131:13 138:11
142:14 144:5
145:4,11,24
146:11,20,23,24
147:2 148:2,4,11
148:20 149:8,10
149:21 151:11,14
151:15,17 152:6
153:9,15,21 154:2
154:17 155:5,20
156:11,19,23
157:5,15,20 161:7
164:9 168:14
174:5,8,13,21
175:8 180:1,12,20
181:1,5,8 182:6,6
182:15 187:7
188:6 190:4,12,22
191:2,6,10 192:23
193:16 194:9
195:6,15 196:15
196:24 199:3,18
199:23 200:3,5,14
200:15 203:4,7,10
203:17 204:1,2,18
204:23 207:7,11
207:15,18,24
208:1,4,11 209:4
209:17 211:7,12
211:16,23 212:3
214:4 215:1,13
216:9,17 217:1,2
219:21 220:10,11
227:6,14 228:10
234:16 236:7
240:18 242:19
243:1,2,9,16,24
244:8,22 245:17
246:9,20,21

247:24 248:14,16
248:19,20 249:5,9
249:15,17,25
250:1,3,4,7,15,16
250:18,25 251:2,3
251:10,11,12,16
251:25 252:2,9
253:16 255:5,22
257:17 258:12,18
258:20 261:20,24
262:13 263:9,14
264:1,4,13 265:2
266:7,13,14 267:1
267:5 268:19,21
269:2,5 270:1,13
270:25 271:5
272:18 273:7,17
274:2 277:15
280:9 281:14
282:4,10 283:6
285:20,24 288:8
288:11 289:5,10
292:8 293:5,6,13
294:10 295:8
296:8,23 297:11
298:6,10 300:5
302:23 303:3
308:22 310:18,21
316:19,21 320:21
320:21,22,22,22
320:23,23,23
321:25 322:2
323:3,22 324:4
**draw** 86:23 231:7
**drawn** 228:13
**drive** 3:7 10:25
11:3,6,13 293:1
**drop** 85:5 205:6
261:17
**dropping** 211:19
**due** 27:14
**dues** 26:9 27:22
28:9,24
**duly** 9:7 329:6
**duplicates** 221:16
**duplication** 40:21

**duration** 37:21
133:16,18
**duties** 150:12
**dynamics** 315:19
**dysfunction** 57:3
85:11 89:4 100:4
282:20
**dyspareunia**
169:21,25 170:5,9
170:13,16 178:13
178:18 179:6,8,23
180:4,13 182:9,14
182:16,17 183:10
184:18,20 185:16
187:9 188:10
189:18,23 202:20
210:12 238:7,8,9
238:14,16,19
257:17,24 258:12
258:18,22 259:15
259:20 260:6,7,11
260:14 276:17
277:2,3 288:5,10
288:13,16,19,25
289:7,9 290:21

---
### E
**e** 2:1 331:1
**earlier** 56:23 57:19
169:9
**early** 133:4 172:21
172:22
**easier** 191:5 233:5
**easily** 74:22 80:16
293:18
**economic** 64:2,13
69:24
**economics** 70:4
**edges** 51:10
**edited** 70:24
**editorializing**
152:24
**editorials** 215:16
**educate** 140:13
**educating** 139:15
**education** 141:8

**ee** 329:15
**effect** 169:8
**effective** 89:11
102:22
**effectiveness** 84:11
90:7
**effects** 178:6
263:20
**efficacy** 33:20 34:1
34:10,14,21,25
36:25 42:21 43:5
43:13 57:21 62:21
66:24 67:12 69:25
83:21 86:23 89:14
96:5,6,8 99:25
312:7,17,20
**effort** 11:1 98:7
309:15
**eickoff** 282:10
**eickoffs** 282:4
**either** 10:24,25
11:5 42:21 114:20
115:5 132:16
153:2 160:14
171:18 215:7
272:3 296:11
298:18 310:4
325:7
**elasticity** 326:10
**elizondo** 20:14,21
**email** 299:23 301:9
**emails** 4:1
**empirical** 164:24
166:2,3,5
**employee** 122:12
330:11,12
**empty** 287:21
**encounter** 235:15
235:19
**encountered**
207:20
**endeavored** 53:16
**ended** 265:22
**enervated** 285:4,6
**engineers** 68:24
107:12 108:5

**england** 28:13,16
58:10,15 99:22
**enjoying** 156:17
**entered** 235:19
297:15,19,20
**entire** 72:13 110:9
110:21 155:3
303:18
**entirety** 20:19
70:10 236:24
245:22 305:16
**entitled** 8:18
**entity** 25:5
**entrapment** 282:6
282:10,11
**entrapping** 281:23
281:25 282:15
**epidemiologic** 2:23
**equal** 304:3
**equate** 41:22
**equating** 324:4
**erosion** 57:8,13
**errata** 332:7
**especially** 178:12
179:6 202:21
283:13,21 284:7
**esq** 5:10,13,17,20
6:3
**essence** 327:21
**essentially** 48:1
233:7 280:18
283:25 304:8
**essure** 170:23
171:13,15,20,23
172:2,4,5
**establish** 236:19
271:22
**established** 33:9
57:20 66:10 92:23
98:13 159:12
166:20
**establishes** 239:14
**establishing** 99:24
**et** 7:6 190:20
**etcetera** 37:21
**eth** 2:24 3:3,21,23

4:2
**ethicon** 1:6 2:15
5:16 7:6,10 10:14
13:25 14:22 15:18
16:5 18:25 26:11
31:13 32:6 33:8
36:21 44:5,11
45:25 47:17 48:3
48:5,11,12 52:14
52:25 53:3 54:19
55:2,9 56:1 61:5
61:14 62:15,19
63:12 65:9,15,23
66:11 67:25 68:1
68:3,19,20 70:18
75:1,10,13 76:21
81:24 104:21
107:12,20 108:10
109:15 115:21,24
122:13,16 129:23
139:24,25 140:4,6
140:18 141:14,23
142:1,1,17 143:13
143:15,22,24
144:1,8,10,15,17
144:24 145:12,15
145:19 146:4,8
147:3,7,10,13,13
148:13 149:1,16
156:19,24 157:5
157:13,19 160:7
160:25 161:5
162:19 166:4
176:7,20 184:15
184:24 185:22
186:16 204:3,9,11
253:17 255:24
275:14 299:16
300:7,13 308:18
315:1 319:11,21
320:3 326:1
**ethicons** 2:10 10:4
16:25 81:15 82:1
82:8,14 109:19
148:12 162:15
203:19 255:12

ethmesho50983794
3:25
etiologies 183:1
etiology 259:21
evaluate 84:8,10
evaluated 90:5 92:7
96:6
evaluating 42:20
92:9
event 7:24 8:7,17
41:1,3,4,10 91:17
323:11,14
events 40:25 140:1
140:8,19 141:15
143:16 144:10
145:1,20
everybody 22:22
evidence 96:11
164:20,21,24
166:9 168:3
182:25 183:19
185:3 217:7 220:1
221:8 222:11
224:7 226:22
270:1,5 286:3
290:11 292:17
299:6
evidencebased 42:7
42:10
evident 134:7
209:20 244:25
ewh 109:12 115:7
exact 55:6,19
104:17,23
exactly 61:14 71:7
80:16 112:5
113:22 125:12
134:23 161:16
172:24 187:24
221:15 231:22
247:16,18 252:4
252:15 302:25
306:13
exam 211:17
212:22 214:14
225:7 233:12,25

235:3,13 236:1,18
277:15
examination 2:4,5
2:5 3:18 9:10
209:17 214:23
234:21 240:24,25
260:24 310:19
316:17
examinations
173:21
examined 9:9 38:15
40:12 201:10
233:17 234:8
235:12 244:16
examining 198:6,9
234:22
example 48:20 76:8
142:3 147:15
187:4 299:11
exams 217:14
excel 40:13,14,21
excerpt 3:1,5
excess 299:17 300:6
excessive 254:18
excised 244:17,25
246:5 248:8
excises 245:6
excision 200:1
257:19 264:6
excisions 273:23
exclamation 293:3
exclude 126:4,5
271:2 291:12
excludes 250:19
268:10
excused 328:13
executive 2:21 36:9
39:9 82:25 83:13
83:17 87:3 88:2
90:3,25 91:13
92:1 93:3 168:6
executives 308:11
308:18
exemplify 40:24
exercise 210:16
exhibit 9:13,15

10:3,6 11:25,25
12:9 13:24,24
16:11,24 17:3,6,8
75:2,4 80:3,20
82:22 83:1,16
89:21,24 90:18
108:19,23 115:4
117:9,12 120:6,10
122:22,23 190:23
190:24 218:19
219:1 220:9
221:22,23 222:2,3
222:14,15 223:6
226:2,25 229:9,13
230:10,16,17
231:4,8,12,13,20
232:10,17 233:21
233:24 235:17
251:13,17 274:4,7
278:8 293:2,2
299:24 300:3,16
300:20 306:7,11
306:18 308:3,6
320:6,9
exhibits 2:6 12:3
74:4 103:23
220:11 221:24
231:18 232:19
exist 32:4 40:23
54:12 94:25 95:5
216:12,14 267:10
existed 63:22 64:12
209:4
existing 209:21
301:24
exists 79:12,18
276:6
expect 140:4 141:4
141:7 149:18
196:7,14 311:24
312:1 314:15,21
314:25 315:5,22
318:24
expected 196:6
experience 29:2,14
43:16 100:3,20

101:25 155:25
174:2
experienced 275:5
321:24
experiment 163:1
expert 2:16 17:6
18:9,10,24 49:1,2
122:16 168:15
169:2 250:16
275:13,16,23
276:1,5,8,9
311:12
experts 215:5
265:18
expires 329:15
332:16
explain 135:2 178:8
264:3 280:25
299:10
explained 32:18
184:5 204:6
226:15 311:9
explaining 130:20
146:13
explains 132:4
251:8
explanation 56:5
182:13 250:13
251:8 252:6
explanative 285:16
explant 137:10
211:5,11 273:15
289:8
explantation
294:25 295:6
296:17 298:12
explanting 211:3
273:12,13,18,19
296:20
exploration 269:23
exposed 211:13
252:12
exposure 57:9,16
express 221:7
expressed 85:18
260:17 321:23

extends 267:23
extensive 264:8
extensively 164:19
extent 189:5 201:11
277:22 311:4
exteriorized 136:17
extra 71:17,17
extremely 129:19
133:24,25
eye 184:12 204:19

**F**

f 1:2
facilities 232:1
fact 26:11 58:9
72:13 75:18 92:1
92:2 98:23 106:20
126:9 147:12
157:4 169:5,12
170:8 171:6 188:6
193:8 194:3
196:24 210:15
213:19 236:23
238:18 248:7
268:7,9 269:2,8
269:25 273:8
280:1 301:24
302:1 325:25
factor 136:12,13,15
172:12,14,20
209:20 259:22
260:15 321:22
factors 136:9,18
201:18 265:7
267:14,15,15
281:10
factory 65:4
failed 328:10
fails 140:7,18
141:14 142:1,1
144:24 145:19
147:13,13
failure 36:23 37:3
136:7
fair 18:2 39:23 53:7
58:22 60:8 102:23

278:4 291:22
292:11 311:24
**fairly** 234:25
**fairness** 13:17
**fall** 280:9
**fallen** 223:24
**familiar** 111:18,20
122:8 150:12
154:11 176:2
284:20 285:2
317:12
**familiarized**
134:18 159:18
**family** 30:4 110:9
110:21 172:18,23
**fan** 58:1,2
**far** 136:2 260:4
266:2 292:6
**fascia** 226:14,17
259:23
**fast** 16:21
**fat** 211:12 264:10
264:10,12,15
267:8 297:7
**favorable** 88:22
**favored** 85:9
**fax** 1:21
**fda** 2:21 32:20,25
32:25 33:7,18
34:23 35:25 36:9
36:21 37:2,22
38:15,18,21 39:1
39:15,24 40:6,20
41:11,15 43:5,14
43:21,23 66:11
68:4,19 80:11
82:25 83:16,24
84:15,22 86:1,3,8
86:12,21 87:2
88:14 89:23 90:5
90:15,25 91:2,15
91:16 92:5 93:6
138:6,10 168:5,6
186:19 187:8,12
187:13,20 188:3
188:12 311:19

**fdas** 85:2 87:8
**feature** 318:6,8
**features** 208:6
**feel** 155:10 196:2
196:11,12,15,18
196:19 197:2
198:18,20 252:4
265:14 268:12
327:18
**feeling** 198:21
199:1 210:1
265:15
**feels** 197:4 198:5
287:21
**fell** 205:16 223:21
**fellows** 47:25
**fellowship** 173:4
**felt** 180:2 182:21
190:5,18 197:6
199:6,21 200:12
200:12 238:2
259:25
**female** 27:11 276:9
**fewminute** 212:15
**fewminutes** 212:17
**fiber** 105:21,22
**fibers** 129:11,18
293:17
**fibroid** 23:18,25
**fibromuscular**
243:14
**fibrotic** 261:1
**field** 27:14 215:5
**figure** 12:23 49:14
59:7 248:13 249:4
**filed** 305:21
**files** 109:20
**film** 231:17
**films** 221:1
**final** 233:11 319:15
**finally** 279:18
**financially** 330:14
**find** 12:22 13:11
52:13 54:16 72:8
72:11 78:3 80:19
91:24 108:1

137:13 138:22
148:8 170:3,4
200:15 205:4
207:12,15,18,24
208:1,4,11,21,25
212:15,17,19
217:6 225:7
240:19,21 242:8
242:13 248:23
256:8 267:1
268:20 269:2,19
278:8 279:2
282:20 286:2,9,13
286:15 290:23
291:25 309:12
**finding** 196:25,25
197:1 198:17,17
198:23,24 199:2
213:23 241:12
246:21,22,24
248:3,5,16,21,25
249:1,2,9,25
264:11 276:23
278:6
**findings** 192:17
211:23 234:20
235:22,23 236:6
237:13 238:3
240:9,12 242:19
243:2,9,21 246:9
246:9,20 248:6,14
249:5,15,19 250:4
250:5,8,15 251:1
251:2,3,6,7,9,10
251:12,13,16,19
251:21,24 252:2,9
252:9,14 253:2
275:18
**finds** 200:16
**fine** 15:13 16:19
53:13 60:8 96:16
97:25 117:1
146:16 153:6
**finger** 264:21 265:1
265:4,5,9 281:14
293:14,22 294:1

294:10,23 295:8
295:18 296:9,11
296:15,16,18,25
297:3,5,14
**finish** 24:7 85:25
152:20 250:9
**finished** 217:20
252:8
**first** 9:7 10:10,11
22:2 26:14 47:20
79:11 84:2 94:14
99:10,20 109:18
116:8,9 128:6
131:15 136:12
145:8 160:15
176:1 206:21,25
207:5 209:12,16
222:2 227:23
229:7 230:7
233:15 241:2,11
241:14,22 273:9
273:11,14,18
274:18 279:1,12
279:22 282:25
283:11 284:5
295:9,17 296:7
299:25 301:11
311:1 322:1 323:4
323:23
**fisher** 282:17
**five** 7:14,18 51:24
51:25,25 52:2
73:5 95:3,5,12,17
95:21 96:1 97:4,7
97:8 134:2 255:19
255:21 279:12,23
280:2,4,6,11
281:1,7 285:23
**fivehour** 214:14
**fiveminute** 218:5
**flat** 197:15,18
**flipping** 12:18
**floor** 3:16 6:4 11:2
11:6 24:17,18
44:12,12 114:20
213:18 214:1

220:7 222:4
223:10 225:3,8,9
225:11 229:10
242:20 243:3,10
243:18 244:1
252:5,13 276:8
279:13,14,15
282:20
**florida** 5:5,7 329:1
330:1
**flynn** 70:19
**focused** 34:13
**follow** 61:25 85:15
148:17 150:25
167:12,16
**followed** 257:7
**following** 67:6 96:9
246:17
**follows** 9:9 268:6
**followup** 37:21
326:9
**footnote** 71:22
**footnotes** 70:12,16
71:4,6,20
**foramen** 267:24
268:2,2,3,7
**forefront** 156:5
**foregoing** 332:3
**foreign** 281:22
282:14 318:21,23
319:14
**forget** 218:12
**forgo** 69:8,23
**form** 10:25 21:13
22:19 31:15 32:7
32:16 33:2,14
34:15 35:1 38:13
38:24 42:17 43:15
56:8,15 61:11,16
64:23 66:5 68:9
69:11,15 70:2
72:15 84:18 86:16
94:20,23 97:10,21
98:2 103:1 107:14
110:11 118:21
119:23 121:22

Jaime Sepulveda, M.D.

125:22 140:22
141:20 142:8
143:3 144:19
146:12,16,17,25
147:8 148:5,14,21
149:3,17 150:2,6
151:13 152:7
155:18 157:7
161:3,10 163:9
164:1 166:8 168:2
170:11 177:16
185:13,24 186:5
187:22 190:2
194:18 195:23
196:9 197:20
198:13 199:8
201:2 204:4
212:16 213:6,14
213:24 216:22
217:5 223:18,19
224:3 237:2
241:19 242:1,5,15
245:15 246:16,23
249:10,20 252:19
252:23 253:10
254:4 255:13
256:21 259:2,7
261:13 262:19
266:17 270:4
276:7 287:8
289:21 290:5,9
291:1,11,20 292:5
295:12 313:21
314:16,24 315:8
325:4,10 326:4
332:6
**format** 11:6
**formation** 139:11
**formed** 277:10
**forming** 39:12
53:16 83:5,20
116:17 117:4
125:19 201:15,17
**formulating** 277:25
**formulation** 104:19
**formulations**

129:20 130:13
**forth** 311:7
**forward** 7:13,19
8:7,13 240:2
**forwarded** 275:11
**fossa** 211:1,4,12
264:14,16,17
266:4 293:8,9,9
293:11,15,21
294:10,23 297:7
297:12,18,19
298:14,19 299:14
**found** 81:1 85:23
86:2 87:9 94:4
192:23 193:3
199:3 205:13
208:6,18 247:24
248:7 253:5
256:16 264:15
278:1,24 291:23
291:23,23,25
292:3
**founded** 28:13,15
39:24
**four** 20:3 35:10,13
35:17 73:5 136:4
175:23 222:3
242:3 285:23
321:21
**fourth** 30:10,13
168:5 279:17
**freese** 2:4,5 5:10,10
5:13 9:11,17 10:8
11:17,18 12:6
13:10,12 14:9,10
16:23 17:5,10
31:17 32:10,23
33:6,17 34:19
35:6 36:5,7 38:20
39:8 43:2,24
50:16,18 54:21,23
56:10 61:13,18
65:1 66:12 67:7
67:16 68:12 69:4
69:12,22 70:6
72:19 74:2,8,9

75:6 80:2,4 83:3
84:21 86:19 90:1
94:21,24 97:13,22
98:4,8 103:6,22
104:1 107:18
108:21 110:15
117:11 118:24
119:25 120:8,12
120:14 121:24
122:25 125:23
140:23 141:24
142:9 143:5
144:22 146:15,17
146:19 147:5,11
148:6,18,23 149:6
149:20 150:4,9,22
151:6,7,21 152:10
152:22 153:7
154:4 155:19
156:7,9 157:9
161:6,13 163:12
163:17,23,25
164:7,8 166:12
168:10,13 170:17
185:19 186:1,9
188:1 190:11
191:1 194:21
195:13,14,25
196:13 197:24
198:15 199:11
201:4 204:8 213:8
213:15 214:2
216:25 217:10,17
217:24 218:7,10
218:21 219:19,20
220:22 221:2,5,22
222:1 229:15
232:13 233:23
237:4 241:21
242:2,7,17 245:21
246:19 247:1
249:11,22 250:11
250:14 252:20
253:4,13 254:7
255:18 257:3
259:4,10 262:22

266:25 269:13
270:7 274:6 275:9
276:11 287:11
289:24 290:6,18
291:5,15,21 292:7
292:23 293:1,4
295:15 296:1,14
299:24 300:2,4,18
306:5,9 307:10
308:5 310:16
316:18 320:8
323:16 324:25
325:6,14 326:6
328:11
**freeseandgoss** 5:12
5:15
**frequency** 57:4
71:7 91:23 133:4
157:12 287:16,19
287:22,23,25
288:2
**frequent** 169:11
202:1,1,8,8,11
205:23,25 260:11
**frequently** 136:7
**friday** 5:7 227:11
**frivolous** 185:23
186:3
**front** 87:3 220:21
221:6 287:10
**full** 131:15 136:16
147:20 149:24
213:16 287:16,20
287:24 288:3
304:6 307:18,24
**fully** 40:10,10,10
40:11 84:8
**fun** 218:2
**function** 40:21,24
41:4
**fundamental** 90:7
**funny** 31:23
**further** 81:9 92:9
92:12,17,18
299:21 330:10

**G**
**g** 190:19
**galindo** 1:2
**gallagher** 5:17 7:8
7:8 8:2,10,15
11:11 13:4,13
16:19 31:15 32:7
32:16 33:2,14
34:15 35:1 36:3
38:13,24 42:17
43:15 50:10 56:8
61:11,16 64:23
66:5 68:9 69:11
69:15 70:2 72:15
73:25 84:18 86:16
94:20,23 97:10,21
98:2 103:1 107:14
110:11 118:21
119:17,23 120:11
121:22 125:22
140:22 141:20
142:8 143:3
144:19 146:12,25
147:8 148:5,14,21
149:3,17 150:2,6
150:20 151:13
152:7,20 155:18
157:7 161:3,10
163:9,14,20,24
164:2 166:8 168:2
168:8 170:11
177:16 185:13,24
186:5 187:22
190:2 194:18
195:23 196:9
199:8 201:2 204:4
212:16 213:6,14
213:24 216:22
217:5,15,19 218:1
220:3,20,25 221:3
237:2 241:19
242:1,5,15 245:15
246:16,23 249:10
249:20 250:9,12
252:19,23 253:10

254:4 255:13
256:21 259:2,7
262:19 266:17
270:4 276:7 287:8
289:21 290:5,9
291:1,11,20 292:5
**gary** 308:14,24
**gastroenterologists**
24:20
**gather** 56:24 93:1
111:9
**general** 18:12,16
42:21,21,22,22,24
42:24 66:18 69:17
69:17,20 171:20
197:23
**generally** 17:23
27:3 69:7 132:15
272:16
**generated** 253:17
**generation** 30:9,10
30:13 325:24
327:25
**generations** 29:17
30:3 103:5
**german** 122:12
**germany** 122:16
**getting** 25:4 33:4
52:6 95:15 97:6
137:20 143:1
267:8 295:19
**girl** 68:13
**give** 9:1 18:3 22:13
35:21,21 46:5
52:1 77:20 98:7
101:5,5 114:7
141:6,7 168:20,23
168:25 169:3
171:19 172:25
173:6 186:8 202:4
217:24 222:9
227:20 239:22
254:13 255:10
256:24 275:10
276:10 277:12
283:22 284:10

