# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Carroll, Margaret | 12-cv-02026 |
| Frazier, Margaret & William Allen | 12-cv-01731 |
| Martin, Patricia J. & Dennis R., Sr. | 12-cv-02185 |
| Muir, Marilyn & Scott | 12-cv-01706 |
| Slocumb, Kathryn | 12-cv-01974 |
| Williamson, Betty & Donald | 12-cv-01739 |