# EXHIBIT A

Denise M. Elser, M.D.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC. | ) Master File No. |
| PELVIC REPAIR SYSTEM | ) 2:12-MD-02327 |
| PRODUCTS LIABILITY | ) MDL 2327 |
| LITIGATION | ) |
| | ) JOSEPH R. GOODWIN |
| _____ | ) U.S. DISTRICT JUDGE |
| | ) |
| DIANNE M. BELLEW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 13-CV-22473 |
| | ) |
| ETHICON, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

VIDEOTAPED DEPOSITION OF

DENISE M. ELSER, M.D.

September 16, 2014

Chicago, Illinois

Denise M. Elser, M.D.

Page 2

1
2
3 The videotaped deposition of DENISE M. ELSER, M.D.,
4 called by the Plaintiff for examination, taken
5 pursuant to the Federal Rules of Civil Procedure of
6 the United States District Courts pertaining to the
7 taking of depositions, taken before CORINNE T.
8 MARUT, C.S.R. No. 84-1968, Registered Professional
9 Reporter and a Certified Shorthand Reporter of the
10 State of Illinois, at the Park Hyatt Chicago, 800
11 North Michigan Avenue, Chicago, Illinois, on
12 September 16, 2014, commencing at 10:37 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1 APPEARANCES:
2 ON BEHALF OF THE PLAINTIFF (via videoconference):
3    MAZIE SLATER KATZ & FREEMAN LLC
        103 Eisenhower Parkway, 2nd Floor
4        Roseland, New Jersey 07068
        973-228-9898
5    BY: ADAM M. SLATER, ESQ.
        aslater@mskf.net
6
7 ON BEHALF OF THE DEFENDANT ETHICON, INC.:
8    THOMAS COMBS & SPANN PLLC
        300 Summers Street, Suite 1380
9        Charleston, West Virginia 25301
        304-414-1800
10   BY: PHILIP J. COMBS, ESQ.
        pcombs@tcspllc.com
11
        -and-
12
     BUTLER SNOW LLP
13     1020 Highland Colony Parkway, Suite 1400
        Ridgeland, Missouri 39157
14     601-948-5711
     BY: PAUL S. ROSENBLATT, ESQ.
15     paul.rosenblatt@butlersnow.com
16
17 VIDEOTAPED BY:
18   MILO SAVICH
19
20 REPORTED BY: CORINNE T. MARUT, C.S.R. No. 84-1968
21
22
23
24
25

Page 4

1            I N D E X
2 DENISE M. ELSER, M.D.        EXAMINATION
3
    BY MR. SLATER.............. 6
4   BY MR. COMBS.............. 174
    BY MR. SLATER.............. 202
5   BY MR. COMBS.............. 211
6
7
        E X H I B I T S
8
ELSER DEPOSITION EXHIBIT        MARKED FOR ID
9
No. 1  Expert Report of Denise Elser,        5
10        M.D.
11 No. 2  article, "Myofascial Pelvic        171
            Pain" by Spitznagle and
12            Robinson
13 No. 3  Gynecare Prolift IFU; Bates        176
            Nos. ETH.MESH.02341454 -
14            02341459
15
16
17
18
19
20
21
22
23
24
25

Page 5

1        (WHEREUPON, a certain document was
2            marked Elser Deposition Exhibit
3            No. 1, Expert Report of Denise
4            Elser, M.D., for identification.)
5    THE VIDEOGRAPHER: We are now on the record.
6 My name is Milo Savich. I am a videographer for
7 Golkow Technologies.
8        Today's date is September 16, 2014 and
9 the time is 10:37 a.m.
10        This video deposition is being held in
11 Chicago, Illinois in the matter of Dianne M. Bellew
12 vs. Ethicon, Inc. et al., for the United States
13 District Court, Southern District of West Virginia
14 at Charleston.
15        The deponent is Dr. Denise Elser.
16        Will counsel please identify themselves
17 for the record.
18    MR. COMBS: Phil Combs and Paul Rosenblatt on
19 behalf of the Defendants.
20    MR. SLATER: Adam Slater for the Plaintiff.
21    THE VIDEOGRAPHER: The Court Reporter is
22 Corinne Marut who will now swear in the witness and
23 we can proceed.
24
25

2 (Pages 2 to 5)

Denise M. Elser, M.D.

Page 6

1    (WHEREUPON, the witness was duly
2       sworn.)
3       DENISE M. ELSER, M.D.,
4  called as a witness herein, having been first duly
5  sworn, was examined and testified as follows:
6          EXAMINATION
7  BY MR. SLATER:
8    Q.   Good morning, Dr. Elser.
9    A.   Good morning.
10   Q.   I'm not sure if I heard you. Can you
11  just say something. Hello?
12   A.   Hello, good morning.
13   Q.   Okay. I hear you. Okay.
14      Dr. Elser, my name is Adam Slater. I'm
15  going to take your deposition now in the case. You
16  understand that's why we're here today?
17   A.   Yes.
18   Q.   I'm going to ask you questions and since
19  you're under oath, you understand you must tell the
20  truth, correct?
21   A.   Yes.
22   Q.   If I ask you a question that doesn't
23  make sense to you for some reason, just let me know
24  and I'll rephrase the question. Okay?
25   A.   Okay.

Page 7

1    Q.   Let's mark as Exhibit -- I think we
2  already did -- Elser 1, the report. Do we have
3  that there?
4    A.   I have Exhibit 1. Elser 1.
5    Q.   Dr. Elser, in front of you is what we've
6  marked as Exhibit Elser 1. Can you tell me what
7  that is?
8    A.   It's the expert report that I prepared
9  in relation to this case.
10   Q.   Do you know what date it is that you
11  completed this report?
12   A.   Give me a second. I'm just looking for
13  the signature page, which I did not date. No, I
14  don't. I believe it was three or four weeks ago.
15   Q.   That would be sometime in the middle of
16  August?
17   A.   Correct.
18   Q.   About?
19   A.   That would be -- that would be my
20  estimate, correct.
21   Q.   Does this report contain each of the
22  opinions that you've reached in this case?
23   A.   To date, yes.
24   Q.   In this report you go through various
25  facts and you discuss various facts. Did you

Page 8

1  discuss those facts that you felt were most
2  important to you in drawing the opinions that are
3  found in the report?
4    A.   Yes.
5    Q.   I'm sorry. What was the answer?
6    A.   Yes.
7    Q.   Okay. The report itself appears to go
8  to page 39 and then you have a list of literature
9  that begins after the report. Is that correct?
10   A.   So, the literature list starts on
11  page 39.
12   Q.   The list of literature that starts on
13  page 39 and goes through page 44, what is that
14  list?
15   A.   These were references that I
16  specifically cited in the report.
17   Q.   Is that the collection of literature
18  that you relied on in forming your opinions in this
19  case?
20   A.   No, those were just ones from which I
21  took specific citations.
22   Q.   In terms of your decision making in
23  writing your report, why did you cite those
24  articles in your report?
25   A.   They may have contained certain figures

Page 9

1  or facts that I wanted to stress, but those are not
2  the only articles I've read on prolapse that are
3  used to form my opinions on treatment of prolapse
4  or of this patient.
5    Q.   To the extent you directly relied on an
6  article or a piece of literature in your report,
7  the only way for me to know that by reading your
8  report would be to read the report and see the
9  citation, correct?
10   A.   If I specifically quoted a figure or a
11  fact out of a report, then I cited it on these
12  pages here. Can you -- do you want to rephrase
13  your question?
14   Q.   No.
15   A.   Okay.
16   Q.   If we go to Attachment A to your report,
17  it's a curriculum vitae. Is that your current
18  curriculum vitae?
19   A.   Yes.
20   Q.   Within your curriculum vitae is a list
21  of publications. Do any of the publications
22  directly relate to the prolapse -- Prolift?
23      MR. COMBS: Object to form.
24      MR. SLATER: I'll reask the question.
25  BY MR. SLATER:

3 (Pages 6 to 9)

Denise M. Elser, M.D.

Page 10

```
1       Q.   The list of publications in your
2   curriculum vitae, do any of them specifically
3   address the Prolift?
4       A.   No.
5       Q.   Do any of your publications specifically
6   address the TVM technique for the treatment of
7   prolapse?
8       A.   No.
9       Q.   Would you agree with me that the Prolift
10  is an augmentation -- or rephrase.
11          Would you agree with me that the Prolift
12  is an alternative surgical procedure for the
13  treatment of prolapse as compared to other
14  techniques that are available to physicians?
15      A.   Yes.
16      Q.   You said yes, correct?
17      A.   Yes.
18      Q.   Do any of your publications address
19  complications from the use of mesh to treat
20  prolapse?
21      A.   There was the abstract from IUGA where
22  the lead author was Furlong where we reported on
23  some complications after vaginal mesh surgery, not
24  specifically the Prolift.
25      Q.   Is that listed on your list there?
```

Page 11

```
1       A.   I believe it is.  I'll check it.
2       Q.   Can you tell me where it is.  I might
3   just be overlooking it.
4       A.   Page 40.
5       Q.   Page 40?
6       A.   On my report.
7       Q.   Let me look.  Let me go back.
8          On page 40 of your report, which is your
9   list of references, there is an article --
10  rephrase.
11          On the list of literature at the end of
12  your report on page 40 there is a reference to
13  Furlong, F-u-r-l-o-n-g, Elser and Moen.  What is
14  that?
15      A.   It's an abstract that was a poster at
16  the SGS meeting in 2009.  We reported on
17  complications related to biologic graft or
18  synthetic mesh used in vaginal surgery for
19  prolapse.
20      Q.   At the SGS meeting in New Orleans in
21  2009 you presented a poster presentation, correct?
22      A.   It was a poster.
23      Q.   And that means the poster was presented,
24  you did not actually have a speaking or a
25  presentation role at that meeting, correct?
```

Page 12

```
1       A.   Correct.
2       Q.   And this poster was detailing
3   complications that had been seen by yourself and
4   your co-authors with the use of grafts and mesh
5   augmentation in the treatment of prolapse?
6       A.   Yes.
7       Q.   Did that include complications seen from
8   Prolift?
9       A.   The abstract does not specify which
10  products were used during this time period, but I
11  imagine some are Prolift.
12      Q.   As you sit here now do you know whether
13  or not any of these complications related to the
14  use of the Prolift?
15      A.   It was the time period when our practice
16  did use Prolift.  So, I -- I would say yeah, some
17  of them were Prolift.  But how many, I can't tell
18  you.  We just separated by biologic versus
19  synthetic.
20      Q.   And just so I understand some
21  vocabulary.  This was a poster presentation, the
22  Furlong presentation.  That's not an abstract.
23  That's a poster.  There's a difference, correct?
24      A.   It was a published abstract and it was a
25  poster.
```

Page 13

```
1       Q.   When you say there was a published
2   poster, what was there some sort of a booklet of
3   presentations that was circulated in connection
4   with that meeting?
5       A.   Well, the Journal of Pelvic Medicine and
6   Surgery has a list of published abstracts that were
7   accepted for the meeting.
8       Q.   So, there was a poster presentation.  Is
9   the abstract exactly the same as the poster?
10      A.   I can't say exactly.  Sometimes there is
11  an additional picture on posters.  I don't remember
12  specifically for this one.  But no additional
13  information.
14      Q.   Is the Furlong, Elser, Moen presentation
15  on complications related to graft or mesh
16  augmentation listed anywhere in your curriculum
17  vitae?
18      A.   No, I don't see it.
19      Q.   Why didn't you list this poster
20  presentation which you've told me also was an
21  abstract, why isn't that listed in your curriculum
22  vitae?
23      A.   Oversight.
24      Q.   Are there any other abstracts,
25  presentations or publications of yours that relate
```

4 (Pages 10 to 13)

Denise M. Elser, M.D.

Page 14

1  to the use of mesh to treat prolapse that are not
2  listed in your curriculum vitae?
3      A.   Not that I'm aware of.
4      Q.   How about with regard to the treatment
5  of stress incontinence?
6      A.   Not that I'm aware of.
7      Q.   Was there ever a time when this
8  presentation was listed in your CV and that it was
9  deleted for some reason?
10     A.   No.  I think it's more a matter of
11  recordkeeping that I didn't always write down my
12  abstracts.
13     Q.   If I request counsel to get that from
14  you, would you be able to provide to me a copy of
15  the poster and the abstract?
16     MR. COMBS:  Yeah, Adam, we'll be glad to.
17  It's in the body of her report, the information
18  from that.  But, yes, we will provide you a copy of
19  that abstract.
20     MR. SLATER:  And the poster as well, okay?
21     MR. COMBS:  If, if we have a copy of the
22  poster we'll provide that to you.  I don't
23  personally have a copy of the poster, but I can
24  tell you that I can get you a copy of the abstract.
25  If we have the poster, we'll give you the poster

Page 15

1  too.
2  BY MR. SLATER:
3      Q.   Dr. Elser, do you have a copy of the
4  poster that was presented?
5      A.   I do not have a copy.
6      Q.   Do you know if Dr. Furlong or Dr. Moen
7  has it?
8      A.   Dr. Moen would not have it and I don't
9  know if Dr. Furlong has it.
10     Q.   I will just ask that an effort be made
11  to identify it and produce it.
12          Did you utilize Gynemesh PS in your
13  medical practice?
14     A.   Yes.
15     Q.   During what time period?
16     A.   It would have been prior to 2005.
17     Q.   Can you tell me more specific than that
18  when you used it, for how long?
19     A.   No, I don't recall.
20     Q.   When you used Gynemesh PS prior to 2005,
21  did you just use that where you would cut portions
22  of it to help you in treating prolapse where you
23  were using native tissue repair?
24     A.   Well, I would use it for a mesh
25  augmented repair where we cut our own mesh to place

Page 16

1  vaginally or for a sacrocolpopexy potentially.
2      Q.   Why did you stop using Gynemesh PS as
3  sold at that product?
4      A.   For sacrocolpopexy I wanted a longer
5  piece of mesh, and for the vaginal mesh procedures
6  we transitioned into kits when they became
7  available.
8      Q.   When did you first begin to use a kit
9  for the treatment of prolapse?
10     A.   I don't recall exactly, but it would
11  have been around 2005, 2006.
12     Q.   Which kit did you first use?
13     A.   Well, I had -- I had actually used the
14  Posterior IVS initially before Prolift was
15  available.
16     Q.   Are you saying you first used the
17  Posterior IVS and then you went to the Prolift?
18     A.   Correct.
19     Q.   Other than the Posterior IVS and the
20  Prolift have you used any other kits for the
21  treatment of prolapse?
22     A.   I have.  I had used the Apogee/Perigee.
23  I've used the Elevate.  I have used the Pinnacle.
24     Q.   I'd like to get the chronology of your
25  use of the kits.  You started with the

Page 17

1  Posterior IVS.  When did you use that?  During what
2  time period?
3      A.   I don't -- I don't have the years.  I
4  don't have records available to look at to tell you
5  what years I used it.
6      Q.   Well, you said earlier you believed it
7  was about 2005, 2006 when you began to use the
8  Posterior IVS?
9      A.   When I began to use Prolift.  So, let me
10  clarify that.  Posterior IVS, I would have to go
11  back and look when it was available, when I had
12  used it.
13     Q.   The first kit that you used for the
14  treatment of prolapse was the Posterior IVS,
15  correct?
16     A.   Correct.
17     Q.   And then sometime around 2005, 2006 you
18  began to use the Prolift?
19     A.   Right.
20     Q.   At the time you began to use the Prolift
21  had you used any other kits besides the
22  Posterior IVS?
23     A.   I don't recall the chronology of whether
24  I had used Perigee/Apogee, you know, around the
25  same time I started using Prolift.

5 (Pages 14 to 17)

Denise M. Elser, M.D.

Page 18

1     Q.   For how long did you use the
2  Apogee/Perigee kits?
3     A.   Maybe a year.
4     Q.   How many times would you estimate you
5  used those total?
6     A.   I'm going to have to make estimates here
7  because I don't have records and haven't looked at
8  this.  I would say under a dozen for the
9  Perigee/Apogee.
10    Q.   You began to use the Prolift in 2005 or
11 2006.  When did you stop using the Prolift?
12    A.   When it was no longer available.
13    Q.   And when was it that it ceased to be
14 available to you?
15    A.   Oh, I don't recall the exact date.
16    Q.   How many times did you use the Prolift
17 to treat prolapse?
18    A.   Again, this is going to be an estimate.
19 Over 100.
20    Q.   During the time that you were using the
21 Prolift, did you also continue to do native tissue
22 repairs with suture?
23    A.   Yes.
24    Q.   Did you view the native tissue repairs
25 with suture as an alternative to Prolift and vice

Page 19

1  versa meaning that in any patient you would look at
2  risks/benefits and then consult with the patient
3  and determine which procedure would be done for
4  that patient if either one was appropriate for that
5  condition?
6     A.   That's right.  It would be based on
7  patient selection.
8     Q.   You also have performed abdominal
9  sacrocolpopexy, correct?
10    A.   Yes.
11    Q.   Have you been performing that procedure
12 since at least 2005 up until the present?
13    A.   Performed my first one before 1995.
14    Q.   In terms of alternative treatments for a
15 patient, abdominal sacrocolpopexy would be one of
16 the alternatives if in fact there was a prolapse in
17 that part of the pelvis that would be appropriate
18 for that treatment?
19    A.   Right.  It's one of the -- one of the
20 surgeries we have available to treat prolapse.
21    Q.   What meshes have you used for abdominal
22 sacrocolpopexy?
23    A.   I have used Gore-Tex graft, which
24 can't -- is not really a mesh.  I have used Marlex,
25 Mersilene, Gynemesh, IntePro and Restorelle, Alyte

Page 20

1  and probably others that I don't remember.
2     Q.   What do you currently use?
3     A.   Most commonly the Restorelle.
4     Q.   In terms of your use of the Prolift, did
5  there come a time when the frequency of your use of
6  the Prolift began to diminish?
7     A.   Yes.
8     Q.   When was that?
9     A.   Most notably, vaginal mesh in general
10 would be after the 2011 FDA notification came out
11 and patients were very wary of vaginal mesh.
12         But before that we were -- my partner
13 and I were going to be involved in a Pinnacle study
14 and we were using Pinnacle more to prepare for the
15 study.
16    Q.   When did you use the Pinnacle, during
17 what time period?
18    A.   I don't recall the years.  It would --
19 it was from whenever it became available until
20 2011.
21    Q.   Do you have an estimate of when the
22 Pinnacle became available?
23    A.   I don't recall.
24    Q.   Would it be around 2007 or 2008?
25    A.   I would be --

Page 21

1     Q.   Does that sound correct?
2     A.   I would be guessing.  That sounds around
3  the right time.
4     Q.   When you began to use the Pinnacle,
5  you -- did you stop using the Prolift altogether or
6  just significantly decrease your use of the
7  Prolift?
8     A.   Decreased my use.
9     Q.   And why did you begin to use the
10 Pinnacle rather than the Prolift?
11    A.   I wanted to be familiar with the product
12 as we were going to enroll patients in a clinical
13 study.
14    Q.   When that point came were you offering
15 the Prolift and the Pinnacle as options to your
16 patients or were you telling them that if they want
17 to have a kit done, you were offering them the
18 Pinnacle at that point?
19    A.   I would have talked to the patient about
20 vaginal mesh repair and then I chose the kit
21 typically.
22    Q.   So, when you consented patients with
23 mesh repair kits, you didn't speak to them about
24 the specific manufacturer and compared the
25 different kits that were available that you were

6 (Pages 18 to 21)

Denise M. Elser, M.D.

Page 22

1  able to use.  You just talked about vaginal mesh in
2  general and then you chose the kit.  Is that
3  correct?
4      A.   Typically.
5      Q.   Were there qualitative differences from
6  your perspective between the Pinnacle and the
7  Prolift that would make one or the other more
8  appropriate for certain patients?
9      A.   No.
10     Q.   How many Pinnacle procedures would you
11 estimate you did?
12     A.   Again, a guess.  Around 40.
13     Q.   When did you stop using the Pinnacle?
14     A.   I don't think I've used it in about
15 three years.
16     Q.   Sometime in 2011?
17     A.   That sounds right.
18     Q.   When did you begin to use the Elevate?
19     A.   I think around 2011.
20     Q.   Why did you begin to use the Elevate?
21     A.   I was interested in the way it was
22 attached and I liked the mesh it had as well and
23 that's the product I'm currently using when I
24 perform vaginally mesh-augmented procedures.
25     Q.   Are there any significant differences

Page 23

1  between the Elevate and the Prolift?
2      A.   The Elevate has attachments that are
3  directed from the vaginal incision into the
4  sacrospinous ligament and into the white line and
5  there is not a trocar pass through the obturator
6  membrane from the outside.
7      Q.   One significant difference between the
8  Elevate and the Prolift is that the Elevate does
9  not have trocar passes, correct?
10     A.   Right.  From the outside in.  It has
11 trocars that you pass little mesh arms with, but it
12 doesn't have the trocar pass from the outside in
13 through the obturator membrane.
14     Q.   The mesh for the Elevate is different
15 from the Prolift mesh, correct?
16     A.   They're both polypropylene meshes.
17 There may be some differences.
18     Q.   Well, wouldn't it be true that from your
19 perspective there is a difference, for example, in
20 the weight and the flexibility of the Elevate mesh
21 versus the Prolift mesh?
22     A.   I have not compared the two side by side
23 in a while or read about the differences recently.
24 So, I would have to look at both of them.
25     Q.   When you began to use the Elevate in

Page 24

1  2011, at that point did you cease using the
2  Prolift?
3      A.   It was close to the same time, but it
4  was not exclusive that I necessarily went to one
5  and abandoned the other when both were available.
6      Q.   At the point when you began to use the
7  Elevate, were the vast majority of procedures that
8  you did where a mesh kit was involved, was that
9  done with the Elevate at that point going forward?
10     A.   Yes.
11     Q.   From the point when you began to use the
12 Elevate, how many Prolift procedures did you use --
13 rephrase that.
14          From the point you began to use the
15 Elevate, how many Prolift procedures did you do on
16 a going-forward basis?
17     A.   I don't know that number.
18     Q.   It would be less than two or three,
19 wouldn't it?
20     A.   I don't know.
21     Q.   It would be less than five, right?
22     A.   I don't recall a number.  It was not a
23 set decision to abandon one product and move to the
24 other.  So, I might have used either one depending
25 on what was available in the OR.

Page 25

1      Q.   The fact that there were no external
2  trocar passes with the Elevate, you saw that as a
3  benefit from a safety perspective as compared to
4  the Prolift, correct?
5      MR. COMBS:  Object to the form.
6  BY THE WITNESS:
7      A.   I saw it as potential benefit, but I --
8  it did not determine it was a safer product.
9      MR. SLATER:  Move to strike from "but"
10 forward.
11 BY MR. SLATER:
12     Q.   In your patients in evaluating the
13 risk/benefit profile, is it true that you saw the
14 Elevate with no external trocar passes as offering
15 a safety advantage compared to the Prolift which
16 had the external trocar passes?
17     A.   Yes, if I can explain.  The -- the
18 trocar pass, the risk was a potential for injury to
19 the bladder during the procedure or a risk of
20 injury to a blood vessel during the passage.
21          In my experience I experienced one
22 bladder injury using a Prolift and never had a
23 hemorrhage or hitting a blood vessel, so it was not
24 a major reason to make a switch necessarily.  It
25 was a potential decreasing risk of a very rare

7 (Pages 22 to 25)

Denise M. Elser, M.D.

Page 26

1  complication.
2      MR. SLATER: Move to strike after "yes."
3  BY MR. SLATER:
4      Q.   One of the risks with the external
5  trocar passes with the Prolift is that nerves will
6  be damaged, correct?
7      A.   Any time you have a surgery there is a
8  risk that nerve will be damaged.
9      Q.   With the external trocar passes with the
10  Prolift, one of the risks is that the trocar will
11  enter the body and damage nerves, correct?
12      A.   Can you be more specific?  Are you
13  asking about a specific nerve or any kind of nerve?
14      Q.   I'm right now asking about nerves in
15  general.  That's one of the risks, right?
16      A.   That's a risk of any surgery.
17      MR. SLATER: Move to strike.
18  BY MR. SLATER:
19      Q.   I know that -- I was told at the start
20  of the deposition, Dr. Elser, that there is a hard
21  stop time.  I've been given a limited time to take
22  the deposition.  So I'd appreciate if I ask you a
23  direct question, if we just stick with that
24  question, that way we can move more efficiently.
25      MR. COMBS: Okay.  And if we're going to be

Page 27

1  putting statements on the record, obviously we sat
2  here for more than 45 minutes waiting on you to be
3  ready to start the deposition.  We are ready to go
4  forward.  Let's just go forward.
5      MR. SLATER: Mr. Combs, I was a half hour late
6  because on the Interstate 287 south, which I drive
7  to my office each day, there was a fatal accident.
8  So, I was diverted around it and saw a body
9  underneath a white sheet with emergency vehicles
10  around it, which caused me to be 30 minutes late.
11  So, I apologize for that, but that was something
12  beyond my control.
13      MR. COMBS: Well, let's not act like that the
14  reason that if the deposition isn't concluded by
15  5:00 is going to be because Dr. Elser isn't
16  answering your questions.  She is answering your
17  questions.
18      MR. SLATER: I'm sorry.  I'm not acting like
19  anything.  The last question was not responsive.  I
20  move to strike.  Witnesses who are expert should
21  answer directly.  That's my understanding.
22      MR. COMBS: Well, she is answering your
23  questions.
24      MR. SLATER: Okay.  Thank you very much.
25  BY MR. SLATER:

Page 28

1      Q.   Dr. Elser, with the external trocar
2  passes from the Prolift, one of the risks is that
3  the trocar can injure a nerve during the procedure,
4  correct?
5      A.   Yes.  There is a risk a trocar can
6  injure a nerve and there's a risk a scalpel can
7  injure a nerve.  There is a risk a scissor can
8  injure a nerve.
9      MR. SLATER: Move to strike from "and"
10  forward.
11  BY MR. SLATER:
12      Q.   Did you ever tell anybody that you
13  thought the Elevate had certain safety advantages
14  with regard -- as compared to the Prolift?
15      MR. COMBS: Object to form.
16  BY THE WITNESS:
17      A.   I don't recall that.
18  BY MR. SLATER:
19      Q.   You wouldn't deny it if somebody were to
20  say that, you wouldn't be surprised if you said
21  that, would you?
22      A.   I would be surprised.
23      Q.   Let's go back to your CV -- I mean your
24  report.  Rephrase.
25      Let's go to Attachment B to your report.

Page 29

1  This is a list, "Reliance List in Addition to
2  Materials Referenced in Report."  That's what it's
3  titled, correct?
4      A.   Correct.
5      Q.   The first portion of this list is a list
6  of articles and literature, correct?
7      A.   Correct.
8      Q.   Did you compile this list or was this
9  compiled for you?
10      A.   This was compiled for me.
11      Q.   This list was compiled for you by
12  counsel, correct?
13      A.   Yes.
14      Q.   Is that correct?
15      A.   Yes.
16      Q.   Throughout your report and your
17  literature list and the list of literature listed
18  are articles relating to midurethral slings and the
19  TVT products, correct?
20      A.   Correct.
21      Q.   In forming your opinions, did you rely
22  on midurethral slings and the TVT to form any of
23  your opinions regarding safety and efficacy of the
24  Prolift?
25      A.   I primarily referred -- I relied on

8 (Pages 26 to 29)

Denise M. Elser, M.D.

Page 30

1    articles specifically related to prolapse and my
2    experience in treating prolapse.  But slings did
3    give us experience with vaginal mesh.
4        Q.   Here's what I want to know:  In forming
5    your opinions in this case, are you relying on
6    literature or studies with regard to the treatment
7    of stress urinary incontinence with midurethral
8    slings like the TVT products?
9        MR. COMBS:  Asked and answered.
10   BY THE WITNESS:
11       A.   Are you -- can I ask a clarification?
12   BY MR. SLATER:
13       Q.   Yes.
14       A.   Are you asking if I'm going to pull data
15   from a sling article and say it relates to problems
16   with prolapse repair?
17       Q.   Let's start with this.  Are you relying
18   on any data or findings in any of the TVT or
19   midurethral sling literature in order to form your
20   opinions in this case regarding the Prolift?
21       A.   I don't think I am specifically.
22       Q.   Nothing you can point to now, correct?
23       A.   Can you say that again.  I didn't hear
24   it.
25       Q.   Nothing that you could point to now,

Page 31

1    right?
2        A.   Correct.
3        Q.   Did you -- well, rephrase that.  Let me
4    withdraw that.
5            If there was an article that you thought
6    was important to you in forming your opinions,
7    would it be fair to say it would be in the
8    literature list at the end of your report that
9    starts on page 39?
10       MR. COMBS:  Object to form.
11   BY THE WITNESS:
12       A.   I believe I have one or two more
13   articles that I brought with me that I may want to
14   point to today that I've pulled after this list was
15   made.
16   BY MR. SLATER:
17       Q.   Which articles are those?
18       A.   One specifically is an article on
19   myofascial pain.
20       Q.   Is it listed anywhere in your report or
21   your list of reliance materials?
22       A.   No.
23       MR. SLATER:  Well, I don't have that.  So is
24   there any way for that article to be sent to me,
25   Phil?

Page 32

1        MR. COMBS:  Yes, we'll figure out some way to
2    send that to you.
3        MR. SLATER:  Okay.
4    BY MR. SLATER:
5        Q.   What's the other article?
6        A.   That's the only one I specifically have
7    in mind right now.
8        Q.   Who is the author?
9        A.   If you give -- if you want to wait until
10   the break when I un-mike myself, I'll pull it out
11   of my bag.
12       Q.   Sure.  We'll just talk about it later.
13       MR. COMBS:  Adam, just bear with me for just
14   one second.
15       MR. SLATER:  I don't want to hold things up.
16   I am not that eager.  We can cover it after a
17   break.
18       MR. COMBS:  That's fine.  I was just telling
19   Paul to remind me that at the break, we'll get that
20   pdf to you.
21       MR. SLATER:  Thanks.
22       MR. COMBS:  Okay.
23       MR. SLATER:  I'm psyched.
24       MR. COMBS:  Good.
25   BY MR. SLATER:

Page 33

1        Q.   Okay.  I am looking still at your
2    reliance list.
3            After the list of literature there's a
4    list that is a list of what's called "Production
5    Materials," and that list goes I want to say to the
6    end, almost to the end.  Let me rephrase it.
7            In your list of -- your reliance list,
8    after the medical literature list, there is a list
9    of what's called "Production Materials."  What is
10   that list?
11       A.   It looks like a list of some memos from
12   Gynecare Ethicon, some publications such as slide
13   decks and monographs and includes anatomy videos.
14       Q.   If we continue through it, it includes
15   Clinical Expert Reports, e-mails, IFUs, TVT
16   documents, TVT-O documents, various patient
17   brochures, various slide decks and videos.
18   Correct?
19       A.   Correct.
20       Q.   Did you read all these documents and
21   watch all these videos?
22       A.   I did not.
23       Q.   Was this a list that was compiled and
24   given to you by counsel?
25       A.   Yes.

Denise M. Elser, M.D.

Page 34

1    Q.   Are you relying specifically on any of
2  these documents for your opinions?
3    A.   I'll be looking to the IFU and the
4  resource monograph as well as --
5    Q.   Anything else?
6    A.   As well as a video on Prolift.
7    Q.   Which video on Prolift?
8    A.   I don't know how to locate it here on
9  this list.  It's a 2005 video narrated --
10   Q.   What happens in that video?
11   A.   Pardon?
12   Q.   What happens in that video?
13   A.   It has an animation of pelvic anatomy
14 and then of mesh placement.
15   Q.   And it's an animated video, correct?
16   A.   Correct.
17   Q.   Is that one where the narrator talks
18 about what's happening and you see the mesh arms
19 coming through the exit points and all that sort of
20 thing?
21   A.   Yeah, it's a great description.
22   Q.   Anything else on this list of production
23 materials you're relying on for your opinions?
24   A.   No, those are the ones that come to
25 mind.

Page 35

1    Q.   Did you read any depositions of any
2  Ethicon employees?
3    A.   No.
4    Q.   Do you know what standards Ethicon
5  applied in terms of what needed to be included in
6  warnings about the Prolift?
7    A.   No, I don't.
8    Q.   Have you in your career ever been
9  involved in writing or preparing warnings for a
10 medical device?
11   A.   For a company?
12   Q.   Yes.
13   A.   No.
14   Q.   In your practice did you read IFUs
15 for -- rephrase.
16        In your practice did you read the IFU
17 for each mesh kit before using it?
18   A.   Yes.  That was typically my practice.
19   Q.   Did you assume that the IFU was
20 disclosing to you each of the risks and
21 complications the company knew could occur with the
22 kit that you were considering using?
23   A.   No.
24   MR. COMBS:  Object to the form.
25 BY MR. SLATER:

Page 36

1    Q.   What was your answer?
2    A.   No.
3    Q.   Did you assume that when you read an IFU
4  from a company regarding a mesh kit that the
5  company was disclosing to you those complications
6  and risks that could be significant for the patient
7  that were known to the company?
8    A.   No.  I always thought of the IFU as
9  helping to delineate steps of the procedure that
10 might be unique to this procedure and to warn of
11 any complications that might not be known to the
12 average surgeon.  But it was not something I relied
13 on to know all the complications related to a
14 surgery.
15   Q.   Did you assume that when you read an IFU
16 for a medical device that the company was
17 disclosing any risks and complications that would
18 be inherent to the mesh material so that you would
19 know what those risks were?
20   A.   No.  If we were already using the mesh,
21 I would assume I would look to the IFU to tell me
22 what was specific about this delivery system.
23   Q.   Do you know whether or not one of the
24 purposes of the IFU was to disclose each of the
25 risks and complications that can occur with the use

Page 37

1  of that mesh kit in a woman's body?
2    A.   I've never thought an IFU would tell me
3  every risk.
4    Q.   Well, as you sit here now do you have an
5  understanding of any standard whatsoever from any
6  source as to what risks and complications are
7  supposed to be disclosed in an IFU?
8    A.   No.
9    MR. COMBS:  Object to the form.
10 BY MR. SLATER:
11   Q.   When you're giving your opinions as to
12 whether or not the IFU adequately warns of risks
13 and complications, you're just basing that on your
14 own opinions based on your own experience and what
15 you think is reasonable.  Is that fair?
16   A.   That's fair.
17   Q.   You're not relying on any objective
18 standard from any source, correct?
19   A.   Correct.
20   Q.   And you're not corroborating your --
21 rephrase.
22        Have you made any effort to corroborate
23 your own opinion as to what needs to be in a
24 warning in an IFU by looking to what Ethicon's
25 professionals believed needed to be in there just

10 (Pages 34 to 37)

Denise M. Elser, M.D.

Page 38

1    so you could see whether the standard you were
2    applying was consistent with what someone in the
3    medical device industry would apply?  Did you ever
4    do that?
5         A.   No.
6         MR. COMBS:  Object to form.
7    BY MR. SLATER:
8         Q.   Are you aware of whether there are FDA
9    regulations which provide for what type of
10   information is supposed to be provided in an IFU?
11        A.   No.
12        Q.   Have you looked at any internal
13   documents at all, whether it's an e-mail, whether
14   it's a deposition, anything, from Ethicon or any
15   testimony from anyone in Ethicon, regarding what
16   FDA regulations would require to be disclosed in an
17   IFU?
18        A.   No.
19        Q.   Have you made any effort before today to
20   find out what FDA regulations require a medical
21   device company to disclose in an IFU?
22        A.   No.
23        Q.   Earlier you told me what you expected to
24   see in an IFU.  That's -- is it fair to say that's
25   the standard you applied as to what you think needs

Page 39

1    to be disclosed in an IFU?
2         MR. COMBS:  Object to form.
3    BY THE WITNESS:
4         A.   Yes.
5    BY MR. SLATER:
6         Q.   In terms of whether or not Ethicon
7    adequately warned, if it turns out that Ethicon had
8    information, which if you applied Ethicon's own
9    warning standards, the standards that their medical
10   people said they were applying and the Regulatory
11   Affairs people said they were applying, and if
12   Ethicon failed to provide that information, would
13   you agree that would be a failure to provide an
14   adequate warning?
15        MR. COMBS:  Object to form.
16   BY THE WITNESS:
17        A.   No, because I have no idea what their
18   Regulatory Affairs department would think was
19   adequate and whether that was clinically relevant
20   to what I'm doing in surgery.
21   BY MR. SLATER:
22        Q.   Your background and experience is not
23   necessarily the same as other doctors who use
24   medical devices, correct?
25        A.   Correct.

Page 40

1         Q.   And your background and experience is
2    not necessarily the same as that for other
3    physicians who would consider or considered using
4    the Prolift, correct?
5         A.   Correct.
6         Q.   And, in fact, it may be that you might
7    know about a particular potential complication from
8    your experience and another doctor considering
9    using the Prolift might not know about that
10   potential complication, correct?
11        A.   Well, correct, but from my experience
12   and from the literature and attending conferences.
13   So, I'm not relying solely on my experience in my
14   little practice.
15        Q.   Well, this is my question.
16        MR. SLATER:  Well, first of all, move to
17   strike after "correct."
18   BY MR. SLATER:
19        Q.   Your standard for what needs to be
20   disclosed in the Prolift IFU is not an objective
21   standard where you would say this is the standard
22   across the board that is applied.  It's the
23   standard that Dr. Elser has for what needs to be in
24   an IFU.  Correct?
25        MR. COMBS:  Object to the form.

Page 41

1    BY THE WITNESS:
2         A.   No, I'd like to think that my standards
3    would be fairly applicable to a pelvic floor
4    reconstructive surgeon.
5    BY MR. SLATER:
6         Q.   What have you ever done to confirm that
7    your standard for what needs to be in an IFU --
8    well, rephrase.
9              Have you ever studied the question of
10   what information needs to be in an IFU?  Have you
11   ever engaged in any study of that question?
12        A.   No, I have not.
13        Q.   Have you ever made any effort to confirm
14   that your understanding for what needs to be in an
15   IFU is consistent with what other doctors believe
16   should be in an IFU?  Have you ever studied that
17   question?
18        A.   No, I have not.
19        Q.   As you sit here now you don't know
20   whether or not the standard you're applying for
21   what needs to be in an IFU is consistent with what
22   other doctors think.  You don't know that because
23   you've never tried to verify that, correct?
24        MR. COMBS:  Object to form.
25   BY THE WITNESS:

11 (Pages 38 to 41)

Denise M. Elser, M.D.

Page 42

1    A.   No, but not studying something formally
2    does not mean I haven't discussed IFUs with other
3    similar physicians who have similar practices and
4    take care of patients who need prolapse repairs.
5         MR. SLATER:  Move to strike after the word
6    "no."
7    BY MR. SLATER:
8    Q.   In doing your work in this case were you
9    curious as to what the Regulatory Affairs
10   department in Ethicon who are the professionals who
11   are required to make sure that an IFU complies with
12   FDA regulations, were you curious what they thought
13   needed to be in an IFU?
14        MR. COMBS:  Object to form.
15   BY THE WITNESS:
16   A.   No, I was not.
17   BY MR. SLATER:
18   Q.   You have not reviewed any Ethicon
19   internal documents other than those few that you
20   listed for me, correct?
21   A.   Not that I recall right now related to
22   this case.
23   Q.   Is it fair to say you have no idea what
24   complications and risks were known to Ethicon
25   Medical Affairs and when they were known?

Page 43

1    A.   That would be fair.
2    Q.   Would you agree with me that if Ethicon
3    Medical Affairs knew there was a potential risk or
4    complication attributable to the Prolift mesh
5    implant itself which if it occurred could cause
6    severe permanent injury to a woman, that that risk
7    should be disclosed in the IFU?  Would you agree
8    with that statement?
9         MR. COMBS:  Object to form.
10   BY THE WITNESS:
11   A.   No, I don't think it necessarily needs
12   to be in the IFU.
13   BY MR. SLATER:
14   Q.   Have you ever studied the question of
15   what risks and complications were known to doctors
16   across the country with various backgrounds and
17   levels of experience with regard to the use of the
18   Prolift?  Did you ever study that question?
19   A.   No.
20   Q.   And you don't know the answer to that
21   question, correct?
22   A.   Correct.
23   Q.   One of the references in your article is
24   the Blandon article from some doctors at the Mayo
25   Clinic, correct?

Page 44

1    A.   Correct.
2    Q.   Would you agree that the scope of
3    complications and the consequences of those
4    complications which the doctors talk about as
5    life-altering and other very severe language, those
6    profiles apply to the Prolift, meaning some women
7    suffer complications that severe from that device?
8    A.   I don't recall that language from the
9    article specifically.  So, I would like to look at
10   the article before answering you.
11   Q.   Do you recall that in the Blandon
12   article they talk about complications including
13   complex mesh erosions, pain syndromes, dyspareunia,
14   the need for multiple surgical interventions to
15   treat complications, life-changing symptoms,
16   complex mesh erosions at multiple sites, most
17   patients with erosions require surgery, multiple
18   attempts to excise mesh may be required,
19   life-changing complications, incapacitating pelvic
20   pain, dyspareunia and large-scale erosions that are
21   exceedingly complex and not easily resolved, do you
22   recall language to that effect in that article?
23        MR. COMBS:  Object to form.
24   BY THE WITNESS:
25   A.   I don't know what you're reading from.

Page 45

1    So, I would like to have the article in front of me
2    before I can answer you.
3    BY MR. SLATER:
4    Q.   Let me ask you this question.  Do you
5    agree with me that one of the risks with the
6    Prolift is complex mesh erosions?
7    A.   Can you define "complex mesh erosion"?
8    Q.   Have you never heard that term used
9    before?
10   A.   It's -- it's not a standard term.  So, I
11   don't know what you mean by that.
12   Q.   Are you not familiar with seeing the
13   term "complex mesh erosions" in the medical
14   literature?
15   A.   It's -- again, it's not a standard form,
16   so everyone may have a different definition of
17   that.  How are you using it?
18        MR. SLATER:  Move to strike.
19   BY MR. SLATER:
20   Q.   My question is this:  Do you not recall
21   seeing the term "complex mesh erosions" in the
22   medical literature?
23   A.   I may have.  But in my practice I don't
24   describe things that way so I don't know what you
25   mean by it.

12 (Pages 42 to 45)

Denise M. Elser, M.D.

Page 46

1    Q.   I'll define a complex mesh erosion as
2  one that is complex to treat.  Do you agree that
3  that is a risk with the Prolift?
4        MR. COMBS:  Object to form.
5  BY THE WITNESS:
6        A.   Okay.  We would have to debate what
7  "complex to treat" means, but any mesh can be
8  complex to treat as can pain after native tissue
9  repair.
10        MR. SLATER:  Move to strike.
11  BY MR. SLATER:
12        Q.   Doctor, I didn't ask you about native
13  tissue repair.  So I would appreciate if you
14  wouldn't talk about it when I don't ask about it
15  because it's not helpful for us finishing on time,
16  please.
17        Do you agree with me that if I define
18  "complex mesh erosion" as one that is complex to
19  treat, meaning it's not a routine, easy procedure,
20  do you agree that is one of the risks with the
21  Prolift?
22        MR. COMBS:  Object to form.
23  BY THE WITNESS:
24        A.   Yes, I agree that pelvic mesh can be
25  complex to treat.

Page 47

1  BY MR. SLATER:
2        Q.   Do you agree that one of the risks with
3  the Prolift is that the Prolift can lead to a
4  chronic pain syndrome?
5        A.   Yes.
6        Q.   Do you agree that one of the risks with
7  the Prolift is that the Prolift can cause
8  dyspareunia?
9        A.   Yes.  Again, not specific to Prolift,
10  but any mesh and any vaginal surgery, although you
11  don't want me to mention any vaginal surgery.
12        MR. SLATER:  Move to strike after the word
13  "yes."
14  BY MR. SLATER:
15        Q.   Do you agree with the Prolift that one
16  of the risks is the need for multiple surgical
17  interventions to treat the complications?
18        A.   Yes.
19        Q.   Do you agree that one of the risks with
20  the Prolift is that the woman can sustain
21  life-changing symptoms?
22        A.   Yes.
23        Q.   Do you agree that with the Prolift one
24  of the risks is complex mesh erosions at multiple
25  sites?

Page 48

1        MR. COMBS:  Object to form.
2  BY THE WITNESS:
3        A.   Yes, there can be erosion at more than
4  one site after mesh is placed.
5  BY MR. SLATER:
6        Q.   Would you agree with the Prolift that
7  the literature shows that most patients with
8  erosions require surgery?
9        A.   In that article.
10        Q.   Would you agree that with the Prolift
11  most women who have erosions, the majority end up
12  needing surgery?
13        A.   No.
14        MR. COMBS:  Object to form.
15  BY MR. SLATER:
16        Q.   You said no?
17        A.   I said no.  That was the experience of
18  these patients in this Mayo Clinic experience, but
19  that is not reflected in the other literature or
20  necessarily in clinical experience.
21        Q.   With the Prolift would you agree that
22  multiple attempts to excise mesh may be required,
23  that's one of the risks?
24        A.   Yes.
25        Q.   Would you agree that one of the risks

Page 49

1  with the Prolift is life-changing complications?
2        A.   I think you already asked about
3  life-changing changes, right?  Is this a different
4  question?
5        Q.   It is.  I asked you about life-changing
6  symptoms before.  Now I'm asking you a new
7  question.
8        My question is this:  Do you agree with
9  the Prolift one of the risks is life-changing
10  complications?
11        A.   Okay.  I'm having trouble understanding
12  how that's a different question.
13        Q.   Do you agree that life-changing
14  complications is one of the risks with the Prolift?
15  Do you agree to that statement?
16        A.   Yes.
17        Q.   Do you agree that one of the risks with
18  the Prolift is incapacitating pelvic pain?
19        A.   Yes, patients can have severe pain after
20  pelvic mesh is placed and after pelvic surgery.
21        MR. SLATER:  Move to strike after the word
22  "yes."
23  BY MR. SLATER:
24        Q.   Do you agree that one of the risks with
25  the Prolift is large-scale erosions that are

13 (Pages 46 to 49)

Denise M. Elser, M.D.

Page 50

1  exceedingly complex and not easy to resolve?
2      MR. COMBS:  Object to form.
3  BY THE WITNESS:
4      A.   By "large-scale" do you mean a large
5  area in one patient or a large scale meaning lots
6  of people in the population?
7  BY MR. SLATER:
8      Q.   Large area in the patient.
9      A.   Mesh can have a large area of erosion.
10     Q.   The list of complications and risks I
11 just asked you about, do you know whether Ethicon
12 knew about those risks on the day the Prolift first
13 went to the market?
14     A.   I don't know.
15     Q.   If Ethicon knew about that scope of
16 risks that I just went through with you on the day
17 the Prolift went to the market, do you agree those
18 risks should have been disclosed in the IFU?
19     MR. COMBS:  Object to form.
20 BY THE WITNESS:
21     A.   No.  The pelvic surgeons were already
22 familiar with placing vaginal mesh.
23 BY MR. SLATER:
24     Q.   When the Prolift came out on the market,
25 surgeons were not experienced on any long-term

Page 51

1  basis with the use of mesh kits like the Prolift
2  with that much mesh going into those parts of the
3  body, this was something new at that point,
4  correct?
5      A.   The obturator-based placement with the
6  mesh arms was new.  It doesn't mean that large
7  pieces of mesh were not used for prolapse repair
8  before this.
9      MR. SLATER:  Move to strike after the word
10 "it."
11 BY MR. SLATER:
12     Q.   Do you know the area of mesh used in the
13 Prolift, in any of the Prolift kits?
14     A.   Not offhand.
15     Q.   Would you agree with me that as compared
16 to the way that mesh was used before the Prolift
17 came along that the Prolift provided for more mesh
18 to be put in a woman's pelvis than what had been
19 previously used?
20     A.   Yes, for the most part.
21     Q.   Do you have any information as to
22 whether the amount of mesh with the Prolift
23 increases the risk of harm to the woman?
24     A.   No.
25     Q.   Do you have an opinion one way or the

Page 52

1  other or no opinion on that question?
2      A.   No opinion.
3      Q.   Do you know whether or not the amount of
4  mesh placed in the woman's pelvis for treatment of
5  prolapse has an impact on the intensity and
6  duration of the foreign body reaction and
7  inflammatory response?
8      A.   No.
9      Q.   Do you have any opinion on that
10 question?
11     A.   No, I don't.
12     Q.   Am I accurate you do not hold yourself
13 out as an expert with regard to the design of
14 medical device kits for the treatment of prolapse?
15     A.   That would be correct.
16     Q.   And am I correct that I would not expect
17 you to offer opinions as to the design of the
18 Prolift?
19     MR. COMBS:  Object to form.
20 BY THE WITNESS:
21     A.   I may offer opinions.
22 BY MR. SLATER:
23     Q.   Am I correct that you do not hold
24 yourself out as having expertise or specialized
25 knowledge regarding the type of mesh used in the

Page 53

1  Prolift?
2      A.   Outside of the Amid classifications, no.
3      Q.   Do you have any expertise or specialized
4  knowledge regarding whether or not a 1 millimeter
5  pore size when the mesh is in use in the body has
6  any advantages or disadvantages for the patient?
7      MR. COMBS:  Object to form.
8  BY THE WITNESS:
9      A.   As opposed to other sizes in general or
10 bigger or smaller?  Do you want to be more
11 specific?
12 BY MR. SLATER:
13     Q.   Do you have any -- any specialized
14 knowledge or expertise regarding whether or not a
15 1 millimeter pore size for the Prolift in actual
16 use has any significance for safety for the woman?
17     A.   Well, in general we want pore size of
18 the type 1, which is greater than 75 microns, to
19 allow for adequate tissue ingrowth and allowing
20 white blood cells in the area.
21     MR. SLATER:  Move to strike.
22 BY MR. SLATER:
23     Q.   Here's my question.  Are any -- do you
24 have any opinion -- I'm sorry.  Don't -- let's not
25 do that.

14 (Pages 50 to 53)

Denise M. Elser, M.D.

Page 54

1      MR. COMBS:  And what's your reference?  Let's
2  not do what?  What are you talking about?
3      MR. SLATER:  You know, I'm not going to say
4  anything for the record.  Let's just be careful how
5  we proceed.
6      MR. COMBS:  I have no idea what you're talking
7  about.  If there is something you want to raise,
8  feel free to raise it.  If not, let's just move
9  forward.
10      MR. SLATER:  All right.  Well, if you're going
11  to challenge me, Dr. Elser is continually looking
12  at you.
13      MR. COMBS:  Looking at me?
14      MR. SLATER:  I think so.
15      MR. COMBS:  Okay.  Well, I wasn't aware of
16  that.
17      THE WITNESS:  I'm trying to look at --
18      MR. SLATER:  You are wasting time with the
19  questioning.  I wasn't looking to get into it.
20      MR. COMBS:  Let's just move on.
21      MR. SLATER:  Don't laugh.  I'm sorry if I am
22  amusing you.
23      MR. COMBS:  Who are you talking to?
24      MR. SLATER:  You.
25      MR. COMBS:  What --

Page 55

1  BY MR. SLATER:
2      Q.   Dr. Elser.  My next question is this:
3  Am I correct that you do not hold yourself out as
4  an expert with regard to whether or not a
5  1 millimeter pore size in the Prolift when the mesh
6  is actually in use is significant in terms of
7  safety or effectiveness?
8      MR. COMBS:  Object to the form, asked and
9  answered.
10      BY THE WITNESS:
11      A.   In my reading of literature, the type 1
12  greater than 75 micron diameter pore size is right
13  now the optimal mesh to use in a patient.  Outside
14  of that, I don't know what you're asking.
15      MR. SLATER:  Move to strike.
16  BY MR. SLATER:
17      Q.   I didn't ask any questions about Amid
18  type 1.  I will, I promise, in a couple minutes.
19  But I didn't ask about that.  I will try my
20  question again.
21      Am I correct that you do not hold
22  yourself out as an expert with regard to any
23  implications -- rephrase.
24      Am I correct that you do not hold
25  yourself out as an expert with regard to whether a

Page 56

1  mesh pore size in a Prolift of either greater or
2  less than 1 millimeter when the mesh is under
3  strain in use has any significance with regard to
4  safety or effectiveness?  Am I accurate, you do not
5  hold yourself out as having any expertise with
6  regard to that question?
7      MR. COMBS:  Object to the form, asked and
8  answered.
9  BY THE WITNESS:
10      A.   Well, I think your word "any" is a
11  little troublesome for me there.  So...
12  BY MR. COMBS:
13      Q.   Let me ask you the question this way.
14  What, if any, significance is there to whether or
15  not the pore size of the Prolift is 1 millimeter
16  when the mesh is actually in use in the body?  Do
17  you have any knowledge of that?
18      MR. COMBS:  Object to the form, asked and
19  answered.
20      MR. SLATER:  It has not been asked and
21  answered.  That's not fair.
22  BY MR. SLATER:
23      Q.   Please answer the question.
24      A.   I may have opinion on that.
25      Q.   What is it?

Page 57

1      A.   Well, I -- we want to place the 75
2  micron pore size --
3      Q.   I didn't ask you about 75.
4      A.   -- without undue tension.
5      MR. COMBS:  Right now we are not going to do
6  this.  Dr. Elser is --
7      MR. SLATER:  -- your expert continually
8  obstruct this deposition by not answering a simple
9  answer.  All she wants to talk about is Amid type 1
10  and I haven't asked any questions about it.
11      MR. COMBS:  We are going to start with a basic
12  rule of civility that you're going to let me --
13      MR. SLATER:  I don't want to be lectured.
14      MR. COMBS:  I'm just telling you right
15  now we'll just take a break.  If you're not going
16  to allow me to finish my statement or the witness
17  to finish her statement, we're just going to quit.
18      Now, you need to let the witness finish
19  her answer.  You can move to strike it if you don't
20  like it.  But don't interrupt her and don't
21  interrupt me.  I'm not interrupting you.
22      MR. SLATER:  Well, you are right now.  You are
23  interrupting the whole flow and killing time.  You
24  need to instruct your witness with all due
25  respect -- it's my understanding Judge Eifert

15 (Pages 54 to 57)

Denise M. Elser, M.D.

Page 58

1   expects it -- that she needs to answer my questions
2   and not go off on talking points.
3       MR. COMBS:  She has answered your question
4   multiple times.
5       MR. SLATER:  She has not.  It's very
6   frustrating because it's not being answered.  I
7   haven't gotten one answer about 1 millimeter pore
8   size yet.
9   BY MR. SLATER:
10      Q.   I'll do this.  I'm going to do something
11  for you, Dr. Elser.  Let me ask you this.
12          Do you think and are you forming
13  opinions based on the assumption that the only
14  standard for pore size that matters is whether or
15  not the pore size is Amid type 1, which is 75
16  microns?  Is that true?
17      A.   That is what's in the urogyne literature
18  and you asked about what pore size under tension,
19  which is different.  So, I may have opinions on
20  that.  But I -- I'd like you to be more specific in
21  your questioning about that.  I imagine you're
22  going to ask me something else.
23      MR. SLATER:  Move to strike.
24  BY MR. SLATER:
25      Q.   Doctor, are you aware that Amid doesn't

Page 59

1   think that his standard applies to the type of mesh
2   used in the Prolift?
3       A.   No.
4       Q.   If that's the truth, that would undercut
5   a portion of the basis for your opinions, wouldn't
6   it?
7       MR. COMBS:  Object to the form.
8   BY THE WITNESS:
9       A.   No, because other literature uses Amid's
10  classification in talking about mesh in the urogyne
11  and urology literature, not Dr. Amid himself.
12  BY MR. SLATER:
13      Q.   Are you aware that they're using the
14  term wrong, in the wrong context because they don't
15  understand it?
16      MR. COMBS:  Object to the form.
17  BY THE WITNESS:
18      A.   No, I don't know what you mean by that.
19  BY MR. SLATER:
20      Q.   Have you ever studied specifically the
21  question of whether or not a 1 millimeter pore size
22  under strain is of any significance with the
23  Prolift?
24      A.   No.
25      Q.   Am I accurate you have no opinions on

Page 60

1   that specific question?
2       MR. COMBS:  Object to the form, asked and
3   answered.
4   BY THE WITNESS:
5       A.   No, I may have opinions if you ask me a
6   question in a different way later.  But right now,
7   no.
8   BY MR. SLATER:
9       Q.   On the question I just asked you I'm
10  correct, you have no opinion on that question,
11  right?
12      MR. COMBS:  Object to the form, asked and
13  answered.
14  BY THE WITNESS:
15      A.   Same answer.
16  BY MR. SLATER:
17      Q.   The answer is you have no opinions on
18  that specific question, correct?
19      A.   At this time.
20      Q.   Do you know what Ethicon internally
21  thought about the significance of whether or not
22  the pores in the Prolift would be greater than
23  1 millimeter when the mesh would be under tension
24  in actual use?
25      A.   No.

Page 61

1       MR. COMBS:  Object to the form.
2   BY MR. SLATER:
3       Q.   You have no knowledge on that, right?
4       A.   Correct.
5       Q.   Would you defer to the scientists at
6   Ethicon with regard to that question?
7       MR. COMBS:  Object to the form.
8   BY THE WITNESS:
9       A.   Would I defer to them for its clinical
10  meaning?
11  BY MR. SLATER:
12      Q.   Sure.  Yes.
13      A.   That -- I would consider that as part of
14  the information we would take into consideration.
15      Q.   Have you read any articles that you
16  could point to as you sit here now that discuss the
17  significance of a 1 millimeter pore size in a mesh
18  for use in treating a prolapse?
19      A.   Not that I can point to right now.
20      Q.   If Ethicon internally thought that
21  caution should be used by a doctor in deciding
22  whether or not to use a Prolift with a patient,
23  should that information have been in the IFU?
24      MR. COMBS:  Object to the form.
25  BY THE WITNESS:

16 (Pages 58 to 61)

Denise M. Elser, M.D.

Page 62

1      A.   I'm sorry.  Can you word it again.
2   BY MR. SLATER:
3      Q.   If Ethicon Medical Affairs, if any --
4   rephrase.
5           If someone in Ethicon Medical Affairs
6   believed that caution needed to be taken by a
7   doctor before using a Prolift in particular women,
8   should that information have been put in the IFU?
9      MR. COMBS:  Object to the form.
10  BY THE WITNESS:
11     A.   That seems very vague.  So I'll say no.
12  BY MR. SLATER:
13     Q.   If -- if Ethicon Medical Affairs
14  believed that caution should be used before putting
15  a Prolift into a woman based on some fact about her
16  background or her demographics or her age or her
17  level of prolapse or something about her
18  co-morbidities, anything like that that was
19  specific that could be related to specific
20  patients, should that information have been in the
21  IFU so doctors would have that information in
22  deciding what to offer their patients?
23     MR. COMBS:  Object to the form.
24  BY THE WITNESS:
25     A.   No.  And, again, I look to the IFU for

Page 63

1   some specific product-related procedural steps and
2   some information on product but not for all of the
3   precautions.  I look to the literature and
4   experience and attending conferences for the full
5   picture.
6   BY MR. SLATER:
7      Q.   Well, you realize there is doctors who
8   were using the Prolift who had not attended
9   conferences where they were lectured about who the
10  Prolift should be used for, right?
11     A.   Yes.
12     Q.   So, they couldn't be expected to have
13  that information, right?
14     MR. COMBS:  Object to the form.
15  BY THE WITNESS:
16     A.   The information is in the literature
17  because material at conferences is published.
18  There is access.
19  BY MR. SLATER:
20     Q.   There are some physicians who don't read
21  very much medical literature because they are busy
22  clinical practitioners and don't read very much
23  literature.  That's a known fact, correct?
24     A.   That's a known fact.  Now, whether -- I
25  mean, as an implanter of a permanent mesh in a

Page 64

1   patient, I want to be aware of at least some
2   literature knowing what to expect before I would
3   implant it in a patient.
4      MR. SLATER:  Move to strike after the word
5   "fact."
6   BY MR. SLATER:
7      Q.   Are you aware one way or the other of
8   whether doctors relied on the IFU to tell them each
9   of the significant risks and complications known to
10  Ethicon?
11     A.   No.  And I've never met a doctor who
12  I've discussed IFUs with that ever said they used
13  an IFU as their sole source of information.
14     MR. SLATER:  Move to strike after the word
15  "no."
16     MR. COMBS:  Adam, we have been going now for
17  over an hour.  Let's -- let's wrap up sometime in
18  the next five minutes and take a break.
19     MR. SLATER:  You need a break?
20     MR. COMBS:  Well, sometime in the next five
21  minutes.
22     MR. SLATER:  Okay.
23  BY MR. SLATER:
24     Q.   Doctor, do you have any information as
25  to what level or grade of prolapse Ethicon

Page 65

1   internally believed the Prolift should be limited
2   to the use of?
3      A.   No.
4      Q.   If Ethicon internally believed the
5   Prolift should be limited to stage 3 and stage 4
6   prolapse, you don't know about that, right?
7      A.   No, I think that's our call as surgeons
8   to know what stage prolapse deserves or is a
9   candidate for a mesh augmentation.
10     MR. SLATER:  Move to strike after the word
11  "no."
12  BY MR. SLATER:
13     Q.   Do you know what level of prolapse the
14  inventors of the prolapse thought the Prolift
15  should be used with?
16     A.   No.
17     Q.   Do you know whether the inventors of the
18  Prolift ever indicated in anything they published
19  whether or not they thought the Prolift was an
20  appropriate treatment as a primary treatment for a
21  sexually active woman?
22     A.   No.
23     Q.   Do you know whether Ethicon Medical
24  Affairs thought that caution should be shown before
25  the Prolift would be used in a sexually active

17 (Pages 62 to 65)

Denise M. Elser, M.D.

Page 66

1  woman?
2      A.  No.
3      Q.  If Ethicon Medical Affairs thought that
4  caution should be used before the Prolift should be
5  used in a sexually active woman and that was
6  thought even before the Prolift first went on the
7  market in March of 2005, you would agree that
8  information should have been in the IFU, right?
9      A.  No.
10      MR. COMBS:  Object to the form.
11  BY MR. SLATER:
12      Q.  And in March of 2005, doctors didn't
13  have extensive experience with the use of the
14  Prolift or kits.  This was very new.  So, at that
15  point if Ethicon knew about risks or complications
16  or relative contraindications or that caution
17  should be used or anything like that, at that time
18  point it would have been important to put that
19  information in the IFU because this was the early
20  days of the use of the Prolift, correct?
21      MR. COMBS:  Object to the form.
22  BY THE WITNESS:
23      A.  No, this is not -- there was caution
24  that there should be surgeons familiar with pelvic
25  reconstructive surgery and the use of permanent

Page 67

1  implants in the pelvis.  That warning was in there.
2          So, physicians familiar with pelvic
3  reconstruction and the use of permanent implants
4  should have -- would have the clinical knowledge of
5  being wary of using this product in sexually active
6  women if they felt that was a population that might
7  or might not be used in.
8      MR. SLATER:  Move to strike after the word
9  "no."
10          We can take a break.
11      MR. COMBS:  Okay.
12      THE VIDEOGRAPHER:  Okay.  The time is 11:50
13  a.m., and we are going off the video record.
14      MR. SLATER:  Ten minutes.
15      MR. COMBS:  Yeah.  Let's talk briefly about
16  lunch.
17          (WHEREUPON, a recess was had
18          from 11:50 a.m. to 12:02 p.m.)
19      THE VIDEOGRAPHER:  The time is 12:02 p.m. and
20  we are back on the video record.
21  BY MR. SLATER:
22      Q.  Doctor, in your report, there's the list
23  of medical literature Ethicon provided you the list
24  of.  You didn't read all those articles and
25  references, did you?

Page 68

1      A.  No.
2      Q.  Did you assume that Ethicon is familiar
3  with clinical data, whether published or
4  unpublished, that could be significant to assessing
5  the safety and effectiveness of the Prolift that
6  they would have provided that to you so you could
7  consider it?
8      A.  That's such a broad question.
9      Q.  What's broad about it?
10      A.  That they would give me a list that has
11  comprehensive every single thing that they know
12  might have happened to the Prolift?
13      Q.  It's not what I asked.  So I will try it
14  again.
15      A.  Okay.  Let me try and listen better,
16  then.
17      Q.  If Ethicon knew of a particular clinical
18  study for which data was presented at an important
19  medical meeting with regard to safety or efficacy
20  of the Prolift, would you have liked to have seen
21  that?
22      MR. COMBS:  Object to the form.
23  BY THE WITNESS:
24      A.  Yes, I would like to have seen it.  I
25  don't know that I would rely on everything that's

Page 69

1  been presented at any meeting related to Prolift.
2      MR. SLATER:  Move to strike from "I don't
3  know" going forward.
4  BY MR. SLATER:
5      Q.  Unless you would see such data, you
6  couldn't assess whether or not it was significant
7  to you in forming your opinions, correct?
8      A.  No, but it would be one piece to add to
9  all of the knowledge and literature that we have in
10  the -- I have considered.
11      MR. SLATER:  Move to strike after the word
12  "no."
13  BY MR. SLATER:
14      Q.  It's possible that there is clinical
15  data you didn't see which if you saw it could
16  change your opinions in this case.  That's
17  possible, right?
18      A.  Yes.  It's possible, but I'm relying on
19  lots of literature and clinical experience to form
20  my opinions and I don't think --
21      Q.  Move to strike.
22      A.  -- there is any one article that is
23  going to change my mind.
24      MR. SLATER:  Move to strike from "but"
25  forward.

18  (Pages 66 to 69)

Denise M. Elser, M.D.

Page 70

1  BY MR. SLATER:
2      Q.   Did you deliberately not cite to
3  articles that were unfavorable to the Prolift?
4      A.   Did I deliberately.  I don't think I
5  deliberately chose not to cite -- I didn't look at
6  an article and say I don't want to cite this one.
7  I looked for articles I knew of that had facts I
8  wanted in my report.
9      Q.   Are you familiar with the article
10  published in the American Journal of Obstetrics and
11  Gynecology in February of 2014 where the first
12  named author is Sara Abbott?
13      A.   Sara Abbott.  I have heard of it, but I
14  would need to look at it to answer any questions on
15  it right now.
16      Q.   Have you read that article?
17      A.   I need to look at it to answer that
18  question.
19      Q.   I don't see it listed anywhere in your
20  report, so you have it there but you didn't list
21  it?
22      A.   I don't have it here.  I said I would
23  need to look at it to answer it.
24      Q.   This is my question since I only get to
25  depose you once for this case.

Page 71

1          As you sit here now did you read that
2  article?
3      A.   My answer is I may have read it.  I
4  don't recall right now.
5      Q.   Do you recall as you sit here right now
6  whether there was anything of significance in that
7  article that could be significant to the opinions
8  you've reached in this case?
9      A.   I don't recall.  If you want us to pull
10  it at the break, I will be happy to answer
11  questions about it.
12      Q.   I don't want to pull it at the break
13  because you didn't include it anywhere -- rephrase.
14          You did not reference the Abbott article
15  anywhere, correct?
16      A.   In this report, no.
17      Q.   If Ethicon said something in the IFU
18  which Ethicon knew not to be true, would you agree
19  that that would be wrongful?
20      MR. COMBS:  Object to the form.
21  BY THE WITNESS:
22      A.   Yes, I think that would be strange.
23  BY MR. SLATER:
24      Q.   Well, would it be wrongful?
25      MR. COMBS:  Object to the form.

Page 72

1  BY THE WITNESS:
2      A.   On the surface, yes.
3  BY MR. SLATER:
4      Q.   If Ethicon made claims about the mesh in
5  the Prolift that Ethicon had no data to support,
6  would that be wrongful?
7      MR. COMBS:  Object to the form.
8  BY THE WITNESS:
9      A.   I'm having trouble answering this
10  because I'm trying to imagine reading an IFU and
11  knowing what was said about the mesh that didn't
12  have claims to support it.
13          Descriptions of procedures are -- in an
14  IFU doesn't necessarily have data behind it
15  necessarily.  I don't know.  I don't know what
16  you're trying to ask really.
17      Q.   Are you aware of anything in the Prolift
18  IFU as to which anyone in Ethicon had admitted
19  there was not data to support the claim about the
20  mesh?  Are you aware of that occurring?
21      A.   No.
22      Q.   Are you aware of Ethicon in deposition
23  testimony admitting anything about the mesh which
24  is contrary to what was represented in the IFU?
25      A.   No.

Page 73

1      Q.   If either of those things occurred,
2  would you agree that would be a failure to provide
3  adequate and appropriate warning to doctors about
4  the Prolift?
5      MR. COMBS:  Object to the form.
6  BY THE WITNESS:
7      A.   No.
8  BY MR. SLATER:
9      Q.   So, it's okay for Ethicon -- rephrase.
10          So, it's not a failure to warn even if
11  Ethicon provided information about the mesh it knew
12  to be unsupported or it made an affirmative
13  representation about the mesh that it knew not to
14  be true, that's okay with you?
15      A.   My answer is yes because I -- I'm
16  imagining circumstances where one person -- such a
17  big company, one person in the company said one
18  thing that may not be clinically applicable to what
19  pelvic reconstructive surgeons are using the mesh
20  for.
21      Q.   You have absolutely no idea how Ethicon
22  creates the IFU or how the information is put into
23  the IFU, you have no idea, right?
24      A.   No, I don't.
25      Q.   You have no idea about who has to

Denise M. Elser, M.D.

Page 74

1  confirm the accuracy and the truthfulness of the
2  information in the IFU before it's actually printed
3  and put into the box.  You have no idea on that,
4  right?
5      A.   That's correct.
6      Q.   And just to be clear, it's acceptable to
7  you if Ethicon -- rephrase.  Withdrawn.
8           I want to just go back to your report
9  for a couple minutes.  The last few pages of
10 Attachment B.  The third-to-last page, it says
11 "Publicly Available."  There are publicly available
12 documents.  Do you see that?
13     A.   Yes.
14     Q.   Did you compile that list or was that
15 compiled for you by counsel?
16     A.   I don't remember because I pulled most
17 of these things and I don't recall if this was
18 provided for me.
19     Q.   Are you relying on any of the materials
20 on the "Publicly Available" list to form your
21 opinions?
22     A.   They add to my opinions, yes.
23     Q.   Sorry.  Say that again.
24     A.   Yes, I've read most of these and they
25 would help form my opinion, yes.

Page 75

1      Q.   You're familiar with Committee Opinion
2  513, the joint opinion of ACOG and AUGS, correct?
3      A.   Yes.
4      Q.   Was that of significance to you in
5  forming your opinions in this case?
6      A.   It was part of what I used to form my
7  opinions, yes.
8      Q.   And you feel that the conclusions found
9  in that committee opinion are applicable to the
10 Prolift, correct?
11     A.   For the most part.
12     Q.   What do you do, do you pick the ones
13 that -- well, rephrase.
14          When you say "for the most part," which
15 ones aren't applicable to the Prolift?  Which
16 conclusions in 513 are not applicable?
17     A.   Okay.  I need to open it in front of me
18 to answer specifically, but my biggest -- the fact
19 that AUGS and ACOG put it out doesn't mean I agree
20 with everything that they said.
21          So, my biggest complaint out of that
22 document was the need to have a randomized
23 controlled trial of a vaginal mesh kit to a native
24 tissue repair because to me I'm not necessarily
25 going to use those two approaches on the same

Page 76

1  patient population.  So, it didn't make sense to me
2  how a large-scale RCT was going to solve this
3  question for me or for my patients.
4      Q.   Actually in your report you cited to the
5  portion of the Committee Opinion 513 that said that
6  the mesh kit should be used only in high-risk
7  individuals for which other options are not
8  available or appropriate.  You agree with that
9  conclusion?
10     MR. COMBS:  Object to the form.
11 BY THE WITNESS:
12     A.   They should be -- they are -- that's one
13 of the considerations taking in.  I don't -- I
14 object to "should be used."  I don't know that I
15 would agree with that.
16 BY MR. SLATER:
17     Q.   Well, you agree that the Prolift should
18 only be used in women for whom other approaches and
19 other alternative treatments are not reasonable
20 options.  Do you agree with that?
21     MR. COMBS:  Object to the form.
22 BY THE WITNESS:
23     A.   No, because they may be reasonable
24 options and a patient has a choice, has some input
25 into what she chooses, one or the other, after

Page 77

1  being counseled.
2  BY MR. SLATER:
3      Q.   If one were to apply the Committee
4  Opinion 513 patient selection criteria, Ms. Bellew
5  would not meet that criteria and would be excluded,
6  correct?
7      A.   No.
8      Q.   I'm not correct?
9      A.   Correct.  Right.  My -- she did not meet
10 the criteria to have vaginal mesh placed?
11     Q.   That's not my question.  Let me ask
12 this:  Dianne Bellew was an acceptable candidate to
13 have nothing done.  That was one of her options,
14 right?
15     A.   Right.
16     Q.   Dianne Bellew was an acceptable
17 candidate for an anterior colporrhaphy simply with
18 native tissue and suture, correct?
19     A.   Correct.
20     Q.   Dianne Bellew was not a high-risk
21 individual for whom treatments other than the
22 Prolift were not available or indicated, correct?
23     A.   No.  She has emphysema.
24     Q.   She what?
25     A.   She has emphysema and she's a smoker.

20 (Pages 74 to 77)

Denise M. Elser, M.D.

Page 78

1    MR. SLATER:  Move to strike.
2    BY MR. SLATER:
3    Q.   Ms. Bellew, if you apply -- rephrase.
4        If you applied Committee Opinion 513 to
5    Ms. Bellew as she first went to Dr. DeHasse, she's
6    not one of those high-risk individuals for whom
7    procedures other than the Prolift would not have
8    been available options, correct?
9    A.   No, not necessarily.  She has -- she's a
10   smoker with emphysema.
11   Q.   And which procedure -- well, rephrase
12   that.
13       The fact that Ms. Bellew was a smoker
14   would not exclude her from being a candidate for
15   anterior colporrhaphy with sutures, correct?
16   A.   Well, it's certainly someone I would
17   counsel.  She's at higher risk than a non-smoker
18   without emphysema for recurrence, an early
19   recurrence after a native tissue repair.
20   Q.   Ms. Bellew never had a recurrence, did
21   she?
22   A.   No.
23   Q.   The only time that sutures had to be
24   placed was after Dr. DeHasse realized after she
25   removed a significant amount of mesh from the left

Page 79

1    arm that there was now a defect that needed to be
2    shored up so that what was now a stage 1 prolapse
3    wouldn't become worse, that's the only time sutures
4    needed to be used, correct?
5    A.   In order to fix a prolapse repair you're
6    saying?
7    Q.   Yes.
8    A.   Yes.  And it would be really great if we
9    could look at every patient and say you are going
10   to recur if I use native tissue or you are not.  We
11   can only look at risk factors and tissue quality.
12   MR. SLATER:  Move to strike from "and"
13   forward.
14   BY MR. SLATER:
15   Q.   Let me ask you this about smoking.  Do
16   you know that Ethicon was advertising and marketing
17   the Prolift to smokers?
18   A.   No.
19   Q.   Do you know that at the time Ms. Bellew
20   was consented for the procedure there was no
21   warning in the IFU as to smoking creating any
22   increased risk for her?
23   A.   I would have to look at that particular
24   IFU.  But I would like to make a distinction
25   between smoking as a risk factor for recurrence and

Page 80

1    smoking as a risk factor for erosion exposure.
2    MR. SLATER:  Move to strike.
3    BY MR. SLATER:
4    Q.   The IFU that was in effect when
5    Ms. Bellew had her surgery did not mention smoking
6    as a risk for anything, correct?
7    A.   I would have to look at it to say which
8    IFU contained that.
9    Q.   You don't know as you sit here now, do
10   you?
11   A.   Right, I don't recall that one.
12   Q.   Ms. Bellew had granulation tissue about
13   a month or so after the surgery and that was
14   treated by Dr. DeHasse, correct?
15   A.   Yes.
16   Q.   The mesh was likely a contributing
17   factor to the development of that granulation
18   tissue, correct?
19   A.   I don't know.
20   Q.   You don't have an opinion one way or the
21   other on that?
22   A.   No, could happen at the site of the
23   suture.  It happens more often in smokers.  So, we
24   don't know if the mesh contributed.
25   Q.   I just want to know you're not forming

Page 81

1    an opinion on that, correct?
2    MR. COMBS:  Object.
3    BY THE WITNESS:
4    A.   A suture or mesh is a risk factor for
5    granulation tissue.
6    BY MR. SLATER:
7    Q.   So, it's possible that the mesh
8    contributed to the granulation tissue, correct?
9    A.   It's possible.
10   Q.   Beyond that, you're not forming an
11   opinion with regard to the cause of the granulation
12   tissue, correct?
13   A.   Right.  We don't know what caused it.
14   Q.   In 2011 and 2012 Dr. DeHasse operated
15   three times on Ms. Bellew, correct?
16   A.   Say the dates again.
17   Q.   In 2011 and 2012 Dr. DeHasse operated
18   three times on Ms. Bellew, correct?
19   A.   Yeah.
20   Q.   Each time Dr. DeHasse found what she
21   described as sclerosed, hardened mesh, correct?
22   A.   Yes.
23   Q.   You would agree that is mesh that had
24   scar plates across it that was creating contraction
25   and hardening of the mesh, correct?

21 (Pages 78 to 81)

Denise M. Elser, M.D.

Page 82

1      MR. COMBS:  Object to form.
2  BY THE WITNESS:
3      A.   I'm not sure what you mean by scar
4  plates, but there certainly was scarring and
5  fibrosis in the area of the mesh.
6  BY MR. SLATER:
7      Q.   Do you know what the term "scar plate"
8  means?
9      A.   No.
10      Q.   You've never seen that term?
11      A.   I've seen it, but I don't know the
12  definition.
13      Q.   Do you know whether the term
14  "scar plate" had any significance for Ethicon
15  internally among its doctors and scientists?
16      A.   No.
17      Q.   The hardening and the formation of the
18  scar tissue -- well, rephrase.
19         You would agree that the mesh through
20  that process of the scar tissue and fibrosis
21  forming on the mesh would have also been
22  accompanied by contraction of the mesh, correct?
23      A.   It can be, yeah.
24      Q.   I'm sorry?
25      A.   Yes, it can be.

Page 83

1      Q.   In this case it's more likely than not
2  that Ms. Bellew's Prolift mesh was contracted,
3  correct?
4      A.   At that site where it was felt to be
5  sclerosed, yes.
6      Q.   The contraction and the sclerosis and
7  the hardening of the mesh that was removed from
8  Dr. DeHasse, that occurred due to the fact that the
9  mesh was in Ms. Bellew's body and this occurred due
10  to the Prolift mesh, correct?
11      MR. COMBS:  Object to form.
12  BY THE WITNESS:
13      A.   I just want to make one little
14  correction because I don't know how picky you are,
15  but you said "removed from Dr. DeHasse" and I'm
16  going to assume you mean "by Dr. DeHasse."
17      Q.   Yes.
18      A.   Okay, thanks, because I don't know
19  anything about Dr. DeHasse having surgery.
20         Can you ask me again.
21      Q.   Sure.  The contraction and the fibrosis
22  and the hardened scar tissue forming across the
23  mesh, that occurred and was caused by the Prolift
24  being in Ms. Bellew's body, correct?
25      MR. COMBS:  Object to form.

Page 84

1  BY THE WITNESS:
2      A.   Yes, most likely because it was found in
3  the area of the mesh arm, but we can see --
4  BY MR. SLATER:
5      Q.   Dr. DeHasse confirmed clinically
6  Ms. Bellew was feeling pain and tenderness in the
7  area where the mesh was contracted and sclerosed,
8  correct?
9      A.   Yes, she felt on exam that the area of
10  sclerosis reproduced pain.
11      Q.   And you in your opinion would agree that
12  it's more likely than not the contracted sclerosed
13  mesh was causing pain and tenderness for
14  Ms. Bellew, correct?
15      A.   Yes.
16      Q.   And you would agree with me that each of
17  the surgeries that were performed by Dr. DeHasse in
18  2011 and 2012, the three mesh excision surgeries,
19  occurred and were caused by the fact that the
20  Prolift was in Ms. Bellew's body, had developed the
21  contraction and the sclerosis, was causing her pain
22  and needed to have the mesh removed, correct?
23      MR. COMBS:  Object to the form.
24  BY THE WITNESS:
25      A.   Yes.  It was most likely that she was --

Page 85

1  had pain at the area of the mesh arm where there
2  was some fibrosis and scarring and the treatment --
3  part of the treatment was removal of that arm of
4  the mesh.
5  BY MR. SLATER:
6      Q.   Dr. DeHasse testified that she believes
7  that this is a progressive situation where the
8  fibrosis and the contraction continues to occur
9  with the Prolift mesh.  You would agree with that,
10  correct?
11      MR. COMBS:  Object to form.
12  BY THE WITNESS:
13      A.   No, I would not.
14  BY MR. SLATER:
15      Q.   You're saying it's possible it is, it's
16  possible it's not.  You don't know at this point,
17  correct?
18      MR. COMBS:  Objection to form.
19  BY THE WITNESS:
20      A.   I would say that no, it is likely not.
21  BY MR. SLATER:
22      Q.   Well, there is a possibility that there
23  is going to be further contraction and hardening
24  and sclerosis of the mesh that could cause more
25  pain and need -- and cause more surgery in the

22 (Pages 82 to 85)

Denise M. Elser, M.D.

Page 86

1  future.  That's possible, right?
2      MR. COMBS:  Object to the form.
3  BY THE WITNESS:
4      A.   It's possible but unlikely.
5      MR. SLATER:  Move to strike from "but"
6  forward.
7          Just checking my notes to try to move
8  through this a little quicker.
9  BY MR. SLATER:
10     Q.   You would agree with me that the
11 complications that were treated by Dr. DeHasse on
12 July 27, 2011, on October 6, 2011 and July 12,
13 2012, the three excision surgeries, that those
14 complications were due to the Prolift, correct?
15     MR. COMBS:  Object to the form.
16 BY THE WITNESS:
17     A.   As it pertains to excising the fibrosed
18 area of the mesh, because she also had abdominal
19 surgery on the 12th, in July of '12.
20 BY MR. SLATER:
21     Q.   I'm talking about with regard to the
22 mesh.
23     A.   Yes, she had some -- she had fibrosis
24 around the site of the left mesh arm that was
25 excised.

Page 87

1      Q.   And you'd agree those surgeries were
2  indicated and appropriate, correct?
3      A.   Yes.
4      Q.   And you'd agree that the indication for
5  the surgery, at least in part, was that this
6  hardened, sclerosed mesh was causing pain for
7  Ms. Bellew and that was a part of the appropriate
8  indication for those three surgeries, correct?
9      A.   Yes.  That's part of the treatment for
10 that problem.
11     Q.   You would agree with me that there was a
12 chronic foreign body reaction to the Prolift mesh
13 in Ms. Bellew's body, correct?
14     A.   I don't comment on that because I did
15 not read the pathology report.
16     Q.   So, you have no opinion one way or the
17 other on that question?
18     A.   That's correct.
19     Q.   Are you aware of whether or not the
20 Prolift causes a chronic foreign body reaction in a
21 woman's body?
22     A.   Yes, as far as I know, foreign bodies
23 cause foreign body reaction for the most part.
24     Q.   If I read your report correctly, it's my
25 understanding that you believe that Ms. Bellew may

Page 88

1  have two issues vaginally at this point, some
2  scarring in her vagina from the surgeries and
3  myofascial pain in her pelvic floor.  Do I
4  understand that correctly?
5      A.   Yes.
6      Q.   And am I correct that those would both
7  be causally related to the Prolift being in her
8  body and the multiple surgeries to remove portions
9  of the mesh?
10     A.   No.
11     Q.   Well, certainly those surgeries and the
12 presence of the Prolift would contribute to the
13 scarring in the vagina that causes discomfort and
14 pain to Ms. Bellew, correct?
15     MR. COMBS:  Object to the form.
16 BY THE WITNESS:
17     A.   No.  My opinion is that the myofascial
18 disorder is most likely causing her pain at this
19 point and that's -- until that's treated we can't
20 comment on how much the scar is contributing.
21 BY MR. SLATER:
22     Q.   So, with regard to the scarring in
23 Ms. Bellew's vagina, you're not forming an opinion
24 one way or the other as to whether or not that's
25 causing her pain currently?

Page 89

1      A.   I will say that, yes, it was an area
2  around the left sulcus as described by Dr. Elliott
3  as being tender on exam but he doesn't describe a
4  scar there.
5          And even if there is a scar there, if
6  there's hypertonic muscles in that area pulling on
7  the scar, the scar might be tender, but not the
8  primary source of pain, because until you address
9  that muscle tone we can't tell if the scar is going
10 to be a problem or not.
11     Q.   So, with regard to the scarring in the
12 vagina, you're not giving an opinion at this point
13 as to whether or not that's contributing to
14 Ms. Bellew's complaints of pain in her vaginal
15 area, correct?
16     A.   No, at this point I think her myofascial
17 problem is her primary problem and she -- of course
18 she has a scar in her vagina.  She's had surgery.
19 I believe it's less likely --
20     Q.   With regard to the myofascial pain, that
21 is causally related to the fact that the Prolift
22 was in Ms. Bellew's body, it had to be removed with
23 three operations, correct?
24     A.   I don't -- no, I don't agree with that.
25     Q.   Certainly the fact that the Prolift was

23 (Pages 86 to 89)

Denise M. Elser, M.D.

Page 90

1  in Ms. Bellew's body, the fact that it had this
2  inflammatory reaction, it was hardened, contracted
3  and then three operations were performed through
4  the vagina to remove mesh, that would be a
5  contributing factor contributing to the myofascial
6  pain, correct?
7      MR. COMBS:  Object to the form.
8  BY THE WITNESS:
9      A.   Correct, in that it may contribute to
10  the pain but she had sclerosing and fibrosis of one
11  particular area of the mesh.  A very limited
12  surgery was performed to remove that area.  That
13  area no longer has any sclerosing or mesh palpable.
14  And she had preexisting dyspareunia before the
15  surgery and she has chronic myofascial pain in many
16  other parts of her body.
17      So, I don't know what was preexisting,
18  what was caused by having a hysterectomy or what to
19  what degree having had a prolapse surgery or mesh
20  placed contributed to her myofascial pain that she
21  experiences now.
22      Q.   If I understand your answer, the Prolift
23  being in Ms. Bellew's body and the three operations
24  to remove it could be a contributing factor, one
25  contributing factor to the development of the

Page 91

1  myofascial pain in her pelvic floor.  Fair
2  statement?
3      MR. COMBS:  Object to form.
4  BY THE WITNESS:
5      A.   Yes.
6  BY MR. SLATER:
7      Q.   It's certainly likely that it's
8  contributing to some effect, some extent, correct?
9      A.   At this point I don't know because she
10  had the offending area removed.
11      Q.   Well, it's certainly likely that the
12  Prolift being in her body and the three operations
13  to excise the contracted mesh contributed to the
14  development of the myofascial pain condition,
15  correct?
16      A.   No, except any pelvic surgery can cause
17  a flare of myofascial pain and I can't say that the
18  fact that she has Prolift there now with the
19  sclerosed area removed is a contributing factor at
20  this point.
21      MR. SLATER:  Move to strike.
22      That's not my question.  Let me just try
23  to ask it better.
24  BY MR. SLATER:
25      Q.   Would you agree with me that the course

Page 92

1  Ms. Bellew went through of three operations to
2  remove portions of the mesh going through those
3  three operations contributed to the development of
4  the myofascial pain syndrome?
5      A.   No.
6      Q.   You're saying it's possible that it
7  contributed but you can't say more than that?
8      A.   Correct.
9      Q.   Ms. Bellew had no findings of myofascial
10  pain before the Prolift surgery, correct?
11      A.   No.
12      Q.   I'm correct, right?
13      A.   No, you're not correct.
14      Q.   Ms. Bellew -- new question.
15      Ms. Bellew had no symptoms, complaints
16  or findings of myofascial pain or spasm in her
17  pelvic floor before the surgery, correct?  I'm only
18  talking about the pelvic floor now before the
19  Prolift.
20      A.   No, the answer is we don't know.  She
21  had complaints of pelvic pain, abdominal pain; and
22  I don't see an assessment of the pelvic muscle tone
23  on the initial evaluation so I don't know what she
24  had.
25      Q.   The only indication of any pelvic or

Page 93

1  vaginal pain or discomfort before the Prolift
2  surgery was -- you referred to it in Dr. Leano's
3  record, that when she went to the emergency room
4  last week, and this is May 20, 2009, when she went
5  to the emergency room last week with complaints
6  about abdominal and vaginal pain she was told her
7  bladder had fallen.  That's the one note, correct?
8      MR. COMBS:  Object to form.
9  BY THE WITNESS:
10      A.   That's the one note in the medical
11  records, correct.
12  BY MR. SLATER:
13      Q.   And what that's referring to is when the
14  cystocele formed and the -- and Ms. Bellew first
15  became aware of it, she complained of this causing
16  her pain and discomfort and this abnormal sensation
17  where it said it felt like she had a tampon
18  dropping into her vagina, correct?
19      A.   Yes, but I -- it's very unlikely that a
20  second degree cystocele causes pain that would take
21  someone to the emergency room.  So it's very
22  possible that she had myofascial pain that was not
23  assessed.  That's not something that typically an
24  ER doctor would ever address on pelvic exam.
25      So, they saw a cystocele and told her

24 (Pages 90 to 93)

Golkow Technologies, Inc. - 1.877.370.DEPS

Denise M. Elser, M.D.

Page 94

1    that was her finding because that would be the
2    level of evaluation expected from an emergency room
3    physician.
4           So, I still don't have anyone that's
5    told us what is the state of her pelvic muscles
6    prior to that. She has told us in her testimony
7    that she had hints at dyspareunia before the
8    surgery.
9           MR. SLATER: Move to strike from "but"
10   forward.
11   BY MR. SLATER:
12     Q.  You don't -- rephrase.
13          Do you know whether Ms. Bellew went to
14   the emergency room because she was concerned about
15   this sensation of something dropping into her
16   vagina?
17     A.  No.
18     Q.  On June 15, 2009 Ms. Bellew saw
19   Dr. DeHasse for the first time, right?
20     A.  Right.
21     Q.  And she reported that she has been
22   feeling like she has a falling tampon. She went to
23   see Dr. Leano who explained she has a fallen
24   bladder. Wants surgical correction. Admits to
25   frequency and nocturia. No incontinence. Is not

Page 95

1    currently sexually active. Lives at home with her
2    daughter and grandchildren. That's what was
3    recorded according to the record, right?
4      A.  Did you say no incontinence?
5      Q.  It says no incontinence right in the
6    record. Correct?
7      A.  Okay. But in another record I think
8    Dr. Leano, she said she does leak with cough.
9           MR. SLATER: Move to strike.
10   BY MR. SLATER:
11     Q.  Doctor, what I just read to you from the
12   history -- rephrase.
13          What I described to you is the History
14   of Present Illness that's documented in
15   Dr. DeHasse's record for June 15, 2009, correct?
16     A.  I would like to pull the record in front
17   of me.
18     Q.  Go ahead.
19     A.  Okay. Disconnect for a second.
20          THE VIDEOGRAPHER: Sure.
21          Excuse me, Counselor Slater. This is
22   Milo, the videographer.
23          MR. SLATER: Hi.
24          THE VIDEOGRAPHER: Hi. We have about ten
25   minutes of usable tape left. Then I have to

Page 96

1    change.
2           MR. SLATER: All right. Tell me at five and
3    at three.
4           THE VIDEOGRAPHER: Okay.
5    BY THE WITNESS:
6      A.  I'm almost with you. Okay. And you
7    were looking for a June visit?
8    BY MR. SLATER:
9      Q.  Looking at June 15, 2009, when
10   Ms. Bellew first went to Dr. DeHasse. Got that?
11     A.  I am real close. I'm in June. June 20
12   is Leano. May 27 -- no, I don't have that page.
13   Sorry. I mean I know I have it here somewhere.
14     Q.  You don't have -- do you have
15   Dr. DeHasse's records?
16     A.  Yeah, yeah. I'm sorry. I was just
17   having trouble getting on the same page with you.
18     Q.  Do you have it there?
19     A.  I'm flipping as fast as I can. I'm
20   sorry. I know I'm using up all your tape space.
21          June 20, Dr. DeHasse.
22          MR. COMBS: June 15.
23   BY MR. SLATER:
24     Q.  June 15, Dr. DeHasse.
25     A.  You want June 15. Okay.

Page 97

1      Q.  On June 15, 2009, when Ms. Bellew saw
2    Dr. DeHasse, she told her she has been feeling like
3    she has a falling tampon. Dr. Leano had explained
4    she has a fallen bladder. That's a cystocele,
5    correct?
6      A.  Right.
7      Q.  She wanted surgical correction. She
8    admits to frequency and nocturia, no incontinence.
9    That's what was reported, right?
10     A.  Okay.
11     Q.  Is not currently sexually active, lives
12   at home with her daughter and grandchildren.
13   That's what's reported in the history, right?
14     A.  That's what she said.
15     Q.  Ms. Bellew reported no pain in her
16   pelvis or vagina when she saw Dr. DeHasse on
17   June 15, 2009, correct?
18          MR. COMBS: Object to the form.
19   BY THE WITNESS:
20     A.  I'm sorry. I really -- I really
21   apologize, but I just can't find that page. So...
22     Q.  Dr. Elser.
23     A.  Yeah.
24     Q.  Do you agree with me --
25          MR. COMBS: Adam, Adam, just here. We have

25 (Pages 94 to 97)

Denise M. Elser, M.D.

Page 98

1  got the page for her.  So we'll give that --
2      THE WITNESS:  Thanks.
3      MR. COMBS:  -- to Dr. Elser.
4      THE WITNESS:  Sorry about that.  Okay.
5  BY MR. SLATER:
6      Q.  Dr. Elser.
7      A.  Yes.
8      Q.  On June 15, 2009, when Ms. Bellew went
9  to Dr. DeHasse, she was not complaining of pelvic
10  or vaginal pain, correct?
11      A.  She went to the ER last week with
12  complaint of abdominal vaginal pain.
13      Q.  Where does it say that?
14      A.  History of Present Illness.
15      Q.  Which record are you looking at?  I'm
16  looking at Dr. DeHasse's record of June 15, 2009.
17      A.  Okay.  I'm sorry.  I had Dr. Leano's
18  note.
19      Q.  Please.
20      A.  Okay.  We're together now.
21      MR. SLATER:  Move to strike.
22  BY MR. SLATER:
23      Q.  On June 15, 2009, when Ms. Bellew went
24  to Dr. DeHasse, she was not complaining of any
25  pelvic or vaginal pain, correct?

Page 99

1      A.  Correct.
2      Q.  She said she has a sensation like she
3  had a falling tampon, correct?
4      A.  Right.
5      Q.  Dr. DeHasse performed an examination,
6  correct?
7      A.  Yes.
8      Q.  She found a grade 2 cystocele, right?
9      A.  Yes.
10      Q.  She found no evidence, according to the
11  exam and the documentation, of any pain --
12  rephrase.
13      Dr. DeHasse found no indication on her
14  exam of any myofascial pain or pelvic floor myalgia
15  or hypertonicity or pelvic floor muscle spasm on
16  that exam on June 15, 2009, correct?
17      A.  The muscle tone is not -- is not
18  commented on.  Whether she could have had laxity at
19  rest, whether she had hypertonicity, whether the
20  muscles were tender or whether she could do a
21  voluntary pelvic floor contraction.
22      THE VIDEOGRAPHER:  Counselor Slater, we have
23  five minutes left.
24      MR. SLATER:  All right.  Move to strike.
25  BY MR. SLATER:

Page 100

1      Q.  In the exam section of this record,
2  Dr. DeHasse does not document finding any pelvic
3  floor muscle spasm, correct?
4      A.  That's correct.
5      Q.  And there are no complaints of
6  tenderness on the exam of the vagina or pelvis,
7  there is nothing documented, correct?
8      A.  That's right.
9      Q.  Based on the medical records, the only
10  notations of spasm or pain in the pelvic floor
11  comes after the Prolift surgery, correct?
12      A.  Right, except I don't know what caused
13  her pain when she went to the ER.
14      MR. SLATER:  Move to strike after the word
15  "right."
16  BY MR. SLATER:
17      Q.  When a woman has prolapse, she can feel
18  discomfort especially when it first happens and it
19  can be described as discomfort, it can be described
20  as pain, it can be described multiple ways because
21  it's a new and troubling sensation for the woman,
22  correct?
23      MR. COMBS:  Object to form.
24  BY THE WITNESS:
25      A.  It could be, yes.

Page 101

1  BY MR. SLATER:
2      Q.  In fact, Dr. Leano wrote that Ms. Bellew
3  had pain when she went to the emergency room but we
4  don't know if that's Ms. Bellew's word or
5  Dr. Leano's word, right?
6      A.  Right.
7      Q.  Did you look at the emergency room
8  record to see what was described in that record?
9      A.  I don't recall that.
10      MR. SLATER:  All right.  I think now is
11  probably a good time if you want to get lunch.
12  Let's go off the video and switch tapes.
13      MR. COMBS:  Okay.
14      THE VIDEOGRAPHER:  The time is 12:43 p.m.
15  This is the end of Tape 1 and we are going off the
16  video record.
17      (WHEREUPON, a recess was had
18      from 12:43 to 1:25 p.m.)
19      THE VIDEOGRAPHER:  The time is 1:25 p.m.  This
20  is the beginning of Tape 2 and we are back on the
21  video record.
22      MR. SLATER:  Okay.
23  BY MR. SLATER:
24      Q.  I just want to establish one thing,
25  Dr. Elser.  You've worked as a consultant for

26 (Pages 98 to 101)

Denise M. Elser, M.D.

Page 102

1    Ethicon, correct?
2        A.   Yes.
3        Q.   Paid consultant?
4        MR. COMBS:  You may have interrupted him.  So
5    if you could just answer.
6    BY THE WITNESS:
7        A.   I'm sorry.  Okay.  I'm sorry.  Did I
8    interrupt the question?
9    BY MR. SLATER:
10       Q.   I don't know.  I will ask it again.
11            You've worked as a paid consultant for
12   the Ethicon, correct?
13       A.   Yes.
14       Q.   When did you start doing that work?
15            I'm not going to get into a lot of
16   detail, but I just want to establish some
17   parameters.  Let me ask it again.
18            When did you start working as a paid
19   consultant with Ethicon?
20       A.   Without knowing the exact year when we
21   started doing TVT preceptorships.
22       Q.   Once you began to work as a consultant
23   with Ethicon, did you continue doing so right up
24   until the present?
25       A.   No, and in the way it worked was we

Page 103

1    would -- if they asked me to do a cadaver course,
2    say, one November, they would give me a contract
3    that covered up to the next 12 months and usually
4    the topic of that contract wouldn't come up until
5    they had another product or cadaver lab they wanted
6    me to attend.
7            So, while the contracts overlapped or
8    looked like it was continuous, it was really only
9    event-specific.
10       Q.   I have looked at your consulting
11   agreements.  I'm sure you've looked at them too.
12   They initiate -- for example, I'm looking at one
13   February 1, 2011 and it says it would continue
14   through January 31, 2012.  So, your consulting
15   agreements would be one year at a time, correct?
16       A.   Correct.
17       Q.   Was there any years -- from the time
18   you -- rephrase.
19            From the time you first started acting
20   as a consultant, was there any year when you have
21   not had a contract for that year?
22       A.   I don't know.  There might have been a
23   12 months in a row where I did no specific
24   consulting.  The contracts overlap that time
25   period.  And there was a time when I told them I

Page 104

1    would not be -- act as a consultant when I served
2    on a committee with ACOG.
3        Q.   When did you serve on a committee with
4    ACOG?
5        A.   I think it was '08 to '11.  But the --
6    the rules changed in the middle of that, toward the
7    end of that term with regards to relationship with
8    industry.  So, it did not cover my whole time
9    there.
10       Q.   What changed?
11       A.   That committee members could not have
12   a -- do active paid consulting with industry while
13   they were on a committee.
14            So, I'm sorry, for my CV, I was on that
15   committee 2009 to 2012.  Usually --
16       Q.   You were under contract with Ethicon
17   during part of that time, though, as a paid
18   consultant, correct?
19       A.   Well, it's not like I drew a regular
20   paycheck.  That contract covered me if I accepted a
21   one-time event on a case-by-case basis during the
22   period of that contract.  So, it was toward the end
23   of my term on that committee that these new rules
24   came in place.  So, it applied only really for a
25   few months at the end of that committee.

Page 105

1        Q.   A few months in 2012?
2        A.   Right.  As far as I remember.
3            (WHEREUPON, there was a short
4             interruption.)
5    BY MR. SLATER:
6        Q.   So, before 2012 the ACOG rules allowed
7    you to be a paid consultant to Ethicon, correct?
8        A.   Correct.
9        Q.   For example, in 2011 I have your
10   consulting agreement here, you were a paid
11   consultant for that year, correct?
12       A.   I don't recall specifically, but it's
13   very likely.
14       Q.   You testified before the FDA on
15   September 8, 2011, correct?
16       A.   Yes.
17       Q.   Did you feel that you were required to
18   testify truthfully when you testified to the FDA?
19       A.   Yes, I did.
20       Q.   You told the FDA that you had no
21   conflicts of interest to disclose, correct?
22       A.   At that time I was not acting as a
23   consultant to Ethicon, correct.
24       Q.   You were under contract with Ethicon at
25   that time as a paid consultant, weren't you?

Denise M. Elser, M.D.

Page 106

1      MR. COMBS: And, Adam, I'm just going to
2  interject here. Tom Cartmell has fully deposed
3  Dr. Elser on this exact issue in the --
4      MR. SLATER: Did he?
5      MR. COMBS: Yes.
6      MR. SLATER: Did he do a good job?
7      MR. COMBS: I thought so.
8      MR. SLATER: Okay.
9      THE WITNESS: He did.
10     MR. SLATER: I'll come back to this.
11  BY MR. SLATER:
12     Q.   When you testified to the FDA regarding
13  pelvic mesh for treatment of prolapse and all the
14  things you told the FDA, were you telling the
15  truth?
16     A.   Yes.
17     Q.   Do you agree that the FDA's view of
18  whether or not adequate studies exist to prove the
19  safety and effectiveness of pelvic mesh kits for
20  prolapse like the Prolift is important?
21     MR. COMBS: Object to form.
22  BY THE WITNESS:
23     A.   I'm sorry. Will you say that again.
24  Does the -- did I think that the FDA thinks there
25  needs to be more studies on safety of mesh kits?

Page 107

1  BY MR. SLATER:
2     Q.   It's not what I asked you.
3     A.   Okay.
4     Q.   Do you agree that the FDA's viewpoint on
5  whether there's a need for more rigorous studies
6  regarding the safety and efficacy of mesh kits like
7  the Prolift is important?
8     A.   Yes.
9     Q.   Did you ever read the 522 orders that
10  were issued regarding the Prolift?
11     A.   No.
12     Q.   Actually, let me rephrase.
13         Did you ever read the 522 order that was
14  issued by the FDA with regard to the Prolift?
15     A.   I might have read part of it, but I
16  don't remember if I read the whole thing.
17     Q.   Do you recall anything about it?
18     A.   I remember at least hearing about it.
19     Q.   Well, here's my question. Do you recall
20  actually reading the 522 order regarding the
21  Prolift?
22     A.   No.
23     Q.   Do you know what it said?
24     A.   No.
25     Q.   Do you know what Ethicon did in response

Page 108

1  to the 522 order?
2     A.   No.
3     Q.   Do you know why Ethicon removed the
4  Prolift from the market?
5     A.   I don't know from Ethicon directly, no.
6     Q.   Has anybody ever told you why the
7  Prolift was removed from the market?
8     A.   I can tell you that I was told it was
9  because the cost of doing the studies was not
10  considered, wouldn't be a good balance with the
11  profit they could expect to make. But I don't know
12  who I heard that from or if it was a good source.
13     Q.   Do you know whether Ethicon tried to
14  convince the FDA to accept studies that had already
15  been done instead of having to do the 522 studies?
16     A.   No. I had heard from the FDA that they
17  were going to consider for all of the vaginal mesh
18  kits taking studies that had already been performed
19  into consideration at the end of a three-year
20  period.
21     MR. SLATER: Move to strike.
22  BY MR. SLATER:
23     Q.   Do you know whether or not Ethicon tried
24  to convince the FDA to accept studies that had been
25  done on the Prolift instead of having to do the 522

Page 109

1  studies?
2     MR. COMBS: Object to form.
3  BY THE WITNESS:
4     A.   No.
5  BY MR. SLATER:
6     Q.   So you wouldn't know what the FDA said
7  if that proposal was made by Ethicon, correct?
8     A.   Correct.
9     Q.   I want to ask you if the following
10  statement is true with regard to the Prolift:
11         Considering that native tissue repair is
12  an option for many women, it makes sense to use
13  vaginal mesh judiciously for vaginal prolapse
14  repairs. Is that a true statement regarding the
15  Prolift?
16     A.   Yes.
17     Q.   Mesh may be best for those considered
18  high risk in whom the benefit of mesh justifies the
19  risk of complications. Is that a true statement
20  for the Prolift?
21     A.   Yes.
22     Q.   For example, women with recurrent
23  prolapse, particularly in the anterior compartment
24  and those of medical co-morbidities that may
25  preclude more invasive and open or laparoscopic

28 (Pages 106 to 109)

Denise M. Elser, M.D.

Page 110

```
1    procedures, may be good candidates for vaginal
2    mesh.  Is that a true statement regarding the
3    Prolift?
4        A.   Yes.
5        Q.   If you apply that criteria that we just
6    went through to Ms. Bellew -- rephrase.
7            So I want to now talk to you about
8    Ms. Bellew.  She did not have recurrent prolapse
9    when Dr. DeHasse operated on her in July 2009,
10   correct?
11       A.   Correct.
12       Q.   Ms. Bellew did not have medical
13   co-morbidities that precluded more invasive and
14   open or laparoscopic procedures, correct?
15       A.   I disagree.  She had emphysema.
16       Q.   You think that she had -- she was
17   precluded from having that procedure?
18       A.   It's a relative contraindication as is
19   the statement that Prolift is indicated for
20   recurrent prolapse.  It was an example.  It's not a
21   strict -- it's not a strict guideline.
22       Q.   Here's my question:  Is it your
23   testimony to a reasonable degree of medical
24   probability that Ms. Bellew was not a candidate for
25   an open or laparoscopic procedure to treat her
```

Page 111

```
1    prolapse?
2        A.   I don't know the degree of her
3    emphysema.  It's a clinical judgment on a
4    case-by-case basis per patient.  One of the
5    decision-making factors whether you want to put
6    someone under general anesthetic with an
7    endotracheal tube for a two-and-a-half to four-hour
8    or more surgery for a laparoscopic robotic
9    sacrocolpopexy is the presence of lung disease or
10   other medical illnesses.  So it's one of the
11   factors to consider.
12           I can't say it was precluded in her.
13   But it makes you think, oh, maybe a long abdominal
14   surgery in the Trendelenburg position with gas and
15   high pressure in your belly is not the best surgery
16   for you.
17       Q.   You're not saying to a reasonable degree
18   of medical probability that Ms. Bellew was
19   contraindicated to having laparoscopic or open
20   surgery, correct?
21       MR. COMBS:  Object to the form.
22   BY THE WITNESS:
23       A.   Correct.  I'm not saying she couldn't
24   have had it.  She has risk factors for it.
25   BY MR. SLATER:
```

Page 112

```
1        Q.   Ms. Bellew was a good candidate for
2    native tissue repair, there were no
3    contraindications, correct?
4        MR. COMBS:  Object to the form.  Asked and
5    answered.
6    BY THE WITNESS:
7        A.   Yes, but one of the considerations you
8    take is not just could the patient tolerate the
9    procedure, is she a candidate for it.  But as you
10   read from the other statements is high risk for
11   recurrence.
12           Someone with -- who's a smoker with a
13   chronic cough and with emphysema/lung disease is
14   high risk for recurrent prolapse.  So, a
15   consideration would be made.  Are you at high risk
16   for failure after a native tissue repair, not can
17   you undergo the procedure.
18       MR. SLATER:  Move to strike from "but"
19   forward.
20   BY MR. SLATER:
21       Q.   Did you see a medical record where a
22   pulmonary specialist or an internal medicine
23   specialist with a focus on pulmonology diagnosed
24   Ms. Bellew with emphysema?
25       A.   No.
```

Page 113

```
1        Q.   No doctor actually has diagnosed
2    Ms. Bellew with emphysema, correct?
3        MR. COMBS:  Object to form.
4    BY THE WITNESS:
5        A.   Are you talking about before or after
6    the Prolift surgery?
7    BY MR. SLATER:
8        Q.   I'm asking you at any point.  There is
9    no doctor who has actually evaluated Ms. Bellew in
10   order to reach a diagnosis as to whether or not she
11   has emphysema.  That has not occurred, correct?
12       A.   I have seen emphysema in the medical
13   records and she has been placed on oxygen at some
14   point.
15       Q.   The fact that some doctor may have used
16   the word emphysema doesn't mean Ms. Bellew has a
17   diagnosis of emphysema, correct?
18       MR. COMBS:  Object to the form.
19   BY THE WITNESS:
20       A.   Yes, but it's most common that a doctor
21   uses a term like emphysema when it's a diagnosis
22   the patient has.
23       MR. SLATER:  Move to strike from "yes"
24   forward.
25   BY MR. SLATER:
```

29 (Pages 110 to 113)

Denise M. Elser, M.D.

Page 114

1    Q.   You're not offering the opinion to a
2  reasonable degree of medical probability that
3  Ms. Bellew had emphysema, correct?
4    A.   I would like to defer that to look
5  through the records where we saw the diagnosis of
6  emphysema.  I don't know if she had full-blown
7  emphysema diagnosed before the Prolift, but she is
8  a smoker.
9    Q.   All smokers don't have emphysema, right?
10   A.   No, but -- but she -- it's in her
11  records now that emphysema.  So, we can --
12   Q.   Doctor, here's my question.
13   A.   Yeah.
14   Q.   I read your report.
15   A.   Yes.
16   Q.   I'm deposing you now.  I have limited
17  time.
18       You have not formed the opinion to a
19  reasonable degree of medical probability that
20  Ms. Bellew has emphysema, correct?
21   A.   I believe she has emphysema.  I would
22  like to look at the records with you where I saw
23  that diagnosis.
24   Q.   Let me ask you this question.
25   A.   I have not read the pulmonologist

Page 115

1  report.
2    Q.   Let me ask you this.
3    A.   Yeah.
4    Q.   What test or examination by a doctor for
5  the purpose of diagnosing emphysema are you relying
6  on?  I never saw one.  I want to know is there
7  something that happened that I'm missing?
8    A.   No, I have not seen a test performed,
9  but patients aren't placed on home oxygen if they
10  don't have lung disease.
11   Q.   There's patients that use oxygen who do
12  not have clinical emphysema, correct?
13   A.   Correct.
14   Q.   As you sit here now, because, again, I
15  have limited time, as you sit here now, there is no
16  clinical diagnosis by somebody who actually
17  specializes with regard to lung diseases of
18  emphysema in her records, correct?
19   A.   No, I can't say that.  I can look
20  through the records to find which page the word
21  emphysema is on so we can decide if it was a valid
22  diagnosis or not.
23   Q.   We can both agree the word emphysema
24  appears in her medical records, right?
25   A.   Yes, and can we agree that she was

Page 116

1  placed on oxygen because she has lung disease?
2    Q.   Well, I don't know why she was placed on
3  oxygen or what the thought process was or how the
4  word lung disease is used, so I'm not going to
5  agree to that.
6        Let me ask you this:  You're not forming
7  the opinion to a reasonable degree of medical
8  probability that Ms. Bellew's history of smoking
9  contributed or caused her Prolift-related
10  complications, correct?
11   MR. COMBS:  Object to the form.
12  BY THE WITNESS:
13   A.   No.  Smoking is a risk factor for
14  exposure, which we haven't seen.  But we were
15  talking about risk factors for recurrence why a
16  Prolift might be chosen as a surgery.
17   MR. SLATER:  Move to strike after "no."
18  BY MR. SLATER:
19   Q.   Ms. Bellew's neck condition did not
20  cause or contribute to her Prolift complications,
21  correct?
22   A.   No, not directly.
23   Q.   Ms. Bellew's back condition did not
24  cause Ms. Bellew's Prolift complications, correct?
25   A.   I don't know.

Page 117

1    Q.   You're not forming that opinion as you
2  sit here now, right?
3    A.   I think it may have contributed.  I
4  don't know.
5    Q.   But you're not forming that opinion to a
6  reasonable degree of medical probability.  You're
7  saying maybe but I can't say it to a reasonable
8  degree of medical probability, correct?
9    A.   Correct.  I am not saying it caused her
10  Prolift complications.  I am saying it could be a
11  contributing factor to her pelvic pain.
12   Q.   Could be, could not be.  You're not
13  saying more likely than not, right?
14   A.   Correct.
15   Q.   With regard to her neck pain, again,
16  you're not saying to a reasonable degree of medical
17  probability it was the cause of the complications
18  attributed to her Prolift, correct?
19   A.   No, but when a patient has chronic
20  myofascial problems in another part of the body and
21  lower back pain and neck pain, shoulder pain, she
22  may also have fibromyalgia which would be a
23  contributing factor.  So, I wish it had been
24  explored more in this patient, but I can't say for
25  sure she has it.

30 (Pages 114 to 117)

Denise M. Elser, M.D.

Page 118

1    Q.   Let me ask you this.  With regard to the
2  neck pathology that was operated on by a surgeon,
3  that did not cause or contribute to the Prolift
4  complications, correct?
5    A.   No.
6    MR. COMBS:  Object to the form.
7  BY THE WITNESS:
8    A.   Unless that's what's triggered her
9  fibromyalgia.  But other than that, no.
10  BY MR. SLATER:
11    Q.   Ms. Bellew's vascular condition did not
12  cause or contribute to her Prolift complications,
13  correct?
14    A.   No.
15    Q.   Meaning I'm correct?
16    A.   No, you're correct.
17    Q.   I just got to watch double negatives.
18        Is it your opinion that Ms. Bellew had
19  chronic fibromyalgia before the Prolift was put in
20  her body in other parts of her body away from the
21  pelvis?
22    A.   I think she may have.  I don't see a
23  diagnosis of fibromyalgia being made.  But I -- I
24  would be suspicious that she has it.
25    Q.   Have you formed an opinion to a

Page 119

1  reasonable degree of medical probability that
2  Ms. Bellew had fibromyalgia somewhere in her body
3  other than the pelvis before the Prolift was
4  implanted or are you just saying it's possible?
5    A.   I'm saying it's possible.
6    Q.   The -- rephrase.
7        Did you see that Ms. Bellew had a
8  mystery of migraine headaches?
9    A.   Yes.
10    Q.   Do you know whether Ethicon internally
11  believed that a woman with a chronic pain
12  condition, even migraines, would have an increased
13  risk for pain after Prolift surgery?
14    MR. COMBS:  Object to the form.
15  BY MR. SLATER:
16    Q.   Do you know what Ethicon thought about
17  that?
18    A.   I'd like to look at the monograph.
19  There might have been something about migraines in
20  the monograph, but I don't recall specifically.
21    Q.   If Ethicon Medical Affairs believed that
22  women with a chronic pain condition like migraines
23  or even fibromyalgia or anything like that could be
24  at increased risk to develop pain after Prolift
25  surgery, should that have been warned about in the

Page 120

1  IFU?
2    A.   No, because fibromyalgia was discussed
3  in the surgeons monograph.
4    Q.   Do all doctors see the surgeons
5  monograph before they use the Prolift?
6    A.   No, but I think it's available if
7  they -- if they want to see it.
8    MR. SLATER:  Move to strike after "no."
9  BY MR. SLATER:
10    Q.   Do you understand the purpose of the IFU
11  under federal regulations?
12    A.   No.  I understand how it's used in -- in
13  clinical practice.
14    Q.   But you don't know the purpose of the
15  IFU in terms of why it's put into the box with the
16  product?
17    A.   Correct.
18    Q.   When you told the FDA that rigorous
19  effective trials of native tissue repair comparing
20  to vaginal mesh would be required, did you mean
21  what you said?
22    MR. COMBS:  Object to the form.
23  BY THE WITNESS:
24    A.   I was presenting the ACOG opinion from
25  the committee.  This was not my personal -- these

Page 121

1  are not my personal statements.
2  BY MR. SLATER:
3    Q.   So, when you testified to the FDA to
4  that effect, you were telling the FDA this is what
5  ACOG thinks but you at the time did not believe
6  that to be true.  Do I understand you correctly?
7    A.   Yes, I disagreed with that one
8  statement.
9    Q.   When you told the FDA eventually the
10  best method to compare native tissue repair --
11  rephrase.
12        When you told the FDA that eventually
13  the best method to compare native tissue repairs
14  and vaginal mesh for prolapse is a randomized
15  controlled trial with adequate length of follow-up
16  and blinded assessment of outcome by independent
17  observers, was that ACOG's position?
18    A.   Yes.
19    Q.   Did you agree with that position?
20    A.   I think we talked about before the break
21  that I would not necessarily want to compare
22  patients to randomize them to native tissue or mesh
23  because it's not necessarily the same group of
24  patients in my book.  I think clinical judgment
25  plays a role.

Denise M. Elser, M.D.

Page 122

1        So, I personally disagreed with
2   randomizing native tissue to mesh, but I agree with
3   blinded assessment of the outcomes and long-term
4   follow-up.
5        Q.   And you don't believe that randomizing
6   patients to native tissue repair and Prolift, for
7   example, that such a study would be useful?
8        A.   It would be interesting but it would
9   have its limitations.
10        Q.   So, to the extent that any such studies
11   appear on your list, those would be studies you'd
12   say are interesting but not something you'd rely on
13   for your opinions.  Do I understand correctly?
14        A.   No.  I think you originally asked if
15   they were useful.  Yes, they are useful.  I don't
16   think it's the end-all -- necessarily going to be
17   the end-all-be-all study depending on the patient
18   population studied.
19        Q.   Do you agree with me that success rates
20   based solely on anatomic outcomes are inadequate?
21        A.   Yes.
22        Q.   Do you think the Altman study published
23   in the New England Journal of Medicine in 2011 is a
24   reliable study?
25        A.   Yes, I do.

Page 123

1        Q.   Did you ever -- well, you didn't --
2   rephrase.
3        You never read Dr. Drazen's deposition,
4   the editor of the New England Journal of Medicine,
5   you never read that, right?
6        A.   No.
7        Q.   And you haven't seen any documents
8   regarding Ethicon's input into that study?
9        A.   No.
10        Q.   If there is a systemic problem with the
11   POP-Q measurements in a study that is measuring
12   anatomic recurrences, you can't rely on the
13   recurrence rates, correct?
14        MR. COMBS:  Object to the form.
15        BY THE WITNESS:
16        A.   It would depend on what kind of
17   systematic problem there was.
18        BY MR. SLATER:
19        Q.   How about if the people reviewing the
20   data were finding impossible POP-Q measurements and
21   had no way of knowing whether the possible
22   measurements were actually accurate or not because
23   of questions of whether or not those doing the
24   measurements really understood the system.  In that
25   scenario would you agree that the recurrence rates

Page 124

1   would not be reliable?
2        MR. COMBS:  Object to the form.
3        BY THE WITNESS:
4        A.   No, I think it would depend if the
5   errors in measurement were consistent.
6        BY MR. SLATER:
7        Q.   Well, if there is an error in a POP-Q
8   measurement and the number that is put down is not
9   impossible, you can't always even tell that an
10   error has been made, correct?
11        A.   That sounds correct.
12        Q.   So, therefore, if impossible
13   measurements are being found and it's not just one
14   or two isolated incidents, you have to question
15   whether the balance of the measurements are
16   accurate as well, right?
17        A.   I think this is really theoretical.  So,
18   if it's a consistent error made and it's applied to
19   all the measurements, whether it's from one site or
20   one documenter or on both sides of the RCT, then as
21   long as it's a consistent error, it shouldn't
22   affect the overall outcome conclusion.
23        Q.   When you say it's theoretical, you're
24   saying that because you don't know that that
25   happens in any particular study, right?

Page 125

1        A.   Right.
2        Q.   If there were errors in the POP-Q
3   measurements, you would need to know more detail
4   about the extent and have the opportunity to
5   evaluate those measurements yourself before you
6   could say whether or not you would trust the
7   recurrence rates, correct?
8        A.   Well, I might consult a statistician
9   but, for example, if you're going to say a minus 2
10   measurement is always perfect and the person made a
11   mistake, every time it was minus 2, they said zero,
12   it's going to affect the overall end measurement
13   but may not -- may not change our conclusions if
14   the mistake is made consistently.
15        Q.   Yeah, I'm not looking -- with all due
16   respect, Doctor, I am not asking for reasons why it
17   may be that you could ultimately decide that the
18   numbers are okay.
19        This is my question:  If it was brought
20   to your attention that with regard to a particular
21   study there were questions about the POP-Q
22   measurements and documented errors were shown, you
23   would want to see the measurements, you'd want to
24   see the pattern of errors and then based on that
25   information you would then want to form an opinion

32 (Pages 122 to 125)

Denise M. Elser, M.D.

Page 126

1    of whether or not you still find the recurrence
2    rates to be reliable.  Is that a true statement?
3        MR. COMBS:  Object to the form.
4    BY THE WITNESS:
5        A.   No.  I would defer it to the editors who
6    have statisticians at their disposal to conclude
7    whether or not the document has -- is valid to
8    publish in their journal as well as the peer
9    reviewers.
10   BY MR. SLATER:
11       Q.   So you wouldn't want to look at the data
12   yourself to draw your own independent opinion?
13       A.   I don't think so.
14       Q.   Do you consider yourself to be an expert
15   with regard to clinical study design?
16       A.   I've been involved in clinical study
17   design, yes, but not -- I'm not an expert as far as
18   statistics.
19       Q.   Let me ask you something about the IFU.
20   Rephrase.
21           Let me ask you something about the
22   Prolift IFU.  What specific information would you
23   say actually needed to be in there to warn doctors
24   of risks and complications?  What did it need to
25   actually say?

Page 127

1        A.   Well, since the only thing unique about
2    Prolift as compared to other vaginal mesh repairs
3    or using mesh abdominally is really the introducers
4    and the arms, I'd say then it should have
5    information about the trocar arms, how they're
6    placed and the mesh arms, how they are adjusted.
7        Q.   In terms of risks and complications, do
8    I understand you correctly that there really
9    doesn't need to be any information in the IFU
10   regarding risks and complications from the Prolift
11   because you would assume doctors would just know
12   those on their own anyway?
13       MR. COMBS:  Object to the form.
14   BY THE WITNESS:
15       A.   Well, the -- since the Prolift -- it was
16   recommended to be used by surgeons who are familiar
17   with pelvic reconstructive surgery and have
18   experience with implanting synthetic mesh, I expect
19   risks specific to pelvic organ prolapse surgery or
20   placement of mesh to be known to people adopting
21   Prolift.
22           So, the unique things that I would want
23   to see in the IFU before adopting are what's unique
24   about the trocar delivery system and what's unique
25   about the mesh arms, either to lay them, to adjust

Page 128

1    them and perhaps to take care of them
2    postoperatively if there is something unusual.
3        Q.   So, coming back to my question.
4           Do I understand you correctly that from
5    your perspective the Prolift IFU did not need to
6    list the potential risks and complications from
7    using the Prolift?  Do I understand that correctly?
8        MR. COMBS:  Object to the form.
9    BY THE WITNESS:
10       A.   Again, I don't think you need to list
11   every -- every risk and every complication because
12   most of those should be known.
13   BY MR. SLATER:
14       Q.   Any that you think needed to be listed?
15       A.   Outside of what is listed or just
16   anything in general?
17       Q.   I want to ask -- I'm asking you if
18   you're going to -- if you were writing the Prolift
19   IFU, are there any risks and complications that you
20   think would need to be listed in the IFU?
21       A.   I would list the risks of placing the
22   trocars, how you place them, over your finger, with
23   the proper place to position your incision so that
24   you can pass the trocars through the obturator
25   space in the safest manner possible.

Page 129

1        Q.   So, if I understand, you're saying the
2    IFU from your perspective would need to explain how
3    to use the trocars but you wouldn't need to list
4    the risks or complications that could occur from
5    Prolift surgery.  Do I understand that?
6        MR. COMBS:  Object to the form.
7    BY THE WITNESS:
8        A.   Well, what clinicians use an IFU for
9    primarily is to understand the procedural steps if
10   it's an unfamiliar procedure.
11   BY MR. SLATER:
12       Q.   So I'm understanding you correctly, from
13   your perspective, the Prolift IFU did not need to
14   list any particular risks or complications,
15   correct?
16       A.   Unless they were unique to this device.
17       Q.   Well, are there any that you would say
18   are unique and needed to be included?
19       A.   What's unique to this?
20       Q.   That's not -- Dr. Elser, let me ask you
21   again.
22           You said unless they're unique and then
23   I asked you what do you think needed to be included
24   and then you asked me as if I was asking a new
25   question.  So, with all due respect, let's not go

33 (Pages 126 to 129)

Denise M. Elser, M.D.

## Page 130

1  in circles.  Okay?
2      A.  Okay.
3      Q.  So let's do this.  I'm going to come
4  back to my question.
5          Are there any specific risks or
6  complications that you think needed to be in the
7  Prolift IFU?
8      A.  You could talk about the risk if you
9  make the arms too tight, if improper tensioning is
10  used.  These are things that are unique to the
11  Prolift that would be helpful to a surgeon.
12      Q.  And what are those risks?
13      A.  Well, undue tension is placed on the
14  mesh arms, I expect a higher risk of pain
15  afterwards or fibrosis because of tension.
16          The thing that was unique to vaginal
17  mesh kits outside of the obturator trocars is the
18  full thickness dissection, which is talked about in
19  the surgeons monograph and is talked about in the
20  procedural videos.  But placing the mesh in the
21  proper space in the pelvis was new to using vaginal
22  mesh that was not necessarily always done with --
23  with mesh that was placed without a kit before
24  that.
25          MR. SLATER:  Move to strike.

## Page 131

1  BY MR. SLATER:
2      Q.  Doctor, I'm going to try this again.
3      A.  I'm sorry.  I guess I'm not
4  understanding what you want.
5      Q.  I don't know.  You're talking about the
6  monograph and I'm asking you a narrow question
7  about what needs to be in the IFU.  So, I'm not
8  really sure why we're talking about other
9  documents.  Let me try this again with you.
10          My question is what specific risks, not
11  what needs to be explained about how to do the
12  procedure.  Okay.  I'm not asking about what
13  procedural information needs to be given about how
14  to do the procedure.  Okay?
15      A.  Okay.
16      Q.  I'm not asking about that section of
17  describing the operation.
18          So now I'm asking you in the sections
19  titled "Warnings" and "Adverse Events," what risks
20  and complications need to be in the Prolift IFU in
21  those sections.  You've told me if the arm is too
22  tight that can lead to too much tension and a
23  higher risk of pain.  Any other risks that need to
24  be included in the IFU?  I just want a list.
25      A.  To be helpful to clinicians, no, because

## Page 132

1  everything else is known to vaginal surgeons.  If
2  you are asking me what needs to be listed because
3  of government regulations, I can't answer it.
4      Q.  Do you know whether somebody in Ethicon
5  Regulatory Affairs who was involved in drafting the
6  Prolift IFU has testified that it is not legitimate
7  to fail to warn of something based on an assumption
8  that doctors would know it?
9          MR. COMBS:  Object to form.
10  BY MR. SLATER:
11      Q.  Are you aware of that testimony?
12          MR. COMBS:  Object to form.
13  BY THE WITNESS:
14      A.  No.
15  BY MR. SLATER:
16      Q.  You noted in your report that Ms. Bellew
17  used pain medication for her orthopedic condition,
18  correct?
19      A.  Yes.
20      Q.  That's of no significance to you with
21  regard to the Prolift injuries that are at issue in
22  this case, correct?
23          MR. COMBS:  Object to form.
24  BY THE WITNESS:
25      A.  I mention it because my concerns are

## Page 133

1  somebody who has chronic pain in one area is more
2  likely to develop chronic pain in another part of
3  the body and chronic narcotics users are often
4  constipated and that may be underaddressed in the
5  Prolift patient.  So, chronic straining, well, it's
6  a risk factor for recurrent prolapse and a risk
7  factor for pelvic floor myofascial pain.
8  BY MR. SLATER:
9      Q.  From your perspective, if somebody has
10  chronic pain anywhere in their body before a
11  Prolift, they'd be at a higher risk to develop
12  chronic pain from the Prolift afterwards.  Do I
13  understand you correctly?
14      A.  Yes.
15      Q.  Is it true that you stopped using the
16  Prolift because you were concerned about patients
17  who were developing pain two to three years
18  postoperatively?
19      A.  I don't recall that.  I had some
20  patients with late onset of pain.  But I had -- I
21  had used the Prolift -- planned to use it right up
22  until the time that it was stopped being marketed.
23      Q.  Do you remember someone named Bart
24  Patterson?
25      A.  Yes, I do.

34 (Pages 130 to 133)

Denise M. Elser, M.D.

Page 134

1    Q.   You worked closely with Bart Patterson
2  from Ethicon professional education, correct?
3    A.   Yes.
4    Q.   And from time to time you would tell him
5  about your experience with various products sold by
6  Ethicon, right?
7    A.   Right.
8    Q.   And if Bart Patterson documented that
9  you had experienced some two-to-three-year
10 postoperative pain with some of your Prolift
11 patients so you were currently holding off on the
12 procedure for some of your patients, would that be
13 accurate?
14   A.   That sounds about right.
15   Q.   Which types of patients did you start to
16 hold off on using the Prolift with once you started
17 seeing two to three years postoperative pain
18 developing?
19       MR. COMBS:  Object to form.
20 BY THE WITNESS:
21   A.   I can't say.
22 BY MR. SLATER:
23   Q.   You do agree that when you started
24 seeing patients coming to you two to three years
25 after their Prolifts were placed suffering from

Page 135

1  chronic pelvic pain, you started to exclude some of
2  your patients as candidates for Prolift, correct?
3    A.   I do remember talking to Bart about
4  holding off a while while I saw how patients -- see
5  how patients responded, how they did with
6  treatment.
7    Q.   And that's because you started to
8  hold -- rephrase.
9        And that's because you started to
10 exclude some of your patients from the Prolift once
11 you started to see these postoperative chronic pain
12 two to three years after the surgery, right?
13   A.   Yeah, I don't remember the specific
14 communications and I don't remember which patients
15 I would have excluded.  So, I can't tell you
16 details.
17   Q.   You were excluding some of your patients
18 because you were concerned about long-term chronic
19 pelvic pain developing after Prolift, correct?
20   A.   I was concerned.
21   Q.   One of your concerns was that some of
22 those patients were developing contractions and
23 tension banding of the mesh and dyspareunia as a
24 result, correct?
25   A.   If they came back with pain later, it

Page 136

1  was usually at the mesh arm with some contraction
2  at the mesh arm.
3    Q.   In fact, Ms. Bellew about two years
4  after her Prolift surgery was found to have
5  contraction, banding, hardening of the mesh arm
6  leading to pain and dyspareunia which led to three
7  excision surgeries, correct?
8        MR. COMBS:  Object to the form.
9  BY THE WITNESS:
10   A.   Yes, she had pain at the mesh arm with
11 fibrosis and contraction there.
12 BY MR. SLATER:
13   Q.   I saw some places in your report where
14 you talked about the risks that are unique to the
15 Prolift and you talked about erosion and exposure,
16 right?
17   A.   Right.
18   Q.   Another risk that is unique to the
19 Prolift as compared to native tissue is mesh
20 contraction, mesh banding, mesh hardening and all
21 of the things that can flow from that, correct?
22   A.   Contraction around the mesh, right.  But
23 we can see fibrotic scar banding with native tissue
24 repairs.
25   Q.   If you see -- rephrase from "but"

Page 137

1  forward.
2        When there is fibrosis and fibrotic
3  bridging and contraction of the mesh, that does not
4  soften over time.  That remains hard and continues
5  to progress in many women.  Correct?
6        MR. COMBS:  Object to form.
7  BY THE WITNESS:
8    A.   No.
9  BY MR. SLATER:
10   Q.   Are you familiar with what Ethicon
11 thinks about that question, the people in that
12 company that have actually studied this subject?
13   A.   They may have studied a lot of things in
14 the lab.  I can explain how I feel it affects our
15 patients.
16   Q.   Let me ask you this:  Are you aware of
17 whether Ethicon is constantly in communication with
18 doctors and surgeons not only in the United States
19 but around the world about their products including
20 Prolift?
21   A.   I'm not aware to the extent, no.  I
22 imagine they are in contact with physicians who use
23 the products.
24   Q.   You made no effort to learn what Ethicon
25 Medical Affairs knew from its outreach to doctors

35 (Pages 134 to 137)

Denise M. Elser, M.D.

Page 138

1  around the world about the Prolift and the extent
2  of complications, correct?
3      A.   Correct.
4      Q.   When a woman has scarring after a native
5  tissue repair, that will usually soften and resolve
6  over the course of time, correct?
7      A.   Not necessarily.
8      Q.   I didn't say in all cases, but for the
9  most part it will, right?
10     A.   It depends on what it -- when it's
11  presenting.
12     Q.   The majority of the time that a woman
13  has some scarring and discomfort from that scarring
14  after native tissue repair, that will resolve over
15  time as the scar softens, correct?
16     A.   No.  Again, it depends when it presents.
17  If it's for six-week postoperative check and she
18  has pain and scarring, yes, that's likely going to
19  soften up with time.  If she comes back a year or
20  more after her surgery with a scar band that's a
21  very taut, contracted scar band, whether it's
22  around a suture or not, that may not soften up.
23     Q.   That would be very rare after a native
24  tissue surgery, right?
25     A.   I don't think it's very rare.

Page 139

1      Q.   Do you have any statistics or data you
2  can point to on that?
3      A.   We can talk about risk of -- new onset
4  of pain after native tissue repairs.
5      Q.   I'm talking about the specific issue --
6      A.   Specifically scar banding?
7      Q.   I'm talking about somebody having what
8  you called a scar band after native tissue repair
9  more than a year after the surgery.  That would be
10  rare, correct?
11     A.   It's -- most patients don't get it.  I
12  wouldn't call it rare.  We certainly see it on a
13  regular basis in our urogynecology practice.
14     Q.   If Ms. Bellew had had an alternative
15  procedure like native tissue repair with suture,
16  you can't say that she would have suffered any
17  particular complications from that.  That would be
18  speculative.  Correct?
19     MR. COMBS:  Object to form.
20  BY THE WITNESS:
21     A.   Yes.
22  BY MR. SLATER:
23     Q.   It's my understanding that you believe
24  Ms. Bellew has myofascial pain from pelvic floor
25  myalgia, correct?

Page 140

1      A.   Correct.
2      Q.   And you believe that it would be
3  appropriate for her to have physical therapy for
4  the pelvic floor and a dilator and other treatment
5  to try to resolve that or to make that better,
6  correct?
7      A.   I think physical therapy, pelvic floor
8  physical therapy, yes, absolutely.  Possibly she'd
9  benefit from a dilator.
10     Q.   Pelvic floor physical therapy is
11  invasive, correct?
12     A.   Usually.
13     Q.   Pelvic floor physical therapy is not
14  successful in all women in completely resolving
15  their myofascial pain in their pelvic floor.  In
16  fact, usually with somebody who has chronic pelvic
17  floor myalgia, at best it will just help to reduce
18  the pain, correct?
19     A.   I don't know if I agree.  It depends on
20  the quality of the physical therapist and the
21  patient's willingness to perform her exercises on a
22  regular basis.  But we see for the majority great
23  success with pelvic floor physical therapy.
24     Q.   Is there any study you can point to that
25  actually studied the question of the success of

Page 141

1  pelvic floor physical therapy in a woman with
2  chronic pelvic floor myalgia?
3      A.   No, there is not.  There is a paucity of
4  that data in our literature.  So I'm relying on
5  clinical experience.
6      Q.   Whether or not Ms. Bellew used estrogen
7  in her vagina had nothing to do with her developing
8  contractions and fibrosis of the mesh itself,
9  correct?
10     A.   No, not necessarily.  Estrogen does
11  promote healing and a thin post-menopausal vaginal
12  epithelium is more likely to sclerose and fibrose.
13     Q.   Well, the sclerosis and fibrosis of the
14  mesh occurred behind the vaginal wall, not in the
15  vaginal wall, correct?
16     MR. COMBS:  Object to form.
17  BY THE WITNESS:
18     A.   I don't think so.  I think in her case,
19  because it's being described by Dr. DeHasse as a
20  split thickness dissection, that it was placed in
21  the wall of the vagina, not behind it.
22  BY MR. SLATER:
23     Q.   You believe what was placed in the wall
24  of the vagina?
25     A.   The mesh.

36 (Pages 138 to 141)

Denise M. Elser, M.D.

Page 142

1    Q.   You don't believe there was a full
2   thickness dissection?
3    A.   I don't.
4    Q.   Is that opinion in your report?
5    A.   I believe it is.
6    Q.   From what you read in the procedure and
7   Dr. DeHasse's deposition, did she know about the
8   need for a full thickness dissection after taking
9   Ethicon's professional education course?
10    A.   I don't know what she knew about, but
11   she testified in her deposition that she performed
12   a split thickness dissection.
13    Q.   Did she say that for the entire Prolift
14   or was she talking about the hysterectomy?
15    A.   It would be for the Prolift portion.
16    Q.   The full thickness dissection is
17   performed in order to reduce the risk of mesh
18   exposure into the vagina, correct?
19    A.   Yes, but I believe it also helps prevent
20   the scarring and fibrosis.  If you have got a mesh
21   embedded in the skin, it's more likely to be stuck
22   in its position.
23    MR. SLATER:  Move to strike after "yes."
24   BY MR. SLATER:
25    Q.   Is there any document whatsoever that

Page 143

1   you can point to anywhere in the world that says
2   that the reason for the full thickness dissection
3   is to in any way impact on the risk of having
4   contraction or fibrotic bridging on the mesh?
5    A.   No, this is my clinical experience.
6    Q.   And are there patients you've seen where
7   you believe there was not a full thickness
8   dissection and they had mesh contraction that you
9   attributed to the type of dissection, that's
10   something you're saying you've seen in your
11   experience?
12    A.   Yes.
13    Q.   How many times?
14    A.   Several.  When we first used self-cut
15   mesh to put in the vagina, we were not doing full
16   thickness dissection.  It was not until more
17   experience and experiencing the fibrosis and the
18   extrusions at multiple sites from trying to put
19   mesh in a split thickness dissection that we
20   learned a better position was in the true
21   paravesical space behind the full thickness
22   epithelium.
23    Q.   The full thickness dissection is
24   contrary to the training and education of many
25   physicians who were trained to do split thickness

Page 144

1   dissections, correct?
2    A.   They were trained to do split thickness
3   native tissue repairs.
4    Q.   Right.  And to a large -- rephrase.
5    And it's fair to say that the full
6   thickness dissection is counterintuitive to many
7   physicians, correct?
8    MR. COMBS:  Object to the form.
9   BY THE WITNESS:
10    A.   It may be counterintuitive, but then
11   mesh may also be counterintuitive.
12   BY MR. SLATER:
13    Q.   Is the answer to my question yes, that
14   the full thickness dissection is counterintuitive
15   to many physicians?
16    MR. COMBS:  Object to form.
17   BY THE WITNESS:
18    A.   Yes.  For a general Ob-Gyn who trained
19   in a program where only native tissue repairs were
20   performed, they likely only learned split thickness
21   repairs, which applies only to native tissue
22   repair.
23   BY MR. SLATER:
24    Q.   You cannot say whether or not --
25   rephrase.

Page 145

1    You would agree with me it's more likely
2   than not that Ms. Bellew still would have had
3   contractions, fibrosis and hardening of the mesh
4   regardless of which type of dissection was
5   performed here, correct?
6    A.   No, I can't say that.
7    Q.   Do you have an opinion one way or the
8   other or you're just saying it's possible it could
9   have happened, possible it wouldn't have;
10   speculative but it's possible?
11    MR. COMBS:  Object to form.
12   BY THE WITNESS:
13    A.   I think it's very likely that if you put
14   the mesh in a split thickness in the wall of the
15   epithelium, you're causing fibrosis, more likely to
16   cause scarring.
17   BY MR. SLATER:
18    Q.   It would be speculative what -- to say
19   what would have happened if a full thickness
20   dissection was done as you've said?
21    MR. COMBS:  Object.
22   BY MR. SLATER:
23    Q.   Is that fair?
24    MR. COMBS:  Object to form.
25   BY THE WITNESS:

37 (Pages 142 to 145)

Denise M. Elser, M.D.

Page 146

1      A.   Yes.
2   BY MR. SLATER:
3      Q.   Yes?
4      A.   Yes.
5      Q.   I'm not -- just so you know, I'm not
6   badgering you. Just sometimes the sound, I can't
7   tell what you're saying.
8      A.   Oh, you didn't sound like you were
9   badgering me that time.
10     Q.   I try to be clear when I am badgering.
11     A.   Okay.
12     Q.   When I'm badgering you, Mr. Combs turns
13  red in the face.
14     A.   I'm not supposed to look at him.
15     Q.   Well, you will see the room glow if I'm
16  doing my job.
17          Let me ask you this. I think we might
18  have touched on it earlier. I just want to be
19  sure.
20          Do you have an opinion based on any
21  particular study of documents or any other
22  information as to the size of the mesh pores in the
23  Prolift when it's actually put into the body?
24     A.   No.
25     Q.   On page -- do you have your report

Page 147

1   handy?
2      A.   I should.
3      Q.   Look at page 12, please. Tell me when
4   you're on page 12?
5      A.   I'm there.
6      Q.   On page 12 you cite to an article by
7   Fatton, F-a-t-t-o-n, and some members of the TVM
8   group regarding the Prolift, right?
9      A.   Right.
10     Q.   You cite some statistics that were
11  reported, some data from that study, correct?
12     A.   Right.
13     Q.   Do you think it's important that when
14  you cited data from a study in your report that you
15  were evenhanded and cited the data that may be good
16  or may be bad or vice versa?
17          Let me ask it differently.
18          Do you think it was important when you
19  cited data in your report to be fair and balanced
20  in how you did it to give a full view of the
21  important data?
22     A.   I pulled up data that I recalled that I
23  thought was important to know about Prolift. I
24  wasn't looking for an equal amount of bad data or
25  good data.

Page 148

1      Q.   Well, you took some data from a table
2   that gave three-month data. What you didn't cite
3   from that table was the 17% shrinkage rate. You
4   didn't cite that in your report, correct?
5      A.   Correct.
6      Q.   You knew about the 17% shrinkage rate,
7   correct?
8      A.   I read about the 17% shrinkage rate and
9   I've always found it difficult to imagine how they
10  measured it.
11     Q.   Are you saying that you don't believe
12  that Jacquetin and Fatton and Cosson and the French
13  TVM group could credibly document the shrinkage for
14  their patients from the Prolift procedure that they
15  created?
16     A.   No, I think these are very good
17  researchers and they certainly know the product and
18  have the most experience. I'm just never sure how
19  to apply that kind of information clinically to my
20  patients.
21     Q.   Did you make a conscious decision not to
22  include the 17% shrinkage rate that was found in
23  that study?
24     A.   No, I don't recall having that
25  conversation with myself. It never came up should

Page 149

1   I include this or not. I looked at the information
2   I thought was pertinent.
3      Q.   You would agree that the 17% shrinkage
4   rate at three months is significant, correct?
5      A.   I don't know.
6      Q.   In this case where mesh
7   shrinkage/contraction is the complication that was
8   suffered by Ms. Bellew, wouldn't the 17% shrinkage
9   rate found at three months by the inventors of the
10  Prolift be of significance?
11     MR. COMBS:  Object to form.
12  BY THE WITNESS:
13     A.   No.
14  BY MR. SLATER:
15     Q.   Are you aware of any clinical data
16  reported by the French TVM group regarding the
17  percentage of women treated with Prolift suffering
18  from painful mesh contraction due to the Prolift?
19     A.   I'm sure I have it. I don't have it at
20  the tip of my brain now.
21     Q.   It's not cited anywhere in your report,
22  correct?
23     A.   Right.
24     Q.   Are you familiar with the study authored
25  by Velemir, Fatton, Jacquetin regarding ultrasound

38 (Pages 146 to 149)

Denise M. Elser, M.D.

Page 150

1  and tracking retraction of Prolift mesh?
2      A.  No.
3      Q.  On page 14 of your report you cite the
4  Altman RCT from 2011 and you indicate that the
5  patients who returned to surgery to treat mesh
6  exposure was 3.2% of the patients, right?
7      A.  Correct.
8      Q.  There is no information in that article
9  about the total erosion or exposure rate.  They
10  just tell the percentage that went back for
11  surgery, right?
12     A.  That's right.
13     Q.  And they don't define surgery so you
14  don't know if someone getting an operative
15  procedure in an office versus a hospital was
16  counted.  We don't know that, right?
17     A.  Right.  We don't know if it was or was
18  not.
19     Q.  The Withagen study from 2011 you cited
20  just below that on page 14.  They found about 17%
21  of the patients had mesh exposure, right, into the
22  vagina?
23     A.  Right.
24     Q.  I'd like you to assume that there are --
25  rephrase.

Page 151

1      I'm going to talk to you about the
2  Blandon article in the abstract a little bit with
3  you.  Okay?
4      A.  Okay.
5      Q.  I'd like you to assume for this question
6  that Ethicon knew that there were doctors who would
7  use the Prolift who would not have known that the
8  very serious complications described in that
9  article were potential risks with the Prolift, and
10  I'd like you to assume Ethicon knew those risks as
11  of the date the Prolift first went on the market.
12  Okay?
13     MR. COMBS:  Object to the form.
14  BY THE WITNESS:
15     A.  Okay.
16     Q.  Do you understand my hypothetical?
17     A.  Yeah.
18     Q.  Assuming my hypothetical to be true,
19  would you agree that those risks described in the
20  Blandon article should have been disclosed in the
21  IFU?  Yes or no.
22     A.  That patients may have mesh exposures,
23  contractions that require more than one surgery to
24  fix?
25     Q.  The full scope of complications

Page 152

1  described in that article, the very severe
2  complications described.
3      MR. COMBS:  Object to form.
4  BY THE WITNESS:
5      A.  I would say, then, it depends on the
6  rate.  If it's a rare complication or not, it's
7  hard to say how much information needs to go in the
8  IFU.
9  BY MR. SLATER:
10     Q.  So you can't form an opinion on that one
11  way or another or you're saying -- rephrase.
12     So you're saying that information would
13  need to be in the IFU if Ethicon knew it and knew
14  it was going to happen to some women from the
15  Prolift.  Would you agree with that?
16     MR. COMBS:  Object to form.
17  BY THE WITNESS:
18     A.  Again, I think I would not expect to
19  read in an IFU every rare complication.  It depends
20  how much of a problem it's going to be clinically.
21  BY MR. SLATER:
22     Q.  Well, you don't know what the rate of
23  the most severe life-changing complications from
24  the Prolift is.  You don't have that data, right?
25     MR. COMBS:  Object to form.

Page 153

1  BY THE WITNESS:
2      A.  Correct.
3  BY MR. SLATER:
4      Q.  If Ethicon knew that those very severe
5  complications described in the Blandon article were
6  going to happen to some patients due to the
7  Prolift, they knew that, and they knew that would
8  not be known by all of the doctors using the
9  Prolift, would you agree with me in that
10  circumstance that those risks of those very severe
11  complications should have been disclosed in the
12  IFU?
13     A.  No.  And, again, because the IFU is not
14  the only document we rely on and even the surgeons
15  starting to use Prolift were -- were advised to be
16  familiar with pelvic reconstructive surgery and use
17  of permanent implants.
18     So, I would expect that people using
19  Prolift would know something about complications
20  implanting mesh.
21     MR. SLATER:  Move to strike after "no."
22     MR. COMBS:  Adam, we have been going for over
23  an hour now.  Sometime in the next five minutes
24  let's take a break.
25     MR. SLATER:  We can take a break right now.

39 (Pages 150 to 153)

Denise M. Elser, M.D.

Page 154

1    MR. COMBS:  Okay.
2    THE VIDEOGRAPHER:  The time is 2:26 p.m. We
3  are going off the video record.
4        (WHEREUPON, a recess was had
5         from 2:26 to 2:41 p.m.)
6    THE VIDEOGRAPHER:  The time is 2:41 p.m. and
7  we are back on the video record.
8  BY MR. SLATER:
9    Q.  Okay.  Doctor, do I understand your
10  testimony to be if there is something that Ethicon
11  needed to tell surgeons about risks and
12  complications about the Prolift and Ethicon failed
13  to do so in the IFU, that's okay as long as they
14  gave that information in the surgeons monograph?
15    MR. COMBS:  Object to the form.
16  BY THE WITNESS:
17    A.  It's hard for me to answer that because
18  you said if it's something that they need to tell
19  surgeons.  And that --
20    Q.  That's right because you only thought
21  there was thing they needed to tell --
22    A.  Well, it's a bit subjective but the
23  monograph was --
24    Q.  Let's talk about the monograph.
25    A.  Okay.

Page 155

1    Q.  Do you know whether all the information
2  in this monograph is true?
3    A.  I don't know.  I'd be happy to go
4  through it with you.
5    Q.  I don't want to go through it with you.
6  I want to ask you.  You're the expert.  You listed
7  this in your report and you've told me it's one of
8  the few documents you're relying on.
9        So, I'm asking you.  Is all the
10  information in the monograph true?
11    A.  I can't say it's all true.  Certainly
12  some of it's going to be opinion that's going to
13  vary among surgeons.  But largely it's a good place
14  for surgeons to get information about this
15  procedure.
16    Q.  Do you know what Ethicon Medical Affairs
17  thought as to whether or not most doctors
18  understood the tension-free concept in connection
19  with the Prolift?
20    A.  No.
21    Q.  And you don't know whether most doctors
22  understood it or not, right?
23    A.  Correct.
24    Q.  You would agree that if the tension-free
25  concept was not understood and mesh ended up under

Page 156

1  tension after closure of the incisions, that could
2  increase the risk for complications, right?
3    A.  Yes.
4    Q.  You would also agree that even a doctor
5  who is fully trained, follows the Prolift technique
6  down to the T, can end up with tension on the mesh
7  that can lead to complications, correct?
8    A.  Yes.
9    Q.  Is it your opinion that the surgeons
10  monograph can be a substitute for the IFU in
11  providing information about risks and complications
12  to physicians?
13    A.  In clinical use, yes.
14    Q.  In terms of how the medical device
15  company Ethicon is supposed to operate in the real
16  world in providing information to doctors, was
17  Ethicon allowed to provide information in a source
18  other than the IFU even if that information
19  belonged in the IFU?
20    MR. COMBS:  Object to the form.
21  BY THE WITNESS:
22    A.  I don't know what they're allowed to do
23  or supposed to do or what -- what federal rules or
24  regulatory guidance applies.  I know how surgeons
25  get their information and it's not typically that

Page 157

1  the IFU is their one and only go-to source.  They
2  would look to literature, experience, colleagues,
3  monographs.
4  BY MR. SLATER:
5    Q.  Well, that's just the doctors you've
6  spoken to and that you know, right?
7    A.  I can't know what every other doctor
8  does, but I have interacted with doctors at all
9  levels, in teaching institutions, at the
10  preceptorships.
11    Q.  How many doctors have you spoken to
12  about whether or not they read and rely on the IFU
13  to tell them the risks or complications with a mesh
14  kit?  How many doctors have you had that specific
15  conversation with?
16    A.  I may not have had that exact
17  conversation.  But I know from the preceptorships,
18  interacting with dozens of surgeons wanting to
19  bring vaginal mesh into their practice or
20  specifically the Prolift into their practice, their
21  main concern with IFU was procedural steps.  This
22  was not the document they looked to for
23  complications.
24    MR. SLATER:  Move to strike from "but"
25  forward.

Denise M. Elser, M.D.

Page 158

1    BY MR. SLATER:
2        Q.   Have you ever asked another doctor, "Do
3    you look to the IFU to learn what the risks and
4    complications of this procedure are" with regard to
5    any particular kit?  Have you ever asked a doctor
6    that question?
7        A.   No.
8        Q.   You would agree with me that there is
9    not data establishing that the use of topical
10   estrogen has any true impact on whether or not a
11   woman will have complications with the Prolift,
12   correct?
13       MR. COMBS:  Object to form.
14   BY THE WITNESS:
15       A.   Correct.
16   BY MR. SLATER:
17       Q.   And you cannot say that if Ms. Bellew
18   had used estrogen either more often or in different
19   quantities that that would have prevented any of
20   her complications, correct?
21       A.   No, we can't say for sure in this case,
22   but we know that estrogen does seem to promote
23   wound healing.
24       Q.   You can't say that the use of estrogen
25   would have had any impact on the complications that

Page 159

1    Ms. Bellew had with the Prolift.  That would be
2    speculation, correct?
3        A.   Right.  We cannot say for sure.
4        Q.   It would be speculative, correct?
5        A.   Yes, but the -- we believe it's such an
6    important factor, we counsel our patients, we don't
7    know for sure if you will heal better with estrogen
8    but we advise you to use it to help prevent your
9    chances from getting a complication.
10       Q.   Doctors tell patients to use the
11   estrogen, but it's not been established that it
12   actually helps to prevent Prolift complications,
13   correct?
14       A.   I don't know of it being studied
15   specifically preventing mesh complications.
16       Q.   Nothing you can point to, right?
17       A.   Correct.
18       Q.   I went through the -- let me ask you
19   this: If Ethicon knew that in some women they
20   could have Prolift complications, the women could
21   go through multiple operations, and despite that,
22   the complications could not be safely and
23   effectively treated and the woman would be left
24   with permanent and chronic pain, if Ethicon knew
25   that, should they have warned about that in the

Page 160

1    Prolift IFU?
2        MR. COMBS:  Object to the form.
3    BY THE WITNESS:
4        A.   Again, I don't know that the
5    complications need to be spelled out in the IFU
6    from a clinical point of view.
7    BY MR. SLATER:
8        Q.   Just asking about that complication.
9    What I just described, if Ethicon knew that, should
10   they have warned about it in the IFU?
11       A.   No.  Again, the IFU is more important
12   clinically as a procedural guidance and there is
13   other -- there is other areas where physicians get
14   their information about the complications.
15       Q.   I think I understand you now.  Let me
16   ask you this.  Tell me if I'm correct.
17       A.   Okay.
18       Q.   From your perspective the IFU is a
19   source of information for doctors as to how to do
20   the procedure.  There are other places that doctors
21   should go if they want to learn about the risks and
22   complications of the procedure.  Do I understand
23   you?
24       A.   Yeah, there's other places they go.
25   They rely on their experience, they rely on

Page 161

1    colleagues, they rely on conferences, literature.
2    There's much more goes into it than the IFU
3    stating --
4        Q.   So, from your perspective, from your
5    perspective in your opinion, the purpose of the IFU
6    is not to provide the risks and complications known
7    to Ethicon regarding the Prolift to physicians.
8    That's your perspective and your opinion, correct?
9        A.   That's my opinion and the Instructions
10   for Use, how do I use this in the OR.  That is how
11   it's going -- I believe will be accepted by most
12   surgeons.  And you just gave me -- I want to do
13   this study now.  I'm going to survey all kinds of
14   gynecologic surgeons to see if they even know what
15   an IFU is.
16       MR. SLATER:  Move to strike from "that"
17   forward.
18   BY MR. SLATER:
19       Q.   Let me ask you this.  If Ethicon knew
20   that some women would suffer complications from the
21   Prolift that would be severe and that despite
22   multiple operations the woman could not be safely
23   and effectively treated and would be left with
24   permanent chronic pain, if Ethicon knew that, would
25   you agree with me they needed to get that

41 (Pages 158 to 161)

Denise M. Elser, M.D.

Page 162

1    information to physicians in some form, whether
2    through the IFU or some other document from
3    Ethicon, they needed to get that information to
4    doctors?
5        MR. COMBS:  Object to form.
6    BY THE WITNESS:
7        A.   Yes, we would like to have that
8    information.
9    BY MR. SLATER:
10       Q.   With regard to all of the very serious
11   complications described in the Blandon article,
12   would you agree to the same thing, that Ethicon
13   needed to get that information to doctors in some
14   form if they knew those were going -- were risks
15   with the Prolift?
16       MR. COMBS:  Object to the form.
17   BY THE WITNESS:
18       A.   Well, I think that long list of
19   complications, some are not specific to Prolift.
20   There are complications of vaginal surgery, vaginal
21   mesh.
22   BY MR. SLATER:
23       Q.   My question is if Ethicon Medical
24   Affairs has admitted that they knew that all of
25   those complications described in that article were

Page 163

1    risks with the Prolift, if they knew that, would
2    you agree they needed to get that information out
3    to surgeons, whether in the IFU or some other
4    document, so it would be available to doctors?
5        MR. COMBS:  Object to the form.
6    BY THE WITNESS:
7        A.   Again, I think physicians need to
8    understand the risk of surgery they're undertaking,
9    whether they are looking to the company to provide
10   that information or the literature, there is other
11   sources.
12       MR. SLATER:  Move to strike.
13   BY MR. SLATER:
14       Q.   My question is what the company needed
15   to do in your opinion.  Do you agree that Ethicon,
16   if they had that information, needed to get that
17   out to surgeons either in the IFU or some other
18   document so that they would get that out to
19   doctors?  Do you agree with that?
20       A.   Yes, with the caveat that this
21   information is -- was frequently already out there
22   in the literature known to physicians.  It's hard
23   to know when it's the company's job to say, hey, do
24   you know you can get a wound infection after you
25   make a wound.  A lot of this --

Page 164

1        MR. SLATER:  Move to -- move to strike after
2    the word "yes."
3    BY MR. SLATER:
4        Q.   In essence your opinions about what
5    Ethicon needed to warn doctors about is not with
6    reference to any standards that actually exist in
7    the medical device world about what Ethicon was
8    required to do.  You're just talking about
9    subjectively what you think the rules should be.
10   Correct?
11       MR. COMBS:  Object to the form.
12   BY THE WITNESS:
13       A.   Yes, I don't know what the regulatory
14   obligation of the company to notify surgeons is,
15   when the complication is serious enough or when
16   it's common enough.
17            But as a clinician who wants to know
18   about complications that are unique to a device, I
19   want that communicated in some way.
20            Now, if Ethicon has a laparoscopic
21   trocar and we find out you can put it in someone's
22   bellybutton and hit the aorta, is that something
23   the company needs to call and tell us about or put
24   in the IFU when it's a known risk of placing a
25   sharp instrument in the belly?  It's a very serious

Page 165

1    complication.
2        MR. SLATER:  Move to strike from "now"
3    forward.
4    BY MR. SLATER:
5        Q.   When you give the opinion that the IFU
6    adequately warned surgeons of the potential risks
7    with the Prolift, which is the opinion in your
8    report, correct?
9        A.   Correct.
10       Q.   You're basing that opinion on your
11   foundational opinion that the IFU is not a place
12   where Ethicon was required to provide information
13   about risks and complications of the Prolift,
14   correct?
15       MR. COMBS:  Object to form.
16   BY THE WITNESS:
17       A.   They do warn of risks and complications
18   in the IFU.
19   BY MR. SLATER:
20       Q.   That's not what I'm asking you.
21       A.   Then can you ask me again.
22       Q.   Is it your opinion that since Ethicon
23   didn't needed to provide information about risks
24   and complications in the IFU, whatever they
25   provided was adequate because they didn't need to

42 (Pages 162 to 165)

Denise M. Elser, M.D.

Page 166

1  provide that information to begin with?
2      MR. COMBS:  Object to form.
3  BY THE WITNESS:
4      A.   They are -- I guess I need to ask you a
5  clarifying question.
6      If -- if there is an IFU out there and a
7  complication gets reported, does it now need to get
8  put into the IFU?
9  BY MR. SLATER:
10      Q.   You're asking me that question?
11      A.   Yeah.  I'm asking if that's what you're
12  asking me.
13      Q.   You don't know -- that's not what I'm
14  asking you.  You don't know the answer to that
15  question, do you?  The one you just asked me you're
16  asking because you don't know, right?
17      A.   Oh, I'm not doing your job.
18      No, I want -- I want to know if that's
19  what you're asking me.  Are you talking about
20  getting it into the IFU that's already out there or
21  just the IFU from Day One?
22      Q.   Well, first of all, now that you ask me
23  to clarify, first of all, from Day One.
24      Is it your opinion the IFU adequately
25  warned of the potential risks with the Prolift

Page 167

1  since from your perspective Ethicon didn't need to
2  warn of any risks anyway so whatever they put in
3  there is more than they needed to do anyway?
4      MR. COMBS:  Object to the form.
5  BY MR. SLATER:
6      Q.   Do I understand you?
7      A.   Yeah, and they did have warnings about
8  the complications.
9      Q.   Do I understand -- so I understand your
10  opinion, correct?
11      A.   Correct.
12      Q.   I'm going to ask you a different
13  question now relating back to what you asked me.
14      Once the IFU is out there, if Ethicon
15  learned of a risk or a complication that was not
16  previously warned about and it was a significant
17  risk or complication in terms of the harm it could
18  cause to a woman, do you know whether or not
19  Ethicon had any obligation or have any opinion
20  whether they had any obligation to get that
21  information out to doctors?
22      A.   I don't know what the obligations are.
23  So, do they get -- would it be updated on a regular
24  time interval or is it depending on when
25  complications happen?

Page 168

1      Q.   Again, in forming your opinions, you
2  don't know what Ethicon's obligations were to warn,
3  correct?
4      A.   Correct.
5      Q.   So, your opinions are not based on what
6  Ethicon was obligated to do from any source, right?
7      MR. COMBS:  Object to the form.
8  BY THE WITNESS:
9      A.   I -- my opinion is that as a surgeon who
10  has -- who does pelvic reconstructive surgery and
11  using mesh that what I expect the company put in
12  the IFU to help me understand how to do pelvic
13  reconstructive surgery with mesh may not include
14  every single complication.
15      MR. SLATER:  Move to strike.
16  BY MR. SLATER:
17      Q.   All I'm saying is the opinions you're
18  offering about the warnings are not based on any
19  standard whatsoever as to what Ethicon was required
20  to do because you don't know what they were
21  required to do, right?
22      A.   No, I'm commenting on what the average
23  pelvic surgeon needs to know.
24      MR. SLATER:  Move to strike.
25  BY MR. SLATER:

Page 169

1      Q.   Is the answer to my question yes?
2      MR. COMBS:  Object to form.
3  BY THE WITNESS:
4      A.   Yes.
5  BY MR. SLATER:
6      Q.   I'd like you to assume -- no, I'll
7  withdraw that.  Just give me one second.  I'm
8  almost done.
9      I didn't finish with your materials in
10  your report.  Let's go to the end of your report,
11  the last two pages.
12      The second-to-last page of your report
13  of Attachment B is a list of expert reports,
14  depositions, other and medical records.
15      Do you see that?
16      A.   Yes.
17      Q.   With regards to those categories of
18  documents, that's all you saw.  And, of course, the
19  medical records go over to the next page.  You
20  didn't see any other expert reports, depositions or
21  medical records, correct?
22      A.   I have since seen some more depositions
23  and expert reports.
24      Q.   Did you read or rely on any of those
25  depositions or expert reports?

43 (Pages 166 to 169)

Denise M. Elser, M.D.

Page 170

1      A.   Not for this report, no, because I read
2  those afterwards.
3      Q.   What I'm asking you is as you sit here
4  now, are you relying on any other depositions or
5  expert reports other than what's listed here for
6  your opinions?
7      A.   No, I don't think so.
8      MR. SLATER:  Hey, Phil.
9      MR. COMBS:  Yes.
10     MR. SLATER:  I know that a Deposition Notice
11  was served.  My guess is your position is you will
12  respond to it in due course but not today?
13     MR. COMBS:  Yeah, that's correct, Adam.  And
14  we have brought the materials that Dr. Elser had
15  that would be responsive.  But I'll tell you, other
16  than the case-specific stuff, it's the same stuff
17  that she brought when Tom Cartmell deposed her in
18  Edwards.  You all have got it all.
19         Absolutely we are going to forward to
20  you the invoices and billing records.  I asked
21  Dr. Elser this morning if she had prepared a bill
22  in Bellew.  She hadn't.  If you want to ask her
23  what the approximate total is going to be, please
24  feel free to do so.  But we obviously will provide
25  that to you.

Page 171

1      MR. SLATER:  Let me tell you what I'd like to
2  do.  To the extent the medical records are listed
3  in the expert report, I don't need to mark those.
4  To the extent -- I know that the article that was
5  mentioned earlier I'm going to need that and I
6  guess we forgot about it.  But you can -- I'd like
7  to have that sent over to me.
8      MR. COMBS:  Yes.
9      MR. SLATER:  Do we know the title of it now?
10     MR. COMBS:  Let's go ahead -- let's go off the
11  record just for a second off the video.  Let's you
12  and I talk and we will assemble that.
13     THE VIDEOGRAPHER:  The time is 3:02 p.m. and
14  we are going off the video record.
15         (WHEREUPON, discussion was had off
16         the record.)
17     THE VIDEOGRAPHER:  The time is 3:05 and we are
18  back on the video record.
19         (WHEREUPON, a certain document was
20         marked Elser Deposition Exhibit
21         No. 2, article, "Myofascial Pelvic
22         Pain" by Spitznagle and Robinson,
23         for identification, as of
24         09/16/2014.)
25  BY MR. SLATER:

Page 172

1      Q.   Doctor, we've marked as Exhibit Elser 2
2  the article that you had mentioned to me earlier as
3  being in addition to what was on your -- listed in
4  your report.  Can you just read the title of it
5  real quick?
6      A.   It's called "Myofascial Pelvic Pain" and
7  the authors are Spitznagle and Robinson who are
8  both doctors of physical therapy and it was in
9  Ob-Gyn Clinics of North America published in 2014.
10     Q.   March 14, this year?
11     A.   In 2014.  I don't have a month on it.
12     Q.   Is that article of some significance to
13  you?
14     A.   Oh, it talks about different treatments
15  for myofascial pelvic pain, including defining it
16  and what some symptoms might be and how to treat
17  it.
18     Q.   Myofascial -- rephrase.
19         Myofascial pelvic pain like Ms. Bellew
20  has in your opinion can be treated with the types
21  of treatments described in that article and in some
22  women it will not resolve and remain a permanent
23  condition, right?
24     A.   It can remain a chronic condition, yes.
25     Q.   Now, can you give us -- I know that

Page 173

1  you're going to produce your invoices through
2  counsel to us and we just talked about that off the
3  video record.
4         But can you just give me the best
5  estimate you can of the amount of time you've spent
6  on this case and the amount of billing?
7      A.   It will likely be between 100 to 130
8  hours.
9      Q.   And what's your billing rate again?
10     A.   600 for the review and meetings and -- I
11  mean, 500 an hour and then 600 an hour for today.
12     Q.   With regard to what was requested in
13  this Deposition Notice, it's my understanding that
14  you have with you obviously the article we just
15  marked, copies of the medical records listed in the
16  report, and anything else you have with you is
17  listed in the report already, correct?
18     A.   I believe so.
19     Q.   And we already went through at the
20  beginning of the deposition and even recently when
21  you talked about the recent materials, you've
22  already told me what it is you actually relied on
23  to form your opinions in this case, correct?
24     A.   Yes.
25     MR. SLATER:  I don't have any other questions.

Denise M. Elser, M.D.

Page 174

1    MR. COMBS:  Adam, we are going to have some
2    redirect.  It won't be extensive.  Let's take about
3    a ten-minute break and then we'll come on and do
4    that.
5        MR. SLATER:  Splendid.
6        THE VIDEOGRAPHER:  The time is 3:07 p.m. and
7    we are going off the video record.
8        (WHEREUPON, a recess was had
9            from 3:07 to 3:29 p.m.)
10       THE VIDEOGRAPHER:  The time is 3:29 p.m. and
11   we are back on the video record.
12           EXAMINATION
13   BY MR. COMBS:
14       Q.   Dr. Elser, I'm going to ask you some
15   questions now.
16           Do you remember the questions that
17   Mr. Slater asked you regarding Ms. Bellew and
18   whether she presented with dyspareunia?
19       A.   Yes.
20       Q.   Now, in her deposition did Ms. Bellew
21   discuss presentation of dyspareunia prior to the
22   Prolift implantation?
23       A.   At her deposition she was asked if she
24   talked with anyone about the upcoming surgery.
25   This was the initial implant surgery.  And she said

Page 175

1    she talked it over with her long-term boyfriend,
2    and the main thing they talked about was how long
3    it would be before she could have sex again and
4    that was an important issue because they had not
5    been able to have sex because it hurt.
6        Q.   Now, Dr. Elser, have you conducted
7    surveys related to baseline dyspareunia rates of
8    the patients that present to you for
9    urogynecological treatment?
10       A.   Yes, in 2009 I presented an abstract on
11   baseline sexual function of women presenting with
12   urogynecologic problems to our clinic.  So, it was
13   all -- we took all new patients over a 12-month
14   period.  And the baseline dyspareunia rate was
15   37 percent.
16       Q.   And that was of the patients that
17   presented to you that -- that calendar year for
18   urogynecological treatment?
19       A.   Right.  That's all the new patients that
20   I saw in a calendar year.
21       Q.   Dr. Elser, Mr. Slater asked you numerous
22   questions about the IFU.  You are not an expert in
23   regulatory affairs, are you?
24       A.   No.
25       Q.   You're not an expert in government

Page 176

1    regulations, are you?
2        A.   No.
3        Q.   And is your opinion regarding the IFU
4    based upon how an IFU is used by clinicians?
5        A.   Yes.  My interactions with clinicians
6    for a variety of procedures, at preceptorships, at
7    training residents, learning new procedures in the
8    OR.
9        Q.   And have you reviewed the IFU that was
10   in place for Prolift at the time of Ms. Bellew's
11   surgery?
12       A.   Yes, I have.
13       MR. COMBS:  And we'll mark that as Elser
14   Exhibit 3.
15       (WHEREUPON, a certain document was
16           marked Elser Deposition Exhibit
17           No. 3, Gynecare Prolift IFU; Bates
18           Nos. ETH.MESH.02341454 - 02341459
19           for identification.)
20   BY MR. COMBS:
21       Q.   And, Dr. Elser, is it your opinion that
22   this IFU adequately conveyed the risks to surgeons
23   that were using the Prolift system?
24       MR. SLATER:  Objection.
25   BY THE WITNESS:

Page 177

1        A.   So, this Prolift IFU has the list of
2    contraindications, warnings, precautions and
3    adverse reactions.  And these were adequate,
4    included, carefully placing it to avoid damage to
5    vessels, nerves, bladder, bowel, what the patient
6    should avoid postoperatively, avoid placing excess
7    tension on the mesh implant during handling.
8    BY MR. COMBS:
9        Q.   And during your testimony did you talk
10   several times about the fact that the IFU makes a
11   reference to surgeons that are implanting the
12   Prolift device should be surgeons who have used
13   this type of procedure before?
14       A.   Yes.
15       MR. SLATER:  Objection.
16   BY MR. COMBS:
17       Q.   And does the IFU also make it clear on
18   the first page of it that training is recommended
19   and available for Prolift?
20       A.   Yes, it does.
21       MR. SLATER:  Objection.
22   BY MR. COMBS:
23       Q.   And did you participate in that prof ed
24   training?
25       A.   Yes, I did.

45 (Pages 174 to 177)

Denise M. Elser, M.D.

Page 178

1      Q.   Now, is your opinion based upon the
2   adequacy of the IFU based upon other things in
3   addition to the review of the IFU?
4      MR. SLATER:  Objection.
5   BY THE WITNESS:
6      A.   Yes, because the training was offered.
7   It was offered with -- in a didactic cadaver lab to
8   go see someone with more experience use the product
9   for the first time and to have a surgeon come to
10  the hospital to be there to observe the first few
11  cases.
12  BY MR. COMBS:
13     Q.   And have you had -- well, strike that.
14        Is your opinion regarding the risk
15  information that was conveyed to surgeons also
16  based upon your review of the clinical literature?
17     A.   Yes.
18     MR. SLATER:  Objection.
19  BY MR. COMBS:
20     Q.   Is it also based upon your membership in
21  professional societies?
22     MR. SLATER:  Objection.
23  BY THE WITNESS:
24     A.   Yes.
25  BY MR. COMBS:

Page 179

1      Q.   And is it also based upon your
2   interaction with other physicians?
3      MR. SLATER:  Objection.
4   BY THE WITNESS:
5      A.   Yes.
6   BY MR. COMBS:
7      Q.   And can you explain to the Court or to
8   the jury, when you say that, what interaction are
9   you talking about?
10     A.   Well, there is not only interactions
11  with other members of societies like AUGS, SGS,
12  IUGA, but after the preceptorships, both when I
13  went as a student learning the procedure and as a
14  preceptor, the information of the trainer's contact
15  info was provided and freely encouraged anyone who
16  had received training, call us at any time.  Call
17  if you have question about a patient's post-op
18  course, about if you should decide which patient to
19  implant this on.  We as preceptors now are
20  available to you.
21        That was not -- there was no clock
22  running with you're getting paid for that.  This
23  was something we were happy to do to help other
24  physicians understand how to use mesh to best take
25  care of patients and how to manage any problems.

Page 180

1      Q.   And have you used IFUs in your clinical
2   practice?
3      A.   I have.
4      Q.   And was it your testimony that you read
5   this IFU at the time that it came out and that when
6   you were using the Prolift device?
7      A.   Yes.
8      MR. SLATER:  Objection.
9   BY MR. COMBS:
10     Q.   You talked earlier about what are some
11  of the complications that are set forth in the IFU?
12     A.   It does talk about adverse reactions.
13  So, typically associated with surgical implantable
14  materials, infection potentiation, inflammation,
15  adhesion, fistula, erosion, extrusion and scarring
16  that results in implant contraction, besides injury
17  to vessels, nerves, bladder, urethra or bowel.
18     Q.   Now, Dr. Elser, can any of the
19  conditions that are set forth in this IFU lead to
20  the development of dyspareunia?
21     MR. SLATER:  Objection.
22  BY THE WITNESS:
23     A.   Yes.
24  BY MR. COMBS:
25     Q.   And is that a fact that would be known

Page 181

1   to pelvic floor surgeons?
2      A.   Yes.
3      MR. SLATER:  Objection.
4   BY THE WITNESS:
5      A.   Dyspareunia after pelvic surgery would
6   be known to pelvic floor surgeons.
7   BY MR. COMBS:
8      Q.   And, in fact, that's a risk of any
9   pelvic floor surgery, isn't it?
10     MR. SLATER:  Objection.
11  BY THE WITNESS:
12     A.   That would be a risk of any pelvic floor
13  surgery.
14  BY MR. COMBS:
15     Q.   And that would be -- that would be a
16  fact that would be known by any surgeon who was
17  doing pelvic floor reconstructive surgery, wouldn't
18  it?
19     A.   Yes.
20     MR. SLATER:  Objection.
21  BY MR. COMBS:
22     Q.   Now, Dr. Elser, have you had occasion to
23  talk with other surgeons regarding the Prolift IFU?
24     MR. SLATER:  Objection.
25  BY THE WITNESS:

46 (Pages 178 to 181)

Denise M. Elser, M.D.

Page 182

1    A.   I have.
2    BY MR. COMBS:
3       Q.   And can you tell us what situations that
4    arose in?
5       A.   For the most part it would be at the
6    preceptorships, people attending, learning how to
7    do the procedure, would have a lot of questions
8    about the procedural steps.  I want to take an IFU
9    with me for maybe I'm not going to do my first case
10   until a couple months after training to remember
11   the procedural steps.
12         But in follow-up in many courses and
13   cadaver labs, I've never heard a surgeon say, "Boy,
14   I wish I hadn't use that product" -- "I wish this
15   would have been in the IFU.  If I had read this
16   particular complication in the IFU I never would
17   have used a product," I have never heard as a
18   criticism of the IFU.
19      Q.   When you're talking about criticism in
20   the IFU, are you talking about the Prolift IFU?
21      A.   Yes.
22      MR. SLATER:  Objection.
23   BY MR. COMBS:
24      Q.   Now, you've told us briefly but what are
25   the other sources of information by which surgeons

Page 183

1    learn risks?
2       MR. SLATER:  Objection.
3    BY THE WITNESS:
4       A.   It's going to be in training, whether
5    that's residency, fellowship training, in practice,
6    and speaking with colleagues and reading the
7    literature, attending conferences and
8    presentations.
9    BY MR. COMBS:
10      Q.   Do you have any firsthand knowledge of
11   Ethicon's professional education that was offered
12   to supplement surgeons training with Prolift?
13      MR. SLATER:  Objection.
14   BY THE WITNESS:
15      A.   There were slide decks and reps would --
16   always had slide decks to hand out or videos.
17   Monograph was available.  The Instructions for Use
18   were available, brochures were available and
19   reproductions of any literature that was
20   relative -- relevant.
21   BY MR. COMBS:
22      Q.   And as you testified earlier, is the
23   monograph that you're referring to the Surgeons'
24   Resource Monograph?
25      A.   Yes.

Page 184

1       Q.   And is that one of the documents --
2       MR. SLATER:  Objection.
3    BY MR. COMBS:
4       Q.   -- that you relied upon in forming your
5    opinions in this case?
6       A.   Yes.
7       MR. SLATER:  Objection.
8    BY MR. COMBS:
9       Q.   Dr. Elser, have you reviewed the
10   specific warnings that Dr. DeHasse gave Mrs. Bellew
11   in this case?
12      A.   Yes, I have.
13      Q.   And what did those warnings indicate to
14   you that Dr. DeHasse understood about this
15   procedure?
16      A.   I believe she talked about pain,
17   scarring and dyspareunia as risk factors.
18      Q.   And what did you take from that?
19      A.   That Dr. DeHasse was aware that these
20   could be the outcome after a vaginal prolapse
21   procedure using mesh.
22      Q.   And as you testified earlier, those
23   would be facts that any pelvic floor reconstructive
24   surgeon would know, aren't they?
25      A.   Yes.

Page 185

1       MR. SLATER:  Objection.
2    BY MR. COMBS:
3       Q.   Dr. Elser, Mr. Slater asked you
4    questions about long-term pain after Prolift.  Do
5    you remember those questions?
6       A.   Yes, I do.
7       Q.   I want to ask you some questions about
8    contraction at the mesh arms which Mr. Slater asked
9    you about.  Have you ever experienced this in any
10   of your patients?
11      A.   Yes, I have.
12      Q.   And was that a risk that you were aware
13   of before implanting the Prolift device?
14      A.   Yes.
15      MR. SLATER:  Objection.
16   BY MR. COMBS:
17      Q.   How did you know that?
18      A.   We talked about it at the initial
19   training.  It was talked about not to place the
20   mesh under excessive tension, which is also
21   included in the monograph, to avoid tension on the
22   mesh arms and help avoid contraction, pain at the
23   contraction site.
24      Q.   And can you explain briefly how placing
25   the mesh with improper tension would increase the

47 (Pages 182 to 185)

Denise M. Elser, M.D.

Page 186

1  risk of contraction at the mesh arm?
2      MR. SLATER:  Objection.
3  BY THE WITNESS:
4      A.   The mesh is placed typically with a
5  patient under general anesthetic and in a supine
6  position so we know that even immediately when that
7  patient wakes up and stands up, no longer has
8  muscle relaxant in her system and she now stands up
9  and puts pressure on her pelvic floor, that there
10 is immediately going to be some uptake, some
11 increase in tension on the mesh that's placed.
12      That's even before she starts having
13 more daily activities of lifting, exercise,
14 intercourse, bowel movements.  So, it has to be
15 placed without tension, in fact, with a little
16 laxity to it, to allow for that change.
17      Q.   Did Dr. DeHasse testify in her
18 deposition that she in fact did place the mesh
19 under tension?
20      MR. SLATER:  Objection.
21 BY THE WITNESS:
22      A.   She describes pulling the mesh arms
23 until the mesh laid flat.  And I was taught
24 initially and I always taught that you want to
25 leave it kind of like your teenager would throw

Page 187

1  their comforter on a bed, really loose with lots of
2  ripples on it.
3  BY MR. COMBS:
4      Q.   When you have had patients in your
5  practice that have had contraction at the mesh arm,
6  how have you treated those?
7      A.   So, patients with contraction at the
8  mesh arm, first of all, we want to distinguish is
9  it symptomatic or not.  If it's something I find on
10 exam but the patient has no pain, it's not
11 necessarily going to require treatment.
12      If it's causing problems for the
13 patient, however, because the mesh arm is connected
14 to the obturator which is connected to pelvic
15 muscles, I want to check for pelvic floor tension,
16 myofascial problems and then if we can get those
17 muscles to relax, that may ease up all the tension
18 and a mesh band may no longer be felt.  So, it may
19 not be just fibrosis and scarring.  So, it may be
20 tension from the muscles nearby pulling on it.
21      Q.   And --
22      A.   So, the first line is not surgical.
23      Q.   And what are some of the alternative
24 therapies that you would use?
25      A.   So, therapies we'll use are pelvic floor

Page 188

1  physical therapy, use of muscle relaxants such as
2  benzodiazepine like Valium and typically we'll
3  advise patients to use that vaginally, not by
4  mouth, so they don't have systemic side effects.
5      We may use a different type of
6  antidepressant like amitriptyline, which helps with
7  neuropathic myofascial pain.
8      And then direct injections into the
9  muscle usually with a local anesthetic and perhaps
10 a steroid but sometimes just dry needling those
11 muscles will get them to relax.
12      Q.   And have you reviewed Dr. Elliott's
13 examination that he conducted in May of
14 Mrs. Bellew?
15      A.   Yes, I did.
16      Q.   And at that time did Dr. Elliott find
17 Mrs. -- strike that.
18      At that time did Mrs. Bellew relate
19 complaints to Dr. Elliott related to the mesh arms?
20      A.   No.  He stated that she did not tolerate
21 the exam well, that she had introital pain and
22 winced and retracted from the examining finger.  He
23 had difficulty putting a speculum in from tightness
24 at the introitus, which is not near the mesh arms.
25      He palpated along the left sulcus.  He

Page 189

1  describes a tenderness along the left sulcus but
2  that no mesh band is palpable in this area.
3      Q.   Dr. Elser, I want to ask you some
4  questions about Mrs. Bellew's clinical
5  presentation.  When -- strike that.
6      Mr. Slater asked you some questions
7  about Mrs. Bellew's presentation and whether she
8  exhibited pain.  Did other records in addition to
9  the one that Mr. Slater reviewed with you indicate
10 that Mrs. Bellew did present with pain prior to the
11 implant surgery?
12      MR. SLATER:  Objection.
13 BY THE WITNESS:
14      A.   Yes, there was a note from her primary
15 care doctor, Dr. Leano, they had talked about she
16 had been to the ER with abdominal and pelvic pain.
17 BY MR. COMBS:
18      Q.   Now, Mr. Slater asked you questions
19 about whether she showed signs of incontinence.
20 Were there in fact other records that did indicate
21 that she was exhibiting incontinence at the time of
22 the Prolift implantation?
23      MR. SLATER:  Objection, ambiguous.
24 BY THE WITNESS:
25      A.   One of the notes before the surgery from

48 (Pages 186 to 189)

Denise M. Elser, M.D.

## Page 190

1　the primary care doctor's office did state she had
2　complained of leaking with cough and then
3　Dr. DeHasse on the initial visit prescribed
4　oxybutynin, which is an oral anticholinergic
5　medication used to treat overactive bladder or urge
6　incontinence.
7　BY MR. COMBS:
8　　Q.　And the indication for that medication
9　would be from a patient suffering from urge
10　incontinence?
11　　MR. SLATER:  Objection.
12　BY THE WITNESS:
13　　A.　Urge incontinence, frequency, nocturia.
14　BY MR. COMBS:
15　　Q.　Now, Mr. Slater asked you some questions
16　regarding whether Mrs. Bellew suffered from pelvic
17　floor muscle spasm.  Do you remember those
18　questions?
19　　A.　Yes.
20　　Q.　Now, did Dr. DeHasse evaluate
21　Mrs. Bellew for pelvic floor muscle spasm prior to
22　the implant?
23　　A.　I don't believe she evaluated it.  If
24　she did, it's not mentioned whether the muscles
25　were normal tone, hypertonic, tender or not.

## Page 191

1　　Q.　And so there is no record from
2　Dr. DeHasse that she made that evaluation and ruled
3　that out, is there?
4　　A.　No.
5　　MR. SLATER:  Objection.
6　BY MR. COMBS:
7　　Q.　Now did Mrs. Bellew suffer from risk
8　factors for pelvic floor muscle spasm?
9　　A.　Yes, she did.
10　　Q.　And what are those risk factors?
11　　A.　She suffered from chronic --
12　　Q.　Well, strike that.
13　　　I want to ask you now about risk factors
14　that she presented with prior to the Prolift
15　implant.
16　　A.　Okay.
17　　Q.　Did she suffer from risk factors prior
18　to the Prolift implant?
19　　A.　Yes.
20　　MR. SLATER:  Objection.
21　BY THE WITNESS:
22　　A.　Primarily she had chronic pain that was
23　myofascial which was related to her neck and back.
24　She's using chronic narcotics for that.  So,
25　patients who have chronic myofascial pain in one

## Page 192

1　area are more prone to be hypersensitive and
2　develop myofascial pain in other parts of the body.
3　　　And in addition she's a smoker, and
4　people who have a chronic cough from -- associated
5　with smoking are putting pressure on their pelvic
6　floor and they are more likely to have pelvic floor
7　muscle tension.
8　　Q.　And she had in fact suffered from a
9　prolapse, hadn't she?
10　　A.　Yes.
11　　Q.　And is that also an indication that she
12　could have pelvic floor muscle issues?
13　　A.　Yes, it is.  She has dysfunctional
14　pelvic floor muscles.
15　　Q.　What did you take away from the fact
16　that Mrs. Bellew presented to the ER with pain as a
17　result of a grade 2 cystocele?
18　　A.　Having the primary presenting
19　complaint --
20　　MR. SLATER:  Objection.
21　BY THE WITNESS:
22　　A.　-- for grade 2 cystocele is incredibly
23　unusual.  Usually patients with a cystocele sitting
24　right at the introitus, which is what a grade 2 is,
25　will present with, oh, a typical example is I took

## Page 193

1　a shower today and I went to dry myself and I
2　noticed something there that shouldn't be there.
3　Then I looked in the mirror and I saw something.
4　　　But pain is not typically the presenting
5　complaint with rare exceptions.  Sometimes there is
6　a very large grade 2 cystocele that's under high
7　tension and feels like a water balloon that wants
8　to burst.  The ligaments and muscles are under so
9　much tension from this impending further prolapse,
10　but it's usually so -- such a dramatic finding that
11　I would expect to hear something about that in the
12　description of the exam.
13　　Q.　Now, these risk factors that Mrs. Bellew
14　exhibited for pelvic floor muscle spasm prior to
15　the Prolift implant, are those risk factors that
16　you have seen other patients that you have treated
17　clinically?
18　　MR. SLATER:  Objection.
19　BY THE WITNESS:
20　　A.　Yes.  Oh, let me add to the risk
21　factors.  She is on narcotics.  So, most of our
22　patients on chronic narcotics are constipated and
23　straining.  It's not necessarily something that's
24　routinely screened for in patients with prolapse
25　but needs to be.

49 (Pages 190 to 193)

Denise M. Elser, M.D.

Page 194

1   BY MR. COMBS:
2       Q.   And she also has presented with back
3   pain, is that correct?
4       A.   Yes.
5       MR. SLATER:  Objection.
6   BY MR. COMBS:
7       Q.   And is that also indicative -- or strike
8   that.
9            Can back pain also be a potential cause
10  of pelvic floor muscle spasm?
11      A.   Absolutely.
12      MR. SLATER:  Objection.
13  BY MR. COMBS:
14      Q.   Why is that?
15      A.   Our lower back muscles are connected to
16  our pelvic muscles and tension in one may cause
17  tension in the other or the back pain may be
18  resulting from a disk problem, spinal stenosis, and
19  those nerves are going to affect the pelvic floor
20  muscle tone.
21      Q.   And these opinions that you have
22  regarding Ms. Bellew's risk factors for pelvic
23  floor muscle spasm, what are they based on?
24      A.   They are based on clinical experience,
25  but there is also literature dating back as early

Page 195

1   as 2005 in the Ob-Gyn general literature describing
2   the importance of evaluation of muscle tone in
3   patients with prolapse both to see if they have
4   weak muscles and could use some pelvic muscle
5   strengthening exercises or to see if they have
6   chronic constipation and pelvic floor muscle spasm
7   and need down training.
8       Q.   And you have treated other patients that
9   have presented with these same or similar symptoms.
10      A.   Yes.
11      Q.   And have those other patients also
12  exhibited pelvic floor muscle spasm?
13      A.   Yes.
14      Q.   And is that the basis for your finding
15  that Mrs. Bellew could have been suffering from
16  pelvic floor muscle spasm prior to the Prolift
17  surgery?
18      A.   Yes.
19      MR. SLATER:  Objection.
20  BY MR. COMBS:
21      Q.   Are there any other bases for that
22  finding?
23      A.   No.  It's experience.  Pelvic pain is
24  frequently the cause especially when the degree of
25  cystocele cannot explain the symptoms.

Page 196

1       Q.   Now, Dr. Elser, did Mrs. Bellew have a
2   concomitant vaginal procedure of a hysterectomy at
3   the same time she had the Prolift implant?
4       MR. SLATER:  Objection.
5   BY THE WITNESS:
6       A.   Yes, she did.
7   BY MR. COMBS:
8       Q.   And what risks were presented by that
9   vaginal hysterectomy?
10      A.   Having a hysterectomy at the same time
11  increases the risk of granulation tissue and mesh
12  erosion exposure.
13      Q.   And did that vaginal hysterectomy also
14  independently present the risk of -- the risks that
15  you have talked about here today regarding pelvic
16  floor surgeries?
17      MR. SLATER:  Objection.
18  BY THE WITNESS:
19      A.   Patients undergoing a simple vaginal
20  hysterectomy can have dyspareunia and myofascial
21  pain after.
22  BY MR. SLATER:
23      Q.   And is it your belief that
24  Mrs. Bellew -- Ms. Bellew's hysterectomy would be a
25  contributing cause of the pelvic floor -- strike

Page 197

1   that.
2            Is it your belief that Mrs. Bellew's
3   vaginal hysterectomy would be a contributing cause
4   of any pain that she is suffering now?
5       MR. SLATER:  Objection.
6   BY THE WITNESS:
7       A.   It could be.
8   BY MR. COMBS:
9       Q.   Dr. Elser, what do you believe is
10  causing the pain that Mrs. Bellew claims to
11  currently experience?
12      A.   Well, based on Dr. Elliott's exam, which
13  is the last pelvic exam of record we have, she no
14  longer had pain at the mesh site that had been
15  excised.  That mesh tension was relieved.  There
16  was some tenderness along the sulcus.  But if
17  there's also myofascial tenderness, which there was
18  on this exam, and that's untreated, it's impossible
19  to say if that sulcus pain would be there once the
20  muscle pain was resolved because it likely would
21  be.
22           If we take the pressure off that sulcus,
23  by letting the muscles soften, have less spasm, the
24  pain may very well be resolved and find there that
25  is no residual scar causing a problem.

50 (Pages 194 to 197)

Denise M. Elser, M.D.

Page 198

1    Q.   Now, Mr. Slater asked you a number of
2  questions about whether surgeries can cause
3  permanent myofascial pain.  Do you remember those
4  questions?
5    A.   Yes.
6    Q.   Now, do surgeries of the type that
7  Mrs. Bellew had raise the risk of permanent
8  myofascial pain?
9    MR. SLATER:  Objection.
10  BY THE WITNESS:
11    A.   Once she had the contraction band at the
12  mesh arm identified and that was surgically
13  excised, that surgical excision was a minor
14  procedure.  Yes, she did have three of them, but
15  each time it was an incision over the scar band.
16  The mesh was dissected out and removed where it was
17  palpated to be in a scar band.  That in and of
18  itself would be more likely to relieve the
19  myofascial tension than to cause it.
20  BY MR. COMBS:
21    Q.   And that would not be more likely than
22  not to be a cause of permanent myofascial pain in
23  Mrs. Bellew's pelvic floor, would it?
24    A.   Correct.
25    MR. SLATER:  Objection.

Page 199

1  BY MR. COMBS:
2    Q.   Dr. Elser, have you reached opinions
3  regarding Mrs. Bellew's preexisting disability?
4    A.   As far as we can tell from the records
5  and her -- her testimony, she was declared disabled
6  after her neck injury and her cervical spine
7  surgery.
8    Q.   And those are set forth in your report?
9    A.   Yes.
10    Q.   Dr. Elser, Mr. Slater asked you some
11  questions about trocar passage.  Do you remember
12  those questions?
13    A.   Yes.
14    Q.   Do pelvic floor surgeons use other
15  procedures and devices that involve trocars?
16    A.   Yes.
17    MR. SLATER:  Objection.
18  BY THE WITNESS:
19    A.   We have performed traditional slings and
20  needle suspensions using trocars that are passed
21  through small incisions through the pelvis.
22  BY MR. COMBS:
23    Q.   And how long have pelvic floor surgeons
24  been using devices that involve trocars?
25    A.   Decades.

Page 200

1    Q.   And does the use of a trocar make a
2  procedure unsafe?
3    A.   No.  One has to know the anatomy where
4  the trocar is being placed and how to pass it in
5  the safest way possible.
6    MR. SLATER:  I just want to interject.  It's
7  five of.  You have got -- you have left me a lot of
8  stuff to cover.  I just want to let you know that.
9    MR. COMBS:  Okay.
10  BY MR. COMBS:
11    Q.   Mr. Slater asked you questions regarding
12  your use of Prolift.  At the time the Prolift was
13  decommercialized, were you still using it?
14    A.   Yes.  I had in fact a few cases
15  scheduled the week that it was announced that it
16  was no longer being supported and so made a
17  decision to change those patients to other
18  procedures.
19    Q.   So, at that time it was still a
20  procedure that you were offering to your patients
21  and using in your patients?
22    A.   Yes.
23    MR. SLATER:  Objection.  Leading.
24  BY MR. COMBS:
25    Q.   Dr. Elser, the risks that you have

Page 201

1  discussed related to Prolift, with the exception of
2  exposure, are those risks that are present with all
3  pelvic floor surgeries?
4    MR. SLATER:  Objection.
5  BY THE WITNESS:
6    A.   Exposure and then the specific
7  tenderness at the mesh arms is a risk unique to
8  Prolift as opposed to mesh that does not have arms.
9  BY MR. COMBS:
10    Q.   And Mrs. Bellew did not have an exposure
11  or erosion, did she?
12    A.   No.
13    Q.   And the risks that you've discussed of
14  potential scarring, is that also a risk that is
15  equally presented with native tissue repairs?
16    A.   Patients --
17    MR. SLATER:  Objection.
18  BY THE WITNESS:
19    A.   Patients undergoing any prolapse surgery
20  can have scarring and pain.
21  BY MR. COMBS:
22    Q.   Including abdominal sacrocolpopexy?
23    A.   Yes.
24    MR. SLATER:  Objection.
25    MR. COMBS:  Let's take a break for a minute,

51 (Pages 198 to 201)

Denise M. Elser, M.D.

Page 202

1    Adam. I'm going to see if I have anything else and
2    then you can do your redirect.
3         MR. SLATER:  You asked a lot of questions and
4    I need to finish today.
5         MR. COMBS:  Okay.  Thank you.
6         THE VIDEOGRAPHER:  The time is 3:57 p.m.  This
7    is the end of Tape 2 and we are going off the video
8    record.
9              (WHEREUPON, a recess was had
10                  from 3:52 to 4:02 p.m.)
11        THE VIDEOGRAPHER:  The time is 4:02 p.m. This
12   is the beginning of Tape 3 and we are back on the
13   video record.
14        MR. COMBS:  Adam, that's all the questions I
15   have for Dr. Elser at this time.  I might have some
16   follow-up after you're done.
17        MR. SLATER:  Splendid.  Okay.
18        Dr. Elser -- are we back on, by the way?
19        MR. COMBS:  Yes.
20        THE WITNESS:  We're on.
21             FURTHER EXAMINATION
22   BY MR. SLATER:
23        Q.   Dr. Elser, the version of the IFU you
24   have in front of you, do you know when that IFU was
25   in effect?

Page 203

1         A.   The date on it says 11/07.
2         Q.   Does that mean anything to you in terms
3    of when it was in effect?  Do you know the point in
4    time when it went into use and when it went out of
5    use?
6         A.   No, I don't.
7         Q.   Do you know whether you ever saw that
8    IFU before you were retained to look at it in this
9    litigation?
10        A.   I don't know and I thought about this
11   earlier.  When you initially learn a procedure, you
12   get the IFU and you look at it, you examine it and
13   you may pull it out if you haven't done the
14   procedure in a while.
15             But I can't say how a surgeon would ever
16   know once an IFU changes to think to look for a
17   newer version if they're still doing the procedure.
18   So, that's one reason we would not look to the IFU
19   for updated list of complications.
20        Q.   Are you aware of the fact that a medical
21   device company can tell the doctors that they are
22   working with that the IFU has been updated and
23   suggest that they take a look at the parts that
24   have been updated?
25        A.   Oh, absolutely.

Page 204

1         Q.   You said that one of your bases for your
2    opinions about the IFU is based on speaking to
3    doctors about the IFU.  Remember you said that?
4         A.   Yes.
5         Q.   Can you tell me who you spoke to and
6    when you spoke to them and what -- so that I know
7    what you're relying on?
8         A.   Well, it was mostly when we did cadaver
9    courses and preceptor courses and the physicians
10   would always have a lot of questions for us in
11   between or after or at the cadavers.  We would talk
12   about what was in the IFU or what points were
13   important and --
14        Q.   Nothing that I could be able to --
15   nothing that you could tell me so I could verify who you
16   spoke to and when you spoke to them and what the
17   content was, right?
18        A.   No.
19        Q.   And, of course, you don't know what was
20   in their minds beyond what you discussed.  So, for
21   example, a doctor may have asked you questions
22   about the procedure and you may have discussed the
23   IFU in that context and the doctor could have on
24   his or her own read all of the warnings and adverse
25   events and relied on that without discussing that

Page 205

1    with you.  That could have happened many times,
2    right?
3         A.   That could have.
4         Q.   The IFU does not say anything about the
5    level of knowledge a surgeon would need to have or
6    be expected to have regarding the Prolift
7    procedure.  It doesn't say that, right?
8         MR. COMBS:  Object to the form.
9    BY THE WITNESS:
10        A.   It says they should be familiar with
11   pelvic reconstructive surgery and placement of
12   non-absorbable mesh.
13   BY MR. SLATER:
14        Q.   And how is "familiar with" defined in
15   the IFU?  Is there any definition offered there?
16        A.   Not that I saw.
17        Q.   In fact, some doctors could think that
18   if they had done three procedures with mesh where
19   they sewed it in as part of a colporrhaphy that
20   they were familiar with mesh procedures, right?
21        A.   Oh, yes.  There is a lot left up to
22   surgeon judgment.
23        Q.   So, "familiar with" really is a word
24   that doesn't really mean anything unless you ask
25   the person who is reading it what they think it

52 (Pages 202 to 205)

Denise M. Elser, M.D.

Page 206

1    means, right?
2        MR. COMBS:  Object to the form.
3    BY THE WITNESS:
4        A.   It's up to the surgeon to know if they
5    have sufficient knowledge of a new procedure to
6    undertake it in a patient.
7    BY MR. SLATER:
8        Q.   And sufficient knowledge, that's not
9    something that could be defined in any objective
10   way, right?
11       A.   Right.
12       Q.   There is nowhere in the IFU where it's
13   disclosed that Prolift complications could lead to
14   multiple operations and despite the multiple
15   operations, the woman would not get better and
16   could actually be left with permanent disabling
17   pain, those words and words to that effect do not
18   appear in the IFU, correct?
19       A.   I did not see that in the IFU.
20       Q.   That is a risk with the Prolift,
21   correct?
22       A.   It's a risk with the Prolift and with
23   other pelvic surgeries.
24       MR. SLATER:  Move to strike from "and"
25   forward.

Page 207

1    BY MR. SLATER:
2        Q.   Did Ms. Bellew's records indicate that
3    she had a chronic cough?
4        A.   No.  I'm surmising that she's likely to
5    have a chronic cough since she is a smoker and she
6    has lung disease and has been placed on oxygen.
7        Q.   You're speculating that Ms. Bellew had a
8    chronic cough, correct?
9        A.   Yes, because I take care of a lot of
10   smokers.
11       MR. SLATER:  Move to strike after "yes."
12   BY MR. SLATER:
13       Q.   In terms of your testimony about whether
14   or not Ms. Bellew had pelvic floor myalgia before
15   the Prolift surgery, first of all, there is no
16   medical record documenting that that condition
17   existed, correct?
18       A.   Correct.
19       Q.   You're speculating that it may have
20   existed but you have no proof, correct?
21       MR. COMBS:  Object to the form.
22   BY THE WITNESS:
23       A.   I'm speculating that it was likely to
24   have been there, yes.
25   BY MR. SLATER:

Page 208

1        Q.   Well, in terms of your opinions about
2    whether or not Ms. Bellew had pelvic floor myalgia
3    before the Prolift surgery, there is no objective
4    evidence in any medical record indicating that,
5    correct?
6        A.   Correct.
7        Q.   I'm correct, right?
8        A.   Yes.  Oh, I said yes.  Sorry.
9        Q.   So, any opinion you would offer that
10   Ms. Bellew had pelvic floor myalgia before the
11   Prolift surgery would be speculative since there is
12   no objective evidence of it, correct?
13       A.   Yes.
14       Q.   You talked about the hysterectomy a
15   little bit.
16       A.   Yes.
17       Q.   I don't need to ask about that.  Let's
18   see what else I can do.
19           Did you see pictures that were taken of
20   any of the mesh that was removed from Ms. Bellew's
21   body?
22       A.   No.
23       Q.   You did not see any of the expert
24   reports with regard to the pathology?
25       A.   No.

Page 209

1        Q.   And the pathologic analysis of the
2    removed mesh or tissue, right?
3        A.   Correct.
4        Q.   Whatever Ms. Bellew's condition was
5    before the Prolift and whatever other conditions
6    she may have had, that did not impact on the fact
7    that she ended up with mesh contraction, hardened
8    mesh, pain from that hardened mesh, dyspareunia
9    from that hardened mesh and the need for three
10   operations to remove that mesh, correct?
11       MR. COMBS:  Object to the form.
12   BY THE WITNESS:
13       A.   Potentially.  So, because I'm making the
14   assumption that she likely had myofascial
15   hypertonicity, that can cause a tight mesh band
16   that may not be true hardening like a calcification
17   of the mesh but tension on the mesh arm that would
18   be tender to palpation.
19       Q.   If she had myofascial pain before the
20   Prolift, that would be a contributing factor; but
21   the Prolift itself being in the body and its
22   interaction with the body would be the primary
23   cause of those conditions and those problems,
24   right?
25       A.   Well, again, if I could explain a little

53 (Pages 206 to 209)

Denise M. Elser, M.D.

Page 210

 1  further.  If you palpate a mesh arm and it feels
 2  taut, you can say there's fibrosis contraction of
 3  tissue grown around the mesh arm or that the muscle
 4  that's attached at the end of the mesh is tight and
 5  pulling on the mesh arm to make it feel tight on
 6  exam and if I relieve that tension or cut the arm,
 7  I'm just breaking that cycle.  They are no longer
 8  connected.
 9         So, yes, she had tension where the mesh
10  arm was; but if the muscle was of normal tone, it
11  might no longer feel hard and taut.
12      Q.   Well, in this case Dr. DeHasse actually
13  confirmed that she looked at the mesh and could see
14  that there was fibrotic scar plates actually on the
15  mesh and contracting the mesh, correct?
16      MR. COMBS:  Object to the form.
17  BY MR. SLATER:
18      Q.   She confirmed she observed that,
19  correct?
20      A.   Yes, but as a surgeon who has taken out
21  mesh arms, I don't know what that means.
22      Q.   Well, assuming Dr. DeHasse saw the
23  fibrotic tissue encrusted across the mesh,
24  that's -- you have no reason to dispute that, do
25  you?

Page 211

 1      MR. COMBS:  Object to form.
 2  BY THE WITNESS:
 3      A.   Well, there's scar tissue that's laid
 4  down, fibrosis that may not be under undue tension
 5  that wouldn't necessarily be painful to the
 6  patient.
 7         So, I'm saying it's the combination of
 8  the mesh band being there and tension that may be
 9  causing the pain and tension she is feeling.
10  BY MR. SLATER:
11      Q.   You have no evidence from any medical
12  record or document that there was pelvic floor
13  myalgia causing a tension band before the Prolift
14  was put in or during the time when it was being
15  treated by Dr. DeHasse, correct?
16      A.   Correct.
17      MR. SLATER:  I have no other questions.
18      MR. COMBS:  Very, very brief.
19         FURTHER EXAMINATION
20  BY MR. COMBS:
21      Q.   Dr. Elser, Mr. Slater asked you about a
22  risk of multiple operations to treat complications
23  from Prolift.  In fact, the risk of multiple
24  operations to treat complications would be a risk
25  of any pelvic floor surgery, wouldn't it?

Page 212

 1      MR. SLATER:  Objection.
 2  BY THE WITNESS:
 3      A.   Yes.
 4  BY MR. COMBS:
 5      Q.   Mr. Slater asked you about no objective
 6  evidence in any medical record of the fact that
 7  Ms. Bellew had pelvic floor myalgia prior to the
 8  Prolift implant.  But in fact there would be
 9  objective evidence of all the risk factors that you
10  described related to the potential for her having
11  pelvic floor myalgia, isn't there?
12      A.   Yes.
13      MR. SLATER:  Objection.
14      MR. COMBS:  That's all the questions I have,
15  Adam.  Anything else?
16      MR. SLATER:  Nope.
17      MR. COMBS:  Okay.
18      MR. SLATER:  See you at the next one,
19  Dr. Elser.
20      THE VIDEOGRAPHER:  Okay.  The time is 4:12
21  p.m.  This is the end of Tape 3 and it also
22  concludes the deposition of Dr. Denise Elser and we
23  are off video record.
24         (Time Noted:  4:12 p.m.)
25         FURTHER DEPONENT SAITH NAUGHT.

Page 213

 1      I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2  Registered Professional Reporter and Certified
 3  Shorthand Reporter, do hereby certify:
        That previous to the commencement of the
 4  examination of the witness, the witness was duly
    sworn to testify the whole truth concerning the
 5  matters herein;
        That the foregoing deposition transcript
 6  was reported stenographically by me, was thereafter
    reduced to typewriting under my personal direction
 7  and constitutes a true record of the testimony
    given and the proceedings had;
 8      That the said deposition was taken
    before me at the time and place specified;
 9      That the reading and signing by the
    witness of the deposition transcript was agreed
10  upon as stated herein;
        That I am not a relative or employee or
11  attorney or counsel, nor a relative or employee of
    such attorney or counsel for any of the parties
12  hereto, nor interested directly or indirectly in
    the outcome of this action.
        It was requested before completion of
13  the deposition that the witness, DENISE M. ELSER,
    M.D., have the opportunity to read and sign the
14  deposition transcript.
15
16      _____
        CORINNE T. MARUT, Certified Reporter
17
        (The foregoing certification of this
18  transcript does not apply to any
    reproduction of the same by any means, unless under
19  the direct control and/or supervision of the
    certifying reporter.)
20
21
22
23
24
25

54  (Pages 210 to 213)

Denise M. Elser, M.D.

Page 214

INSTRUCTIONS TO WITNESS

1
2
3        Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8        After doing so, please sign
9  the errata sheet and date it.  It will be
10 attached to your deposition.
11       It is imperative that you
12 return the original errata sheet to the
13 deposing attorney within thirty (30) days
14 of receipt of the deposition transcript
15 by you.  If you fail to do so, the
16 deposition transcript may be deemed to be
17 accurate and may be used in court.
18
19
20
21
22
23
24
25

Page 216

ACKNOWLEDGMENT OF DEPONENT

1
2
        I,_____, do
3  hereby certify that I have read the
   foregoing pages, and that the same
4  is a correct transcription of the answers
   given by me to the questions therein
5  propounded, except for the corrections or
   changes in form or substance, if any,
6  noted in the attached Errata Sheet.
7
   _____
8  DENISE M. ELSER, M.D.        DATE
9
10
11
12
13
14
   Subscribed and sworn
15 to before me this
   _____ day of _____, 20_____.
16
   My commission expires:_____
17
18 _____
   Notary Public
19
20
21
22
23
24
25

Page 215

------
E R R A T A
------

1
2
3  PAGE LINE CHANGE
4  ____ ____ _____
5     REASON: _____
6  ____ ____ _____
7     REASON: _____
8  ____ ____ _____
9     REASON: _____
10 ____ ____ _____
11    REASON: _____
12 ____ ____ _____
13    REASON: _____
14 ____ ____ _____
15    REASON: _____
16 ____ ____ _____
17    REASON: _____
18 ____ ____ _____
19    REASON: _____
20 ____ ____ _____
21    REASON: _____
22 ____ ____ _____
23    REASON: _____
24 ____ ____ _____
25    REASON: _____

Page 217

LAWYER'S NOTES

1
2  PAGE LINE
3  ____ ____ _____
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25 ____ ____ _____

55 (Pages 214 to 217)

Denise M. Elser, M.D.

**A**

**abandon** 24:23
**abandoned** 24:5
**abbott** 70:12,13
  71:14
**abdominal** 19:8,15
  19:21 86:18 92:21
  93:6 98:12 111:13
  189:16 201:22
**abdominally** 127:3
**able** 14:14 22:1
  175:5 204:14
**abnormal** 93:16
**absolutely** 73:21
  140:8 170:19
  194:11 203:25
**abstract** 10:21
  11:15 12:9,22,24
  13:9,21 14:15,19
  14:24 151:2
  175:10
**abstracts** 13:6,24
  14:12
**accept** 108:14,24
**acceptable** 74:6
  77:12,16
**accepted** 13:7
  104:20 161:11
**access** 63:18
**accident** 27:7
**accompanied** 82:22
**accuracy** 74:1
**accurate** 52:12
  56:4 59:25 123:22
  124:16 134:13
  214:17
**acknowledgment**
  216:1
**acog** 75:2,19 104:2
  104:4 105:6
  120:24 121:5
**acogs** 121:17
**act** 27:13 104:1
**acting** 27:18 103:19
  105:22
**action** 213:12

**active** 65:21,25
  66:5 67:5 95:1
  97:11 104:12
**activities** 186:13
**actual** 53:15 60:24
**adam** 3:5 5:20 6:14
  14:16 32:13 64:16
  97:25,25 106:1
  153:22 170:13
  174:1 202:1,14
  212:15
**add** 69:8 74:22
  193:20
**addition** 29:1 172:3
  178:3 189:8 192:3
**additional** 13:11,12
**address** 10:3,6,18
  89:8 93:24
**adequacy** 178:2
**adequate** 39:14,19
  53:19 73:3 106:18
  121:15 165:25
  177:3
**adequately** 37:12
  39:7 165:6 166:24
  176:22
**adhesion** 180:15
**adjust** 127:25
**adjusted** 127:6
**admits** 94:24 97:8
**admitted** 72:18
  162:24
**admitting** 72:23
**adopting** 127:20,23
**advantage** 25:15
**advantages** 28:13
  53:6
**adverse** 131:19
  177:3 180:12
  204:24
**advertising** 79:16
**advise** 159:8 188:3
**advised** 153:15
**affairs** 39:11,18
  42:9,25 43:3 62:3
  62:5,13 65:24

66:3 119:21 132:5
  137:25 155:16
  162:24 175:23
**affect** 124:22
  125:12 194:19
**affirmative** 73:12
**age** 62:16
**ago** 7:14
**agree** 10:9,11 39:13
  43:2,7 44:2 45:5
  46:2,17,20,24
  47:2,6,15,19,23
  48:6,10,21,25
  49:8,13,15,17,24
  50:17 51:15 66:7
  71:18 73:2 75:19
  76:8,15,17,20
  81:23 82:19 84:11
  84:16 85:9 86:10
  87:1,4,11 89:24
  91:25 97:24
  106:17 107:4
  115:23,25 116:5
  121:19 122:2,19
  123:25 134:23
  140:19 145:1
  149:3 151:19
  152:15 153:9
  155:24 156:4
  158:8 161:25
  162:12 163:2,15
  163:19
**agreed** 213:9
**agreement** 105:10
**agreements** 103:11
  103:15
**ahead** 95:18 171:10
**al** 1:10 5:12
**allow** 53:19 57:16
  186:16
**allowed** 105:6
  156:17,22
**allowing** 53:19
**alternative** 10:12
  18:25 19:14 76:19
  139:14 187:23

**alternatives** 19:16
**altman** 122:22
  150:4
**altogether** 21:5
**alyte** 19:25
**ambiguous** 189:23
**america** 172:9
**american** 70:10
**amid** 53:2 55:17
  57:9 58:15,25
  59:11
**amids** 59:9
**amitriptyline** 188:6
**amount** 51:22 52:3
  78:25 147:24
  173:5,6
**amusing** 54:22
**analysis** 209:1
**anatomic** 122:20
  123:12
**anatomy** 33:13
  34:13 200:3
**anesthetic** 111:6
  186:5 188:9
**animated** 34:15
**animation** 34:13
**announced** 200:15
**answer** 8:5 27:21
  36:1 43:20 45:2
  56:23 57:9,19
  58:1,7 60:15,17
  70:14,17,23 71:3
  71:10 73:15 75:18
  90:22 92:20 102:5
  132:3 144:13
  154:17 166:14
  169:1
**answered** 30:9 55:9
  56:8,19,21 58:3,6
  60:3,13 112:5
**answering** 27:16,16
  27:22 44:10 57:8
  72:9
**answers** 216:4
**anterior** 77:17
  78:15 109:23

**anticholinergic**
  190:4
**antidepressant**
  188:6
**anybody** 28:12
  108:6
**anyway** 127:12
  167:2,3
**aorta** 164:22
**apogee** 16:22 17:24
  18:2,9
**apologize** 27:11
  97:21
**appear** 122:11
  206:18
**appearances** 3:1
**appears** 8:7 115:24
**applicable** 41:3
  73:18 75:9,15,16
**applied** 35:5 38:25
  39:8 40:22 78:4
  104:24 124:18
**applies** 59:1 144:21
  156:24
**apply** 38:3 44:6
  77:3 78:3 110:5
  148:19 213:18
**applying** 38:2
  39:10,11 41:20
**appreciate** 26:22
  46:13
**approaches** 75:25
  76:18
**appropriate** 19:4
  19:17 22:8 65:20
  73:3 76:8 87:2,7
  140:3 214:6
**approximate**
  170:23
**area** 50:5,8,9 51:12
  53:20 82:5 84:3,7
  84:9 85:1 86:18
  89:1,6,15 90:11
  90:12,13 91:10,19
  133:1 189:2 192:1
**areas** 160:13

Denise M. Elser, M.D.

**arent** 75:15 115:9
184:24
**arm** 79:1 84:3 85:1
85:3 86:24 131:21
136:1,2,5,10
186:1 187:5,8,13
198:12 209:17
210:1,3,5,6,10
**arms** 23:11 34:18
51:6 127:4,5,6,25
130:9,14 185:8,22
186:22 188:19,24
201:7,8 210:21
**arose** 182:4
**article** 4:11 9:6
11:9 30:15 31:5
31:18,24 32:5
43:23,24 44:9,10
44:12,22 45:1
48:9 69:22 70:6,9
70:16 71:2,7,14
147:6 150:8 151:2
151:9,20 152:1
153:5 162:11,25
171:4,21 172:2,12
172:21 173:14
**articles** 8:24 9:2
29:6,18 30:1
31:13,17 61:15
67:24 70:3,7
**asked** 30:9 49:2,5
50:11 55:8 56:7
56:18,20 57:10
58:18 60:2,9,12
68:13 103:1 107:2
112:4 122:14
129:23,24 158:2,5
166:15 167:13
170:20 174:17,23
175:21 185:3,8
189:6,18 190:15
198:1 199:10
200:11 202:3
204:21 211:21
212:5
**asking** 26:13,14

30:14 49:6 55:14
113:8 125:16
128:17 129:24
131:6,12,16,18
132:2 155:9 160:8
165:20 166:10,11
166:12,14,16,19
170:3
**aslater** 3:5
**assemble** 171:12
**assess** 69:6
**assessed** 93:23
**assessing** 68:4
**assessment** 92:22
121:16 122:3
**associated** 180:13
192:4
**assume** 35:19 36:3
36:15,21 68:2
83:16 127:11
150:24 151:5,10
169:6
**assuming** 151:18
210:22
**assumption** 58:13
132:7 209:14
**attached** 22:22
210:4 214:10
216:6
**attachment** 9:16
28:25 74:10
169:13
**attachments** 23:2
**attempts** 44:18
48:22
**attend** 103:6
**attended** 63:8
**attending** 40:12
63:4 182:6 183:7
**attention** 125:20
**attorney** 213:10,11
214:13
**attributable** 43:4
**attributed** 117:18
143:9
**augmentation**

10:10 12:5 13:16
65:9
**augmented** 15:25
**augs** 75:2,19
179:11
**august** 7:16
**author** 10:22 32:8
70:12
**authored** 149:24
**authors** 172:7
**available** 10:14
16:7,15 17:4,11
18:12,14 19:20
20:19,22 21:25
24:5,25 74:11,11
74:20 76:8 77:22
78:8 120:6 163:4
177:19 179:20
183:17,18,18
**avenue** 2:11
**average** 36:12
168:22
**avoid** 177:4,6,6
185:21,22
**aware** 14:3,6 38:8
54:15 58:25 59:13
64:1,7 72:17,20
72:22 87:19 93:15
132:11 137:16,21
149:15 184:19
185:12 203:20

---

**B**

**b** 4:7 28:25 74:10
169:13
**back** 11:7 17:11
28:23 67:20 74:8
101:20 106:10
116:23 117:21
128:3 130:4
135:25 138:19
150:10 154:7
167:13 171:18
174:11 191:23
194:2,9,15,17,25
202:12,18

**background** 39:22
40:1 62:16
**backgrounds** 43:16
**bad** 147:16,24
**badgering** 146:6,9
146:10,12
**bag** 32:11
**balance** 108:10
124:15
**balanced** 147:19
**balloon** 193:7
**band** 138:20,21
139:8 187:18
189:2 198:11,15
198:17 209:15
211:8,13
**banding** 135:23
136:5,20,23 139:6
**bart** 133:23 134:1,8
135:3
**based** 19:6 37:14
58:13 62:15 100:9
122:20 125:24
132:7 146:20
168:5,18 176:4
178:1,2,16,20
179:1 194:23,24
197:12 204:2
**baseline** 175:7,11
175:14
**bases** 195:21 204:1
**basic** 57:11
**basing** 37:13
165:10
**basis** 24:16 51:1
59:5 104:21 111:4
139:13 140:22
195:14
**bates** 4:13 176:17
**bear** 32:13
**bed** 187:1
**began** 17:7,9,18,20
18:10 20:6 21:4
23:25 24:6,11,14
102:22
**beginning** 101:20

173:20 202:12
**begins** 8:9
**behalf** 3:2,7 5:19
**belief** 196:23 197:2
**believe** 7:14 11:1
31:12 41:15 87:25
89:19 114:21
121:5 122:5
139:23 140:2
141:23 142:1,5,19
143:7 148:11
159:5 161:11
173:18 184:16
190:23 197:9
**believed** 17:6 37:25
62:6,14 65:1,4
119:11,21
**believes** 85:6
**bellew** 1:7 5:11
77:4,12,16,20
78:3,5,13,20
79:19 80:5,12
81:15,18 84:6,14
87:7,25 88:14
92:1,9,14,15
93:14 94:13,18
96:10 97:1,15
98:8,23 101:2
110:6,8,12,24
111:18 112:1,24
113:2,9,16 114:3
114:20 118:18
119:2,7 132:16
136:3 139:14,24
141:6 145:2 149:8
158:17 159:1
170:22 172:19
174:17,20 184:10
188:14,18 189:10
190:16,21 191:7
192:16 193:13
195:15 196:1,24
197:10 198:7
201:10 207:7,14
208:2,10 212:7
**bellows** 83:2,9,24

84:20 87:13 88:23
89:14,22 90:1,23
101:4 116:8,19,23
116:24 118:11
176:10 189:4,7
194:22 196:24
197:2 198:23
199:3 207:2
208:20 209:4
**belly** 111:15 164:25
**bellybutton** 164:22
**belonged** 156:19
**benefit** 25:3,7,13
109:18 140:9
**benefits** 19:2
**benzodiazepine**
188:2
**best** 109:17 111:15
121:10,13 140:17
173:4 179:24
**better** 68:15 91:23
140:5 143:20
159:7 206:15
**beyond** 27:12 81:10
204:20
**big** 73:17
**bigger** 53:10
**biggest** 75:18,21
**bill** 170:21
**billing** 170:20
173:6,9
**biologic** 11:17
12:18
**bit** 151:2 154:22
208:15
**bladder** 25:19,22
93:7 94:24 97:4
177:5 180:17
190:5
**blandon** 43:24
44:11 151:2,20
153:5 162:11
**blinded** 121:16
122:3
**blood** 25:20,23
53:20

**board** 40:22
**bodies** 87:22
**body** 14:17 26:11
27:8 37:1 51:3
52:6 53:5 56:16
83:9,24 84:20
87:12,13,20,21,23
88:8 89:22 90:1
90:16,23 91:12
117:20 118:20,20
119:2 133:3,10
146:23 192:2
208:21 209:21,22
**book** 121:24
**booklet** 13:2
**bowel** 177:5 180:17
186:14
**box** 74:3 120:15
**boy** 182:13
**boyfriend** 175:1
**brain** 149:20
**break** 32:10,17,19
57:15 64:18,19
67:10 71:10,12
121:20 153:24,25
174:3 201:25
**breaking** 210:7
**bridging** 137:3
143:4
**brief** 211:18
**briefly** 67:15
182:24 185:24
**bring** 157:19
**broad** 68:8,9
**brochures** 33:17
183:18
**brought** 31:13
125:19 170:14,17
**burst** 193:8
**busy** 63:21
**butler** 3:12
**butlersnow** 3:15

---
**C**

**c** 2:8 3:20 213:1
**cadaver** 103:1,5

178:7 182:13
204:8
**cadavers** 204:11
**calcification**
209:16
**calendar** 175:17,20
**call** 65:7 139:12
164:23 179:16,16
**called** 2:4 6:4 33:4
33:9 139:8 172:6
**candidate** 65:9
77:12,17 78:14
110:24 112:1,9
**candidates** 110:1
135:2
**cant** 12:17 13:10
19:24 88:19 89:9
91:17 92:7 97:21
111:12 115:19
117:7,24 123:12
124:9 132:3
134:21 135:15
139:16 145:6
146:6 152:10
155:11 157:7
158:21,24 203:15
**care** 42:4 128:1
179:25 189:15
190:1 207:9
**career** 35:8
**careful** 54:4
**carefully** 177:4
214:4
**cartmell** 106:2
170:17
**case** 6:15 7:9,22
8:19 30:5,20 42:8
42:22 69:16 70:25
71:8 75:5 83:1
132:22 141:18
149:6 158:21
173:6,23 182:9
184:5,11 210:12
**casebycase** 104:21
111:4
**cases** 138:8 178:11

200:14
**casespecific** 170:16
**categories** 169:17
**causally** 88:7 89:21
**cause** 43:5 47:7
81:11 85:24,25
87:23 91:16
116:20,24 117:17
118:3,12 145:16
167:18 194:9,16
195:24 196:25
197:3 198:2,19,22
209:15,23
**caused** 27:10 81:13
83:23 84:19 90:18
100:12 116:9
117:9
**causes** 87:20 88:13
93:20
**causing** 84:13,21
87:6 88:18,25
93:15 145:15
187:12 197:10,25
211:9,13
**caution** 61:21 62:6
62:14 65:24 66:4
66:16,23
**caveat** 163:20
**cease** 24:1
**ceased** 18:13
**cells** 53:20
**certain** 5:1 8:25
22:8 28:13 171:19
176:15
**certainly** 78:16
82:4 88:11 89:25
91:7,11 139:12
148:17 155:11
**certification**
213:17
**certified** 2:9 213:2
213:16
**certify** 213:2 216:3
**certifying** 213:19
**cervical** 199:6
**challenge** 54:11

**chances** 159:9
**change** 69:16,23
96:1 125:13
186:16 200:17
215:3
**changed** 104:6,10
**changes** 49:3
203:16 216:5
**charleston** 1:2 3:9
5:14
**check** 11:1 138:17
187:15
**checking** 86:7
**chicago** 1:20 2:10
2:11 5:11
**choice** 76:24
**chooses** 76:25
**chose** 21:20 22:2
70:5
**chosen** 116:16
**chronic** 47:4 87:12
87:20 90:15
112:13 117:19
118:19 119:11,22
133:1,2,3,5,10,12
135:1,11,18
140:16 141:2
159:24 161:24
172:24 191:11,22
191:24,25 192:4
193:22 195:6
207:3,5,8
**chronology** 16:24
17:23
**circles** 130:1
**circulated** 13:3
**circumstance**
153:10
**circumstances**
73:16
**citation** 9:9
**citations** 8:21
**cite** 8:23 70:2,5,6
147:6,10 148:2,4
150:3
**cited** 8:16 9:11 76:4

147:14,15,19
149:21 150:19
**civil** 2:5
**civility** 57:12
**claim** 72:19
**claims** 72:4,12
197:10
**clarification** 30:11
**clarify** 17:10
166:23
**clarifying** 166:5
**classification** 59:10
**classifications** 53:2
**clear** 74:6 146:10
177:17
**clinic** 43:25 48:18
175:12
**clinical** 21:12 33:15
48:20 61:9 63:22
67:4 68:3,17
69:14,19 111:3
115:12,16 120:13
121:24 126:15,16
141:5 143:5
149:15 156:13
160:6 178:16
180:1 189:4
194:24
**clinically** 39:19
73:18 84:5 148:19
152:20 160:12
193:17
**clinician** 164:17
**clinicians** 129:8
131:25 176:4,5
**clinics** 172:9
**clock** 179:21
**close** 24:3 96:11
**closely** 134:1
**closure** 156:1
**coauthors** 12:4
**colleagues** 157:2
161:1 183:6
**collection** 8:17
**colony** 3:13
**colporrhaphy**

77:17 78:15
205:19
**com** 3:10,15
**combination** 211:7
**combs** 3:8,10 4:4,5
5:18,18 9:23
14:16,21 25:5
26:25 27:5,13,22
28:15 30:9 31:10
32:1,13,18,22,24
35:24 37:9 38:6
39:2,15 40:25
41:24 42:14 43:9
44:23 46:4,22
48:1,14 50:2,19
52:19 53:7 54:1,6
54:13,15,20,23,25
55:8 56:7,18 57:5
57:11,14 58:3
59:7,16 60:2,12
61:1,7,24 62:9,23
63:14 64:16,20
66:10,21 67:11,15
68:22 71:20,25
72:7 73:5 76:10
76:21 81:2 82:1
83:11,25 84:23
85:11,18 86:2,15
88:15 90:7 91:3
93:8 96:22 97:18
97:25 98:3 100:23
101:13 102:4
106:1,5,7,21
109:2 111:21
112:4 113:3,18
116:11 118:6
119:14 120:22
123:14 124:2
126:3 127:13
128:8 129:6 132:9
132:12,23 134:19
136:8 137:6
139:19 141:16
144:8,16 145:11
145:21,24 146:12
149:11 151:13

152:3,16,25
153:22 154:1,15
156:20 158:13
160:2 162:5,16
163:5 164:11
165:15 166:2
167:4 168:7 169:2
170:9,13 171:8,10
174:1,13 176:13
176:20 177:8,16
177:22 178:12,19
178:25 179:6
180:9,24 181:7,14
181:21 182:2,23
183:9,21 184:3,8
185:2,16 187:3
189:17 190:7,14
191:6 194:1,6,13
195:20 196:7
197:8 198:20
199:1,22 200:9,10
200:24 201:9,21
201:25 202:5,14
202:19 205:8
206:2 207:21
209:11 210:16
211:1,18,20 212:4
212:14,17
**come** 20:5 34:24
103:4 106:10
130:3 174:3 178:9
**comes** 100:11
138:19
**comforter** 187:1
**coming** 34:19 128:3
134:24
**commencement**
213:3
**commencing** 2:12
**comment** 87:14
88:20
**commented** 99:18
**commenting**
168:22
**commission** 216:16
**committee** 75:1,9

76:5 77:3 78:4
104:2,3,11,13,15
104:23,25 120:25
**common** 113:20
164:16
**commonly** 20:3
**communicated**
164:19
**communication**
137:17
**communications**
135:14
**comorbidities**
62:18 109:24
110:13
**company** 35:11,21
36:4,5,7,16 38:21
73:17,17 137:12
156:15 163:9,14
164:14,23 168:11
203:21
**companys** 163:23
**compare** 121:10,13
121:21
**compared** 10:13
21:24 23:22 25:3
25:15 28:14 51:15
127:2 136:19
**comparing** 120:19
**compartment**
109:23
**compile** 29:8 74:14
**compiled** 29:9,10
29:11 33:23 74:15
**complained** 93:15
190:2
**complaining** 98:9
98:24
**complaint** 75:21
98:12 192:19
193:5
**complaints** 89:14
92:15,21 93:5
100:5 188:19
**completed** 7:11
**completely** 140:14

**completion** 213:12
**complex** 44:13,16
44:21 45:6,7,13
45:21 46:1,2,7,8
46:18,18,25 47:24
50:1
**complication** 26:1
40:7,10 43:4
128:11 149:7
152:6,19 159:9
160:8 164:15
165:1 166:7
167:15,17 168:14
182:16
**complications**
10:19,23 11:17
12:3,7,13 13:15
35:21 36:5,11,13
36:17,25 37:6,13
42:24 43:15 44:3
44:4,7,12,15,19
47:17 49:1,10,14
50:10 64:9 66:15
86:11,14 109:19
116:10,20,24
117:10,17 118:4
118:12 126:24
127:7,10 128:6,19
129:4,14 130:6
131:20 138:2
139:17 151:8,25
152:2,23 153:5,11
153:19 154:12
156:2,7,11 157:13
157:23 158:4,11
158:20,25 159:12
159:15,20,22
160:5,14,22 161:6
161:20 162:11,19
162:20,25 164:18
165:13,17,24
167:8,25 180:11
203:19 206:13
211:22,24
**complies** 42:11
**comprehensive**

68:11
**concept** 155:18,25
**concern** 157:21
**concerned** 94:14
133:16 135:18,20
**concerning** 213:4
**concerns** 132:25
135:21
**conclude** 126:6
**concluded** 27:14
**concludes** 212:22
**conclusion** 76:9
124:22
**conclusions** 75:8,16
125:13
**concomitant** 196:2
**condition** 19:5
91:14 116:19,23
118:11 119:12,22
132:17 172:23,24
207:16 209:4
**conditions** 180:19
209:5,23
**conducted** 175:6
188:13
**conferences** 40:12
63:4,9,17 161:1
183:7
**confirm** 41:6,13
74:1
**confirmed** 84:5
210:13,18
**conflicts** 105:21
**connected** 187:13
187:14 194:15
210:8
**connection** 13:3
155:18
**conscious** 148:21
**consented** 21:22
79:20
**consequences** 44:3
**consider** 40:3 61:13
68:7 108:17
111:11 126:14
**consideration**

61:14 108:19
112:15
**considerations**
76:13 112:7
**considered** 40:3
69:10 108:10
109:17
**considering** 35:22
40:8 109:11
**consistent** 38:2
41:15,21 124:5,18
124:21
**consistently** 125:14
**constantly** 137:17
**constipated** 133:4
193:22
**constipation** 195:6
**constitutes** 213:6
**consult** 19:2 125:8
**consultant** 101:25
102:3,11,19,22
103:20 104:1,18
105:7,11,23,25
**consulting** 103:10
103:14,24 104:12
105:10
**contact** 137:22
179:14
**contain** 7:21
**contained** 8:25
80:8
**content** 204:17
**context** 59:14
204:23
**continually** 54:11
57:7
**continue** 18:21
33:14 102:23
103:13
**continues** 85:8
137:4
**continuous** 103:8
**contract** 103:2,4,21
104:16,20,22
105:24
**contracted** 83:2

84:7,12 90:2
91:13 138:21
**contracting** 210:15
**contraction** 81:24
82:22 83:6,21
84:21 85:8,23
99:21 136:1,5,11
136:20,22 137:3
143:4,8 149:7,18
180:16 185:8,22
185:23 186:1
187:5,7 198:11
209:7 210:2
**contractions**
135:22 141:8
145:3 151:23
**contracts** 103:7,24
**contraindicated**
111:19
**contraindication**
110:18
**contraindications**
66:16 112:3 177:2
**contrary** 72:24
143:24
**contribute** 88:12
90:9 116:20 118:3
118:12
**contributed** 80:24
81:8 90:20 91:13
92:3,7 116:9
117:3
**contributing** 80:16
88:20 89:13 90:5
90:5,24,25 91:8
91:19 117:11,23
196:25 197:3
209:20
**control** 27:12
213:19
**controlled** 75:23
121:15
**conversation**
148:25 157:15,17
**conveyed** 176:22
178:15

**convince** 108:14,24
**copies** 173:15
**copy** 14:14,18,21
14:23,24 15:3,5
**corinne** 2:7 3:20
5:22 213:1,16
**correct** 6:20 7:17
7:20 8:9 9:9
10:16 11:21,25
12:1,23 16:18
17:15,16 19:9
21:1 22:3 23:9,15
25:4 26:6,11 28:4
29:3,4,6,7,12,14
29:19,20 30:22
31:2 33:18,19
34:15,16 37:18,19
39:24,25 40:4,5
40:10,11,17,24
41:23 42:20 43:21
43:22,25 44:1
51:4 52:15,16,23
55:3,21,24 60:10
60:18 61:4 63:23
66:20 69:7 71:15
74:5 75:2,10 77:6
77:8,9,18,19,22
78:8,15 79:4 80:6
80:14,18 81:1,8
81:12,15,18,21,25
82:22 83:3,10,24
84:8,14,22 85:10
85:17 86:14 87:2
87:8,13,18 88:6
88:14 89:15,23
90:6,9 91:8,15
92:8,10,12,13,17
93:7,11,18 95:6
95:15 97:5,17
98:10,25 99:1,3,6
99:16 100:3,4,7
100:11,22 102:1
102:12 103:15,16
104:18 105:7,8,11
105:15,21,23
109:7,8 110:10,11

110:14 111:20,23
112:3 113:2,11,17
114:3,20 115:12
115:13,18 116:10
116:21,24 117:8,9
117:14,18 118:4
118:13,15,16
120:17 123:13
124:10,11 125:7
129:15 132:18,22
134:2 135:2,19,24
136:7,21 137:5
138:2,3,6,15
139:10,18,25
140:1,6,11,18
141:9,15 142:18
144:1,7 145:5
147:11 148:4,5,7
149:4,22 150:7
153:2 155:23
156:7 158:12,15
158:20 159:2,4,13
159:17 160:16
161:8 164:10
165:8,9,14 167:10
167:11 168:3,4
169:21 170:13
173:17,23 194:3
198:24 206:18,21
207:8,17,18,20
208:5,6,7,12
209:3,10 210:15
210:19 211:15,16
216:4
**correction** 83:14
94:24 97:7
**corrections** 214:5,7
216:5
**correctly** 87:24
88:4 121:6 122:13
127:8 128:4,7
129:12 133:7
129:12 133:13
**corroborate** 37:22
**corroborating**
37:20
**cosson** 148:12

cost 108:9
cough 95:8 112:13
  190:2 192:4 207:3
  207:5,8
couldnt 63:12 69:6
  111:23
counsel 5:16 14:13
  29:12 33:24 74:15
  78:17 159:6 173:2
  213:10,11
counseled 77:1
counselor 95:21
  99:22
counted 150:16
counterintuitive
  144:6,10,11,14
country 43:16
couple 55:18 74:9
  182:10
course 89:17 91:25
  103:1 138:6 142:9
  169:18 170:12
  179:18 204:19
courses 182:12
  204:9,9
court 1:1 5:13,21
  179:7 214:17
courts 2:6
cover 32:16 104:8
  200:8
covered 103:3
  104:20
created 148:15
creates 73:22
creating 79:21
  81:24
credibly 148:13
criteria 77:4,5,10
  110:5
criticism 182:18,19
curious 42:9,12
current 9:17
currently 20:2
  22:23 88:25 95:1
  97:11 134:11
  197:11

curriculum 9:17,18
  9:20 10:2 13:16
  13:21 14:2
cut 15:21,25 210:6
cv 14:8 28:23
  104:14
cycle 210:7
cystocele 93:14,20
  93:25 97:4 99:8
  192:17,22,23
  193:6 195:25

          D
d 1:16 2:3 4:1,2,10
  5:4 6:3 213:13
  216:8
daily 186:13
damage 26:11
  177:4
damaged 26:6,8
data 30:14,18 68:3
  68:18 69:5,15
  72:5,14,19 123:20
  126:11 139:1
  141:4 147:11,14
  147:15,19,21,22
  147:24,25 148:1,2
  149:15 152:24
  158:9
date 5:8 7:10,13,23
  18:15 151:11
  203:1 214:9 216:8
dates 81:16
dating 194:25
daughter 95:2
  97:12
day 27:7 50:12,16
  166:21,23 216:15
days 66:20 214:13
debate 46:6
decades 199:25
decide 115:21
  125:17 179:18
deciding 61:21
  62:22
decision 8:22 24:23

148:21 200:17
decisionmaking
  111:5
decks 33:13,17
  183:15,16
declared 199:5
decommercialized
  200:13
decrease 21:6
decreased 21:8
decreasing 25:25
deemed 214:16
defect 79:1
defendant 3:7
defendants 1:11
  5:19
defer 61:5,9 114:4
  126:5
define 45:7 46:1,17
  150:13
defined 205:14
  206:9
defining 172:15
definition 45:16
  82:12 205:15
degree 90:19 93:20
  110:23 111:2,17
  114:2,19 116:7
  117:6,8,16 119:1
  195:24
dehasse 78:5,24
  80:14 81:14,17,20
  83:8,15,16,19
  84:5,17 85:6
  86:11 94:19 96:10
  96:21,24 97:2,16
  98:9,24 99:5,13
  100:2 110:9
  141:19 184:10,14
  184:19 186:17
  190:3,20 191:2
  210:12,22 211:15
dehasses 95:15
  96:15 98:16 142:7
deleted 14:9
deliberately 70:2,4

70:5
delineate 36:9
delivery 36:22
  127:24
demographics
  62:16
denise 1:16 2:3 4:2
  4:9 5:3,15 6:3
  212:22 213:13
  216:8
deny 28:19
department 39:18
  42:10
depend 123:16
  124:4
depending 24:24
  122:17 167:24
depends 138:10,16
  140:19 152:5,19
deponent 5:15
  212:25 216:1
depose 70:25
deposed 106:2
  170:17
deposing 114:16
  214:13
deposition 1:14 2:3
  4:8 5:2,10 6:15
  26:20,22 27:3,14
  38:14 57:8 72:22
  123:3 142:7,11
  170:10 171:20
  173:13,20 174:20
  174:23 176:16
  186:18 212:22
  213:5,7,9,13,14
  214:3,10,14,16
depositions 2:7
  35:1 169:14,20,22
  169:25 170:4
describe 45:24 89:3
described 81:21
  89:2 95:13 100:19
  100:19,20 101:8
  141:19 151:8,19
  152:1,2 153:5

160:9 162:11,25
  172:21 212:10
describes 186:22
  189:1
describing 131:17
  195:1
description 34:21
  193:12
descriptions 72:13
deserves 65:8
design 52:13,17
  126:15,17
despite 159:21
  161:21 206:14
detail 102:16 125:3
detailing 12:2
details 135:16
determine 19:3
  25:8
develop 119:24
  133:2,11 192:2
developed 84:20
developing 133:17
  134:18 135:19,22
  141:7
development 80:17
  90:25 91:14 92:3
  180:20
device 35:10 36:16
  38:3,21 44:7
  52:14 129:16
  156:14 164:7,18
  177:12 180:6
  185:13 203:21
devices 39:24
  199:15,24
diagnosed 112:23
  113:1 114:7
diagnosing 115:5
diagnosis 113:10
  113:17,21 114:5
  114:23 115:16,22
  118:23
diameter 55:12
dianne 1:7 5:11
  77:12,16,20

Denise M. Elser, M.D.

didactic 178:7
didnt 13:19 14:11
  21:23 30:23 46:12
  55:17,19 57:3
  66:12 67:24 69:15
  70:5,20 71:13
  72:11 76:1 123:1
  138:8 146:8 148:2
  148:4 165:23,25
  167:1 169:9,20
difference 12:23
  23:7,19
differences 22:5,25
  23:17,23
different 21:25
  23:14 45:16 49:3
  49:12 58:19 60:6
  158:18 167:12
  172:14 188:5
differently 147:17
difficult 148:9
difficulty 188:23
dilator 140:4,9
diminish 20:6
direct 26:23 188:8
  213:19
directed 23:3
direction 213:6
directly 9:5,22
  27:21 108:5
  116:22 213:11
disability 199:3
disabled 199:5
disabling 206:16
disadvantages 53:6
disagree 110:15
disagreed 121:7
  122:1
disclose 36:24
  38:21 105:21
disclosed 37:7
  38:16 39:1 40:20
  43:7 50:18 151:20
  153:11 206:13
disclosing 35:20
  36:5,17

discomfort 88:13
  93:1,16 100:18,19
  138:13
disconnect 95:19
discuss 7:25 8:1
  61:16 174:21
discussed 42:2
  64:12 120:2 201:1
  201:13 204:20,22
discussing 204:25
discussion 171:15
disease 111:9
  112:13 115:10
  116:1,4 207:6
diseases 115:17
disk 194:18
disorder 88:18
disposal 126:6
dispute 210:24
dissected 198:16
dissection 130:18
  141:20 142:2,8,12
  142:16 143:2,8,9
  143:16,19,23
  144:6,14 145:4,20
dissections 144:1
distinction 79:24
distinguish 187:8
district 1:1,1,6 2:6
  5:13,13
diverted 27:8
doctor 40:8 46:12
  58:25 61:21 62:7
  64:11,24 67:22
  93:24 95:11 113:1
  113:9,15,20
  114:12 115:4
  125:16 131:2
  154:9 156:4 157:7
  158:2,5 172:1
  189:15 204:21,23
doctors 39:23
  41:15,22 43:15,24
  44:4 62:21 63:7
  64:8 66:12 73:3
  82:15 120:4

126:23 127:11
  132:8 137:18,25
  151:6 153:8
  155:17,21 156:16
  157:5,8,11,14
  159:10 160:19,20
  162:4,13 163:4,19
  164:5 167:21
  172:8 190:1
  203:21 204:3
  205:17
document 5:1
  75:22 100:2 126:7
  142:25 148:13
  153:14 157:22
  162:2 163:4,18
  171:19 176:15
  211:12
documentation
  99:11
documented 95:14
  100:7 125:22
  134:8
documenter 124:20
documenting
  207:16
documents 33:16
  33:16,20 34:2
  38:13 42:19 74:12
  123:7 131:9
  146:21 155:8
  169:18 184:1
doesnt 6:22 23:12
  51:6 58:25 72:14
  75:19 89:3 113:16
  127:9 205:7,24
doing 39:20 42:8
  102:14,21,23
  108:9 123:23
  143:15 146:16
  166:17 181:17
  203:17 214:8
dont 7:14 13:11,18
  14:22 15:8,19
  16:10 17:3,3,4,23
  18:7,15 20:1,18

20:23 22:14 24:17
  24:20,22 28:17
  30:21 31:23 32:15
  34:8 35:7 41:19
  41:22 43:11,20
  44:8,25 45:11,23
  45:24 46:14 47:11
  50:14 52:11 53:24
  54:21 55:14 57:13
  57:19,20,20 59:14
  59:18 63:20,22
  65:6 68:25 69:2
  69:20 70:4,6,19
  70:22 71:4,9,12
  72:15,15 73:24
  74:16,17 76:13,14
  80:9,11,19,20,24
  81:13 82:11 83:14
  83:18 85:16 87:14
  89:24,24 90:17
  91:9 92:20,22,23
  94:4,12 96:12,14
  100:12 101:4,9
  102:10 103:22
  105:12 107:16
  108:5,11 111:2
  114:6,9 115:10
  116:2,25 117:4
  118:22 119:20
  120:14 122:5,15
  124:24 126:13
  128:10 131:5
  133:19 135:13,14
  138:25 139:11
  140:19 141:18
  142:1,3,10 148:11
  148:24 149:5,19
  150:13,14,16,17
  152:22,24 155:3,5
  155:21 156:22
  159:6,14 160:4
  164:13 166:13,14
  166:16 167:22
  168:2,20 170:7
  171:3 172:11
  173:25 188:4

190:23 203:6,10
  204:19 208:17
  210:21
double 118:17
dozen 18:8
dozens 157:18
dr 5:15 6:8,14 7:5
  15:3,6,6,8,9 26:20
  27:15 28:1 40:23
  54:11 55:2 57:6
  58:11 59:11 78:5
  78:24 80:14 81:14
  81:17,20 83:8,15
  83:16,19 84:5,17
  85:6 86:11 89:2
  93:2 94:19,23
  95:8,15 96:10,15
  96:21,24 97:2,3
  97:16,22 98:3,6,9
  98:16,17,24 99:5
  99:13 100:2 101:2
  101:5,25 106:3
  110:9 123:3
  129:20 141:19
  142:7 170:14,21
  174:14 175:6,21
  176:21 180:18
  181:22 184:9,10
  184:14,19 185:3
  186:17 188:12,16
  188:19 189:3,15
  190:3,20 191:2
  196:1 197:9,12
  199:2,10 200:25
  202:15,18,23
  210:12,22 211:15
  211:21 212:19,22
drafting 132:5
dramatic 193:10
draw 126:12
drawing 8:2
drazens 123:3
drew 104:19
drive 27:6
dropping 93:18
  94:15

Denise M. Elser, M.D.

**dry** 188:10 193:1
**due** 57:24 83:8,9
  86:14 125:15
  129:25 149:18
  153:6 170:12
**duly** 6:1,4 213:1
**duration** 52:6
**dysfunctional**
  192:13
**dyspareunia** 44:13
  44:20 47:8 90:14
  94:7 135:23 136:6
  174:18,21 175:7
  175:14 180:20
  181:5 184:17
  196:20 209:8

**E**

**e** 4:1,7 215:1
**eager** 32:16
**earlier** 17:6 38:23
  146:18 171:5
  172:2 180:10
  183:22 184:22
  203:11
**early** 66:19 78:18
  194:25
**ease** 187:17
**easily** 44:21
**easy** 46:19 50:1
**ed** 177:23
**editor** 123:4
**editors** 126:5
**education** 134:2
  142:9 143:24
  183:11
**edwards** 170:18
**effect** 44:22 80:4
  91:8 121:4 202:25
  203:3 206:17
**effective** 120:19
**effectively** 159:23
  161:23
**effectiveness** 55:7
  56:4 68:5 106:19
**effects** 188:4

**efficacy** 29:23
  68:19 107:6
**efficiently** 26:24
**effort** 15:10 37:22
  38:19 41:13
  137:24
**eifert** 57:25
**eisenhower** 3:3
**either** 19:4 24:24
  56:1 73:1 127:25
  158:18 163:17
**elevate** 16:23 22:18
  22:20 23:1,2,8,8
  23:14,20,25 24:7
  24:9,12,15 25:2
  25:14 28:13
**elliott** 89:2 188:16
  188:19
**elliotts** 188:12
  197:12
**elser** 1:16 2:3 4:2,8
  4:9 5:2,4,15 6:3,8
  6:14 7:2,4,5,6
  11:13 13:14 15:3
  26:20 27:15 28:1
  40:23 54:11 55:2
  57:6 58:11 97:22
  98:3,6 101:25
  106:3 129:20
  170:14,21 171:20
  172:1 174:14
  175:6,21 176:13
  176:16,21 180:18
  181:22 184:9
  185:3 189:3 196:1
  197:9 199:2,10
  200:25 202:15,18
  202:23 211:21
  212:19,22 213:13
  216:8
**email** 38:13
**emails** 33:15
**embedded** 142:11
**emergency** 27:9
  93:3,5,21 94:2,14
  101:3,7

**emphysema** 77:23
  77:25 78:10,18
  110:15 111:3
  112:13,24 113:2
  113:11,12,16,17
  113:21 114:3,6,7
  114:9,11,20,21
  115:5,12,18,21,23
**employee** 213:10
  213:10
**employees** 35:2
**encouraged** 179:15
**encrusted** 210:23
**endall** 122:16
**endallbeall** 122:17
**ended** 155:25 209:7
**endotracheal** 111:7
**engaged** 41:11
**england** 122:23
  123:4
**enroll** 21:12
**enter** 26:11
**entire** 142:13
**epithelium** 141:12
  143:22 145:15
**equal** 147:24
**equally** 201:15
**er** 93:24 98:11
  100:13 189:16
  192:16
**erosion** 45:7 46:1
  46:18 48:3 50:9
  80:1 136:15 150:9
  180:15 196:12
  201:11
**erosions** 44:13,16
  44:17,20 45:6,13
  45:21 47:24 48:8
  48:11 49:25
**errata** 214:6,9,12
  216:6
**error** 124:7,10,18
  124:21
**errors** 124:5 125:2
  125:22,24
**especially** 100:18

195:24
**esq** 3:5,10,14
**essence** 164:4
**establish** 101:24
  102:16
**established** 159:11
**establishing** 158:9
**estimate** 7:20 18:4
  18:18 20:21 22:11
  173:5
**estimates** 18:6
**estrogen** 141:6,10
  158:10,18,22,24
  159:7,11
**et** 1:10 5:12
**eth** 4:13 176:18
**ethicon** 1:3,10 3:7
  5:12 33:12 35:2,4
  38:14,15 39:6,7
  39:12 42:10,18,24
  43:2 50:11,15
  60:20 61:6,20
  62:3,5,13 64:10
  64:25 65:4,23
  66:3,15 67:23
  68:2,17 71:17,18
  72:4,5,18,22 73:9
  73:11,21 74:7
  79:16 82:14 102:1
  102:12,19,23
  104:16 105:7,23
  105:24 107:25
  108:3,5,13,23
  109:7 119:10,16
  119:21 132:4
  134:2,6 137:10,17
  137:24 151:6,10
  152:13 153:4
  154:10,12 155:16
  156:15,17 159:19
  159:24 160:9
  161:7,19,24 162:3
  162:12,23 163:15
  164:5,7,20 165:12
  165:22 167:1,14
  167:19 168:6,19

**ethicons** 37:24 39:8
  123:8 142:9 168:2
  183:11
**evaluate** 125:5
  190:20
**evaluated** 113:9
  190:23
**evaluating** 25:12
**evaluation** 92:23
  94:2 191:2 195:2
**evenhanded** 147:15
**event** 104:21
**events** 131:19
  204:25
**eventspecific** 103:9
**eventually** 121:9,12
**evidence** 99:10
  208:4,12 211:11
  212:6,9
**exact** 18:15 102:20
  106:3 157:16
**exactly** 13:9,10
  16:10
**exam** 84:9 89:3
  93:24 99:11,14,16
  100:1,6 187:10
  188:21 193:12
  197:12,13,18
  210:6
**examination** 2:4
  4:2 6:6 99:5
  115:4 174:12
  188:13 202:21
  211:19 213:3
**examine** 203:12
**examined** 6:5
**examining** 188:22
**example** 23:19
  103:12 105:9
  109:22 110:20
  122:7 125:9
  192:25 204:21
**exceedingly** 44:21
  50:1
**exception** 201:1
**exceptions** 193:5

Golkow Technologies, Inc. - 1.877.370.DEPS

**excess** 177:6
**excessive** 185:20
**excise** 44:18 48:22
  91:13
**excised** 86:25
  197:15 198:13
**excising** 86:17
**excision** 84:18
  86:13 136:7
  198:13
**exclude** 78:14
  135:1,10
**excluded** 77:5
  135:15
**excluding** 135:17
**exclusive** 24:4
**excuse** 95:21
**exercise** 186:13
**exercises** 140:21
  195:5
**exhibit** 4:8 5:2 7:1
  7:4,6 171:20
  172:1 176:14,16
**exhibited** 189:8
  193:14 195:12
**exhibiting** 189:21
**exist** 106:18 164:6
**existed** 207:17,20
**exit** 34:19
**expect** 52:16 64:2
  108:11 127:18
  130:14 152:18
  153:18 168:11
  193:11
**expected** 38:23
  63:12 94:2 205:6
**expects** 58:1
**experience** 25:21
  30:2,3 37:14
  39:22 40:1,8,11
  40:13 43:17 48:17
  48:18,20 63:4
  66:13 69:19
  127:18 134:5
  141:5 143:5,11,17
  148:18 157:2

160:25 178:8
  194:24 195:23
  197:11
**experienced** 25:21
  50:25 134:9 185:9
**experiences** 90:21
**experiencing**
  143:17
**expert** 4:9 5:3 7:8
  27:20 33:15 52:13
  55:4,22,25 57:7
  126:14,17 155:6
  169:13,20,23,25
  170:5 171:3
  175:22,25 208:23
**expertise** 52:24
  53:3,14 56:5
**expires** 216:16
**explain** 25:17 129:2
  137:14 179:7
  185:24 195:25
  209:25
**explained** 94:23
  97:3 131:11
**explored** 117:24
**exposure** 80:1
  116:14 136:15
  142:18 150:6,9,21
  196:12 201:2,6,10
**exposures** 151:22
**extensive** 66:13
  174:2
**extent** 9:5 91:8
  122:10 125:4
  137:21 138:1
  171:2,4
**external** 25:1,14,16
  26:4,9 28:1
**extrusion** 180:15
**extrusions** 143:18

——————

**F**

**face** 146:13
**fact** 9:11 19:16
  25:1 40:6 62:15
  63:23,24 64:5

75:18 78:13 83:8
  84:19 89:21,25
  90:1 91:18 101:2
  113:15 136:3
  140:16 177:10
  180:25 181:8,16
  186:15,18 189:20
  192:8,15 200:14
  203:20 205:17
  209:6 211:23
  212:6,8
**factor** 79:25 80:1
  80:17 81:4 90:5
  90:24,25 91:19
  116:13 117:11,23
  133:6,7 159:6
  209:20
**factors** 79:11 111:5
  111:11,24 116:15
  184:17 191:8,10
  191:13,17 193:13
  193:15,21 194:22
  212:9
**facts** 7:25,25 8:1
  9:1 70:7 184:23
**fail** 132:7 214:15
**failed** 39:12 154:12
**failure** 39:13 73:2
  73:10 112:16
**fair** 31:7 37:15,16
  38:24 42:23 43:1
  56:21 91:1 144:5
  145:23 147:19
**fairly** 41:3
**fallen** 93:7 94:23
  97:4
**falling** 94:22 97:3
  99:3
**familiar** 21:11
  45:12 50:22 66:24
  67:2 68:2 70:9
  75:1 127:16
  137:10 149:24
  153:16 205:10,14
  205:20,23
**far** 87:22 105:2

126:17 199:4
**fast** 96:19
**fatal** 27:7
**fatton** 147:7,7
  148:12 149:25
**fda** 20:10 38:8,16
  38:20 42:12
  105:14,18,20
  106:12,14,24
  107:14 108:14,16
  108:24 109:6
  120:18 121:3,4,9
  121:12
**fdas** 106:17 107:4
**february** 70:11
  103:13
**federal** 2:5 120:11
  156:23
**feel** 54:8 75:8
  100:17 105:17
  137:14 170:24
  210:5,11
**feeling** 84:6 94:22
  97:2 211:9
**feels** 193:7 210:1
**fellowship** 183:5
**felt** 8:1 67:6 83:4
  84:9 93:17 187:18
**fibromyalgia**
  117:22 118:9,19
  118:23 119:2,23
  120:2
**fibrose** 141:12
**fibrosed** 86:17
**fibrosis** 82:5,20
  83:21 85:2,8
  86:23 90:10
  130:15 136:11
  137:2 141:8,13
  142:20 143:17
  145:3,15 187:19
  210:2 211:4
**fibrotic** 136:23
  137:2 143:4
  210:14,23
**figure** 9:10 32:1

**figures** 8:25
**file** 1:3
**find** 38:20 97:21
  115:20 126:1
  164:21 187:9
  188:16 197:24
**finding** 94:1 100:2
  123:20 193:10
  195:14,22
**findings** 30:18 92:9
  92:16
**fine** 32:18
**finger** 128:22
  188:22
**finish** 57:16,17,18
  169:9 202:4
**finishing** 46:15
**first** 6:4 16:8,12,16
  17:13 19:13 29:5
  40:16 50:12 66:6
  70:11 78:5 93:14
  94:19 96:10
  100:18 103:19
  143:14 151:11
  166:22,23 177:18
  178:9,10 182:9
  187:8,22 207:15
**firsthand** 183:10
**fistula** 180:15
**five** 24:21 64:18,20
  96:2 99:23 153:23
  200:7
**fix** 79:5 151:24
**flare** 91:17
**flat** 186:23
**flexibility** 23:20
**flipping** 96:19
**floor** 3:3 41:3 88:3
  91:1 92:17,18
  99:14,15,21 100:3
  100:10 133:7
  139:24 140:4,7,10
  140:13,15,17,23
  141:1,2 181:1,6,9
  181:12,17 184:23
  186:9 187:15,25

190:17,21 191:8
192:6,6,12,14
193:14 194:10,19
194:23 195:6,12
195:16 196:16,25
198:23 199:14,23
201:3 207:14
208:2,10 211:12
211:25 212:7,11
**flow** 57:23 136:21
**focus** 112:23
**following** 109:9
**follows** 6:5 156:5
**followup** 121:15
122:4 182:12
202:16
**foregoing** 213:5,17
216:3
**foreign** 52:6 87:12
87:20,22,23
**forgot** 171:6
**form** 9:3,23 25:5
28:15 29:22 30:19
31:10 35:24 37:9
38:6 39:2,15
40:25 41:24 42:14
43:9 44:23 45:15
46:4,22 48:1,14
50:2,19 52:19
53:7 55:8 56:7,18
59:7,16 60:2,12
61:1,7,24 62:9,23
63:14 66:10,21
68:22 69:19 71:20
71:25 72:7 73:5
74:20,25 75:6
76:10,21 82:1
83:11,25 84:23
85:11,18 86:2,15
88:15 90:7 91:3
93:8 97:18 100:23
106:21 109:2
111:21 112:4
113:3,18 116:11
118:6 119:14
120:22 123:14

124:2 125:25
126:3 127:13
128:8 129:6 132:9
132:12,23 134:19
136:8 137:6
139:19 141:16
144:8,16 145:11
145:24 149:11
151:13 152:3,10
152:16,25 154:15
156:20 158:13
160:2 162:1,5,14
162:16 163:5
164:11 165:15
166:2 167:4 168:7
169:2 173:23
205:8 206:2
207:21 209:11
210:16 211:1
216:5
**formally** 42:1
**formation** 82:17
**formed** 93:14
114:18 118:25
**forming** 8:18 29:21
30:4 31:6 58:12
69:7 75:5 80:25
81:10 82:21 83:22
88:23 116:6 117:1
117:5 168:1 184:4
**forth** 180:11,19
199:8
**forward** 24:9 25:10
27:4,4 28:10 54:9
69:3,25 79:13
86:6 94:10 112:19
113:24 137:1
157:25 161:17
165:3 170:19
206:25
**found** 8:3 75:8
81:20 84:2 99:8
99:10,13 124:13
136:4 148:9,22
149:9 150:20
**foundational**

165:11
**four** 7:14
**fourhour** 111:7
**free** 54:8 170:24
**freely** 179:15
**freeman** 3:3
**french** 148:12
149:16
**frequency** 20:5
94:25 97:8 190:13
**frequently** 163:21
195:24
**front** 7:5 45:1
75:17 95:16
202:24
**frustrating** 58:6
**full** 63:4 130:18
142:1,8,16 143:2
143:7,15,21,23
144:5,14 145:19
147:20 151:25
**fullblown** 114:6
**fully** 106:2 156:5
**function** 175:11
**furlong** 10:22
11:13,13 12:22
13:14 15:6,9
**further** 85:23 193:9
202:21 210:1
211:19 212:25
**future** 86:1

———————
**G**
———————
**gas** 111:14
**general** 20:9 22:2
26:15 53:9,17
111:6 128:16
144:18 186:5
195:1
**getting** 96:17
150:14 159:9
166:20 179:22
**give** 7:12 14:25
30:3 32:9 68:10
98:1 103:2 147:20
165:5 169:7

172:25 173:4
**given** 26:21 33:24
131:13 213:7
216:4
**giving** 37:11 89:12
**glad** 14:16
**glow** 146:15
**go** 7:24 8:7 9:16
11:7 17:10 27:3,4
28:23,25 58:2
74:8 95:18 101:12
129:25 152:7
155:3,5 159:21
160:21,24 169:10
169:19 171:10,10
178:8
**goes** 8:13 33:5
161:2
**going** 6:15,18 18:6
18:18 20:13 21:12
24:9 26:25 27:15
30:14 51:2 54:3
54:10 57:5,11,12
57:15,17 58:10,22
64:16 67:13 69:3
69:23 75:25 76:2
79:9 83:16 85:23
89:9 92:2 101:15
102:15 106:1
108:17 116:4
122:16 125:9,12
128:18 130:3
131:2 138:18
151:1 152:14,20
153:6,22 154:3
155:12,12 161:11
161:13 162:14
167:12 170:19,23
171:5,14 173:1
174:1,7,14 182:9
183:4 186:10
187:11 194:19
202:1,7
**goingforward**
24:16
**golkow** 5:7

**good** 6:8,9,12 32:24
101:11 106:6
108:10,12 110:1
112:1 147:15,25
148:16 155:13
**goodwin** 1:5
**goretex** 19:23
**goto** 157:1
**gotten** 58:7
**government** 132:3
175:25
**grade** 64:25 99:8
192:17,22,24
193:6
**graft** 11:17 13:15
19:23
**grafts** 12:4
**grandchildren** 95:2
97:12
**granulation** 80:12
80:17 81:5,8,11
196:11
**great** 34:21 79:8
140:22
**greater** 53:18 55:12
56:1 60:22
**group** 121:23 147:8
148:13 149:16
**grown** 210:3
**guess** 22:12 131:3
166:4 170:11
171:6
**guessing** 21:2
**guidance** 156:24
160:12
**guideline** 110:21
**gynecare** 4:13
33:12 176:17
**gynecologic** 161:14
**gynecology** 70:11
**gynemesh** 15:12,20
16:2 19:25

———————
**H**
———————
**h** 4:7
**hadnt** 170:22

182:14 192:9
**half** 27:5
**hand** 183:16
**handling** 177:7
**handy** 147:1
**happen** 80:22
   152:14 153:6
   167:25
**happened** 68:12
   115:7 145:9,19
   205:1
**happening** 34:18
**happens** 34:10,12
   80:23 100:18
   124:25
**happy** 71:10 155:3
   179:23
**hard** 26:20 137:4
   152:7 154:17
   163:22 210:11
**hardened** 81:21
   83:22 87:6 90:2
   209:7,8,9
**hardening** 81:25
   82:17 83:7 85:23
   136:5,20 145:3
   209:16
**harm** 51:23 167:17
**havent** 18:7 42:2
   57:10 58:7 116:14
   123:7 203:13
**headaches** 119:8
**heal** 159:7
**healing** 141:11
   158:23
**hear** 6:13 30:23
   193:11
**heard** 6:10 45:8
   70:13 108:12,16
   182:13,17
**hearing** 107:18
**held** 5:10
**hello** 6:11,12
**help** 15:22 74:25
   140:17 159:8
   168:12 179:23

185:22
**helpful** 46:15
   130:11 131:25
**helping** 36:9
**helps** 142:19
   159:12 188:6
**hemorrhage** 25:23
**heres** 30:4 53:23
   107:19 110:22
   114:12
**hereto** 213:11
**hey** 163:23 170:8
**hi** 95:23,24
**high** 109:18 111:15
   112:10,14,15
   193:6
**higher** 78:17
   130:14 131:23
   133:11
**highland** 3:13
**highrisk** 76:6 77:20
   78:6
**hints** 94:7
**history** 95:12,13
   97:13 98:14 116:8
**hit** 164:22
**hitting** 25:23
**hold** 32:15 52:12
   52:23 55:3,21,24
   56:5 134:16 135:8
**holding** 134:11
   135:4
**home** 95:1 97:12
   115:9
**hospital** 150:15
   178:10
**hour** 27:5 64:17
   153:23 173:11,11
**hours** 173:8
**hurt** 175:5
**hyatt** 2:10
**hypersensitive**
   192:1
**hypertonic** 89:6
   190:25
**hypertonicity**

99:15,19 209:15
**hypothetical**
   151:16,18
**hysterectomy**
   90:18 142:14
   196:2,9,10,13,20
   196:24 197:3
   208:14

---

# I

**id** 4:8 16:24 26:22
   41:2 58:20 119:18
   127:4 150:24
   151:5,10 155:3
   169:6 171:1,6
**idea** 39:17 42:23
   54:6 73:21,23,25
   74:3
**identification** 5:4
   171:23 176:19
**identified** 198:12
**identify** 5:16 15:11
**ifu** 4:13 34:3 35:16
   35:19 36:3,8,15
   36:21,24 37:2,7
   37:12,24 38:10,17
   38:21,24 39:1
   40:20,24 41:7,10
   41:15,16,21 42:11
   42:13 43:7,12
   50:18 61:23 62:8
   62:21,25 64:8,13
   66:8,19 71:17
   72:10,14,18,24
   73:22,23 74:2
   79:21,24 80:4,8
   120:1,10,15
   126:19,22 127:9
   127:23 128:5,19
   128:20 129:2,8,13
   130:7 131:7,20,24
   132:6 151:21
   152:8,13,19
   153:12,13 154:13
   156:10,18,19
   157:1,12,21 158:3

160:1,5,10,11,18
   161:2,5,15 162:2
   163:3,17 164:24
   165:5,11,18,24
   166:6,8,20,21,24
   167:14 168:12
   175:22 176:3,4,9
   176:17,22 177:1
   177:10,17 178:2,3
   180:5,11,19
   181:23 182:8,15
   182:16,18,20,20
   202:23,24 203:8
   203:12,16,18,22
   204:2,3,12,23
   205:4,15 206:12
   206:18,19
**ifus** 33:15 35:14
   42:2 64:12 180:1
**ill** 6:24 9:24 11:1
   32:10 34:3 46:1
   58:10 62:11
   106:10 169:6
   170:15
**illinois** 1:20 2:10,11
   5:11
**illness** 95:14 98:14
**illnesses** 111:10
**im** 6:10,14,18 7:12
   8:5 14:3,6 18:6
   22:23 26:14 27:18
   27:18 30:14 32:23
   39:20 40:13 49:6
   49:11 53:24 54:3
   54:17,21 57:14,21
   58:10 60:9 62:1
   69:18 72:9,10
   73:15 75:24 77:8
   82:3,24 83:15
   86:21 92:12,17
   96:6,11,16,19,19
   96:20 97:20 98:15
   98:17 102:7,7,15
   103:11,12 104:14
   106:1,23 111:23
   113:8 114:16

115:7 116:4
   118:15 119:5
   125:15 126:17
   128:17 129:12
   130:3 131:2,3,3,6
   131:7,12,16,18
   137:21 139:5,7
   141:4 146:5,5,12
   146:14,15 147:5
   148:18 149:19
   151:1 155:9
   160:16 161:13
   165:20 166:11,13
   166:17 167:12
   168:17,22 169:7
   170:3 171:5
   174:14 182:9
   202:1 207:4,23
   208:7 209:13
   210:7 211:7
**imagine** 12:11
   58:21 72:10
   137:22 148:9
**imagining** 73:16
**immediately** 186:6
   186:10
**impact** 52:5 143:3
   158:10,25 209:6
**impending** 193:9
**imperative** 214:11
**implant** 43:5 64:3
   174:25 177:7
   179:19 180:16
   189:11 190:22
   191:15,18 193:15
   196:3 212:8
**implantable** 180:13
**implantation**
   174:22 189:22
**implanted** 119:4
**implanter** 63:25
**implanting** 127:18
   153:20 177:11
   185:13
**implants** 67:1,3
   153:17

Denise M. Elser, M.D.

implications 55:23
importance 195:2
important 8:2 31:6
  66:18 68:18
  106:20 107:7
  147:13,18,21,23
  159:6 160:11
  175:4 204:13
impossible 123:20
  124:9,12 197:18
improper 130:9
  185:25
inadequate 122:20
incapacitating
  44:19 49:18
incidents 124:14
incision 23:3
  128:23 198:15
incisions 156:1
  199:21
include 12:7 71:13
  148:22 149:1
  168:13
included 35:5
  129:18,23 131:24
  177:4 185:21
includes 33:13,14
including 44:12
  137:19 172:15
  201:22
incontinence 14:5
  30:7 94:25 95:4,5
  97:8 189:19,21
  190:6,10,13
increase 156:2
  185:25 186:11
increased 79:22
  119:12,24
increases 51:23
  196:11
incredibly 192:22
independent
  121:16 126:12
independently
  196:14
indicate 150:4

184:13 189:9,20
  207:2
indicated 65:18
  77:22 87:2 110:19
indicating 208:4
indication 87:4,8
  92:25 99:13 190:8
  192:11
indicative 194:7
indirectly 213:11
individual 77:21
individuals 76:7
  78:6
industry 38:3 104:8
  104:12
infection 163:24
  180:14
inflammation
  180:14
inflammatory 52:7
  90:2
info 179:15
information 13:13
  14:17 38:10 39:8
  39:12 41:10 51:21
  61:14,23 62:8,20
  62:21 63:2,13,16
  64:13,24 66:8,19
  73:11,22 74:2
  125:25 126:22
  127:5,9 131:13
  146:22 148:19
  149:1 150:8 152:7
  152:12 154:14
  155:1,10,14
  156:11,16,17,18
  156:25 160:14,19
  162:1,3,8,13
  163:2,10,16,21
  165:12,23 166:1
  167:21 178:15
  179:14 182:25
ingrowth 53:19
inherent 36:18
initial 92:23 174:25
  185:18 190:3

initially 16:14
  186:24 203:11
initiate 103:12
injections 188:8
injure 28:3,6,7,8
injuries 132:21
injury 25:18,20,22
  43:6 180:16 199:6
input 76:24 123:8
institutions 157:9
instruct 57:24
instructions 161:9
  183:17 214:1
instrument 164:25
intensity 52:5
intepro 19:25
interacted 157:8
interacting 157:18
interaction 179:2,8
  209:22
interactions 176:5
  179:10
intercourse 186:14
interest 105:21
interested 22:21
  213:11
interesting 122:8
  122:12
interject 106:2
  200:6
internal 38:12
  42:19 112:22
internally 60:20
  61:20 65:1,4
  82:15 119:10
interrupt 57:20,21
  102:8
interrupted 102:4
interrupting 57:21
  57:23
interruption 105:4
interstate 27:6
interval 167:24
interventions 44:14
  47:17
introducers 127:3

introital 188:21
introitus 188:24
  192:24
invasive 109:25
  110:13 140:11
inventors 65:14,17
  149:9
invoices 170:20
  173:1
involve 199:15,24
involved 20:13 24:8
  35:9 126:16 132:5
isnt 13:21 27:14,15
  181:9 212:11
isolated 124:14
issue 106:3 132:21
  139:5 175:4
issued 107:10,14
issues 88:1 192:12
iuga 10:21 179:12
ive 9:2 16:23 22:14
  26:21 31:14 37:2
  64:11,12 74:24
  82:11 126:16
  148:9 182:13
ivs 16:14,17,19
  17:1,8,10,14,22

**J**
j 3:10
jacquetin 148:12
  149:25
january 103:14
jersey 3:4
job 106:6 146:16
  163:23 166:17
joint 75:2
joseph 1:5
journal 13:5 70:10
  122:23 123:4
  126:8
judge 1:6 57:25
judgment 111:3
  121:24 205:22
judiciously 109:13
july 86:12,12,19

110:9
june 94:18 95:15
  96:7,9,11,11,21
  96:22,24,25 97:1
  97:17 98:8,16,23
  99:16
jury 179:8
justifies 109:18

**K**
katz 3:3
killing 57:23
kind 26:13 123:16
  148:19 186:25
kinds 161:13
kit 16:8,12 17:13
  21:17,20 22:2
  24:8 35:17,22
  36:4 37:1 75:23
  76:6 130:23
  157:14 158:5
kits 16:6,20,25
  17:21 18:2 21:23
  21:25 51:1,13
  52:14 66:14
  106:19,25 107:6
  108:18 130:17
knew 35:21 43:3
  50:12,15 66:15
  68:17 70:7 71:18
  73:11,13 137:25
  142:10 148:6
  151:6,10 152:13
  152:13 153:4,7,7
  159:19,24 160:9
  161:19,24 162:14
  162:24 163:1
know 6:23 7:10 9:7
  12:12 15:6,9
  17:24 24:17,20
  26:19 30:4 34:8
  35:4 36:13,19,23
  40:7,9 41:19,22
  43:20 44:25 45:11
  45:24 50:11,14
  51:12 52:3 54:3

55:14 59:18 60:20
65:6,8,13,17,23
68:11,25 69:3
72:15,15 76:14
79:16,19 80:9,19
80:24,25 81:13
82:7,11,13 83:14
83:18 85:16 87:22
90:17 91:9 92:20
92:23 94:13 96:13
96:20 100:12
101:4 102:10
103:22 107:23,25
108:3,5,11,13,23
109:6 111:2 114:6
115:6 116:2,25
117:4 119:10,16
120:14 124:24
125:3 127:11
131:5 132:4,8
140:19 142:7,10
146:5 147:23
148:17 149:5
150:14,16,17
152:22 153:19
155:1,3,16,21
156:22,24 157:6,7
157:17 158:22
159:7,14 160:4
161:14 163:23,24
164:13,17 166:13
166:14,16,18
167:18,22 168:2
168:20,23 170:10
171:4,9 172:25
184:24 185:17
186:6 200:3,8
202:24 203:3,7,10
203:16 204:6,19
206:4 210:21
**knowing** 64:2
72:11 102:20
123:21
**knowledge** 52:25
53:4,14 56:17
61:3 67:4 69:9

183:10 205:5
206:5,8
**known** 36:7,11
42:24,25 43:15
63:23,24 64:9
127:20 128:12
132:1 151:7 153:8
161:6 163:22
164:24 180:25
181:6,16

---

**L**

**lab** 103:5 137:14
178:7
**labs** 182:13
**laid** 186:23 211:3
**language** 44:5,8,22
**laparoscopic**
109:25 110:14,25
111:8,19 164:20
**large** 50:4,5,8,9
51:6 144:4 193:6
**largely** 155:13
**largescale** 44:20
49:25 50:4 76:2
**late** 27:5,10 133:20
**laugh** 54:21
**lawyers** 217:1
**laxity** 99:18 186:16
**lay** 127:25
**lead** 10:22 47:3
131:22 156:7
180:19 206:13
**leading** 136:6
200:23
**leak** 95:8
**leaking** 190:2
**leano** 94:23 95:8
96:12 97:3 101:2
189:15
**leanos** 93:2 98:17
101:5
**learn** 137:24 158:3
160:21 183:1
203:11
**learned** 143:20

144:20 167:15
**learning** 176:7
179:13 182:6
**leave** 186:25
**lectured** 57:13 63:9
**led** 136:6
**left** 78:25 86:24
89:2 95:25 99:23
159:23 161:23
188:25 189:1
200:7 205:21
206:16
**legitimate** 132:6
**length** 121:15
**letting** 197:23
**level** 62:17 64:25
65:13 94:2 205:5
**levels** 43:17 157:9
**liability** 1:4
**lifealtering** 44:5
**lifechanging** 44:15
44:19 47:21 49:1
49:3,5,9,13
152:23
**lifting** 186:13
**ligament** 23:4
**ligaments** 193:8
**liked** 22:22 68:20
**limitations** 122:9
**limited** 26:21 65:1
65:5 90:11 114:16
115:15
**line** 23:4 187:22
215:3 217:2
**list** 8:8,10,12,14
9:20 10:1,25 11:9
11:11 13:6,19
29:1,1,5,5,8,11,17
29:17 31:8,14,21
33:2,3,4,4,5,7,7,8
33:8,10,11,23
34:9,22 50:10
67:22,23 68:10
70:20 74:14,20
122:11 128:6,10
128:21 129:3,14

131:24 162:18
169:13 177:1
203:19
**listed** 10:25 13:16
13:21 14:2,8
29:17 31:20 42:20
70:19 128:14,15
128:20 132:2
155:6 170:5 171:2
172:3 173:15,17
**listen** 68:15
**literature** 8:8,10,12
8:17 9:6 11:11
29:6,17,17 30:6
30:19 31:8 33:3,8
40:12 45:14,22
48:7,19 55:11
58:17 59:9,11
63:3,16,21,23
64:2 67:23 69:9
69:19 141:4 157:2
161:1 163:10,22
178:16 183:7,19
194:25 195:1
**litigation** 1:5 203:9
**little** 23:11 40:14
56:11 83:13 86:8
151:2 186:15
208:15 209:25
**lives** 95:1 97:11
**llc** 3:3
**llp** 3:12
**local** 188:9
**locate** 34:8
**long** 15:18 18:1
111:13 124:21
154:13 162:18
175:2 199:23
**longer** 16:4 18:12
90:13 186:7
187:18 197:14
200:16 210:7,11
**longterm** 50:25
122:3 135:18
175:1 185:4
**look** 11:7 17:4,11

19:1 23:24 36:21
44:9 54:17 62:25
63:3 70:5,14,17
70:23 79:9,11,23
80:7 101:7 114:4
114:22 115:19
119:18 126:11
146:14 147:3
157:2 158:3 203:8
203:12,16,18,23
**looked** 18:7 38:12
70:7 103:8,10,11
149:1 157:22
193:3 210:13
**looking** 7:12 33:1
34:3 37:24 54:11
54:13,19 96:7,9
98:15,16 103:12
125:15 147:24
163:9
**looks** 33:11
**loose** 187:1
**lot** 102:15 137:13
163:25 182:7
200:7 202:3
204:10 205:21
207:9
**lots** 50:5 69:19
187:1
**lower** 117:21
194:15
**lunch** 67:16 101:11
**lung** 111:9 112:13
115:10,17 116:1,4
207:6

---

**M**

**m** 1:7,16,16 2:3,3
2:12 3:5 4:2,2,10
5:4,9,11 6:3,3
67:13,18,18,19
101:14,18,19
154:2,5,6 171:13
174:6,9,10 202:6
202:10,11 212:21
212:24 213:13,13

Denise M. Elser, M.D.

216:8,8
main 157:21 175:2
major 25:24
majority 24:7
 48:11 138:12
 140:22
making 8:22
 209:13
manage 179:25
manner 128:25
manufacturer
 21:24
march 66:7,12
 172:10
mark 7:1 171:3
 176:13
marked 4:8 5:2 7:6
 171:20 172:1
 173:15 176:16
market 50:13,17,24
 66:7 108:4,7
 151:11
marketed 133:22
marketing 79:16
marlex 19:24
marut 2:8 3:20
 5:22 213:1,16
master 1:3
material 36:18
 63:17
materials 29:2
 31:21 33:5,9
 34:23 74:19 169:9
 170:14 173:21
 180:14
matter 5:11 14:10
matters 58:14
 213:4
mayo 43:24 48:18
mazie 3:3
mdl 1:4
mean 28:23 42:2
 45:11,25 50:4
 51:6 59:18 63:25
 75:19 82:3 83:16
 96:13 113:16

120:20 173:11
 203:2 205:24
meaning 19:1 44:6
 46:19 50:5 61:10
 118:15
means 11:23 46:7
 82:8 206:1 210:21
 213:18
measured 148:10
measurement
 124:5,8 125:10,12
measurements
 123:11,20,22,24
 124:13,15,19
 125:3,5,22,23
measuring 123:11
medical 15:13 33:8
 35:10 36:16 38:3
 38:20 39:9,24
 42:25 43:3 45:13
 45:22 52:14 62:3
 62:5,13 63:21
 65:23 66:3 67:23
 68:19 93:10 100:9
 109:24 110:12,23
 111:10,18 112:21
 113:12 114:2,19
 115:24 116:7
 117:6,8,16 119:1
 119:21 137:25
 155:16 156:14
 162:23 164:7
 169:14,19,21
 171:2 173:15
 203:20 207:16
 208:4 211:11
 212:6
medication 132:17
 190:5,8
medicine 13:5
 112:22 122:23
 123:4
meet 77:5,9
meeting 11:16,20
 11:25 13:4,7
 68:19 69:1

meetings 173:10
members 104:11
 147:7 179:11
membership
 178:20
membrane 23:6,13
memos 33:11
mention 47:11 80:5
 132:25
mentioned 171:5
 172:2 190:24
mersilene 19:25
mesh 4:13 10:19,23
 11:18 12:4 13:15
 14:1 15:24,25
 16:5,5 19:24 20:9
 20:11 21:20,23
 22:1,22 23:11,14
 23:15,20,21 24:8
 30:3 34:14,18
 35:17 36:4,18,20
 37:1 43:4 44:13
 44:16,18 45:6,7
 45:13,21 46:1,7
 46:18,24 47:10,24
 48:4,22 49:20
 50:9,22 51:1,2,6,7
 51:12,16,17,22
 52:4,25 53:5 55:5
 55:13 56:1,2,16
 59:1,10 60:23
 61:17 63:25 65:9
 72:4,11,20,23
 73:11,13,19 75:23
 76:6 77:10 78:25
 80:16,24 81:4,7
 81:21,23,25 82:5
 82:19,21,22 83:2
 83:7,9,10,23 84:3
 84:7,13,18,22
 85:1,4,9,24 86:18
 86:22,24 87:6,12
 88:9 90:4,11,13
 90:19 91:13 92:2
 106:13,19,25
 107:6 108:17

109:13,17,18
 110:2 120:20
 121:14,22 122:2
 127:2,3,6,18,20
 127:25 130:14,17
 130:20,22,23
 135:23 136:1,2,5
 136:10,19,20,20
 136:22 137:3
 141:8,14,25
 142:17,20 143:4,8
 143:15,19 144:11
 145:3,14 146:22
 149:6,18 150:1,5
 150:21 151:22
 153:20 155:25
 156:6 157:13,19
 159:15 162:21
 168:11,13 176:18
 177:7 179:24
 184:21 185:8,20
 185:22,25 186:1,4
 186:11,18,22,23
 187:5,8,13,18
 188:19,24 189:2
 196:11 197:14,15
 198:12,16 201:7,8
 205:12,18,20
 208:20 209:2,7,8
 209:8,9,10,15,17
 209:17 210:1,3,4
 210:5,9,13,15,15
 210:21,23 211:8
meshaugmented
 22:24
meshes 19:21 23:16
met 64:11
method 121:10,13
michigan 2:11
micron 55:12 57:2
microns 53:18
 58:16
middle 7:15 104:6
midurethral 29:18
 29:22 30:7,19
migraine 119:8

migraines 119:12
 119:19,22
millimeter 53:4,15
 55:5 56:2,15 58:7
 59:21 60:23 61:17
milo 3:18 5:6 95:22
mind 32:7 34:25
 69:23
minds 204:20
minor 198:13
minus 125:9,11
minute 201:25
minutes 27:2,10
 55:18 64:18,21
 67:14 74:9 95:25
 99:23 153:23
mirror 193:3
missing 115:7
missouri 3:13
mistake 125:11,14
moen 11:13 13:14
 15:6,8
monograph 34:4
 119:18,20 120:3,5
 130:19 131:6
 154:14,23,24
 155:2,10 156:10
 183:17,23,24
 185:21
monographs 33:13
 157:3
month 80:13
 172:11
months 103:3,23
 104:25 105:1
 149:4,9 182:10
morning 6:8,9,12
 170:21
mouth 188:4
move 24:23 25:9
 26:2,17,24 27:20
 28:9 40:16 42:5
 45:18 46:10 47:12
 49:21 51:9 53:21
 54:8,20 55:15
 57:19 58:23 64:4

64:14 65:10 67:8
69:2,11,21,24
78:1 79:12 80:2
86:5,7 91:21 94:9
95:9 98:21 99:24
100:14 108:21
112:18 113:23
116:17 120:8
130:25 142:23
153:21 157:24
161:16 163:12
164:1,1 165:2
168:15,24 206:24
207:11
**movements** 186:14
**mskf** 3:5
**multiple** 44:14,16
44:17 47:16,24
48:22 58:4 88:8
100:20 143:18
159:21 161:22
206:14,14 211:22
211:23
**muscle** 89:9 92:22
99:15,17 100:3
186:8 188:1,9
190:17,21 191:8
192:7,12 193:14
194:10,20,23
195:2,4,6,12,16
197:20 210:3,10
**muscles** 89:6 94:5
99:20 187:15,17
187:20 188:11
190:24 192:14
193:8 194:15,16
195:4 197:23
**myalgia** 99:14
139:25 140:17
141:2 207:14
208:2,10 211:13
212:7,11
**myofascial** 4:11
31:19 88:3,17
89:16,20 90:5,15
90:20 91:1,14,17

92:4,9,16 93:22
99:14 117:20
133:7 139:24
140:15 171:21
172:6,15,18,19
187:16 188:7
191:23,25 192:2
196:20 197:17
198:3,8,19,22
209:14,19
**mystery** 119:8

### N
**n** 4:1
**name** 5:6 6:14
**named** 70:12
133:23
**narcotics** 133:3
191:24 193:21,22
**narrated** 34:9
**narrator** 34:17
**narrow** 131:6
**native** 15:23 18:21
18:24 46:8,12
75:23 77:18 78:19
79:10 109:11
112:2,16 120:19
121:10,13,22
122:2,6 136:19,23
138:4,14,23 139:4
139:8,15 144:3,19
144:21 201:15
**naught** 212:25
**near** 188:24
**nearby** 187:20
**necessarily** 24:4
25:24 39:23 40:2
43:11 48:20 72:14
72:15 75:24 78:9
121:21,23 122:16
130:22 138:7
141:10 187:11
193:23 211:5
**necessary** 214:4
**neck** 116:19 117:15
117:21 118:2

191:23 199:6
**need** 42:4 44:14
47:16 57:18,24
64:19 70:14,17,23
75:17,22 85:25
107:5 125:3
126:24 127:9
128:5,10,20 129:2
129:3,13 131:20
131:23 142:8
152:13 154:18
160:5 163:7
165:25 166:4,7
167:1 171:3,5
195:7 202:4 205:5
208:17 209:9
**needed** 35:5 37:25
42:13 62:6 79:1,4
84:22 126:23
128:14 129:18,23
130:6 154:11,21
161:25 162:3,13
163:2,14,16 164:5
165:23 167:3
**needing** 48:12
**needle** 199:20
**needling** 188:10
**needs** 37:23 38:25
40:19,23 41:7,10
41:14,21 43:11
58:1 106:25 131:7
131:11,13 132:2
152:7 164:23
168:23 193:25
**negatives** 118:17
**nerve** 26:8,13,13
28:3,6,7,8
**nerves** 26:5,11,14
177:5 180:17
194:19
**net** 3:5
**neuropathic** 188:7
**never** 25:22 37:2
41:23 45:8 64:11
78:20 82:10 115:6
123:3,5 148:18,25

182:13,16,17
**new** 3:4 11:20 49:6
51:3,6 66:14
92:14 100:21
104:23 122:23
123:4 129:24
130:21 139:3
175:13,19 176:7
206:5
**newer** 203:17
**nocturia** 94:25 97:8
190:13
**nonabsorbable**
205:12
**nonsmoker** 78:17
**nope** 212:16
**normal** 190:25
210:10
**north** 2:11 172:9
**nos** 4:13 176:18
**notably** 20:9
**notary** 216:18
**notations** 100:10
**note** 93:7,10 98:18
189:14
**noted** 132:16
212:24 216:6
**notes** 86:7 189:25
217:1
**notice** 170:10
173:13
**noticed** 193:2
**notification** 20:10
**notify** 164:14
**november** 103:2
**number** 24:17,22
124:8 198:1
**numbers** 125:18
**numerous** 175:21

### O
**oath** 6:19
**obgyn** 144:18 172:9
195:1
**object** 9:23 25:5
28:15 31:10 35:24

37:9 38:6 39:2,15
40:25 41:24 42:14
43:9 44:23 46:4
46:22 48:1,14
50:2,19 52:19
53:7 55:8 56:7,18
59:7,16 60:2,12
61:1,7,24 62:9,23
63:14 66:10,21
68:22 71:20,25
72:7 73:5 76:10
76:14,21 81:2
82:1 83:11,25
84:23 85:11 86:2
86:15 88:15 90:7
91:3 93:8 97:18
100:23 106:21
109:2 111:21
112:4 113:3,18
116:11 118:6
119:14 120:22
123:14 124:2
126:3 127:13
128:8 129:6 132:9
132:12,23 134:19
136:8 137:6
139:19 141:16
144:8,16 145:11
145:21,24 149:11
151:13 152:3,16
152:25 154:15
156:20 158:13
160:2 162:5,16
163:5 164:11
165:15 166:2
167:4 168:7 169:2
205:8 206:2
207:21 209:11
210:16 211:1
**objection** 85:18
176:24 177:15,21
178:4,18,22 179:3
180:8,21 181:3,10
181:20,24 182:22
183:2,13 184:2,7
185:1,15 186:2,20

189:12,23 190:11
191:5,20 192:20
193:18 194:5,12
195:19 196:4,17
197:5 198:9,25
199:17 200:23
201:4,17,24 212:1
212:13
**objective** 37:17
40:20 206:9 208:3
208:12 212:5,9
**obligated** 168:6
**obligation** 164:14
167:19,20
**obligations** 167:22
168:2
**observe** 178:10
**observed** 210:18
**observers** 121:17
**obstetrics** 70:10
**obstruct** 57:8
**obturator** 23:5,13
128:24 130:17
187:14
**obturatorbased**
51:5
**obviously** 27:1
170:24 173:14
**occasion** 181:22
**occur** 35:21 36:25
85:8 129:4
**occurred** 43:5 73:1
83:8,9,23 84:19
113:11 141:14
**occurring** 72:20
**october** 86:12
**offending** 91:10
**offer** 52:17,21
62:22 208:9
**offered** 178:6,7
183:11 205:15
**offering** 21:14,17
25:14 114:1
168:18 200:20
**offhand** 51:14
**office** 27:7 150:15

190:1
**oh** 18:15 111:13
146:8 166:17
172:14 192:25
193:20 203:25
205:21 208:8
**okay** 6:13,13,24,25
8:7 9:15 14:20
26:25 27:24 32:3
32:22 33:1 46:6
49:11 54:15 64:22
67:11,12 68:15
73:9,14 75:17
83:18 95:7,19
96:4,6,25 97:10
98:4,17,20 101:13
101:22 102:7
106:8 107:3
125:18 130:1,2
131:12,14,15
146:11 151:3,4,12
151:15 154:1,9,13
154:25 160:17
191:16 200:9
202:5,17 212:17
212:20
**once** 70:25 102:22
134:16 135:10
167:14 197:19
198:11 203:16
**ones** 8:20 34:24
75:12,15
**onetime** 104:21
**onset** 133:20 139:3
**open** 75:17 109:25
110:14,25 111:19
**operate** 156:15
**operated** 81:14,17
110:9 118:2
**operation** 131:17
**operations** 89:23
90:3,23 91:12
92:1,3 159:21
161:22 206:14,15
209:10 211:22,24
**operative** 150:14

**opinion** 37:23
51:25 52:1,2,9
53:24 56:24 60:10
74:25 75:1,2,9
76:5 77:4 78:4
80:20 81:1,11
84:11 87:16 88:17
88:23 89:12 114:1
114:18 116:7
117:1,5 118:18,25
120:24 125:25
126:12 142:4
145:7 146:20
152:10 155:12
156:9 161:5,8,9
163:15 165:5,7,10
165:11,22 166:24
167:10,19 168:9
172:20 176:3,21
178:1,14 208:9
**opinions** 7:22 8:2
8:18 9:3 29:21,23
30:5,20 31:6 34:2
34:23 37:11,14
52:17,21 58:13,19
59:5,25 60:5,17
69:7,16,20 71:7
74:21,22 75:5,7
122:13 164:4
168:1,5,17 170:6
173:23 184:5
194:21 199:2
204:2 208:1
**opportunity** 125:4
213:13
**opposed** 53:9 201:8
**optimal** 55:13
**option** 109:12
**options** 21:15 76:7
76:20,24 77:13
78:8
**oral** 190:4
**order** 30:19 79:5
107:13,20 108:1
113:10 142:17
**orders** 107:9

**organ** 127:19
**original** 214:12
**originally** 122:14
**orleans** 11:20
**orthopedic** 132:17
**outcome** 121:16
124:22 184:20
213:12
**outcomes** 122:3,20
**outreach** 137:25
**outside** 23:6,10,12
53:2 55:13 128:15
130:17
**overactive** 190:5
**overall** 124:22
125:12
**overlap** 103:24
**overlapped** 103:7
**overlooking** 11:3
**oversight** 13:23
**oxybutynin** 190:4
**oxygen** 113:13
115:9,11 116:1,3
207:6

**P**
**p** 67:18,19 101:14
101:18,19 154:2,5
154:6 171:13
174:6,9,10 202:6
202:10,11 212:21
212:24
**page** 7:13 8:8,11,13
8:13 11:4,5,8,12
31:9 74:10 96:12
96:17 97:21 98:1
115:20 146:25
147:3,4,6 150:3
150:20 169:12,19
177:18 215:3
217:2
**pages** 9:12 74:9
169:11 216:3
**paid** 102:3,11,18
104:12,17 105:7
105:10,25 179:22

**pain** 4:11 31:19
44:13,20 46:8
47:4 49:18,19
84:6,10,13,21
85:1,25 87:6 88:3
88:14,18,25 89:8
89:14,20 90:6,10
90:15,20 91:1,14
91:17 92:4,10,16
92:21,21 93:1,6
93:16,20,22 97:15
98:10,12,25 99:11
99:14 100:10,13
100:20 101:3
117:11,15,21,21
117:21 119:11,13
119:22,24 130:14
131:23 132:17
133:1,2,7,10,12
133:17,20 134:10
134:17 135:1,11
135:19,25 136:6
136:10 138:18
139:4,24 140:15
140:18 159:24
161:24 171:22
172:6,15,19
184:16 185:4,22
187:10 188:7,21
189:8,10,16
191:22,25 192:2
192:16 193:4
194:3,9,17 195:23
196:21 197:4,10
197:14,19,20,24
198:3,8,22 201:20
206:17 209:8,19
211:9
**painful** 149:18
211:5
**palpable** 90:13
189:2
**palpate** 210:1
**palpated** 188:25
198:17
**palpation** 209:18

Denise M. Elser, M.D.

parameters 102:17
paravesical 143:21
pardon 34:11
park 2:10
parkway 3:3,13
part 19:17 51:20
  61:13 75:6,11,14
  85:3 87:5,7,9,23
  104:17 107:15
  117:20 133:2
  138:9 182:5
  205:19
participate 177:23
particular 40:7
  62:7 68:17 79:23
  90:11 124:25
  125:20 129:14
  139:17 146:21
  158:5 182:16
particularly 109:23
parties 213:11
partner 20:12
parts 51:2 90:16
  118:20 192:2
  203:23
pass 23:5,11,12
  25:18 128:24
  200:4
passage 25:20
  199:11
passed 199:20
passes 23:9 25:2,14
  25:16 26:5,9 28:2
pathologic 209:1
pathology 87:15
  118:2 208:24
patient 9:4 19:1,2,4
  19:7,15 21:19
  33:16 36:6 50:5,8
  53:6 55:13 61:22
  64:1,3 76:1,24
  77:4 79:9 111:4
  112:8 113:22
  117:19,24 122:17
  133:5 177:5
  179:18 186:5,7

187:10,13 190:9
  206:6 211:6
patients 20:11
  21:12,16,22 22:8
  25:12 42:4 44:17
  48:7,18 49:19
  62:20,22 76:3
  115:9,11 121:22
  121:24 122:6
  133:16,20 134:11
  134:12,15,24
  135:2,4,5,10,14
  135:17,22 137:15
  139:11 140:21
  143:6 148:14,20
  150:5,6,21 151:22
  153:6 159:6,10
  175:8,13,16,19
  179:17,25 185:10
  187:4,7 188:3
  191:25 192:23
  193:16,22,24
  195:3,8,11 196:19
  200:17,20,21
  201:16,19
pattern 125:24
patterson 133:24
  134:1,8
paucity 141:3
paul 3:14,15 5:18
  32:19
paycheck 104:20
pcombs 3:10
pdf 32:20
peer 126:8
pelvic 1:4 4:11 13:5
  34:13 41:3 44:19
  46:24 49:18,20,20
  50:21 66:24 67:2
  73:19 88:3 91:1
  91:16 92:17,18,21
  92:22,25 93:24
  94:5 98:9,25
  99:14,15,21 100:2
  100:10 106:13,19
  117:11 127:17,19

133:7 135:1,19
  139:24 140:4,7,10
  140:13,15,16,23
  141:1,2 153:16
  168:10,12,23
  171:21 172:6,15
  172:19 181:1,5,6
  181:9,12,17
  184:23 186:9
  187:14,15,25
  189:16 190:16,21
  191:8 192:5,6,12
  192:14 193:14
  194:10,16,19,22
  195:4,6,12,16,23
  196:15,25 197:13
  198:23 199:14,23
  201:3 205:11
  206:23 207:14
  208:2,10 211:12
  211:25 212:7,11
pelvis 19:17 51:18
  52:4 67:1 97:16
  100:6 118:21
  119:3 130:21
  199:21
people 39:10,11
  50:6 123:19
  127:20 137:11
  153:18 182:6
  192:4
percent 175:15
percentage 149:17
  150:10
perfect 125:10
perform 22:24
  140:21
performed 19:8,13
  84:17 90:3,12
  99:5 108:18 115:8
  142:11,17 144:20
  145:5 199:19
performing 19:11
perigee 16:22 17:24
  18:2,9
period 12:10,15

15:15 17:2 20:17
  103:25 104:22
  108:20 175:14
permanent 43:6
  63:25 66:25 67:3
  153:17 159:24
  161:24 172:22
  198:3,7,22 206:16
person 73:16,17
  125:10 205:25
personal 120:25
  121:1 213:6
personally 14:23
  122:1
perspective 22:6
  23:19 25:3 128:5
  129:2,13 133:9
  160:18 161:4,5,8
  167:1
pertaining 2:6
pertains 86:17
pertinent 149:2
phil 5:18 31:25
  170:8
philip 3:10
physical 140:3,7,8
  140:10,13,20,23
  141:1 172:8 188:1
physician 94:3
physicians 10:14
  40:3 42:3 63:20
  67:2 137:22
  143:25 144:7,15
  156:12 160:13
  161:7 162:1 163:7
  163:22 179:2,24
  204:9
pick 75:12
picky 83:14
picture 13:11 63:5
pictures 208:19
piece 9:6 16:5 69:8
pieces 51:7
pinnacle 16:23
  20:13,14,16,22
  21:4,10,15,18

22:6,10,13
place 15:25 57:1
  104:24 128:22,23
  155:13 165:11
  176:10 185:19
  186:18 213:8
placed 48:4 49:20
  52:4 77:10 78:24
  90:20 113:13
  115:9 116:1,2
  127:6 130:13,23
  134:25 141:20,23
  186:4,11,15 200:4
  207:6
placement 34:14
  51:5 127:20
  205:11
places 136:13
  160:20,24
placing 50:22
  128:21 130:20
  164:24 177:4,6
  185:24
plaintiff 1:8 2:4 3:2
  5:20
planned 133:21
plate 82:7,14
plates 81:24 82:4
  210:14
plays 121:25
please 5:16 46:16
  56:23 98:19 147:3
  170:23 214:3,8
pllc 3:8
point 21:14,18 24:1
  24:6,9,11,14
  30:22,25 31:14
  51:3 61:16,19
  66:15,18 85:16
  88:1,19 89:12,16
  91:9,20 113:8,14
  139:2 140:24
  143:1 159:16
  160:6 203:3
points 34:19 58:2
  204:12

**polypropylene**
23:16
**popq** 123:11,20
124:7 125:2,21
**population** 50:6
67:6 76:1 122:18
**pore** 53:5,15,17
55:5,12 56:1,15
57:2 58:7,14,15
58:18 59:21 61:17
**pores** 60:22 146:22
**portion** 29:5 59:5
76:5 142:15
**portions** 15:21 88:8
92:2
**position** 111:14
121:17,19 128:23
142:22 143:20
170:11 186:6
**possibility** 85:22
**possible** 69:14,17
69:18 81:7,9
85:15,16 86:1,4
92:6 93:22 119:4
119:5 123:21
128:25 145:8,9,10
200:5
**possibly** 140:8
**poster** 11:15,21,22
11:23 12:2,21,23
12:25 13:2,8,9,19
14:15,20,22,23,25
14:25 15:4
**posterior** 16:14,17
16:19 17:1,8,10
17:14,22
**posters** 13:11
**postmenopausal**
141:11
**postop** 179:17
**postoperative**
134:10,17 135:11
138:17
**postoperatively**
128:2 133:18
177:6

**potential** 25:7,18
25:25 40:7,10
43:3 128:6 151:9
165:6 166:25
194:9 201:14
212:10
**potentially** 16:1
209:13
**potentiation**
180:14
**practice** 12:15
15:13 35:14,16,18
40:14 45:23
120:13 139:13
157:19,20 180:2
183:5 187:5
**practices** 42:3
**practitioners** 63:22
**precautions** 63:3
177:2
**preceptor** 179:14
204:9
**preceptors** 179:19
**preceptorships**
102:21 157:10,17
176:6 179:12
182:6
**preclude** 109:25
**precluded** 110:13
110:17 111:12
**preexisting** 90:14
90:17 199:3
**prepare** 20:14
**prepared** 7:8
170:21
**preparing** 35:9
**prescribed** 190:3
**presence** 88:12
111:9
**present** 19:12
95:14 98:14
102:24 175:8
189:10 192:25
196:14 201:2
**presentation** 11:21
11:25 12:21,22

13:8,14,20 14:8
174:21 189:5,7
**presentations** 13:3
13:25 183:8
**presented** 11:21,23
15:4 68:18 69:1
174:18 175:10,17
191:14 192:16
194:2 195:9 196:8
201:15
**presenting** 120:24
138:11 175:11
192:18 193:4
**presents** 138:16
**pressure** 111:15
186:9 192:5
197:22
**prevent** 142:19
159:8,12
**prevented** 158:19
**preventing** 159:15
**previous** 213:3
**previously** 51:19
167:16
**primarily** 29:25
129:9 191:22
**primary** 65:20 89:8
89:17 189:14
190:1 192:18
209:22
**printed** 74:2
**prior** 15:16,20 94:6
174:21 189:10
190:21 191:14,17
193:14 195:16
212:7
**probability** 110:24
111:18 114:2,19
116:8 117:6,8,17
119:1
**probably** 20:1
101:11
**problem** 87:10
89:10,17,17
123:10,17 152:20
194:18 197:25

**problems** 30:15
117:20 175:12
179:25 187:12,16
209:23
**procedural** 63:1
129:9 130:20
131:13 157:21
160:12 182:8,11
**procedure** 2:5
10:12 19:3,11
25:19 28:3 36:9
36:10 46:19 78:11
79:20 110:17,25
112:9,17 129:10
131:12,14 134:12
139:15 142:6
148:14 150:15
155:15 158:4
160:20,22 177:13
179:13 182:7
184:15,21 196:2
198:14 200:2,20
203:11,14,17
204:22 205:7
206:5
**procedures** 16:5
22:10,24 24:7,12
24:15 72:13 78:7
110:1,14 176:6,7
199:15 200:18
205:18,20
**proceed** 5:23 54:5
**proceedings** 213:7
**process** 82:20
116:3
**produce** 15:11
173:1
**product** 16:3 21:11
22:23 24:23 25:8
63:2 67:5 103:5
120:16 148:17
178:8 182:14,17
**production** 33:4,9
34:22
**productrelated**
63:1

**products** 1:4 12:10
29:19 30:8 134:5
137:19,23
**prof** 177:23
**professional** 2:8
134:2 142:9
178:21 183:11
213:2
**professionals** 37:25
42:10
**profile** 25:13
**profiles** 44:6
**profit** 108:11
**program** 144:19
**progress** 137:5
**progressive** 85:7
**prolapse** 9:2,3,22
10:7,13,20 11:19
12:5 14:1 15:22
16:9,21 17:14
18:17 19:16,20
30:1,2,16 42:4
51:7 52:5,14
61:18 62:17 64:25
65:6,8,13,14 79:2
79:5 90:19 100:17
106:13,20 109:13
109:23 110:8,20
111:1 112:14
121:14 127:19
133:6 184:20
192:9 193:9,24
195:3 201:19
**prolift** 4:13 9:22
10:3,9,11,24 12:8
12:11,14,16,17
16:14,17,20 17:9
17:18,20,25 18:10
18:11,16,21,25
20:4,6 21:5,7,10
21:15 22:7 23:1,8
23:15,21 24:2,12
24:15 25:4,15,22
26:5,10 28:2,14
29:24 30:20 34:6
34:7 35:6 40:4,9

40:20 43:4,18
44:6 45:6 46:3,21
47:3,3,7,7,9,15,20
47:23 48:6,10,21
49:1,9,14,18,25
50:12,17,24 51:1
51:13,13,16,17,22
52:18 53:1,15
55:5 56:1,15 59:2
59:23 60:22 61:22
62:7,15 63:8,10
65:1,5,14,18,19
65:25 66:4,6,14
66:20 68:5,12,20
69:1 70:3 72:5,17
73:4 75:10,15
76:17 77:22 78:7
79:17 83:2,10,23
84:20 85:9 86:14
87:12,20 88:7,12
89:21,25 90:22
91:12,18 92:10,19
93:1 100:11
106:20 107:7,10
107:14,21 108:4,7
108:25 109:10,15
109:20 110:3,19
113:6 114:7
116:16,20,24
117:10,18 118:3
118:12,19 119:3
119:13,24 120:5
122:6 126:22
127:2,10,15,21
128:5,7,18 129:5
129:13 130:7,11
131:20 132:6,21
133:5,11,12,16,21
134:10,16 135:2
135:10,19 136:4
136:15,19 137:20
138:1 142:13,15
146:23 147:8,23
148:14 149:10,17
149:18 150:1
151:7,9,11 152:15

152:24 153:7,9,15
153:19 154:12
155:19 156:5
157:20 158:11
159:1,12,20 160:1
161:7,21 162:15
162:19 163:1
165:7,13 166:25
174:22 176:10,17
176:23 177:1,12
177:19 180:6
181:23 182:20
183:12 185:4,13
189:22 191:14,18
193:15 195:16
196:3 200:12,12
201:1,8 205:6
206:13,20,22
207:15 208:3,11
209:5,20,21
211:13,23 212:8
**proliftrelated**
116:9
**prolifts** 134:25
**promise** 55:18
**promote** 141:11
158:22
**prone** 192:1
**proof** 207:20
**proper** 128:23
130:21
**proposal** 109:7
**propounded** 216:5
**prove** 106:18
**provide** 14:14,18
14:22 38:9 39:12
39:13 73:2 156:17
161:6 163:9
165:12,23 166:1
170:24
**provided** 38:10
51:17 67:23 68:6
73:11 74:18
165:25 179:15
**providing** 156:11
156:16

**ps** 15:12,20 16:2
**psyched** 32:23
**public** 216:18
**publications** 9:21
9:21 10:1,5,18
13:25 33:12
**publicly** 74:11,11
74:20
**publish** 126:8
**published** 12:24
13:1,6 63:17
65:18 68:3 70:10
122:22 172:9
**pull** 30:14 32:10
71:9,12 95:16
203:13
**pulled** 31:14 74:16
147:22
**pulling** 89:6 186:22
187:20 210:5
**pulmonary** 112:22
**pulmonologist**
114:25
**pulmonology**
112:23
**purpose** 115:5
120:10,14 161:5
**purposes** 36:24
**pursuant** 2:5
**put** 51:18 62:8
66:18 73:22 74:3
75:19 111:5
118:19 120:15
124:8 143:15,18
145:13 146:23
164:21,23 166:8
167:2 168:11
211:14
**puts** 186:9
**putting** 27:1 62:14
188:23 192:5

――――――――
**Q**
――――――――

**qualitative** 22:5
**quality** 79:11
140:20

**quantities** 158:19
**question** 6:22,24
9:13,24 26:23,24
27:19 40:15 41:9
41:11,17 43:14,18
43:21 45:4,20
49:4,7,8,12 52:1
52:10 53:23 55:2
55:20 56:6,13,23
58:3 59:21 60:1,6
60:9,10,18 61:6
68:8 70:18,24
76:3 77:11 87:17
91:22 92:14 102:8
107:19 110:22
114:12,24 124:14
125:19 128:3
129:25 130:4
131:6,10 137:11
140:25 144:13
151:5 158:6
162:23 163:14
166:5,10,15
167:13 169:1
179:17
**questioning** 54:19
58:21
**questions** 6:18
27:16,17,23 55:17
57:10 58:1 70:14
71:11 123:23
125:21 173:25
174:15,16 175:22
182:7 185:4,5,7
189:4,6,18 190:15
190:18 198:2,4
199:11,12 200:11
202:3,14 204:10
204:21 211:17
212:14 216:4
**quick** 172:5
**quicker** 86:8
**quit** 57:17
**quoted** 9:10

――――――――
**R**
――――――――

**r** 1:5 2:8 3:20 213:1
215:1,1
**raise** 54:7,8 198:7
**randomize** 121:22
**randomized** 75:22
121:14
**randomizing** 122:2
122:5
**rare** 25:25 138:23
138:25 139:10,12
152:6,19 193:5
**rate** 148:3,6,8,22
149:4,9 150:9
152:6,22 173:9
175:14
**rates** 122:19 123:13
123:25 125:7
126:2 175:7
**rct** 76:2 124:20
150:4
**reach** 113:10
**reached** 7:22 71:8
199:2
**reaction** 52:6 87:12
87:20,23 90:2
**reactions** 177:3
180:12
**read** 9:2,8 23:23
33:20 35:1,14,16
36:3,15 61:15
63:20,22 67:24
70:16 71:1,3
74:24 87:15,24
95:11 107:9,13,15
107:16 112:10
114:14,25 123:3,5
142:6 148:8
152:19 157:12
169:24 170:1
172:4 180:4
182:15 204:24
213:13 214:3
216:3
**reading** 9:7 44:25
55:11 72:10
107:20 183:6

Denise M. Elser, M.D.

205:25 213:8
**ready** 27:3,3
**real** 96:11 156:15
172:5
**realize** 63:7
**realized** 78:24
**really** 19:24 72:16
79:8 97:20,20
103:8 104:24
123:24 124:17
127:3,8 131:8
187:1 205:23,24
**reask** 9:24
**reason** 6:23 14:9
25:24 27:14 143:2
203:18 210:24
214:5 215:5,7,9
215:11,13,15,17
215:19,21,23,25
**reasonable** 37:15
76:19,23 110:23
111:17 114:2,19
116:7 117:6,7,16
119:1
**reasons** 125:16
**recall** 15:19 16:10
17:23 18:15 20:18
20:23 24:22 28:17
42:21 44:8,11,22
45:20 71:4,5,9
74:17 80:11 101:9
105:12 107:17,19
119:20 133:19
148:24
**recalled** 147:22
**receipt** 214:14
**received** 179:16
**recess** 67:17 101:17
154:4 174:8 202:9
**recommended**
127:16 177:18
**reconstruction**
67:3
**reconstructive** 41:4
66:25 73:19
127:17 153:16

168:10,13 181:17
184:23 205:11
**record** 5:5,17 27:1
54:4 67:13,20
93:3 95:3,6,7,15
95:16 98:15,16
100:1 101:8,8,16
101:21 112:21
154:3,7 171:11,14
171:16,18 173:3
174:7,11 191:1
197:13 202:8,13
207:16 208:4
211:12 212:6,23
213:6
**recorded** 95:3
**recordkeeping**
14:11
**records** 17:4 18:7
93:11 96:15 100:9
113:13 114:5,11
114:22 115:18,20
115:24 169:14,19
169:21 170:20
171:2 173:15
189:8,20 199:4
207:2
**recur** 79:10
**recurrence** 78:18
78:19,20 79:25
112:11 116:15
123:13,25 125:7
126:1
**recurrences** 123:12
**recurrent** 109:22
110:8,20 112:14
133:6
**red** 146:13
**redirect** 174:2
202:2
**reduce** 140:17
142:17
**reduced** 213:6
**reference** 11:12
54:1 71:14 164:6
177:11

**referenced** 29:2
**references** 8:15
11:9 43:23 67:25
**referred** 29:25 93:2
**referring** 93:13
183:23
**reflected** 48:19
**regard** 14:4 28:14
30:6 43:17 52:13
55:4,22,25 56:3,6
61:6 68:19 81:11
86:21 88:22 89:11
89:20 107:14
109:10 115:17
117:15 118:1
125:20 126:15
132:21 158:4
162:10 173:12
208:24
**regarding** 29:23
30:20 36:4 38:15
52:25 53:4,14
106:12 107:6,10
107:20 109:14
110:2 123:8
127:10 147:8
149:16,25 161:7
174:17 176:3
178:14 181:23
190:16 194:22
196:15 199:3
200:11 205:6
**regardless** 145:4
**regards** 104:7
169:17
**registered** 2:8
213:2
**regular** 104:19
139:13 140:22
167:23
**regulations** 38:9,16
38:20 42:12
120:11 132:3
176:1
**regulatory** 39:10
39:18 42:9 132:5

156:24 164:13
175:23
**relate** 9:22 13:25
188:18
**related** 11:17 12:13
13:15 30:1 36:13
42:21 62:19 69:1
88:7 89:21 175:7
188:19 191:23
201:1 212:10
**relates** 30:15
**relating** 29:18
167:13
**relation** 7:9
**relationship** 104:7
**relative** 66:16
110:18 183:20
213:10,10
**relax** 187:17
188:11
**relaxant** 186:8
**relaxants** 188:1
**relevant** 39:19
183:20
**reliable** 122:24
124:1 126:2
**reliance** 29:1 31:21
33:2,7
**relied** 8:18 9:5
29:25 36:12 64:8
173:22 184:4
204:25
**relieve** 198:18
210:6
**relieved** 197:15
**rely** 29:21 68:25
122:12 123:12
153:14 157:12
160:25,25 161:1
169:24
**relying** 30:5,17
34:1,23 37:17
40:13 69:18 74:19
115:5 141:4 155:8
170:4 204:7
**remain** 172:22,24

**remains** 137:4
**remember** 13:11
20:1 74:16 105:2
107:16,18 133:23
135:3,13,14
174:16 182:10
185:5 190:17
198:3 199:11
204:3
**remind** 32:19
**removal** 85:3
**remove** 88:8 90:4
90:12,24 92:2
209:10
**removed** 78:25
83:7,15 84:22
89:22 91:10,19
108:3,7 198:16
208:20 209:2
**repair** 1:4 15:23,25
21:20,23 30:16
46:9,13 51:7
75:24 78:19 79:5
109:11 112:2,16
120:19 121:10
122:6 138:5,14
139:8,15 144:22
**repairs** 18:22,24
42:4 109:14
121:13 127:2
136:24 139:4
144:3,19,21
201:15
**rephrase** 6:24 9:12
10:10 11:10 24:13
28:24 31:3 33:6
35:15 37:21 41:8
55:23 62:4 71:13
73:9 74:7 75:13
78:3,11 82:18
94:12 95:12 99:12
103:18 107:12
110:6 119:6
121:11 123:2
126:20 135:8
136:25 144:4,25

Denise M. Elser, M.D.

150:25 152:11
172:18
**report** 4:9 5:3 7:2,8
7:11,21,24 8:3,7,9
8:16,23,24 9:6,8,8
9:11,16 11:6,8,12
14:17 28:24,25
29:2,16 31:8,20
67:22 70:8,20
71:16 74:8 76:4
87:15,24 114:14
115:1 132:16
136:13 142:4
146:25 147:14,19
148:4 149:21
150:3 155:7 165:8
169:10,10,12
170:1 171:3 172:4
173:16,17 199:8
**reported** 3:20
10:22 11:16 94:21
97:9,13,15 147:11
149:16 166:7
213:5
**reporter** 2:9,9 5:21
213:2,2,16,19
**reports** 33:15
169:13,20,23,25
170:5 208:24
**representation**
73:13
**represented** 72:24
**reproduced** 84:10
**reproduction**
213:18
**reproductions**
183:19
**reps** 183:15
**request** 14:13
**requested** 173:12
213:12
**require** 38:16,20
44:17 48:8 151:23
187:11
**required** 42:11
44:18 48:22

105:17 120:20
164:8 165:12
168:19,21
**researchers** 148:17
**residency** 183:5
**residents** 176:7
**residual** 197:25
**resolve** 50:1 138:5
138:14 140:5
172:22
**resolved** 44:21
197:20,24
**resolving** 140:14
**resource** 34:4
183:24
**respect** 57:25
125:16 129:25
**respond** 170:12
**responded** 135:5
**response** 52:7
107:25
**responsive** 27:19
170:15
**rest** 99:19
**restorelle** 19:25
20:3
**result** 135:24
192:17
**resulting** 194:18
**results** 180:16
**retained** 203:8
**retracted** 188:22
**retraction** 150:1
**return** 214:12
**returned** 150:5
**review** 173:10
178:3,16
**reviewed** 42:18
176:9 184:9
188:12 189:9
**reviewers** 126:9
**reviewing** 123:19
**ridgeland** 3:13
**right** 17:19 19:6,19
21:3 22:17 23:10
24:21 26:14,15

31:1 32:7 42:21
49:3 54:10 55:12
57:5,14,22 60:6
60:11 61:3,19
63:10,13 65:6
66:8 69:17 70:15
71:4,5 73:23 74:4
77:9,14,15 80:11
81:13 86:1 92:12
94:19,20 95:3,5
96:2 97:6,9,13
99:4,8,24 100:8
100:12,15 101:5,6
101:10 102:23
105:2 114:9
115:24 117:2,13
123:5 124:16,25
125:1 133:21
134:6,7,14 135:12
136:16,17,22
138:9,24 144:4
147:8,9,12 149:23
150:6,11,12,16,17
150:21,23 152:24
153:25 154:20
155:22 156:2
157:6 159:3,16
166:16 168:6,21
172:23 175:19
192:24 204:17
205:2,7,20 206:1
206:10,11 208:7
209:2,24
**rigorous** 107:5
120:18
**ripples** 187:2
**risk** 25:13,18,19,25
26:8,16 28:5,6,7
37:3 43:3,6 46:3
51:23 78:17 79:11
79:22,25 80:1,6
81:4 109:18,19
111:24 112:10,14
112:15 116:13,15
119:13,24 128:11
130:8,14 131:23

133:6,6,11 136:18
139:3 142:17
143:3 156:2 163:8
164:24 167:15,17
178:14 181:8,12
184:17 185:12
186:1 191:7,10,13
191:17 193:13,15
193:20 194:22
196:11,14 198:7
201:7,14 206:20
206:22 211:22,23
211:24 212:9
**risks** 19:2 26:4,10
26:15 28:2 35:20
36:6,17,19,25
37:6,12 42:24
43:15 45:5 46:20
47:2,6,16,19,24
48:23,25 49:9,14
49:17,24 50:10,12
50:16,18 64:9
66:15 126:24
127:7,10,19 128:6
128:19,21 129:4
129:14 130:5,12
131:10,19,23
136:14 151:9,10
151:19 153:10
154:11 156:11
157:13 158:3
160:21 161:6
162:14 163:1
165:6,13,17,23
166:25 167:2
176:22 183:1
196:8,14 200:25
201:2,13
**robinson** 4:12
171:22 172:7
**robotic** 111:8
**role** 11:25 121:25
**room** 93:3,5,21
94:2,14 101:3,7
146:15
**roseland** 3:4

**rosenblatt** 3:14,15
5:18
**routine** 46:19
**routinely** 193:24
**row** 103:23
**rule** 57:12
**ruled** 191:2
**rules** 2:5 104:6,23
105:6 156:23
164:9
**running** 179:22

───────────
**S**

**s** 1:6 2:8 3:14,20
4:7 213:1
**sacrocolpopexy**
16:1,4 19:9,15,22
111:9 201:22
**sacrospinous** 23:4
**safely** 159:22
161:22
**safer** 25:8
**safest** 128:25 200:5
**safety** 25:3,15
28:13 29:23 53:16
55:7 56:4 68:5,19
106:19,25 107:6
**saith** 212:25
**sara** 70:12,13
**sat** 27:1
**savich** 3:18 5:6
**saw** 25:2,7,13 27:8
69:15 93:25 94:18
97:1,16 114:5,22
115:6 135:4
136:13 169:18
175:20 193:3
203:7 205:16
210:22
**saying** 16:16 79:6
85:15 92:6 111:17
111:23 117:7,9,10
117:13,16 119:4,5
124:24 129:1
143:10 145:8
146:7 148:11

Denise M. Elser, M.D.

152:11,12 168:17
211:7
says 74:10 95:5
103:13 143:1
203:1 205:10
scale 50:5
scalpel 28:6
scar 81:24 82:3,7
82:14,18,20 83:22
88:20 89:4,5,7,7,9
89:18 136:23
138:15,20,21
139:6,8 197:25
198:15,17 210:14
211:3
scarring 82:4 85:2
88:2,13,22 89:11
138:4,13,13,18
142:20 145:16
180:15 184:17
187:19 201:14,20
scenario 123:25
scheduled 200:15
scientists 61:5
82:15
scissor 28:7
sclerose 141:12
sclerosed 81:21
83:5 84:7,12 87:6
91:19
sclerosing 90:10,13
sclerosis 83:6 84:10
84:21 85:24
141:13
scope 44:2 50:15
151:25
screened 193:24
second 7:12 32:14
93:20 95:19 169:7
171:11
secondtolast
169:12
section 100:1
131:16
sections 131:18,21
see 9:8 13:18 34:18

38:1,24 69:5,15
70:19 74:12 84:3
92:22 94:23 101:8
112:21 118:22
119:7 120:4,7
125:23,24 127:23
135:4,11 136:23
136:25 139:12
140:22 146:15
161:14 169:15,20
178:8 195:3,5
202:1 206:19
208:18,19,23
210:13 212:18
seeing 45:12,21
134:17,24
seen 12:3,7 68:20
68:24 82:10,11
113:12 115:8
116:14 123:7
143:6,10 169:22
193:16
selection 19:7 77:4
selfcut 143:14
send 32:2
sensation 93:16
94:15 99:2 100:21
sense 6:23 76:1
109:12
sent 31:24 171:7
separated 12:18
september 1:18
2:12 5:8 105:15
serious 151:8
162:10 164:15,25
serve 104:3
served 104:1
170:11
set 24:23 180:11,19
199:8
severe 43:6 44:5,7
49:19 152:1,23
153:4,10 161:21
sewed 205:19
sex 175:3,5
sexual 175:11

sexually 65:21,25
66:5 67:5 95:1
97:11
sgs 11:16,20 179:11
sharp 164:25
shed 140:8
sheet 27:9 214:7,9
214:12 216:6
shes 77:25 78:5,9
78:17 89:18
191:24 192:3
207:4
shored 79:2
short 105:3
shorthand 2:9
213:2
shoulder 117:21
shouldnt 124:21
193:2
showed 189:19
shower 193:1
shown 65:24
125:22
shows 48:7
shrinkage 148:3,6
148:8,13,22 149:3
149:7,8
side 23:22,22 188:4
sides 124:20
sign 213:13 214:8
signature 7:13
significance 53:16
56:3,14 59:22
60:21 61:17 71:6
75:4 82:14 132:20
149:10 172:12
significant 22:25
23:7 36:6 55:6
64:9 68:4 69:6
71:7 78:25 149:4
167:16
significantly 21:6
signing 213:8
signs 189:19
similar 42:3,3
195:9

simple 57:8 196:19
simply 77:17
single 68:11 168:14
sit 12:12 37:4 41:19
61:16 71:1,5 80:9
115:14,15 117:2
170:3
site 48:4 80:22 83:4
86:24 124:19
185:23 197:14
sites 44:16 47:25
143:18
sitting 192:23
situation 85:7
situations 182:3
sixweek 138:17
size 53:5,15,17 55:5
55:12 56:1,15
57:2 58:8,14,15
58:18 59:21 61:17
146:22
sizes 53:9
skin 142:21
slater 3:3,5 4:3,4
5:20,20 6:7,14
9:24,25 14:20
15:2 25:9,11 26:2
26:3,17,18 27:5
27:18,24,25 28:9
28:11,18 30:12
31:16,23 32:3,4
32:15,21,23,25
35:25 37:10 38:7
39:5,21 40:16,18
41:5 42:5,7,17
43:13 45:3,18,19
46:10,11 47:1,12
47:14 48:5,15
49:21,23 50:7,23
51:9,11 52:22
53:12,21,22 54:3
54:10,14,18,21,24
55:1,15,16 56:12
56:20,22 57:7,13
57:22 58:5,9,23
58:24 59:12,19

60:8,16 61:2,11
62:2,12 63:6,19
64:4,6,14,19,22
64:23 65:10,12
66:11 67:8,14,21
69:2,4,11,13,24
70:1 71:23 72:3
73:8 76:16 77:2
78:1,2 79:12,14
80:2,3 81:6 82:6
84:4 85:5,14,21
86:5,9,20 88:21
91:6,21,24 93:12
94:9,11 95:9,10
95:21,23 96:2,8
96:23 98:5,21,22
99:22,24,25
100:14,16 101:1
101:10,22,23
102:9 105:5 106:4
106:6,8,10,11
107:1 108:21,22
109:5 111:25
112:18,20 113:7
113:23,25 116:17
116:18 118:10
119:15 120:8,9
121:2 123:18
124:6 126:10
128:13 129:11
130:25 131:1
132:10,15 133:8
134:22 136:12
137:9 139:22
141:22 142:23,24
144:12,23 145:17
145:22 146:2
149:14 152:9,21
153:3,21,25 154:8
157:4,24 158:1,16
160:7 161:16,18
162:9,22 163:12
163:13 164:1,3
165:2,4,19 166:9
167:5 168:15,16
168:24,25 169:5

Denise M. Elser, M.D.

170:8,10 171:1,9
171:25 173:25
174:5,17 175:21
176:24 177:15,21
178:4,18,22 179:3
180:8,21 181:3,10
181:20,24 182:22
183:2,13 184:2,7
185:1,3,8,15
186:2,20 189:6,9
189:12,18,23
190:11,15 191:5
191:20 192:20
193:18 194:5,12
195:19 196:4,17
196:22 197:5
198:1,9,25 199:10
199:17 200:6,11
200:23 201:4,17
201:24 202:3,17
202:22 205:13
206:7,24 207:1,11
207:12,25 210:17
211:10,17,21
212:1,5,13,16,18
**slide** 33:12,17
183:15,16
**sling** 30:15,19
**slings** 29:18,22
30:2,8 199:19
**small** 199:21
**smaller** 53:10
**smoker** 77:25
78:10,13 112:12
114:8 192:3 207:5
**smokers** 79:17
80:23 114:9
207:10
**smoking** 79:15,21
79:25 80:1,5
116:8,13 192:5
**snow** 3:12
**societies** 178:21
179:11
**soften** 137:4 138:5
138:19,22 197:23

**softens** 138:15
**sold** 16:3 134:5
**sole** 64:13
**solely** 40:13 122:20
**solve** 76:2
**somebody** 28:19
115:16 132:4
133:1,9 139:7
140:16
**someones** 164:21
**sorry** 8:5 27:18
53:24 54:21 62:1
74:23 82:24 96:13
96:16,20 97:20
98:4,17 102:7,7
104:14 106:23
131:3 208:8
**sort** 13:2 34:19
**sound** 21:1 146:6,8
**sounds** 21:2 22:17
124:11 134:14
**source** 37:6,18
64:13 89:8 108:12
156:17 157:1
160:19 168:6
**sources** 163:11
182:25
**south** 27:6
**southern** 1:1 5:13
**space** 96:20 128:25
130:21 143:21
214:6
**spann** 3:8
**spasm** 92:16 99:15
100:3,10 190:17
190:21 191:8
193:14 194:10,23
195:6,12,16
197:23
**speak** 21:23
**speaking** 11:24
183:6 204:2
**specialist** 112:22,23
**specialized** 52:24
53:3,13
**specializes** 115:17

**specific** 8:21 15:17
21:24 26:12,13
36:22 47:9 53:11
58:20 60:1,18
62:19,19 63:1
103:23 126:22
127:19 130:5
131:10 135:13
139:5 157:14
162:19 184:10
201:6
**specifically** 8:16
9:10 10:2,5,24
13:12 30:1,21
31:18 32:6 34:1
44:9 59:20 75:18
105:12 119:20
139:6 157:20
159:15
**specified** 213:8
**specify** 12:9
**speculating** 207:7
207:19,23
**speculation** 159:2
**speculative** 139:18
145:10,18 159:4
208:11
**speculum** 188:23
**spelled** 160:5
**spent** 173:5
**spinal** 194:18
**spine** 199:6
**spitznagle** 4:11
171:22 172:7
**splendid** 174:5
202:17
**split** 141:20 142:12
143:19,25 144:2
144:20 145:14
**spoke** 204:5,6,16
204:16
**spoken** 157:6,11
**stage** 65:5,5,8 79:2
**standard** 37:5,18
38:1,25 40:19,21
40:21,23 41:7,20

45:10,15 58:14
59:1 168:19
**standards** 35:4
39:9,9 41:2 164:6
**stands** 186:7,8
**start** 26:19 27:3
30:17 57:11
102:14,18 134:15
**started** 16:25 17:25
102:21 103:19
134:16,23 135:1,7
135:9,11
**starting** 153:15
**starts** 8:10,12 31:9
186:12
**state** 2:10 94:5
190:1 214:5
**stated** 188:20 213:9
**statement** 43:8
49:15 57:16,17
91:2 109:10,14,19
110:2,19 121:8
126:2
**statements** 27:1
112:10 121:1
**states** 1:1 2:6 5:12
137:18
**stating** 161:3
**statistician** 125:8
**statisticians** 126:6
**statistics** 126:18
139:1 147:10
**stenographically**
213:5
**stenosis** 194:18
**steps** 36:9 63:1
129:9 157:21
182:8,11
**steroid** 188:10
**stick** 26:23
**stop** 16:2 18:11
21:5 22:13 26:21
**stopped** 133:15,22
**strain** 56:3 59:22
**straining** 133:5
193:23

**strange** 71:22
**street** 3:8
**strengthening**
195:5
**stress** 9:1 14:5 30:7
**strict** 110:21,21
**strike** 25:9 26:2,17
27:20 28:9 40:17
42:5 45:18 46:10
47:12 49:21 51:9
53:21 55:15 57:19
58:23 64:4,14
65:10 67:8 69:2
69:11,21,24 78:1
79:12 80:2 86:5
91:21 94:9 95:9
98:21 99:24
100:14 108:21
112:18 113:23
116:17 120:8
130:25 142:23
153:21 157:24
161:16 163:12
164:1 165:2
168:15,24 178:13
188:17 189:5
191:12 194:7
196:25 206:24
207:11
**stuck** 142:21
**student** 179:13
**studied** 41:9,16
43:14 59:20
122:18 137:12,13
140:25 159:14
**studies** 30:6 106:18
106:25 107:5
108:9,14,15,18,24
109:1 122:10,11
**study** 20:13,15
21:13 41:11 43:18
68:18 122:7,17,22
122:24 123:8,11
124:25 125:21
126:15,16 140:24
146:21 147:11,14

Denise M. Elser, M.D.

148:23 149:24
150:19 161:13
**studying** 42:1
**stuff** 170:16,16
200:8
**subject** 137:12
**subjective** 154:22
**subjectively** 164:9
**subscribed** 216:14
**substance** 216:5
**substitute** 156:10
**success** 122:19
140:23,25
**successful** 140:14
**suffer** 44:7 161:20
191:7,17
**suffered** 139:16
149:8 190:16
191:11 192:8
**suffering** 134:25
149:17 190:9
195:15 197:4
**sufficient** 206:5,8
**suggest** 203:23
**suite** 3:8,13
**sulcus** 89:2 188:25
189:1 197:16,19
197:22
**summers** 3:8
**supervision** 213:19
**supine** 186:5
**supplement** 183:12
**support** 72:5,12,19
**supported** 200:16
**supposed** 37:7
38:10 146:14
156:15,23
**sure** 6:10 32:12
42:11 61:12 82:3
83:21 95:20
103:11 117:25
131:8 146:19
148:18 149:19
158:21 159:3,7
**surface** 72:2
**surgeon** 36:12 41:4

118:2 130:11
168:9,23 178:9
181:16 182:13
184:24 203:15
205:5,22 206:4
210:20
**surgeons** 50:21,25
65:7 66:24 73:19
120:3,4 127:16
130:19 132:1
137:18 153:14
154:11,14,19
155:13,14 156:9
156:24 157:18
161:12,14 163:3
163:17 164:14
165:6 176:22
177:11,12 178:15
181:1,6,23 182:25
183:12,23 199:14
199:23
**surgeries** 19:20
84:17,18 86:13
87:1,8 88:2,8,11
136:7 196:16
198:2,6 201:3
206:23
**surgery** 10:23
11:18 13:6 26:7
26:16 36:14 39:20
44:17 47:10,11
48:8,12 49:20
66:25 80:5,13
83:19 85:25 86:19
87:5 89:18 90:12
90:15,19 91:16
92:10,17 93:2
94:8 100:11 111:8
111:14,15,20
113:6 116:16
119:13,25 127:17
127:19 129:5
135:12 136:4
138:20,24 139:9
150:5,11,13
151:23 153:16

162:20 163:8
168:10,13 174:24
174:25 176:11
181:5,9,13,17
189:11,25 195:17
199:7 201:19
205:11 207:15
208:3,11 211:25
**surgical** 10:12
44:14 47:16 94:24
97:7 180:13
187:22 198:13
**surgically** 198:12
**surmising** 207:4
**surprised** 28:20,22
**survey** 161:13
**surveys** 175:7
**suspensions** 199:20
**suspicious** 118:24
**sustain** 47:20
**suture** 18:22,25
77:18 80:23 81:4
138:22 139:15
**sutures** 78:15,23
79:3
**swear** 5:22
**switch** 25:24
101:12
**sworn** 6:2,5 213:4
216:14
**symptomatic** 187:9
**symptoms** 44:15
47:21 49:6 92:15
172:16 195:9,25
**syndrome** 47:4
92:4
**syndromes** 44:13
**synthetic** 11:18
12:19 127:18
**system** 1:4 36:22
123:24 127:24
176:23 186:8
**systematic** 123:17
**systemic** 123:10
188:4

| **T** |
| --- |

**t** 2:7 3:20 4:7 156:6
213:1,16 215:1
**table** 148:1,3
**take** 6:15 26:21
42:4 57:15 61:14
64:18 67:10 93:20
112:8 128:1
153:24,25 174:2
179:24 182:8
184:18 192:15
197:22 201:25
203:23 207:9
**taken** 2:4,7 62:6
208:19 210:20
213:7
**talk** 32:12 44:4,12
46:14 57:9 67:15
110:7 130:8 139:3
151:1 154:24
171:12 177:9
180:12 181:23
204:11
**talked** 21:19 22:1
121:20 130:18,19
136:14,15 173:2
173:21 174:24
175:1,2 180:10
184:16 185:18,19
189:15 196:15
208:14
**talking** 54:2,6,23
58:2 59:10 86:21
92:18 113:5
116:15 131:5,8
135:3 139:5,7
142:14 164:8
166:19 179:9
182:19,20
**talks** 34:17 172:14
**tampon** 93:17
94:22 97:3 99:3
**tape** 95:25 96:20
101:15,20 202:7
202:12 212:21
**tapes** 101:12

**taught** 186:23,24
**taut** 138:21 210:2
210:11
**tcspllc** 3:10
**teaching** 157:9
**technique** 10:6
156:5
**techniques** 10:14
**technologies** 5:7
**teenager** 186:25
**tell** 6:19 7:6 11:2
12:17 14:24 15:17
17:4 28:12 36:21
37:2 64:8 89:9
96:2 108:8 124:9
134:4 135:15
146:7 147:3
150:10 154:11,18
154:21 157:13
159:10 160:16
164:23 170:15
171:1 182:3 199:4
203:21 204:5,15
**telling** 21:16 32:18
57:14 106:14
121:4
**ten** 67:14 95:24
**tender** 89:3,7 99:20
190:25 209:18
**tenderness** 84:6,13
100:6 189:1
197:16,17 201:7
**tenminute** 174:3
**tension** 57:4 58:18
60:23 130:13,15
131:22 135:23
156:1,6 177:7
185:20,21,25
186:11,15,19
187:15,17,20
192:7 193:7,9
194:16,17 197:15
198:19 209:17
210:6,9 211:4,8,9
211:13
**tensionfree** 155:18

155:24
tensioning 130:9
term 45:8,10,13,21
　59:14 82:7,10,13
　104:7,23 113:21
terms 8:22 19:14
　20:4 35:5 39:6
　55:6 120:15 127:7
　156:14 167:17
　203:2 207:13
　208:1
test 115:4,8
testified 6:5 85:6
　105:14,18 106:12
　121:3 132:6
　142:11 183:22
　184:22
testify 105:18
　186:17 213:4
testimony 38:15
　72:23 94:6 110:23
　132:11 154:10
　177:9 180:4 199:5
　207:13 213:6
thank 27:24 202:5
thanks 32:21 83:18
　98:2
thats 6:16 12:22,23
　19:6 22:23 26:15
　26:16 27:21 29:2
　32:6,18 37:16
　38:24,24 48:23
　49:12 56:21 59:4
　63:23,24 65:7
　68:8,25 69:16
　73:14 74:5 76:12
　77:11 79:3 86:1
　87:9,18 88:19,19
　88:24 89:13 91:22
　93:7,10,13,23
　94:4 95:2,14 97:4
　97:9,13,14 100:4
　100:8 101:4 118:8
　129:20 132:20
　135:7,9 138:18,20
　143:9 150:12

154:13,20 155:12
　157:5 161:8,9
　165:20 166:11,13
　166:18,20 169:18
　170:13 175:19
　181:8 183:5
　186:11,12 193:6
　193:23 197:18
　202:14 203:18
　206:8 210:4,24
　211:3 212:14
theoretical 124:17
　124:23
therapies 187:24
　187:25
therapist 140:20
therapy 140:3,7,8
　140:10,13,23
　141:1 172:8 188:1
theres 12:23 28:6
　33:3 67:22 89:6
　107:5 115:11
　160:24 161:2
　197:17 210:2
　211:3
theyre 23:16 59:13
　127:5 129:22
　156:22 163:8
　203:17
thickness 130:18
　141:20 142:2,8,12
　142:16 143:2,7,16
　143:19,21,23,25
　144:2,6,14,20
　145:14,19
thin 141:11
thing 34:20 68:11
　73:18 101:24
　107:16 127:1
　130:16 154:21
　162:12 175:2
things 32:15 45:24
　73:1 74:17 106:14
　127:22 130:10
　136:21 137:13
　178:2

think 7:1 14:10
　22:14,19 30:21
　37:15 38:25 39:18
　41:2,22 43:11
　49:2 54:14 56:10
　58:12 59:1 65:7
　69:20 70:4 71:22
　89:16 95:7 101:10
　104:5 106:24
　110:16 111:13
　117:3 118:22
　120:6 121:20,24
　122:14,16,22
　124:4,17 126:13
　128:10,14,20
　129:23 130:6
　138:25 140:7
　141:18,18 145:13
　146:17 147:13,18
　148:16 152:18
　160:15 162:18
　163:7 164:9 170:7
　203:16 205:17,25
thinks 106:24
　121:5 137:11
thirdtolast 74:10
thirty 214:13
thomas 3:8
thought 28:13 31:5
　36:8 37:2 42:12
　60:21 61:20 65:14
　65:19,24 66:3,6
　106:7 116:3
　119:16 147:23
　149:2 154:20
　155:17 203:10
three 7:14 22:15
　24:18 81:15,18
　84:18 86:13 87:8
　89:23 90:3,23
　91:12 92:1,3 96:3
　133:17 134:17,24
　135:12 136:6
　149:4,9 198:14
　205:18 209:9
threemonth 148:2

threeyear 108:19
throw 186:25
tight 130:9 131:22
　209:15 210:4,5
tightness 188:23
time 5:9 12:10,15
　14:7 15:15 17:2
　17:20,25 18:20
　20:5,17 21:3 24:3
　26:7,21,21 46:15
　54:18 57:23 60:19
　66:17 67:12,19
　78:23 79:3,19
　81:20 94:19
　101:11,14,19
　103:15,17,19,24
　103:25 104:8,17
　105:22,25 114:17
　115:15 121:5
　125:11 133:22
　134:4,4 137:4
　138:6,12,15,19
　146:9 154:2,6
　167:24 171:13,17
　173:5 174:6,10
　176:10 178:9
　179:16 180:5
　188:16,18 189:21
　196:3,10 198:15
　200:12,19 202:6
　202:11,15 203:4
　211:14 212:20,24
　213:8
times 18:4,16 58:4
　81:15,18 143:13
　177:10 205:1
tip 149:20
tissue 15:23 18:21
　18:24 46:8,13
　53:19 75:24 77:18
　78:19 79:10,11
　80:12,18 81:5,8
　81:12 82:18,20
　83:22 109:11
　112:2,16 120:19
　121:10,13,22

122:2,6 136:19,23
　138:5,14,24 139:4
　139:8,15 144:3,19
　144:21 196:11
　201:15 209:2
　210:3,23 211:3
title 171:9 172:4
titled 29:3 131:19
today 6:16 31:14
　38:19 170:12
　173:11 193:1
　196:15 202:4
todays 5:8
told 13:20 26:19
　38:23 93:6,25
　94:5,6 97:2
　103:25 105:20
　106:14 108:6,8
　120:18 121:9,12
　131:21 155:7
　173:22 182:24
tolerate 112:8
　188:20
tom 106:2 170:17
tone 89:9 92:22
　99:17 190:25
　194:20 195:2
　210:10
topic 103:4
topical 158:9
total 18:5 150:9
　170:23
touched 146:18
tracking 150:1
traditional 199:19
trained 143:25
　144:2,18 156:5
trainers 179:14
training 143:24
　176:7 177:18,24
　178:6 179:16
　182:10 183:4,5,12
　185:19 195:7
transcript 213:5,9
　213:14,18 214:14
　214:16

Denise M. Elser, M.D.

transcription 216:4
transitioned 16:6
treat 10:19 14:1
 18:17 19:20 44:15
 46:2,7,8,19,25
 47:17 110:25
 150:5 172:16
 190:5 211:22,24
treated 80:14 86:11
 88:19 149:17
 159:23 161:23
 172:20 187:6
 193:16 195:8
 211:15
treating 15:22 30:2
 61:18
treatment 9:3 10:6
 10:13 12:5 14:4
 16:9,21 17:14
 19:18 30:6 52:4
 52:14 65:20,20
 85:2,3 87:9
 106:13 135:6
 140:4 175:9,18
 187:11
treatments 19:14
 76:19 77:21
 172:14,21
trendelenburg
 111:14
trial 75:23 121:15
trials 120:19
tried 41:23 108:13
 108:23
triggered 118:8
trocar 23:5,9,12
 25:2,14,16,18
 26:5,9,10 28:1,3,5
 127:5,24 164:21
 199:11 200:1,4
trocars 23:11
 128:22,24 129:3
 130:17 199:15,20
 199:24
trouble 49:11 72:9
 96:17

troublesome 56:11
troubling 100:21
true 23:18 25:13
 58:16 71:18 73:14
 109:10,14,19
 110:2 121:6 126:2
 133:15 143:20
 151:18 155:2,10
 155:11 158:10
 209:16 213:6
trust 125:6
truth 6:20 59:4
 106:15 213:4
truthfully 105:18
truthfulness 74:1
try 55:19 68:13,15
 86:7 91:22 131:2
 131:9 140:5
 146:10
trying 54:17 72:10
 72:16 143:18
tube 111:7
turns 39:7 146:12
tvm 10:6 147:7
 148:13 149:16
tvt 29:19,22 30:8
 30:18 33:15
 102:21
tvto 33:16
two 23:22 24:18
 31:12 75:25 88:1
 124:14 133:17
 134:17,24 135:12
 136:3 169:11
twoandahalf 111:7
twotothreeyear
 134:9
type 38:9 52:25
 53:18 55:11,18
 57:9 58:15 59:1
 143:9 145:4
 177:13 188:5
 198:6
types 134:15
 172:20
typewriting 213:6

typical 192:25
typically 21:21
 22:4 35:18 93:23
 156:25 180:13
 186:4 188:2 193:4

**U**

u 1:6
ultimately 125:17
ultrasound 149:25
underaddressed
 133:4
undercut 59:4
undergo 112:17
undergoing 196:19
 201:19
underneath 27:9
understand 6:16,19
 12:20 59:15 88:4
 90:22 120:10,12
 121:6 122:13
 127:8 128:4,7
 129:1,5,9 133:13
 151:16 154:9
 160:15,22 163:8
 167:6,9,9 168:12
 179:24
understanding
 27:21 37:5 41:14
 49:11 57:25 87:25
 129:12 131:4
 139:23 173:13
understood 123:24
 155:18,22,25
 184:14
undertake 206:6
undertaking 163:8
undue 57:4 130:13
 211:4
unfamiliar 129:10
unfavorable 70:3
unique 36:10 127:1
 127:22,23,24
 129:16,18,19,22
 130:10,16 136:14
 136:18 164:18

201:7
united 1:1 2:6 5:12
 137:18
unmike 32:10
unpublished 68:4
unsafe 200:2
unsupported 73:12
untreated 197:18
unusual 128:2
 192:23
upcoming 174:24
updated 167:23
 203:19,22,24
uptake 186:10
urethra 180:17
urge 190:5,9,13
urinary 30:7
urogyne 58:17
 59:10
urogynecologic
 175:12
urogynecological
 175:9,18
urogynecology
 139:13
urology 59:11
usable 95:25
use 10:19 12:4,14
 12:16 14:1 15:21
 15:24 16:8,12,25
 17:1,7,9,18,20
 18:1,10,16 20:2,4
 20:5,16 21:4,6,8,9
 22:1,18,20 23:25
 24:6,11,12,14
 36:25 39:23 43:17
 51:1 53:5,16 55:6
 55:13 56:3,16
 60:24 61:18,22
 65:2 66:13,20,25
 67:3 75:25 79:10
 109:12 115:11
 120:5 129:3,8
 133:21 137:22
 151:7 153:15,16
 156:13 158:9,24

159:8,10 161:10
 161:10 178:8
 179:24 182:14
 183:17 187:24,25
 188:1,3,5 195:4
 199:14 200:1,12
 203:4,5
useful 122:7,15,15
users 133:3
uses 59:9 113:21
usually 103:3
 104:15 136:1
 138:5 140:12,16
 188:9 192:23
 193:10
utilize 15:12

**V**

vagina 88:2,13,23
 89:12,18 90:4
 93:18 94:16 97:16
 100:6 141:7,21,24
 142:18 143:15
 150:22
vaginal 10:23 11:18
 16:5 20:9,11
 21:20 22:1 23:3
 30:3 47:10,11
 50:22 75:23 77:10
 89:14 93:1,6
 98:10,12,25
 108:17 109:13,13
 110:1 120:20
 121:14 127:2
 130:16,21 132:1
 141:11,14,15
 157:19 162:20,20
 184:20 196:2,9,13
 196:19 197:3
vaginally 16:1
 22:24 88:1 188:3
vague 62:11
valid 115:21 126:7
valium 188:2
variety 176:6
various 7:24,25

33:16,17 43:16
134:5
vary 155:13
vascular 118:11
vast 24:7
vehicles 27:9
velemir 149:25
verify 41:23 204:15
versa 19:1 147:16
version 202:23
203:17
versus 12:18 23:21
150:15
vessel 25:20,23
vessels 177:5
180:17
vice 18:25 147:16
video 5:10 34:6,7,9
34:10,12,15 67:13
67:20 101:12,16
101:21 154:3,7
171:11,14,18
173:3 174:7,11
202:7,13 212:23
videoconference
3:2
videographer 5:5,6
5:21 67:12,19
95:20,22,24 96:4
99:22 101:14,19
154:2,6 171:13,17
174:6,10 202:6,11
212:20
videos 33:13,17,21
130:20 183:16
videotaped 1:14
2:3 3:17
view 18:24 106:17
147:20 160:6
viewpoint 107:4
virginia 1:1 3:9
5:13
visit 96:7 190:3
vitae 9:17,18,20
10:2 13:17,22
14:2

vocabulary 12:21
voluntary 99:21
vs 1:9 5:12

W
wait 32:9
waiting 27:2
wakes 186:7
wall 141:14,15,21
141:23 145:14
want 9:12 21:16
30:4 31:13 32:9
32:15 33:5 47:11
53:10,17 54:7
57:1,13 64:1 70:6
71:9,12 74:8
80:25 83:13 96:25
101:11,24 102:16
109:9 110:7 111:5
115:6 120:7
121:21 125:23,23
125:25 126:11
127:22 128:17
131:4,24 146:18
155:5,6 160:21
161:12 164:19
166:18,18 170:22
182:8 185:7
186:24 187:8,15
189:3 191:13
200:6,8
wanted 9:1 16:4
21:11 70:8 97:7
103:5
wanting 157:18
wants 57:9 94:24
164:17 193:7
warn 36:10 73:10
126:23 132:7
164:5 165:17
167:2 168:2
warned 39:7
119:25 159:25
160:10 165:6
166:25 167:16
warning 37:24 39:9

39:14 67:1 73:3
79:21
warnings 35:6,9
131:19 167:7
168:18 177:2
184:10,13 204:24
warns 37:12
wary 20:11 67:5
wasnt 54:15,19
147:24
wasting 54:18
watch 33:21 118:17
water 193:7
way 9:7 22:21
26:24 31:24 32:1
45:24 51:16,25
56:13 60:6 64:7
80:20 87:16 88:24
102:25 123:21
143:3 145:7
152:11 164:19
200:5 202:18
206:10
ways 100:20
weak 195:4
week 93:4,5 98:11
200:15
weeks 7:14
weight 23:20
went 16:17 24:4
50:13,16,17 66:6
78:5 92:1 93:3,4
94:13,22 96:10
98:8,11,23 100:13
101:3 110:6
150:10 151:11
159:18 173:19
179:13 193:1
203:4,4
west 1:1 3:9 5:13
weve 7:5 172:1
whats 32:5 33:4,9
34:18 54:1 58:17
68:9 97:13 118:8
127:23,24 129:19
170:5 173:9

whatsoever 37:5
142:25 168:19
white 23:4 27:9
53:20
whos 112:12
willingness 140:21
winced 188:22
wish 117:23 182:14
182:14
withagen 150:19
withdraw 31:4
169:7
withdrawn 74:7
witness 5:22 6:1,4
25:6 28:16 30:10
31:11 39:3,16
41:1,25 42:15
43:10 44:24 46:5
46:23 48:2 50:3
50:20 52:20 53:8
54:17 55:10 56:9
57:16,18,24 59:8
59:17 60:4,14
61:8,25 62:10,24
63:15 66:22 68:23
71:21 72:1,8 73:6
76:11,22 81:3
82:2 83:12 84:1
84:24 85:12,19
86:3,16 88:16
90:8 91:4 93:9
96:5 97:19 98:2,4
100:24 102:6
106:9,22 109:3
111:22 112:6
113:4,19 116:12
118:7 120:23
123:15 124:3
126:4 127:14
128:9 129:7
132:13,24 134:20
136:9 137:7
139:20 141:17
144:9,17 145:12
145:25 149:12
151:14 152:4,17

153:1 154:16
156:21 158:14
160:3 162:6,17
163:6 164:12
165:16 166:3
168:8 169:3
176:25 178:5,23
179:4 180:22
181:4,11,25 183:3
183:14 186:3,21
189:13,24 190:12
191:21 192:21
193:19 196:5,18
197:6 198:10
199:18 201:5,18
202:20 205:9
206:3 207:22
209:12 211:2
212:2 213:3,3,9
213:13 214:1
witnesses 27:20
woman 43:6 47:20
51:23 53:16 62:15
65:21 66:1,5
100:17,21 119:11
138:4,12 141:1
158:11 159:23
161:22 167:18
206:15
womans 37:1 51:18
52:4 87:21
women 44:6 48:11
62:7 67:6 76:18
109:12,22 119:22
137:5 140:14
149:17 152:14
159:19,20 161:20
172:22 175:11
wont 174:2
word 42:5 47:12
49:21 51:9 56:10
62:1 64:4,14
65:10 67:8 69:11
100:14 101:4,5
113:16 115:20,23
116:4 164:2

Denise M. Elser, M.D.

205:23
**words** 206:17,17
**work** 42:8 102:14
102:22
**worked** 101:25
102:11,25 134:1
**working** 102:18
203:22
**world** 137:19 138:1
143:1 156:16
164:7
**worse** 79:3
**wouldnt** 23:18
24:19 28:19,20
46:14 59:5 79:3
103:4 108:10
109:6 126:11
129:3 139:12
145:9 149:8
181:17 211:5,25
**wound** 158:23
163:24,25
**wrap** 64:17
**write** 14:11
**writing** 8:23 35:9
128:18
**wrong** 59:14,14
**wrongful** 71:19,24
72:6
**wrote** 101:2

**X**

**x** 4:1,7

**Y**

**yeah** 12:16 14:16
34:21 67:15 81:19
82:23 96:16,16
97:23 114:13
115:3 125:15
135:13 151:17
160:24 166:11
167:7 170:13
**year** 18:3 102:20
103:15,20,21
105:11 138:19

139:9 172:10
175:17,20
**years** 17:3,5 20:18
22:15 103:17
133:17 134:17,24
135:12 136:3
**youd** 87:1,4 122:11
122:12 125:23
**youre** 6:19 34:23
37:11,13,17,20
41:20 44:25 54:6
54:10 55:14 57:12
57:15 58:21 72:16
75:1 79:5 80:25
81:10 85:15 88:23
89:12 92:6,13
111:17 114:1
116:6 117:1,5,6
117:12,16 118:16
124:23 125:9
128:18 129:1
131:5 143:10
145:8,15 146:7
147:4 152:11,12
155:6,8 164:8
165:10 166:10,11
166:15,19 168:17
173:1 175:25
179:22 182:19
183:23 202:16
204:7 207:7,19
**youve** 7:22 13:20
41:23 71:8 82:10
101:25 102:11
103:11 131:21
143:6,10 145:20
155:7 157:5 173:5
173:21 182:24
201:13

**Z**

**zero** 125:11

**0**

**00** 27:15
**02** 67:18,19 171:13

202:10,11
**02341454** 4:13
176:18
**02341459** 4:14
176:18
**05** 171:17
**07** 174:6,9 203:1
**07068** 3:4
**08** 104:5
**09** 171:24

**1**

**1** 4:9 5:3 7:2,4,4,6
53:4,15,18 55:5
55:11,18 56:2,15
57:9 58:7,15
59:21 60:23 61:17
79:2 101:15,18,19
103:13
**10** 2:12 5:9
**100** 18:19 173:7
**1020** 3:13
**103** 3:3
**11** 67:12,18 104:5
203:1
**12** 67:18,19 86:12
86:19 101:14,18
103:3,23 147:3,4
147:6 212:20,24
**12md02327** 1:4
**12month** 175:13
**12th** 86:19
**130** 173:7
**1380** 3:8
**13cv22473** 1:9
**14** 150:3,20 172:10
**1400** 3:13
**15** 94:18 95:15 96:9
96:22,24,25 97:1
97:17 98:8,16,23
99:16
**16** 1:18 2:12 5:8
171:24
**17** 148:3,6,8,22
149:3,8 150:20
**171** 4:11

**174** 4:4
**176** 4:13
**1995** 19:13

**2**

**2** 1:4 4:11 99:8
101:20 125:9,11
150:6 154:2,5,5,6
171:21 172:1
192:17,22,24
193:6 202:7
**20** 93:4 96:11,21
216:15
**2005** 15:16,20
16:11 17:7,17
18:10 19:12 34:9
66:7,12 195:1
**2006** 16:11 17:7,17
18:11
**2007** 20:24
**2008** 20:24
**2009** 11:16,21 93:4
94:18 95:15 96:9
97:1,17 98:8,16
98:23 99:16
104:15 110:9
175:10
**2011** 20:10,20
22:16,19 24:1
81:14,17 84:18
86:12,12 103:13
105:9,15 122:23
150:4,19
**2012** 81:14,17
84:18 86:13
103:14 104:15
105:1,6
**2014** 1:18 2:12 5:8
70:11 171:24
172:9,11
**202** 4:4
**211** 4:5
**2327** 1:4
**25** 101:18,19
**25301** 3:9
**26** 154:2,5

**27** 86:12 96:12
**287** 27:6
**29** 174:9,10
**2nd** 3:3

**3**

**3** 4:13 65:5 150:6
171:13,17 174:6,9
174:9,10 176:2,6
176:17 202:6,10
202:12 212:21
**30** 27:10 214:13
**300** 3:8
**3044141800** 3:9
**31** 103:14
**37** 2:12 5:9 175:15
**39** 8:8,11,13 31:9
**39157** 3:13

**4**

**4** 65:5 202:10,11
212:20,24
**40** 11:4,5,8,12
22:12
**41** 154:5,6
**43** 101:14,18
**44** 8:13
**45** 27:2

**5**

**5** 4:9 27:15
**50** 67:12,18
**500** 173:11
**513** 75:2,16 76:5
77:4 78:4
**52** 202:10
**522** 107:9,13,20
108:1,15,25
**57** 202:6

**6**

**6** 4:3 86:12
**600** 173:10,11
**6019485711** 3:14

**7**

**75** 53:18 55:12 57:1

Denise M. Elser, M.D.

| | | | | | |
|---|---|---|---|---|---|
| 57:3 58:15 | | | | | |
| **8** | | | | | |
| **8** 105:15 | | | | | |
| **800** 2:10 | | | | | |
| **841968** 2:8 3:20 | | | | | |
| 213:1 | | | | | |
| **9** | | | | | |
| **9732289898** 3:4 | | | | | |