# EXHIBIT E

Denise M. Elser, M.D.

Page 1

KATHRYN E. CORBET and  ) SUPERIOR COURT OF NEW JERSEY
ERIC R. CORBET,        ) LAW DIVISION - BERGEN COUNTY
                       ) DOCKET NO. BER-L-14589-14MCL
          Plaintiffs,  )
                       ) MASTER DOCKET
     vs.               ) NO. BER-L-11575-14
                       )
ETHICON, INC., ETHICON )
WOMEN'S HEALTH AND     )
UROLOGY, A Division    ) CIVIL ACTION
of Ethicon, Inc.,      ) In Re
GYNECARE, JOHNSON &    ) Pelvic Mesh/Gynecare
JOHNSON AND JOHN       ) Litigation
DOES 1-20,             )
                       ) Case No. 291 CT
          Defendants.  )


          The video-recorded deposition of

DENISE M. ELSER, M.D., taken before Pauline M.

Vargo, an Illinois Certified Shorthand Reporter,

C.S.R. No. 84-1573, at the Le Meridien Chicago -

Oakbrook Center, Discovery Boardroom, 9th Floor,

2100 Spring Road, Oak Brook, Illinois, on

November 5, 2015, at 9:14 a.m.




                GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
                   Deps@golkow.com

Denise M. Elser, M.D.

**Page 2**

A P P E A R A N C E S

PRESENT ON BEHALF OF THE PLAINTIFFS:

SEEGER WEISS, LLP
77 Water Street
New York, New York  10005
888.610.6574
BY:  JEFFREY S. GRAND, ESQ.
jgrand@seegerweiss.com


PRESENT ON BEHALF OF THE DEFENDANTS:

BUTLER SNOW, LLP
500 Office Center Drive, Suite 400
Fort Washington, Pennsylvania  19034
267.513.1885
BY:  NILS B. (BURT) SNELL, ESQ.
burt.snell@butlersnow.com


VIDEOGRAPHER:

MILO SAVICH
Golkow Technologies


REPORTED BY:

PAULINE M. VARGO, RPR, CRR
Illinois CSR No. 84-1573.

**Page 4**

E X H I B I T S

| ELSER EXHIBIT | MARKED FOR ID |
|---|---|
| Exhibit 1   Notice of Video Deposition of | 7 |
| Denise M. Elser, MD | |
| 5 Pages | |
| Exhibit 2   12/9/14 Invoice to Burt Snell | 13 |
| from Denise M. Elser, MD | |
| 1 Page | |
| Exhibit 3   Expert Report of | 32 |
| Denise M. Elser, MD | |
| 59 Pages | |
| Exhibit 4   Supplemental TVT and Corbet Case | 37 |
| Expert Report of | |
| Denise M. Elser, MD | |
| Exhibit 5-A  Disk, "Ethicon Gynecare Pelvic | 54 |
| Mesh Litigation, Additional | |
| Medical Records & Transcripts | |
| Corbet 8/25/15" | |
| Exhibit 5-B  Disk, "Corbet Ethicon Gynecare | 54 |
| Pelvic Mesh Litigation" | |
| Exhibit 5-C  Disk, "Ethicon Gynecare Pelvic | 54 |
| Mesh Litigation (Edwards) | |
| 6/2/15" | |
| Exhibit 5-D  Disk, "Ethicon Gynecare Pelvic | 54 |
| Mesh Litigation TVT-O" | |
| Exhibit 5-E  Disk, "New Prolift/POP Studies | 54 |
| 7/31/15" | |
| Exhibit 5-F  Disk, "Ethicon Gynecare Pelvic | 54 |
| Mesh Litigation 7/31/15" | |
| Exhibit 5-G  Disk, "Ethicon Gynecare Pelvic | 54 |
| Mesh Litigation (Edwards) | |
| 6/2/15" | |

**Page 3**

I N D E X

Thursday, November 5, 2015

WITNESS                              EXAMINATION

DENISE M. ELSER, M.D.

By Mr. Snell.....................Page 137
By Mr. Grand....................Page 167
By Mr. Snell.....................Page 169
By Mr. Grand....................Page 171
By Mr. Snell.....................Page 173


REQUESTS FOR PRODUCTION
By Mr. Grand
Page 28, Line 14
Page 43, Line 6
Page 61, Line 24
Page 108, Line 24

**Page 5**

E X H I B I T S

| ELSER EXHIBIT | MARKED FOR ID |
|---|---|
| Exhibit 6   Thumb Drive | 54 |
| Exhibit 7   "TVT Development and Early Data" | 54 |
| Exhibit 8   8/27/15 Letter from Butler Snow | 54 |
| to Denise M. Elser, MD | |
| 1 Page | |
| Exhibit 9   Gynecare TVT Label | 75 |
| ETH.MESH.03427878 through | |
| ETH.MESH.03427883 | |
| Exhibit 10  Gynecare TVT Label, Large Font | 75 |
| Exhibit 11  Tommaselli, et al., Article | 120 |
| Exhibit 12  Svenningsen, et al., Article | 124 |
| Exhibit 13  Summary Report from Cochrane | 110 |
| Website, 5 Pages (Initially | |
| marked as Exhibit 10, re-marked | |
| as Exhibit 13 at Page 159.) | |
| Exhibit 14  AUA Guideline for the Surgical | 157 |
| Management of Female Stress | |
| Urinary Incontinence: 2009 | |
| Update" | |
| Exhibit 15  Karram/Maher Article, "Surgery | 160 |
| for posterior vaginal wall | |
| prolapse" | |
| Exhibit 16  Kuuva/Nilsson Article, | 162 |
| "A nationwide analysis of | |
| complications associated with | |
| the tension-free vaginal tape | |
| (TVT) procedure" | |
| Exhibit 17  Lecture/Presentation by | 162 |
| Denise M. Elser, MD | |
| 6 Pages | |
| Exhibit 18  Pathology Report re Kathryn | 165 |
| Corbet 7/14/11 Surgery | |

2  (Pages 2 to 5)

Denise M. Elser, M.D.

Page 6

1     THE VIDEOGRAPHER: We are now on the
2  record. My name is Milo Savich, and I'm a
3  videographer for Golkow Technologies. Today's
4  date is November 5th, 2015, and the time on
5  record is 9:14 a.m.
6     This video deposition is being held
7  in Oak Brook, Illinois, in the matter of
8  Kathryn E. Corbet, et al., versus Ethicon,
9  Inc., et al., for the Superior Court of New
10  Jersey, Law Division, Bergen County.
11     The deponent is Dr. Denise M. Elser.
12  Will counsel please identify
13  themselves for the record.
14     MR. GRAND: Jeff Grand from Seeger
15  Weiss for Kathryn Corbet.
16     MR. SNELL: Burt Snell from Butler
17  Snow for Defendants Ethicon and Johnson &
18  Johnson.
19     THE VIDEOGRAPHER: The court reporter
20  today is Pauline Vargo, who will now swear in
21  the witness and we may then proceed.
22     THE REPORTER: Raise your right hand,
23  please.
24     (The witness was duly sworn.)
25

Page 7

1     DENISE M. ELSER, M.D.,
2  called as a witness herein, having been first duly
3  sworn, was examined and testified as follows:
4     EXAMINATION
5  BY MR. GRAND:
6     Q.  Good morning, Dr. Elser. My name is
7  Jeffrey Grand. I'm here to ask you some questions
8  today on behalf of Plaintiffs Kathleen Corbet --
9  Kathryn Corbet. Sorry.
10     I know you have been deposed before --
11     A.  Yes.
12     Q.  -- so I'm not going to waste your time
13  going through all the rules again. Let me just say
14  if you feel like you need a break at any time, just
15  let me know. I will be happy to accommodate you.
16  I only ask that if we are in the middle of a
17  question and answer that we finish it before we
18  break.
19     If I ask something that doesn't make
20  sense to you or in a confusing way, which is highly
21  probable, I ask just let me know and I will try to
22  reframe my question.
23     A.  Okay.
24     (Elser Exhibit 1 was marked for
25     identification as of 11/5/15.)

Page 8

1  BY MR. GRAND:
2     Q.  First off, I will mark as Exhibit 1 a
3  copy of the deposition notice for today.
4     Have you seen this before?
5     A.  I have.
6     Q.  I would like to go to Exhibit A, which I
7  believe is the third page. I sort of want to run
8  through this and see what you may have brought with
9  you today or do not have.
10     With respect to number 1, documents
11  related to your fees, billing and time spent in
12  connection with your opinions in any pelvic mesh
13  litigation, have you brought that here today?
14     A.  I have brought a copy of an invoice
15  related to writing of the original report on this
16  case, so I would have that with me.
17     Q.  Okay. Let's stop for a second, and have
18  you -- when was the last time you were deposed on
19  a -- for the TVT product in a case relating --
20  involving the TVT product?
21     A.  The last deposition --
22     Q.  Yes.
23     A.  -- was the one we did. I don't remember
24  the date.
25     Q.  You don't remember the date?

Page 9

1     A.  I don't.
2     Q.  How many times have you been deposed?
3  How many times have you served as an expert for
4  TVT?
5     A.  For TVT, twice before.
6     Q.  Twice before. And have you served as an
7  expert since the last time you were retained to serve as
8  a consultant in this case?
9     A.  No.
10     Q.  Have you served as an expert in mesh
11  litigation involving any other Ethicon mesh
12  products?
13     A.  For a Prolift case.
14     Q.  Prolift case. And which case was that?
15     A.  I don't remember the patient's name.
16     Q.  And did you sit for a deposition in that
17  case?
18     A.  I don't think so.
19     Q.  Have you served as an expert in cases
20  involving any other -- any of the other TVT
21  products, such as TVT Secur or the TVT-O?
22     A.  There was a TVT-O case.
23     Q.  TVT-O case. And do you remember the
24  name of that case?
25     A.  No.

3 (Pages 6 to 9)

Denise M. Elser, M.D.

Page 10

1    Q.   Just correct me if I'm wrong.  Did you
2  say that you have been an expert for two other TVT
3  cases?
4    A.   Correct.  I was including the TVT-O in
5  that.
6    Q.   Okay.  So --
7    A.   I took that -- sorry.  I took your
8  question as TVT family.
9    Q.   I'm sorry if I wasn't clear.
10       For the purposes of today, it's actually
11 a good point, I'm going to refer to specific -- the
12 specific product.  So, if I say TVT, I am not --
13 unless I say otherwise, I'm not referring to the
14 TVT family of products.  I would be referring to
15 the TVR retropubic.
16   A.   So, if you say "TVT," then you mean the
17 original TVT.
18   Q.   The retropubic.
19   A.   And if you say "Exact" you are going to
20 say Exact.  Okay.
21   Q.   Okay.  And Dr. Elser, when did -- when
22 were you first retained to be a TVT consultant, an
23 expert in any mesh litigation?
24   A.   I don't remember the date.  A few years
25 ago.

Page 11

1    Q.   Can we narrow that down?  Was it 2012?
2    A.   That sounds right.
3       MR. SNELL:  Just note for the record
4    this was covered in the original deposition.
5    Just, I mean, I don't know if you read it, but
6    I think there is a date in that deposition
7    where she did.
8       MR. GRAND:  Yeah, I'm not doubting
9    that.  I'm just trying to find out what she
10   has done since then.
11      MR. SNELL:  No, I don't care.  I'm
12   just saying for the record reference, I mean,
13   there is a prior deposition where that date
14   may be available.
15 BY MR. GRAND:
16   Q.   Have you served as an expert consultant
17 for any other mesh products besides Ethicon
18 products?
19   A.   No.
20   Q.   Do you currently serve as a consultant
21 to any other mesh manufacturer other than Johnson &
22 Johnson?
23   A.   No.
24   Q.   Are you currently involved in any -- in
25 the development of any Johnson & Johnson medical

Page 12

1  devices to treat SUI or pelvic organ prolapse?
2    A.   So, I'm sorry, can you -- am I working
3  on developing new products?  No.
4    Q.   So, it would be fair to say that your
5  consultation today, as of this time, is limited to
6  litigation consulting for Ethicon and Johnson &
7  Johnson?
8    A.   Yes.
9    Q.   Are you currently a speaker for Johnson
10 & Johnson or Ethicon?
11   A.   No.
12   Q.   Do you do any trainings for Johnson &
13 Johnson or Ethicon?
14   A.   No.
15   Q.   And do you recall when you were first
16 retained to work on the Corbet case?
17   A.   I know I worked on the original report
18 in July.  I don't remember if that was the first
19 time I started working on it, but that was when I
20 wrote the report.
21   Q.   Well, your first report was submitted in
22 July of 2014, correct?
23   A.   Correct.
24   Q.   Do you recall how long it took you to
25 prepare that report?

Page 13

1    A.   I would look at my invoice to see
2  because I already wrote down my hours for that.
3  It's in the invoice.
4    Q.   Why don't we get that out if it will
5  refresh your recollection.
6    A.   Okay.
7       MR. SNELL:  Do you just want to tell
8    me where it is?
9       THE WITNESS:  It was on the top of
10   that box, just free-floating paper.
11      (Document tendered to the witness.)
12 BY THE WITNESS:
13   A.   So, I worked a total on this, including
14 record review, literature search and writing the
15 report, phone consultations was 40 -- 62 hours.
16      THE REPORTER:  40?
17      THE WITNESS:  62.
18      MR. GRAND:  And that's -- is that a
19   copy of that for me?
20      MR. SNELL:  You can mark it.
21      MR. GRAND:  Why don't we just mark
22   this as Exhibit 2, and for the record, I'm
23   marking an invoice to Burt Snell of Butler
24   Snow from Dr. Elser dated December 9th, 2014.
25      (Elser Exhibit 2 was marked for

4 (Pages 10 to 13)

Denise M. Elser, M.D.

Page 14

1        identification as of 11/5/15.)
2   BY MR. GRAND:
3        Q.   And have you prepared an invoice for the
4   preparation of your supplemental report?
5        A.   I have not.
6        Q.   Can you tell me how many hours you spent
7   preparing your supplemental report?
8        A.   I'm estimating 25 to 30.
9        Q.   Well, your initial report -- your
10  initial report took -- never mind.  Strike that.
11       Then when did you begin work on the
12  supplemental report?
13       A.   Last week on Monday.
14       Q.   So you did not begin any work on the
15  supplemental report until Monday of last week?
16       A.   Well, I'm always reading the literature,
17  always having articles that I may want to pull into
18  reports, but as I looked at the renewed records
19  that came in on this case, that's when I started
20  specifically working on writing the report.
21       Q.   And were you asked -- were you asked by
22  counsel to submit a supplemental report?
23       A.   I believe so.
24       Q.   And was that on or about Monday of last
25  week?

Page 15

1        A.   Yes.
2        Q.   So after this deposition was noticed,
3   you were asked to supplement your report?
4        A.   Yes.
5        Q.   Presently my understanding is you have a
6   busy practice, correct?
7        A.   Yes.
8        Q.   About how many hours a week do you
9   devote to your practice?
10       A.   About 60.
11       Q.   And about how many hours a week do you
12  typically devote to consulting work of any kind?
13       A.   Some weeks none, some weeks 30.
14       Q.   Have you prepared any estimates -- do
15  you have invoices for any other cases you are
16  working on as a mesh consultant?
17       A.   No, not with me.
18       MR. GRAND:  Are you guys objecting to
19  producing that, Burt?
20       MR. SNELL:  Yeah.  Your experts never
21  produced all their invoices.  I know, for
22  example, Dr. Elliot has been paid probably
23  over $800,000 and I haven't received all his
24  invoices.
25       MR. GRAND:  No need to make speeches.

Page 16

1   I'm just asking.
2        MR. SNELL:  But she did produce -- in
3   the prior deposition she produced invoices.
4   Didn't you?
5        THE WITNESS:  I don't remember.
6        MR. SNELL:  It's my recollection that
7   she did.
8   BY MR. GRAND:
9        Q.   Do you know how many hours this year
10  apart from your work on the Corbet case you have
11  spent on mesh litigation?
12       A.   No.
13       Q.   It would be less than 50?
14       A.   Less than 50 hours total?  No.  I think
15  it's more than 50.
16       Q.   Well, you estimated probably about 30
17  for your supplemental report?
18       A.   Correct.
19       Q.   You aren't working on the Corbet
20  supplemental report at any point this year prior to
21  last week, were you?
22       A.   No.
23       Q.   So, prior to last week, any hours you've
24  spent as a mesh consultant has been for another
25  case?

Page 17

1        A.   Correct.
2        MR. SNELL:  Hold on.  I'm going to put
3   an objection on the record.  She is a general
4   expert and has issued general updated expert
5   reports in other cases.
6        MR. GRAND:  Okay.  Then let's break it
7   out that way.
8   BY MR. GRAND:
9        Q.   For your general report on the TVT, how
10  many hours have you spent this year on that?
11       A.   I couldn't answer that right now.  I
12  would sit down and look at my records.
13       Q.   Have you issued a general -- a general
14  report for any other Ethicon mesh products, such as
15  the Prolift?
16       A.   No.
17       Q.   So, other than the TVT-O you have not
18  written any other general reports?
19       A.   Correct.
20       Q.   And the general report that's been
21  submitted in this case, the Corbet case, only
22  applies to the TVT retropubic, correct?
23       A.   Yes.
24       Q.   If you look back at Exhibit A, which you
25  still have in front of you, a copy of your

5 (Pages 14 to 17)

Denise M. Elser, M.D.

Page 18

1   up-to-date CV, is your -- have there been any
2   changes to your CV since, I guess, last week?
3       A.   No.
4       Q.   And the one that was attached to your
5   supplemental report was up to date?
6       A.   Yes.
7       Q.   Did you update that yourself?
8       A.   Yes.
9       Q.   In your own practice, I believe you
10  testified that you -- how many SUI procedures
11  involving mesh do you perform a year, would you
12  estimate?
13      A.   In past years, it has been about 150.
14  This last year it was about 90.
15      Q.   And what -- what different mesh products
16  do you recommend for your clients with SUI if you
17  are recommending a mesh sling?
18          MR. SNELL:  Form, clients.
19          MR. GRAND:  Sorry.  Patients.
20  BY THE WITNESS:
21      A.   Thank you.  The slings that I use
22  currently are the TVT Exact, the Abbrevo, and I
23  also use MiniArc.
24  BY MR. GRAND:
25      Q.   You do not currently use the TVT-R or

Page 19

1   the TVT-O?
2       A.   Correct.
3       Q.   And when did you stop using those
4   products?  Strike that.
5           Did you ever use those products?
6       A.   Yes, I did.
7       Q.   Okay.  When did you stop using those
8   products?
9       A.   I don't know the date.  It has been at
10  least two years.
11      Q.   And why did you stop using those
12  products?
13      A.   Mostly availability.
14      Q.   And when you say availability, you mean
15  the products weren't available at the hospital in
16  which you worked?
17      A.   Correct.
18      Q.   And I'm sure I have it in your CV, but
19  what hospital do you work out of?
20      A.   I operate out of four hospitals.
21      Q.   Okay.
22      A.   Christ Hospital is Oak Lawn, Good
23  Samaritan Hospital in Downers Grove, Edward
24  Hospital in Naperville and Elmhurst Hospital in
25  Elmhurst.  That's all on my CV.

Page 20

1       Q.   I know.  I'm just trying to...
2           And none of those hospitals currently
3   carry the TVT retropubic or the TVT-O?
4       A.   I have not seen the product there in a
5   while.
6       Q.   Have you ever discussed with anyone at
7   the hospital why they don't carry those products
8   any more?
9       A.   No.
10      Q.   Have you ever requested that they carry
11  those products?
12      A.   No.  I was happy with the transition to
13  the Exact and the Abbrevo.
14      Q.   Now, you said with the exception of last
15  year, which I believe you said you said you have done about
16  90 procedures so far, you said on average you did
17  about 150 per year?
18      A.   Correct.
19      Q.   Do you use any mesh products other than
20  Ethicon products?
21      A.   Are you saying for stress incontinence
22  or other indications?
23      Q.   Yes, for stress incontinence.
24      A.   So, the MiniArc is a AMS product.
25      Q.   All right.  Anything else?

Page 21

1       A.   Occasionally a Boston Scientific sling,
2   the Advantage.
3       Q.   And are there certain -- what drives
4   your decision to use one product as opposed to
5   another in a given patient?
6       A.   Can you be more specific?  Are you
7   talking about whether I would use the Advantage or
8   the Exact --
9       Q.   Yes.
10      A.   -- or whether I would use the Exact
11  versus an obturator?
12      Q.   I believe you said you don't use the
13  TVT-O any more, correct?
14      A.   Well, Abbrevo is an obturator sling, so
15  I don't -- I don't understand what you are trying
16  to ask me.
17      Q.   I'm not trying to focus in on the
18  approach necessarily.  I'm just asking, is there --
19  is there a particular reason why you might use one
20  product versus another with a patient that you were
21  recommending a sling for?
22      A.   So, again, I'm finding that a little
23  vague.  Do you want to know why I would use the
24  Advantage versus the Exact?
25      Q.   Sure.  Let's start there.

6  (Pages 18 to 21)

Denise M. Elser, M.D.

Page 22

1    A.  Okay.  It could be that there was one
2  Exact on the shelf and somebody dropped it when
3  they opened it and others, an Advantage is on the
4  shelf and I would use that, but it's not my
5  preferred.
6    Q.  Okay.  So, is there -- do you view these
7  as being relatively comparable?
8    A.  Relatively, but different.
9    Q.  Have your billing rates changed?  And
10  for litigation consulting, have your billing rates
11  changed since the last time you were deposed?
12    A.  I don't think so.
13    Q.  And I believe you said you have yet to
14  issue an invoice for the supplemental report,
15  correct?
16    A.  Correct.
17    Q.  Now, with respect to your own, the mesh
18  procedures you perform, do you keep any internal
19  databases that track those clients?  I mean, track
20  those patients.
21    A.  We have a EMR that has a lot of data in
22  it, so from time to time I will evaluate our
23  followup, how many cases we have done, which
24  product.
25    Q.  I guess let me just try to approach more

Page 23

1  directly what I'm trying to get at.  I believe in
2  your report you said that you had a revision rate,
3  an erosion rate of about 4.5 percent --
4    A.  Yes.
5    MR. SNELL:  Objection.
6    Q.  -- for your clients -- for your
7  patients?
8    MR. SNELL:  Objection, compound,
9  misstates.
10    A.  I said a reoperation rate of 4-1/2
11  percent.
12    Q.  Okay.  So a reoperation rate of any --
13  for any reason?
14    A.  Correct.
15    Q.  How did you arrive at that 4.5 percent?
16    A.  I don't remember which dates I looked
17  at, but I pulled the data on a substantial number
18  of slings in our practice and then tracked how many
19  of those over a certain period of time went back
20  for reoperation.
21    Q.  Okay.  What period of time did that
22  cover?
23    A.  I don't remember.  I believe it was at
24  least a year.
25    Q.  Over a year?  Just a year?

Page 24

1    A.  Over a year.
2    Q.  I just want to be clear.  Did you look
3  at a year-long period or did you look beyond a
4  year-long period?
5    A.  So, I don't remember what the time
6  period was.  I know that my intention was to look
7  at a year after their incident, case.
8    Q.  Okay.  So, just to be clear, I want to
9  make sure I understand what you are saying in your
10  report and here today.  If, for example, last year
11  you did a hundred mesh procedures, a hundred mesh
12  procedures, you would have looked at a hundred
13  patients; you didn't go back beyond that --
14    MR. SNELL:  Form.
15    Q.  -- into prior years?
16    MR. SNELL:  Form objection.  Go ahead.
17    A.  I would have looked at, say, the
18  patients that had surgery two years ago, over,
19  like, say 2013, so that even the ones at the end of
20  the year would have had a year followup.  Does that
21  make sense?
22    Q.  Okay.  So, are you saying that you --
23  your 4.5 percent is over a two-year period from
24  implant?
25    A.  I wanted to make sure that the least

Page 25

1  followup was a year.
2    Q.  Okay.  But it could have been longer,
3  you are saying?
4    A.  Correct.
5    Q.  But you can't tell me that today.  I
6  mean, how many patients did you look at in total?
7    A.  I don't remember.
8    Q.  Would you have any dates?  Would you
9  have any notes or calculations in your office?
10    A.  Yes.
11    MR. GRAND:  We are going to request
12  production of those.
13    THE WITNESS:  Can I ask you a favor?
14  Because you say -- you are saying "mesh"
15  frequently and that makes me think of prolapse
16  surgery.  So, if you mean sling, could you say
17  sling?  Would that be okay?
18    MR. GRAND:  Sure.  Believe me, I'm not
19  trying to intentionally be confusing, by any
20  means.
21    THE WITNESS:  You are probably used to
22  saying it that way, but it really throws me
23  off.
24    MR. GRAND:  I will do my best.
25    MR. SNELL:  And I will listen and

Denise M. Elser, M.D.

Page 26

1    object from now on when he is overbroad.  I'm
2    sorry.  I should have caught that.
3    BY MR. GRAND:
4        Q.   All right.  Just to be clear, so the 4.5
5    percent reoperation rate that you referred to in
6    your report, that refers to sling products or does
7    that also include other mesh products?
8        A.   That was slings.
9        Q.   That would be slings only.
10            And your analysis included patients -- I
11   mean, generally you wanted to make sure you had a
12   year-long followup period?
13       A.   Correct.
14       Q.   But your analysis did not go back three
15   years or five years, did it?
16       A.   I will answer that when I look at the
17   report.  I don't remember how far it went back.
18            MR. SNELL:  You can look at the report
19       too any time.  I mean, you can always look at
20       your materials.  You brought all them here to.
21   BY MR. GRAND:
22       Q.   Did you bring those materials that
23   includes that calculation with you?
24       A.   No.
25            MR. SNELL:  I thought you said report.

Page 27

1    I'm sorry.
2            THE WITNESS:  I said the 4.5 percent
3       in the report, but I don't know that I
4       included all the details of what I looked at.
5            MR. SNELL:  My point is, you can look
6       at your -- he doesn't care if you -- I'm sure
7       you don't mind if she looks at her report.
8            MR. GRAND:  No.
9    BY MR. GRAND:
10       Q.   In fact, I would rather you not guess,
11   and if you need to look at your report, you can.  I
12   don't believe your report has any specifics other
13   than the 4.5 percent reoperation rate.  That's why
14   I'm actually asking you these questions, because
15   I'm trying to determine how you arrived at that 4.5
16   percent number and what number of patients are
17   included in that.
18       A.   Understood.  I don't think I put the
19   details in the report either.
20       Q.   Do you have any -- do you track data in
21   your office to determine how many of -- how many
22   patients in which you've implanted a mesh sling you
23   still currently treat?
24       A.   No.
25       Q.   So, if you implanted a mesh sling in a

Page 28

1    patient previously and they are seeing somebody
2    else, you would have no way of knowing whether they
3    have had any subsequent complications?
4            MR. SNELL:  Form.
5        A.   Correct.  There is some patients I won't
6    know what happened.
7        Q.   And did your analysis address anything
8    other than reoperations?
9        A.   No.
10       Q.   And if you were called to trial, do you
11   intend to testify about your 4.5 reoperation rate
12   in your practice?
13       A.   If you or Burt ask me.
14            MR. GRAND:  We are going to request
15       production of backup, whatever supports that.
16            MR. SNELL:  We will take it under
17       advisement.  I will note for the record some
18       of your experts have made similar statements
19       yet have not produced the backup data.
20            MR. GRAND:  I don't know if you have
21       asked for them or not.  I'm asking for it.
22            MR. SNELL:  I know.  I'm just putting
23       my point on the record.
24   BY MR. GRAND:
25       Q.   Other than what is in your CV, have you

Page 29

1    done any -- have you published any articles
2    relating to mesh, mesh slings?
3        A.   Any -- any articles are in the CV.
4        Q.   Okay.  There has been nothing since that
5    time?
6        A.   No.
7        Q.   And you don't currently -- are you
8    currently teaching any classes?
9        A.   Classes?
10       Q.   Yes.
11       A.   No.
12       Q.   Are you currently doing any research
13   relating for stress urinary incontinence?
14       A.   Yes.
15       Q.   What would that research be?
16       A.   We are studying a product called Vesair,
17   V-e-s-a-i-r.
18            MR. SNELL:  Before you go any further,
19       let me just caution you.  If you are under any
20       confidentiality agreements, and I don't know
21       if you are or not, for other manufacturers,
22       you need to take that into account before you
23       give Mr. Grand an answer.
24            THE WITNESS:  Absolutely.  I will not
25       disclose anything I'm not supposed to.

8 (Pages 26 to 29)

Denise M. Elser, M.D.

Page 30

1    BY THE WITNESS:
2        A.  So, I can't tell you any results of the
3    study, any data, but it is an intravesical balloon
4    that's put in in the office.
5    BY MR. GRAND:
6        Q.  And that's not an Ethicon product, is
7    it?
8        A.  No.
9        Q.  And you are -- are you an investigator
10   for that study?
11       A.  Yes.
12       Q.  Did you design the study?
13       A.  No.
14       Q.  And for how long have you been
15   conducting the study?
16       A.  Roughly a year.
17       Q.  Are you involved in any other research
18   relating to SUI or pelvic organ prolapse?
19       A.  The other study is a postmarketing study
20   for the Impressa.
21       Q.  How do you spell "Impressa"?
22           MR. SNELL:  Yeah, what is it?
23   BY MR. GRAND:
24       Q.  That's not an Ethicon product, is it?
25       A.  No.

Page 31

1        Q.  No.  And is that I-m-p-r-e-s-s-a?
2        A.  Yes, it is.
3        Q.  Okay.  You never know with these pharma
4    products.
5        A.  It's a Kimberly Clark product.
6        Q.  And is that -- is that a device or a
7    pharmaceutical product?
8        A.  Well, it's an over-the-counter device,
9    so it's basically an intravaginal tampon
10   specifically designed to put pressure on the
11   urethra so when women wear it they can exercise and
12   not leak.
13       Q.  And you are an investigator in that
14   study?
15       A.  Yes.
16       Q.  Did you design that study?
17       A.  No.
18       Q.  In general do you have -- do you have
19   any experience designing clinical trials?
20       A.  Yes.
21       Q.  What clinical trials have you designed?
22       A.  We can look at my CV.
23       Q.  If you want to, look at your CV.
24       A.  Sure.  Hold on.
25           THE WITNESS:  Thank you, Burt.  I

Page 32

1    don't know which pile it's in.
2    BY MR. GRAND:
3        Q.  So we are looking at the same thing, is
4    this your first report or the supplemental report?
5        A.  This is the first report, but I don't
6    see the CV in here, so I --
7        Q.  You can be -- you can -- well, I have
8    the copy that was in my report.  I can give that to
9    you.
10       A.  That would be great.
11           MR. GRAND:  We will mark your July
12   2014 report as Elser 3.
13           (Elser Exhibit 3 was marked for
14           identification as of 11/5/15.)
15           MR. GRAND:  Did you want this?
16           MR. SNELL:  I will take it.  I don't
17   think I have her CV.  If I did, it's somewhere
18   in all of this stuff.
19           MR. GRAND:  So, I've got it.  It's
20   Attachment A.
21           THE WITNESS:  A lot of trees in this
22   room.
23           MR. GRAND:  Yes.
24   BY THE WITNESS:
25       A.  Okay.  Now I forgot what you asked.  You

Page 33

1    want to know what studies I had designed.  Was that
2    specifically with regard to stress incontinence?
3    BY MR. GRAND:
4        Q.  Well, actually, I would like to know if
5    you -- if you have ever designed a clinical study
6    as opposed to being an investigator for a clinical
7    study.
8            MR. SNELL:  Form.  Go ahead.
9        A.  So, I'm on Page 4.
10       Q.  Okay.
11       A.  The last one on that page, abdominal
12   sacrocolpopexy and urinary incontinence, was my
13   design.
14       Q.  Was that a randomized control trial?
15       A.  No.  That was a retrospective K series.
16       Q.  That was a retrospective K series?
17       A.  Yes.  On the next page, Page 5, the last
18   two.
19       Q.  And what types of studies were those?
20       A.  The comparison of the different
21   catheters was a randomized controlled trial.
22           And the last study was also an RCT,
23   which I helped design as part of the continence
24   program for women, and that's it on this page.  The
25   others were not published.

Denise M. Elser, M.D.

1    Q.   Do you currently sit as a reviewer for
2  any medical journals?
3    A.   Yes.
4    Q.   Which ones?
5    A.   The International Urogynecologic
6  Journal, The Obstetrics and Gynecology Journal, The
7  American Journal of Obstetrics and Gynecology and
8  Female Pelvic Medicine Reconstructive Surgery.
9    Q.   And actually, while you have your resume
10 open, if you look at -- sorry -- Page 4.  I just
11 wanted to clarify.  The consultation for the Food
12 and Drug Administration panel --
13    A.   Yes.
14    Q.   -- did that begin in 2013 or was it
15 2014?
16    A.   They do background checks, so they first
17 asked me to be part of it in 2013.
18    Q.   Okay.  So but the first time you sat on
19 a panel was 2014, correct?
20    A.   Yes -- no.  Sorry.  The first time I sat
21 on it was 2015.
22    Q.   2015, okay.  And you are a nonvoting
23 member, correct?
24    A.   Correct.
25    Q.   Would you hold yourself out as an expert

1  in clinical trial design?  Do you consider yourself
2  an expert in clinical trial design?
3    A.   I'm very familiar with clinical trial
4  design, but it's not what I do on a regular basis.
5    Q.   So is that a no?
6         MR. SNELL:  I object to the form,
7  asked and answered.
8    Q.   Do you hold yourself out as an expert in
9  clinical trial design?
10    A.   I understand clinical trial design.  I'm
11 not an expert in it.
12    Q.   What about material science?  Do you
13 consider yourself an expert in material science?
14    A.   No.
15    Q.   Do you consider yourself an expert in
16 the design of medical devices?
17    A.   No.
18    Q.   Do you consider yourself an expert in
19 epidemiology?
20    A.   No.
21    Q.   Have you received special training with
22 respect to analyzing clinical -- analyzing and
23 evaluating clinical studies?
24    A.   What do you mean by "special training"?
25    Q.   Courses in epidemiology or statistics or

1  clinical trial design.
2    A.   I have had statistic courses, and then
3  throughout our training and working career we have
4  journal club where we talk about how to analyze
5  articles.
6    Q.   When was the last time you had a
7  statistics course?
8    A.   Oh.  15 years ago.
9    Q.   And can you tell me a little bit more
10 about this journal club you just referenced.
11    A.   In our practice we will have meetings
12 where we pull articles to read and discuss them
13 with other physicians and have someone analyze the
14 article.
15    Q.   And what's the name of that journal
16 club?
17    A.   It doesn't have a name.  It's just our
18 practice and we have --
19    Q.   So you do that within your private
20 practice?
21    A.   Yes.
22    Q.   Okay.  So, you get together with the
23 physicians in your practice and you discuss
24 articles?
25    A.   Correct.

1    Q.   How often does that happen?
2    A.   Every few months.
3    Q.   Every few months.  I would like to mark
4  as --
5    A.   Does that mean I can close this one now,
6  that page?
7    Q.   Yes.
8    A.   That page?  Okay.
9    Q.   Yeah.  If it is easier for you to refer
10 to your report moving forward, please feel free to
11 do so.  I just want to have a copy of your report
12 in the record.
13         MR. GRAND:  I'm going to mark as
14 Elser 4 your supplemental report.
15         (Elser Exhibit 4 was marked for
16         identification as of 11/5/15.)
17 BY MR. GRAND:
18    Q.   Do you need a copy of that?
19    A.   I have a copy here.
20    Q.   Now, in your first report from July of
21 2014 you had reserved the right to supplement your
22 report based on new information --
23    A.   Yes.
24    Q.   -- in response to Plaintiffs' experts,
25 as I recall.  Is that correct?

10 (Pages 34 to 37)

Denise M. Elser, M.D.

Page 38

1    A.   Correct.
2    Q.   And one of the things that was revised
3 in your supplemental report was the list of
4 materials you relied on, correct?
5    A.   Correct.
6    Q.   Okay.  Did you prepare that reliance
7 list?
8    A.   It was a combination.
9    Q.   A combination of what?
10    A.   Of some were provided to me by the
11 attorneys and there were many articles that I
12 pulled and provided to them.
13    Q.   Okay.  Just to be clear, I'm actually --
14 I will ask about that.  I'm going to ask
15 specifically about the preparation of the list
16 itself.  Did you prepare the reliance list, or was
17 that prepared by attorneys?
18       MR. SNELL:  You mean the paper?
19       MR. GRAND:  Yeah, the actual list that
20    was submitted.
21       MR. SNELL:  We prepared that.  I will
22    put that on the record.
23 BY MR. GRAND:
24    Q.   Okay.  Were you aware that there were
25 approximately 575 new medical articles added to

Page 39

1 that list?
2       MR. SNELL:  I'm going to object it
3    lacks foundation.
4    Q.   All right.  We will go through them one
5 by one.  I want you to put both your reports beside
6 you there so that you can compare the reliance list
7 in the original report to the one in your
8 supplemental report.
9    A.   Okay.  I start -- this doesn't look like
10 the page that you have.
11    Q.   No.  I'm looking at the second report,
12 the supplemental report.
13    A.   Okay.  I'm with you.
14    Q.   So, before we actually look at those,
15 when you were preparing your report, did you --
16 when you first drafted this report for the Corbet
17 case, the original report, how did you seek to
18 identify articles that would be relevant to your
19 opinions?
20    A.   Some I knew existed from prior reading,
21 so I pulled and printed them to have available.
22 Some I did literature search to look for articles I
23 thought would be relevant, and some were provided
24 to me.
25    Q.   Some were provided to you by attorneys?

