# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Allen, Diana & Timothy | 12-cv-01676 |
| Chrysler, Marion | 12-cv-02060 |
| Johnson, Cynthia & Robert | 12-cv-01704 |
| Majors, Jennifer A. & Jonathan S. | 12-cv-01523 |
| Martin, Patricia J. & Dennis R., Sr. | 12-cv-02185 |
| McGathey, Elizabeth M. | 12-cv-01538 |
| Minogue, Bridgette | 12-cv-02112 |
| Swanson, Karen & Thomas | 12-cv-01709 |