# Exhibit D

Brian J. Flynn, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION
 3
    Case No.: 2:13-cv-04457           MDL NO. 2326
 4
    _____
 5
 6  VIDEO DEPOSITION OF BRIAN J. FLYNN, MD    August 29, 2014
 7  _____
 8
    BOSTON SCIENTIFIC CORPORATION, PELVIC REPAIR SYSTEM PRODUCTS
 9  LIABILITY LITIGATION
10  Related to
11  AMBER COMER.
12  _____
13
14  A P P E A R A N C E S:
15
    For Plaintiff:
16              SEAN O. MCCRARY, ESQUIRE
                sean.mccrary@ahw-law.com
17              Andrus Wagstaff, PC
                7171 West Alaska Drive
18              Lakewood, Colorado  80226
                (303) 376-6360
19
20  For Defendant:
                ANDREW H. MYERS, ESQUIRE
21              myers@wtotrial.com
                Wheeler Trigg O'Donnell, LLP
22              370 Seventeenth Street, Suite 4500
                Denver, Colorado  80202
23              (303) 244-1800
24
25
```

Golkow Technologies, Inc.                                   Page 1

Page 6

1   I do not have any photographs or slides or
2 questionnaires. I don't have any information sheets. I
3 don't keep any personal records on my patients; everything is
4 a shared chart with the University so I don't have a personal
5 office chart. Everything's the University of Colorado
6 Hospital chart.
7   In terms of billing statements and insurance
8 issues, I don't have any copies of that. I have not had any
9 correspondence with the Plaintiff electronically or written
10 communication.
11   And with respect to bullet point B, I don't have
12 any emails to Boston Scientific as it pertains to this case
13 or this product, Lynx. I do have a copy of my CV if you'd
14 like me to submit that as an exhibit.
15   Q. Sure.
16   A. This is an updated copy. And I printed that out
17 this morning, so that is the most recent copy of my CV.
18 Let's see.
19   Lastly, bullet point 3, I've never used this
20 product Lynx, so I don't have any, any information for users
21 or instructions to user, patient brochures, or marketing
22 literature from Boston Scientific.
23   Q. All right. Thanks, Doctor. And I probably should
24 have asked you this at the outset, but have you ever been
25 deposed before?

Page 7

1   A. I have.
2   Q. And so you're familiar with the process, and that
3 you need to wait for me to finish before you answer? And if
4 defense -- Defense Attorney has an objection you need to
5 let him get that out there and the same with your attorney,
6 before you give your answer?
7   A. Yes. I'm familiar with the process.
8   Q. Okay. In that case, why don't we start by just
9 taking a look at your CV here. Is this the only copy you
10 brought with you?
11   A. I have an electronic copy right in front of me as
12 well.
13   Q. I'll go ahead and mark it and that way we'll both
14 get a copy, and I'll let you look at that as you go.
15   (Exhibit 2 marked for identification.)
16   Q. And I just wanted you to give us a brief summary
17 of your background, and how you ended up as a physician here
18 today.
19   A. Well, I'm Dr. Brian Flynn. And I am the co-
20 director of female pelvic medicine reconstructive surgery at
21 the University of Colorado. I'm associate professor here of
22 surgery and urology.
23   And I've been a faculty member here for more than
24 12 years. I came here in 2002 after finishing my fellowship
25 at Duke University in female pelvic medicine and

Page 8

1 reconstructive surgery.
2   I started out as an assistant professor and was
3 promoted to associate professor at my eighth year. And I'm
4 being considered for full professor.
5   My practice is largely in female pelvic medicine,
6 but I do male reconstructive surgery as well.
7   Q. Okay. And correct me if I'm wrong. My
8 understanding is that you receive a lot of referrals when
9 other physicians around the region have mesh complications.
10 Is that accurate?
11   A. I receive a lot of referrals for a variety of
12 complaints, mesh complications included.
13   Q. Would you say that you see more mesh complications
14 than most gynecologists or urogynecologists in this area?
15   MR. MYERS: Objection to form.
16   A. I see a lot of complications. I'm not familiar
17 with what other people's numbers are. But I know I'm very
18 busy in that part of my practice. It's a significant part of
19 my practice. I've done -- I have an interest in that area.
20   (BY MR. McCRARY) Q. Have you ever done any
21 research involving pelvic mesh?
22   A. Can you be more specific about research?
23   Q. Have you ever performed any studies involving
24 pelvic mesh?
25   A. Clinical studies in terms of prospective randomized

Page 9

1 studies or industry sponsored studies, no. In terms of
2 retrospective case series, yes, looking at my own experiences
3 with mesh.
4   I've looked at my experience using TVT Secur is
5 one product that I've written about. And I've published
6 videos on TVT Abbrevo. I have published a video on Prolift
7 is another product that I've published a video on.
8   And with respect to mesh complications, I've
9 written about that. I've written two major articles. One
10 was an update for the American Urologic Association. And
11 another article was a recent article in 2013 I believe in the
12 International Urogynecology looking at complications from
13 midurethral slings.
14   Most of my research is retrospective case series.
15 It's not bench work. I've never done any laboratory work or
16 bench science, or any kind of biomaterial scientific research
17 on any of these products.
18   Q. So does that then mean that you're essentially
19 going back and looking at the cases that you've seen, and
20 quantifying how often you see certain occurrences with pelvic
21 mesh? Is that accurate?
