**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 2 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF      JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                JUDGE

### <u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF<br>ANNE WILSON FOR WAVE 2</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed against Anne Wilson for Ethicon Wave 1, Dkt. 2166. Plaintiffs respectfully

request that the Court deny Defendants' motion, for the reasons expressed in the Wave 1

response briefing.

Dated: August 8, 2016                 Respectfully submitted,

                                            /s/  D. Renee Baggett
                                            Bryan F. Aylstock, Esq.
                                            Renee Baggett, Esq.
                                            Aylstock, Witkin, Kreis and Overholtz, PLC
                                            17 East Main Street, Suite 200
                                            Pensacola, Florida  32563
                                            (850) 202-1010
                                            (850) 916-7449 (fax)
                                            E-mail:  rbaggett@awkolaw.com

                                            /s/ Thomas P. Cartmell
                                            THOMAS P. CARTMELL
                                            Wagstaff & Cartmell LLP
                                            4740 Grand Avenue, Suite 300
                                            Kansas City, MO 64112
                                            816-701-1102
                                            Fax 816-531-2372
                                            tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com