Exhibit D

Russell F. Dunn, Ph.D., P.E.

Page 1

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

```
                              )
 ESTHER JASSO and             )
 ARMANDO JASSO,               )
                              )
       Plaintiffs,            )
                              )
    v.                        )   No. D-202-CV-
                              )   2013-05744
 JOHNSON & JOHNSON;           )
 ETHICON, INC.; ETHICON       )
 WOMEN'S HEALTH AND           )
 UROLOGY; GYNECARE, INC.      )
 and ONA BERNAL,              )
                              )
       Defendants.            )
```
_____


DEPOSITION OF

RUSSELL F. DUNN, PH.D., P.E.

Taken on behalf of the Defendants

November 20, 2015

Russell F. Dunn, Ph.D., P.E.

Page 2

1  A P P E A R A N C E S
2
3  FOR THE PLAINTIFFS:

4  Michael H. Bowman, Esquire
   Wexler Wallace LLP
   55 West Monroe Street, Suite 3300
5  Chicago, Illinois 60603
   312.346.2222
6  mhb@wexlerwallace.com
7
   Timothy Litzenburg, Esquire
8  (Present telephonically)
   Miller Firm, LLC
9  The Sherman Building
   108 Railroad Avenue
10 Orange, VA 22960
   540.672.4224
11 tlitzenburg@millerfirmllc.com
12
   FOR THE DEFENDANTS:
13
   Paul N. Davis, Esquire
14 Chad R. Hutchinson, Esquire
   Butler Snow, LLP
15 1020 Highland Colony Parkway, Suite 1400
   Ridgeland, Mississippi 39157
16 601.948.5711
   paul.davis@butlersnow.com
17 chad.hutchinson@butlersnow.com
18
19
20
21
22
23
24
25

Page 3

1  E X A M I N A T I O N
2
                                    PAGE
3
   Examination by Mr. Davis            9
4
   Examination by Mr. Bowman         309
5
   Further Examination by Mr. Davis  317
6
7
8  E X H I B I T S
9
                                    PAGE
9  Exhibit 1  First Amended Notice to      9
11            Take Oral and Videotaped
              Deposition Duces Tecum of
12            Russell F. Dunn, Ph.D.,
              P.E.
13
   Exhibit 2  Expert Report of Polymer    11
14            Chemical Technologies, LLC
              of Dr. Russell F. Dunn,
15            M.S., Ph.D., P.E.
16 Exhibit 3  Expert Witness Testimony    14
              Chronology
17
   Exhibit 4  Documents 6/25/15           15
18
   Exhibit 5  Curriculum Vitae            16
19
   Exhibit 6  Rule 26 Expert Report of    16
20            Polymer Chemical
              Technologies, LLC
21
   Exhibit 7  Revision History for        35
22            dFMEA0000330, PROSIMA,
              with Attachments,
23            ETH.MESH.01412964.XLS
24 Exhibit 8  9/30/87 Letter,             86
              ETH.MESH.13334286 - -4299
25

Page 4

1  EXHIBITS:  (CONTINUED)
2                                   PAGE
3  Exhibit 9  ISO 14971,              95
              ETH.MESH.14369950 -
4             -14370039
5  Exhibit 10  Seven Year Data for Ten  132
               Year Prolene Study: ERF
6              85-219, ETH.MESH.09888187
               - -8223
7
   Exhibit 11  IUGA Presentation        136
8              Abstract, "Oxidative
               Degradation of
9              Polypropylene Pelvic Mesh
               in Vitro"
10
   Exhibit 12  IUGA Presentation Slides,  137
11             "Oxidative Degradation of
               Polypropylene Pelvic Mesh
12             in Vitro"
13 Exhibit 13  Guidelines for Failure    151
               Modes and Effects Analyses
14
   Exhibit 14  Guidance for the         179
15             Preparation of a Premarket
               Notification Application
16             for a Surgical Mesh
17 Exhibit 15  Use of International      183
               Standard ISO-10993,
18             "Biological Evaluation of
               Medical Devices Part 1:
19             Evaluation and Testing"
20 Exhibit 16  ISO 10993-1              187
21 Exhibit 17  ISO 10993-9              188
22 Exhibit 18  ISO 10993-13             188
23 Exhibit 19  Letter from Robert L.    202
               Sheridan to James P.
24             O'Donnell
25

Page 5

1  EXHIBITS:  (CONTINUED)
2                                   PAGE
3  Exhibit 20  Traditional 510(k)       207
               Premarket Notification,
4              GYNECARE PROSIMA Pelvic
               Floor Repair System
5
   Exhibit 21  11/28/06 FDA Notice      211
6
   Exhibit 22  12/19/06 FDA Email       211
7
   Exhibit 23  12/27/06 FDA Notice      211
8
   Exhibit 24  FDA Letter to Patrice    211
9              Napoda
10 Exhibit 25  Polypropylene, the       211
               Definitive User's Guide
11             and Databook
12 Exhibit 26  Concept Device Design     221
               Safety Assessment Approval
13             Page, ETH.MESH.00220303 -
               -0316
14
   Exhibit 27  Interim Report on the    268
15             Physical Testing of
               Prolene, PVDF, Ethilon &
16             Novafil after Seven Year
               Subcutaneous Implantation
17             in the Beagle Dogs - TEN
               YEAR BSR STUDY,
18             ETH.MESH.11336181 - -183
19 Exhibit 28  Article Entitled         284
               "Oxidation induced
20             embrittlement in
               polypropylene -
21             a tensile testing study"
22
23
24
25

2  (Pages 2 to 5)

Russell F. Dunn, Ph.D., P.E.

| Page 6 |

```
 1    EXHIBITS: (CONTINUED)
 2                            PAGE
 3  Exhibit 29  Article Entitled    294
              "Materials
 4              characterization and
              histological analysis of
 5              explanted polypropylene,
              PTFE, and PET hernia
 6              meshes from an individual
              patient"
 7
    Exhibit 30  Curriculum Vitae    304
 8
    Exhibit 31  Presentation Slides,  305
 9              "Failure Analysis of
              Transvaginal Mesh Products
10              - a Biomaterials
              Perspective Using
11              Materials
              Science Fundamentals"
12
13
14
            QUESTIONS INSTRUCTED NOT TO ANSWER
15
16                          PAGE
17  Well, it's dealing with the question of   209
    the need for biocompatibility testing,
18  including the question of oxidative
    degradation that's covered by
19  ISO 10993, right?
20  You do recall that ISO 10993 deals    209
    with, in part, the need for further
21  testing with respect to the subject
    matter of oxidative degradation of a
22  medical device?
23  Okay.  And do you see where Ethicon    210
    reported to the FDA exactly what their
24  plan was with respect to biodegradation
    which would include the question of
25  oxidative degradation?
```

| Page 8 |

```
 1        Deposition of RUSSELL F. DUNN, PH.D.,
 2  P.E., taken on behalf of the Defendants, on
 3  November 20, 2015, at Butler Snow, The Pinnacle at
 4  Symphony Place, 150 3rd Avenue South, Suite 1600,
 5  Nashville, Tennessee, for all purposes under the
 6  New Mexico Rules of Civil Procedure.
 7        The formalities as to caption,
 8  certificate, et cetera, are waived.  All
 9  objections, except as to the form of the questions,
10  are reserved to the hearing.
11        It is agreed that Lise S. Matthews,
12  being a Notary Public and Certified Court Reporter
13  for the State of Tennessee, may swear the witness,
14  and that the reading and signing of the completed
15  deposition by the witness is waived.
16
17
18                * * *
19
20
21
22
23
24
25
```

| Page 7 |

```
 1    QUESTIONS INSTRUCTED NOT TO ANSWER:
 2    (Continued)
 3                            PAGE
 4  Is there any statement in that       217
    paragraph you disagree with?
 5
    Okay.  Let's go to Section 10.4.2,    218
 6  beginning on page 84.  I'd like for you
    just to look at that Section 10.4.2 and
 7  tell me -- take all the time you need,
    and tell me, is there anything in
 8  that -- any statements in that section
    that you disagree with?
 9
    My question was, do you disagree with    218
10  any of the statements in Section
    10.4.2?
11
    Are you -- I want to at least know, are   219
12  you capable of answering the question?
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Page 9 |

```
 1        RUSSELL F. DUNN, PH.D., P.E.
 2  was called as a witness, and after having been
 3  first duly sworn, testified as follows:
 4
 5  EXAMINATION BY MR. DAVIS:
 6        Q.    Good morning, Dr. Dunn.  Again, I'm
 7  Paul Davis, and, as you know, we just met, I
 8  think -- is that correct? -- for the first time?
 9        A.    That's correct.
10        Q.    Okay.  I'm going to bypass some of the
11  usual introductions, because I know you've been
12  deposed several times -- a number times by this
13  time; is that correct?
14        A.    That is correct.
15            (Whereupon Exhibit 1 was marked as an
16  exhibit.)
17  BY MR. DAVIS:
18        Q.    Okay.  Let me just start by handing you
19  what's been marked as Exhibit 1, the notice for
20  your deposition.
21            And we requested production of
22  documents.
23            Did you bring any documents with you
24  today?
25        A.    I did.  I brought four notebooks of
```

3 (Pages 6 to 9)

Russell F. Dunn, Ph.D., P.E.

Page 10

1    documents.
2        Q.    Okay.  How are they organized?  If you
3    can just tell me -- give me an overview of it.
4        A.    Okay.  The notebook that's sitting in
5    front of me is my report.  It also has my CV.  It
6    has billing, testimony chronology, and it also has
7    two PowerPoint presentations that I've given at
8    technical conferences.
9        Q.    Okay.  Can I see that real quick?
10       A.    Absolutely.
11       Q.    I'll look at the technical
12   presentations.
13       A.    They're in the back.  Right there
14   (indicating).
15       Q.    The first one is titled "Failure
16   Analysis of Transvaginal Mesh Products, A
17   Biomaterials Perspective Using Material Science
18   Fundamentals"?
19       A.    Yes.
20       Q.    And where was that presentation made?
21       A.    In Atlanta.
22       Q.    Well, I mean, what organization?
23       A.    American Institute of Chemical
24   Engineers.
25       Q.    Okay.  And -- now, I noticed that, in

Page 11

1    your report on the first page, you -- you
2    referenced two presentations that you've made
3    relating to mesh.
4            Do you recall that?
5        A.    I don't, but I can look at the report.
6    It's in that notebook, the very front of the
7    notebook.
8        Q.    Tell you what -- I'm going to hand it
9    back to you, but let's just make it easy on you.
10       A.    Okay.
11           (Whereupon Exhibit 2 was marked as an
12   exhibit.)
13   BY MR. DAVIS:
14       Q.    Let me hand you Exhibit 2 and see if
15   you can agree that that's a copy of your report in
16   this case.
17       A.    It is.
18       Q.    Okay.  So look down toward the bottom
19   of the first page --
20       A.    Correct.
21       Q.    -- I see two presentations
22   referenced --
23       A.    Yes.
24       Q.    -- relating to meshes?
25       A.    Yes.

Page 12

1        Q.    Is this one of them?
2        A.    Yes.
3        Q.    Okay.  And the reason I'm asking, I
4    found one of them on the internet, but the other
5    one, I could only find an abstract.  So --
6        A.    You actually found slides on the
7    internet of one of them?  Was that the -- the IUGA?
8        Q.    Yes.
9        A.    Okay.
10       Q.    Yeah.
11       A.    That's fine.
12       Q.    Okay.
13       A.    That's the second one that's in there.
14       Q.    Okay.  Can we -- at some point -- we'll
15   wait until a break and maybe we can make a copy and
16   get -- make them exhibits.
17       A.    That's fine.
18       Q.    We'll wait on it, though.
19           And what about your other notebooks?
20           MR. BOWMAN:  So, just for clarity, did
21   you plan on taking that with you today, or did you
22   plan on leaving it so it could be copied?
23           THE WITNESS:  At the end of
24   depositions, if copies of notebooks are wanted,
25   essentially the originals are mailed back to me.

Page 13

1            MR. DAVIS:  Well, either that, or we
2    can take -- during one of our breaks, we can have a
3    copy made.
4            MR. BOWMAN:  He's got three binders
5    like that.
6            MR. DAVIS:  Okay.
7    BY MR. DAVIS:
8        Q.    Explain the other binders, one at a
9    time, if you would, please, sir.
10       A.    Okay.  There are two binders that say
11   "Dunn Report Footnotes" down at the bottom.
12       Q.    Okay.
13       A.    They're -- they're numbered.
14   Basically, they're -- well, not basically, but they
15   are numbered equivalent to the footnotes in my
16   report.
17       Q.    Okay.  So the next two notebooks are
18   simply the footnoted documents in your report?
19       A.    Right.
20       Q.    Anything -- anything in addition to the
21   footnoted documents in those two notebooks?
22       A.    Not that I'm aware of.
23       Q.    Okay.
24       A.    I think it's only the footnoted
25   documents.

4 (Pages 10 to 13)

Russell F. Dunn, Ph.D., P.E.

Page 14

1    Q.    Okay.  Then what about the fourth
2  notebook?
3    A.    The fourth notebook was a large
4  document that I used in one of the footnotes,
5  perhaps a page or two, but because it was such a
6  large document in itself, a 300-page document, this
7  is Gynemesh PS Technical File.
8    Q.    Okay.
9    A.    It's just one document that was, like,
10  300-and-something-page PDF.
11    Q.    Okay.  We'll talk about that.
12    A.    Okay.  That's it.  Those are the four
13  notebooks.
14    Q.    Okay.  That's all you brought with you?
15    A.    That's correct.
16    Q.    Okay.  One second.
17        (Whereupon Exhibit 3 was marked as an
18  exhibit.)
19  BY MR. DAVIS:
20    Q.    Okay.  Let me hand you Exhibit 3 and
21  ask you if that is a copy of your witness testimony
22  chronology that accompanied your report?
23    A.    I -- I believe so.  It looks like the
24  one.
25        When you say "accompanied my report,"

Page 15

1  the report was six months ago.  And I believe I was
2  asked to bring an updated testimony chronology, and
3  I'm just comparing the two.
4        It doesn't appear that there's --
5  there's anything else that I've got in my updated
6  one.  So, yes, it's the same.
7        (Whereupon Exhibit 4 was marked as an
8  exhibit.)
9  BY MR. DAVIS:
10    Q.    And then let me hand you Exhibit 3.
11  And can you explain what Exhibit 3 is?
12        I'm sorry.  Wait.  I apologize.
13  Exhibit 4.
14    A.    Exhibit 4 is a list of documents that
15  have been provided to me at some time over the last
16  two years or so.
17    Q.    Okay.  In connection with your report,
18  have you reviewed any documents that are not on --
19  that are not listed on Exhibit 4?
20        Well, in all fairness, let me say it
21  this way:  Have you reviewed any documents that are
22  not either footnoted in your report or listed in
23  Exhibit 4?
24    A.    Not that I'm aware of.  This is a
25  pretty exhaustive list.  Not that I'm aware of.

Page 16

1    Q.    Okay.
2        (Whereupon Exhibit 5 was marked as an
3  exhibit.)
4  BY MR. DAVIS:
5    Q.    And let me hand you Exhibit 5.
6        And I'll ask you, is that a copy of
7  your CV that accompanied your report?
8    A.    Yes, I believe it is.
9    Q.    Okay.  We'll talk about those more in a
10  little bit.
11    A.    Okay.
12    Q.    Now, your -- this report, Exhibit 2 for
13  this case, is it fair to say that, as a starting
14  point for this report, you -- you began with a
15  prior report that you had written in another case
16  on another product?
17    A.    That's -- that's a fair assessment.
18  I've written many mesh reports.  And I certainly
19  look back at old -- older mesh reports as I prepare
20  a new one.
21        (Whereupon Exhibit 6 was marked as an
22  exhibit.)
23  BY MR. DAVIS:
24    Q.    Let do it this way.  Let me hand you
25  Exhibit 6.  Do you recall that Exhibit 6 is a

Page 17

1  report you rendered in a TVTO case?
2    A.    That sounds familiar to me, yes.
3    Q.    And I'll represent to you that I've
4  compared Exhibit 6 with Exhibit 2 --
5    A.    Uh-huh.
6    Q.    -- and noticed that probably around at
7  least half of it -- of the two reports -- are
8  identical.
9    A.    That doesn't surprise me.  The
10  background information doesn't change.
11    Q.    Well, no, I'm talking about you're
12  talking about -- your opinions or -- some of your
13  opinions are worded just the same about two
14  different products.
15        And I'm just trying to understand, why
16  do you feel that it was appropriate to just start
17  with another mesh product report and -- and use the
18  same --
19    A.    Because -- I'm sorry.  I didn't mean to
20  interrupt you.
21    Q.    Yeah.  I'm just trying to understand
22  why you felt like it was appropriate to start with
23  a TVTO report and build on it?
24    A.    Because the opinions that I have are
25  with respect to the polypropylene material's

5 (Pages 14 to 17)

Russell F. Dunn, Ph.D., P.E.

Page 18

1    construction and the safety analysis, which has
2    been consistent across different products, made
3    from the same polypropylene base material.
4        Q.    Okay.  Let me ask you, have you -- can
5    you explain to me whether or not there are any
6    standards for testing a medical device for bio- --
7    for -- excuse me -- for biodegradation?
8        A.    There are certain requirements, certain
9    tests that are required for biodegradation, but I
10   want to be very careful here and tell you that
11   that -- those testing -- or this type of testing is
12   related to some specific effects of a product.
13   That would not necessarily cover all forms of
14   chemical degradation.
15       Q.    Okay.  Well, let's talk about, for
16   instance, oxidative degradation.
17            Is there a written standard for testing
18   a medical device for the effects of oxidative
19   degradation?
20       A.    There -- I don't believe there is a
21   specific standard.  Just like if I was testing for
22   oxidation, even for a product outside of the body,
23   there are many different ways you can test for
24   oxidation and under many different conditions.
25   There's not one set way.

Page 19

1            Because products are used in different
2    applications.  You would have to test it in a
3    similar circumstance to that application.
4        Q.    Well, just make sure this is clear.
5            Do you know of any written standard
6    adopted by the medical device industry for testing
7    a medical device for oxidative degradation effects?
8        A.    Well, you keep saying a "standard," and
9    I would say that no such thing would exist.  And
10   that doesn't preclude a company from being
11   responsible for testing for that effect.
12       Q.    Okay.  I notice in your report you talk
13   about Ethicon's quality systems.
14            Do you recall that?
15       A.    Yes, I do.
16       Q.    And are there any written standards for
17   quality systems for medical device manufacturers?
18       A.    I understand that you want to use the
19   term "standard."
20            There are guidelines and there are
21   principles that are taught for quality systems.
22   There are standards that have to do with risk
23   analysis that would apply to medical devices, and
24   that would affect some of the quality systems.
25       Q.    Well --

Page 20

1        A.    What you are referring to would be
2    something very specific that can't be applied
3    across many different companies that are all
4    operating in different ways.
5            But there are things outside of
6    standards.  There are engineering principles and
7    there are guidelines provided.  You just keep using
8    the word "standards."  And standards are not
9    written for the quality systems, as -- as you've
10   talked about, other than the ISO 14971 that has
11   implications on quality.
12       Q.    Okay.  We'll get back to ISO 14971.
13       A.    Uh-huh.
14       Q.    I do have some questions about that.
15            But, aside from that written standard,
16   do you know of any other written standards specific
17   to the medical device manufacturing industry for
18   quality systems, just specific to that industry?
19       A.    I don't know that I've looked at --
20   specifically for a standard for quality systems for
21   medical devices.
22       Q.    So, when you express your opinions in
23   this case regarding Ethicon's quality systems,
24   what -- it sounds like you're just relying on some
25   general principles that you go by in your

Page 21

1    profession?
2            MR. BOWMAN:  Object to form.
3    BY MR. DAVIS:
4        Q.    Let me -- let me strike that and ask it
5    over.
6            Just please explain to me the standards
7    or the guidelines that you applied in this case,
8    the principles that you applied in this case in
9    developing an opinion that Ethicon's quality
10   systems were less than satisfactory.
11       A.    Okay.  The -- the -- the implication
12   you've made is that, when we're designing or when
13   you have quality systems, that all goes back to
14   standards.
15            I teach all of the chemical engineering
16   seniors at Vanderbilt University, and I teach a
17   course called "Product and Process Design."  It is
18   not a course on standards.  We have a full textbook
19   of guidelines and principles.  It is not built on
20   standards.  It's built on engineering fundamentals
21   and principles that we follow in designing products
22   and having quality systems.
23            And even courses that you take on
24   quality and quality engineering are not based on
25   standards.  We teach engineering principles.  And

6 (Pages 18 to 21)

Russell F. Dunn, Ph.D., P.E.

Page 22

1  to suggest that, if it's not in a standard, it's --
2  it's not scientific or it's not based on scientific
3  principles, does not represent what standards are
4  intended for.
5      Q.    Okay.  Have you ever heard of 21 CFR
6  Part 820?
7      A.    I don't know.
8      Q.    Okay.  I mean, you don't know what it
9  is, do you?
10     A.    Not from memory.
11     Q.    Okay.
12     A.    I know it's Code of Federal
13  Regulations, and 21 represents the department that
14  it would be associated with.  I can't recall -- 19
15  is OSHA.  I can't recall which particular division
16  that is of the Code of Federal Regulations.  I
17  don't have that one memorized --
18     Q.    Well --
19     A.    -- whether I've seen it or not.
20     Q.    I'm sorry.  I apologize.  I interrupted
21  you.
22          Were you through?
23     A.    Yes.
24     Q.    Okay.  Well, with respect to the Code
25  of Federal Regulations, you mentioned OSHA.

Page 23

1          Are there any other federal agencies
2  that you've reviewed their regulations for?
3      A.    I -- yes.  So --
4      Q.    Which ones?
5      A.    We -- well, I -- I teach some of the
6  regulations for -- for EPA, for OSHA, for DOT, as
7  they relate to chemical engineering and -- in the
8  areas that I think that the students need to be
9  aware of.
10          But there -- there are lots of Codes of
11  Federal Regulations.
12     Q.    I understand.
13     A.    I can't recall the number that you're
14  giving me, but I would be happy to look at it if
15  that's something that we need to talk about.
16     Q.    Okay.  Are there any other federal
17  agencies with respect to which you've reviewed some
18  of their -- or had to use or review some of their
19  regulations?
20     A.    Yes, there are, but I can't remember
21  all of the agencies at this time.
22     Q.    Have you ever reviewed any of
23  the regulations of the Food and Drug
24  Administration?
25     A.    I'm sure I have to a certain degree.  I

Page 24

1  can't tell you a specific CFR that I've looked at
2  for FDA.
3      Q.    Have you ever -- I apologize.
4      A.    Go ahead.
5      Q.    Have you ever had occasion to review
6  any Food and Drug Administration regulations with
7  respect to any of your work in meshes?  You know,
8  pelvic meshes or stress urinary incontinence
9  meshes?
10     A.    I don't recall at this time.
11     Q.    Have you ever heard of the Medical
12  Device Directive 93/42/EEC?
13     A.    I'm not aware of that.
14     Q.    Okay.  Have you ever heard of
15  ISO 13485?
16     A.    Well, if these are specifically related
17  to medical devices, you're asking the wrong person.
18  I mean, Dr. Guelcher is the medical device expert
19  that I work with.
20     Q.    Okay.
21     A.    But I'm not familiar with that.
22     Q.    What --
23     A.    He would be the one to ask.
24     Q.    Okay.  Have you ever heard of
25  ISO 10993?

Page 25

1      A.    Yes.
2      Q.    What is ISO 10993?
3      A.    I don't -- I don't know off the top of
4  my head.  I know that I've heard of that -- I think
5  I've seen that even referenced in the documents
6  from Ethicon.
7      Q.    Have you ever had occasion to use
8  ISO 10993?
9      A.    Not that I'm aware of.
10     Q.    Have you ever had the occasion to
11  review ISO 10993?
12     A.    I believe I have, but unless I see the
13  document, I don't have numbers memorized.
14     Q.    Okay.
15     A.    If you want to provide the standard to
16  me, I'd be happy to look at it.
17     Q.    Okay.
18     A.    But I can't answer the question based
19  on a number alone.
20     Q.    Okay.  Have you ever heard of the
21  General Program Memorandum G-95-1?
22     A.    Okay.  If -- if you're going to keep
23  giving numbers, I would ask that you please provide
24  that document to me so I can see if I've seen it
25  before.

7 (Pages 22 to 25)

Russell F. Dunn, Ph.D., P.E.

Page 26

```
 1     Q.    And I --
 2     A.    You're asking me if I recall a number.
 3     Q.    Okay.
 4     A.    Not as I sit here right now.  But, if I
 5   saw the document, I might recall if I've seen it.
 6     Q.    Well, let me ask you this way:  Have
 7   you ever read any Food and Drug Administration, you
 8   know, documents that discuss the subject of medical
 9   devices and -- and what kind of, you know, testing
10   needs to be done on them?
11     A.    Again, you're -- you're specifically in
12   Dr. Guelcher's area for medical devices and
13   biocompatibility of medical devices.
14     Q.    With respect to a medical device, can
15   you define the concept of harm?
16           MR. BOWMAN:  Object to form.
17   BY MR. DAVIS:
18     Q.    Well, let me state it this way:  With
19   respect to a medical device, can you define the
20   term "harm"?
21           MR. BOWMAN:  Same objection.
22           THE WITNESS:  "Harm" is a term that is
23   used in the failure mode and effects analysis.  It
24   is generally related to the severity ranking that
25   you have in a failure mode and effects analysis.
```

Page 27

```
 1         I -- I teach failure mode and effects
 2   analysis as part of the instruction at Vanderbilt
 3   University.  When you define severity, every
 4   company defines it -- you're giving guidelines for
 5   what harm or severity rankings could even
 6   represent, in terms of -- is it death?  Is it an
 7   injury that requires more surgery?  Companies have
 8   to define that for the product that they're looking
 9   at.  They have to provide a legend.
10         There is nothing like what you have
11   described.  There's no -- there are guidelines that
12   are given that you can look at for how you can
13   define harm and how you can rank harm, but every
14   company has to come up with that and provide that
15   themselves as they're going through the failure
16   mode and effects analysis and as they're looking at
17   the potential effect of -- of failure modes.
18   BY MR. DAVIS:
19     Q.    It sounds like I'm hearing you say that
20   there is no specific definition for the term
21   "harm."
22     A.    "Harm" is a category, and the company
23   has to define the -- the different levels of harm.
24   We call that severity.  You -- companies actually
25   define that.
```

Page 28

```
 1         In fact, they give a severity ranking
 2   of 1 to 10, and, next to each number, they define
 3   what that means in terms of harm.  Like a 1 would
 4   be no effect, no harm.  A 10 would be death, severe
 5   harm.
 6         Do you -- you understand what I'm
 7   saying?  That's how it's defined.
 8     Q.    Okay.  Can you define the term "hazard"
 9   with respect to a failure modes and effects
10   analysis for a medical device?
11           MR. BOWMAN:  Object to form.
12           THE WITNESS:  Let me -- (reviews
13   documents.)  I would refer you -- I understand that
14   you -- you want a quick general statement to a very
15   complex question.
16         I will refer you to ISO 14971, 2007
17   version.  If you go to Annex D, and you find in
18   Section D(2), "Hazards and Hazardous Situations."
19         The reason I can't give you a one-line
20   definition of "hazards," you'll see that there are
21   two pages that talk about a variety of different
22   hazardous situations that occur with medical
23   devices, that is specific to medical devices.
24         So a hazardous situation, as they've
25   defined it, is something that could cause or lead
```

Page 29

```
 1   to harm.
 2         If we want to find out what "harm" is,
 3   again, we can look at that standard and get some
 4   guidance on the effect that it has on a patient.
 5   And guidelines are given, but there's -- it's a lot
 6   more involved than the simple one-line definition.
 7   BY MR. DAVIS:
 8     Q.    I noticed you just referenced ISO 14971
 9   again.
10         When was the first time that you ever
11   heard of that ISO?
12           MR. BOWMAN:  Object to form.
13           THE WITNESS:  I have no idea.
14   Apparently, I purchased it -- a copy of it online
15   January 16th of 2014.
16   BY MR. DAVIS:
17     Q.    Okay.
18     A.    That's the copy that I have printed
19   out.  I had other documents that referenced it, but
20   I didn't have the actual standard, I believe -- I
21   may have received a copy of it prior to that, but I
22   actually purchased my own copy online on that date.
23     Q.    Let's see.  Your -- what exhibit number
24   did we make your report in the TVTO case?  I think
25   you have it over there.
```

8 (Pages 26 to 29)

Russell F. Dunn, Ph.D., P.E.

Page 30

1    A.    I think it's 6.
2    Q.    Exhibit 6?
3          MR. HUTCHINSON: Yes.
4          MR. DAVIS: Yeah. Okay. Thank you.
5    BY MR. DAVIS:
6    Q.    I notice that, when you wrote your
7    report for TVTO, you made no reference at all to
8    ISO 14971; is that correct?
9          MR. BOWMAN: Object to form.
10         THE WITNESS: Is there a date on this
11   report? Let's see. No, I can't tell.
12         That is not -- that is -- that is true
13   in one sense. That is true that I did not
14   reference the specific number ISO 14971.
15         However, what I did reference was the
16   guidelines for failure modes and effects analysis
17   for medical devices, which is another document,
18   another booklet that I have that is based on
19   ISO 14971.
20         So everything that's referenced from
21   the guidelines for failure mode and effects
22   analysis is -- it's written based on ISO 14971.
23   BY MR. DAVIS:
24   Q.    Is it fair -- but you did not reference
25   or discuss ISO 14971 in your report that's marked

Page 31

1    Exhibit 6; is that correct?
2          MR. BOWMAN: Object to form.
3          THE WITNESS: I didn't use the number
4    ISO 14971. But I'm telling you, what I referenced
5    was guidelines for failure mode and effects
6    analysis, and if you want to go and get the book,
7    you'll see it is based on ISO 14971.
8    BY MR. DAVIS:
9    Q.    I've got the book.
10   A.    Okay.
11   Q.    I'm going to get to it.
12   A.    Okay.
13   Q.    But right now I just want to know, is
14   it fair to say that you were not familiar with
15   ISO 14971 at the time you wrote the report that's
16   Exhibit 6?
17   A.    That's not fair to say. I told you
18   that that was referenced in this book.
19   Q.    Okay. When was the first time -- let
20   me ask you this: When was the first time you read
21   ISO 14971?
22   A.    The actual ISO was probably January of
23   2014.
24   Q.    Okay. Have you ever had the occasion
25   to perform a risk assessment pursuant to ISO 14971?

Page 32

1    A.    The risk assessment for ISO 14971 is
2    specifically telling you how to perform risk
3    analysis and failure mode and effects analysis for
4    medical devices.
5          I have only performed failure mode and
6    effects analysis hundreds of times for nonmedical
7    devices. I teach those and require students to do
8    failure mode and effects analysis. The technique
9    is the same whether it's a medical device or not.
10         So you keep bringing it back to
11   ISO 14971 and saying have I applied it specifically
12   to a medical device. The answer is no.
13         Have I applied failure mode and effects
14   analysis? Hundreds of times.
15   Q.    Okay. Well, you say the standard's
16   same whether it's a medical device on not. So let
17   me follow up on that.
18   A.    No, I didn't say the standard was the
19   same. I said failure mode and effects analysis,
20   the technique is the same.
21   Q.    I'll use your term. So the technique
22   is the same. So let me follow up on that.
23   A.    Yes.
24   Q.    If you've got an existing device for
25   which you've done a failure modes and effects

Page 33

1    analysis on, and then you make a modification to
2    that device in the future, do you do a -- do you do
3    a new failure mode and effects analysis?
4    A.    Yes, you do.
5    Q.    Okay. And do you -- when you do your
6    new failure modes and effects analysis, do you in
7    any way utilize the prior FMEA, or do you start
8    over?
9    A.    It's quite reasonable to use the prior
10   one --
11   Q.    Okay.
12   A.    -- and evaluate everything that you
13   looked at on the prior one, and has that been
14   affected in any way by the change that you've made
15   in the product.
16         In addition to that, you have to
17   consider anything new as -- as it relates to the
18   change that you've made.
19   Q.    Could you turn to Exhibit 2 for a
20   minute, your current report.
21   A.    Yes, sir.
22   Q.    I notice at the bottom of the second
23   page -- and I say "the second page" because I don't
24   think the pages are numbered --
25   A.    Okay.

9 (Pages 30 to 33)

Russell F. Dunn, Ph.D., P.E.

Page 34

1    Q.    -- at least on my copy, they're not --
2  you list a summary of your opinions.
3        Do you see that?
4    A.    Yes.
5    Q.    And, in particular, you -- in the -- in
6  the third bullet point under your summary, you say,
7  "Ethicon has not to date considered oxidative
8  degradation of the Prolene polypropylene mesh in
9  their Prosima product as a potential failure mode
10  in their Design FMEA."
11        And you go on to say, "Furthermore, had
12  this potential failure mode been considered, it
13  would have led to an evaluation of the, quote,
14  harm, unquote" --
15    A.    Uh-huh.
16    Q.    -- "associated with this type of
17  failure and would also have led to further testing
18  by Ethicon to assess both the failure mode and the
19  harm."
20        Did I read that correctly?
21    A.    Absolutely.
22    Q.    Okay.  And, in connection with that, I
23  want to make sure I understand which -- which dFMEA
24  you're talking about there.
25        And let me hand you Exhibit 7.

Page 35

1        (Whereupon Exhibit 7 was marked as an
2  exhibit.)
3  BY MR. DAVIS:
4    Q.    And I'll ask you, is that Exhibit 7 the
5  dFMEA that you're referring to?
6    A.    It's one of the FMEAs that I'm
7  referring to.
8        I also have FMEAs for the mesh product
9  itself that's made out of Prolene for TVT.  And I'm
10  considering that in addition to the FMEA that
11  you've given me for Prosima.
12    Q.    I want to make sure I understand which
13  mesh -- which mesh FMEA you're talking about.
14        You said it's the one for TVT?
15    A.    Yes.  I believe there was one that I
16  referenced in my footnotes.  In addition to that --
17  let me see if I can find that.  I need the report.
18    Q.    Was that Footnote 26?  I'm not trying
19  to --
20    A.    It is.
21    Q.    I only ask that in case it might help
22  you.
23    A.    It is.  There I have an FMEA for TVT
24  laser-cut mesh.
25    Q.    Okay.  I guess my bottom line is, right

Page 36

1  now, I want to understand -- just get to an
2  understanding of what all dFMEAs have you
3  considered in this case?  I just want to make sure
4  I understand what they are.
5    A.    Oh.  Every FMEA that I've been provided
6  for Ethicon products, I -- as an example, for the
7  original report that you cited, the TVTO -- I
8  believe -- let me make sure -- I believe that I
9  reference FMEAs in that report also.
10    Q.    Okay.  I'll represent to you for -- if
11  this helps -- and it may not help.
12    A.    Uh-huh.
13    Q.    That I went through your reliance list,
14  and I think I saw FMEAs for TVT, TVTO, TVT Exact,
15  and TVT AA --
16    A.    Okay.
17    Q.    -- and TVT-Secur --
18    A.    Okay.
19    Q.    -- and the laser cut, as you mentioned.
20    A.    Okay.
21    Q.    And do you recall any additional -- are
22  there any other FMEAs that you're -- that you've
23  reviewed in your work on the Ethicon meshes other
24  than those that I just listed and this Prosima?
25  Are there any others?

Page 37

1        Again, I'm just trying to make sure
2  I've got the universe of --
3    A.    Not that I recall at this time.
4    Q.    Okay.  Now, for your specific opinion
5  in -- in Bullet Point Number 3 of your summary on
6  the second and third page of your current report,
7  are you referring to that specific FMEA that is
8  Exhibit 7?
9    A.    No.  I'm -- I'm referring collectively
10  to all FMEAs that I've looked at from Ethicon, that
11  I've never seen oxidative degradation considered as
12  a potential failure mode.
13    Q.    Okay.  And while we're -- while we're
14  on that -- well, is Exhibit 7 one of the FMEAs that
15  you're referring to then?  I'm just trying to --
16    A.    Yes, it's one of many FMEAs that I've
17  looked at.  Yes.
18    Q.    Okay.  But have you looked at any other
19  FMEAs for Prosima, that specific device, other than
20  Exhibit 7?
21    A.    I don't recall.  I don't recall.
22    Q.    Okay.  Well, I mean, you understand
23  this case that we're here today about is about
24  Prosima?
25    A.    I understand that.

10 (Pages 34 to 37)

Russell F. Dunn, Ph.D., P.E.

Page 38

1    Q.    And you understand your report in this
2  case is about Prosima?
3    A.    I understand that also.
4    Q.    Okay.  So I'm just -- you don't know
5  whether you've seen other dFMEAs for that specific
6  device --
7         MR. BOWMAN:  Object to form.
8  BY MR. DAVIS:
9    Q.    -- other than Exhibit 7?
10   A.    I -- I viewed the other FMEAs -- any
11 FMEAs that are evaluating the properties of the
12 mesh or the potential failure modes of mesh that
13 are made out of Prolene relate to Prosima.  Since
14 it's made from the same base material.
15   Q.    Okay.  Well, let me ask this:  If --
16 if -- I think I hear you saying that you -- of all
17 the FMEAs you looked at, you did not see where
18 Ethicon considered degradation or biodegradation --
19   A.    No --
20   Q.    -- or what?
21   A.    -- oxidative degradation.
22   Q.    Okay.  Let's --
23   A.    Let's not change it.
24        MR. BOWMAN:  I know.  Just let him --
25 he's got to ask questions.  Let him go ahead.

Page 39

1         THE WITNESS:  All right.  Go ahead.
2  BY MR. DAVIS:
3    Q.    Let's -- I'll try to say it your way.
4  I think I hear you saying, then, in all
5  the FMEAs you looked at, you did not see where they
6  ever considered oxidative degradation for their
7  Prolene meshes; is that correct?
8    A.    That is my recollection.
9    Q.    Okay.  Now -- and you use that term
10 con- -- that they never considered it.
11        If they had considered it -- if they
12 had considered oxidative degradation, do you have
13 the expertise to -- to judge their -- you know,
14 their evaluation or consideration of it?
15   A.    Yes.
16   Q.    Okay.  How would you go about
17 evaluating whether or not oxidative degradation has
18 been adequately considered?
19   A.    The first step, the easy step, is see
20 it on an FMEA.  If it's not on an FMEA anywhere,
21 it's not been considered.
22        The reason I tell you that is because
23 that is the safety document, that is their risk
24 assessment tool.
25        What I teach the students, when you do

Page 40

1  an FMEA, if it's not there, it's not considered.
2  Any other report that you have, it has to be in the
3  formal safety analysis for you to have adequately
4  considered it as a potential failure mode.
5    Q.    Okay.  So if -- if -- if Ethicon had
6  put oxidative degradation in their FMEA, what would
7  be the next step for you to evaluate whether or not
8  they've adequately considered it?
9         MR. BOWMAN:  Object to form.
10        THE WITNESS:  That would be great.  If
11 they considered oxidative degradation, they would
12 have to consider all the different points in the
13 process and all the different ways that the
14 polypropylene can oxidize.
15        It is not a debatable fact -- well, I
16 guess it's debatable by some -- but it's not
17 debatable in my mind that polypropylene oxidizes.
18 It's clear in the literature.
19        Because it can oxidize, and it readily
20 oxidizes, you have to consider every step along the
21 way as you manufacture it and as you use it, as you
22 implant it, and over the life -- the life cycle of
23 that material, can it oxidize at any point?
24 BY MR. DAVIS:
25   Q.    Okay.  And --

Page 41

1    A.    So, just to be clear, it's not one line
2  item in the FMEA; it would be multiple line items.
3    Q.    Okay.  So what would the potential
4  effects of oxidative degradation of Prolene be?
5    A.    I'm -- I'm glad you asked.  I covered
6  that -- first of all, just to point it out, if you
7  go to Figure 2 in my report, you will see how
8  readily polypropylene oxidizes.  In fact, it's the
9  most easily oxidized polymer.
10        If you look at the effect -- if you go
11 to Figure 4, you see that, once this oxidative
12 degradation has occurred, you get changes in
13 molecular weight; you have mechanical failure; you
14 have -- essentially what happens is the polymer
15 goes from being flexible to being brittle and hard.
16 Because it's brittle and hard, as you bend it, it
17 develops cracks.
18        It -- it goes through all of this as a
19 result of oxidation.  It breaks the longer chain
20 links of the polypropylene into shorter chain
21 links, and that takes it from being flexible to
22 being brittle.
23   Q.    What are the effects on the human body
24 of oxidative degradation of Prolene?
25        MR. BOWMAN:  Object to form.

11 (Pages 38 to 41)

Russell F. Dunn, Ph.D., P.E.

Page 42

 1          THE WITNESS: I can tell you the
 2    effects on the polymer itself.
 3    BY MR. DAVIS:
 4      Q.    That's not my question.
 5      A.    I know. I heard your question. And
 6    what I will tell you is that, once you know the
 7    effects to the polymer itself, then someone who
 8    understands that -- like a Dr. Guelcher, who works
 9    on medical devices, would then have to relay that
10    information to, okay, if it gets hard, if it gets
11    brittle, if it develops cracks, if it flakes off,
12    how does that affect this application in the human
13    body?
14          You're asking me to go through the
15    whole analysis of the FMEA, and the FMEA is a group
16    activity. Nobody -- no one person is doing the
17    FMEA. I can tell you all the properties of the
18    polymer and how it changes. I would expect others
19    in the room, as we're going through that safety
20    analysis, to say, okay, I hear that. Let's talk
21    about what that's going to do to the body for this
22    application.
23      Q.    Will you agree that you're not
24    qualified to -- to evaluate the effects of
25    oxidative degradation of Prolene in the body -- to

Page 43

 1    the body?
 2      A.    I agree that I am qualified to tell you
 3    the effects of oxidative degradation on the polymer
 4    itself and how it changes the polymer properties.
 5    And I agree that Dr. Guelcher is the expert that I
 6    work with who can tell you the effect on the body.
 7      Q.    Well, I appreciate that. But I just
 8    have a very simple question. If you'll just answer
 9    it, I'll move on.
10          Will you agree that you personally are
11    not qualified to evaluate the effects or potential
12    effects of oxidative degradation of Prolene on the
13    body, the human body?
14      A.    I -- I will reiterate that I can -- I
15    am qualified to talk about the changes in the
16    polymer properties --
17      Q.    That's not my question. I'm sorry to
18    interrupt you, but. . .
19      A.    I would defer that to Dr. Guelcher.
20      Q.    So the answer to my question? Yes?
21      A.    No, the answer to your question is to
22    an extent.
23      Q.    Well -- okay.
24      A.    I know you think it's a simple
25    question, but, if I don't think it's a simple

Page 44

 1    question, then we disagree.
 2      Q.    Do you know what fault class the
 3    potential failure mode of oxidative degradation of
 4    Prolene in the body would be?
 5      A.    The fault class --
 6      Q.    Yes.
 7      A.    -- is -- if I'm not mistaken, that is a
 8    specific term that -- classification that Ethicon
 9    has come up with.
10      Q.    Well, what classification is it?
11      A.    Doesn't matter to me. That's not part
12    of the failure mode and effects analysis. Once you
13    get the risk priority number, you don't have to put
14    in a fault class. You've got severity, you've got
15    occurrence, you've got detection.
16          If a company wants to further define it
17    and put it in a fault class, that's something
18    they're doing internally.
19      Q.    What -- what is the severity ranking,
20    in your view, for oxidative degradation as a
21    failure mode in Prolene?
22      A.    Okay. I'm going to back up one more
23    step. And I'm going to tell you that, as I teach
24    the students and the students work in groups and do
25    failure mode and effects analysis, I can tell you

Page 45

 1    what my severity ranking -- you come up with that
 2    ranking collectively with expertise from a lot of
 3    different areas.
 4          You're asking me to rank it just with
 5    my background and experience, and I'm telling you
 6    that's not how a safety analysis or a failure mode
 7    and effects analysis takes place.
 8          In fact, if you look at the top of
 9    Ethicon documents, you'll see that it's a whole
10    team that's in there and talking. So it would be a
11    team that's sitting around that would say, how do
12    we want to rank that severity? And we would have a
13    discussion on what is that effect and what
14    implications would it have.
15          I can tell you what happens to the
16    polymer, and I would hope that a medical -- a
17    medical device person or a medical doctor would
18    say, oh, if the polymer gets hard and brittle, I
19    see the harm as being the following.
20      Q.    While I'm on that Exhibit 7, I
21    noticed -- I'm just trying to make sure I
22    understand all the documents you reviewed.
23          Look at the last page of Exhibit 7.
24          MR. BOWMAN: Is that the FMEA?
25          MR. DAVIS: Yes.

12 (Pages 42 to 45)

Russell F. Dunn, Ph.D., P.E.

Page 46

1           THE WITNESS:  Yeah.  I got it.  I've
2   got it here.
3           Yes?
4   BY MR. DAVIS:
5       Q.    I just saw that list of documents.
6           Did you review all those documents?
7       A.    I don't know.
8       Q.    Well, I mean, did you -- well, okay,
9   let me ask this about Exhibit 7:  Did you sit down
10   and read the entire dFMEA, Exhibit 7?
11       A.    I believe I did.
12       Q.    Well, the reason I ask, is I notice --
13   if you look at your report, you have a -- you have
14   a table, Table 5.
15           Can you look at Table 5 in your report?
16       A.    Yes.
17       Q.    Is that an excerpt from Exhibit 7?
18       A.    It is indeed.
19       Q.    Okay.
20       A.    And you will find the entire Exhibit 7
21   in my footnote --
22       Q.    Okay.
23       A.    -- notebook.
24       Q.    Okay.  Well, I mean, I've -- I've read
25   some of your prior testimony where you've indicated

Page 47

1   that you've gotten to where you can read these
2   FMEAs and -- fairly quickly and go to the heart of
3   what you're looking for.
4           Is that a fair assessment?
5       A.    I believe I can, yes.
6       Q.    Okay.  What I'm trying to say, is that
7   what you did in this case?  Did you simply pick up
8   Exhibit 7 and -- and search for all the references
9   to mesh?
10       A.    Well, it -- the spreadsheet was set up
11   by Ethicon that you could search by component.
12   Because the mesh component -- while I looked at the
13   other components, while the mesh component is the
14   component comprised of polypropylene and the
15   component that I'm interested in, I looked at the
16   other areas, but I very specifically looked at
17   mesh.
18           Because, if you're going to consider
19   oxidative degradation of the mesh, it wouldn't be
20   listed on another component; it would be listed on
21   mesh.
22       Q.    And that's what I'm trying -- I'm just
23   trying to understand.  Was there any reason for you
24   to read the entire dFMEA, Exhibit 7, or did you
25   simply get on the native version and search for

Page 48

1   mesh?
2       A.    No.  I -- okay.  So I read the entire
3   FMEA at least from a component standpoint in
4   looking at the various components and whether or
5   not that related to something I needed to look
6   across the row at.
7       Q.    Okay.  Well -- and, again, I'm just
8   trying to -- looking back at the last page of this.
9           As an example -- I'm trying to
10   understand, like, did you ever -- did you read that
11   page, for instance, in your work on this case?
12       A.    Did I see this page?  Yes, I saw this
13   page.
14       Q.    And did you read this page?  Did it
15   matter to you?
16           MR. BOWMAN:  Object to form.
17           THE WITNESS:  Did it matter to me?
18   BY MR. DAVIS:
19       Q.    Did it have any significance to you?
20           MR. BOWMAN:  Same objection.
21           THE WITNESS:  I -- it had significance
22   insofar as it states that it's documents referenced
23   in the body of the FMEA.
24   BY MR. DAVIS:
25       Q.    Okay.  I'm -- I'm just trying to

Page 49

1   understand, for instance, did you try to then go
2   find or ask for all these documents, or not?
3       A.    Not that I recall, because these were
4   referenced in the FMEA, and what I was interested
5   in was what was not included in the FMEA.
6       Q.    Okay.  Do you have any experience in
7   developing quality systems for medical devices?
8       A.    Well, the FMEAs -- that's a hard
9   question for me to answer.  I haven't -- I teach
10   FMEAs, and I teach it to students who end up
11   working in all kinds of areas.  So -- I haven't
12   applied it in a specific company, but I teach these
13   concepts to students that go out and work for
14   medical companies and. . .
15       Q.    Have you ever taught about how to
16   develop quality systems specifically for medical
17   devices?
18       A.    I teach generically how to do product
19   and process design, and it's applied by chemical
20   engineers to numerous industries.  I don't teach
21   about a specific industry.
22       Q.    What -- what does "design controls"
23   mean?  I mean specifically for medical devices.
24       A.    It would be parameters that you
25   establish that you want to control those

13 (Pages 46 to 49)

Russell F. Dunn, Ph.D., P.E.

Page 50

1   characteristics.
2       Q.    Okay.  What -- what are the design
3   controls generally accepted for medical devices?
4       A.    It would be different for different
5   medical devices.
6       Q.    Can you -- can you just tell me what
7   some of the design controls are for medical
8   devices?
9       A.    Oh.  Well -- so, if I talked about the
10  mesh component, because that's the component that
11  I'm looking at for the medical device for the
12  Prosima, certain design controls would be things
13  like the weave, the diameter of the fiber, the
14  density.
15      Q.    That --
16      A.    You're shaking your head no.
17      Q.    Maybe we're on a different wavelength,
18  because I'm asking you -- the process, the process
19  of design controls, in designing and developing a
20  medical device.  Can you tell me what the design
21  control processes are?
22      A.    You're going to have to ask a -- I
23  don't know what you're asking exactly.
24      Q.    That's fair enough.
25            Do you have any experience in

Page 51

1   maintaining a quality system for medical devices in
2   particular?
3       A.    It's no different for medical devices
4   than other devices.
5       Q.    So is the answer you don't have any
6   specific experience for medical devices, or you do?
7   Either you do or you don't.
8       A.    I've never manufactured medical
9   devices.
10      Q.    So you've never had any experience in
11  maintaining a quality system for medical devices;
12  is that correct?
13      A.    But I maintain that the quality systems
14  I've been involved in in my work career are the
15  same as those types of systems you'd put in place
16  for medical devices.
17      Q.    With that explanation, is the answer
18  yes?
19      A.    Ask the question again now.
20      Q.    Have you ever had any experience in
21  maintaining a quality system for a medical device
22  in particular?
23      A.    Not specifically for a medical device,
24  but quality systems that I've maintained and been
25  involved in in manufacturing operations are -- are

Page 52

1   the same or very similar.
2       Q.    Have you ever had any experience in
3   auditing quality systems for medical devices?
4       A.    Not specifically medical devices.  Only
5   other polymer-based products.
6       Q.    And can you give me an overview of how
7   you performed your audits?
8       A.    Of other polymer products?
9       Q.    Yes.
10      A.    Sure.  You -- you asked a question
11  before that I guess I misinterpreted about design
12  controls.  So -- in auditing polymer-based products
13  that I've been involved in and that we would
14  manufacture, we had certain specifications or
15  criteria, what I would call design controls.
16  Certain parameters that you could measure that you
17  were trying to target in the manufacturing process.
18            In -- in trying it maintain a quality
19  system, you would go and pull random samples and
20  test those versus your design controls.
21      Q.    Okay.
22      A.    If I'm understanding the question
23  correctly.
24      Q.    Now, do you have any experience in
25  preparing any design controls for medical devices?

Page 53

1   For the design and development of medical devices,
2   that is.
3       A.    Not specifically for medical devices;
4   only for other polymer-based products.
5       Q.    Okay.  And what were those design
6   controls?
7       A.    For other polymer-based products?
8       Q.    Yes.
9       A.    They varied, depending on what the
10  product was.
11      Q.    Okay.  I know it's your testimony, your
12  opinion, that Ethicon's Prolene is subject to
13  oxidative degradation.
14            I'd like to follow up on that and ask
15  you, are there any degradation products of the
16  oxidative degradation of Prolene?
17      A.    Not typically.  It -- the oxidative --
18  oxygen -- it -- it -- it depends on how it
19  oxidizes.  I need to be careful with that, because
20  there's different oxidizing agents that can react
21  with it.  And, depending on the oxidizing agent
22  that reacts with it, I think there can be some
23  potential for byproducts.
24            In general, oxygen is attaching from
25  some type of reactive oxygen species or even oxygen

14  (Pages 50 to 53)

Russell F. Dunn, Ph.D., P.E.

Page 54

1    from the air, and it breaks the chain, the long
2    chain length of the polypropylene, into shorter
3    chains.
4        Q.    In that case, let's focus on Prolene in
5    the body specifically.
6        A.    Okay.
7        Q.    Are there -- I know you've given the
8    opinion that, in the body, there is oxidative
9    degradation going on of the Prolene.
10            So I want to know, are there any
11   degradation products resulting from the oxidation
12   that -- degradation that you believe is occurring?
13            MR. BOWMAN: Object to form.
14            THE WITNESS: Can you point to in my
15   report where I say that it's oxidizing in the body?
16            You said I said that it oxidized in the
17   body. That's what -- there are reactive oxygen
18   species in the body, but that specifically -- that
19   oxidative mechanism inside the body is specifically
20   what Dr. Guelcher reports on.
21   BY MR. DAVIS:
22       Q.    Okay. You don't have an opinion as to
23   whether Prolene oxidizes in the body --
24            MR. BOWMAN: Object to form.
25

Page 55

1    BY MR. DAVIS:
2        Q.    -- is that correct?
3        A.    No, that's not correct.
4        Q.    Okay. Do you -- is it your opinion
5    that Prolene, after implantation in the human body,
6    is undergoing oxidative degradation?
7            MR. BOWMAN: Object to form.
8            THE WITNESS: Yes.
9    BY MR. DAVIS:
10       Q.    Okay. And where is that in your
11   report? I thought a minute ago you said -- you
12   said it's not in your report.
13       A.    It's not. I don't offer that as an
14   opinion, and I'm not going to testify on that. But
15   you asked if I believed that's happening. And,
16   yes, I do believe that's happening.
17       Q.    Okay.
18       A.    But, the actual mechanism for how it's
19   happening -- I say that because I've read
20   Dr. Guelcher's report.
21       Q.    Okay. But -- so -- my question then --
22   follow-up -- is, will you agree that it's not
23   within your expertise to evaluate whether Ethicon's
24   Prolene is undergoing oxidative degradation after
25   implantation in the body?

Page 56

1            MR. BOWMAN: Object to form.
2            THE WITNESS: Not the way that you
3    worded that question, no, I don't agree with that.
4    BY MR. DAVIS:
5        Q.    How did you -- how would you word it?
6        A.    I'm not wording the question. I'm
7    answering your question. So if you want to read it
8    back, I'll answer it specifically.
9        Q.    Okay. What expertise do you have to
10   evaluate whether Ethicon's Prolene is undergoing
11   oxidative degradation within the human body?
12       A.    Okay.
13            MR. BOWMAN: Object to form.
14            THE WITNESS: I have expertise of what
15   Prolene does outside the body and how it oxidizes.
16   I have expertise on testing for oxidation.
17   BY MR. DAVIS:
18       Q.    Outside the body, right?
19       A.    Outside the body, or even something
20   that was inside the body and then was taken out of
21   the body. The testing is the same for that.
22            So I have expertise on testing even
23   something that's come out of the body -- you asked
24   if I had any expertise to see if it's oxidized in
25   the body. You can take explants and you can do

Page 57

1    testing and you can see if oxidation has occurred.
2    And I have expertise in doing that and evaluating
3    that.
4        Q.    Have you done it in this case?
5        A.    I do not have explants in this case,
6    no.
7        Q.    Okay. Do you know who the -- the name
8    of the plaintiffs in this case are?
9        A.    Jasso.
10       Q.    Okay. Do you know anything about her?
11       A.    I do not.
12       Q.    Do you know what she had implanted in
13   her?
14       A.    I don't have any specific information
15   about the plaintiff. I'm assuming it's a Prosima
16   because that's what I was asked to evaluate for
17   this case. But I was not asked to evaluate the
18   effect in her body.
19       Q.    Did you ask if any explants were
20   available relating to Ms. Jasso?
21            By the way, I believe it's pronounced
22   YAH-so.
23       A.    Jasso.
24       Q.    I may be wrong, but. . .
25       A.    I don't recall if I asked that or not.

15 (Pages 54 to 57)

Russell F. Dunn, Ph.D., P.E.

Page 58

1    Q.    Okay.
2         MR. LITZENBURG:  I don't know if I can
3    help to shortcut this at all, but Dr. Dunn will not
4    be offered for any case-specific testimony --
5         MR. DAVIS:  Okay.
6         MR. LITZENBURG:  -- plaintiff specific.
7         MR. DAVIS:  Thank you.
8    BY MR. DAVIS:
9    Q.    Dr. Dunn, do you have any expertise on
10   what occurs to Prolene within the body?
11        MR. BOWMAN:  Object to form.
12        THE WITNESS:  Yes.
13   BY MR. DAVIS:
14   Q.    What is that expertise?
15   A.    That, if it does oxidize, I know what
16   the effect is on the polymer, the properties that
17   it changes on the polymer, the molecular weight,
18   the flexibility, that it goes from being ductile to
19   being brittle, that it cracks, that it flakes.
20   Q.    Well, but you started that with the
21   word "if" it oxidizes, right?
22   A.    Let's read back what your question was.
23        Can -- what was the last question I was
24   asked?
25        (Whereupon the following question was

Page 59

1    read back by the reporter:  What is that
2    expertise?)
3    BY MR. DAVIS:
4    Q.    And the underlying question was, do you
5    have any expertise on what occurs to Prolene once
6    it's been implanted in the body?
7    A.    That -- I don't think that was the
8    question.
9         Can you give me what was right before
10   that?
11        MR. DAVIS:  Read the preceding
12   question.
13        (Whereupon the following question was
14   read back by the reporter:  Dr. Dunn, do you have
15   any expertise on what occurs to Prolene within the
16   body?)
17        THE WITNESS:  I think I'm answering
18   that correctly.  I'm telling you that Dr. Guelcher
19   has the expertise to talk about the oxidative
20   reaction mechanism in the body.  But you asked if I
21   have any expertise.  And I have to say, if it does
22   oxidize, which I believe it does, I do have
23   expertise on what happens to the polymer.
24   BY MR. DAVIS:
25   Q.    But I'm not -- Dr. Guelcher is not part

Page 60

1    of this deposition.  And we really need to quit
2    focusing on Dr. Guelcher because, you know, he's
3    got his own separate deposition --
4    A.    Uh-huh.
5    Q.    -- and we're not here today to talk
6    about what he thinks and believes.
7         I'm trying to find out, if -- if you
8    didn't have Dr. Guelcher, do you, by yourself, have
9    any expertise on what occurs to Prolene once it's
10   been implanted within the body?
11        MR. BOWMAN:  Object to form.
12        THE WITNESS:  Yes.
13   BY MR. DAVIS:
14   Q.    Okay.  Assuming you don't have
15   Dr. Guelcher to rely on, explain your expertise on
16   what occurs to Prolene within the body.
17   A.    It is possible to do in vitro testing
18   to simulate what happens in the body, and I've been
19   involved in that testing.
20   Q.    Okay.  How do you -- and, again, put
21   Dr. Guelcher totally out of this -- how do you go
22   about simulating in vitro the Prolene as it would
23   have been in the body?
24        MR. BOWMAN:  If it -- if it -- is this
25   a good time to take a break?

Page 61

1         MR. DAVIS:  Yeah, we can take a break
2    any time.
3         MR. BOWMAN:  I would like to take a
4    break just to -- just to clear a couple things up,
5    and maybe make a call, if that's all right.
6         MR. DAVIS:  Okay.  That's fine.  But
7    that question will be still on the table.  I'm not
8    withdrawing the question.  So don't -- just be sure
9    not to discuss that.
10        MR. BOWMAN:  Yeah.  Sure.
11        (Brief recess.)
12        (Whereupon the following question was
13   read back by the reporter:  Okay.  How do you --
14   and, again, put Dr. Guelcher totally out of this --
15   how do you go about simulating in vitro the Prolene
16   as it would have been in the body?)
17        MR. BOWMAN:  And I don't know if I did,
18   but I want to object to form.
19        THE WITNESS:  Well, what I'm referring
20   to is the two presentations that I provided to you
21   that Dr. Guelcher and I gave over in vitro testing.
22   That's what I'm referring to.
23   BY MR. DAVIS:
24   Q.    Okay.  But isn't -- but Dr. Guelcher is
25   the one who evaluated how to simulate the human

16 (Pages 58 to 61)

Russell F. Dunn, Ph.D., P.E.

Page 62

1  body, didn't he?
2      A.    The oxidating medium, yes.
3      Q.    But you don't have that expertise,
4  right?
5      A.    The oxidative medium, he didn't make it
6  up.  He actually just got it from literature.
7      Q.    But that wasn't my question.
8           You don't have that expertise, do you?
9      A.    To look that up and to make that
10 medium?
11     Q.    Okay.  So you're saying all he did was
12 look it up in literature?
13     A.    No.  He knew about it already in
14 literature, but he referred to literature that had
15 used it before.  It -- it was -- it was the type of
16 work he had done in the past.
17     Q.    Why is a literature review important to
18 you?
19     A.    To get indications of what has been
20 done.
21     Q.    Okay.  Do you believe it's reasonable
22 for scientists to rely on clinical literature with
23 respect to a medical device?
24     A.    I'm -- I'm not an expert on clinical
25 literature.

Page 63

1      Q.    Okay.  Do you have any expertise on the
2  effects of Prolene oxidative degradation on tissue
3  in the body?
4      A.    Well, I believe -- I'll use the exhibit
5  that you gave me, Exhibit 2, my report.
6           I'm referring to -- when I think about
7  what's happening -- when I think if oxidation is
8  occurring in the body, because I understand the
9  properties of polypropylene outside the body, and I
10 understand these principles -- I'm looking at
11 Ethicon's own internal studies, which I thought
12 that I summarized -- you're correct, there are no
13 page numbers, but I guess it's three pages from the
14 end -- where sutures, Prolene sutures were
15 evaluated on canines.  There were vascular sutures.
16 There were ophthalmic sutures.  There were FTIR
17 evaluations of those.  There were thermal
18 evaluations of those to look at melting points of
19 degradation products.  There was scanning electron
20 microscopy and there was evaluation of cracks.
21          All of that came from the body,
22 Ethicon's own studies, and I summarized that on
23 that page.
24     Q.    And what effects did it have on the
25 tissue in the body?

Page 64

1      A.    I'm sorry.  I was talking about the
2  effect on the -- on the polypropylene itself.
3      Q.    Well, thank you, because -- let's get
4  back to -- let me just start over with my question,
5  because that was not my question.
6           My question was do you have any
7  expertise on the effects of oxidative degradation
8  of Prolene on tissue in the body?
9      A.    I do not.
10     Q.    Thank you.  Do you know what Fenton's
11 reagent is?
12     A.    Not off the top of my head.
13     Q.    Have you ever heard of Fenton's
14 reagent?
15     A.    I don't know if I have or not.  I mean,
16 I don't recall it.
17     Q.    Okay.  I noticed in your report you --
18 you expressed the opinion that Ethicon's complaint
19 handling was not satisfactory.
20          Do you recall that?
21     A.    I would have to look back -- if there's
22 a specific location -- yes.
23     Q.    Look at the -- what? -- fourth-to-last
24 page, the third-to-last paragraph.
25     A.    Yes.

Page 65

1      Q.    Is that where you're referring to now?
2      A.    Yes.
3      Q.    Okay.  So how did you go about
4  evaluating Ethicon's complaint handling system?
5      A.    Well, I say specifically as the
6  complaints relate to oxidative changes to
7  polypropylene.  I think that's what the sentence
8  says.
9      Q.    Okay.  Well, where -- tell me what
10 complaints you're referring to.
11     A.    Responses to complications, medical
12 complications that women have, and whether or not
13 you've evaluated it for oxidative degradation, any
14 kind of explants for oxidative degradation.
15     Q.    Have there been any complaints
16 regarding oxidative degradation for the Prolene?
17     A.    I don't -- I don't think a patient
18 would understand that that's the problem, much less
19 a doctor.
20     Q.    What --
21     A.    Unless he understands the properties of
22 polypropylene.  If there's a -- if -- if the mesh
23 is cracked or it's brittle, it would take someone
24 who understands polymer properties to think about
25 it from the standpoint of oxidative degradation.

17 (Pages 62 to 65)

Russell F. Dunn, Ph.D., P.E.

Page 66

1  Not a patient and not a medical doctor.
2      Q.    With respect to medical devices, please
3  explain, what is "complaint handling"?
4          MR. BOWMAN: Object to form.
5          THE WITNESS: I know what it is
6  relative to -- to polymer failure issues. And
7  complaint handling -- because that's the background
8  that I have. And complaint handling is getting
9  materials back where there's been some kind of
10  issue with -- with that particular product and
11  running scientific tests on it to see if you can
12  determine if there's a problem with it.
13  BY MR. DAVIS:
14      Q.    Are there any written standards for --
15  for complaint handling with respect to medical
16  devices?
17      A.    I don't know that there are standards.
18      Q.    Okay. Well -- but you say that
19  complaint handling is part of a quality system.
20          Do you see that?
21      A.    Yes.
22      Q.    Okay. And so what's your basis for
23  saying that complaint handling is part of a quality
24  system?
25      A.    My basis is working in industry, where

Page 67

1  we handled complaints on polymer-based products,
2  and that had a direct impact on the quality that we
3  were giving to different customers.
4      Q.    Have you reviewed any of the documents
5  in Ethicon's complaint handling system relating to
6  Prosima?
7      A.    I don't recall.
8      Q.    Have you reviewed any of the documents
9  in Ethicon's complaint handling system for any of
10  its Prolene mesh products?
11      A.    Oh, I'm -- I'm sure that I have.
12      Q.    Well, name one. Name one of the
13  products.
14      A.    I -- I -- I can't. Many of these
15  documents I got a year and a half ago.
16      Q.    But -- okay. But is it fair to say
17  that Exhibit 4 is now a cumulative list of all the
18  documents that have been provided to you in the
19  Ethicon mesh litigation?
20      A.    I believe that it is.
21      Q.    Okay. So if I don't see documents from
22  the complaint handling system in Exhibit 4, that
23  means you haven't looked at them, correct?
24      A.    That's my understanding.
25      Q.    Okay. In fact, if I don't -- if

Page 68

1  there's a document that's not listed either in a
2  footnote in your report or in Exhibit 4, then you
3  haven't looked at it if it's an Ethicon document
4  for its mesh products, unless it's listed here on
5  Exhibit 4; is that correct?
6      A.    That's my understanding, yes.
7      Q.    Okay. Can you explain the difference,
8  if any, between risk analysis and risk assessment?
9      A.    Risk analysis are -- are specific
10  methodologies that are used for assessing a risk.
11  So risk analysis methodologies would be something
12  like failure mode and effects analysis or hazard
13  inoperability analysis, what-if analysis, those
14  types of analysis tools.
15      Q.    Is there a difference between that and
16  risk assessment, or are they the same?
17      A.    Risk assessment, in my view, is a -- a
18  more encompassing term. It's got risk analysis as
19  part of it. But there's more than just the FMEA
20  that goes into an overall risk assessment, like a
21  risk assessment plan.
22          You have risk analysis tools that
23  you've used, but, in addition to that, you have
24  some other thing that you consider for the risk
25  assessment.

Page 69

1      Q.    Okay. And I notice you used the term
2  "risk management" also.
3          Is that somehow different from risk
4  assessment?
5      A.    No. They're all related. The only
6  thing I would tell you is risk analysis, in my
7  opinion, gets down to the very specific tools that
8  you employed to look at the potential hazards. So
9  it's a subset of risk -- of risk assessment.
10          And when you combine risk assessment
11  and risk analysis all together, you come up -- the
12  overarching category is your risk management plan.
13      Q.    Okay. Would you agree that you're not
14  qualified to opine as to whether oxidative
15  degradation of Prolene in the body causes any -- or
16  has the potential to cause any harm to the body?
17          MR. BOWMAN: Object to form.
18          THE WITNESS: I can only testify to the
19  changes in the polymer itself.
20  BY MR. DAVIS:
21      Q.    Okay. So the answer would be that you
22  do not have the expertise that I just asked about?
23      A.    No. It would -- it would require
24  somebody with expertise inside the body to talk
25  about how that would ultimately affect.

18 (Pages 66 to 69)

Russell F. Dunn, Ph.D., P.E.

Page 70

1    Q.    And you have no expertise about matters
2  inside the body, correct?
3    A.    To know the effect on the tissue -- I
4  agree with what you're saying.
5    Q.    Okay.  Have you ever heard of a
6  biocompatibility risk assessment?
7    A.    I've -- I've heard of biocompatibility
8  testing.  I'm not sure that I've heard it combined
9  specifically with biocompatibility risk assessment.
10    Q.    Okay.  So do you know any -- any
11  standards, written standards that apply to
12  biocompatibility risk assessment?
13    A.    Only what I've read.  I've not been
14  involved in biocompatibility testing.
15    Q.    Okay.  Do you have any expertise in
16  evaluating a biocompatibility risk assessment?
17    A.    It -- it depends on the parameters that
18  are being evaluated.  In some cases, I could have
19  some expertise.
20    Q.    Well --
21    A.    More on the chemical side.  If it's
22  a -- if there's some chemical testing that's done
23  that I needed to look at and evaluate what that
24  result is saying, I have expertise in that
25  background.  But I don't run biocompatibility

Page 71

1  tests.
2    Q.    Well, do you know of any written
3  standards for performing a biocompatibility risk
4  assessment?
5    A.    I believe that biocompatibility is a
6  subset -- one of the things considered in
7  ISO 14971, among other things.
8    Q.    Can you show me where ISO 14971
9  discusses biocompatibility testing?
10    A.    (Reviews document.)
11       Just as a simple example would be on
12  Table E.1, where it has examples of hazards for a
13  medical device.  So the overall document is called
14  "Application of Risk Management," the larger term
15  that I told you about, "to Medical Devices."
16       If you go to Table E.1, where you see
17  examples of hazards, there is biocompatibility
18  hazards, and underneath "Biocompatibility," it has
19  "Toxicity of chemical constituents, allergenicity,
20  irritancy, pyrogenicity."  Those are totally
21  separate from chemical hazards.
22       So biocompatibility and that concept in
23  what you would be looking for for biocompatibility,
24  in my opinion, is -- is discussed in that standard.
25    Q.    Okay.  Are you aware of any studies

Page 72

1  concluding or identifying any harm caused by
2  oxidative degradation of Prolene in the body?
3       MR. BOWMAN:  Object to form.
4       THE WITNESS:  I'm -- I'm aware of
5  internal studies by Ethicon that show the oxidative
6  degradation.  I don't know how that relates -- I --
7  I -- I don't -- the reports that I saw did not link
8  that to then the overall effect of that product in
9  the body.
10  BY MR. DAVIS:
11    Q.    Okay.  Try listening carefully to my
12  question.
13    A.    Okay.
14    Q.    Because I'm not just talking about
15  studies that don't discuss harm.
16       I'm asking you, are you aware of any
17  studies, either within Ethicon or out in the
18  clinical -- in the literature anywhere, that makes
19  a finding or conclusion that there's a harm caused
20  by oxidative degradation of Prolene in particular,
21  in the body?
22    A.    Again, looking at the internal studies
23  and looking at the degradation that was observed
24  from explants, from Ethicon's own internal testing
25  and the degradation of the polymer material and the

Page 73

1  degradation in the surface, in those particular
2  cases, those were not patients or anyone that could
3  respond about the effect in the body.  Those were
4  tests on canines and things of that nature.
5       I've not researched specifically the
6  link between Prolene effect in the human body as it
7  oxidizes.  I can't tell you whether or not there
8  is -- I know that there are articles talking about
9  the fact that polypropylene is not inert; whether
10  that dealt with Prolene specifically, I'm not sure.
11    Q.    Well, let me broaden my question to
12  polypropylene.
13       My question is, are you aware of any
14  studies finding any harm associated with any
15  oxidative degradation of polypropylene in the body?
16       MR. BOWMAN:  Object to form.
17       THE WITNESS:  I've read studies.  I
18  can't recall if any extended that to harm in the
19  body.
20       Let me just look at something here for
21  a second.
22       I don't know.
23  BY MR. DAVIS:
24    Q.    Okay.  Now, you've expressed the
25  opinion that Prosima has a design defect, right?

19 (Pages 70 to 73)

Russell F. Dunn, Ph.D., P.E.

Page 74

1      A.     Yes.
2      Q.     And can you please define for the jury
3  "design defect"?
4      A.     Design defect is -- is --
5           MR. BOWMAN:  Object to form, to the
6  extent it calls for a legal conclusion.
7           Go ahead.
8  BY MR. DAVIS:
9      Q.     No.  I want to know what -- since
10  you're expressing an opinion that -- that Prosima
11  suffers from a design defect, I want to know what
12  do you mean by "design defect."
13      A.     A design defect is an inherent flaw
14  that exists across all of the products.
15           To separate that from a manufacturing
16  defect, a manufacturing defect would be something
17  was -- was manufactured improperly, a batch of
18  material was manufactured not according to
19  specifications of some sort.
20           A design defect, from my perspective,
21  as one that teaches design, is that you -- you
22  designed it to meet certain specifications, certain
23  criteria, and it meets all those criteria, but
24  there's still a problem with how you've designed
25  it.  All of those criteria, there's still something

Page 75

1  wrong with it that's wrong with all of the product.
2           In this particular case, it's that it's
3  using the Prolene polypropylene.
4      Q.     Okay.  What is the design defect for
5  Prolene?
6      A.     That it will readily oxidize.
7      Q.     Okay.  It readily oxidizes in the body?
8      A.     It readily oxidizes.
9      Q.     Okay.  You can't --
10      A.     It is -- it has a high potential for
11  oxidation.  In fact, it's the most commonly -- the
12  most easily oxidized polymer.
13      Q.     Show me any scientific basis or
14  document that says that Prolene is what you just
15  described.
16      A.     That it oxidizes in the body?
17      Q.     No.  That -- you said it's the highest,
18  easiest one to oxidize.
19      A.     I didn't say that.  I said
20  polypropylene --
21      Q.     See, I didn't ask you about
22  polypropylene.  I asked you about Prolene.
23      A.     Okay.  I guess what you're referring to
24  is the fact that Prolene has antioxidants in it.  I
25  think you're implying that Prolene is better than

Page 76

1  regular polypropylene.
2      Q.     No.  I -- don't assume anything.
3      A.     Okay.
4      Q.     No --
5      A.     I'm trying to understand the question.
6      Q.     A minute ago I thought you said Prolene
7  readily oxidizes.
8      A.     It will.
9      Q.     And are you saying -- are you saying
10  you have the expertise to say it readily oxidizes
11  within the body?
12      A.     That's not what I said.
13      Q.     No, that's a new question.
14      A.     Yes.  Okay.  If there -- if there are
15  oxidizing agents available to react with it, yes,
16  it will.
17      Q.     Okay.
18      A.     You have to have the reactant.
19      Q.     Okay.  When with you say "Prolene
20  oxidizes readily," what does "readily" mean?  How
21  are you using that term there?
22      A.     I'm using the term with the fact that
23  it's the most easily oxidized polymer, as I
24  indicated for Figure 2.  The only thing that will
25  keep it from oxidizing initially is the fact that

Page 77

1  it has antioxidants in it.
2      Q.     Okay.  Please explain to me your
3  scientific basis for saying that Prolene is the
4  most easily oxidizable polymer.
5      A.     I'm sorry.  If I said it that way, I'm
6  saying polypropylene-based resin is the most easily
7  oxidized polymer.  The only thing keeping Prolene
8  from oxidizing as fast as polypropylene without
9  antioxidants is the fact that it has some
10  antioxidants in it.
11      Q.     Okay.  So let's get back to this
12  question.  You said, "Prolene oxidizes readily."
13           Explain what you mean by "readily."
14      A.     That as soon as the antioxidants are
15  expended, Prolene will oxidize easily.  It's the
16  most easily oxidized polymer, polypropylene.
17      Q.     In the body, how long does it take for
18  the antioxidants to be depleted from Prolene?
19      A.     It would vary.
20      Q.     Well, what's the shortest period of
21  time?
22           MR. BOWMAN:  I'm going to object to
23  form.
24  BY MR. DAVIS:
25      Q.     Or do you have the expertise to know

20  (Pages 74 to 77)

Russell F. Dunn, Ph.D., P.E.

Page 78

1  what the shortest period of time is?
2      A.    I haven't studied that.
3      Q.    Okay.  Well, I understand you haven't
4  studied it.
5           Do you have any expertise to evaluate
6  the shortest period of time for Prolene to oxidize
7  within the human body?
8           MR. BOWMAN:  Object to the form.
9  BY MR. DAVIS:
10     Q.    And when I say "oxidize," I mean use up
11  or deplete the antioxidants.
12     A.    I'm struggling with the "any
13  expertise."  If you gave me samples that were in
14  the body for certain periods of times, I have the
15  expertise to analyze them to see if they have
16  oxidized.  I don't know if that's what you're
17  asking.
18     Q.    That's not what I was asking.
19     A.    Well, you said "any expertise."  I do
20  have some expertise.  If you gave me the samples, I
21  have the expertise to test them to see if they're
22  oxidized.  I thought that's what you asked, "any
23  expertise."
24     Q.    Now, can you tell me whether literature
25  reviews have any role in the process of assessing

Page 79

1  risk of degradation of Prolene in the body?
2      A.    Certainly.
3      Q.    What is the role of literature reviews
4  on the process of assessing risk of degradation in
5  the body with respect to Prolene?
6      A.    It can help you understand whether the
7  scientists have tested at that point.
8      Q.    Okay.  And that raises this question:
9  In your report, you say that, if Ethicon had
10  considered oxidative degradation, it would have
11  done some further testing.
12          Do you recall that?
13     A.    Absolutely.
14     Q.    Tell me what that -- what the testing
15  is that you're referring to.
16     A.    Okay.  Well, clearly, they were looking
17  at explants, ophthalmic, vascular -- they were
18  looking at sutures back in the '80s.  And I talk
19  about that in Section 3.2 of the report.
20     Q.    I don't want to know what they did in
21  the past.
22          I want to know what testing are you
23  saying they should have done here, twice in your
24  report.
25     A.    There's -- there's a lot they could

Page 80

1  have done based on -- all of the internal studies
2  they had.  They even suggested that they could go
3  further and they could continue doing testing.
4           So, as an example, they could have had
5  more explants.  They could have done more animal
6  testing, once they began to see that oxidation was
7  occurring.  They could have looked at clinical
8  studies with explants.  They could have tried to
9  even simulate the oxidation outside the body and
10  look at that testing.
11          And my concern is that their internal
12  testing clearly was showing oxidation from
13  explants, from animals and humans.  And that the
14  literature that's been cited many times, even by
15  their own internal people, has clearly stated that
16  polypropylene is susceptible to oxidation.
17          So I say those two elements put
18  together clearly indicate that Ethicon should have
19  done more testing.
20     Q.    Okay.  And, again, see, that's not
21  really my question.
22     A.    Okay.
23     Q.    I want to know specifically what
24  testing -- and you mentioned some things, so I want
25  to follow up on it.

Page 81

1      A.    I did.
2      Q.    What animal testing, additional animal
3  testing needed to be done?  Explain what they
4  needed to do.
5           MR. BOWMAN:  Object to form.  This is
6  asked and answered.
7           MR. DAVIS:  No, it's not.
8           THE WITNESS:  I'm not going to, in two
9  minutes, design a highly technical study.  You
10  would do it as a group and get together and talk
11  about -- just like they did in their memos.
12  They're -- they're getting together and talking
13  with multiple parties.
14          You would get the right individuals
15  together and -- and say, we're seeing oxidation at
16  this point; what can we do as the next steps to
17  further verify this is occurring.
18  BY MR. DAVIS:
19     Q.    Well, you've expressed the opinion
20  twice in your report that Ethicon needed to do
21  further testing.
22          Can you sit here today and tell me any
23  specific test, describe any specific test that
24  you're saying Ethicon should have done?
25          MR. BOWMAN:  Objection as asked and

21 (Pages 78 to 81)

Russell F. Dunn, Ph.D., P.E.

Page 82

1   answered.
2   BY MR. DAVIS:
3       Q.    Please answer the question.
4       A.    I'm telling you that they should have
5   more explants -- they should have implanted in --
6   in more controlled environments and taken those
7   explants and done much more FTIR, much more
8   microscopy. All the things that they were doing
9   that they stopped doing. They should have done
10  crack evaluations. All of that would have led them
11  to understand that this is occurring in the body.
12      Q.    Okay. Are you basing this -- these
13  opinions on needing further tests, are you basing
14  them on any written standard?
15      A.    It's not a standard that requires you
16  to do this.
17      Q.    It's just your opinion?
18          MR. BOWMAN: Object to form.
19          THE WITNESS: It's -- it's my opinion,
20  based on teaching product design and a standard of
21  care that companies have to have. You keep saying
22  a "standard" because -- standards are very
23  specific. I think that they had a duty as a
24  manufacturer to do more testing based on the --
25  their own internal testing.

Page 83

1   BY MR. DAVIS:
2       Q.    I want to follow up on a subject that I
3   talked about a few minutes ago that I omitted
4   something.
5          Can you give us at least a general time
6   frame, as best you can, about how long it takes
7   Prolene to oxidize in the body?
8          MR. BOWMAN: Object to form.
9          THE WITNESS: I believe I said --
10  BY MR. DAVIS:
11      Q.    What I mean by "oxidize" again is
12  deplete its antioxidants.
13      A.    I believe what I said was it's
14  variable. As a chemical engineer, it's variable
15  because you need the species to react with it.
16  There's a lot of other parameters, including the
17  stress that the material's under.
18          So, no, I can't give you a time frame
19  because it would vary in different patients.
20      Q.    Okay. Can you give me your estimate of
21  the minimum time frame?
22      A.    I've not tried to determine that.
23      Q.    Okay.
24      A.    Well, can I --
25          MR. BOWMAN: Just wait for a question.

Page 84

1          THE WITNESS: Okay.
2   BY MR. DAVIS:
3       Q.    If you need to correct an answer or if
4   you're not through answering, I certainly will let
5   you. Otherwise, I've got another question.
6          But go ahead.
7       A.    All I want to say is that -- that
8   Ethicon in their own internal studies at five and
9   seven years, even in canines, they're seeing
10  degradation of some of the polypropylene -- the
11  Prolene polypropylene.
12  BY MR. DAVIS:
13      Q.    Did they see any significant
14  degradation?
15          MR. BOWMAN: Object to form.
16          THE WITNESS: I believe, in their
17  opinion, they did.
18  BY MR. DAVIS:
19      Q.    Oh, really? Okay. Have you got
20  those -- that report where it shows that they had
21  the opinion that there was significant degradation?
22          MR. BOWMAN: I don't -- I actually
23  don't think it's part of his footnotes. It might
24  be. You tell me.
25          THE WITNESS: (Reviews documents.)

Page 85

1          MR. BOWMAN: Dr. Dunn, do you know what
2   study it was that you're looking for?
3          THE WITNESS: Well, I'm looking at --
4   I'm looking at several. Give me -- give me. . .
5   I'll be there in a second. Okay.
6   BY MR. DAVIS:
7       Q.    Are you referring to one of your
8   footnoted documents?
9       A.    Yes, sir.
10      Q.    Which footnoted document are you --
11  just tell me which footnote.
12      A.    Okay. Give me -- give me one second.
13  I want to make sure -- I may have it in two
14  different locations.
15          Okay. Okay. Can we go back to the
16  question, just so I make sure I understand what I'm
17  doing here.
18      Q.    Well, I think you testified that
19  Ethicon indicated that they found degradation in
20  some instances to be significant. And I asked you
21  to --
22      A.    Sure.
23      Q.    -- to tell me --
24      A.    Okay.
25      Q.    -- just tell me what document it is,

22 (Pages 82 to 85)

Russell F. Dunn, Ph.D., P.E.

Page 86

1    and I may have it over here.
2        A.    There's -- there's a couple.  There's
3    September 30th, 1987, from Dan Burkley.
4        Q.    Okay.
5        A.    There's -- that's a good example right
6    there.  Let's just talk about that.
7        Q.    Okay.
8              (Whereupon Exhibit 8 was marked as an
9    exhibit.)
10   BY MR. DAVIS:
11       Q.    Let me hand you Exhibit A -- 8.  I'm
12   sorry.  Not A.
13       A.    Yes, sir.
14       Q.    Okay.  Explain to me where in Exhibit 8
15   Mr. Burkley concludes that the degradation is
16   significant.
17       A.    Okay.  Well, just on the first page,
18   you see the eight-year implant duration?
19       Q.    Okay.
20       A.    The -- the microscopic observations are
21   "severe cracking."
22       Q.    Okay.
23       A.    How do I interpret "severe"?  Severe.
24       Q.    Did you look at the second page of that
25   exhibit?

Page 87

1        A.    Yes.
2        Q.    And doesn't -- doesn't he also find
3    that it -- that the -- the degraded portion is only
4    a minor portion of the entire suture?
5        A.    That's one of his interpretations of
6    that.
7        Q.    Well, do you interpret it differently,
8    that it's more than a minor portion?
9        A.    Well, saying that it's a minor portion,
10   meaning that it only goes down a certain distance,
11   the crack only goes down a certain distance into a
12   very small suture, while that may be minor from a
13   microscopic standpoint, these are severe cracks
14   that apparently don't go very deep.  That's what
15   he's saying with the "minor."  That's not saying
16   that that has minor implications in the body.
17       Q.    Do you know of any harm caused by those
18   cracks he observed?
19             MR. BOWMAN:  Object to form.
20             THE WITNESS:  I know from a design
21   perspective, there's no way they designed the
22   product intending for it to crack in the body.
23   BY MR. DAVIS:
24       Q.    Can you show me a document or identify
25   a document for me where one of the -- one of the

Page 88

1    design requirements or inputs was we cannot allow a
2    surface crack to ever occur on -- on Prolene --
3              MR. BOWMAN:  Object to form.
4    BY MR. DAVIS:
5        Q.    -- in the body?
6              MR. BOWMAN:  Object to the form.
7              THE WITNESS:  I'll take it further,
8    because I teach design.
9    BY MR. DAVIS:
10       Q.    I don't want you to take it further.  I
11   just want you to answer that question.
12       A.    That we can't have a crack --
13       Q.    Let me make sure you understand the
14   question.
15             Are you aware of any Ethicon
16   document -- design requirements, essential
17   requirements, or design inputs -- that one of which
18   would be we can't allow Prolene in the body to ever
19   develop a surface crack?
20             MR. BOWMAN:  Object to form.
21             THE WITNESS:  If they could allow that
22   to occur, it should be a line item on their FMEA
23   where they evaluate their mesh.  And if they
24   want -- potential failure mode is a crack.
25

Page 89

1    BY MR. DAVIS:
2        Q.    Well, I'm going to get to that in a
3    minute.  I'm now talking about design requirements,
4    inputs, essential requirements --
5        A.    I can't imagine they would put a design
6    requirement that it can't crack.  That's a --
7    that's a given.  They -- they can't intend for it
8    to crack.
9        Q.    Do you know of any standard that --
10   that says that a surface crack developing on a
11   piece of polypropylene is -- is a failure?
12       A.    That is exactly why I'm telling you
13   that it should be in the FMEA.  Because, if they're
14   going to say that surface cracks -- a potential
15   mode of failure -- you've asked, can that create a
16   problem?
17             You put it on your FMEA and say
18   "surface cracks will form" as a potential failure
19   mode.  And then you look at the harm.  And you
20   evaluate it appropriately.  That's why it should be
21   there.
22       Q.    Well, you would -- I don't mean to be
23   facetious here, but you would agree with me that,
24   you know, if you were working on the design team,
25   getting up out of -- out of bed and falling on the

23 (Pages 86 to 89)

Russell F. Dunn, Ph.D., P.E.

Page 90

1  floor would not be a failure mode that you would
2  put in your FMEA on a Prosima device, is it?
3      A.    No. But comparing that to cracks is
4  unfair, because they even internally have already
5  found cracks on their Prolene material. So they
6  know it exists. And falling out of bed can't be
7  compared to what they know from explants exist and
8  should appear on their safety analysis.
9      Q.    Okay. And --
10     A.    So let's be clear. They were aware of
11 that by the point that they're doing these safety
12 analysis.
13     Q.    Can you please define for me the term
14 "potential failure mode"?
15     A.    Yes.
16     Q.    Please define it.
17     A.    When you are, as a group, going --
18 developing a failure mode and effects analysis, you
19 brainstorm about any potential failure mode that
20 can occur for that device, for that component
21 within the device.
22     Q.    Okay. But that's a circular
23 definition. You used "failure mode" to define
24 "failure mode."
25           So what is a failure mode?

Page 91

1      A.    Okay. Okay. They're different for
2  different devices, which is why -- which is why in
3  ISO 14971 you're given specific examples of failure
4  modes and hazards that could be -- should be
5  considered and even questions that you can ask
6  yourself about your device to help you identify
7  even some potential failure modes that you haven't
8  thought about.
9      Q.    And --
10     A.    So if you follow that standard and look
11 at that, it's designed to bring that to your
12 attention.
13     Q.    And show me where ISO 14971 requires
14 that you actually put every one of those examples
15 in the FMEA.
16     A.    I'm sorry. I -- I -- I teach FMEAs. I
17 told you this before. I tell the students,
18 here's -- I know you don't like my answer. But I
19 tell the students --
20     Q.    It's not answering my question.
21     A.    I'm going to answer your question.
22           I tell the students, I don't just grade
23 on what you put down in your failure mode and
24 effects analysis. I also grade what's missing.
25 Because I'm telling you that, if you don't think

Page 92

1  oxidation will occur, if you don't put it in your
2  failure mode and effects analysis, you did not
3  consider it as a potential failure mode. That's
4  it.
5           How is another person ten years from
6  now, another engineer looking at your product,
7  going to know that you considered that as a
8  potential failure mode if you didn't list it? If
9  you want to say there's no effect or it can't
10 happen, that's fine. But you list it.
11     Q.    Can we get back to my question now?
12           My question was, can you tell me where
13 in ISO 14971 does it require that you list all of
14 its examples in the annex you're reading from in
15 the FMEA itself?
16     A.    Give me a second.
17     Q.    Sure.
18     A.    Page 9, Section 4.4.
19           Wow, I'll even give you -- let's do
20 4.3. The manuf- -- it says, "Identification of
21 Hazards. The manufacturer shall compile
22 documentation on known and foreseeable hazards
23 associated with a medical device in both normal and
24 fault conditions. This documentation shall be
25 maintained in the risk management file. Examples

Page 93

1  of possible hazards are given in E.2 and H.2.4 and
2  can be used as guidance by the manufacturer to
3  initiate hazard identification."
4      Q.    It doesn't say put them in the FMEA,
5  does it?
6      A.    I'm -- okay. (Reviews documents.)
7  This is in the "Risk Analysis" section of -- of --
8  Section 4, "Risk Analysis."
9      Q.    Does that section talk about the
10 specific list of -- of ideas to consider? If it
11 doesn't, that's not part of my question.
12           MR. BOWMAN: Object to form.
13           THE WITNESS: Okay. What's the
14 question again?
15 BY MR. DAVIS:
16     Q.    My question was, show me where in
17 ISO 14971 is there a requirement that you list in
18 the FMEA all of these examples that you've been
19 referring to that are -- that are listed in -- is
20 it Annex E?
21     A.    There's not only that in Annex E, but
22 there's also -- Annex E is there, and I believe
23 that I referred you to Annex C, which had questions
24 that you can ask yourself about your product.
25     Q.    Okay. I'll get to those in just a

24 (Pages 90 to 93)

Russell F. Dunn, Ph.D., P.E.

Page 94

1    minute.
2        A.    Okay.
3        Q.    I'm first talking about the examples in
4    Annex E that you're saying need to be listed in the
5    FMEA.
6            And I'm asking you where in the 14971
7    ISO does it have that requirement?
8        A.    Okay. Okay. How I read this is that's
9    the "Risk Analysis" section. If you go back to
10   Figure 1, you will see that the "Risk Analysis"
11   section has the following bullets:
12           "Intended use and identification of
13   characteristics related to the safety of the
14   medical device."
15           Second bullet, "Identification of
16   hazards."
17           Third one is "Estimation of the risk
18   for each hazardous situation."
19           If you then go back to Annex D, where
20   they walk you through how to do failure mode and
21   effects analysis, and to do those kinds of
22   evaluations, these are risk concepts applied to
23   medical devices.
24           So it's incorporated throughout here.
25   It tells you to do a risk analysis. They give you

Page 95

1    the example in Annex D. They give you questions to
2    ask in Annex C. In Annex E, they give you
3    potential hazards you should consider.
4            I'm telling you that the FMEA is the
5    risk analysis tool that Ethicon has selected to
6    use. To do that, they've got to consider the
7    reasonable potential failure modes.
8        Q.    Okay. I tell you, let's just do it
9    this way.
10           Let's mark ISO 14971 as Exhibit 9.
11           (Whereupon Exhibit 9 was marked as an
12   exhibit.)
13   BY MR. DAVIS:
14       Q.    Why don't you turn to page 50 in
15   Annex E. That's part of Annex E, page 50.
16       A.    Okay. Yes.
17       Q.    And that's where it says E.2, "Examples
18   of Hazards."
19           And it has that list of hazards that
20   you've been referring to, correct?
21       A.    Uh-huh.
22       Q.    I'm sorry. Is that a "yes"?
23       A.    Yes, sir. I'm sorry.
24       Q.    And let's look at the very beginning of
25   that section. Under E.2, "Examples of Hazards," do

Page 96

1    you see where it says, quote, The list in Table E.1
2    can be used to aid in the identification of hazards
3    associated with a particular medical device which
4    could ultimately result in harm to the patients or
5    others, unquote.
6            Did I read that correctly?
7        A.    That's correct.
8        Q.    So it says these examples can be used
9    as an aid, right?
10       A.    That's correct.
11       Q.    It doesn't -- nowhere it says you've
12   got to list all these examples in your FMEA, does
13   it?
14       A.    That's -- that's totally unrelated to
15   what you just asked.
16       Q.    Well, let me ask it again.
17       A.    This is not saying what you have to
18   list or not list in your FMEA.
19       Q.    Thank you.
20       A.    I'm telling you, an FMEA is much
21   clearer than that. You list everything you
22   considered in an FMEA.
23       Q.    Thank you.
24           Now, again, I want to get back to, do
25   you know of any design requirements document,

Page 97

1    design inputs document, or central requirements
2    document of Ethicon relating to its Prolene mesh
3    devices that has a requirement that the Prolene in
4    the mesh can never develop a surface crack?
5            MR. BOWMAN: Object to form. This is
6    asked and answered.
7            MR. DAVIS: I agree, it's been asked,
8    but I disagree that it's been answered.
9            THE WITNESS: By looking at their own
10   responses to cracks that they found internally,
11   with their own studies, they did not intend for the
12   material to crack.
13   BY MR. DAVIS:
14       Q.    Let me ask you this: Are you familiar
15   with -- or do you know what a design inputs
16   document is?
17       A.    A design inputs document? Could mean
18   several things, if you're talking about for a
19   specific company. Design criteria, design inputs.
20       Q.    Are you familiar with the term
21   "essential requirements document" with respect to
22   medical devices?
23       A.    As it relates to Ethicon -- yeah. Yes,
24   I am. Yes, sir.
25       Q.    Okay. Have you seen any of their

25 (Pages 94 to 97)

Russell F. Dunn, Ph.D., P.E.

Page 98

1    essential requirements documents that listed as a
2    requirement that this Prolene can never develop a
3    surface crack?
4        A.    Not -- not as it specifically says it
5    can't develop a surface crack. It's more general
6    than that --
7        Q.    Okay.
8        A.    -- that document. And it's -- if it's
9    okay, let's call it "cracks." Not "a crack."
10   "Cracks." Lots of cracks.
11       Q.    Okay.
12       A.    Okay.
13       Q.    Would you agree that you're not
14   qualified to opine as to whether Prosima has an
15   imperfection that causes it to inadequately protect
16   against risk of injury?
17            MR. BOWMAN: Object to form.
18            THE WITNESS: What do you mean by
19   imperfection? How are you defining "imperfection"?
20   BY MR. DAVIS:
21       Q.    Just common English usage.
22       A.    No. Come on.
23       Q.    Yes. Come on.
24            MR. BOWMAN: Same objection.
25            THE WITNESS: I don't know if I would

Page 99

1    classify -- read the question again and let me
2    think about it, as you've defined it.
3    BY MR. DAVIS:
4        Q.    My question -- my question was, will
5    you agree that you're not qualified to express an
6    opinion as to whether Prosima has an imperfection
7    that causes it to inadequately protect against risk
8    of injury to the human body?
9            MR. BOWMAN: Object to form.
10            THE WITNESS: I'm specifically talking
11   about its ability to oxidize. And I'm not sure if
12   you're -- if you would view that as an
13   imperfection. That's not exactly how I would
14   define it.
15   BY MR. DAVIS:
16       Q.    Well, let's get beyond the word
17   "imperfection." Do you have -- let's assume it
18   does have an imperfection of some sort. Let's just
19   assume that, then, for the next question.
20            If it has an imperfection, would you
21   agree that you're not qualified to opine as to
22   whether that imperfection causes Prosima to
23   inadequately protect against risk of injury?
24       A.    Are you including in that imperfection
25   the ability to oxidize?

Page 100

1        Q.    I'll let you include it if you want.
2        A.    I think I've answered this many times,
3    that, if it oxidizes, I can talk about the effect
4    that it has on the polymer.
5        Q.    But, see, that's not my question.
6            Do you have any expertise that would
7    permit you to opine as to whether it can -- it
8    inadequately protects against risk of injury to the
9    human body?
10            MR. BOWMAN: Object to form.
11            THE WITNESS: When it changes these
12   properties -- I mean, it -- it behaves differently.
13   They can't design it -- there's no way they
14   designed it for these changing properties.
15   BY MR. DAVIS:
16       Q.    But that's not my question.
17            You're not a doctor, are you?
18       A.    No. I'm a product designer.
19       Q.    Do you have any -- any expertise at all
20   on what goes on in the human body?
21       A.    No. I have -- I have expertise on how
22   to design products. And I can tell you, you're not
23   designing -- you're not, in this case, designing
24   products to change over time. That was not the
25   design criteria.

Page 101

1        Q.    And you understand that has nothing to
2    do with my question?
3            My question is, do you have any
4    expertise that would permit you to opine as to
5    whether any imperfection in Prosima -- you can use
6    any imperfection -- causes it to fail to properly
7    protect against risk of injury to the body?
8        A.    It has everything to do with your
9    question. Because it's changing over time. You're
10   not giving me a time factor. You're not saying
11   initially, when it's put in the body. You're not
12   saying five years later. You're saying at any
13   time. And I'm telling you, the properties change.
14       Q.    At any time. Let's assume it's
15   fully -- fully oxidized, it's been in there however
16   long it takes.
17       A.    Wow.
18       Q.    Do you know of any harm that it causes
19   to the body?
20       A.    It -- it can't be good. As a product
21   designer, going from ductile to brittle, it cannot
22   be good in the body. It cannot.
23       Q.    Identify one harm.
24       A.    It will be inflexible. It will -- it
25   will break, it will crack, it will break off. And

26 (Pages 98 to 101)

Russell F. Dunn, Ph.D., P.E.

Page 102

1    that's not the intended design for the product.
2    It's not designed to do that.
3        Q.    Okay. Let's look at ISO 14971. Look
4    at page 1, page number 1.
5        A.    Yes, sir.
6        Q.    Read Section 2.2 on harm.
7        A.    "Physical injury or damage to the
8    health of people or damage to property or the
9    environment."
10       Q.    And so you've never heard of that
11   definition before right now, have you?
12       A.    Sure I have.
13       Q.    Well, I asked you to define "harm."
14   You didn't -- you didn't say anything at all about
15   this.
16             MR. BOWMAN: Object to the form.
17             THE WITNESS: I don't think this is the
18   only definition of "harm." But this is how they're
19   defining it for terms and definition for this
20   standard.
21   BY MR. DAVIS:
22       Q.    Right. For medical devices, right?
23       A.    Did you ask me for ISO 14971, how they
24   define "harm"?
25       Q.    I said for medical devices.

Page 103

1             MR. BOWMAN: Object to form.
2             THE WITNESS: That's how they defined
3    it.
4    BY MR. DAVIS:
5        Q.    Okay. So let's use their definition.
6        A.    Okay.
7        Q.    Will you agree that you have no
8    qualifications to express an opinion that any
9    imperfection of Prosima can cause harm to the human
10   body?
11       A.    By myself, I can't.
12       Q.    Thank you.
13       A.    But it's not an individual decision. I
14   can provide input on the property changes, and then
15   a medical individual would indicate how that would
16   affect the body.
17             Just like you can't ask a medical
18   doctor if he could evaluate the harm and he doesn't
19   know that the properties change and he doesn't
20   understand the polymer side of it.
21       Q.    So you would want to have a medical
22   doctor on the team to evaluate whether your
23   perceived oxidative degradation is significant
24   enough to cause harm?
25       A.    Among other people.

Page 104

1        Q.    Okay.
2        A.    I said that already. That you need a
3    team effort approach to the FMEA.
4        Q.    Do you know what the accepted methods
5    of risk estimation are for medical devices? I
6    mean, without reading it -- I mean, do you have
7    experience in that?
8        A.    Yes.
9        Q.    Okay. Then what -- what are the
10   accepted methods for risk estimation for medical
11   devices?
12       A.    Again, you would use a team. You would
13   talk about -- basically, when you're talking about
14   risk estimation, ultimately, if you're doing an
15   FMEA, you're going to come up with a risk priority
16   number, an RPN.
17       Q.    Okay. Is a risk analysis for Prolene
18   mesh relevant to a risk analysis for Prosima?
19       A.    Yes.
20       Q.    How?
21       A.    For Prosima, it uses -- one of the
22   components is mesh that's made from Prolene. So
23   any assessment you would make on Prolene mesh in
24   risk analysis -- well, specifically associated to
25   the properties of Prolene -- would be applicable to

Page 105

1    Prosima.
2        Q.    Okay. So have you ever tried to find
3    out or ask anyone to make sure that they were
4    giving you all of the risk analysis for Prolene
5    mesh?
6        A.    I have looked at every risk analysis
7    that I've been provided, and I've made it clear
8    that I have an open request, any risk analysis.
9    And, in fact, I mean, you've brought up a bunch of
10   points today. If you want to show me any time any
11   documents that would refute what I'm saying, that
12   are risk analysis where they considered oxidation
13   or where they have design documents where they said
14   it's okay to have a crack, I would be happy to look
15   at those. I would be happy to evaluate those.
16       Q.    Okay.
17       A.    I'm not -- I'm not aware of those
18   documents.
19       Q.    I mean, did you ask the people
20   providing you documents just to make sure they were
21   giving you all the risk analyses for Prolene mesh?
22             MR. BOWMAN: Object to form.
23             THE WITNESS: I have -- I have always
24   said provide to me all the risk analysis associated
25   with a particular product that I'm looking at.

27 (Pages 102 to 105)

Russell F. Dunn, Ph.D., P.E.

Page 106

1  BY MR. DAVIS:
2      Q.    Well, but a minute ago you said that
3  Prolene mesh risk assessment, if there are any, you
4  would -- you would want to look at them because
5  they're the same materials as Prolene -- as
6  Prosima.
7            MR. BOWMAN:  Object to form.
8            THE WITNESS:  I wouldn't have any
9  problem looking at that at all.
10  BY MR. DAVIS:
11     Q.    Well, I mean, but would you want to
12  look at it?
13     A.    Yeah.  I have always made the req- -- I
14  told you this.  I've made the request, and I said
15  any risk assessment or risk analysis documents that
16  have anything to do with the product that I'm
17  looking at, I'd be happy to look at.
18     Q.    Okay.
19     A.    I've always made that clear.
20     Q.    Or -- or if it -- or if you had prior
21  risk assessments for the -- for a component of the
22  product, you would want to see those?
23     A.    I would look at any of that.
24     Q.    I mean, would you feel like you needed
25  that in order to do a -- to do a proper, thorough

Page 107

1  job?
2      A.    I -- I feel like I've looked at enough
3  risk assessments on mesh for -- from Ethicon that
4  they didn't consider oxidation -- oxidative
5  degradation.
6      Q.    Okay.  Now, I notice you say on page 1
7  of your report, Exhibit 2, that you made a
8  presentation at the IUGA 2015 annual conference.
9      A.    Well, I was coauthor.  Dr. Guelcher
10  made the presentation.
11     Q.    Okay.  Explain that -- what he did at
12  the IUGA in his presentation.
13     A.    Well, I wasn't there, but you have the
14  presentation in the notebook.  It's -- it's one of
15  the two presentations that I provided to you.
16     Q.    Okay.
17     A.    So we wrote the abstract together.  We
18  worked on the slides together.  And then he went
19  and gave a presentation.
20     Q.    Okay.  He actually personally got up in
21  front of the audience and --
22     A.    Yes.
23     Q.    -- made the presentation?
24     A.    Yes.
25     Q.    Okay.  Can you explain why in the IUGA

Page 108

1  conference materials it says that -- that yours and
2  Dr. Guelcher's presentation was what they called a
3  poster presentation?
4      A.    I have -- I'm -- poster presentations
5  happen all the time.  We have poster presentations;
6  we have regular presentations.
7            I don't -- I didn't know that his was a
8  poster presentation.  I didn't think it was.
9      Q.    Well, I'll represent to you that it's
10  listed in the -- in the -- the program documents
11  as -- in the section on poster presentations.
12            Do you think that's wrong?
13     A.    I don't know.  I -- all I can say is
14  that surprises me.
15     Q.    Well, we'll find out later.  I mean,
16  I'm just telling you what I found in there.  And it
17  may be wrong.
18            But if it was just a poster
19  presentation, then your report would need to be
20  revised to make it clear that it wasn't a
21  presentation?
22     A.    Well, a poster presentation is a
23  presentation.  It's given in a poster form versus
24  an oral presentation.
25            What is surprising to me is, we

Page 109

1  developed slides like an oral presentation, not
2  like a poster presentation.
3      Q.    Okay.
4      A.    I'm -- I'm -- I'm -- this is the first
5  I've heard of this.  That's all I can say.
6      Q.    This presentation, was -- the
7  materials, were they peer reviewed?
8      A.    No.  Presentations are not.
9      Q.    Okay.
10     A.    Not -- that's not true.  You submit
11  abstracts -- for -- for both the Atlanta
12  presentation and for the IUGA presentation, we
13  submitted abstracts.  And your presentation has to
14  be accepted.
15            So, in that regard, that is reviewed --
16  that is peer reviewed to be accepted for
17  presentation.
18     Q.    Okay.  Why did y'all want to present at
19  the IUGA?
20     A.    That was Dr. Guelcher's choice.  I
21  couldn't answer that question.  I don't know.  I
22  don't know the answer.
23     Q.    Okay.  I noted -- if you compare
24  Exhibit 2 to your other report, Exhibit 6, I notice
25  a couple things.

28 (Pages 106 to 109)

Russell F. Dunn, Ph.D., P.E.

Page 110

1        In your -- in your first report,
2    Exhibit 6, on the third page, the second
3    paragraph -- oh, I'm sorry.  Am I ahead of you?
4        A.    I'm trying to find -- okay.  Go ahead.
5        Q.    If you'll turn to the third page of
6    Exhibit 6, the second paragraph on that page,
7    you -- you say, "In the course of my work, I
8    analyzed and reviewed numerous depositions,
9    exhibits, discovery documents, and exemplar meshes
10   that were provided by counsel."
11       A.    Okay.
12       Q.    And I noticed that that same sentence
13   appears in your current report, but you omit a
14   reference to exemplar meshes.
15            Why did you take that out?
16       A.    Because I did not include -- so, if
17   I -- if I recall -- I think this is -- it's been a
18   long time since I wrote the first report.  I
19   believe in the first report I included all of the
20   analysis I did on the exemplar meshes.  But, for
21   the Prosima report, I didn't feel it was necessary
22   to include that.
23            MR. BOWMAN:  If you want, I can clear
24   this up pretty quick with some deposition
25   testimony.

Page 111

1            MR. DAVIS:  I'm sorry?
2            MR. BOWMAN:  I said I could clear this
3    up with deposition testimony that was taken, you
4    know, a year ago on the issue.
5            MR. DAVIS:  Uh-huh.
6            MR. BOWMAN:  Would you -- I mean, I
7    could also just tell you what happened.
8            MR. DAVIS:  Okay.
9            MR. BOWMAN:  It was a misprint.  He
10   didn't look at any of the exemplars for that
11   report --
12           MR. DAVIS:  Okay.
13           MR. BOWMAN:  -- the TVTO report.
14           MR. DAVIS:  Okay.
15   BY MR. DAVIS:
16       Q.    And then let me just follow up.
17            Do you rely in this case on any
18   exemplar meshes in forming your opinions?
19       A.    No.  It's not in my report.  No.
20       Q.    Okay.  Bear with me one second.
21       A.    Sure.
22       Q.    In your -- let's go back again to
23   Exhibit 6, your earlier TVTO report.
24       A.    Got it.
25       Q.    And on that same page, the very bottom

Page 112

1    of that third page, you have a bullet point where
2    you say, "Ethicon has not studied the effect of
3    polypropylene's reactivity in vivo."
4            Do you see that?
5        A.    Yes.
6        Q.    And you took that bullet point out in
7    your current report.
8            So I would like to know, why did you
9    take that out?
10           MR. BOWMAN:  Object to form.
11           THE WITNESS:  Because both Dr. Guelcher
12   and I have written reports on the Jasso matter, and
13   he covers that in his report.
14   BY MR. DAVIS:
15       Q.    Okay.  What is polypropylene's
16   reactivity in vivo?  I mean, are you qualified to
17   discuss that, or is that for Dr. Guelcher to
18   discuss?
19       A.    Well, I know -- I will let him discuss
20   that.  I know it involves the reactive oxygen
21   species in the body, but that's his area of
22   expertise.
23       Q.    That's not your area of expertise, is
24   it?
25       A.    No.  Just that, if the oxidizing agent

Page 113

1    is present and if the polypropylene oxidizes, what
2    the effect will be.
3        Q.    In your current report on page -- on
4    the second page, in the third paragraph, you
5    reference the design process used by Ethicon for
6    the Prosima device.
7            Do you see that?
8        A.    Where?
9        Q.    In the third paragraph at the top of
10   the second page of Exhibit 2, the paragraph begins,
11   "The focus of this report."
12           Do you see which paragraph I'm on?
13       A.    Yes.
14       Q.    And in that paragraph you reference the
15   design process used by Ethicon for the Prosima
16   device.
17           Do you see that?
18       A.    Yes.
19       Q.    Can you tell me what standards govern
20   that design process?
21           MR. BOWMAN:  Object to form as asked
22   and answered.
23           THE WITNESS:  No.  Other -- other than
24   I -- I'm really specifically talking about, in the
25   design process, the design FMEA, and we've already

29 (Pages 110 to 113)

Russell F. Dunn, Ph.D., P.E.

Page 114

1    talked about that standard.
2    BY MR. DAVIS:
3        Q.    Okay. Have you reviewed in connection
4    with your report any of Ethicon's internal
5    operating standards?
6        A.    I've looked at a lot of documents. I
7    don't know specifically what you're asking for.
8        Q.    Well, have you reviewed any Ethicon
9    documents for -- you know, for its standards, for
10   instance, on risk assessments and risk analysis?
11           MR. BOWMAN: Object to form. Asked and
12   answered.
13           THE WITNESS: Yes. I mean --
14   BY MR. DAVIS:
15       Q.    I didn't see a reference to any in your
16   report, is why I'm asking.
17           MR. BOWMAN: I could probably point you
18   to a few.
19           MR. DAVIS: I'm sorry?
20           MR. BOWMAN: I said I could probably
21   point you to a few.
22           MR. DAVIS: I may have overlooked it.
23           MR. BOWMAN: Well, you've already gone
24   through a couple of them today. I can point you to
25   a few of them.

Page 115

1            MR. DAVIS: I might have missed it.
2            MR. BOWMAN: The specific Ethicon Bates
3    associated. So if we look at page --
4            MR. DAVIS: Show me -- tell me the
5    page.
6            MR. BOWMAN: I don't know what page
7    number it is, obviously.
8            If you look at 2.2.1, right here, these
9    are all the quotes and -- and the documents taken
10   here are from Ethicon documents that are used.
11   Yeah, those are the ones for --
12           THE WITNESS: Product design --
13           MR. BOWMAN: Yeah.
14           THE WITNESS: -- device design, safety
15   assessment.
16           MR. BOWMAN: Yeah.
17           THE WITNESS: DDSA.
18           MR. BOWMAN: Yeah, the SOPs that are
19   referenced in the report, I think we've already
20   talked about them a couple times today.
21   BY MR. DAVIS:
22       Q.    Okay. If you would, point to me and --
23   under 2.2.1, please, Dr. Dunn -- where you discuss
24   Ethicon's internal operating standards for -- for
25   how to do a risk assessment.

Page 116

1        A.    Where are you?
2        Q.    Well, your counsel referred me to
3    2.2.1. I don't want to limit you to that.
4        A.    Okay.
5        Q.    I'm just trying to find out where in
6    your report do you discuss Ethicon's internal
7    operating standards for how to perform a risk
8    assessment or risk analysis.
9        A.    Give me just a second. Okay.
10           So Footnote 18 --
11       Q.    Okay.
12       A.    -- is some of the essential
13   requirements.
14           Footnote 19 is the design verification
15   and validation of usability requirements, and it
16   includes the risk management process.
17       Q.    May I step around there and just see?
18       A.    Yes, sir.
19           It has design reviews and risk
20   management process.
21       Q.    Okay.
22       A.    In addition to that, if I go back to
23   Footnote 26, you have even product design safety
24   assessment documents.
25       Q.    Okay. Are those all the Ethicon

Page 117

1    internal operating standards for how to do a risk
2    assessment that you reviewed, or are there any
3    others?
4        A.    Well, let me go back. I should point
5    out that the whole point for the essential
6    requirements behind Footnote 18 is they're saying
7    the document they used is ISO 14971. They
8    reference that.
9            So just -- I tell you, that one page,
10   they're just saying how they did it. And they said
11   they used that standard. Which we've been talking
12   about for a long time.
13       Q.    But my question -- I'm just trying to
14   find out, Dr. Dunn, you've -- you've -- you told me
15   about three different documents -- you gave me the
16   footnote numbers --
17       A.    Yes.
18       Q.    -- that you say are Ethicon's internal
19   operating standards for how to do a risk assessment
20   that you reviewed.
21           I'm just asking you, did you review any
22   others?
23       A.    Did I review any others? I'm sure that
24   I've looked at others. These are the only ones
25   that are referenced in the footnotes that I thought

30 (Pages 114 to 117)

Russell F. Dunn, Ph.D., P.E.

Page 118

1 were pertinent for this report.
2      Q.      Okay. So, to the extent that you may
3 have looked at others, you just didn't find any
4 other ones to be pertinent for this report?
5      A.      At the time I put this report
6 together -- I'm trying to recall six months ago --
7 at the time that I put the report together, not
8 that I recall.
9      Q.      Okay. And, by the way, my recollection
10 is, at your deposition regarding the TVTO product,
11 you testified that you were very rushed in doing
12 that report. You didn't have a whole lot of time,
13 apparently.
14         Do you recall that?
15         MR. BOWMAN: Object to form.
16         THE WITNESS: I'm trying to remember
17 when that -- I -- no. That's well over a year ago.
18 I don't recall.
19 BY MR. DAVIS:
20      Q.      Okay. Well --
21      A.      I don't recall.
22      Q.      Well, let me follow up and ask this,
23 then: Did you have any time limitations placed on
24 you in connection with your current report,
25 Exhibit 2?

Page 119

1      A.      There was certainly a date that the
2 report had to be submitted by, if that's what you
3 mean.
4      Q.      Well, did you do all the things that
5 you felt like you needed to do to exercise -- I
6 mean, to write a thorough report?
7      A.      At that time, certainly.
8      Q.      Okay. I'm just trying to find --
9      A.      Yeah.
10      Q.      Were there things you felt like you
11 needed to do that you didn't -- you weren't allowed
12 to do because you didn't have time?
13      A.      Not that I recall.
14      Q.      Okay. And have you done any subsequent
15 work since issuing this report, Exhibit 2, with
16 respect to the Prosima device, that is?
17      A.      Not that I recall.
18      Q.      Okay. Now, turning in Exhibit 2, on
19 page -- on the second page, the first paragraph
20 under the heading "Summary of Opinions."
21      A.      I've got to find it. Hold on. Okay.
22 I've got it. Okay.
23      Q.      You notice in the third sentence there,
24 you say, "The properties of the mesh must be as
25 robust as possible."

Page 120

1         Do you see that?
2      A.      Yes, sir.
3      Q.      Okay. Can you identify any written
4 standard that imposes that requirement?
5      A.      That's -- standards do not intend
6 for -- standards are written for products that
7 aren't intended to change properties over time.
8         Here I'm talking about general design
9 principles. You keep acting like it's -- it's
10 always got to be in a standard. There's so much
11 that we teach about design and how you do design
12 that's not in a particular standard. But that's
13 fine.
14      Q.      Can you cite to me or identify for me
15 any generally accepted, you know, authority, in
16 writing, that imposes this requirement that the
17 mesh be as robust as possible?
18         MR. BOWMAN: Object to form.
19         THE WITNESS: Yeah, I could probably
20 provide -- I could provide to you design books that
21 certainly say this. I'm talking about textbooks
22 that teach design.
23 BY MR. DAVIS:
24      Q.      Well, that's what I'm asking for. Can
25 you please do it?

Page 121

1      A.      Yes. There's one called -- I believe
2 it's called "Design of Reliable Medical Devices."
3 It's a whole book.
4      Q.      And it -- it has in there this
5 requirement that a medical device must be as robust
6 as possible?
7      A.      Implicitly, sure.
8      Q.      Well -- okay.
9      A.      Are you saying does it have a sentence
10 that says, "It must be as robust as possible"?
11 Meaning it can't vary, it can't change, it needs to
12 be stable? Is that --
13      Q.      Well, let me do it this way. No.
14         You're expressing an opinion here
15 that -- that Prosima as a mesh must be as robust as
16 possible.
17         That's one of your opinions, right?
18      A.      Are we -- I'm looking at the. . . Yes.
19      Q.      And so I'm -- I'm just trying to
20 what's the authoritative basis for that opinion?
21      A.      All of my design experience and design
22 books. If -- if you want a design book, I mean,
23 I've -- I've indicated one to you that you can go
24 and look at.
25      Q.      Okay. What is -- what does it mean to

Russell F. Dunn, Ph.D., P.E.

Page 122

1   say "as robust as possible"?  What does that mean?
2       A.    It means that it must perform
3   effectively in the environment and for the
4   application that it's intended to be used.
5       Q.    Okay.  And --
6       A.    It means it can't degrade.
7       Q.    Is that a definition that -- your own
8   personal definition, or is that some generally
9   accepted definition of the term "robust as
10  possible"?
11      A.    In design, when we say a design is
12  robust, it means that, within the application that
13  it's used, it will perform effectively; that the
14  parameters that it sees, whatever variations around
15  it it sees, it's robust enough to be functional
16  in -- in that environment.
17      Q.    Well, would you agree that, if you've
18  got one medical device and then you later make an
19  improvement to that medical device, that now the
20  first medical device is no longer as robust as
21  possible?
22            MR. BOWMAN:  Object to form.
23  BY MR. DAVIS:
24      Q.    Would you agree?
25      A.    No.  There are lots of reasons you can

Page 123

1   make an improvement that doesn't really have to do
2   with its effectiveness.  You could have made an
3   improvement that had to do with cost, had to do
4   with how you manufacture it.  You can make it
5   faster, whatever.
6            You make changes like that and that's
7   an improvement for you, but that doesn't
8   necessarily mean as a device it's more robust.
9       Q.    What if the improvement makes the
10  device safer.
11            Are you saying the first device is
12  still robust?
13      A.    No.  I'm saying it's not -- I would say
14  it's not as robust as the second.
15      Q.    So are you saying that the first device
16  needs to be taken off the market just because a
17  newer device adds an extra element of safety?
18      A.    That would depend on your safety
19  assessment that you do and, whatever you've
20  changed, what the original device had in terms of
21  its severity, its harm, its number of occurrence.
22  That's why you do the safety analysis.
23            So if you made a change in it, you may
24  say, yes, that's better, but you can make changes
25  and -- a change could be very, very expensive.  And

Page 124

1   you say, well, for the effect that that's having,
2   that's really not an area that we need to change
3   from a safety perspective.
4       Q.    Okay.  I want to move back up on that
5   second page a little bit.  Your third bullet point
6   under Section 3.0.
7       A.    Yes.
8       Q.    I want to make sure we've identified
9   all the internal studies that you're referring to
10  there.
11            MR. BOWMAN:  Before we leave, can I
12  just point out that there is a misprint under
13  "Summary of Opinions" in that first paragraph you
14  were just talking about?
15            MR. DAVIS:  Well, I was going to get to
16  that, but you can.
17            MR. BOWMAN:  No.  If you're going to
18  get to it, that's fine.  But I didn't want to leave
19  the page without bringing it up.  I apologize
20  for --
21            MR. DAVIS:  You don't have to
22  apologize.  That's fine.
23            THE WITNESS:  Is there a question?
24  BY MR. DAVIS:
25      Q.    Yeah.  I said I want to make sure --

Page 125

1   you've identified one of the -- one internal study
2   for me.  And I just want to know -- I want to make
3   sure I've got a complete list of the internal
4   studies you're referring to in Section 3.0.
5       A.    They are included in my footnotes
6   throughout the document.  If I'm referring to the
7   internal studies, and all but one is summarized in
8   Section 3.2.
9       Q.    Okay.  What's the one that's not
10  discussed in 3.2?
11      A.    It's another one that was in 1982.
12  I'll have to find it.
13      Q.    Is it listed in your report?
14      A.    Yes.  It's another footnote.  So
15  it's -- it's one of the -- one of the documents.
16      Q.    Can you just tell me which footnote it
17  is so we'll have a complete list?
18      A.    I've got to find it first.  But give me
19  a second and I will.
20            This would be Footnote -- it's under
21  Footnote 13.  And specifically -- so some of the --
22  some of the studies are repeat there, in that
23  footnote.  But one that I didn't capture later that
24  I also want to bring up is Bates number
25  ETH.MESH.12831405.

32 (Pages 122 to 125)

Russell F. Dunn, Ph.D., P.E.

Page 126

1    Q.    Okay.
2    A.    Okay.  But the -- all of the others are
3  included in that section in the report and
4  summarized.
5    Q.    Okay.  Now, back under "Summary of
6  Opinions" -- again, I want to get to that first
7  paragraph again, follow up.
8        I notice in the third-to-last line of
9  the first paragraph, at the end of that line,
10  you -- you referred to "the properties of the mesh
11  that resulted from this flawed design."
12        Do you see that?  It's in the third-to-
13  last line.  You say -- I'll read a little bit more.
14  You say, "In this report I will examine the
15  fundamental flaws associated" --
16    A.    Okay.
17    Q.    -- "with its design, the properties of
18  the mesh that resulted from this flawed design."
19    A.    Yes.
20    Q.    Okay.  What are the properties of
21  Prosima that you say resulted from a flawed design?
22    A.    Its ability to oxidize and embrittle
23  and crack.
24    Q.    Okay.  What -- what are the important
25  properties of -- of the Prolene mesh in the human

Page 127

1  body?  Do you know?
2        MR. BOWMAN:  Object to form.  Asked and
3  answered.
4        THE WITNESS:  There are certain initial
5  strength properties and density properties, fiber
6  size properties that have been designed for the
7  Prosima product.  But those are properties that
8  were intended, things like strength.  And you've
9  referred to cracking; cracking reduces the
10  strength.  But properties that were intended to
11  remain constant over time, throughout the life of
12  the implant.
13  BY MR. DAVIS:
14    Q.    Okay.  Are you familiar with the
15  concept of area under the curve?
16    A.    Sure.
17    Q.    Okay.  What is that?
18    A.    It's the area under the curve.
19    Q.    No.  What does it mean to you?
20    A.    It means that you integrate the
21  function that represents the curve, and, when you
22  integrate it, you get the area under the curve.  It
23  means, if you had a curve, if you drew grids
24  underneath it and counted grids, you would find the
25  amount of space that exists under the curve.

Page 128

1    Q.    Okay.  Can you develop a curve for
2  measuring or analyzing a toughness or comparing
3  toughness?
4    A.    Comparing toughness to what?
5    Q.    Well, toughness at one point in time to
6  a different point in time?
7    A.    Sure.  There are lots of different
8  polymer properties that you can measure at
9  different points in time.
10    Q.    Okay.  I mean, would one way be to look
11  at -- compare stress versus elongation at one point
12  in time with stress versus elongation at a
13  different point in time?
14    A.    That gives you one piece of data, yes.
15    Q.    Okay.
16    A.    That doesn't tell you if the material
17  will still be effective.
18    Q.    Okay.  But it -- if -- it can tell
19  you -- it can be one way of analyzing whether the
20  material is as tough at Point A as it is at Point B
21  in time?
22    A.    It gives you one strength measurement
23  that could be considered with other parameters that
24  you view important.
25    Q.    Okay.

Page 129

1    A.    Line tensile strength.  You didn't talk
2  about tensile strength.  Tensile strength is
3  another way to look at it.
4    Q.    Okay.  And you reference the dog study.
5        How did the toughness of the Prolene
6  sutures compare after seven years with the
7  toughness of the Prolene sutures initially?  I
8  mean, before they were implanted.
9    A.    I'll see if I can find that.  I'd
10  rather just look at it.
11        MR. BOWMAN:  You know, I'm coming from
12  the East.  And -- are we going to do a lunch break?
13        MR. DAVIS:  Yeah, yeah.  We can stop at
14  any point in time you want.
15        MR. BOWMAN:  I'd like --
16        MR. DAVIS:  I'm sorry if I didn't make
17  that clear.  Y'all can stop any time y'all want to
18  stop.
19        Why don't we just finish this.
20        MR. BOWMAN:  Appreciate it.
21        THE WITNESS:  (Reviews documents.)
22  Okay.  It's -- it's -- it's not readily apparent to
23  me.  I'm looking at the five-year results and the
24  seven-year results from the dog study.  There's two
25  reports.  There are two reports on that.

33 (Pages 126 to 129)

Russell F. Dunn, Ph.D., P.E.

Page 130

1    BY MR. DAVIS:
2        Q.    Yeah.  I was trying to ask about the
3    seven-year -- after seven years.
4        A.    Okay.  So I'm looking at the seven-year
5    report.  I'm trying to figure out where you're
6    referencing "toughness."
7        Q.    Well, is there information in that
8    report -- I'm not -- I'm not trying to say the
9    report itself specifically mentioned "toughness."
10   I'm just saying, is there information in there from
11   which you can compare the toughness of the Prolene
12   suture after seven years of implantation versus,
13   you know, initially?
14       A.    I -- they looked at intrinsic
15   viscosity.  They looked at scanning electron
16   microscopy.  I thought that, yeah, they did gel
17   permeation chromatography.
18       None -- none of that, when you consider
19   cracks on the surface, are giving you the measure
20   of toughness that you're asking, nor would it give
21   you tensile strength.
22       I'm looking at specifically what they
23   measured.
24       Q.    Okay.
25       A.    You want to infer it, they didn't

Page 131

1    measure it from what I can tell.
2        MR. DAVIS:  Okay.  We'll take a break.
3        (Whereupon a lunch break was observed.)
4    BY MR. DAVIS:
5        Q.    Dr. Dunn, can you find Exhibit 8?  It's
6    that September 30, 1987, study we talked about.
7        A.    I have it.
8        Q.    Okay.  Do you see where, on the second
9    page, there's a section on "Observations"?
10       A.    Yes, sir.
11       Q.    And the last paragraph of that
12   "Observation" section has a first sentence says,
13   "The surface scrapings spectra of 83D035 clearly
14   indicate polypropylene but also three or other four
15   broadened bands."
16       Did I read that correctly?
17       A.    Yes.
18       Q.    So can you somehow rule out the
19   possibility that this surface scrapings was
20   something other than polypropylene?
21       A.    Well, I believe what is said is that
22   it's not polypropylene, but it's -- it's
23   polypropylene that's been oxidized.  It's oxidation
24   products on polypropylene.  I think that's saying
25   that in Item Number 3 in the conclusions.

Page 132

1        MR. DAVIS:  Let me hand you what I'm
2    marking as Exhibit 10.
3        (Whereupon Exhibit 10 was marked as an
4    exhibit.)
5        MR. DAVIS:  And I thought I had -- let
6    me see if I can find my other copy of it.  I
7    apologize.  I thought I had another copy.  I know I
8    had another copy, but I can't find it.
9        MR. BOWMAN:  What's the exhibit?
10       MR. DAVIS:  It's the October 15th,
11   1992, seven-year data for the dog study.
12       MR. BOWMAN:  I know it well.  Thank
13   you.
14   BY MR. DAVIS:
15       Q.    And is that Exhibit 10 now?
16       A.    Yes, sir.
17       Q.    Okay.  Now, in connection with this
18   study, I think you've said this was one of the
19   studies on which you rely to say that it's
20   evidencing some oxidative degradation of Prolene;
21   is that correct?
22       A.    Correct.
23       Q.    And -- now, have you done anything to
24   be able to rule out the possibility that the
25   cracking observed was some other substance than --

Page 133

1    than cracks on the -- of the polypropylene itself?
2        A.    All I'm able to do is read their
3    report.
4        Q.    Well, and doesn't their report indicate
5    that the cracking could be a proteinaceous
6    substance?
7        A.    Is there a specific location you're
8    referring to?
9        Q.    Well, I'm just asking you in general,
10   you don't recall seeing other possibilities?
11       A.    I -- I recall in several cases there's
12   a consideration that it's a protein.  I'm asking
13   specifically -- if you want me to read through this
14   again --
15       Q.    I'm just asking you, can you rule out
16   the possibility that the cracking observed was
17   protein?
18       MR. BOWMAN:  Object to form.
19   BY MR. DAVIS:
20       Q.    I'm not asking about what they said.
21   I'm asking you, can you rule it out?
22       MR. BOWMAN:  Object to form.
23       THE WITNESS:  Well, they say that
24   oxidation of the Prolene was observed.
25

34 (Pages 130 to 133)

Russell F. Dunn, Ph.D., P.E.

Page 134

1  BY MR. DAVIS:
2      Q.    Have you done anything to try to rule
3  out the possibility that what they actually
4  observed was protein?
5          MR. BOWMAN: Object to form.
6          THE WITNESS: Not specifically as it
7  relates to this report, but I've -- again will
8  reiterate that they clearly indicate that --
9  evidence of oxidation of Prolene was observed.
10 BY MR. DAVIS:
11     Q.    And, again, I'm not asking you now what
12 they said in here.
13         I'm just asking you, have you done
14 anything to try to rule out the possibility that
15 what they actually observed was -- was -- was
16 proteins?
17         MR. BOWMAN: Object to form.
18         THE WITNESS: I agree with their
19 conclusions.
20 BY MR. DAVIS:
21     Q.    That's not my question. Just listen
22 very carefully.
23         Have you, Dr. Dunn, done anything to
24 rule out the possibility that what they actually
25 observed in the way of cracks was protein?

Page 135

1          MR. BOWMAN: Same objection.
2  BY MR. DAVIS:
3      Q.    If you haven't done anything, just say
4  so.
5      A.    In -- in my report, I agree with them,
6  that it's oxidized Prolene.
7      Q.    Listen very carefully to my question.
8          Have you undertaken any effort, have
9  you done any study, have you done anything to try
10 to rule out the possibility that what they actually
11 observed was cracked -- cracks in protein?
12     A.    Yes.
13     Q.    Tell me what you did.
14     A.    I worked with Dr. Guelcher on in vitro
15 testing that did -- that involved using an
16 oxidizing medium with the mesh made from Prolene
17 without any biological material present.
18     Q.    When did you -- is that in one of these
19 presentations?
20     A.    It's in both of the presentations.
21     Q.    Okay. Bear with me a second.
22     A.    I believe. Or at least one of them, I
23 know.
24         MR. DAVIS: Let me just go off the
25 record a second. I've got to find it.

Page 136

1          (Brief recess.)
2          THE WITNESS: I'm still thinking about
3  the --
4          MR. BOWMAN: We're off the record.
5          THE WITNESS: We're off --
6          MR. BOWMAN: We're off the record.
7          THE WITNESS: Oh. Okay.
8          MR. DAVIS: Okay. Let me mark the next
9  exhibit, Exhibit 11.
10         THE WITNESS: Are we on the record?
11         MR. DAVIS: Okay. We'll go back on the
12 record.
13         (Whereupon Exhibit 11 was marked as an
14 exhibit.)
15 BY MR. DAVIS:
16     Q.    Let me hand you Exhibit 11. And,
17 again, something has happened to my extra copy.
18 Can you just identify Exhibit 11?
19     A.    Yes, sir. I believe it's the abstract
20 that Dr. Guelcher and I wrote to the IUGA
21 presentation.
22     Q.    Okay. Can I see for a moment your
23 actual set of slides for that presentation?
24     A.    (Witness complies.)
25     Q.    Tell you what we need to do. I need to

Page 137

1  stop and make -- and make this an exhibit.
2          Can we go ahead and use this one as the
3  exhibit, and then we'll replace it later on this
4  afternoon?
5      A.    Sure. Sure.
6          MR. BOWMAN: The entire folder? That's
7  fine.
8          MR. DAVIS: No I was just going to use
9  his set of slides. Tell you what, if you'll just
10 get out the entire set of slides for that IUGA
11 presentation.
12         THE WITNESS: (Witness complies.)
13         (Whereupon Exhibit 12 was marked as an
14 exhibit.)
15 BY MR. DAVIS:
16     Q.    We'll make it Exhibit 12. And we'll
17 try to put a paper clip on it.
18         Can you -- let me come around there.
19     A.    Uh-huh.
20     Q.    So you'll agree Exhibit 12 is a set of
21 slides from your IUGA presentation that
22 Dr. Guelcher made?
23     A.    That's my understanding. Yes.
24     Q.    Okay. And if we look at the -- the
25 slide with the title "Representative FTIR Spectra:

35 (Pages 134 to 137)

Russell F. Dunn, Ph.D., P.E.

Page 138

1  0-5 Weeks, Incubation Time in Oxidative Medium,"
2  what is this -- can you just give me a general
3  explanation of what this is, what this sheet is?
4      A.    That is testing of TVT mesh in
5  oxidative medium and running an FTIR spectra or a
6  representative FTIR spectra of a point on that mesh
7  after -- at Week 0 with no exposure, Week 1 with
8  one week of exposure, so forth, all the way to
9  Week 5.
10     Q.    Which one is Week 0?  Or did --
11     A.    It's the top one.  You can see the week
12  number labeled on the left-hand side.
13     Q.    Okay.  And -- and so what are you
14  showing in the blue outlined area of the -- of
15  this -- of the PowerPoint?
16     A.    Carbonyl peak regions.  I didn't
17  prepare this; I didn't outline it.  But what I --
18  what is being shown there is carbonyl peaks.
19     Q.    Okay.  And there is -- at Week 0,
20  there's -- there's no peak in the minus-17- -- or
21  the 1,740 reciprocal centimeters, is there?
22     A.    I don't know why you're saying 1,740,
23  but in the carbonyl area, there's -- there's no
24  peak, no.
25     Q.    Where will the carbonyl peak for DLTDP

Page 139

1  be on this spectra?  Where would it be?
2      A.    It depends.
3      Q.    Well, okay.  Depends on what?
4      A.    It depends on your FTIR unit.  The
5  DLTDP is very low in concentration and may not show
6  up as a peak at all.
7      Q.    Well, does it show up here?
8      A.    No.
9      Q.    At all?
10     A.    No.
11     Q.    Okay.  How do you know you're using
12  TVT?
13     A.    An exemplar TVT product was provided to
14  me in its box with all the labels.
15     Q.    Well --
16     A.    In a sealed box.
17     Q.    And was there a chain of custody?
18     A.    Yes.
19     Q.    Are there records of the chain of
20  custody?
21     A.    Yes.
22     Q.    Okay.  Well, did -- can you produce
23  those?
24     A.    I can.
25     Q.    Okay.  We'd like that.

Page 140

1      Are there -- are there other documents
2  relating to this study that you have access to?
3      A.    I did not refer to this study at all in
4  my report.  I don't know why we're talking about
5  it.  It -- it didn't have anything to do with my
6  Jasso report.
7      Q.    Well, but in your testimony a minute
8  ago, you started talking about it, is why I'm
9  asking about it.
10     A.    Well -- okay.  You asked the
11  question -- we were talking about the seven-year
12  dog study.  And I believe you asked the question
13  if -- if I did anything to confirm that it didn't
14  oxidize.
15         And that's a hard question for me to
16  answer.  And, if I reflect on that, what I'm going
17  to tell you is that I can't do anything about the
18  samples that were used in this report because I
19  don't have these samples.
20         So, if I'm very specific about the
21  answer to your question, there's nothing I can do
22  about checking to see if it's protein or if it's
23  oxidation for the samples they tested for that
24  report.
25     Q.    Well, what -- I'm sorry.

Page 141

1      A.    And I think your -- I think your
2  question was very specific to that, and I may have
3  deviated a lot from that.
4         But I will reiterate that their own
5  conclusions -- because they looked at those
6  samples -- was that the Prolene was oxidized.
7      Q.    I hear you loud and clear, but, you
8  understand, that's not my question?
9         My question is about what you have
10  done.  So let me follow up.
11     A.    Okay.
12     Q.    What was your role in this study
13  that -- that is -- for which you have the slides as
14  Exhibit 12?  What was your role?
15     A.    Oh, we're back to the in vitro study?
16     Q.    Yes.  I want to know what your role
17  was.
18     A.    Well, I had several roles.
19     Q.    Well, tell me what your roles, plural,
20  were.
21     A.    I conducted all of the FTIR testing.  I
22  put all of the samples together.  I changed the
23  oxidizing medium.  I handled all the samples.  I
24  had the exemplars.
25     Q.    Okay.

Russell F. Dunn, Ph.D., P.E.

Page 142

1    A.    I did the FTIR testing.  I did the SEM
2  testing.
3    Q.    Okay.  Are you confident that the
4  spectra in our slide is for Prolene and not
5  polypropylene or some other material?
6    A.    Absolutely.
7    Q.    Okay.  And you are also confident that
8  you do not see any carbonyl peak for DLTDP on the
9  spectra?
10    A.    That's correct.
11    Q.    And that's even for the pristine
12  exemplar at zero weeks?
13    A.    That's correct.
14    Q.    Okay.  Now, back to the dog study for a
15  moment, Exhibit 10, if you could get that for a
16  minute, please.
17    A.    I have it.
18    Q.    Will you agree that, after seven years
19  in studying the Prolene sutures removed from a dog,
20  they -- they found either no degradation at all or
21  no significant degradation in each of the Prolene
22  sutures?
23         MR. BOWMAN:  Object to form.
24         THE WITNESS:  Can you repeat the
25  question now?  I think I --

Page 143

1  BY MR. DAVIS:
2    Q.    Okay.  I'll break it down.
3    A.    Okay.
4    Q.    In Exhibit 10 -- let's look at the
5  second-to-last page.
6    A.    Yes.
7    Q.    You can just go on all the -- no.  The
8  second-to-last page of the entire exhibit.
9    A.    This page (indicating)?
10    Q.    Yes.  Do you see where they've got the
11  analytical chemistry results for each of the
12  samples?
13    A.    You're talking about the molecular
14  weight distribution?
15    Q.    Well, now, right now I'm just asking,
16  do you see the second page -- is this the report
17  from the analytical chemistry results for the
18  sutures that they were studying?
19    A.    It is gel permeation chromatography
20  results that are analytical results that somebody
21  has taken and written down what the values are.
22    Q.    Okay.  And -- but isn't it true that
23  these are results on that page and the preceding
24  pages -- these are results that are used in writing
25  the written report that appears at the beginning of

Page 144

1  page 10?
2    A.    It's -- it's some data.  Yes.
3  Absolutely, it's some data.  It's not all of the
4  data, no.
5    Q.    Okay.  But you do see this data?
6    A.    Yeah.  I don't have any problem with
7  this data.
8    Q.    Okay.  Let's look at the second-to-last
9  page again of Exhibit 10.
10    A.    Uh-huh.
11    Q.    Do you see where they conclude that
12  there's no significant degradation of the
13  seven-year explant of the Prolene?
14    A.    I -- that's what they state on that
15  page.  But I'm sure that that conclusion is based
16  on molecular weight analysis alone, because that's
17  what's on that page.
18    Q.    And do you have any reason to disagree
19  with that conclusion?
20    A.    Oh, yeah.
21    Q.    Okay.  Tell me your basis for
22  disagreeing.
23    A.    Because molecular weight distribution
24  is a bulk analysis technique, and it does not fully
25  evaluate what's happening with the surface layer.

Page 145

1         So, essentially, you're taking a big
2  sample and you're testing it and you're getting an
3  average molecular weight.  If you only have an
4  outer layer that's cracked and flaking, that's
5  mixed in with the bulk properties of the internal
6  portion, and so the values you get is just one
7  piece of data.
8         It's not -- you can't conclude just
9  from molecular weight distribution that
10  everything's fine.  Absolutely not.
11    Q.    Okay.  Now, on that page, you see
12  the -- the heading under -- under "Samples" --
13    A.    Yes.
14    Q.    Just one minute.
15    A.    Heading under "Samples."  Yes.
16    Q.    Well, there's a couple.  So --
17    A.    Yes.
18    Q.    -- let me look -- bear with me a
19  second.
20         Do you see where, in the middle of the
21  page, they have "Dog Number 2008, Site 2, current
22  Prolene"?
23    A.    Yes.
24    Q.    And what does -- by that column, what
25  does the "MW" stand for?

Russell F. Dunn, Ph.D., P.E.

Page 146

1    A.    "MW" and "MN" are different forms of
2 average molecular weight that you get from gel
3 permeation chromatography testing.
4    Q.    Okay.  And you certainly don't see any
5 significant decrease in the molecular weight in the
6 seven-year suture explant from the current Prolene
7 suture, do you?
8         MR. BOWMAN:  Object as already asked
9 and answered.
10        THE WITNESS:  I have answered that.
11 And, based on molecular weight distribution alone,
12 you don't see any change or any significant
13 change --
14 BY MR. DAVIS:
15    Q.    Okay.
16    A.    -- which is only one data point.
17    Q.    Good.  What are other data points you
18 would like to look at?
19    A.    Oh, well, if it -- it's -- it's been a
20 while since I looked at some of this extra
21 information.
22        But I would like to point out to you,
23 since you selectively picked molecular weight
24 distribution -- let's go to the fifth page -- one,
25 two, three -- I'll tell you what, I'll give you the

Page 147

1 Bates number.  Okay?  It ends with 219.
2    Q.    Sure.  What do you want to say about
3 that page?
4    A.    Just that their conclusion, if you look
5 at where they talk about "IR spectra obtained from
6 IR microscopy show no differences when comparing
7 cracked Ethilon" and so forth?  And if you'll look
8 at the final sentence in that paragraph, it says,
9 "Evidence of oxidation was observed for the Prolene
10 explant."
11    Q.    An --
12    A.    In addition --
13    Q.    Does it say it's significant?
14        MR. BOWMAN:  Object to form.
15        THE WITNESS:  No more than it said it
16 was significant that the molecular distribution
17 weight remained the same.
18        Let's continue on.  I think you asked
19 the question what else I would like to add.
20        You said there was no evidence of
21 degradation, I believe, for the seven-year study.
22 And if I go to page Bates Number 191, where they
23 have various dogs and various site locations where
24 they put in materials, I see in the second -- in
25 the third column, under Site 2, I see Prolene

Page 148

1 cracks.  In Site 3, I see Prolene cracks.  In
2 Site 5, I see Prolene cracks.  In Site 6, I see
3 Prolene cracks.
4         To say that that's insignificant, I
5 don't know how you've concluded that, but I think
6 that you've -- you've stated that.
7         So I will take you further, on page 2,
8 where it says clearly in the conclusions, in the
9 second conclusion, "Degradation in Prolene is still
10 increasing."  Not even that it's started.  That
11 it's definitely there, and it's still increasing.
12        This is comparing it to the five-year
13 study.
14    Q.    How much -- how much -- how significant
15 it the degradation?
16        MR. BOWMAN:  Object to form.
17        THE WITNESS:  I don't -- I can't tell
18 you that.  It must be fairly significant because
19 there's a lot of Prolene cracks that are noted.
20        What I can tell you is that the PVDF,
21 also in that same bullet, polyvinylidene fluoride,
22 "is observed to still be by far the most
23 surface-resistant in-house-made suture in terms of
24 cracking."
25        Which goes directly back to what I gave

Page 149

1 you in my report that had to do with how readily
2 certain polymers will oxidize.  And PVDF is not
3 readily oxidized, and certainly not in comparison
4 to polypropylene, and even Prolene, which is easily
5 oxidized.
6         So, while you pointed one particular
7 thing out in this report that didn't change, I just
8 pointed you to several things and several
9 observations they made that said that it does
10 change and it is degrading.  Just because you don't
11 see it with molecular weight distribution is not a
12 good measure of that.
13 BY MR. DAVIS:
14    Q.    Okay.  Let me ask you this:  If you're
15 undergoing any significant oxidative degradation,
16 what would you expect to see as far as changes in
17 elongation properties?
18    A.    You may not -- you may not see much, if
19 any, changes.  Because, again, it's a bulk
20 property, just like molecular weight distribution.
21    Q.    Well, you understand in this case on
22 the dog study that the elongation properties
23 actually increased instead of decreased over seven
24 years?  You're aware of that, aren't you?
25    A.    It doesn't -- doesn't matter.

38 (Pages 146 to 149)

Russell F. Dunn, Ph.D., P.E.

Page 150

1    Q.    Okay.  What would you -- if you've got
2  any significant oxidation going on in the Prolene,
3  what would you expect to see as far as changes in
4  the strength of the -- of the Prolene?
5        MR. BOWMAN:  Object to form.
6        THE WITNESS:  Well, depends on how long
7  it oxidizes.  At some point, the strength
8  properties will go down.  But that's far later than
9  cracking occurring.  Because in the steps of
10  oxidation, cracking occurs; you form flaking;
11  flakes fall off or the cracks propagate and get
12  larger; and you form new cracks.
13        So, at some point, when the cracks are
14  large enough, you can lose some mechanical
15  strength.
16  BY MR. DAVIS:
17    Q.    Have you seen any evidence of flakes of
18  Prolene having fallen off in the body?
19        MR. BOWMAN:  Object to form.
20        THE WITNESS:  I have seen SEM photos
21  that show -- I think it's been described sometimes
22  like bark, has a bark appearance.
23  BY MR. DAVIS:
24    Q.    That's after it's been taken out of the
25  body, right?

Page 151

1    A.    Well, that's -- that's the way it was
2  in the body at the time they took it out.  That's
3  the appearance it had.
4    Q.    We'll get back to your report for a
5  minute.
6        (Whereupon Exhibit 13 was marked as an
7  exhibit.)
8  BY MR. DAVIS:
9    Q.    Let me hand you Exhibit 13.
10        Is Exhibit 13 the "Guidelines for
11  Failure Modes and Effects Analyses" that you have
12  referenced several times today?
13    A.    Yes.
14    Q.    Okay.  And how have you used this book
15  in the past, in your actual work?  Or have you ever
16  used it in the past in any work you've done?
17    A.    Sure.  I use it as another example of
18  how failure mode and effects analysis documents are
19  to be generated.  So it walks you through that
20  process and it helps you with that and gives
21  guidelines there.  Much like I use the Society of
22  Automotive Engineers, they have standards also for
23  failure mode and effects analysis.  I've used that.
24  They're all guidelines to help walk you through
25  that process.

Page 152

1    Q.    What device were you working on, doing
2  an FMEA for, where you used this book, Exhibit 13?
3    A.    There's nothing particularly unique
4  about the book.  I have performed FMEAs and looked
5  at FMEAs prior to looking at them with medical
6  devices, and I got this book and got the standard
7  to look at what they were doing for FMEAs relative
8  to what automobile industry is doing for FMEAs.
9        It's all -- it's all the same.  It's
10  the same process.
11    Q.    Have you ever performed an FMEA using
12  Exhibit 13?
13    A.    I use the same methodologies as
14  Exhibit 13 and as the SAE standard.  I use those
15  all the time.
16    Q.    But have you specifically gone to
17  Exhibit 13 to follow the procedures in Exhibit 13,
18  using it as your reference in performing an FMEA?
19        MR. BOWMAN:  Object to form.
20  BY MR. DAVIS:
21    Q.    Let me ask it this way --
22    A.    To a certain degree.  I already had
23  slides before that for teaching FMEAs that followed
24  these same guidelines, and I looked at that in
25  comparison to this.

Page 153

1    Q.    Do you understand or do you ever, in
2  performing an FMEA -- is it part of your practice
3  to list the -- your reference materials that you're
4  following?
5    A.    Sure.
6    Q.    That's a standard practice, right?
7    A.    Sure.
8    Q.    And have you ever listed Exhibit 13 as
9  one of your reference materials in performing an
10  FMEA?
11    A.    Not specifically that I recall.  I know
12  that I've used information from this in teaching
13  FMEAs.
14    Q.    Okay.  Let me -- do you view Exhibit 13
15  as a generally accepted standard?
16        MR. BOWMAN:  Object to form.
17        THE WITNESS:  It's not intended to be a
18  standard.  It is a guideline to help medical device
19  manufacturers -- it's a supplement to go along --
20  and it's based on ISO 14971, so that if
21  manufacturers are having questions -- there's a lot
22  that's -- that's very close, if not identical to
23  what's in the ISO standard.  It's just another
24  document that a manufacturer could look at to help
25  guide them through that process.

39 (Pages 150 to 153)

Russell F. Dunn, Ph.D., P.E.

Page 154

1  BY MR. DAVIS:
2      Q.    Do you know of any company that uses
3  Exhibit 13 as its guideline for performing FMEAs?
4          MR. BOWMAN:  Object to form.
5          THE WITNESS:  I have no idea.
6  BY MR. DAVIS:
7      Q.    Well, okay.  Look at the second page of
8  the exhibit.
9          Do you see the disclaimer?
10     A.    I do see that.
11     Q.    Have you ever read it?
12     A.    I don't know that I have.
13     Q.    Well, look at the second paragraph.
14 The second sentence.
15         Do you see where it says, quote, These
16 guidelines do not reflect the policies of any known
17 specific company, unquote.
18         Did I read that correctly?
19     A.    Yes.
20     Q.    And do you see -- you see the paragraph
21 right above that, the last sentence.  Do you see it
22 says, quote, You acknowledge and understand that no
23 regulatory body or association endorses or
24 otherwise approves these guidelines, unquote.
25         Did I read that correctly?

Page 155

1      A.    I understand that.
2      Q.    Okay.
3      A.    I understand exactly what this document
4  is.
5      Q.    You recall, earlier I asked you
6  questions about an imperfection in Prosima and
7  you -- you recall that?
8      A.    Yes.
9      Q.    And you recall your initial reaction
10 was you -- you said, well -- you asked me what I
11 mean by imperfection?
12     A.    Right.
13     Q.    And you -- is it fair to say that you
14 felt like I was asking you a question that didn't
15 make sense?
16     A.    No.  I thought you were asking a
17 question that wasn't -- that was vague.
18     Q.    That was what?
19     A.    Vague.
20     Q.    Fake?
21     A.    Vague.
22     Q.    Vague.  Okay.
23     A.    Vague.
24     Q.    I understand.  Sorry.  I just have --
25     A.    That's okay.  I've got hearing aids

Page 156

1  myself.
2      Q.    Okay.  Look at -- can you turn to the
3  glossary?
4      A.    Yes.
5      Q.    By the way, I mean, you view this book
6  as being authoritative, right?
7          MR. BOWMAN:  Object to form.
8          THE WITNESS:  No.
9  BY MR. DAVIS:
10     Q.    Well, what is -- I mean, why did you
11 cite this book in your report?
12     A.    It's -- wow.  It is another document
13 that's useful and helpful to manufacturers that
14 provides guidelines.  It's not a standard.  It
15 provides guidelines that will help a manufacturer.
16 They intend for you to use this, along with other
17 sources.
18         That other book that I referenced
19 previously walks you through failure mode and
20 effects analysis and provides you some information
21 about that.
22     Q.    Okay.  Well, you -- look at their
23 definition of "design defect."
24     A.    Okay.
25     Q.    You see it says -- they define it as

Page 157

1  "an imperfection that causes a product to
2  inadequately protect against risk of injury."
3          Do you see that?
4      A.    Yes.
5      Q.    And you understand now I was asking you
6  a question straight out of this book?
7      A.    I don't care.  I mean, what you're
8  saying is -- my definition of "design defect" -- if
9  I don't use that certain term -- this is just how
10 they've defined it in this book, in this guideline.
11 Guideline.  Guideline.
12     Q.    Okay.
13     A.    I don't understand.
14     Q.    Okay.  If you would, turn to page 2-1,
15 please, sir.
16     A.    Just a second.  Okay.  2.1.
17     Q.    2-1, I think it --
18     A.    2-1.  I'm sorry.  Yes, I've got it.
19     Q.    And do you see, this is the beginning
20 of Chapter 2.  The title of it is "Regulations and
21 Standards Governing Medical Device Manufacturing"?
22 Do you see that?
23     A.    Yes.
24     Q.    And do you see that it tells you on
25 that -- on that page that "In the United States,

40 (Pages 154 to 157)

Russell F. Dunn, Ph.D., P.E.

Page 158

1    quality management systems are covered by the
2    quality system regulations of the FDA, 12 CFR Part
3    820 in particular"?
4        A.    I see that.  Good manufacturing
5    practices.
6        Q.    So you now understand that -- that
7    there are standards for quality systems in the
8    United States for medical devices?
9            MR. BOWMAN:  Object to form.
10           THE WITNESS:  I'm sure I knew that.
11   BY MR. DAVIS:
12       Q.    Okay.
13       A.    I didn't have the CFR number memorized
14   in any way.
15       Q.    Okay.  But are you -- you're not
16   changing your earlier testimony, though, are you?
17           MR. BOWMAN:  Object to form.
18           THE WITNESS:  Not that I am aware.
19   BY MR. DAVIS:
20       Q.    Okay.  I mean, earlier you testified
21   that you haven't reviewed any FDA regulations.
22           MR. BOWMAN:  Objection.  Misstates
23   testimony.
24           THE WITNESS:  I don't think I could
25   have said that because -- I'm pretty sure that I've

Page 159

1    seen FDA regulations throughout documents I've
2    reviewed.
3    BY MR. DAVIS:
4        Q.    Okay.
5        A.    Whether I'm saying I can't recall
6    specifically ones, that's a different matter.
7        Q.    But, anyway, you do now agree that
8    there are, in fact, standards in the United States
9    for medical devices regarding their quality
10   systems, correct?
11       A.    I -- I don't dispute that.
12       Q.    Okay.  And you -- you agree that those
13   standards are set by the FDA in 21 CFR, correct?
14       A.    That's my understanding.
15       Q.    Okay.  And look at the next page, 2-3.
16           Are you familiar with the 510(k)
17   premarket notification?
18       A.    Only that I've heard of it.  I've never
19   been involved in putting together a 510(k) document
20   in any way.
21           MR. BOWMAN:  I have to object.  There's
22   nothing in his report about the FDA or a 510(k)
23   or --
24           MR. DAVIS:  That's the whole point.
25           MR. BOWMAN:  Yeah.  I don't understand

Page 160

1    what -- where the question is and why even we're
2    looking at this.
3            MR. DAVIS:  Well, that's fine.  It
4    doesn't matter.  He's talked about quality systems
5    and risk assessments and -- you know, so I'm going
6    to keep asking.
7    BY MR. DAVIS:
8        Q.    So, on this page, you see in that
9    opening paragraph under "510(k) Premarket
10   Notification," this guideline says that "A
11   premarket notification 510(k) is a marketing
12   application submitted to the FDA to demonstrate
13   that the medical device you wish to market is safe
14   and effective as, or substantially equivalent to, a
15   legally marked device that was or is currently on
16   the US market and that does not require premarket
17   approval."
18           Did I read that substantially
19   correctly?
20       A.    Yes.
21       Q.    Okay.  And you understand it goes on to
22   explain that the premarket approval is a process by
23   the FDA to evaluate the safety and effectiveness of
24   Class 3 devices, right?
25           MR. BOWMAN:  Object to form.

Page 161

1            THE WITNESS:  This is not my area of
2    expertise, 510(k) --
3    BY MR. DAVIS:
4        Q.    Well, you've opined in this case that
5    Prosima is defective, correct?
6        A.    Yes.
7        Q.    And so you're testifying that it's not
8    safe and effective, right?
9            MR. BOWMAN:  Object to form.
10           THE WITNESS:  I am testifying that it
11   has that design defect.
12   BY MR. DAVIS:
13       Q.    Okay.  And so you're -- it's your view
14   that it's not safe, right?
15           MR. BOWMAN:  Object to form.
16           THE WITNESS:  It is my view that it
17   will oxidize.
18   BY MR. DAVIS:
19       Q.    Okay.  Do you have any knowledge at all
20   whether -- whether Prosima is safe?
21           MR. BOWMAN:  Object to form.
22           THE WITNESS:  I don't believe it's
23   safe.
24   BY MR. DAVIS:
25       Q.    Okay.  And that's -- that's the whole

41 (Pages 158 to 161)

Russell F. Dunn, Ph.D., P.E.

Page 162

1   reason you're expressing this -- this report,
2   correct?
3           MR. BOWMAN:  Again, object to form.
4           THE WITNESS:  The whole -- I don't
5   understand your question.
6   BY MR. DAVIS:
7       Q.   Well, you're issuing this report
8   because you don't think Prosima is safe, right?
9       A.   No.  I'm issuing this report as an
10  engineering investigation of the polymer properties
11  of the product.  And I'm presenting my opinions in
12  looking at those properties.  I didn't issue this
13  because I didn't think it was safe.
14      Q.   Have you ever observed any Prolene that
15  has failed?
16      A.   Can you explain the question?
17      Q.   Just what it is.  I mean, you talk
18  about a failure modes and effects analysis.
19           Have you ever observed any Prolene that
20  has failed?
21      A.   In -- in my opinion, just looking at
22  the internal studies that Ethicon did that I
23  reported on, you see examples of failures.
24      Q.   Okay.  That's my next question.
25           What does it mean -- what do you mean

Page 163

1   when you say you've seen some Prolene that has
2   failed?  Does it mean you've seen some surface
3   cracks, or does it mean something else in addition
4   to that?
5       A.   It means surface cracks.  It means
6   oxidation, evidence of oxidation.  It means knowing
7   what -- when that occurs, what is happening to the
8   properties of the material.
9       Q.   Can we go back to the ISO 14971
10  exhibit?  And what exhibit number was that, please,
11  sir?
12      A.   Nine.
13      Q.   Nine.
14           If you would, in Exhibit 9, turn to
15  page number 9.
16      A.   Okay.
17      Q.   Do you see they have a Note 1 at the
18  top of the page?  Do you see that?
19      A.   Yes, I do.
20      Q.   Let me read it.  Quote, If a risk
21  analysis or other relevant information is available
22  for a similar medical device, that analysis or
23  information can be used as a starting point for the
24  new analysis, unquote.
25           Did I read that correctly?

Page 164

1       A.   That is correct.
2       Q.   Do you agree with that principle?
3       A.   Yes, I do.
4       Q.   Okay.  Do you see it goes on to say,
5   quote, The degree of relevance depends on the
6   differences between the devices and whether these
7   introduce new hazards or significant differences in
8   outputs, characteristics, performance, or results,
9   unquote.
10           Did I read that correctly?
11      A.   Yes.
12      Q.   And you agree with that principle?
13      A.   Yes.
14      Q.   Okay.  And you see it goes on to say,
15  quote, The extent of use of an existing analysis is
16  also based on systematic evaluation of the effects
17  the changes have on the development of hazardous
18  situations, unquote.
19           Did I read that correctly?
20      A.   Yes.
21      Q.   And let me just stop there.
22           I think you understand that the Prosima
23  is a device for the pelvic floor, implantation.
24  You understand that?
25      A.   Yes, I do.

Page 165

1       Q.   And you understand it's one of a series
2   of devices, the Prolift and the Gynemesh PS, that
3   were used for that same use?
4       A.   Yes.
5       Q.   And they're made of the same material?
6       A.   Yes.
7       Q.   Okay.  So --
8       A.   The mesh portion.
9       Q.   Right.  Thank you.
10      A.   Yes.
11      Q.   Thank you.
12           I'm talking only about the mesh
13  component.
14      A.   Okay.
15      Q.   And, frankly, that's because your
16  report deals only with the mesh component?
17      A.   That's correct.
18      Q.   And I promise you, I intend to limit my
19  questions to the mesh component.
20      A.   Okay.
21      Q.   So, would you agree, then, that it
22  would be appropriate to -- to use -- if they had
23  any prior risk analyses for the mesh component,
24  they can and should use that as a starting point?
25      A.   It's -- it's not a bad idea.

42 (Pages 162 to 165)

Russell F. Dunn, Ph.D., P.E.

Page 166

```
1      Q.    Okay.  Well, I tell you what.  Turn
2   over to page 19 -- we're going to come to that
3   page.  Turn over to page 19 for a second.
4      A.    Okay.
5      Q.    Do you see, it says -- under A.2.4.1 --
6      A.    Yes.
7      Q.    -- it says, "The second paragraph
8   describes how to deal with the availability of a
9   risk analysis for a similar medical device.  The
10  note informs users of this international standard
11  that, when adequate information already exists, it
12  can and should be applied to save time and effort
13  and other resources."  Unquote.
14          Did I read that correctly?
15     A.    Yes.
16     Q.    So, do you agree with that principle?
17     A.    Again, it's not a bad idea.
18     Q.    Okay.  But -- I mean, this is -- this
19  is a standard that you've cited.  So you certainly
20  agree with it, don't you?
21     A.    Yeah.  I agree with that.
22     Q.    Okay.  Then -- go back to page 9 for a
23  second, please, sir.
24     A.    Can -- can we just add the next
25  sentence after that?
```

Page 167

```
1      Q.    Sure.  If you want to read it, that's
2   fine.
3      A.    It says, "Users of this international
4   standard need to be careful, however, to assess
5   systematically the previous work for applicability
6   to the current risk analysis."
7      Q.    Okay.  Now, let's go back to page 9
8   now, please, sir.
9      A.    Uh-huh.
10     Q.    Do you see Note 5 says, quote, The
11  scope of the risk analysis can be very broad (as
12  for the development of a new device with which a
13  manufacturer has little or no experience) --
14     A.    Uh-huh.
15     Q.    -- or the scope can be limited (as for
16  analyzing the impact of a change to an existing
17  device for which much information already exists in
18  the manufacturers's files), unquote.
19          Did I read that correctly?
20     A.    I have no problem with that.  Yes.
21     Q.    Okay.  Good.
22          Turn the page to page 10.  Do you see
23  there's a Note 5 on page 10, says, "Risk estimation
24  can be quantitative or qualitative."
25          Did I read that correctly?
```

Page 168

```
1      A.    Yes.
2      Q.    You understand what that mean?
3      A.    Yes.
4      Q.    Explain it for us, please.
5      A.    Quantitative is more numerical and
6   qualitatively is more subjective.
7      Q.    Okay.  And you agree with that
8   principle?
9      A.    Yes.
10     Q.    Okay.  And look at Note 6 for a second.
11          Do you see where it says, quote,
12  Information or data for estimating risk can be
13  obtained, for example, from -- and then it lists A
14  through H as --
15     A.    Yes.
16     Q.    -- examples?
17     A.    Yes.
18     Q.    And you see -- just look at those
19  examples to yourself.
20          Do you agree with that principle, that
21  information needed to estimate the risk can be
22  derived from these various samples that they list?
23     A.    Yeah.  As examples, sure.  Yeah.  No
24  problem.
25     Q.    Okay.  And that would include, like,
```

Page 169

```
1   field data for similar devices or clinical evidence
2   or an expert opinion, correct?
3      A.    Yes.
4      Q.    Now, when I read your report, you talk
5   about our dFMEA and -- is it -- and you talked
6   about updating it or feeding information back into
7   it.
8      A.    Yes, sir.
9      Q.    What do you mean by that?
10     A.    Okay.  So, at some point during the
11  design processes, you're putting together a failure
12  mode and effects analysis.  You list all the
13  potential modes of failure that your group can
14  think of.
15          Over time, as things change, as you
16  learn more, as more literature comes out, as more
17  expert opinions surface, you would want to take
18  that into account and go back and say, are there
19  other potential failure modes that we missed that
20  we need to update and include in the analysis?
21     Q.    Well, what I'm getting at, though, is
22  are you saying you now need to do a new FMEA?
23     A.    I guess -- I mean, you used the term.
24  You know what "update" means.  "Update" means to
25  take what already exists and bring it up to date.
```

43 (Pages 166 to 169)

Russell F. Dunn, Ph.D., P.E.

Page 170

1    Q.    So, again -- what I'm trying to get at,
2  though, are you saying that you need to go back to
3  the FMEA itself and now create a new version of it?
4  Is that what you mean by "update"?
5    A.    Yes.  Okay.  So what is typically done
6  is you have revisions, and you can have Revision B,
7  C, D.
8         So, whenever you do a revision to an
9  FMEA, what you go -- and you look at the table, the
10 table of the potential failure modes, all the
11 analysis, much of which you have seen already
12 today.  And you look at any items that already
13 exist that you need to update information on,
14 you've learned something new about it.  Or perhaps
15 there's some new potential failure modes that you
16 don't have a line item for that you need to add.
17 That's updating.
18    Q.    Okay.  I understand this concept that
19 you're expressing about -- about evaluating, you
20 know, new risks and so forth.
21         But are you saying that there's a
22 standard somewhere that required you to actually go
23 back and put it all in a revision to the FMEA?
24         MR. BOWMAN:  Object to form.
25         THE WITNESS:  Yes.  It's a living

Page 171

1  document.  You -- as you learn more -- any time --
2  a simple example was the internal studies.
3         And, as they felt that oxidation was
4  occurring -- whether they -- whether they think
5  it's really oxidizing or not, there was enough
6  evidence in the '80s and then even later with
7  external consultants coming in and saying Prolene
8  will oxidize, polypropylene will oxidize.
9         All of this should have been fed back
10 into the appropriate failure mode and effects
11 analysis so that that was adequately evaluated and
12 investigated.
13 BY MR. DAVIS:
14    Q.    Okay.  You've already testified that
15 "risk management" is a much broader term than an
16 FMEA risk analysis, right?
17    A.    Right.  But the FMEA is the tool they
18 choose -- they chose to use to systematically look
19 at all the risk and to analyze all the risk --
20    Q.    Okay.
21    A.    -- and all the potential failure modes.
22         So if you're telling me there's a
23 potential failure mode that didn't end up on the
24 FMEA, that's inappropriate.  That's inaccurate.
25 Because they chose the FMEA as their tool.

Page 172

1  Therefore, it needs to reflect all potential
2  failure modes.
3    Q.    Is that -- did Ethicon choose that tool
4  for postproduction information?
5    A.    Yes.
6    Q.    Oh, really?
7    A.    By selecting that tool when they did
8  the design and by me telling you that you update
9  that and by you reading the standard that says you
10 can take the older version and you can add to it,
11 they chose the tool.  You don't go in after you've
12 done an FMEA and say later, okay, I'm going to
13 update it, but I'm going to -- I'm going to do in a
14 totally different way, where people can't even tell
15 what I've started with and what I've done that's
16 new.
17         That's why we have revision letters on
18 the FMEAs, so that you can see what's changing with
19 each revision that's being published.
20    Q.    Okay.  Let's look at page 14 of
21 Exhibit 9.  Actually, you may want to start back at
22 the bottom of page 13.
23    A.    Okay.
24    Q.    Do you see where the ISO 14971 actually
25 tells you what to do with respect to postproduction

Page 173

1  information, right?
2         MR. BOWMAN:  Object to form.
3         THE WITNESS:  Okay.  Is there a
4  question here?
5  BY MR. DAVIS:
6    Q.    Yeah.  Do you see where -- where
7  Section 9, beginning at the bottom of page 13 of
8  ISO 14971, gives instruction on handling
9  postproduction information relating to a device?
10    A.    Yes.
11    Q.    And --
12    A.    And it says also on the next page, if
13 I --
14    Q.    Oh, yes.
15    A.    -- "This system should also collect and
16 review publicly available information about similar
17 medical devices on the market, and this information
18 shall be evaluated for possible relevance to
19 safety, especially the following."
20         And the second one says that if the
21 estimated -- I'm sorry, the first bullet -- "if
22 previously unrecognized hazards or hazardous
23 situations are present."
24         So if you didn't previously recognize
25 oxidation, you still update it once you become

44 (Pages 170 to 173)

Russell F. Dunn, Ph.D., P.E.

Page 174

1    aware that oxidation is an issue. That's the
2    bottom line.
3        Q.    And if you keep on reading on that same
4    page, 14, it goes on to explain that if you -- if
5    there becomes a need to do any further assessment,
6    it says "feed the information back into the risk
7    management process," right?
8        A.    Which includes the FMEA.
9        Q.    Okay. It doesn't say create a new
10   revision to the FMEA, does it?
11       A.    I'm telling you, that's what you do.
12       Q.    Okay. Because you say so? Or because
13   there's a standard somewhere that says it?
14            MR. BOWMAN: Object to form. This is
15   asked and answered.
16            THE WITNESS: I'm telling you that's
17   what you do.
18   BY MR. DAVIS:
19       Q.    Okay. Do you have any written standard
20   anywhere that gives that instruction?
21            MR. BOWMAN: Again, same objection.
22            THE WITNESS: I'm telling you -- hold
23   on a second. Yeah.
24            Let me make sure -- let me --
25            Okay. What it says is, "The results of

Page 175

1    this evaluation shall be recorded in the risk
2    management file."
3            And if you go to page 6, I mean, you
4    see that the risk management file includes -- the
5    only place where you can do risk analysis is in the
6    first box. That's the FMEA. That's the FMEA.
7    BY MR. DAVIS:
8        Q.    Okay. Let's --
9        A.    I have never been aware of a company
10   that updates risk and potential hazards that
11   doesn't update their FMEA and do it as a new
12   revision. I'm not aware of that, and I've looked
13   at hundreds of them.
14       Q.    Have you ever heard of a risk/benefit
15   analysis?
16       A.    Sure.
17       Q.    Or benefit/risk analysis?
18       A.    Sure.
19       Q.    What is that?
20       A.    That's where a company is looking at
21   the risk that they're willing to take or willing to
22   assume, versus the benefit that can be achieved,
23   whether it's financial, or it can be some other
24   form of benefit.
25       Q.    And that's not necessarily in the FMEA,

Page 176

1    is it?
2        A.    No, it shouldn't be. The FMEA is
3    specifically looking at safety.
4        Q.    Well, a risk -- a benefit/risk analysis
5    is looking at safety, isn't it?
6            MR. BOWMAN: Object to form.
7            THE WITNESS: Not necessarily.
8    BY MR. DAVIS:
9        Q.    Hmm. Okay.
10       A.    It can look at safety as part of it.
11   And it certainly can look at the risk associated
12   with something that's unsafe.
13       Q.    Okay.
14       A.    In many cases a company will choose to
15   do something that's unsafe because the benefit
16   financially is worth it to them.
17       Q.    By the way, you talk about page 6 of
18   Exhibit 9.
19            I take it you'll agree that -- that --
20   you agree with the process depicted in the chart on
21   page 6, right?
22       A.    I -- I don't have a problem with this
23   exhibit.
24       Q.    Okay. Well, I mean, you would agree
25   that 14971 ISO is an authoritative source to you,

Page 177

1    right?
2        A.    It -- it is a good source. It is
3    updated, too, you know?
4        Q.    Okay. And, of course, you can see on
5    page 6 in the chart, it -- when it wants you to
6    feed information back into the FMEA, it actually
7    has arrows directing you to do that, right?
8        A.    It -- it is showing that. And I looked
9    at that previously.
10       Q.    It doesn't show an arrow putting --
11   directing the postproduction information to go back
12   into the risk analysis, does it?
13       A.    It -- it does not. And that would be
14   something that I would suggest that they would
15   change in the next version. Because it says that
16   it goes into the risk management process. And when
17   you look at risk management, it covers the whole
18   line. And I'm telling you, the only place it goes
19   back is to the FMEA.
20       Q.    Look at page 39 for a second, please,
21   sir, of Exhibit 9.
22       A.    Yes.
23       Q.    Do you understand that the -- the
24   standard for medical devices actually gives
25   instructions on what to consider state of the art?

45 (Pages 174 to 177)

Russell F. Dunn, Ph.D., P.E.

Page 178

1     A.     Where are you reading "state of the
2  art"?
3     Q.     At the very bottom of page 39.
4     A.     Oh.  Okay.  Ask the question again,
5  please, sir.
6     Q.     Well, do you see where the standard for
7  medical devices gives instructions on what is state
8  of the art?
9     A.     Okay.
10    Q.     And -- and you see it defines it as,
11 you know, a product that's currently and generally
12 accepted as good practice, right?
13    A.     Yes.
14    Q.     And can you think of any organizations
15 that would be better capable of determining what's
16 generally accepted than the -- than the actual
17 physicians who are choosing to implant and observe
18 the effects of the device?
19        MR. BOWMAN:  Object to form.
20        THE WITNESS:  When it comes to the
21 polymer effects, absolutely I can.
22 BY MR. DAVIS:
23    Q.     I'm talking about in the body, the
24 use -- the -- whether or not it's generally
25 acceptable to use a product in the body, you're

Page 179

1  saying that you -- that your field of expertise is
2  -- is more important than what -- the actual
3  physicians'?
4     A.     No.  I've told you before, it's not a
5  single person that can evaluate it, because when
6  the physician -- the vast majority of physicians
7  take this out.  If they have to take out some
8  product because there's an issue, they don't
9  understand the cracking of the polymer.  They don't
10 understand the embrittlement of the polymer.  They
11 don't understand that.
12        (Whereupon Exhibit 14 was marked as an
13 exhibit.)
14 BY MR. DAVIS:
15    Q.     Dr. Dunn, I'm handing you Exhibit 14.
16    A.     Uh-huh.
17    Q.     Are you aware that the FDA does
18 provide -- does publish various guidance documents
19 relating to medical devices for guidance to
20 manufacturers?
21        MR. BOWMAN:  Object to form.  Beyond
22 the scope of his report.
23        THE WITNESS:  This is not my area of
24 expertise.
25

Page 180

1  BY MR. DAVIS:
2     Q.     Well, I mean, you have opined that we
3  didn't do enough testing on Prosima, correct?
4  Correct?
5     A.     Yes.
6        MR. BOWMAN:  Object to form.
7  BY MR. DAVIS:
8     Q.     And so -- but you will agree that the
9  FDA guidance relating to what needs to be done in
10 the way of testing on a medical device is beyond
11 your expertise, correct?
12        MR. BOWMAN:  Object to form.
13        THE WITNESS:  No.
14 BY MR. DAVIS:
15    Q.     Well, you said this document was beyond
16 your expertise.
17    A.     No.  I said it's not my area of
18 expertise.  Not -- I didn't say it was beyond my
19 area of expertise.
20    Q.     Okay.  Okay.  So you'll agree that
21 this -- the subject matter of Exhibit 14 is not
22 your area of expertise?
23    A.     I can certainly read it and understand
24 it.
25    Q.     Well, have you ever seen it before

Page 181

1  today?
2     A.     Yes.
3     Q.     Oh, you have?
4     A.     Yes.
5     Q.     Exhibit 14?
6     A.     Yes.
7     Q.     Okay.
8     A.     Yes.
9     Q.     Well, what's it about?
10    A.     It is about certain criteria that the
11 FDA wants a company to meet for a product that
12 they're submitting for a premarket notification
13 application.  And in it it has certain requirements
14 that the FDA has.
15        I didn't -- I don't address this in my
16 report.  I mean, I'm not sure -- I'll let you ask
17 the question.
18    Q.     Okay.  Have you ever utilized
19 Exhibit 14 in any of your work?
20        MR. BOWMAN:  Object to form.
21        THE WITNESS:  Not -- not -- if I
22 understand the question, not as it relates to this
23 particular report.
24 BY MR. DAVIS:
25    Q.     Well, look at page 4 of Exhibit 14,

46 (Pages 178 to 181)

Russell F. Dunn, Ph.D., P.E.

Page 182

1  please, sir.
2      A.   Yes.
3      Q.   Do you see it has a section on product
4  characterization?
5      A.   I do see that.
6      Q.   And, in fact, it includes a section on
7  biocompatibility, right?
8      A.   It does.
9      Q.   And it -- it tells you what standards
10  to -- that you need to meet relating to
11  biocompatibility for your device; is that correct?
12      A.   It does.
13      Q.   And those two standards are the Blue
14  Book Guidance G95-1, and then it -- and then it --
15  well, let's just stop right there.
16           It refers you to Blue Book Guidance
17  G95-1, right?
18      A.   Yes.
19      Q.   Okay.
20           MR. BOWMAN:  All right.  I have to
21  object.  This is so far beyond what his report is.
22  And, I mean, I've given you so much leeway today,
23  and we've gone through so many different things
24  that have nothing to do with his report.  And this
25  is -- this is -- you know, I'm going to start

Page 183

1  instructing him not to answer.
2           MR. DAVIS:  Well, then we'll have a lot
3  of questions and documents in evidence and -- you
4  know, and -- you know, because, frankly, he has
5  opined expressly about the need for testing.  And
6  these documents go to the heart of his issue.
7           MR. BOWMAN:  Actually, you -- we can --
8  we can argue about that all day if you want.  But
9  this is -- he is an engineer.  He is not an FDA
10  expert.  He is giving his engineering opinions, as
11  stated in his report, based on his experience and
12  qualifications.
13           You're bringing in something from the
14  FDA.  You've already brought in ISO.  You've
15  already talked about biocompatibility.  You've
16  already talked about too much that is completely
17  unrelated.
18           MR. DAVIS:  Well, let's move on.
19           (Whereupon Exhibit 15 was marked as an
20  exhibit.)
21  BY MR. DAVIS:
22      Q.   Do you understand -- do you see
23  Exhibit 15?
24           If you look --
25      A.   Are we through with 14?

Page 184

1      Q.   Yes.  I'm now ready to go to Number 15.
2      A.   Okay.
3      Q.   Because Number 14 referred you to the
4  Blue Book --
5           MR. BOWMAN:  Okay.  I have to object.
6  This has nothing to do with his report.  I'm going
7  to instruct you not to answer -- on this
8  document -- let's hear the questions he wants to
9  ask, but I'm probably going to instruct you not to
10  answer every single question.
11  BY MR. DAVIS:
12      Q.   Dr. Dunn, do you see where Exhibit 15
13  is the General Program Memorandum G95-1?
14      A.   Yes.
15      Q.   And do you see where, on page 3 of 6,
16  in the -- it's the third -- in the middle of the
17  page, there's a paragraph that starts "Some
18  devices"?
19      A.   What page?
20      Q.   Well, let's -- let's back up.
21      A.   I see it.  I've got it.
22      Q.   Let's just go back to page 2 of 6 to
23  make it clear.
24           Do you see they give you the
25  background, starting at the bottom of the page,

Page 185

1  that explains the -- the need for biological
2  evaluation of medical devices?  Do you understand
3  that?
4      A.   Yes.
5      Q.   And -- so you understand that the
6  subject matter of the G95 memorandum is -- you
7  know, is to explain -- well, how to carry out
8  proper biological analysis -- or biocompatibility
9  analysis, rather, for medical devices?
10      A.   But the whole point is this doesn't
11  consider oxidation.
12      Q.   Well, I'm getting to that.
13      A.   Okay.
14      Q.   I'm getting to that.
15           So you see where they explain in the
16  middle of page 3 of 6, they say, quote, Some
17  devices are made of materials that have been well
18  characterized chemically and physically in the
19  published literature and have a long history of
20  safe use, unquote.
21           Do you agree with that principle?
22      A.   I agree that some devices may have a
23  long history of safe use for a specific application
24  in the body.  I also agree that the devices are
25  made of materials that have been well characterized

47 (Pages 182 to 185)

Russell F. Dunn, Ph.D., P.E.

Page 186

1  chemically in published literature, such as the
2  fact that polypropylene has been known to oxidize
3  for decades. So I agree.
4      Q.    In fact, you -- in your own report,
5  you -- you point out that polypropylene has been
6  extensively studied since the 1960s, right?
7      A.    Outside the body, yes.
8      Q.    Okay.
9          Now, do you see where, at the bottom of
10 page 3 of 6, the FDA goes on to explain that, in
11 analyzing the need for biocompatibility testing,
12 you should follow ISO 10993? Do you understand
13 that?
14     A.    Yes.
15     Q.    And do you also --
16     A.    Can -- I just want to point out one
17 more time that biocompatibility and -- and chemical
18 degradation were in different categories in the
19 FMEA, and everything associated with
20 biocompatibility that we're talking about was not
21 in the category that I am discussing.
22          So continue on.
23     Q.    Because you're saying that oxidative
24 degradation is a chemical process, as opposed to --
25 as opposed to going to biocompatibility?

Page 187

1      A.    That is correct. While the chemical
2  reaction can take place in the body, it is
3  categorized as a hazard -- and I'll find it for
4  you -- in the ISO standard for the FMEA where it's
5  got examples of hazards and degradation is under
6  the chemical hazard, not biocompatibility. They
7  clearly distinguish the differences.
8          So now all we're talking about is
9  biocompatibility, which is not the subject of my
10 report.
11     Q.    Okay. Then let's -- let's look at
12 ISO 10993 then.
13     MR. BOWMAN: I'm going to have the same
14 warning. He has no opinions related to 10993.
15     MR. DAVIS: That's fine. If he has
16 none --
17     MR. BOWMAN: He's got a report. You
18 can just look at the report. We've gone through
19 almost everything except for one of the opinions in
20 the report. And I think that's what we're going
21 through now. So I'm guessing -- that's why I'm
22 letting this go on, but this is. . .
23          (Whereupon Exhibit 16 was marked as an
24 exhibit.)
25

Page 188

1  BY MR. DAVIS:
2      Q.    Have you ever -- are you familiar with
3  ISO 10993 now?
4      MR. BOWMAN: Object to form.
5      THE WITNESS: I may have seen it at
6  some point.
7  BY MR. DAVIS:
8      Q.    Will you agree that it is the
9  international standard recognized by the FDA for
10 biological evaluation of medical devices?
11     MR. BOWMAN: Object to form. Beyond
12 the scope of his report.
13     THE WITNESS: I don't -- I haven't
14 looked into that. I don't know.
15          (Whereupon Exhibit 17 and Exhibit 18
16 were marked as exhibits.)
17 BY MR. DAVIS:
18     Q.    Let me hand you Exhibits 17 and 18.
19          Do you see where Exhibit 17 is -- is a
20 subset of ISO 10993? It's Part 9 that deals with
21 the framework for identification and quantification
22 of potential degradation products?
23     A.    Yes.
24     Q.    And is it your testimony that -- that
25 this standard doesn't apply -- doesn't concern

Page 189

1  chemical degradation or oxidative degradation in
2  particular?
3      MR. BOWMAN: Object to form. Beyond
4  the scope of his report. Not a biological expert.
5  He's a chemical engineer.
6      MR. DAVIS: I agree.
7      MR. BOWMAN: Design expert.
8      THE WITNESS: I don't know. I haven't
9  looked at this.
10 BY MR. DAVIS:
11     Q.    Okay. And do you see in Exhibit
12 Number 18 that it deals specifically with -- it's
13 Part 13 of the ISO, and it deals specifically with
14 identification and quantification of degradation
15 products from polymeric medical devices? Do you
16 see that?
17     A.    Yes.
18     Q.    And do you see that on page 3 -- look
19 at page number 3 of this Exhibit 18. Do you see it
20 specifically deals with oxidative degradation? Do
21 you understand that?
22     MR. BOWMAN: Object to form. Beyond
23 the scope of his report, not referenced in his
24 report.
25     THE WITNESS: I see that.

48 (Pages 186 to 189)

Russell F. Dunn, Ph.D., P.E.

Page 190

1 BY MR. DAVIS:
2     Q.    Well, but, Dr. Dunn, the need for
3 additional testing is in your report, isn't it?
4 That's one of your opinions, right?
5     A.    Correct.
6     Q.    And I'll give you all the time you need
7 to read the standard, but my question is, will you
8 agree that the standard doesn't always require
9 additional testing?
10          MR. BOWMAN: Object to form.
11          THE WITNESS: When this degradation was
12 observed by Ethicon, their own internal scientists
13 wanted to do more testing.
14 BY MR. DAVIS:
15     Q.    And they did the dog study, didn't
16 they?
17     A.    I don't view the dog study as
18 satisfying them. And, in fact, they had
19 internal -- they had external consultants that came
20 in in 2011 and pointed out to them the problems
21 with polypropylene mesh.
22     Q.    Let me direct your attention to page 2
23 of Exhibit 17. Go back to 17, please, sir.
24          Actually, I tell you what, I went too
25 far. Go back to the introduction of Exhibit 17.

Page 191

1 That would be page -- the fourth page, page IV.
2          Do you see where it says, at the very
3 end of that page, the last sentence says, quote,
4 For well-described and clinically accepted
5 degradation products, no further investigation may
6 can be necessary, unquote? Did I read that
7 correctly?
8     A.    I'm sorry. I'm -- I'm trying to read a
9 bunch of things here. Where are you reading this?
10     Q.    I'm on the introduction --
11     A.    Yes, I see that.
12     Q.    -- which is the fourth page --
13     A.    Yes.
14     Q.    -- the last sentence on the page. It
15 says, quote, For well-described and clinically
16 accepted degradation products, no further
17 investigation may be necessary, unquote.
18          Did I read that correctly?
19     A.    Okay. I'm sorry. I'm trying to read a
20 lot of things. Tell me again where you are.
21          MR. BOWMAN: He's right here. Last
22 sentence.
23          THE WITNESS: Okay.
24          MR. BOWMAN: He actually didn't ask you
25 a question yet. He asked you if he read it

Page 192

1 correctly.
2 BY MR. DAVIS:
3     Q.    I just asked you if I read it
4 correctly.
5     A.    Can you give me one second. My ears
6 are ringing. I have to wait for a second. There's
7 nothing I can do about it.
8     Q.    That's fine.
9     A.    Okay. It stopped.
10          If I have to comment on these
11 documents, I would want time to look at them and
12 read them through fully. Because you're choosing
13 to pick certain segments.
14          So if I used as an example, the line
15 that you said is "For well-described and clinically
16 accepted degradation products, no further
17 investigation maybe necessary," the assumption
18 there is that it's well described and it's
19 clinically accepted.
20          If you go to "Principles for
21 Degradation Study" -- because I'm just trying to
22 read this as you're giving me this new document --
23 in Section 4.1 on page 2, it says, "The approach to
24 the assessment of degradation varies with the
25 nature of the material under investigation, the

Page 193

1 medical device, the local environment, and the
2 anatomical location of the specific device."
3          That seems to tell me that if you're
4 going to use it in a different location, you need
5 to study it.
6     Q.    Okay. Let me ask you this, Dr. Dunn.
7          You now agree and understand that
8 ISO 10993 is, in fact, the industry accepted
9 standards for medical devices with respect to
10 biodegradation, including oxidative degradation?
11          MR. BOWMAN: Object to form. Beyond
12 the scope of his report.
13          THE WITNESS: I didn't say that, and
14 I'm trying to pull out sentences here and there.
15 And I haven't looked at these in full detail.
16 BY MR. DAVIS:
17     Q.    Let me ask you to look at Exhibit 18
18 for just a second, please, sir.
19     A.    Okay.
20     Q.    Look at page number 3.
21          Do you see Section 4.1.4.1.2?
22     A.    I do.
23     Q.    Do you see where it actually even gives
24 you specific instructions if you're going to do --
25 analyze oxidative degradation on a medical device?

49 (Pages 190 to 193)

Russell F. Dunn, Ph.D., P.E.

Page 194

1    It gives you instructions on how to go about doing
2    it.  Do you see that?
3        A.    Yes.
4        Q.    Okay.  Do you have any reason to
5    believe that this ISO is not authoritative with
6    respect to the Prosima device?
7        A.    No.  But I --
8            MR. BOWMAN:  Object to form.  Beyond
9    the scope of his report.
10            THE WITNESS:  I still am having a hard
11    time with you pulling out a sentence that you like
12    and not even looking at the section right below
13    that, 4.1.4.1.3, where it says "Other Test
14    Solutions."
15            And it says, "Other test solutions for
16    a specific polymer or a specific application site
17    may be chosen."
18            So you frame the question as those are
19    the only reagents because you don't want to add in
20    the extra information that's cited here.  So if you
21    want me to look at these documents and you want me
22    to comment on them when they're not in my report, I
23    would want time to look over them rather than
24    extracting a sentence here or there.
25

Page 195

1    BY MR. DAVIS:
2        Q.    Well, let me just ask you a general
3    question.
4            I mean, your report does talk about a
5    need for further testing, right?
6        A.    Yes.
7        Q.    And so do you now understand at least
8    that there is an ISO, 10993, that governs the
9    subject of when further testing is needed?
10            MR. BOWMAN:  Object to form.
11    BY MR. DAVIS:
12        Q.    Just a general question.
13            MR. BOWMAN:  Beyond the scope of his
14    report.
15            THE WITNESS:  I don't know that it
16    clearly states when additional testing is needed.
17    BY MR. DAVIS:
18        Q.    Okay.
19        A.    I don't understand that, no.
20            MR. DAVIS:  Okay.
21            Let's take a break a second.
22            (Brief recess.)
23    BY MR. DAVIS:
24        Q.    Dr. Dunn, I want to shift gears for a
25    minute --

Page 196

1        A.    Okay.
2        Q.    -- and go back to the IUGA presentation
3    that was Exhibit --
4        A.    12.
5        Q.    -- 12.  And I think I've turned to the
6    ninth slide.
7            Can you confirm that I've got it open
8    to the ninth slide?
9        A.    That appears to be correct.
10        Q.    In any event, it's the slide that
11    purports up in the upper right-hand corner to be
12    showing the spectra for TVT?
13        A.    That's correct.
14        Q.    Okay.  I want to ask you a few more
15    questions about that --
16        A.    Okay.
17        Q.    -- follow up.
18            Would you agree that, in order to
19    properly evaluate Prolene, you've simply got to use
20    a Prolene control?
21            MR. BOWMAN:  Object to form.
22            THE WITNESS:  I don't necessarily agree
23    with that, no.
24    BY MR. DAVIS:
25        Q.    Well, I mean, did you use a Prolene

Page 197

1    control?
2        A.    Yes.
3        Q.    Okay.  I understand you say this is the
4    spectra for Prolene and the TVT, right?
5        A.    Yes.
6        Q.    So if this is a spectra for Prolene and
7    it's not generic, unstabilized polypropylene, how
8    would the spectra be different for unstabilized
9    polypropylene at Week 0, at the beginning?
10        A.    It depends on your FTIR unit.
11        Q.    They're all different?  They're all
12    going to give different results?
13        A.    They have differences.
14        Q.    Okay.  So you -- so you -- you don't
15    know what the answer to that question is then?
16        A.    That's -- I didn't say I don't know.
17        Q.    Well, I mean, how would they be
18    different?  What differences would you expect to
19    see?
20        A.    It depends on the sensitivity of the
21    unit.
22        Q.    Okay.  Well, let's talk about your
23    unit.
24            Let's talk about your unit.  What
25    differences would you expect to see?

50 (Pages 194 to 197)

Russell F. Dunn, Ph.D., P.E.

Page 198

1    A.    Between unstabilized polypropylene and
2  the TVT standard --
3    Q.    Yes.
4    A.    -- that's the question?
5    Q.    Yes.
6    A.    I'm not certain that I would see any
7  differences in FTIR analysis.
8    Q.    Okay.  Why not?
9    A.    Because Prolene only has 2 percent
10 additives, and that's not a very high
11 concentration.
12   Q.    Okay.
13   A.    So it gets to the sensitivity of the
14 machine.
15   Q.    Okay.  If there were to be peaks that
16 were different between Prolene and the unstabilized
17 polypropylene, where would you expect to find those
18 differences in peaks?
19   A.    I haven't attempted to determine that.
20   Q.    Okay.
21   A.    That's a complicated question.  That's
22 not a trivial matter to just throw out.
23   Q.    Okay.  Well, with respect to your FTIR
24 unit that was used in this -- for this
25 presentation --

Page 199

1    A.    Yes.
2    Q.    -- would there be peaks in Prolene
3  spectra that are not found in polypropylene?
4    A.    I think I told you that I don't believe
5  that you would be able to distinguish the
6  difference between the two.
7    Q.    Okay.  Are you saying that your unit is
8  not as sensitive as some other units for FTIR?
9    A.    I'm saying there are other units that
10 work differently that can be more sensitive.
11   Q.    Okay.  Can you explain -- what -- what
12 was your FTIR unit?
13   A.    A Thermo Electron IR200.
14   Q.    Do you have to from time to time kind
15 of recalibrate it?
16   A.    In kind of what way?
17   Q.    I don't -- you're the engineer.
18   A.    I know.  I'm trying to figure out --
19   Q.    I'm just asking.
20   A.    There -- there are many different
21 things that you do with an FTIR.
22   Q.    Okay.  Let me ask this.  Let's move on.
23        How can you tell that the spectra that
24 you're looking at -- that's labeled "TVT" is, in
25 fact, Prolene and not generic polypropylene?

Page 200

1        MR. BOWMAN:  Object to form.
2        THE WITNESS:  Because I took the
3  samples and I ran the samples.
4  BY MR. DAVIS:
5    Q.    Okay.  If --
6    A.    I can go back and look at the original
7  spectra.  I know the original spectra that I took.
8  I know how I labeled the original spectra.  As long
9  as they were -- I didn't put the slide together.
10 If they were pulled appropriately, which I believe
11 they were, I ran all the samples.
12   Q.    Well, if Dr. Guelcher testified that
13 this spectra you're looking at is unstabilized
14 polypropylene, would he be wrong?
15        MR. BOWMAN:  Object to form.  Misstates
16 testimony.
17        THE WITNESS:  I don't know.  I didn't
18 put these slides together.  I know that I have the
19 original spectra.  I know that I am positive what I
20 ran.  I know that I have unstabilized polypropylene
21 and I know that I have TVT.
22        What he pulled from for this, there's
23 not sufficient information here for me to confirm
24 whether it's TVT or unstabilized polypropylene in
25 looking at this slide.

Page 201

1  BY MR. DAVIS:
2    Q.    Would you expect Dr. Guelcher to know
3  the name of the company that manufactured the
4  material used in this spectra?
5        MR. BOWMAN:  Object to form.
6        THE WITNESS:  He -- he knows the
7  materials that were tested and the manufacturer.
8  Whether he -- if you're -- I don't know if you're
9  suggesting that there was a mistake in pulling the
10 wrong spectra in; I don't know the answer to that.
11 I know that mine are all labeled, and I know what I
12 tested and I know what I have.  I didn't put this
13 slide together.
14 BY MR. DAVIS:
15   Q.    Okay.  If this spectra that we're
16 looking at is, in fact, for generic polypropylene
17 and not Prolene, then that would mean the
18 presentation did not take into account the
19 antioxidants that Ethicon adds; would that be
20 correct hypothetically?
21   A.    All it means is that then there is not
22 a slide for TVT, but TVT was run.  I can -- I can
23 generate a slide for TVT.  It doesn't mean that
24 Prolene was not evaluated, because it was.
25   Q.    Okay.  Dr. Dunn, with respect to

51 (Pages 198 to 201)

Russell F. Dunn, Ph.D., P.E.

Page 202

1    analyzing, you know, degradation of -- and
2    oxidative degradation in particular of
3    polypropylene --
4        A.    Yes, sir.
5        Q.    -- do you now understand that the FDA
6    has approved various guidelines for making those
7    analyses?
8        A.    No, I don't understand that.
9        Q.    Okay. Well, let me ask you this.
10   If -- you acknowledge the -- that doing literature
11   reviews can be of benefit in a risk analysis,
12   right?
13       A.    They can be.
14       Q.    Okay. And can you think of any better
15   organization to conduct such a literature review
16   than an independent federal agency such as the FDA?
17       A.    Yes.
18       Q.    Oh.
19       A.    Yes.
20           (Whereupon Exhibit 19 was marked as an
21   exhibit.)
22   BY MR. DAVIS:
23       Q.    Okay. Let me hand you Exhibit 19. Are
24   you aware that the FDA has, in fact, examined at
25   length the polypropylene sutures in specifically

Page 203

1    analyzing the extent of degradation of the
2    material?
3        A.    Are you saying that they tested it, or
4    are you saying that they did a literature search?
5    I'm not clear what your question is.
6        Q.    Well, you'll see that this document,
7    Exhibit 19, is a letter, an order from the FDA that
8    examines, in particular, the degradation
9    characteristics of polypropylene.
10       A.    Again, you haven't been clear. Are we
11   talking about a literature search for degradation,
12   or they actually tested something?
13       Q.    Well, let me just go over some things.
14   And you can read it. You can take the time to read
15   any part. I'm not going to be trying to limit you.
16       A.    Well, I just want a clarification for
17   what you're asking.
18       Q.    And I'm trying to clarify.
19       A.    Okay.
20       Q.    And -- look at page 5. The page
21   numbers are in the upper left-hand corner.
22       A.    Page 5. Okay. Oh, no. That's 3.
23       Q.    Do you see there's a heading on --
24   toward the bottom of page 5 called "Scientific
25   Basis"?

Page 204

1        A.    Yes.
2        Q.    And you note -- they -- they start off
3    that section by saying, quote, By definition, the
4    nonabsorbable polypropylene surgical suture is well
5    characterized, unquote.
6            Did I read that correctly?
7        A.    That's exactly what it says.
8        Q.    Do you have any reason to disagree with
9    that statement?
10       A.    It's very vague. I don't -- I don't
11   know. I can't see enough just based on that one
12   sentence. I would have to read more.
13       Q.    Okay. Well, I'll tell you what I'm
14   going to do then. I would like to offer you the
15   opportunity and ask you, because I do have some
16   questions, and I don't want to be taking something
17   out of context. I'll take five minutes, if you
18   would read pages 5 through the middle of page 9,
19   and -- because I think you'll see that the subject
20   matter is right in line with what you're testifying
21   about. So let's just go off the record a minute.
22           (Brief recess.)
23   BY MR. DAVIS:
24       Q.    Okay. Off the record you made a
25   comment that I want to follow up on.

Page 205

1            The oxidative degradation of Prolene
2    that you've opined about, is -- is it your opinion
3    that it's somehow different in Prolene sutures than
4    Prolene meshes?
5        A.    I'm suggesting -- I'm saying that
6    Prolene meshes are a different application used in
7    a different part of the body, and you don't compare
8    those two.
9        Q.    That's not my question, though.
10           My question right now is, is it your
11   opinion that Prolene sutures are subject to
12   biodegradation or oxidative degradation in
13   particular in some manner different from Prolene
14   meshes?
15       A.    No, I'm not saying that.
16       Q.    Okay.
17       A.    I'm saying they are different products.
18   Mesh has a lot more material, a lot more
19   polypropylene material. And the record that you
20   gave me, while I know that you want to extend
21   sutures, I'm just reading on page 4, and it says,
22   "By limiting this generic class" -- in the middle
23   of the page -- "the subject of this order to
24   nonabsorbable polypropylene surgical suture, as
25   defined on page 1, FDA, according to the record

52 (Pages 202 to 205)

Russell F. Dunn, Ph.D., P.E.

Page 206

1    evidence, has limited this reclassification to
2    nonabsorbable polypropylene surgical suture with
3    the same or similar health risk."
4           What you're asking me to look at is
5    some kind of classification that's been made on
6    sutures.  And you seem to be trying to extend that
7    to mesh, and I don't extend that to mesh.
8       Q.    Okay.  You're saying you don't believe
9    the FDA has extended the same analysis to mesh, to
10   Prolene mesh?
11      A.    That's not what I said.
12          MR. BOWMAN:  Objection to form.  Beyond
13   the scope of his report.
14   BY MR. DAVIS:
15      Q.    Okay.  So -- so --
16      A.    I'm saying I don't -- I don't extend
17   it.
18      Q.    Okay.
19      A.    I don't know what the FDA has done.
20      Q.    Okay.
21      A.    It's not the same to me.
22      Q.    Okay.  So, in your view, would it be
23   fair to say that a -- an analysis by the FDA of the
24   extent to which polypropylene is subject to
25   oxidative degradation is irrelevant?

Page 207

1           MR. BOWMAN:  Object to form.
2           THE WITNESS:  I don't --
3           MR. BOWMAN:  Beyond the scope of his
4    report.
5           THE WITNESS:  I'm trying to figure out
6    in my report where I talk about sutures.
7    BY MR. DAVIS:
8       Q.    Well, I'm talking about Prolene.
9    Whether it's -- whether it's a suture or a mesh.
10   I'm talking about --
11      A.    But I don't think I am.
12      Q.    Okay.  Well, let me ask you --
13      A.    I think I'm talking about Prolene in a
14   mesh.
15      Q.    And does Prolene in a mesh undergo
16   oxidative degradation in some different fashion
17   than Prolene sutures?
18      A.    Not the chemical mechanism of
19   oxidation.  It's exactly the same.
20      Q.    Okay.
21      A.    But it's -- that's -- that's not the
22   issue that I address in my report.
23      Q.    Okay.
24          (Whereupon Exhibit 20 was marked as an
25   exhibit.)

Page 208

1    BY MR. DAVIS:
2       Q.    Let me hand you Exhibit 20.
3       A.    Wow.
4       Q.    Dr. Guelcher -- I'm sorry -- Dr.
5    Dunn -- I apologize.
6           MR. BOWMAN:  Dr. Guelcher actually has
7    some experience in 510(k)s.  Maybe that's why
8    you're saying it.
9           But I have to object to a document
10   again that has nothing to do with anything in his
11   report.
12          MR. DAVIS:  Well, I think you'll be
13   surprised.
14          MR. BOWMAN:  Like I say -- I mean, I'm
15   at a point where I -- I have been objecting pretty
16   much every other question for the past two hours,
17   and I'm at a point where I'm just going to instruct
18   him not to answer.
19   BY MR. DAVIS:
20      Q.    Okay.  Now, Dr. Dunn, I'll represent to
21   you -- I've handed you the 510(k) for Prosima.
22          That's the device you have opined
23   about, right?
24      A.    Yes.
25      Q.    And you see -- if you would turn to

Page 209

1    page 132 of 180, please, sir.
2           Do you see that where -- this is a
3    section on biocompatibility testing assessment
4    under ISO 10993?
5       A.    Yes.
6       Q.    And that's the ISO that deals with the
7    question of the need for further testing of --
8    regarding, for example, oxidative degradation,
9    right?
10          MR. BOWMAN:  Object to form.  Beyond
11   the scope of his report.
12          THE WITNESS:  I'm sorry.  Is there a
13   question?
14   BY MR. DAVIS:
15      Q.    Yeah.
16      A.    I'm sorry.  I missed it.
17      Q.    Well, it's dealing with the question of
18   the need for biocompatibility testing, including
19   the question of oxidative degradation that's
20   covered by ISO 10993, right?
21          MR. BOWMAN:  I'm going to instruct you
22   not to answer.
23          MR. DAVIS:  Okay.
24   BY MR. DAVIS:
25      Q.    You do recall that ISO 10993 deals

53 (Pages 206 to 209)

Page 210

1  with, in part, the need for further testing with
2  respect to the subject matter of oxidative
3  degradation of a medical device?
4          MR. BOWMAN: I'm instructing you not to
5  answer.
6  BY MR. DAVIS:
7     Q.    Okay.  And do you see where Ethicon
8  reported to the FDA exactly what their plan was
9  with respect to biodegradation which would include
10 the question of oxidative degradation?
11    A.    Where do I see that?
12    Q.    Well, on page 132 of 180.
13         MR. BOWMAN: I'm instructing you not to
14 answer.
15         MR. DAVIS: Okay.
16 BY MR. DAVIS:
17    Q.    Are you aware that the FDA wrote back
18 to Ethicon and -- and had a series of questions and
19 requests for further information relating to this
20 510(k)?
21         MR. BOWMAN: It's a "yes" or "no."
22         THE WITNESS: Yes.
23 BY MR. DAVIS:
24    Q.    Okay.  And so are you aware that the
25 FDA, although they had a list of requests for

Page 211

1  additional information, they didn't raise any
2  question at all about the biocompatibility
3  analysis?  Are you aware of that?
4          MR. BOWMAN: Object to form.  Beyond
5  the scope.
6          THE WITNESS: I don't recall that.
7          MR. DAVIS: Okay.
8          (Whereupon Exhibit 21, Exhibit 22,
9  Exhibit 23, and Exhibit 24 were marked as
10 exhibits.)
11         MR. DAVIS: I'm handing you Exhibits
12 21, 22, 23, and 24 to show you the correspondence
13 from the FDA and see if you can satisfy yourself
14 that they did raise questions but they didn't raise
15 a question at all about the sufficiency of the
16 biocompatibility analysis.
17         MR. BOWMAN: And I object.  Beyond the
18 scope of his report.  Beyond the scope of his
19 expertise.
20         THE WITNESS: You're saying that these
21 letters do not talk about oxidative degradation.  I
22 agree.  I don't see that in these letters.
23         MR. DAVIS: Okay.
24         (Whereupon Exhibit 25 was marked as an
25 exhibit.)

Page 212

1  BY MR. DAVIS:
2     Q.    Let me hand you Exhibit 25.
3          Is Exhibit 25 one of the publications
4  that you cite in your report?
5     A.    Yes.
6     Q.    Okay.  And if you would -- if you -- if
7  you notice, it starts with a table of contents, a
8  very lengthy table of contents, then a table of
9  figures, then a table of tables.
10         If you go to the end of the table of
11 tables, you come to the first page called
12 "Introduction."
13         If you would go to that page, please,
14 sir.
15         Do you see where, in the second full
16 paragraph -- or, put it this way, the second
17 indented paragraph, put it that way, it has -- the
18 first sentence says, quote, Its excellent chemical
19 resistance includes resistance to most organic
20 solvents, except for very strong oxidizing agents,
21 unquote.
22         Did I read that correctly?
23    A.    Yes.
24    Q.    Do you agree with that statement?
25    A.    Yes.  That's my understanding.  Yes.

Page 213

1     Q.    Okay.  And they're referring -- when
2  they say "it," it's referring to polypropylene,
3  correct?
4     A.    That's the subject of the book.  Yes,
5  sir.
6     Q.    And then, if you would, turn to page
7  number 3 at the top of the page.
8     A.    Yes.
9     Q.    It's a section on additives to
10 polypropylene; is that correct?
11    A.    Page 3.
12    Q.    Page number 3 at the top of the page.
13    A.    Oh.  Yes, I've got it.
14    Q.    And in particular in that Section 3.1,
15 the first paragraph.
16    A.    Yes.
17    Q.    From the bottom of that paragraph, if
18 you go up nine lines.
19    A.    Okay.
20    Q.    Do you see in the middle of that ninth
21 line from the bottom, it starts a new sentence,
22 "Oxidative degradation"?  Do you see that sentence?
23    A.    I believe so.
24    Q.    Do you see where it says, quote,
25 Oxidative degradation in polypropylene decreases

Russell F. Dunn, Ph.D., P.E.

| Page 214 |
| --- |

1    the molecular weight (and increases melt flow)
2    resulting in a decrease in viscosity, unquote.
3         Did I read that correctly?
4    A.    Uh-huh.  Yes.
5    Q.    So do you agree with that statement?
6    A.    If enough of it oxidizes.
7    Q.    Well, so --
8    A.    It's a surface effect.  So the surface
9    will absolutely show a decease in viscosity and a
10   decrease in molecular weight.
11        In addition, as always, we've got the
12   next sentence: "It will also show embrittlement,
13   surface cracking, and a loss of other mechanical
14   properties which can occur."
15   Q.    How do you -- how do you measure the
16   molecular weight of the surface as opposed to the
17   rest of the suture?
18   A.    You can't.
19   Q.    Okay.  If you can't, then how do you
20   know the molecular weight of the surface is -- is
21   gone -- or decreased?
22   A.    Because you can oxidize enough
23   polypropylene -- if you test polypropylene, you can
24   oxidize enough of it to see what happens to the
25   bulk properties, and you learn that it is a surface

| Page 215 |
| --- |

1    effect and -- and what happens.
2         Some of the other things you can
3    clearly measure that are a result of the reduction
4    of molecular weight, like the embrittlement and the
5    surface cracking.  That's a direct relationship to
6    that.
7    Q.    Okay.  Why did you cite this book,
8    Exhibit 25?
9    A.    Because I just don't even understand
10   today, to be honest with you, where -- if you go
11   and you look at the oxidative degradation mechanism
12   of polypropylene, and the fact that all
13   polypropylene is susceptible to degradation, and
14   the fact that antioxidants don't last forever, I
15   don't understand how the company, when they run
16   internal tests and see cracking and see all this
17   evidence of oxidative degradation, how they do not
18   explore that and the impact it has on the patient.
19        I referenced this because it's --
20   it's -- it's a book on polypropylene.
21   Q.    You view it as authoritative and
22   accurate?
23   A.    Now, you're going to go and pull a
24   sentence out.  I know where you're going.  You're
25   going to pull a sentence out and you're going to

| Page 216 |
| --- |

1    say, well, it says this.
2         You have to look at it collectively.
3    What I'll tell you is oxidation is up front,
4    because it's a big deal with polypropylene.
5    Q.    Can you just answer my question,
6    though?  Do you view this book as authoritative on
7    the subject of polypropylene?
8    A.    No.  No.  No.  I'm not going to say
9    that any sentence that you can take out of this
10   would stand on its own.  You have to look at
11   collectively the substance in the book.
12   Q.    Let's look at a specific sentence,
13   then --
14   A.    Yes.  I knew that you would.
15   Q.    Let's go to page 83.
16   A.    Uh-huh.
17   Q.    Do you see it has a section -- this
18   book you cite and rely on has a section on medical
19   devices.
20        Do you see that?
21   A.    Absolutely.  I'm very familiar with
22   that section.
23   Q.    Okay.  You're very familiar with it?
24   A.    I am -- it's been brought up before.
25   Q.    Do you disagree with anything here, any

| Page 217 |
| --- |

1    statements in this section, 10.4, on medical
2    devices?
3    A.    I would prefer, if you want to give me
4    a particular sentence that you would like me to
5    opine on, I will.
6    Q.    Let's look at the opening paragraph of
7    Section 10.4.  I'll let you read it to yourself.  I
8    just want to know, is there any statement in that
9    paragraph that you disagree with.
10   A.    (Reviews document.)
11        MR. BOWMAN:  I'm going to object.  The
12   entire paragraph is about the FDA.
13        THE WITNESS:  Am I reading the first
14   paragraph of Section 10.4?
15   BY MR. DAVIS:
16   Q.    Yeah.  On new medical devices.
17        Do you see where it starts "New medical
18   devices"?
19   A.    Yeah.  I read it.  So what's the
20   question about?
21   Q.    Is there any statement in that
22   paragraph you disagree with?
23        MR. BOWMAN:  Okay.  It's beyond the
24   scope of his report and I'm going to instruct him
25   not to answer.

55 (Pages 214 to 217)

Russell F. Dunn, Ph.D., P.E.

Page 218

BY MR. DAVIS:
Q.    Okay.  Let's go to Section 10.4.2,
beginning on page 84.  I'd like for you just to
look at that Section 10.4.2 and tell me -- take all
the time you need, and tell me, is there anything
in that -- any statements in that section that you
disagree with?
MR. BOWMAN:  This is another section
about regulatory guidelines, and it's beyond the
scope of his report.
As long as this is being made an
exhibit -- I mean, it's clear to anybody this is --
this is something he can't answer.
So I'm going to instruct you not to
answer, Doctor.
THE WITNESS:  Okay.
BY MR. DAVIS:
Q.    Are you unable to answer that last
question, though?  I mean, counsel says you're not
able to answer it.  I want to know from you, are
you unable to answer it?
A.    (Reviews document.)  Okay.  What's the
question again?
Q.    My question was, do you disagree with
any of the statements in Section 10.4.2?

Page 219

MR. BOWMAN:  Okay.  I'm going to
instruct you not to answer.
BY MR. DAVIS:
Q.    Are you -- I want to at least know, are
you capable of answering the question?
A.    I'm not going to answer the question.
MR. BOWMAN:  This has been answered
five or six times today, if not two dozen times
today.
BY MR. DAVIS:
Q.    Okay.  Let's turn to page 92, please,
sir.
A.    Yes, sir.
Q.    Do you see in the right-hand column,
the top of the page, there's a paragraph that
starts "Useful properties for medical
applications"?  Do you see that paragraph?
A.    Yes.
Q.    And do you see where the author says,
quote, Useful properties for medical applications
include an excellent resistance to solvents and
autoclave heat, good tensile strength and
stiffness, a long flex life, a high heat distortion
temperature, and a low density and moisture vapor
transmission rate (MVTR).  Polypropylene is easily

Page 220

processed into complex shapes and is generally
nontoxic, chemically inert, and tolerant to
sterilization.
Did I read that correctly?
A.    Yes.
Q.    Do you agree with any of those
statements of the author?
A.    I'm not sure how this is -- I -- I
think we got some -- an English problem here
because when I read this, I read it's generally
nontoxic, generally chemically inert, and generally
tolerant to sterilization.
Q.    I'll let you put the word generally in
front of each of those, even though it's not there.
Do you agree with that then?
A.    I think we can agree that it could be
there.  And I told you that you have to take the
book as a whole.  And there's no way, no way, you
can say it's chemically inert.  No way that you can
say it's chemically inert without going and looking
at the previous part that we talked about, which is
oxidation, which is a chemical reaction, and all
forms of polypropylene are susceptible to that.
So the statement can only be accurate
if it says "generally chemically inert," because

Page 221

the only compounds that you have to worry about are
oxidizing agents.
(Whereupon Exhibit 26 was marked as an
exhibit.)
BY MR. DAVIS:
Q.    I want to go back to the dFMEA for a
few minutes.
A.    Okay.
Q.    If you can locate that, please, sir.
I'll try to find my copy.
A.    It's marked, correct?
Q.    Yes, sir.  It was one of the first
exhibits.
A.    Oh, I found it.
Q.    Okay.  It was Exhibit 7, correct?
A.    Yes.
Q.    Okay.  If you would, look at the second
page of the exhibit.
A.    I think I'm on that.
Q.    Okay.  Do you see there's some fine
print at the top of the page?
Can you read the last sentence out loud
at that top of the page?
A.    Yes.
Q.    Under "Scope."

56 (Pages 218 to 221)

Russell F. Dunn, Ph.D., P.E.

Page 222

1    A.    Yes.  "This dFMEA does not cover
2  Gynemesh PS properties or functionality.  See
3  reference documents."
4    Q.    So is it fair to say that Exhibit 7
5  tells you on its face that this dFMEA is not going
6  to cover the properties of the mesh itself?  Right?
7    A.    It does.
8    Q.    Okay.  Were you aware of that?
9    A.    Yes, I was.
10   Q.    So did you -- what did you try to do to
11 then understand --
12   A.    I -- go ahead.
13   Q.    You know, is there a document where the
14 properties were analyzed?  What did you do?
15   A.    I've had this discussion with counsel,
16 and I've looked at other FMEAs that I have that
17 look specifically at the mesh, and I also -- wow.
18        I looked at the Gynemesh -- I tried to
19 address this issue.  And I looked at the Gynemesh
20 PS -- the technical file.  And, if I recall
21 correctly, it stated that Gynemesh was considered
22 a -- I want to get the term right -- I'll find it.
23   Q.    Yeah.  Take your time.
24   A.    Hold on.  I know where to find it.  It
25 was considered a legacy product.

Page 223

1        So, in looking at the Gynemesh
2  technical file, the risk management section that I
3  have -- if I'm not mistaken, I want to look at it
4  one more time here.  Okay.
5    Q.    Can I do one thing that will help make
6  sure the record's clear?  You're going -- it looks
7  like you're getting ready to tell me about a
8  document.  Can you tell me the beginning Bates
9  number of the file and the ending Bates number of
10 the file?
11   A.    I think it's ETH.MESH.2207216.
12   Q.    Wait.  I think you may have left out --
13 I think you left out a number.  I think it's eight
14 digits.  Try to say that number again, please.
15   A.    22007216.
16   Q.    Okay.  I think you left out one of the
17 zeros first.  I may be wrong.
18        And then what's the ending number?
19   A.    I think it goes to 22007539.
20   Q.    Okay.  And, by the way, what's the
21 title of the file on the cover page?  Just --
22   A.    It is "Gynecare" -- excuse me --
23 "Gynemesh PS Nonabsorbable Prolene Soft Mesh CE
24 Mark Technical File."
25   Q.    Okay.  And does it have a date on it?

Page 224

1    A.    September 25th, 2008.
2    Q.    Okay.
3    A.    And, in the table of contents, it has a
4  "Risk Management" section.
5        If you go to the "Risk Management"
6  section, which is 22007477, it says, "The existing
7  risk analysis was prepared under ISO 14971, 2001."
8  And it says, "The risk analysis will be updated
9  according to ISO 14971, 2007.  Once it is
10 available, this section will be updated."
11       And, the best I can tell from my
12 document, there's two more pages.  And -- this is
13 where it talks about it being identified as a
14 legacy product.  And it indicates -- I'm looking at
15 postmarket surveillance.
16       So I can't find -- I see "Mesh
17 Complaint Reviews" -- "Number of Units Sold," "Mesh
18 Complaint Reviews," which -- it's a single table,
19 and then a quick paragraph on postmarket
20 surveillance, and that's the risk assessment that I
21 have in the technical file.
22   Q.    What was your methodology for choosing
23 that file to look at?
24   A.    Trying to look for the mesh that goes
25 into the Prosima, Gynemesh PS.  And then using the

Page 225

1  table of contents to go to their risk assessment.
2        It's -- I think it's the design
3  technical file for Gynecare/Gynemesh.  I mean, I'm
4  doing the best I can, trying to decipher documents
5  that I receive.
6    Q.    Okay.  Well -- so did you ask for any
7  more documents that you did not receive?
8    A.    I always ask for documents that pertain
9  to what I'm studying.
10   Q.    Okay.
11   A.    I always ask that.  I don't know -- I
12 don't always have specific documents I can ask for
13 because I don't know what they are.
14   Q.    Okay.  But you -- I think you testified
15 that, when you were doing your report, one of the
16 things you -- you -- you observed was this
17 statement on the second page of Exhibit 7 that this
18 FMEA does not cover Gynemesh PS properties,
19 correct?
20   A.    Correct.  And then I considered other
21 FMEAs that I've seen that covered the mesh
22 component that's made out of Prolene that Ethicon
23 has done, and I have never to date, in any FMEA
24 that I've looked at, ever seen oxidation
25 considered.

57 (Pages 222 to 225)

Russell F. Dunn, Ph.D., P.E.

Page 226

1    Q.    Well, now the only ones you looked at
2    were for TVT products, other than the Prosima,
3    right? I mean, we covered that in detail this
4    morning.
5         A.    I have looked at -- no.  No.  I think
6    we said this morning that I've looked at Exact.
7    I've looked at --
8         Q.    Those are TVT products.
9         A.    Okay.  TVT.  They're Prolene-based
10   products.
11        Q.    Okay.
12        A.    So if you look at any FMEA that really
13   evaluated the mesh, it should evaluate the
14   properties of Prolene.
15        Q.    Okay.  Why didn't you look at the
16   documents that this dFMEA, Exhibit 7, references?
17   Why did you not look at those?
18        A.    I would like to see those.  I don't --
19   I couldn't -- I don't have those at this time.
20        Q.    Well, you told me this morning --
21        A.    That I'm aware of.
22        Q.    I know.  But you told me this morning
23   that you didn't need those.
24        A.    I said I don't need those?  They --
25   they are referenced as part -- these are reference

Page 227

1    documents that are part of this FMEA.
2         Q.    Yes.
3         A.    And what I'm saying is, when I looked
4    at the mesh component of this FMEA, there was
5    nothing in that that really requires me to go and
6    look at those reference documents.
7              What I would be more interested in is
8    the dFMEA, if one even seems to exist, that would
9    cover Gynemesh and any product that's made out of
10   Gynemesh.
11        Q.    Do you know what a device design safety
12   assessment is?
13        A.    DDSA?
14        Q.    Yes.
15        A.    I've looked at those documents, sure.
16        Q.    I mean, it's a predecessor to an FMEA,
17   correct?
18        A.    Yes.
19        Q.    And you see, it -- it refers you to a
20   specific risk assessment on the last page of
21   Exhibit 7?
22        A.    Yes, I see that.
23        Q.    And it tells you a particular -- a
24   specific date and a particular DHF file to go find
25   it in, right?

Page 228

1         A.    Yes.
2         Q.    Did you ask for that DHF file?
3         A.    I'm sure that I did.  And, again, it's
4    been over six months since I did that report.  But
5    I thought that I have a DDSA in here.
6         Q.    I think you do for TVT.  I don't
7    disagree with that.
8              In fact, you list it in your footnotes,
9    don't you?
10        A.    So -- okay.  So if the TVT one --
11             Okay.  That's fine.
12        Q.    Let me hand you Exhibit 26.
13        A.    Okay.
14        Q.    First, I'll assume you'll agree that
15   you've never seen Exhibit 26 before today?
16        A.    I -- I don't know.  I've seen a lot of
17   documents.  I don't know.  This looks very similar
18   to what I saw probably for TVT.
19        Q.    Okay.  Well, can't you see that
20   Exhibit 26 is, in fact, the specific risk
21   assessment that is listed as a last entry on the
22   last page of Exhibit 7?
23        A.    Let me look.
24             Okay.  Yes, I do see that.
25        Q.    Okay.  So, if you had asked for that

Page 229

1    document, you would -- the last document on the
2    last page of Exhibit 7, you would have gotten
3    Exhibit 26, right?
4         A.    I assume so, yes.
5         Q.    And do you see where the third page of
6    Exhibit 26 starts listing potential issues with the
7    mesh -- right?
8              MR. BOWMAN:  I'm going to object to
9    form.
10             THE WITNESS:  Go ahead.
11   BY MR. DAVIS:
12        Q.    Well, in particular, do you see
13   where -- on the third page of the exhibit, they
14   have a section where they're expressly considering
15   the chemical nature -- quantitative formulation,
16   additives, processing aids, monomers, catalysts,
17   residues, and with respect to each of those,
18   they're looking at concentration, availability,
19   toxicity, biodegradation, aging, and corrosion?  Do
20   you see all that?
21        A.    I see that listed.
22        Q.    And do you see where they list the
23   specific standard that they're going to judge by,
24   EN30993?  Do you see that?
25        A.    Yes.  I do see that.

58 (Pages 226 to 229)

Russell F. Dunn, Ph.D., P.E.

Page 230

1      Q.      But you're not familiar with that
2  standard, are you?
3      A.      I do not know what that is.
4      Q.      So you don't know -- you can't opine in
5  this case whether they complied with that standard
6  with respect to oxidative degradation, can you?
7              MR. BOWMAN:  Object to form.
8              THE WITNESS:  I know that they couldn't
9  have looked at oxidative degradation.
10 BY MR. DAVIS:
11     Q.      If you don't even know what the
12 standard is, how can you testify as to whether or
13 not they complied with the standard?
14     A.      Because their comment is "raw materials
15 are chemically unchanged."
16     Q.      Okay.
17     A.      That's absolutely untrue.
18     Q.      And look at the fourth page of the
19 exhibit.
20             Do you see the entry on -- the fourth
21 entry on the page, where they specifically
22 considered the delayed or long-term use of the
23 device?  "Ergonomic and cumulative effects have
24 been considered"?
25     A.      Yeah.

Page 231

1      Q.      Okay.
2      A.      Wait.  Wait.  Whoa, whoa, whoa.  Ask
3  me -- are you going to ask me a question about
4  that, or do you just want me to say they put "yes"
5  in a column?
6      Q.      Yeah.
7      A.      You're saying that that means that they
8  considered it?  Even though, outside of the body,
9  they've determined that it has a shelf life of five
10 years, you're telling me that when I look at that
11 "yes" that they've looked at long-term use of the
12 device in the body?
13     Q.      I'm glad you asked that.  So let me ask
14 a new question.
15             What are the standards for determining
16 shelf life?
17     A.      There are no particular standards.  You
18 have to do internal testing and use engineering
19 judgment on -- on what is appropriate.
20     Q.      Why do manufacturers do shelf life
21 analyses in the United States with respect to
22 medical devices?
23             MR. BOWMAN:  Object to form.
24             THE WITNESS:  Some of them oxidize.
25

Page 232

1  BY MR. DAVIS:
2      Q.      Well, isn't it because the FDA, back
3  sometime in the 1990s, started requiring it?  Or do
4  you even know?
5              MR. BOWMAN:  Object to form.  Beyond
6  the scope of his report.
7              MR. DAVIS:  Well, he talks in his
8  report about shelf life.
9              THE WITNESS:  That it's established at
10 five years.  And that you have to come up with a
11 shelf life.  But when you establish it at five
12 years, I don't understand how you can do that and
13 say that it will last -- it can be a permanent
14 medical device implant.
15 BY MR. DAVIS:
16     Q.      And isn't that because you don't
17 understand what the standards are for establishing
18 shelf life?
19     A.      No.  It's because I understand the
20 oxidative nature of polypropylene.
21     Q.      But you do not know the
22 standards for determining shelf life, do you?
23             MR. BOWMAN:  Object to form.  Beyond
24 the scope of his report.
25             THE WITNESS:  It's immaterial to me.

Page 233

1  BY MR. DAVIS:
2      Q.      And you don't know how the concept of
3  shelf life as prescribed by the FDA relates, if at
4  all, to the ultimate lifetime of the product, do
5  you?
6              MR. BOWMAN:  Object.  Beyond the scope
7  of his report.
8              THE WITNESS:  I -- I haven't looked at
9  that.  But, again, up above, on page 4, it says
10 "raw materials chemically unchanged."
11 BY MR. DAVIS:
12     Q.      Let's go to page 5.
13             Do you see under the section on
14 materials, the question is asked, "Have the
15 materials been tested for toxicity and
16 biocompatibility?"
17             I'm still back in Exhibit 26 now.
18     A.      Yeah.
19     Q.      And they actually refer you to the
20 design history file of soft Prolene
21 biocompatibility section, right?
22     A.      Yes.
23     Q.      You've never looked at that, though,
24 have you?
25             MR. BOWMAN:  Object to form.

59 (Pages 230 to 233)

Russell F. Dunn, Ph.D., P.E.

Page 234

1     THE WITNESS: I don't know.
2  BY MR. DAVIS:
3     Q.    Okay. And look at Item Number 12.
4  Exhibit 26 on page 5.
5         Do you see where it asks the question,
6  "Is the strength of the load-bearing material
7  sufficient for the intended use?"
8     A.    Where is that?
9     Q.    Look at page number 5. At the top of
10  the page it says "5." The number -- under the
11  section on materials --
12    A.    Okay.
13    Q.    -- line item 12.
14        Do you see where it says or asks, "Is
15  the strength of the load-bearing materials
16  sufficient for the intended use?"
17        Do you see that?
18    A.    Yeah.
19    Q.    And they -- and they address that by
20  referring to a clinical literature search that's
21  been done.
22        Have you seen that clinical literature
23  search?
24    A.    It -- you can't tell from this
25  particular reference exactly which literature

Page 235

1  they're referring to.
2     Q.    Well, but you haven't tried to review
3  Ethicon's literature searches, have you?
4     A.    It's impossible if they don't define
5  what the literature search is. This is for a
6  specific box.
7     Q.    Well, if you --
8     A.    Do you know what that document refers
9  to? I'd be happy to look at that literature search
10  right now.
11    Q.    Well, do you know what a design history
12  file is? What is it?
13    A.    It's a compilation of documents that
14  the company deems as important for the design
15  history of a product.
16    Q.    You understand that's a -- that's a
17  file that's required by the FDA? Do you understand
18  that?
19    A.    Yes.
20    Q.    And wouldn't you expect to find the
21  documents that -- that they're referencing in here
22  in the design history file?
23    A.    Not those.
24    Q.    Oh.
25    A.    Not necessarily. Because the reference

Page 236

1  right above it says "Design History File." So if
2  it's going to be in the design history file, why
3  are they changing it? Why wouldn't they say in the
4  design history file?
5     Q.    Well, you're asking that question
6  because you don't know what Ethicon's internal
7  operating procedures for DDSA is, do you?
8     A.    Ethicon --
9     Q.    Do you?
10    A.    Everything is premised -- all the
11  answers to the questions here are premised on the
12  fact that Ethicon doesn't think that it reacts. It
13  doesn't believe it reacts, and is answering every
14  question accordingly.
15    Q.    Can you just answer my question,
16  though?
17    A.    What's your question?
18        MR. DAVIS: Read it back to him,
19  please, ma'am.
20        (Whereupon the following question was
21  read back by the reporter: Well, you're asking
22  that question because you don't know what Ethicon's
23  internal operating procedures for DDSA is, do you?)
24        THE WITNESS: I have seen that at some
25  point for putting together their DDSAs. I've seen

Page 237

1  lots of documents.
2         I don't -- if you have a specific one
3  that you want to point out that shows me that they
4  considered oxidative degradation, not keep talking
5  about this biocompatibility testing, which doesn't
6  show me in any way whatsoever that they tested for
7  oxidation, I'd be happy to look at any document you
8  have.
9  BY MR. DAVIS:
10    Q.    Okay. Look at the last page of
11  Exhibit 26, please, sir.
12        Do you see the second line number on
13  that page listed a hazard, "Loss of Mechanical
14  Integrity Postoperative."
15        Do you see that?
16    A.    Yes, sir.
17    Q.    And do you see what their plan is?
18  "Clinical study design will assess this parameter."
19  And they referenced a clinical literature search.
20        You certainly understand that that's an
21  appropriate means of addressing this potential
22  hazard, don't you?
23    A.    If -- if the literature is applicable.
24    Q.    Okay. So if the -- if there's -- if
25  there is applicable literature, you agree that a --

Russell F. Dunn, Ph.D., P.E.

Page 238

1  one proper means of evaluating this potential
2  hazard is a clinical literature search, right?
3      A.   I don't -- I don't believe in this case
4  that is possible, considering their own internal
5  tests where they see degradation and they're in the
6  best position to evaluate their own product.
7      Q.   Sir, you haven't done a clinical
8  literature search on the subject matter that you're
9  talking about, have you?
10      A.   I've -- I've looked at a lot of --
11  clinical research is -- is not my specialization.
12  Clinical documents is not my specialization. While
13  I've looked at a lot of clinical publications,
14  that's not -- that's not my area of expertise.
15      Q.   Okay.  So you agree, then, that it
16  would be -- it's not your area of expertise to
17  evaluate whether or not Ethicon's clinical
18  literature search on this subject of loss of
19  mechanical integrity postoperative is adequate?
20      A.   It is within my area of expertise as it
21  relates to polymer properties and whether or not --
22  if they go out and look at a clinical study, I can
23  look at the polymer testing.  Because once you take
24  the polymer out and you do the polymer testing, all
25  of that comes back to polymer science and

Page 239

1  understanding that.  It has nothing to do anymore
2  with the activity in the body.
3          So, as far as their interpretation of
4  what those polymer results mean, I feel like I'm
5  well qualified to address that.
6      Q.   Dr. Dunn, you cited in your reference
7  list the 17-year Nielson study.
8          Do you remember that?
9      A.   Vaguely.
10      Q.   Well, can you explain if the
11  polypropylene -- the Prolene polypropylene is
12  degrading and failing, as you describe, can you
13  explain why the -- can you explain the results of
14  the 17-year Nielsen study and why they're not
15  reflecting any of this degradation?
16      A.   Is that referenced in my report?
17      Q.   It's on your reliance list.
18      A.   Oh, there's a lot of things on my --
19  you talking about that thick document with Bates
20  numbers?
21      Q.   Oh, you didn't read those documents?
22      A.   I have at some point, but I told you,
23  this has been going on for two years.  That could
24  have been well over a year ago.
25          If you'll show me the point at which I

Page 240

1  address that in my report -- if I didn't address it
2  in my report, I don't recall it off the top of my
3  head.
4      Q.   But in your report you're addressing
5  that the -- that there's a problem -- that the
6  Prosima is defective because it's oxidatively
7  degrading.  And I want to know -- so, given that
8  opinion, how do you explain the good results
9  reported by Nielsen in his 17-year follow-up study?
10          MR. BOWMAN:  Object to form.  Beyond
11  the scope.
12  BY MR. DAVIS:
13      Q.   Can you explain it?
14          MR. BOWMAN:  Object to form.  Beyond
15  the scope of his report.
16  BY MR. DAVIS:
17      Q.   If you can't explain it, just say so
18  and I'll move on.
19      A.   I haven't looked at it in some time.
20  I'm not saying that I can't explain it.  It's not
21  in my report, and I haven't looked at that in some
22  time.
23      Q.   Okay.  Would you care to try to figure
24  out why a report like that is not reporting
25  problems with degradation?

Page 241

1      A.   That's a clinical study, if I'm not
2  mistaken.  And I believe that's been addressed by
3  Dr. Guelcher.
4          MR. DAVIS:  Let's take a break a
5  minute, please.
6          (Brief recess.)
7  BY MR. DAVIS:
8      Q.   Dr. Dunn, I don't know how else to do
9  this, but there are a number of general questions
10  that you've been asked in prior depositions that
11  I've read, but I guess I'm going to start running
12  through some of them.
13          And I'm assuming the answer is going to
14  be the same, but I don't know that.  Things could
15  have changed since your last deposition.
16      A.   Okay.
17      Q.   So I'm going to ask you some of them
18  and let's just get a feel for it, and then maybe
19  we'll find a way to cut some of them short --
20      A.   Okay.
21      Q.   -- but maybe not.
22      A.   Okay.
23      Q.   For instance, have you ever worked with
24  medical implant devices?
25      A.   Over this litigation over the past two

61 (Pages 238 to 241)

Russell F. Dunn, Ph.D., P.E.

Page 242

1  years -- I have worked for polymer companies, and
2  whether or not those polymers have ended up in
3  medical devices, I don't know.
4      Q.    Okay.  Have ever had any experience in
5  the design or manufacture of many -- of any medical
6  devices?
7      A.    Only insofar as developing polymers
8  that could end up in medical devices, that -- that
9  I can think of at this time.
10     Q.    Okay.  But -- so you've never actually
11 designed or -- or assisted in the design and
12 manufacture of the device -- a medical device
13 itself, have you?
14     A.    No.  Other polymer-based devices.
15     Q.    Let me -- so you have had experience in
16 the design and development of some polymer-based
17 devices of some sort, right?
18     A.    Many.  And also the failure analysis of
19 hundreds of polymer-based devices.
20     Q.    But were any of those devices medical
21 devices?
22     A.    Not that I recall at this time.
23     Q.    Okay.  Have you ever been hired as a
24 consultant by a medical device company?
25     A.    No.

Page 243

1      Q.    Have you ever been hired by a
2  manufacturer related to polypropylene generally?
3      A.    Not that I recall, but I'm not sure
4  about that.  I don't recall.
5      Q.    Have you ever taught a course, in whole
6  or in part, that dealt with the use of
7  polypropylene in medical devices or its behavior in
8  the body?
9      A.    I would certainly say in part.
10     Q.    I'm sorry?
11     A.    In part, yes.
12     Q.    What course have you taught that dealt
13 with the use of polypropylene in medical devices?
14     A.    Courses that I teach on product and
15 process design.
16     Q.    Okay.  Do they deal specifically with
17 medical devices, or is that just general design of
18 products?
19     A.    I have presented just the same type of
20 information that we presented at the conferences in
21 classes as case studies on failure of devices.
22     Q.    Okay.  But you've never taught a course
23 that involved the use of any of the -- the
24 standards for medical devices that we've talked
25 about today, have you?

Page 244

1      A.    Insofar as I teach FMEAs and require
2  students to do FMEAs and I would tell them, just
3  like I told you before, ISO 14971, in addition to
4  SAE standards -- there's a bunch of standards that
5  have FMEAs.  There's not one particular one I make
6  them use.
7      Q.    But --
8      A.    I could have them use 14971 as easily
9  as I could have them use the SAE standard.
10     Q.    Has ISO 14971 been one of your course
11 materials in a course you've taught?
12     A.    Insofar as I teach FMEAs and FMEAs are
13 covered by ISO 14971.  That's my answer.
14     Q.    I mean, you understand ISO 14971 is
15 a -- is an ISO -- it's available for sale -- for
16 sell -- it's available, right?
17     A.    Yes, it is.
18     Q.    So, I mean, your students are required
19 to go buy that ISO or --
20     A.    No.
21     Q.    How do they -- how do they use it?
22     A.    You're saying if I --
23     Q.    How do they obtain it?
24     A.    They do not obtain that ISO standard.
25     Q.    Okay.

Page 245

1      A.    I teach material that is consistent
2  with that ISO standard.  That's the best I'm going
3  to answer the question.
4      Q.    Okay.  So they don't actually use that
5  document itself, the ISO 14971, correct?
6      A.    Not specifically.
7      Q.    Okay.  Have you ever taught a course on
8  medical devices?
9      A.    Not specifically.
10     Q.    Have you ever conducted a study as to
11 how polypropylene behaves in the human body?
12     A.    I've -- I have evaluated explant mesh.
13 I think that has some bearing.
14     Q.    Okay.
15          MR. BOWMAN:  I'm sorry.  Could you
16 repeat that last question?  I didn't get that at
17 all.
18          MR. DAVIS:  I asked has he ever
19 conducted a study as to how polypropylene behaves
20 in the human body.
21          THE WITNESS:  I don't know if I'd say
22 it's how -- what were -- what were its properties
23 after it was removed from the human body I've
24 studied.
25

62 (Pages 242 to 245)

Russell F. Dunn, Ph.D., P.E.

Page 246

1    BY MR. DAVIS:
2       Q.    Okay.
3       A.    I don't know if that's the same thing
4    you're asking.
5       Q.    What types of -- what brands of
6    explants -- explanted material have you studied?
7             MR. BOWMAN:  I will caution you,
8    Doctor, that you are under a protective order in a
9    couple of cases, but this question I believe you
10   are able to answer.
11            THE WITNESS:  Okay.  If you say I'm
12   able to answer it, AMS.
13   BY MR. DAVIS:
14      Q.    Okay.  Any other brands?
15      A.    Not that I recall.
16      Q.    Okay.  And what was your -- what did
17   your study consist of?
18      A.    If I recall correctly, x-ray
19   photoelectron spectroscopy and scanning electron
20   microscopy.
21      Q.    And on how many explants did you
22   conduct the study?
23      A.    I would have to review that
24   information.
25      Q.    Well, was it, like, more than five?

Page 247

1       A.    No.
2       Q.    Okay.  Was it more than one?
3       A.    It was multiple polypropylene fibers --
4    explanted polypropylene fibers as received from a
5    pathologist.  So there was an evidence transfer
6    form.  So I believe I know how many patients, but
7    I'm not certain of that.  I'm not certain.
8       Q.    My next question, these various fibers,
9    did they all come from the same patient?
10      A.    I believe they could have.
11      Q.    Okay.  And the results of your
12   analysis, were they published?
13      A.    No.  I . . .
14      Q.    Okay.
15      A.    No.
16      Q.    Have you ever published an article
17   concerning polypropylene's behavior in the human
18   body?
19      A.    No.
20      Q.    Have you ever given a presentation
21   concerning polypropylene's behavior in the human
22   body?
23      A.    Yes.
24      Q.    What presentation did you give
25   concerning the behavior of polypropylene in the

Page 248

1    human body?
2       A.    The Atlanta presentation that I gave to
3    you was a joint presentation by myself and a
4    colleague.
5       Q.    Okay.  And what -- what did you have to
6    say in that presentation about the behavior of
7    polypropylene in the human body?
8       A.    I don't recall.
9       Q.    Okay.  Can you tell me just generally
10   what you know about the behavior of polypropylene
11   in the human body?
12      A.    I know that, if you have reactive
13   oxygen species present, that it will oxidize.  If
14   it oxidizes, it breaks the long chain links of the
15   polymers into shorter chain links.  You form
16   cracks.  It gets brittle and hard.
17      Q.    And you had -- you were careful to give
18   me two ifs in that answer; is that correct?
19      A.    I think there was one, "if you have
20   reactive oxygen species present."
21      Q.    Okay.  Well, it will speak for itself.
22      A.    Okay.  Was there more than one "if"?
23      Q.    I'm not going to argue about it.
24      A.    Okay.
25      Q.    Have you ever published an article

Page 249

1    concerning the use of polypropylene in medical
2    devices?
3       A.    No.
4       Q.    Have you ever published an article
5    concerning medical devices in general, or any of
6    them?
7       A.    Not specifically, no.
8       Q.    Okay.  Have you ever published an
9    article or given a presentation regarding quality
10   control systems relating to a medical device
11   manufacturing facility?
12      A.    Not relating to a medical device
13   manufacturer.
14      Q.    Have you ever published an article or
15   given a presentation regarding the postmarket
16   surveillance of medical devices?
17      A.    No.
18      Q.    Am I correct that your doctoral thesis
19   dealt with waste minimization or large-scale
20   process design?
21      A.    Yes.  That would probably be as good a
22   characterization as you can do.
23      Q.    Okay.
24      A.    Well, it also involved some polymer
25   effects, too, if I recall.

63 (Pages 246 to 249)

Russell F. Dunn, Ph.D., P.E.

Page 250

1    Q.    Did your doctoral thesis deal in any
2   way with medical devices?
3    A.    No.
4    Q.    Did it deal with polypropylene's --
5   with polypropylene's behavior in the human body?
6    A.    No.
7    Q.    This is similar to a question I asked
8   earlier:  Have you had any work experience with the
9   design or manufacture of a medical device?
10    A.    I have extensive experience in both
11   polymer manufacturing and polymer failure analysis,
12   which is easily extended to medical devices.
13    Q.    But have you had any experience in the
14   design and manufacture of the device itself, the
15   medical device itself?
16    A.    I consider the manufacture of polymers
17   and the failure analysis of polymer products
18   related --
19    Q.    Okay.
20    A.    -- for what a chemical engineer does.
21    Q.    Have you ever written any books or
22   chapters in books regarding medical device
23   manufacturing?
24    A.    No.
25    Q.    Do you have any work experience with

Page 251

1   polypropylene behavior in vivo?
2    A.    Only what I've done on mesh-related
3   cases.
4    Q.    Okay.  And only that which you've
5   already explained, or is there something new you
6   need to tell me about?
7    A.    With respect to Ethicon, yes.  We've
8   only talked about Ethicon.
9    Q.    Okay.  Well, what other work experience
10   do you have with polypropylene behavior in vivo?
11    A.    Other than what we've discussed today?
12   Other mesh-related cases.
13    Q.    Would you estimate you've been retained
14   in more than 100 legal cases?
15    A.    Yes, I would.
16    Q.    And would you agree that the pelvic
17   mesh litigation is your first time for being
18   retained in a case involving medical devices?
19    A.    Medical devices, but certainly not
20   polypropylene.
21    Q.    Okay.  It is the first time you've been
22   retained for cases dealing specifically with
23   medical devices, correct?
24    A.    I thought I answered it clearly,
25   that --

Page 252

1    Q.    I want to limit it not to
2   polypropylene, but just to medical devices
3   specifically.
4    A.    I'm -- I'll answer it that I have been
5   retained -- I've never been retained to look at
6   other medical devices that I can recall, but that
7   does not include evaluating polypropylene.
8    Q.    Fair enough.  Have you ever published
9   in a medical journal?
10    A.    No.
11    Q.    Have you ever been involved in
12   developing a failure modes and effects analysis for
13   a medical device?
14    A.    I don't know.
15         (Reporter interruption for
16   clarification.)
17         THE WITNESS:  I said I don't know.
18   BY MR. DAVIS:
19    Q.    Do you agree that you are not qualified
20   to offer opinions on how polypropylene reacts
21   inside the body?
22    A.    I think I've clearly answered this
23   numerous times today, that I know what happens when
24   polypropylene oxidizes as a polymer expert, and I
25   know what that oxidation does to the properties.

Page 253

1    Q.    Will you agree that in a deposition you
2   gave in the Boston Scientific litigation in
3   December of 2014, you did agree at that time
4   that -- that you're not an expert -- or you're not
5   qualified to offer opinions on how polypropylene
6   reacts inside the body?
7    A.    I could have said that as it relates to
8   the actual chemical reaction in the body, but I'm
9   being much more clear with you today, and tell you
10   that I understand what happens to the properties of
11   the polymer when it oxidizes and what effect that
12   will be.  To the polymer itself, not the effect on
13   the body.  I've been perfectly clear about that.
14    Q.    I want to go back for just a moment to
15   your slide presentation.  I don't recall the
16   exhibit number.
17         Can you -- when you find it --
18    A.    Yeah.  I see it.
19    Q.    What was the exhibit number?
20    A.    12.
21    Q.    Okay.  Looking at Exhibit 12 -- in
22   particular, I think it was the ninth slide.  It's
23   the one with the heading "TVT" on it.
24    A.    Uh-huh.
25    Q.    I have this follow-up question:  If the

64 (Pages 250 to 253)

Russell F. Dunn, Ph.D., P.E.

Page 254

1    FTIR unit that you used cannot pick up differences
2    between polypropylene and Prolene, how are you able --
3    on that particular spectra, how are you able on
4    that particular slide to be able to tell that the
5    antioxidants were depleted?
6        A.    Because you form carbonyls and you form
7    hydroxyl groups.
8              You're talking about after five weeks?
9        Q.    Yes.
10       A.    Because you form those chemical
11   species.
12       Q.    At -- at what bands are they shown?
13       A.    There are broad bands for the carbonyl
14   groups.  I would say between the 1,600 to 1,700
15   range and the -- the middle -- there's a very broad
16   peak that shows up for an -OH which is typical of
17   what you get, generally in the range of 3,200 to
18   3,600, and these are wave numbers and centimeters
19   to minus-1.
20       Q.    Okay.  Have you ever performed any test
21   on Prolene?
22       A.    What kind of test?
23       Q.    Any kind of test.
24             MR. BOWMAN:  Object to form.
25

Page 255

1    BY MR. DAVIS:
2        Q.    I want to make sure I've covered
3    everything.
4        A.    Yes.  As I -- I think we just
5    discussed, that I've done the in vitro oxidation
6    testing.
7        Q.    Okay.  You're talking about Exhibit 12?
8        A.    As an example, absolutely.
9        Q.    Okay.  Now, what I'm trying to get at
10   is -- go beyond Exhibit 12 -- have you done any
11   other testing of Prolene?
12       A.    I have.
13       Q.    Well, I'd like to know about it.  What
14   testing have you done?
15       A.    I have run the same oxidative
16   degradation test on Prolene sutures.
17       Q.    Okay.  When did you do that?
18       A.    Prior to doing -- it's -- a year and a
19   half or so ago.  Long time ago.
20       Q.    Okay.
21       A.    Prior to doing the in vitro testing of
22   mesh.
23       Q.    Okay.  And did you follow a different
24   protocol than what you followed for the Exhibit 12
25   study?

Page 256

1        A.    I did not.
2        Q.    You did not follow the same protocol?
3        A.    No, I did follow the same protocol.  I
4    did the same test.
5        Q.    Okay.
6        A.    It was sutures prior to mesh.
7        Q.    How did you choose the 20 -- do you
8    need a break?
9        A.    No.  My -- I can tell when my ears are
10   about to ring.  Let me -- sorry.  I can't control
11   that.
12       Q.    How did you go about deciding to use a
13   20 percent hydrogen peroxide percentage?
14       A.    That was -- that was directly from
15   Dr. Guelcher.
16       Q.    Okay.
17       A.    He -- he -- he determined that.
18   Because he had done oxidative degradation of
19   polymers in the -- in the past and was familiar
20   with that technique.
21       Q.    Let me -- that's my follow-up question.
22             Is there a -- is there a written
23   protocol that he was -- that's generally accepted
24   that he was going by, or did he just make up his
25   own protocol?

Page 257

1        A.    He provided -- he provided the
2    concentrations for the solutions.  The protocol
3    that was used for the -- for the mesh analysis was
4    the same protocol that was used for the sutures.
5        Q.    Is it fair to say you've made numerous
6    requests for explants of -- of pelvic mesh?
7        A.    I -- I have indicated that I could test
8    explant materials.  I don't know that I would say
9    I've made numerous requests.  I've made it clear
10   that I can test explant materials.
11       Q.    Well, I'll just read some of your prior
12   testimony here.  It says -- you were asked the
13   question, "Have you ever requested a TVTO explant
14   to conduct FTIR, GPC, or XPES testing?"
15             And your answer was, "I have made
16   numerous requests for explants of all different
17   mesh types."
18             Is that a true statement?
19       A.    Early in the litigation, I -- after
20   testing AMS explants, which I told you I did, I
21   have always maintained that I had the capabilities
22   of testing those explants.
23             But, at the same time, there are a lot
24   of other experts that I'm not familiar with, not
25   aware of, and I don't get to make the decisions on

65 (Pages 254 to 257)

Russell F. Dunn, Ph.D., P.E.

Page 258

1    where explants go.
2        Q.    Okay.  But you've at least asked on
3    numerous times for explants?
4        A.    I -- I have said I can test explants,
5    yes.
6        Q.    And have you tested any Prolene
7    explants?
8        A.    I have not received any Prolene
9    explants.
10       Q.    Okay.  Do you know of any testing done
11   on Prolene explants or Prolene mesh explants by
12   other experts in this litigation?
13       A.    I don't know that specifically I've
14   seen any of that.
15       Q.    Okay.
16       A.    I mean, I'm just looking at the Prolene
17   explant testing internally by Ethicon.
18       Q.    Okay.  Did you ask to be able to
19   examine the explant from Ms. Jasso?
20       A.    I don't know that I made that
21   specifically.  I have made a general request
22   statement.
23           So I don't come back and say it very
24   often.  The attorneys that I work with know that
25   that capability exists and I'm willing to do that,

Page 259

1    if -- if they determine that they want explants
2    tested.
3        Q.    Okay.  Do you know whether Ms. Jasso's
4    explant was preserved?
5        A.    I do not know.  I have no idea.
6        Q.    Do you have any expertise relating to
7    evaluating the clinical safety of Prolene?
8        A.    Only as I've discussed it in my report.
9        Q.    Okay.  But, I mean, but you're not a
10   doctor, right?  I mean, a medical doctor.
11       A.    I am.
12       Q.    I apologize.  And that's why I started
13   to correct myself.
14           You're not a medical doctor, are you?
15       A.    I'm not.  But insofar as you do an
16   assessment using an FMEA, I am an expert on that.
17       Q.    But you've never done an FMEA on a
18   medical device, right?
19       A.    That doesn't matter.
20       Q.    Okay.  But don't know what the
21   standard --
22       A.    I could easily do an FMEA and work on
23   an FMEA team for a medical device that's a
24   polymer-based medical device.  No problem
25   whatsoever.

Page 260

1        Q.    Okay.  Well, you haven't evaluated the
2    clinical safety of Prolene meshes, have you?
3        A.    I have not.
4        Q.    Okay.  Would you agree, you're not
5    qualified to discuss the clinical effects of
6    Prolene mesh in the body?
7        A.    I have not -- that's not part of what
8    I've covered in my report.
9        Q.    Okay.  Do you have any expertise in
10   determining whether there's any clinical risk from
11   degradation of Prolene mesh in the body?
12       A.    I have not covered that in my report.
13       Q.    Are you aware of any literature
14   suggesting that there is any clinical risk from
15   degradation of Prolene mesh in the body?
16           MR. BOWMAN:  This was asked and
17   answered, but. . .
18           THE WITNESS:  I am aware of literature
19   that talks about the degradation of polypropylene
20   in the body.
21   BY MR. DAVIS:
22       Q.    But that's not my question.  I'm
23   talking about clinical risk.
24           Are you aware of any literature that's
25   suggesting that there's any clinical risk?

Page 261

1        A.    I haven't evaluated that as part of my
2    report.
3        Q.    Okay.  By the way, your presentations
4    that we've talked about, the two presentations,
5    were they funded by some -- by a third party?
6        A.    They were funded by Polymer and
7    Chemical Technologies.
8        Q.    Okay.  Who is Polymer and Chemical
9    Technologies?
10       A.    That's my company.
11       Q.    Okay.
12       A.    They funded all of those studies.
13       Q.    Okay.  Plaintiff's counsel were not --
14   did not participate in that funding?
15       A.    They did not fund the suture or the in
16   vitro study.
17       Q.    Okay.  In the past, you were -- you
18   were asked about some work you were planning to do
19   in the future, and you were asked the question,
20   "And is it being funded by counsel?"
21           And you answered, "It is."
22           Have you done any studies or planned
23   any studies that were being funded by counsel?
24       A.    At one time we talked about looking at
25   some studies that would be funded by counsel.  But,

66 (Pages 258 to 261)

Russell F. Dunn, Ph.D., P.E.

Page 262

1    in retrospect, I decided to fund those myself --
2    Q.    Okay.
3    A.    -- through my company.
4    Q.    Okay.
5    A.    All mesh testing and suture testing at
6    this point has been funded by my company.
7    Q.    Have you ever worked on the development
8    of a material to be used in a mesh implant?
9    A.    I don't think so.  But I've worked on
10   many polymers at large polymer manufacturers, and I
11   don't always know where those products are used.
12   But I don't think in medical mesh, no.
13   Q.    One thing I wanted to get back to in
14   your report that I meant to cover earlier.  If you
15   could find Exhibit 2 again.
16   A.    Oh.  Okay.
17   Q.    On the second page, that first
18   paragraph under the heading "Summary of Opinions."
19         Do you --
20   A.    Yes, sir.
21   Q.    Do you see -- no.  The second-to-last
22   sentence of that opening paragraph says, "In this
23   report, I will examine the fundamental flaws
24   associated with this design, the properties of the
25   mesh that resulted from this flawed design, and,"

Page 263

1    quote, how pristine exemplar mesh products already
2    exhibit polymer degradation and other flaws,
3    unquote.
4         Do you see that sentence?
5    A.    I think we addressed that that's a
6    typo, that I don't discuss pristine exemplar mesh
7    products.
8    Q.    Well, I just wanted to make sure,
9    because I saw this same typo in your first report
10   on TVTO, and you acknowledged in that deposition
11   that that was a typo, and I just wanted to
12   understand, why did you leave that statement in
13   there?
14   A.    Probably because I didn't catch it --
15   Q.    Okay.
16   A.    -- when I was putting this report
17   together.
18   Q.    Okay.
19   A.    I have looked at pristine exemplar
20   mesh, but I'm not -- that's not part of this
21   report.
22   Q.    If you would turn to the fifth page of
23   your report, Exhibit 2.
24   A.    Yes, sir.
25   Q.    The last sentence on that page, you

Page 264

1    say, "Furthermore, polypropylene will exhibit
2    autoxidation in the presence of a reactive oxygen
3    species."
4         Did I read that correctly?
5    A.    Oh.  Yeah.  I'm on the -- yes.
6    Q.    Okay.  And can you tell me, what
7    specific oxygen species are you referring to?
8    A.    I'm referring to any -- any oxygen
9    species that's present and available to react with
10   polypropylene.  I'm not talking about any specific
11   reactive oxygen species.
12   Q.    Okay.  With respect to inside the human
13   body, you're not aware -- I mean, that's beyond
14   your expertise, to evaluate what -- what reactive
15   oxygen species are present; is that correct?
16   A.    That -- that is not my area of
17   expertise, and I am aware of reactive oxygen
18   species, as you were almost asking me, because I've
19   read Dr. Guelcher's report.
20   Q.    Looking at the next page of your
21   report, you have an -- you have put in there as
22   Figure 3 an excerpt from another publication; is
23   that correct?  That would be that "Definitive
24   User's Guide" that we talked about earlier?
25   A.    Yes, sir.  And you had those pages in

Page 265

1    the document you gave me.
2    Q.    That's fine.  If you look at -- in that
3    Figure 3, Section 1.3.4 on oxidation, that
4    paragraph, the last four lines of the paragraph, do
5    you see where it says, "Oxidative chain scission,
6    which reduces the molecular weight, occurs under
7    normal processing conditions if the resin is not
8    stabilized"?  Did I read that correctly?
9    A.    Yes.
10   Q.    You agree with that statement?
11   A.    Yes.
12   Q.    Okay.  You talk -- it -- it talks in
13   Figure 3 about the oxidation rate.
14        Do you see that?  In the middle column?
15   A.    Yes.
16   Q.    And it says, "The oxidation rate is
17   determined by the rate of the slow step in the
18   chain propagation reactions."
19        Do you see that?
20   A.    Yes.
21   Q.    What is the oxidation rate for Prolene
22   in the body?
23   A.    It depends on many factors, including
24   temperature and not only the presence -- the type
25   of reactive oxygen species but the concentration,

67 (Pages 262 to 265)

Russell F. Dunn, Ph.D., P.E.

Page 266

1    the amount of reactive oxygen species that you have
2    present. It can't be oversimplified in that
3    question.
4    Q.    Okay.
5    A.    That's why I told you before that it
6    varies.
7    Q.    Have you observed in any Prolene
8    sutures or mesh any yellowing resulting from
9    oxidative degradation?
10    A.    Not -- I've not tried to measure that.
11    It's not the best thing to -- to do with the naked
12    eye. There's actually tests when you're looking
13    for color changes, because sometimes it's subtle.
14    But I didn't attempt to look at color changes.
15    Q.    Okay. Do you see in the far right
16    column, the last paragraph on that same page of
17    Figure 3, it says, "The decrease in molecular
18    weight resulting from chain scission produces a
19    gradual loss in mechanical properties"? Did I read
20    that correctly?
21    A.    Yes.
22    Q.    What gradual loss occurs in the
23    mechanical properties of polypropylene as a result
24    of weight loss -- molecular weight loss?
25    A.    Well, you will have a decrease in

Page 267

1    several strength properties, even, like, tensile
2    strength.
3        So if -- it's not as simple -- when you
4    have a molecular weight loss, and once you're
5    bending a polymer that -- that used to be ductile,
6    that used to bend easily, but now it's brittle, you
7    will form these cracks. Typically, they're
8    transverse cracks. As you continue to bend it,
9    these cracks propagate and they widen. They open
10    more.
11        It depends on how large the cracks are
12    and how quickly they open up, but you will
13    eventually lose tensile strength.
14    Q.    Okay. So molecular weight loss brings
15    about brittle -- embrittlement, you said?
16    A.    It does.
17    Q.    Okay.
18    A.    And the stress and the bending brings
19    about cracking.
20    Q.    Okay. And so you need that
21    embrittlement and the bending to create the cracks,
22    is what you're saying?
23    A.    Not necessarily. You don't have to
24    have the bending. The bending will accelerate the
25    crack formation.

Page 268

1    Q.    Okay.
2        MR. BOWMAN: I need -- I need to jump
3    on a call. And I also got to call my airline
4    because I've got to change my flight. So can we
5    take a break here?
6        MR. DAVIS: Sure.
7        (Brief recess.)
8        (Whereupon Exhibit 27 was marked as an
9    exhibit.)
10    BY MR. DAVIS:
11    Q.    Let me hand you Exhibit 27. And, for
12    some reason, I don't have the other copy of. But
13    it relates to the dog study. And you can look at
14    it, too, if you want.
15        Before we get into this exhibit,
16    though, let me ask you a couple general questions.
17    A.    Uh-huh.
18    Q.    Does the -- what effect does the loss
19    of molecular weight have on elongation? I think
20    you said it makes it more brittle, correct?
21    A.    I believe what I told you is that
22    strength properties may not be affected any at all
23    if it's just a surface effect. It just depends on
24    how much embrittlement you've done, how deep within
25    the polymer you've embrittled.

Page 269

1    Q.    Okay.
2    A.    That's what I stated.
3    Q.    Okay. Well --
4    A.    Just like we talked about GPC results,
5    and I said I'm not surprised that you didn't see a
6    molecular weight distribution difference.
7    Q.    Okay. Now, you agree that oxidative
8    chain scission reduces molecular weight, right?
9    A.    I do.
10    Q.    Okay. And so -- and what is oxidative
11    chain scission? What is that?
12    A.    It's when you take longer chain links
13    of polypropylene and you're breaking it into
14    smaller chains. That's oxidation.
15    Q.    That's oxidation?
16    A.    Yes.
17    Q.    The ox- --
18    A.    The oxygen attacks and breaks it into
19    smaller chains.
20    Q.    So the oxidation reduces molecular
21    weight, right?
22    A.    It reduces molecular weight on the
23    surface, where it's oxidized.
24    Q.    And so -- but you have no way of
25    telling whether or not the surface has lower

68 (Pages 266 to 269)

Russell F. Dunn, Ph.D., P.E.

Page 270

1  molecular weight than the rest of the suture, do
2  you?
3      A.     There's no way for you to scrape off
4  just the surface -- I don't think you can scrape
5  off enough for molecular weight testing.  You need
6  a certain amount of sample to do that.
7      Q.     Okay.
8      A.     In theory, if you could scrape off the
9  outer layer without getting into the inner portion,
10 you could do something like that.
11     Q.     Okay.
12     A.     In the absence of that, you're left
13 with microscopy to look for cracking, and you're
14 left with FTIR to look for oxidation.
15     Q.     Okay.  So, in general, then, when you
16 have molecular weight loss, you would expect to --
17 for your elongation properties to decease, right?
18     A.     I just answered that question.
19     Q.     Is the answer "yes" or "no" though?  I
20 got a long answer --
21     A.     No.  I said that it's a surface effect,
22 and that I don't expect properties to change just
23 like molecular weight distribution.
24        So if you're saying can I look at
25 mechanical strength properties and am I surprised

Page 271

1  in the dog study that they haven't changed, I'm not
2  surprised.  That doesn't mean that it didn't
3  oxidize.
4      Q.     Dr. Dunn, you're getting ahead of me.
5  I haven't -- I'm going to ask you questions about
6  the dog study, but if you'll just bear with me --
7      A.     Okay.
8      Q.     -- so we can get it in question-and-
9  answer form.
10        What is Young's modulus?
11     A.     It's another form of strength testing.
12     Q.     Okay.  And I've handed you
13 Exhibit 2- -- what exhibit number is on there?
14     A.     27.
15     Q.     -- 27.
16        You're familiar with that document,
17 aren't you?
18     A.     I am.
19     Q.     And it's -- it relates to the
20 seven-year dog study; is that correct?
21     A.     Yes.
22     Q.     And does it -- explain what the table
23 on the second page, just in general, what your
24 understanding is of what it's attempting to
25 analyze.

Page 272

1      A.     It's very specifically attempting to
2  analyze strength properties of different sutures
3  that were removed from the various dogs in this
4  test.
5      Q.     Okay.  And then look at the third page
6  for a second.
7        Do you see where it's showing results
8  of an analysis at Year 0 and Year 1, Year 2, and
9  Year 7?
10     A.     I do.
11     Q.     And is it fair to say that -- that over
12 time, from Year 0 to Year 7, the Young's modulus
13 decreased, correct?
14     A.     Yes.
15     Q.     And if there was significant oxidation
16 going on, you would expect it to -- that modulus to
17 increase, wouldn't you?
18     A.     For the last time, I told you it's a
19 surface effect, and it doesn't necessarily affect
20 the mechanical strength properties unless you've
21 oxidized enough of it to affect the bulk
22 properties.
23     Q.     Well --
24     A.     You keep asking the same question.
25     Q.     No, Dr. Dunn.  That was the first time

Page 273

1  I've asked that question.  You're giving answers
2  that -- to questions I haven't asked.
3      A.     Okay.
4      Q.     I'm going ask my questions --
5      A.     Okay.
6      Q.     -- with due respect, and, you know,
7  you've got to answer them as I ask them.
8      A.     Okay.
9      Q.     The elongation shown in the seven-year
10 dog study, it shows that the elongation properties
11 of the Prolene mesh actually improved over seven
12 years, does it not?
13     A.     It increased.
14     Q.     And that's inconsistent with the idea
15 that there's some significant oxidation going on,
16 right?
17     A.     I've seen this data before.  I -- to be
18 quite frank with you, I don't believe the test
19 results for Year 7.
20     Q.     Okay.  That's your best explanation?
21     A.     Well, I'm looking at the fact that
22 Ethilon, Novafil, Prolene, and PVDF all increase
23 significantly in Year 7.  So it's not just one
24 particular material type.
25        Which suggests, if somebody looks at

69 (Pages 270 to 273)

Russell F. Dunn, Ph.D., P.E.

Page 274

1  this, they would have to ask what happened with the
2  elongation testing?  Would I really expect four
3  different materials to increase in elongation
4  roughly the same amount?
5          That's my interpretation of that data.
6  And I will stick with that.
7      Q.    Okay.  So you would consider a 26
8  percent increase in elongation as equivalent to a
9  111 percent increase in elongation?
10     A.    I see some pretty significant
11 elongation changes for -- for all of them, some
12 less than others.  But, in general, the
13 elongation -- if I look at Time Period 0, 1, 2,
14 they're fairly close.
15     Q.    Have you ever done an elongation study
16 with respect to a Prolene explanted from --
17 explanted from the -- well, let me start over.
18         Have you ever performed any kind of
19 elongation studies with respect to oxidized Prolene
20 explanted from the human body?
21     A.    I've not tried to do that, no.
22     Q.    Okay.  Now -- and I understand you
23 suspect -- or you find these numbers suspect, but
24 my question is, will you at least agree that the
25 numbers for elongation for Prolene are inconsistent

Page 275

1  with the idea that there has been significant
2  oxidative degradation in the dog study with respect
3  to Prolene?
4      A.    I can't -- I can't make that
5  determination.
6      Q.    Well, will you agree that, in general,
7  the -- the general principle is that if a --
8  Prolene has undergone significant oxidative
9  degradation, it's going to have a loss of its
10 elongation properties, right?
11         MR. BOWMAN:  Objection to form.  This
12 is asked and answered.
13         THE WITNESS:  I believe I have provided
14 to you my interpretation of this data.
15 BY MR. DAVIS:
16     Q.    Just answer that question and I'll move
17 on.
18     A.    It's not a simple question.  I know you
19 want it -- you want it to be a simple question,
20 but, in the absence of other things that occur --
21 there are many other factors that could take place.
22         Again, looking at the inconsistency and
23 the fact that all four materials increased in
24 elongation significantly, it doesn't -- the data
25 doesn't look right.  It doesn't.

Page 276

1      Q.    Okay.  I'll ask a -- we'll move to a
2  different subject.  I thought I had asked this, but
3  my counsel -- co-counsel tells me I haven't.  So
4  I'm going to make sure.
5      A.    Okay.
6      Q.    Have you ever used an FTIR machine or
7  unit that picked up differences on the spectra
8  between Prolene and polypropylene?
9          MR. BOWMAN:  Object to form.
10         THE WITNESS:  That's not the technique
11 that I would use to look at the difference between
12 those.  I would use GC mass spec.
13 BY MR. DAVIS:
14     Q.    Okay.
15     A.    Now, I --
16         MR. BOWMAN:  Just try to answer the
17 question.
18         THE WITNESS:  Okay.  I am -- I have
19 used many FTIR machines over my career.  And I
20 don't know that, other than with the FTIR that I'm
21 currently using, I've tried on any other machine to
22 look at Prolene versus unstabilized polypropylene.
23 BY MR. DAVIS:
24     Q.    Well, if the FTIR unit that you use
25 cannot pick up differences between polypropylene

Page 277

1  and Prolene on the spectra we looked at in
2  Exhibit 12, how are you able to use that spectra to
3  tell that the antioxidants were depleted?
4      A.    By looking at the appearance of
5  oxidation peaks.
6      Q.    Okay.  Can you show me in Exhibit 12
7  the appearance of oxidation peaks?
8      A.    I have.  They are the ones that are in
9  the marked areas.  We've talked about this, and I
10 gave you the peak ranges.
11     Q.    Okay.  And how would those --
12     A.    Do you recall?
13     Q.    Okay.  You're referring now to your --
14 your report?
15     A.    No.  You told me to go to the
16 presentation.  Right?
17     Q.    Okay.  Yeah.  Okay.  So you've got it
18 highlighted?
19     A.    Yes.  We talked about that.  We talked
20 about the range and where the oxidation peaks
21 exist.
22     Q.    It's the area that's highlighted in
23 blue and red?
24     A.    Correct.
25     Q.    Okay.  And if -- if that material were

70 (Pages 274 to 277)

Russell F. Dunn, Ph.D., P.E.

Page 278

1    just pure polypropylene, you know, would those
2    be -- same peaks be present, or would it be
3    different?
4        A.    Those same peaks would be present,
5    perhaps at a different time period, not as long.
6    And I ran pure polypropylene also, in addition to
7    Prolene.
8        Q.    Okay.  Which one -- have you got that
9    slide in there?
10       A.    Pure polypropylene?
11       Q.    Yes.
12       A.    Not that I see.
13       Q.    Okay.
14       A.    No.  Not that I see in that
15   presentation.
16       Q.    But you did preserve that?
17       A.    Oh, yes.
18       Q.    Okay.  Can you make that available to
19   us?
20           MR. BOWMAN:  I actually don't know --
21   Tim's on the line -- what's going on with this, but
22   it has been produced to -- in the MDL -- I don't
23   know -- two or three times.  I mean, I don't --
24   honestly, I don't know what's going on with the
25   state court litigation, but I do know it has been

Page 279

1    produced.
2           MR. DAVIS:  Okay.  Well, I got the
3    report, but I didn't get those documents.
4           THE WITNESS:  And it's not part of my
5    report for this case.  I'm. . .
6    BY MR. DAVIS:
7        Q.    Okay.
8        A.    Okay.
9        Q.    And what -- we haven't used this term
10   yet.  What is loss of ductility?
11       A.    An easy way for you to understand that
12   is loss of flexibility.
13       Q.    Okay.
14       A.    Like bending.  Easily bent.
15       Q.    Are you aware of any study with respect
16   to Prolene showing that oxidative degradation has
17   caused a loss of ductility?
18       A.    When I see embrittlement and cracking
19   on the internal studies, and I see photographs and
20   I see FTIR showing oxidative products, and you see
21   the cracking, you know that there's a loss of
22   flexibility.
23           In fact, that's why they crack when you
24   bend them -- I've told you before, that forms the
25   transverse cracks because it's brittle.  It's no

Page 280

1    longer flexible.
2        Q.    Can you also get cracks in -- in the
3    proteinaceous layer that surrounds the Prolene in
4    the body?
5           MR. BOWMAN:  Object to form.
6           THE WITNESS:  I -- I don't know.
7    BY MR. DAVIS:
8        Q.    Okay.  So, if you don't know that, you
9    don't know for sure whether the cracks are the
10   Prolene or the proteinaceous layer, do you?
11       A.    Yes, I do.
12       Q.    Okay.
13       A.    I'm looking at their own internal
14   studies, and I'm looking at the fact that they --
15   okay.  They're using several different factors.
16           They're using the melting point.  The
17   melting point's consistent with oxidized products
18   of polypropylene.
19           They're looking at the IR.  The IR is
20   consistent with oxidized polypropylene.
21       Q.    Okay.
22       A.    And that's what they state.
23       Q.    You state on that same page of your
24   report we were on -- that was page 6, that has the
25   Figure 3 on it -- the last paragraph on that page,

Page 281

1    you say, "The key features of oxidative degradation
2    in terms of ultimate elongation, the amount of
3    molecular weight loss that is critical for
4    embrittlement, and in terms of increased carbonyl
5    and carboxyl groups, are summarized in Figure 3."
6           Do you see that?
7        A.    Yes.
8        Q.    Okay.  So you'll agree that a key
9    feature of oxidative degradation is the amount of
10   molecular weight loss, right?
11          MR. BOWMAN:  Object to form.  Asked and
12   answered.
13   BY MR. DAVIS:
14       Q.    I haven't asked you yet about key
15   features.
16          I want to know, is that a key feature?
17       A.    You can have weight loss if, after
18   cracking, material flakes off.  That's how you have
19   weight loss.
20       Q.    You use this sentence here.  I'm just
21   reading your sentence.
22          Is the amount of molecular weight loss
23   a key feature?
24       A.    Oh, I'm sorry.  I'm sorry.
25          The molecular weight loss here is

Russell F. Dunn, Ph.D., P.E.

Page 282

1   referring to the molecular weight distribution.
2   Okay?  The molecular weight distribution does go
3   down, but I told you, again, it's that surface
4   layer that you can't test very easily for molecular
5   weight.
6       Q.     So you didn't really mean to say
7   "molecular weight loss" here; you meant to say
8   "molecular weight distribution"?
9       A.     No.  It's appropriate to say the amount
10  of molecular weight loss.
11      Q.     Okay.  That's a key feature for
12  oxidation, right?
13      A.     It is.
14      Q.     Okay.
15      A.     Yes.
16      Q.     Okay.  That's all I asked.
17      A.     When you break the chain, you reduce
18  the molecular weight.
19      Q.     Okay.
20      A.     Absolutely.
21      Q.     And another key feature of oxidative
22  degradation is looking at the ultimate elongation
23  properties, right?
24      A.     Yes.  If enough of it's oxidized,
25  that's true.

Page 283

1       Q.     And another key feature of oxidative
2   degradation is embrittlement?
3       A.     Yes.
4       Q.     Okay.
5       A.     That you see in the form of cracks.
6       Q.     Now, on the next page of your report,
7   you reference a study by -- is it pronounced
8   Fayolle?
9       A.     Yes.
10      Q.     And, the last sentence on that page,
11  you say, "Fayolle has studied and reported this
12  same effect on polypropylene in subcutaneous
13  implants."
14          Did I read that correctly?
15      A.     Yes.
16      Q.     Your testimony is that the Fayolle
17  study involved an examination of subcutaneous
18  implants?  Is that right?
19      A.     I'm using Figure 2 -- I don't recall
20  without looking at Fayolle's document.  I've
21  included Figure 2, where he says, "The time scale
22  for in vivo degradation of subcutaneous implants is
23  also listed as a second x-axis."
24      Q.     I'm going to get to that.
25          I'm just saying, is it your testimony

Page 284

1   that the Fayolle study was on -- and that he
2   reported the same effect on polypropylene in
3   subcutaneous implants?
4       A.     I -- seems to be what Figure 2 is
5   discussing.
6       Q.     In fact, I was going to bring that up.
7          On the next page, you've got Figure --
8   well, no, you've got Figure 5.
9       A.     Well, it's Figure 2 from Fayolle's
10  paper.
11      Q.     Okay.  I thought --
12      A.     I kept his Figure 2 --
13      Q.     Okay.
14      A.     -- heading.
15      Q.     I understand.  It's called Figure 2 and
16  Figure 5, right?
17      A.     It's Figure 5 in my report; it's
18  Figure 2 from his paper.  And I wanted to give
19  him -- you know, this is from his paper.
20      Q.     Okay.
21      A.     I believe.
22      Q.     Well, that's my next question.  Let me
23  hand you his paper.
24          (Whereupon Exhibit 28 was marked as an
25  exhibit.)

Page 285

1          MR. BOWMAN:  Let's see, now -- okay.
2   BY MR. DAVIS:
3       Q.     I've handed you Exhibit 28.
4       A.     Okay.
5       Q.     Is that the paper that you cited?
6       A.     It is.
7       Q.     And does -- does Fayolle have the same
8   subtitle under Figure 2 that you have in -- in your
9   report?
10      A.     He does not.
11      Q.     So -- so, in fact, that subtitle in
12  Figure 2 of your report is not Fayolle's statement,
13  is it?
14      A.     The best I can tell, it's not.
15      Q.     And, in fact, your -- your Figure --
16  your Figure 2 is not his Figure 2; it's only part
17  of his Figure 2.
18          Is that correct?
19      A.     That is correct.  It also includes
20  Figure 5.
21      Q.     So why have you combined his Figure 2
22  and Figure 5?
23      A.     The complicated answer -- well, the
24  answer is that this was -- the best I can recall --
25  and this was two years ago, when Dr. Guelcher and I

72 (Pages 282 to 285)

Russell F. Dunn, Ph.D., P.E.

Page 286

1     first used this figure, we wrote a report together.
2     We in fact wrote it with a third individual, too.
3     So I didn't put the two figures together
4     originally.
5          Q.    Well, you will certainly agree that
6     your Figure 5, to the extent it attributes a
7     subheading -- a subtitle to Dr. -- to Fayolle for
8     Figure 2 is -- you know, that's just not true, is
9     it?
10         A.    It -- it does not seem to be consistent
11    with Fayolle's document that I can see.  And I'd
12    have to go back and look at where that came from.
13    That did not originally come from me.
14         Q.    And is it -- will you now agree that
15    Fayolle's paper that you cite here for studies on
16    subcutaneous implants in fact did not study
17    subcutaneous implants?
18         A.    That appears to be correct.
19         Q.    So would it be fair to say we need to
20    just delete all your discussion of Fayolle from
21    your report?  I mean, it's just not accurate, is
22    it?
23         MR. BOWMAN:  I can actually stipulate
24    to something if you like.  I mean, to clear this
25    up.

Page 287

1          MR. DAVIS:  I would like to know the
2     witness's statement first.
3          MR. BOWMAN:  Yeah.
4          THE WITNESS:  I don't feel like
5     Fayolle's graph says anything more than what
6     Figure 4 is already saying.  I -- it's -- it's --
7     doesn't matter to me.  It's the same -- it's the
8     same curve.  It's the same consequence.
9     BY MR. DAVIS:
10         Q.    Well, let's look at -- at your Figure 5
11    for a second.  The -- the bottom half of your
12    Figure 5.
13         A.    Right.
14         Q.    Is it fair to say that by the time you
15    start having -- well, no.
16         Let me ask you this:  At what point are
17    you seeing the occurrence of chain scission?  At
18    what hours?  Tell me what hours.
19         A.    Oh.  You're seeing chain scission from
20    the very beginning -- no.  No, no, no, no.  Okay.
21         You are having some small amount of
22    chain scission, but primarily it depends on if you
23    have stabilizers in the polypropylene.  This is
24    unmodified.  Okay.
25         So you're getting chain scission

Page 288

1     immediately.
2          Q.    Okay.  Well, if you've got --
3          A.    Well, let me check and make sure it's
4     unstabilized polypropylene.
5          Okay.  I -- I can't tell readily.
6     Okay.
7          Q.    Okay.
8          A.    I believe it's unstabilized
9     polypropylene.
10         Q.    Well, if you've got -- if you've got
11    stabilized polypropylene, such as Prolene, if we're
12    looking at the bottom half of Figure 5 --
13         A.    Yes.
14         Q.    -- at what part of that figure would
15    indicate that your oxidation is starting to occur?
16         MR. BOWMAN:  I thought we already
17    agreed that Figure 5 is out?
18         MR. DAVIS:  Well, I'm just -- I'm using
19    Figure 5 -- well, tell you what let's do.  Let's go
20    back to Figure 4.
21         THE WITNESS:  Sure.
22    BY MR. DAVIS:
23         Q.    If that's easier for you.
24         A.    Yeah.
25         Q.    If you've got a -- such as -- a

Page 289

1     stabilized polypropylene, such as Prolene --
2          A.    Yes.
3          Q.    -- looking at Figure 4, at what point
4     is the oxidation occurring?
5          A.    After all of the stabilizer is
6     consumed.
7          Q.    And that's where the -- the arrow --
8     the -- the horizontal line turns and goes almost
9     vertical?
10         A.    It -- it will be before that time
11    period, but very close to it.
12         Q.    Okay.  And then I want -- I do want to
13    go back to the bottom half of Figure 5 for a
14    second.
15         A.    Yes.
16         Q.    And you see that same effect at about
17    250 hours in the bottom half of Figure 5, right?
18         A.    Yes.  Yes, that's what it is on the
19    graph, yes.
20         Q.    So, if that -- and it's showing that
21    there's been a -- what? -- a significant loss of
22    molecular weight by the time the -- the oxidation
23    is underway, correct?
24         A.    Yes.
25         Q.    Okay.

73 (Pages 286 to 289)

Russell F. Dunn, Ph.D., P.E.

Page 290

1    A.    But that time is not comparable --
2  that's -- that's not the same time as -- as
3  Prolene.  There are different circumstances.
4    Q.    Okay.  What is the optimal proportions
5  of the stabilizer DLTDP and Santonox R for
6  polypropylene?
7    A.    You would have to make different
8  formulations to evaluate that --
9    Q.    Okay.
10    A.    -- at best.
11        You can look at Figure 6, and you can
12  see that, in general, what literature has suggested
13  is .4 weight percent of 1 and .1 weight percent of
14  the other.  But these are not exactly -- one is the
15  same exact material; the other one is a related
16  material, the second antioxidant.
17        So what we typically do in the polymer
18  industry is we make up samples with different
19  formulations of antioxidants and test it.
20    Q.    Okay.  But, as you sit here, do you
21  know what the optimal percentage of antioxidants is
22  for -- if you're using DLTDP and Santonox R in
23  polypropylene?
24    A.    I told you, you have to test it.
25    Q.    So is the answer, then, you don't know?

Page 291

1  If you would just say "no" --
2    A.    I would say I've got a starting point
3  already by looking at Figure 6.
4    Q.    But that's not -- one of those
5  chemicals is not Santonox R, correct?
6    A.    No.
7    Q.    It's a different chemical?
8    A.    It's a different phenol.  It's a
9  related chemical --
10    Q.    But if you want to know --
11    A.    -- from a chemistry perspective.
12    Q.    -- if you want to know the correct
13  proportions of Santonox R and DVLTP for
14  polypropylene --
15    A.    The optimal --
16    Q.    Optimal.  Yeah.
17    A.    Yeah.  The optimal.
18    Q.    -- what do you need to do to know it?
19    A.    Okay.  I'll try one more time.
20        I would start with these
21  concentrations.  I would add that in the polymer.
22  And I would make up polymers with less
23  concentration and more concentration on this curve,
24  and I would test their time to embrittlement.
25    Q.    Okay.  So, as you sit here, since --

Page 292

1  you haven't run that kind of test, have you?
2    A.    I -- it's impossible for me to run that
3  test.
4    Q.    Okay.
5    A.    I don't have the base polypropylene
6  resin, and that's what a manufacturer should do.
7    Q.    Okay.  So -- but you've expressed the
8  opinion here that Ethicon has, in fact, used the
9  incorrect or not optimal proportions, haven't you?
10    A.    According to this -- according to this
11  graph, that is correct.  And I've not seen any kind
12  of test on different concentrations.
13        In fact, if I recall correctly, one of
14  their internal studies, they said they needed to
15  check different concentrations of antioxidants to
16  see their ultimate effect on oxidation, and I've
17  never seen any of that testing done.
18        But it was a recommendation that came
19  out of the internal studies.
20        MR. DAVIS:  Let's take a break a
21  second.
22        (Brief recess.)
23  BY MR. DAVIS:
24    Q.    Okay.  If we could turn to Section 1.3
25  of your report.

Page 293

1    A.    Yes, sir.
2    Q.    Well, wait.  I just thought of
3  something I want to make sure I covered.  Okay.
4        That's what we've been talking about,
5  but I now want to look at Figure 6 in particular,
6  just to follow up.
7    A.    Yes.
8    Q.    So, Figure 6, you do agree -- we've
9  already talked about it -- that it's showing what
10  one person has reported as his or her view of the
11  optimal proportions of DLTP and MCPC mixed with
12  polypropylene as a stabilizer, correct?
13    A.    Yes.
14    Q.    But if -- I think -- I think I heard
15  you saying, though, if you really wanted to know
16  what the optimal ratios for -- for developing
17  Prolene using the DLTP and Santonox R, you would
18  need to run some -- some tests using different
19  proportions; is that correct?
20    A.    The manufacturer would, yes.
21    Q.    Okay.  So, as you sit here, you really
22  don't know whether -- whether Ethicon is using the
23  correct proportion or not or the optimal
24  proportion, put it that way?
25    A.    It's not particularly important to me.

74 (Pages 290 to 293)

Russell F. Dunn, Ph.D., P.E.

Page 294

1    Q.    Okay.  Before I forget, let me hand you
2  another --
3        (Whereupon Exhibit 29 was marked as an
4  exhibit.)
5  BY MR. DAVIS:
6    Q.    I'm trying to get up to 30.  That's a
7  joke.
8        I've handed you Exhibit 29.  Did you --
9  I think you referenced the Wood article.  Am I
10  correct, or do you recall?
11    A.    I don't think it's in my reliance on --
12  my footnotes on this --
13    Q.    No, I don't think I saw it in your
14  footnotes.
15    A.    I've seen the article.  It's been some
16  time since I looked at it.  But go ahead.
17    Q.    Okay.  Do you recall that the Wood
18  article states that oxidation occurs with a
19  carbonyl peak at 1,740?
20    A.    I -- I don't recall that, but I
21  don't --
22    Q.    If you look at the fifth page -- I
23  think they actually show --
24    A.    I see that they say that.  Sure.
25    Q.    Okay.  And do you agree that that is a

Page 295

1  strong carbonyl peak at 1,740 in the -- in the Wood
2  analysis?
3    A.    I agree that it is a very skinny,
4  well-defined peak.
5    Q.    I mean, but it's easily identified; is
6  that correct?  When you look at the Wood --
7    A.    No.  It just simply means that it's --
8  it's -- whatever the degradation product is, it's
9  one type of product that has a carbonyl in it.
10  Like, if it's an aldehyde, it's only one kind of
11  aldehyde that's forming in this particular case.
12  That's all it's telling you.
13    Q.    Okay.  So you don't think that's an
14  easily identified carbonyl peak at 1,740 in the --
15  in the Wood study?
16    A.    I think I can identify carbonyl peaks
17  in -- in any FTIR.
18        Just because it's a very well-defined
19  peak and skinny like that -- you see that sometimes
20  with degradation.  It depends on the environment
21  that it's been in.
22    Q.    Do you see an oxidation carbonyl peak
23  in your spectra at 1,740 on Exhibit 12 for TVT?
24    A.    Carbonyl peaks appear at multiple
25  locations.

Page 296

1    Q.    I understand that.  But I'm just asking
2  you, do you see one at 1,740?
3        MR. BOWMAN:  I'm going to come back to
4  this because we've done this so many times today.
5  This is not part of his reliance.  This is an
6  unpublished, unpeer-reviewed study that he is not
7  relating to or relying on for his report in any
8  way.
9        MR. DAVIS:  Okay.
10        MR. BOWMAN:  And this is, like, you
11  know, the second hour we've spent on this.
12        And I understand you've got a limited
13  time but, you know, I'm already looking at a
14  midnight flight right now.  I mean, I just -- this
15  is just such a waste of time.
16        Dr. Dunn, if you can answer the
17  question, answer the question.
18        THE WITNESS:  I'm happy with the area
19  that's been highlighted on the slide where carbonyl
20  peaks exist.  I have stated numerous times that
21  there are multiple carbonyl peaks, and it's -- it's
22  not surprising to have broad carbonyl peaks.
23        And, in fact, that is consistent with
24  what Ethicon even saw in their own internal
25  studies, and -- carbonyl peaks at multiple wave

Page 297

1  number locations.
2  BY MR. DAVIS:
3    Q.    If you would, turn to -- I'm going to
4  count from the back of your report.  The fifth-to-
5  last page of your report.
6    A.    Yes.
7    Q.    Under Section 2.2.3, that opening
8  paragraph, in the last sentence, you discuss
9  evaluation of the, quote, harm, unquote.
10        Do you see that?
11    A.    Yes.
12    Q.    I just want to know, can you identify
13  the harm you're referring to there?
14    A.    "Harm" is a column on the FMEA where
15  the company writes what the harm will be.
16    Q.    And I just want to know, in particular
17  with respect to oxidative degradation of Prolene,
18  what is the harm that you're referring to here?
19    A.    That's what I want the company to
20  evaluate and to place on their safety-related
21  document.
22    Q.    What -- can you identify a harm?
23    A.    That's not my -- my -- it's their job
24  as a manufacturer to do this safety analysis
25  correctly and to list the harm.  And, if they don't

Golkow Technologies, Inc. - 1.877.370.DEPS

Russell F. Dunn, Ph.D., P.E.

Page 298

1  include oxidation, they can't list the harm
2  associated with it.
3      Q.    Well --
4      A.    It's -- it's embrittled.
5      Q.    And, again, I'm just asking you, and
6  just answer "yes" or "no," do you know of any
7  specific harm related to oxidative degradation of
8  Prolene?
9      A.    That's not part of my report.
10     Q.    Okay.  So the answer is no, you do not
11 know of any?
12     A.    No.  My answer was that's not part of
13 my report.
14     Q.    Well, I didn't ask you if it was part
15 of your report.
16          Though do you know of any harm?
17          MR. BOWMAN:  This is -- object to form.
18 This is asked and answered, I mean, several times
19 today.
20          Go ahead.
21          THE WITNESS:  I know that it gets hard
22 and brittle.
23 BY MR. DAVIS:
24     Q.    But I'm asking about harm, though.
25     A.    The effect that that hard and brittle

Page 299

1  component would have on the body would need to be
2  evaluated by a person more familiar with that
3  anatomical location of the body and how it would
4  work.
5      Q.    Have you ever seen a hard, embrittled
6  explant of Prolene promptly at the time it's been
7  explanted?
8      A.    I've only received -- oh, no, I haven't
9  received any explanted Prolene.
10     Q.    Well, have you seen any writings that
11 discuss that a Prolene mesh or suture was hard and
12 brittle at the time of explantation?
13     A.    I -- I thought that that's what their
14 internal studies are about when they see all the
15 cracking on the -- on the fibers.
16     Q.    Okay.  You're -- you're -- and I don't
17 want to go back over those studies again.
18          You're referring to the same studies
19 we've already talked about, the dog study --
20     A.    Where they say oxidation has occurred
21 and they see oxidation products.
22     Q.    Okay.  Your testimony is that -- that
23 you read those studies that we referred to,
24 internal studies, as concluding that the sutures
25 were hard and brittle?

Page 300

1      A.    That they have oxidized -- they've
2  clearly oxidized; the individuals know they've
3  oxidized; and the individuals understand the impact
4  of oxidation.
5      Q.    Well, that's not my question, though.
6  A minute ago you talked about the sutures being
7  hard and brittle.
8      A.    Yes.
9      Q.    And so are you -- do you have any other
10 basis for believing you've seen evidence of Prolene
11 becoming hard and brittle other than the dog study
12 and that vascular study that we've already talked
13 about and put in as exhibits?
14     A.    I have cited numerous sources that talk
15 about the effect once you embrittle --
16     Q.    See, that's not what I'm asking,
17 though.
18     A.    Once you have oxidation, that the
19 effect is that you have embrittlement.
20     Q.    And that's not my question.  Has
21 nothing to do with my question.
22          My question was, have you seen actual
23 evidence that it has, in fact, occurred?
24     A.    In my opinion, yes.
25     Q.    Anything other than the dog study

Page 301

1  materials that we've talked about and the vascular
2  study materials that we've already talked about
3  that are internal Ethicon documents?  Anything
4  else?
5      A.    Only those cited in my -- in my
6  footnotes.
7      Q.    Okay.  What field of expertise do you
8  consider yourself as being offered for testimony in
9  this case?
10     A.    Polymer-based product design, risk
11 analysis using risk analysis techniques such as
12 FMEA.  Polymer failure analysis and looking at
13 polymer properties that have been analyzed, and any
14 kind of polymer testing, and evaluating what that
15 means.
16     Q.    Have you ever -- any other fields of
17 expertise, or is that all?
18     A.    That's all I'll say at this time.
19     Q.    Okay.  Have you ever turned down a
20 pharmaceutical or medical device case for a
21 plaintiff?
22     A.    I turn down a lot of cases.
23     Q.    For a medical device?
24     A.    The only -- I have been contacted about
25 medical device cases.  Not any one specifically

76 (Pages 298 to 301)

Russell F. Dunn, Ph.D., P.E.

Page 302

1    that -- that I would bring up.
2        Q.    Well, are there any that you turned --
3    any requests for your services in a medical device
4    case for a plaintiff that you've refused to serve?
5        A.    Yeah, I pass them on to other experts.
6    If I felt like it wasn't something that I could
7    address, I sent them to other experts or I passed
8    on the case, yes.
9        Q.    Okay.  Well, let me rephrase the
10   question then.
11           Have there been occasions where you've
12   been asked to serve as an expert for a plaintiff in
13   a medical device case in which the issues were
14   within your expertise but you refused to accept the
15   engagement?
16       A.    I don't recall.
17       Q.    Okay.  Can you tell me about how much
18   time you spent preparing your report in this case?
19       A.    I don't recall.  This was back in July.
20       Q.    Okay.  Do we have your -- all of your
21   billings --
22       A.    You have --
23       Q.    -- for this case?
24       A.    Yes, you have that.  I was asked to
25   provide all of the billings for all Ethicon cases,

Page 303

1    I believe.  And that's in there.
2        Q.    And I know we talked about this, but
3    we've already made an exhibit your CV.
4           Were you satisfied that that is your
5    most up-to-date CV?
6        A.    No.  I -- my most up-to-date CV is in
7    the report notebook.  I brought an updated copy,
8    and it's in this notebook.
9        Q.    That would be more up to date than the
10   one we've marked as an exhibit?
11       A.    I know there's a few changes I need to
12   make because there are other things that I've done.
13       Q.    Can we just go ahead and make that an
14   exhibit, and we'll see to it that you get --
15           MR. BOWMAN:  Just make the whole
16   folder?
17           THE WITNESS:  Yeah.  If you want to
18   make the whole notebook an exhibit, that's fine
19   with me.
20           MR. DAVIS:  Well, we've already got the
21   other documents.
22           THE WITNESS:  It's your -- let's see.
23   BY MR. DAVIS:
24       Q.    I would like to make your other
25   presentation an exhibit.

Page 304

1        A.    Okay.  Give me a second.  I think I've
2    got it in here.
3           Yes, I do.  I do.  I have it.  Okay.
4           So you want to make that an exhibit?
5        Q.    Let me see if I can find us a paper
6    clip.
7           Tell you what, I can use my paperclips
8    for now.
9        A.    I passed it somewhere.
10           (Reporter interruption for
11   clarification.)
12   BY MR. DAVIS:
13       Q.    Okay.  So we're going to make
14   Exhibit 30 your -- your most up-to-date CV; is that
15   correct?
16       A.    The best I know, yes, that's correct.
17           (Whereupon Exhibit 30 was marked as an
18   exhibit.)
19   BY MR. DAVIS:
20       Q.    Okay.  And then do you have your other
21   presentation?
22       A.    I do.  You want that also?
23           MR. DAVIS:  Yeah.  I would like to make
24   it an exhibit since I don't have it.  I trust you
25   it's been produced in the MDL, but I don't have it.

Page 305

1    So I'll just. . .
2           (Whereupon Exhibit 31 was marked as an
3    exhibit.)
4    BY MR. DAVIS:
5        Q.    We'll make your second presentation
6    Exhibit 31.
7        A.    Okay.
8        Q.    And I just want to ask you a couple
9    follow-up questions about Exhibit 31.
10           Was -- was this presentation on a --
11   the result of a separate study from the one we've
12   already discussed, or did you just simply use the
13   data for a separate presentation?
14       A.    Same data for a separate presentation.
15       Q.    Okay.  Have you published any articles
16   since your last deposition in either the Ethicon
17   litigation or the Boston Scientific litigation?
18       A.    No articles, no.
19       Q.    Okay.  Have you made or participated in
20   any other presentations than the two that we've
21   discussed relating -- that relate to medical
22   devices?
23       A.    Not that relate to medical devices.
24       Q.    Okay.  Have you done any additional
25   work relating to your -- your report in this case

77 (Pages 302 to 305)

Russell F. Dunn, Ph.D., P.E.

Page 306

1    subsequent to the report itself?
2      A.    No.
3      Q.    Would you agree that you have no
4    expertise in the subject matter of labeling and
5    warnings for medical devices?
6      A.    I'm not a warnings expert.
7      Q.    Okay.  And you're also not a labeling
8    expert for medical devices, are you?
9      A.    No.
10     Q.    And, of course, you're not a
11   pathologist, are you?
12     A.    No.
13     Q.    You're not a toxicologist, are you?
14     A.    No.
15     Q.    You're not a biostatistician, are you?
16     A.    No.
17     Q.    And you're not an expert chemist, are
18   you?
19     A.    I'm pretty good.
20     Q.    Okay.  I just want to check you out.
21     A.    I've got three degrees in chemical
22   engineering.  We have to take a little bit of
23   chemistry.
24     Q.    Okay.  Well, you would include "expert
25   chemist" as part of your credentials?

Page 307

1      A.    Certain parts of chemistry, certainly,
2    like analytical chemistry, polymer chemistry,
3    pretty good.
4      Q.    Okay.  Okay.
5            Are you a materials scientist expert?
6      A.    Only as it relates to polymers.
7      Q.    And are you an expert in
8    biocompatibility?
9      A.    No.
10     Q.    Are you an expert in the female
11   anatomy?
12     A.    No.  I would have to say no.
13     Q.    And I -- I'm just trying to be
14   complete.
15     A.    I understand.
16     Q.    And you're not a regulatory expert of
17   any kind, are you?
18     A.    No.
19     Q.    Okay.  Have you got any expertise in
20   the proper methods for cleaning explanted mesh
21   before studying it?
22     A.    No.
23     Q.    Okay.  And I think you've already said
24   you have no -- no knowledge really of Ms. Jasso at
25   all?

Page 308

1      A.    I don't.
2      Q.    Okay.  Have you ever seen the Prosima
3    product?
4      A.    Only photographs, only pictures.
5      Q.    Are you relying on any other experts
6    with respect to formulating any of the opinions in
7    your report?
8      A.    Not in my report, no.
9      Q.    Have you observed any testing done by
10   other experts relating -- or that would be relevant
11   in your mind to the Prosima device -- or to Prolene
12   mesh?
13     A.    Not that I'm aware of, no.
14     Q.    Do you know anything about the
15   procedure for implanting Prosima?
16     A.    Only what I've briefly read.  I
17   don't -- I don't know anything in detail, no.
18     Q.    Are you aware of any material that is
19   completely inert?
20     A.    That is a --
21           MR. BOWMAN:  That's a "yes" or "no"
22   question.
23           THE WITNESS:  -- very complicated
24   question for a chemical engineer.  No.
25

Page 309

1    BY MR. DAVIS:
2      Q.    Okay.  And -- you don't plan to express
3    any opinions in this case of -- relating to Ethicon
4    should have used a different type of material for
5    its mesh, do you -- are you?
6      A.    No.  I'm discussing the material that
7    they currently are using.
8           MR. DAVIS:  Dr. Dunn, that's all I
9    have.  Thank you.
10          MR. BOWMAN:  I have a very --
11          THE WITNESS:  You're welcome.
12          MR. BOWMAN:  -- a very few follow-up
13   questions.
14
15   EXAMINATION BY MR. BOWMAN:
16     Q.    So, Dr. Dunn, when we talked about --
17   we talked a lot about FMEAs today.
18          Do you remember that?
19     A.    Yes.
20     Q.    Now, there was -- there might have
21   been -- there was some questions about the Prosima
22   FMA -- FMEA; do you remember those?
23     A.    Yes.
24     Q.    Have you, in fact, reviewed the Prosima
25   FMEA?

78 (Pages 306 to 309)

Russell F. Dunn, Ph.D., P.E.

Page 310

1     A.   I have.
2     Q.   Have you -- are you aware that the
3  Gynemesh was a -- is the exact same mesh that is
4  used in the Prosima mesh?
5     A.   I am.
6     Q.   Are you aware that the Prolene soft
7  hernia mesh is the exact same mesh that is the
8  Gynemesh PS?
9     A.   I am.
10    Q.   Have you reviewed the FMEAs for all
11 three of those products?
12    A.   To the best of my knowledge, I have.
13    Q.   Have you reviewed all the FMEAs of all
14 of the Ethicon polypropylene products that are at
15 issue in the pelvic mesh litigation?
16    A.   I have reviewed a number of FMEAs.
17 Everything that I've been provided.
18    Q.   Is it your understanding that --
19 that -- is it your understanding that Prolene
20 consists of polypropylene and several different
21 additives?
22    A.   That is true.
23    Q.   Do you know what the additives are in
24 Prolene?
25    A.   I can look it up specifically, but it's

Page 311

1  two antioxidants, I believe a lubricant, and, if
2  I'm not mistaken, a colorant that's in there also.
3     Q.   Now, with respect to the
4  antioxidants -- the antioxidants -- you can't
5  really separate the antioxidants from the
6  polypropylene blend, can you?
7        (Reporter interruption for
8  clarification.)
9        MR. BOWMAN:  Blend.
10       THE WITNESS:  No.  They --
11 BY MR. BOWMAN:
12    Q.   Can you separate the --
13    A.   -- have been melt compounded in.
14       (Reporter interruption for
15 clarification.)
16       THE WITNESS:  They have been melt
17 compounded into the polypropylene.
18 BY MR. BOWMAN:
19    Q.   Can you separate the color -- the blue
20 color that's been added to the Prolene
21 polypropylene?
22    A.   No.  Once you add the blue colorant,
23 it's in the -- you make blue polypropylene pellets.
24    Q.   So when we're talking about the
25 antioxidants that are in Prolene reacting with

Page 312

1  something, we're actually talking about Prolene
2  having reactivity; is that right?
3        MR. DAVIS:  Object to the form.
4        THE WITNESS:  We are.
5  BY MR. BOWMAN:
6     Q.   And is there any -- is there any time
7  point when Prolene will not be subject to
8  reactivity?
9        MR. DAVIS:  Object to the form.
10       THE WITNESS:  The only point when it's
11 not reactive is if it's not in the presence of an
12 oxidizer.
13 BY MR. BOWMAN:
14    Q.   So as long as Prolene, which is
15 polypropylene and the antioxidants and the
16 colorant --
17    A.   Yes.
18    Q.   -- as long as it is in the presence of
19 an oxidizer, it will be -- there will be a chemical
20 reaction going on; is that right?
21       MR. DAVIS:  Object to the form.
22       THE WITNESS:  It -- correct.
23 BY MR. BOWMAN:
24    Q.   Okay.  When we talk about harms that
25 are associated with polypropylene mesh in reference

Page 313

1  to FMEAs -- there were questions about that today.
2        Do you remember those questions?
3     A.   Yes.
4     Q.   Do you remember that -- I don't want
5  you to pull it up, but I don't even actually know
6  if it's a footnote in your report.
7        But have you seen any FMEAs created by
8  Ethicon that associated rigidity of the product
9  with complications?
10    A.   Yes.
11    Q.   Is rigidity of the product a -- a
12 symptom of a mesh -- is it a possible symptom of a
13 mesh that could be oxidized?
14       MR. DAVIS:  Object to the form.
15       THE WITNESS:  Absolutely.
16 BY MR. BOWMAN:
17    Q.   Now, when we talk about loss of
18 mechanical integrity postoperatively --
19    A.   Okay.
20    Q.   -- do you believe that that is a --
21 that is an appropriate failure mode for the
22 Gynemesh have you?
23       MR. DAVIS:  Object to the form.
24       THE WITNESS:  I don't feel that this
25 embrittlement, this change in properties, I don't

79 (Pages 310 to 313)

Russell F. Dunn, Ph.D., P.E.

Page 314

1  believe that they could have possibly intended to
2  design a product that's going to change over time.
3  BY MR. BOWMAN:
4      Q.    Okay.  When you talked about -- earlier
5  about the clinical literature -- do you remember
6  those questions?
7      A.    Yes.
8      Q.    Are you an expert in clinical
9  literature, Doctor?
10     A.    I am not.
11     Q.    Are you relying on clinical literature
12 for any of your opinions here today?
13     A.    I am not.
14     Q.    Are you -- do you routinely use
15 engineering and/or technical literature in the work
16 that you do?
17     A.    Absolutely.
18     Q.    Do you regularly publish or have you
19 published any technical or engineering literature?
20     A.    A lot.
21     Q.    And is this peer-reviewed literature?
22           MR. DAVIS:  Object to the form.
23           THE WITNESS:  Yes.
24 BY MR. BOWMAN:
25     Q.    So there is a definite difference

Page 315

1  between the clinical literature and the technical
2  literature we're talking about today?
3      A.    Oh, absolutely.  There's a lot of
4  technical literature that's not clinical
5  literature.
6      Q.    Getting back to the dog study, do you
7  remember questions today about the measures --
8  measurements that were taken over the course of
9  seven years for Ethicon's dog study?
10     A.    I don't know if you're referring to the
11 mechanical strength or if you're referring to
12 analytical testing.
13     Q.    I'm referring to all of it.
14           Do you remember those questions?
15     A.    Yes.  Yes, I do.
16     Q.    With respect to the data points that
17 were taken at Year 7, do any anomalies stick out
18 with those data points that you can share with us
19 today?
20     A.    Elongation doesn't look appropriate to
21 me.
22     Q.    So you're speaking specifically of the
23 Instron machine that was used at Year 7 versus the
24 Instron machine that was -- or the settings that
25 were used at perhaps Year 5 or Year 2?

Page 316

1      A.    Yes.  The fact that all four different
2  types of material changed dramatically suggests
3  that something was amiss with the machine.
4      Q.    With respect to Prolene specifically,
5  are you aware that there was a change in how
6  Prolene is manufactured during the time points in
7  the dog study in question?
8            MR. DAVIS:  Object to the form.
9            THE WITNESS:  I don't recall.  If I
10 look at Prolene history, I may be able to track
11 that back and see that -- what change occurred.
12 Because I do have a historical document, and I
13 could probably figure that out.
14 BY MR. BOWMAN:
15     Q.    If I told you that the level of
16 Santonox R was reduced in 1990 with respect to
17 Prolene's chemical blend, would that refresh your
18 recollection?
19     A.    It would.  And I can go directly to the
20 document that states that.
21     Q.    We're not going to do that.
22     A.    Okay.  That's fine.
23     Q.    With respect to the dog study --
24     A.    Yes.
25     Q.    -- what does the fact that Prolene --

Page 317

1  the Prolene that was used in Year 7, what does that
2  tell you about the -- the Prolene that was used in
3  Year 7, which is the Prolene that was a different
4  chemical configuration, what does that tell you
5  about the data collected for Prolene in the dog
6  study?
7      A.    Well, you may not be comparing apples
8  to apples.
9      Q.    Okay.  So there may be a -- the
10 comparison is, is that the suture that was
11 implanted at the beginning of the dog study may not
12 be the exact same suture that was tested at the end
13 of the dog study; is that what you're saying?
14           MR. DAVIS:  Object to the form.
15           THE WITNESS:  Or the control it's
16 measured against may not be the same.
17           MR. BOWMAN:  Okay.  That's all I have,
18 Doctor.
19
20 FURTHER EXAMINATION BY MR. DAVIS:
21     Q.    I just have several questions.  I want
22 to follow up on that last one first.
23           Pull out Exhibit 27, if you would,
24 please, sir.  It's the October 19, 1992, report.
25     A.    I've got it.

80 (Pages 314 to 317)

Russell F. Dunn, Ph.D., P.E.

Page 318

1      Q.    Look at the third page of Exhibit 27,
2  please, sir.
3      A.    Yes.
4      Q.    Do you see references to a Prolene
5  suture manufactured after 1990 referenced on this
6  page?
7      A.    I -- no, I don't see that.
8      Q.    Well, in fact, it's talking about -- on
9  that page, it's dealing with the same sutures in
10  1992 that it -- that it dealt with in 1985,
11  correct?
12           MR. BOWMAN:  Objection to form.
13  Misstates the document.
14           THE WITNESS:  I would think so.
15  BY MR. DAVIS:
16      Q.    Yeah.  In fact, the third page -- isn't
17  it showing you that, for each dog, they look at the
18  suture in that dog in Year 0, right?
19      A.    Yes.
20      Q.    And they're comparing with those same
21  sutures in subsequent years, right?
22      A.    That is correct.
23      Q.    So the manufacturing change y'all
24  talked about a second ago would not impact this
25  page at all, would it?

Page 319

1           MR. BOWMAN:  Objection to form.
2           THE WITNESS:  It may or may not.  It
3  just depends on what you're doing it -- at Time
4  Period 0 or what you're comparing to.
5  BY MR. DAVIS:
6      Q.    Well --
7      A.    In other words, if you're comparing to
8  a pristine sample.
9      Q.    But on this page, they're not comparing
10  to a pristine sample, are they?  The third page of
11  Exhibit 27?
12      A.    I can't say what all they've done.
13      Q.    Well, can't you see that they're --
14  what they're doing is they're comparing sutures
15  that were all planted in 1985, and they're looking
16  at how those sutures looked in subsequent years,
17  those same sutures?
18      A.    Yes.
19      Q.    I mean, they didn't plant new sutures
20  in the dogs in 1990 or after 1990, did they?
21      A.    I don't think so.  But there's
22  something that I seem to recall.  I just want to
23  check something.  I know we're -- we're all getting
24  tired.  But I recall something, and I'm trying to
25  find where it had the handwritten notes from the

Page 320

1  lab notebook.
2           Okay.  So I thought I recalled this.
3  And in the lab notebook, in the next-to-last page
4  on Exhibit 10, I believe that they're making the
5  comment, "The comparison of current Prolene suture
6  indicates no significant degradation of seven-year
7  explant."
8           So I'm -- I'm getting the sense that
9  they're comparing the seven-year explant with a
10  current Prolene suture.
11      Q.    Okay.  We'll get to Exhibit 10 in a
12  minute.  Right now we're talking about Exhibit 27.
13           Exhibit 10 -- what you're reading on
14  Exhibit 10 has nothing to do with what I'm talking
15  about on Exhibit 27, does it?
16           Exhibit 27 is not comparing -- are you
17  telling the jury that Exhibit 27 is comparing
18  pristine Prolene manufactured after 1990 with
19  Prolene manufactured prior to 1990?
20      A.    I'm telling you that Exhibit 27 is
21  giving you data after seven years from the ten-year
22  dog study, and Exhibit 10 is a more detailed report
23  on the seven-year data for the ten-year Prolene
24  study.  It's the same study.  It's the same
25  sutures.

Page 321

1      Q.    I understand that, Dr. Dunn.  But just
2  listen carefully.
3           Exhibit 10 -- you just read from a page
4  in it where they're comparing a seven-year suture
5  with a current pristine suture, right?
6      A.    Yes.
7      Q.    But Exhibit 27 is doing something
8  totally different, isn't it?
9      A.    I --
10      Q.    It's not --
11      A.    I don't know.
12      Q.    It's not comparing a pristine suture
13  with a seven-year-old suture.  Show me where
14  Exhibit 27 is doing that.
15      A.    I -- I don't see that.  I don't know --
16  wait, wait, wait.
17           "Seven-year testing conditions. . ."
18  (Reviews document.)
19           I don't -- I don't have anything that
20  tells me that they haven't done what you described.
21      Q.    Okay.  Now, let's go to Exhibit 10.
22      A.    Yes.
23      Q.    You -- what page in Exhibit 10 were you
24  referring to where you were telling the jury
25  they're comparing a seven-year-old suture with a

81 (Pages 318 to 321)

Russell F. Dunn, Ph.D., P.E.

Page 322

1  current pristine suture?  Just tell me the page.
2  You can give me the Bates number or --
3      A.    There's a couple of page numbers.
4      Q.    That's fine.
5      A.    Bates 8218.
6      Q.    That's good enough.  I just wanted one
7  for example for the record --
8      A.    Okay.
9      Q.    -- so we'll know what we're talking
10  about.  Now --
11      A.    And I believe that's molecular weight
12  distribution that they're looking at.
13      Q.    Okay.  So let me ask you this:  I think
14  you said that in 1990 or so, they -- they slightly
15  lowered the amount of Santonox R that was going
16  into the formula?  Is that -- is that what you
17  said, or did I get that wrong?
18      A.    I rather not guess.  I'll tell you what
19  they did.
20          In 1991, the Santonox levels were
21  reduced.
22      Q.    Okay.  So -- does it say about how much
23  it was reduced?
24      A.    .05 percent.
25      Q.    .05 percent, right?

Page 323

1      A.    Yes.
2      Q.    Now, let's go a little bit further.
3          Do you know which has a heavier
4  molecular weight, pure polypropylene or Santonox R?
5          MR. BOWMAN:  Object to form.
6  BY MR. DAVIS:
7      Q.    Do you know?
8      A.    Santonox won't even play a role in
9  molecular weight at that concentration.  Won't --
10      Q.    Okay.
11      A.    Won't affect a molecular weight.
12      Q.    Thank you very much.
13          So the change in Santonox R in the 1990
14  manufacturing change really has no bearing on the
15  comparison between the seven-year-old suture and
16  whether you are using a 1991 suture for comparison
17  or a 1989 suture?
18      A.    Not -- not that I can tell at this
19  time.
20          MR. DAVIS:  That's all I have.  Thank
21  you.
22          THE WITNESS:  Okay.
23          MR. BOWMAN:  That's it.  I don't have
24  any.
25          (Proceedings concluded at 5:09 p.m.)

Page 324

1          C E R T I F I C A T E
2  STATE OF TENNESSEE )
   COUNTY OF DAVIDSON )
3      I, Lise S. Matthews, RMR, CRR, CCP, LCR
   353, Licensed Court Reporter and Notary Public, in
4  and for the State of Tennessee, do hereby certify
   that the above deposition was reported by me, and
5  the transcript is a true and accurate record to the
   best of my knowledge, skills, and ability.
6      I further certify that I am not related
   to nor an employee of counsel or any of the parties
7  to the action, nor am I in any way financially
   interested in the outcome of this case.
8      I further certify that I am duly
   licensed by the Tennessee Board of Court Reporting
9  as a Licensed Court Reporter as evidenced by the
   LCR number and expiration date following my name
10  below.  I further certify that this transcript is
   the work product of this court reporting agency and
11  any unauthorized reproduction and/or transfer of it
   will be in violation of Tennessee Code Annotated
12  39-14-104, Theft of Services.
       IN WITNESS WHEREOF, I have hereunto set
13  my hand and affixed my notarial seal this _____
   day of _____, 2015.
14
15
   _____
16  Lise S. Matthews, RMR, CRR, CCP
   LCR 353 Expiration Date 6/30/2016
17  Notary Public Commission Expires
   March 6, 2018
18
19
20
21
22
23
24
25

Russell F. Dunn, Ph.D., P.E.

**A**

**aa** 36:15
**ability** 99:11,25
    126:22 324:5
**able** 132:24
    133:2 199:5
    218:20 246:10
    246:12 254:3,4
    258:18 277:2
    316:10
**absence** 270:12
    275:20
**absolutely** 10:10
    34:21 79:13
    142:6 144:3
    145:10 178:21
    214:9 216:21
    230:17 255:8
    282:20 313:15
    314:17 315:3
**abstract** 4:8
    12:5 107:17
    136:19
**abstracts** 109:11
    109:13
**accelerate**
    267:24
**accept** 302:14
**acceptable**
    178:25
**accepted** 50:3
    104:4,10
    109:14,16
    120:15 122:9
    153:15 178:12
    178:16 191:4
    191:16 192:16
    192:19 193:8
    256:23
**access** 140:2
**accompanied**
    14:22,25 16:7
**account** 169:18
    201:18
**accurate** 215:22
    220:24 286:21

324:5
**achieved** 175:22
**acknowledge**
    154:22 202:10
**acknowledged**
    263:10
**acting** 120:9
**action** 324:7
**activity** 42:16
    239:2
**actual** 29:20
    31:22 55:18
    136:23 151:15
    178:16 179:2
    253:8 300:22
**add** 147:19
    166:24 170:16
    172:10 194:19
    291:21 311:22
**added** 311:20
**addition** 13:20
    33:16 35:10,16
    68:23 116:22
    147:12 163:3
    214:11 244:3
    278:6
**additional** 36:21
    81:2 190:3,9
    195:16 211:1
    305:24
**additives** 198:10
    213:9 229:16
    310:21,23
**address** 181:15
    207:22 222:19
    234:19 239:5
    240:1,1 302:7
**addressed** 241:2
    263:5
**addressing**
    237:21 240:4
**adds** 123:17
    201:19
**adequate** 166:11
    238:19
**adequately**

39:18 40:3,8
    171:11
**administration**
    23:24 24:6
    26:7
**adopted** 19:6
**affect** 19:24
    42:12 69:25
    103:16 272:19
    272:21 323:11
**affixed** 324:13
**afternoon** 137:4
**agencies** 23:1,17
    23:21
**agency** 202:16
    324:10
**agent** 53:21
    112:25
**agents** 53:20
    76:15 212:20
    221:2
**aging** 229:19
**ago** 15:1 55:11
    67:15 76:6
    83:3 106:2
    111:4 118:6,17
    140:8 239:24
    255:19,19
    285:25 300:6
    318:24
**agree** 11:15
    42:23 43:2,5
    43:10 55:22
    56:3 69:13
    70:4 89:23
    97:7 98:13
    99:5,21 103:7
    122:17,24
    134:18 135:5
    137:20 142:18
    159:7,12 164:2
    164:12 165:21
    166:16,20,21
    168:7,20
    176:19,20,24
    180:8,20

185:21,22,24
    186:3 188:8
    189:6 190:8
    193:7 196:18
    196:22 211:22
    212:24 214:5
    220:6,15,16
    228:14 237:25
    238:15 251:16
    252:19 253:1,3
    260:4 265:10
    269:7 274:24
    275:6 281:8
    286:5,14 293:8
    294:25 295:3
    306:3
**agreed** 8:11
    288:17
**ahead** 24:4
    38:25 39:1
    74:7 84:6
    110:3,4 137:2
    222:12 229:10
    271:4 294:16
    298:20 303:13
**aid** 96:2,9
**aids** 155:25
    229:16
**air** 54:1
**airline** 268:3
**aldehyde** 295:10
    295:11
**allergenicity**
    71:19
**allow** 88:1,18,21
**allowed** 119:11
**amended** 3:9
**american** 10:23
**amiss** 316:3
**amount** 127:25
    266:1 270:6
    274:4 281:2,9
    281:22 282:9
    287:21 322:15
**ams** 246:12
    257:20

**analyses** 4:13
    105:21 151:11
    165:23 202:7
    231:21
**analysis** 6:4,9
    10:16 18:1
    19:23 26:23,25
    27:2,16 28:10
    30:16,22 31:6
    32:3,3,6,8,14
    32:19 33:1,3,6
    40:3 42:15,20
    44:12,25 45:6
    45:7 68:8,9,11
    68:12,13,13,14
    68:18,22 69:6
    69:11 90:8,12
    90:18 91:24
    92:2 93:7,8
    94:9,10,21,25
    95:5 104:17,18
    104:24 105:4,6
    105:8,12,24
    106:15 110:20
    114:10 116:8
    123:22 144:16
    144:24 151:18
    151:23 156:20
    162:18 163:21
    163:22,24
    164:15 166:9
    167:6,11
    169:12,20
    170:11 171:11
    171:16 175:5
    175:15,17
    176:4 177:12
    185:8,9 198:7
    202:11 206:9
    206:23 211:3
    211:16 224:7,8
    242:18 247:12
    250:11,17
    252:12 257:3
    272:8 295:2
    297:24 301:11

301:11,12
analytical
143:11,17,20
307:2 315:12
analyze 78:15
171:19 193:25
271:25 272:2
analyzed 110:8
222:14 301:13
analyzing 128:2
128:19 167:16
186:11 202:1
203:1
anatomical
193:2 299:3
anatomy 307:11
animal 80:5
81:2,2
animals 80:13
annex 28:17
92:14 93:20,21
93:22,23 94:4
94:19 95:1,2,2
95:15,15
annotated
324:11
annual 107:8
anomalies
315:17
answer 6:14 7:1
25:18 32:12
43:8,20,21
49:9 51:5,17
56:8 69:21
82:3 84:3
88:11 91:18,21
109:21,22
140:16,21
183:1 184:7,10
197:15 201:10
208:18 209:22
210:5,14 216:5
217:25 218:13
218:15,18,20
218:21 219:2,6
236:15 241:13

244:13 245:3
246:10,12
248:18 252:4
257:15 270:19
270:20 271:9
273:7 275:16
276:16 285:23
285:24 290:25
296:16,17
298:6,10,12
answered 81:6
82:1 97:6,8
100:2 113:22
114:12 127:3
146:9,10
174:15 219:7
251:24 252:22
260:17 261:21
270:18 275:12
281:12 298:18
answering 7:12
56:7 59:17
84:4 91:20
219:5 236:13
answers 236:11
273:1
antioxidant
290:16
antioxidants
75:24 77:1,9
77:10,14,18
78:11 83:12
201:19 215:14
254:5 277:3
290:19,21
292:15 311:1,4
311:4,5,25
anybody 218:12
anymore 239:1
anyway 159:7
apologize 15:12
22:20 24:3
124:19,22
132:7 208:5
259:12

apparent 129:22
apparently
29:14 87:14
118:13
appear 15:4
90:8 295:24
appearance
150:22 151:3
277:4,7
appears 110:13
143:25 196:9
286:18
apples 317:7,8
applicability
167:5
applicable
104:25 237:23
237:25
application 4:15
19:3 42:12,22
71:14 122:4,12
160:12 181:13
185:23 194:16
205:6
applications
19:2 219:17,20
applied 20:2
21:7,8 32:11
32:13 49:12,19
94:22 166:12
apply 19:23
70:11 188:25
appreciate 43:7
129:20
approach 104:3
192:23
appropriate
17:16,22
165:22 171:10
231:19 237:21
282:9 313:21
315:20
appropriately
89:20 200:10
approval 5:12
160:17,22

approved 202:6
approves 154:24
area 26:12
112:21,23
124:2 127:15
127:18,22
138:14,23
161:1 179:23
180:17,19,22
238:14,16,20
264:16 277:22
296:18
areas 23:8 45:3
47:16 49:11
277:9
arent 120:7
149:24 271:17
argue 183:8
248:23
armando 1:4
arrow 177:10
289:7
arrows 177:7
art 177:25 178:2
178:8
article 5:19 6:3
247:16 248:25
249:4,9,14
294:9,15,18
articles 73:8
305:15,18
aside 20:15
asked 15:2 41:5
52:10 55:15
56:23 57:16,17
57:25 58:24
59:20 69:22
75:22 78:22
81:6,25 85:20
89:15 96:15
97:6,7 102:13
113:21 114:11
127:2 140:10
140:12 146:8
147:18 155:5
155:10 174:15

191:25 192:3
228:25 231:13
233:14 241:10
245:18 250:7
257:12 258:2
260:16 261:18
261:19 273:1,2
275:12 276:2
281:11,14
282:16 298:18
302:12,24
asking 12:3
24:17 26:2
42:14 45:4
50:18,23 72:16
78:17,18 94:6
114:7,16
117:21 120:24
130:20 133:9
133:12,15,20
133:21 134:11
134:13 140:9
143:15 155:14
155:16 157:5
160:6 199:19
203:17 206:4
236:5,21 246:4
264:18 272:24
296:1 298:5,24
300:16
asks 234:5,14
assess 34:18
167:4 237:18
assessing 68:10
78:25 79:4
assessment 5:12
16:17 31:25
32:1 39:24
47:4 68:8,16
68:17,20,21,25
69:4,9,10 70:6
70:9,12,16
71:4 104:23
106:3,15
115:15,25
116:8,24 117:2

117:19 123:19
174:5 192:24
209:3 224:20
225:1 227:12
227:20 228:21
259:16
**assessments**
106:21 107:3
114:10 160:5
**assisted** 242:11
**associated** 22:14
34:16 73:14
92:23 96:3
104:24 105:24
115:3 126:15
176:11 186:19
262:24 298:2
312:25 313:8
**association**
154:23
**assume** 76:2
99:17,19
101:14 175:22
228:14 229:4
**assuming** 57:15
60:14 241:13
**assumption**
192:17
**atlanta** 10:21
109:11 248:2
**attaching** 53:24
**attachments**
3:22
**attacks** 269:18
**attempt** 266:14
**attempted**
198:19
**attempting**
271:24 272:1
**attention** 91:12
190:22
**attorneys**
258:24
**attributes** 286:6
**audience** 107:21
**auditing** 52:3,12

**audits** 52:7
**author** 219:19
220:7
**authoritative**
121:20 156:6
176:25 194:5
215:21 216:6
**authority**
120:15
**autoclave**
219:22
**automobile**
152:8
**automotive**
151:22
**autoxidation**
264:2
**availability**
166:8 229:18
**available** 57:20
76:15 163:21
173:16 224:10
244:15,16
264:9 278:18
**avenue** 2:9 8:4
**average** 145:3
146:2
**aware** 13:22
15:24,25 23:9
24:13 25:9
71:25 72:4,16
73:13 88:15
90:10 105:17
149:24 158:18
174:1 175:9,12
179:17 202:24
210:17,24
211:3 222:8
226:21 257:25
260:13,18,24
264:13,17
279:15 308:13
308:18 310:2,6
316:5

─────────
**B**
─────────

**back** 10:13 11:9
12:25 16:19
20:12 21:13
32:10 44:22
48:8 56:8
58:22 59:1,14
61:13 64:4,21
66:9 77:11
79:18 85:15
92:11 94:9,19
96:24 111:22
116:22 117:4
124:4 126:5
136:11 141:15
142:14 148:25
151:4 163:9
166:22 167:7
169:6,18 170:2
170:23 171:9
172:21 174:6
177:6,11,19
184:20,22
190:23,25
196:2 200:6
210:17 221:6
232:2 233:17
236:18,21
238:25 253:14
258:23 262:13
286:12 288:20
289:13 296:3
297:4 299:17
302:19 315:6
316:11
**background**
17:10 45:5
66:7 70:25
184:25
**bad** 165:25
166:17
**bands** 131:15
254:12,13
**bark** 150:22,22
**base** 18:3 38:14
292:5
**based** 21:24

22:2 25:18
30:18,22 31:7
80:1 82:20,24
144:15 146:11
153:20 164:16
183:11 204:11
**basically** 13:14
13:14 104:13
**basing** 82:12,13
**basis** 66:22,25
75:13 77:3
121:20 144:21
203:25 300:10
**batch** 74:17
**bates** 115:2
125:24 147:1
147:22 223:8,9
239:19 322:2,5
**beagle** 5:17
**bear** 111:20
135:21 145:18
271:6
**bearing** 245:13
323:14
**becoming**
300:11
**bed** 89:25 90:6
**began** 16:14
80:6
**beginning** 7:6
95:24 143:25
157:19 173:7
197:9 218:3
223:8 287:20
317:11
**begins** 113:10
**behalf** 1:16 8:2
**behaves** 100:12
245:11,19
**behavior** 243:7
247:17,21,25
248:6,10 250:5
251:1,10
**believe** 14:23
15:1 16:8
18:20 25:12

29:20 35:15
36:8,8 46:11
47:5 54:12
55:16 57:21
59:22 62:21
63:4 67:20
71:5 83:9,13
84:16 93:22
110:19 121:1
131:21 135:22
136:19 140:12
147:21 161:22
194:5 199:4
200:10 206:8
213:23 236:13
238:3 241:2
246:9 247:6,10
268:21 273:18
275:13 284:21
288:8 303:1
311:1 313:20
314:1 320:4
322:11
**believed** 55:15
**believes** 60:6
**believing** 300:10
**bend** 41:16
267:6,8 279:24
**bending** 267:5
267:18,21,24
267:24 279:14
**benefit** 175:14
175:17,22,24
176:4,15
202:11
**bent** 279:14
**bernal** 1:9
**bernalillo** 1:1
**best** 83:6 224:11
225:4 238:6
245:2 266:11
273:20 285:14
285:24 290:10
304:16 310:12
324:5
**better** 75:25

123:24 178:15
202:14
**beyond** 99:16
179:21 180:10
180:15,18
182:21 188:11
189:3,22
193:11 194:8
195:13 206:12
207:3 209:10
211:4,17,18
217:23 218:9
232:5,23 233:6
240:10,14
255:10 264:13
**big** 145:1 216:4
**billing** 10:6
**billings** 302:21
302:25
**binders** 13:4,8
13:10
**bio** 18:6
**biocompatibil...**
6:17 26:13
70:6,7,9,12,14
70:16,25 71:3
71:5,9,17,18
71:22,23 182:7
182:11 183:15
185:8 186:11
186:17,20,25
187:6,9 209:3
209:18 211:2
211:16 233:16
233:21 237:5
307:8
**biodegradation**
6:24 18:7,9
38:18 193:10
205:12 210:9
229:19
**biological** 4:18
135:17 185:1,8
188:10 189:4
**biomaterials**
6:10 10:17

**biostatistician**
306:15
**bit** 16:10 124:5
126:13 306:22
323:2
**blend** 311:6,9
316:17
**blue** 138:14
182:13,16
184:4 277:23
311:19,22,23
**board** 324:8
**body** 18:22
41:23 42:13,21
42:25 43:1,6
43:13,13 44:4
48:23 54:5,8
54:15,17,18,19
54:23 55:5,25
56:11,15,18,19
56:20,21,23,25
57:18 58:10
59:6,16,20
60:10,16,18,23
61:16 62:1
63:3,8,9,21,25
64:8 69:15,16
69:24 70:2
72:2,9,21 73:3
73:6,15,19
75:7,16 76:11
77:17 78:7,14
79:1,5 80:9
82:11 83:7
87:16,22 88:5
88:18 99:8
100:9,20 101:7
101:11,19,22
103:10,16
112:21 127:1
150:18,25
151:2 154:23
178:23,25
185:24 186:7
187:2 205:7
231:8,12 239:2

243:8 245:11
245:20,23
247:18,22
248:1,7,11
250:5 252:21
253:6,8,13
260:6,11,15,20
264:13 265:22
274:20 280:4
299:1,3
**book** 31:6,9,18
121:3,22
151:14 152:2,4
152:6 156:5,11
156:18 157:6
157:10 182:14
182:16 184:4
213:4 215:7,20
216:6,11,18
220:18
**booklet** 30:18
**books** 120:20
121:22 250:21
250:22
**boston** 253:2
305:17
**bottom** 11:18
13:11 33:22
35:25 111:25
172:22 173:7
174:2 178:3
184:25 186:9
203:24 213:17
213:21 287:11
288:12 289:13
289:17
**bowman** 2:3 3:4
12:20 13:4
21:2 26:16,21
28:11 29:12
30:9 31:2 38:7
38:24 40:9
41:25 45:24
48:16,20 54:13
54:24 55:7
56:1,13 58:11

60:11,24 61:3
61:10,17 66:4
69:17 72:3
73:16 74:5
77:22 78:8
81:5,25 82:18
83:8,25 84:15
84:22 85:1
87:19 88:3,6
88:20 93:12
97:5 98:17,24
99:9 100:10
102:16 103:1
105:22 106:7
110:23 111:2,6
111:9,13
112:10 113:21
114:11,17,20
114:23 115:2,6
115:13,16,18
118:15 120:18
122:22 124:11
124:17 127:2
129:11,15,20
132:9,12
133:18,22
134:5,17 135:1
136:4,6 137:6
142:23 146:8
147:14 148:16
150:5,19
152:19 153:16
154:4 156:7
158:9,17,22
159:21,25
160:25 161:9
161:15,21
162:3 170:24
173:2 174:14
174:21 176:6
178:19 179:21
180:6,12
181:20 182:20
183:7 184:5
187:13,17
188:4,11 189:3

189:7,22
190:10 191:21
191:24 193:11
194:8 195:10
195:13 196:21
200:1,15 201:5
206:12 207:1,3
208:6,14
209:10,21
210:4,13,21
211:4,17
217:11,23
218:8 219:1,7
229:8 230:7
231:23 232:5
232:23 233:6
233:25 240:10
240:14 245:15
246:7 254:24
260:16 268:2
275:11 276:9
276:16 278:20
280:5 281:11
285:1 286:23
287:3 288:16
296:3,10
298:17 303:15
308:21 309:10
309:12,15
311:9,11,18
312:5,13,23
313:16 314:3
314:24 316:14
317:17 318:12
319:1 323:5,23
**box** 139:14,16
175:6 235:6
**brainstorm**
90:19
**brands** 246:5,14
**break** 12:15
60:25 61:1,4
101:25,25
129:12 131:2,3
143:2 195:21
241:4 256:8

268:5 282:17
292:20
**breaking** 269:13
**breaks** 13:2
41:19 54:1
248:14 269:18
**brief** 61:11
136:1 195:22
204:22 241:6
268:7 292:22
**briefly** 308:16
**bring** 9:23 15:2
91:11 125:24
169:25 284:6
302:1
**bringing** 32:10
124:19 183:13
**brings** 267:14
267:18
**brittle** 41:15,16
41:22 42:11
45:18 58:19
65:23 101:21
248:16 267:6
267:15 268:20
279:25 298:22
298:25 299:12
299:25 300:7
300:11
**broad** 167:11
254:13,15
296:22
**broaden** 73:11
**broadened**
131:15
**broader** 171:15
**brought** 9:25
14:14 105:9
183:14 216:24
303:7
**bsr** 5:17
**build** 17:23
**building** 2:9
**built** 21:19,20
**bulk** 144:24
145:5 149:19

214:25 272:21
**bullet** 34:6 37:5
94:15 112:1,6
124:5 148:21
173:21
**bullets** 94:11
**bunch** 105:9
191:9 244:4
**burkley** 86:3,15
**butler** 2:14 8:3
**butlersnow** 2:16
2:17
**buy** 244:19
**bypass** 9:10
**byproducts**
53:23

———————
**C**
**call** 27:24 52:15
61:5 98:9
268:3,3
**called** 9:2 21:17
71:13 108:2
121:1,2 203:24
212:11 284:15
**calls** 74:6
**canines** 63:15
73:4 84:9
**cant** 20:2 22:14
22:15 23:13,20
24:1 25:18
28:19 30:11
67:14 73:7,18
75:9 83:18
88:12,18 89:5
89:6,7 90:6
92:9 98:5
100:13 101:20
103:11,17
121:11,11
122:6 132:8
140:17 145:8
148:17 159:5
172:14 204:11
214:18,19
218:13 224:16

228:19 230:4
234:24 240:17
240:20 256:10
266:2 275:4,4
282:4 288:5
298:1 311:4
319:12,13
**capabilities**
257:21
**capability**
258:25
**capable** 7:12
178:15 219:5
**caption** 8:7
**capture** 125:23
**carbonyl** 138:16
138:18,23,25
142:8 254:13
281:4 294:19
295:1,9,14,16
295:22,24
296:19,21,22
296:25
**carbonyls** 254:6
**carboxyl** 281:5
**care** 82:21 157:7
240:23
**career** 51:14
276:19
**careful** 18:10
53:19 167:4
248:17
**carefully** 72:11
134:22 135:7
321:2
**carry** 185:7
**case** 11:16 16:13
16:15 17:1
20:23 21:7,8
29:24 35:21
36:3 37:23
38:2 47:7
48:11 54:4
57:4,5,8,17
75:2 100:23
111:17 149:21

161:4 230:5
238:3 243:21
251:18 279:5
295:11 301:9
301:20 302:4,8
302:13,18,23
305:25 309:3
324:7
**cases** 70:18 73:2
133:11 176:14
246:9 251:3,12
251:14,22
301:22,25
302:25
**casespecific** 58:4
**catalysts** 229:16
**catch** 263:14
**categories**
186:18
**categorized**
187:3
**category** 27:22
69:12 186:21
**cause** 28:25
69:16 103:9,24
**caused** 72:1,19
87:17 279:17
**causes** 69:15
98:15 99:7,22
101:6,18 157:1
**caution** 246:7
**ccp** 324:3,16
**ce** 223:23
**centimeters**
138:21 254:18
**central** 97:1
**certain** 18:8,8
23:25 50:12
52:14,16 74:22
74:22 78:14
87:10,11 127:4
149:2 152:22
157:9 181:10
181:13 192:13
198:6 247:7,7
270:6 307:1

**certainly** 16:18
79:2 84:4
119:1,7 120:21
146:4 149:3
166:19 176:11
180:23 237:20
243:9 251:19
286:5 307:1
**certificate** 8:8
**certified** 8:12
**certify** 324:4,6,8
324:10
**cetera** 8:8
**cfr** 22:5 24:1
158:2,13
159:13
**chad** 2:14,17
**chain** 41:19,20
54:1,2 139:17
139:19 248:14
248:15 265:5
265:18 266:18
269:8,11,12
282:17 287:17
287:19,22,25
**chains** 54:3
269:14,19
**change** 17:10
33:14,18 38:23
100:24 101:13
103:19 120:7
121:11 123:23
123:25 124:2
146:12,13
149:7,10
167:16 169:15
177:15 268:4
270:22 313:25
314:2 316:5,11
318:23 323:13
323:14
**changed** 123:20
141:22 241:15
271:1 316:2
**changes** 41:12
42:18 43:4,15

58:17 65:6
69:19 100:11
103:14 123:6
123:24 149:16
149:19 150:3
164:17 266:13
266:14 274:11
303:11
changing 100:14
101:9 158:16
172:18 236:3
chapter 157:20
chapters 250:22
characteristics
50:1 94:13
164:8 203:9
characterizati...
6:4 182:4
249:22
characterized
185:18,25
204:5
chart 176:20
177:5
check 288:3
292:15 306:20
319:23
checking 140:22
chemical 3:14
3:20 10:23
18:14 21:15
23:7 49:19
70:21,22 71:19
71:21 83:14
186:17,24
187:1,6 189:1
189:5 207:18
212:18 220:22
229:15 250:20
253:8 254:10
261:7,8 291:7
291:9 306:21
308:24 312:19
316:17 317:4
chemically
185:18 186:1

class 44:2,5,14
44:17 160:24
205:22
classes 243:21
classification
44:8,10 206:5
classify 99:1
cleaning 307:20
clear 19:4 40:18
41:1 61:4
90:10 105:7
106:19 108:20
110:23 111:2
129:17 141:7
184:23 203:5
203:10 218:12
223:6 253:9,13
257:9 286:24
clearer 96:21
clearly 79:16
80:12,15,18
131:13 134:8
148:8 187:7
195:16 215:3
251:24 252:22
300:2
clinical 62:22,24
72:18 80:7
169:1 234:20
234:22 237:18
237:19 238:2,7
238:11,12,13
238:17,22
241:1 259:7
260:2,5,10,14
260:23,25
314:5,8,11
315:1,4
clinically 191:4
191:15 192:15
192:19
clip 137:17
304:6
close 153:22
274:14 289:11
coauthor 107:9

cocounsel 276:3
code 22:12,16,24
324:11
codes 23:10
colleague 248:4
collect 173:15
collected 317:5
collectively 37:9
45:2 216:2,11
colony 2:15
color 266:13,14
311:19,20
colorant 311:2
311:22 312:16
column 145:24
147:25 219:14
231:5 265:14
266:16 297:14
com 2:6,11,16
2:17
combine 69:10
combined 70:8
285:21
come 27:14 44:9
45:1 56:23
69:11 98:22,23
104:15 137:18
166:2 212:11
232:10 247:9
258:23 286:13
296:3
comes 169:16
178:20 238:25
coming 129:11
171:7
comment 192:10
194:22 204:25
230:14 320:5
commission
324:17
common 98:21
commonly 75:11
companies 20:3
27:7,24 49:14
82:21 242:1
company 19:10

27:4,14,22
44:16 49:12
97:19 154:2,17
175:9,20
176:14 181:11
201:3 215:15
235:14 242:24
261:10 262:3,6
297:15,19
comparable
290:1
compare 109:23
128:11 129:6
130:11 205:7
compared 17:4
90:7
comparing 15:3
90:3 128:2,4
147:6 148:12
317:7 318:20
319:4,7,9,14
320:9,16,17
321:4,12,25
comparison
149:3 152:25
317:10 320:5
323:15,16
compilation
235:13
compile 92:21
complaint 64:18
65:4 66:3,7,8
66:15,19,23
67:5,9,22
224:17,18
complaints 65:6
65:10,15 67:1
complete 125:3
125:17 307:14
completed 8:14
completely
183:16 308:19
complex 28:15
220:1
complicated
198:21 285:23

308:23
complications
65:11,12 313:9
complied 230:5
230:13
complies 136:24
137:12
component
47:11,12,13,14
47:15,20 48:3
50:10,10 90:20
106:21 165:13
165:16,19,23
225:22 227:4
299:1
components
47:13 48:4
104:22
compounded
311:13,17
compounds
221:1
comprised 47:14
con 39:10
concentration
139:5 198:11
229:18 265:25
291:23,23
323:9
concentrations
257:2 291:21
292:12,15
concept 5:12
26:15 71:22
127:15 170:18
233:2
concepts 49:13
94:22
concern 80:11
188:25
concerning
247:17,21,25
249:1,5
conclude 144:11
145:8
concluded 148:5

323:25
concludes 86:15
concluding 72:1
299:24
conclusion
72:19 74:6
144:15,19
147:4 148:9
conclusions
131:25 134:19
141:5 148:8
conditions 18:24
92:24 265:7
321:17
conduct 202:15
246:22 257:14
conducted
141:21 245:10
245:19
conference
107:8 108:1
conferences
10:8 243:20
confident 142:3
142:7
configuration
317:4
confirm 140:13
196:7 200:23
connection
15:17 34:22
114:3 118:24
132:17
consequence
287:8
consider 33:17
40:12,20 47:18
68:24 92:3
93:10 95:3,6
107:4 130:18
177:25 185:11
250:16 274:7
301:8
consideration
39:14 133:12
considered 34:7

34:12 36:3
37:11 38:18
39:6,10,11,12
39:18,21 40:1
40:4,8,11 71:6
79:10 91:5
92:7 96:22
105:12 128:23
222:21,25
225:20,25
230:22,24
231:8 237:4
considering
35:10 229:14
238:4
consist 246:17
consistent 18:2
245:1 280:17
280:20 286:10
296:23
consists 310:20
constant 127:11
constituents
71:19
construction
18:1
consultant
242:24
consultants
171:7 190:19
consumed 289:6
contacted
301:24
contents 212:7,8
224:3 225:1
context 204:17
continue 80:3
147:18 186:22
267:8
continued 4:1
5:1 6:1 7:2
control 49:25
50:21 196:20
197:1 249:10
256:10 317:15
controlled 82:6

controls 49:22
50:3,7,12,19
52:12,15,20,25
53:6
copied 12:22
copies 12:24
copy 11:15
12:15 13:3
14:21 16:6
29:14,18,21,22
34:1 132:6,7,8
136:17 221:10
268:12 303:7
corner 196:11
203:21
correct 9:8,9,13
9:14 11:20
14:15 30:8
31:1 39:7
51:12 55:2,3
63:12 67:23
68:5 70:2 84:3
95:20 96:7,10
132:21,22
142:10,13
159:10,13
161:5 162:2
164:1 165:17
169:2 180:3,4
180:11 182:11
187:1 190:5
196:9,13
201:20 213:3
213:10 221:11
221:15 225:19
225:20 227:17
245:5 248:18
249:18 251:23
259:13 264:15
264:23 268:20
271:20 272:13
277:24 285:18
285:19 286:18
289:23 291:5
291:12 292:11
293:12,19,23

294:10 295:6
304:15,16
312:22 318:11
318:22
correctly 34:20
52:23 59:18
96:6 131:16
154:18,25
160:19 163:25
164:10,19
166:14 167:19
167:25 191:7
191:18 192:1,4
204:6 212:22
214:3 220:4
222:21 246:18
264:4 265:8
266:20 283:14
292:13 297:25
correspondence
211:12
corrosion
229:19
cost 123:3
couldnt 109:21
226:19 230:8
counsel 110:10
116:2 218:19
222:15 261:13
261:20,23,25
276:3 324:6
count 297:4
counted 127:24
county 1:1 324:2
couple 61:4 86:2
109:25 114:24
115:20 145:16
246:9 268:16
305:8 322:3
course 21:17,18
110:7 177:4
243:5,12,22
244:10,11
245:7 306:10
315:8
courses 21:23

243:14
**court** 8:12
278:25 324:3,8
324:9,10
**cover** 18:13
222:1,6 223:21
225:18 227:9
262:14
**covered** 6:18
41:5 158:1
209:20 225:21
226:3 244:13
255:2 260:8,12
293:3
**covers** 112:13
177:17
**crack** 82:10
87:11,22 88:2
88:12,19,24
89:6,8,10 97:4
97:12 98:3,5,9
101:25 105:14
126:23 267:25
279:23
**cracked** 65:23
135:11 145:4
147:7
**cracking** 86:21
127:9,9 132:25
133:5,16
148:24 150:9
150:10 179:9
214:13 215:5
215:16 267:19
270:13 279:18
279:21 281:18
299:15
**cracks** 41:17
42:11 58:19
63:20 87:13,18
89:14,18 90:3
90:5 97:10
98:9,10,10
130:19 133:1
134:25 135:11
148:1,1,2,3,19

150:11,12,13
163:3,5 248:16
267:7,8,9,11
267:21 279:25
280:2,9 283:5
**create** 89:15
170:3 174:9
267:21
**created** 313:7
**credentials**
306:25
**criteria** 52:15
74:23,23,25
97:19 100:25
181:10
**critical** 281:3
**crr** 324:3,16
**cumulative**
67:17 230:23
**current** 33:20
37:6 110:13
112:7 113:3
118:24 145:21
146:6 167:6
320:5,10 321:5
322:1
**currently**
160:15 178:11
276:21 309:7
**curriculum** 3:18
6:7
**curve** 127:15,18
127:21,22,23
127:25 128:1
287:8 291:23
**custody** 139:17
139:20
**customers** 67:3
**cut** 36:19 241:19
**cv** 10:5 16:7
303:3,5,6
304:14
**cycle** 40:22

————————
**D**
————————
**d202cv** 1:6

**damage** 102:7,8
**dan** 86:3
**data** 4:5 128:14
132:11 144:2,3
144:4,5,7
145:7 146:16
146:17 168:12
169:1 273:17
274:5 275:14
275:24 305:13
305:14 315:16
315:18 317:5
320:21,23
**databook** 5:11
**date** 29:22 30:10
34:7 119:1
169:25 223:25
225:23 227:24
303:9 324:9,16
**davidson** 324:2
**davis** 2:13,16
3:3,5 9:5,7,17
11:13 13:1,6,7
14:19 15:9
16:4,23 21:3
26:17 27:18
29:7,16 30:4,5
30:23 31:8
35:3 38:8 39:2
40:24 42:3
45:25 46:4
48:18,24 54:21
55:1,9 56:4,17
58:5,7,8,13
59:3,11,24
60:13 61:1,6
61:23 66:13
69:20 72:10
73:23 74:8
77:24 78:9
81:7,18 82:2
83:1,10 84:2
84:12,18 85:6
86:10 87:23
88:4,9 89:1
93:15 95:13

97:7,13 98:20
99:3,15 100:15
102:21 103:4
106:1,10 111:1
111:5,8,12,14
111:15 112:14
114:2,14,19,22
115:1,4,21
118:19 120:23
122:23 124:15
124:21,24
127:13 129:13
129:16 130:1
131:2,4 132:1
132:5,10,14
133:19 134:1
134:10,20
135:2,24 136:8
136:11,15
137:8,15 143:1
146:14 149:13
150:16,23
151:8 152:20
154:1,6 156:9
158:11,19
159:3,24 160:3
160:7 161:3,12
161:18,24
162:6 171:13
173:5 174:18
175:7 176:8
178:22 179:14
180:1,7,14
181:24 183:2
183:18,21
184:11 187:15
188:1,7,17
189:6,10 190:1
190:14 192:2
193:16 195:1
195:11,17,20
195:23 196:24
200:4 201:1,14
202:22 204:23
206:14 207:7
208:1,12,19

209:14,23,24
210:6,15,16,23
211:7,11,23
212:1 217:15
218:1,17 219:3
219:10 221:5
229:11 230:10
232:1,7,15
233:1,11 234:2
236:18 237:9
240:12,16
241:4,7 245:18
246:1,13
252:18 255:1
260:21 268:6
268:10 275:15
276:13,23
279:2,6 280:7
281:13 285:2
287:1,9 288:18
288:22 292:20
292:23 294:5
296:9 297:2
298:23 303:20
303:23 304:12
304:19,23
305:4 309:1,8
312:3,9,21
313:14,23
314:22 316:8
317:14,20
318:15 319:5
323:6,20
**day** 183:8
324:13
**ddsa** 115:17
227:13 228:5
236:7,23
**ddsas** 236:25
**deal** 166:8 216:4
243:16 250:1,4
**dealing** 6:17
209:17 251:22
318:9
**deals** 6:20
165:16 188:20

189:12,13,20
209:6,25
**dealt** 73:10
243:6,12
249:19 318:10
**death** 27:6 28:4
**debatable** 40:15
40:16,17
**decades** 186:3
**decease** 214:9
270:17
**december** 253:3
**decided** 262:1
**deciding** 256:12
**decipher** 225:4
**decision** 103:13
**decisions** 257:25
**decrease** 146:5
214:2,10
266:17,25
**decreased**
149:23 214:21
272:13
**decreases**
213:25
**deems** 235:14
**deep** 87:14
268:24
**defect** 73:25
74:3,4,11,12
74:13,16,16,20
75:4 156:23
157:8 161:11
**defective** 161:5
240:6
**defendants** 1:10
1:16 2:12 8:2
**defer** 43:19
**define** 26:15,19
27:3,8,13,23
27:25 28:2,8
44:16 74:2
90:13,16,23
99:14 102:13
102:24 156:25
235:4

**defined** 28:7,25
99:2 103:2
157:10 205:25
**defines** 27:4
178:10
**defining** 98:19
102:19
**definite** 314:25
**definitely**
148:11
**definition** 27:20
28:20 29:6
90:23 102:11
102:18,19
103:5 122:7,8
122:9 156:23
157:8 204:3
**definitive** 5:10
264:23
**degradation** 4:8
4:11 6:18,21
6:25 18:14,16
18:19 19:7
34:8 37:11
38:18,21 39:6
39:12,17 40:6
40:11 41:4,12
41:24 42:25
43:3,12 44:3
44:20 47:19
53:13,15,16
54:9,11,12
55:6,24 56:11
63:2,19 64:7
65:13,14,16,25
69:15 72:2,6
72:20,23,25
73:1,15 79:1,4
79:10 84:10,14
84:21 85:19
86:15 103:23
107:5 132:20
142:20,21
144:12 147:21
148:9,15
149:15 186:18

186:24 187:5
188:22 189:1,1
189:14,20
190:11 191:5
191:16 192:16
192:21,24
193:10,25
202:1,2 203:1
203:8,11 205:1
205:12 206:25
207:16 209:8
209:19 210:3
210:10 211:21
213:22,25
215:11,13,17
230:6,9 237:4
238:5 239:15
240:25 255:16
256:18 260:11
260:15,19
263:2 266:9
275:2,9 279:16
281:1,9 282:22
283:2,22 295:8
295:20 297:17
298:7 320:6
**degrade** 122:6
**degraded** 87:3
**degrading**
149:10 239:12
240:7
**degree** 23:25
152:22 164:5
**degrees** 306:21
**delayed** 230:22
**delete** 286:20
**demonstrate**
160:12
**density** 50:14
127:5 219:24
**department**
22:13
**depend** 123:18
**depending** 53:9
53:21
**depends** 53:18

70:17 139:2,3
139:4 150:6
164:5 197:10
197:20 265:23
267:11 268:23
287:22 295:20
319:3
**depicted** 176:20
**deplete** 78:11
83:12
**depleted** 77:18
254:5 277:3
**deposed** 9:12
**deposition** 1:14
3:11 8:1,15
9:20 60:1,3
110:24 111:3
118:10 241:15
253:1 263:10
305:16 324:4
**depositions**
12:24 110:8
241:10
**derived** 168:22
**describe** 81:23
239:12
**described** 27:11
75:15 150:21
192:18 321:20
**describes** 166:8
**design** 5:12
21:17 34:10
49:19,22 50:2
50:7,12,19,20
52:11,15,20,25
53:1,5 73:25
74:3,4,11,12
74:13,20,21
75:4 81:9
82:20 87:20
88:1,8,16,17
89:3,5,24
96:25 97:1,15
97:17,19,19
100:13,22,25
102:1 105:13

113:5,15,20,25
113:25 115:12
115:14 116:14
116:19,23
120:8,11,11,20
120:22 121:2
121:21,21,22
122:11,11
126:11,17,18
126:21 156:23
157:8 161:11
169:11 172:8
189:7 225:2
227:11 233:20
235:11,14,22
236:1,2,4
237:18 242:5
242:11,16
243:15,17
249:20 250:9
250:14 262:24
262:25 301:10
314:2
**designed** 74:22
74:24 87:21
91:11 100:14
102:2 127:6
242:11
**designer** 100:18
101:21
**designing** 21:12
21:21 50:19
100:23,23
**detail** 193:15
226:3 308:17
**detailed** 320:22
**detection** 44:15
**determination**
275:5
**determine** 66:12
83:22 198:19
259:1
**determined**
231:9 256:17
265:17
**determining**

Russell F. Dunn, Ph.D., P.E.

178:15 231:15
232:22 260:10
**develop** 49:16
88:19 97:4
98:2,5 128:1
**developed** 109:1
**developing** 21:9
49:7 50:19
89:10 90:18
242:7 252:12
293:16
**development**
53:1 164:17
167:12 242:16
262:7
**develops** 41:17
42:11
**deviated** 141:3
**device** 5:12 6:22
18:6,18 19:6,7
19:17 20:17
24:12,18 26:14
26:19 28:10
32:9,12,16,24
33:2 37:19
38:6 45:17
50:11,20 51:21
51:23 62:23
71:15 90:2,20
90:21 91:6
92:23 94:14
96:3 113:6,16
115:14 119:16
121:5 122:18
122:19,20
123:8,10,11,15
123:17,20
152:1 153:18
157:21 160:13
160:15 163:22
164:23 166:9
167:12,17
173:9 178:18
180:10 182:11
193:1,2,25
194:6 208:22

210:3 227:11
230:23 231:12
232:14 242:12
242:12,24
249:10,12
250:9,14,15,22
252:13 259:18
259:23,24
301:20,23,25
302:3,13
308:11
**devices** 4:18
19:23 20:21
24:17 26:9,12
26:13 28:23,23
30:17 32:4,7
42:9 49:7,17
49:23 50:3,5,8
51:1,3,4,6,9,11
51:16 52:3,4
52:25 53:1,3
66:2,16 71:15
91:2 94:23
97:3,22 102:22
102:25 104:5
104:11 121:2
152:6 158:8
159:9 160:24
164:6 165:2
169:1 173:17
177:24 178:7
179:19 184:18
185:2,9,17,22
185:24 188:10
189:15 193:9
216:19 217:2
217:16,18
231:22 241:24
242:3,6,8,14
242:17,19,20
242:21 243:7
243:13,17,21
243:24 245:8
249:2,5,16
250:2,12
251:18,19,23

252:2,6 305:22
305:23 306:5,8
**dfmea** 34:23
35:5 46:10
47:24 169:5
221:6 222:1,5
226:16 227:8
**dfmea0000330**
3:22
**dfmeas** 36:2
38:5
**dhf** 227:24
228:2
**diameter** 50:13
**didnt** 17:19
29:20 31:3
32:18 60:8
62:1,5 75:19
75:21 92:8
102:14,14
107:4 108:7,8
110:21 111:10
114:15 118:3
118:12 119:11
119:12 124:18
125:23 129:1
129:16 130:25
138:16,17
140:5,13 149:7
155:14 158:13
162:12,13
171:23 173:24
180:3,18
181:15 190:15
191:24 193:13
197:16 200:9
200:17 201:12
211:1,14
226:15,23
239:21 240:1
245:16 263:14
266:14 269:5
271:2 279:3
282:6 286:3
298:14 319:19
**difference** 68:7

68:15 199:6
269:6 276:11
314:25
**differences**
147:6 164:6,7
187:7 197:13
197:18,25
198:7,18 254:1
276:7,25
**different** 17:14
18:2,23,24
19:1 20:3,4
27:23 28:21
40:12,13 45:3
50:4,4,17 51:3
53:20 67:3
69:3 83:19
85:14 91:1,2
117:15 128:6,7
128:9,13 146:1
159:6 172:14
182:23 186:18
193:4 197:8,11
197:12,18
198:16 199:20
205:3,6,7,13
205:17 207:16
255:23 257:16
272:2 274:3
276:2 278:3,5
280:15 290:3,7
290:18 291:7,8
292:12,15
293:18 309:4
310:20 316:1
317:3 321:8
**differently** 87:7
100:12 199:10
**digits** 223:14
**direct** 67:2
190:22 215:5
**directing** 177:7
177:11
**directive** 24:12
**directly** 148:25
256:14 316:19

**disagree** 7:4,8,9
44:1 97:8
144:18 204:8
216:25 217:9
217:22 218:7
218:24 228:7
**disagreeing**
144:22
**disclaimer** 154:9
**discovery** 110:9
**discuss** 26:8
30:25 61:9
72:15 112:17
112:18,19
115:23 116:6
260:5 263:6
297:8 299:11
**discussed** 71:24
125:10 251:11
255:5 259:8
305:12,21
**discusses** 71:9
**discussing**
186:21 284:5
309:6
**discussion** 45:13
222:15 286:20
**dispute** 159:11
**distance** 87:10
87:11
**distinguish**
187:7 199:5
**distortion**
219:23
**distribution**
143:14 144:23
145:9 146:11
146:24 147:16
149:11,20
269:6 270:23
282:1,2,8
322:12
**district** 1:2
**division** 22:15
**dltdp** 138:25
139:5 142:8

Russell F. Dunn, Ph.D., P.E.

| | | | | |
|---|---|---|---|---|
| 290:5,22 | 48:22 49:2 | 275:2 299:19 | 108:13 109:21 | 259:20 262:9 |
| **dltp** 293:11,17 | 67:4,8,15,18 | 300:11,25 | 109:22 114:7 | 262:11,12 |
| **doctor** 45:17 | 67:21 84:25 | 315:6,9 316:7 | 115:6 116:3 | 263:6 267:23 |
| 65:19 66:1 | 85:8 93:6 98:1 | 316:23 317:5 | 118:18,21 | 268:12 270:4 |
| 100:17 103:18 | 105:11,13,18 | 317:11,13 | 124:21 129:19 | 270:22 273:18 |
| 103:22 218:15 | 105:20 106:15 | 318:17,18 | 133:10 138:22 | 276:20 278:20 |
| 246:8 259:10 | 108:10 110:9 | 320:22 | 140:4,19 144:6 | 278:22,23,24 |
| 259:10,14 | 114:6,9 115:9 | **dogs** 5:17 | 146:4,12 148:5 | 280:6,8,9 |
| 314:9 317:18 | 115:10 116:24 | 147:23 272:3 | 148:17 149:10 | 283:19 287:4 |
| **doctoral** 249:18 | 117:15 125:15 | 319:20 | 154:12 157:7,9 | 290:25 292:5 |
| 250:1 | 129:21 140:1 | **doing** 42:16 | 157:13 158:24 | 293:22 294:11 |
| **document** 14:4 | 151:18 159:1 | 44:18 57:2 | 159:11,25 | 294:13,20,21 |
| 14:6,6,9 25:13 | 179:18 183:3,6 | 80:3 82:8,9 | 161:22 162:4,8 | 295:13 297:25 |
| 25:24 26:5 | 192:11 194:21 | 85:17 90:11 | 166:20 170:16 | 299:16 302:16 |
| 30:17 39:23 | 222:3 225:4,7 | 104:14 118:11 | 172:11 176:22 | 302:19 304:24 |
| 68:1,3 71:10 | 225:8,12 | 152:1,7,8 | 179:8,9,11 | 304:25 308:1 |
| 71:13 75:14 | 226:16 227:1,6 | 194:1 202:10 | 181:15 188:13 | 308:17,17 |
| 85:10,25 87:24 | 227:15 228:17 | 225:4,15 | 188:14 189:8 | 309:2 313:4,5 |
| 87:25 88:16 | 235:13,21 | 255:18,21 | 190:17 194:19 | 313:24,25 |
| 96:25 97:1,2 | 237:1 238:12 | 319:3,14 321:7 | 195:15,19 | 315:10 316:9 |
| 97:16,17,21 | 239:21 279:3 | 321:14 | 196:22 197:14 | 318:7 319:21 |
| 98:8 117:7 | 301:3 303:21 | **dont** 11:5 18:20 | 197:16 199:4 | 321:11,15,15 |
| 125:6 153:24 | **doesnt** 15:4 17:9 | 20:19 22:7,8 | 199:17 200:17 | 321:19,19 |
| 155:3 156:12 | 17:10 19:10 | 22:17 24:10 | 201:8,10 202:8 | 323:23 |
| 159:19 171:1 | 44:11 87:2,2 | 25:3,3,13 | 204:10,10,16 | **dot** 23:6 |
| 180:15 184:8 | 93:4,11 96:11 | 33:23 37:21,21 | 205:7 206:7,8 | **dozen** 219:8 |
| 192:22 203:6 | 103:18,19 | 38:4 43:25 | 206:16,16,19 | **dr** 3:14 9:6 |
| 208:9 217:10 | 123:1,7 128:16 | 44:13 46:7 | 207:2,11 211:6 | 24:18 26:12 |
| 218:22 222:13 | 133:4 149:25 | 49:20 50:23 | 211:22 215:9 | 42:8 43:5,19 |
| 223:8 224:12 | 149:25 160:4 | 51:5,7 54:22 | 215:14,15 | 54:20 55:20 |
| 229:1,1 235:8 | 174:9 175:11 | 55:13 56:3 | 225:11,12,13 | 58:3,9 59:14 |
| 237:7 239:19 | 177:10 185:10 | 57:14,25 58:2 | 226:18,19,24 | 59:18,25 60:2 |
| 245:5 265:1 | 188:25,25 | 59:7 60:14 | 228:6,9,16,17 | 60:8,15,21 |
| 271:16 283:20 | 190:8 201:23 | 61:8,17 62:3,8 | 230:4,11 | 61:14,21,24 |
| 286:11 297:21 | 236:12,13 | 64:15,16 65:17 | 232:12,16 | 85:1 107:9 |
| 316:12,20 | 237:5 259:19 | 65:17 66:17 | 233:2 234:1 | 108:2 109:20 |
| 318:13 321:18 | 271:2 272:19 | 67:7,21,25 | 235:4 236:6,22 | 112:11,17 |
| **documentation** | 275:24,25,25 | 70:25 72:6,7 | 237:2,22 238:3 | 115:23 117:14 |
| 92:22,24 | 287:7 315:20 | 72:15 73:22 | 238:3 240:2 | 131:5 134:23 |
| **documents** 3:17 | **dog** 129:4,24 | 76:2 78:16 | 241:8,14 242:3 | 135:14 136:20 |
| 9:22,23 10:1 | 132:11 140:12 | 79:20 84:22,23 | 243:4 245:4,21 | 137:22 179:15 |
| 13:18,21,25 | 142:14,19 | 87:14 88:10 | 246:3 248:8 | 184:12 190:2 |
| 15:14,18,21 | 145:21 149:22 | 89:22 91:18,22 | 252:14,17 | 193:6 195:24 |
| 25:5 26:8 | 190:15,17 | 91:25 92:1 | 253:15 257:8 | 200:12 201:2 |
| 28:13 29:19 | 268:13 271:1,6 | 95:14 98:25 | 257:25 258:13 | 201:25 208:4,4 |
| 45:9,22 46:5,6 | 271:20 273:10 | 102:17 108:7 | 258:20,23 | 208:6,20 239:6 |

241:3,8 256:15
264:19 271:4
272:25 285:25
286:7 296:16
309:8,16 321:1
**dramatically**
316:2
**drew** 127:23
**drug** 23:23 24:6
26:7
**duces** 3:11
**ductile** 58:18
101:21 267:5
**ductility** 279:10
279:17
**due** 273:6
**duly** 9:3 324:8
**dunn** 1:15 3:12
3:14 8:1 9:1,6
13:11 58:3,9
59:14 85:1
115:23 117:14
131:5 134:23
179:15 184:12
190:2 193:6
195:24 201:25
208:5,20 239:6
241:8 271:4
272:25 296:16
309:8,16 321:1
**duration** 86:18
**duty** 82:23
**dvltp** 291:13

**E**
**earlier** 111:23
155:5 158:16
158:20 250:8
262:14 264:24
314:4
**early** 257:19
**ears** 192:5 256:9
**easier** 288:23
**easiest** 75:18
**easily** 41:9 75:12
76:23 77:4,6

77:15,16 149:4
219:25 244:8
250:12 259:22
267:6 279:14
282:4 295:5,14
**east** 129:12
**easy** 11:9 39:19
279:11
**eec** 24:12
**effect** 19:11
27:17 28:4
29:4 41:10
43:6 45:13
57:18 58:16
64:2 70:3 72:8
73:3,6 92:9
100:3 112:2
113:2 124:1
214:8 215:1
253:11,12
268:18,23
270:21 272:19
283:12 284:2
289:16 292:16
298:25 300:15
300:19
**effective** 128:17
160:14 161:8
**effectively** 122:3
122:13
**effectiveness**
123:2 160:23
**effects** 4:13
18:12,18 19:7
26:23,25 27:1
27:16 28:9
30:16,21 31:5
32:3,6,8,13,19
32:25 33:3,6
41:4,23 42:2,7
42:24 43:3,11
43:12 44:12,25
45:7 63:2,24
64:7 68:12
90:18 91:24
92:2 94:21

151:11,18,23
156:20 162:18
164:16 169:12
171:10 178:18
178:21 230:23
249:25 252:12
260:5
**effort** 104:3
135:8 166:12
**eight** 223:13
**eightyear** 86:18
**either** 13:1
15:22 51:7
68:1 72:17
142:20 305:16
**electron** 63:19
130:15 199:13
246:19
**element** 123:17
**elements** 80:17
**elongation**
128:11,12
149:17,22
268:19 270:17
273:9,10 274:2
274:3,8,9,11
274:13,15,19
274:25 275:10
275:24 281:2
282:22 315:20
**email** 5:6
**embrittle** 126:22
300:15
**embrittled**
268:25 298:4
299:5
**embrittlement**
5:20 179:10
214:12 215:4
267:15,21
268:24 279:18
281:4 283:2
291:24 300:19
313:25
**employed** 69:8
**employee** 324:6

**en30993** 229:24
**encompassing**
68:18
**ended** 242:2
**endorses** 154:23
**ends** 147:1
**engagement**
302:15
**engineer** 83:14
92:6 183:9
189:5 199:17
250:20 308:24
**engineering**
20:6 21:15,20
21:24,25 23:7
162:10 183:10
231:18 306:22
314:15,19
**engineers** 10:24
49:20 151:22
**english** 98:21
220:9
**entire** 46:10,20
47:24 48:2
87:4 137:6,10
143:8 217:12
**entitled** 5:19 6:3
**entry** 228:21
230:20,21
**environment**
102:9 122:3,16
193:1 295:20
**environments**
82:6
**epa** 23:6
**equivalent** 13:15
160:14 274:8
**erf** 4:5
**ergonomic**
230:23
**especially**
173:19
**esquire** 2:3,7,13
2:14
**essential** 88:16
89:4 97:21

98:1 116:12
117:5
**essentially** 12:25
41:14 145:1
**establish** 49:25
232:11
**established**
232:9
**establishing**
232:17
**esther** 1:3
**estimate** 83:20
168:21 251:13
**estimated**
173:21
**estimating**
168:12
**estimation** 94:17
104:5,10,14
167:23
**et** 8:8
**eth** 3:23,24 4:3,6
5:13,18 125:25
223:11
**ethicon** 1:7,7
6:23 25:6 34:7
34:18 36:6,23
37:10 38:18
40:5 44:8 45:9
47:11 67:19
68:3 72:5,17
79:9 80:18
81:20,24 84:8
85:19 88:15
95:5 97:2,23
107:3 112:2
113:5,15 114:8
115:2,10
116:25 162:22
172:3 190:12
201:19 210:7
210:18 225:22
236:8,12 251:7
251:8 258:17
292:8 293:22
296:24 301:3

302:25 305:16
309:3 310:14
313:8
**ethicons** 19:13
20:23 21:9
53:12 55:23
56:10 63:11,22
64:18 65:4
67:5,9 72:24
114:4 115:24
116:6 117:18
235:3 236:6,22
238:17 315:9
**ethilon** 5:15
147:7 273:22
**evaluate** 33:12
40:7 42:24
43:11 55:23
56:10 57:16,17
70:23 78:5
88:23 89:20
103:18,22
105:15 144:25
160:23 179:5
196:19 226:13
238:6,17
264:14 290:8
297:20
**evaluated** 61:25
63:15 65:13
70:18 171:11
173:18 201:24
226:13 245:12
260:1 261:1
299:2
**evaluating** 38:11
39:17 57:2
65:4 70:16
170:19 238:1
252:7 259:7
301:14
**evaluation** 4:18
4:19 34:13
39:14 63:20
164:16 175:1
185:2 188:10

297:9
**evaluations**
63:17,18 82:10
94:22
**event** 196:10
**eventually**
267:13
**everythings**
145:10
**evidence** 134:9
147:9,20
150:17 163:6
169:1 171:6
183:3 206:1
215:17 247:5
300:10,23
**evidenced** 324:9
**evidencing**
132:20
**exact** 36:14
226:6 290:15
310:3,7 317:12
**exactly** 6:23
50:23 89:12
99:13 155:3
204:7 207:19
210:8 234:25
290:14
**examination** 3:3
3:4,5 9:5
283:17 309:15
317:20
**examine** 126:14
258:19 262:23
**examined**
202:24
**examines** 203:8
**example** 36:6
48:9 71:11
80:4 86:5 95:1
151:17 168:13
171:2 192:14
209:8 255:8
322:7
**examples** 71:12
71:17 91:3,14

92:14,25 93:18
94:3 95:17,25
96:8,12 162:23
168:16,19,23
187:5
**excellent** 212:18
219:21
**excerpt** 46:17
264:22
**excuse** 18:7
223:22
**exemplar** 110:9
110:14,20
111:18 139:13
142:12 263:1,6
263:19
**exemplars**
111:10 141:24
**exercise** 119:5
**exhaustive**
15:25
**exhibit** 3:9,13,16
3:17,18,19,21
3:24 4:3,5,7,10
4:13,14,17,20
4:21,22,23 5:3
5:5,6,7,8,10,12
5:14,19 6:3,7,8
9:15,16,19
11:11,12,14
14:17,18,20
15:7,8,10,11
15:13,14,19,23
16:2,3,5,12,21
16:22,25,25
17:4,4 29:23
30:2 31:1,16
33:19 34:25
35:1,2,4 37:8
37:14,20 38:9
45:20,23 46:9
46:10,17,20
47:8,24 63:4,5
67:17,22 68:2
68:5 86:8,9,11
86:14,25 95:10

95:11,12 107:7
109:24,24
110:2,6 111:23
113:10 118:25
119:15,18
131:5 132:2,3
132:4,9,15
136:9,9,13,14
136:16,18
137:1,3,13,14
137:16,20
141:14 142:15
143:4,8 144:9
151:6,7,9,10
152:2,12,14,17
152:17 153:8
153:14 154:3,8
163:10,10,14
172:21 176:18
176:23 177:21
179:12,13,15
180:21 181:5
181:19,25
183:19,20,23
184:12 187:23
187:24 188:15
188:15,19
189:11,19
190:23,25
193:17 196:3
202:20,21,23
203:7 207:24
207:25 208:2
211:8,8,9,9,24
211:25 212:2,3
215:8 218:12
221:3,4,15,18
222:4 225:17
226:16 227:21
228:12,15,20
228:22 229:2,3
229:6,13
230:19 233:17
234:4 237:11
253:16,19,21
255:7,10,24

262:15 263:2
263:23 264:1
268:8,9,11,15
271:13,13
277:2,6 284:24
284:25 285:3
294:3,4,8
295:23 303:3
303:10,14,18
303:25 304:4
304:14,17,18
304:24 305:2,3
305:6,9 317:23
318:1 319:11
320:4,11,12,13
320:14,15,16
320:17,20,22
321:3,7,14,21
321:23
**exhibits** 4:1 5:1
6:1 12:16
110:9 188:16
188:18 211:10
211:11 221:13
300:13
**exist** 19:9 90:7
170:13 227:8
277:21 296:20
**existing** 32:24
164:15 167:16
224:6
**exists** 74:14 90:6
127:25 166:11
167:17 169:25
258:25
**expect** 42:18
149:16 150:3
197:18,25
198:17 201:2
235:20 270:16
270:22 272:16
274:2
**expended** 77:15
**expensive**
123:25
**experience** 45:5

Russell F. Dunn, Ph.D., P.E.

49:6 50:25
51:6,10,20
52:2,24 104:7
121:21 167:13
183:11 208:7
242:4,15 250:8
250:10,13,25
251:9
**expert** 3:13,16
3:19 24:18
43:5 62:24
169:2,17
183:10 189:4,7
252:24 253:4
259:16 302:12
306:6,8,17,24
307:5,7,10,16
314:8
**expertise** 39:13
45:2 55:23
56:9,14,16,22
56:24 57:2
58:9,14 59:2,5
59:15,19,21,23
60:9,15 62:3,8
63:1 64:7
69:22,24 70:1
70:15,19,24
76:10 77:25
78:5,13,15,19
78:20,21,23
100:6,19,21
101:4 112:22
112:23 161:2
179:1,24
180:11,16,18
180:19,22
211:19 238:14
238:16,20
259:6 260:9
264:14,17
301:7,17
302:14 306:4
307:19
**experts** 257:24
258:12 302:5,7

308:5,10
**expiration** 324:9
324:16
**expires** 324:17
**explain** 13:8
15:11 18:5
21:6 60:15
66:3 68:7 77:2
77:13 81:3
86:14 107:11
107:25 160:22
162:16 168:4
174:4 185:7,15
186:10 199:11
239:10,13,13
240:8,13,17,20
271:22
**explained** 251:5
**explains** 185:1
**explanation**
51:17 138:3
273:20
**explant** 144:13
146:6 147:10
245:12 257:8
257:10,13
258:17,19
259:4 299:6
320:7,9
**explantation**
299:12
**explanted** 6:5
246:6 247:4
274:16,17,20
299:7,9 307:20
**explants** 56:25
57:5,19 65:14
72:24 79:17
80:5,8,13 82:5
82:7 90:7
246:6,21 257:6
257:16,20,22
258:1,3,4,7,9
258:11,11
259:1
**explore** 215:18

**exposure** 138:7
138:8
**express** 20:22
99:5 103:8
309:2
**expressed** 64:18
73:24 81:19
292:7
**expressing**
74:10 121:14
162:1 170:19
**expressly** 183:5
229:14
**extend** 205:20
206:6,7,16
**extended** 73:18
206:9 250:12
**extensive** 250:10
**extensively**
186:6
**extent** 43:22
74:6 118:2
164:15 203:1
206:24 286:6
**external** 171:7
190:19
**extra** 123:17
136:17 146:20
194:20
**extracting**
194:24
**eye** 266:12

————————
**F**
**face** 222:5
**facetious** 89:23
**facility** 249:11
**fact** 28:1 40:15
41:8 45:8
67:25 73:9
75:11,24 76:22
76:25 77:9
105:9 159:8
182:6 186:2,4
190:18 193:8
199:25 201:16

202:24 215:12
215:14 228:8
228:20 236:12
273:21 275:23
279:23 280:14
284:6 285:11
285:15 286:2
286:16 292:8
292:13 296:23
300:23 309:24
316:1,25 318:8
318:16
**factor** 101:10
**factors** 265:23
275:21 280:15
**fail** 101:6
**failed** 162:15,20
163:2
**failing** 239:12
**failure** 4:13 6:9
10:15 26:23,25
27:1,15,17
28:9 30:16,21
31:5 32:3,5,8
32:13,19,25
33:3,6 34:9,12
34:17,18 37:12
38:12 40:4
41:13 44:3,12
44:21,25 45:6
66:6 68:12
88:24 89:11,15
89:18 90:1,14
90:18,19,23,24
90:25 91:3,7
91:23 92:2,3,8
94:20 95:7
151:11,18,23
156:19 162:18
169:11,13,19
170:10,15
171:10,21,23
172:2 242:18
243:21 250:11
250:17 252:12
301:12 313:21

**failures** 162:23
**fair** 16:13,17
30:24 31:14,17
47:4 50:24
67:16 155:13
206:23 222:4
252:8 257:5
272:11 286:19
287:14
**fairly** 47:2
148:18 274:14
**fairness** 15:20
**fake** 155:20
**fall** 150:11
**fallen** 150:18
**falling** 89:25
90:6
**familiar** 17:2
24:21 31:14
97:14,20
127:14 159:16
188:2 216:21
216:23 230:1
256:19 257:24
271:16 299:2
**far** 148:22
149:16 150:3,8
182:21 190:25
239:3 266:15
**fashion** 207:16
**fast** 77:8
**faster** 123:5
**fault** 44:2,5,14
44:17 92:24
**fayolle** 283:8,11
283:16 284:1
285:7 286:7,20
**fayolles** 283:20
284:9 285:12
286:11,15
287:5
**fda** 5:5,6,7,8
6:23 24:2
158:2,21 159:1
159:13,22
160:12,23

Russell F. Dunn, Ph.D., P.E.

179:17 180:9
181:11,14
183:9,14
186:10 188:9
202:5,16,24
203:7 205:25
206:9,19,23
210:8,17,25
211:13 217:12
232:2 233:3
235:17
**feature** 281:9,16
281:23 282:11
282:21 283:1
**features** 281:1
281:15
**fed** 171:9
**federal** 22:12,16
22:25 23:1,11
23:16 202:16
**feed** 174:6 177:6
**feeding** 169:6
**feel** 17:16
106:24 107:2
110:21 239:4
241:18 287:4
313:24
**felt** 17:22 119:5
119:10 155:14
171:3 302:6
**female** 307:10
**fentons** 64:10,13
**fiber** 50:13
127:5
**fibers** 247:3,4,8
299:15
**field** 169:1 179:1
301:7
**fields** 301:16
**fifth** 146:24
263:22 294:22
**fifthto** 297:4
**figure** 41:7,11
76:24 94:10
130:5 199:18
207:5 240:23

264:22 265:3
265:13 266:17
280:25 281:5
283:19,21
284:4,7,8,9,12
284:15,16,17
284:18 285:8
285:12,15,16
285:16,17,20
285:21,22
286:1,6,8
287:6,10,12
288:12,14,17
288:19,20
289:3,13,17
290:11 291:3
293:5,8 316:13
**figures** 212:9
286:3
**file** 14:7 92:25
175:2,4 222:20
223:2,9,10,21
223:24 224:21
224:23 225:3
227:24 228:2
233:20 235:12
235:17,22
236:1,2,4
**files** 167:18
**final** 147:8
**financial** 175:23
**financially**
176:16 324:7
**find** 12:5 28:17
29:2 35:17
46:20 49:2
60:7 87:2
105:2 108:15
110:4 116:5
117:14 118:3
119:8,21
125:12,18
127:24 129:9
131:5 132:6,8
135:25 187:3
198:17 221:10

222:22,24
224:16 227:24
235:20 241:19
253:17 262:15
274:23 304:5
319:25
**finding** 72:19
73:14
**fine** 12:11,17
61:6 92:10
120:13 124:18
124:22 137:7
145:10 160:3
167:2 187:15
192:8 221:20
228:11 265:2
303:18 316:22
322:4
**finish** 129:19
**firm** 2:8
**first** 3:9 9:3,8
10:15 11:1,19
29:10 31:19,20
39:19 41:6
86:17 94:3
109:4 110:1,18
110:19 119:19
122:20 123:11
123:15 124:13
125:18 126:6,9
131:12 173:21
175:6 212:11
212:18 213:15
217:13 221:12
223:17 228:14
251:17,21
262:17 263:9
265:3 272:25
286:1 287:2
317:22
**five** 84:8 101:12
204:17 219:8
231:9 232:10
232:11 246:25
254:8
**fiveyear** 129:23

148:12
**flakes** 42:11
58:19 150:11
150:17 281:18
**flaking** 145:4
150:10
**flaw** 74:13
**flawed** 126:11
126:18,21
262:25
**flaws** 126:15
262:23 263:2
**flex** 219:23
**flexibility** 58:18
279:12,22
**flexible** 41:15,21
280:1
**flight** 268:4
296:14
**floor** 5:4 90:1
164:23
**flow** 214:1
**fluoride** 148:21
**fma** 309:22
**fmea** 33:7 34:10
35:10,13,23
36:5 37:7
39:20,20 40:1
40:6 41:2
42:15,15,17
45:24 48:3,23
49:4,5 68:19
88:22 89:13,17
90:2 91:15
92:15 93:4,18
94:5 95:4
96:12,18,20,22
104:3,15
113:25 152:2
152:11,18
153:2,10
169:22 170:3,9
170:23 171:16
171:17,24,25
172:12 174:8
174:10 175:6,6

175:11,25
176:2 177:6,19
186:19 187:4
225:18,23
226:12 227:1,4
227:16 259:16
259:17,22,23
297:14 301:12
309:22,25
**fmeas** 35:6,8
36:9,14,22
37:10,14,16,19
38:10,11,17
39:5 47:2 49:8
49:10 91:16
152:4,5,7,8,23
153:13 154:3
172:18 222:16
225:21 244:1,2
244:5,12,12
309:17 310:10
310:13,16
313:1,7
**focus** 54:4
113:11
**focusing** 60:2
**folder** 137:6
303:16
**follow** 21:21
32:17,22 53:14
80:25 83:2
91:10 111:16
118:22 126:7
141:10 152:17
186:10 196:17
204:25 255:23
256:2,3 293:6
317:22
**followed** 152:23
255:24
**following** 45:19
58:25 59:13
61:12 94:11
153:4 173:19
236:20 324:9
**follows** 9:3

Russell F. Dunn, Ph.D., P.E.

**followup** 55:22
240:9 253:25
256:21 305:9
309:12
**food** 23:23 24:6
26:7
**footnote** 35:18
46:21 68:2
85:11 116:10
116:14,23
117:6,16
125:14,16,20
125:21,23
313:6
**footnoted** 13:18
13:21,24 15:22
85:8,10
**footnotes** 13:11
13:15 14:4
35:16 84:23
117:25 125:5
228:8 294:12
294:14 301:6
**foreseeable**
92:22
**forever** 215:14
**forget** 294:1
**form** 8:9 21:2
26:16 28:11
29:12 30:9
31:2 38:7 40:9
41:25 48:16
54:13,24 55:7
56:1,13 58:11
60:11 61:18
66:4 69:17
72:3 73:16
74:5 77:23
78:8 81:5
82:18 83:8
84:15 87:19
88:3,6,20
89:18 93:12
97:5 98:17
99:9 100:10
102:16 103:1

105:22 106:7
108:23 112:10
113:21 114:11
118:15 120:18
122:22 127:2
133:18,22
134:5,17
142:23 147:14
148:16 150:5
150:10,12,19
152:19 153:16
154:4 156:7
158:9,17
160:25 161:9
161:15,21
162:3 170:24
173:2 174:14
175:24 176:6
178:19 179:21
180:6,12
181:20 188:4
188:11 189:3
189:22 190:10
193:11 194:8
195:10 196:21
200:1,15 201:5
206:12 207:1
209:10 211:4
229:9 230:7
231:23 232:5
232:23 233:25
240:10,14
247:6 248:15
254:6,6,10,24
267:7 271:9,11
275:11 276:9
280:5 281:11
283:5 298:17
312:3,9,21
313:14,23
314:22 316:8
317:14 318:12
319:1 323:5
**formal** 40:3
**formalities** 8:7
**formation**

267:25
**forming** 111:18
295:11
**forms** 18:13
146:1 220:23
279:24
**formula** 322:16
**formulating**
308:6
**formulation**
229:15
**formulations**
290:8,19
**forth** 138:8
147:7 170:20
**found** 12:4,6
85:19 90:5
97:10 108:16
142:20 199:3
221:14
**four** 9:25 14:12
131:14 265:4
274:2 275:23
316:1
**fourth** 14:1,3
191:1,12
230:18,20
**fourthtolast**
64:23
**frame** 83:6,18
83:21 194:18
**framework**
188:21
**frank** 273:18
**frankly** 165:15
183:4
**front** 10:5 11:6
107:21 216:3
220:14
**ftir** 63:16 82:7
137:25 138:5,6
139:4 141:21
142:1 197:10
198:7,23 199:8
199:12,21
254:1 257:14

270:14 276:6
276:19,20,24
279:20 295:17
**full** 21:18
193:15 212:15
**fully** 101:15,15
144:24 192:12
**function** 127:21
**functional**
122:15
**functionality**
222:2
**fund** 261:15
262:1
**fundamental**
126:15 262:23
**fundamentals**
6:11 10:18
21:20
**funded** 261:5,6
261:12,20,23
261:25 262:6
**funding** 261:14
**further** 3:5 6:20
34:17 44:16
79:11 80:3
81:17,21 82:13
88:7,10 148:7
174:5 191:5,16
192:16 195:5,9
209:7 210:1,19
317:20 323:2
324:6,8,10
**furthermore**
34:11 264:1
**future** 33:2
261:19

_____

**G**

**g95** 185:6
**g951** 25:21
182:14,17
184:13
**gc** 276:12
**gears** 195:24
**gel** 130:16

143:19 146:2
**general** 20:25
25:21 28:14
53:24 83:5
98:5 120:8
133:9 138:2
184:13 195:2
195:12 241:9
243:17 249:5
258:21 268:16
270:15 271:23
274:12 275:6,7
290:12
**generally** 26:24
50:3 120:15
122:8 153:15
178:11,16,24
220:1,10,11,11
220:13,25
243:2 248:9
254:17 256:23
**generate** 201:23
**generated**
151:19
**generic** 197:7
199:25 201:16
205:22
**generically**
49:18
**getting** 66:8
81:12 89:25
145:2 169:21
185:12,14
223:7 270:9
271:4 287:25
315:6 319:23
320:8
**give** 10:3 28:1
28:19 52:6
59:9 83:5,18
83:20 85:4,4
85:12,12 92:16
92:19 94:25
95:1,2 116:9
125:18 130:20
138:2 146:25

184:24 190:6
192:5 197:12
217:3 247:24
248:17 284:18
304:1 322:2
**given** 10:7 27:12
29:5 35:11
54:7 89:7 91:3
93:1 108:23
182:22 240:7
247:20 249:9
249:15
**gives** 128:14,22
151:20 173:8
174:20 177:24
178:7 193:23
194:1
**giving** 23:14
25:23 27:4
67:3 101:10
105:4,21
130:19 183:10
192:22 273:1
320:21
**glad** 41:5 231:13
**glossary** 156:3
**go** 7:5 20:25
24:4 28:17
31:6 34:11
38:25 39:1,16
41:7,10 42:14
47:2 49:1,13
52:19 60:21
61:15 65:3
71:16 74:7
80:2 84:6
85:15 87:14
94:9,19 110:4
111:22 116:22
117:4 121:23
135:24 136:11
137:2 143:7
146:24 147:22
150:8 153:19
163:9 166:22
167:7 169:18

170:2,9,22
172:11 175:3
177:11 183:6
184:1,22
187:22 190:23
190:25 192:20
194:1 196:2
200:6 203:13
204:21 212:10
212:13 213:18
215:10,23
216:15 218:2
221:6 222:12
224:5 225:1
227:5,24
229:10 233:12
238:22 244:19
253:14 255:10
256:12 258:1
277:15 282:2
286:12 288:19
289:13 294:16
298:20 299:17
303:13 316:19
321:21 323:2
**goes** 21:13 41:15
41:18 58:18
68:20 87:10,11
100:20 148:25
160:21 164:4
164:14 174:4
177:16,18
186:10 223:19
224:24 289:8
**going** 9:10 11:8
25:22 27:15
31:11 42:19,21
44:22,23 47:18
50:22 54:9
55:14 77:22
81:8 89:2,14
90:17 91:21
92:7 101:21
104:15 124:15
124:17 129:12
137:8 140:16

150:2 160:5
166:2 172:12
172:13,13
182:25 184:6,9
186:25 187:13
187:20 193:4
193:24 197:12
203:15 204:14
208:17 209:21
215:23,24,25
215:25 216:8
217:11,24
218:14 219:1,6
220:20 222:5
223:6 229:8,23
231:3 236:2
239:23 241:11
241:13,17
245:2 248:23
256:24 271:5
272:16 273:4
273:15 275:9
276:4 278:21
278:24 283:24
284:6 296:3
297:3 304:13
312:20 314:2
316:21 322:15
**good** 9:6 60:25
86:5 101:20,22
146:17 149:12
158:4 167:21
177:2 178:12
219:22 240:8
249:21 306:19
307:3 322:6
**gotten** 47:1
229:2
**govern** 113:19
**governing**
157:21
**governs** 195:8
**gpc** 257:14
269:4
**grade** 91:22,24
**gradual** 266:19

266:22
**graph** 287:5
289:19 292:11
**great** 40:10
**grids** 127:23,24
**group** 42:15
81:10 90:17
169:13
**groups** 44:24
254:7,14 281:5
**guelcher** 24:18
42:8 43:5,19
54:20 59:18,25
60:2,8,15,21
61:14,21,24
107:9 112:11
112:17 135:14
136:20 137:22
200:12 201:2
208:4,6 241:3
256:15 285:25
**guelchers** 26:12
55:20 108:2
109:20 264:19
**guess** 35:25
40:16 52:11
63:13 75:23
169:23 241:11
322:18
**guessing** 187:21
**guidance** 4:14
29:4 93:2
179:18,19
180:9 182:14
182:16
**guide** 5:10
153:25 264:24
**guideline** 153:18
154:3 157:10
157:11,11
160:10
**guidelines** 4:13
19:20 20:7
21:7,19 27:4
27:11 29:5
30:16,21 31:5

151:10,21,24
152:24 154:16
154:24 156:14
156:15 202:6
218:9
**gynecare** 1:8 5:4
223:22 225:3
**gynemesh** 14:7
165:2 222:2,18
222:19,21
223:1,23
224:25 225:3
225:18 227:9
227:10 310:3,8
313:22

---

**H**

**half** 17:7 67:15
255:19 287:11
288:12 289:13
289:17
**hand** 11:8,14
14:20 15:10
16:5,24 34:25
86:11 132:1
136:16 151:9
188:18 202:23
208:2 212:2
228:12 268:11
284:23 294:1
324:13
**handed** 208:21
271:12 285:3
294:8
**handing** 9:18
179:15 211:11
**handled** 67:1
141:23
**handling** 64:19
65:4 66:3,7,8
66:15,19,23
67:5,9,22
173:8
**handwritten**
319:25
**happen** 92:10

Russell F. Dunn, Ph.D., P.E.

108:5
happened 111:7
136:17 274:1
happening
55:15,16,19
63:7 144:25
163:7
happens 41:14
45:15 59:23
60:18 214:24
215:1 252:23
253:10
happy 23:14
25:16 105:14
105:15 106:17
235:9 237:7
296:18
hard 41:15,16
42:10 45:18
49:8 140:15
194:10 248:16
298:21,25
299:5,11,25
300:7,11
harm 26:15,20
26:22 27:5,13
27:13,21,22,23
28:3,4,5 29:1,2
34:14,19 45:19
69:16 72:1,15
72:19 73:14,18
87:17 89:19
96:4 101:18,23
102:6,13,18,24
103:9,18,24
123:21 297:9
297:13,14,15
297:18,22,25
298:1,7,16,24
harms 312:24
havent 49:9,11
67:23 68:3
78:2,3 91:7
135:3 158:21
188:13 189:8
193:15 198:19

203:10 233:8
235:2 238:7
240:19,21
260:1 261:1
271:1,5 273:2
276:3 279:9
281:14 292:1,9
299:8 321:20
hazard 28:8
68:12 93:3
187:3,6 237:13
237:22 238:2
hazardous 28:18
28:22,24 94:18
164:17 173:22
hazards 28:18
28:20 69:8
71:12,17,18,21
91:4 92:21,22
93:1 94:16
95:3,18,19,25
96:2 164:7
173:22 175:10
187:5
head 25:4 50:16
64:12 240:3
heading 119:20
145:12,15
203:23 253:23
262:18 284:14
health 1:8 102:8
206:3
hear 38:16 39:4
42:20 141:7
184:8
heard 22:5
24:11,14,24
25:4,20 29:11
42:5 64:13
70:5,7,8
102:10 109:5
159:18 175:14
293:14
hearing 8:10
27:19 155:25
heart 47:2 183:6

heat 219:22,23
heavier 323:3
help 35:21 36:11
58:3 79:6 91:6
151:24 153:18
153:24 156:15
223:5
helpful 156:13
helps 36:11
151:20
heres 91:18
hereunto 324:12
hernia 6:5 310:7
hes 13:4 38:25
60:2 87:15
160:4 187:17
189:5 191:21
high 75:10
198:10 219:23
highest 75:17
highland 2:15
highlighted
277:18,22
296:19
highly 81:9
hired 242:23
243:1
histological 6:4
historical
316:12
history 3:21
185:19,23
233:20 235:11
235:15,22
236:1,2,4
316:10
hmm 176:9
hold 119:21
174:22 222:24
honest 215:10
honestly 278:24
hope 45:16
horizontal 289:8
hour 296:11
hours 208:16
287:18,18

289:17
human 41:23
42:12 43:13
55:5 56:11
61:25 73:6
78:7 99:8
100:9,20 103:9
126:25 245:11
245:20,23
247:17,21
248:1,7,11
250:5 264:12
274:20
humans 80:13
hundreds 32:6
32:14 175:13
242:19
hutchinson 2:14
2:17 30:3
hydrogen
256:13
hydroxyl 254:7
hypothetically
201:20

**I**

id 7:6 25:16
53:14 106:17
129:9,15 218:3
235:9 237:7
245:21 255:13
286:11
idea 29:13 154:5
165:25 166:17
259:5 273:14
275:1
ideas 93:10
identical 17:8
153:22
identification
92:20 93:3
94:12,15 96:2
188:21 189:14
identified 124:8
125:1 224:13
295:5,14

identify 87:24
91:6 101:23
120:3,14
136:18 295:16
297:12,22
identifying 72:1
ifs 248:18
ill 10:11 16:6
17:3 32:21
35:4 36:10
39:3 43:9 56:8
63:4 85:5 88:7
92:19 93:25
100:1 108:9
125:12 126:13
129:9 143:2
146:25,25
181:16 187:3
190:6 204:13
204:17 208:20
216:3 217:7
220:13 221:10
222:22 228:14
240:18 252:4
257:11 275:16
276:1 291:19
301:18 305:1
322:18
illinois 2:5
im 9:6,10 11:8
12:3 13:22
15:3,12,24,25
17:11,15,19,21
22:20 23:25
24:13,21 25:9
27:19 28:6
31:4,11 35:6,9
35:18 37:1,9,9
37:15 38:4
41:5,5 43:17
44:7,22,23
45:5,20,21
47:6,15,22,22
48:7,9,25,25
50:11,18 52:22
55:14 56:6,6

57:15 59:17,18
59:25 60:7
61:7,19,22
62:24,24 63:6
63:10 64:1
67:11,17 70:8
72:4,4,14,16
73:10 76:5,22
77:5,5,22
78:12 81:8
82:4 85:3,4,16
86:11 89:2,3
89:12 91:16,21
91:25 93:6
94:3,6 95:4,22
95:23 96:20
99:10,11
100:18 101:13
105:11,17,17
105:25 106:16
108:4,16 109:4
109:4,4 110:3
110:4 111:1
113:12,24
114:16,19
116:5 117:13
117:21,23
118:6,16 119:8
120:8,21,24
121:18,19,19
123:13 125:6
129:11,16,23
130:4,5,8,8,10
130:22 132:1
133:2,9,12,15
133:20,21
134:11,13
136:2 140:8,16
140:20,25
143:15 144:15
157:18 158:10
158:25 159:5
160:5 162:9,11
165:12 169:21
170:1 172:12
172:13,13

173:21 174:11
174:16,22
175:12 177:18
178:23 179:15
181:16 182:25
184:1,6,9
185:12,14
187:13,21,21
191:8,8,8,10
191:19,19
192:21 193:14
198:6 199:9,18
199:19 203:5
203:15,18
204:13 205:5,5
205:15,17,21
206:16 207:5,8
207:10,13
208:4,14,17,17
209:12,16,21
210:4,13
211:11 216:8
216:21 217:11
217:24 218:14
219:1,6 220:8
221:19 223:3
224:14 225:3,9
226:21 227:3
228:3 229:8
231:13 233:17
239:4 240:20
241:1,11,13,17
243:3,10 245:2
245:15 246:11
247:7,7 248:23
252:4 253:8
255:9 257:24
258:16,25
259:15 260:22
263:20 264:5,8
264:10 269:5
271:1,5 273:4
273:21 276:4
276:20 279:5
280:13,14
281:20,24,24

283:19,24,25
288:18,18
294:6 296:1,3
296:13,18
297:3 298:5,24
300:16 306:6
306:19 307:13
308:13 309:6
311:2 315:13
319:24 320:8,8
320:14,20
**imagine** 89:5
**immaterial**
232:25
**immediately**
288:1
**impact** 67:2
167:16 215:18
300:3 318:24
**imperfection**
98:15,19,19
99:6,13,17,18
99:20,22,24
101:5,6 103:9
155:6,11 157:1
**implant** 40:22
86:18 127:12
178:17 232:14
241:24 262:8
**implantation**
5:16 55:5,25
130:12 164:23
**implanted** 57:12
59:6 60:10
82:5 129:8
317:11
**implanting**
308:15
**implants** 283:13
283:18,22
284:3 286:16
286:17
**implication**
21:11
**implications**
20:11 45:14

87:16
**implicitly** 121:7
**implying** 75:25
**important** 62:17
126:24 128:24
179:2 235:14
293:25
**imposes** 120:4
120:16
**impossible**
235:4 292:2
**improperly**
74:17
**improved**
273:11
**improvement**
122:19 123:1,3
123:7,9
**inaccurate**
171:24
**inadequately**
98:15 99:7,23
100:8 157:2
**inappropriate**
171:24
**include** 6:24
100:1 110:16
110:22 168:25
169:20 210:9
219:21 252:7
298:1 306:24
**included** 49:5
110:19 125:5
126:3 283:21
**includes** 116:16
174:8 175:4
182:6 212:19
285:19
**including** 6:18
83:16 99:24
193:10 209:18
265:23
**inconsistency**
275:22
**inconsistent**
273:14 274:25

**incontinence**
24:8
**incorporated**
94:24
**incorrect** 292:9
**increase** 272:17
273:22 274:3,8
274:9
**increased**
149:23 273:13
275:23 281:4
**increases** 214:1
**increasing**
148:10,11
**incubation**
138:1
**indented** 212:17
**independent**
202:16
**indicate** 80:18
103:15 131:14
133:4 134:8
288:15
**indicated** 46:25
76:24 85:19
121:23 257:7
**indicates** 224:14
320:6
**indicating** 10:14
143:9
**indications**
62:19
**individual** 6:6
103:13,15
286:2
**individuals**
81:14 300:2,3
**induced** 5:19
**industries** 49:20
**industry** 19:6
20:17,18 49:21
66:25 152:8
193:8 290:18
**inert** 73:9 220:2
220:11,19,20
220:25 308:19

Russell F. Dunn, Ph.D., P.E.

**infer** 130:25
**inflexible**
101:24
**information**
17:10 42:10
57:14 130:7,10
146:21 153:12
156:20 163:21
163:23 166:11
167:17 168:12
168:21 169:6
170:13 172:4
173:1,9,16,17
174:6 177:6,11
194:20 200:23
210:19 211:1
243:20 246:24
**informs** 166:10
**inherent** 74:13
**inhousemade**
148:23
**initial** 127:4
155:9
**initially** 76:25
101:11 129:7
130:13
**initiate** 93:3
**injury** 27:7
98:14 99:8,23
100:8 101:7
102:7 157:2
**inner** 270:9
**inoperability**
68:13
**input** 103:14
**inputs** 88:1,17
89:4 97:1,15
97:17,19
**inside** 54:19
56:20 69:24
70:2 252:21
253:6 264:12
**insignificant**
148:4
**insofar** 48:22
242:7 244:1,12

259:15
**instance** 18:16
48:11 49:1
114:10 241:23
**instances** 85:20
**institute** 10:23
**instron** 315:23
315:24
**instruct** 184:7,9
208:17 209:21
217:24 218:14
219:2
**instructed** 6:14
7:1
**instructing**
183:1 210:4,13
**instruction** 27:2
173:8 174:20
**instructions**
177:25 178:7
193:24 194:1
**integrate** 127:20
127:22
**integrity** 237:14
238:19 313:18
**intend** 89:7
97:11 120:5
156:16 165:18
**intended** 22:4
94:12 102:1
120:7 122:4
127:8,10
153:17 234:7
234:16 314:1
**intending** 87:22
**interested** 47:15
49:4 227:7
324:7
**interim** 5:14
**internal** 63:11
72:5,22,24
80:1,11,15
82:25 84:8
114:4 115:24
116:6 117:1,18
124:9 125:1,3

125:7 145:5
162:22 171:2
190:12,19
215:16 231:18
236:6,23 238:4
279:19 280:13
292:14,19
296:24 299:14
299:24 301:3
**internally** 44:18
90:4 97:10
258:17
**international**
4:17 166:10
167:3 188:9
**internet** 12:4,7
**interpret** 86:23
87:7
**interpretation**
239:3 274:5
275:14
**interpretations**
87:5
**interrupt** 17:20
43:18
**interrupted**
22:20
**interruption**
252:15 304:10
311:7,14
**intrinsic** 130:14
**introduce** 164:7
**introduction**
190:25 191:10
212:12
**introductions**
9:11
**investigated**
171:12
**investigation**
162:10 191:5
191:17 192:17
192:25
**involved** 29:6
51:14,25 52:13
60:19 70:14

135:15 159:19
243:23 249:24
252:11 283:17
**involves** 112:20
**involving**
251:18
**ir** 147:5,6
280:19,19
**ir200** 199:13
**irrelevant**
206:25
**irritancy** 71:20
**isnt** 61:24
143:22 176:5
190:3 232:2,16
318:16 321:8
**iso** 4:3,20,21,22
6:19,20 20:10
20:12 24:15,25
25:2,8,11
28:16 29:8,11
30:8,14,19,22
30:25 31:4,7
31:15,21,22,25
32:1,11 71:7,8
91:3,13 92:13
93:17 94:7
95:10 102:3,23
117:7 153:20
153:23 163:9
172:24 173:8
176:25 183:14
186:12 187:4
187:12 188:3
188:20 189:13
193:8 194:5
195:8 209:4,6
209:20,25
224:7,9 244:3
244:10,13,14
244:15,19,24
245:2,5
**iso10993** 4:17
**issue** 66:10
111:4 162:12
174:1 179:8

183:6 207:22
222:19 310:15
**issues** 66:6
229:6 302:13
**issuing** 119:15
162:7,9
**item** 41:2 88:22
131:25 170:16
234:3,13
**items** 41:2
170:12
**iuga** 4:7,10 12:7
107:8,12,25
109:12,19
136:20 137:10
137:21 196:2
**iv** 191:1
**ive** 10:7 15:5
16:18 17:3
20:19 22:19
24:1 25:4,5,24
26:5 31:9 36:5
37:2,10,11,16
46:1,24,24
51:8,14,24
52:13 55:19
60:18 70:7,7,8
70:13,13 73:5
73:17 83:22
84:5 100:2
105:7,7 106:14
106:19 107:2
109:5 114:6
117:24 119:21
119:22 121:23
121:23 125:3
125:18 134:7
135:25 151:23
153:12 155:25
157:18 158:25
159:1,18,18
172:15,15
175:12 179:4
182:22 184:21
196:5,7 208:21
213:13 222:15

Golkow Technologies, Inc. - 1.877.370.DEPS

Russell F. Dunn, Ph.D., P.E.

222:16 225:21
225:24 226:6,7
227:15 228:16
236:25 238:10
238:10,13
241:11 245:12
245:23 251:2
252:5,22
253:13 255:2,5
257:9,9 258:13
259:8 260:8
262:9 264:18
266:10 268:4
271:12 273:1
273:17 274:21
276:21 279:24
283:20 285:3
291:2 292:11
292:16 294:8
294:15 299:8
303:12 304:1
306:21 308:16
310:17 317:25

**J**
**james** 4:23
**january** 29:15
31:22
**jasso** 1:3,4 57:9
57:20,23
112:12 140:6
258:19 307:24
**jassos** 259:3
**job** 107:1 297:23
**johnson** 1:7,7
**joint** 248:3
**joke** 294:7
**journal** 252:9
**judge** 39:13
229:23
**judgment**
231:19
**judicial** 1:2
**july** 302:19
**jump** 268:2
**jury** 74:2 320:17

321:24

**K**
**keep** 19:8 20:7
25:22 32:10
76:25 82:21
120:9 160:6
174:3 237:4
272:24
**keeping** 77:7
**kept** 284:12
**key** 281:1,8,14
281:16,23
282:11,21
283:1
**kind** 26:9 65:14
66:9 199:14,16
206:5 254:22
254:23 274:18
292:1,11
295:10 301:14
307:17
**kinds** 49:11
94:21
**knew** 62:13
158:10 216:14
**know** 7:11 9:7
9:11 19:5
20:16,19 22:7
22:8,12 24:7
25:3,4 26:8,9
31:13 38:4,24
39:13 42:5,6
43:24 44:2
46:7 50:23
53:11 54:7,10
57:7,10,12
58:2,15 60:2
61:17 64:10,15
66:5,17 70:3
70:10 71:2
72:6 73:8,22
74:9,11 77:25
78:16 79:20,22
80:23 85:1
87:17,20 89:9

89:24 90:6,7
91:18 92:7
96:25 97:15
98:25 101:18
103:19 104:4
108:7,13
109:21,22
111:4 112:8,19
112:20 114:7,9
115:6 120:15
125:2 127:1
129:11 130:13
132:7,12
135:23 138:22
139:11 140:4
141:16 148:5
153:11 154:2
154:12 160:5
169:24 170:20
177:3 178:11
182:25 183:4,4
185:7 188:14
189:8 195:15
197:15,16
199:18 200:7,8
200:17,18,19
200:20,21
201:2,8,10,11
201:11,12
202:1 204:11
205:20 206:19
214:20 215:24
217:8 218:20
219:4 222:13
222:24 225:11
225:13 226:22
227:11 228:16
228:17 230:3,4
230:8,11 232:4
232:21 233:2
234:1 235:8,11
236:6,22 240:7
241:8,14 242:3
245:21 246:3
247:6 248:10
248:12 252:14

252:17,23,25
255:13 257:8
258:10,13,20
258:24 259:3,5
259:20 262:11
273:6 275:18
276:20 278:1
278:20,23,24
278:25 279:21
280:6,8,9
281:16 284:19
286:8 287:1
290:21,25
291:10,12,18
293:15,22
296:11,13
297:12,16
298:6,11,16,21
300:2 303:2,11
304:16 308:14
308:17 310:23
313:5 315:10
319:23 321:11
321:15 322:9
323:3,7
**knowing** 163:6
**knowledge**
161:19 307:24
310:12 324:5
**known** 92:22
154:16 186:2
**knows** 201:6

**L**
**lab** 320:1,3
**labeled** 138:12
199:24 200:8
201:11
**labeling** 306:4,7
**labels** 139:14
**large** 14:3,6
150:14 262:10
267:11
**larger** 71:14
150:12
**largescale**

249:19
**laser** 36:19
**lasercut** 35:24
**layer** 144:25
145:4 270:9
280:3,10 282:4
**lcr** 324:3,9,16
**lead** 28:25
**learn** 169:16
171:1 214:25
**learned** 170:14
**leave** 124:11,18
263:12
**leaving** 12:22
**led** 34:13,17
82:10
**leeway** 182:22
**left** 223:12,13,16
270:12,14
**lefthand** 138:12
203:21
**legacy** 222:25
224:14
**legal** 74:6
251:14
**legally** 160:15
**legend** 27:9
**length** 54:2
202:25
**lengthy** 212:8
**letter** 3:24 4:23
5:8 203:7
**letters** 172:17
211:21,22
**letting** 187:22
**level** 316:15
**levels** 27:23
322:20
**licensed** 324:3,8
324:9
**life** 40:22,22
127:11 219:23
231:9,16,20
232:8,11,18,22
233:3
**lifetime** 233:4

limit 116:3
165:18 203:15
252:1
limitations
118:23
limited 167:15
206:1 296:12
limiting 205:22
line 35:25 41:1,2
88:22 126:8,9
126:13 129:1
170:16 174:2
177:18 192:14
204:20 213:21
234:13 237:12
278:21 289:8
lines 213:18
265:4
link 72:7 73:6
links 41:20,21
248:14,15
269:12
lise 8:11 324:3
324:16
list 15:14,25
34:2 36:13
46:5 67:17
92:8,10,13
93:10,17 95:19
96:1,12,18,18
96:21 125:3,17
153:3 168:22
169:12 210:25
228:8 229:22
239:7,17
297:25 298:1
listed 15:19,22
36:24 47:20,20
68:1,4 93:19
94:4 98:1
108:10 125:13
153:8 228:21
229:21 237:13
283:23
listen 134:21
135:7 321:2

listening 72:11
listing 229:6
lists 168:13
literature 40:18
62:6,12,14,14
62:17,22,25
72:18 78:24
79:3 80:14
169:16 185:19
186:1 202:10
202:15 203:4
203:11 234:20
234:22,25
235:3,5,9
237:19,23,25
238:2,8,18
260:13,18,24
290:12 314:5,9
314:11,15,19
314:21 315:1,2
315:4,5
litigation 67:19
241:25 251:17
253:2 257:19
258:12 278:25
305:17,17
310:15
little 16:10
124:5 126:13
167:13 306:22
323:2
litzenburg 2:7
58:2,6
living 170:25
llc 2:8 3:14,20
llp 2:4,14
loadbearing
234:6,15
local 193:1
locate 221:9
location 64:22
133:7 193:2,4
299:3
locations 85:14
147:23 295:25
297:1

long 54:1 77:17
83:6 101:16
110:18 117:12
150:6 185:19
185:23 200:8
218:11 219:23
248:14 255:19
270:20 278:5
312:14,18
longer 41:19
122:20 269:12
280:1
longterm 230:22
231:11
look 7:6 10:11
11:5,18 16:19
23:14 25:16
27:12 29:3
41:10 45:8,23
46:13,15 48:5
62:9,12 63:18
64:21,23 69:8
70:23 73:20
80:10 86:24
89:19 91:10
95:24 102:3,3
105:14 106:4
106:12,17,23
111:10 115:3,8
121:24 128:10
129:3,10
137:24 143:4
144:8 145:18
146:18 147:4,7
152:7 153:24
154:7,13 156:2
156:22 159:15
168:10,18
170:9,12
171:18 172:20
176:10,11
177:17,20
181:25 183:24
187:11,18
189:18 192:11
193:17,20

194:21,23
200:6 203:20
206:4 215:11
216:2,10,12
217:6 218:4
221:17 222:17
223:3 224:23
224:24 226:12
226:15,17
227:6 228:23
230:18 231:10
234:3,9 235:9
237:7,10
238:22,23
252:5 265:2
266:14 268:13
270:13,14,24
272:5 274:13
275:25 276:11
276:22 286:12
287:10 290:11
293:5 294:22
295:6 310:25
315:20 316:10
318:1,17
looked 20:19
24:1 33:13
37:10,17,18
38:17 39:5
47:12,15,16
67:23 68:3
80:7 105:6
107:2 114:6
117:24 118:3
130:14,15
141:5 146:20
152:4,24
175:12 177:8
188:14 189:9
193:15 222:16
222:18,19
225:24 226:1,5
226:6,7 227:3
227:15 230:9
231:11 233:8
233:23 238:10

238:13 240:19
240:21 263:19
277:1 294:16
319:16
looking 27:8,16
47:3 48:4,8
50:11 63:10
71:23 72:22,23
79:16,18 85:2
85:3,4 92:6
97:9 105:25
106:9,17
121:18 129:23
130:4,22 152:5
160:2 162:12
162:21 175:20
176:3,5 194:12
199:24 200:13
200:25 201:16
220:20 223:1
224:14 229:18
253:21 258:16
261:24 264:20
266:12 273:21
275:22 277:4
280:13,14,19
282:22 283:20
288:12 289:3
291:3 296:13
301:12 319:15
322:12
looks 14:23
223:6 228:17
273:25
lose 150:14
267:13
loss 214:13
237:13 238:18
266:19,22,24
266:24 267:4
267:14 268:18
270:16 275:9
279:10,12,17
279:21 281:3
281:10,17,19
281:22,25

282:7,10
289:21 313:17
**lot** 29:5 45:2
79:25 83:16
114:6 118:12
141:3 148:19
153:21 183:2
191:20 205:18
205:18 228:16
238:10,13
239:18 257:23
301:22 309:17
314:20 315:3
**lots** 23:10 98:10
122:25 128:7
237:1
**loud** 141:7
221:22
**low** 139:5
219:24
**lower** 269:25
**lowered** 322:15
**lubricant** 311:1
**lunch** 129:12
131:3

**M**

**maam** 236:19
**machine** 198:14
276:6,21
315:23,24
316:3
**machines**
276:19
**mailed** 12:25
**maintain** 51:13
52:18
**maintained**
51:24 92:25
257:21
**maintaining**
51:1,11,21
**majority** 179:6
**making** 202:6
320:4
**management**

69:2,12 71:14
92:25 116:16
116:20 158:1
171:15 174:7
175:2,4 177:16
177:17 223:2
224:4,5
**manner** 205:13
**manuf** 92:20
**manufacture**
40:21 52:14
123:4 242:5,12
250:9,14,16
**manufactured**
51:8 74:17,18
201:3 316:6
318:5 320:18
320:19
**manufacturer**
82:24 92:21
93:2 153:24
156:15 167:13
201:7 243:2
249:13 292:6
293:20 297:24
**manufacturers**
19:17 153:19
153:21 156:13
179:20 231:20
262:10
**manufacturerss**
167:18
**manufacturing**
20:17 51:25
52:17 74:15,16
157:21 158:4
249:11 250:11
250:23 318:23
323:14
**march** 324:17
**mark** 95:10
136:8 223:24
**marked** 9:15,19
11:11 14:17
15:7 16:2,21
30:25 35:1

86:8 95:11
132:3 136:13
137:13 151:6
160:15 179:12
183:19 187:23
188:16 202:20
207:24 211:9
211:24 221:3
221:11 268:8
277:9 284:24
294:3 303:10
304:17 305:2
**market** 123:16
160:13,16
173:17
**marketing**
160:11
**marking** 132:2
**mass** 276:12
**material** 10:17
18:3 38:14
40:23 72:25
74:18 90:5
97:12 128:16
128:20 135:17
142:5 163:8
165:5 192:25
201:4 203:2
205:18,19
234:6 245:1
246:6 262:8
273:24 277:25
281:18 290:15
290:16 308:18
309:4,6 316:2
**materials** 6:3,11
17:25 66:9
83:17 106:5
108:1 109:7
147:24 153:3,9
185:17,25
201:7 230:14
233:10,14,15
234:11,15
244:11 257:8
257:10 274:3

275:23 301:1,2
307:5
**matter** 6:21
44:11 48:15,17
112:12 149:25
159:6 160:4
180:21 185:6
198:22 204:20
210:2 238:8
259:19 287:7
306:4
**matters** 70:1
**matthews** 8:11
324:3,16
**mcpc** 293:11
**mdl** 278:22
304:25
**mean** 10:22
17:19 22:8
24:18 37:22
46:8,24 49:23
49:23 64:15
74:12 76:20
77:13 78:10
83:11 89:22
97:17 98:18
100:12 104:6,6
105:9,19
106:11,24
108:15 111:6
112:16 114:13
119:3,6 121:22
121:25 122:1
123:8 127:19
128:10 129:8
155:11 156:5
156:10 157:7
158:20 162:17
162:25,25
163:2,3 166:18
168:2 169:9,23
170:4 175:3
176:24 180:2
181:16 182:22
195:4 196:25
197:17 201:17

201:23 208:14
218:12,19
225:3 226:3
227:16 239:4
244:14,18
258:16 259:9
259:10 264:13
271:2 278:23
282:6 286:21
286:24 295:5
296:14 298:18
319:19
**meaning** 87:10
121:11
**means** 28:3
67:23 122:2,6
122:12 127:20
127:23 163:5,5
163:6 169:24
169:24 201:21
231:7 237:21
238:1 295:7
301:15
**meant** 262:14
282:7
**measure** 52:16
128:8 130:19
131:1 149:12
214:15 215:3
266:10
**measured**
130:23 317:16
**measurement**
128:22
**measurements**
315:8
**measures** 315:7
**measuring**
128:2
**mechanical**
41:13 150:14
214:13 237:13
238:19 266:19
266:23 270:25
272:20 313:18
315:11

Russell F. Dunn, Ph.D., P.E.

mechanism
54:19 55:18
59:20 207:18
215:11
medical 4:18
6:22 18:6,18
19:6,7,17,23
20:17,21 24:11
24:17,18 26:8
26:12,13,14,19
28:10,22,23
30:17 32:4,9
32:12,16 42:9
45:16,17,17
49:7,14,16,23
50:3,5,7,11,20
51:1,3,6,8,11
51:16,21,23
52:3,4,25 53:1
53:3 62:23
65:11 66:1,2
66:15 71:13,15
92:23 94:14,23
96:3 97:22
102:22,25
103:15,17,21
104:5,10 121:2
121:5 122:18
122:19,20
152:5 153:18
157:21 158:8
159:9 160:13
163:22 166:9
173:17 177:24
178:7 179:19
180:10 185:2,9
188:10 189:15
193:1,9,25
210:3 216:18
217:1,16,17
219:16,20
231:22 232:14
241:24 242:3,5
242:8,12,20,24
243:7,13,17,24
245:8 249:1,5

249:10,12,16
250:2,9,12,15
250:22 251:18
251:19,23
252:2,6,9,13
259:10,14,18
259:23,24
262:12 301:20
301:23,25
302:3,13
305:21,23
306:5,8
medium 62:2,5
62:10 135:16
138:1,5 141:23
meet 74:22
181:11 182:10
meets 74:23
melt 214:1
311:13,16
melting 63:18
280:16,17
memorandum
25:21 184:13
185:6
memorized
22:17 25:13
158:13
memory 22:10
memos 81:11
mentioned
22:25 36:19
80:24 130:9
mesh 3:23,24
4:3,6,9,11,16
5:13,18 6:9
10:16 11:3
16:18,19 17:17
34:8 35:8,13
35:13,24 38:12
38:12 47:9,12
47:13,17,19,21
48:1 50:10
65:22 67:10,19
68:4 88:23
97:2,4 104:18

104:22,23
105:5,21 106:3
107:3 119:24
120:17 121:15
125:25 126:10
126:18,25
135:16 138:4,6
165:8,12,16,19
165:23 205:18
206:7,7,9,10
207:9,14,15
222:6,17
223:11,23
224:16,17,24
225:21 226:13
227:4 229:7
245:12 251:17
255:22 256:6
257:3,6,17
258:11 260:6
260:11,15
262:5,8,12,25
263:1,6,20
266:8 273:11
299:11 307:20
308:12 309:5
310:3,4,7,7,15
312:25 313:12
313:13
meshes 6:6
11:24 24:7,8,9
36:23 39:7
110:9,14,20
111:18 205:4,6
205:14 260:2
meshrelated
251:2,12
met 9:7
methodologies
68:10,11
152:13
methodology
224:22
methods 104:4
104:10 307:20
mexico 1:1 8:6

mhb 2:6
michael 2:3
microscopic
86:20 87:13
microscopy
63:20 82:8
130:16 147:6
246:20 270:13
middle 145:20
184:16 185:16
204:18 205:22
213:20 254:15
265:14
midnight 296:14
miller 2:8
millerfirmllc
2:11
mind 40:17
308:11
mine 201:11
minimization
249:19
minimum 83:21
minor 87:4,8,9
87:12,15,16
minus1 254:19
minus17 138:20
minute 33:20
55:11 76:6
89:3 94:1
106:2 140:7
142:16 145:14
151:5 195:25
204:21 241:5
300:6 320:12
minutes 81:9
83:3 204:17
221:7
misinterpreted
52:11
misprint 111:9
124:12
missed 115:1
169:19 209:16
missing 91:24
mississippi 2:15

misstates 158:22
200:15 318:13
mistake 201:9
mistaken 44:7
223:3 241:2
311:2
mixed 145:5
293:11
mn 146:1
mode 26:23,25
27:1,16 30:21
31:5 32:3,5,8
32:13,19 34:9
34:12,18 37:12
40:4 44:3,12
44:21,25 45:6
68:12 88:24
89:15,19 90:1
90:14,18,19,23
90:24,25 91:23
92:2,3,8 94:20
151:18,23
156:19 169:12
171:10,23
313:21
modes 4:13
27:17 28:9
30:16 32:25
33:3,6 38:12
91:4,7 95:7
151:11 162:18
169:13,19
170:10,15
171:21 172:2
252:12
modification
33:1
modulus 271:10
272:12,16
moisture 219:24
molecular 41:13
58:17 143:13
144:16,23
145:3,9 146:2
146:5,11,23
147:16 149:11

149:20 214:1
214:10,16,20
215:4 265:6
266:17,24
267:4,14
268:19 269:6,8
269:20,22
270:1,5,16,23
281:3,10,22,25
282:1,2,4,7,8
282:10,18
289:22 322:11
323:4,9,11
**moment** 136:22
142:15 253:14
**monomers**
229:16
**monroe** 2:4
**months** 15:1
118:6 228:4
**morning** 9:6
226:4,6,20,22
**move** 43:9 124:4
183:18 199:22
240:18 275:16
276:1
**multiple** 41:2
81:13 247:3
295:24 296:21
296:25
**mvtr** 219:25
**mw** 145:25
146:1

**N**

**naked** 266:11
**name** 57:7 67:12
67:12 201:3
324:9
**napoda** 5:9
**nashville** 8:5
**native** 47:25
**nature** 73:4
192:25 229:15
232:20
**necessarily**

18:13 123:8
175:25 176:7
196:22 235:25
267:23 272:19
**necessary**
110:21 191:6
191:17 192:17
**need** 6:17,20 7:7
23:8,15 35:17
53:19 60:1
83:15 84:3
94:4 104:2
108:19 124:2
136:25,25
167:4 169:20
169:22 170:2
170:13,16
174:5 182:10
183:5 185:1
186:11 190:2,6
193:4 195:5
209:7,18 210:1
218:5 226:23
226:24 251:6
256:8 267:20
268:2,2 270:5
286:19 291:18
293:18 299:1
303:11
**needed** 48:5
70:23 81:3,4
81:20 106:24
119:5,11
168:21 195:9
195:16 292:14
**needing** 82:13
**needs** 26:10
121:11 123:16
172:1 180:9
**never** 37:11
39:10 51:8,10
97:4 98:2
102:10 159:18
175:9 225:23
228:15 233:23
242:10 243:22

252:5 259:17
292:17
**new** 1:1 8:6
16:20 33:3,6
33:17 76:13
150:12 163:24
164:7 167:12
169:22 170:3
170:14,15,20
172:16 174:9
175:11 192:22
213:21 217:16
217:17 231:14
251:5 319:19
**newer** 123:17
**nexttolast** 320:3
**nielsen** 239:14
240:9
**nielson** 239:7
**nine** 163:12,13
213:18
**ninth** 196:6,8
213:20 253:22
**nonabsorbable**
204:4 205:24
206:2 223:23
**nonmedical** 32:6
**nontoxic** 220:2
220:11
**normal** 92:23
265:7
**notarial** 324:13
**notary** 8:12
324:3,17
**note** 163:17
166:10 167:10
167:23 168:10
204:2
**notebook** 10:4
11:6,7 14:2,3
46:23 107:14
303:7,8,18
320:1,3
**notebooks** 9:25
12:19,24 13:17
13:21 14:13

**noted** 109:23
148:19
**notes** 319:25
**notice** 3:9 5:5,7
9:19 19:12
30:6 33:22
46:12 69:1
107:6 109:24
119:23 126:8
212:7
**noticed** 10:25
17:6 29:8
45:21 64:17
110:12
**notification** 4:15
5:3 159:17
160:10,11
181:12
**novafil** 5:16
273:22
**november** 1:17
8:3
**number** 9:12
23:13 25:19
26:2 28:2
29:23 30:14
31:3 37:5
44:13 102:4
104:16 115:7
123:21 125:24
131:25 138:12
145:21 147:1
147:22 158:13
163:10,15
184:1,3 189:12
189:19 193:20
213:7,12 223:9
223:9,13,14,18
224:17 234:3,9
234:10 237:12
241:9 253:16
253:19 271:13
297:1 310:16
322:2 324:9
**numbered** 13:13
13:15 33:24

**numbers** 25:13
25:23 63:13
117:16 203:21
239:20 254:18
274:23,25
322:3
**numerical** 168:5
**numerous** 49:20
110:8 252:23
257:5,9,16
258:3 296:20
300:14

**O**

**object** 21:2
26:16 28:11
29:12 30:9
31:2 38:7 40:9
41:25 48:16
54:13,24 55:7
56:1,13 58:11
60:11 61:18
66:4 69:17
72:3 73:16
74:5 77:22
78:8 81:5
82:18 83:8
84:15 87:19
88:3,6,20
93:12 97:5
98:17 99:9
100:10 102:16
103:1 105:22
106:7 112:10
113:21 114:11
118:15 120:18
122:22 127:2
133:18,22
134:5,17
142:23 146:8
147:14 148:16
150:5,19
152:19 153:16
154:4 156:7
158:9,17
159:21 160:25

161:9,15,21
162:3 170:24
173:2 174:14
176:6 178:19
179:21 180:6
180:12 181:20
182:21 184:5
188:4,11 189:3
189:22 190:10
193:11 194:8
195:10 196:21
200:1,15 201:5
207:1 208:9
209:10 211:4
211:17 217:11
229:8 230:7
231:23 232:5
232:23 233:6
233:25 240:10
240:14 254:24
276:9 280:5
281:11 298:17
312:3,9,21
313:14,23
314:22 316:8
317:14 323:5
**objecting** 208:15
**objection** 26:21
48:20 81:25
98:24 135:1
158:22 174:21
206:12 275:11
318:12 319:1
**objections** 8:9
**observation**
131:12
**observations**
86:20 131:9
149:9
**observe** 178:17
**observed** 72:23
87:18 131:3
132:25 133:16
133:24 134:4,9
134:15,25
135:11 147:9

148:22 162:14
162:19 190:12
225:16 266:7
308:9
**obtain** 244:23
244:24
**obtained** 147:5
168:13
**obviously** 115:7
**occasion** 24:5
25:7,10 31:24
**occasions**
302:11
**occur** 28:22 88:2
88:22 90:20
92:1 214:14
275:20 288:15
**occurred** 41:12
57:1 299:20
300:23 316:11
**occurrence**
44:15 123:21
287:17
**occurring** 54:12
63:8 80:7
81:17 82:11
150:9 171:4
289:4
**occurs** 58:10
59:5,15 60:9
60:16 150:10
163:7 265:6
266:22 294:18
**october** 132:10
317:24
**odonnell** 4:24
**offer** 55:13
204:14 252:20
253:5
**offered** 58:4
301:8
**oh** 36:5 45:18
50:9 67:11
84:19 110:3
136:7 141:15
144:20 146:19

172:6 173:14
178:4 181:3
202:18 203:22
213:13 221:14
235:24 239:18
239:21 254:16
262:16 264:5
278:17 281:24
287:19 299:8
315:3
**okay** 6:23 7:5
9:10,18 10:2,4
10:9,25 11:10
11:18 12:3,9
12:12,14 13:6
13:10,12,17,23
14:1,8,11,12
14:14,16,20
15:17 16:1,9
16:11 18:4,15
19:12 20:12
21:11 22:5,8
22:11,24 23:16
23:22 24:14,20
24:24 25:14,17
25:20,22 26:3
28:8 29:17
30:4 31:10,12
31:19,24 32:15
33:5,11,25
34:22 35:25
36:10,16,18,20
37:4,13,18,22
38:4,15,22
39:9,16 40:5
40:25 41:3
42:10,20 43:23
44:22 46:8,19
46:22,24 47:6
48:2,7,25 49:6
50:2 52:21
53:5,11 54:6
54:22 55:4,10
55:17,21 56:9
56:12 57:7,10
58:1,5 60:14

60:20 61:6,13
61:24 62:11,21
63:1 64:17
65:3,9 66:18
66:22 67:16,21
67:25 68:7
69:1,13,21
70:5,10,15
71:25 72:11,13
73:24 75:4,7,9
75:23 76:3,14
76:17,19 77:2
77:11 78:3
79:8,16 80:20
80:22 82:12
83:20,23 84:1
84:19 85:5,12
85:15,15,24
86:4,7,14,17
86:19,22 90:9
90:22 91:1,1
93:6,13,25
94:2,8,8 95:8
95:16 97:25
98:7,9,11,12
102:3 103:5,6
104:1,9,17
105:2,14,16
106:18 107:6
107:11,16,20
107:25 109:3,9
109:18,23
110:4,11 111:8
111:12,14,20
112:15 114:3
115:22 116:4,9
116:11,21,25
118:2,9,20
119:8,14,18,21
119:22 120:3
121:8,25 122:5
124:4 125:9
126:1,2,5,16
126:20,24
127:14,17
128:1,10,15,18

128:25 129:4
129:22 130:4
130:24 131:2,8
132:17 135:21
136:7,8,11,22
137:24 138:13
138:19 139:3
139:11,22,25
140:10 141:11
141:25 142:3,7
142:14 143:2,3
143:22 144:5,8
144:21 145:11
146:4,15 147:1
149:14 150:1
151:14 153:14
154:7 155:2,22
155:25 156:2
156:22,24
157:12,14,16
158:12,15,20
159:4,12,15
160:21 161:13
161:19,25
162:24 163:16
164:4,14 165:7
165:14,20
166:1,4,18,22
167:7,21 168:7
168:10,25
169:10 170:5
170:18 171:14
171:20 172:12
172:20,23
173:3 174:9,12
174:19,25
175:8 176:9,13
176:24 177:4
178:4,9 180:20
180:20 181:7
181:18 182:19
184:2,5 185:13
186:8 187:11
189:11 191:19
191:23 192:9
193:6,19 194:4

Russell F. Dunn, Ph.D., P.E.

195:18,20
196:1,14,16
197:3,14,22
198:8,12,15,20
198:23 199:7
199:11,22
200:5 201:15
201:25 202:9
202:14,23
203:19,22
204:13,24
205:16 206:8
206:15,18,20
206:22 207:12
207:20,23
208:20 209:23
210:7,15,24
211:7,23 212:6
213:1,19
214:19 215:7
216:23 217:23
218:2,16,22
219:1,11 221:8
221:15,17,20
222:8 223:4,16
223:20,25
224:2 225:6,10
225:14 226:9
226:11,15
228:10,11,13
228:19,24,25
230:16 231:1
232:21 234:3
234:12 237:10
237:24 238:15
240:23 241:16
241:20,22
242:4,10,23
243:16,22
244:25 245:4,7
245:14 246:2
246:11,14,16
247:2,11,14
248:5,9,21,22
248:24 249:8
249:23 250:19

251:4,9,21
253:21 254:20
255:7,9,17,20
255:23 256:5
256:16 258:2
258:10,15,18
259:3,9,20
260:1,4,9
261:3,8,11,13
261:17 262:2,4
262:16 263:15
263:18 264:6
264:12 265:12
266:4,15
267:14,17,20
268:1 269:1,3
269:7,10 270:7
270:11,15
271:7,12 272:5
273:3,5,8,20
274:7,22 276:1
276:5,14,18
277:6,11,13,17
277:17,25
278:8,13,18
279:2,7,8,13
280:8,12,15,21
281:8 282:2,11
282:14,16,19
283:4 284:11
284:13,20
285:1,4 287:20
287:24 288:2,5
288:6,7 289:12
289:25 290:4,9
290:20 291:19
291:25 292:4,7
292:24 293:3
293:21 294:1
294:17,25
295:13 296:9
298:10 299:16
299:22 301:7
301:19 302:9
302:17,20
304:1,3,13,20

305:7,15,19,24
306:7,20,24
307:4,4,19,23
308:2 309:2
312:24 313:19
314:4 316:22
317:9,17 320:2
320:11 321:21
322:8,13,22
323:10,22
**old** 16:19
**older** 16:19
172:10
**omit** 110:13
**omitted** 83:3
**ona** 1:9
**once** 41:11 42:6
44:12 59:5
60:9 80:6
173:25 224:9
238:23 267:4
300:15,18
311:22
**oneline** 28:19
29:6
**ones** 23:4 115:11
117:24 118:4
159:6 226:1
277:8
**online** 29:14,22
**open** 105:8
196:7 267:9,12
**opening** 160:9
217:6 262:22
297:7
**operating** 20:4
114:5 115:24
116:7 117:1,19
236:7,23
**operations**
51:25
**ophthalmic**
63:16 79:17
**opine** 69:14
98:14 99:21
100:7 101:4

217:5 230:4
**opined** 161:4
180:2 183:5
205:2 208:22
**opinion** 21:9
37:4 53:12
54:8,22 55:4
55:14 64:18
69:7 71:24
73:25 74:10
81:19 82:17,19
84:17,21 99:6
103:8 121:14
121:20 162:21
169:2 205:2,11
240:8 292:8
300:24
**opinions** 17:12
17:13,24 20:22
34:2 82:13
111:18 119:20
121:17 124:13
126:6 162:11
169:17 183:10
187:14,19
190:4 252:20
253:5 262:18
308:6 309:3
314:12
**opportunity**
204:15
**opposed** 186:24
186:25 214:16
**optimal** 290:4
290:21 291:15
291:16,17
292:9 293:11
293:16,23
**oral** 3:11 108:24
109:1
**orange** 2:10
**order** 106:25
196:18 203:7
205:23 246:8
**organic** 212:19
**organization**

10:22 202:15
**organizations**
178:14
**organized** 10:2
**original** 36:7
123:20 200:6,7
200:8,19
**originally** 286:4
286:13
**originals** 12:25
**osha** 22:15,25
23:6
**outcome** 324:7
**outer** 145:4
270:9
**outline** 138:17
**outlined** 138:14
**outputs** 164:8
**outside** 18:22
20:5 56:15,18
56:19 63:9
80:9 186:7
231:8
**overall** 68:20
71:13 72:8
**overarching**
69:12
**overlooked**
114:22
**oversimplified**
266:2
**overview** 10:3
52:6
**ox** 269:17
**oxidating** 62:2
**oxidation** 5:19
18:22,24 41:19
54:11 56:16
57:1 63:7
75:11 80:6,9
80:12,16 81:15
92:1 105:12
107:4 131:23
133:24 134:9
140:23 147:9
150:2,10 163:6

Golkow Technologies, Inc. - 1.877.370.DEPS

Russell F. Dunn, Ph.D., P.E.

163:6 171:3
173:25 174:1
185:11 207:19
216:3 220:22
225:24 237:7
252:25 255:5
265:3,13,16,21
269:14,15,20
270:14 272:15
273:15 277:5,7
277:20 282:12
288:15 289:4
289:22 292:16
294:18 295:22
298:1 299:20
299:21 300:4
300:18
**oxidative** 4:8,11
6:18,21,25
18:16,18 19:7
34:7 37:11
38:21 39:6,12
39:17 40:6,11
41:4,11,24
42:25 43:3,12
44:3,20 47:19
53:13,16,17
54:8,19 55:6
55:24 56:11
59:19 62:5
63:2 64:7 65:6
65:13,14,16,25
69:14 72:2,5
72:20 73:15
79:10 103:23
107:4 132:20
138:1,5 149:15
186:23 189:1
189:20 193:10
193:25 202:2
205:1,12
206:25 207:16
209:8,19 210:2
210:10 211:21
213:22,25
215:11,17

230:6,9 232:20
237:4 255:15
256:18 265:5
266:9 269:7,10
275:2,8 279:16
279:20 281:1,9
282:21 283:1
297:17 298:7
**oxidatively**
240:6
**oxidizable** 77:4
**oxidize** 40:14,19
40:23 58:15
59:22 75:6,18
77:15 78:6,10
83:7,11 99:11
99:25 126:22
140:14 149:2
161:17 171:8,8
186:2 214:22
214:24 231:24
248:13 271:3
**oxidized** 41:9
54:16 56:24
75:12 76:23
77:7,16 78:16
78:22 101:15
131:23 135:6
141:6 149:3,5
269:23 272:21
274:19 280:17
280:20 282:24
300:1,2,3
313:13
**oxidizer** 312:12
312:19
**oxidizes** 40:17
40:20 41:8
53:19 54:23
56:15 58:21
73:7 75:7,8,16
76:7,10,20
77:12 100:3
113:1 150:7
214:6 248:14
252:24 253:11

**oxidizing** 53:20
53:21 54:15
76:15,25 77:8
112:25 135:16
141:23 171:5
212:20 221:2
**oxygen** 53:18,24
53:25,25 54:17
112:20 248:13
248:20 264:2,7
264:8,11,15,17
265:25 266:1
269:18

─────────

**P**

**page** 3:2,9 4:2
5:2,13 6:2,16
7:3,6 11:1,19
14:5 33:23,23
37:6 45:23
48:8,11,12,13
48:14 63:13,23
64:24 86:17,24
92:18 95:14,15
102:4,4 107:6
110:2,5,6
111:25 112:1
113:3,4,10
115:3,5,6
117:9 119:19
119:19 124:5
124:19 131:9
143:5,8,9,16
143:23 144:1,9
144:15,17
145:11,21
146:24 147:3
147:22 148:7
154:7 157:14
157:25 159:15
160:8 163:15
163:18 166:2,3
166:3,22 167:7
167:22,22,23
172:20,22
173:7,12 174:4

175:3 176:17
176:21 177:5
177:20 178:3
181:25 184:15
184:17,19,22
184:25 185:16
186:10 189:18
189:19 190:22
191:1,1,1,3,12
191:14 192:23
193:20 203:20
203:20,22,24
204:18 205:21
205:23,25
209:1 210:12
212:11,13
213:6,7,11,12
213:12 216:15
218:3 219:11
219:15 221:18
221:21,23
223:21 225:17
227:20 228:22
229:2,5,13
230:18,21
233:9,12 234:4
234:9,10
237:10,13
262:17 263:22
263:25 264:20
266:16 271:23
272:5 280:23
280:24,25
283:6,10 284:7
294:22 297:5
318:1,6,9,16
318:25 319:9
319:10 320:3
321:3,23 322:1
322:3
**pages** 28:21
33:24 63:13
143:24 204:18
224:12 264:25
**paper** 137:17
284:10,18,19

284:23 285:5
286:15 304:5
**paperclips** 304:7
**paragraph** 7:4
64:24 110:3,6
113:4,9,10,12
113:14 119:19
124:13 126:7,9
131:11 147:8
154:13,20
160:9 166:7
184:17 212:16
212:17 213:15
213:17 217:6,9
217:12,14,22
219:15,17
224:19 262:18
262:22 265:4,4
266:16 280:25
297:8
**parameter**
237:18
**parameters**
49:24 52:16
70:17 83:16
122:14 128:23
**parkway** 2:15
**part** 4:18 6:20
22:6 27:2
44:11 59:25
66:19,23 68:19
84:23 93:11
95:15 153:2
158:2 176:10
188:20 189:13
203:15 205:7
210:1 220:21
226:25 227:1
243:6,9,11
260:7 261:1
263:20 279:4
285:16 288:14
296:5 298:9,12
298:14 306:25
**participate**
261:14

Russell F. Dunn, Ph.D., P.E.

**participated** 305:19
**particular** 22:15 34:5 51:2,22 66:10 72:20 73:1 75:2 96:3 105:25 120:12 149:6 158:3 181:23 189:2 202:2 203:8 205:13 213:14 217:4 227:23 227:24 229:12 231:17 234:25 244:5 253:22 254:3,4 273:24 293:5 295:11 297:16
**particularly** 152:3 293:25
**parties** 81:13 324:6
**parts** 307:1
**party** 261:5
**pass** 302:5
**passed** 302:7 304:9
**pathologist** 247:5 306:11
**patient** 6:6 29:4 65:17 66:1 215:18 247:9
**patients** 73:2 83:19 96:4 247:6
**patrice** 5:8
**paul** 2:13,16 9:7
**pdf** 14:10
**peak** 138:16,20 138:24,25 139:6 142:8 254:16 277:10 294:19 295:1,4 295:14,19,22
**peaks** 138:18 198:15,18

199:2 277:5,7 277:20 278:2,4 295:16,24 296:20,21,22 296:25
**peer** 109:7,16
**peerreviewed** 314:21
**pellets** 311:23
**pelvic** 4:9,11 5:4 24:8 164:23 251:16 257:6 310:15
**people** 80:15 102:8 103:25 105:19 172:14
**perceived** 103:23
**percent** 198:9 256:13 274:8,9 290:13,13 322:24,25
**percentage** 256:13 290:21
**perfectly** 253:13
**perform** 31:25 32:2 116:7 122:2,13
**performance** 164:8
**performed** 32:5 52:7 152:4,11 254:20 274:18
**performing** 71:3 152:18 153:2,9 154:3
**period** 77:20 78:1,6 274:13 278:5 289:11 319:4
**periods** 78:14
**permanent** 232:13
**permeation** 130:17 143:19 146:3

**permit** 100:7 101:4
**peroxide** 256:13
**person** 24:17 42:16 45:17 92:5 179:5 293:10 299:2
**personal** 122:8
**personally** 43:10 107:20
**perspective** 6:10 10:17 74:20 87:21 124:3 291:11
**pertain** 225:8
**pertinent** 118:1 118:4
**pet** 6:5
**ph** 1:15 3:12,15 8:1 9:1
**pharmaceutical** 301:20
**phenol** 291:8
**photoelectron** 246:19
**photographs** 279:19 308:4
**photos** 150:20
**physical** 5:15 102:7
**physically** 185:18
**physician** 179:6
**physicians** 178:17 179:3,6
**pick** 47:7 192:13 254:1 276:25
**picked** 146:23 276:7
**pictures** 308:4
**piece** 89:11 128:14 145:7
**pinnacle** 8:3
**place** 8:4 45:7 51:15 175:5 177:18 187:2

275:21 297:20
**placed** 118:23
**plaintiff** 57:15 58:6 301:21 302:4,12
**plaintiffs** 1:5 2:2 57:8 261:13
**plan** 6:24 12:21 12:22 68:21 69:12 210:8 237:17 309:2
**planned** 261:22
**planning** 261:18
**plant** 319:19
**planted** 319:15
**play** 323:8
**please** 13:9 21:6 25:23 66:2 74:2 77:2 82:3 90:13,16 115:23 120:25 142:16 157:15 163:10 166:23 167:8 168:4 177:20 178:5 182:1 190:23 193:18 209:1 212:13 219:11 221:9 223:14 236:19 237:11 241:5 317:24 318:2
**plural** 141:19
**point** 12:14 16:14 34:6 37:5 40:23 41:6 54:14 79:7 81:16 90:11 112:1,6 114:17,21,24 115:22 117:4,5 124:5,12 128:5 128:6,11,13,20 128:20 129:14 138:6 146:16 146:22 150:7

150:13 159:24 163:23 165:24 169:10 185:10 186:5,16 188:6 208:15,17 236:25 237:3 239:22,25 262:6 280:16 287:16 289:3 291:2 312:7,10
**pointed** 149:6,8 190:20
**points** 40:12 63:18 105:10 128:9 146:17 280:17 315:16 315:18 316:6
**policies** 154:16
**polymer** 3:13,20 41:9,14 42:2,7 42:18 43:3,4 43:16 45:16,18 52:8 58:16,17 59:23 65:24 66:6 69:19 72:25 75:12 76:23 77:4,7 77:16 100:4 103:20 128:8 162:10 178:21 179:9,10 194:16 238:21 238:23,24,24 238:25 239:4 242:1 249:24 250:11,11,17 252:24 253:11 253:12 261:6,8 262:10 263:2 267:5 268:25 290:17 291:21 301:12,13,14 307:2
**polymerbased** 52:5,12 53:4,7 67:1 242:14,16

Russell F. Dunn, Ph.D., P.E.

242:19 259:24
301:10
**polymeric**
189:15
**polymers** 149:2
242:2,7 248:15
250:16 256:19
262:10 291:22
307:6
**polypropylene**
4:9,11 5:10,20
6:5 17:25 18:3
34:8 40:14,17
41:8,20 47:14
54:2 63:9 64:2
65:7,22 73:9
73:12,15 75:3
75:20,22 76:1
77:8,16 80:16
84:10,11 89:11
113:1 131:14
131:20,22,23
131:24 133:1
142:5 149:4
171:8 186:2,5
190:21 197:7,9
198:1,17 199:3
199:25 200:14
200:20,24
201:16 202:3
202:25 203:9
204:4 205:19
205:24 206:2
206:24 213:2
213:10,25
214:23,23
215:12,13,20
216:4,7 219:25
220:23 232:20
239:11,11
243:2,7,13
245:11,19
247:3,4,25
248:7,10 249:1
251:1,10,20
252:2,7,20,24

253:5 254:2
260:19 264:1
264:10 266:23
269:13 276:8
276:22,25
278:1,6,10
280:18,20
283:12 284:2
287:23 288:4,9
288:11 289:1
290:6,23
291:14 292:5
293:12 310:14
310:20 311:6
311:17,21,23
312:15,25
323:4
**polypropylene...**
77:6
**polypropylenes**
112:3,15
247:17,21
250:4,5
**polyvinylidene**
148:21
**portion** 87:3,4,8
87:9 145:6
165:8 270:9
**position** 238:6
**positive** 200:19
**possibilities**
133:10
**possibility**
131:19 132:24
133:16 134:3
134:14,24
135:10
**possible** 60:17
93:1 119:25
120:17 121:6
121:10,16
122:1,10,21
173:18 238:4
313:12
**possibly** 314:1
**poster** 108:3,4,5

108:8,11,18,22
108:23 109:2
**postmarket**
224:15,19
249:15
**postoperative**
237:14 238:19
**postoperatively**
313:18
**postproduction**
172:4,25 173:9
177:11
**potential** 27:17
34:9,12 37:12
38:12 40:4
41:3 43:11
44:3 53:23
69:8,16 75:10
88:24 89:14,18
90:14,19 91:7
92:3,8 95:3,7
169:13,19
170:10,15
171:21,23
172:1 175:10
188:22 229:6
237:21 238:1
**powerpoint** 10:7
138:15
**practice** 153:2,6
178:12
**practices** 158:5
**preceding** 59:11
143:23
**preclude** 19:10
**predecessor**
227:16
**prefer** 217:3
**premarket** 4:15
5:3 159:17
160:9,11,16,22
181:12
**premised** 236:10
236:11
**preparation**
4:15

**prepare** 16:19
138:17
**prepared** 224:7
**preparing** 52:25
302:18
**prescribed**
233:3
**presence** 264:2
265:24 312:11
312:18
**present** 2:8
109:18 113:1
135:17 173:23
248:13,20
264:9,15 266:2
278:2,4
**presentation** 4:7
4:10 6:8 10:20
107:8,10,12,14
107:19,23
108:2,3,8,19
108:21,22,23
108:24 109:1,2
109:6,12,12,13
109:17 136:21
136:23 137:11
137:21 196:2
198:25 201:18
247:20,24
248:2,3,6
249:9,15
253:15 277:16
278:15 303:25
304:21 305:5
305:10,13,14
**presentations**
10:7,12 11:2
11:21 61:20
107:15 108:4,5
108:6,11 109:8
135:19,20
261:3,4 305:20
**presented**
243:19,20
**presenting**
162:11

**preserve** 278:16
**preserved** 259:4
**pretty** 15:25
110:24 158:25
208:15 274:10
306:19 307:3
**previous** 167:5
220:21
**previously**
156:19 173:22
173:24 177:9
**primarily**
287:22
**principle** 164:2
164:12 166:16
168:8,20
185:21 275:7
**principles** 19:21
20:6,25 21:8
21:19,21,25
22:3 63:10
120:9 192:20
**print** 221:21
**printed** 29:18
**prior** 16:15
29:21 33:7,9
33:13 46:25
106:20 152:5
165:23 241:10
255:18,21
256:6 257:11
320:19
**priority** 44:13
104:15
**pristine** 142:11
263:1,6,19
319:8,10
320:18 321:5
321:12 322:1
**probably** 17:6
31:22 114:17
114:20 120:19
184:9 228:18
249:21 263:14
316:13
**problem** 65:18

Russell F. Dunn, Ph.D., P.E.

66:12 74:24
89:16 106:9
144:6 167:20
168:24 176:22
220:9 240:5
259:24
**problems**
190:20 240:25
**procedure** 8:6
308:15
**procedures**
152:17 236:7
236:23
**proceedings**
323:25
**process** 21:17
40:13 49:19
50:18,18 52:17
78:25 79:4
113:5,15,20,25
116:16,20
151:20,25
152:10 153:25
160:22 174:7
176:20 177:16
186:24 243:15
249:20
**processed** 220:1
**processes** 50:21
169:11
**processing**
229:16 265:7
**produce** 139:22
**produced**
278:22 279:1
304:25
**produces** 266:18
**product** 16:16
17:17 18:12,22
21:17 27:8
33:15 34:9
35:8 49:18
53:10 66:10
72:8 75:1
82:20 87:22
92:6 93:24

100:18 101:20
102:1 105:25
106:16,22
115:12 116:23
118:10 127:7
139:13 157:1
162:11 178:11
178:25 179:8
181:11 182:3
222:25 224:14
227:9 233:4
235:15 238:6
243:14 295:8,9
301:10 308:3
313:8,11 314:2
324:10
**production** 9:21
**products** 6:9
10:16 17:14
18:2 19:1
21:21 36:6
52:5,8,12 53:4
53:7,15 54:11
63:19 67:1,10
67:13 68:4
74:14 100:22
100:24 120:6
131:24 188:22
189:15 191:5
191:16 192:16
205:17 226:2,8
226:10 243:18
250:17 262:11
263:1,7 279:20
280:17 299:21
310:11,14
**profession** 21:1
**program** 25:21
108:10 184:13
**prolene** 4:5 5:15
34:8 35:9
38:13 39:7
41:4,24 42:25
43:12 44:4,21
53:12,16 54:4
54:9,23 55:5

55:24 56:10,15
58:10 59:5,15
60:9,16,22
61:15 63:2,14
64:8 65:16
67:10 69:15
72:2,20 73:6
73:10 75:3,5
75:14,22,24,25
76:6,19 77:3,7
77:12,15,18
78:6 79:1,5
83:7 84:11
88:2,18 90:5
97:2,3 98:2
104:17,22,23
104:25 105:4
105:21 106:3,5
126:25 129:5,7
130:11 132:20
133:24 134:9
135:6,16 141:6
142:4,19,21
144:13 145:22
146:6 147:9,25
148:1,2,3,9,19
149:4 150:2,4
150:18 162:14
162:19 163:1
171:7 196:19
196:20,25
197:4,6 198:9
198:16 199:2
199:25 201:17
201:24 205:1,3
205:4,6,11,13
206:10 207:8
207:13,15,17
223:23 225:22
226:14 233:20
239:11 254:2
254:21 255:11
255:16 258:6,8
258:11,11,16
259:7 260:2,6
260:11,15

265:21 266:7
273:11,22
274:16,19,25
275:3,8 276:8
276:22 277:1
278:7 279:16
280:3,10
288:11 289:1
290:3 293:17
297:17 298:8
299:6,9,11
300:10 308:11
310:6,19,24
311:20,25
312:1,7,14
316:4,6,10,25
317:1,2,3,5
318:4 320:5,10
320:18,19,23
**prolenebased**
226:9
**prolenes** 316:17
**prolift** 165:2
**promise** 165:18
**promptly** 299:6
**pronounced**
57:21 283:7
**propagate**
150:11 267:9
**propagation**
265:18
**proper** 106:25
185:8 238:1
307:20
**properly** 101:6
196:19
**properties** 38:11
42:17 43:4,16
58:16 63:9
65:21,24
100:12,14
101:13 103:19
104:25 119:24
120:7 126:10
126:17,20,25
127:5,5,6,7,10

128:8 145:5
149:17,22
150:8 162:10
162:12 163:8
214:14,25
219:16,20
222:2,6,14
225:18 226:14
238:21 245:22
252:25 253:10
262:24 266:19
266:23 267:1
268:22 270:17
270:22,25
272:2,20,22
273:10 275:10
282:23 301:13
313:25
**property** 102:8
103:14 149:20
**proportion**
293:23,24
**proportions**
290:4 291:13
292:9 293:11
293:19
**prosima** 3:22
5:4 34:9 35:11
36:24 37:19,24
38:2,13 50:12
57:15 67:6
73:25 74:10
90:2 98:14
99:6,22 101:5
103:9 104:18
104:21 105:1
106:6 110:21
113:6,15
119:16 121:15
126:21 127:7
155:6 161:5,20
162:8 164:22
180:3 194:6
208:21 224:25
226:2 240:6
308:2,11,15

309:21,24
310:4
**protect** 98:15
99:7,23 101:7
157:2
**protective** 246:8
**protects** 100:8
**protein** 133:12
133:17 134:4
134:25 135:11
140:22
**proteinaceous**
133:5 280:3,10
**proteins** 134:16
**protocol** 255:24
256:2,3,23,25
257:2,4
**provide** 25:15
25:23 27:9,14
103:14 105:24
120:20,20
179:18 302:25
**provided** 15:15
20:7 36:5
61:20 67:18
105:7 107:15
110:10 139:13
257:1,1 275:13
310:17
**provides** 156:14
156:15,20
**providing**
105:20
**ps** 14:7 165:2
222:2,20
223:23 224:25
225:18 310:8
**ptfe** 6:5
**public** 8:12
324:3,17
**publication**
264:22
**publications**
212:3 238:13
**publicly** 173:16
**publish** 179:18

314:18
**published**
172:19 185:19
186:1 247:12
247:16 248:25
249:4,8,14
252:8 305:15
314:19
**pull** 52:19
193:14 215:23
215:25 313:5
317:23
**pulled** 200:10,22
**pulling** 194:11
201:9
**purchased** 29:14
29:22
**pure** 278:1,6,10
323:4
**purports** 196:11
**purposes** 8:5
**pursuant** 31:25
**put** 40:6 44:13
44:17 51:15
60:20 61:14
80:17 89:5,17
90:2 91:14,23
92:1 93:4
101:11 118:5,7
137:17 141:22
147:24 170:23
200:9,18
201:12 212:16
212:17 220:13
231:4 264:21
286:3 293:24
300:13
**putting** 159:19
169:11 177:10
236:25 263:16
**pvdf** 5:15
148:20 149:2
273:22
**pyrogenicity**
71:20

## Q

**qualifications**
103:8 183:12
**qualified** 42:24
43:2,11,15
69:14 98:14
99:5,21 112:16
239:5 252:19
253:5 260:5
**qualitative**
167:24
**qualitatively**
168:6
**quality** 19:13,17
19:21,24 20:9
20:11,18,20,23
21:9,13,22,24
21:24 49:7,16
51:1,11,13,21
51:24 52:3,18
66:19,23 67:2
158:1,2,7
159:9 160:4
249:9
**quantification**
188:21 189:14
**quantitative**
167:24 168:5
229:15
**question** 6:17,18
6:24 7:9,12
25:18 28:15
42:4,5 43:8,17
43:20,21,25
44:1 49:9
51:19 52:10,22
55:21 56:3,6,7
58:22,23,25
59:4,8,12,13
61:7,8,12 62:7
64:4,5,6 72:12
73:11,13 76:5
76:13 77:12
79:8 80:21
82:3 83:25
84:5 85:16

88:11,14 91:20
91:21 92:11,12
93:11,14,16
99:1,4,4,19
100:5,16 101:2
101:3,9 109:21
117:13 124:23
134:21 135:7
140:11,12,15
140:21 141:2,8
141:9 142:25
147:19 155:14
155:17 157:6
160:1 162:5,16
162:24 173:4
178:4 181:17
181:22 184:10
190:7 191:25
194:18 195:3
195:12 197:15
198:4,21 203:5
205:9,10
208:16 209:7
209:13,17,19
210:10 211:2
211:15 216:5
217:20 218:19
218:23,24
219:5,6 231:3
231:14 233:14
234:5 236:5,14
236:15,17,20
236:22 245:3
245:16 246:9
247:8 250:7
253:25 256:21
257:13 260:22
261:19 266:3
270:18 272:24
273:1 274:24
275:16,18,19
276:17 284:22
296:17,17
300:5,20,21,22
302:10 308:22
308:24 316:7

**questionand**
271:8
**questions** 6:14
7:1 8:9 20:14
38:25 91:5
93:23 95:1
153:21 155:6
165:19 183:3
184:8 196:15
204:16 210:18
211:14 236:11
241:9 268:16
271:5 273:2,4
305:9 309:13
309:21 313:1,2
314:6 315:7,14
317:21
**quick** 10:9 28:14
110:24 224:19
**quickly** 47:2
267:12
**quit** 60:1
**quite** 33:9
273:18
**quote** 34:13 96:1
154:15,22
163:20 164:5
164:15 167:10
168:11 185:16
191:3,15 204:3
212:18 213:24
219:20 263:1
297:9
**quotes** 115:9

## R

**railroad** 2:9
**raise** 211:1,14
211:14
**raises** 79:8
**ran** 200:3,11,20
278:6
**random** 52:19
**range** 254:15,17
277:20
**ranges** 277:10

Russell F. Dunn, Ph.D., P.E.

rank 27:13 45:4
  45:12
ranking 26:24
  28:1 44:19
  45:1,2
rankings 27:5
rate 219:25
  265:13,16,17
  265:21
ratios 293:16
raw 230:14
  233:10
react 53:20
  76:15 83:15
  264:9
reactant 76:18
reacting 311:25
reaction 59:20
  155:9 187:2
  220:22 253:8
  312:20
reactions 265:18
reactive 53:25
  54:17 112:20
  248:12,20
  264:2,11,14,17
  265:25 266:1
  312:11
reactivity 112:3
  112:16 312:2,8
reacts 53:22
  236:12,13
  252:20 253:6
read 26:7 31:20
  34:20 46:10,24
  47:1,24 48:2
  48:10,14 55:19
  56:7 58:22
  59:1,11,14
  61:13 70:13
  73:17 94:8
  96:6 99:1
  102:6 126:13
  131:16 133:2
  133:13 154:11
  154:18,25

160:18 163:20
  163:25 164:10
  164:19 166:14
  167:1,19,25
  169:4 180:23
  190:7 191:6,8
  191:18,19,25
  192:3,12,22
  203:14,14
  204:6,12,18
  212:22 214:3
  217:7,19 220:4
  220:10,10
  221:22 236:18
  236:21 239:21
  241:11 257:11
  264:4,19 265:8
  266:19 283:14
  299:23 308:16
  321:3
readily 40:19
  41:8 75:6,7,8
  76:7,10,20,20
  77:12,13
  129:22 149:1,3
  288:5
reading 8:14
  92:14 104:6
  172:9 174:3
  178:1 191:9
  205:21 217:13
  281:21 320:13
ready 184:1
  223:7
reagent 64:11
  64:14
reagents 194:19
real 10:9
really 60:1
  80:21 84:19
  113:24 123:1
  124:2 171:5
  172:6 226:12
  227:5 274:2
  282:6 293:15
  293:21 307:24

311:5 323:14
reason 12:3
  28:19 39:22
  46:12 47:23
  144:18 162:1
  194:4 204:8
  268:12
reasonable 33:9
  62:21 95:7
reasons 122:25
recalibrate
  199:15
recall 6:20 11:4
  16:25 19:14
  22:14,15 23:13
  24:10 26:2,5
  36:21 37:3,21
  37:21 49:3
  57:25 64:16,20
  67:7 73:18
  79:12 110:17
  118:6,8,14,18
  118:21 119:13
  119:17 133:10
  133:11 153:11
  155:5,7,9
  159:5 209:25
  211:6 222:20
  240:2 242:22
  243:3,4 246:15
  246:18 248:8
  249:25 252:6
  253:15 277:12
  283:19 285:24
  292:13 294:10
  294:17,20
  302:16,19
  316:9 319:22
  319:24
recalled 320:2
receive 225:5,7
received 29:21
  247:4 258:8
  299:8,9
recess 61:11
  136:1 195:22

204:22 241:6
  268:7 292:22
reciprocal
  138:21
reclassification
  206:1
recognize
  173:24
recognized
  188:9
recollection 39:8
  118:9 316:18
recommendati...
  292:18
record 135:25
  136:4,6,10,12
  204:21,24
  205:19,25
  322:7 324:5
recorded 175:1
records 139:19
  223:6
red 277:23
reduce 282:17
reduced 316:16
  322:21,23
reduces 127:9
  265:6 269:8,20
  269:22
reduction 215:3
refer 28:13,16
  140:3 233:19
reference 30:7
  30:14,15,24
  36:9 110:14
  113:5,14
  114:15 117:8
  129:4 152:18
  153:3,9 222:3
  226:25 227:6
  234:25 235:25
  239:6 283:7
  312:25
referenced 11:2
  11:22 25:5
  29:8,19 30:20

31:4,18 35:16
  48:22 49:4
  115:19 117:25
  151:12 156:18
  189:23 215:19
  226:25 237:19
  239:16 294:9
  318:5
references 47:8
  226:16 318:4
referencing
  130:6 235:21
referred 62:14
  93:23 116:2
  126:10 127:9
  184:3 299:23
referring 20:1
  35:5,7 37:7,9
  37:15 61:19,22
  63:6 65:1,10
  75:23 79:15
  85:7 93:19
  95:20 124:9
  125:4,6 133:8
  213:1,2 234:20
  235:1 264:7,8
  277:13 282:1
  297:13,18
  299:18 315:10
  315:11,13
  321:24
refers 182:16
  227:19 235:8
reflect 140:16
  154:16 172:1
reflecting
  239:15
refresh 316:17
refused 302:4,14
refute 105:11
regard 109:15
regarding 20:23
  65:16 118:10
  159:9 209:8
  249:9,15
  250:22

regions 138:16
regular 76:1
  108:6
regularly 314:18
regulations
  22:13,16,25
  23:2,6,11,19
  23:23 24:6
  157:20 158:2
  158:21 159:1
regulatory
  154:23 218:9
  307:16
reiterate 43:14
  134:8 141:4
relate 23:7
  38:13 65:6
  305:21,23
related 18:12
  24:16 26:24
  48:5 69:5
  94:13 187:14
  243:2 250:18
  290:15 291:9
  298:7 324:6
relates 33:17
  72:6 97:23
  134:7 181:22
  233:3 238:21
  253:7 268:13
  271:19 307:6
relating 11:3,24
  57:20 67:5
  97:2 140:2
  173:9 179:19
  180:9 182:10
  210:19 249:10
  249:12 259:6
  296:7 305:21
  305:25 308:10
  309:3
relationship
  215:5
relative 66:6
  152:7
relay 42:9

relevance 164:5
  173:18
relevant 104:18
  163:21 308:10
reliable 121:2
reliance 36:13
  239:17 294:11
  296:5
rely 60:15 62:22
  111:17 132:19
  216:18
relying 20:24
  296:7 308:5
  314:11
remain 127:11
remained
  147:17
remember 23:20
  118:16 239:8
  309:18,22
  313:2,4 314:5
  315:7,14
removed 142:19
  245:23 272:3
rendered 17:1
repair 5:4
repeat 125:22
  142:24 245:16
rephrase 302:9
replace 137:3
report 3:13,19
  5:14 10:5 11:1
  11:5,15 13:11
  13:16,18 14:22
  14:25 15:1,17
  15:22 16:7,12
  16:14,15 17:1
  17:17,23 19:12
  29:24 30:7,11
  30:25 31:15
  33:20 35:17
  36:7,9 37:6
  38:1 40:2 41:7
  46:13,15 54:15
  55:11,12,20
  63:5 64:17

68:2 79:9,19
  79:24 81:20
  84:20 107:7
  108:19 109:24
  110:1,13,18,19
  110:21 111:11
  111:13,19,23
  112:7,13 113:3
  113:11 114:4
  114:16 115:19
  116:6 118:1,4
  118:5,7,12,24
  119:2,6,15
  125:13 126:3
  126:14 130:5,8
  130:9 133:3,4
  134:7 135:5
  140:4,6,18,24
  143:16,25
  149:1,7 151:4
  156:11 159:22
  162:1,7,9
  165:16 169:4
  179:22 181:16
  181:23 182:21
  182:24 183:11
  184:6 186:4
  187:10,17,18
  187:20 188:12
  189:4,23,24
  190:3 193:12
  194:9,22 195:4
  195:14 206:13
  207:4,6,22
  208:11 209:11
  211:18 212:4
  217:24 218:10
  225:15 228:4
  232:6,8,24
  233:7 239:16
  240:1,2,4,15
  240:21,24
  259:8 260:8,12
  261:2 262:14
  262:23 263:9
  263:16,21,23

264:19,21
  277:14 279:3,5
  280:24 283:6
  284:17 285:9
  285:12 286:1
  286:21 292:25
  296:7 297:4,5
  298:9,13,15
  302:18 303:7
  305:25 306:1
  308:7,8 313:6
  317:24 320:22
reported 6:23
  162:23 210:8
  240:9 283:11
  284:2 293:10
  324:4
reporter 8:12
  59:1,14 61:13
  236:21 252:15
  304:10 311:7
  311:14 324:3,9
reporting
  240:24 324:8
  324:10
reports 16:18,19
  17:7 54:20
  72:7 112:12
  129:25,25
represent 17:3
  22:3 27:6
  36:10 108:9
  208:20
representative
  137:25 138:6
represents 22:13
  127:21
reproduction
  324:11
req 106:13
request 105:8
  106:14 258:21
requested 9:21
  257:13
requests 210:19
  210:25 257:6,9

257:16 302:3
require 32:7
  69:23 92:13
  160:16 190:8
  244:1
required 18:9
  170:22 235:17
  244:18
requirement
  89:6 93:17
  94:7 97:3 98:2
  120:4,16 121:5
requirements
  18:8 88:1,16
  88:17 89:3,4
  96:25 97:1,21
  98:1 116:13,15
  117:6 181:13
requires 27:7
  82:15 91:13
  227:5
requiring 232:3
research 238:11
researched 73:5
reserved 8:10
residues 229:17
resin 77:6 265:7
  292:6
resistance
  212:19,19
  219:21
resources
  166:13
respect 6:21,24
  17:25 22:24
  23:17 24:7
  26:14,19 28:9
  62:23 66:2,15
  79:5 97:21
  119:16 172:25
  193:9 194:6
  198:23 201:25
  210:2,9 229:17
  230:6 231:21
  251:7 264:12
  273:6 274:16

Russell F. Dunn, Ph.D., P.E.

274:19 275:2
279:15 297:17
308:6 311:3
315:16 316:4
316:16,23
**respond** 73:3
**responses** 65:11
97:10
**responsible**
19:11
**rest** 214:17
270:1
**result** 41:19
70:24 96:4
215:3 266:23
305:11
**resulted** 126:11
126:18,21
262:25
**resulting** 54:11
214:2 266:8,18
**results** 129:23
129:24 143:11
143:17,20,20
143:23,24
164:8 174:25
197:12 239:4
239:13 240:8
247:11 269:4
272:7 273:19
**retained** 251:13
251:18,22
252:5,5
**retrospect** 262:1
**review** 23:18
24:5 25:11
46:6 62:17
117:21,23
173:16 202:15
235:2 246:23
**reviewed** 15:18
15:21 23:2,17
23:22 36:23
45:22 67:4,8
109:7,15,16
110:8 114:3,8

117:2,20
158:21 159:2
309:24 310:10
310:13,16
**reviews** 28:12
71:10 78:25
79:3 84:25
93:6 116:19
129:21 202:11
217:10 218:22
224:17,18
321:18
**revised** 108:20
**revision** 3:21
170:6,8,23
172:17,19
174:10 175:12
**revisions** 170:6
**ridgeland** 2:15
**right** 6:19 10:13
13:19 26:4
31:13 35:25
39:1 56:18
58:21 59:9
61:5 62:4
73:25 81:14
86:5 96:9
102:11,22,22
115:8 121:17
143:15 150:25
153:6 154:21
155:12 156:6
160:24 161:8
161:14 162:8
165:9 171:16
171:17 173:1
174:7 176:21
177:1,7 178:12
182:7,15,17,20
186:6 190:4
191:21 194:12
195:5 197:4
202:12 204:20
205:10 208:23
209:9,20 222:6
222:22 226:3

227:25 229:3,7
233:21 235:10
236:1 238:2
242:17 244:16
259:10,18
266:15 269:8
269:21 270:17
273:16 275:10
275:25 277:16
281:10 282:12
282:23 283:18
284:16 287:13
289:17 296:14
312:2,20
318:18,21
320:12 321:5
322:25
**righthand**
196:11 219:14
**rigidity** 313:8,11
**ring** 256:10
**ringing** 192:6
**risk** 19:22 31:25
32:1,2 39:23
44:13 68:8,8,9
68:10,11,16,17
68:18,20,21,22
68:24 69:2,3,6
69:9,9,10,11
69:12 70:6,9
70:12,16 71:3
71:14 79:1,4
92:25 93:7,8
94:9,10,17,22
94:25 95:5
98:16 99:7,23
100:8 101:7
104:5,10,14,15
104:17,18,24
105:4,6,8,12
105:21,24
106:3,15,15,21
107:3 114:10
114:10 115:25
116:7,8,16,19
117:1,19 157:2

160:5 163:20
165:23 166:9
167:6,11,23
168:12,21
171:15,16,19
171:19 174:6
175:1,4,5,10
175:14,17,21
176:4,4,11
177:12,16,17
202:11 206:3
223:2 224:4,5
224:7,8,20
225:1 227:20
228:20 260:10
260:14,23,25
301:10,11
**risks** 170:20
**rmr** 324:3,16
**robert** 4:23
**robust** 119:25
120:17 121:5
121:10,15
122:1,9,12,15
122:20 123:8
123:12,14
**role** 78:25 79:3
141:12,14,16
323:8
**roles** 141:18,19
**room** 42:19
**roughly** 274:4
**routinely** 314:14
**row** 48:6
**rpn** 104:16
**rule** 3:19 131:18
132:24 133:15
133:21 134:2
134:14,24
135:10
**rules** 8:6
**run** 70:25
201:22 215:15
255:15 292:1,2
293:18
**running** 66:11

138:5 241:11
**rushed** 118:11
**russell** 1:15 3:12
3:14 8:1 9:1

---
**S**
---

**sae** 152:14 244:4
244:9
**safe** 160:13
161:8,14,20,23
162:8,13
185:20,23
**safer** 123:10
**safety** 5:12 18:1
39:23 40:3
42:19 45:6
90:8,11 94:13
115:14 116:23
123:17,18,22
124:3 160:23
173:19 176:3,5
176:10 227:11
259:7 260:2
297:24
**safetyrelated**
297:20
**sale** 244:15
**sample** 145:2
270:6 319:8,10
**samples** 52:19
78:13,20
140:18,19,23
141:6,22,23
143:12 145:12
145:15 168:22
200:3,3,11
290:18
**santonox** 290:5
290:22 291:5
291:13 293:17
316:16 322:15
322:20 323:4,8
323:13
**satisfactory**
21:10 64:19
**satisfied** 303:4

Russell F. Dunn, Ph.D., P.E.

**satisfy** 211:13
**satisfying**
190:18
**save** 166:12
**saw** 26:5 36:14
46:5 48:12
72:7 228:18
263:9 294:13
296:24
**saying** 19:8 28:7
32:11 38:16
39:4 62:11
66:23 70:4,24
76:9,9 77:3,6
79:23 81:24
82:21 87:9,15
87:15 94:4
96:17 101:10
101:12,12
105:11 117:6
117:10 121:9
123:11,13,15
130:10 131:24
138:22 157:8
159:5 169:22
170:2,21 171:7
179:1 186:23
199:7,9 203:3
203:4 204:3
205:5,15,17
206:8,16 208:8
211:20 227:3
231:7 240:20
244:22 267:22
270:24 283:25
287:6 293:15
317:13
**says** 65:8 75:14
89:10 92:20
95:17 96:1,8
96:11 98:4
108:1 121:10
131:12 147:8
148:8 154:15
154:22 156:25
160:10 166:5,7

167:3,10,23
168:11 172:9
173:12,20
174:6,13,25
177:15 191:2,3
191:15 192:23
194:13,15
204:7 205:21
212:18 213:24
216:1 218:19
219:19 220:25
224:6,8 233:9
234:10,14
236:1 257:12
262:22 265:5
265:16 266:17
283:21 287:5
**scale** 283:21
**scanning** 63:19
130:15 246:19
**science** 6:11
10:17 238:25
**scientific** 22:2,2
66:11 75:13
77:3 203:24
253:2 305:17
**scientist** 307:5
**scientists** 62:22
79:7 190:12
**scission** 265:5
266:18 269:8
269:11 287:17
287:19,22,25
**scope** 167:11,15
179:22 188:12
189:4,23
193:12 194:9
195:13 206:13
207:3 209:11
211:5,18,18
217:24 218:10
221:25 232:6
232:24 233:6
240:11,15
**scrape** 270:3,4,8
**scrapings**

131:13,19
**seal** 324:13
**sealed** 139:16
**search** 47:8,11
47:25 203:4,11
234:20,23
235:5,9 237:19
238:2,8,18
**searches** 235:3
**second** 1:2 12:13
14:16 33:22,23
37:6 73:21
85:5,12 86:24
92:16 94:15
110:2,6 111:20
113:4,10 116:9
119:19 123:14
124:5 125:19
131:8 135:21
135:25 143:16
145:19 147:24
148:9 154:7,13
154:14 157:16
166:3,7,23
168:10 173:20
174:23 177:20
192:5,6 193:18
195:21 212:15
212:16 221:17
225:17 237:12
262:17 271:23
272:6 283:23
287:11 289:14
290:16 292:21
296:11 304:1
305:5 318:24
**secondtolast**
143:5,8 144:8
262:21
**section** 7:5,6,8
7:10 28:18
79:19 92:18
93:7,8,9 94:9
94:11 95:25
102:6 108:11
124:6 125:4,8

126:3 131:9,12
173:7 182:3,6
192:23 193:21
194:12 204:3
209:3 213:9,14
216:17,18,22
217:1,7,14
218:2,4,6,8,25
223:2 224:4,6
224:10 229:14
233:13,21
234:11 265:3
292:24 297:7
**see** 6:23 10:9
11:14,21 25:12
25:24 28:20
29:23 30:11
31:7 34:3
35:17 38:17
39:5,19 41:7
41:11 45:9,19
48:12 56:24
57:1 66:11,20
67:21 71:16
75:21 78:15,21
80:6,20 84:13
86:18 94:10
96:1 100:5
106:22 112:4
113:7,12,17
114:15 116:17
120:1 126:12
129:9 131:8
132:6 136:22
138:11 140:22
142:8 143:10
143:16 144:5
144:11 145:11
145:20 146:4
146:12 147:24
147:25 148:1,2
148:2 149:11
149:16,18
150:3 154:9,10
154:15,20,20
154:21 156:25

157:3,19,22,24
158:4 160:8
162:23 163:17
163:18 164:4
164:14 166:5
167:10,22
168:11,18
172:18,24
173:6 175:4
177:4 178:6,10
182:3,5 183:22
184:12,15,21
184:24 185:15
186:9 188:19
189:11,16,18
189:19,25
191:2,11
193:21,23
194:2 197:19
197:25 198:6
203:6,23
204:11,19
208:25 209:2
210:7,11
211:13,22
212:15 213:20
213:22,24
214:24 215:16
215:16 216:17
216:20 217:17
219:14,17,19
221:20 222:2
224:16 226:18
227:19,22
228:19,24
229:5,12,20,21
229:22,24,25
230:20 233:13
234:5,14,17
237:12,15,17
238:5 253:18
262:21 263:4
265:5,14,19
266:15 269:5
272:7 274:10
278:12,14

279:18,19,20
279:20 281:6
283:5 285:1
286:11 289:16
290:12 292:16
294:24 295:19
295:22 296:2
297:10 299:14
299:21 300:16
303:14,22
304:5 316:11
318:4,7 319:13
321:15
**seeing** 81:15
84:9 133:10
287:17,19
**seen** 22:19 25:5
25:24 26:5
37:11 38:5
97:25 150:17
150:20 159:1
163:1,2 170:11
180:25 188:5
225:21,24
228:15,16
234:22 236:24
236:25 258:14
273:17 292:11
292:17 294:15
299:5,10
300:10,22
308:2 313:7
**sees** 122:14,15
**segments** 192:13
**selected** 95:5
**selecting** 172:7
**selectively**
146:23
**sell** 244:16
**sem** 142:1
150:20
**seniors** 21:16
**sense** 30:13
155:15 320:8
**sensitive** 199:8
199:10

**sensitivity**
197:20 198:13
**sent** 302:7
**sentence** 65:7
110:12 119:23
121:9 131:12
147:8 154:14
154:21 166:25
191:3,14,22
194:11,24
204:12 212:18
213:21,22
214:12 215:24
215:25 216:9
216:12 217:4
221:22 262:22
263:4,25
281:20,21
283:10 297:8
**sentences**
193:14
**separate** 60:3
71:21 74:15
305:11,13,14
311:5,12,19
**september** 86:3
131:6 224:1
**series** 165:1
210:18
**serve** 302:4,12
**services** 302:3
324:12
**set** 18:25 47:10
136:23 137:9
137:10,20
159:13 324:12
**settings** 315:24
**seven** 4:5 5:16
84:9 129:6
130:3,12
142:18 149:23
273:11 315:9
320:21
**sevenyear**
129:24 130:3,4
132:11 140:11

144:13 146:6
147:21 271:20
273:9 320:6,9
320:23 321:4
321:17
**sevenyearold**
321:13,25
323:15
**severe** 28:4
86:21,23,23
87:13
**severity** 26:24
27:3,5,24 28:1
44:14,19 45:1
45:12 123:21
**shaking** 50:16
**shapes** 220:1
**share** 315:18
**sheet** 138:3
**shelf** 231:9,16
231:20 232:8
232:11,18,22
233:3
**sheridan** 4:23
**sherman** 2:9
**shift** 195:24
**short** 241:19
**shortcut** 58:3
**shorter** 41:20
54:2 248:15
**shortest** 77:20
78:1,6
**shouldnt** 176:2
**show** 71:8 72:5
75:13 87:24
91:13 93:16
105:10 115:4
139:5,7 147:6
150:21 177:10
211:12 214:9
214:12 237:6
239:25 277:6
294:23 321:13
**showing** 80:12
138:14 177:8
196:12 272:7

279:16,20
289:20 293:9
318:17
**shown** 138:18
254:12 273:9
**shows** 84:20
237:3 254:16
273:10
**side** 70:21
103:20 138:12
**significance**
48:19,21
**significant**
84:13,21 85:20
86:16 103:23
142:21 144:12
146:5,12
147:13,16
148:14,18
149:15 150:2
164:7 272:15
273:15 274:10
275:1,8 289:21
320:6
**significantly**
273:23 275:24
**signing** 8:14
**similar** 19:3
52:1 163:22
166:9 169:1
173:16 206:3
228:17 250:7
**simple** 29:6 43:8
43:24,25 71:11
171:2 267:3
275:18,19
**simply** 13:18
47:7,25 196:19
295:7 305:12
**simulate** 60:18
61:25 80:9
**simulating**
60:22 61:15
**single** 179:5
184:10 224:18
**sir** 13:9 33:21

85:9 86:13
95:23 97:24
102:5 116:18
120:2 131:10
132:16 136:19
157:15 163:11
166:23 167:8
169:8 177:21
178:5 182:1
190:23 193:18
202:4 209:1
212:14 213:5
219:12,13
221:9,12
237:11,16
238:7 262:20
263:24 264:25
293:1 317:24
318:2
**sit** 26:4 46:9
81:22 290:20
291:25 293:21
**site** 145:21
147:23,25
148:1,2,2
194:16
**sitting** 10:4
45:11
**situation** 28:24
94:18
**situations** 28:18
28:22 164:18
173:23
**six** 15:1 118:6
219:8 228:4
**size** 127:6
**skills** 324:5
**skinny** 295:3,19
**slide** 137:25
142:4 196:6,8
196:10 200:9
200:25 201:13
201:22,23
253:15,22
254:4 278:9
296:19

Russell F. Dunn, Ph.D., P.E.

**slides** 4:10 6:8
  12:6 107:18
  109:1 136:23
  137:9,10,21
  141:13 152:23
  200:18
**slightly** 322:14
**slow** 265:17
**small** 87:12
  287:21
**smaller** 269:14
  269:19
**snow** 2:14 8:3
**society** 151:21
**soft** 223:23
  233:20 310:6
**sold** 224:17
**solutions** 194:14
  194:15 257:2
**solvents** 212:20
  219:21
**somebody** 69:24
  143:20 273:25
**soon** 77:14
**sops** 115:18
**sorry** 15:12
  17:19 22:20
  43:17 64:1
  77:5 86:12
  91:16 95:22,23
  110:3 111:1
  114:19 129:16
  140:25 155:24
  157:18 173:21
  191:8,19 208:4
  209:12,16
  243:10 245:15
  256:10 281:24
  281:24
**sort** 74:19 99:18
  242:17
**sounds** 17:2
  20:24 27:19
**source** 176:25
  177:2
**sources** 156:17

300:14
**south** 8:4
**space** 127:25
**speak** 248:21
**speaking** 315:22
**spec** 276:12
**specialization**
  238:11,12
**species** 53:25
  54:18 83:15
  112:21 248:13
  248:20 254:11
  264:3,7,9,11
  264:15,18
  265:25 266:1
**specific** 18:12,21
  20:2,16,18
  24:1 27:20
  28:23 30:14
  37:4,7,19 38:5
  44:8 49:12,21
  51:6 57:14
  58:6 64:22
  68:9 69:7
  81:23,23 82:23
  91:3 93:10
  97:19 115:2
  133:7 140:20
  141:2 154:17
  185:23 193:2
  193:24 194:16
  194:16 216:12
  225:12 227:20
  227:24 228:20
  229:23 235:6
  237:2 264:7,10
  298:7
**specifically**
  20:20 24:16
  26:11 32:2,11
  47:16 49:16,23
  51:23 52:4
  53:3 54:5,18
  54:19 56:8
  65:5 70:9 73:5
  73:10 80:23

98:4 99:10
  104:24 113:24
  114:7 125:21
  130:9,22
  133:13 134:6
  152:16 153:11
  159:6 176:3
  189:12,13,20
  202:25 222:17
  230:21 243:16
  245:6,9 249:7
  251:22 252:3
  258:13,21
  272:1 301:25
  310:25 315:22
  316:4
**specifications**
  52:14 74:19,22
**spectra** 131:13
  137:25 138:5,6
  139:1 142:4,9
  147:5 196:12
  197:4,6,8
  199:3,23 200:7
  200:7,8,13,19
  201:4,10,15
  254:3 276:7
  277:1,2 295:23
**spectroscopy**
  246:19
**spent** 296:11
  302:18
**spreadsheet**
  47:10
**stabilized** 265:8
  288:11 289:1
**stabilizer** 289:5
  290:5 293:12
**stabilizers**
  287:23
**stable** 121:12
**stand** 145:25
  216:10
**standard** 4:17
  18:17,21 19:5
  19:8,19 20:15

20:20 22:1
  25:15 29:3,20
  32:18 71:24
  82:14,15,20,22
  89:9 91:10
  102:20 114:1
  117:11 120:4
  120:10,12
  152:6,14 153:6
  153:15,18,23
  156:14 166:10
  166:19 167:4
  170:22 172:9
  174:13,19
  177:24 178:6
  187:4 188:9,25
  190:7,8 198:2
  229:23 230:2,5
  230:12,13
  244:9,24 245:2
  259:21
**standards** 18:6
  19:16,22 20:6
  20:8,8,16 21:6
  21:14,18,20,25
  22:3 32:15
  66:14,17 70:11
  70:11 71:3
  82:22 113:19
  114:5,9 115:24
  116:7 117:1,19
  120:5,6 151:22
  157:21 158:7
  159:8,13 182:9
  182:13 193:9
  231:15,17
  232:17,22
  243:24 244:4,4
**standpoint** 48:3
  65:25 87:13
**start** 9:18 17:16
  17:22 33:7
  64:4 172:21
  182:25 204:2
  241:11 274:17
  287:15 291:20

**started** 58:20
  140:8 148:10
  172:15 232:3
  259:12
**starting** 16:13
  163:23 165:24
  184:25 288:15
  291:2
**starts** 184:17
  212:7 213:21
  217:17 219:16
  229:6
**state** 1:1 8:13
  26:18 144:14
  177:25 178:1,7
  278:25 280:22
  280:23 324:2,4
**stated** 80:15
  148:6 183:11
  222:21 269:2
  296:20
**statement** 7:4
  28:14 204:9
  212:24 214:5
  217:8,21
  220:24 225:17
  257:18 258:22
  263:12 265:10
  285:12 287:2
**statements** 7:8
  7:10 217:1
  218:6,25 220:7
**states** 48:22
  157:25 158:8
  159:8 195:16
  231:21 294:18
  316:20
**step** 39:19,19
  40:7,20 44:23
  116:17 265:17
**steps** 81:16
  150:9
**sterilization**
  220:3,12
**stick** 274:6
  315:17

**stiffness** 219:23
**stipulate** 286:23
**stop** 129:13,17
  129:18 137:1
  164:21 182:15
**stopped** 82:9
  192:9
**straight** 157:6
**street** 2:4
**strength** 127:5,8
  127:10 128:22
  129:1,2,2
  130:21 150:4,7
  150:15 219:22
  234:6,15 267:1
  267:2,13
  268:22 270:25
  271:11 272:2
  272:20 315:11
**stress** 24:8 83:17
  128:11,12
  267:18
**strike** 21:4
**strong** 212:20
  295:1
**struggling** 78:12
**students** 23:8
  32:7 39:25
  44:24,24 49:10
  49:13 91:17,19
  91:22 244:2,18
**studied** 78:2,4
  112:2 186:6
  245:24 246:6
  283:11
**studies** 63:11,22
  71:25 72:5,15
  72:17,22 73:14
  73:17 80:1,8
  84:8 97:11
  124:9 125:4,7
  125:22 132:19
  162:22 171:2
  243:21 261:12
  261:22,23,25
  274:19 279:19

280:14 286:15
292:14,19
296:25 299:14
299:17,18,23
299:24
**study** 4:5 5:17
  5:21 81:9 85:2
  125:1 129:4,24
  131:6 132:11
  132:18 135:9
  140:2,3,12
  141:12,15
  142:14 147:21
  148:13 149:22
  190:15,17
  192:21 193:5
  237:18 238:22
  239:7,14 240:9
  241:1 245:10
  245:19 246:17
  246:22 255:25
  261:16 268:13
  271:1,6,20
  273:10 274:15
  275:2 279:15
  283:7,17 284:1
  286:16 295:15
  296:6 299:19
  300:11,12,25
  301:2 305:11
  315:6,9 316:7
  316:23 317:6
  317:11,13
  320:22,24,24
**studying** 142:19
  143:18 225:9
  307:21
**subcutaneous**
  5:16 283:12,17
  283:22 284:3
  286:16,17
**subheading**
  286:7
**subject** 6:21
  26:8 53:12
  83:2 180:21

185:6 187:9
195:9 204:19
205:11,23
206:24 210:2
213:4 216:7
238:8,18 276:2
306:4 312:7
**subjective** 168:6
**submit** 109:10
**submitted**
  109:13 119:2
  160:12
**submitting**
  181:12
**subsequent**
  119:14 306:1
  318:21 319:16
**subset** 69:9 71:6
  188:20
**substance**
  132:25 133:6
  216:11
**substantially**
  160:14,18
**subtitle** 285:8,11
  286:7
**subtle** 266:13
**suffers** 74:11
**sufficiency**
  211:15
**sufficient**
  200:23 234:7
  234:16
**suggest** 22:1
  177:14
**suggested** 80:2
  290:12
**suggesting** 201:9
  205:5 260:14
  260:25
**suggests** 273:25
  316:2
**suite** 2:4,15 8:4
**summarized**
  63:12,22 125:7
  126:4 281:5

**summary** 34:2,6
  37:5 119:20
  124:13 126:5
  262:18
**supplement**
  153:19
**sure** 19:4 23:25
  34:23 35:12
  36:3,8 37:1
  45:21 52:10
  61:8,10 67:11
  70:8 73:10
  85:13,16,22
  88:13 92:17
  99:11 102:12
  105:3,20
  111:21 117:23
  121:7 124:8,25
  125:3 127:16
  128:7 137:5,5
  144:15 147:2
  151:17 153:5,7
  158:10,25
  167:1 168:23
  174:24 175:16
  175:18 181:16
  220:8 223:6
  227:15 228:3
  243:3 255:2
  263:8 268:6
  276:4 280:9
  288:3,21 293:3
  294:24
**surface** 73:1
  88:2,19 89:10
  89:14,18 97:4
  98:3,5 130:19
  131:13,19
  144:25 163:2,5
  169:17 214:8,8
  214:13,16,20
  214:25 215:5
  268:23 269:23
  269:25 270:4
  270:21 272:19
  282:3

**surfaceresistant**
  148:23
**surgery** 27:7
**surgical** 4:16
  204:4 205:24
  206:2
**surprise** 17:9
**surprised**
  208:13 269:5
  270:25 271:2
**surprises** 108:14
**surprising**
  108:25 296:22
**surrounds** 280:3
**surveillance**
  224:15,20
  249:16
**susceptible**
  80:16 215:13
  220:23
**suspect** 274:23
  274:23
**suture** 87:4,12
  130:12 146:6,7
  148:23 204:4
  205:24 206:2
  207:9 214:17
  261:15 262:5
  270:1 299:11
  317:10,12
  318:5,18 320:5
  320:10 321:4,5
  321:12,13,25
  322:1 323:15
  323:16,17
**sutures** 63:14,14
  63:15,16 79:18
  129:6,7 142:19
  142:22 143:18
  202:25 205:3
  205:11,21
  206:6 207:6,17
  255:16 256:6
  257:4 266:8
  272:2 299:24
  300:6 318:9,21

319:14,16,17
319:19 320:25
**swear** 8:13
**sworn** 9:3
**symphony** 8:4
**symptom** 313:12
313:12
**system** 5:4 51:1
51:11,21 52:19
65:4 66:19,24
67:5,9,22
158:2 173:15
**systematic**
164:16
**systematically**
167:5 171:18
**systems** 19:13
19:17,21,24
20:9,18,20,23
21:10,13,22
49:7,16 51:13
51:15,24 52:3
158:1,7 159:10
160:4 249:10

**T**
**table** 46:14,14
46:15 61:7
71:12,16 96:1
170:9,10 212:7
212:8,8,9,10
224:3,18 225:1
271:22
**tables** 212:9,11
**take** 3:11 7:7
13:2 21:23
56:25 60:25
61:1,3 65:23
77:17 88:7,10
110:15 112:9
131:2 148:7
169:17,25
172:10 175:21
176:19 179:7,7
187:2 195:21
201:18 203:14

204:17 216:9
218:4 220:17
222:23 238:23
241:4 268:5
269:12 275:21
292:20 306:22
**taken** 1:16 8:2
56:20 82:6
111:3 115:9
123:16 143:21
150:24 315:8
315:17
**takes** 41:21 45:7
83:6 101:16
**talk** 14:11 16:9
18:15 19:12
23:15 28:21
42:20 43:15
59:19 60:5
69:24 79:18
81:10 86:6
93:9 100:3
104:13 129:1
147:5 162:17
169:4 176:17
195:4 197:22
197:24 207:6
211:21 265:12
300:14 312:24
313:17
**talked** 20:10
50:9 83:3
114:1 115:20
131:6 160:4
169:5 183:15
183:16 220:21
243:24 251:8
261:4,24
264:24 269:4
277:9,19,19
293:9 299:19
300:6,12 301:1
301:2 303:2
309:16,17
314:4 318:24
**talking** 17:11,12

34:24 35:13
45:10 64:1
72:14 73:8
81:12 89:3
94:3 97:18
99:10 104:13
113:24 117:11
120:8,21
124:14 140:4,8
140:11 143:13
165:12 178:23
186:20 187:8
203:11 207:8
207:10,13
237:4 238:9
239:19 254:8
255:7 260:23
264:10 293:4
311:24 312:1
315:2 318:8
320:12,14
322:9
**talks** 224:13
232:7 260:19
265:12
**target** 52:17
**taught** 19:21
49:15 243:5,12
243:22 244:11
245:7
**teach** 21:15,16
21:25 23:5
27:1 32:7
39:25 44:23
49:9,10,12,18
49:20 88:8
91:16 120:11
120:22 243:14
244:1,12 245:1
**teaches** 74:21
**teaching** 82:20
152:23 153:12
**team** 45:10,11
89:24 103:22
104:3,12
259:23

**technical** 10:8
10:11 14:7
81:9 222:20
223:2,24
224:21 225:3
314:15,19
315:1,4
**technique** 32:8
32:20,21
144:24 256:20
276:10
**techniques**
301:11
**technologies**
3:14,20 261:7
261:9
**tecum** 3:11
**telephonically**
2:8
**tell** 7:7,7 10:3
11:8 18:10
24:1 30:11
39:22 42:1,6
42:17 43:2,6
44:23,25 45:15
50:6,20 65:9
69:6 73:7
78:24 79:14
81:22 84:24
85:11,23,25
91:17,19,22
92:12 95:8
100:22 111:7
113:19 115:4
117:9 125:16
128:16,18
131:1 135:13
136:25 137:9
140:17 141:19
144:21 146:25
148:17,20
166:1 172:14
190:24 191:20
193:3 199:23
204:13 216:3
218:4,5 223:7

223:8 224:11
234:24 244:2
248:9 251:6
253:9 254:4
256:9 264:6
277:3 285:14
287:18 288:5
288:19 302:17
304:7 317:2,4
322:1,18
323:18
**telling** 31:4 32:2
45:5 59:18
82:4 89:12
91:25 95:4
96:20 101:13
108:16 171:22
172:8 174:11
174:16,22
177:18 231:10
269:25 295:12
320:17,20
321:24
**tells** 94:25
157:24 172:25
182:9 222:5
227:23 276:3
321:20
**temperature**
219:24 265:24
**ten** 4:5 5:17 92:5
**tennessee** 8:5,13
324:2,4,8,11
**tensile** 5:21
129:1,2,2
130:21 219:22
267:1,13
**tenyear** 320:21
320:23
**term** 19:19
26:20,22 27:20
28:8 32:21
39:9 44:8
68:18 69:1
71:14 76:21,22
90:13 97:20

Russell F. Dunn, Ph.D., P.E.

122:9 157:9
169:23 171:15
222:22 279:9
**terms** 27:6 28:3
102:19 123:20
148:23 281:2,4
**test** 18:23 19:2
52:20 78:21
81:23,23
194:13,15
214:23 254:20
254:22,23
255:16 256:4
257:7,10 258:4
272:4 273:18
282:4 290:19
290:24 291:24
292:1,3,12
**tested** 79:7
140:23 201:7
201:12 203:3
203:12 233:15
237:6 258:6
259:2 317:12
**testified** 9:3
85:18 118:11
158:20 171:14
200:12 225:14
**testify** 55:14
69:18 230:12
**testifying** 161:7
161:10 204:20
**testimony** 3:16
10:6 14:21
15:2 46:25
53:11 58:4
110:25 111:3
140:7 158:16
158:23 188:24
200:16 257:12
283:16,25
299:22 301:8
**testing** 4:19 5:15
5:21 6:17,21
18:6,11,11,17
18:21 19:6,11

26:9 34:17
56:16,21,22
57:1 60:17,19
61:21 70:8,14
70:22 71:9
72:24 79:11,14
79:22 80:3,6
80:10,12,19,24
81:2,3,21
82:24,25
135:15 138:4
141:21 142:1,2
145:2 146:3
180:3,10 183:5
186:11 190:3,9
190:13 195:5,9
195:16 209:3,7
209:18 210:1
231:18 237:5
238:23,24
255:6,11,14,21
257:14,20,22
258:10,17
262:5,5 270:5
271:11 274:2
292:17 301:14
308:9 315:12
321:17
**tests** 18:9 66:11
71:1 73:4
82:13 215:16
238:5 266:12
293:18
**textbook** 21:18
**textbooks**
120:21
**thank** 30:4 58:7
64:3,10 96:19
96:23 103:12
132:12 165:9
165:11 309:9
323:12,20
**thats** 6:18 9:9
10:4 11:15
12:11,13,13,17
14:12,14,15

16:17,17 23:15
28:7 29:18
30:20,25 31:15
31:17 35:9
42:4,21 43:17
44:11,17 45:6
45:10,11 47:22
49:8 50:10,24
54:17 55:3,15
55:16 56:23
57:16 61:5,6
61:22 65:7,18
66:7 67:24
68:1,6 70:22
75:1 76:12,13
78:16,18,22
80:14,20 86:5
87:5,14,15
89:6,7,20
90:22 92:3,10
93:11 94:8
95:15,17 96:7
96:10,14,14
99:13 100:5,16
102:1 103:2
104:22 108:12
109:5,10
112:21,23
118:17 119:2
120:5,12,12,24
121:17 123:6
123:22,24
124:1,2,18,22
125:9 131:23
131:24 134:21
137:6,23
140:15 141:8
142:10,11,13
144:14,16
145:4,4 148:4
150:8,24 151:1
151:1,2 153:6
153:22,22
155:25 156:13
159:6,14,24
160:3 161:25

161:25 162:24
165:15,17
167:1 170:17
171:24,24
172:15,17,19
174:1,11,16
175:6,6,20,25
176:12,15
178:11 187:15
187:20,21
190:4 192:8
194:20 196:13
197:16 198:4
198:10,21,21
199:24 203:22
204:7 205:9
206:5,11
207:21,21
208:7,22 209:6
209:19 212:25
213:4 215:5
224:20 225:22
227:9 228:11
230:17 234:20
235:16,16,17
237:20 238:14
238:14 241:1,2
244:13 245:2
246:3 256:21
256:23 259:12
259:23 260:7
260:22,24
261:10 263:5
263:20 264:9
264:13 265:2
266:5 269:2,14
269:15 273:14
273:20 274:5
276:10 277:22
279:23 280:22
281:18 282:11
282:16,25
284:22 286:8
288:23 289:7
289:18 290:2,2
291:4 292:6

293:4 294:6
295:11,12,13
296:19 297:19
297:23 298:9
298:12 299:13
300:5,16,20
301:18 303:1
303:18 304:16
308:21 309:8
311:2,20 314:2
315:4 316:22
317:17 322:4,6
322:11 323:20
323:23
**theft** 324:12
**theory** 270:8
**theres** 15:4,5
18:25 27:11
29:5 53:20
64:21 65:22
66:9,12 68:1
68:19 70:22
72:19 74:24,25
79:25,25 83:16
86:2,2,2,5
87:21 92:9
93:21,22
100:13 120:10
121:1 129:24
131:9 133:11
138:20,20,23
138:23 140:21
144:12 145:16
148:19 152:3
153:21 159:21
167:23 170:15
170:21 171:22
174:13 179:8
184:17 192:6
200:22 203:23
219:15 220:18
221:20 224:12
237:24 239:18
240:5 244:4,5
254:15 260:10
260:25 266:12

270:3 273:15
279:21 289:21
303:11 315:3
319:21 322:3
**thermal** 63:17
**thermo** 199:13
**thesis** 249:18
250:1
**theyre** 10:13
13:13,13,14
27:8,15,16
34:1 44:18
69:5 78:21
81:12,12 84:9
89:13 90:11
91:1 102:18
106:5 117:6,10
151:24 165:5
175:21 181:12
194:22 197:11
197:11 213:1
226:9 229:14
229:18,23
235:1,21 238:5
239:14 267:7
274:14 280:15
280:16,19
318:20 319:9
319:13,14,14
319:15 320:4,9
321:4,25
322:12
**theyve** 28:24
40:8 95:6
143:10 157:10
231:9,11 300:1
300:2 319:12
**thick** 239:19
**thing** 19:9 68:24
69:6 76:24
77:7 149:7
223:5 246:3
262:13 266:11
**things** 20:5
50:12 61:4
71:6,7 73:4

80:24 82:8
97:18 109:25
119:4,10 127:8
149:8 169:15
182:23 191:9
191:20 199:21
203:13 215:2
225:16 239:18
241:14 275:20
303:12
**think** 9:8 13:24
23:8 25:4
29:24 30:1
33:24 36:14
38:16 39:4
43:24,25 53:22
59:7,13 63,6,7
65:7,17,24
75:25 82:23
84:23 85:18
91:25 99:2
100:2 102:17
108:8,12
110:17 115:19
131:24 132:18
141:1,1 142:25
147:18 148:5
150:21 157:17
158:24 162:8
162:13 164:22
169:14 171:4
178:14 187:20
196:5 199:4
202:14 204:19
207:11,13
208:12 220:9
220:16 221:19
223:11,12,13
223:13,16,19
225:2,14 226:5
228:6 236:12
242:9 245:13
248:19 252:22
253:22 255:4
262:9,12 263:5
268:19 270:4

293:14,14
294:9,11,13,23
295:13,16
304:1 307:23
318:14 319:21
322:13
**thinking** 136:2
**thinks** 60:6
**third** 34:6 37:6
94:17 110:2,5
112:1 113:4,9
119:23 124:5
147:25 184:16
229:5,13 261:5
272:5 286:2
318:1,16
319:10
**thirdto** 126:12
**thirdtolast**
64:24 126:8
**thorough** 106:25
119:6
**thought** 55:11
63:11 76:6
78:22 91:8
117:25 130:16
132:5,7 155:16
228:5 251:24
276:2 284:11
288:16 293:2
299:13 320:2
**three** 13:4 63:13
117:15 131:14
146:25 278:23
306:21 310:11
**throw** 198:22
**time** 7:7 9:8,13
13:9 15:15
23:21 24:10
29:10 31:15,19
31:20 37:3
60:25 61:2
77:21 78:1,6
83:5,18,21
100:24 101:9
101:10,13,14

105:10 108:5
110:18 117:12
118:5,7,12,23
119:7,12 120:7
127:11 128:5,6
128:9,12,13,21
129:14,17
138:1 151:2
152:15 166:12
169:15 171:1
186:17 190:6
192:11 194:11
194:23 199:14
199:14 203:14
218:5 222:23
223:4 226:19
240:19,22
242:9,22
251:17,21
253:3 255:19
257:23 261:24
272:12,18,25
274:13 278:5
283:21 287:14
289:10,22
290:1,2 291:19
291:24 294:16
296:13,15
299:6,12
301:18 302:18
312:6 314:2
316:6 319:3
323:19
**times** 9:12,12
32:6,14 78:14
80:14 100:2
115:20 151:12
219:8,8 252:23
258:3 278:23
296:4,20
298:18
**timothy** 2:7
**tims** 278:21
**tired** 319:24
**tissue** 63:2,25
64:8 70:3

**title** 137:25
157:20 223:21
**titled** 10:15
**tlitzenburg** 2:11
**today** 9:24 12:21
37:23 60:5
81:22 105:10
114:24 115:20
151:12 170:12
181:1 182:22
215:10 219:8,9
228:15 243:25
251:11 252:23
253:9 296:4
298:19 309:17
313:1 314:12
315:2,7,19
**told** 31:17 71:15
91:17 106:14
117:14 179:4
199:4 220:17
226:20,22
239:22 244:3
257:20 266:5
268:21 272:18
277:15 279:24
282:3 290:24
316:15
**tolerant** 220:2
220:12
**tool** 39:24 95:5
171:17,25
172:3,7,11
**tools** 68:14,22
69:7
**top** 25:3 45:8
64:12 113:9
138:11 163:18
213:7,12
219:15 221:21
221:23 234:9
240:2
**totally** 60:21
61:14 71:20
96:14 172:14
321:8

tough 128:20
toughness 128:2
  128:3,4,5
  129:5,7 130:6
  130:9,11,20
toxicity 71:19
  229:19 233:15
toxicologist
  306:13
track 316:10
traditional 5:3
transcript 324:5
  324:10
transfer 247:5
  324:11
transmission
  219:25
transvaginal 6:9
  10:16
transverse 267:8
  279:25
tried 80:8 83:22
  105:2 222:18
  235:2 266:10
  274:21 276:21
trivial 198:22
true 30:12,13
  109:10 143:22
  257:18 282:25
  286:8 310:22
  324:5
trust 304:24
try 39:3 49:1
  72:11 134:2,14
  135:9 137:17
  221:10 222:10
  223:14 240:23
  276:16 291:19
trying 17:15,21
  35:18 37:1,15
  45:21 47:6,22
  47:23 48:8,9
  48:25 52:17,18
  60:7 76:5
  110:4 116:5
  117:13 118:6

118:16 119:8
121:19 130:2,5
130:8 170:1
191:8,19
192:21 193:14
199:18 203:15
203:18 206:6
207:5 224:24
225:4 255:9
294:6 307:13
319:24
turn 33:19 95:14
  110:5 156:2
  157:14 163:14
  166:1,3 167:22
  208:25 213:6
  219:11 263:22
  292:24 297:3
  301:22
turned 196:5
  301:19 302:2
turning 119:18
turns 289:8
tvt 35:9,14,23
  36:14,14,15
  138:4 139:12
  139:13 196:12
  197:4 198:2
  199:24 200:21
  200:24 201:22
  201:22,23
  226:2,8,9
  228:6,10,18
  253:23 295:23
tvto 17:1,23
  29:24 30:7
  36:7,14 111:13
  111:23 118:10
  257:13 263:10
tvtsecur 36:17
twice 79:23
two 10:7 11:2,21
  13:10,17,21
  14:5 15:3,16
  17:7,13 28:21

61:20 80:17
81:8 85:13
107:15 129:24
129:25 146:25
182:13 199:6
205:8 208:16
219:8 224:12
239:23 241:25
248:18 261:4
278:23 285:25
286:3 305:20
311:1
type 18:11 34:16
  53:25 62:15
  243:19 265:24
  273:24 295:9
  309:4
types 51:15
  68:14 246:5
  257:17 316:2
typical 254:16
typically 53:17
  170:5 267:7
  290:17
typo 263:6,9,11

## U

uhhuh 17:5
  20:13 34:15
  36:12 60:4
  95:21 111:5
  137:19 144:10
  167:9,14
  179:16 214:4
  216:16 253:24
  268:17
ultimate 233:4
  281:2 282:22
  292:16
ultimately 69:25
  96:4 104:14
unable 218:18
  218:21
unauthorized
  324:11
unchanged

230:15 233:10
undergo 207:15
undergoing 55:6
  55:24 56:10
  149:15
undergone
  275:8
underlying 59:4
underneath
  71:18 127:24
understand
  17:15,21 19:18
  23:12 28:6,13
  34:23 35:12
  36:1,4 37:22
  37:25 38:1,3
  45:22 47:23
  48:10 49:1
  63:8,10 65:18
  76:5 78:3 79:6
  82:11 85:16
  88:13 101:1
  103:20 141:8
  149:21 153:1
  154:22 155:1,3
  155:24 157:5
  157:13 158:6
  159:25 160:21
  162:5 164:22
  164:24 165:1
  168:2 170:18
  177:23 179:9
  179:10,11
  180:23 181:22
  183:22 185:2,5
  186:12 189:21
  193:7 195:7,19
  197:3 202:5,8
  215:9,15
  222:11 232:12
  232:17,19
  235:16,17
  237:20 244:14
  253:10 263:12
  274:22 279:11
  284:15 296:1

296:12 300:3
307:15 321:1
understanding
  36:2 52:22
  67:24 68:6
  137:23 159:14
  212:25 239:1
  271:24 310:18
  310:19
understands
  42:8 65:21,24
undertaken
  135:8
underway
  289:23
unfair 90:4
unique 152:3
unit 139:4
  197:10,21,23
  197:24 198:24
  199:7,12 254:1
  276:7,24
united 157:25
  158:8 159:8
  231:21
units 199:8,9
  224:17
universe 37:2
university 21:16
  27:3
unmodified
  287:24
unpeerreviewed
  296:6
unpublished
  296:6
unquote 34:14
  96:5 154:17,24
  163:24 164:9
  164:18 166:13
  167:18 185:20
  191:6,17 204:5
  212:21 214:2
  263:3 297:9
unrecognized
  173:22

Russell F. Dunn, Ph.D., P.E.

unrelated 96:14
183:17
unsafe 176:12
176:15
unstabilized
197:7,8 198:1
198:16 200:13
200:20,24
276:22 288:4,8
untrue 230:17
update 169:20
169:24,24
170:4,13 172:8
172:13 173:25
175:11
updated 15:2,5
177:3 224:8,10
303:7
updates 175:10
updating 169:6
170:17
upper 196:11
203:21
uptodate 303:5
303:6 304:14
urinary 24:8
urology 1:8
usability 116:15
usage 98:21
use 4:17 17:17
19:18 23:18
25:7 31:3
32:21 33:9
39:9 40:21
63:4 78:10
94:12 95:6
101:5 103:5
104:12 137:2,8
151:17,21
152:13,14
156:16 157:9
164:15 165:3
165:22,24
171:18 178:24
178:25 185:20
185:23 193:4

196:19,25
230:22 231:11
231:18 234:7
234:16 243:6
243:13,23
244:6,8,9,21
245:4 249:1
256:12 276:11
276:12,24
277:2 281:20
304:7 305:12
314:14
useful 156:13
219:16,20
users 5:10
166:10 167:3
264:24
uses 104:21
154:2
usual 9:11
utilize 33:7
utilized 181:18

_____
       V
_____
va 2:10
vague 155:17,19
155:21,22,23
204:10
vaguely 239:9
validation
116:15
values 143:21
145:6
vanderbilt 21:16
27:2
vapor 219:24
variable 83:14
83:14
variations
122:14
varied 53:9
varies 192:24
266:6
variety 28:21
various 48:4
147:23,23

168:22 179:18
202:6 247:8
272:3
vary 77:19
83:19 121:11
vascular 63:15
79:17 300:12
301:1
vast 179:6
verification
116:14
verify 81:17
version 28:17
47:25 170:3
172:10 177:15
versus 52:20
108:23 128:11
128:12 130:12
175:22 276:22
315:23
vertical 289:9
videotaped 3:11
view 44:20
68:17 99:12
128:24 153:14
156:5 161:13
161:16 190:17
206:22 215:21
216:6 293:10
viewed 38:10
violation 324:11
viscosity 130:15
214:2,9
vitae 3:18 6:7
vitro 4:9,12
60:17,22 61:15
61:21 135:14
141:15 255:5
255:21 261:16
vivo 112:3,16
251:1,10
283:22

_____
       W
_____
wait 12:15,18
15:12 83:25

192:6 223:12
231:2,2 293:2
321:16,16,16
waived 8:8,15
walk 94:20
151:24
walks 151:19
156:19
wallace 2:4
want 7:11 18:10
19:18 25:15
28:14 29:2
31:6,13 34:23
35:12 36:1,3
45:12 49:25
54:10 56:7
61:18 74:9,11
79:20,22 80:23
80:24 83:2
84:7 85:13
88:10,11,24
92:9 96:24
100:1 103:21
105:10 106:4
106:11,22
109:18 110:23
116:3 121:22
124:4,8,18,25
125:2,2,24
126:6 129:14
129:17 130:25
133:13 141:16
147:2 167:1
169:17 172:21
183:8 186:16
192:11 194:19
194:21,21,23
195:24 196:14
203:16 204:16
204:25 205:20
217:3,8 218:20
219:4 221:6
222:22 223:3
231:4 237:3
240:7 252:1
253:14 255:2

259:1 268:14
275:19,19
281:16 289:12
289:12 291:10
291:12 293:3,5
297:12,16,19
299:17 303:17
304:4,22 305:8
306:20 313:4
317:21 319:22
wanted 12:24
190:13 262:13
263:8,11
284:18 293:15
322:6
wants 44:16
177:5 181:11
184:8
warning 187:14
warnings 306:5
306:6
wasnt 62:7
107:13 108:20
155:17 302:6
waste 249:19
296:15
wave 254:18
296:25
wavelength
50:17
way 15:21 16:24
18:25 26:6,18
33:7,14 39:3
40:21 56:2
57:21 77:5
87:21 95:9
100:13 118:9
121:13 128:10
128:19 129:3
134:25 138:8
151:1 152:21
156:5 158:14
159:20 172:14
176:17 180:10
199:16 212:16
212:17 220:18

Russell F. Dunn, Ph.D., P.E.

220:18,19
223:20 237:6
241:19 250:2
261:3 269:24
270:3 279:11
293:24 296:8
324:7
**ways** 18:23 20:4
40:13
**weave** 50:13
**wed** 139:25
**week** 138:7,7,8,9
138:10,11,19
197:9
**weeks** 138:1
142:12 254:8
**weight** 41:13
58:17 143:14
144:16,23
145:3,9 146:2
146:5,11,23
147:17 149:11
149:20 214:1
214:10,16,20
215:4 265:6
266:18,24,24
267:4,14
268:19 269:6,8
269:21,22
270:1,5,16,23
281:3,10,17,19
281:22,25
282:1,2,5,7,8
282:10,18
289:22 290:13
290:13 322:11
323:4,9,11
**welcome** 309:11
**welldefined**
295:4,18
**welldescribed**
191:4,15
192:15
**went** 36:13
107:18 190:24
**west** 2:4

**weve** 113:25
115:19 117:11
124:8 182:23
187:18 214:11
243:24 251:7
251:11 261:4
277:9 293:4,8
296:4,11
299:19 300:12
301:1,2 303:3
303:10,20
305:11,20
**wexler** 2:4
**wexlerwallace**
2:6
**whatif** 68:13
**whats** 9:19 63:7
66:22 77:20
91:24 93:13
121:20 125:9
132:9 144:17
144:25 153:23
172:18 178:15
181:9 217:19
218:22 223:18
223:20 236:17
278:21,24
**whatsoever**
237:6 259:25
**whereof** 324:12
**whoa** 231:2,2,2
**widen** 267:9
**willing** 175:21
175:21 258:25
**wish** 160:13
**withdrawing**
61:8
**witness** 3:16
8:13,15 9:2
12:23 14:21
26:22 28:12
29:13 30:10
31:3 39:1
40:10 42:1
46:1 48:17,21
54:14 55:8

56:2,14 58:12
59:17 60:12
61:19 66:5
69:18 72:4
73:17 81:8
82:19 83:9
84:1,16,25
85:3 87:20
88:7,21 93:13
97:9 98:18,25
99:10 100:11
102:17 103:2
105:23 106:8
112:11 113:23
114:13 115:12
115:14,17
118:16 120:19
124:23 127:4
129:21 133:23
134:6,18 136:2
136:5,7,10,24
137:12,12
142:24 146:10
147:15 148:17
150:6,20
153:17 154:5
156:8 158:10
158:18,24
161:1,10,16,22
162:4 170:25
173:3 174:16
174:22 176:7
178:20 179:23
180:13 181:21
188:5,13 189:8
189:25 190:11
191:23 193:13
194:10 195:15
196:22 200:2
200:17 201:6
207:2,5 209:12
210:22 211:6
211:20 217:13
218:16 229:10
230:8 231:24
232:9,25 233:8

234:1 236:24
245:21 246:11
252:17 260:18
275:13 276:10
276:18 279:4
280:6 287:4
288:21 296:18
298:21 303:17
303:22 308:23
309:11 311:10
311:16 312:4
312:10,22
313:15,24
314:23 316:9
317:15 318:14
319:2 323:22
324:12
**witnesss** 287:2
**women** 65:12
**womens** 1:8
**wont** 323:8,9,11
**wood** 294:9,17
295:1,6,15
**word** 20:8 56:5
58:21 99:16
220:13
**worded** 17:13
56:3
**wording** 56:6
**words** 319:7
**work** 24:7,19
36:23 43:6
44:24 48:11
49:13 51:14
62:16 110:7
119:15 151:15
151:16 167:5
181:19 199:10
250:8,25 251:9
258:24 259:22
261:18 299:4
305:25 314:15
324:10
**worked** 107:18
135:14 241:23
242:1 262:7,9

**working** 49:11
66:25 89:24
152:1
**works** 42:8
**worry** 221:1
**worth** 176:16
**wouldnt** 47:19
106:8 235:20
236:3 272:17
**wow** 92:19
101:17 156:12
208:3 222:17
**write** 119:6
**writes** 297:15
**writing** 120:16
143:24
**writings** 299:10
**written** 16:15,18
18:17 19:5,16
20:9,15,16
30:22 66:14
70:11 71:2
82:14 112:12
120:3,6 143:21
143:25 174:19
250:21 256:22
**wrong** 24:17
57:24 75:1,1
108:12,17
200:14 201:10
223:17 322:17
**wrote** 30:6
31:15 107:17
110:18 136:20
210:17 286:1,2

――――――――
**X**
――――――――
**xaxis** 283:23
**xls** 3:23
**xpes** 257:14
**xray** 246:18

――――――――
**Y**
――――――――
**yahso** 57:22
**yall** 109:18
129:17,17

Russell F. Dunn, Ph.D., P.E.

| | | | | |
|---|---|---|---|---|
| 318:23 | 110:5 137:9,20 | 204:20 206:4,8 | 151:16 161:4 | 163:17 166:5 |
| **yeah** 12:10 | 147:7 176:19 | 208:8 211:20 | 163:1,2 166:19 | 192:23 193:21 |
| 17:21 30:4 | 180:20 203:6 | 215:23,24,24 | 170:14 171:14 | 193:21 194:13 |
| 46:1 61:1,10 | 204:19 208:12 | 215:25 216:23 | 172:11 183:14 | 194:13 205:25 |
| 97:23 106:13 | 228:14 239:25 | 218:19 223:6,7 | 183:14,15 | 213:14 254:14 |
| 115:11,13,16 | 271:6 281:8 | 230:1 231:7,10 | 196:19 205:2 | 254:14 265:3 |
| 115:18 119:9 | **youngs** 271:10 | 236:5,21 238:8 | 228:15 233:23 | 272:8 274:13 |
| 120:19 124:25 | 272:12 | 240:4 244:22 | 241:10 242:10 | 290:13,13 |
| 129:13,13 | **youre** 17:11 | 246:4 253:4,4 | 243:22 244:11 | 292:24 294:19 |
| 130:2,16 144:6 | 20:24 23:13 | 254:8 255:7 | 251:4,13,21 | 295:1,14,23 |
| 144:20 159:25 | 24:17 25:22 | 259:9,14 260:4 | 257:5 258:2 | 296:2 |
| 166:21 168:23 | 26:2,11,11 | 264:13 266:12 | 259:17 268:24 | **10** 4:5 7:5,6,10 |
| 168:23 173:6 | 27:4 34:24 | 267:4,22 | 268:25 272:20 | 28:2,4 132:2,3 |
| 174:23 209:15 | 35:5,13 36:22 | 269:13 270:12 | 273:7 277:17 | 132:15 142:15 |
| 217:16,19 | 37:15 42:14,23 | 270:13,24 | 284:7,8 288:2 | 143:4 144:1,9 |
| 222:23 230:25 | 45:4 47:3,18 | 271:4,16 273:1 | 288:10,10,25 | 167:22,23 |
| 231:6 233:18 | 50:16,22,23 | 277:13 287:19 | 292:7 296:12 | 217:1,7,14 |
| 234:18 253:18 | 62:11 63:12 | 287:25 290:22 | 300:10 302:4 | 218:2,4,25 |
| 264:5 277:17 | 65:1,10 69:13 | 297:13,18 | 302:11 307:23 | 320:4,11,13,14 |
| 287:3 288:24 | 70:4 74:10 | 299:16,16,18 | | 320:22 321:3 |
| 291:16,17 | 75:23,25 78:16 | 306:7,10,13,15 | **Z** | 321:21,23 |
| 302:5 303:17 | 79:15 81:24 | 306:17 307:16 | **zero** 142:12 | **100** 251:14 |
| 304:23 318:16 | 84:4 85:2 91:3 | 309:11 315:10 | **zeros** 223:17 | **1020** 2:15 |
| **year** 4:5,5 5:16 | 92:14 94:4 | 315:11,22 | | **108** 2:9 |
| 5:17 67:15 | 97:18 98:13 | 317:13 319:3,4 | **0** | **10993** 6:19,20 |
| 111:4 118:17 | 99:5,12,21 | 319:7 320:13 | **0** 124:6 125:4 | 24:25 25:2,8 |
| 239:24 255:18 | 100:17,22,23 | **youve** 9:11 11:2 | 138:7,10,19 | 25:11 186:12 |
| 272:8,8,8,9,12 | 101:9,10,11,12 | 20:9 21:12 | 197:9 272:8,12 | 187:12,14 |
| 272:12 273:19 | 104:13,14,15 | 23:2,17 32:24 | 274:13 318:18 | 188:3,20 193:8 |
| 273:23 315:17 | 114:7 121:14 | 32:25 33:14,18 | 319:4 | 195:8 209:4,20 |
| 315:23,25,25 | 124:9,17 125:4 | 35:11 36:22 | **00220303** 5:13 | 209:25 |
| 317:1,3 318:18 | 130:5,20 133:7 | 38:5 44:14,14 | **01412964** 3:23 | **109931** 4:20 |
| **years** 15:16 84:9 | 138:22 139:11 | 44:15 46:25 | **0316** 5:13 | **1099313** 4:22 |
| 92:5 101:12 | 143:13 145:1,2 | 47:1 51:10 | **05** 138:1 322:24 | **109939** 4:21 |
| 129:6 130:3,12 | 145:2 149:14 | 54:7 65:13 | 322:25 | **11** 3:13 4:7 5:5 |
| 142:18 149:24 | 149:24 153:3 | 68:23 73:24 | **06** 5:5,6,7 | 136:9,13,16,18 |
| 231:10 232:10 | 157:7 158:15 | 74:24 81:19 | **09** 323:25 | **111** 274:9 |
| 232:12 239:23 | 161:7,13 162:1 | 89:15 93:18 | **09888187** 4:6 | **11336181** 5:18 |
| 242:1 273:12 | 162:7 169:11 | 95:20 96:11 | | **12** 4:10 5:6,7 |
| 285:25 315:9 | 170:19 171:22 | 99:2 102:10 | **1** | 137:13,16,20 |
| 318:21 319:16 | 178:25 183:13 | 105:9 114:23 | **1** 3:9 4:18 9:15 | 141:14 158:2 |
| 320:21 | 186:23 192:12 | 117:14,14 | 9:19 28:2,3 | 196:4,5 234:3 |
| **yellowing** 266:8 | 192:22 193:3 | 122:17 123:19 | 71:12,16 94:10 | 234:13 253:20 |
| **youd** 51:15 | 193:24 199:17 | 125:1 127:8 | 96:1 102:4,4 | 253:21 255:7 |
| **youll** 28:20 31:7 | 199:24 200:13 | 132:18 148:5,6 | 107:6 115:8,23 | 255:10,24 |
| 43:8 45:9 | 201:8,8 203:17 | 148:6 150:1 | 116:3 138:7,21 | 277:2,6 295:23 |
| | | | 138:22 157:16 | |

Russell F. Dunn, Ph.D., P.E.

**12831405**
125:25
**13** 4:13 125:21
151:6,9,10
152:2,12,14,17
152:17 153:8
153:14 154:3
172:22 173:7
189:13
**132** 4:5 209:1
210:12
**13334286** 3:24
**13485** 24:15
**136** 4:7
**137** 4:10
**14** 3:16 4:14
172:20 174:4
179:12,15
180:21 181:5
181:19,25
183:25 184:3
**1400** 2:15
**14369950** 4:3
**14370039** 4:4
**14971** 4:3 20:10
20:12 28:16
29:8 30:8,14
30:19,22,25
31:4,7,15,21
31:25 32:1,11
71:7,8 91:3,13
92:13 93:17
94:6 95:10
102:3,23 117:7
153:20 163:9
172:24 173:8
176:25 224:7,9
244:3,8,10,13
244:14 245:5
**15** 3:17,17 4:17
183:19,23
184:1,12
**150** 8:4
**151** 4:13
**15th** 132:10
**16** 3:18,19 4:20

187:23
**1600** 8:4
**16th** 29:15
**17** 4:21 188:15
188:18,19
190:23,23,25
**179** 4:14
**17year** 239:7,14
240:9
**18** 4:22 116:10
117:6 188:15
188:18 189:12
189:19 193:17
**180** 209:1
210:12
**183** 4:17 5:18
**187** 4:20
**188** 4:21,22
**19** 4:23 5:6
22:14 116:14
166:2,3 202:20
202:23 203:7
317:24
**191** 147:22
**1960s** 186:6
**1982** 125:11
**1985** 318:10
319:15
**1987** 86:3 131:6
**1989** 323:17
**1990** 316:16
318:5 319:20
319:20 320:18
320:19 322:14
323:13
**1990s** 232:3
**1991** 322:20
323:16
**1992** 132:11
317:24 318:10

_____
**2**
**2** 3:13 7:5,6,10
11:11,14 16:12
17:4 28:18
33:19 41:7

63:5 76:24
79:19 93:1,1
95:17,25 102:6
102:6 107:7
109:24 113:10
115:8,8,23,23
116:3,3 118:25
119:15,18
125:8,10
145:21 147:25
148:7 157:16
157:20 166:5
184:22 190:22
192:23 193:21
198:9 218:2,4
218:25 262:15
263:23 271:13
272:8 274:13
283:19,21
284:4,9,12,15
284:18 285:8
285:12,16,16
285:17,21
286:8 297:7,7
315:25
**20** 1:17 5:3 8:3
207:24 208:2
256:7,13
**200** 254:17
**2001** 224:7
**2007** 28:16
224:9
**2008** 145:21
224:1
**2011** 190:20
**201305744** 1:6
**2014** 29:15
31:23 253:3
**2015** 1:17 8:3
107:8 324:13
**2016** 324:16
**2018** 324:17
**202** 4:23
**207** 5:3
**209** 6:17,20
**21** 5:5 22:5,13

157:14,17,18
159:13 211:8
211:12
**210** 6:23
**211** 5:5,6,7,8,10
**217** 7:4
**218** 7:5,9
**219** 7:11 147:1
**22** 5:6 211:8,12
**22007216**
223:15
**22007477** 224:6
**22007539**
223:19
**2207216** 223:11
**221** 5:12
**2222** 2:5
**22960** 2:10
**23** 5:7 159:15
211:9,12
**24** 5:8 211:9,12
**25** 3:17 5:10
211:24 212:2,3
215:8
**250** 289:17
**25th** 224:1
**26** 3:19 5:12
35:18 116:23
221:3 228:12
228:15,20
229:3,6 233:17
234:4 237:11
274:7
**268** 5:14
**27** 5:7,14 268:8
268:11 271:14
271:15 317:23
318:1 319:11
320:12,15,16
320:17,20
321:7,14
**28** 5:5,19 284:24
285:3
**284** 5:19
**29** 6:3 294:3,8
**294** 6:3

_____
**3**
**3** 3:16 14:17,20
15:10,11 37:5
79:19 92:20
124:6 125:4,8
125:10 131:25
148:1 160:24
184:15 185:16
186:10 189:18
189:19 193:20
194:13 203:22
213:7,11,12,14
254:17,18
264:22 265:3,3
265:13 266:17
280:25 281:5
292:24 297:7
**30** 3:24 6:7
131:6 294:6
304:14,17
324:16
**300andsometh...**
14:10
**300page** 14:6
**304** 6:7
**305** 6:8
**309** 3:4
**30th** 86:3
**31** 6:8 305:2,6,9
**312** 2:5
**317** 3:5
**3300** 2:4
**346** 2:5
**35** 3:21
**353** 324:3,16
**39** 177:20 178:3
**3914104** 324:12
**39157** 2:15
**3rd** 8:4

_____
**4**
**4** 3:17 7:5,6,10
15:7,13,14,19
15:23 41:11
67:17,22 68:2
68:5 92:18,18

Russell F. Dunn, Ph.D., P.E.

92:20 93:1,8
166:5 181:25
192:23 193:21
193:21 194:13
194:13 205:21
217:1,7,14
218:2,4,25
233:9 265:3
287:6 288:20
289:3 290:13
**42** 24:12
**4224** 2:10
**4299** 3:24

---

**5**
**5** 3:18 16:2,5
46:14,15 138:9
148:2 167:10
167:23 203:20
203:22,24
204:18 233:12
234:4,9,10
284:8,16,17
285:20,22
286:6 287:10
287:12 288:12
288:17,19
289:13,17
315:25 323:25
**50** 95:14,15
**510** 5:3 159:16
159:19,22
160:9,11 161:2
208:7,21
210:20
**540** 2:10
**55** 2:4
**5711** 2:16

---

**6**
**6** 3:17,19 16:21
16:25,25 17:4
30:1,2 31:1,16
109:24 110:2,6
111:23 148:2
168:10 175:3

---

176:17,21
177:5 184:15
184:22 185:16
186:10 280:24
290:11 291:3
293:5,8 324:16
324:17
**600** 254:14,18
**601** 2:16
**60603** 2:5
**672** 2:10

---

**7**
**7** 3:21 34:25
35:1,4 37:8,14
37:20 38:9
45:20,23 46:9
46:10,17,20
47:8,24 221:15
222:4 225:17
226:16 227:21
228:22 229:2
272:9,12
273:19,23
315:17,23
317:1,3
**700** 254:14
**740** 138:21,22
294:19 295:1
295:14,23
296:2

---

**8**
**8** 3:24 86:8,11
86:14 131:5
**80s** 79:18 171:6
**820** 22:6 158:3
**8218** 322:5
**8223** 4:6
**83** 216:15
**83d035** 131:13
**84** 7:6 218:3
**85219** 4:6
**86** 3:24
**87** 3:24

---

**9**

---

**9** 3:3,9,24 4:3
92:18 95:10,11
163:14,15
166:22 167:7
172:21 173:7
176:18 177:21
188:20 204:18
**92** 219:11
**93** 24:12
**948** 2:16
**95** 4:3