# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| **THIS DOCUMENT RELATES TO:** <br><br> **ETHICON WAVE 2 CASES LISTED IN EXHIBIT A** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ELIZABETH KAVALER, M.D. FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert response filed in relation to Elizabeth Kavaler, M.D. in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2165 (memorandum in support of opposition). Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing. This notice applies to the Wave 2 cases identified in Exhibit A attached hereto.

August 8, 2016

Respectfully submitted,

*/s/ Christy D. Jones*  
Christy D. Jones  
Butler Snow LLP  
1020 Highland Colony Parkway  
Suite 1400 (39157)  
P.O. Box 6010  
Ridgeland, MS 39158-6010  
(601) 985-4523  
christy.jones@butlersnow.com

*/s/ David B. Thomas*  
David B. Thomas (W.Va. Bar #3731)  
Thomas Combs & Spann PLLC  
300 Summers Street  
Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 25338  
(304) 414-1807  
dthomas@tcspllc.com

*/s/ Kelly S. Crawford*
Kelly S. Crawford
Riker Danzig Scherer Hyland &
Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

3

**EXHIBIT A**

|   | **WAVE 2 CASE NAME** | **CASE NO.** |
|---|---|---|
| 1. | Bridgette Minogue v. Ethicon, Inc., et al. | 2:12-cv-02112 |
| 2. | Kathryn Nelson v. Ethicon, Inc. et al. | 2:12-cv-02203 |
| 3. | Carreen and Matthew Schroeder v. Ethicon, Inc., et al. | 2:12-cv-01327 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Kelly S. Crawford*
                                                  Kelly S. Crawford