# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 2 CASES LISTED IN EXHIBIT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DEBRA FROMER, M.D. FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert response filed in relation to Debra Fromer, M.D. in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2151 (memorandum in support of opposition). Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing. This notice applies to the Wave 2 cases identified in Exhibit A attached hereto.

Respectfully submitted,

August 8, 2016

| | |
|---|---|
| */s/ Christy D. Jones* | */s/ David B. Thomas* |
| Christy D. Jones | David B. Thomas (W.Va. Bar #3731) |
| Butler Snow LLP | Thomas Combs & Spann PLLC |
| 1020 Highland Colony Parkway | 300 Summers Street |
| Suite 1400 (39157) | Suite 1380 (25301) |
| P.O. Box 6010 | P.O. Box 3824 |
| Ridgeland, MS 39158-6010 | Charleston, WV 25338 |
| (601) 985-4523 | (304) 414-1807 |
| christy.jones@butlersnow.com | dthomas@tcspllc.com |

*/s/ Kelly S. Crawford*
Kelly S. Crawford
Riker Danzig Scherer Hyland &
Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **EXHIBIT A**

|    | **WAVE 2 CASE NAME** | **CASE NO.** |
|----|----------------------|--------------|
| 1. | Cynthia Eaton v. Ethicon, Inc., et al. | 2:12-cv-01348 |
| 2. | Carreen and Matthew Schroeder v. Ethicon, Inc., et al. | 2:12-cv-01327 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                      */s/ Kelly S. Crawford*
                                        Kelly S. Crawford