## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ELAINE DUNCAN FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert response filed in relation to Elaine Duncan for Ethicon Wave 1, Dkt. [2155]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: August 8, 2016

Respectfully submitted,

ETHICON, INC. AND JOHNSON & JOHNSON

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    /s/ Christy D. Jones
                                                    Christy D. Jones
                                                    Butler Snow LLP
                                                   1020 Highland Colony Parkway
                                                   Suite 1400 (39157)
                                                   P.O. Box 6010
                                                   Ridgeland, MS 39158-6010
                                                (601) 985-4523

                                                COUNSEL FOR DEFENDANTS ETHICON, INC.
                                                AND JOHNSON & JOHNSON

32200395v1