**EXHIBIT "A"**

| PLAINTIFF | CASE NO. |
|---|---|
| Anderson, Elaine | 2:12cv02134 |
| Bailey, Pamela & Houston | 2:12cv01700 |
| Bihlmeyer, Donna & Joe | 2:12cv02159 |
| Carroll, Margaret | 2:12cv02026 |
| Colbert, Rhonda & Joseph | 2:12cv01702 |
| Crabtree, Reba & Jack | 2:12cv02135 |
| Ferguson, Teresa | 2:12cv01544 |
| Fitzgerald, Alina DeeAnn & Christopher | 2:12cv01371 |
| Fleck, Jean E. | 2:12cv01681 |
| Guffey, Gail | 2:12cv01650 |
| Heuer, Myra | 2:12cv01796 |
| Hoch, Susan & Christopher | 2:12cv01703 |
| Johnson, Cynthia & Robert | 2:12cv01704 |
| Lewis, Marlene | 2:12cv02139 |
| Manor, Kristy & John E., III | 2:12cv02137 |
| Martin, Patricia J. & Dennis R., Sr. | 2:12cv02185 |
| McDonald, Maria Elena & Thomas | 2:12cv01366 |
| Messina, Laritza & John | 2:12cv02140 |
| Meyer, Linda & Steve | 2:12cv01705 |
| Miller, Rose M. | 2:12cv02187 |
| Morrison, Laura R. | 2:12cv02141 |
| Muir, Marilyn & Scott | 2:12cv01706 |
| Parker, Belinda | 2:12cv01710 |
| Peterson, Tracy & Kevin | 2:12cv02030 |
| Phillips, Ramona | 2:12cv02143 |
| Pippin, Laura & Donald | 2:12cv02189 |
| Pitts, Michelle | 2:12cv02144 |
| Raines, Myra & Kenneth | 2:12cv01735 |
| Riggs, Donna & Gary | 2:12cv01967 |
| Schroeder, Carreen & Matthew | 2:12cv01327 |
| Shelton, Mary & Frank | 2:12cv01707 |
| Shennum, Janice | 2:12cv01708 |
| Sierra, Ana & Luis | 2:12cv01819 |
| Swanson, Karen & Thomas | 2:12cv01709 |
| Wilson, Tina | 2:12cv02099 |