**EXHIBIT "A"**

| PLAINTIFF | CASE NO. |
|---|---|
| Green, Janice | 2:12cv02148 |
| Pitts, Michelle | 2:12cv02144 |
| Rasos, Katherine | 2:12cv01599 |