# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Aldrich, Jacqueline Marie & Darryl | 12-cv-01364 |
| Allen, Diana & Timothy | 12-cv-01676 |
| Amidei, Betty | 12-cv-01563 |
| Bailey, Pamela & Houston | 12-cv-01700 |
| Bates, Diane | 12-cv-02020 |
| Beard, Gavie & Kenneth | 12-cv-02025 |
| Bishop, Jessie | 12-cv-02101 |
| Burnett, Mary K. | 12-cv-01795 |
| Carroll, Margaret | 12-cv-02026 |
| Cedeno, Joyce | 12-cv-01701 |
| Childress, Sandra & Timothy | 12-cv-01564 |
| Chrysler, Marion | 12-cv-02060 |
| Colbert, Rhonda & Joseph | 12-cv-01702 |
| Cooper, Jennifer & Dave | 12-cv-01660 |
| Crabtree, Reba & Jack | 12-cv-02135 |
| Cutter, Jenesta & Larry A. | 12-cv -01790 |
| Daugherty, Angela & Jimmy | 12-cv-02076 |
| Espinoza, Rhondi | 12-cv-01517 |
| Ferguson, Teresa | 12-cv-01544 |
| Fitzgerald, Alina DeeAnn & Christopher | 12-cv-01371 |
| Franklin, Betty | 12-cv-01837 |
| Gallehugh, Michelle & Ronnie | 12-cv-01838 |
| Green, Janice | 12-cv-02148 |
| Hammett, Carolyn R. | 12-cv-01802 |
| Henry, Lana & Phillip Dean | 12-cv-01938 |
| Higgins, Susan Dye & Bob | 12-cv-01365 |
| Hoch, Susan & Christopher | 12-cv-01703 |
| Hutchison, Deanna Gail | 12-cv-01711 |
| Jackson, Doris Chappell | 12-cv-00265 |
| Johnson, Cynthia & Robert | 12-cv-01704 |
| Kowalski, Judith Mary | 12-cv-01323 |
| Lindberg, Patricia & Carl | 12-cv-01637 |
| Majors, Jennifer A. & Jonathan S. | 12-cv-01523 |
| Manor, Kristy & John E., III | 12-cv-02137 |
| Marshall, Natalie C. & David R. | 12-cv-02077 |
| Martin, Diann & Donald | 12-cv-01495 |
| Martin, Patricia J. & Dennis R., Sr. | 12-cv-02185 |
| Maxwell, Bonnie | 12-cv-02138 |
| McDonald, Maria Elena & Thomas | 12-cv-01366 |
| McGathey, Elizabeth M. | 12-cv-01538 |
| Messina, Laritza & John | 12-cv-02140 |
| Meyer, Linda & Steve | 12-cv-01705 |
| Miller, Mona | 12-cv-01696 |
| Miller, Rose M. | 12-cv-02187 |
| Minogue, Bridgette | 12-cv-02112 |
| Moore, Phyllis | 12-cv-01659 |

| Case Name | Case Number |
|---|---|
| Morrison, Laura R. | 12-cv-02141 |
| Morrow, Tina & Kenneth | 12-cv-00378 |
| Muir, Marilyn & Scott | 12-cv-01706 |
| Nelson, Kathryn M. | 12-cv-02203 |
| Parker, Belinda | 12-cv-01710 |
| Phillips, Ramona | 12-cv-02143 |
| Pieper, Laura Ann & Mike | 12-cv-02189 |
| Pippin, Laura & Donald | 12-cv-02152 |
| Pitts, Michelle | 12-cv-02144 |
| Pocztowski, Debra | 12-cv-01470 |
| Pridmore, Hope Elaine & James O. | 12-cv-02190 |
| Rasos, Katherine | 12-cv-01599 |
| Rose, Lola J. | 12-cv-01336 |
| Sanders, Melissa G. & Charles, Jr. | 12-cv-01562 |
| Schomer, Margaret A. | 12-cv-01497 |
| Scott, Teresa | 12-cv-02100 |
| Shelton, Mary & Frank | 12-cv-01707 |
| Shennum, Janice | 12-cv-01708 |
| Sierra, Ana & Luis | 12-cv-01819 |
| Simpson, Sherry Gill & Ricky Simpson | 12-cv-01414 |
| Slocumb, Kathryn | 12-cv-01974 |
| Smallwood, Nancy & Leon, Sr. | 12-cv-01662 |
| Smith, Patricia G. & Mark | 13-cv-25331 |
| Suter, Carol Ann & Troy W. | 12-cv-01712 |
| Sutton, Martha | 12-cv-01857 |
| Swanson, Karen & Thomas | 12-cv-01709 |
| Symank, Bernie & Herman | 12-cv-01836 |
| Valle, Maritza | 12-cv-01368 |
| Vandergriff, Debbie & Carl | 12-cv-01342 |
| Young-Poole, Brenda | 12-cv-01962 |