# EXHIBIT L

# INEOS PP H00G-00
Polypropylene Homopolymer
**INEOS Olefins & Polymers USA**


www.ulprospector.com

**Technical Data**

## Product Description
H00G-00 is a fractional melt flow rate homopolymer that meets the FDA requirements of 21 CFR 177.1520; please see the H00G-00 Regulatory Position Statement for additional details. H00G-00 also meets certain automotive resin specifications; please contact INEOS Olefins & Polymers USA for further details.

## General

| | |
|---|---|
| Material Status | • Commercial: Active |
| Literature [1] | • Processing - Injection Molding Tips (English)<br>• Processing - Polypropylene (English)<br>• Technical Datasheet (English) |
| UL Yellow Card [2] | • E31830-230784 |
| Search for UL Yellow Card | • INEOS Olefins & Polymers USA |
| Availability | • North America |
| Features | • Food Contact Acceptable • Homopolymer |
| Agency Ratings | • EC 1907/2006 (REACH) • FDA 21 CFR 177.1520 |
| RoHS Compliance | • Contact Manufacturer |
| Forms | • Pellets |

| Physical | Nominal Value (English) | Nominal Value (SI) | Test Method |
|---|---|---|---|
| Specific Gravity | 0.908 | 0.906 g/cm³ | ASTM D792 |
| Melt Mass-Flow Rate (MFR) (230°C/2.16 kg) | 0.70 g/10 min | 0.70 g/10 min | ASTM D1238 |
| **Mechanical** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Tensile Strength [4] | | | ASTM D638 |
| Yield | 5220 psi | 36.0 MPa | |
| Break | 3210 psi | 22.1 MPa | |
| Tensile Elongation [4] | | | ASTM D638 |
| Yield | 12 % | 12 % | |
| Break | 120 % | 120 % | |
| Flexural Modulus - 1% Secant | 217000 psi | 1490 MPa | ASTM D790A |
| **Impact** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Notched Izod Impact (73°F (23°C)) | 0.97 ft·lb/in | 52 J/m | ASTM D256 |
| Notched Izod Impact (Area) (73°F (23°C)) | 2.43 ft·lb/in² | 5.10 kJ/m² | ASTM D256 |
| **Hardness** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Rockwell Hardness (R-Scale) | 98 | 98 | ASTM D785 |
| **Thermal** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Deflection Temperature Under Load | | | ASTM D648 |
| 66 psi (0.45 MPa), Unannealed | 217 °F | 103 °C | |
| **Flammability** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Flame Rating | HB | HB | UL 94 |
| **Optical** | **Nominal Value (English)** | **Nominal Value (SI)** | **Test Method** |
| Gloss (60°) | 90 | 90 | ASTM D2457 |
| Haze [5] (50.0 mil (1270 μm)) | 69 % | 69 % | ASTM D1003 |

UL and the UL logo are trademarks of UL LLC © 2016. All Rights Reserved.
UL Prospector | 800-788-4668 or 307-742-9227 | www.ulprospector.com.

The information presented on this datasheet was acquired by UL Prospector from the producer of the material. UL Prospector makes substantial efforts to assure the accuracy of this data. However, UL Prospector assumes no responsibility for the data values and strongly encourages that upon final material selection, data points are validated with the material supplier.

Form No. TDS-85183-en
Document Created:  Monday, May 9, 2016
Added to Prospector:  June 2005
Last Updated:  12/21/2015

**INEOS PP H00G-00**
Polypropylene Homopolymer
**INEOS Olefins & Polymers USA**



www.ulprospector.com

**Notes**

[1] These links provide you with access to supplier literature. We work hard to keep them up to date; however you may find the most current literature from the supplier.

[2] A UL Yellow Card contains UL-verified flammability and electrical characteristics. UL Prospector continually works to link Yellow Cards to individual plastic materials in Prospector, however this list may not include all of the appropriate links. It is important that you verify the association between these Yellow Cards and the plastic material found in Prospector. For a complete listing of Yellow Cards, visit the UL Yellow Card Search.

[3] Typical properties: these are not to be construed as specifications.

[4] 2.0 in/min (51 mm/min)

[5] 23°C

UL and the UL logo are trademarks of UL LLC © 2016. All Rights Reserved.
UL Prospector | 800-788-4668 or 307-742-9227 | www.ulprospector.com.

The information presented on this datasheet was acquired by UL Prospector from the producer of the material. UL Prospector makes substantial efforts to assure the accuracy of this data. However, UL Prospector assumes no responsibility for the data values and strongly encourages that upon final material selection, data points are validated with the material supplier.

Form No. TDS-85183-en

Document Created:  Monday, May 9, 2016
Added to Prospector:  June 2005
Last Updated:  12/21/2015

**INEOS PP H00G-00**
Polypropylene Homopolymer
**INEOS Olefins & Polymers USA**



www.ulprospector.com

## Where to Buy

### Supplier

**INEOS Olefins & Polymers USA**
League City, TX USA
Telephone: 281-535-6600
Web: http://www.ineos-op.com/

### Distributor

**Channel Prime Alliance**
Telephone: 800-247-8038
Web: http://www.channelpa.com/
Availability: North America

**EnCom, Inc.**
Telephone: 866-481-7700
Web: http://www.encompolymers.com/
Availability: North America

**Entec Polymers**
Telephone: 800-375-5440
Web: http://www.entecpolymers.com/
Availability: North America

**Osterman & Company**
Telephone: 800-914-4437
Web: http://www.osterman-co.com/
Availability: North America

**PolyOne Distribution**
*PolyOne Distribution is a global distribution company. Contact PolyOne Distribution for availability of individual products by country.*
Telephone: 800-894-4266
Web: http://polyonedistribution.com/
Availability: Global



UL and the UL logo are trademarks of UL LLC © 2016. All Rights Reserved.
UL Prospector | 800-788-4668 or 307-742-9227 | www.ulprospector.com.

The information presented on this datasheet was acquired by UL Prospector from the producer of the material. UL Prospector makes substantial
efforts to assure the accuracy of this data. However, UL Prospector assumes no responsibility for the data values and strongly encourages that
upon final material selection, data points are validated with the material supplier.

Form No. TDS-85163-en
Document Created: Monday, May 9, 2016
Added to Prospector: June 2005
Last Updated: 12/21/2015