# EXHIBIT 2

```
 0   01


 2              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    AT CHARLESTON
 4   RE: ETHICON, INC, PELVIC,     )  Master File No.
     REPAIR SYSTEM PRODUCTS        )  2:12-MD-02327
 5   LIABILITY LITIGATION          )  MDL 2327
     _____)
 6   THIS DOCUMENT RELATES TO THE
     FOLLOWING CASES IN THE WAVE 1
 7   OF MDL 200:
     TERI KEY and JOHN SHIVELY,    )  Case No.
 8                                 )  2:12-cv-00379
              Plaintiffs,          )
 9   vs.                           )
     ETHICON, INC., ET AL.,        )  JOSEPH R. GOODWIN
10                                 )  U.S. DISTRICT JUDGE
              Defendants.          )
11   _____/
12
13    VIDEOTAPED DEPOSITION OF NATHAN W. GOODYEAR, M.D.
14
15
16                  March 3, 2016
17               9:15 a.m. to. 3:30 p.m.
18
19                   TRACY IMAGING
20                KNOXVILLE, TENNESSEE
21
22
23          Michele Faconti, RPR, LCR (667)
24
```

```
 1      an approach to medicine that is more of an
 2      integrative approach to medicine rather than a
 3      management.
 4           Q.   And so it's an organization.  You're a
 5      member of that organization?
 6           A.   I am not.
 7           Q.   Okay.  But you were asked to present for
 8      that organization?
 9           A.   That's correct.  That's correct.
10           Q.   And you've done that on a couple of
11      occasions?
12           A.   Correct.
13           Q.   And what's the conclusion of your book?
14           A.   Well, to say there's one conclusion is
15      really not appropriate.  What it is, is it's simply
16      a review of the literature, what is the causation of
17      low testosterone in men.
18           Q.   And is that a focus -- obviously a focus
19      of yours?
20           A.   Currently?
21           Q.   Yes.
22           A.   It's a part.
23           Q.   Okay.  What are your other current
24      focuses?
```

Nathan W. Goodyear, MD

```
 1         A.    The majority of my clinical practice right
 2   now is dealing with ladies.
 3         Q.    Okay.  And when you say "dealing with
 4   ladies," what does that mean?
 5         A.    That means it's a primary 60 percent
 6   pelvic gynecological practice.  It's an office-based
 7   practice dealing with weight issues, dealing with
 8   menopausal issues, perimenopausal, PCOS,
 9   infertility, metabolic syndrome, hypertension,
10   diabetes.
11         Q.    Are you doing surgery?
12         A.    No.
13         Q.    Why not?
14         A.    Because my experience with everything
15   involved here with the mesh, I lost faith in the
16   collaboration between the businesses and physicians
17   in terms of honesty, trustworthiness of the
18   information relayed, and so I transitioned out of
19   that aspect of my practice.
20         Q.    Okay.  So you lost faith in the honest --
21   I'm sorry?
22         A.    The ability to give us accurate
23   information as it relates to the literature.  That
24   led to this book, which is I'm not going to take
```

1    something to blame.

2        Q.   And if you're sued, does that mean that

3    something's wrong, that you did something wrong?

4        A.   Not necessarily.

5        Q.   So that you don't guarantee outcomes to

6    your patients?

7        A.   I don't guarantee.  I quote what the

8    literature available tells us.

9        Q.   I'm sorry?

10       A.   I quote what the literature available to

11   us tells us.

12       Q.   The literature available.  And based on --

13   you just -- what's the literature --

14       A.   IFUs, you know, collaboration with

15   representatives from the company.  Scientific

16   literature.  My expertise, my education, etcetera.

17       Q.   Okay.  So you are looking big picture and

18   providing information to your patients.  You're

19   relying on IFUs.  That would be instructions for use

20   you may get from a manufacturer, you rely on what

21   you learn from the manufacturer, you rely on your

22   own experience, you rely on the literature --

23       A.   Uh-huh.

24       Q.   -- and what you learn from colleagues,

Nathan W. Goodyear, MD

```
 1      was a gentleman when I was in Louisiana, again,
 2      don't recall his name.
 3             Q.   Now, did these individuals ever mislead
 4      you?
 5             A.   I don't know.
 6             Q.   Okay.  I'm just trying to -- if you had
 7      concerns or that they misled you in any way?
 8             A.   There was information that I started to
 9      question.
10             Q.   Okay.  So did you ask them about the
11      information?
12             A.   I asked them about some of the
13      complications that I was having, yes.
14             Q.   And tell me about those complications.
15      Erosion?
16             A.   The erosion.
17             Q.   And this is, again, just so I -- we're
18      going back to the time you were at that conference
19      in Salt Lake --
20             A.   Uh-huh.
21             Q.   -- and you were being told that the
22      erosion rates were less than five percent at that
23      conference, correct?
24             A.   That's correct.
```

```
 1         Q.   And that's by the company, by the
 2    Ethicon group?
 3         A.   That was by the people directing the
 4    meetings, the roundtables.
 5         Q.   Individuals from Ethicon?
 6         A.   Correct.
 7         Q.   This time frame, again, was in the 2005
 8    time period?
 9         A.   The meeting?
10         Q.   Yes.
11         A.   No, 2007.
12         Q.   You did say that.  2007.
13              And you took issue with some of what they
14    were saying and discussed that with some of your
15    other colleagues?
16         A.   Yes, correct, several of us took issues
17    with it.
18         Q.   Because your erosion rates were higher?
19         A.   Correct.
20         Q.   And you'd been seeing this for about, I
21    think you said, six months before the time you
22    appeared at that meeting in 2007?
23         A.   You asked for an estimate, so I --
24         Q.   Yeah, that's fair.
```

