# EXHIBIT 4



DEPOSITION
EXHIBIT
ME 24 8-3-14



ETHICON ENDO-SURGERY
a Johnson-Johnson company

*Certificate Of Attendance*

This is to certify that

*Nathan Goodyear, MD*

has attended a seminar at the Endo-Surgery Institute, Cincinnati, OH

on

**ADVANCED LAPAROSCOPIC GYNECOLOGICAL PROCEDURES**

**with 2.5 hours of hands-on lab experience**

William Saye, MD
Faculty

**February 3, 2003**
Date

THIS CERTIFICATE IN NO WAY CERTIFIES THE COMPETENCY OF THE PARTICIPANT WHO MAY WISH TO PERFORM THE PROCEDURES TAUGHT IN THIS COURSE