# EXHIBIT 5

**DEPOSITION EXHIBIT**

*This is to certify that*

# Nathan Goodyear, M.D.

*completed the*

**GYNECARE TVT* Obturator System Tension-free Support for Incontinence Professional Education Program**

*at*

*Memorial Health University Medical Center*

Savannah, GA

September 25, 2004



Charlotte Owens, M.D., F.A.C.O.G.
Worldwide Medical Director, GYNECARE Clinical Affairs

*Trademark
©ETHICON, Inc.

*This certificate in no way certifies the competency of this Physician who may wish to perform the procedures taught in this course.*