# EXHIBIT 6

*This is to certify that*

# Nathan Goodyear, M.D.

*completed the*

## GYNECARE PROLIFT*
## Pelvic Floor Repair System
## Professional Education Program

*at*

*Florida Hospital, Celebration Health*

## Celebration, FL
## May 16, 2005



DEPOSITION EXHIBIT

Charlotte Owens, M.D., F.A.C.O.G.
Worldwide Medical Director, GYNECARE Clinical Affairs

*Trademark
©ETHICON, Inc.

*This certificate in no way certifies the competency of this Physician who may wish to perform the procedures taught in this course.*

Gynecare WORLDWIDE
A division of ETHICON, INC.,
a Johnson & Johnson company