# EXHIBIT 7

# <u>Placeholder</u>

## Document produced in native format



DEPOSITION
EXHIBIT

HIGHLY CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.01722663



ETHICON
# Women's Health & Urology



**PROLIFT***
Pelvic Floor Repair Systems

## Cadaver Lab

8:00 am Monday, Nov 14, 2005

**Please schedule your flights to arrive in Orlando (MCO) by 5:00 pm Sunday Nov, 13th and join us for dinner.**

### Course Agenda

| | |
|---|---|
| 7:30 am | Pick-up in hotel lobby |
| 8:00 – 9:30 | Didactic presentation |
| 9:30 – 9:45 | Break |
| 9:45 – 12:45 | PROLIFT cadaver lab |
| 12:45 – 1:45 | Lunch |
| 1:45 – 2:00 | Questions and answers |
| 2:00 pm | Adjourn |

**Schedule your flights to depart after 3:30 pm**

## Objectives

- Anatomy review
- Procedural overview
- Patient selection
- Complication handling

## Faculty

Jaime Sepulveda, MD (Urogynecologist)

### Moderators

Shem Antar, MD (Urologist)
Nathan Goodyear, MD (Gynecologist)
Richard L. Heaton, MD (Gynecologist)
O. Robert Sarmini, MD (Gynecologist)
Marshall Shoemaker, MD (Urogynecologist)

**For registration and information contact your ETHICON Women's Health and Urology Sales Representative**

**Local Sales Rep**

800-888-9234 x _____



Hotel reservations have already been made for you Sunday Nov 13, 2006 at the Celebration Hotel (Celebrationhotel.com)
700 Bloom St.
Celebration, FL 34747
1-888-499-3800

**For air travel call Johnson and Johnson Travel @ 877-355-6333 Be sure to reference GROUP # ETH257**

*Trademark

## ETHICON
## Women's Health & Urology



# PROLIFT*
**Pelvic Floor Repair Systems**

## Cadaver Lab

## The course will be held at



FLORIDA HOSPITAL
*Celebration Health*

Florida Hospital
Celebration Health
400 Celebration Place
Celebration, FL 34747
(407) 303-4000

From I-4, exit onto 192 East bound -- #64A (Kissimmee/Celebration)
Turn right at the first light onto Celebration Place.
Turn right at the next light.
Celebration Health is the large Mediterranean-style facility on left.
Turn left into drive way -- Go through stop sign.
Parking is on left, main entrance on right.

Dr. Sepulveda is the medical director of the Miami Urogynecology Center and the Medical Arts Surgery Center at South Miami Hospital. He graduated from the University of Puerto Rico School of Medicine followed by residency in Obstetrics & Gynecology at UPR University Hospital. Dr. Sepulveda completed his training in Pelvic Surgery at University of Miami/ Jackson Memorial Hospital where he worked as Assistant Professor of Clinical Obstetrics & Gynecology. He has trained hundreds of surgeons in the area of prolapse repair around the US and abroad and has pioneered the model of open systematic cadaver dissection in the teaching of advanced surgical anatomy for over a decade.



Jaime L. Sepulveda, MD FACS FACOG