294:15 303:11
313:1 314:5
316:11 326:19
327:17
**given** 8:3 13:19
16:5 35:14 71:10
77:21 125:17
143:12 258:6
260:3 309:2 332:5
**gives** 149:24 213:20
**giving** 13:1 22:20
22:25 29:3 58:4
249:21 250:24
259:3 275:13
281:12
**go** 8:6 11:23 15:8
16:7 29:7 35:23
37:11 38:5 47:20
48:2 72:11 80:2
89:3 101:1 132:22
133:13 135:18
136:5 150:23
155:23 169:1
174:15 175:21,21
183:15 210:5,24
211:14 222:16
223:13 228:16
229:25 235:13
237:17 239:16
250:13 251:20
258:1 262:25
264:20 265:12
269:9 290:3,7,10
299:21 300:2
314:5
**goes** 92:5 100:2
129:12 144:23
191:21 192:13
198:3 231:1 287:3
306:20 311:20
**going** 7:13,19 8:19
9:13 10:3 11:23
11:25 12:22 15:11
16:7,11,24 18:2,7
19:9,9 30:12,19
32:20 33:10 35:11

37:9 40:18,18,18
47:19 57:25 58:3
58:22 60:11 64:8
65:15,23 68:3,17
68:18 69:1,16
71:1,7,8 73:9
74:25 89:21
100:25 103:17
108:22 119:18
120:12 135:2,8
136:18,19 140:15
143:24 145:16
146:2,9 148:8
169:3 172:6,25
175:25,25 176:3,4
176:4,11 190:13
190:19,22 195:11
198:22 211:2
218:11 220:9,10
221:13 222:9,16
222:16,16,20
223:2 224:2,13
228:14 229:8
232:9 233:13,24
241:6 242:11,12
242:13 257:12
271:12 280:13,25
290:14,14,20,23
294:23 309:12
310:16 311:18,22
312:14 313:12
**gold** 57:20 58:1,4,7
58:11,23 59:1
60:3,4,10,12
**golkow** 1:21,22
**good** 9:12,12 29:13
42:1 66:19 215:8
215:10 217:9
223:16 256:19
318:25
**goodquality** 59:21
**goss** 2:5 5:10,13,13
7:2,21 8:6,11,16
146:16 310:20,22
313:24 314:19
315:2,12 316:16

**gotten** 77:15
293:21,25
**gov** 24:5,9
**grab** 80:1 103:23
**grabbing** 15:6
**graham** 3:8 180:2
181:1 182:6,15
190:4,12 191:6,10
193:16 194:9
195:6 196:15,24
199:3 200:3,5
207:15 242:19
243:2,9 244:8,22
245:17 246:9,20
246:21 247:24
248:14 249:6,9,15
249:25 250:1,18
251:11,12,16,25
252:2,10
**grahams** 191:2
192:24 199:18,24
200:15 211:6
243:16,24 248:16
248:19,20 249:17
250:4,5,7,15,25
251:2,3 269:5
**grams** 117:17,23
118:4,13 119:21
123:25 124:5,19
125:2 127:24
129:13 131:3,8
**granulation** 190:14
242:21 243:4,11
244:9,12,15,17,19
245:3,6,9 246:3,5
246:11 247:24
248:7,10 252:15
**graphic** 268:8
**great** 28:16 152:3
153:25
**greater** 95:6 97:4,7
158:22 312:7,21
313:6,18 315:4
**grier** 70:18
**groin** 179:11,13,15
179:16,18 180:14

183:11 290:21
**group** 15:10,11
24:18 28:13 40:7
40:8 41:10,10,12
73:4 74:12,16
231:23 266:10
304:7
**grouping** 74:12
**groups** 59:12
**growing** 282:12
**guess** 12:2 24:13
39:23 102:23
229:19 261:23
**guidance** 173:10
**guide** 139:1 176:8
**guy** 64:13 119:3,5
119:13,16,19
174:24 326:16
**gynecologic** 47:21
**gynecologist** 27:1
**gynecologists** 24:21
275:5 304:8
**gynecology** 25:14
26:8 27:10 229:12
**gynemesh** 111:16
113:2 114:23
115:2,15

## H

**hadnt** 138:14
**half** 72:18 133:17
**halfway** 205:6
**hammock** 62:7
**hand** 8:25 15:17
16:4 191:4 220:9
220:10 329:8
**handed** 231:25
**handle** 162:5
199:21
**hands** 180:20 181:1
181:5 313:4,16
**handwriting** 17:18
**hanes** 320:23
**happen** 202:18
**happened** 193:20
207:4 259:16

Jaime Sepulveda, M.D.

297:25 298:16
324:11 326:25
**happening** 67:20
230:15 295:11
**happens** 142:1,4
147:13,16 265:10
**happy** 96:17 306:5
**hard** 129:14 196:12
221:4 304:10
307:21 309:14
**harm** 182:23
186:12,17
**harms** 171:25
**harrell** 20:14
**hasnt** 217:19,21
**havent** 73:10
107:22 111:7
164:25 165:1
166:2,4 167:11
177:14,18 219:13
252:8 277:25
284:1,1,9 302:6
305:25 309:21
318:3
**healed** 179:7
**healing** 57:5 244:20
257:18 258:13,22
**health** 23:10 25:3
36:22 37:4 70:5
109:16 138:7
188:2,4
**hear** 178:20 247:13
**heard** 26:15 116:6
116:9,12 120:4
165:3 177:17
273:15 317:6,7
318:3
**hearsay** 177:18
**heavier** 113:11
126:10
**heaviest** 118:1,15
119:24 124:6
**heavy** 117:24 131:5
**heavyweight** 105:1
105:5,9,9,15,16
105:18,19 107:21

108:2,11,17
117:18,25 118:14
119:21,22 124:2,3
128:17,25 129:20
130:3,7,13,22,24
131:2,4,9
**heavyweights**
130:20
**heightened** 237:19
**held** 218:22
**hellhammer** 3:5
120:1,15,18
121:19 122:8
**hellhammers**
120:23
**help** 221:11,13
222:6 227:19,20
**heniford** 123:8
**heres** 26:9 28:18,18
119:9 218:17
244:14 248:13
**herman** 212:25
213:17
**hernia** 105:11,13
109:10 110:4
114:8 123:5
124:22 125:4
**hernias** 105:10
125:7
**hes** 50:11 63:25
64:1 98:2 117:6,8
142:16,19,21,24
143:25 145:13
146:12 147:9
149:23 152:22,23
153:4 154:10,13
155:10 157:17,19
163:22 164:4
174:25 193:6
196:22 197:6,15
197:19,25 198:1
199:7 216:18
217:20 244:24
**hesitation** 193:23
**hibner** 274:10
**hide** 312:13

**hierarchy** 30:11
202:7,10
**high** 57:4 318:9
**highcaliber** 64:6
**higher** 88:20
103:17 133:4
178:11,18 187:6
202:20 234:17
313:13
**highest** 96:10 308:8
**highland** 5:21
**highlight** 83:12
**highlighted** 17:24
18:4 83:10
**highlighting** 17:20
**highly** 301:10,16
**hinoul** 142:14
145:11,24 146:11
146:23,24 147:2
148:2,4,20 149:9
149:10,21 151:14
151:15,17 152:2,6
152:15 153:9,15
154:2,18 155:6,20
156:11,19,23
157:15
**hinouls** 144:6
145:4 151:11
**hired** 149:1
**historic** 100:5
**history** 15:11
172:19 235:14
266:18 273:9
295:10,17
**hold** 18:17 49:1
84:25 100:12
161:18 213:19
219:22 282:1
284:13 289:25
291:17 292:8,12
292:12
**holding** 48:20
259:8 290:3,8
**holds** 205:17,18
258:25 259:6
**holste** 3:2 116:4

117:2,14,22 119:9
119:10,11,20
122:15
**home** 64:24 176:4,5
**homemade** 64:21
**hope** 313:25
**horton** 300:23
**hospital** 24:1 51:22
51:24 158:2 232:5
**hour** 70:8
**hours** 72:23,25
73:1 74:16,18,20
74:21 186:7
**houston** 5:19 6:3,4
**hundred** 16:2
74:20,21 78:25
97:15,16 124:7
185:20 186:11,15
214:12 254:9,12
292:2 309:15
**hybrid** 165:6
**hyperesthesias**
237:18
**hypermobility**
209:13,15
**hyperrelaxation**
196:19
**hypothetical** 314:3
**hypothetically**
312:20
**hysterectomy**
178:11,17,19,23
179:3,4,5,9,12,14
179:20,21,23
180:6,7,9,13
181:14,19,25
182:1,5,8,8,18
190:14 191:13
192:5 193:18,19
193:20,23,24
194:3,6,11,17
195:7,12,17
200:16 201:19
202:18,21,22,25
203:6 209:19,21
242:22 243:5,12

244:10 245:4,13
257:19,20 258:14
258:23 259:11,18
260:8,11 278:15

---

**I**

**icd10** 238:25
**ics** 28:12,22,25
**id** 326:19
**idea** 34:6,8 60:14
66:19 68:2 152:11
153:21 155:10
254:17 274:1
**identical** 18:10,14
18:18 72:12,13
192:20
**identification** 2:9
2:11,12,14,15,17
2:18,20,21,24,25
3:2,4,6,7,9,10,12
3:13,15,17,19,20
3:22,24 4:1,3 9:16
10:7 12:4 17:4,9
75:5 83:2 89:25
108:20 117:10
120:7 122:24
190:25 218:20
221:25 229:14
232:11 233:22
274:5 300:17
306:8 308:4 320:7
**identified** 172:17
233:8 260:23
**identifies** 281:7
**identify** 85:6
283:12
**ifu** 131:16,18 132:4
134:13,17 135:10
136:8,13 138:19
138:19,22,25
139:5,8,15,20
140:1,13,25 141:4
141:5,10 142:5,12
143:16 144:11
146:7 147:17,22
147:24 148:3,10

Jaime Sepulveda, M.D.

148:17 149:15
150:3,8,13,16
151:11,12,15
175:13,23 176:1,7
176:10,11,13,16
176:22,24 177:10
177:12,14,19,21
177:24 178:4
183:24 184:2,6,10
184:11,14 185:1
310:24 311:2,5,7
311:17,20,24
312:1 314:15,22
315:6
**ifus** 149:11,13
**ignore** 246:14
**ii** 111:12
**iii** 2:22
**ill** 17:6 32:4 65:19
82:22 100:12
191:4 199:12
205:4 219:8,8,8
273:7 276:4
304:23 306:3,5
314:4 328:4
**im** 7:21 9:13 10:3
10:17,22 11:14,23
11:25 12:21,21
13:10 15:11 16:11
16:24 18:2,7 19:9
19:9 22:16,23
25:4,8 26:7,9 27:8
28:17 30:17 31:23
35:10,24 36:5,14
37:8,9 38:22
40:18,18,18 42:21
43:8 44:24 47:19
48:15,15,20,24,24
51:4 52:6,13
57:24,25 59:7,7
60:11,20 61:24
63:5,16 64:11
67:8 68:17 69:5
71:3 72:8 74:25
77:7,7 80:7 85:1
86:20 89:21 93:17

95:1 96:17 97:7
100:17,17 101:2
101:24 104:11,21
106:17,23 107:19
108:7,22 113:2
115:3 116:8 119:8
119:17 120:12
121:17,17 122:21
124:17 125:14
126:2,4 129:4
132:9,14,14 135:1
141:13 143:4
144:5 145:16
146:2,9,15 148:15
148:19 150:12,18
152:2,8 154:11
155:23 161:7
162:21 163:1,5
167:4,17,17
168:19 171:19
174:11 176:11,11
181:15,18 183:3
187:24 189:7
190:22 194:22
197:19 198:22
201:12 202:14
204:15 211:2,2,8
211:8 215:16,16
216:7 220:9,10,22
222:9,16,16,16,20
223:2 224:2
225:22 229:8,23
232:9 233:24
234:22,22 235:9
239:22 241:16
242:12 243:1
246:17,17 248:13
249:4,21 252:4
257:12 259:3
260:12 262:12,20
264:25 267:1,9
272:15 273:6,18
275:12,16 276:8,8
277:24 280:12,25
281:12 282:9
284:12,17 287:22

291:13 298:8,18
299:2 301:21,22
302:23,24 304:2,3
307:22,22 309:11
309:16 310:16,22
312:14 316:6
317:12 319:13
323:8 324:14
326:18,23 327:23
**image** 3:13 220:17
221:15 222:11,15
223:2,9 224:10,14
226:6,23,24 227:3
227:4,4,24 228:3
228:24 230:13,17
231:6
**images** 3:11 217:22
220:3,4,4,6,12
221:11,14,15,18
221:21 222:3,6,21
223:8,9 224:14,15
224:22 229:6
232:14,20,22
233:3
**imaging** 3:16 229:9
229:10
**ime** 211:21 212:15
212:17 234:2,19
235:10,11,24
236:3,8,21 237:5
237:7,9,23 239:21
239:23,25 240:6,7
**immediate** 183:19
**impacted** 172:2
**impacts** 29:8
**implant** 30:6 51:21
63:8 132:23
134:15 139:9
159:19 165:14,15
165:15,16,18
170:19 171:4,15
171:23 184:3
186:22 188:19
190:7 209:5
210:22 211:1
239:13 290:12

**implantation** 169:6
169:21 170:6
290:12
**implanted** 52:8
63:20,21 98:16
111:21 112:16
113:11,25 132:3
138:9 149:4 153:9
153:15 154:3,5
170:23 171:11,23
196:8 203:18
204:2,5,6,18,23
**implanter** 254:21
254:21 255:8
257:2
**implanting** 29:22
64:21 112:22
139:4 151:10
188:15,22
**implants** 49:5
69:20 165:14
**implies** 147:2
**important** 168:22
222:25 234:20
235:22 315:20
**impossible** 185:11
**impression** 100:24
197:9 246:25
247:3,7 248:18
249:3,21,25
250:17,19 253:1
**improperly** 270:20
270:21 271:1
272:19
**improved** 151:19
325:8
**improvement**
322:6 325:3
**imputes** 200:16
**inaccurate** 198:1,2
198:2 245:19
278:21,23 279:5
322:20
**inadequate** 39:1
**incapable** 213:22
**incident** 23:15 38:8

170:5
**incidents** 23:14
169:9
**incision** 258:14
**include** 21:15 74:23
110:9 184:3
285:24 312:2
325:1
**included** 14:6
65:12 126:6,7
184:1 204:13
219:13 257:8
326:7
**includes** 24:4 110:7
110:21 125:24
**including** 129:22
130:14,16 175:8
184:4,5 275:4
316:13
**inclusion** 284:23,25
286:10
**inclusive** 330:7
**income** 303:18,23
303:25 304:9,12
304:19,24 305:5
305:14,17,24
**incomes** 302:13
**inconsistent** 176:15
176:22 193:13
195:1,3,21,24
251:5
**incontinence** 29:11
36:11 37:15 56:13
84:4 114:21,24
115:6 165:25
166:21 167:3
173:5 185:15,16
265:19,20 278:17
278:23 279:7
**incorrect** 240:14
**increases** 318:21
**independent** 54:10
65:24
**independently**
38:15 86:22
**indicate** 227:1

**indicated** 37:14
91:19
**indicates** 44:22
**indication** 224:18
277:23
**indications** 139:22
**individual** 40:22
**individuals** 40:8
46:14 68:22,23,23
69:2
**induce** 199:13
**industry** 311:20
**infection** 279:18
**infections** 169:6,13
169:19
**infer** 113:23
**inference** 290:16
**inferred** 146:2
**influenced** 22:8
**information** 28:16
98:7 140:2,7,10
140:19 141:15,18
141:22 142:2
143:17,25 144:11
144:25 145:3,19
145:23 147:14
149:25 155:17,24
155:24 156:1,24
315:1,9,10 316:11
316:14
**informed** 240:1
257:5
**inherently** 140:5
**initial** 270:25 326:8
**initially** 13:19 14:7
105:17
**injure** 137:1,2,8
265:16
**injured** 263:10
265:12 266:11,19
269:20,21 270:11
295:18
**injuries** 57:4
171:25 182:23
183:5 186:4 189:3
189:9,16 200:17

205:23 206:22
244:2,7 272:5,13
275:24 276:1
278:7
**injury** 136:21
137:10,15,18,19
137:21 178:11
185:6,9,11 188:23
193:1 211:24
263:16,19,25
264:5,22 265:3,6
265:17,23,25
266:1,8,15 267:6
267:12 268:10,11
269:18 270:1,6,9
270:14,22 271:2
271:10,14,15,16
272:2,20,24 273:3
273:8,20 275:14
275:17 276:5
277:7,10,13,15,17
277:19,23 278:1,3
278:20 279:4,13
279:18,24 280:9
281:9,11,13,15,18
281:19 282:18
285:25 288:24
290:22 293:7
294:11,14,18,22
295:6,9,18 296:6
296:8,13,19 297:9
297:21 298:3,20
298:22 299:8
**innovate** 39:2
**innovative** 68:16
**input** 68:21 150:13
256:4
**insert** 136:23 137:7
175:25 230:15
**inserted** 63:19
270:20,21 271:1
**inserting** 230:14
**insertion** 78:14,17
101:12 133:5
136:14,14 196:3
228:15,16,17,18

228:18,19 271:5
**inside** 57:10 136:11
**installments** 21:22
**instance** 170:1
291:24
**instances** 35:10,17
59:23 196:11
**institute** 213:17
218:12,23 219:3
219:15
**institutions** 47:25
**instructed** 176:6
203:19
**instructions** 176:10
203:19 204:7
**instrument** 264:18
296:22 297:3,5,15
**instrumentation**
296:17
**instruments** 24:2,3
**intend** 7:24 22:13
22:25 168:23
173:22 311:1,6
**intended** 140:13
168:21 262:24,25
**intentionally**
262:23
**inter** 129:14
**interaction** 66:10
68:4 69:2
**interchangeably**
102:11,18 280:19
**intercourse** 238:6
288:5,14,16,19,25
**interest** 25:18
**interested** 330:14
**interesting** 297:18
**internal** 14:22
15:16,24 16:3
17:1 54:19 107:20
108:1,9 109:19
149:7,10 156:24
160:7,9,10,11,23
161:5 162:16
315:14,17
**internally** 68:20

115:21 161:1
162:24 313:17
314:20 315:3
**international** 24:25
27:25 28:12
282:19
**internus** 269:14
**interpret** 166:22
**interpretation**
243:20,23
**interstices** 129:16
130:10
**interstitial** 276:16
276:24
**introduced** 52:25
52:25 55:2,2,9,9
75:21 321:3
325:22 326:20
**introduction** 56:2
274:18 325:16
326:8
**invention** 64:17
**inventor** 63:15,25
64:1
**investigated** 253:23
255:24 257:5
**investigation**
257:10
**investigator** 23:17
24:3,10
**investigators** 64:7
**invite** 32:4
**invited** 26:5,22,23
26:24 27:21 28:6
28:21
**invoice** 73:10,14,22
74:7
**invoices** 2:18 74:3
74:11,14 75:2
**invoke** 60:4
**involve** 102:12
141:9
**involved** 34:18
**irb** 24:4
**irritated** 297:10
**irritation** 265:20

265:21 281:2
**ischio** 297:7,12,17
298:14,19
**ischioanal** 211:12
264:14,16,17
266:4 293:12
297:18 299:14
**ischiorectal** 211:1,4
293:8,9,11,21
294:10,23 295:19
297:19
**isnt** 63:17 193:14
199:3 250:24
295:24 301:24
**issue** 257:1
**issued** 18:11
**issues** 321:22
**iua** 27:25
**iud** 170:23,25
171:7 172:10
**iuga** 28:3
**iv** 168:15,21 169:1
**ive** 13:1 21:18 47:5
95:8 108:22 118:1
118:15 119:24
120:9 121:19
130:11 150:25
156:2 175:7
177:17 220:23
241:11 243:17
275:9 300:19
303:14 306:10
309:17 310:9
317:5 328:12

**J**

**j** 6:3
**jack** 25:16
**jaime** 1:11 2:4 5:1
9:6 28:17 47:20
125:19 148:25
161:14 290:2
320:23 329:5
330:5 332:2,11
**january** 90:12
143:12 308:23,24

Jaime Sepulveda, M.D.