Page 40

1    A.   Yes.
2    Q.   Okay.  So, if you look about the fifth
3 from the bottom on your revised list, which is the
4 one on your left, you see that "Abdel-Fattah,
5 Transobturator tension-free vaginal tapes:  Are
6 they the way forward"?  Do you see that article?
7    A.   Yes.
8    Q.   Dated 2007?
9    A.   Yes.
10    Q.   Do you see that article in your original
11 reliance list?
12    A.   No, I don't see that one.
13    Q.   That was an article that was certainly
14 available at the time that you wrote your original
15 report, correct?
16    A.   Yes.  It had already been printed, but
17 sometimes when you do a literature search not
18 everything may show up.  You may find new articles
19 even if they were printed previously.
20    Q.   Would it surprise you if the majority --
21 that the majority of the ones you added were
22 available many, many years before you wrote your
23 report?
24    A.   I don't know.  I have not analyzed that
25 yet.

Page 41

1    Q.   Do you have a copy of this article in
2 your file?  You brought your file here today.
3    A.   I don't know if that one is in it or
4 not.
5    Q.   Are all the articles you relied on in
6 your file?
7    A.   Not everything from this reliance list
8 is in my file, but there are many articles in the
9 file.
10    Q.   If you didn't rely on it, why would it
11 be in your file?
12    A.   Some of these are here because they were
13 provided and some were ones that I've read in the
14 past.  I may not specifically have cited it in the
15 report.
16    Q.   So there may be articles in your
17 reliance list that have nothing to do with your
18 opinions?
19       MR. SNELL:  Form.
20    A.   There could be.
21    Q.   Did you review this list before it
22 was -- the revised list before it was submitted?
23    A.   I looked at it.
24    Q.   You know there are a number of articles
25 relating to the Prolift product in there?

11 (Pages 38 to 41)

Denise M. Elser, M.D.

Page 42

1    A.   Yes.
2    Q.   Is that relative to your opinions in
3   this case?
4    A.   Not in this case.
5    Q.   Then why did you have it in your report?
6        MR. SNELL:  I told you, we prepared
7   that.
8        MR. GRAND:  Okay.  Well, it's her
9   report, though.  Either she knows or she
10  doesn't know.
11       MR. SNELL:  That's fine.
12  BY THE WITNESS:
13   A.   No.  This list was prepared, was printed
14  by the attorneys' office.  I did not -- some
15  articles were added.
16  BY MR. GRAND:
17   Q.   So, is it fair to say this really isn't
18  a reliance list for your report?
19   A.   Are you saying this is not the list
20  specific to my report?
21   Q.   Yes.
22   A.   Some of the articles are not specific to
23  this report.
24   Q.   So, this list actually just is all the
25  articles you may have reviewed or had sent to you

Page 43

1   by attorneys?
2    A.   Correct.
3    Q.   So if I wanted to know which articles in
4   here you viewed as new information or material that
5   you've reviewed in response to the Plaintiffs'
6   expert reports, how would I be able to identify
7   that?
8    A.   Well, I would be happy to mark up a copy
9   for you and get it to you.
10   Q.   Okay.  I am going to request that, and
11  I'm not trying to be difficult.  I'm trying to
12  understand what you will be talking about when you
13  come to trial as opposed to what is completely
14  irrelevant to your report.
15   A.   Okay.
16   Q.   I'm expecting you can.  I don't want to
17  spend the day going through this list one by one.
18   A.   Are you sure?
19       MR. SNELL:  Well, we can do that.  She
20  is here to help you or to do whatever you
21  want, and you have her report where she cites
22  to articles and discusses them.  So, you know,
23  if you want to ask her, ask her.
24       MR. GRAND:  She just told me she
25  doesn't know.

Page 44

1        MR. SNELL:  She told you to pull that
2   stuff is --
3        MR. GRAND:  She has to go through it.
4        MR. SNELL:  Well, we will try to go
5   through it then at a break or at lunch.  How
6   about that?
7        MR. GRAND:  Okay.
8        MR. SNELL:  She has already said the
9   Prolift stuff isn't -- isn't going to be
10  discussed or pertinent.
11  BY MR. GRAND:
12   Q.   Have you read all the articles that are
13  on this list?
14   A.   Not every article.
15   Q.   What?
16   A.   Not every article.
17   Q.   If you go several pages in, beyond the
18  medical articles, do you see there is a list of
19  documents?
20       MR. SNELL:  What page are you -- which
21  one are you referring to?
22       MR. GRAND:  It's not numbered.
23       MR. SNELL:  The one that's -- are you
24  talking about production materials or other
25  material?  I mean, they are labeled at the

Page 45

1   top.
2        MR. GRAND:  Yes, it would be
3   production materials.
4   BY MR. GRAND:
5    Q.   Do you see it?  Are you there?
6    A.   Starts with letter to the FDA -- from
7   the FDA?
8    Q.   Yes.  That would be the first item on
9   that list.  Have you reviewed all the materials on
10  this list?
11   A.   No.  I have reviewed several but not
12  every one.
13   Q.   Is it fair to say if you didn't review
14  it, you certainly didn't rely on it, correct?
15   A.   Correct.
16   Q.   And then after that is a list of medical
17  records as well as other types of materials and
18  the expert reports.  Do you see that?
19   A.   Not yet.
20   Q.   If you keep going, I think it is
21  probably the next page.
22   A.   Yeah, I think I'm getting there, yeah.
23  Okay.
24   Q.   Now, is this -- is this an update to the
25  list of medical records you reviewed, or are these

12  (Pages 42 to 45)

Denise M. Elser, M.D.

Page 46

1  new records you reviewed since the last report?
2      A.  No.  Some of these I would have reviewed
3  for the original report.
4      Q.  Okay.  And have you seen or reviewed the
5  IME report that was done by Dr. Fleischmann?
6      A.  No.
7      Q.  Would that be relevant to your opinions?
8      A.  I would be interested in her findings.
9      Q.  Well, she conducted --
10     A.  My opinions are based on the exams to
11 date and medical records provided to me.
12     Q.  Okay.  Were you aware that last month
13 Dr. Fleischmann conducted a medical examination of
14 Kathryn Corbet?
15     A.  I only just heard about it.
16     Q.  Okay.  When did you hear about it?
17     A.  This morning.
18     Q.  Okay.  Did you request a copy of the
19 examination?
20     A.  No, not yet.
21     Q.  It would certainly be relevant to your
22 opinion, correct?
23     A.  It might be.
24     Q.  Well, for instance, if she were
25 suffering -- if she had complaint of dyspareunia,

Page 47

1  that would be relevant to your opinion, correct?
2          MR. SNELL:  Form.
3      A.  I would certainly want to --
4          MR. SNELL:  Foundation.  Go ahead.
5      A.  I would want to know what her current
6  complaints are and, more importantly, what the exam
7  finding are.
8      Q.  Right.  To be fair, to render an opinion
9  in this case, you would want to have the most
10 up-to-date information available, correct?
11         MR. SNELL:  Objection, form.
12     A.  I would like to look at the up-to-date
13 exam.
14     Q.  Me too.
15     A.  We are closing this set right now?  I
16 don't want to mess up the papers.
17     Q.  We are closing the reliance list.
18     A.  Okay.
19     Q.  I don't want to ask you any more
20 questions about the reliance list.  My
21 understanding is you are going to look at it during
22 the break and try to tell me what you think is
23 relevant to your opinions.
24         MR. SNELL:  We will probably do that
25 over a break at lunch because it might take a

Page 48

1  little long.
2          MR. GRAND:  I'm not trying to hold you
3  to doing that in ten minutes.
4          THE WITNESS:  We want to do it
5  justice.
6          MR. SNELL:  Obviously all the material
7  is cited in her reports directly.
8          MR. GRAND:  Yes.  I'm not questioning
9  that, and just to be clear, I appreciate that
10 there are articles cited in the text of the
11 report itself, and it's very clear to me that
12 you are relying on those articles.
13         MR. SNELL:  Okay.
14         MR. GRAND:  What's not clear to me is
15 there is a lot of -- a lot of additional
16 materials in the supplemental reliance list,
17 and I need to know what I need to be prepared
18 for at trial.
19         MR. SNELL:  Let's go off the record
20 for a second.  Is that okay?
21         MR. GRAND:  Sure.
22         THE VIDEOGRAPHER:  The time is
23 10:13 a.m., and we are going off the video
24 record.
25         (Discussion was had off the

Page 49

1      record.)
2          THE VIDEOGRAPHER:  The time is
3  10:17 a.m., and we are back on the video
4  record.
5  BY MR. GRAND:
6      Q.  Dr. Elser, I understand that you have
7  brought your file with you today, correct?
8      A.  Yes.
9      Q.  And as part of that you have brought us
10 a thumb drive and seven DVDs or CD-ROMs with --
11 seven CD-ROMs, correct?
12     A.  Yes.
13     Q.  Does this constitute all of the medical
14 literature and records or documents you will have
15 reviewed for this case?
16         MR. SNELL:  I'm going to object to
17 form.  There is other stuff she brought, just
18 so the record is clear, because the video is
19 not showing all of the materials she brought.
20         MR. GRAND:  Okay.
21         MR. SNELL:  I just want it to be
22 accurate.  That's all.
23         MR. GRAND:  No.  I want to understand
24 what we need to be walking away from here with
25 today, so...

13  (Pages 46 to 49)

Denise M. Elser, M.D.

Page 50

1    MR. SNELL:  You are free to mark
2    everything, and I have no problem with it, and
3    I think that's why the doctor brought it, so
4    you would have fair notice on all of the stuff
5    she has reviewed and considered.  I know it is
6    pretty voluminous, but I don't know any way
7    around that, to be honest with you.
8    MR. GRAND:  Okay.
9    MR. SNELL:  Sometimes your experts
10   just show up a thumb drive, sometimes they
11   have hard copies.  I mean, I make judgments on
12   what I mark and don't mark, but I don't want
13   there to be, you know, some misrepresentation
14   that that's all she has looked at, because she
15   did bring some hard copy stuff here today that
16   may or may not be in that.  That's all I am
17   trying to say.
18   BY MR. GRAND:
19   Q.   Doctor, I'm trying to identify what
20   materials you reviewed and relied on in preparing
21   your report, both of your reports.
22   Beyond this thumb drive and these CDs,
23   what else is there?
24   A.   I believe -- I believe the thumb drive
25   is pretty comprehensive, but as Burt said, there

Page 51

1    may be some medical records and articles in these
2    binders that are not included on that thumb drive.
3    MR. GRAND:  Okay.  I'm going to mark,
4    I guess -- I don't know how else to do it.  I
5    don't know if I'm going to put a sticker on
6    this or not.
7    MR. SNELL:  That's what I usually do.
8    Just mark them in order so that they are
9    clear.
10   MR. GRAND:  I'm going to mark the
11   thumb drive and the --
12   MR. SNELL:  Why don't you mark the
13   thumb drive separate.
14   MR. GRAND:  All right.  I'm going to
15   mark the CDs as Elser 5, and there is seven of
16   them, and I'm going to read out the titles of
17   them.
18   One is "Ethicon Gynecare Pelvic Mesh
19   Litigation, Additional Medical Records &
20   Transcripts Corbet," and that appears to be
21   dated 8/25/15.
22   Another one is marked "Corbet Ethicon
23   Gynecare Pelvic Mesh Litigation."
24   Another one is marked "Ethicon
25   Gynecare Pelvic Mesh Litigation Edwards," and

Page 52

1    that's dated July 2nd, 2015.
2    Now, would this pertain to the TVT-O
3    case we were discussing earlier?
4    A.   Yes.
5    Q.   Would there be materials on this that
6    are relevant to your opinions in this case?
7    A.   There could be.
8    Q.   Another one marked "Ethicon Gynecare
9    Pelvic Mesh Litigation TVT-O."
10   Another one dated July 31st, 2015, "New
11   Prolift/POP studies."
12   Another one dated 7/31/15 that says
13   "Sling Long-Term Articles."
14   Another one dated June 2nd, 2015,
15   pertaining to the Edwards case.
16   And these are -- all of these CD-ROMs
17   are labeled Butler Snow.  Is it fair to say these
18   were provided to you by Butler Snow?
19   A.   Yes.
20   Q.   Okay.  And then we have additional
21   medical records and transcripts from the Corbet
22   case and this is dated August 25th, 2015?
23   A.   Yes.
24   Q.   Would it be fair to say you were working
25   on the supplemental report as early as August 25th,

Page 53

1    2015?
2    MR. SNELL:  Form.
3    A.   No.  I put the date on of when the
4    disk -- when I opened the envelope just to help me
5    keep track.  I may not have even have looked at it
6    until I knew that we were going to do an additional
7    report.
8    MR. GRAND:  Okay.  So those we are
9    going to let the court reporter -- can you
10   take and make a copy of it so we can get the
11   originals back to Dr. Elser?
12   THE REPORTER:  I think so.
13   MR. GRAND:  I'm going to mark as
14   Elser 6 --
15   MR. SNELL:  And can I just make a
16   request whenever they are copied, can the
17   cover that Mr. Grand read be reflected, can
18   they be separated maybe 7, you know, A, B, C,
19   D so that we know the different DVDs instead
20   of one large PDF file that is a cumulation of
21   all the electronic files on there.  I don't
22   know if I'm being clear, but...
23   MR. GRAND:  Yeah, no.  My feeling, I
24   would request if we could actually just get
25   burned copies of the CDs and then maybe just a

14 (Pages 50 to 53)

Denise M. Elser, M.D.

Page 54

1    PDF of the cover and the cover sheet.
2         MR. SNELL:  Yeah, that's what I
3    meant.
4         MR. GRAND:  I'm not suggesting we have
5    to print all these out.
6         I'm marking the thumb drive as
7    Elser 6, and let me just go off the record for
8    a second.
9         THE VIDEOGRAPHER:  The time is
10   10:21 a.m., and we are going off the video
11   record.
12        (Recess taken, 10:21 - 10:36 a.m.)
13        (Said disks were marked Elser
14             Exhibits 5-A through Exhibit 5-G,
15             said thumb drive was marked as
16             Exhibit 6, and certain documents
17             were marked Exhibits 7 and 8, for
18             identification, as of 11/5/15.)
19        THE VIDEOGRAPHER:  The time is
20   10:36 a.m., and we are back on the video
21   record.
22        MR. GRAND:  Okay.  So the record is
23   clear, the court reporter is going to take
24   Exhibit 5, which was the seven CD-ROMs.  She
25   is going to copy them for us, and they will be

Page 55

1    labeled 5-A and 5-B, accordingly, as well as
2    Elser 6, which was the thumb drive.
3    BY MR. GRAND:
4         Q.   During the break I went through your
5    file, and I am satisfied that the things contained
6    in the file are listed on the -- they are things we
7    are already aware of, such as deposition
8    transcripts and various articles, which I do not
9    need to mark or include at this point.
10        There is one thing that I did want to
11   ask you about, which I have marked as Elser 7,
12   which appears to be a small bound document called
13   TVT Development and Early Data.
14        A.   Yes.
15        Q.   Okay.  Did you make this yourself?
16        A.   No.
17        Q.   Was this provided to you by Butler Snow?
18        A.   Yes.
19        Q.   And in fact, there is a letter in here
20   which I have marked as Elser 8, which is a letter
21   from a paralegal at Butler Snow transmitting this
22   to you for your review.  It's dated August 27th,
23   2015.  Do you see that?
24        A.   Yes.
25        Q.   So is August 27, 2015, the first time

Page 56

1    you looked at these articles?
2         A.   No.
3         Q.   What did you do on your own to
4    investigate or find out information about the
5    development of the TVT product and any early data
6    for that product?
7         A.   You mean ever in my whole career?
8         Q.   In connection with the Corbet case.
9         A.   Well, some of --
10        MR. SNELL:  Form.  Go ahead.
11        A.   Well, certainly I have been practicing
12   since TVT first came to the U.S., so I have been
13   reading articles about TVT and its development for
14   many, many years, so some of those articles I had
15   already read and were already in my files and I
16   would have pulled for this case to re-review, and
17   some were provided to me, which I don't remember
18   when between August and now, but I read those
19   again.
20        Q.   Okay.  So, these are not -- these
21   articles you were already aware of.  Did you
22   request that they be compiled for you this way, or
23   did the attorneys do that for you?
24        A.   I did not request that.
25        Q.   Okay.  Let me just keep these together.

Page 57

1         What have you done to satisfy yourself
2    that you have a thorough collection of TVT
3    articles?
4         A.   I'm not sure I understand.
5         Q.   Well, this is a select group of
6    articles, correct?
7         A.   Correct.
8         Q.   You don't believe that this is every
9    article relating to the TVT development or early
10   data on the TVT, correct?
11        A.   Oh, no.
12        Q.   So, my question is, did you -- what did
13   you do to make sure you found other articles that
14   were not provided to you by attorneys?
15        A.   Well, I do literature searches all the
16   time or I read journals as they come out every
17   month related to my field.
18        Q.   We will just set these aside.
19        I want to circle back for a minute and
20   ask you some more questions about your practice.
21   What course of treatment do you currently recommend
22   for patients suffering from SUI?
23        MR. SNELL:  Form.  Go ahead.
24        A.   Patients coming in with stress
25   incontinence, I always counsel them that their

15 (Pages 54 to 57)

Denise M. Elser, M.D.

Page 58

1  options are conservative to start with.  They don't
2  need to treat it.  They can -- if they are
3  overweight they can lose weight, which should help.
4  They can control their constipation, which affects
5  bladder function, and we can start with pelvic
6  exercise, and specifically my preference is
7  physical therapy, although not all patients have
8  access to that.
9       Other options are to use a device like a
10  pessary or the new Impressa that's over the
11  counter.  We have available to us then surgery for
12  treating the stress incontinence.
13  Q.  Okay.  With respect to surgery, what
14  types of surgical options do you currently
15  recommend or discuss with your patients?
16  A.  My number one recommendation is a sling,
17  a midurethral sling, and there are some instances
18  where I will perform a Burch, and then also I did
19  not include periurethral injections of bulking
20  agents which are indicated for a subset of
21  patients.
22  Q.  So, just to be clear, your -- is your
23  sort of -- and understanding this may vary from
24  patient to patient and how they present to you,
25  your first-line recommendation would be more

Page 59

1  conservative treatments?
2  A.  Yes.
3  Q.  And then if you feel a surgical option
4  is needed, you would then go to a mesh sling?
5  A.  Yes.
6  Q.  And would you do that -- when you said
7  that the injections are limited to a certain subset
8  of patients, what patients are those better limited
9  to?
10  A.  Well, the bulking agents are indicated
11  for patients with intrinsic sphincteric deficiency,
12  which we abbreviate as ISD, and most specifically
13  those that don't have a hypermobile urethra, so a
14  fixed urethra; and it tends to not be a good option
15  for young women and it's more reserved for frail
16  elderly.
17  Q.  Other than a Burch procedure, are there
18  any types of, for lack of a better word,
19  traditional surgical options that you still employ?
20  A.  So, if you are asking about traditional
21  pubovesical slings, I don't perform those any more.
22  Q.  Okay.
23  A.  And I have done lots of them, but I
24  don't offer them.
25  Q.  And with respect to pelvic organ

Page 60

1  prolapse, do you still do procedures involving mesh
2  to treat pelvic organ prolapse?
3  A.  Yes.
4  Q.  Is that -- do you typically do that
5  through the abdominal approach or transvaginal?
6  A.  If I use mesh, the majority are
7  abdominal, but I still employ vaginal mesh.
8  Q.  And which products do you currently use
9  to treat pelvic organ prolapse, mesh products?
10  A.  Most commonly I will use the Elevate,
11  which is an AMS product.
12  Q.  Do you use any Gynecare meshes to treat
13  pelvic organ prolapse currently?
14  A.  No.
15  Q.  Okay.  I'm going to ask you some
16  questions about your first report, the July report.
17  A.  Okay.  I think that's this one.
18  Q.  Towards the bottom of Page 1 you said,
19  you state, second-to-the-last line from the bottom,
20  "I am involved in teaching at the resident and
21  fellow level."  Is that rounds, basically?
22  A.  We have had fellows in the office,
23  although currently I don't have one, and residents
24  work with us in the office and in the operating
25  room.

Page 61

1  Q.  Okay.  And you have already discussed
2  the slings that were -- the mesh slings that are
3  available at your hospital, correct?
4  A.  Yes.
5  Q.  And when you do procedures at any -- at
6  the hospitals in which you work in, are you -- do
7  you have your own informed consents or do you rely
8  on the hospital's forms?
9  A.  When I'm working at the hospital or when
10  I'm consenting a patient for surgery?
11  Q.  Consenting a patient for surgery.
12  A.  Okay.  So, I do have my own consents in
13  the office that I will go over with the patient
14  when we are talking about surgery, implanting it.
15  Q.  Do you have a different -- a different
16  consent form that you use for mesh slings?
17       MR. SNELL:  Form.
18  A.  I have a consent form for stress
19  incontinence surgery and I have a consent form for
20  prolapse surgery.
21  Q.  Would you have a copy of those in your
22  file?
23  A.  I don't think so.
24       MR. GRAND:  We would like to request a
25  copy of those consent forms, just whatever the

16  (Pages 58 to 61)

Denise M. Elser, M.D.

Page 62

1    template is.
2    BY MR. GRAND:
3        Q.   And does your consent form vary from the
4    hospital's?  Is it different from the hospital's
5    consent form?
6        A.   Yes.
7        Q.   The hospital's consent form tends to be
8    a sort of catchall for anything that could go wrong
9    in a procedure?
10            MR. SNELL:  Form.
11       A.   The hospital's consent form is pretty
12   vague and generic.
13       Q.   Do you think that's generally true of
14   hospitals?
15       A.   Yes.
16       Q.   Now, looking at Page 2 of that report,
17   you say, "In a typical week, I perform numerous
18   incontinence and prolapse surgeries involving mesh
19   and native tissue repairs, in addition to other
20   surgeries"?
21       A.   Yes.
22       Q.   "I have also performed revision
23   surgeries following incontinence and prolapse
24   surgeries."
25            Do you perform revision surgeries -- is

Page 63

1    that generally on your own patients, or do you find
2    that you are referred patients from other doctors
3    for revision surgeries?
4        A.   Both.
5        Q.   Now, you said, "Our practice's sling
6    revision rate for either exposure or incomplete
7    bladder emptying is 4.5 percent."  We discussed
8    that earlier, correct?
9        A.   Correct.
10       Q.   Of that 4.5 percent, do you know, none
11   of those, based on what you told me, none of those
12   would relate to the TVT, correct?
13            MR. SNELL:  Form.
14       Q.   The TVT retropubic.
15       A.   I don't think that's true.
16       Q.   Well, you said you haven't used the TVT
17   retropubic.
18       A.   Oh, I'm sorry.  You mean not Exact.
19   Most likely not, because I think at the time I
20   looked at this data it was after we were already
21   using Exact.
22       Q.   Okay.  So this 4.5 percent would not
23   relate to the TVT retropubic product, correct?
24            MR. SNELL:  Form.
25       A.   I don't think so.

Page 64

1        Q.   And in fact, it may relate to other
2    products besides the TVT Exact or Abbrevo, correct?
3        A.   Yes.
4        Q.   It could include Boston Scientific or
5    AMS products as well, correct?
6        A.   Correct.
7        Q.   Skipping ahead to Page 30 of your
8    report, which I believe is where you begin to
9    address Kathleen Corbet specifically, on Page 31
10   you note, "At her deposition, Mrs. Corbet testified
11   she experienced symptoms of both urge and stress
12   urinary incontinence leading up to her July 14th,
13   2011 surgery."
14            Do you see that?
15       A.   Yes.
16       Q.   What symptoms of urge incontinence are
17   you asserting that she testified to?
18       A.   I can look at her deposition with you,
19   but I can't be more specific than that right now.
20   This is what I assessed at the time I was looking
21   at her deposition.
22       Q.   You say she also reported those symptoms
23   on Dr. Harrell's intake questionnaire in April of
24   2011, correct?
25       A.   Correct.

Page 65

1        Q.   What symptoms of urge incontinence did
2    she have in Dr. Harrell's intake questionnaire?
3        A.   Well, again, do you want me to -- do you
4    want to look at those?
5        Q.   Sure.
6        A.   Okay.
7            I'm just not finding it right now, but
8    I'll keep looking.
9            Oh.  The questionnaire is -- there is a
10   questionnaire here with 18 questions, and it's
11   number 12, "When you feel the desire to urinate, do
12   you lose urine before you can get to the bathroom
13   or toilet seat?"
14       Q.   Okay.  So based on the response to that
15   one question, you are of the opinion that she had
16   urge incontinence prior to implant of her sling?
17       A.   Yes.
18            MR. SNELL:  Form.  Go ahead.
19       Q.   And she did not have frequent urination
20   during the night, correct?
21       A.   No.  She said no at that time.
22       Q.   And she did not have frequent urination
23   during the daytime hours either, did she?
24            MR. SNELL:  Form.
25       A.   She said -- "Do you empty your bladder

17 (Pages 62 to 65)

Denise M. Elser, M.D.

Page 66

1  frequently?"  She said "Sometimes."
2  Q.  I'm looking at question 14.
3  A.  I know.  14 she said no, but 15 is a
4  sometimes.
5  Q.  And obviously Dr. Harrell examined her
6  during that -- at that time, correct?
7  A.  Correct.
8  Q.  And Dr. Harrell did not diagnose her
9  with urge incontinence, correct?
10  A.  I will look at his first note.
11  The impressions that he wrote down was
12  cystocele and rectocele.
13  Q.  Keep going.  And stress urinary
14  incontinence, correct?
15  A.  Well, I'm sorry.  Are we on a different
16  page?
17  Q.  Well, you were reading the diagnosis.
18  A.  Yeah.  This says chief complaints,
19  complained of dropped bladder, new patient, and
20  this is a typed --
21  Q.  Okay.
22  A.  -- note, and you might be looking at H&P
23  before surgery.
24  Q.  Do you see chief complaint, dropped
25  bladder and stress urinary incontinence?

Page 67

1  A.  I think mine looks like an office note.
2  It just says chef complaints, dropped bladder, new
3  patient.
4  Q.  Okay.
5  A.  Oh, yes.  Complaints of occasional SUI.
6  I think we are on different pages.
7  Q.  That's fine.  Have you seen any records
8  from Dr. Harrell prior to her surgery indicating he
9  had diagnosed her with -- have you reviewed any
10  records from Dr. Harrell prior to her surgery,
11  implant surgery, where he diagnosed her with urge
12  incontinence?
13  A.  He didn't list that as a diagnosis.
14  Q.  And again, Dr. Harrell examined her at
15  that time, correct?
16  A.  It appears so.
17  Q.  And you have never examined Mrs. Corbet,
18  correct?
19  A.  No.
20  Q.  On Page 32 of your report, the last
21  sentence on Page 31 leading into 32, you state,
22  "Mrs. Corbet also testified that Dr. Harrell warned
23  her of a risk of dyspareunia, although there is a
24  dispute as to whether he described it as
25  temporary."

Page 68

1  What are you basing that on?
2  A.  Well, I wrote there that I took it from
3  her deposition, so I would need to look at her
4  deposition.  Do you want me to pull that out?
5  Q.  No.  I just want to know what your basis
6  was.
7  A.  Okay.
8  Q.  And you've indicated Mrs. Corbet signed
9  a hospital consent that warned of permanent injury
10  and death, correct?
11  A.  Yes.
12  Q.  Okay.  And that's the same sort of vague
13  consent form that the hospital uses?
14  MR. SNELL:  Objection, form.
15  Q.  You described it before as vague,
16  correct?
17  MR. SNELL:  No.  Objection,
18  foundation, form.
19  A.  I described mine as vague, but as far as
20  I know, that was just a hospital consent that would
21  apply to any surgery.
22  Q.  Right.  I guess that's my point.  It was
23  a hospital consent form that applied to any
24  surgical procedure in the hospital, correct?
25  A.  Yes.

Page 69

1  Q.  There is always a potential for
2  permanent injury and death when you undergo a
3  surgical procedure, correct?
4  A.  Yes.
5  Q.  If you go down a little bit further, the
6  fourth sentence from the bottom on Page 32, you see
7  you indicated by December 2011 more than five
8  months after surgery the patient felt better?
9  A.  Yes.
10  Q.  Is it your opinion that her symptoms she
11  had following surgery had resolved by December
12  2011?
13  A.  That's how it appeared.
14  And if I could clarify, this was she was
15  feeling pressure from this blood clot, and I
16  believe that's what we were referring to here.
17  Q.  Okay.  So you are not suggesting that
18  she wasn't experiencing other symptoms at that
19  time?
20  A.  Right.
21  Q.  So you are just referring to the
22  hematoma?
23  A.  Right.  She was being followed for a
24  hematoma.
25  Q.  But you saw prior to that there were

18 (Pages 66 to 69)

Denise M. Elser, M.D.

Page 70

1   complaint of dyspareunia, correct?
2        MR. SNELL: Form.
3   A.   Yes.
4   Q.   And those complaints continued into the
5   following year, correct?
6   A.   Yes, yes.
7   Q.   In fact, you wrote May 2012, ten months
8   postoperatively, Mrs. Corbet continued to have
9   complaints, correct?
10  A.   Yes.
11  Q.   And did you review the pathology from
12  the mesh revision?
13  A.   I had seen the pathology report.
14  Q.   And just to be clear, she was diagnosed
15  with the mesh exposure and it was removed in
16  January of 2013, correct?
17  A.   Yes.
18  Q.   And you know the pathology noted a
19  chronic inflammation and foreign body giant cell
20  reaction, correct?
21       MR. SNELL: Form.
22  A.   Yes.
23  Q.   Is it your understanding that the
24  foreign body reaction that takes place once a mesh
25  is implanted is transient or a -- or chronic

Page 71

1   ongoing reaction?
2   A.   I believe it can be chronic.
3   Q.   You believe it can be chronic. And what
4   factors do you think affects whether it's chronic
5   or transient?
6   A.   I really don't know.
7   Q.   If you go ahead to Page 34 in your
8   report, at the very top you wrote, "Despite the
9   findings of stress incontinence and elevated
10  bladder capacity with no DO, even at 780
11  millimeters bladder filling, the patient was
12  randomized to an invasive procedure for OAB and
13  underwent a two-stage InterStim implantation."
14       Are you suggesting that this was an
15  incorrect course of treatment?
16  A.   Excuse me. No. I just -- having been
17  involved in other studies regarding urge
18  incontinence, usually patients with OAB have a
19  small bladder capacity. So, I was just surprised
20  that the study criteria allowed a patient with a
21  maximum capacity of 800, which is very high, to be
22  in the study.
23  Q.   Okay. So you --
24  A.   I'm not saying that someone with sensory
25  urgency doesn't benefit from InterStim.

Page 72

1   Q.   Okay. I just want to make sure I wasn't
2   -- I was trying to determine whether that was a
3   criticism of the treating doctor to treat her this
4   way?
5   A.   No.
6   Q.   Is that how you would have treated her?
7   A.   It's an option.
8   Q.   Is that how you would have treated her?
9   A.   I personally don't perform InterStim.
10  Some patients I refer to a partner for InterStim,
11  but my first line may have been different.
12  Q.   What would your first line have been?
13  A.   I would work more on the physical
14  therapy and neuromodulation. That's less invasive.
15  Q.   And you said you sometimes performed
16  revisions of slings?
17  A.   Yes. Thank you. I caught that, yeah.
18  Q.   How many revisions do you perform a
19  year, would you say, sling revisions?
20  A.   I haven't counted that recently, so it
21  would be a guess, but, you know, maybe a couple a
22  month, and it's getting less and less, we are
23  seeing.
24  Q.   I want to ask you some questions about
25  Mrs. Corbet's hematoma. Is it your opinion that

Page 73

1   the hematoma was caused by her prolapse repair as
2   opposed to the mesh, as opposed to the mesh sling?
3   A.   We don't know if it was caused by the
4   prolapse repair or the sling procedure.
5   Q.   So you don't have an opinion either way?
6        MR. SNELL: Form.
7   A.   It could be from either one. No one can
8   know for sure.
9   Q.   And then you state on the next page,
10  "The TVT IFU adequately warns of the risk of
11  hematoma" --
12  A.   I'm sorry. What's the next page?
13  Q.   I'm sorry. Page 35, the last sentence
14  right before the urge incontinence section.
15  A.   Yes.
16  Q.   You said, "The TVT IFU adequately warns
17  of the risk of hematoma by warning of punctures or
18  lacerations to vessels."
19  A.   Yes.
20  Q.   And you are referring to the IFU that
21  was in place at the time of her surgery or the
22  current IFU for the TVT?
23  A.   It would have been the one in place at
24  the time of her surgery.
25  Q.   And you believe the warning of the risk

19 (Pages 70 to 73)

Denise M. Elser, M.D.

Page 74

1 of puncturing or laceration is going to be the same
2 thing as warning of the risk of hematoma?
3    A.   I believe any surgeon doing an
4 incontinence or prolapse surgery knows that when
5 operating on anybody you can create bleeding or
6 hematoma, and certainly you know if there is a
7 vessel injury there can be blood loss at the time
8 of surgery or a hematoma that collects.
9       MR. GRAND:  Move to strike as
10 nonresponsive.
11 BY MR. GRAND:
12    Q.   Do you believe that warning of the risk
13 of hematoma is the same as warning of the risk of
14 punctures or lacerations to vessels?
15       MR. SNELL:  Form.
16    A.   I believe it's adequate warning.
17    Q.   Have you reviewed the new TVT label?
18    A.   The new label, the new IFU?
19    Q.   Yes, yes.
20    A.   I reviewed one in the OR yesterday that
21 was a 2014, but I understand there is an even newer
22 one.
23    Q.   You haven't seen the new one yet?
24    A.   No.
25       MR. GRAND:  I'm going to mark -- what

Page 75

1 are we up to?  9.
2       THE WITNESS:  I might need a
3 magnifying glass.
4       MR. GRAND:  I apologize.  This is the
5 way I got it.
6       I'm going to mark as Elser 9 the TVT
7 label that was in place at the time of
8 Mrs. Corbet's implant.
9       THE WITNESS:  I have to lean back a
10 little bit, okay?  Am I still in camera range?
11       THE VIDEOGRAPHER:  Oh, yes.
12       MR. GRAND:  And I'm going to mark as
13 No. 10 the label that was revised in January
14 of this year.
15       (Elser Exhibits 9 and 10 were marked
16       for identification as of 11/5/15.)
17       THE WITNESS:  Thank you.
18       MR. GRAND:  Burt, need copies?
19       MR. SNELL:  Yes, please.
20       THE WITNESS:  That one is a lot
21 bigger.
22       MR. GRAND:  Yes.  That one is easier to
23 read.
24       THE WITNESS:  I can read Greek --
25       MR. GRAND:  What?

Page 76

1       THE WITNESS:  I said I can read Greek,
2 but you want the English, right?
3 BY MR. GRAND:
4    Q.   Yes.  I'm going to ask you to turn to
5 Page 5 of each one.
6    A.   Okay.
7       Okay.
8    Q.   So, I want to call your attention to the
9 adverse reaction section.
10    A.   Okay.
11    Q.   So you will see that --
12    A.   The big one is the new one, right?
13    Q.   Yes, the big one is the new one.
14    A.   All right.
15    Q.   And if you look, they still -- if you
16 look at the first bullet point under the adverse
17 reactions, it says, "Punctures or lacerations of
18 vessels, nerves, structures or organs, including
19 the bladder, urethra or bowel, may occur and may
20 require surgical repair."
21       That is largely the same as in the
22 original?
23    A.   Right.
24    Q.   I think the only difference is they
25 added in the word "structures" as well as

Page 77

1 "urethra."  But you see further down they also
2 included "bleeding, including hemorrhage and
3 hematoma," if you go several bullet points down in
4 the new label.
5    A.   Yes.
6    Q.   In fact, there is multiple reactions
7 that have been added to this new label that are not
8 listed in the first label, such as do you see
9 "acute and chronic pain"?
10    A.   Yes.
11    Q.   Do you see "voiding dysfunction"?
12    A.   Yes.
13    Q.   Do you see "pain with intercourse,"
14 which in some patients may not resolve"?
15    A.   Yes.
16    Q.   Do you see "neuromuscular problems
17 including acute and/or chronic pain in the groin,
18 thigh, leg, pelvic and/or abdominal area may
19 occur"?
20    A.   Yes.
21    Q.   Do you see "recurrence of incontinence"?
22    A.   Yes.
23    Q.   And you already said bleeding, including
24 hemorrhage or hematoma.
25       "One or more revision surgeries may be

20 (Pages 74 to 77)

Denise M. Elser, M.D.

Page 78

1    necessary to treat these adverse reactions"?
2    A.   Yes.
3    Q.   "Additionally, the Prolene mesh is a
4    permanent implant that integrates into the tissue.
5    In cases in which the Prolene mesh needs to be
6    removed in part or whole, significant dissection
7    may be required"?
8    A.   Yes.
9    Q.   And by that, that's not necessarily a
10   snip in the doctor's office, correct, when they are
11   talking about a significant dissection?
12        MR. SNELL:  Form.
13   A.   If it has to be removed in its whole,
14   right, that would not be done in the office.
15   Q.   That's not a -- that's a much more
16   invasive procedure, correct?
17   A.   Right.
18        MR. SNELL:  Form.
19   Q.   And it's generally going to have to be
20   done under general anesthesia?
21   A.   Under anesthesia.
22   Q.   Do you see under other adverse reactions
23   they have added a whole other section there?  Do
24   you see that?
25   A.   Yes.