22   A. Yes, that's accurate.
23   Q. Okay. And you mentioned that you did a video.
24 What were you, what was the purpose of the video? Was it
25 a training video?

|  | Page 10 |
|---|---|
| 1 | A. A few purposes. One is as a faculty member here |
| 2 | we're encouraged to present our data and do research and |
| 3 | interact at scientific meetings, and so the videos were part |
| 4 | of a scientific program that was presented at the American |
| 5 | Urologic Association. |
| 6 | One of the videos, one was presented at the south |
| 7 | central section of the American Urologic Association. Those |
| 8 | videos were done with our residents and fellows. |
| 9 | So the videos were done to present our technique, |
| 10 | and to help guide physicians on how to do the procedure |
| 11 | properly. That is the majority of the videos. |
| 12 | There is one video that was done specifically for |
| 13 | Ethicon. That was the TVT Abbrevo video. That is on their |
| 14 | website. That's my video; it's still on the website today. |
| 15 | And that video was done for online training as part |
| 16 | of their physician portal. It's not viewable by consumers, |
| 17 | but just for, for physicians who have a portal. They can go |
| 18 | online and look at the video. |
| 19 | And it was shared at their different teaching |
| 20 | courses they have. |
| 21 | Q. So I take it, then, that you have been retained to |
| 22 | work for -- is it, did you say Johnson and Johnson? Or was |
| 23 | it -- |
| 24 | A. I had been during that time, yes. |
| 25 | Q. And it was Johnson and Johnson? |

|  | Page 11 |
|---|---|
| 1 | A. Well, Ethicon is their surgical division. Johnson |
| 2 | and Johnson is the parent company. |
| 3 | Q. Okay. And what was the scope of your contract with |
| 4 | that company? |
| 5 | A. I don't have any existing contracts with them. I |
| 6 | have not had a contract with them in at least a few years. |
| 7 | I'd have to look back at the exact records, Sean. |
| 8 | But at the time you got paid for any consulting |
| 9 | work that you did for them. So we agreed on a rate for me to |
| 10 | do that video for them. |
| 11 | Q. Okay. And so basically is it accurate that they |
| 12 | asked you to help with physician training? |
| 13 | A. That's accurate, yes. |
| 14 | Q. Okay. |
| 15 | A. I was, you know, what you would consider a |
| 16 | preceptor. |
| 17 | Q. Okay. And so have, has, has Ethicon ever sent |
| 18 | other surgeons to come watch you perform surgery? |
| 19 | A. Yes. |
| 20 | Q. And did they come here to Denver? Or did you go |
| 21 | somewhere, and the other physicians also came there and |
| 22 | watched you there? |
| 23 | A. Both. |
| 24 | Q. Okay. Do you recall where you went? |
| 25 | A. For what specific event? |

|  | Page 12 |
|---|---|
| 1 | Q. For training. |
| 2 | A. Mostly in the western United States. They would |
| 3 | have a training facility that they would rent out. They |
| 4 | don't own the facility, but there's different training |
| 5 | facilities, one here in Aurora at Science Care and another |
| 6 | facility in Phoenix and another one in California. |
| 7 | So those were the three primary places that we |
| 8 | would have what we'd call a lab where we'd train physicians |
| 9 | on new products and old products using a cadaver, using |
| 10 | videos, using tutorials, PowerPoint presentations. |
| 11 | Q. Were you involved at all in the drafting of any of |
| 12 | those materials, the PowerPoints, things like that? |
| 13 | A. Very limited role. For the most part their |
| 14 | professional educational department would develop most of |
| 15 | the literature. |
| 16 | Q. Has Ethicon or any other vaginal mesh device |
| 17 | manufacturer ever reached out to you with questions? |
| 18 | MR. MYERS: Objection to form. |
| 19 | A. Yeah, You'd have to be more specific. |
| 20 | (BY MR. McCRARY) Q. Have they ever reached out to |
| 21 | you with questions about ways to improve implantation |
| 22 | technique? |
| 23 | A. That's a very open-ended question, Sean. When you |
| 24 | say "reach out," can you -- |
| 25 | Q. Basically I want to know if, you know, these |

|  | Page 13 |
|---|---|
| 1 | companies, they have what we refer to as key opinion leaders, |
| 2 | who -- which are physicians that they respect in a field. |
| 3 | If they're either developing a new product or if |
| 4 | they have, you know, maybe some new literature that comes out |
| 5 | that may raise some eyebrows and they have questions about |
| 6 | that literature they'll, they'll ask some of their key |
| 7 | opinion leaders their thoughts. |
| 8 | Basically, what I'm wondering is if you're one of |
| 9 | those people that Ethicon reached out to for advice when they |
| 10 | were developing their mesh products? |
| 11 | A. I was, yes. |
| 12 | Q. Okay. And do you recall any -- anything |
| 13 | specifically that Ethicon asked you about? |
| 14 | A. I don't remember specific questions. This would |
| 15 | have been in around 2008. And I didn't have one-on-one |
| 16 | conversations, you know. |
| 17 | When we would have these courses a number of the |
| 18 | preceptors would get together with representatives from |
| 19 | Ethicon. And there may be an open discussion. But, you |
| 20 | know, people would bring ideas and talk about how the |
| 21 | products were performing and how the -- what kind of outcomes |
| 22 | everyone was getting. |
| 23 | Q. And have you trained any of the surgeons here at UC |
| 24 | Denver? |
| 25 | A. I have. |