Nathan W. Goodyear, MD

```
 1                Okay.  So back to my questions about the
 2      reps.  Just I wondered if you had any specific
 3      allegations about any of the reps that you dealt
 4      with doing something that was inappropriate or
 5      misleading you?
 6           A.   Specific, no.
 7           Q.   Okay.  But you did from time to time
 8      challenge them?  If they told you something,
 9      you'd challenge them?
10           A.   Yes.
11           Q.   And, for example, with erosion, and how
12      did they respond?
13           A.   So, for example, I can briefly vaguely
14      remember a conversation where, say, okay, I remember
15      him saying the erosion rates were X.  My erosion
16      rates seemed to be running higher.  What am I doing
17      through my surgical procedure that may do that?  He
18      said, "Nothing.  We send physicians to you to
19      train."
20           Q.   Okay.
21           A.   So --
22           Q.   All right.  Now, you talked about around
23      300 Ethicon procedures that you've done over the
24      years?
```

```
 1          A.   Just --
 2          Q.   Approximately?
 3          A.   It's probably higher if you include
 4     residency in there.  I was sticking at clinical.
 5          Q.   That's fair.  And how many of these were
 6     you -- in how many of those 300 have you had
 7     complications?
 8          A.   That's -- that's hard to say.
 9          Q.   Okay.
10          A.   Because if they didn't follow up, I don't
11     know.
12          Q.   Okay.  Based on those who followed up?
13          A.   Based on those who followed up that I'm
14     aware of?
15          Q.   Yes, sir.
16          A.   Okay.  Well, what's your definition of a
17     complication?
18          Q.   That's a good question.  What is your --
19     let's say complication.  Let's say erosion.
20          A.   As I told you, it's about 15 to
21     20 percent.
22          Q.   And this is, again, in what time period?
23          A.   Basically from really starting in two --
24     talked about 2006 sometime and beyond.
```

```
 1          Q.   All right.  And then any other -- let's
 2     see.
 3               Did you keep track of these complications,
 4     talking about the erosion right now?
 5          A.   I told the rep about them.
 6          Q.   But did you internally -- do you have any
 7     kind of documentation or objective data that would
 8     verify that?
 9          A.   That's what the medical charts are for.
10          Q.   Right.  Aside from your medical charts, do
11     you have any compilation of the data where you've
12     had a 15 to 20 percent erosion rate beginning in the
13     2006 time period?
14          A.   I didn't do an IRB-approved study, no.
15          Q.   Even outside of an IRB, do you just have
16     some data that you collected?
17          A.   No, I just reported and let them --
18          Q.   And you said "reported."  Did you file
19     adverse event reports?
20          A.   No, I'd just tell the rep about it.
21          Q.   Just told the rep.
22               Are you aware of any other patients that
23     have filed lawsuits against Ethicon other than the
24     four patients in this matter?
```

Nathan W. Goodyear, MD

```
 1      these cases and work with us as an expert; is that

 2      correct?

 3           A.   That is correct.

 4           Q.   Doctor, in the course of our interactions

 5      over the last several months, has anybody from my

 6      firm, including myself, tried to influence your

 7      opinions, direct your opinions or shape your

 8      opinions in any fashion?

 9           A.   No.

10           Q.   Are your opinions as you express in this

11      case yours?

12           A.   They are.

13           Q.   Okay.  Now, Doctor, at all times that you

14      performed surgery on the patients that are subject

15      of our litigation, okay, were you board certified in

16      OB/GYN at all times?

17           A.   Yes.

18           Q.   Okay.  And when you performed those

19      surgeries, you had a very active pelvic floor

20      surgery practice?

21           A.   Yes.

22           Q.   Okay.  Now, today in your current

23      practice, do you still see female patients?

24           A.   I do.
```

```
 1         Q.   What percentage of your practice is female
 2    patients?
 3         A.   Roughly 60 to 70 percent.
 4         Q.   Okay.  In that practice, do you do
 5    OB/GY -- or, excuse me, gynecological exams?
 6         A.   I do.
 7         Q.   And in those patients that you do
 8    gynecological exams, do you do non-surgical
 9    treatment of gynecological conditions that you find
10    on examination?
11              MS. MOORE:  Object to the form.
12              THE WITNESS:  I do.
13    BY MR. KOTT:
14         Q.   Okay.  And the non-surgical treatments you
15    do can involve medications, things of that nature?
16         A.   That's correct.
17              MS. MOORE:  Object to the form.  Leading.
18         Q.   Okay.  Now, Doctor, in your current
19    practice, what do you do when you have a patient
20    that you find has a surgical problem, that needs
21    surgical treatment, a lady comes in, has a
22    gynecological problem, what do you do in that
23    setting?
24         A.   I refer them out.
```

Nathan W. Goodyear, MD

```
 1          Q.   And you have doctors that you refer them
 2     to?
 3          A.   That's correct.
 4          Q.   Now, you were questioned at length about
 5     your CV and your qualifications in this case to give
 6     expert opinions; is that correct?
 7          A.   Yes.
 8          Q.   Were you ever questioned about any
 9     connection you had to Ethicon and your training that
10     was done by Ethicon?
11          A.   No.
12          Q.   Okay.  Were you, in fact, trained by
13     Ethicon in their procedures?
14          A.   I was.
15          Q.   Okay.  In addition to being trained by
16     Ethicon, did Ethicon ever hire you to be an
17     instructor and teach other doctors how to do these
18     procedures?
19          A.   Yes, they did.
20          Q.   Okay.  That's -- I'll withdraw that
21     question.
22          A.   Okay.
23          Q.   Doctor, I'm going to hand to you a
24     document.
```