**jennifer** 1:2,2 3:18
7:5 17:7 125:8
169:5 172:1,7
178:12,22 179:19
181:8 182:23
198:6 199:25
201:6 202:17
203:12 204:24
205:22 206:1
208:15 210:16
213:22 220:1
222:7 227:21
229:3 232:1,15
233:9,15,25 236:8
239:16,24 240:24
241:12,23 253:18
255:6 259:5
263:15,18 267:24
273:17 276:24
281:8 283:1,4
285:5 287:6 294:9
**jennifers** 183:5
189:3,16 192:10
193:1 195:8,18
200:17 201:16
204:22 209:10
212:9 216:21
217:4 231:13
236:25 244:1,6,11
254:14 255:25
257:8 261:15
263:10 280:8
316:21
**jersey** 129:23
**jim** 320:22
**job** 142:25 143:4
149:11 150:5,10
152:9 156:12,13
156:15
**joerg** 3:1 116:4
119:9
**johnson** 1:5,6 5:16
5:16 7:9,9 302:12
302:12,16,16,19
302:19 304:1,1,11
304:11 306:12,12

306:23,23 308:9,9
**join** 28:6,8
**joint** 23:15
**jordan** 5:20,22
16:13 74:4 223:25
**journal** 58:10,15
58:16 99:22
282:19
**journals** 214:25
**judge** 42:5 255:3
**judgment** 74:19
79:17 150:15
151:9,11 200:8,9
203:7,16
**judicial** 1:4
**july** 119:11
**jury** 148:24 191:24
264:19 267:3
295:7,23,25
297:14
**justifications** 66:8

**K**

**k** 1:2 5:13 39:3
62:16
**kat** 5:17 7:8
**keep** 33:11 48:2
100:23 251:18,18
251:18 302:21,21
**keeping** 211:20
**keeps** 52:3
**kelly** 211:16 234:16
277:15 283:6
285:20 298:6
**kercher** 123:7
**kevin** 320:13
321:16,17
**key** 300:25
**kgallagher** 5:19
**kind** 53:24 148:16
163:3 185:6
217:12 239:10
276:24
**kirkomo** 320:24
**kit** 62:24 63:7
**knew** 75:22 116:21

254:11 277:12
325:21
**knit** 129:4 158:18
**knitted** 158:19
**know** 10:14 11:12
12:13 15:20 19:21
21:9,21,24 26:13
28:15,16 30:19
31:10,22,25 33:3
33:7,15,23,25
34:3,5,16,17 46:7
48:23 49:6,7,13
52:2,8 53:12 56:9
58:14 61:14,17
64:2,5 65:14
67:17,21,23 73:8
75:12,17 76:9,10
76:14,17,21,24
77:8 79:11,11
80:10,17 86:10
95:15,20 97:25
98:20,21 104:19
106:8 107:16
111:12 112:5,8,10
112:12,13,22
113:22 114:3,10
116:4,13,15,22,23
116:24,25 118:3,4
118:8,9 119:16,18
120:1 122:3,5,7
122:10,10,10,12
122:15,17 126:12
126:13 127:10,20
128:11 135:3,9
142:14,23,24
144:21 146:5,10
146:23 148:16
149:2 150:7 151:1
151:22,24,24
152:5,6,12,15,17
152:17 154:2,4,6
154:9,13 155:5,11
155:12,13,14,15
155:16 156:6,13
162:18 164:25
166:3 167:14

169:24 170:1
171:20 172:18,23
173:1,7,9,12,15
173:18,20,21,23
174:8 175:8,10,18
175:19 177:20
182:13 184:7,7
185:18 194:1,10
204:1 212:9
215:20 216:6,18
217:11 222:23
227:8 229:8
231:22 232:9
234:24 254:5,12
254:12 255:14,14
255:15 257:12
262:15,17,20
265:10 268:3
269:20 272:4
278:14,15,16
280:17 281:24
282:1,10 283:15
283:19 284:17
286:25 295:10
298:13 301:25
302:11,16,20,24
303:2,3 305:25
306:13 307:13,14
307:16 308:8,12
308:14,17,19
309:13 310:1
312:14 315:13,15
317:15 318:17
319:17,24 320:16
321:5,6,11 322:7
322:14,18 324:22
326:14 327:4
**knowing** 134:16,22
308:16
**knowledge** 24:24
43:17,18 53:11,20
134:8,14,20,22,24
135:4,5,11 152:5
152:14 156:10
161:21 181:15
187:16 204:14

260:4 295:14
**known** 86:14,22
140:1 143:16
144:10 173:5
293:11 296:7
**knows** 122:11
148:12,19,25
152:6,11,15
296:22
**kol** 300:24,24
**kols** 301:10,16
308:9

**L**

**lab** 65:2,3 76:1
175:20
**lack** 59:12,15
182:18 243:13
259:23
**lacking** 59:5
**laid** 180:20 181:1,5
**language** 60:4 72:9
**laparoscopic** 179:2
**laptop** 326:18
**large** 5:5 105:4,25
106:1,3,9,12,20
107:4 109:7
**largepore** 105:3
111:25 112:2
120:20
**larger** 46:18 106:21
106:22 113:20
114:4,15,17
**largest** 106:16
124:7 158:11
172:14 304:7
**laser** 48:22 49:6,14
50:5,13,21 51:2
51:12,25 52:9,19
52:24 53:4,5,9,15
53:18,21 54:2,4,8
54:13,18,25 55:1
55:8,14,19,22
60:19,25 61:10,20
61:22 98:11
326:20

Jaime Sepulveda, M.D.

**lasercut** 48:18
51:17 56:3,7
98:16,25 312:16
314:10,14 317:11
320:11,19 321:3
325:7,16,19,23
327:15,25 328:7
**lateral** 244:20
**launch** 62:10 65:8
65:9,14,22,24
68:1
**launched** 62:13
63:12 65:16
165:11
**launching** 66:15
**laval** 62:24 63:22
64:20
**lawsuit** 172:1
182:24
**lawsuits** 18:11
185:21
**lawyer** 96:17 135:6
306:3
**lawyers** 13:25
14:13 15:17 16:25
18:25 20:24 54:8
111:5 157:5
**laying** 188:18
**laymans** 287:13
**lead** 42:4 209:11
238:14 266:11
**leader** 300:25
**leads** 262:5 269:24
298:1
**learn** 319:19
**learned** 174:16
**leaves** 43:20
**leaving** 184:8 185:3
188:16 322:2
323:18,24
**led** 171:1 264:8
**left** 178:24 182:15
192:14 196:2
199:13 211:17,19
223:20 224:12,17
226:19 227:17

230:20 231:3,15
234:17 236:14
238:3 257:21
258:7 259:12
264:9 267:18
268:18,25 269:3,4
269:6,9,10,13
291:14 306:20
**leg** 133:6,9 134:2
271:8 287:4,5,10
**legal** 300:9
**legs** 271:12
**length** 29:25
154:13 318:20
**lent** 63:11
**lessened** 325:17
**letter** 2:18 32:18
33:7 74:5 188:3
**letters** 75:1
**levator** 205:7,22,23
206:1,4,6,10,16
206:18,25 207:9
207:12,15,18,20
207:21 208:1,4,6
208:8,11,18 209:4
209:8,11,21,25
210:14 211:15,24
213:21 217:20
218:4 220:2,5,18
221:8 222:6,12
223:7 224:8 225:5
225:12,13,17,23
226:3,5,7,10,16
226:22 227:1,15
227:16,21,22,25
228:4,9,13,22,24
229:24 230:11,13
230:13,18,20
231:15 232:18
233:9,16 234:3,6
234:7 236:3,4,9
236:16,21 237:12
239:1,5,9,12,17
239:25 240:6,13
240:16,20 241:3
241:12,16,24

242:13 253:9
257:21 258:7
259:12,19,23
260:5,10,13,19
261:5,7,9,15
265:11 266:9,16
267:3 293:20
294:7,14
**levators** 218:11
226:1 266:4
293:17
**level** 76:18 77:2,9
77:11,16 96:10
105:10 226:14
227:25
**liaison** 321:14
**liaisons** 68:24
**licensed** 212:4,10
212:13
**lie** 324:20
**life** 19:11,12,17,18
19:25 20:4,12
70:9 151:19
153:15 154:3,7
169:25 170:10
273:21
**lifetime** 56:16
**ligament** 226:18
**ligaments** 132:23
203:2
**light** 112:1
**lighter** 112:1
113:12,14,16,18
130:4
**lighterweight**
111:24 112:2
113:9
**lightweight** 105:7
105:21,23 106:12
107:3 123:4,19
128:6
**liked** 160:13
**limit** 280:2
**limitation** 41:12
298:5
**limitations** 40:17

40:19 90:24,25
91:24 106:8
290:17
**limited** 84:7 316:11
**linda** 5:3 329:13,14
330:3,19
**line** 12:23,23
146:22 155:7
205:17 223:15
228:17 331:3
**lines** 146:21
**linked** 41:3
**linting** 316:25
317:3,3,5,7,22
318:2,4 321:19,22
322:1,3,8,10,22
322:24 323:1,4,18
323:23 324:4,8,9
324:13 326:11
327:5
**list** 2:12,13 11:20
11:24 12:1,10,11
12:12,15,24 13:7
13:17 14:20,23
18:24 21:3 48:2
80:9 95:24 110:1
110:2 116:16
117:2,6,8,15
119:9 121:9,14,18
123:13,14 124:18
125:14,16,16,18
126:6 218:13
247:25 248:7
249:9,24 280:12
280:13 283:13
301:16
**listed** 21:4 115:4
117:3 232:2
248:11 249:19
279:25
**listen** 95:2,12,14
140:17 141:12
288:12 295:16
324:2
**listening** 195:15
302:15

**listing** 301:10
**lists** 13:24
**literature** 2:23
11:12,15 53:24,25
54:11,12 56:12
59:3 84:4 86:15
86:22 87:9,16,19
89:23 90:6,10
91:16 137:13
271:17 277:5,11
277:17,18 278:2
294:21 296:5
**lithotomy** 136:12
**litigation** 18:11
123:17 216:9
**little** 159:3 205:9
213:11 243:1
265:13 293:17
319:3
**living** 215:6 311:13
**llp** 5:18,21 6:3
**loaded** 11:15
**local** 25:5
**locations** 282:18
**logged** 14:3
**london** 321:6 322:9
322:12 324:3,12
324:15,19
**long** 19:7 21:7
25:22 39:4 66:19
67:2 82:17 93:22
94:7 95:10,16
117:5 145:14,14
152:25 169:24
177:4 218:22
228:18,19 240:19
241:7
**longer** 24:10 95:16
97:8
**longerterm** 94:10
**longest** 73:1
**longterm** 93:13,25
94:9,12,18 95:3,4
96:8 133:21,21
134:3
**longus** 228:2

Jaime Sepulveda, M.D.

**look** 21:3 32:1,4
35:7 36:1,12,15
45:5 48:25 49:11
49:12 50:4,6,12
50:19 51:1,5
52:10 54:3 56:14
59:22 71:23,24
75:8 76:18 77:5
79:21 84:24 87:5
95:13 99:6 108:7
109:18 124:9
128:5 131:14
132:25 134:1,6
158:3 176:1
177:21 183:17
184:12 186:7
187:4,5 190:3
192:6,8 201:25
215:7,9 225:3
227:13,19 232:17
234:2 240:18
243:7 276:12
279:6,8 281:20
282:24 286:11,16
291:2,3 292:13,14
292:15 297:20
298:15 301:2,21
301:22 306:18
308:2,6 311:17
326:21
**looked** 10:24 16:3
32:3 49:8 51:17
54:6,18 76:22
77:1,4,8,9 79:10
83:4 88:3 89:23
98:6 107:24
177:18,23 201:20
212:18 224:11
227:6,8,9,12
229:2 243:16
253:16 282:4
309:21
**looking** 35:24 36:4
36:5,8,14,17
48:23,24 49:4
51:6 58:20 76:2,8

76:9 77:10 80:5,7
80:11,14 81:2
82:13,17 85:22
87:22 92:1,3
94:14 95:1 96:14
96:14 100:25
224:10 225:18
226:2,12 227:23
227:24 229:8,21
229:23 265:14
269:10 281:2
290:1
**looks** 12:11 72:5,12
94:3 227:11
230:11 299:22
**loss** 89:4 231:14
254:3,14,18,22,24
255:8 257:2
316:20 317:1,4,6
318:2,5,7,12,14
318:15,18 319:1,4
319:12,14,15,17
323:5,9,10 324:5
324:16 325:8,17
325:19 327:20,21
**lot** 21:4 30:25
34:17 70:21 72:25
106:22 126:19
253:18,22 254:18
255:11,25 256:12
257:8 328:12
**lotze** 282:17
**low** 134:3 211:16
**lower** 124:12 231:3
**lucente** 320:21
327:9
**lumped** 78:9
**lumping** 60:25
**lunch** 168:8,11

———————
**M**
**m** 1:5,11,15,15 2:4
3:5 5:1 7:5 8:23
9:6 54:22 103:25
103:25 111:16,16
113:3,4 114:6,11

114:23,23 115:15
115:16 158:5,7
168:11,12 218:8,9
292:24,25 304:7
328:13 329:5
330:6 332:2,11
**machine** 50:14
**macroporous** 109:4
109:7 111:11
115:16,18,20,22
116:2
**magnetic** 230:12
**magnus** 133:10,11
228:2
**mahar** 320:13
321:16
**main** 84:9
**major** 57:3 178:11
**majority** 44:6,11
46:1 275:4
**making** 61:5
149:23 160:23
209:20 218:2
234:20 309:13
**malpractice** 261:24
262:4,10 264:25
**man** 264:24
**managed** 133:14
**management** 24:21
304:5
**maneuver** 234:12
**manifestation**
225:13,16
**manifested** 209:25
**manipulation**
294:12
**mankind** 296:7
**manner** 183:4
204:18,23 244:5
**manuals** 76:1,1
**manufacture**
256:25
**manufactured** 56:1
65:6 255:11
256:23
**manufacturer** 41:1

313:19
**manufacturers**
257:7
**manufacturing**
61:15 253:17,21
256:20,22 257:6
**march** 72:3,10,14
72:16 241:13,17
242:14
**margolis** 208:11
214:4
**mark** 9:13 10:3
11:24,25 16:8,11
16:13,15,24 17:6
17:13 74:25 80:2
82:22 89:21
190:22 220:19
221:22 229:7,9
232:8
**marked** 9:15 10:6
12:4 17:3,8,12,13
75:4 80:17 83:1
89:24 108:19,23
117:9 120:6,10
122:23 190:24
218:19 221:25
229:13 232:10,23
233:2,11,21 274:4
293:1 300:16,19
306:7,10 308:3
320:6
**markers** 223:24
**market** 30:14 31:7
31:13 32:6,12,13
32:15 33:13 34:7
38:12 47:9 68:7
69:10 112:3,9,14
**marketing** 33:11
68:22 319:22
**marking** 122:22
**marlex** 126:10,12
126:13,16,18,25
127:2,5,9,16,21
127:22 128:9,11
128:16,20,25
129:2,22 130:2,4

130:5,7,14,21
**masata** 272:11
**material** 142:2
147:14 160:5
177:15 326:8,10
327:10
**materials** 11:14
14:4,12 16:21
119:1 122:16
125:18 327:11
**matter** 7:5 72:24
74:19 123:17
290:1 293:19
294:8 297:2
**maude** 40:12,13,16
40:19 41:3 83:14
91:17,24 187:1
**mckinney** 5:18
**mctaggart** 6:3
**mdl** 74:13,23,24
**mean** 17:12 31:19
31:23 32:5 35:13
35:18 42:7 44:7
52:7 65:2 67:2
68:18 70:19 71:4
72:25 79:1 84:25
95:3,16 101:17
102:9 126:2
133:15 145:13
152:25 155:20
166:22 173:3
181:22 197:25
210:24 216:17
228:20 264:24
269:3 298:8
299:18 317:4,19
**means** 7:18 8:5
45:18 99:16 109:6
109:7 215:5
307:15 319:24
322:7
**meant** 67:4
**measure** 113:17
157:25 158:3
159:1,17 234:15
**measured** 135:19

157:21,23,24
272:13
**measures** 37:20
**mechanical** 49:6,15
50:5,21 51:2,13
51:25 52:9,20
53:4,6,9,15,19,22
54:2,4,7,13,18,25
60:19,25 61:4,6
98:11
**mechanicalcut**
51:18 61:15 98:16
**mechanically** 48:22
132:16
**mechanicallycut**
48:18 55:10 56:6
98:25 312:16
314:13 317:10
325:9,18,20
327:15
**mechanism** 38:19
39:7
**mechanisms**
279:12,23 280:3,5
280:6 281:7
**med** 173:4
**medial** 269:11
287:10
**medical** 3:8 13:6
21:18 23:4,4,11
59:3 68:24 69:8
99:10 142:3,16
143:1 144:1 147:9
147:15 148:13
149:1,16 150:10
153:19 157:17,19
172:19 173:12,19
192:24 200:15
201:12 208:14
209:10 219:15,23
224:24 232:2
236:23 261:18,24
262:2 289:5
295:10,17 305:15
313:5,10
**medically** 199:18

199:25 200:10
203:6 261:20
262:3 263:3
**medicalsurgical**
304:9
**medication** 133:14
**medicine** 25:19
27:11 42:8,11
58:11,15 99:23
212:4,10 274:13
276:9
**medium** 109:4
**mediumterm** 96:8
**meeting** 143:7
156:16,17 308:15
321:1 322:17,19
324:4 327:2 328:7
328:8
**meetings** 319:20,21
320:3 327:17
**meets** 96:20 285:17
**member** 25:9,24
26:8,11,18 27:1,4
27:5,14,19,20,23
28:10,18,22,25
**members** 219:15
**memo** 4:2 320:10
**memory** 95:25
96:16 174:22,23
326:11 327:8
328:5
**men** 274:21 320:16
**mention** 96:7 102:6
102:8 110:6 195:6
243:17,25 244:5,9
**mentioned** 35:3
42:23 91:23 96:21
181:16 216:11
**mentioning** 324:24
**mersilene** 126:24
126:25 127:4
**mesh** 2:24 3:3,21
3:23 4:2 18:11
29:20 36:10 37:14
43:5,13,17,18,19
44:13,15,17 48:18

48:18,21,21 51:18
56:3,6 61:15 84:3
84:9,12 85:7 86:4
90:8 91:18 92:9
93:4 102:12,15,16
102:25 103:7,9,10
104:3,3,20,22
105:1,3,5,7,11,13
105:15,15,16,20
106:4 107:3,20
108:11 109:3
110:1,5,16,19,22
110:24 111:15,25
112:3,20,21 113:2
113:4,9,15 114:10
114:16,17 117:17
117:18 118:8,13
118:14,17 119:20
119:22 120:20
121:1,2,20,21
122:8 123:5,19,25
124:2,6,9,10,11
124:19,23 125:1
126:9 128:6,17
129:1 130:22
131:1,2,7,9 132:2
132:7,16,17
137:16 138:7
140:5 151:3
161:23,24 167:6
169:8,13,14,16,17
169:21 170:6,9,20
180:5,15 182:22
183:2,4,12,18,20
183:21,25 184:2,4
184:5,8,13,15
185:4,5,17 186:3
186:11,13,14,16
186:20,22 187:2,3
187:18,21,21,24
188:8,8,13,15,15
188:22 189:2,5,7
189:10,14,22
190:1,4,6,7,12,17
191:11 192:5
196:3,7 198:23

199:14,25 201:16
201:19 202:4,16
202:19 205:2
210:19,22 215:1,2
215:13,17 216:11
217:3,13 239:13
253:18 255:25
262:25 267:23
268:14,17,20,22
269:3,4,7,13
270:8,13,15 272:5
272:16,19 278:4
278:19,19,25
279:3 281:22,24
282:14 283:14,21
284:8 289:19,20
289:22 290:2,12
290:20,21,21,22
290:23,24 291:3,4
291:14,17,18
292:3,10,16,17,20
292:21 295:19
296:20 299:11,13
312:16,16 314:10
314:13,14 316:1
317:8,11,11,23
318:6 320:11,19
320:20 321:3
322:1 323:23
325:7,9,16,18,19
325:20,23 327:15
327:15,23,24,25
327:25 328:7
**meshes** 16:4 60:25
105:8,10 109:25
123:22 130:3,8
272:4,15 278:22
323:15
**messing** 326:18
**met** 310:21 321:7
**metaanalyses** 87:12
**metaanalysis** 96:10
**meter** 117:17,23
118:4,13 119:21
123:25 124:19
125:2 127:24

129:13 131:3,8
**method** 15:20,21
29:22 37:25
**methodist** 232:5
**methodology** 2:22
32:19 38:25 40:3
40:9 42:2,3,18
63:6 75:20,23,24
76:4,5 77:5,8,24
77:25 78:1 84:20
326:7
**miami** 5:6 23:4
25:1 47:19,19
158:2
**miamidade** 5:6
**microns** 106:3,4,20
106:24,25 158:24
158:25 159:2
**microporous** 109:4
109:6,25 110:1,3
110:25 115:13
116:2
**microscope** 158:2
159:4
**mid** 222:20
**middle** 233:4 234:9
**midsize** 223:8
**midurethra** 105:7
**midurethral** 30:24
44:19,20,23 45:2
45:4,7,9,15,20,22
46:20 47:1,6,7,13
47:16 48:9 55:10
56:1 57:7,13,14
57:15 59:4 64:22
81:25 86:23 88:17
92:22 96:9 99:18
151:3 187:9 190:7
202:22 279:6
319:5
**miller** 320:22
**million** 299:17
309:8,18,19,22,23
310:1,3,5,5,7,7,10
310:13,14
**mimic** 271:14,16

279:16
mimicking 271:22
mind 15:6 30:2,20
36:2 47:21 59:21
153:1 262:16,21
317:1,23
mine 168:17
minimallyinvasive
89:10
mining 41:8
minislings 37:13
42:23
minor 5:3 329:13
329:14 330:3,19
minute 104:12
minutes 103:23
misbelieve 187:23
mischaracterizes
165:12
missed 216:8
218:15 219:5
227:14
mississippi 5:22
misspoke 19:9
mix 236:5,5
mixed 15:10
moderate 91:3,9,11
modify 216:13,15
216:16 217:9
monday 177:20,20
money 28:18 64:8
300:15
monofilament
60:17,23 88:20
106:15 128:16,18
128:24,25 129:6
130:3 167:1
318:10
month 94:8,8
304:20,24 305:6
305:10,11,17,23
months 73:19
94:11 95:11 96:11
96:11,12 196:8
morning 9:12
268:1

mornings 227:11
morris 74:5
motivated 70:3
move 13:22 14:9
89:9 93:11 151:6
156:7 195:13
202:15 219:19
236:7 267:21
273:7 281:5 328:4
moving 217:15
mri 220:8,15
221:14,15,21
227:24 231:13
232:15 261:3
266:22 318:25
mris 227:11
multifilament
126:15,16,17,20
127:6 128:22
129:3,5,7 130:5
multiple 41:8 59:24
156:1 189:23
214:12,15,20
221:18,20
muscle 196:3 205:8
205:8,22,23 206:1
206:4 226:5,16
228:2,14,21
230:25 231:15
239:4,7,14 253:9
257:21 258:7
259:12,19 260:13
260:19,22 261:11
261:12 265:11,13
266:9,22 267:3
269:14 279:13,15
293:20,22,23
294:1
muscles 133:6,9,11
206:16 227:25
228:1 239:19
266:16
muscular 134:9
musculotissue
206:14
myalgia 279:14

280:14
_____
**N**
n 2:1 5:20
name 50:3 76:15
96:19 97:20 98:1
116:8,12 120:4,17
213:16 322:14
nantes 284:20
285:1,17 286:2,6
286:14
narrative 15:13
national 24:25
near 252:17
necessarily 82:8
101:20 102:16
necessary 134:21
140:7,18 141:14
144:25 145:19
199:19,25 200:1,9
203:6,8 261:20
262:3
need 35:7 39:5
51:24,24 52:3
102:20 134:14
135:7 146:18
149:25 155:12
171:12 221:8,16
269:9 275:8
312:25 314:6
needed 36:15 37:13
37:15,16 52:7
318:10 322:5
325:3
needing 135:8
needle 100:6 133:5
136:14,17
needles 63:1 78:17
101:12
needs 92:9,17
139:8,25 143:15
144:10 312:11,24
negative 321:24
neither 189:2
297:14
nerve 57:3 134:9