Page 79

1    Q.   It has urge incontinence.  That wasn't
2    in the original label either, correct?
3    A.   Correct.
4    Q.   Urinary frequency, urinary retention,
5    adhesion formation, atypical vaginal discharge, and
6    exposed mesh may cause pain or discomfort to the
7    patient's partner during intercourse.  That wasn't
8    in the original label, correct?
9    A.   No.
10   Q.   Do you think that the new label gives
11   better warnings than the original label?
12        MR. SNELL:  Form.
13   A.   It gives more warnings, but taking that,
14   really, you know, what's unique about using mesh
15   versus doing surgery without mesh is the exposure,
16   erosion.  So, being a surgeon, most of these are
17   generic to surgery.  So, it gives more warnings,
18   more specific warnings, but it's not -- these are
19   not especially enlightening.
20   Q.   A lot of risks associated with the
21   surgery are temporary reactions, correct?
22   A.   Like bleeding, you would hope that would
23   be temporary, yeah.
24   Q.   Well, even -- even pain with
25   intercourse?

Page 80

1        MR. SNELL:  Form.
2    A.   You are asking if it is temporary or if
3    it says it is temporary --
4    Q.   I'm asking if the risks associated with
5    the surgery tend to be temporary conditions rather
6    than permanent conditions.
7        MR. SNELL:  Form.  I don't know what
8    you mean by "the surgery."  That's my form.
9        MR. GRAND:  You don't know what
10   surgery we are talking about?
11        MR. SNELL:  Are you talking about a
12   straight TVT or are you talking about --
13        MR. GRAND:  I'm talking about -- well,
14   she's -- strike that.  Let's just go back.
15        MR. SNELL:  That's my form.  If you
16   want to correct it, correct it.  I don't care.
17        MR. GRAND:  I will strike the
18   question.
19   BY MR. GRAND:
20   Q.   Is it your opinion that with the
21   exception of exposure all the risks listed in this
22   new label under adverse reactions, the ones we have
23   just been discussing, are -- are the same risk that
24   would be in any pelvic floor surgery?
25   A.   Okay.  So, foreign body response, you

Page 81

1    could have permanent sutures with foreign body
2    response, and that could happen with any prolapse
3    surgery.  I think the only other thing here unique
4    to sling versus surgery without using mesh is that
5    the mesh might need to be removed in its whole.
6        But otherwise, any surgery for
7    incontinence can have voiding dysfunction, acute or
8    chronic pain, dyspareunia or apareunia, hemorrhage,
9    bleeding, recurrence of incontinence.  So, these
10   are pretty nonspecific.
11   Q.   Exposed mesh that may cause pain or
12   discomfort to the patient's partner during
13   intercourse, that's certainly not with every
14   surgery, right?
15   A.   No, but permanent sutures had the same
16   risk, so sometimes surgeries were done with
17   permanent sutures in the vagina, and that also had
18   the risk.
19   Q.   Is it your testimony that the sutures
20   that may have been done in a more traditional
21   repair carry the same risk of a foreign body
22   response as a large piece of mesh?
23        MR. SNELL:  Form.
24   A.   I wouldn't call a sling a large piece of
25   mesh, but I don't know if it has the same foreign

21 (Pages 78 to 81)

Denise M. Elser, M.D.

Page 82

1   body response. I've not looked at the pathology.
2   But certainly clinically we have patients that come
3   back with granulation tissue, chronic inflammation,
4   and need a couple procedures to get rid of those
5   polyps or granulation tissue, bleeding with
6   intercourse because of those permanent sutures
7   that's in the vaginal wall.
8       Q.   Relative to sutures, there is a lot more
9   mesh in a sling than in a suture, correct?
10          MR. SNELL:  Form.
11      A.   There is more mesh in a sling.
12      Q.   So if a patient is suffering from a
13  foreign body response, they are going to have a
14  greater foreign body response to the sling than to
15  a suture, correct?
16          MR. SNELL:  Form, foundation.
17      A.   There is more mesh material to react.
18  I've never thought of it, like said clinically a
19  patient is suffering from a foreign body response.
20  It's just an unusual phrase.
21      Q.   Have you ever seen materials provided to
22  doctors for TVT products that suggest that the
23  irritation is just transient as opposed to ongoing?
24      A.   The irritation?
25      Q.   The foreign body response.

Page 83

1       A.   I don't recall.
2       Q.   But it's your view that the foreign body
3   response can be ongoing and chronic, correct?
4       A.   Yes.
5       Q.   And it would certainly provide more
6   information to doctors to indicate that it could be
7   ongoing and chronic rather than just transient,
8   correct?
9           MR. SNELL:  Form, foundation.
10      A.   I don't understand.  Can you say that
11  again?
12      Q.   It would be better to provide doctors
13  with information that tells them it can be ongoing
14  and chronic rather than it would just be transient
15  or temporary, correct?
16          MR. SNELL:  Same objection, form,
17  foundation.
18      A.   No, because what I was thinking, it
19  could be chronic.  I don't know.  We don't take all
20  our slings and bring them out of patients and
21  analyze and say is there any foreign body response
22  microscopically.  I don't know if it goes on for a
23  long time or transient.
24      Q.   So you don't hold yourself out as an
25  expert in that area, correct?

Page 84

1           MR. SNELL:  Form.
2       A.   I don't have that information.
3       Q.   You haven't studied that issue?
4       A.   Right.
5       Q.   Have you seen studies showing an
6   increase in urge incontinence following mesh -- the
7   implantation of a mesh sling as high as 25 percent
8   of patients?
9       A.   Yes.
10      Q.   Put the label aside for now.
11          So, you don't have any opinion as to
12  whether the new label is a more -- is a more
13  adequate label than the label that was in place at
14  the time Dr. Harrell implanted the -- I mean,
15  sorry -- Dr. Harrell implanted the sling in
16  Mrs. Corbet?
17      A.   No.  The IFU is the IFU, and as a
18  surgeon, we don't rely on this to know what could
19  go wrong with pelvic surgery.  We want to know
20  specifics to the product.  So, again, there is very
21  little here specific about the product that
22  somebody implanting slings would not already know
23  where it's covered.  We know mesh exposure can
24  happen.  We know patients can have pain.  We know
25  that a sling may need to be removed partially or in

Page 85

1   whole.
2       Q.   You are aware Dr. Harrell testified that
3   he didn't know of many of these issues, correct?
4           MR. SNELL:  Form, foundation.
5       A.   I need to look at his testimony again.
6       Q.   Did you read his testimony?
7       A.   I did, yes, absolutely.  I don't
8   remember that specific answer.
9       Q.   Were you aware that he testified that
10  had he known about the foreign -- the chronic
11  foreign body reaction he would not have implanted
12  the sling?
13      A.   No, I don't remember that.
14      Q.   You are not -- your opinions about what
15  surgeons know don't extend to Dr. Harrell, do they?
16          MR. SNELL:  Form.
17      A.   Meaning I don't know what he knows?
18      Q.   Meaning you don't know what risks
19  Dr. Harrell believes were attendant to the mesh at
20  the time he implanted it in Mrs. Corbet?
21      A.   I don't know exactly what he thought the
22  risks were, but again, someone doing incontinence
23  surgery and prolapse surgery knows the risks --
24  should know the risks of pelvic surgery.
25      Q.   Is that just an opinion you are holding

22 (Pages 82 to 85)

Denise M. Elser, M.D.

Page 86

1   for all, all surgeons?
2      A.   Yes.
3      Q.   So, in your opinion, what risks should
4   have been known to Dr. Harrell at the time he
5   implanted the TVT retropubic in Mrs. Corbet?
6      A.   That's pretty vague.  Did you want me to
7   talk about all risks of surgery, about anything
8   that could and might happen with the sling?
9            MR. GRAND:  Strike that question.
10  BY MR. GRAND:
11     Q.   Getting back to your report -- I'm
12  sorry, actually.  You wrote in your report on
13  Page 36 that the IFU adequately warned of the risk
14  of urge incontinence by warning surgeons that with
15  other procedures detrusor instability can occur.
16     A.   Okay.
17     Q.   And then it says to minimize this risk,
18  make sure that the tape tension -- the tape is
19  placed tension-free in the midurethral position.
20  Do you see that in the label?
21     A.   No.  What page are you on?
22     Q.   I'm sorry.  Above the adverse event
23  section.
24     A.   Okay.  You've got highlights.  I don't
25  have that advantage.  Okay.

Page 87

1      Q.   It's like three bullet points up.
2      A.   Yes.
3            THE VIDEOGRAPHER:  Excuse me,
4   counselor.  We have to end this tape now.
5            MR. GRAND:  We need to switch the tape
6   out.
7            THE VIDEOGRAPHER:  The time is
8   11:25 a.m.  This is the end of Tape 1, and we
9   are going off the video record.
10           (Recess taken, 11:25 - 11:31 a.m.)
11           THE VIDEOGRAPHER:  The time is
12  11:31 a.m.  This is the beginning of Tape 2,
13  and we are back on the video record.
14  BY MR. GRAND:
15     Q.   Just to be clear, with respect to the
16  new label versus the label that was in place at the
17  time of Mrs. Corbet's implantation, you think the
18  original label is just as adequate as the current
19  label --
20     A.   I do.
21     Q.   -- in terms of giving doctors
22  information?
23     A.   Well, because this should not be the
24  only source of information, so I think if a doctor
25  is doing a sling and putting a permanent implant

Page 88

1   in, much of this would be knowledge to them without
2   it being specifically in the IFU.
3      Q.   Well, if for some reason a doctor didn't
4   receive lots of training...
5            MR. SNELL:  Is there a question?
6            MR. GRAND:  I was about to finish.  I
7   thought you were about to make an objection.
8            MR. SNELL:  Well, I am going to.
9   BY MR. GRAND:
10     Q.   Okay.  Do you know how much training
11  Dr. Harrell received?
12     A.   No.
13     Q.   Okay.  Were you aware that Ethicon
14  suspended its training on the TVT after a certain
15  period of time following launch?
16           MR. SNELL:  Objection, foundation.
17     A.   Suspended?  I did know they were not
18  offering training programs for a while.
19     Q.   There certainly is no harm in having
20  more information in the IFU, correct?
21     A.   No.  I don't see any harm in it.
22     Q.   So you don't disagree with -- do you
23  disagree with any of the changes they made to the
24  label?
25     A.   No.

Page 89

1      Q.   I mean, ultimately you would like
2   doctors to have as much information as they can
3   about a product, correct?
4            MR. SNELL:  Form.
5      A.   I want them, right, to understand about
6   the surgery they are doing before they do the
7   surgery.  I just don't know that IFU is the place
8   where physicians should get their education.
9      Q.   IFU is not the sole source of
10  information about the product, correct?
11     A.   Correct.
12     Q.   Getting back to your original report, if
13  we could draw your attention to Page 36, with
14  respect to constipation, is it your opinion that
15  Mrs. Corbet suffered from chronic constipation
16  prior to her implant?
17     A.   Yes.
18     Q.   And what about post implant?
19     A.   I have to look at her records after the
20  implant on the constipation.  Do you want me to?
21     Q.   Yeah, sure.
22     A.   Okay.  When she sees Dr. Smith
23  January 31st she reports constipation.
24     Q.   And you know how her constipation was
25  being managed at that time?

23 (Pages 86 to 89)

Denise M. Elser, M.D.

Page 90

1      A.   She was taking Colace.
2      Q.   And have you seen visit notes where she
3   says she is doing fine with the stool softener?
4      A.   I don't recall.  I would have to look.
5      Q.   Is it your opinion that the constipation
6   is a causal factor to her urge incontinence?
7      A.   It can be, yes.  It can contribute
8   significantly.
9      Q.   Is it your opinion that it contributed
10   significantly in this case?
11      A.   It is very likely to be part of the
12   problem.
13      Q.   Is it your opinion that the constipation
14   has contributed to her dyspareunia?
15      A.   It can as well.
16      Q.   Is it your opinion that it has
17   contributed to the dyspareunia in this case?
18      A.   It's very likely to be a part of the
19   cause of the dyspareunia.
20      Q.   And what are you basing that on?
21      A.   Based on the patients I take care of
22   with constipation and status post the posterior
23   repair as well as literature, which including the
24   one I put in the report, which was just a patient
25   education brochure talking about constipation.

Page 91

1      Q.   Okay.  Just to be clear, the dyspareunia
2   in the brochure is a complication related to
3   posterior vaginal wall repair, correct?
4      A.   Okay.  Yes.
5      Q.   It's not relating it to constipation,
6   correct?
7      A.   Right.  They just warn about
8   constipation there.
9      Q.   Okay.
10      A.   But yes, if you go on to the next page
11   where I talk about pelvic floor hypertonicity,
12   which can be related to -- causally to
13   constipation, it frequently causes dyspareunia.
14      Q.   If we go on to Page 38.
15           I just want to -- so, just to go back to
16   your constipation section in the report, you cite
17   -- on Page 37 you cite the Kahn study from 1997?
18      A.   Yes.
19      Q.   Okay.  That study linked that the
20   surgery, which was a colporrhaphy -- did I get that
21   correct?
22      A.   Yeah.  That was good.
23      Q.   I have a hard time with that one.
24           -- that the colporrhaphy may worsen or
25   cause constipation, correct?

Page 92

1      A.   Yes.
2      Q.   Okay.
3      A.   This is really a ground-breaking study
4   because up until that time everyone thought if you
5   have constipation, the posterior repair, the
6   posterior colporrhaphy fixes your constipation when
7   you fix a rectocele, and this is really the first
8   study that shows that's wrong.  You have to treat
9   constipation separately because it is a cause of
10   pain and it's related to pain and sexual
11   dysfunction.
12      Q.   Okay.  But the surgery you cite
13   doesn't -- doesn't state that the constipation is
14   causing sexual dysfunction; it's that the prior
15   surgery causes sexual dysfunction?
16           MR. SNELL:  Form.
17      A.   Right.  I'm saying the constipation can
18   lead to pelvic pain which can cause sexual
19   dysfunction.
20      Q.   Okay.  I'm asking you what are you
21   basing that on.
22      A.   I'm basing it on my experience, as well
23   as if you carry on down, there is more examples of
24   some of that literature that supports that, which
25   is Dr. Butrick talking about the pelvic floor

Page 93

1   hypertonicity, which it's all a vicious cycle.  It
2   can be caused by constipation, it can be caused by
3   a posterior colporrhaphy, but they are all
4   connected.
5      Q.   Are you aware of any studies that link,
6   that demonstrate a causal association between
7   constipation and dyspareunia?
8      A.   I don't have those cited here, but I
9   could probably find something.
10      Q.   And you didn't rely on such studies for
11   your report, correct?
12      A.   I'm relying on my experience.
13      Q.   Your experience, and that's your
14   experience with your patients, correct?
15      A.   Right, and reading about the issue, so
16   I'm sure I've also read about it.
17      Q.   If we can proceed ahead to the section
18   on dyspareunia beginning on Page 38.  You cite the
19   Pauls report from 2007?
20      A.   Yes.
21      Q.   That report examined women six months
22   postoperatively?
23      A.   Yes.
24      Q.   You don't think that's an indicator of
25   any potential long-term dyspareunia, correct?

24 (Pages 90 to 93)

Denise M. Elser, M.D.

Page 94

1    A.   It can be.
2    Q.   But the study only looked at people six
3  months postoperatively, correct?
4    A.   Correct.
5    Q.   You wouldn't consider that a long-term
6  study, correct?
7    A.   Oh, no.  I'm saying it could be
8  long-term because of my experience with patients
9  that when they have the surgery, they can have
10  chronic pain afterwards, whether or not they have
11  an incontinence procedure.
12    Q.   For purposes of looking at potential
13  adverse effects of mesh implantation, what would
14  you consider to be a long-term study?
15    A.   Long-term study.  So, you know, when I
16  was a fellow, long-term was more than six weeks, so
17  we were really excited to get three-month data or
18  six-month data, and the practice of our medicine in
19  urogynecology has really changed over the last
20  couple of decades.  So, now we want to really get
21  one-year data, but five-year data makes us feel
22  much more comfortable that we know the long-term
23  effects.
24    Q.   Is it your opinion that Mrs. Corbet
25  suffered from dyspareunia prior to her implant?

Page 95

1    A.   I did not state that, but let me take a
2  look.
3    Q.   I didn't think you did either.  I'm just
4  trying to make sure I understand.
5    A.   Okay.  Do you want me to keep looking
6  or...
7    Q.   If you can tell me that that's not what
8  you -- that's not your opinion, that's fine.
9    A.   Okay.
10    Q.   Then you don't need to look at anything.
11        Are you still looking?
12    A.   Yeah, but I'm listening.
13    Q.   Okay.  I don't want --
14    A.   I'm a multi-tasker.
15    Q.   If you don't have a need to look for it,
16  that's fine.  I just --
17    A.   I'm curious.  I want to look for it.
18    Q.   Are you going to supplement your report
19  right now?
20    A.   Well...
21        I just want to look at that one
22  questionnaire we addressed a couple minutes ago.
23    Q.   Oh, okay.
24    A.   That was where we talked about the urge
25  incontinence.

Page 96

1    Q.   There were still questions on here
2  regarding pain.
3    A.   I know we just looked at it.  Here we
4  go.  No, they don't have any question about it
5  here.  Okay.  So, the answer is no.
6    Q.   On Page 41, your comments on the case,
7  towards the bottom you say, "In my opinion TVT was
8  a good option for Mrs. Corbet."
9    A.   Yes.
10    Q.   What other options would have been
11  available to Mrs. Corbet?  Strike that.
12        Is it your opinion that the TVT should
13  have been the sort of first-line option for
14  Mrs. Corbet based on her presentation?
15    A.   Well, that's the decision made between a
16  patient and her physician.
17    Q.   I understand that.  I'm asking your
18  opinion.
19    A.   She had stress incontinence and she is
20  seeking surgical treatment of prolapse and is
21  counseled and accepts to have an incontinence
22  procedure done at the same time; I have no problem
23  with that.
24    Q.   So you are not suggesting Dr. Harrell --
25  you are not of the opinion that Dr. Harrell did

Page 97

1  anything wrong by implanting a Prolift at that
2  time?
3        MR. SNELL:  Form.  There was no
4    Prolift implanted.
5        MR. GRAND:  I'm sorry.  Strike that.
6  BY MR. GRAND:
7    Q.   You are not suggesting that Dr. Harrell
8  did anything wrong by implanting a TVT retropubic
9  at that time as opposed to an alternative
10  treatment?
11    A.   Right.
12    Q.   Mrs. Corbet's hematoma and the mesh --
13  her mesh exposure are both on the left side,
14  correct?
15    A.   Right, yes, correct.
16    Q.   And your understanding is that the left
17  arm and a portion of the sling were removed but
18  that the right arm remained in place, correct?
19        MR. SNELL:  Foundation, form.  There
20    is no arm in the sling.  I think you are
21    confusing Prolift again.
22        MR. GRAND:  I'm going by the revision
23    record.  Let's see.
24        MR. SNELL:  Okay.
25        MR. GRAND:  "Arm" may not be the right

25 (Pages 94 to 97)

Denise M. Elser, M.D.

Page 98

1    word.
2         MR. SNELL:  Form and foundation.
3    BY MR. GRAND:
4    Q.   Is it your understanding that the
5    left -- the left portion of the sling was removed
6    but the right portion was left intact?
7    A.   I would just like to look at the
8    operative report.
9         Dr. Smith called it the left arm of the
10   sling and removed a portion on the left side of the
11   urethra.
12   Q.   And by "arm," we are not talking about
13   the longer arms that would be -- would accompany
14   the Prolift, for example.  We are talking about the
15   section of the sling that would go to the left and
16   to the right of the bladder, correct?
17   A.   Yes.
18   Q.   And at the time of the revision, she had
19   presented with dyspareunia, correct?
20   A.   Yes.
21   Q.   And she had, at least according to
22   Dr. Smith, mild evidence of vaginal atrophy,
23   correct?
24   A.   Yes.
25   Q.   Is it your opinion that atrophy

Page 99

1    contributed to her dyspareunia?
2    A.   Yes.  Excuse me.  Yes.
3    Q.   What are you basing that on?
4    A.   I base that on experience that vaginal
5    atrophy contributes to dyspareunia.
6    Q.   Even mild vaginal atrophy?
7    A.   Yes.
8    Q.   And on Page 42 -- I believe I may have
9    already asked you this, I just want to be clear --
10   you indicate that Mrs. Corbet's OAB symptoms
11   preexisted her July 14th, 2011 surgery, correct?
12   A.   Correct.
13   Q.   And that's just based on --
14   A.   That questionnaire.
15   Q.   -- that one question in the
16   questionnaire?
17        In the next paragraph you write,
18   "Further, posterior repair is much more likely to
19   result in ongoing pain than a sling even in the
20   presence of sling exposure."
21        What is that based on?
22   A.   That's based on experience and also on
23   literature.
24   Q.   Okay.  What literature supports that
25   statement?

Page 100

1    A.   Well, we have a few articles that I know
2    are in our list talking about the risk of pain
3    after a posterior repair compared to the ongoing
4    pain risk in the long-term sling data, which runs
5    at about 1 percent; and it is also my experience
6    that when we have patients who have chronic pain
7    after surgery when they've had both prolapse repair
8    and a sling, it's most often the repair in the
9    pelvic muscles.
10   Q.   You haven't -- when you say you are
11   comparing the incidence of pain in sling studies,
12   and you are saying it's lower than incidence of
13   pain in posterior repair?
14   A.   Yes.
15   Q.   Okay.  But you are not talking about a
16   study that does a direct comparison of those two,
17   correct?
18   A.   Well, we have the Pauls study that we
19   looked at a minute ago which said patients had a
20   posterior repair if they have had pain.  It did not
21   matter if they had a sling.  The presence of a
22   sling or no incontinence surgery did not make a
23   difference in the pain outcome.
24   Q.   But in terms of an analysis of studies,
25   it wouldn't be proper to just take one study done

Page 101

1    in one group of patients maybe in a different
2    period of time undergoing certain procedures and
3    let's say the incidence was, you know, 5 percent in
4    that study and then go look at a completely
5    different sling study with maybe a different
6    patient population, different products, and if the
7    incident was one study -- was 1 percent in that
8    study, it wouldn't be fair to say that it's -- the
9    difference is 5 percent to 1 percent, correct?
10        MR. SNELL:  Form, foundation.
11   A.   I would say there -- that may not be the
12   same patient population, granted, but also using --
13   those numbers are so much higher, and it is also my
14   experience that patients who have prolapse surgery
15   are much more likely to have pain than we see in a
16   patient with a simple sling exposure.
17   Q.   Okay.  So when you say the posterior
18   repair is much more likely to result in ongoing
19   pain than a sling, you are really sort of basing
20   that on your own feeling based on studies you've
21   reviewed over the years from your own practice
22   experience?
23        MR. SNELL:  Form, misstates.  Go
24   ahead.
25   A.   My own conclusion -- I wouldn't say it's

26 (Pages 98 to 101)

Denise M. Elser, M.D.

Page 102

1    an emotional feeling -- my conclusion that knowing
2    in my experience of operating on patients for two
3    decades and reading the literature that the rates
4    are much -- that the incidence of pain is almost
5    always going to be directly related to the prolapse
6    repair and not to the sling.
7        Q.    And have you done any analysis, any
8    attempts to pull the studies you've reviewed or do
9    a meta-analysis of the different studies?
10       A.    No.
11       Q.    Are you familiar with the concept of
12   heterogeneity?
13       A.    Yes.
14       Q.    And do you know whether the studies that
15   you looked at relating to dyspareunia following
16   posterior repair, were they long-term studies or
17   short-term studies?
18       A.    I would need to look at those.
19       Q.    How many studies are we talking about?
20       A.    More than a couple.
21       Q.    And what about the -- first off, as a
22   general matter, there is actually very few studies
23   that address the incidence of dyspareunia following
24   pelvic floor surgery or mesh sling surgery,
25   correct?

Page 103

1            MR. SNELL:  Objection, form,
2        foundation.
3        A.    I think there are -- we are gathering
4    quite a bit of evidence in both of those.  A long
5    time ago if it wasn't reported, then we never knew
6    the pre-op incidence, but there are not only
7    reports that talk about pre and post-op but also
8    validated questionnaires that are used very
9    commonly in surgical data.  So, I wouldn't say it's
10   rare to find it.
11       Q.    Well, certainly with the older studies
12   it wasn't even asked about, correct?
13       A.    Right.
14       Q.    So what are the new studies that you
15   rely on that actually track dyspareunia in patients
16   receiving -- patients implanted with mesh slings?
17       A.    Do you want to go through them one by
18   one?
19       Q.    Yeah.
20       A.    Okay.
21       Q.    I would like to know what those are.
22           THE WITNESS:  I'm so sorry.  I'm
23       running out of space here.
24   BY THE WITNESS:
25       A.    I did not highlight as well as you, so

Page 104

1    this will take me a few minutes.
2    BY MR. GRAND:
3        Q.    That's all right.  I'm not so sure how
4    well I highlighted.
5        A.    I have groin pain in the meta-analysis
6    by Schimpf, which runs .34 to 6 percent in the
7    various types of incontinence surgeries.
8            And in the subsequent study, which is
9    the Schimpf study from 2014, which is the
10   systematic review and meta-analysis, they talk
11   about dyspareunia in retropubic obturator
12   mini-slings or pubovaginal slings, and that is 0 to
13   .99 percent; and the numbers of women in these
14   studies are over 3,000 in total.
15       Q.    That's not the TVT retropubic, is it?
16           MR. SNELL:  Objection, form,
17       foundation.
18       A.    Two of the studies were retropubic
19   slings, which had about 500 women.
20       Q.    Okay.  Do you know whether those studies
21   actually tracked dyspareunia?
22       A.    Where they tracked, I don't have those
23   numbers.
24       Q.    You don't know whether the underlying
25   numbers actually tracked dyspareunia, do you?

Page 105

1            MR. SNELL:  Form.
2        A.    Meaning they tracked it.  Well, it
3    wouldn't be reported in here if it wasn't in the
4    study.
5            Okay.  I guess I'm not understanding
6    your question.  Do I know if they asked pre and
7    post-op?  I'm not looking at those studies right
8    now.
9        Q.    Right.  You don't know how it was
10   tracked, correct?  You don't know whether it was by
11   questionnaire --
12       A.    Right.
13       Q.    -- self-reported, whether it was a
14   validated questionnaire?  Do you know whether those
15   studies were long-term or short-term?
16       A.    For those particular results, so they
17   required a minimum of 12 months followup.
18       Q.    So one year?
19       A.    Right.
20       Q.    Which wouldn't be long-term, correct?
21           MR. SNELL:  Form.
22       A.    It is the minimum allowable for
23   long-term.  Five years is preferable, but the
24   minimum we want to see is one year.
25       Q.    For something involving a medical device

27 (Pages 102 to 105)

Denise M. Elser, M.D.

Page 106

1  do you consider one year a long-term followup?
2         MR. SNELL: Asked and answered, form.
3     A.   It is better than six weeks for sure.
4     Q.   But would you consider it long-term
5  followup?
6     A.   It's in the range.  So, we want five,
7  five is ideal, but one year gives us very good
8  information.  Actually, when we look at the studies
9  that are up to five and ten years that report no
10 increasing rates of adverse effects related to the
11 mesh over a five-year period.
12    Q.   We are going to talk about those studies
13 soon.  But based on your review, there are not a
14 lot of studies that are addressing dyspareunia in
15 women receiving a TVT sling, correct?
16        MR. SNELL: Objection, misstates.
17    A.   There are studies.  What I pulled out
18 for you is studies involving 500 women with the
19 retropubic specifically.
20    Q.   And those studies aren't comparative
21 studies to women who've just had other pelvic floor
22 procedures, correct?
23    A.   No.
24    Q.   Would you consider Mrs. Corbet to be at
25 risk for future erosion?

Page 107

1     A.   Erosion or exposure?
2     Q.   Exposure.  Well, both.  How are you --
3  first off, what's the difference to you?
4     A.   Erosion, it means that the mesh has
5  eroded into an organ nearby, such as bladder or
6  bowel.  Exposure is when the mesh is open into the
7  vaginal canal so the epithelium has an opening.
8     Q.   Do you think she is at future risk for
9  either occurring?
10    A.   I think it's extremely unlikely that she
11 will develop an erosion, and the mesh has been cut,
12 so it's no longer under tension at all.  There is
13 no band across, under the bladder that can cut into
14 the bladder.
15        Is she at risk for future exposure?  It
16 can happen with aging and more thinning of the
17 vaginal epithelium, and she is not using any
18 estrogen and she already has atrophy, but we know
19 from the long-term studies that the incidence of
20 exposure ongoing ten years after a sling does not
21 seem to be very high at all; in fact, minimum.
22    Q.   Is it your position that she is not
23 currently using estrogen cream?
24    A.   I don't know if she is using it right
25 now or not.

Page 108

1     Q.   Okay.  So, when you said she is not
2  using estrogen, you are referring to --
3     A.   Yeah, the cream.
4         MR. GRAND: The cream, okay.  I want
5  to turn to your supplemental report.
6         Let's see.  What time is it?  It is
7  12:05 p.m.  This is probably a good time to
8  break for lunch.
9         THE VIDEOGRAPHER:  The time is
10 12:06 p.m., and we are going off the video
11 record.
12        (Lunch recess taken,
13         12:06 - 1:06 p.m.)
14     A F T E R N O O N   S E S S I O N
15        THE VIDEOGRAPHER:  The time is
16 1:06 p.m., and we are back on the video
17 record.
18 BY MR. GRAND:
19    Q.   Dr. Elser, were you able to during the
20 break look at the reliance list and determine?
21    A.   We started, but it was a little bit too
22 much to get through in one lunch session.
23    Q.   Okay.  I guess I would ask that once you
24 have completed it you could forward a revised
25 reliance list through counsel.

Page 109

1     A.   Yes.
2     Q.   Thank you.  I want to ask you some
3  questions about some of the studies you cite in
4  your supplemental report.
5         First I want to ask you, under the
6  section Cochrane Review, you have written, "The
7  Cochrane reviews are the highest level of
8  evidence as demonstrated by the Oxford levels of
9  evidence pyramid."
10    A.   Yes.
11    Q.   You are familiar with other evidence
12 pyramids that would rate randomized clinical trials
13 as the highest form of evidence?
14        MR. SNELL: Form.
15    A.   No.  This is the one that I usually
16 relied on.
17    Q.   This is the one you rely on.  Have you
18 seen others?
19    A.   I've not looked at others.
20    Q.   Do you view the Crochrane review as a
21 systematic review or a meta-analysis?
22    A.   Yes.
23    Q.   Which?
24    A.   Oh.  Sometimes they are a combination,
25 but usually a meta-analysis.

28 (Pages 106 to 109)

Denise M. Elser, M.D.

Page 110

1  Q.  Okay.  Now, the specific review you are
2  talking about is the one that came out this year,
3  the Ford review?
4  A.  Yes.
5  Q.  Okay.  I wanted to ask you some
6  questions about that.  I don't know if you have the
7  complete report with you.
8  A.  I think I do.
9  Q.  You do.  All 250 pages of it?
10  A.  That's why this book is so fat.  Do you
11  want to look at the short report?
12  Q.  For my purposes -- you may need to refer
13  to the longer report.  For my purposes, I'm going
14  to mark into evidence the shorter one.
15  A.  Okay.
16  Q.  But I was trying to spare everyone the
17  burden of walking away with a 250-page report.
18       (Elser Exhibit 10 was marked for
19        identification and re-marked as
20        Exhibit 13 at Page 161.)
21  BY MR. GRAND:
22  Q.  I'm going to mark the summary report
23  from the Cochrane website as Elser 10.  Can you
24  take a look at that and make sure we are both
25  talking about the same report.

Page 111

1  A.  Okay.
2  Q.  And this is a summary of the long form
3  report which you are referring to in your report,
4  correct?
5  A.  Yes.
6  Q.  Okay.  On Page 2 of your supplemental
7  report -- are you there?
8  A.  I am.
9  Q.  And in that second paragraph you state,
10  "Most recently, an updated Cochrane review for 2015
11  assessed the literature, including RCTs and
12  registries and observed that for TVT the number of
13  procedures reported ranged from 809 to 4281, and
14  there were found to be low rates of major
15  complications."
16       Did I read that correctly?
17  A.  Yes.
18  Q.  Okay.  When you say "TVT" in this
19  sentence, are you referring to the TVT retropubic
20  or are you referring to all mesh slings?
21  A.  That would be retropubic.
22  Q.  How did you arrive at these numbers for
23  the TVT retropubic?  I could not find in that -- in
24  the long form report, which I looked at online, I
25  could not find a break down that specifically

Page 112

1  tabulated results for the TVT retropubic.
2  A.  Let me look then.  Hold on.
3  Q.  Do you have a copy of the short form,
4  not the summary?
5  A.  Yes.  That's right in front of you.
6  A.  This is the summary, not the short form.
7  There is also a shorter paper.
8  Q.  That's what I have.
9  A.  Okay.  I don't know if I brought that.
10  Yeah, I have to look at the tables on
11  the short form to answer that directly.
12  Q.  You don't have that?
13  A.  I'm still looking.
14       MR. SNELL:  This is -- we are off the
15  record.
16       THE VIDEOGRAPHER:  The time is
17  1:14 p.m., and we are off video record.
18       (Discussion was had off the
19        record.)
20       THE VIDEOGRAPHER:  The time is
21  1:15 p.m., and we are back on the video
22  record.
23  BY MR. GRAND:
24  Q.  So I'm looking at Page 45.
25  A.  Yes.

Page 113

1  Q.  It's on the section Retropubic Tapes.
2  A.  Yes.
3  Q.  So, that was information pulled from
4  registries, correct?
5  A.  Yes.
6  Q.  It was not information pulled from
7  randomized controlled clinical trials, correct?
8  A.  These are reports from registries.
9  Q.  And there is nothing here that indicates
10  that this was just the TVT retropubic or whether it
11  included other sling -- retropubic sling products?
12       MR. SNELL:  Form, misstates.
13  A.  Okay.  It doesn't state here
14  specifically what the registries are from, but most
15  of the registries involve the TVT retropubic.
16  Q.  Okay.  But there may be other products
17  involved in here besides the TVT retropubic,
18  correct?
19  A.  There may be.
20  Q.  Do you know one way or the other?
21  A.  No.  I would have to re-look at those
22  registries.
23  Q.  Okay.  And does it indicate here how
24  many of these involved short-term trials versus
25  long-term trials?

29 (Pages 110 to 113)

Denise M. Elser, M.D.

Page 114

1  A.   Not on this page.  I would have to
2  re-look at those registries.
3  Q.   And you know that the Cochrane review is
4  somewhat leery of registry data as opposed to
5  randomized clinical control -- randomized control
6  study data, correct?
7  MR. SNELL:   Form.
8  A.   I don't know if they are leery.
9  Q.   Were you aware that only four of the
10  trials had outcomes of greater than five years?
11  A.   I don't recall that.
12  Q.   Let's turn to the summary for a moment.
13  If you could turn to the second page of the
14  summary, it says, "These trials show that over 80
15  percent of women with stress urinary incontinence
16  are cured or have significant improvement in their
17  symptoms with either operation for up to five years
18  after surgery."
19  Did I read that correctly?
20  A.   Yes.
21  Q.   And that's referring to comparing the
22  transobturator approach to the retropubic approach?
23  A.   I don't know if it is comparing them.
24  Q.   Well, if you look at what this review
25  tried to find out on the first page -- strike that.

Page 115

1  This study is not comparing midurethral
2  sling procedures to more traditional forms of
3  treating stress urinary incontinence, correct?
4  MR. SNELL:  Form, misstates the
5  document.
6  A.   So, this review is about midurethral
7  slings.  It's not talking about any traditional
8  repair such as colposuspension or pubovaginal
9  sling.
10  Q.   Correct.  It's comparing transobturator
11  approach versus retropubic approach, correct?
12  A.   Right.
13  Q.   And under either approach, 80 percent of
14  women are cured and presumably 20 percent are not,
15  correct?
16  A.   80 percent are cured, right, right.
17  Q.   And you see a little further down it
18  says, "Only a few trials provided information about
19  the effectiveness of these tapes more than five
20  years after surgery."
21  Did I read that correctly?
22  A.   Yes.
23  Q.   Would you be surprised if there were
24  actually only four trials?
25  MR. SNELL:  I'm going to object to

Page 116

1  foundation on that.  You mean referenced in
2  this?
3  Q.   In the Cochrane review, would it
4  surprise you if there were only four trials out of
5  all of the ones reviewed that had data for more
6  than five years?
7  A.   No.
8  Q.   If you go down to the section that says
9  "Limitations of the Review."
10  A.   Yes.
11  Q.   It said, "Most of our results are based
12  on moderate quality evidence," correct?
13  A.   Yes.
14  Q.   "Most trials did not describe their
15  methods clearly, thus leading to some degree of
16  uncertainty in the findings."
17  Did I read that correctly?
18  A.   Yes.
19  Q.   "At present there are only a limited
20  number of randomized controlled trials (these
21  produced the most reliable results) that have
22  published data beyond five years after surgery.
23  This means that evidence about how effective and
24  safe these procedures are in the longer term lags
25  behind the evidence for them in the short and

Page 117

1  medium term, up to five years."
2  Did I read that correctly?
3  A.   Yes.
4  Q.   So, would you agree with them that
5  long-term evidence is going to be greater than five
6  years and anything less than that would be short-
7  to medium-term?
8  A.   They call short- and medium-term up to
9  five years.  I would call five years long-term
10  data, and this is still -- the evidence on these
11  slings is still more robust than any evidence we
12  have for the traditional surgery.
13  Q.   Would you agree that this is an efficacy
14  review and not a safety review?
15  MR. SNELL:  Object to form, misstates.
16  A.   They do report on safety, but they talk
17  -- it said that they are -- that what this review
18  tried to find out is that efficacy, how effective
19  they are and the rate of potential complication.
20  Q.   Right, but it's fair to say in the
21  underlying -- underlying studies they reviewed they
22  didn't all report on the same safety -- safety
23  endpoints?
24  MR. SNELL:  Form.
25  A.   They probably didn't all report on the

Denise M. Elser, M.D.