135:22 136:3,21
137:1,3,10,15,17
137:19,21 184:21
189:20,21,23
263:10,16,19,25
264:5,19,22 265:3
265:6,9,17,21,21
265:25 266:1,8,14
266:19 267:5,8,11
267:12 268:15
269:18,20,22
270:1,6,8,11,12
270:14,19,22
271:2,5,10,11,14
271:14,16,20,23
271:24 272:1,5,9
272:13,20,24
273:3,8,16,20
275:14,17,24
276:1,5,10 277:7
277:10,13,15,17
277:19,23 278:1,2
278:7,13,20,25
279:3,13,15,19,23
280:9 281:3,8,15
281:18,19,21,23
281:25 282:6,10
282:11,12,13,15
282:18 283:10
285:5,6,25 286:24
288:24 290:22
293:7 294:11,13
294:18,22 295:6,9
295:18 296:5,8,13
296:19 297:9,10
297:21 298:3,20
298:22,24 299:8
nerves 135:18
269:21 284:24
neuralgia 3:20
274:18 276:16
279:9,11,17
280:14,16,20,21
280:24 282:25
283:1,5,7,11,12
283:20 284:7,13

286:17
neurography 282:3
neurological
267:19 268:10,11
neurologists 24:20
24:21 275:6
neuromodulation
29:2,5,10
neuropathic
274:20
neuropathy 274:25
275:1 279:16
280:15,20,22,24
neurourology 80:8
neurovascular
135:16,25 136:6
136:19 137:8
never 32:3 44:9
46:6,8 49:8 53:5,8
55:9 58:2 67:18
76:21 111:2
118:19 127:12
157:20,23 158:19
158:21 160:22
210:21 212:7,8
217:11 271:17
272:1 275:9
284:15,18 291:17
294:18,21 295:1
296:3,4 299:12
300:12 308:15
317:5 318:1,17
319:10 322:13
324:11,11,14
new 58:10,15 94:4
99:22 129:23
299:22 320:10
326:8,10 327:10
nextday 322:4,8,13
322:14 324:10,16
nice 119:9 198:1
nonabsorbable
60:17
nonabsorbables
60:23
nonexistent 264:7

**nonlasercut** 327:22 327:24
**nonresponsive** 156:8
**normal** 196:10,25 198:17,24 199:2 224:3,19
**normally** 66:22 67:10 132:12 135:1
**northeast** 232:5
**notary** 5:4 329:16 332:17
**note** 174:4 321:25 323:22
**noted** 322:4 325:2 327:9 332:7
**notes** 18:4 330:9
**noteworthy** 85:7 86:2
**notice** 2:8,10 7:10 7:16,19 8:3 9:14 10:5 138:10
**noticed** 7:11 322:3 322:10 323:4,5 324:8
**notification** 188:4
**notifications** 138:7
**november** 235:3,6 235:16 301:3,4 303:4
**number** 18:10 46:4 46:5,9,10,17,18 59:15,20 73:1 82:15 95:20 97:12 109:22 159:23 235:17 236:25 255:16 278:8 283:20 284:6 300:24 303:9,10 303:10,12 306:25 307:3
**numbered** 5:2
**numbers** 40:25 73:13 100:5 103:12

**numeral** 168:15

**O**

**oath** 9:9 22:24 64:9 120:25 162:25 326:23
**object** 7:13,19,22 7:23 10:15 31:15 32:7,16 33:2,14 34:15 35:1 38:13 38:24 42:17 43:15 56:8 61:11,16 64:23 66:5 68:9 69:11,15 70:2 72:15 84:18 86:16 94:20,23 97:10,21 98:2 103:1 107:14 110:11 118:21 119:23 121:22 140:22 141:20 142:8 143:3 144:19 148:5,14 148:21 149:3,17 150:2,6 151:13 152:7 155:18 157:7 161:3,10 163:9 166:8 168:2 170:11 177:16 185:24 186:5 187:22 190:2 194:18 195:23 196:9 198:13 199:8 201:2 212:16 213:14,24 216:22 217:5 237:2 242:1,5,15 245:15 246:16,23 249:10,20 252:19 252:23 253:10 255:13 256:21 259:2,7 262:19 266:17 270:4 276:7 287:8 289:21 290:5,9 291:1,11,20 292:5 295:12 313:21

314:16,24 315:8 325:4,10 326:4
**objected** 10:15,17 302:5
**objection** 7:22 65:25 66:1 68:11 146:12,25 147:8 163:13 164:1,6 185:13 204:4 295:21 296:10 323:13 324:21
**objections** 7:4
**objective** 58:20 84:10 88:21 96:2 249:1
**obstetrical** 229:11
**obstruction** 57:3
**obstructs** 169:18
**obtain** 42:14 290:16
**obtained** 41:6 227:4 232:3,5 264:12
**obturator** 30:22 81:12 82:1 88:21 89:5 134:8,11,15 134:23 135:9,12 135:16,18,22,25 136:6,21 137:1,2 137:10,15,17 196:3 228:1 267:23 268:1,2,2 268:3,5,7,18,23 269:1,6,14 294:6
**obturatorapproa...** 64:22
**obviously** 182:19 185:15 190:20 199:6 203:22 295:24 304:9 313:3 326:23
**occur** 67:22
**occurred** 67:18 207:3 261:14 328:7
**occurs** 322:1

323:23
**offer** 168:6 173:25 200:13 311:1,6,18 312:8,22 313:7,12 313:19 314:6 315:25 319:9
**offered** 8:11 200:11
**offering** 173:22 256:19
**office** 19:20,22 20:7 52:5 305:15
**official** 329:8
**oftentimes** 277:6
**oh** 121:14 125:15 236:18 280:12
**okay** 8:16 10:1,14 10:19,23 11:4,17 12:9,13,21 14:18 15:1,16,24 16:2 17:6 18:2,5,6,16 18:20,23 19:2,7 19:12,21,24 20:9 22:1,4 23:3 24:16 25:4,9 26:11,17 28:5,9 29:19 30:14 31:3,6 33:22 36:15 37:11 37:22 41:17 43:11 44:18 45:23 46:7 46:11,19 47:3,12 48:10 49:1,12 51:2,16 52:6 54:17 56:11 57:12 57:18 58:17 59:2 60:8 61:2 62:4,13 63:3 64:11,16 65:4,14 66:22 71:19 75:2,3 80:10 81:1,4,8 82:22 85:17,24 87:8 88:9,13 92:15 94:17 95:22 96:1,12 99:6 100:23 101:9 102:23 104:25 105:14 107:24

109:3 110:7 111:11 112:16,19 112:25 113:6 114:9 116:11,15 117:1,6 118:10,12 118:16 119:15 120:17 123:15,18 125:15,17 126:18 126:21,23 127:2 127:10,17 132:1 133:13,17 135:15 135:20 141:11 143:8,12 144:23 146:1 148:24 154:24 157:10,25 158:11,16 159:7,9 160:2,22 161:22 162:1 163:24 164:7 166:1,13 167:25 168:25 169:5,16 170:22 171:3,6,17,24 172:5,12,22 174:11,15,24 175:10,12 177:6,8 178:10 179:1,18 180:3,8,20 183:24 184:23 191:2,16 193:3 194:9 196:1 196:21 197:15,25 202:14,24 204:1 204:21 205:21,24 206:3 207:2,11 209:18 210:7,21 210:24 211:5,8,23 212:13 213:2,19 214:7,15,18,24 215:7 216:12,16 218:25 219:6 220:9,17 221:2,12 221:19 222:5,9,19 223:5,23 224:6,24 225:9 226:25 227:19 228:3,6,8 228:12,23 229:5 230:7,16,21

231:16 233:13,18
233:24 234:2
235:3,9,16 236:16
236:20 237:17
238:24 239:1,6
242:18 243:8,22
243:24 245:2
246:8,12 247:17
250:12 251:20
255:23 256:15
258:15 260:16
261:17 264:15
265:5 269:25
273:14 277:5
281:20 282:24
283:4,9 284:23
287:16 290:19
291:16 294:17
300:19,23 305:19
305:23 306:23
308:6 311:22
312:13,19 318:15
319:16 321:3,8
322:16 324:7
328:2
**old** 104:6 105:10,11
105:13
**oldconstruction**
117:17 118:6,7
**once** 56:7 116:13
118:23 182:16
205:2 271:22
278:5
**onecredit** 25:2
**onequarter** 128:1
**ones** 71:24 74:13
82:10 96:15 186:8
186:10 189:24
320:18
**online** 229:11
**onset** 269:22
**open** 49:13,18
50:20 51:7 85:7
89:12 323:15
**opening** 49:21 50:8
50:9 175:22

176:11
**operate** 160:3,18
164:15
**operating** 44:1 45:1
45:7 138:23 162:4
197:4 199:16
**operation** 89:11
261:19
**operative** 190:6
191:6,16 192:9
243:16,25 244:6
244:14 249:6,17
250:18 251:3
252:1 264:13
**operator** 266:24
**opine** 22:25 23:1
**opinion** 2:16 17:7
19:12 21:13 22:19
39:22 83:7 84:1
85:18 106:2,18
107:3,8 121:15
126:3 150:18
159:20 161:7,8,19
162:6 168:15
169:2,13 170:9,19
171:8 172:2,25
173:6,25 181:19
185:20 186:8
189:1,17 201:17
202:4 205:12,21
205:25 206:3
209:7 216:13,15
216:17 217:9
220:5 221:7
227:20 233:9
242:16 243:20
250:25 254:13,20
255:10 256:6,24
258:10,24 259:1,3
259:6,9 260:2,4
261:18,23 263:2,4
263:15,22,24
264:11 266:7,14
270:3 272:18
273:2 275:10,13
276:10 277:13

283:22 284:10,13
285:24 289:19,25
290:2,4,8 291:17
292:8,13 293:6,13
296:7,25 297:1,2
297:12,16 298:17
298:21,25 299:7
299:12 300:25
311:3 312:15
318:11,13 319:7,9
**opinions** 18:16,20
20:4 22:8,13,25
29:3,8 39:12
53:17 58:4 75:9
83:5,20 117:4
125:19 168:20,22
169:3 171:14
173:23 201:15
218:2 236:24
242:11 256:19
257:5 258:6
277:10,25 311:2,5
311:6,16,18
315:14,18,23,25
319:4
**opposed** 96:5
**option** 36:18
297:23,23 298:15
314:5
**order** 18:8 33:11
34:9 37:3 50:25
51:20,23 52:4,4
52:18 59:21
134:15 135:11
139:23 143:13
144:8 231:19
232:9 267:10
277:11
**ordered** 52:1 227:6
228:9
**orders** 51:22
**organ** 36:11 37:6
87:11 115:5
**organization** 25:13
25:25 26:21 28:5
213:11

**orient** 136:7 230:21
**orientation** 211:19
**original** 13:7 16:15
65:8,14,22 72:3
104:6,14,20
**outcome** 37:20
64:14 196:6
319:15
**outcomes** 92:6
155:13,14
**outfit** 311:19
**outlet** 57:2
**overall** 78:5 87:11
92:10 326:10
**overheard** 53:2
177:17
**overlooked** 76:17
**overlooking** 76:7
76:12
**overreaching** 91:25
92:4
**oversaw** 76:16
**oversee** 23:13,13,14
24:2
**overview** 56:11
168:15 169:2
**owner** 304:4

**P**

**p** 1:15 168:11,12
218:8,9 292:24,25
328:13
**pack** 256:12,16
**packet** 13:19
**page** 2:3 18:5 19:13
36:1,12,14 37:8,9
45:6 61:25 78:4
83:16 91:12 99:6
103:11 109:18
123:18 131:14
132:25 134:6
136:5 138:17
143:11 146:22
168:17 181:22
205:1,1 229:18
230:10,17 231:8

236:12,13 257:12
257:13 276:13,13
284:24 306:19
308:21 321:18
331:3
**pageflipping** 18:8
**pages** 12:18 14:3
20:3 21:12 60:3
243:6 330:7 332:3
**paid** 48:11 75:10
75:13,15 189:25
299:17 300:6,12
300:15 301:11
302:8,12,20,25
303:5,15 305:9
307:11,18,20,24
308:1,8 309:23
**pain** 24:21 57:4
133:5,21 134:2,4
178:13,24 179:6
179:11,13,15,18
179:18,22 180:4
180:14 182:9,14
183:2,11,19,20,22
184:2,2,6,9,13,15
184:17 185:4,15
186:13,14,20
187:2,3,5,10,19
187:25 188:9,17
188:23,25 189:12
189:19,23 190:4,8
191:11,14,17
192:1,5,11 193:3
193:7,18,25 194:3
194:17,24 195:8
195:18 197:5,7,10
197:11,14,22
198:5,12 199:1,13
199:16 200:23,25
201:16 202:5,21
210:2,3,4,7,10,11
210:13,15,25,25
211:3,9,9,11
238:5,23 245:11
245:23 246:8,15
246:21 248:15,17

248:20,24 249:7
249:18 250:20,23
253:2 262:7,8
265:22 267:19,20
268:12,13 271:8
271:10,11 274:12
275:5 283:2 285:4
285:6,8,11,20
286:19,21,23
287:1,2,9,14,15
288:5,13,15,19,25
289:18,20,23
290:2,13,21,22
291:4,24 292:11
292:16,18,20,22
**painful** 234:14
274:20
**pains** 262:5
**palm** 329:2 330:2
**palpable** 198:24
**palpate** 196:7,12
196:16,22 199:2
**palpated** 197:10
**palpating** 196:24
199:1
**palpation** 196:1
238:4 281:11
**panel** 37:12,16,17
43:6,23 168:6
**panelists** 326:8
**paper** 10:25 11:6
35:24 50:3 77:25
79:13 80:12 82:24
83:8,17 86:13
124:16,17,21
126:5 229:25
**papers** 65:11 70:14
71:7,9,10 72:7
77:18,18,23,23
126:3 134:5 209:8
278:7
**paragraph** 84:2
87:5 89:9 99:10
131:15 133:1
134:6 205:2 258:1
**paragraphs** 85:5

**parameters** 96:20
**paren** 128:11 327:8
**parisi** 320:13
321:11
**parkway** 5:21 6:4
**part** 19:10 30:9
90:3 115:11
134:16,16 140:14
156:15 160:15
170:19,21 182:21
202:11,12 203:3
229:10 239:15
257:21 258:8
259:13 260:6,9
269:5 288:18
304:4 323:15
**partial** 191:12
239:11
**partially** 113:6,8
165:6 192:13
**partiallyabsorba...**
112:19,21 166:10
**participated** 320:2
325:25
**particle** 254:3,14
254:18,22,24
255:8 257:2
316:20 317:1,4,6
318:2,5,6,12,14
318:15,18 319:1,4
319:11,14,15,17
323:5,8,10 324:5
324:16 325:8,17
325:19 327:20,21
**particles** 253:25
255:3,9,16 256:11
256:16 316:22
322:2 323:6,19,24
**particular** 18:5
56:23
**parties** 7:16 330:11
330:12
**partner** 304:2,3,7
**partnership** 23:9
**parts** 39:21 235:14
**party** 7:15 65:6

**pass** 140:2 143:17
144:12 173:21
**password** 293:2
**paste** 71:14
**pasted** 72:2
**pathology** 158:2
**patient** 37:19 52:8
76:18,22 77:2,9
77:11,16 79:20
137:14,20 139:7
139:24 140:3,9,16
140:21 141:1,8,17
141:23 142:5,6,13
143:14,18 144:9
144:12 145:2,22
147:18,19,23
156:5 184:12
262:5 263:8
267:17 286:22
291:2 293:17
322:2 323:19,25
**patients** 48:8 51:21
84:9 98:15 100:3
100:6,20 145:17
148:16 150:25
151:18,19 152:2
159:19 179:4
184:12 216:24
276:15 277:6
285:21 286:23
292:1 313:4 322:3
322:11 323:4,5
324:8,16
**paul** 320:13 321:11
**paulson** 272:10
**pay** 27:14,22 28:9
301:17,23 308:10
**paying** 48:5
**payment** 307:14,15
**payments** 75:1
306:24
**pays** 28:24
**peer** 215:9,15,17,23
216:1,4 217:11
**peerreview** 154:18
154:21 215:12,15

216:9 217:6
**peerreviewed** 90:6
154:9 214:25
215:4 216:19
217:2
**peers** 156:3 321:25
323:23
**pelvic** 3:16 24:17
24:18 27:11 36:10
37:6 44:12,12
114:20 115:5
165:22 173:5,23
173:24 175:7
178:13 179:6
180:4 182:9
191:17 192:1
193:3 202:21
207:12 208:16
210:13 212:22
213:18 214:1
215:1 217:3,12
220:7 222:4
223:10 225:3,8,9
225:11 226:3
229:9 236:14
242:20 243:3,10
243:18 244:1
245:11,23 248:15
248:17,20 252:5
274:12 275:5
276:8,9 279:13,14
279:15 282:20
283:13 284:7
289:18
**pelvis** 182:20
226:14,17 261:15
283:21
**pen** 222:10
**pending** 185:21
**penetration** 178:24
258:19 268:13
**people** 42:5 43:7
47:16 76:2 149:16
149:21 174:12
219:22 300:24
**percent** 16:2 44:7,8

44:12 45:18 56:15
88:23 183:9,10,11
183:15,15 186:11
186:15 219:14,22
292:2 303:20,22
304:12,13 309:15
**percentage** 44:9
183:4 303:18
**perforation** 89:5
**perforations** 87:11
89:17,18
**perform** 201:9
**performance**
140:14
**performed** 62:15
62:24 77:13 201:5
201:7,10 208:14
211:12 240:5
261:19 262:15
264:1
**performing** 200:6
262:2,18
**performs** 51:18
151:16 156:6
**period** 21:11 39:4
93:20 308:23
**periodic** 257:16
258:11,21
**perioperative** 85:8
86:3 87:10
**periurethral** 62:8
136:15 205:18,19
226:15 264:10,10
268:19
**permanent** 171:16
281:21 282:13
**permugia** 70:18
**permugias** 72:5
**persistent** 276:17
**person** 76:15
116:14 233:19
255:21 257:2
296:22
**personal** 152:5,14
156:10 174:2
321:22

Jaime Sepulveda, M.D.

personally 329:5
perspective 311:23
pertains 139:11
ph 1:21
pharmacy 23:14
philippe 216:10
phone 151:17
phrase 58:1,18
  206:9,11 236:20
  240:19 316:25
  317:13
physical 24:19
  213:12 214:8
  219:18 233:12
  235:13,25 236:6
  236:18 237:13
  240:8,12,23,25
physically 10:24
physician 134:17
  134:21 140:14
  141:22 142:3
  146:5 147:16
  148:9 151:10
  181:15 207:9
  259:5,8
physicians 21:16
  21:17 45:6 134:18
  135:13 178:5,9
  213:4 275:4,4
  304:6 321:15
pick 46:16,18
  223:14,23,25
picked 15:17 46:18
picks 223:14
picture 119:6,10
  222:3 253:25
  292:14
pictures 229:24
piece 185:3 188:15
  188:16 190:17
  200:21 266:21
piet 152:2,15
pile 80:17
pink 17:15
place 38:19 39:3,7
  44:2,18 45:7,15

45:19,21 47:13,15
  48:1,4,7 69:19
  83:12 132:24
  164:19 177:19
  185:7 198:19
  200:24 219:5
  224:4 242:12
placed 40:14 41:9
  47:7 131:15,18
  135:21 141:4
  150:24 182:20
  185:11 205:2
  211:18 234:8,8
  272:8,19
placement 52:11
  135:23 136:10
  175:15 222:25
places 23:8
placing 323:12
plaintiff 1:3 2:7 5:9
  9:15 10:6 12:3
  17:3,8 310:23
plaintiffs 75:4 83:1
  89:24 108:19
  117:9 120:6
  122:23 190:24
  218:19 221:24
  229:13 232:10,12
  233:21 274:4
  300:16 306:7
  308:3 320:6
plan 19:11,12,17,19
  20:1,4,12 65:9,15
  66:15,16 70:9
  315:25
plans 65:22
plastic 49:14,16,18
  50:4,20,23 51:8
  51:13 131:25
  132:2
played 183:9
  195:17
please 8:25 20:2
  53:12 129:17
  138:20 150:21
  152:20 220:24

264:5 270:16
  301:15
pllc 5:10,13
plural 110:8
plus 111:16,16
  112:17 113:3,4
  114:6,11,23,23
  115:15,16 158:5,7
point 21:6 27:7
  68:25 94:22 95:6
  95:17 101:22
  102:7,9 140:9,21
  141:16 145:2,21
  153:17 158:22
  185:3 190:4 209:3
  222:11 266:12
  289:17 293:3
  320:4
pointed 219:13
pointing 182:25
polyglecaprone
  113:1,5,12,17
  114:12
polymer 316:5,6
polypropylene
  60:17 102:12
  106:15 113:1,5
  114:12 123:5,22
  126:14 127:2,18
  128:17 129:1,13
  129:21,22 130:8
  130:13,14,22
  151:3 167:1 184:8
  186:23 188:16
  189:11,13 268:22
  316:1,4,9 317:8
pontificating 58:23
  58:25 60:12
poor 59:5,9,17
  209:9
pop 90:8 160:19
popped 279:1
pore 105:2,4,25
  106:1,3,4,12,20
  107:4,10,21,23
  108:2,12,17 109:6

109:7 114:17
  122:8 126:19
  128:21 129:2
  157:21 158:4,5,12
  159:12,17 318:10
pores 106:9,10,16
  106:21 107:6
  113:19 114:4,15
porous 129:13
  130:10
portion 8:23 50:20
  79:14 115:17
  244:18
portions 20:23
position 136:12
  148:15 151:15
  171:19 255:2
possible 41:9 90:24
  281:1
possibly 172:23
  186:4
postdiagnosis
  197:13
postimplant 210:8
postmarket 33:5
  34:11,13,17,20,24
  36:13,18,20 38:9
  38:11
postop 248:1
postoperative
  133:5 191:24
  192:19 195:6,16
  195:19 245:10,23
  247:4,6,10,20,22
  247:23 248:2,4,6
  248:10,11,20
postoperatively
  193:17 194:23
postprocedural
  237:25
potential 91:18
  271:22
power 37:24
practice 25:14 27:9
  27:11 60:18,24
  138:1,3 153:18

212:4,10 273:9
  304:10 305:15
  309:14
practices 27:13
practicing 25:23
  27:3 42:10
practitioner 212:23
pre 56:24
preceptors 320:21
precipitating
  209:20 267:14
precisely 203:18
  204:2
precut 64:17
predicate 78:23
  101:15
predispose 170:15
predisposing
  259:22 260:15
predominate 60:24
predominates
  60:17
preimplant 210:11
prelaunch 62:23
premidurethral
  56:24
preop 192:7,9
preoperative
  191:17 192:20
preoperatively
  193:17
prepare 14:12 20:5
  23:15 70:12,13
prepared 13:18,24
  16:9 18:24,25
  19:18 20:7,13
  65:9 70:9 72:12
  73:11 76:16 86:13
  219:7 235:11
  241:4
presence 197:22
present 7:2 24:23
  257:17 258:12
  267:24
presentations
  156:17 165:3

Jaime Sepulveda, M.D.