Page 118

1  same efficacy endpoints either.
2      Q.  Fair enough.  And so when I look at your
3  report and I see basically reprinted that table you
4  were looking at on Page 45, you can't say that that
5  table actually applies to the TVT retropubic
6  product as opposed to other products that may be
7  included in this?
8          MR. SNELL:  Form, misstates.
9      A.  I'm sorry.  We would look at those
10  registries that it came from, and most of the data
11  is going to be from TVT because that was what was
12  involved in most of the registries, but it's not
13  all TVT retropubic.
14     Q.  Right, but you can't say that these
15  particular percentages that you give apply to the
16  TVT product, correct?
17     A.  Well, other studies that look at the
18  5- and 10-year data on the TVT have similar rates.
19     Q.  In the Cochrane study which you are
20  citing, you cannot say that these rates apply to
21  the TVT retropubic product, correct?
22         MR. SNELL:  Hold on.  Objection, asked
23     and answered, misstates.
24     A.  They're reported for retropubic slings.
25         MR. GRAND:  Excuse me?

Page 119

1          THE REPORTER:  Say it again, please.
2      A.  They are reported for retropubic slings,
3  which may not all be TVT.
4      Q.  On the next page of your supplemental
5  report, Page 3, you discuss the Tommaselli
6  meta-analysis?
7      A.  Okay.  Sorry.  I am flipping back and
8  forth here.
9      Q.  I can give you a copy of it.
10     A.  I have the Tommaselli right here.
11     Q.  I'm going to mark a version so it's in
12  the record, but you can feel free to use your own
13  copy.
14     A.  Okay.  Is yours highlighted?
15     Q.  No.  My copy is, not yours.
16     A.  Okay.
17     Q.  Burt would object if I gave you a
18  highlighted copy.
19     A.  I'm sorry.  What page of the report were
20  you on?
21     Q.  I was just referring to Page 3 of your
22  report where you begin to talk about Tommaselli.
23     A.  Okay.
24         MR. GRAND:  I'll mark this as
25     Elser 11.

Page 120

1          (Elser Exhibit 11 was marked for
2          identification as of 11/5/15.)
3          MR. GRAND:  Do you want a copy, Burt?
4          MR. SNELL:  Actually, I have one in
5     here.  I'm good.  Thank you.
6          THE WITNESS:  Yours is bigger font.
7     I'm going to look at this one.
8          MR. GRAND:  Sure.
9  BY MR. GRAND:
10     Q.  Now, like the Cochrane review we just
11  looked at, this compares the obturator approach to
12  the retropubic approach, correct?
13     A.  Yes.
14     Q.  And if you look at, I guess it's Table 1
15  of the study on Page 1256, only five of the studies
16  actually involve the TVT retropubic, correct?
17     A.  That's what it looks like.
18     Q.  And in some cases it's comparing it to
19  the TVT-O; in other cases it's comparing it to
20  other manufacturer's products; correct?
21     A.  Yes.
22     Q.  And in fact, it looks like there is less
23  than 400 TVT-R patients implicated at all, correct?
24     A.  I haven't added it up, but that looks
25  like a good ballpark.

Page 121

1      Q.  And only 35 of those patients had
2  followup of five years or greater, correct?
3      A.  Well, you have 35 in study number 15.
4  Study number 18 is 60 months, so that's also five
5  years.
6      Q.  And 82 of them were at three years,
7  correct?
8      A.  (No verbal response.)
9      Q.  And it looks like some of these trials
10  involved validated questionnaires and some did not,
11  correct?
12     A.  Correct.
13     Q.  And in fact, it looks like this involved
14  ten different slings, correct, not just the TVT-R?
15     A.  I counted nine, but okay.
16     Q.  You may be correct.  I was eyeballing
17  it.  In fact, if you look at the next page,
18  Table 3...
19     A.  All right.  I'm on Table 2, so it's the
20  next page, the next-next page, Table 3.
21     Q.  Yes.  It lists the number of patients
22  treated and evaluated in the medium-term and
23  long-term per type of device?
24     A.  Yes.
25     Q.  Then you see for TVT retropubic for

31 (Pages 118 to 121)

Denise M. Elser, M.D.

Page 122

1  randomized controlled studies there was 319
2  patients?
3      A.   Yes.
4      Q.   And then there is, I guess, 3,482
5  patients from other types of studies?
6      A.   Yes.
7      Q.   In your experience, is it good practice
8  to combine studies from randomized controlled --
9  combine data from randomized controlled clinical
10  trials with other types of studies?
11      A.   I think other types of studies are still
12  very valuable, and so to gather as much as evidence
13  as we can, which I put all the information
14  together, I think it's wise to look at everything.
15      Q.   My question is not that it's wise to
16  look at everything.  My question is whether --
17  whether combining the results from all different
18  types of studies will give you accurate
19  information.
20      A.   It gives us more information.
21      Q.   But not necessarily accurate?
22      MR. SNELL:   Form.
23      A.   The RCTs have limitations as well.  I
24  want to look at all the information, long-term
25  studies from surgeons doing lots of TVTs and what's

Page 123

1  available in the RCTs as well.
2      Q.   Well, presumably you did.  You've cited
3  this study, correct?
4      A.   Right.
5      Q.   So, you think this was a sound
6  approach --
7      A.   It's an approach to get --
8      Q.   -- or meta-analysis?
9      A.   -- as much data as we can to learn about
10  the outcome.
11      Q.   So, with respect to the conclusions you
12  cite in your report about the number of vaginal
13  erosions at 2.1 percent for retropubic, that's for
14  all retropubic regardless of product, correct?
15      A.   Correct.
16      Q.   So, if the TVT were higher and another
17  product were lower, it would have averaged out to
18  2.1, correct?
19      A.   That is potentially, but since most of
20  the studies we know out there which are TVT, not
21  retropubic, because it has been out there the
22  longest, it probably skews the evidence toward
23  whatever was really TVT results.
24      Q.   Set that aside.
25      I want to ask you about the Svenningsen

Page 124

1  2013 TVT registry.  I will mark that as Exhibit 12.
2      (Elser Exhibit 12 was marked for
3      identification as of 11/5/15.)
4      MR. GRAND:   Do you want a copy of
5  that, Burt?
6      MR. SNELL:   Let me see if I have.
7      Yeah, I will take a courtesy copy if you have
8  it.  Thank you.
9  BY MR. GRAND:
10      Q.   Now, this study attempted to follow up
11  on women who had undergone a TVT retropubic
12  procedure, correct?
13      A.   Yes.
14      Q.   And this was basically a registry study?
15      A.   Well, they've pulled women from the
16  registry and invited them back specifically to
17  answer questions about this study, so it is not
18  strictly a registry study.
19      Q.   Right.  They -- I believe they
20  identified initially 603 women over a four-year
21  period?
22      A.   Yes.
23      Q.   Of those, 542 were still alive?
24      A.   Yes.
25      Q.   And of those, they included 483 women?

Page 125

1      A.   Yes.
2      Q.   Do you know why they excluded some
3  women?
4      A.   I know that some were not willing to
5  participate, but I would have to look back, look
6  through to see why.
7      Q.   And of the 483 women, 327 actually
8  attended a clinical consultation and the other 156
9  participated by phone, correct?
10      A.   Yes.
11      Q.   Now, did you review the questionnaires
12  from this study?
13      A.   No.
14      Q.   Do you know whether they actually asked
15  these women about dyspareunia?
16      A.   I don't know.
17      Q.   And in this study, de novo urgency
18  increased from 4 percent in the first 6 to 12
19  months following surgery up to almost 15 percent at
20  the 10-year followup point, correct?
21      A.   As I believe is included in my report,
22  over ten years' time women this age especially have
23  a natural incidence of increasing urge
24  incontinence, so I would not conclude that's
25  because they had a TVT.

32 (Pages 122 to 125)

Denise M. Elser, M.D.

Page 126

1    Q.   And in terms of -- well, sorry.  I just
2  lost my place.  One second.
3         And the way that they evaluated
4  complications was to ask the women what
5  complications they remembered over a 10-year
6  period; is that correct?
7    A.   By questionnaire, it was by
8  questionnaire.
9    Q.   Now, the authors of this did not
10  conclude that the increased incontinence was due to
11  a natural increased incontinence that would happen
12  over time, correct?
13         MR. SNELL:  Form.
14    Q.   They didn't reach the same conclusion
15  you did?
16         MR. SNELL:  Same objection.
17    A.   I'm on Page 1275.  "Our study
18  illustrates the difficulties encountered when
19  evaluating long-term results in an aging
20  population.  Recurrence of stress incontinence as
21  well as recurrence or occurrence of prolapse
22  urgency and urge incontinence over time could be
23  consequences of the surgical procedure ten years
24  previously as well as the effects of normal
25  deterioration of the pelvic floor caused by

Page 127

1  advancing age."
2    Q.   And on Page 1277 they note that the
3  14.9 percent of women reporting de novo urgency is
4  consistent with incontinence rates in other TVT
5  publications, correct?
6    A.   Right.
7    Q.   So, you would agree with that?
8  Regardless of what you would attribute it to, you
9  would agree that that number is consistent with
10  other TVT studies?
11    A.   Yes.
12    Q.   Now, on Page 8 of your supplemental
13  report --
14         MR. SNELL:  I'm sorry.  I didn't hear
15    what page.
16         MR. GRAND:  Page 8.
17         THE WITNESS:  Okay.  I'm there.
18  BY MR. GRAND:
19    Q.   You give some opinions on the lower half
20  of the page regarding biocompatibility of the mesh
21  and whether the mesh is macroporous and
22  monofilament.  Do you see that?
23    A.   Yes.
24    Q.   You are not a materials expert, correct?
25         MR. SNELL:  Form.

Page 128

1    A.   Well, I'm not a person who works in a
2  lab studying materials all day, but I am familiar
3  with the Amid classifications and which type of
4  mesh seem to heal well in the pelvis as compared to
5  other types of mesh.
6    Q.   Okay.  You looked at other
7  classifications beside the Amid classification?
8    A.   No.
9    Q.   Have you ever looked at studies that
10  show what the pore size of the mesh is under
11  stress?
12         MR. SNELL:  Form.
13    A.   I have seen that.
14    Q.   Are you going to be offering opinions at
15  trial about the pore sizes of the mesh?
16    A.   If I'm asked about them.
17         MR. SNELL:  And I will say she has
18    identified as macroporous, so those opinions
19    will be elicited at trial.
20         MR. GRAND:  All right.  We will take
21    that up in motion practice.
22  BY MR. GRAND:
23    Q.   You don't consult as a materials expert,
24  correct?
25         MR. SNELL:  Form.

Page 129

1    A.   No.
2    Q.   And you have never designed a mesh,
3  correct?
4    A.   No.
5    Q.   And you haven't studied explants of
6  mesh, correct?
7         MR. SNELL:  Form.
8    A.   No.
9    Q.   And have you done any research into the
10  effects of -- scratch that.
11         Strike that.
12         Okay.  On the next page you state, "I
13  have used the TVT for about 17 years and noticed no
14  clinical difference between mechanical and
15  laser-cut mesh."
16         Have you reviewed internal documents by
17  Ethicon in which they know the difference between
18  mechanical and laser-cut mesh?
19         MR. SNELL:  Actually, objection,
20    foundation on that one.
21  BY MR. GRAND:
22    Q.   Have you reviewed any of the Ethicon's
23  internal documents relating to the differences
24  between mechanical and laser-cut mesh?
25    A.   It's been a while.  I have read some,

33 (Pages 126 to 129)

Denise M. Elser, M.D.

Page 130

1  but I'm really referring to our clinical
2  experience, and we don't see a difference.
3      Q.  How do you know the difference between
4  mechanical and laser-cut mesh out of the package?
5      A.  The edges appear smooth, appear more
6  solid and smoother on the laser cut.
7      Q.  Okay.  So, you can tell if I were to
8  hand you two pieces of mesh which was mechanical
9  and which was laser cut?
10     A.  I think so.
11     Q.  And you have tracked that in your
12 practice?
13     A.  We know when the changes were made in
14 the different devices that we're using, and we
15 don't see a change in our cure rates or our
16 exposure rates.
17     Q.  Have you tracked which of your patients
18 received laser-cut mesh versus mechanical-cut mesh?
19     A.  No.
20     Q.  In fact, you haven't tracked recently
21 any of your patients who have received a TVT
22 retropubic laser cut versus mechanical cut,
23 correct?
24         MR. SNELL:  Form.
25     A.  I haven't tracked recently.  I have not

Page 131

1  checked.
2      Q.  Well, you said that your 4.5 percent
3  figure goes back about two years, correct?
4      A.  Correct.
5      Q.  There is not going to be any TVT
6  patients included in that, correct?
7          MR. SNELL:  Same objection.
8      A.  So you are talking about mechanical cut?
9      Q.  We are talking about -- yeah.
10     A.  Oh.  You said laser cut.
11     Q.  Well, retropubic, which is both
12 mechanical and laser cut.
13     A.  Well, I've not pulled and sat and looked
14 at, oh, this is my pile of patients with this data
15 and this is my pile with that data, but I certainly
16 pay a lot of attention to our results; and when
17 products change or we are using a new product,
18 we'll -- we'll know it right away if we are seeing
19 different outcomes and stop and then take a look
20 and say, hey, what's going on, what's different.
21 But we have not had to do that when retropubic went
22 to laser cut or now we went to Exact because we are
23 not seeing different outcomes.
24     Q.  Are you aware that the TVT retropubic is
25 still available in mechanical cut?

Page 132

1      A.  I don't -- I think I've heard that
2  before, but it was not something I knew.
3      Q.  Okay.  So, this isn't something you have
4  actually tracked in your practice, correct?
5          MR. SNELL:  Form.
6      A.  Right.  I just said I've not tracked it.
7      Q.  Okay.  So, when you said we have noticed
8  no clinical difference, it's just that you haven't
9  noticed?
10     A.  Over time.
11     Q.  Well, you haven't used the TVT
12 retropubic in two years?
13     A.  I would notice if all of a sudden our
14 exposure rate is going way up or our pain rate is
15 going up or our cure rate is going down or our
16 retention rate is going up, and I have not noticed
17 a clinical change in our sling patients.
18     Q.  In your next sentence you say, "I have
19 reviewed photographs of the mesh being stretched 50
20 percent, and it is my opinion that this is a
21 laboratory scenario as the mesh is not similarly
22 stretched during implantation."
23         Did I read that correctly?
24     A.  Yes.
25     Q.  Is it your view that the mesh cannot be

Page 133

1  stretched in other ways besides implantation?
2      A.  Once it's implanted, it's very hard to
3  stretch.
4      Q.  There is no stresses that may occur
5  through movement of the body?
6      A.  Once the plastic sheaths are off, it's
7  hard to move it, it's hard to adjust it, so that it
8  would even dramatically change our post-op
9  counseling to patients on what restrictions they
10 have after surgery.  Because it's so hard to move,
11 we think it would be very difficult for them to
12 distort it in any significant way once the plastic
13 is removed.
14         And we were always instructed to take
15 care to not stretch or distort it before
16 implanting, and in the original TVT, the plastic
17 sheath which was overlapped in the middle, it could
18 separate prematurely; and if it separated and got
19 pulled, like if an assistant took it out carelessly
20 out of the package, I would put that away and start
21 fresh with a new product because it was stretched
22 abnormally before it was implanted, and that's not
23 what we want.  So, when we place it with the
24 plastic sheath intact, it does not distort or
25 stretch.

34 (Pages 130 to 133)

Denise M. Elser, M.D.

Page 134

1    Q.   So, your statement that in your opinion
2 it's a laboratory scenario and the mesh is not
3 similarly stretched during implantation, do you
4 have any data or testing to support that?
5    A.   No.  This is my experience from having
6 looked at the mesh in the lab, looking at videos of
7 it stretching when placed on machines and looking
8 at people taking it out of the package and
9 stretching it too far before it's implanted.
10   Q.   When have you looked at mesh in the lab?
11   A.   It would be in cadaver courses.  We
12 would take it and do whatever we could to try and
13 break or stretch it.
14   Q.   When was the last time you had a cadaver
15 course in mesh or you taught a cadaver course in
16 mesh?
17   A.   Maybe three years ago.
18   Q.   You taught a cadaver course with a TVT
19 retropubic three years ago?
20   A.   Yes.
21   Q.   The Svenningsen study you cite --
22        MR. SNELL:  Is that the one we had
23 earlier?
24        MR. GRAND:  Yeah.
25        MR. SNELL:  Did you mark that one 12

Page 135

1 or 13?
2        THE WITNESS:  12.
3        MR. GRAND:  12.
4 BY MR. GRAND:
5    Q.   All the authors are Gynecare or Ethicon
6 consultants, correct?
7        MR. SNELL:  Foundation.
8    A.   I don't know.
9    Q.   Did you read the study?
10   A.   I did.  I don't remember that part.
11   Q.   On Page 1277 there is a section called
12 "Conflict of Interest."  It says Rune Svenningsen
13 once received travel grants from Johnson & Johnson
14 among other companies.  Do you see that?
15   A.   I see that, yes.  I know that's very
16 common in Europe to attend conferences and be
17 treated by a company.
18   Q.   You see Anne C. Staff --
19   A.   Yes.
20   Q.   -- has the received speaker fees, travel
21 grants, advisory board fees and remuneration for
22 clinical drug studies from multiple companies,
23 including Johnson & Johnson/Gynecare.  Do you see
24 that?
25   A.   Yes.

Page 136

1    Q.   And you see Sigurd Kulseng-Hanssen also
2 received travel grants from Pfizer and Gynecare?
3    A.   Yes.
4    Q.   For -- on Page 12 of your supplemental
5 report you state, "The risk of dyspareunia, pain
6 and sexual dysfunction with TVT is very small and
7 less than the pubovaginal sling and Burch
8 colposuspension."
9        Do I read that correctly?
10   A.   Yes.
11   Q.   Okay.  Other than the two sources you
12 cited there, what studies are you pointing to as
13 authority for that?
14   A.   I better look at the other 10-year
15 studies to look at the dyspareunia rate.
16   Q.   And what do you characterize as very
17 small in terms of risk?
18   A.   Well, for Schimpf's report it was less
19 than -- it was like 2 percent or less in the
20 studies.
21        We have a Angioli study, which is a
22 five-year followup looking at TVT versus obturator
23 with 3 percent dyspareunia after five years.
24        I was looking for the Nilsson's 17-year
25 study.  I know it's in here.

Page 137

1    Q.   Would that and the other study you just
2 mentioned be your sources other than the one you
3 referred to in your report?
4    A.   It's the main one looking at long-term,
5 that gave us long-term data to talk about the
6 ongoing rates of dyspareunia and pain.
7        Okay.  When I find that, I will tell
8 you.
9        MR. GRAND:  I do not have further
10 questions right now.
11        EXAMINATION
12 BY MR. SNELL:
13   Q.   Dr. Elser, my name is Burt Snell.  I
14 represent Ethicon and Johnson & Johnson.  I just
15 want to ask you some followup questions, and let's
16 start on the topic we were just discussing.
17 Mr. Grand asked you about data upon which you were
18 relying concerning the low rates of pain or
19 dyspareunia with the TVT retropubic device.
20        Turn, if you would, to Page 5 of your
21 report.
22        MR. GRAND:  Talking about the
23 supplemental?
24        MR. SNELL:  Yes.
25        THE WITNESS:  Got it.

35 (Pages 134 to 137)

Denise M. Elser, M.D.

Page 138

1    BY MR. SNELL:
2        Q.   In the bottom paragraph you cite to a
3    paper by Unger this year, 2015?
4        A.   Yes.  Thank you.
5            MR. GRAND:  Sorry.  I just don't see
6    it.  Oh, got it.
7            THE WITNESS:  Bottom of Page 5.
8    BY MR. SNELL:
9        Q.   And what was the rate of reoperation for
10   pain or dyspareunia in that study?
11       A.   There was far less.  It was 2.7 percent
12   overall, but pain or dyspareunia specifically was
13   .2 percent.
14       Q.   Is that a study you are relying on for
15   your opinions regarding a low risk of pain or
16   dyspareunia?
17       A.   Yes.
18       Q.   There is another study, Nguyen 2012.
19   I'm not sure if I'm pronouncing that correctly.
20       A.   Nguyen.
21       Q.   Nguyen, okay.  So I was totally off.
22       A.   It's N-g-u-y-e-n.
23       Q.   And that was a study regarding
24   reoperation or the need for reoperation due to
25   complications?

Page 139

1        A.   Yes, and their reoperation for pain was
2    .04 percent.
3        Q.   Is that a study upon which you are
4    relying?
5        A.   Yes.
6        Q.   Do you find those studies reliable?
7        A.   Yes, those are reliable.
8        Q.   You already discussed the Schimpf SGS,
9    systematic review and meta-analysis, correct?
10       A.   Yes.
11       Q.   And the American Urologic Association
12   stress incontinence guidelines and meta-analysis?
13       A.   Yes.
14       Q.   I think you identified, those are some
15   of the items that you are relying upon for the low
16   risk of pain or dyspareunia; is that right?
17       A.   Yes.
18       Q.   I'm just going to hand you, and I will
19   give it to Mr. Grand.  Why don't we just mark it.
20   Is this the AUA updated table you were talking
21   about with regard to rates of pain and sexual
22   dysfunction amongst the various stress
23   incontinence --
24       A.   Yes.
25       Q.   -- surgeries?  Okay.

Page 140

1        A.   Yes.
2        Q.   Okay.  And is that something you cited
3    for the opinion that you believe that the rate of
4    pain or dyspareunia with TVT is lower than that
5    with the Burch or the fascial sling?
6        A.   Yes.
7            MR. GRAND:  Just to be clear, are we
8    talking now about TVT retropubic or all TVT
9    products?
10           MR. SNELL:  TVT, TVT retropubic.
11   BY THE WITNESS:
12       A.   It says synthetic midurethral sling, but
13   again, most of their data would come from TVT data.
14   BY MR. SNELL:
15       Q.   And let's take a look at the Tommaselli
16   paper that Mr. Grand marked as Elser No. 11, and I
17   would like to just follow up on that point you just
18   made, Doctor.
19           If you would turn to page -- well, the
20   page with Table 3 that Mr. Grand and you were
21   discussing.  Do you see that?
22       A.   Yeah, Page 1258.
23       Q.   If you look at Table 3, now, you had
24   made the point that the vast majority of data on
25   retropubic comes from the TVT retropubic studies,

Page 141

1    correct?
2        A.   Yes.
3        Q.   Is this table and does this systematic
4    review and meta-analysis support your opinion that
5    the vast majority of retropubic data flows from the
6    original TVT retropubic device?
7        A.   Yes.  On a total of retropubic slings,
8    there were 3974 retropubic slings and 3801 of those
9    are retropubic TVT.
10       Q.   So just so we are clear, 3,801 were
11   patients treated with the TVT retropubic device?
12       A.   Yes.
13       Q.   And adding up all the retropubic
14   devices, it was 3,974?
15       A.   Yes.
16       Q.   Fair to say that in the long-term data
17   the TVT device makes up well over 95 percent of the
18   data available?
19       A.   Yes.  It's been around the longest and
20   the most studied.
21       Q.   And so when these studies are reporting
22   rates of complications, whether they use the word
23   "TVT, tension-free vaginal tape" or "retropubic
24   tape," is it fair to say that that data speaks to
25   the TVT retropubic device?

36 (Pages 138 to 141)

Denise M. Elser, M.D.

Page 142

1    MR. GRAND:  Objection.
2    A.  Yes.  Unless it specifically states
3  otherwise, we assume the data is retropubic TVT.
4    Q.  And is that because over 95 percent of
5  the retropubic data flows from the TVT retropubic
6  device?
7    A.  Yes.
8    Q.  You discussed Table 1 with Mr. Grand.  I
9  just think just pointing out for the record, there
10  was a study in there.  I didn't see that you two
11  discussed it, but reference number 17, the longest
12  study with followup, 100 months.  Did that involve
13  the TVT device?
14    A.  Yes, it did.
15    Q.  And you didn't really discuss Table 2,
16  but Table 2 has various other studies and it runs
17  two pages; and fair to say the vast majority of
18  those studies also include the TVT device?
19    A.  Yes, most of those are TVT.
20    Q.  Is there any retropubic device that has
21  ever been available to surgeons like yourself that
22  has more data than the Ethicon TVT retropubic
23  device?
24    A.  No.
25    Q.  Is there any retropubic device that has

Page 143

1  nearly the amount of long-term data as you define
2  long-term as the TVT retropubic device?
3    A.  No.
4    MR. GRAND:  Objection, foundation.
5  BY MR. SNELL:
6    Q.  Doctor, you have been regularly, you
7  told us, reading the medical literature for
8  decades?
9    A.  Yes.
10    Q.  Do you stay abreast in your field with
11  regard to stress incontinence devices?
12    A.  I do.
13    Q.  You have looked at various meta-analyses
14  and systematic reviews?
15    A.  Yes.
16    Q.  And in all of those, have you ever seen
17  any retropubic device that has nearly the amount of
18  data that the TVT retropubic device has?
19    A.  No.
20    Q.  Are meta-analyses and systematic reviews
21  a recognized approach to evaluating clinical data
22  in your field of urogynecology?
23    A.  Yes.
24    Q.  Do you rely upon Cochrane reviews,
25  systematic reviews and meta-analyses and the

Page 144

1  guidelines by the various professional societies?
2    A.  Yes.
3    Q.  You and Mr. Grand discussed the
4  Ford/Cochrane review from this year.  Do you recall
5  that?
6    A.  Yes.
7    Q.  I just had a quick question.  I think it
8  was on Page 45.  And so is it fair to say the vast
9  majority of retropubic data is also from the TVT
10  retropubic device?
11    A.  Yes.
12    Q.  And at Page 45 where you reference the
13  registries -- I will let you get to it.
14    A.  Yeah, yes.
15    Q.  You reference and said that those
16  registries would include and pertain to the TVT
17  retropubic device?
18    A.  Yes.
19    Q.  For instance, Kuuva 2002, is that a
20  registry that you are familiar with?
21    A.  Yes.
22    Q.  You recognize that as one of the
23  earliest Scandinavian registries on the original
24  TVT retropubic device?
25    MR. GRAND:  Objection.

Page 145

1    A.  Yes, I do.
2    Q.  Well, I mean, you've presented on the
3  TVT retropubic device, including clinical data on
4  it, to other doctors?
5    A.  Yes.
6    Q.  You have presented with slides that
7  actually referenced and discuss the Kuuva registry
8  for TVT?
9    A.  Yes.
10    Q.  You were familiar with that long before
11  I ever contacted you?
12    A.  Yes.
13    Q.  All right.  And a question was posed
14  about the retropubic data in the Cochrane review,
15  not the website but the actual document.  I'm going
16  to read it to you.  It says, "From the above list
17  of registries, the tension-free vaginal tape."
18  Would that be the TVT device we have been
19  discussing today?
20    A.  Yes.
21    Q.  The number of procedures reported range
22  from 809 to 4,281 and are found below, and you
23  included that information in your report?
24    A.  Yes.
25    Q.  I believe Mr. Grand asked you a question

37 (Pages 142 to 145)

Denise M. Elser, M.D.

Page 146

1   about whether the Cochrane group was wary -- or I
2   don't mean to use the wrong term.
3       A.   Leery.
4       Q.   -- leery about registry data as opposed
5   to randomized controlled data.
6           My question to you is this:  Did you
7   cite in your report where the Cochrane group states
8   that the rates in these registries are largely of
9   the same order as those reported in the trials
10  included in this review?
11      A.   Yes.
12      Q.   What's the significance of that, if any,
13  with regard to how reliable those registries are?
14      A.   They seem to be keeping track of the
15  data to the same caliber as the long-term RCTs
16  because we are getting similar rates of success and
17  complications.
18      Q.   And is that something you look for in
19  your analyses, consistency in various types of
20  data?
21      A.   Yes.
22      Q.   Mr. Grand asked you a couple questions
23  about the Svenningsen 2013 study that involved --
24  that involved the TVT retropubic device?
25      A.   Yes.

Page 147

1       Q.   I just have two quick questions about
2   that one.  The duration of followup is 129 months,
3   as it states in the abstract, correct?
4       A.   Yes.
5       Q.   Did you find this study reliable?
6       A.   I did.
7       Q.   And on the third page they state that
8   the methods, definitions and units in this study
9   conform to the standards recommended by IUGA and
10  the ICS Joint Report on Terminology For Female
11  Pelvic Floor Dysfunction.
12          Do you see that?
13      A.   Yes.
14      Q.   Is that a way of discussing whether or
15  not this study was conducted within the norms of
16  your field of expertise?
17      A.   It helps us compare apples to apples, so
18  instead of that reporting to us, oh, these patients
19  were all dry, they are using the definitions and
20  the scales created by these societies to help us
21  communicate our data.
22      Q.   You were asked some questions about the
23  2015 IFU versus the IFU that was in effect at the
24  time of Ms. Corbet's surgery, correct?
25      A.   Yes.

Page 148

1       Q.   And I believe you testified it's your
2   opinion that the old label was just as adequate as
3   the new label?
4       A.   Yes.
5       Q.   I believe a question was asked about the
6   implanting surgeon's training.  Let me ask you
7   this:  Did you have an understanding as to whether
8   the implanting surgeon was a medical doctor?
9       A.   He has "M.D." after his name.
10      Q.   Do you know whether he was -- had
11  undergone further training like a residency in
12  urogynecology or gynecology?
13      A.   His deposition CV had stated he had done
14  an OB/GYN residency.
15      Q.   And when you talked about the basic or
16  the risks that flow across incontinence surgeries
17  that a surgeon who is going to do incontinence
18  surgery would be expected to know of, would those
19  risks be taught during gynecologic residency?
20      A.   Yes.
21          MR. GRAND:  Objection, foundation.
22      Q.   Did you undergo a gynecologic residency?
23      A.   I did.
24      Q.   Did you learn about all of those basic
25  risks that you identified here today?

Page 149

1       A.   Yes.
2       Q.   Would those include wound complications,
3   like the suture erosions and --
4       A.   Yes.
5       Q.   Okay.  And not to date you, but did you
6   undergo your residency before -- before TVT was
7   available?
8       A.   Yes.
9       Q.   Has the risk of wound complications,
10  dyspareunia, pain, voiding dysfunction, de novo
11  detrusor overactivity, are those -- have those long
12  been known in your field based on basic, elemental
13  gynecologic training and knowledge?
14      A.   Yes.
15      Q.   You were asked questions about the
16  hematoma that Ms. Corbet had, and I think some of
17  the questions by Mr. Grand seemed to indicate or
18  were prefaced with the terms "after the device was
19  placed."
20          At the time -- strike that.
21          At the time the TVT retropubic device
22  was placed in Ms. Corbet, she underwent a prolapse
23  procedure as well?
24      A.   Yes.
25      Q.   Wouldn't you say that was a posterior

Denise M. Elser, M.D.

Page 150

1  colporrhaphy?
2      A.   Yes.
3      Q.   A perineoplasty?
4      A.   Yes.
5      Q.   And are the risks -- is there a risk of
6  hematoma with those procedures?
7      A.   Absolutely.
8      Q.   And have you looked at the medical
9  literature regarding the risk of hematoma with
10  those prolapse surgeries?
11      A.   I have, and there is several reports
12  like a posterior colporrhaphy with risk up to 30
13  percent (inaudible) --
14          THE REPORTER:  Would you please
15  repeat.
16          THE WITNESS:  With posterior
17  colporrhaphy, the risk is up to 30 percent in
18  the literature of a hematoma.
19  BY MR. SNELL:
20      Q.   And have you looked -- obviously a lot
21  of TVT studies and the registries and things like
22  that address the rates of hematomas, correct?
23      A.   Yes.
24      Q.   The Ford/Cochrane review we just looked
25  at said pelvic hematoma occurred in .7 to 1.9

Page 151

1  percent of women.  My question to you is, have you
2  formulated an opinion about the overall risk of
3  pelvic hematoma after the TVT retropubic device,
4  and if so, what is that percentage based on your
5  synthesis of all of the materials you have read and
6  brought here and are relying on?
7      A.   It seems to be less than 5 percent and
8  certainly much lower risk of hematoma with the
9  sling than with a prolapse repair.
10      Q.   Mr. Grand asked you about the
11  supplemental report.  I just want to make sure.
12  I'm not sure maybe I heard things correctly or not.
13          I think in response to Mr. Grand's
14  questions you said you spent 25 to 30 hours
15  drafting your supplemental report.  Now, maybe I've
16  got that right or wrong.  I don't know.  I just
17  want clarification.  How much time did you spend on
18  your supplemental report?
19      A.   So, I spent reading this literature and
20  the records and getting ready for the deposition
21  about 25 to 30 hours, but preparing the
22  supplemental report itself, five or six hours.
23      Q.   The TVT retropubic device and the TVT
24  Exact device, do you view those as significantly
25  different?

Page 152

1      A.   No.
2      Q.   Fair to say in your mind they are the
3  same product?
4      A.   Yes.
5      Q.   They utilize the same Prolene
6  polypropylene macroporous mesh?
7      A.   Yes.
8      Q.   Have you done any literature searches --
9  Mr. Grand asked you about mechanical-cut and
10  laser-cut mesh.  Have you done any literature
11  searches that identify in any clinical studies in
12  women that there is a clinically significant
13  difference depending upon how the edges of the TVT
14  mesh were cut?
15      A.   No.
16      Q.   And for TVT, I'm talking about TVT
17  retropubic device.
18      A.   Right.  I could not find any clinical
19  difference in the literature.
20      Q.   And therefore, let me ask you, the 4.5
21  percent reoperation rate that you went back and
22  analyzed in your practice and found, is that
23  consistent or inconsistent with the data you have
24  seen on TVT retropubic?
25          MR. GRAND:  Objection.

Page 153

1      A.   It is really consistent with the -- with
2  the other data.
3      Q.   You were asked some questions about
4  whether you were an expert or not, and with regard
5  to material science you testified you didn't work
6  in a lab.
7          My question to you is this:  Do you
8  believe you have specialized or scientific
9  knowledge on the use of materials in the pelvic
10  floor -- in the treatment of pelvic floor
11  disorders?
12      A.   Yes.
13      Q.   Have you reviewed the medical literature
14  with regard to the use of various materials in the
15  treatment of stress urinary incontinence?
16      A.   Yes, I have.
17      Q.   How long have you been knowledgeable
18  about the different types of materials that a
19  surgeon like yourself can potentially use to treat
20  stress urinary incontinence?
21      A.   Well, it's been almost 20 years since I
22  first saw Gortex used as a sling, so I have been
23  looking at different mesh materials implanted in
24  the pelvis for a long time.
25      Q.   Is it fair to say you have also

39 (Pages 150 to 153)

Denise M. Elser, M.D.

Page 154

1  evaluated thousands of patients and done thousands
2  of surgeries using various materials?  And I'm
3  talking about pelvic floor surgery.
4      A.  Yes.
5      Q.  Do you believe you are an expert in the
6  clinical application, the efficacy and safety of
7  materials used to treat stress urinary
8  incontinence?
9      A.  Yes.
10     Q.  You were asked a question about
11 epidemiology, and you testified that you didn't
12 think you were an expert in epidemiology.  My
13 question to you is this:  What did you mean by
14 that, first of all, when you answered that you
15 weren't an expert in epidemiology?
16     A.  It's not my chosen career.  I don't go
17 out looking for jobs in epidemiology, but certainly
18 as part of our literature it's something we
19 evaluate when we are looking at studies and how to
20 apply treatments or evaluations in women.
21     Q.  And have you analyzed the medical
22 literature, including epidemiologic studies, with
23 regard to the TVT device and other stress urinary
24 incontinence procedures?
25     A.  Yes.

Page 155

1      Q.  Were you trained on how to evaluate
2  epidemiologic data in your medical school or
3  residency?
4      A.  Yes.
5      Q.  Is that actually part of the core
6  competencies of urogynecology in the field?
7      A.  It is.  I would like to clarify it,
8  because I was asked when was the last time I took a
9  statistic course, which was a long time ago during
10 my fellowship, but when we just took our boards for
11 our female pelvic medicine and reconstructive
12 surgery in 2013, there was a very substantial
13 amount of statistical questions, and our review
14 course was substantially based -- I mean, focused
15 on statistics and epidemiology.
16     Q.  Do you know how to interpret
17 epidemiologic and statistical data?
18     A.  Yes.
19     Q.  And as a reviewer of articles for
20 various journals as well as your regular reading of
21 the medical literature, do you analyze the
22 statistics and the statistical significance and
23 things such as cure rates with regard to those
24 treatment modalities?
25     A.  Yes.