**presented** 87:12
**prevent** 132:6
**previous** 57:7
  67:14 103:5
  170:10,22 242:20
  243:3,10 244:5
  252:14 321:22
  327:11
**primary** 94:22 95:6
  95:17 96:2
**principal** 23:17
  24:3
**printed** 12:1
  168:18
**prior** 7:14 57:7,24
  59:3,4,9 62:9
  67:25 72:10 170:5
  210:21 289:5
**privileged** 148:15
  255:2
**probability** 261:19
**probably** 21:9
  30:12,19 65:13
  72:25 101:2
  123:14 153:12
  155:7 177:25
  216:19 256:13
  303:20,21 326:17
**problem** 56:20,21
  190:15 325:9
**problems** 87:10
  151:2,5 171:25
  180:10 181:20
  204:22 216:21
  217:4 252:13
  254:3 313:2
  321:24
**procedure** 38:5
  84:12 134:11
  135:12,14 139:10
  139:10 140:14
  146:6,8 150:1
  151:16 179:14
  187:3 188:21,25
  189:2 199:25
  203:24 204:13

262:2 270:18
  279:7
**procedures** 44:13
  44:14,15 45:10
  56:22,23,24 76:1
  84:11 85:7,10
  89:8 100:7,7
  134:19 135:8
  154:25 185:18
  187:4 203:12,24
  208:14 269:22
  278:17 282:19
  290:13
**proceed** 8:13
**process** 132:17
  188:22
**processes** 257:6
**produce** 179:15
  185:15,16 264:22
  314:4
**produced** 64:13
  104:21 179:25
  219:1 259:24
**producing** 10:15,16
  265:22 271:12
  302:5
**product** 33:11,13
  34:10,10,21,25
  36:24 38:7,11,14
  48:8,8,25 62:11
  62:13,21 63:17
  64:21 66:16,25
  67:13 68:7 69:3,9
  72:3,11 78:23
  100:21,24 104:15
  113:22,23 126:18
  151:1 156:6
  171:21 178:7
  312:3,9,10,12
  313:7,13,20 314:3
  314:6 327:18
**products** 29:17
  30:3,4 33:19,21
  37:17 43:5,13
  53:1 56:7 68:16
  78:13,15,16 82:2

91:19 92:10
  100:25 101:10,11
  101:15,18 104:3
  110:18 111:18
  114:19,21,21
  115:4,4,19,23
  148:13 312:6
  325:12
**professional** 5:4
  188:3 330:4
**profile** 84:8 92:10
  312:21,23,24
  313:8,14
**program** 40:14,15
  175:24 321:9,10
**project** 23:18,21,23
  23:24 24:7,8
  68:21 76:25
**projects** 75:25 76:3
**prolapse** 36:11
  37:7 105:8 114:20
  114:24,25 115:1,5
  165:25
**prolene** 104:2,7,8
  104:10,13,14,16
  104:20 105:11,13
  105:15,16,17
  106:11 107:3,20
  108:2,11,17 110:1
  110:2 113:10,20
  114:16,17 115:2
  117:16 118:3,5,6
  118:7 119:20
  120:19 121:1,20
  123:25 124:9,11
  124:19,23 125:1
  126:9 128:2
  129:22 130:2,7,15
  130:16,21 131:7
  158:14,15 159:22
  159:25 161:23
  162:13 164:11
  166:6 189:14
  268:22
**prolift** 111:16,21
  112:17 113:3,4

114:4,6,11,23
  115:16 158:5,7
  165:19
**prolifts** 113:25
**prompting** 322:5
  325:2 327:8
**pronouncing**
  129:15
**proper** 204:19
**properly** 135:21
  137:8 140:10,21
  141:17 142:7
  143:1 144:9 145:2
  145:22 147:19
  179:7 185:11
**properlyplaced**
  135:18 136:2
**propounded** 332:5
**prosima** 114:25
  115:1
**prospective** 93:18
**protecting** 266:4
**protegen** 78:22
**prove** 33:12
**proved** 131:6
**proven** 39:1 267:2
  299:4
**provide** 15:25
  139:25 140:7,18
  141:14 142:2,12
  143:15,25 144:10
  144:24 145:19
  147:14 205:9
  215:22 300:7
**provided** 9:20
  11:19 14:24 15:19
  16:25 103:3
  140:11 141:18
  145:3,23
**providing** 156:5
**provoked** 265:17
  265:19,19
**proximity** 136:6
  179:16
**pruden** 308:14
**pubic** 206:14,17

**pubis** 223:11 228:1
  228:15 239:15
**public** 5:4 138:6
  188:4 332:17
**publication** 87:1
  92:3 216:7,19
  217:12 230:2
**publications**
  159:13 215:2
  275:2
**published** 2:23
  58:10 84:4 86:17
  87:12 89:22 99:22
  137:25 154:18,21
  156:3,4 166:5
  214:24 215:24
  229:11 230:4
  284:6 292:15,15
**pubmed** 54:15
  90:11 278:5,6
**pubocervical**
  259:23
**pubococcygeus**
  205:8
**pubourethral**
  99:21 226:17
**pubovaginal** 89:7
  99:25 100:6 102:2
  188:20
**pudendal** 3:20
  136:3 137:19,21
  263:10,15,19,21
  263:25 264:4,19
  264:22 265:3,6,9
  265:17,20,21
  266:8,14,19 267:5
  267:7,10,12
  269:18,20,21,22
  270:5,8,11,12,14
  270:19,22 271:4
  271:10,11,14,20
  271:21,23 272:1,5
  272:8,13,19,24
  273:3,8,16,20
  274:18,25 275:1
  275:14,16,23

Jaime Sepulveda, M.D.

276:1,5,10,15
277:7,10,13,14,16
277:19,23 278:1,2
278:7,13,20,25
279:3,9,11,16,17
279:23 280:9
281:3,4,8,14
282:25 283:1,5,7
283:10,12,20
284:7,13,24 285:5
285:6,25 286:17
288:24 290:22
293:7 294:11,13
294:18,22 295:6,9
295:18 296:5,8,13
296:19 297:9,10
297:21 298:3,19
298:22,24 299:8
**puerto** 47:22,24
**pull** 49:12,13 51:7
220:13,17 229:1
256:7
**pulled** 304:22
**pulling** 51:13
**pure** 227:3,4
**purely** 70:3
**purity** 104:17
**purpose** 8:9,12
23:24
**purposes** 8:8,19
**pursuant** 7:12
**push** 234:12
**pushing** 309:8,18
309:19
**put** 11:1 14:5 24:1
25:16 30:10,14,17
30:25 40:13 45:2
45:24 66:20 67:2
71:4 73:3,18
112:14 115:19
116:15 121:18
124:18 131:25
132:5 158:1 159:9
184:6 197:13
221:6 222:23
223:3,15,16 224:5

224:5 228:8,17,17
237:11,13 239:6
239:20 241:23
251:24 270:25
286:3 308:9
309:14 314:15,21
315:5
**putting** 31:3 220:20

**Q**
**qtip** 211:18 234:9
234:10,12 236:10
236:13
**quadrant** 231:4
**qualification**
213:20
**qualifications**
18:13 212:20
218:14
**qualified** 43:4,8,12
43:21,22 213:3
316:8
**qualifies** 276:9
**qualitative** 320:18
**quality** 33:21,23
37:1 42:21 59:5,9
59:17 99:19
151:19
**quantified** 319:9
**quarter** 24:22
128:3
**question** 11:4 13:23
14:11 35:8,10,11
35:15 36:16,20
37:10 43:11,12
44:24 47:4 53:14
57:12,13 62:18
63:11 64:6 66:13
66:14 67:6,8 69:6
69:10 70:8 72:1
79:6,21 80:20,21
80:22 81:23 85:25
90:7 93:10,23
95:2,13,14 103:18
107:16 117:13,16
120:25 121:5,20

122:1 130:6
131:22 139:13,14
140:17 141:9,12
144:3,6 145:9,14
146:1,2,20,21
147:12 151:8,8
152:14,23,24
153:3,4,5,8,22
154:1,17 155:22
160:6 163:15
164:3 167:5 173:2
178:21 183:3
187:7 195:16
199:12,23 201:14
205:24 209:9,10
215:25 217:1
249:13,14 250:11
251:15 252:9
254:10 255:4,23
258:20 266:13
267:22 268:17,21
269:12 281:5
286:12 288:12
290:7 295:16
297:18 307:5
319:3 324:3
325:15 327:7,21
328:3,5
**questioning** 163:21
326:9
**questions** 214:12
310:17,23 316:2
332:5
**quibbling** 69:5
132:14 260:12
302:23
**quick** 99:9 103:24
157:20 198:16
218:12 311:23
**quickly** 23:3 55:1
119:18
**quite** 69:6 244:24
**quote** 45:6 60:16
61:24 62:1 84:7
85:6 87:8 92:5
100:2 117:16

143:13 175:12
205:7 243:8
251:10 281:21
321:19
**quoted** 322:9,12
**quoting** 103:19

**R**
**r** 128:11,12 331:1,1
**raders** 320:22
327:9
**radiating** 271:8
**radiologists** 24:19
**raise** 8:24
**ramble** 153:23
154:1
**ramirez** 1:2 3:18
7:5 17:7 29:12
72:20,23 73:7,10
73:13,14,20,22
74:10,11,19,21
125:8 171:11
197:4 232:1 238:5
240:1 241:1,13
268:8 298:6
**ramirezs** 18:21
21:11 253:18
257:14,16 258:3
258:11
**randomization**
42:19
**randomizations**
37:20
**randomized** 53:21
53:25 59:13,16,20
59:24,25 62:10,14
62:20 71:10 76:5
78:5,25 79:3,7,12
79:17 80:23 81:10
81:16,18 82:13
84:11 92:7 93:13
93:16,19 94:2,18
95:4,15 102:21
165:5,10 183:16
215:17,19 217:8
**rare** 133:24,25

276:2
**rate** 88:25 134:3
187:5
**rates** 87:9,10,11
88:21,24
**rattle** 249:16
**rct** 93:17
**rcts** 63:11 92:20,23
93:1
**reach** 180:18,23
181:3,6,10 267:7
**reached** 41:15
59:16 88:10 90:22
250:18
**reaction** 318:21,24
319:1,14 326:9
**read** 13:21 14:19
14:22 15:12 20:14
20:17,19,21,24
21:1,5,6,8,12,23
22:1,2,6,11,21
23:2 36:19 37:9
39:9,12 40:19
41:11 53:12 56:17
57:24 67:7 77:22
77:23 78:2 83:6
84:22 85:1,14,15
90:14 92:13
116:16,18 117:3,5
118:22,22,23
121:18 123:15,16
126:3,22 127:9
145:8 146:21
153:2 160:10
165:4 171:21
172:4 203:25
215:21 242:24
245:25 256:3,13
274:16 275:8,9
283:17,18,19,23
284:1,9,16,18
317:21 326:12,12
332:3
**readable** 299:22
**reader** 79:2
**reading** 37:6,8 86:9

Jaime Sepulveda, M.D.

126:4 138:21
**real** 23:3 54:25
  99:9 103:23
  157:20 198:16
  218:12
**realize** 11:21 76:12
  121:8 123:12
  155:20 168:25
  177:13 218:25
**really** 13:23 43:11
  66:13 167:10
  188:11 265:22
  277:7 307:20
  309:14 312:13
  327:19 328:2,3
**ream** 266:6
**reason** 31:10 38:5
  56:9 60:2 64:7
  65:20,21 67:21,23
  67:24 70:15 90:17
  90:19 124:20
  163:6,10 164:17
  166:13,14 167:10
  167:25 168:1,5
  170:13 174:11
  176:17 193:7,8
  197:3 199:15
  202:3 238:22
  271:3 292:8,12
  307:2 309:5 331:5
  331:7,9,11,13,15
  331:17,19,21,23
**reasonable** 139:19
  258:10 261:18
  313:19
**reasonably** 37:4
  312:2 314:9,12
**reasons** 66:6
  102:17 163:18
  176:20 218:4
  297:20 311:9
**rebounded** 327:10
**recall** 61:7 65:17
  73:8 95:19,25,25
  97:11,24 98:6
  104:17 108:13

116:14 118:19
120:5 121:4,6
124:6 174:9 175:4
175:6 227:11
255:16 256:5,6
287:23 288:15,16
289:11 303:9
304:21 308:7,15
309:13 321:1
324:1,18,23 326:5
326:22,24 327:4
328:8
**received** 301:17,23
**receiving** 43:8,9,21
**recognize** 64:12
  82:23 323:15
  325:12
**recollection** 108:16
**recommend** 29:12
**recommendations**
  40:4 41:6 166:19
  167:13 239:23
**recommended**
  167:8
**reconstructive**
  25:19 27:12
**record** 3:18 7:1 8:7
  8:16 16:17 159:14
  159:16 174:25
  192:8 233:25
  235:21,25 240:15
  241:11,23 303:14
  310:22 327:1,3
  330:8
**recorded** 7:17 8:4
  46:6,8 240:8
  251:25
**recording** 7:22,23
**records** 3:8 13:6,15
  17:1 19:25 21:18
  172:19 191:2,3
  192:7,24 200:15
  201:12 203:23
  204:17 206:24
  209:10 217:21
  264:24 277:22

289:5 303:7
306:16 324:9
**rectal** 293:14
**redden** 5:18
**redirect** 153:5
**reduced** 131:17,19
  131:22
**reduces** 132:2
  318:19
**reese** 177:22
**refer** 35:3,12 58:6
  79:14 83:13
  102:20 182:17
  214:9 223:2
**reference** 289:17
**referenced** 11:24
  14:23
**referencing** 246:10
**referred** 25:20 58:7
  182:15 238:6
  286:19,21 292:1
**referring** 60:10
  79:16 100:15,17
  100:18 103:12
  130:11 220:12
  252:4 272:7
**refers** 83:8
**refined** 41:8
**reflect** 313:6
**reflects** 313:5
**refresh** 328:6
**refuse** 8:6,13
**regard** 101:3
**regarding** 7:4 16:3
  36:12 88:10,15
  138:7 140:7,19
  141:15 142:5
  144:25 145:20
  147:17 149:25
  214:25 217:12
  310:24 311:2,7
**registered** 5:3
  23:21 330:3
**registering** 24:4
**registry** 23:18,20
  24:6,8 48:2

**regulate** 33:18 39:2
**regulatory** 176:20
  311:12,14,19
**rehab** 213:18 214:1
  239:18
**rehabilitation**
  212:22 219:18
**relate** 34:9 210:13
**related** 36:22 40:25
  148:20 239:4
**relates** 317:17,23
**relating** 311:8
**relation** 136:19
  220:5
**relationship** 134:9
  172:3
**relative** 330:10,12
**relatively** 57:4
**relaxation** 182:19
  196:23 236:15
**relaxed** 205:8
  242:20 243:3,10
  243:17 244:1
  252:5,13
**released** 62:16,19
**relevance** 171:13
**relevant** 159:11
  166:23 171:8
  172:6
**reliability** 84:16
  295:8
**reliable** 41:21,23
  41:25 42:1 43:1
  77:21 215:10
  297:13
**reliance** 2:12,13
  11:20,24 12:1,10
  12:11,12,14,24
  13:17,24 14:3,12
  14:20,23 18:23
  21:3 80:9 95:24
  116:16 117:2,6,8
  117:15 119:1,8
  121:9,18 123:12
  123:14 124:18
  125:14,15,16,18

126:6
**relied** 10:24 11:5
  12:19 83:4,19
  86:2 116:17 117:3
  118:25 119:3,7
  121:11,19 124:18
  125:19 126:1
  154:15 188:2
**relies** 142:4,11
  144:4 147:17
  266:18,19,21,23
**rely** 22:11,17 42:11
  98:10 121:15
  139:5,15,20 146:7
  146:7 147:21
  148:3 150:15,16
  151:10,12,12
  202:4 277:14
  304:25
**relying** 84:23 148:9
  174:21 175:1
**remained** 269:5
**remaining** 269:13
**remains** 140:16
**remarkable** 70:16
  70:20
**remember** 51:6
  71:6,8 108:8
  123:11 153:12
  174:24 176:9
  188:5 205:4 232:7
  234:25 304:18
  316:20,22 319:20
  322:20,23
**remind** 80:22
**remotely** 193:20
**removal** 137:15,18
  137:21 171:1
  295:20
**removed** 171:5,8
  171:12 245:9
**removes** 192:13
**render** 242:11
**rendering** 223:10
**repair** 84:3 91:19
  92:8 123:5

Jaime Sepulveda, M.D.

**repeat** 20:2 60:11
68:18,18 138:20
180:11 251:15
**repeated** 40:15
**repeatedly** 108:11
111:21
**rephrase** 211:2
**replace** 16:16 322:1
323:23
**report** 14:15 16:8
18:9,12,24 19:3,5
19:8,10,13 22:24
29:6,16 30:18
43:25 44:25 45:5
45:11,13,14 60:5
60:9 61:25 70:10
71:1,5,14,15,16
72:1,2,4,4,5,6,9,9
72:13,21 73:7,8
75:7 77:3,17 78:4
83:13,19,22 85:18
85:21,22 87:4,23
87:25 88:1 91:1
99:7,12 103:19
116:17 125:5,8,9
125:11 126:8
131:14 137:9,20
137:23 138:18
151:17,23 159:7
159:10 168:16,21
172:17 190:6
191:6,17 192:9
195:6,9 206:9
210:10,12 218:18
226:15 234:24
235:6,11 236:8
240:2,7,12 241:3
241:16 242:13,16
242:18 243:8,25
244:6,14 245:2,20
246:2,10 247:25
248:10 249:6,17
250:3,16,18,24,25
251:2,4,22,22,23
252:1 255:5
256:17 257:13

261:4 264:13
272:9,11 273:19
282:2,3,4,5,7,11
282:12 286:9,13
286:15 287:19
293:5 307:4 330:5
**reported** 64:3
103:17 123:24
137:14 169:20,25
170:2,5,10 174:3
209:16 210:7,16
210:21 254:6
256:11 272:5
273:15 282:6,10
287:6,9,12 288:2
288:8,10,13 289:4
289:4,7,9 295:13
296:4,13 316:22
324:11,15
**reporter** 5:4 8:24
41:2 67:9 135:6
330:4
**reporting** 125:1,3
196:24 206:25
250:4,7,15,17
306:24 324:18
**reports** 18:10 23:15
38:8 40:20,20,22
40:23,24 41:1,9
59:11,12 70:16,19
72:12 75:16 77:5
77:10 91:17 116:1
137:3,6 186:25
187:2 243:16
253:17 272:10,12
273:19 287:25
295:5,23 324:7
**represent** 30:3
176:21,23 304:23
310:23
**representation**
65:19
**representative**
232:21,23,24
**represented** 288:4
305:16

**representing** 305:5
**represents** 25:17
**reproduce** 135:12
238:13
**reproduced** 238:4
**reproducible**
134:10
**request** 33:15
306:4
**requested** 7:3 9:23
10:20 330:7
**require** 43:19 73:8
290:16
**required** 24:8
33:10 36:21 37:18
40:14 99:12
134:10,17 162:11
173:9 231:19
285:12
**requirements**
173:21
**research** 14:6
23:18,20,21,23
24:1,2,2 75:25
76:3,25,25 77:18
312:25
**researchers** 108:10
**resected** 296:12
**residency** 173:4,16
173:19
**residents** 47:25
**residual** 268:17
**resolution** 318:25
**resonance** 230:12
**resonate** 317:20,23
**respect** 88:14
153:25
**respond** 328:3
**responding** 152:23
273:6
**response** 2:10 10:4
**responsible** 66:3,16
69:8,13 155:21
**responsive** 153:3
267:21
**result** 41:7 132:8

132:16 139:6,16
196:16 225:16
226:10 227:16
242:19 243:2,9
249:15 251:7,8
252:5,12 261:5,7
**resulted** 257:21,23
258:7 259:12,14
**results** 42:4 64:3,14
77:21 91:3 103:12
162:22
**resurgery** 87:10
**retained** 232:11
**retention** 100:5
**retired** 309:24
**retract** 128:19
**retropubic** 81:6,11
81:20 82:6 88:22
89:8,12,20 100:7
268:4 282:18
**retrospective** 59:11
**returns** 302:22
**review** 2:19,23
19:24 20:11 54:11
54:11 56:12 79:22
79:23 80:7 82:4
82:18 83:25 85:20
85:21,23 86:7,9
86:14,25 87:1,4,9
87:16,19,24,25
88:2,3,4,6,19
89:10,23 90:10,23
91:2,16 92:3,20
93:5 94:4,15
96:10 107:25
204:17 215:9,15
215:17 264:23
277:11 291:25
330:6
**reviewed** 11:5 20:7
20:9,13 39:5 65:8
65:12 72:17
138:19,22 143:8
162:15 186:8,10
186:16 215:23
216:1,4 217:12

230:3
**reviewing** 40:22
73:6 216:15
255:24
**reviews** 23:16,16
84:7,10,16,23
85:3,6 86:1 87:13
88:11,16
**revised** 194:19,19
194:22 195:10
**revision** 57:5
137:15,21 182:2,5
182:6,16 191:12
194:13 199:24
269:5 272:2 274:1
**revisit** 90:6
**reyes** 1:5 6:2
138:11 174:5,8,13
174:21 175:8
180:20 188:6
203:4,7,10,18
204:2,18,23
207:11 209:4,17
255:5,22 270:25
271:5 288:11
316:21
**rich** 5:12 11:11
13:4
**richard** 5:10
**rico** 47:22,24
**ridgeland** 5:22
**right** 8:24 9:20
12:7,8 16:7,11
20:15 25:11 27:25
28:14,21 30:6
32:11 36:1 38:22
39:9 48:3,21 49:3
50:24 51:1 59:18
60:2 61:21,23
62:9 66:23 67:10
74:8 79:16,24
81:3,13 89:1
91:14 96:19 97:19
98:1,9 102:24
103:10,21 104:11
108:8 109:9