Page 156

1      Q.  You were asked about clinical trial work
2  that you had done, and I believe you identified
3  different clinical trials that you were involved in
4  the design of?
5      A.  Yes.
6      Q.  Do you know how to interpret clinical
7  trial designs?
8      A.  Yes.
9      Q.  Do you -- is that -- strike that.
10         Is understanding the levels of evidence
11 and the different types of clinical trials one can
12 employ or review, is that a basic competency in
13 your field?  I'm talking about to the treatment of
14 stress urinary incontinence.
15     A.  Yes.
16     Q.  So, do you feel you are an expert in
17 epidemiology in clinical trials as it applies to
18 studies evaluating female pelvic medicine and
19 reconstructive surgery?
20     A.  Yes.
21         MR. SNELL:  Let's stop and just change
22 the tape.
23         THE VIDEOGRAPHER:  The time is
24 2:20 p.m.  This is the end of Tape 2 and we
25 are going off the video record.

Page 157

1         (Recess taken, 2:20 - 2:29 p.m.)
2         (Elser Exhibit 14 was marked for
3          identification as of 11/5/15.)
4         THE VIDEOGRAPHER:  The time is
5  2:29 p.m.  This is the beginning of Tape 3,
6  and we are back on the video record.
7  BY MR. SNELL:
8      Q.  Dr. Elser, we were earlier talking about
9  various studies that you are relying on that
10 support your opinion that Ms. Corbet is at a low
11 risk of future surgery or corrective surgery and
12 that there is a low rate of long-term pain.
13         Turn, if you would, to Page 3 of your
14 supplemental report.
15     A.  Okay.
16     Q.  And if you want to look at Exhibit 11 as
17 well, my question pertains to the Tommaselli paper
18 from this year regarding medium- and long-term
19 outcomes.  This is the study we were discussing
20 where you testified more than 95 percent of the
21 retropubic data comes from the TVT retropubic
22 device.
23     A.  Right.
24     Q.  And in your report you say that
25 persistent or pain lasting beyond the immediate

40  (Pages 154 to 157)

Denise M. Elser, M.D.

Page 158

1  postoperative period was present in only 13 women
2  with retropubic midurethral sling out of 3,974,
3  Table 3.  Do you see that?
4      A.   Yep.
5      Q.   Is that consistent or are you relying
6  upon that data for your opinion that the risk of
7  long-term pain and reoperation is very low?
8      A.   Yes.
9      Q.   I just calculated that, and I will
10  represent it's 0.3 percent for that rate, whether
11  you attribute all 13 women to TVT or not.
12          My question to you is, is that 0.3
13  percent consistent with other data you have seen
14  with that similar risk?
15      A.   Yes, it is, very low risk.
16      Q.   Were the American Urologic -- strike
17  that.
18          The American Urological Association
19  stress incontinence, female stress incontinence
20  guidelines, the update, I just want to mark for the
21  record that that was marked as Elser 14 --
22      A.   Yes.
23      Q.   -- that you were referring to earlier,
24  and I believe Mr. Grand has something that he is
25  updating.

Page 159

1          MR. GRAND:  Are you done?
2          MR. SNELL:  No, no.  I just want to
3  make sure the record is clear that why I am
4  doing 14 as opposed --
5          MR. GRAND:  The Cochrane summary which
6  I had previously marked as Elser 10, we are
7  changing that to Elser 13 to correct my
8  mistake in marking exhibits.
9          MR. SNELL:  And that's why I've now
10  marked the AUA Guideline as Exhibit 14.  So
11  thank you, Mr. Grand.
12          (The document marked at Page 110 as
13          Exhibit 10 was re-marked as Exhibit
14          13.)
15  BY MR. SNELL:
16      Q.   You were asked a question about the risk
17  of dyspareunia with the posterior prolapse surgery
18  that Ms. Corbet underwent, and I believe you
19  testified that it was much higher than the rate
20  seen with the TVT retropubic; is that correct?
21      A.   Yes.
22      Q.   And I think you cite to probably in both
23  of your reports, I thought it was a meta-analysis
24  by Micky Karram and Christopher Maher, Surgery For
25  Posterior Vaginal Wall Prolapse.

Page 160

1      A.   Right.
2      Q.   Do you recall that?
3      A.   I do recall that.
4          MR. SNELL:  The tables -- I will go
5  ahead and mark this as Exhibit No. 15 just so
6  you can reference it and we can save time.
7          MR. GRAND:  Do you have a copy of it?
8          MR. SNELL:  I will give it to you.
9          (Elser Exhibit 15 was marked for
10          identification as of 11/5/15.)
11  BY MR. GRAND:
12      Q.   Doctor, do you have that paper handy
13  by --
14      A.   I don't.
15          MR. SNELL:  We can go off the record.
16          THE VIDEOGRAPHER:  The time is
17  2:36 p.m., and we are going off the video
18  record.
19          (Discussion was had off the
20          record.)
21          THE VIDEOGRAPHER:  The time is
22  2:38 p.m., and we are back on the video
23  record.
24  BY MR. SNELL:
25      Q.   Dr. Elser, we have marked the Karram and

Page 161

1  Maher paper on posterior repair, correct?
2      A.   Yes.
3      Q.   What exhibit is that?
4      A.   15.
5      Q.   If you look at Tables 1 and 2, which
6  pertain to normal posterior colporrhaphy and a
7  site-specific repair, you wrote in your report that
8  the overall rates of dyspareunia is 18 percent for
9  either way.  Do you recall that?
10      A.   Yes.
11      Q.   Is that a meta-analysis that you are
12  relying on?
13      A.   Yes.  The Table 1 refers to traditional
14  posterior colporrhaphy.  When they added up all the
15  studies, the dyspareunia rate was 18 percent and
16  the site-specific repair, the dyspareunia rate for
17  all the studies average was also 18 percent.
18      Q.   You mentioned earlier the Kahn paper.
19  That's another paper, the Kahn paper, you are
20  relying on with regard to the dyspareunia rates for
21  posterior repair?
22      A.   Yes.  The Kahn paper is cited in this
23  table.
24          MR. SNELL:  I would like to mark as --
25  what exhibit are we on?

41 (Pages 158 to 161)

Denise M. Elser, M.D.

Page 162

1      THE REPORTER: 16.
2      (Elser Exhibit 16 was marked for
3        identification as of 11/5/15.)
4  BY MR. SNELL:
5      Q.   Exhibit 16 is the registry by Kuuva and
6  Nilsson.  My question to you is very simple.  Is
7  that the registry we earlier discussed that
8  specifically pertains to the TVT retropubic device?
9      A.   Yes.
10      (Elser Exhibit 17 was marked for
11       identification as of 11/5/15.)
12  BY MR. SNELL:
13      Q.   I would like to mark as Exhibit 17
14  another document, and before I do, so Mr. Grand
15  marked various DVDs, thumb drives and some
16  materials you brought here today in response to
17  their request that you produce your file?
18      A.   Yes.
19      Q.   And as I look to the left, there are
20  multiple binders that have not been marked but that
21  you bought those as well?
22      A.   Yes.
23      Q.   And are those materials that you are
24  relying on for your opinions in this case?
25      A.   Yes.

Page 163

1      Q.   You've also brought what's been marked
2  as Elser Exhibit 17.  Can you just tell us what
3  that is?
4      A.   The subpoena request asked me to bring
5  any lectures that I've given on topics of
6  incontinence, so this was a update I gave on
7  urogynecology in September of this year.
8      Q.   Is that a lecture you would have given,
9  is that to patients or doctors or who?
10      A.   It was to OB/GYNs.
11      Q.   Okay.  Does that pertain -- does that
12  lecture pertain to stress incontinence?
13      A.   It talks about incontinence, both urge
14  and stress, but does specifically discuss stress
15  incontinence.
16      Q.   And did you present to gynecologic
17  surgeons on the TVT retropubic device and other
18  midurethral slings?
19      A.   Yes, I did discuss slings, midurethral
20  slings in this talk.
21      Q.   Did you present and discuss with other
22  surgeons clinical study data regarding both stress
23  incontinence and urge incontinence treatments?
24      A.   I did.
25      Q.   And that's just part of your normal

Page 164

1  professional practice that you present to other
2  doctors with regard to stress and urge
3  incontinence?
4      A.   Yes.  This was at a -- at an ACOG
5  course.
6      Q.   Questions were asked of you about the
7  pathology report after --
8      THE VIDEOGRAPHER:  Excuse me,
9  counselor.  Your microphone.
10  BY MR. SNELL:
11      Q.   Some questions were asked about the
12  pathology report following the mesh excision in
13  Mrs. Corbet's case.  Do you recall that?
14      A.   Yes.
15      Q.   And that there was chronic inflammation
16  reported in the pathology report?
17      A.   Yes.
18      MR. SNELL:  Can I have another exhibit
19  sticker.
20  BY MR. SNELL:
21      Q.   So, Dr. Elser, when the original surgery
22  was done, that was a transvaginal surgery where the
23  placement of TVT and the posterior colporrhaphy was
24  accomplished?
25      A.   Yes.

Page 165

1      Q.   And that was in July 2011 --
2      A.   Yes.
3      Q.   -- as you wrote in your reports?
4      A.   It was also a cystocele repair, because
5  we keep saying a sling and posterior repair, but it
6  was a cystocele repair as well as the posterior
7  repair.
8      Q.   And does the cystocele repair -- is that
9  a prolapse surgery?
10      A.   Yes.
11      Q.   Okay.  Does it have all those same risks
12  you identified for posterior repair; namely, wound
13  complications, pain, effect on urination and
14  bladder function?
15      A.   Yes.
16      Q.   And did you see that at the time of the
17  original surgery some of Mrs. Corbet's vaginal
18  tissue was excised and sent to pathology as well?
19      A.   Yes.
20      (Elser Exhibit 18 was marked for
21       identification as of 11/5/15.)
22  BY MR. SNELL:
23      Q.   I would like to give you Exhibit 18.  Do
24  you recognize that as the pathology report from the
25  initial date of surgery when Mrs. Corbet had her

42 (Pages 162 to 165)

Denise M. Elser, M.D.

Page 166

1   prolapse surgeries and the placement of the
2   retropubic sling and the perineoplasty?
3       A.   Yes.
4       Q.   And does that pathology report document
5   that she had mild chronic inflammation in her
6   vaginal tissues before the TVT retropubic sling had
7   even been placed and grown in?
8       A.   Yes.
9       Q.   You opined that Mrs. Corbet's prognosis
10  is good and she is at a very low risk of surgery in
11  the future; is that correct?
12      A.   Yes.
13      Q.   And is that based upon all of the -- are
14  you relying on the TVT studies we have been
15  discussing today and that are cited in your reports
16  and are contained in the thumb drive and materials
17  produced?
18      A.   Yes.
19          MR. SNELL:  I will turn over the
20      witness.  I will just note for the record
21      there are literally seven or eight binders
22      that we haven't marked, but you are free to,
23      if you would like.
24          MR. GRAND:  I will say on the record
25      that I have reviewed those binders and that

Page 167

1       they contain literature that is already cited
2   in the reliance materials that I have, so I
3   didn't feel a need to mark them and burden our
4   court reporter with having to transport tons
5   of binders.
6          MR. SNELL:  That's fine.
7          MR. GRAND:  Just a couple of quick
8      question.
9          FURTHER EXAMINATION
10  BY MR. GRAND:
11      Q.   The pathology report that Mr. Snell just
12  showed you, the difference between that one and the
13  pathology report that was done at the time of
14  revision was a foreign body response, correct,
15  reaction?
16      A.   Yes.
17      Q.   So, one may have -- while they both may
18  have inflamed tissue, one has inflamed tissue
19  because of a foreign body reaction, correct?
20          MR. SNELL:  Objection, foundation,
21      form.
22      A.   One has foreign body response associated
23  with a foreign body being there.
24      Q.   Thank you.  Now, we have talked about a
25  lot of studies today, and I want to -- when we talk

Page 168

1   about some of these larger review studies you have
2   cited in your report, they all rely on studies
3   whose primary endpoint was efficacy, correct?
4       A.   They primarily do.  I won't say that
5   they all do.
6       Q.   Okay.  The majority of the studies had
7   efficacy endpoints as the primary outcome, correct?
8       A.   Yes.
9       Q.   Can you point to a single TVT retropubic
10  study where its primary endpoint was a safety
11  endpoint?
12      A.   Not right now.  I would have to look
13  through them.
14      Q.   And in fact, most of the studies that
15  have been included in these reviews that we have
16  been talking about today as noted by the Cochrane
17  report are short- to medium-term studies, correct?
18          MR. SNELL:  Object to form, misstates.
19      A.   Most of the studies are short- to
20  medium- term as defined by Cochrane, and most of
21  the studies use efficacy as the endpoint which is
22  easier to measure; and because we are seeing such a
23  low complication rate, the ability to do an RCT
24  with your primary endpoint being a complication
25  that's running at 2 percent would be very difficult

Page 169

1   to carry out.
2       Q.   Have you looked at the underlying
3   studies in the Cochrane review?
4       A.   Many of them; not every single one.
5       Q.   You are aware that they collected
6   different safety endpoints in those studies,
7   correct?
8       A.   Meaning that it was not the same in each
9   study?
10      Q.   Yes.
11      A.   Yes.
12      Q.   So therefore, it would be very hard to
13  combine those studies for any safety analysis,
14  correct?
15          MR. SNELL:  Objection, form.
16      A.   They combine the data, but it's not all
17  the exact same data points.
18          MR. GRAND:  No further questions.
19          FURTHER EXAMINATION
20  BY MR. SNELL:
21      Q.   Mr. Grand asked you just a couple of
22  questions there, and I want to follow up.
23          You reviewed a lot of studies about the
24  TVT retropubic device, correct?
25      A.   Yes.

43 (Pages 166 to 169)

Denise M. Elser, M.D.

Page 170

1    Q.   Whether or not their primary endpoint
2  was safety or complications, did those studies
3  report on safety and complications?
4    A.   Yes.
5    Q.   Did they report rates of complications?
6    A.   Yes.
7    Q.   Did they discuss perioperative and
8  operative data, how long it took to do the surgery,
9  the discharge times, things of that nature?
10   A.   Many of them did.
11   Q.   Are those important data in your field
12 as a urogynecologist?
13   A.   Yes.
14   Q.   Is that information you considered in
15 forming your opinions about TVT retropubic?
16   A.   Yes.
17   Q.   And the question was asked about
18 specifically a study regarding the primary endpoint
19 of safety.  Do the registries like the Kuuva
20 Nilsson registry we discussed, is one of their
21 primary functions to report safety in very large
22 patient groups?
23   A.   Yes.
24   Q.   And do they do that, in fact?
25   A.   Yes.

Page 171

1    Q.   And are those data reliable specifically
2  to the TVT retropubic device?
3    A.   They appear to be.
4        MR. SNELL:  No further questions.
5            FURTHER EXAMINATION
6  BY MR. GRAND:
7    Q.   The registry data, registry data can
8  only collect followup safety endpoints if the
9  patient returns to that physician participating in
10 the registry, correct?
11   A.   Yes, and that's why the registries are
12 so beautiful in Norway where as far as a captive
13 audience and it's not so easy for a patient to go
14 somewhere else.
15   Q.   With respect to -- there is a difference
16 between being competent in an area and being an
17 expert in an area, correct?
18   A.   I guess it depends on your definition.
19   Q.   Okay.  Well, the NIH isn't running to
20 you asking you to design clinical trials, asking
21 you to design clinical trials for them, are they?
22   A.   No.
23   Q.   And while you feel competent to review a
24 clinical study in a published article, would you
25 also feel competent to do an in-depth analysis of

Page 172

1  that study and find out whether there are errors in
2  their analysis or whether they properly accounted
3  for certain factors which might affect their
4  statistical analysis of the study?
5    A.   Up to a certain level.
6    Q.   Up to a certain level, but you wouldn't
7  hold yourself out as an expert to perform those
8  tasks, correct?
9        MR. SNELL:  Form.
10   A.   I would consult with the statistician.
11   Q.   You would consult with a statistician.
12       With respect to safety endpoints, there
13 is a difference in a study that has a primary
14 endpoint of safety and a study that just collects
15 data about safety as a secondary endpoint, correct,
16 or even a post hoc analysis, correct?
17   A.   Right, because it may not be powered to
18 measure differences in that secondary outcome.
19   Q.   Okay.  So -- exactly.  So, some of the
20 studies that we have been talking about today may
21 not have even been powered to capture safety
22 endpoints, correct?
23       MR. SNELL:  Form.
24   A.   They might have been powered to tell a
25 difference between two in between, safety between

Page 173

1  two procedures.  It doesn't mean they are not
2  effectively collecting safety data.
3    Q.   Right.  And in fact, many of the studies
4  involved a small number of patients and only were a
5  year-long, if not less, correct?
6    A.   Many of them.
7    Q.   And those studies may not be adequately
8  powered to find certain complications that may
9  arise with mesh, correct?
10       MR. SNELL:  Form.
11   A.   It's possible.
12   Q.   In fact, some of the studies we were
13 looking at were only three-month studies, correct?
14   A.   Some were.
15       MR. SNELL:  Foundation, I think, on
16 three month.
17   Q.   In a three-month study would you expect
18 the rate of -- strike that.
19       MR. GRAND:  I have no further
20 questions.
21           FURTHER EXAMINATION
22 BY MR. SNELL:
23   Q.   Doctor, with regard to your ability to
24 interpret and understand clinical trials, is it
25 correct that you present to other surgeons on

44 (Pages 170 to 173)

Denise M. Elser, M.D.

Page 174

1   clinical trial data and how to analyze those
2   studies?
3       A.   How to interpret the data, yes.
4       Q.   Yes. I'm sorry. And in your role as
5   being on the FDA advisory -- strike that.
6           In your role in consulting with the FDA,
7   are you expected to and do you analyze clinical
8   trial data regarding gynecologic devices?
9       A.   Yes. Let me be clear. I'm not here as
10  an FDA representative.
11      Q.   No, that's fine. I don't know the scope
12  of it.
13          And with regard to the primary analyses,
14  in your report you were referencing several of the
15  studies like Jonsson Funk that interrogated these
16  captive audience databases. Do you recall that?
17      A.   Yes.
18      Q.   And do you recall that those studies,
19  their primary goal, primary power, what they did is
20  they integrated huge databases with thousands of
21  patients, and they specifically looked for safety
22  endpoints like what was the rate of sling revision,
23  removal due to exposure, voiding dysfunction?
24      A.   Yes.
25      Q.   On Page 5 there is a study from Welk

Page 175

1   2015, and you state that it has a 3.3 percent
2   10-year cumulative reoperation rate?
3       A.   Yes.
4       Q.   Did you find that similar to the 9-year
5   3.7 percent rate by Jonsson Funk?
6       A.   Very similar.
7       Q.   And just so we are clear, you and
8   Mr. Grand were discussing how many patients were in
9   various studies, but do you recall that that study
10  by Welk was a Canadian database that analyzed over
11  50,000 women who had received sling placements?
12      A.   Yes.
13      Q.   And so they evaluated safety endpoints,
14  and that was what they primarily reported on,
15  safety endpoints in over 50,000 women getting
16  slings with a 10-year followup?
17      A.   Yes.
18      Q.   Are you aware of any data like that for
19  the Burch or autologous slings?
20      A.   No.
21          MR. SNELL: That's all I have.
22          MR. GRAND: No further questions.
23          THE VIDEOGRAPHER: The time is
24  2:58 p.m. This is the end of Tape 3. It's
25  also the end of the deposition of Dr. Denise

Page 176

1           M. Elser, and we are off the video record.
2               (At 2:58 p.m. the deposition was
3               concluded.)

Page 177

1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2           I, PAULINE M. VARGO, a Certified
3   Shorthand Reporter of the State of Illinois,
4   C.S.R. No. 84-1573, do hereby certify:
5           That previous to the commencement of the
6   examination of the witness, the witness was duly
7   sworn to testify the whole truth concerning the
8   matters herein;
9           That the foregoing deposition transcript
10  was reported stenographically by me, was thereafter
11  reduced to typewriting under my personal direction
12  and constitutes a true record of the testimony
13  given and the proceedings had;
14          That I am not a relative, employee,
15  attorney or counsel, nor a relative or employee of
16  such attorney or counsel for any of the parties
17  hereto, nor interested directly or indirectly in
18  the outcome of this action.
19          CERTIFIED TO THIS 10th DAY OF NOVEMBER,
20  A.D., 2015.
21
22          _____
23          Pauline M. Vargo, RPR, CRR
24          Illinois CSR No. 84-1573
25

45 (Pages 174 to 177)

**A**

**abbreviate** 59:12
**abbrevo** 18:22 20:13 21:14 64:2
**abdelfattah** 40:4
**abdominal** 33:11 60:5,7 77:18
**ability** 168:23 173:23
**able** 43:6 108:19
**abnormally** 133:22
**abreast** 143:10
**absolutely** 29:24 85:7 150:7
**abstract** 147:3
**accepts** 96:21
**access** 58:8
**accommodate** 7:15
**accompany** 98:13
**accomplished** 164:24
**account** 29:22
**accounted** 172:2
**accurate** 49:22 122:18,21
**acog** 164:4
**action** 1:5 177:18
**actual** 38:19 145:15
**acute** 77:9,17 81:7
**added** 38:25 40:21 42:15 76:25 77:7 78:23 120:24 161:14
**adding** 141:13
**addition** 62:19
**additional** 4:11

48:15 51:19 52:20 53:6
**additionally** 78:3
**address** 28:7 64:9 102:23 150:22
**addressed** 95:22
**addressing** 106:14
**adequate** 74:16 84:13 87:18 148:2
**adequately** 73:10,16 86:13 173:7
**adhesion** 79:5
**adjust** 133:7
**administration** 34:12
**advancing** 127:1
**advantage** 21:2 21:7,24 22:3 86:25
**adverse** 76:9,16 78:1,22 80:22 86:22 94:13 106:10
**advisement** 28:17
**advisory** 135:21 174:5
**affect** 172:3
**age** 125:22 127:1
**agents** 58:20 59:10
**aging** 107:16 126:19
**ago** 10:25 24:18 36:8 95:22 100:19 103:5 134:17,19 155:9
**agree** 117:4,13 127:7,9

**agreements** 29:20
**ahead** 24:16 33:8 47:4 56:10 57:23 64:7 65:18 71:7 93:17 101:24 160:5
**al** 5:10,11 6:8,9
**alive** 124:23
**allowable** 105:22
**allowed** 71:20
**alternative** 97:9
**american** 34:7 139:11 158:16 158:18
**amid** 128:3,7
**amount** 143:1 143:17 155:13
**ams** 20:24 60:11 64:5
**analyses** 146:19 174:13
**analysis** 5:19 26:10,14 28:7 100:24 102:7 169:13 171:25 172:2,4,16
**analyze** 36:4,13 83:21 155:21 174:1,7
**analyzed** 40:24 152:22 154:21 175:10
**analyzing** 35:22 35:22
**anesthesia** 78:20 78:21
**angioli** 136:21
**anne** 135:18
**answer** 7:17 17:11 26:16 29:23 85:8 96:5 112:11 124:17

**answered** 35:7 106:2 118:23 154:14
**anybody** 74:5
**apareunia** 81:8
**apart** 16:10
**apologize** 75:4
**appear** 130:5,5 171:3
**appeared** 69:13
**appears** 51:20 55:12 67:16
**apples** 147:17 147:17
**application** 154:6
**applied** 68:23
**applies** 17:22 118:5 156:17
**apply** 68:21 118:15,20 154:20
**appreciate** 48:9
**approach** 21:18 22:25 60:5 114:22,22 115:11,11,13 120:11,12 123:6,7 143:21
**approximately** 38:25
**april** 64:23
**area** 77:18 83:25 171:16,17
**arent** 16:19 106:20
**arm** 97:17,18,20 97:25 98:9,12
**arms** 98:13
**arrive** 23:15 111:22
**arrived** 27:15
**article** 5:10,11 5:17,19 36:14 40:6,10,13 41:1 44:14,16

57:9 171:24
**articles** 14:17 29:1,3 36:5,12 36:24 38:11,25 39:18,22 40:18 41:5,8,16,24 42:15,22,25 43:3,22 44:12 44:18 48:10,12 51:1 52:13 55:8 56:1,13 56:14,21 57:3 57:6,13 100:1 155:19
**aside** 57:18 84:10 123:24
**asked** 14:21,21 15:3 28:21 32:25 34:17 35:7 99:9 103:12 105:6 106:2 118:22 125:14 128:16 137:17 145:25 146:22 147:22 148:5 149:15 151:10 152:9 153:3 154:10 155:8 156:1 159:16 163:4 164:6,11 169:21 170:17
**asking** 16:1 21:18 27:14 28:21 59:20 80:2,4 92:20 96:17 171:20 171:20
**asserting** 64:17
**assessed** 64:20 111:11
**assistant** 133:19
**associated** 5:20 79:20 80:4 167:22
**association** 93:6

139:11 158:18
assume 142:3
atrophy 98:22
  98:25 99:5,6
  107:18
attached 18:4
attachment
  32:20
attempted
  124:10
attempts 102:8
attend 135:16
attendant 85:19
attended 125:8
attention 76:8
  89:13 131:16
attorney 177:15
  177:16
attorneys 38:11
  38:17 39:25
  42:14 43:1
  56:23 57:14
attribute 127:8
  158:11
atypical 79:5
aua 5:14 139:20
  159:10
audience 171:13
  174:16
august 52:22,25
  55:22,25 56:18
authority
  136:13
authors 126:9
  135:5
autologous
  175:19
availability
  19:13,14
available 11:14
  19:15 39:21
  40:14,22 47:10
  58:11 61:3
  96:11 123:1
  131:25 141:18
  142:21 149:7

average 20:16
  161:17
averaged 123:17
aware 38:24
  46:12 55:7
  56:21 85:2,9
  88:13 93:5
  114:9 131:24
  169:5 175:18

**B**
b 2:10 4:1 5:1
  53:18
back 17:24
  23:19 24:13
  26:14,17 49:3
  53:11 54:20
  57:19 75:9
  80:14 82:3
  86:11 87:13
  89:12 91:15
  108:16 112:21
  119:7 124:16
  125:5 131:3
  152:21 157:6
  160:22
background
  34:16
backup 28:15,19
balloon 30:3
ballpark 120:25
band 107:13
base 99:4
based 37:22
  46:10 63:11
  65:14 90:21
  96:14 99:13,21
  99:22 101:20
  106:13 116:11
  149:12 151:4
  155:14 166:13
basic 148:15,24
  149:12 156:12
basically 31:9
  60:21 118:3
  124:14

basing 68:1
  90:20 92:21,22
  99:3 101:19
basis 35:4 68:5
bathroom 65:12
beautiful 171:12
beginning 87:12
  93:18 157:5
behalf 2:2,7 7:8
believe 8:7
  14:23 18:9
  20:15 21:12
  22:13 23:1,23
  25:18 27:12
  50:24,24 57:8
  64:8 69:16
  71:2,3 73:25
  74:3,12,16
  99:8 124:19
  125:21 140:3
  145:25 148:1,5
  153:8 154:5
  156:2 158:24
  159:18
believes 85:19
benefit 71:25
bergen 1:1 6:10
berl1157514 1:3
berl1458914mcl
  1:2
best 25:24
better 59:8,18
  69:8 79:11
  83:12 106:3
  136:14
beyond 24:3,13
  44:17 50:22
  116:22 157:25
big 76:12,13
bigger 75:21
  120:6
billing 8:11 22:9
  22:10
binders 51:2
  162:20 166:21
  166:25 167:5

biocompatibil...
  127:20
bit 36:9 69:5
  75:10 103:4
  108:21
bladder 58:5
  63:7 65:25
  66:19,25 67:2
  71:10,11,19
  76:19 98:16
  107:5,13,14
  165:14
bleeding 74:5
  77:2,23 79:22
  81:9 82:5
blood 69:15 74:7
board 135:21
boardroom 1:15
boards 155:10
body 70:19,24
  80:25 81:1,21
  82:1,13,14,19
  82:25 83:2,21
  85:11 133:5
  167:14,19,22
  167:23
book 110:10
boston 21:1 64:4
bottom 40:3
  60:18,19 69:6
  96:7 138:2,7
bought 162:21
bound 55:12
bowel 76:19
  107:6
box 13:10
break 7:14,18
  17:6 44:5
  47:22,25 55:4
  108:8,20
  111:25 134:13
bring 26:22
  50:15 83:20
  163:4
brochure 90:25
  91:2

brook 1:16 6:7
brought 8:8,13
  8:14 26:20
  41:2 49:7,9,17
  49:19 50:3
  112:9 151:6
  162:16 163:1
bulking 58:19
  59:10
bullet 76:16
  77:3 87:1
burch 58:18
  59:17 136:7
  140:5 175:19
burden 110:17
  167:3
burned 53:25
burt 2:10,11 4:5
  6:16 13:23
  15:19 28:13
  31:25 50:25
  75:18 119:17
  120:3 124:5
  137:13
busy 15:6
butler 2:8 5:5
  6:16 13:23
  52:17,18 55:17
  55:21
butlersnow 2:11
butrick 92:25

**C**
c 1:14 2:1 53:18
  135:18 177:4
cadaver 134:11
  134:14,15,18
calculated 158:9
calculation
  26:23
calculations
  25:9
caliber 146:15
call 76:8 81:24
  117:8,9
called 7:2 28:10

29:16 55:12
98:9 135:11
**camera** 75:10
**canadian** 175:10
**canal** 107:7
**cant** 25:5 30:2
64:19 118:4,14
**capacity** 71:10
71:19,21
**captive** 171:12
174:16
**capture** 172:21
**care** 11:11 27:6
80:16 90:21
133:15
**career** 36:3 56:7
154:16
**carelessly**
133:19
**carry** 20:3,7,10
81:21 92:23
169:1
**case** 1:8 4:9 8:16
8:19 9:8,13,14
9:14,17,22,23
9:24 12:16
14:19 16:10,25
17:21,21 24:7
39:17 42:3,4
47:9 49:15
52:3,6,15,22
56:8,16 90:10
90:17 96:6
162:24 164:13
**cases** 9:19 10:3
15:15 17:5
22:23 78:5
120:18,19
**catchall** 62:8
**catheters** 33:21
**caught** 26:2
72:17
**causal** 90:6 93:6
**causally** 91:12
**cause** 79:6 81:11
90:19 91:25

92:9,18
**caused** 73:1,3
93:2,2 126:25
**causes** 91:13
92:15
**causing** 92:14
**caution** 29:19
**cdroms** 49:10,11
52:16 54:24
**cds** 50:22 51:15
53:25
**cell** 70:19
**center** 1:15 2:9
**certain** 21:3
23:19 54:16
59:7 88:14
101:2 172:3,5
172:6 173:8
**certainly** 40:13
45:14 46:21
47:3 56:11
74:6 81:13
82:2 83:5
88:19 103:11
131:15 151:8
154:17
**certificate** 177:1
**certified** 1:13
177:1,2,19
**certify** 177:4
**change** 130:15
131:17 132:17
133:8 156:21
**changed** 22:9,11
94:19
**changes** 18:2
88:23 130:13
**changing** 159:7
**characterize**
136:16
**checked** 131:1
**checks** 34:16
**chef** 67:2
**chicago** 1:14
**chief** 66:18,24
**chosen** 154:16

**christ** 19:22
**christopher**
159:24
**chronic** 70:19
70:25 71:2,3,4
77:9,17 81:8
82:3 83:3,7,14
83:19 85:10
89:15 94:10
100:6 164:15
166:5
**circle** 57:19
**cite** 91:16,17
92:12 93:18
109:3 123:12
134:21 138:2
146:7 159:22
**cited** 41:14 48:7
48:10 93:8
123:2 136:12
140:2 161:22
166:15 167:1
168:2
**cites** 43:21
**citing** 118:20
**civil** 1:5
**clarification**
151:17
**clarify** 34:11
69:14 155:7
**clark** 31:5
**classes** 29:8,9
**classification**
128:7
**classifications**
128:3,7
**clear** 10:9 24:2,8
26:4 38:13
48:9,11,14
49:18 51:9
53:22 54:23
58:22 70:14
87:15 91:1
99:9 140:7
141:10 159:3
174:9 175:7

**clearly** 116:15
**clients** 18:16,18
22:19 23:6
**clinical** 31:19,21
33:5,6 35:1,2,3
35:9,10,22,23
36:1 109:12
113:7 114:5
122:9 125:8
129:14 130:1
132:8,17
135:22 143:21
145:3 152:11
152:18 154:6
156:1,3,6,11
156:17 163:22
171:20,21,24
173:24 174:1,7
**clinically** 82:2
82:18 152:12
**close** 37:5
**closing** 47:15,17
**clot** 69:15
**club** 36:4,10,16
**cochrane** 5:12
109:6,7 110:23
111:10 114:3
116:3 118:19
120:10 143:24
144:4 145:14
146:1,7 150:24
159:5 168:16
168:20 169:3
**colace** 90:1
**collect** 171:8
**collected** 169:5
**collecting** 173:2
**collection** 57:2
**collects** 74:8
172:14
**colporrhaphy**
91:20,24 92:6
93:3 150:1,12
150:17 161:6
161:14 164:23
**colposuspension**

115:8 136:8
**com** 1:25 2:5,11
**combination**
38:8,9 109:24
**combine** 122:8,9
169:13,16
**combining**
122:17
**come** 43:13
57:16 82:2
140:13
**comes** 140:25
157:21
**comfortable**
94:22
**coming** 57:24
**commencement**
177:5
**comments** 96:6
**common** 135:16
**commonly** 60:10
103:9
**communicate**
147:21
**companies**
135:14,22
**company** 135:17
**comparable**
22:7
**comparative**
106:20
**compare** 39:6
147:17
**compared** 100:3
128:4
**compares**
120:11
**comparing**
100:11 114:21
114:23 115:1
115:10 120:18
120:19
**comparison**
33:20 100:16
**competencies**
155:6

Denise M. Elser, M.D.

competency
  156:12
competent
  171:16,23,25
compiled 56:22
complained
  66:19
complaint 46:25
  66:24 70:1
complaints 47:6
  66:18 67:2,5
  70:4,9
complete 110:7
completed
  108:24
completely
  43:13 101:4
complication
  91:2 117:19
  168:23,24
complications
  5:20 28:3
  111:15 126:4,5
  138:25 141:22
  146:17 149:2,9
  165:13 170:2,3
  170:5 173:8
compound 23:8
comprehensive
  50:25
concept 102:11
concerning
  137:18 177:7
conclude 125:24
  126:10
concluded 176:3
conclusion
  101:25 102:1
  126:14
conclusions
  123:11
conditions 80:5
  80:6
conducted 46:9
  46:13 147:15
conducting

30:15
conferences
  135:16
confidentiality
  29:20
conflict 135:12
conform 147:9
confusing 7:20
  25:19 97:21
connected 93:4
connection 8:12
  56:8
consent 61:16
  61:18,19,25
  62:3,5,7,11
  68:9,13,20,23
consenting
  61:10,11
consents 61:7,12
consequences
  126:23
conservative
  58:1 59:1
consider 35:1,13
  35:15,18 94:5
  94:14 106:1,4
  106:24
considered 50:5
  170:14
consistency
  146:19
consistent 127:4
  127:9 152:23
  153:1 158:5,13
constipation
  58:4 89:14,15
  89:20,23,24
  90:5,13,22,25
  91:5,8,13,16
  91:25 92:5,6,9
  92:13,17 93:2
  93:7
constitute 49:13
constitutes
  177:12
consult 128:23

172:10,11
consultant 9:8
  10:22 11:16,20
  15:16 16:24
consultants
  135:6
consultation
  12:5 34:11
  125:8
consultations
  13:15
consulting 12:6
  15:12 22:10
  174:6
contacted
  145:11
contain 167:1
contained 55:5
  166:16
continence
  33:23
continued 70:4
  70:8
contribute 90:7
contributed
  90:9,14,17
  99:1
contributes 99:5
control 33:14
  58:4 114:5,5
controlled 33:21
  113:7 116:20
  122:1,8,9
  146:5
copied 53:16
copies 50:11
  53:25 75:18
copy 8:3,14
  13:19 17:25
  32:8 37:11,18
  37:19 41:1
  43:8 46:18
  50:15 53:10
  54:25 61:21,25
  112:3 119:9,13
  119:15,18

120:3 124:4,7
  160:7
corbet 1:1,1 4:9
  4:12,13 5:24
  6:8,15 7:8,9
  12:16 16:10,19
  17:21 39:16
  46:14 51:20,22
  52:21 56:8
  64:9,10 67:17
  67:22 68:8
  70:8 84:16
  85:20 86:5
  89:15 94:24
  96:8,11,14
  106:24 149:16
  149:22 157:10
  159:18 165:25
corbets 72:25
  75:8 87:17
  97:12 99:10
  147:24 164:13
  165:17 166:9
core 155:5
correct 10:1,4
  12:22,23 15:6
  16:18 17:1,19
  17:22 19:2,17
  20:18 21:13
  22:15,16 23:14
  25:4 26:13
  28:5 34:19,23
  34:24 36:25
  37:25 38:1,4,5
  40:15 43:2
  45:14,15 46:22
  47:1,10 49:7
  49:11 57:6,7
  57:10 61:3
  63:8,9,12,23
  64:2,5,6,24,25
  65:20 66:6,7,9
  66:14 67:15,18
  68:10,16,24
  69:3 70:1,5,9
  70:16,20 78:10

78:16 79:2,3,8
  79:21 80:16,16
  82:9,15 83:3,8
  83:15,25 85:3
  88:20 89:3,10
  89:11 91:3,6
  91:21,25 93:11
  93:14,25 94:3
  94:4,6 97:14
  97:15,18 98:16
  98:19,23 99:11
  99:12 100:17
  101:9 102:25
  103:12 105:10
  105:20 106:15
  106:22 111:4
  113:4,7,18
  114:6 115:3,10
  115:11,15
  116:12 118:16
  118:21 120:12
  120:16,20,23
  121:2,7,11,12
  121:14,16
  123:3,14,15,18
  124:12 125:9
  125:20 126:6
  126:12 127:5
  127:24 128:24
  129:3,6 130:23
  131:3,4,6
  132:4 135:6
  139:9 141:1
  147:3,24
  150:22 159:7
  159:20 161:1
  166:11 167:14
  167:19 168:3,7
  168:17 169:7
  169:14,24
  171:10,17
  172:8,15,16,22
  173:5,9,13,25
corrective
  157:11
correctly 111:16

Denise M. Elser, M.D.