110:21,24 118:20
119:2,6,13 120:9
120:22 122:21
131:4,6 133:20
136:20 137:9
138:10,17 143:18
144:23 156:14
162:1 163:6
164:17,23 165:1
167:21 169:5,10
174:4 175:12
176:12,13 191:10
192:8 193:6,25
199:7 208:16
209:24 211:15,20
211:24 213:12,13
215:8,9 219:25
222:14 224:13
225:18 226:13
228:7,9,15,17,21
230:12,19,22,22
231:5,11,20,24
233:14 234:9,17
234:25 235:2,18
244:19 251:11
253:5 258:6 264:3
269:15 272:4
275:23 277:9
279:8 281:15
285:4 292:21
298:23 301:1
305:22 306:2,15
307:11 308:20
310:1,15 321:4,18
322:21 323:2
325:2 326:16,17
**risk** 57:2,8 85:8,10
131:16,18 139:10
140:9,20 141:16
142:6 145:1,21
171:5 172:12,14
172:20 178:11,18
179:5 188:9,9
202:20 262:8
312:7,9,21,23,24
313:8,14,18,20

314:9,12 315:4
**risks** 67:3 86:3
140:1,4,8,19
141:15 142:2,5
143:2,16 144:10
144:25 145:20
147:14,17,18
173:5 175:15
178:5 201:20
311:8 312:2,17
313:6
**risktobenefit** 92:10
**robertson** 25:16
**robinson** 320:22
327:9
**rogers** 320:23
321:25 323:22
324:4 327:9
**role** 195:17
**roman** 168:15
**ron** 300:23
**room** 10:25 44:2
45:1,7 138:23
162:4 174:12
197:4 199:16
**roots** 279:19
**roster** 174:16,18
**rotation** 136:16,16
**route** 81:5,6 89:5
**rpr** 329:13 330:19
**rule** 7:12,14 8:3
183:14,14,17,18
183:18 201:13,13
201:15,16,24,24
202:10,11 269:18
270:3 291:13
**ruled** 189:5,8 202:4
202:16
**rules** 308:10
**ruling** 202:9,9
**run** 44:9
**rush** 68:6 69:9,18
69:18,19,20
**résumé** 24:14

**S**

s 39:3 62:14 293:3
**safe** 86:4 134:10
135:23 185:8
**safely** 134:15
135:12 255:7
**safer** 102:22 159:21
163:14,20 164:5
164:11 167:6,9
**safest** 46:17
**safety** 33:1,4,9,12
33:16,19,20 34:4
34:10,14,17,18
35:19,20 36:25
38:2,10,14 43:4
43:13 62:21 66:24
67:12 69:25 83:20
84:3,8,16 86:23
90:7 92:6,8,21,24
93:1 94:3,13,22
95:6,18 96:2,4,6,7
97:9 98:24 99:24
164:3
**sales** 68:22
**salesperson** 321:17
**sample** 217:9
**san** 58:21
**sat** 20:24 71:4
**satisfied** 33:1,8
299:5
**satisfy** 277:12,18
**savannah** 47:23
**saved** 60:15 71:9
**saw** 60:5 65:13
99:17,17,18,20
181:8 182:15
183:1 209:4
211:18 217:21
227:14 233:18
234:9,12 244:16
253:25 277:22
278:5 282:5,5,9
325:23
**saying** 33:8 38:21
50:17,19 59:8
60:12 71:3 72:8
81:4 86:20 87:15

88:5 100:23
107:17 108:2
115:3 119:20
130:1 132:1
134:20 145:13
155:11 160:2,7
162:2 166:5
167:17,17 169:8
171:6 181:18,18
182:11 183:7,8,9
187:12,24 188:6
189:15 193:6,16
193:22,24 194:2,9
198:1,17 201:23
202:16 225:16,22
227:12 231:11
240:5 241:23
244:24 246:20
249:14 251:6
252:18 253:1
260:5 261:2
262:12,17,20
267:9 271:13
273:4 279:2
281:12,13,15
284:6,17 296:5,18
298:9,18 300:12
301:9 302:24
304:19,24 322:10
**says** 8:3 12:1 23:17
24:16 26:17 40:20
41:12 45:11,13,14
84:2 85:6 86:6
88:20 90:5,14
99:10 100:19,19
109:10 110:8,20
110:23 111:11
117:16 121:16
123:18 124:13,16
124:18 125:18
127:23 128:9,16
129:6,8,19,19,25
130:12,19,21,23
133:3 135:13,15
143:13,18 145:14
145:18,24 148:2

160:17 161:14
180:13 181:13
184:10,11,15,18
184:20,21 187:8
187:13 188:12
191:17 192:9
196:1,21 198:4
200:22 205:7
235:18 236:10
245:10,13 250:20
261:18 271:18
274:17,18,24,25
275:2 276:15
277:5,19 279:11
280:18 281:20
283:10 292:20
300:23 301:13,15
301:19,23,25
303:6,14 306:20
307:14 308:21
320:18 321:9,19
322:21,25 323:3
323:20,22 324:10
325:1 326:2,7
327:7
**scalpel** 265:1 297:6
**scar** 195:11 197:22
200:21 260:21
261:13 282:12
**scarred** 257:23
258:9 259:14
**scarring** 260:20
261:10,14
**scars** 190:10
**scenario** 247:23
314:3 318:18
**scenarios** 214:19
214:22
**schlawyers** 6:5
**schnel** 73:20
**school** 173:4,13,19
274:13
**sciatic** 271:14,16
271:24 286:19,21
286:23,25 287:14
287:15

| | | | | |
|---|---|---|---|---|
| **science** 39:25 40:2 66:24 67:11,14 166:2 215:8,8,10 290:17 292:10,19 313:5,10 315:20 315:23 327:19 | 32:6 33:1,9,23 34:1,4,7,24 37:10 37:23 38:3,4 55:2 55:14 102:24 103:2,3,4 104:23 131:8 | 230:13,25 232:17 233:5 243:23 245:17 253:24 254:23,24 255:8 257:2,24 259:15 261:17 267:7 | 282:22 284:2,6,15 292:6 294:18,20 294:21,24 296:3 300:20 305:25 319:10 323:6,8,10 324:9,15 325:17 | 187:7 190:22 195:15 200:14 204:2 207:7 212:3 217:1 219:21 236:7 240:18 243:1 250:16 |
| **sciences** 313:6 | **secure** 214:23 | 273:12 274:11,13 | **sees** 47:15 149:10 | 251:10 253:16 |
| **scientific** 54:11 68:23 90:6 127:11 127:12,18 156:17 165:5 185:22 | **see** 9:12 10:10 12:17 18:4 29:7 35:22 38:5 41:24 47:20 49:17,21 | 274:15,21 275:6 276:12,15,18 279:9,20 280:23 281:23 282:6,15 | **segments** 280:23 285:7 **selected** 16:4 20:23 107:25 | 258:20 266:13 267:1 268:21 270:13 272:18 290:2 292:9 293:3 |
| **scientifically** 257:5 314:17,25 315:15 | 50:23 51:10 53:24 57:10,10,22 59:5 | 282:23 283:9 284:4,9,25,25 | **selection** 37:19 **sell** 32:8,13 | 293:5 300:5 301:6 301:7 302:24 |
| **scientist** 316:5,6 | 59:24 62:3 75:8 | 286:19 288:6 | **send** 219:9 302:18 | 303:3 306:20 |
| **scientists** 108:10 | 78:1,7 84:5,13 | 298:6 301:5,11,16 | **sends** 302:16 | 310:18,21 316:19 |
| **scissors** 265:2 297:6 | 85:12 87:13 90:2 90:12 91:19 92:11 | 306:19 307:4 308:21,25 309:1 | **sensation** 180:1 237:19 252:10 | 320:23 322:3 323:3 327:9 329:5 |
| **scott** 6:3 208:4 211:16,23 234:16 277:15 298:7 | 99:12 100:7 108:6 108:24,25 109:3,9 109:12,13,19 | 313:12 316:22 318:24 319:1 320:10,14 321:18 | **sense** 78:10 **sent** 33:7 74:5 188:3 | 330:6 332:2,11 **sepulvedas** 308:22 **sequence** 21:10 |
| **scotts** 283:6 285:20 285:24 | 110:25 114:9 117:20 119:9,11 | 322:6,11 323:25 325:3,5 326:11 | **sentence** 60:22 99:16 100:19 | **serious** 36:22 37:4 91:18 |
| **scroll** 301:5 | 120:15,15,17,22 | 327:7,12,20,21,24 | 102:6,8 205:7 | **serve** 7:15 |
| **scrubbed** 48:24 | 121:13,21 123:1,6 | 328:1 | 243:15 273:4 | **service** 232:4 |
| **seal** 329:8 | 123:19,21,24 | **seeing** 73:4 121:4 | 301:12,22 | **services** 300:7 |
| **search** 53:24 54:15 264:6 266:20 277:17 278:1,20 | 125:12 127:23 128:7,9,17 129:7 129:23 131:14,20 | 231:12 **seen** 9:18 10:9,12 14:19 47:12 57:16 | **separate** 35:10,13 35:17 38:17,17 115:20 160:14 | 329:16 **sessions** 175:13 **set** 11:8 25:7 311:7 |
| 278:21,23 279:3,5 | 132:12 133:3,6 | 73:10 87:1,21 | 224:14 271:24 | 313:2 |
| **searched** 275:1 278:12 285:10 | 134:6,11 136:23 139:2 143:10,13 | 88:4,8 90:2 107:19,23 109:1 | **separation** 206:13 206:15 | **seven** 95:21 96:1 134:2 208:13 |
| **searching** 90:11 | 143:19,24 145:5 | 111:2,7 116:12 | **september** 120:23 | **severe** 285:8 |
| **seattle** 213:12 | 147:22 151:15 | 118:1,15,19 | 286:4 | **severely** 274:19 |
| **second** 22:2 87:5 123:18 136:13 161:18 162:1 163:12 164:18 180:4 207:2,5 209:13 246:8 279:13 281:1 282:1 306:19 308:20 321:18 | 172:3 174:6,10,18 174:20 175:11,16 175:20 178:13 182:12 191:3,5,16 191:18 196:4 199:15 201:11 205:2 206:24 221:10 222:13 223:3,11,11,12 | 119:24 123:10,11 124:8 137:9,13,17 137:20,23 138:3 149:7 151:4 155:2 155:6,7,9,10 160:7,9,13,17,22 160:24 161:4 164:25 165:1 166:2,4,5 216:7 | **sepulveda** 1:11 2:4 3:18 5:1 7:11 9:6 13:23 28:10,17 40:5 43:3 45:1 54:24 66:14 70:1 75:7 82:12 88:14 93:12 102:10 107:11 125:19 127:3 131:13 146:21 148:11,25 | **sex** 182:14 289:9 **sexual** 276:18 **shape** 132:21 224:3 224:12 **share** 24:24 103:7 263:22 **shareholder** 304:5 **shares** 103:4 **sheath** 51:8,13 132:2 |
| **section** 36:12 37:7 77:24 168:21 169:1 328:5 | 224:6,12,21 225:13,18,23 226:1 227:14 | 228:23 229:24 253:20 267:13 271:17 272:1,3 | 153:21 157:5,20 161:7,14 164:10 | **sheaths** 131:25 **sheet** 49:17 332:7 |
| **secur** 29:14 31:3 | 228:14,16 229:2 | 273:10,15 274:8,9 | 168:14 180:12 | **shell** 68:13 |

Jaime Sepulveda, M.D.

**shes** 68:13 120:24
121:14 122:12
172:8 238:15,23
240:13 285:23
287:12
**short** 13:5 82:17
133:16,18 256:18
311:15
**shoulder** 76:8
**shoulders** 76:3
**shouldnt** 58:11
69:8 313:7
**show** 83:16 108:22
111:5 117:12,13
120:9 122:21
143:11 157:6
162:22 215:12,18
220:4,13 223:6
226:3,5 228:3,6
233:1,24 236:2,8
256:7 274:7
300:19 302:8
306:10 320:9
**showed** 83:9 88:16
102:1 118:20
133:4 217:2 264:9
267:17 283:16
309:10
**showing** 10:11
119:5,8 124:17
227:25 272:23
275:12 283:25
284:12
**shown** 102:21
121:19 131:10,11
137:3,5 227:15
309:17 310:9
**shows** 126:11 165:6
166:9 195:10
303:17
**shy** 327:22
**side** 115:7 158:20
178:25 182:15
192:14 196:2,20
199:13,17 210:1
211:17,19,20

223:9,19,20
224:12,13,17
225:14 226:8,19
227:17 230:24,25
231:6,11 234:10
234:11,17,17
244:20 264:8,9
267:18 268:18,25
269:3,4,6,9,10,13
269:14 272:8
311:20
**sides** 49:24
**sign** 288:24
**signed** 116:19
235:6 241:9
304:23 305:4,7
**significance** 169:7
171:3 319:12,17
**significant** 59:20
98:24 205:12
235:23 318:12,14
318:16,19 319:5,8
**significantly** 88:20
89:16
**signing** 304:18
**signs** 272:24 286:17
**silent** 168:1
**similar** 70:20 85:11
87:11 129:21
130:14 230:15
**similarities** 102:13
103:5
**similarity** 70:17
**similarly** 160:12,14
**simple** 291:4 319:3
**simply** 28:6,17
59:14 64:11 68:6
69:9,24 77:19
81:25 85:1 122:18
135:5 151:9
153:22 154:1
166:5 175:1
198:23 204:16
225:16 254:2
**single** 55:25 62:14
160:22 207:8

215:23 216:1
290:12
**singlespaced** 14:3
**sir** 8:25 9:18,19
10:13 14:11 18:19
20:3 21:14 35:18
36:2 45:5 52:13
53:23 60:14 67:5
77:15 80:6,25
87:6 100:14
103:18 112:7
116:20 117:13
119:8 120:10,16
121:2,17 123:2,10
124:23 131:13
132:25 145:10
147:25 151:8
153:25 154:21
177:3 180:12
182:7 194:22
201:14 213:10
214:13 218:13
236:10,12 237:16
241:25 242:25
244:15 245:7,25
264:5 274:7,8
276:13 299:10,19
301:15,21 302:15
304:14 305:2,16
306:19 307:22
310:25 320:10
322:25 324:14
**sit** 14:2,11 22:23
27:18 33:22 34:6
51:6 64:9 82:11
94:17 97:19 108:8
108:15 137:12
153:1 285:12,14
**site** 24:5 63:18
134:8
**sites** 77:13
**sits** 294:13
**sitting** 12:13 49:9
58:23 70:22 73:9
96:19 98:1 156:16
189:10,11 285:9

285:11 297:22
307:3
**situation** 267:16,17
286:1
**situations** 313:14
**six** 177:4,5 178:2,3
193:23,24 194:2
196:8 232:1,8
300:11
**size** 106:4 107:10
122:8 126:19
128:21 129:2,3
157:21 158:4
159:12,17
**sizeable** 222:20
**sizes** 158:5
**skewed** 151:1
**skin** 132:23
**skip** 120:11
**slap** 80:3 231:20
**sleep** 285:21
**slides** 282:5
**sling** 30:24 45:20
45:22 47:13 48:9
49:11 50:6 53:1
55:10 56:1,24
57:13 59:4 64:22
85:10,12 89:11
135:24 136:11
137:16,18,22
138:9 154:24
157:21 160:18
162:13,19,23
163:8 164:11,13
165:7 166:6,10,11
166:17,24 167:6
171:20 178:19
179:14,15,17
182:1,5 185:10,14
188:20 189:15
190:8 192:14
197:21 198:19
199:1,2 200:8
202:23 204:14
205:9,15,17,20
253:19 254:2,14

255:25 256:1
257:8 264:7
266:20,21 268:6
270:16,17,18,21
272:2 279:6,7
282:18 316:21
317:17,18 318:20
319:5,15 323:7,12
325:12
**slings** 44:2,19,20,20
44:23 45:2,4,7,9
45:15,24 46:20
47:1,6,7,16 48:4
51:20 57:8,14,15
81:25 82:5,7,9
86:23 88:17 89:8
89:20 92:22 96:9
99:18,21 100:1,6
102:2 106:14,15
110:6,8,10,20,23
114:1,24 115:12
127:11,13,15,19
128:14,15 131:1
151:3 152:16
153:9,14 154:2,5
154:6,10,22
155:12 185:8
187:9 197:2 254:1
254:17 256:25
273:25 279:6
317:21
**slow** 247:19
**small** 40:7 99:24
105:2 106:10
107:21,23 108:2
108:12,17 109:6
129:2,3,14 130:10
**smaller** 126:19
244:19
**smallpore** 105:1
121:1,21
**snow** 5:21
**societies** 166:15,18
166:23 167:13,18
167:18
**society** 25:10,17

28:12 166:16
167:5,14,17 295:2
**sole** 106:11,17,19
263:24 270:2
**solely** 139:5,15
147:21,23 148:3,9
**solved** 325:8
**somebody** 174:15
**somerville** 129:23
**sorry** 67:8 113:3
129:4 150:23
155:23 197:19
211:2,8 221:20
**sort** 70:7 168:22
169:2
**sound** 13:14
**sounds** 13:16
**source** 28:16
141:22 143:22
145:13,16,18
147:2,4 190:9
257:14,16 258:3
258:11
**sources** 303:25
**south** 5:5 23:4
158:2
**southwestern**
232:2
**space** 129:18
134:23 135:9
136:15 267:8
268:1,4,5,18,23
269:1,6 293:12,14
293:15,18 294:1,6
294:6,13 295:19
298:15,19,20
299:5
**spasms** 279:14
**speak** 83:14 139:8
156:21 168:3
**speaking** 69:7
147:6 202:17
**speaks** 92:3 251:22
**special** 134:14
135:4
**specialists** 24:22

**specialized** 134:7
134:20,22,24
135:11
**specific** 15:24
18:21 37:10 44:13
61:7,17 73:18
83:7 95:20 97:12
107:10 125:9
146:1 154:16
163:1 175:6 176:9
184:6 197:3 224:9
247:23 253:22
255:15 256:7
269:10 280:25
**specifically** 64:8
65:17 121:7,11
125:7 133:10
166:19 167:1
177:19 239:4
252:10 253:21
**specification**
110:13
**specifications**
257:7
**specifics** 139:9
**specified** 136:8
203:4
**specimen** 175:22
**specimens** 156:2
**spectrum** 280:7
**speculate** 273:1,4
**speed** 57:25
**spelled** 322:14
**spend** 29:9
**spent** 70:21
**spinal** 279:19
**spoke** 43:23 156:16
321:21
**spoken** 167:22
**sponsored** 27:21
44:4 45:25 47:17
48:11
**sponsors** 48:4
**spot** 230:22
**square** 117:23
**squared** 117:18

118:4,13 119:22
123:25 124:20
125:2 127:24
129:13 131:4,8
**stake** 64:2,13
**stamp** 109:22
231:24
**stand** 305:20
**standard** 57:20
58:1,5,7,8,9,12,21
58:19 59:1 60:3,4
60:10,12 128:16
128:24,25 166:20
167:2 255:15
263:6,7
**standardization**
91:4
**standards** 58:23
60:7,13 255:12
311:19
**standpoint** 53:18
54:14 84:17 130:2
143:1 287:13
**start** 44:13 58:4
72:20 209:5
263:14 274:17
**started** 25:15 70:8
73:4,19 74:1
177:12 218:2
**starts** 19:13 133:1
205:2 257:13
**state** 5:4,7 93:8
140:4 212:11
262:16,20 301:17
329:1 330:1
**stated** 134:17 139:3
**statement** 88:19
91:25 100:10,13
130:18 140:12,24
141:4,13 305:6,8
**statements** 37:23
39:16,24
**states** 153:13,19
**stating** 108:17
249:23
**statistical** 40:9 91:5

**statistically** 202:1
202:16,18
**stay** 161:18 256:25
**stays** 171:18
**stenographic** 7:12
7:18 8:5 330:8
**stenographically**
330:5
**sticker** 231:21
**stickies** 17:15
**stitch** 244:18
**stop** 61:5 160:1
163:12 210:24
243:15 250:7
251:11 258:15
310:16 327:22
**stopped** 61:15
**strategies** 24:23
**street** 5:11,14,18
**strength** 91:8
**stress** 36:11 37:14
56:12 84:3 114:21
115:5 167:3
**stretch** 210:6
**stretching** 210:16
**strike** 13:22 14:9
24:15 59:14 138:4
151:6 156:7
195:13 219:19
236:7 267:21
272:17 273:7
281:5 314:7,11
328:4
**strong** 99:19
129:19 172:20
**stronger** 164:21
**studied** 53:8 82:2
318:17
**studies** 33:10,12
36:13,21 37:8,13
38:10,11,16,17
53:11,15,17 59:3
59:8,11,16,20,22
59:25 62:11,20,23
63:13,14 65:16,18
66:7 67:15 69:3

76:13,22 77:16
78:6 81:10,11,24
82:13 86:24 94:10
95:3,5,7,16 97:8
98:5,9 99:1,3,19
99:24 100:15,16
100:17,18 102:11
102:18 103:12,13
103:14,15,19,20
103:21 134:10
163:11 165:10
217:8 264:7 295:4
**study** 37:3,18 43:7
51:16 59:17 62:15
76:7 81:18,21
90:24 91:13 93:14
93:14,15 94:1,9
94:12,13 95:9
96:19 97:8 98:14
101:18,19,20,21
101:23,23,24
165:6 272:11,13
273:3 296:4
319:10,13
**studying** 81:24
98:15
**stuff** 46:24 217:20
**subgroup** 135:4
**subject** 300:24
327:8
**subjective** 225:7
249:2
**subjects** 66:20 67:2
67:3 156:21
**submission** 32:20
**submissions** 24:4
**submit** 25:24 27:5
28:9
**submitted** 71:16,18
71:24 73:3,16
308:22
**subscribed** 332:14
**subset** 37:16
**subspecialty** 71:12
**substance** 132:22
145:15 195:9