114:19 115:21
116:17 117:2
132:23 136:9
138:19 151:12
couldnt 17:11
counsel 6:12
14:22 57:25
108:25 177:15
177:16
counseled 96:21
counseling
133:9
counselor 87:4
164:9
counted 72:20
121:15
counter 58:11
county 1:1 6:10
couple 72:21
82:4 94:20
95:22 102:20
146:22 167:7
169:21
course 36:7
57:21 71:15
134:15,15,18
155:9,14 164:5
courses 35:25
36:2 134:11
court 1:1 6:9,19
53:9 54:23
167:4
courtesy 124:7
cover 23:22
53:17 54:1,1
covered 11:4
84:23
cream 107:23
108:3,4
create 74:5
created 147:20
criteria 71:20
criticism 72:3
crochrane
109:20
crr 2:16 177:23

csr 2:17 177:24
ct 1:8
cumulation
53:20
cumulative
175:2
cure 130:15
132:15 155:23
cured 114:16
115:14,16
curious 95:17
current 47:5
73:22 87:18
currently 11:20
11:24 12:9
18:22,25 20:2
27:23 29:7,8
29:12 34:1
57:21 58:14
60:8,13,23
107:23
cut 107:11,13
130:6,9,22,22
131:8,10,12,22
131:23 152:14
cv 18:1,2 19:18
19:25 28:25
29:3 31:22,23
32:6,17 148:13
cycle 93:1
cystocele 66:12
165:4,6,8

───────────
D
───────────
d 1:12 3:1,4 7:1
53:19 148:9
177:20
data 5:4 22:21
23:17 27:20
28:19 30:3
55:13 56:5
57:10 63:20
94:17,18,21,21
100:4 103:9
114:4,6 116:5
116:22 117:10

118:10,18
122:9 123:9
131:14,15
134:4 137:5,17
140:13,13,24
141:5,16,18,24
142:3,5,22
143:1,18,21
144:9 145:3,14
146:4,5,15,20
147:21 152:23
153:2 155:2,17
157:21 158:6
158:13 163:22
169:16,17
170:8,11 171:1
171:7,7 172:15
173:2 174:1,3
174:8 175:18
database 175:10
databases 22:19
174:16,20
date 6:4 8:24,25
10:24 11:6,13
18:5 19:9
46:11 53:3
149:5 165:25
dated 13:24 40:8
51:21 52:1,10
52:12,14,22
55:22
dates 23:16 25:8
day 43:17 128:2
177:19
daytime 65:23
de 125:17 127:3
149:10
death 68:10 69:2
decades 94:20
102:3 143:8
december 13:24
69:7,11
decision 21:4
96:15
defendants 1:8
2:7 6:17

deficiency 59:11
define 143:1
defined 168:20
definition
171:18
definitions
147:8,19
degree 116:15
demonstrate
93:6
demonstrated
109:8
denise 1:12 3:4
4:3,5,7,10 5:5
5:22 6:11 7:1
175:25
depending
152:13
depends 171:18
deponent 6:11
deposed 7:10
8:18 9:2 22:11
deposition 1:11
4:3 6:6 8:3,21
9:16 11:4,6,13
15:2 16:3 55:7
64:10,18,21
68:3,4 148:13
151:20 175:25
176:2 177:9
deps 1:25
describe 116:14
described 67:24
68:15,19
design 30:12
31:16 33:13,23
35:1,2,4,9,10
35:16 36:1
156:4 171:20
171:21
designed 31:10
31:21 33:1,5
129:2
designing 31:19
designs 156:7
desire 65:11

despite 71:8
details 27:4,19
deterioration
126:25
determine 27:15
27:21 72:2
108:20
detrusor 86:15
149:11
develop 107:11
developing 12:3
development 5:4
11:25 55:13
56:5,13 57:9
device 31:6,8
58:9 105:25
121:23 137:19
141:6,11,17,25
142:6,13,18,20
142:23,25
143:17,18
144:10,17,24
145:3,18
146:24 149:18
149:21 151:3
151:23,24
152:17 154:23
157:22 162:8
163:17 169:24
171:2
devices 12:1
35:16 130:14
141:14 143:11
174:8
devote 15:9,12
diagnose 66:8
diagnosed 67:9
67:11 70:14
diagnosis 66:17
67:13
didnt 16:4 24:13
41:10 45:13,14
67:13 85:3
88:3 93:10
95:3 117:22,25
126:14 127:14

142:10,15
153:5 154:11
167:3
**difference** 76:24
100:23 101:9
107:3 129:14
129:17 130:2,3
132:8 152:13
152:19 167:12
171:15 172:13
172:25
**differences**
129:23 172:18
**different** 18:15
22:8 33:20
53:19 61:15,15
62:4 66:15
67:6 72:11
101:1,5,5,6
102:9 121:14
122:17 130:14
131:19,20,23
151:25 153:18
153:23 156:3
156:11 169:6
**difficult** 43:11
133:11 168:25
**difficulties**
126:18
**difficulty** 168:18
**direct** 100:16
**direction** 177:11
**directly** 23:1
48:7 102:5
112:11 177:17
**disagree** 88:22
88:23
**discharge** 79:5
170:9
**disclose** 29:25
**discomfort** 79:6
81:12
**discovery** 1:15
**discuss** 36:12,23
58:15 119:5
142:15 145:7
163:14,19,21

170:7
**discussed** 20:6
44:10 61:1
63:7 139:8
142:8,11 144:3
162:7 170:20
**discusses** 43:22
**discussing** 52:3
80:23 137:16
140:21 145:19
147:14 157:19
166:15 175:8
**discussion** 48:25
112:18 160:19
**disk** 4:11,13,15
4:17,18,20,21
53:4
**disks** 54:13
**disorders**
153:11
**dispute** 67:24
**dissection** 78:6
78:11
**distort** 133:12
133:15,24
**division** 1:1,5
6:10
**docket** 1:2,3
**doctor** 50:3,19
72:3 87:24
88:3 140:18
143:6 148:8
160:12 173:23
**doctors** 63:2
78:10 82:22
83:6,12 87:21
89:2 145:4
163:9 164:2
**document** 13:11
55:12 115:5
145:15 159:12
162:14 166:4
**documents** 8:10
44:19 49:14
54:16 129:16
129:23

**doesnt** 7:19 27:6
36:17 39:9
42:10 43:25
71:25 92:13,13
113:13 173:1
**doing** 29:12 48:3
74:3 79:15
85:22 87:25
89:6 90:3
122:25 159:4
**dont** 8:23,25 9:1
9:15,18 10:24
11:5,11 12:18
13:4,21 16:5
19:9 20:7
21:12,15,15
22:12 23:16,23
24:5 25:7
26:17 27:3,7
27:12,18 28:20
29:7,20 32:1,5
32:16 40:12,24
41:3 43:16
47:16,19 50:6
50:12,12 51:4
51:5,12 53:21
56:17 57:8
58:1 59:13,21
59:24 60:23
61:23 63:15,25
71:6 72:9 73:3
73:5 80:7,9,16
81:25 83:1,10
83:19,19,22,24
84:2,11,18
85:7,13,15,17
85:18,21 86:24
88:21,22 89:7
90:4 93:8,24
95:10,13,15
96:4 104:22,24
105:9,10
107:24 110:6
112:9,12 114:8
114:11,23
125:16 128:23

130:2,15 132:1
135:8,10 138:5
139:19 146:2
151:16 154:16
160:14 174:11
**doubting** 11:8
**downers** 19:23
**dr** 6:11 7:6
10:21 13:24
15:22 46:5,13
49:6 53:11
64:23 65:2
66:5,8 67:8,10
67:14,22 84:14
84:15 85:2,15
85:19 86:4
88:11 89:22
92:25 96:24,25
97:7 98:9,22
108:19 137:13
157:8 160:25
164:21 175:25
**drafted** 39:16
**drafting** 151:15
**dramatically**
133:8
**draw** 89:13
**drive** 2:9 5:3
49:10 50:10,22
50:24 51:2,11
51:13 54:6,15
55:2 166:16
**drives** 21:3
162:15
**dropped** 22:2
66:19,24 67:2
**drug** 34:12
135:22
**dry** 147:19
**due** 126:10
138:24 174:23
**duly** 6:24 7:2
177:6
**duration** 147:2
**dvds** 49:10
53:19 162:15

**dysfunction**
77:11 81:7
92:11,14,15,19
136:6 139:22
147:11 149:10
174:23
**dyspareunia**
46:25 67:23
70:1 81:8
90:14,17,19
91:1,13 93:7
93:18,25 94:25
98:19 99:1,5
102:15,23
103:15 104:11
104:21,25
106:14 125:15
136:5,15,23
137:6,19
138:10,12,16
139:16 140:4
149:10 159:17
161:8,15,16,20

---
**E**
---

**e** 1:1 2:1,1 3:1
4:1 5:1 6:8
108:14,14
**earlier** 52:3 63:8
134:23 157:8
158:23 161:18
162:7
**earliest** 144:23
**early** 5:4 52:25
55:13 56:5
57:9
**easier** 37:9
75:22 168:22
**easy** 171:13
**edges** 130:5
152:13
**education** 89:8
90:25
**edward** 19:23
**edwards** 4:15,22
51:25 52:15

Denise M. Elser, M.D.

effect 147:23
165:13
effective 116:23
117:18
effectively 173:2
effectiveness
115:19
effects 94:13,23
106:10 126:24
129:10
efficacy 117:13
117:18 118:1
154:6 168:3,7
168:21
eight 166:21
either 27:19
42:9 63:6
65:23 73:5,7
79:2 95:3
107:9 114:17
115:13 118:1
161:9
elderly 59:16
electronic 53:21
elemental
149:12
elevate 60:10
elevated 71:9
elicited 128:19
elliot 15:22
elmhurst 19:24
19:25
elser 1:12 3:4
4:2,3,5,7,10
5:2,5,22 6:11
7:1,6,24 10:21
13:24,25 32:12
32:13 37:14,15
49:6 51:15
53:11,14 54:7
54:13 55:2,11
55:20 75:6,15
108:19 110:18
110:23 119:25
120:1 124:2
137:13 140:16

157:2,8 158:21
159:6,7 160:9
160:25 162:2
162:10 163:2
164:21 165:20
176:1
emotional 102:1
employ 59:19
60:7 156:12
employee
177:14,15
empty 65:25
emptying 63:7
emr 22:21
encountered
126:18
endpoint 168:3
168:10,11,21
168:24 170:1
170:18 172:14
172:15
endpoints
117:23 118:1
168:7 169:6
171:8 172:12
172:22 174:22
175:13,15
english 76:2
enlightening
79:19
envelope 53:4
epidemiologic
154:22 155:2
155:17
epidemiology
35:19,25
154:11,12,15
154:17 155:15
156:17
epithelium
107:7,17
eric 1:1
eroded 107:5
erosion 23:3
79:16 106:25
107:1,4,11

erosions 123:13
149:3
errors 172:1
especially 79:19
125:22
esq 2:5,10
estimate 18:12
estimated 16:16
estimates 15:14
estimating 14:8
estrogen 107:18
107:23 108:2
et 5:10,11 6:8,9
eth 5:7,8
ethicon 1:4,4,6
4:11,13,15,17
4:20,21 6:8,17
9:11 11:17
12:6,10,13
17:14 20:20
30:6,24 51:18
51:22,24 52:8
88:13 129:17
135:5 137:14
142:22
ethicons 129:22
europe 135:16
evaluate 22:22
154:19 155:1
evaluated
121:22 126:3
154:1 175:13
evaluating 35:23
126:19 143:21
156:18
evaluations
154:20
event 86:22
evidence 98:22
103:4 109:8,9
109:11,13
110:14 116:12
116:23,25
117:5,10,11
122:12 123:22
156:10

exact 10:19,20
18:22 20:13
21:8,10,24
22:2 63:18,21
64:2 131:22
151:24 169:17
exactly 85:21
172:19
exam 47:6,13
examination 3:3
7:4 46:13,19
137:11 167:9
169:19 171:5
173:21 177:6
examined 7:3
66:5 67:14,17
93:21
example 15:22
24:10 98:14
examples 92:23
exams 46:10
exception 20:14
80:21
excised 165:18
excision 164:12
excited 94:17
excluded 125:2
excuse 71:16
87:3 99:2
118:25 164:8
exercise 31:11
58:6
exhibit 4:2,3,5,7
4:9,11,13,15
4:17,18,20,21
5:2,3,4,5,7,9
5:10,11,12,13
5:13,14,17,19
5:22,24 7:24
8:2,6 13:22,25
17:24 32:13
37:15 54:14,16
54:24 110:18
110:20 120:1
124:1,2 157:2
157:16 159:10

159:13,13
160:5,9 161:3
161:25 162:2,5
162:10,13
163:2 164:18
165:20,23
exhibits 54:14
54:17 75:15
159:8
existed 39:20
expect 173:17
expected 148:18
174:7
expecting 43:16
experience
31:19 92:22
93:12,13,14
94:8 99:4,22
100:5 101:14
101:22 102:2
122:7 130:2
134:5
experienced
64:11
experiencing
69:19
expert 4:7,9 9:3
9:7,10,19 10:2
10:23 11:16
17:4,4 34:25
35:2,8,11,13
35:15,18 43:6
45:18 83:25
127:24 128:23
153:4 154:5,12
154:15 156:16
171:17 172:7
expertise 147:16
experts 15:20
28:18 37:24
50:9
explants 129:5
exposed 79:6
81:11
exposure 63:6
70:15 79:15

Denise M. Elser, M.D.

Page 185

80:21 84:23
97:13 99:20
101:16 107:1,2
107:6,15,20
130:16 132:14
174:23
**extend** 85:15
**extremely**
107:10
**eyeballing**
121:16

**F**

**f** 108:14
**fact** 27:10 55:19
64:1 70:7 77:6
107:21 120:22
121:13,17
130:20 168:14
170:24 173:3
173:12
**factor** 90:6
**factors** 71:4
172:3
**fair** 12:4 42:17
45:13 47:8
50:4 52:17,24
101:8 117:20
118:2 141:16
141:24 142:17
144:8 152:2
153:25
**familiar** 35:3
102:11 109:11
128:2 144:20
145:10
**family** 10:8,14
**far** 20:16 26:17
68:19 134:9
138:11 171:12
**fascial** 140:5
**fat** 110:10
**favor** 25:13
**fax** 1:24
**fda** 45:6,7 174:5
174:6,10

**feel** 7:14 37:10
59:3 65:11
94:21 119:12
156:16 167:3
171:23,25
**feeling** 53:23
69:15 101:20
102:1
**fees** 8:11 135:20
135:21
**fellow** 60:21
94:16
**fellows** 60:22
**fellowship**
155:10
**felt** 69:8
**female** 5:15 34:8
147:10 155:11
156:18 158:19
**field** 57:17
143:10,22
147:16 149:12
155:6 156:13
170:11
**fifth** 40:2
**figure** 131:3
**file** 41:2,2,6,8,9
41:11 49:7
53:20 55:5,6
61:22 162:17
**files** 53:21 56:15
**filling** 71:11
**find** 11:9 40:18
56:4 63:1 93:9
103:10 111:23
111:25 114:25
117:18 137:7
139:6 147:5
152:18 172:1
173:8 175:4
**finding** 21:22
47:7 65:7
**findings** 46:8
71:9 116:16
**fine** 42:11 67:7
90:3 95:8,16

167:6 174:11
**finish** 7:17 88:6
**first** 7:2 8:2
10:22 12:15,18
12:21 32:4,5
34:16,18,20
37:20 39:16
45:8 55:25
56:12 60:16
66:10 72:11,12
76:16 77:8
92:7 102:21
107:3 109:5
114:25 125:18
153:22 154:14
**firstline** 58:25
96:13
**five** 26:15 69:7
105:23 106:6,7
106:9 114:10
114:17 115:19
116:6,22 117:1
117:5,9,9
120:15 121:2,4
136:23 151:22
**fiveyear** 94:21
106:11 136:22
**fix** 92:7
**fixed** 59:14
**fixes** 92:6
**fleischmann**
46:5,13
**flipping** 119:7
**floor** 1:15 80:24
91:11 92:25
102:24 106:21
126:25 147:11
153:10,10
154:3
**flow** 148:16
**flows** 141:5
142:5
**focus** 21:17
**focused** 155:14
**follow** 124:10
140:17 169:22

**followed** 69:23
**following** 62:23
69:11 70:5
84:6 88:15
102:15,23
125:19 164:12
**follows** 7:3
**followup** 22:23
24:20 25:1
26:12 105:17
106:1,5 121:2
125:20 136:22
137:15 142:12
147:2 171:8
175:16
**font** 5:9 120:6
**food** 34:11
**ford** 110:3 144:4
150:24
**foregoing** 177:9
**foreign** 70:19,24
80:25 81:1,21
81:25 82:13,14
82:19,25 83:2
83:21 85:10,11
167:14,19,22
167:23
**forgot** 32:25
**form** 18:18
24:14,16 28:4
33:8 35:6
41:19 47:2,11
49:17 53:2
56:10 57:23
61:16,17,18,19
62:3,5,7,10,11
63:13,24 65:18
65:24 68:13,14
68:18,23 70:2
70:21 73:6
74:15 78:12,18
79:12 80:1,7,8
80:15 81:23
82:10,16 83:9
83:16 84:1
85:4,16 89:4

92:16 97:3,19
98:2 101:10,23
103:1 104:16
105:1,21 106:2
109:13,14
111:2,24 112:3
112:6,11
113:12 114:7
115:4 117:15
117:24 118:8
122:22 126:13
127:25 128:12
128:25 129:7
130:24 132:5
167:21 168:18
169:15 172:9
172:23 173:10
**formation** 79:5
**forming** 170:15
**forms** 61:8,25
115:2
**formulated**
151:2
**fort** 2:9
**forth** 119:8
**forward** 37:10
40:6 108:24
**found** 57:13
111:14 145:22
152:22
**foundation** 39:3
47:4 68:18
82:16 83:9,17
85:4 88:16
97:19 98:2
101:10 103:2
104:17 116:1
129:20 135:7
143:4 148:21
167:20 173:15
**four** 19:20 114:9
115:24 116:4
**fourth** 69:6
**fouryear** 124:20
**frail** 59:15
**free** 37:10 50:1

Denise M. Elser, M.D.

119:12 166:22
**freefloating**
13:10
**frequency** 79:4
**frequent** 65:19
65:22
**frequently** 25:15
66:1 91:13
**fresh** 133:21
**front** 17:25
112:5
**function** 58:5
165:14
**functions**
170:21
**funk** 174:15
175:5
**further** 29:18
69:5 77:1
99:18 115:17
137:9 148:11
167:9 169:18
169:19 171:4,5
173:19,21
175:22
**future** 106:25
107:8,15
157:11 166:11

―――――――
**G**
**gather** 122:12
**gathering** 103:3
**general** 17:3,4,9
17:13,13,18,20
31:18 78:20
102:22
**generally** 26:11
62:13 63:1
78:19
**generic** 62:12
79:17
**getting** 45:22
72:22 86:11
89:12 146:16
151:20 175:15
**giant** 70:19

**give** 29:23 32:8
118:15 119:9
122:18 127:19
139:19 160:8
165:23
**given** 21:5 163:5
163:8 177:13
**gives** 79:10,13
79:17 106:7
122:20
**giving** 87:21
**glass** 75:3
**go** 8:6 24:13,16
26:14 29:18
33:8 39:4 44:3
44:4,17 47:4
48:19 54:7
56:10 57:23
59:4 61:13
62:8 65:18
69:5 71:7 77:3
80:14 84:19
91:10,14,15
96:4 98:15
101:4,23
103:17 116:8
154:16 160:4
160:15 171:13
**goal** 174:19
**goes** 83:22 131:3
**going** 7:12,13
10:11,19 17:2
25:11 28:14
37:13 38:14
39:2 43:10,17
44:9 45:20
47:21 48:23
49:16 51:3,5
51:10,14,16
53:6,9,13
54:10,23,25
60:15 66:13
74:1,25 75:6
75:12 76:4
78:19 82:13
87:9 88:8

95:18 97:22
102:5 106:12
108:10 110:13
110:22 115:25
117:5 118:11
119:11 120:7
128:14 131:5
131:20 132:14
132:15,15,16
139:18 145:15
148:17 156:25
160:17
**golkow** 1:24,25
2:14 6:3
**good** 7:6 10:11
19:22 59:14
91:22 96:8
106:7 108:7
120:5,25 122:7
166:10
**gortex** 153:22
**grand** 2:5 3:6,8
3:13 6:14,14
7:5,7 8:1 11:8
11:15 13:18,21
14:2 15:18,25
16:8 17:6,8
18:19,24 25:11
25:18,24 26:3
26:21 27:8,9
28:14,20,24
29:23 30:5,23
32:2,11,15,19
32:23 33:3
37:13,17 38:19
38:23 42:8,16
43:24 44:3,7
44:11,22 45:2
45:4 48:2,8,14
48:21 49:5,20
49:23 50:8,18
51:3,10,14
53:8,13,17,23
54:4,22 55:3
61:24 62:2
74:9,11,25

75:4,12,18,22
75:25 76:3
80:9,13,17,19
86:9,10 87:5
87:14 88:6,9
97:5,6,22,25
98:3 104:2
108:4,18
110:21 112:23
118:25 119:24
120:3,8,9
124:4,9 127:16
127:18 128:20
128:22 129:21
134:24 135:3,4
137:9,17,22
138:5 139:19
140:7,16,20
142:1,8 143:4
144:3,25
145:25 146:22
148:21 149:17
151:10 152:9
152:25 158:24
159:1,5,11
160:7,11
162:14 166:24
167:7,10
169:18,21
171:6 173:19
175:8,22
**grands** 151:13
**granted** 101:12
**grants** 135:13
135:21 136:2
**granulation**
82:3,5
**great** 32:10
**greater** 82:14
114:10 117:5
121:2
**greek** 75:24 76:1
**groin** 77:17
104:5
**groundbreaki...**
92:3

**group** 57:5
101:1 146:1,7
**groups** 170:22
**grove** 19:23
**grown** 166:7
**guess** 18:2 22:25
27:10 51:4
68:22 72:21
105:5 108:23
120:14 122:4
171:18
**guideline** 5:14
159:10
**guidelines**
139:12 144:1
158:20
**guys** 15:18
**gyn** 148:14
**gynecare** 1:6,6
4:11,13,15,17
4:20,21 5:7,9
51:18,23,25
52:8 60:12
135:5,23 136:2
**gynecologic**
148:19,22
149:13 163:16
174:8
**gynecology** 34:6
34:7 148:12
**gyns** 163:10

―――――――
**H**
**h** 4:1 5:1 66:22
**half** 127:19
**hand** 6:22 130:8
139:18
**handy** 160:12
**happen** 37:1
81:2 84:24
86:8 107:16
126:11
**happened** 28:6
**happy** 7:15
20:12 43:8
**hard** 50:11,15

Denise M. Elser, M.D.

91:23 133:2,7
133:7,10
169:12
**harm** 88:19,21
**harrell** 66:5,8
67:8,10,14,22
84:14,15 85:2
85:15,19 86:4
88:11 96:24,25
97:7
**harrells** 64:23
65:2
**havent** 15:23
63:16 72:20
74:23 84:3
100:10 120:24
129:5 130:20
130:25 132:8
132:11 166:22
**heal** 128:4
**health** 1:5
**hear** 46:16
127:14
**heard** 46:15
132:1 151:12
**held** 6:6
**help** 43:20 53:4
58:3 147:20
**helped** 33:23
**helps** 147:17
**hematoma**
69:22,24 72:25
73:1,11,17
74:2,6,8,13
77:3,24 97:12
149:16 150:6,9
150:18,25
151:3,8
**hematomas**
150:22
**hemorrhage**
77:2,24 81:8
**hereto** 177:17
**heterogeneity**
102:12
**hey** 131:20

**high** 71:21 84:7
107:21
**higher** 101:13
123:16 159:19
**highest** 109:7,13
**highlight** 103:25
**highlighted**
104:4 119:14
119:18
**highlights** 86:24
**highly** 7:20
**hoc** 172:16
**hold** 17:2 31:24
34:25 35:8
48:2 83:24
112:2 118:22
127:7
**holding** 85:25
**honest** 50:7
**hope** 79:22
**hospital** 19:15
19:19,22,23,24
19:24 20:7
61:3,9 68:9,13
68:20,23,24
**hospitals** 19:20
20:2 61:6,8
62:4,4,7,11,14
**hours** 13:2,15
14:6 15:8,11
16:9,14,23
17:10 65:23
151:14,21,22
**huge** 174:20
**hundred** 24:11
24:11,12
**hypermobile**
59:13
**hypertonicity**
91:11 93:1

**———— I ————**

**ics** 147:10
**id** 4:2 5:2
**ideal** 106:7
**identification**

7:25 14:1
32:14 37:16
54:18 75:16
110:19 120:2
124:3 157:3
160:10 162:3
162:11 165:21
**identified**
124:20 128:18
139:14 148:25
156:2 165:12
**identify** 6:12
39:18 43:6
50:19 152:11
**ifu** 73:10,16,20
73:22 74:18
84:17,17 86:13
88:2,20 89:7,9
147:23,23
**ill** 65:8 119:24
**illinois** 1:13,16
2:17 6:7 177:3
177:24
**illustrates**
126:18
**im** 6:2 7:7,12
10:1,9,11,13
11:8,9,11 12:2
13:22 14:8,16
16:1 17:2
19:18 20:1
21:17,18,22
23:1 25:18
26:1 27:1,6,14
27:15 28:21,22
29:25 33:9
35:3,10 37:13
38:13,14 39:2
39:11,13 43:11
43:11,16 45:22
48:2,8 49:16
50:19 51:3,5
51:10,14,16
53:13,22 54:4
54:6 57:4
60:15 61:9,10

63:18 65:7
66:2,15 71:24
73:12,13 74:25
75:6,12 76:4
80:4,13 86:11
86:22 92:17,20
92:22 93:12,16
94:7 95:3,12
95:14,17 96:17
97:5,22 103:22
103:22 104:3
105:5,7 110:13
110:22 112:13
112:24 115:25
118:9 119:11
119:19 120:5,7
121:19 126:17
127:14,17
128:1,16 130:1
138:19,19
139:18 145:15
151:12 152:16
154:2 156:13
174:4,9
**ime** 46:5
**immediate**
157:25
**implant** 24:24
65:16 67:11
75:8 78:4
87:25 89:16,18
89:20 94:25
**implantation**
71:13 84:7
87:17 94:13
132:22 133:1
134:3
**implanted** 27:22
27:25 70:25
84:14,15 85:11
85:20 86:5
97:4 103:16
133:2,22 134:9
153:23
**implanting**
61:14 84:22

97:1,8 133:16
148:6,8
**implicated**
120:23
**important**
170:11
**importantly**
47:6
**impressa** 30:20
30:21 31:1
58:10
**impressions**
66:11
**improvement**
114:16
**inaudible**
150:13
**incidence**
100:11,12
101:3 102:4,23
103:6 107:19
125:23
**incident** 24:7
101:7
**include** 26:7
55:9 58:19
64:4 142:18
144:16 149:2
**included** 26:10
27:4,17 51:2
77:2 113:11
118:7 124:25
125:21 131:6
145:23 146:10
168:15
**includes** 26:23
**including** 10:4
13:13 76:18
77:2,17,23
90:23 111:11
135:23 145:3
154:22
**incomplete** 63:6
**inconsistent**
152:23
**incontinence**

Denise M. Elser, M.D.

| | | | | |
|---|---|---|---|---|
| 5:15 20:21,23 | indicator 93:24 | 81:13 82:6 | 82:24 | 165:1 |
| 29:13 33:2,12 | indirectly | interest 135:12 | isd 59:12 | june 52:14 |
| 57:25 58:12 | 177:17 | interested 46:8 | isnt 42:17 44:9,9 | justice 48:5 |
| 61:19 62:18,23 | inflamed 167:18 | 177:17 | 132:3 171:19 | |
| 64:12,16 65:1 | 167:18 | internal 22:18 | issue 22:14 84:3 | **K** |
| 65:16 66:9,14 | inflammation | 129:16,23 | 93:15 | k 33:15,16 |
| 66:25 67:12 | 70:19 82:3 | international | issued 17:4,13 | kahn 91:17 |
| 71:9,18 73:14 | 164:15 166:5 | 34:5 | issues 85:3 | 161:18,19,22 |
| 74:4 77:21 | information | interpret 155:16 | item 45:8 | karram 5:17 |
| 79:1 81:7,9 | 37:22 43:4 | 156:6 173:24 | items 139:15 | 159:24 160:25 |
| 84:6 85:22 | 47:10 56:4 | 174:3 | iuga 147:9 | kathleen 7:8 |
| 86:14 90:6 | 83:6,13 84:2 | interrogated | ive 32:19 41:13 | 64:9 |
| 94:11 95:25 | 87:22,24 88:20 | 174:15 | 82:1,18 93:16 | kathryn 1:1 |
| 96:19,21 | 89:2,10 106:8 | interstim 71:13 | 109:19 131:13 | 5:24 6:8,15 7:9 |
| 100:22 104:7 | 113:3,6 115:18 | 71:25 72:9,10 | 132:1,6 151:15 | 46:14 |
| 114:15 115:3 | 122:13,19,20 | intravaginal | 159:9 163:5 | keep 22:18 |
| 125:24 126:10 | 122:24 145:23 | 31:9 | | 45:20 53:5 |
| 126:11,20,22 | 170:14 | intravesical 30:3 | **J** | 56:25 65:8 |
| 127:4 139:12 | informed 61:7 | intrinsic 59:11 | january 70:16 | 66:13 95:5 |
| 139:23 143:11 | initial 14:9,10 | invasive 71:12 | 75:13 89:23 | 165:5 |
| 148:16,17 | 165:25 | 72:14 78:16 | jeff 6:14 | keeping 146:14 |
| 153:15,20 | initially 5:12 | investigate 56:4 | jeffrey 2:5 7:7 | kimberly 31:5 |
| 154:8,24 | 124:20 | investigator | jersey 1:1 6:10 | kind 15:12 |
| 156:14 158:19 | injections 58:19 | 30:9 31:13 | jgrand 2:5 | knew 39:20 53:6 |
| 158:19 163:6 | 59:7 | 33:6 | jobs 154:17 | 103:5 132:2 |
| 163:12,13,15 | injury 68:9 69:2 | invited 124:16 | john 1:7 | know 7:10,15,21 |
| 163:23,23 | 74:7 | invoice 4:5 8:14 | johnson 1:6,7 | 11:5 12:17 |
| 164:3 | instability 86:15 | 13:1,3,23 14:3 | 6:17,18 11:21 | 15:21 16:9 |
| incorrect 71:15 | instance 46:24 | 22:14 | 11:22,25,25 | 19:9 20:1 |
| increase 84:6 | 144:19 | invoices 15:15 | 12:6,7,9,10,12 | 21:23 24:6 |
| increased | instances 58:17 | 15:21,24 16:3 | 12:13 135:13 | 27:3 28:6,20 |
| 125:18 126:10 | instructed | involve 113:15 | 135:13,23,23 | 28:22 29:20 |
| 126:11 | 133:14 | 120:16 142:12 | 137:14,14 | 31:3 32:1 33:1 |
| increasing | intact 98:6 | involved 11:24 | joint 147:10 | 33:4 40:24 |
| 106:10 125:23 | 133:24 | 30:17 60:20 | jonsson 174:15 | 41:3,24 42:10 |
| indepth 171:25 | intake 64:23 | 71:17 113:17 | 175:5 | 43:3,22,25 |
| indicate 83:6 | 65:2 | 113:24 118:12 | journal 34:6,6,7 | 47:5 48:17 |
| 99:10 113:23 | integrated | 121:10,13 | 36:4,10,15 | 50:5,6,13 51:4 |
| 149:17 | 174:20 | 146:23,24 | journals 34:2 | 51:5 53:18,19 |
| indicated 58:20 | integrates 78:4 | 156:3 173:4 | 57:16 155:20 | 53:22 63:10 |
| 59:10 68:8 | intend 28:11 | involving 8:20 | judgments | 66:3 68:5,20 |
| 69:7 | intention 24:6 | 9:11,20 18:11 | 50:11 | 70:18 71:6 |
| indicates 113:9 | intentionally | 60:1 62:18 | july 12:18,22 | 72:21 73:3,8 |
| indicating 67:8 | 25:19 | 105:25 106:18 | 32:11 37:20 | 74:6 79:14 |
| indications | intercourse | irrelevant 43:14 | 52:1,10 60:16 | 80:7,9 81:25 |
| 20:22 | 77:13 79:7,25 | irritation 82:23 | 64:12 99:11 | 83:19,22 84:18 |

84:19,22,23,24
84:24 85:3,15
85:17,18,21,24
88:10,17 89:7
89:24 94:15,22
96:3 100:1
101:3 102:14
103:21 104:20
104:24 105:6,9
105:10,14
107:18,24
110:6 112:9
113:20 114:3,8
114:23 123:20
125:2,4,14,16
129:17 130:3
130:13 131:18
135:8,15
136:25 148:10
148:18 151:16
155:16 156:6
174:11
**knowing** 28:2
102:1
**knowledge** 88:1
149:13 153:9
**knowledgeable**
153:17
**known** 85:10
86:4 149:12
**knows** 42:9 74:4
85:17,23
**kulsenghanssen**
136:1
**kuuva** 5:19
144:19 145:7
162:5 170:19

———————
**L**
**lab** 128:2 134:6
134:10 153:6
**label** 5:7,9 74:17
74:18 75:7,13
77:4,7,8 79:2,8
79:10,11 80:22
84:10,12,13,13

86:20 87:16,16
87:18,19 88:24
148:2,3
**labeled** 44:25
52:17 55:1
**laboratory**
132:21 134:2
**laceration** 74:1
**lacerations**
73:18 74:14
76:17
**lack** 59:18
**lacks** 39:3
**lags** 116:24
**large** 5:9 53:20
81:22,24
170:21
**largely** 76:21
146:8
**larger** 168:1
**laser** 130:6,9,22
131:10,12,22
**lasercut** 129:15
129:18,24
130:4,18
152:10
**lasting** 157:25
**launch** 88:15
**law** 1:1 6:10
**lawn** 19:22
**le** 1:14
**lead** 92:18
**leading** 64:12
67:21 116:15
**leak** 31:12
**lean** 75:9
**learn** 123:9
148:24
**lecture** 5:22
163:8,12
**lectures** 163:5
**leery** 114:4,8
146:3,4
**left** 40:4 97:13
97:16 98:5,5,6
98:9,10,15

162:19
**leg** 77:18
**letter** 5:5 45:6
55:19,20
**level** 60:21
109:7 172:5,6
**levels** 109:8
156:10
**limitations**
116:9 122:23
**limited** 12:5
59:7,8 116:19
**line** 3:14,15,16
3:17 60:19
72:11,12
**link** 93:5
**linked** 91:19
**list** 38:3,7,15,16
38:19 39:1,6
40:3,11 41:7
41:17,21,22
42:13,18,19,24
43:17 44:13,18
45:9,10,16,25
47:17,20 48:16
67:13 100:2
108:20,25
145:16
**listed** 55:6 77:8
80:21
**listen** 25:25
**listening** 95:12
**lists** 121:21
**literally** 166:21
**literature** 13:14
14:16 39:22
40:17 49:14
57:15 90:23
92:24 99:23,24
102:3 111:11
143:7 150:9,18
151:19 152:8
152:10,19
153:13 154:18
154:22 155:21
167:1

**litigation** 1:7
4:11,14,15,17
4:20,22 8:13
9:11 10:23
12:6 16:11
22:10 51:19,23
51:25 52:9
**little** 21:22 36:9
48:1 69:5
75:10 84:21
108:21 115:17
**llp** 2:3,8
**long** 12:24 30:14
48:1 83:23
103:4 111:2,24
145:10 149:11
153:17,24
155:9 170:8
**longer** 25:2
98:13 107:12
110:13 116:24
**longest** 123:22
141:19 142:11
**longterm** 52:13
93:25 94:5,8
94:14,15,16,22
100:4 102:16
105:15,20,23
106:1,4 107:19
113:25 117:5,9
121:23 122:24
126:19 137:4,5
141:16 143:1,2
146:15 157:12
157:18 158:7
**look** 13:1 17:12
17:24 24:2,3,6
25:6 26:16,18
26:19 27:5,11
31:22,23 34:10
39:9,14,22
40:2 47:12,21
64:18 65:4
66:10 68:3
76:15,16 85:5
89:19 90:4