332:6
**substantial** 59:15
  314:7
**substantially** 80:19
  325:8
**substantiate** 126:3
**substitute** 43:6,7
  150:14 151:9
  300:3
**subtracted** 12:14
**suburethra** 62:7
**suburethral** 89:11
**successful** 276:3
**suffer** 56:15 206:18
**suffered** 137:14
  205:22 220:2
  233:9 239:24
  241:24 263:15
**suffering** 169:9
  178:22 238:16,19
  254:3,18
**suffers** 291:9
**suggest** 79:2
**suggested** 220:3
**suggesting** 309:16
**suggests** 195:17
**sui** 56:16 57:21
  84:9,11 90:8
  91:19 92:8 139:2
  172:12
**suitability** 164:4
**suitable** 161:1
  162:2 163:8,19
  164:10
**suite** 5:6,11,14,18
  5:21
**summaries** 15:14
**summarize** 168:22
**summary** 2:21 14:7
  36:9 37:23 39:9
  39:16 82:25 83:13
  86:18 87:3 88:2,7
  90:3 92:2 93:3
  168:6 169:3 256:6
**supercedes** 217:7
**superficial** 133:6,8

**superior** 155:17
  166:10
**supervision** 75:25
**supplement** 13:15
**supplemental** 2:13
  11:20 12:1,9,12
  12:14,24
**supplemented**
  117:2
**supplied** 54:8
  108:16
**supply** 15:22
  174:16 306:3
**supplying** 108:9
**support** 75:9 127:8
  179:24 182:18
  205:9,15,16,18,19
  259:23 298:17
  315:23
**supported** 226:13
  226:16
**supporting** 292:10
**supports** 66:24
  67:12 220:18
  224:8,9 233:9
**supposed** 176:7,15
  283:25
**sure** 27:17 29:7
  35:7,21 53:13
  96:17 101:2
  119:17 139:24
  142:25 143:14
  144:9 146:15
  149:23 168:10
  181:17,21 215:14
  223:16 225:15
  229:8 273:6
  299:24 306:5
  309:11
**surgeon** 147:21
  313:13 316:10
  318:4
**surgeons** 23:10
  44:1,10,16 167:12
  175:7 294:23
  295:18 296:15,16

312:25 313:15
  325:13
**surgeontosurgeon**
  175:14
**surgeries** 37:21
  48:13 165:22
  181:24 182:3
  201:21 202:19,19
  208:16 210:20
  274:2
**surgery** 23:4,9
  25:19 27:12 43:20
  44:12 46:14 47:20
  47:22 48:15,15,16
  57:7 69:19 170:14
  173:5,23,24 174:1
  174:7 182:2 184:3
  185:14,15,17
  188:8,14 190:5,9
  190:13,13 191:12
  191:22 192:17,24
  192:25 193:8,9
  194:13 197:7,7,12
  198:10 199:18,24
  200:4,6 201:19
  202:13 207:12
  211:3,5,11 215:1
  253:6 257:17
  258:12 262:7,8,9
  262:14,15,18,21
  262:24 263:5,10
  263:14,25 264:4
  264:16 267:5
  269:24 270:2,6
  272:25 273:7,13
  273:15,17,18,20
  274:12 280:12,13
  281:4 283:13,21
  284:7 285:12,16
  288:9,11 289:5,8
  289:10 293:6
  294:25 297:12
  298:1,2,3,4,7,11
  298:21 304:2,4
**surgical** 36:10
  37:14 84:9 90:8

100:2,20 101:25
  139:1 264:18
  318:18
**surgically** 188:19
**surveillance** 33:5
  34:12,13,17,20,24
  36:13,21 38:7
  76:6
**suspect** 225:1
**suspected** 237:8,12
  240:6
**suspicion** 234:5,6,7
**sustained** 206:23
**suture** 188:16
  281:22 282:15
**sutures** 57:9,10
  104:10,11 189:11
  189:14,15
**swear** 8:25 9:4
**sworn** 9:7 304:25
  329:6 332:14
**symmetrical**
  158:17
**symmetry** 225:2
**symphysis** 228:1
**symptom** 198:4
  238:10,12
**symptomatology**
  271:5
**symptoms** 172:8
  182:13 190:21
  238:20,23 243:18
  263:8 269:23
  276:13 279:17
  281:4
**syndrome** 275:3
**synonymous**
  323:18
**synthetic** 18:11
  30:24 44:19,20,23
  45:19,24 53:1
  55:10 57:15 89:10
  138:7 187:8
  202:22 268:22
  270:8,13,15
  272:15,19 278:3

278:19,25 279:3
  323:12
**system** 23:10
  175:21,22
**systematic** 2:23
  86:14,25 87:1,4,8
  87:12,15,18,23
  88:1,3,4,5 90:10
  91:15 92:2 96:9

**T**

**t** 331:1
**table** 91:22 123:21
  128:4 172:6
  283:10
**take** 8:17,20 19:7
  24:13 26:2 27:19
  38:12 54:21 55:12
  69:19 77:19
  103:22 113:16
  158:9 172:5
  199:16 200:20
  217:14,17 218:5
  262:25 271:19
  273:25 277:16
  292:23
**taken** 5:3 31:6 32:6
  54:22 73:1 119:11
  120:23 121:12
  154:7 168:11
  218:8 292:24
**takes** 75:20 197:3
**talk** 47:5 83:15
  103:3 104:12
  132:9 156:15,20
  170:18 180:3
  186:2 189:6
  198:22 205:11
  220:3 246:7,8
**talked** 143:6
  217:20,22 258:5
**talking** 22:23 35:9
  35:17 42:22,23
  46:24,25 50:10,11
  53:4 54:25 56:25
  62:6 63:16 71:20

77:7 89:1,14
103:2 110:4,24
112:6 125:14,15
132:10 135:3
156:18 164:4
167:19 189:13,14
196:22 204:15
211:9 215:16,16
220:13 253:2
270:15 272:15
287:22 293:8
316:19 318:23
**talks** 156:11,13,14
248:9
**tape** 57:16 88:20
101:21 131:16,19
132:13 136:18
141:6 191:18
192:1,10,25 193:4
193:7,17,25
194:16,24 196:11
196:12,15,16,18
196:19,25 198:11
198:18 209:1
223:12,12,15,16
223:17 224:12,13
224:16,17,18,20
245:11,14,18,24
246:15,22 248:15
248:17,21,24
249:8,19 250:21
250:23 252:3,11
253:1,3
**taped** 41:4
**tapes** 57:17
**taught** 173:12,15
173:19,20 175:5
175:13,18,19
177:9 178:5
**tax** 302:21
**teach** 176:7,10,15
176:17,21
**technique** 175:14
**technologies** 1:21
**telephone** 153:2
**tell** 9:7 13:20 33:16

43:9 46:13 48:21
50:5,13,21,25
51:1,12,23 52:2
70:21 73:4 74:14
80:5 82:12,14
93:25 94:18 99:16
119:6 129:17
142:5 146:8
147:17 151:16
152:1 168:18
174:12 184:7,11
184:13 191:24
202:3 203:17
204:12 222:2
234:3 239:24
255:20 256:23
280:13 286:21
296:21 313:1
322:19 323:17
324:23,23 326:16
326:17
**telling** 26:14 55:13
220:1 238:23
281:6
**tells** 41:5
**ten** 95:21 124:7
208:13 241:9,24
255:21 299:18
**tenderness** 238:2,4
**tendineus** 226:14
226:17
**tensile** 162:9
**tension** 279:14
**tent** 205:20
**tenyear** 96:2
**term** 31:20 57:20
58:24 95:16 317:6
317:7 319:22
322:24 327:4
**terms** 66:18 157:8
212:20
**test** 26:2 27:19
95:25 96:17
161:25 162:14
214:16,21 285:1
290:15 328:10

**tested** 162:19
164:19 271:7
328:9
**testified** 9:9 12:19
120:19 150:24
152:8 174:19,19
210:4 227:10
271:25 316:3
**testify** 16:4 58:22
64:9 110:12
150:17 173:8
189:25 242:12
257:1 275:21
309:20 316:8
**testifying** 143:25
**testimony** 9:1
14:18 21:13 83:19
103:4 114:8
118:20 119:10
165:12 171:19
175:2 185:10
190:5 193:14
195:1,4,22,24
199:9 204:18
217:25 247:20
267:22 285:20
299:6
**testing** 161:23
162:7,8,9,10,12
162:16,21,23
163:1
**texas** 1:6 5:11,14
5:19 6:4 212:4,11
212:13 232:2
**textbook** 230:1
**texts** 165:4
**thank** 43:3 59:2
60:14 61:23 70:7
131:13 204:21
289:16 316:16
**thats** 8:21 10:11
12:8 13:10,23
15:13 16:19 19:1
19:14 22:5 23:7,7
23:8,9,9,20 25:2,4
25:6,20 26:1,21

27:7,12 28:13,17
31:20,21 32:11
38:18 40:1 43:11
45:11 46:9,9,17
48:1 53:13 57:12
58:17,24 60:8
62:22 63:17 64:10
64:15 66:13,22
67:3,9 68:3 69:10
73:8,16,17,18
76:3 77:4,12,24
80:13 85:4,17,17
85:20 86:6,8,17
86:21 88:24,25
89:14 90:19 91:9
91:24 93:3,4,6,8
94:8,9,13 95:12
96:16 97:5,7,25
97:25 98:18
100:21 101:17,18
101:20,20,21,22
103:18 104:3,6,22
105:18 106:5,7,8
106:19 107:5,5,15
109:24 112:19,21
113:6,8 115:3,22
117:1,23,25 118:1
118:6,7,8,13,15
118:16 119:16,18
119:24 124:2
126:24 128:3,13
128:22 129:8,25
130:1,6,20,23
131:5,9 132:5
135:17,19 137:14
138:16 139:3,13
144:12,15,20
146:17 147:3
149:18 150:5,10
150:10 151:8
153:6 158:16
160:14 161:16
162:6 163:15,22
164:5,6,12,16
167:10,24,25
168:17 169:10,15

170:3,12,21 172:6
172:11,14,16
175:3 178:20
181:2 182:21
183:3,6,25 184:1
184:5,16 186:18
187:7,11,14
191:21 193:13
195:3 196:16
197:1,9,14,25
198:5,14 199:3,6
203:21 205:24
206:6,9,11,13,22
207:3 208:23
210:9 214:9 215:3
215:8 221:13
223:16 224:8
225:22 226:11
230:2,2 232:4
235:8 237:22
238:17,20,21
240:11,14,25
241:11,14 242:14
246:22,24,24,25
247:8,9 248:22,25
248:25 249:3
252:4,6 255:23
256:17 258:16,17
262:3 263:4 265:7
267:21 268:4
270:2 272:7 273:6
274:24 276:21
277:24 278:24
279:5,25 280:6,23
281:5,12,15 285:1
286:4 288:23
289:25 290:13
293:8,9 294:15
296:4,24 297:17
298:12,18,23,23
300:8,8,24,25
301:13,25 303:6
303:16 304:8
305:10,10,13
306:25 307:5
311:4,22 314:17

Jaime Sepulveda, M.D.

314:17 317:17
319:9,22 320:5
323:19 326:2
328:11,12
**theoretically** 66:17
**theory** 259:16,17
299:7
**therapists** 24:19
213:12 219:17
**therapy** 214:8
219:18
**theres** 13:8 17:20
20:3 23:25 39:4
40:2,16 41:12
42:18,18,19 44:22
49:7 50:23 52:19
53:25 54:3 63:18
69:1 70:25,25
71:22,22,23 74:12
75:24,24,25 77:24
81:16 85:22 91:4
91:17 95:9 96:12
97:3,3 98:18,23
108:5 110:12,13
123:21 134:3,3
135:23 137:12
139:21 140:9,20
141:16 145:1,14
145:21 146:4,5
159:3,23 162:8
164:24 165:2
166:9 167:15
169:8 170:12
171:10 172:18
179:15 182:25
183:8 185:3 188:9
188:9,18 196:19
199:16 200:19
202:20 205:7
212:22 216:6
220:15 223:8,12
224:13,19 226:6
227:22,22 230:24
230:25 235:19,19
239:3,3,10 255:20
259:21 260:21

265:13 267:25
268:19 269:13
270:5 272:9,10,12
281:24 285:19
287:18 292:9,19
294:9 295:4 296:4
296:4,18 297:24
307:4 313:9,10
326:13 327:19
**theyll** 66:6
**theyre** 41:17,18,19
41:20,20 74:15
78:12,15 87:15
101:9,11,17
103:15 107:17
110:24 115:18,22
144:14,14 160:4
160:20 161:8
162:5 165:13,13
165:22,24 219:17
219:17 221:3,4
251:25 274:11
280:18 313:12
**theyve** 47:9
**thin** 205:8
**thing** 13:5 15:12
20:22 26:21 66:4
66:16 69:13 144:4
181:18 200:9
203:1 206:6
212:24 213:9
215:3,23 224:13
230:18 231:12
249:7,17 250:20
275:25 278:12
283:11 290:15
309:12 312:6
316:25 317:4
326:22,24
**things** 12:19 14:20
50:11 52:5 58:20
66:21 69:18 70:23
70:24 156:21
182:11 183:8,15
184:24 189:4
198:20 201:13

202:7,10 249:5,16
260:14 266:10
269:19 302:10
**think** 11:13 13:5
14:19 15:23,23
16:14 27:16 30:20
33:3,4 34:11,20
34:23 38:4 39:24
40:1 41:14,16
42:5 43:4,12,22
44:6 49:7,9 53:14
55:25 56:4 58:24
61:10 63:1 64:24
66:8 68:10 80:18
84:24 90:23 91:25
95:14 104:18
105:3,5,22,25
118:16 123:1
124:15 125:10
126:16,25 127:5
127:17,21 133:23
139:8 143:23
146:16 148:8,15
150:13 153:16
157:16 159:11
164:15 168:16,17
179:19 183:14
184:1 185:7 186:6
189:4,17 191:5
197:15,17,19,21
199:7,20 200:11
203:15 207:3
208:24 211:24
216:23 217:23
218:24 220:1,18
220:25 221:10
227:10 236:25
243:6 245:16
254:2 260:7
269:25 271:19
272:7,9,16 275:25
276:1,6 287:12
294:3 297:24,24
303:2 305:14
309:7,9,19,22,24
310:4,6,14,15,16

310:17 312:10,14
312:24 313:11
316:3,10 319:8
325:11 327:16,20
328:11
**thinking** 191:13
**third** 22:6,9,14,16
22:18 23:1 30:9
65:6 136:15
166:14 179:25
207:5 276:13
279:15
**thorough** 277:11
**thought** 164:3
190:12 191:11
192:3 193:7,8
219:12
**thousand** 46:10,12
158:20,21 185:20
**thousands** 21:12
296:11
**three** 12:2,24 21:21
21:22,22,24 29:17
29:19 30:2,3,15
60:3 85:5 94:8,8
94:11 95:8 98:3
115:20,24 117:1
136:9,9,18 155:2
155:8,9,15 163:18
172:13,20,22
174:12 175:23
207:8 209:12
224:15 242:4,20
243:3,10 244:5
249:16 252:13
266:5 273:21
309:17,17 310:9
**threedimensional**
229:10
**thumb** 3:7 10:25
11:2,6,13 293:1
**ties** 245:8
**tight** 132:5
**tim** 5:13,15 7:2
299:23 310:22
**time** 1:15 7:4 10:10

10:11 21:9 26:14
29:9,12 30:16
39:1,2,4,5 48:14
49:5 52:11,12,14
60:15 62:19 63:11
66:11 70:22 71:9
73:17 74:23 75:15
93:20 116:9 117:5
129:14 133:17
143:6 152:25
153:4 156:16
160:1,17 170:10
170:19 171:4,24
175:21,23 177:2,4
177:8,23 186:11
186:15 193:12
198:7,9,19 199:20
206:20,21 215:21
235:10,19,20
237:22 241:2,22
255:17 265:12
266:3 273:9,11,14
284:5 285:13
287:25 292:2
295:9,17 296:7
299:16 306:14
325:21 327:6
**times** 41:8 50:22
169:25 310:21
**tims** 310:17
**tingling** 271:12
**tiny** 300:1
**tissue** 62:8 185:4
188:16 190:17
197:22 200:21
224:19 242:21
243:4,11,14
244:10,13,17,19
244:25 245:6,9
246:6,11 247:24
248:8,10 252:15
261:1
**today** 7:11 15:2
22:23 27:18 33:22
34:6 49:9 51:6
61:10 65:5 82:12

83:20 94:17
105:19 121:5
137:12 172:7
178:22 231:19
263:18 267:24
268:18,23 272:1
275:11 297:22
307:3 311:10
328:12
**todays** 7:6
**toes** 271:12
**told** 32:25 53:14
98:3,5 124:4
142:6 147:18
153:19 163:17
164:14 174:25
176:20 204:3,9
220:2 326:5
**tommaselli** 83:23
96:8,24,25
**tomus** 81:21,21,22
82:19 83:22 85:21
93:14 96:7,23
97:1
**tone** 211:16
**top** 49:22 50:1,3,11
50:12 301:20
308:11,18
**topic** 320:19
**torn** 205:7,22 206:1
206:4
**tot** 93:17 94:5
**total** 73:14 239:12
301:6,10,16,23
306:20
**track** 55:12
**tract** 169:13,18
**traditional** 271:23
**traditionallycut**
320:19
**trained** 135:14
142:21,21 174:5
175:7 312:11
**training** 139:11
175:13 177:3,9
**trains** 213:12

**trajectory** 268:6
**transcript** 3:1,5
22:5 330:6
**transcription** 332:4
**transection** 271:21
**transient** 133:14,15
**transmit** 144:16,18
**transobdurator**
193:4 245:11,14
245:18
**transobturator**
30:23 81:5 82:5,6
82:9 133:3 135:24
136:11 191:18
192:1,10 196:2
245:24 246:22
248:15,17,21,23
249:8,18 250:21
250:23
**transparent** 49:20
49:22,23,25 50:1
**treat** 239:9
**treated** 100:3,6,21
180:17 213:22
**treating** 21:16,17
175:15 189:24
207:8 212:9
239:16 259:5,8
**treatment** 24:23
36:10 57:21 115:5
139:1 166:20
167:2 239:12,20
275:3
**trial** 7:25 8:9,12
16:20 22:21 53:21
54:1 59:24 60:1
66:8 68:8 76:5
81:17,18,22 82:19
83:23 92:8 93:16
93:19 94:2 96:7
97:1,2 99:22
131:7 183:17
187:5 215:17,19
242:3,4
**trials** 38:17 59:13
65:24 66:15,19,20

66:23 67:10,17,19
67:25 68:6 69:9
69:24 71:11 77:13
78:5 79:1,3,8,12
79:17 80:23 81:1
81:4 84:12 94:19
95:20,23 96:2
102:21 165:5
187:2 217:8
**triangle** 228:20
**trick** 220:23
**trim** 40:15
**true** 156:4 172:10
305:6,7 330:8
**trust** 166:18
**truth** 9:2,2,3,8,8,8
**truthful** 257:1
**try** 18:7 57:25
80:18 154:1
239:18
**trying** 12:21 13:10
31:23 52:13 59:7
102:9 202:15
204:16 220:22
234:19 235:9,21
248:13 249:4
250:25 254:13
267:1 296:20
319:11
**tub** 50:1,4,21
**turn** 123:18 168:14
284:24 306:18
308:20
**turned** 7:3 229:18
**turns** 298:14
**tvt** 18:17 29:14,14
29:17 30:4,6 32:5
33:1,9,23 34:1,4,7
34:24 37:10,23
38:2,4 46:21
50:20 55:2,4,6,14
55:19,22 59:4,9
60:4 63:15,16
68:1 76:8,22 78:7
78:9,22 79:5
85:12 93:17,18,19

97:3 99:17 100:3
100:15,17,19,21
101:5,18,22,24
102:3,4,5,11,20
102:22,24 103:2,3
103:4,13,14,17,19
103:21 104:3,14
104:20,22,23,23
104:23 106:4
110:6,8,10,14,20
110:23 114:1,4,24
115:12 118:17
121:1 124:10,11
131:7,7,8 137:10
142:3 143:2
147:15 149:8,12
152:16 154:13,22
156:4 157:21
158:15 159:24,25
164:22 165:15
177:3,9 178:4
268:22 271:1
272:9 273:2,20
320:11 325:9
327:12,15,23
**tvto** 14:7,25 15:11
15:14 16:3 18:17
29:14 30:21 48:20
49:2,19 51:25,25
52:7,24 55:1,8
56:2,7 58:4 60:10
61:5,15 62:3,6,10
62:19,25 63:12,13
64:17 65:5,10,16
65:18,24 72:4,5
78:7,9 79:5,8,12
79:17 81:10,15,17
81:20,24 82:14
83:21 93:14,18,19
94:3,5,19 95:5,18
97:3,8 98:9,16,25
98:25 99:18
100:16,18,22
101:6,19,21,23,25
101:25 102:4,7,8
102:11,20,24

103:15,17,20
104:13,22 105:22
107:24 110:7,14
131:7 135:17,18
135:20 136:2
138:18,19,22
139:5 149:12,15
154:12 159:21,22
160:18 161:2
163:19 165:9,11
165:14,17 169:7
177:14,24 189:15
189:18 194:24
200:7 203:14,18
204:2,6,18 253:24
256:1,8 257:19
258:14 269:5
270:19 271:6
272:14 275:16
278:11,13 279:6
296:12 311:2,8
316:21 319:4
327:23
**tvtos** 51:24 52:2,3,3
61:10 79:3 80:24
150:25
**tvts** 18:17 103:5
110:14,16,18,21
118:8 148:20
149:4 154:19
**two** 20:16 21:7,20
21:23,23 22:1
41:1 71:7 72:18
74:4 78:12 81:19
81:19 82:3,3
101:6,9,11 103:22
155:2 160:4,20,20
161:8 165:13
169:10 170:22
181:24 182:4
218:24,25 220:6
221:10,14 232:20
232:20,22 233:3
244:16 266:5
286:4 312:5 323:6
325:11

Jaime Sepulveda, M.D.