95:2,10,15,17
95:21 98:7
101:4 102:18
106:8 108:20
110:11,24
112:2,10
114:24 118:2,9
118:17 120:7
120:14 121:17
122:14,16,24
125:5,5 131:19
136:14,15
140:15,23
146:18 157:16
161:5 162:19
168:12
**looked** 14:18
23:16 24:12,17
27:4 41:23
50:14 53:5
56:1 63:20
82:1 94:2 96:3
100:19 102:15
109:19 111:24
120:11 128:6,9
131:13 134:6
134:10 143:13
150:8,20,24
169:2 174:21
**looking** 32:3
39:11 62:16
64:20 65:8
66:2,22 94:12
95:5,11 105:7
112:13,24
118:4 134:6,7
136:22,24
137:4 153:23
154:17,19
173:13
**looks** 27:7 67:1
120:17,22,24
121:9,13
**lose** 58:3 65:12
**loss** 74:7
**lost** 126:2

**lot** 22:21 32:21
  48:15,15 75:20
  79:20 82:8
  106:14 131:16
  150:20 167:25
  169:23
**lots** 59:23 88:4
  122:25
**low** 111:14
  137:18 138:15
  139:15 157:10
  157:12 158:7
  158:15 166:10
  168:23
**lower** 100:12
  123:17 127:19
  140:4 151:8
**lunch** 44:5 47:25
  108:8,12,22

**M**

**m** 1:12,12,12,17
  2:16 3:4,4 4:3
  4:5,7,10 5:5,22
  6:5,11 7:1,1
  48:23 49:3
  54:10,12,20
  87:8,10,12
  108:7,10,13,16
  112:17,21
  148:9 156:24
  157:1,5 160:17
  160:22 175:24
  176:1,2 177:2
  177:23
**machines** 134:7
**macroporous**
  127:21 128:18
  152:6
**magnifying** 75:3
**maher** 5:17
  159:24 161:1
**main** 137:4
**major** 111:14
**majority** 40:20
  40:21 60:6

140:24 141:5
142:17 144:9
168:6
**managed** 89:25
**management**
  5:15
**manufacturer**
  11:21
**manufacturers**
  29:21 120:20
**mark** 8:2 13:20
  13:21 32:11
  37:3,13 43:8
  50:1,12,12
  51:3,8,10,12
  51:15 53:13
  55:9 74:25
  75:6,12 110:14
  110:22 119:11
  119:24 124:1
  134:25 139:19
  158:20 160:5
  161:24 162:13
  167:3
**marked** 4:2 5:2
  5:13 7:24
  13:25 32:13
  37:15 51:22,24
  52:8 54:13,15
  54:17 55:11,20
  75:15 110:18
  120:1 124:2
  140:16 157:2
  158:21 159:6
  159:10,12
  160:9,25 162:2
  162:10,15,20
  163:1 165:20
  166:22
**marking** 13:23
  54:6 159:8
**master** 1:3
**material** 35:12
  35:13 43:4
  44:25 48:6
  82:17 153:5

**materials** 26:20
  26:22 38:4
  44:24 45:3,9
  45:17 48:16
  49:19 50:20
  52:5 82:21
  127:24 128:2
  128:23 151:5
  153:9,14,18,23
  154:2,7 162:16
  162:23 166:16
  167:2
**matter** 6:7
  100:21 102:22
**matters** 177:8
**maximum** 71:21
**md** 4:3,5,7,10
  5:5,22
**mean** 10:16 11:5
  11:12 19:14
  22:19 25:6,16
  26:11,19 35:24
  37:5 38:18
  44:25 50:11
  56:7 63:18
  80:8 84:14
  89:1 116:1
  145:2 146:2
  154:13 155:14
  173:1
**meaning** 85:17
  85:18 105:2
  169:8
**means** 25:20
  107:4 116:23
**meant** 54:3
**measure** 168:22
  172:18
**mechanical**
  129:14,18,24
  130:4,8,22
  131:8,12,25
**mechanicalcut**
  130:18 152:9
**medical** 4:12
  11:25 34:2

35:16 38:25
44:18 45:16,25
46:11,13 49:13
51:1,19 52:21
105:25 143:7
148:8 150:8
153:13 154:21
155:2,21
**medicine** 34:8
  94:18 155:11
  156:18
**medium** 117:1
  157:18 168:20
**mediumterm**
  117:7,8 121:22
  168:17
**meetings** 36:11
**member** 34:23
**mentioned**
  137:2 161:18
**meridien** 1:14
**mesh** 1:6 4:11
  4:14,15,17,20
  4:22 5:7,8 8:12
  9:10,11 10:23
  11:17,21 15:16
  16:11,24 17:14
  18:11,15,17
  20:19 22:17
  24:11,11 25:14
  26:7 27:22,25
  29:2,2 51:18
  51:23,25 52:9
  59:4 60:1,6,7,9
  61:2,16 62:18
  70:12,15,24
  73:2,2 78:3,5
  79:6,14,15
  81:4,5,11,22
  81:25 82:9,11
  82:17 84:6,7
  84:23 85:19
  94:13 97:12,13
  102:24 103:16
  106:11 107:4,6
  107:11 111:20

127:20,21
128:4,5,10,15
129:2,6,15,18
129:24 130:4,8
130:18,18
132:19,21,25
134:2,6,10,15
134:16 152:6
152:10,14
153:23 164:12
173:9
**meshes** 60:12
**mess** 47:16
**metaanalyses**
  143:13,20,25
**metaanalysis**
  102:9 104:5,10
  109:21,25
  119:6 123:23
  139:9,12 141:4
  159:23 161:11
**methods** 116:15
  147:8
**micky** 159:24
**microphone**
  164:9
**microscopically**
  83:22
**middle** 7:16
  133:17
**midurethral**
  58:17 86:19
  115:1,6 140:12
  158:2 163:18
  163:19
**mild** 98:22 99:6
  166:5
**millimeters**
  71:11
**milo** 2:13 6:2
**mind** 14:10 27:7
  152:2
**mine** 67:1 68:19
**miniarc** 18:23
  20:24
**minimize** 86:17

| | | | | |
|---|---|---|---|---|
| **minimum** 105:17,22,24 107:21 | **muscles** 100:9 | 37:22 38:25 40:18 43:4 46:1 52:10 | 127:3 149:10 **number** 8:10 23:17 27:16,16 | 66:5 150:20 **occasional** 67:5 **occasionally** |
| **minislings** 104:12 | **N** | 58:10 66:19 67:2 74:17,18 | 41:24 58:16 65:11 111:12 | 21:1 **occur** 76:19 |
| **minute** 57:19 100:19 | **n** 2:1 3:1 108:14 108:14,14 **name** 6:2 7:6 | 74:18,23 76:12 76:13 77:4,7 | 116:20 121:3,4 121:21 123:12 | 77:19 86:15 133:4 |
| **minutes** 48:3 95:22 104:1 | 9:15,24 36:15 36:17 137:13 | 79:10 80:22 84:12 87:16 | 127:9 142:11 145:21 173:4 | **occurred** 150:25 **occurrence** |
| **misrepresenta...** 50:13 | 148:9 **naperville** 19:24 | 103:14 131:17 133:21 148:3 | **numbered** 44:22 **numbers** 101:13 | 126:21 **occurring** 107:9 |
| **misstates** 23:9 101:23 106:16 | **narrow** 11:1 **nationwide** 5:19 | **newer** 74:21 **nextnext** 121:20 | 104:13,23,25 111:22 | **offer** 59:24 **offering** 88:18 |
| 113:12 115:4 117:15 118:8 | **native** 62:19 **natural** 125:23 | **nguyen** 138:18 138:20,21,22 | **numerous** 62:17 | 128:14 **office** 2:9 25:9 |
| 118:23 168:18 | 126:11 | **night** 65:20 | **O** | 27:21 30:4 |
| **mistake** 159:8 **modalities** | **nature** 170:9 **nearby** 107:5 | **nih** 171:19 **nils** 2:10 | **o** 108:14,14,14 **oab** 71:12,18 | 42:14 60:22,24 61:13 67:1 |
| 155:24 | **nearly** 143:1,17 **necessarily** | **nilsson** 5:19 162:6 170:20 | 99:10 **oak** 1:16 6:7 | 78:10,14 **oh** 36:8 57:11 |
| **moderate** 116:12 | 21:18 78:9 122:21 | **nilssons** 136:24 **nine** 121:15 | 19:22 **oakbrook** 1:15 | 63:18 65:9 67:5 75:11 |
| **moment** 114:12 **monday** 14:13 | **necessary** 78:1 **need** 7:14 15:25 | **nonresponsive** 74:10 | **ob** 148:14 163:10 | 94:7 95:23 109:24 131:10 |
| 14:15,24 **monofilament** | 27:11 29:22 37:18 48:17,17 | **nonspecific** 81:10 | **object** 26:1 35:6 39:2 49:16 | 131:14 138:6 147:18 |
| 127:22 **month** 46:12 | 49:24 55:9 58:2 68:3 75:2 | **nonvoting** 34:22 **normal** 126:24 | 115:25 117:15 119:17 168:18 | **okay** 7:23 8:17 10:6,20,21 |
| 57:17 72:22 173:16 | 75:18 81:5 82:4 84:25 | 161:6 163:25 **norms** 147:15 | **objecting** 15:18 **objection** 17:3 | 13:6 17:6 19:7 19:21 22:1,6 |
| **months** 37:2,3 69:8 70:7 | 85:5 87:5 95:10,15 | **norway** 171:12 **note** 11:3 28:17 | 23:5,8 24:16 47:11 68:14,17 | 23:12,21 24:8 24:22 25:2,17 |
| 93:21 94:3 105:17 121:4 | 102:18 110:12 138:24 167:3 | 64:10 66:10,22 67:1 127:2 | 83:16 88:7,16 103:1 104:16 | 29:4 31:3 32:25 33:10 |
| 125:19 142:12 147:2 | **needed** 59:4 **needs** 78:5 | 166:20 **noted** 70:18 | 106:16 118:22 126:16 129:19 | 34:18,22 36:22 37:8 38:6,13 |
| **morning** 7:6 46:17 | **nerves** 76:18 **neuromodulat...** | 168:16 **notes** 25:9 90:2 | 131:7 142:1 143:4 144:25 | 38:24 39:9,13 40:2 42:8 |
| **motion** 128:21 **move** 74:9 133:7 | 72:14 **neuromuscular** | **notice** 4:3 8:3 50:4 132:13 | 148:21 152:25 167:20 169:15 | 43:10,15 44:7 45:23 46:4,12 |
| 133:10 **movement** 133:5 | 77:16 **never** 14:10 | **noticed** 15:2 129:13 132:7,9 | **observed** 111:12 **obstetrics** 34:6,7 | 46:16,18 47:18 48:13,20 49:20 |
| **moving** 37:10 **multiple** 77:6 | 15:20 31:3 67:17 82:18 | 132:16 **november** 1:17 | **obturator** 21:11 21:14 104:11 | 50:8 51:3 52:20 53:8 |
| 135:22 162:20 **multitasker** | 103:5 129:2 **new** 1:1 2:4,4 | 3:2 6:4 177:19 **novo** 125:17 | 120:11 136:22 **obviously** 48:6 | 54:22 55:15 56:20,25 58:13 |
| 95:14 | 4:18 6:9 12:3 | | | |

59:22 60:15,17
61:1,12 63:22
65:6,14 66:21
67:4 68:7,12
69:17 71:23
72:1 75:10
76:6,7,10
80:25 86:16,24
86:25 88:10,13
89:22 91:1,4,9
91:19 92:2,12
92:20 95:5,9
95:13,23 96:5
97:24 99:24
100:15 101:17
103:20 104:20
105:5 108:1,4
108:23 110:1,5
110:15 111:1,6
111:18 112:9
113:13,16,23
119:7,14,16,23
121:15 127:17
128:6 129:12
130:7 132:3,7
136:11 137:7
138:21 139:25
140:2 149:5
157:15 163:11
165:11 168:6
171:19 172:19
**old** 148:2
**older** 103:11
**once** 70:24
108:23 133:2,6
133:12 135:13
**ones** 24:19 34:4
40:21 41:13
80:22 116:5
**oneyear** 94:21
**ongoing** 71:1
82:23 83:3,7
83:13 99:19
100:3 101:18
107:20 137:6
**online** 111:24

**open** 34:10
107:6
**opened** 22:3
53:4
**opening** 107:7
**operate** 19:20
**operating** 60:24
74:5 102:2
**operation**
114:17
**operative** 98:8
170:8
**opined** 166:9
**opinion** 46:22
47:1,8 65:15
69:10 72:25
73:5 80:20
84:11 85:25
86:3 89:14
90:5,9,13,16
94:24 95:8
96:7,12,18,25
98:25 132:20
134:1 140:3
141:4 148:2
151:2 157:10
158:6
**opinions** 8:12
39:19 41:18
42:2 46:7,10
47:23 52:6
85:14 127:19
128:14,18
138:15 162:24
170:15
**opposed** 21:4
33:6 43:13
73:2,2 82:23
97:9 114:4
118:6 146:4
159:4
**option** 59:3,14
72:7 96:8,13
**options** 58:1,9
58:14 59:19
96:10

**order** 51:8 146:9
**organ** 12:1
30:18 59:25
60:2,9,13
107:5
**organs** 76:18
**original** 8:15
10:17 11:4
12:17 39:7,17
40:10,14 46:3
76:22 79:2,8
79:11 87:18
89:12 133:16
141:6 144:23
164:21 165:17
**originals** 53:11
**outcome** 100:23
123:10 168:7
172:18 177:18
**outcomes**
114:10 131:19
131:23 157:19
**overactivity**
149:11
**overall** 138:12
151:2 161:8
**overbroad** 26:1
**overlapped**
133:17
**overthecounter**
31:8
**overweight** 58:3
**oxford** 109:8

---

**P**

**p** 2:1,1 66:22
108:7,10,13,16
112:17,21
156:24 157:1,5
160:17,22
175:24 176:2
**package** 130:4
133:20 134:8
**page** 3:5,6,7,8,9
3:14,15,16,17
4:6 5:6,13 8:7

33:9,11,17,17
33:24 34:10
37:6,8 39:10
44:20 45:21
60:18 62:16
64:7,9 66:16
67:20,21 69:6
71:7 73:9,12
73:13 76:5
86:13,21 89:13
91:10,14,17
93:18 96:6
99:8 110:20
111:6 112:24
114:1,13,25
118:4 119:4,5
119:19,21
120:15 121:17
121:20,20
126:17 127:2
127:12,15,16
127:20 129:12
135:11 136:4
137:20 138:7
140:19,20,22
144:8,12 147:7
157:13 159:12
174:25
**pages** 4:4,8 5:12
5:23 44:17
67:6 110:9
142:17
**paid** 15:22
**pain** 77:9,13,17
79:6,24 81:8
81:11 84:24
92:10,10,18
94:10 96:2
99:19 100:2,4
100:6,11,13,20
100:23 101:15
101:19 102:4
104:5 132:14
136:5 137:6,18
138:10,12,15
139:1,16,21

140:4 149:10
157:12,25
158:7 165:13
**panel** 34:12,19
**paper** 13:10
38:18 112:7
138:3 140:16
157:17 160:12
161:1,18,19,19
161:22
**papers** 47:16
**paragraph**
99:17 111:9
138:2
**paralegal** 55:21
**part** 33:23 34:17
49:9 78:6
90:11,18
135:10 154:18
155:5 163:25
**partially** 84:25
**participate**
125:5
**participated**
125:9
**participating**
171:9
**particular** 21:19
105:16 118:15
**parties** 177:16
**partner** 72:10
79:7 81:12
**pathology** 5:24
70:11,13,18
82:1 164:7,12
164:16 165:18
165:24 166:4
167:11,13
**patient** 21:5,20
28:1 58:24,24
61:10,11,13
66:19 67:3
69:8 71:11,20
82:12,19 90:24
96:16 101:6,12
101:16 170:22

Denise M. Elser, M.D.

171:9,13
**patients** 9:15
  18:19 22:20
  23:7 24:13,18
  25:6 26:10
  27:16,22 28:5
  57:22,24 58:7
  58:15,21 59:8
  59:8,11 63:1,2
  71:18 72:10
  77:14 79:7
  81:12 82:2
  83:20 84:8,24
  90:21 93:14
  94:8 100:6,19
  101:1,14 102:2
  103:15,16
  120:23 121:1
  121:21 122:2,5
  130:17,21
  131:6,14
  132:17 133:9
  141:11 147:18
  154:1 163:9
  173:4 174:21
  175:8
**pauline** 1:12
  2:16 6:20
  177:2,23
**pauls** 93:19
  100:18
**pay** 131:16
**pdf** 53:20 54:1
**pelvic** 1:6 4:11
  4:14,15,17,20
  4:21 8:12 12:1
  30:18 34:8
  51:18,23,25
  52:9 58:5
  59:25 60:2,9
  60:13 77:18
  80:24 84:19
  85:24 91:11
  92:18,25 100:9
  102:24 106:21
  126:25 147:11

150:25 151:3
153:9,10 154:3
155:11 156:18
**pelvis** 128:4
  153:24
**pennsylvania**
  2:9
**people** 94:2
  134:8
**percent** 23:3,11
  23:15 24:23
  26:5 27:2,13
  27:16 63:7,10
  63:22 84:7
  100:5 101:3,7
  101:9,9 104:6
  104:13 114:15
  115:13,14,16
  123:13 125:18
  125:19 127:3
  131:2 132:20
  136:19,23
  138:11,13
  139:2 141:17
  142:4 150:13
  150:17 151:1,7
  152:21 157:20
  158:10,13
  161:8,15,17
  168:25 175:1,5
**percentage**
  151:4
**percentages**
  118:15
**perform** 18:11
  22:18 58:18
  59:21 62:17,25
  72:9,18 172:7
**performed**
  62:22 72:15
**perineoplasty**
  150:3 166:2
**period** 23:19,21
  24:3,4,6,23
  26:12 88:15
  101:2 106:11

124:21 126:6
  158:1
**perioperative**
  170:7
**periurethral**
  58:19
**permanent** 68:9
  69:2 78:4 80:6
  81:1,15,17
  82:6 87:25
**persistent**
  157:25
**person** 128:1
**personal** 177:11
**personally** 72:9
**pertain** 52:2
  144:16 161:6
  163:11,12
**pertaining** 52:15
**pertains** 157:17
  162:8
**pertinent** 44:10
**pessary** 58:10
**pfizer** 136:2
**ph** 1:24
**pharma** 31:3
**pharmaceutical**
  31:7
**phone** 13:15
  125:9
**photographs**
  132:19
**phrase** 82:20
**physical** 58:7
  72:13
**physician** 96:16
  171:9
**physicians**
  36:13,23 89:8
**piece** 81:22,24
**pieces** 130:8
**pile** 32:1 131:14
  131:15
**place** 70:24
  73:21,23 75:7
  84:13 87:16

89:7 97:18
  126:2 133:23
**placed** 86:19
  134:7 149:19
  149:22 166:7
**placement**
  164:23 166:1
**placements**
  175:11
**plaintiffs** 1:2 2:2
  7:8 37:24 43:5
**plastic** 133:6,12
  133:16,24
**please** 6:12,23
  37:10 75:19
  119:1 150:14
**point** 10:11
  16:20 27:5
  28:23 55:9
  68:22 76:16
  125:20 140:17
  140:24 168:9
**pointing** 136:12
  142:9
**points** 77:3 87:1
  169:17
**polypropylene**
  152:6
**polyps** 82:5
**pop** 4:18 52:11
**population**
  101:6,12
  126:20
**pore** 128:10,15
**portion** 97:17
  98:5,6,10
**posed** 145:13
**position** 86:19
  107:22
**possible** 173:11
**post** 89:18 90:22
  172:16
**posterior** 5:17
  90:22 91:3
  92:5,6 93:3
  99:18 100:3,13

100:20 101:17
  102:16 149:25
  150:12,16
  159:17,25
  161:1,6,14,21
  164:23 165:5,6
  165:12
**postmarketing**
  30:19
**postop** 103:7
  105:7 133:8
**postoperative**
  158:1
**postoperatively**
  70:8 93:22
  94:3
**potential** 69:1
  93:25 94:12
  117:19
**potentially**
  123:19 153:19
**power** 174:19
**powered** 172:17
  172:21,24
  173:8
**practice** 15:6,9
  18:9 23:18
  28:12 36:11,18
  36:20,23 57:20
  94:18 101:21
  122:7 128:21
  130:12 132:4
  152:22 164:1
**practices** 63:5
**practicing** 56:11
**pre** 103:7 105:6
**preexisted** 99:11
**prefaced** 149:18
**preferable**
  105:23
**preference** 58:6
**preferred** 22:5
**prematurely**
  133:18
**preop** 103:6
**preparation**

14:4 38:15
**prepare** 12:25
38:6,16
**prepared** 14:3
15:14 38:17,21
42:6,13 48:17
**preparing** 14:7
39:15 50:20
151:21
**presence** 99:20
100:21
**present** 2:2,7
58:24 116:19
158:1 163:16
163:21 164:1
173:25
**presentation**
5:22 96:14
**presented** 98:19
145:2,6
**presently** 15:5
**pressure** 31:10
69:15
**presumably**
115:14 123:2
**pretty** 50:6,25
62:11 81:10
86:6
**previous** 177:5
**previously** 28:1
40:19 126:24
159:6
**primarily** 168:4
175:14
**primary** 168:3,7
168:10,24
170:1,18,21
172:13 174:13
174:19,19
**print** 54:5
**printed** 39:21
40:16,19 42:13
**prior** 11:13 16:3
16:20,23 24:15
39:20 65:16
67:8,10 69:25

89:16 92:14
94:25
**private** 36:19
**probable** 7:21
**probably** 15:22
16:16 25:21
45:21 47:24
93:9 108:7
117:25 123:22
159:22
**problem** 50:2
90:12 96:22
**problems** 77:16
**procedure** 5:21
59:17 62:9
68:24 69:3
71:12 73:4
78:16 94:11
96:22 124:12
126:23 149:23
**procedures**
18:10 20:16
22:18 24:11,12
60:1 61:5 82:4
86:15 101:2
106:22 111:13
115:2 116:24
145:21 150:6
154:24 173:1
**proceed** 6:21
93:17
**proceedings**
177:13
**produce** 16:2
162:17
**produced** 15:21
16:3 28:19
116:21 166:17
**producing** 15:19
**product** 8:19,20
10:12 20:4,24
21:4,20 22:24
29:16 30:6,24
31:5,7 41:25
56:5,6 60:11
63:23 84:20,21

89:3,10 118:6
118:16,21
123:14,17
131:17 133:21
152:3
**production** 3:12
25:12 28:15
44:24 45:3
**products** 9:12
9:21 10:14
11:17,18 12:3
17:14 18:15
19:4,5,8,12,15
20:7,11,19,20
26:6,7 31:4
60:8,9 64:2,5
82:22 101:6
113:11,16
118:6 120:20
131:17 140:9
**professional**
144:1 164:1
**prognosis** 166:9
**program** 33:24
**programs** 88:18
**prolapse** 5:18
12:1 25:15
30:18 60:1,2,9
60:13 61:20
62:18,23 73:1
73:4 74:4 81:2
85:23 96:20
100:7 101:14
102:5 126:21
149:22 150:10
151:9 159:17
159:25 165:9
166:1
**prolene** 78:3,5
152:5
**prolift** 4:18 9:13
9:14 17:15
41:25 44:9
52:11 97:1,4
97:21 98:14
**pronouncing**

138:19
**proper** 100:25
**properly** 172:2
**provide** 83:5,12
**provided** 38:10
38:12 39:23,25
41:13 46:11
52:18 55:17
56:17 57:14
82:21 115:18
**publications**
127:5
**published** 29:1
33:25 116:22
171:24
**pubovaginal**
104:12 115:8
136:7
**pubovesical**
59:21
**pull** 14:17 36:12
44:1 68:4
102:8
**pulled** 23:17
38:12 39:21
56:16 106:17
113:3,6 124:15
131:13 133:19
**punctures** 73:17
74:14 76:17
**puncturing** 74:1
**purposes** 10:10
94:12 110:12
110:13
**put** 17:2 27:18
30:4 31:10
38:22 39:5
51:5 53:3
84:10 90:24
122:13 133:20
**putting** 28:22
87:25
**pyramid** 109:9
**pyramids**
109:12

## Q

**quality** 116:12
**question** 7:17,22
10:8 57:12
65:15 66:2
80:18 86:9
88:5 96:4
99:15 105:6
122:15,16
144:7 145:13
145:25 146:6
148:5 151:1
153:7 154:10
154:13 157:17
158:12 159:16
162:6 167:8
170:17
**questioning**
48:8
**questionnaire**
64:23 65:2,9
65:10 95:22
99:14,16
105:11,14
126:7,8
**questionnaires**
103:8 121:10
125:11
**questions** 7:7
27:14 47:20
57:20 60:16
65:10 72:24
96:1 109:3
110:6 124:17
137:10,15
146:22 147:1
147:22 149:15
149:17 151:14
153:3 155:13
164:6,11
169:18,22
171:4 173:20
175:22
**quick** 144:7
147:1 167:7
**quite** 103:4

Denise M. Elser, M.D.

Page 195

| R | | | | |
|---|---|---|---|---|

**r** 1:1,14 2:1
108:14 177:4
**raise** 6:22
**randomized**
33:14,21 71:12
109:12 113:7
114:5,5 116:20
122:1,8,9
146:5
**range** 75:10
106:6 145:21
**ranged** 111:13
**rare** 103:10
**rate** 23:2,3,10
23:12 26:5
27:13 28:11
63:6 109:12
117:19 132:14
132:14,15,16
136:15 138:9
140:3 152:21
157:12 158:10
159:19 161:15
161:16 168:23
173:18 174:22
175:2,5
**rates** 22:9,10
102:3 106:10
111:14 118:18
118:20 127:4
130:15,16
137:6,18
139:21 141:22
146:8,16
150:22 155:23
161:8,20 170:5
**rct** 33:22 168:23
**rcts** 111:11
122:23 123:1
146:15
**reach** 126:14
**react** 82:17
**reaction** 70:20
70:24 71:1
76:9 85:11

167:15,19
**reactions** 76:17
77:6 78:1,22
79:21 80:22
**read** 11:5 36:12
41:13 44:12
51:16 53:17
56:15,18 57:16
75:23,24 76:1
85:6 93:16
111:16 114:19
115:21 116:17
117:2 129:25
132:23 135:9
136:9 145:16
151:5
**reading** 14:16
39:20 56:13
66:17 93:15
102:3 143:7
151:19 155:20
**ready** 151:20
**really** 25:22
42:17 71:6
79:14 92:3,7
94:17,19,20
101:19 123:23
130:1 142:15
153:1
**reason** 21:19
23:13 88:3
**recall** 12:15,24
37:25 83:1
90:4 114:11
144:4 160:2,3
161:9 164:13
174:16,18
175:9
**receive** 88:4
**received** 15:23
35:21 88:11
130:18,21
135:13,20
136:2 175:11
**receiving** 103:16
106:15

**recess** 54:12
87:10 108:12
157:1
**recognize**
144:22 165:24
**recognized**
143:21
**recollection** 13:5
16:6
**recommend**
18:16 57:21
58:15
**recommendati...**
58:16,25
**recommended**
147:9
**recommending**
18:17 21:21
**reconstructive**
34:8 155:11
156:19
**record** 6:2,5,13
11:3,12 13:14
13:22 17:3
28:17,23 37:12
38:22 48:19,24
49:1,4,18 54:7
54:11,21,22
87:9,13 97:23
108:11,17
112:15,17,19
112:22 119:12
142:9 156:25
157:6 158:21
159:3 160:15
160:18,20,23
166:20,24
176:1 177:12
**records** 4:12
14:18 17:12
45:17,25 46:1
46:11 49:14
51:1,19 52:21
67:7,10 89:19
151:20
**rectocele** 66:12

92:7
**recurrence**
77:21 81:9
126:20,21
**reduced** 177:11
**refer** 10:11 37:9
72:10 110:12
**reference** 11:12
142:11 144:12
144:15 160:6
**referenced**
36:10 116:1
145:7
**referencing**
174:14
**referred** 26:5
63:2 137:3
**referring** 10:13
10:14 44:21
69:16,21 73:20
108:2 111:3,19
111:20 114:21
119:21 130:1
158:23
**refers** 26:6
161:13
**reflected** 53:17
**reframe** 7:22
**refresh** 13:5
**regard** 33:2
139:21 143:11
146:13 153:4
153:14 154:23
155:23 161:20
164:2 173:23
174:13
**regarding** 71:17
96:2 127:20
138:15,23
150:9 157:18
163:22 170:18
174:8
**regardless**
123:14 127:8
**registries** 111:12
113:4,8,14,15

113:22 114:2
118:10,12
144:13,16,23
145:17 146:8
146:13 150:21
170:19 171:11
**registry** 114:4
124:1,14,16,18
144:20 145:7
146:4 162:5,7
170:20 171:7,7
171:10
**regular** 35:4
155:20
**regularly** 143:6
**relate** 63:12,23
64:1
**related** 8:11,15
57:17 91:2,12
92:10 102:5
106:10
**relating** 8:19
29:2,13 30:18
41:25 57:9
91:5 102:15
129:23
**relative** 42:2
82:8 177:14,15
**relatively** 22:7,8
**relevant** 39:18
39:23 46:7,21
47:1,23 52:6
**reliable** 116:21
139:6,7 146:13
147:5 171:1
**reliance** 38:6,16
39:6 40:11
41:7,17 42:18
47:17,20 48:16
108:20,25
167:2
**relied** 38:4 41:5
50:20 109:16
**relook** 113:21
114:2
**rely** 41:10 45:14

| | | | |
|---|---|---|---|
| 61:7 84:18 | 100:20 101:18 | 136:5,18 137:3 | **requests** 3:12 |
| 93:10 103:15 | 102:6,16 115:8 | 137:21 145:23 | **require** 76:20 |
| 109:17 143:24 | 151:9 161:1,7 | 146:7 147:10 | **required** 78:7 |
| 168:2 | 161:16,21 | 151:11,15,18 | 105:17 |
| **relying** 48:12 | 165:4,5,6,7,8 | 151:22 157:14 | **rereview** 56:16 |
| 93:12 137:18 | 165:12 | 157:24 161:7 | **research** 29:12 |
| 138:14 139:4 | **repairs** 62:19 | 164:7,12,16 | 29:15 30:17 |
| 139:15 151:6 | **repeat** 150:15 | 165:24 166:4 | 129:9 |
| 157:9 158:5 | **report** 4:7,9 | 167:11,13 | **reserved** 37:21 |
| 161:12,20 | 5:12,24 8:15 | 168:2,17 170:3 | 59:15 |
| 162:24 166:14 | 12:17,20,21,25 | 170:5,21 | **residency** |
| **remained** 97:18 | 13:15 14:4,7,9 | 174:14 | 148:11,14,19 |
| **remarked** 5:13 | 14:10,12,15,20 | **reported** 2:15 | 148:22 149:6 |
| 110:19 159:13 | 14:22 15:3 | 64:22 103:5 | 155:3 |
| **remember** 8:23 | 16:17,20 17:9 | 105:3 111:13 | **resident** 60:20 |
| 8:25 9:15,23 | 17:14,20 18:5 | 118:24 119:2 | **residents** 60:23 |
| 10:24 12:18 | 22:14 23:2 | 145:21 146:9 | **resolve** 77:14 |
| 16:5 23:16,23 | 24:10 26:6,17 | 164:16 175:14 | **resolved** 69:11 |
| 24:5 25:7 | 26:18,25 27:3 | 177:10 | **respect** 8:10 |
| 26:17 56:17 | 27:7,11,12,19 | **reporter** 1:13 | 22:17 35:22 |
| 85:8,13 135:10 | 32:4,4,5,8,12 | 6:19,22 13:16 | 58:13 59:25 |
| **remembered** | 37:10,11,14,20 | 53:9,12 54:23 | 87:15 89:14 |
| 126:5 | 37:22 38:3 | 119:1 150:14 | 123:11 171:15 |
| **removal** 174:23 | 39:7,8,11,12 | 162:1 167:4 | 172:12 |
| **removed** 70:15 | 39:15,16,17 | 177:1,3 | **response** 37:24 |
| 78:6,13 81:5 | 40:15,23 41:15 | **reporting** 127:3 | 43:5 65:14 |
| 84:25 97:17 | 42:5,9,18,20 | 141:21 147:18 | 80:25 81:2,22 |
| 98:5,10 133:13 | 42:23 43:14,21 | **reports** 14:18 | 82:1,13,14,19 |
| **remuneration** | 46:1,3,5 48:11 | 17:5,18 39:5 | 82:25 83:3,21 |
| 135:21 | 50:21 52:25 | 43:6 45:18 | 121:8 151:13 |
| **render** 47:8 | 53:7 60:16,16 | 48:7 50:21 | 162:16 167:14 |
| **renewed** 14:18 | 62:16 64:8 | 89:23 103:7 | 167:22 |
| **reoperation** | 67:20 70:13 | 113:8 150:11 | **restrictions** |
| 23:10,12,20 | 71:8 86:11,12 | 159:23 165:3 | 133:9 |
| 26:5 27:13 | 89:12 90:24 | 166:15 | **result** 99:19 |
| 28:11 138:9,24 | 91:16 93:11,19 | **represent** | 101:18 |
| 138:24 139:1 | 93:21 95:18 | 137:14 158:10 | **results** 30:2 |
| 152:21 158:7 | 98:8 106:9 | **representative** | 105:16 112:1 |
| 175:2 | 108:5 109:4 | 174:10 | 116:11,21 |
| **reoperations** | 110:7,11,13,17 | **reprinted** 118:3 | 122:17 123:23 |
| 28:8 | 110:22,25 | **request** 25:11 | 126:19 131:16 |
| **repair** 73:1,4 | 111:3,3,7,24 | 28:14 43:10 | **resume** 34:9 |
| 76:20 81:21 | 117:16,22,25 | 46:18 53:16,24 | **retained** 9:7 |
| 90:23 91:3 | 118:3 119:5,19 | 56:22,24 61:24 | 10:22 12:16 |
| 92:5 99:18 | 119:22 123:12 | 162:17 163:4 | **retention** 79:4 |
| 100:3,7,8,13 | 125:21 127:13 | **requested** 20:10 | 132:16 |

(right column continued)
**retropubic**
10:15,18 17:22
20:3 63:14,17
63:23 86:5
97:8 104:11,15
104:18 106:19
111:19,21,23
112:1 113:1,10
113:11,15,17
114:22 115:11
118:5,13,21,24
119:2 120:12
120:16 121:25
123:13,14,21
124:11 130:22
131:11,21,24
132:12 134:19
137:19 140:8
140:10,25,25
141:5,6,7,8,9
141:11,13,23
141:25 142:3,5
142:5,20,22,25
143:2,17,18
144:9,10,17,24
145:3,14
146:24 149:21
151:3,23
152:17,24
157:21,21
158:2 159:20
162:8 163:17
166:2,6 168:9
169:24 170:15
171:2
**retrospective**
33:15,16
**returns** 171:9
**review** 13:14
41:21 45:13
55:22 70:11
104:10 106:13
109:6,20,21
110:1,3 111:10
114:3,24 115:6
116:3,9 117:14

117:14,17
120:10 125:11
139:9 141:4
144:4 145:14
146:10 150:24
155:13 156:12
168:1 169:3
171:23
**reviewed** 42:25
43:5 45:9,11
45:25 46:1,2,4
49:15 50:5,20
67:9 74:17,20
101:21 102:8
116:5 117:21
129:16,22
132:19 153:13
166:25 169:23
**reviewer** 34:1
155:19
**reviews** 109:7
143:14,20,24
143:25 168:15
**revised** 38:2
40:3 41:22
75:13 108:24
**revision** 23:2
62:22,25 63:3
63:6 70:12
77:25 97:22
98:18 167:14
174:22
**revisions** 72:16
72:18,19
**rid** 82:4
**right** 6:22 11:2
17:11 20:25
26:4 37:21
39:4 47:8,15
51:14 64:19
65:7 68:22
69:20,23 73:14
76:2,12,14,23
78:14,17 81:14
84:4 89:5 91:7
92:17 93:15

95:19 97:11,15
97:18,25 98:6
98:16 103:13
104:3 105:7,9
105:12,19
107:24 112:5
115:12,16,16
117:20 118:14
119:10 121:19
123:4 124:19
127:6 128:20
131:18 132:6
137:10 139:16
145:13 151:16
152:18 157:23
160:1 168:12
172:17 173:3
**risk** 67:23 73:10
73:17,25 74:2
74:12,13 80:23
81:16,18,21
86:13,17 100:2
100:4 106:25
107:8,15 136:5
136:17 138:15
139:16 149:9
150:5,9,12,17
151:2,8 157:11
158:6,14,15
159:16 166:10
**risks** 79:20 80:4
80:21 85:18,22
85:23,24 86:3
86:7 148:16,19
148:25 150:5
165:11
**road** 1:16
**robust** 117:11
**role** 174:4,6
**room** 32:22
60:25
**roughly** 30:16
**rounds** 60:21
**rpr** 2:16 177:23
**rules** 7:13
**run** 8:7

**rune** 135:12
**running** 103:23
168:25 171:19
**runs** 100:4
104:6 142:16

——————————
**S**
——————————

**s** 1:14 2:1,5 4:1
5:1 56:12
108:14,14,14
177:4
**sacrocolpopexy**
33:12
**safe** 116:24
**safety** 117:14,16
117:22,22
154:6 168:10
169:6,13 170:2
170:3,19,21
171:8 172:12
172:14,15,21
172:25 173:2
174:21 175:13
175:15
**samaritan** 19:23
**sat** 34:18,20
131:13
**satisfied** 55:5
**satisfy** 57:1
**save** 160:6
**savich** 2:13 6:2
**saw** 69:25
153:22
**saying** 11:12
20:21 24:9,22
25:3,14,22
42:19 71:24
92:17 94:7
100:12 165:5
**says** 52:12 66:18
67:2 76:17
80:3 86:17
90:3 114:14
115:18 116:8
135:12 140:12
145:16

**scales** 147:20
**scandinavian**
144:23
**scenario** 132:21
134:2
**schimpf** 104:6,9
139:8
**schimpfs** 136:18
**school** 155:2
**science** 35:12,13
153:5
**scientific** 21:1
64:4 153:8
**scope** 174:11
**scratch** 129:10
**search** 13:14
39:22 40:17
**searches** 57:15
152:8,11
**seat** 65:13
**second** 8:17
39:11 48:20
54:8 111:9
114:13 126:2
**secondary**
172:15,18
**secondtothelast**
60:19
**section** 73:14
76:9 78:23
86:23 91:16
93:17 98:15
109:6 113:1
116:8 135:11
**secur** 9:21
**see** 8:8 13:1 32:6
40:4,6,10,12
44:18 45:5,18
55:23 64:14
66:24 69:6
76:11 77:1,8
77:11,13,16,21
78:22,24 86:20
88:21 97:23
101:15 105:24
108:6 115:17

118:3 121:25
124:6 125:6
127:22 130:2
130:15 135:14
135:15,18,23
136:1 138:5
140:21 142:10
147:12 158:3
165:16
**seeger** 2:3 6:14
**seegerweiss** 2:5
**seeing** 28:1
72:23 131:18
131:23 168:22
**seek** 39:17
**seeking** 96:20
**seen** 8:4 20:4
46:4 67:7
70:13 74:23
82:21 84:5
90:2 109:18
128:13 143:16
152:24 158:13
159:20
**sees** 89:22
**select** 57:5
**selfreported**
105:13
**sense** 7:20 24:21
**sensory** 71:24
**sent** 42:25
165:18
**sentence** 67:21
69:6 73:13
111:19 132:18
**separate** 51:13
133:18
**separated** 53:18
133:18
**separately** 92:9
**september** 163:7
**series** 33:15,16
**serve** 9:7 11:20
**served** 9:3,6,10
9:19 11:16
**session** 108:22

Denise M. Elser, M.D.