**type** 19:8,11,15,16
20:6 37:18 38:8
39:2 42:15 109:3
157:12 285:12
**typed** 19:5 278:25
**types** 19:2 160:4
**typical** 287:15
**typing** 278:19

**U**

**u** 62:14 109:12
115:7
**ulmsten** 76:16,19
76:22,24 104:18
**ulmstens** 76:7,13
104:14
**ultimately** 64:17
296:23
**ultrapro** 111:12,15
112:3,6,14,24,25
113:19,23 114:4,5
114:8,10 127:24
158:6,8,9,10
159:21,24 160:18
161:1,23 162:2,13
162:19,23 163:7
163:18 164:10
165:16 166:6,17
166:24 167:6
**ultrasound** 3:11,13
3:16 220:7,16
221:18 222:4
224:23 225:3,4,8
225:10,11,23
226:1,3 227:5,12
227:13 229:9,11
230:9 232:15
318:24
**unable** 97:19
**unbiased** 77:21
**unclear** 243:1
**underlying** 19:25
20:11
**underneath** 231:1
**undersigned** 329:4
**understand** 13:22

17:2 27:9 35:15
35:16 38:1,6 42:7
44:24 50:16 53:23
83:7 86:12,20
99:15 107:11
121:25 124:24,25
138:25 146:20
147:6 149:14
154:17 156:23
160:16 162:6
167:4,19 168:20
173:2 176:19
180:12 184:14
187:8 189:6
193:13 197:6
200:22 202:14,15
213:9 225:15
249:12 257:4
259:17 260:9
262:23 267:9
275:19 276:22
290:14,16 291:6
293:25 296:2
302:2 311:16
312:15 319:2
324:2 326:9
**understanding**
13:9 114:7 171:10
211:8 290:11
**understood** 176:14
176:19
**undertook** 86:21
86:21
**unduplicated** 40:21
40:23
**unique** 57:14
327:11
**united** 153:13,19
**universe** 280:7
**university** 47:22
232:2 274:13
**unnecessary** 66:20
67:2,3 262:9,12
263:3
**unrecognized**
275:3

**unrelated** 257:19
258:14
**unreliable** 41:15,18
42:4,6,11,16
**unsafe** 38:4
**unwanted** 132:8,16
196:16 318:6,8
323:11
**update** 219:8,8
**updated** 80:9 219:9
219:10
**upper** 179:24
182:21 203:3
207:21 234:11
238:3 239:15
257:21 258:8
259:13
**upward** 236:15
**urethra** 47:3
169:18 209:14,15
223:11 224:17,19
224:19 227:25
228:1
**urge** 29:10
**urinary** 36:11
37:14 56:12 57:2
84:4 87:10 114:21
115:6 165:25
167:3 169:12,18
265:19 278:22
287:16,19 288:2
**urodynamics** 80:8
287:18
**urogynecologic**
25:10,18 28:1
282:19
**urogynecologist**
27:8 142:19,24
148:25 275:20
**urogynecologists**
24:20
**urogynecology**
25:23
**urologic** 25:10
**urological** 26:18
**urologist** 27:4,6,21

**urologists** 27:16
275:6
**urology** 25:14,23
26:8 27:9,17
**usage** 300:24,25
**use** 7:24 8:12 29:19
43:10 58:11,12,18
60:16 62:24 88:21
102:10,15,18,19
105:7 110:16,18
110:19,22 112:24
112:25 131:1
132:1 138:23
139:7,17,22
140:25 141:7
149:8 151:1,3
159:1 161:1
162:23 164:11
165:6 166:19,24
167:1,6 176:11
178:6 183:25
188:24 193:11
203:19 204:7
205:14 223:25
225:4 239:13
265:2 268:9
283:14,21 284:8
311:3 313:3
322:23 324:13
327:5
**uses** 102:25
**uterus** 179:24
203:3
**utis** 169:6,14,16
**uttering** 116:8

**V**

**v** 1:4
**vagina** 179:25,25
203:4 211:18,19
223:17,18,19,21
223:24 224:3,6,11
224:16 225:2,14
226:7,11,13 234:9
237:25 238:3
252:11 257:22

258:8 259:13
**vaginal** 169:6
172:13,20 179:4,5
179:16,18 183:11
190:10,17 191:18
192:2 194:19,23
195:10,11 200:2
200:21 202:22,24
203:2,3,5 207:8
209:13 224:9
226:20,20,21
227:17 242:21
243:4,11 244:5
245:5,8,12,12,24
246:3 252:13,14
257:18,22 258:9
258:13 259:14,24
**vaginally** 244:16
**valid** 257:5 314:18
314:25
**validate** 315:9
**validated** 136:10
315:11,16
**validation** 185:2
**valsalva** 234:12
**value** 91:3
**variations** 136:10
**variety** 269:21
**vascular** 57:4 134:9
**vault** 190:10,17
194:20,23 195:10
195:11 200:2,21
257:22 258:9
259:14
**verbally** 308:24
**version** 22:6 55:17
55:20,22 80:9
82:17,18 168:16
219:11 230:4
299:22
**versions** 22:1
**versus** 7:6 51:17
53:19,21 54:2,4
54:25 81:5,12
98:11,16 161:23
162:13 166:6

Golkow Technologies, Inc. - 1.877.370.DEPS

254:8 317:11
320:19 327:15
**vibrate** 268:12
**vibrator** 268:9
**video** 7:3,4,13,20
7:25 8:8,19,23
**videographer** 7:1
8:22
**view** 86:3 88:13
185:3,5 198:25
225:25 272:23
327:14 328:6
**vince** 320:21
**violation** 263:6
**virtually** 18:9,14
18:17 268:10
**viscoelastic** 132:19
132:21,22
**visit** 44:1 45:6
169:1 192:7
**visited** 44:16,17
**vital** 304:7
**vivo** 132:17
**voc** 319:24 320:10
**voice** 319:20,22,24
320:3 325:25
**voiding** 57:3 85:10
89:4 100:4
**volume** 229:10
**voluntary** 41:2
**volunteer** 220:24
**volunteering**
268:16
**vulva** 237:21
**vulvodynia** 276:17
**vypro** 111:12,12

———————
**W**
**walk** 96:17
**walker** 5:20,22
295:12,21 296:10
299:21,25 306:4
307:9 313:21
314:16,24 315:8
323:13 324:21
325:4,10 326:4

**wall** 196:20 224:9
226:20,21 227:17
259:24
**wallace** 212:24,25
213:2,16,17 214:7
218:12,23 219:3
219:22
**want** 8:7 16:17,20
17:13 28:18 29:6
29:7 35:21,22
41:22,24 42:11,13
61:25 66:22,23
67:10,11 73:17
79:10 80:21 97:25
99:9 101:1,2
103:23 113:23
114:7 125:12
128:19 132:17
135:3 143:11
146:10,22 153:5
155:16 157:5
163:13 168:9,14
171:22 176:2
181:17,21 204:11
205:11 214:9
217:17,24 218:1
221:12 231:20
245:16 246:7,8
256:25 263:13
264:3 299:23
312:13,19 313:3
315:10,13,15
318:6 319:17
**wanted** 275:10
278:14,15,16
323:11
**wanting** 68:6
**wants** 27:4
**warned** 143:2
**warning** 187:11,13
187:16
**warnings** 149:14
177:14
**warranting** 305:4
**wasnt** 31:7 65:4,6
88:21 138:9 142:6

147:18 194:10
203:22 269:3
271:7 272:22,23
294:1 298:10
314:10 328:2
**waste** 171:24
**wasting** 153:4
**watch** 44:2 45:1,7
45:15,24 46:15
48:1,4,12
**watched** 45:21
**watching** 45:19
**way** 12:22 22:9
30:21 40:12 41:11
41:11 44:15 49:7
49:10 58:20 65:21
91:9 97:14,17
101:13,14 107:16
118:2 136:20
139:3 142:21,23
144:20 146:3,5
155:16 158:19
159:25 162:3,4
166:23 167:11,15
168:3,17 172:1,18
177:15 182:22
187:14 189:3,8,16
189:23 195:7,11
196:23 198:1
199:21 200:16
203:18,21,22
204:3,6,9 214:9
224:11 228:15
230:15 234:13,14
241:20 244:10
251:24 256:23
267:7 268:2,3
277:9 287:6 288:8
294:18 296:6
303:10,11 309:6
309:12,20 312:4
316:15 320:5
**weak** 99:23
**wealth** 139:21
**weave** 129:4,4
323:15

**week** 11:20 12:20
64:6 73:20 116:19
177:20 219:1
316:3
**weekend** 286:4
320:20
**weekends** 73:9
**weeks** 242:3,4
**weight** 112:1 118:5
124:19 127:23
128:1 130:1
**weighted** 87:9
**weights** 115:25
**welcome** 215:21
216:14 326:21
**went** 65:11 123:1
133:5 177:25
193:16 255:25
278:6 311:10
**weve** 8:11 22:24,24
35:17 70:19 78:12
89:23 93:11 214:3
220:25 233:2
241:6 243:15
247:19 258:5
310:21
**whats** 15:9 18:4
54:5 72:6 85:21
86:17 118:17
156:3 162:1
163:12 164:17
168:25 171:3
173:9 184:1 197:5
197:9 198:5
201:25 202:1
204:13 213:16
215:25 247:2
273:5 298:9
315:15
**whatsoever** 63:13
**white** 35:24 80:11
82:24 86:13
222:23,24 223:3
**willing** 217:9
**withdraw** 163:25
199:12 297:16

**withheld** 10:20
11:9
**withhold** 221:12
**witness** 2:2 5:2 7:2
7:16 9:4 50:15
68:11 74:3 218:5
275:19 328:13
329:8
**woman** 185:6
186:12,17 290:1
291:9
**women** 36:10 56:13
56:15 63:8 64:21
93:21 169:11
274:21
**womens** 109:15
**wont** 29:8 60:9
72:8,11 90:14
98:25 171:24
240:19 242:8
**word** 31:21,24 42:1
58:11,12 85:15,16
199:5 236:16
240:15,17 317:3
317:18 324:13
**words** 56:23 59:19
64:20 135:20
205:17 226:9
271:13 291:3
315:10 318:15
**work** 23:7,8 70:18
70:20,20 72:3,11
80:18 155:7 191:4
215:7 304:10
309:13 313:16
**worked** 208:14
307:20
**working** 43:17
**world** 62:19 295:10
295:17
**worldwide** 62:14
149:1
**worry** 68:12,13,14
**wouldnt** 66:4 101:7
108:1 165:9 194:1
194:10 196:15

Jaime Sepulveda, M.D.

271:14 288:21
297:13 313:18
**wound** 57:5 100:4
**wrist** 136:16
**write** 45:8 77:10
149:11,13,18
222:16 231:10
234:19,24 235:12
240:17 273:4
320:5
**writes** 150:3,7
151:14 325:5
**writing** 70:22 72:20
73:9 234:22
**written** 72:17
149:15 154:10,13
184:15 306:25
**wrong** 41:9,10
88:15 136:23
197:16,18,19,25
198:1,2,3,3
270:25 271:1
279:3 322:15
**wrote** 71:11,11,16
75:16 154:16

### X

**x** 2:1
**xrays** 236:5

### Y

**yall** 50:10
**yeah** 10:17 12:5
16:19 20:21 24:15
25:15 31:16,20
46:17 48:14 49:11
49:24 64:5 71:6
74:16,22 79:6
82:10 115:14
116:1 117:5
120:17 124:21,25
125:12 131:1
136:9 138:21
144:8 153:10
166:14 168:19
170:7 177:20

189:4,17 193:10
195:3 197:9
220:22 226:13
231:5 240:8
245:10 246:17
247:15 249:3
258:3,3 260:21
270:5 285:1,10
287:5 295:22
299:25 300:2
304:8 307:9
310:11 318:3
322:7 326:12
**year** 65:13 72:17
72:22 116:18,18
182:17 196:8
300:13 301:11,17
301:23 302:20
303:14,19 304:12
305:10 307:21
309:3 326:20
**years** 13:21 14:19
21:7 43:19 46:14
46:19 47:5,8,10
72:18 95:3,5,12
95:17,21,21,21
97:4,7,8 105:18
112:10,23 134:2,3
159:6 177:5,5
178:2,3 193:23,24
194:2 212:14
218:24,25 299:18
300:6,11 309:7,17
309:18,23 310:9
310:11,12
**yields** 274:25
**youd** 319:2,17
**youll** 85:5 101:2
109:18 205:6
222:13 284:24
301:2,5,5
**youre** 22:19 23:3
24:10 25:9,22
26:7,17 28:10,19
29:3 31:3 36:8
38:21 42:10 43:12

46:24,25 48:11
49:1,4 50:19
55:13 56:25 58:1
58:3,22 60:18,24
71:20 77:3 80:5
88:5 93:14 94:14
95:14,24 97:19
100:15 101:18
102:9 103:12,19
105:14 106:5
111:18 112:5
114:5 119:5 122:7
125:15 132:1
134:20 135:8,8
142:21 148:8
162:4 163:15,21
164:2,9,12 166:4
167:19 169:3,7
171:6 172:25
173:6 174:21
175:1,8 176:3,5
181:20 182:10
183:7,7,9 189:15
193:16,22 194:2,9
195:15 201:23
202:6,6,8 211:9
212:4 217:23
220:12,13,20
223:13 225:16,18
230:16 231:11,12
240:5 242:11,12
246:20 249:14
250:3,4,7,25
251:5 252:18
254:13 256:18
258:15,25 260:1,5
261:2 264:24
265:14,14 271:13
272:7 275:13,13
275:19 279:1
281:2,15 283:24
285:2 286:6 290:1
290:19,22 294:19
296:18 299:5
300:12 302:15
307:17,23 309:11

309:11 310:5
311:12,18 316:5
318:23 323:12
326:21
**youve** 10:12 14:19
14:22 16:3 21:12
35:13 48:17 53:8
54:6,10 77:8 78:9
83:4,18 85:18
90:2 95:13 111:2
112:16 113:25
114:13 118:19
125:17 127:13
137:13 154:24
155:2,9 157:20
160:17,22 162:7,9
162:12 186:10,11
186:16,16 188:2
217:11 227:15
228:12 229:2
231:25 232:18,23
258:6 260:23
271:17 273:10,15
273:21 284:5,15
291:7,16 300:12
302:5,8 318:1,17
319:10

### Z

**zero** 154:21 183:9
183:10,11,15
**zimmern** 181:5
182:6 207:18
211:7,12 215:1,13
216:10 217:2
227:6,14 228:10
261:20,24 262:13
263:9 264:1,13
265:2 266:7,14
268:20 269:2
274:2 280:9
285:15 288:9
293:13 296:23
297:11 298:10
**zimmerns** 211:5
214:4 216:17

220:10,11 257:17
258:12 263:14
264:4 267:5 270:2
272:24 273:7,17
281:14 289:5,10
293:6 294:10
295:8 296:9

### 0

**000** 152:1 154:24
155:3,9,16 300:7
300:12 303:5,15
303:22 304:19,24
305:5,9,10,11,13
305:17,23 306:11
306:21,24 307:12
307:18,24 309:3
**00028555** 3:21
**01424029** 3:3
**03026399** 3:23
**05** 292:24
**0547953** 2:24
**06878438** 4:2

### 1

**1** 2:8 9:13,15 106:4
135:16,16,21,21
135:25 146:21
158:15,19,22,24
168:11,12 199:24
200:7 211:17
268:6 310:5
**10** 1:15 2:11,22
54:22,22 89:21,24
90:18 232:6
303:20 309:7,18
309:22,23,23
310:1 320:20
328:13
**100** 45:18 78:5 79:2
79:7 117:17 118:3
118:13
**100page** 125:17
**1020** 5:21
**105** 123:25 124:5
124:19 125:1

Jaime Sepulveda, M.D.

| | | | | |
|---|---|---|---|---|
| 131:3,8,10 | **191** 3:9 | 120:23 121:12 | 303:15,22 305:9 | **5** |
| **108** 2:25 | **1987** 274:19 | 138:4,6,14 | **29** 168:12 | **5** 1:15 2:15 12:2 |
| **1099** 302:17,18 | **199** 7:12,14 | **2014** 143:12 | **293** 3:7 | 16:12,24 17:3 |
| **1099s** 10:18,19,21 | **1996** 90:12 | **2015** 85:23 94:5,14 | **29th** 119:11 | 135:16,21,24,25 |
| 11:9 302:2,10,11 | **1998** 46:22 | 177:15 235:4,7,16 | | 135:25 199:24 |
| 302:16,20 | **19th** 301:3,4 | **2016** 1:13 5:8 7:7 | **3** | 200:7 211:17 |
| **11** 2:24 103:25,25 | | 72:3,10,14 80:16 | **3** 2:12 11:25 12:3 | 268:6,6 310:3,5 |
| 108:19,23 121:12 | **2** | 241:13,18 242:14 | 13:24 36:12 | 328:13 |
| 320:20 | **2** 2:10 7:12,14 10:3 | 329:6,9,15 330:15 | 154:24 155:3,9,16 | **50** 44:11 56:15 |
| **110** 117:17,23 | 10:6 36:12 45:6 | **21** 3:16 229:9,13 | **30** 54:22 | 304:12,13 |
| 118:3,13 119:21 | 135:16,21,24,25 | 230:10,17 231:8 | **300** 3:22 106:21 | **500** 44:1,25 45:6,14 |
| 124:5 131:10 | 152:1 154:24 | 231:12 | 304:6 | 45:18,23 46:2,7 |
| **115** 275:1 | 155:3 218:8,8 | **218** 3:10 | **3031** 5:11,14 | 46:13,16 47:12,14 |
| **117** 3:2 | 229:10 236:13 | **22** 3:18 138:17 | **306** 3:24 | **51** 44:7 |
| **11th** 329:8 330:15 | 310:7,13,14 | 233:21,24 235:17 | **308** 4:1 | **510** 39:13 62:16 |
| **12** 2:12,14 3:1 7:5 | **20** 3:14 105:17 | **222** 3:12,13 | **310** 2:5 | **522** 33:10,16 34:9 |
| 40:8,8 43:6 95:11 | 134:6 232:9,10,17 | **229** 3:17 | **316** 2:5 | 35:20 36:13 37:2 |
| 117:9,12 121:12 | 292:24 303:20 | **22nd** 191:8 308:21 | **31st** 308:24 | 37:8,13,16 38:9 |
| **120** 3:6 | 332:15 | **23** 3:20 232:6 274:4 | **320** 4:3 | 38:18 39:6 |
| **1208** 146:22 | **200** 5:5,11,14 106:4 | 274:7 278:8 | **328** 330:7 | **522s** 39:3 |
| **122** 3:4 | 106:21 158:15,19 | **231** 3:15 | **33** 218:8 | **54** 168:17 |
| **1221** 5:18 | 158:22,24 | **234** 3:19 | **3377** 1:21 | **55** 168:16 304:19 |
| **1234** 293:3 | **2003** 112:4 | **23rd** 72:3,10,14,16 | **35** 103:25 | 304:24 305:5,13 |
| **12th** 235:4 | **2004** 177:15 229:12 | 235:7,16 241:13 | **36** 96:11 | 305:17,23 |
| **13** 3:3 120:11,13 | **2005** 12:2 | 241:18 242:14 | **370** 1:21 | **556** 3:21 |
| 122:22,23 | **2006** 286:4 321:4 | **24** 3:21 81:1,4,9,9 | **388** 306:11,21,24 | **5672** 1:21 |
| **14** 3:5 8:23 99:6 | **2007** 143:11 | 81:14,14,23 95:11 | 307:12,18,24 | **57** 205:1 |
| 103:11 120:6,10 | **2008** 94:6 138:6,8 | 97:17,18 150:5,7 | **39157** 5:22 | **591** 1:21 |
| 232:6 | 138:11 143:11 | 300:16,20 | **3d** 223:10 227:4 | **5th** 12:24 |
| **1400** 5:21 | **2009** 306:11,23 | **25** 3:23 43:19 46:14 | | |
| **14th** 143:12 | 307:12,19,24 | 47:5,8 54:22 | **4** | **6** |
| **15** 3:7 293:2,2 | 308:9,21 | 305:10,11 306:7 | **4** 2:13 11:25 12:3,9 | **6** 2:16 17:6,8 220:9 |
| 303:21,22 | **2010** 30:14 112:10 | 306:11,18 | 13:24 36:1,12,14 | **60** 96:11,12 |
| **16** 3:8 190:23,24 | 112:23 138:9 | **250** 46:3 | 37:8 78:4 236:13 | **61** 257:12 |
| 251:13,17 | 177:6 178:4 191:8 | **25th** 308:23 | 292:24,24 | **620** 229:18 230:10 |
| **17** 1:15 2:15,17 | 300:11 301:3,4 | **25year** 46:24 | **400** 3:23 46:13 | 230:17 |
| 3:10 168:11 | 303:4,23 304:1 | **26** 3:25 308:3,6 | 301:6 | **620a** 231:8 |
| 218:19 219:1 | 308:23 309:3 | **264** 93:21 | **401** 3:23 | **63** 19:13 |
| **18** 3:11 47:10 | **2011** 80:8,15 86:13 | **27** 4:2 218:8 320:6 | **42** 83:16 | **650** 308:23 |
| 131:14 221:22,24 | 90:12 138:6,14 | 320:9 | **43** 91:12 | **66page** 19:5,8 |
| 222:2,3,14,15 | 308:24 | **2727** 6:4 | **438th** 1:4 | |
| 223:6 226:2,25 | **2012** 304:16,20,24 | **274** 3:20 | **439** 4:2 | **7** |
| **187711** 329:15 | 305:5,24 | **28** 127:24 | **45** 103:25 136:7,16 | **7** 2:18 75:2,4 |
| **19** 3:13 132:25 | **2012ci18690** 1:1 | **280** 300:7,12 | **4500** 5:18 | 146:22 150:5,7 |
| 221:23,24 227:19 | **2013** 93:16 119:11 | **286** 308:23 309:3 | **4600** 5:6 | 299:24 300:3 |
| 230:16 231:13 | | **288** 301:6,7 303:5 | **47** 37:9 | 330:7 |

Jaime Sepulveda, M.D.

**70** 14:3
**75** 2:18 106:3,20,23
  106:25
**75204** 5:11,14
**77010** 5:19
**77019** 6:4
**79** 2:20
**795** 3:25
**7th** 6:4

---
**8**
---

**8** 1:13 2:19 7:7
  61:25 80:3,20
  146:22 329:6,15
**80** 14:3
**82** 2:21
**84** 88:22
**877** 1:21
**88** 88:22
**89** 2:24
**8th** 5:7

---
**9**
---

**9** 1:15 2:4,9,21 7:5
  8:23 82:22 83:1
  83:16 121:12,12
**90** 136:8,17 219:14
  219:22
**90s** 25:15
**917** 1:21
**95** 129:12
**99** 44:7
**992** 256:12