**set** 47:15 57:18
123:24
**seven** 49:10,11
51:15 54:24
166:21
**sexual** 92:10,14
92:15,18 136:6
139:21
**sgs** 139:8
**sheath** 133:17
133:24
**sheaths** 133:6
**sheet** 54:1
**shelf** 22:2,4
**shes** 80:14
**short** 110:11
112:3,6,11
116:25 117:6,8
168:17,19
**shorter** 110:14
112:7
**shorthand** 1:13
177:1,3
**shortterm**
102:17 105:15
113:24
**show** 40:18
50:10 114:14
128:10
**showed** 167:12
**showing** 49:19
84:5
**shows** 92:8
**side** 97:13 98:10
**signed** 68:8
**significance**
146:12 155:22
**significant** 78:6
78:11 114:16
133:12 152:12
**significantly**
90:8,10 151:24
**sigurd** 136:1
**similar** 28:18
118:18 146:16
158:14 175:4,6

**similarly** 132:21
134:3
**simple** 101:16
162:6
**single** 168:9
169:4
**sit** 9:16 17:12
34:1
**sitespecific**
161:7,16
**six** 93:21 94:2,16
106:3 151:22
**sixmonth** 94:18
**size** 128:10
**sizes** 128:15
**skews** 123:22
**skipping** 64:7
**slides** 145:6
**sling** 18:17 21:1
21:14,21 25:16
25:17 26:6
27:22,25 52:13
58:16,17 59:4
63:5 65:16
72:19 73:2,4
81:4,24 82:9
82:11,14 84:7
84:15,25 85:12
86:8 87:25
97:17,20 98:5
98:10,15 99:19
99:20 100:4,8
100:11,21,22
101:5,16,19
102:6,24
106:15 107:20
113:11,11
115:2,9 132:17
136:7 140:5,12
151:9 153:22
158:2 165:5
166:2,6 174:22
175:11
**slings** 18:21
23:18 26:8,9
29:2 59:21

61:2,2,16
72:16 83:20
84:22 103:16
104:12,19
111:20 115:7
117:11 118:24
119:2 121:14
141:7,8 163:18
163:19,20
175:16,19
**small** 55:12
71:19 136:6,17
173:4
**smith** 89:22 98:9
98:22
**smooth** 130:5
**smoother** 130:6
**snell** 2:10,11 3:5
3:7,9 4:5 6:16
6:16 11:3,11
13:7,20,23
15:20 16:2,6
17:2 18:18
23:5,8 24:14
24:16 25:25
26:18,25 27:5
28:4,16,22
29:18 30:22
32:16 33:8
35:6 38:18,21
39:2 41:19
42:6,11 43:19
44:1,4,8,20,23
47:2,4,11,24
48:6,13,19
49:16,21 50:1
50:9 51:7,12
53:2,15 54:2
56:10 57:23
61:17 62:10
63:13,24 65:18
65:24 68:14,17
70:2,21 73:6
74:15 75:19
78:12,18 79:12
80:1,7,11,15

81:23 82:10,16
83:9,16 84:1
85:4,16 88:5,8
88:16 89:4
92:16 97:3,19
97:24 98:2
101:10,23
103:1 104:16
105:1,21 106:2
106:16 109:14
112:14 113:12
114:7 115:4,25
117:15,24
118:8,22 120:4
122:22 124:6
126:13,16
127:14,25
128:12,17,25
129:7,19
130:24 131:7
132:5 134:22
134:25 135:7
137:12,13,24
138:1,8 140:10
140:14 143:5
150:19 156:21
157:7 159:2,9
159:15 160:4,8
160:15,24
161:24 162:4
162:12 164:10
164:18,20
165:22 166:19
167:6,11,20
168:18 169:15
169:20 171:4
172:9,23
173:10,15,22
175:21
**snip** 78:10
**snow** 2:8 5:5
6:17 13:24
52:17,18 55:17
55:21
**societies** 144:1
147:20

**softener** 90:3
**sole** 89:9
**solid** 130:6
**somebody** 22:2
28:1 84:22
**somewhat** 114:4
**soon** 106:13
**sorry** 7:9 10:7,9
12:2 18:19
26:2 27:1
34:10,20 63:18
66:15 73:12,13
84:15 86:12,22
97:5 103:22
118:9 119:7,19
126:1 127:14
138:5 174:4
**sort** 8:7 58:23
62:8 68:12
96:13 101:19
**sound** 123:5
**sounds** 11:2
**source** 87:24
89:9
**sources** 136:11
137:2
**space** 103:23
**spare** 110:16
**speaker** 12:9
135:20
**speaks** 141:24
**special** 35:21,24
**specialized**
153:8
**specific** 10:11,12
21:6 42:20,22
64:19 79:18
84:21 85:8
110:1
**specifically**
14:20 31:10
33:2 38:15
41:14 58:6
59:12 64:9
88:2 106:19
111:25 113:14

124:16 138:12
142:2 162:8
163:14 170:18
171:1 174:21
**specifics** 27:12
84:20
**speeches** 15:25
**spell** 30:21
**spend** 43:17
151:17
**spent** 8:11 14:6
16:11,24 17:10
151:14,19
**sphincteric**
59:11
**spring** 1:16
**staff** 135:18
**standards** 147:9
**start** 21:25 39:9
58:1,5 133:20
137:16
**started** 12:19
14:19 108:21
**starts** 45:6
**state** 60:19
67:21 73:9
92:13 95:1
111:9 113:13
129:12 136:5
147:7 175:1
177:3
**stated** 148:13
**statement** 99:25
134:1
**statements**
28:18
**states** 142:2
146:7 147:3
**statistic** 36:2
155:9
**statistical**
155:13,17,22
172:4
**statistician**
172:10,11
**statistics** 35:25

36:7 155:15,22
**status** 90:22
**stay** 143:10
**stenographica...**
177:10
**sticker** 51:5
164:19
**stool** 90:3
**stop** 8:17 19:3,7
19:11 131:19
156:21
**straight** 80:12
**street** 2:3
**stress** 5:15 20:21
20:23 29:13
33:2 57:24
58:12 61:18
64:11 66:13,25
71:9 96:19
114:15 115:3
126:20 128:11
139:12,22
143:11 153:15
153:20 154:7
154:23 156:14
158:19,19
163:12,14,14
163:22 164:2
**stresses** 133:4
**stretch** 133:3,15
133:25 134:13
**stretched** 132:19
132:22 133:1
133:21 134:3
**stretching** 134:7
134:9
**strictly** 124:18
**strike** 14:10
19:4 74:9
80:14,17 86:9
96:11 97:5
114:25 129:11
149:20 156:9
158:16 173:18
174:5
**structures** 76:18

76:25
**studied** 84:3
129:5 141:20
**studies** 4:18
33:1,19 35:23
52:11 71:17
84:5 93:5,10
100:11,24
101:20 102:8,9
102:14,16,17
102:19,22
103:11,14
104:14,18,20
105:7,15 106:8
106:12,14,17
106:18,20,21
107:19 109:3
117:21 118:17
120:15 122:1,5
122:8,10,11,18
122:25 123:20
127:10 128:9
135:22 136:12
136:15,20
139:6 140:25
141:21 142:16
142:18 150:21
152:11 154:19
154:22 156:18
157:9 161:15
161:17 166:14
167:25 168:1,2
168:6,14,17,19
168:21 169:3,6
169:13,23
170:2 172:20
173:3,7,12,13
174:2,15,18
175:9
**study** 30:3,10,12
30:15,19,19
31:14,16 33:5
33:7,22 71:20
71:22 91:17,19
92:3,8 94:2,6
94:14,15

100:16,18,25
101:4,5,7,8
104:8,9 105:4
114:6 115:1
118:19 120:15
121:3,4 123:3
124:10,14,17
124:18 125:12
125:17 126:17
134:21 135:9
136:21,25
137:1 138:10
138:14,18,23
139:3 142:10
142:12 146:23
147:5,8,15
157:19 163:22
168:10 169:9
170:18 171:24
172:1,4,13,14
173:17 174:25
175:9
**studying** 29:16
128:2
**stuff** 32:18 44:2
44:9 49:17
50:4,15
**submit** 14:22
**submitted** 12:21
17:21 38:20
41:22
**subpoena** 163:4
**subsequent** 28:3
104:8
**subset** 58:20
59:7
**substantial**
23:17 155:12
**substantially**
155:14
**success** 146:16
**sudden** 132:13
**suffered** 89:15
94:25
**suffering** 46:25
57:22 82:12,19

**suggest** 82:22
**suggesting** 54:4
69:17 71:14
96:24 97:7
**sui** 12:1 18:10
18:16 30:18
57:22 67:5
**suite** 2:9
**summary** 5:12
110:22 111:2
112:4,6 114:12
114:14 159:5
**superior** 1:1 6:9
**supplement** 15:3
37:21 95:18
**supplemental**
4:9 14:4,7,12
14:15,22 16:17
16:20 18:5
22:14 32:4
37:14 38:3
39:8,12 48:16
52:25 108:5
109:4 111:6
119:4 127:12
136:4 137:23
151:11,15,18
151:22 157:14
**support** 134:4
141:4 157:10
**supports** 28:15
92:24 99:24
**supposed** 29:25
**sure** 19:18 21:25
24:9,25 25:18
26:11 27:6
31:24 43:18
48:21 57:4,13
65:5 72:1 73:8
86:18 89:21
93:16 95:4
104:3 106:3
110:24 120:8
138:19 151:11
151:12 159:3
**surgeon** 74:3

79:16 84:18
148:8,17
153:19
**surgeons** 85:15
86:1,14 122:25
142:21 148:6
163:17,22
173:25
**surgeries** 62:18
62:20,23,24,25
63:3 77:25
81:16 104:7
139:25 148:16
150:10 154:2
166:1
**surgery** 5:17,24
24:18 25:16
34:8 58:11,13
61:10,11,14,19
61:20 64:13
66:23 67:8,10
67:11 68:21
69:8,11 73:21
73:24 74:4,8
79:15,17,21
80:5,8,10,24
81:3,4,6,14
84:19 85:23,23
85:24 86:7
89:6,7 91:20
92:12,15 94:9
99:11 100:7,22
101:14 102:24
102:24 114:18
115:20 116:22
117:12 125:19
133:10 147:24
148:18 154:3
155:12 156:19
157:11,11
159:17,24
164:21,22
165:9,17,25
166:10 170:8
**surgical** 5:14
58:14 59:3,19

68:24 69:3
76:20 96:20
103:9 126:23
**surprise** 40:20
116:4
**surprised** 71:19
115:23
**suspended**
88:14,17
**suture** 82:9,15
149:3
**sutures** 81:1,15
81:17,19 82:6
82:8
**svenningsen**
5:11 123:25
134:21 135:12
146:23
**swear** 6:20
**switch** 87:5
**sworn** 6:24 7:3
177:7
**symptoms** 64:11
64:16,22 65:1
69:10,18 99:10
114:17
**synthesis** 151:5
**synthetic** 140:12
**systematic**
104:10 109:21
139:9 141:3
143:14,20,25

---

**T**

**t** 4:1 5:1 108:14
**table** 118:3,5
120:14 121:18
121:19,20
139:20 140:20
140:23 141:3
142:8,15,16
158:3 161:13
161:23
**tables** 112:10
160:4 161:5
**tabulated** 112:1

**take** 28:16 29:22
32:16 47:25
53:10 54:23
83:19 90:21
95:1 100:25
104:1 110:24
124:7 128:20
131:19 133:14
134:12 140:15
**taken** 1:12 54:12
87:10 108:12
157:1
**takes** 70:24
**talk** 36:4 86:7
91:11 103:7
104:10 106:12
117:16 119:22
137:5 163:20
167:25
**talked** 95:24
148:15 167:24
**talking** 21:7
43:12 44:24
61:14 78:11
80:10,11,12,13
90:25 92:25
98:12,14 100:2
100:15 102:19
110:2,25 115:7
131:8,9 137:22
139:20 140:8
152:16 154:3
156:13 157:8
168:16 172:20
**talks** 163:13
**tampon** 31:9
**tape** 5:20 86:18
86:18 87:4,5,8
87:12 141:23
141:24 145:17
156:22,24
157:5 175:24
**tapes** 40:5 113:1
115:19
**tasks** 172:8
**taught** 134:15

134:18 148:19
**teaching** 29:8
60:20
**technologies**
1:24 2:14 6:3
**tell** 13:7 14:6
25:5 30:2 36:9
47:22 95:7
130:7 137:7
163:2 172:24
**tells** 83:13
**template** 62:1
**temporary**
67:25 79:21,23
80:2,3,5 83:15
**ten** 48:3 70:7
106:9 107:20
121:14 125:22
126:23
**tend** 80:5
**tendered** 13:11
**tends** 59:14 62:7
**tension** 86:18
107:12
**tensionfree** 5:20
40:5 86:19
141:23 145:17
**term** 116:24
117:1 146:2
168:20
**terminology**
147:10
**terms** 87:21
100:24 126:1
136:17 149:18
**testified** 7:3
18:10 64:10,17
67:22 85:2,9
148:1 153:5
154:11 157:20
159:19
**testify** 28:11
177:7
**testimony** 81:19
85:5,6 177:12
**testing** 134:4

**text** 48:10
**thank** 18:21
31:25 72:17
75:17 109:2
120:5 124:8
138:4 159:11
167:24
**thats** 13:18
14:19 17:20
19:25 27:13
30:4,6,24
33:24 42:11
44:23 49:22
50:3,14,16
51:7 52:1 54:2
58:10 60:17
62:13 63:15
67:7 68:12,22
69:13,16 72:14
78:9,15,15
80:8,15 81:13
82:7 86:6 92:8
93:13,24 95:7
95:8,8,16
96:15 99:13,22
104:3,15
110:10 112:5,8
114:21 120:17
121:4 123:13
125:24 133:22
135:15 159:9
161:19 163:25
167:6 168:25
171:11 174:11
175:21
**therapy** 58:7
72:14
**theyre** 118:24
**theyve** 100:7
124:15
**thigh** 77:18
**thing** 32:3 55:10
74:2 81:3
**things** 38:2 55:5
55:6 150:21
151:12 155:23

Denise M. Elser, M.D.

170:9
**think** 9:18 11:6
  16:14 22:12
  25:15 27:18
  32:17 45:20,22
  47:22 50:3
  53:12 60:17
  61:23 62:13
  63:15,19,25
  67:1,6 71:4
  76:24 79:10
  81:3 87:17,24
  93:24 95:3
  97:20 103:3
  107:8,10 110:8
  122:11,14
  123:5 130:10
  132:1 133:11
  139:14 142:9
  144:7 149:16
  151:13 154:12
  159:22 173:15
**thinking** 83:18
**thinning** 107:16
**third** 8:7 147:7
**thorough** 57:2
**thought** 26:25
  39:23 82:18
  85:21 88:7
  92:4 159:23
**thousands** 154:1
  154:1 174:20
**three** 26:14 87:1
  121:6 134:17
  134:19 173:16
**threemonth**
  94:17 173:13
  173:17
**throws** 25:22
**thumb** 5:3 49:10
  50:10,22,24
  51:2,11,13
  54:6,15 55:2
  162:15 166:16
**thursday** 3:2
**time** 6:4 7:12,14

8:11,18 9:7
12:5,19 22:11
22:22,22 23:19
23:21 24:5
26:19 29:5
34:18,20 36:6
40:14 48:22
49:2 54:9,19
55:25 57:16
63:19 64:20
65:21 66:6
67:15 69:19
73:21,24 74:7
75:7 83:23
84:14 85:20
86:4 87:7,11
87:17 88:15
89:25 91:23
92:4 96:22
97:2,9 98:18
101:2 103:5
108:6,7,9,15
112:16,20
125:22 126:12
126:22 132:10
134:14 147:24
149:20,21
151:17 153:24
155:8,9 156:23
157:4 160:6,16
160:21 165:16
167:13 175:23
**times** 9:2,3
  170:9
**tissue** 62:19 78:4
  82:3,5 165:18
  167:18,18
**tissues** 166:6
**titles** 51:16
**today** 6:20 7:8
  8:3,9,13 10:10
  12:5 24:10
  25:5 41:2 49:7
  49:25 50:15
  145:19 148:25
  162:16 166:15

167:25 168:16
172:20
**todays** 6:3
**toilet** 65:13
**told** 42:6 43:24
  44:1 63:11
  143:7
**tommaselli** 5:10
  119:5,10,22
  140:15 157:17
**tons** 167:4
**top** 13:9 45:1
  71:8
**topic** 137:16
**topics** 163:5
**total** 13:13
  16:14 25:6
  104:14 141:7
**totally** 138:21
**track** 22:19,19
  27:20 53:5
  103:15 146:14
**tracked** 23:18
  104:21,22,25
  105:2,10
  130:11,17,20
  130:25 132:4,6
**traditional**
  59:19,20 81:20
  115:2,7 117:12
  161:13
**trained** 155:1
**training** 35:21
  35:24 36:3
  88:4,10,14,18
  148:6,11
  149:13
**trainings** 12:12
**transcript** 177:9
**transcripts** 4:12
  51:20 52:21
  55:8
**transient** 70:25
  71:5 82:23
  83:7,14,23
**transition** 20:12

**transmitting**
  55:21
**transobturator**
  40:5 114:22
  115:10
**transport** 167:4
**transvaginal**
  60:5 164:22
**travel** 135:13,20
  136:2
**treat** 12:1 27:23
  58:2 60:2,9,12
  72:3 78:1 92:8
  153:19 154:7
**treated** 72:6,8
  121:22 135:17
  141:11
**treating** 58:12
  72:3 115:3
**treatment** 57:21
  71:15 96:20
  97:10 153:10
  153:15 155:24
  156:13
**treatments** 59:1
  154:20 163:23
**trees** 32:21
**trial** 28:10 33:14
  33:21 35:1,2,3
  35:9,10 36:1
  43:13 48:18
  128:15,19
  156:1,7 174:1
  174:8
**trials** 31:19,21
  109:12 113:7
  113:24,25
  114:10,14
  115:18,24
  116:4,14,20
  121:9 122:10
  146:9 156:3,11
  156:17 171:20
  171:21 173:24
**tried** 114:25
  117:18

**true** 62:13 63:15
  177:12
**truth** 177:7
**try** 7:21 22:25
  44:4 47:22
  134:12
**trying** 11:9 20:1
  21:15,17 23:1
  25:19 27:15
  43:11,11 48:2
  50:17,19 72:2
  95:4 110:16
**turn** 76:4 108:5
  114:12,13
  137:20 140:19
  157:13 166:19
**tvr** 10:15
**tvt** 4:9 5:4,7,9,21
  8:19,20 9:4,5
  9:20,21 10:2,8
  10:12,14,16,17
  10:22 17:9,22
  18:22 20:3
  55:13 56:5,12
  56:13 57:2,9
  57:10 63:12,14
  63:16,23 64:2
  73:10,16,22
  74:17 75:6
  80:12 82:22
  86:5 88:14
  96:7,12 97:8
  104:15 106:15
  111:12,18,19
  111:23 112:1
  113:10,15,17
  118:5,11,13,16
  118:18,21
  119:3 120:16
  121:25 123:16
  123:20,23
  124:1,11
  125:25 127:4
  127:10 129:13
  130:21 131:5
  131:24 132:11

Denise M. Elser, M.D.

133:16 134:18
136:6,22
137:19 140:4,8
140:8,10,10,13
140:25 141:6,9
141:11,17,23
141:25 142:3,5
142:13,18,19
142:22 143:2
143:18 144:9
144:16,24
145:3,8,18
146:24 149:6
149:21 150:21
151:3,23,23
152:13,16,16
152:24 154:23
157:21 158:11
159:20 162:8
163:17 164:23
166:6,14 168:9
169:24 170:15
171:2
**tvto** 4:17 9:21,22
9:23 10:4
17:17 19:1
20:3 21:13
52:2,9 120:19
**tvtr** 18:25
120:23 121:14
**tvts** 122:25
**twice** 9:5,6
**two** 10:2 19:10
24:18 33:18
100:16 102:2
104:18 130:8
131:3 132:12
136:11 142:10
142:17 147:1
172:25 173:1
**twostage** 71:13
**twoyear** 24:23
**type** 121:23
128:3
**typed** 66:20
**types** 33:19

45:17 58:14
59:18 104:7
122:5,10,11,18
128:5 146:19
153:18 156:11
**typewriting**
177:11
**typical** 62:17
**typically** 15:12
60:4

___

**U**

**u** 56:12
**ultimately** 89:1
**uncertainty**
116:16
**undergo** 69:2
148:22 149:6
**undergoing**
101:2
**undergone**
124:11 148:11
**underlying**
104:24 117:21
117:21 169:2
**understand**
21:15 24:9
35:10 43:12
49:6,23 57:4
74:21 83:10
89:5 95:4
96:17 173:24
**understanding**
15:5 47:21
58:23 70:23
97:16 98:4
105:5 148:7
156:10
**understood**
27:18
**underwent**
71:13 149:22
159:18
**unger** 138:3
**unique** 79:14
81:3

**units** 147:8
**unusual** 82:20
**update** 5:16
18:7 45:24
158:20 163:6
**updated** 17:4
111:10 139:20
**updating** 158:25
**uptodate** 18:1
47:10,12
**urethra** 31:11
59:13,14 76:19
77:1 98:11
**urge** 64:11,16
65:1,16 66:9
67:11 71:17
73:14 79:1
84:6 86:14
90:6 95:24
125:23 126:22
163:13,23
164:2
**urgency** 71:25
125:17 126:22
127:3
**urinary** 5:15
29:13 33:12
64:12 66:13,25
79:4,4 114:15
115:3 153:15
153:20 154:7
154:23 156:14
**urinate** 65:11
**urination** 65:19
65:22 165:13
**urine** 65:12
**urogynecologic**
34:5
**urogynecologist**
170:12
**urogynecology**
94:19 143:22
148:12 155:6
163:7
**urologic** 139:11
158:16

**urological**
158:18
**urology** 1:5
**use** 18:21,23,25
19:5 20:19
21:4,7,10,12
21:19,23 22:4
58:9 60:6,8,10
60:12 61:16
119:12 141:22
146:2 153:9,14
153:19 168:21
**uses** 68:13
**usually** 51:7
71:18 109:15
109:25
**utilize** 152:5

___

**V**

**vagina** 81:17
**vaginal** 5:17,20
40:5 60:7 79:5
82:7 91:3
98:22 99:4,6
107:7,17
123:12 141:23
145:17 159:25
165:17 166:6
**vague** 21:23
62:12 68:12,15
68:19 86:6
**validated** 103:8
105:14 121:10
**valuable** 122:12
**vargo** 1:13 2:16
6:20 177:2,23
**various** 55:8
104:7 139:22
142:16 143:13
144:1 146:19
153:14 154:2
155:20 157:9
162:15 175:9
**vary** 58:23 62:3
**vast** 140:24
141:5 142:17

144:8
**verbal** 121:8
**version** 119:11
**versus** 6:8 21:11
21:20,24 79:15
81:4 87:16
113:24 115:11
130:18,22
136:22 147:23
**vesair** 29:16,17
**vessel** 74:7
**vessels** 73:18
74:14 76:18
**vicious** 93:1
**video** 4:3 6:6
48:23 49:3,18
54:10,20 87:9
87:13 108:10
108:16 112:17
112:21 156:25
157:6 160:17
160:22 176:1
**videographer**
2:12 6:1,3,19
48:22 49:2
54:9,19 75:11
87:3,7,11
108:9,15
112:16,20
156:23 157:4
160:16,21
164:8 175:23
**videorecorded**
1:11
**videos** 134:6
**view** 22:6 83:2
109:20 132:25
151:24
**viewed** 43:4
**visit** 90:2
**voiding** 77:11
81:7 149:10
174:23
**voluminous** 50:6
**vs** 1:3

**W**

walking 49:24
110:17
wall 5:17 82:7
91:3 159:25
want 8:7 13:7
14:17 21:23
24:2,8 31:23
32:15 33:1
37:11 39:5
43:16,21,23
47:3,5,9,16,19
48:4 49:21,23
50:12 55:10
57:19 65:3,4
68:4,5 72:1,24
76:2,8 80:16
84:19 86:6
89:5,20 91:15
94:20 95:5,13
95:17,21 99:9
103:17 105:24
106:6 108:4
109:2,5 110:11
120:3 122:24
123:25 124:4
133:23 137:15
151:11,17
157:16 158:20
159:2 167:25
169:22
wanted 24:25
26:11 34:11
43:3 110:5
warn 91:7
warned 67:22
68:9 86:13
warning 73:17
73:25 74:2,12
74:13,16 86:14
warnings 79:11
79:13,17,18
warns 73:10,16
wary 146:1
washington 2:9
wasnt 10:9

69:18 72:1
79:1,7 103:5
103:12 105:3
waste 7:12
water 2:3
way 7:20 17:7
25:22 28:2
40:6 50:6
56:22 72:4
73:5 75:5
113:20 126:3
132:14 133:12
147:14 161:9
ways 133:1
wear 31:11
website 5:12
110:23 145:15
week 14:13,15
14:25 15:8,11
16:21,23 18:2
62:17
weeks 15:13,13
94:16 106:3
weight 58:3
weiss 2:3 6:15
welk 174:25
175:10
went 23:19
26:17 55:4
131:21,22
152:21
whats 36:15
48:14 73:12
79:14 107:3
122:25 131:20
131:20 146:12
163:1
whove 106:21
willing 125:4
wise 122:14,15
witness 3:3 6:21
6:24 7:2 13:9
13:11,12,17
16:5 18:20
25:13,21 27:2
29:24 30:1

31:25 32:21,24
42:12 48:4
75:2,9,17,20
75:24 76:1
103:22,24
120:6 127:17
135:2 137:25
138:7 140:11
150:16 166:20
177:6,6
women 31:11
33:24 59:15
93:21 104:13
104:19 106:15
106:18,21
114:15 115:14
124:11,15,20
124:25 125:3,7
125:15,22
126:4 127:3
151:1 152:12
154:20 158:1
158:11 175:11
175:15
womens 1:5
wont 28:5 168:4
word 59:18
76:25 98:1
141:22
work 12:16
14:11,14 15:12
16:10 19:19
60:24 61:6
72:13 153:5
156:1
worked 12:17
13:13 19:16
working 12:2,19
14:20 15:16
16:19 36:3
52:24 61:9
works 128:1
worsen 91:24
wouldnt 81:24
94:5 100:25
101:8,25 103:9

105:3,20
149:25 172:6
wound 149:2,9
165:12
write 99:17
writing 8:15
13:14 14:20
written 17:18
109:6
wrong 10:1 62:8
84:19 92:8
97:1,8 146:2
151:16
wrote 12:20
13:2 40:14,22
66:11 68:2
70:7 71:8
86:12 161:7
165:3

**X**

x 3:1 4:1 5:1

**Y**

yeah 11:8 15:20
30:22 37:9
38:19 45:22,22
53:23 54:2
66:18 72:17
79:23 89:21
91:22 95:12
103:19 108:3
112:10 124:7
131:9 134:24
140:22 144:14
year 16:9,20
17:10 18:11,14
20:15,17 23:24
23:25,25 24:1
24:7,10,20,20
25:1 30:16
70:5 72:19
75:14 105:18
105:24 106:1,7
110:2 138:3
144:4 157:18

163:7
yearlong 24:3,4
26:12 173:5
years 10:24
18:13 19:10
24:15,18 26:15
26:15 36:8
40:22 56:14
101:21 105:23
106:9 107:20
114:10,17
115:20 116:6
116:22 117:1,6
117:9,9 121:2
121:5,6 125:22
126:23 129:13
131:3 132:12
134:17,19
136:23 153:21
yep 158:4
yesterday 74:20
york 2:4,4
young 59:15
youve 16:23
27:22 43:5
68:8 86:24
101:20 102:8
123:2 145:2
163:1

**Z**

**0**

0 104:12 158:10
158:12
000 15:23
104:14 175:11
175:15
03427878 5:7
03427883 5:8
04 139:2
05 108:7
06 108:10,13,13
108:16

**1**

1 4:3,6 5:6 7:24

Denise M. Elser, M.D.

8:2,10 60:18
87:8 100:5
101:7,9 108:13
108:16 112:17
112:21 120:14
123:13,18
142:8 150:25
161:5,13
**10** 5:9,13 48:23
49:3 54:10,12
54:12,20 75:13
75:15 110:18
110:23 159:6
159:13
**100** 142:12
**10005** 2:4
**108** 3:17
**10th** 177:19
**10year** 118:18
125:20 126:5
136:14 175:2
175:16
**11** 5:10,24 7:25
14:1 32:14
37:16 54:18
75:16 87:8,10
87:10,12
119:25 120:1,2
124:3 140:16
157:3,16
160:10 162:3
162:11 165:21
**110** 5:12 159:12
**12** 4:5 5:11
65:11 105:17
108:7,10,13
124:1,2 125:18
134:25 135:2,3
136:4
**120** 1:7 5:10
**124** 5:11
**1256** 120:15
**1258** 140:22
**1275** 126:17
**1277** 127:2
135:11

**129** 147:2
**13** 4:5 5:12,13
48:23 110:20
135:1 158:1,11
159:7,14
**137** 3:5
**14** 1:17 3:14 4:5
5:14,24 6:5
66:2,3 112:17
127:3 157:2
158:21 159:4
159:10
**14th** 64:12 99:11
**15** 4:12,16,19,20
4:22 5:5,17
7:25 14:1
32:14 36:8
37:16 51:21
52:12 54:18
66:3 75:16
112:21 120:2
121:3 124:3
125:19 157:3
160:5,9,10
161:4 162:3,11
165:21
**150** 18:13 20:17
**156** 125:8
**157** 5:14
**159** 5:13
**16** 5:19 162:1,2
162:5
**160** 5:17
**161** 110:20
**162** 5:19,22
**165** 5:24
**167** 3:6
**169** 3:7
**17** 5:22 49:3
129:13 142:11
162:10,13
163:2
**171** 3:8
**173** 3:9
**17year** 136:24
**18** 5:24 65:10

121:4 161:8,15
161:17 165:20
165:23
**1885** 2:10
**19034** 2:9
**1997** 91:17

_____
**2**
**2** 4:5,16,22
13:22,25 23:10
62:16 87:12
111:6 121:19
123:13,18
136:19 138:11
138:13 142:15
142:16 156:24
156:24 157:1,1
157:5 160:17
160:22 161:5
168:25 175:24
176:2
**20** 115:14
153:21 156:24
157:1
**2002** 144:19
**2007** 40:8 93:19
**2009** 5:15
**2011** 64:13,24
69:7,12 99:11
165:1
**2012** 11:1 70:7
138:18
**2013** 24:19
34:14,17 70:16
124:1 146:23
155:12
**2014** 12:22
13:24 32:12
34:15,19 37:21
74:21 104:9
**2015** 1:17 3:2
6:4 34:21,22
52:1,10,14,22
53:1 55:23,25
111:10 138:3
147:23 175:1

177:20
**21** 54:10,12
**2100** 1:16
**24** 3:16,17
**25** 4:12 14:8
51:21 84:7
87:8,10 151:14
151:21
**250** 110:9
**250page** 110:17
**25th** 52:22,25
**267** 2:10
**27** 5:5 55:25
**27th** 55:22
**28** 3:14
**281** 145:22
**29** 157:1,5
**291** 1:8
**2nd** 52:1,14

_____
**3**
**3** 4:7 32:12,13
104:14 119:5
119:21 121:18
121:20 122:4
136:23 140:20
140:23 141:10
141:14 157:5
157:13 158:2,3
158:10,12
175:1,1,5,24
**30** 14:8 15:13
16:16 64:7
150:12,17
151:14,21
**31** 4:19,20 52:12
64:9 67:21
87:10,12
**319** 122:1
**31st** 52:10 89:23
**32** 4:7 67:20,21
69:6
**327** 125:7
**3377** 1:24
**34** 71:7 104:6
**35** 73:13 121:1,3

**36** 54:12,20
86:13 89:13
160:17
**37** 4:9 91:17
**370** 1:24
**38** 91:14 93:18
160:22
**3801** 141:8
**3974** 141:8

_____
**4**
**4** 4:9 23:3,15
24:23 26:4
27:2,13,15
28:11 33:9
34:10 37:14,15
63:7,10,22
125:18 131:2
145:22 152:20
**40** 13:15,16
**400** 2:9 120:23
**41** 23:10 96:6
**42** 99:8
**4281** 111:13
**43** 3:15
**45** 112:24 118:4
144:8,12
**482** 122:4
**483** 124:25
125:7

_____
**5**
**5** 1:17 3:2 4:4
5:12 7:25 14:1
23:3,15 24:23
26:4 27:2,13
27:15 28:11
32:14 33:17
37:16 51:15
54:18,24 63:7
63:10,22 75:16
76:5 101:3,9
118:18 120:2
124:3 131:2
137:20 138:7
151:7 152:20

Denise M. Elser, M.D.

| | |
|---|---|
| 157:3 160:10<br>162:3,11<br>165:21 174:25<br>**50** 16:13,14,15<br>132:19 175:11<br>175:15<br>**500** 2:9 104:19<br>106:18<br>**513** 2:10<br>**54** 4:11,13,15,17<br>4:18,20,21 5:3<br>5:4,5<br>**542** 124:23<br>**5672** 1:24<br>**575** 38:25<br>**58** 175:24 176:2<br>**59** 4:8<br>**591** 1:24<br>**5a** 4:11 54:14<br>55:1<br>**5b** 4:13 55:1<br>**5c** 4:15<br>**5d** 4:17<br>**5e** 4:18<br>**5f** 4:20<br>**5g** 4:21 54:14<br>**5th** 6:4 | **75** 5:7,9<br>**77** 2:3<br>**780** 71:10<br><br>———— **8** ————<br>**8** 4:12 5:5,5<br>51:21 54:17<br>55:20 127:12<br>127:16<br>**80** 114:14<br>115:13,16<br>**800** 15:23 71:21<br>**801** 141:10<br>**809** 111:13<br>145:22<br>**82** 121:6<br>**841573** 1:14<br>2:17 177:4,24<br>**877** 1:24<br>**888** 2:4<br><br>———— **9** ————<br>**9** 1:17 4:5 5:7<br>6:5 75:1,6,15<br>127:3 150:25<br>**90** 18:14 20:16<br>**917** 1:24<br>**95** 141:17 142:4<br>157:20<br>**974** 141:14<br>158:2<br>**99** 104:13<br>**9th** 1:15 13:24<br>**9year** 175:4 |
| ———— **6** ————<br>**6** 3:15 4:16,22<br>5:3,23 53:14<br>54:7,16 55:2<br>104:6 125:18<br>**60** 15:10 121:4<br>**603** 124:20<br>**61** 3:16<br>**610** 2:4<br>**62** 13:15,17<br>**6574** 2:4 | |
| ———— **7** ————<br>**7** 4:3,19,20 5:4<br>5:24 52:12<br>53:18 54:17<br>55:11 138:11<br>150:25 175:5 | |