# EXHIBIT 8

Exhibit 2 - List of Documents Considered and Potential Exhibits:

1. Tina Morrow's medical records

2. Published studies, clinical reports, and opinion statements

 • *Urinary Incontinence in Women. ACOG Pract Bull* No. 63. Washington, D.C.: American College of Obstetrics and Gynecology; 2005.

 • *Pelvic Organ Prolapse. ACOG Pract Bull* No. 85. Washington, D.C.: American College of Obstetrics and Gynecology; 2007.

 • *Innovative Practice: Ethical Guidelines. ACOG Comm Opin* No. 352. Washington, D.C.: American College of Obstetrics and Gynecology; 2006.

 • *Urinary Incontinence in Women. ACOG Pract Bull* No. 155. Washington, D.C.: American College of Obstetrics and Gynecology; 2015.

 • *Antibiotic Prophylaxis for Gynecologic Procedures.* ACOG *Pract Bull No. 104. Washington, D.C.: American College of Obstetrics and Gynecology; 2009.*

 • *Vaginal Placement of Synthetic Mesh for Pelvic Organ Prolapse. ACOG Comm Opin* No. 513. Washington, D.C.: American College of Obstetrics and Gynecology; 2011.

 • U.S. Food and Drug Administration. *Serious Complications Associated with Transvaginal Placement of Surgical Mesh in repair of Pelvic Organ Prolapse and Stress Urinary Incontinence: FDA public health notification.* 2008. Washington, DC.

 • U.S. Food and Drug Administration. *UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse: FDA Safety Communication.* July 13, 2011. Washington, DC.

 • U.S. Food and Drug Administration. *Urogynecologic Surgical Mesh: Update on the Safety and Effectiveness of Transvaginal Placement for Pelvic Organ Prolapse.* July 2011. Washington, DC.

 • U.S. Food and Drug Administration. FDA strengthens requirements for surgical mesh for the transvaginal repair of pelvic organ prolapse to address safety risks: *FDA Safety Communication.* January 4, 2016. Washington, DC.

 • Murphy M. *Clinical practice guidelines on vaginal graft use from the society of gynecologic surgeons.* Society of Gynecologic Surgeons Systematic Review Group. Obstet Gynecol 2008;112:1123–30.


DEPOSITION EXHIBIT 54 3-4-16

- Julian TM. *The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall prolapse*. Am J Obstet Gynecol.175:1472-5.

- Sung VW, Rogers RG, Schaffer JI, Balk EM, Uhlig K, Lau J, et al. *Graft use in transvaginal pelvic organ prolapse repair: a systematic review*. Society of Gynecologic Surgeons Systematic Review Group. Obstet Gynecol 2008;112:1131–42.

- Feiner B, Jelovsek JE, Maher C. *Efficacy and safety of trans- vaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review*. BJOG 2009;116:15–24.

- Diwadkar GB, Barber MD, Feiner B, Maher C, Jelovsek JE. *Complication and reoperation rates after apical vaginal pro- lapse surgical repair: a systematic review*. Obstet Gynecol 2009;113:367–73.

- Maher C, Feiner B, Baessler K, Glazener CM. *Surgical management of pelvic organ prolapse in women*. Cochrane Data- base of Systematic Reviews 2010, Issue 4. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub4.

- Transvaginal mesh procedures for pelvic organ prolapse. SOGC Technical Update No. 254. Society of Obstetricians and Gynecologists of Canada. J Obstet Gynecol Can 2011; 33:168 –74.

- Morley GW, DeLancey JOL. *Sacrospinous ligament fixation for eversion of the vagina*. Am J Obstet Gynecol. 1988;158:872-81.

- Shull BL et al. *Preoperative and postoperative analysis of site-specific pelvic support defects in 81 women treated with sacrospinous ligament suspension and pelvic reconstruction*. Am J Obstet Gynecol. 1992;166:1764-71.

- Shull BL et al. *Surgical management of prolapse of the anterior vaginal segment: an analysis of support defects, operative morbidity, and anatomic outcome*. Am J Obstet Gynecol. 1994;171:1429-39.

- Altman D, Falconer C. *Preoperative morbidity using transvaginal mesh in pelvic organ prolapse repair*. Obstet Gynecol. 2007;109:303-308.

- Altman D, Väyrynen T, Engh ME, Axelson S, Falconer C; Nordic Transvaginal Mesh Group. *Short-term outcome after transvaginal mesh repair or pelvic organ prolapse*. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:787–793.

- Altman D, Vayrynen T, Engh ME, Axelsen S, Falconer C. *Anterior colporrhaphy versus transvaginal mesh for pelvic- organ prolapse*. Nordic Transvaginal Mesh Group. N Engl J Med 2011;364:1826–36.

- Haylen BT, Freeman RM, Swift SE, Cosson M, Davila GW, Deprest J, et al. *An International Urogynecological Association (IUGA)/International Continence Society (ICS) joint terminology and classification of the complications related directly to the insertion of prostheses (meshes, implants, tapes) & grafts in female pelvic floor surgery*. Int Urogynecol J Pelvic Floor Dysfunct 2011;22:3–15.

- Cundiff GW, Varnerv E, Visco AG, Zyczynski HM, Nager CW, Norton PA, et al. *Risk factors for mesh/suture erosion following sacral colpopexy*. Am J Obstet Gynecol 2008;199: 688.e1– 688.e5.

- Rardin CR, Washington BB. *New considerations in the use of vaginal mesh for prolapse repair*. J Minim Invasive Gynecol 2009;16:360–4.

- Miller D, Lucent V, Babin E, Beach P, Jones P, Robinson D. *Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results*. Female Pelvic Med Reconstr Surg 2011;17:139–43.

- Aungst MJ, Friedman EB, von Pechmann WS, Horbach NS, Welgoss JA. *De novo stress incontinence and pelvic muscle symptoms after transvaginal mesh repair*. Am J Obstet Gynecol 2009;201:73.e1–73.e7.

- Caquant F, Collinet P, Debodinance P, Berrocal J, Garbin O, Rosenthal C, et al. *Safety of trans vaginal mesh procedure: retrospective study of 684 patients*. J Obstet Gynaecol Res 2008;34:449 – 56.

- Bay-Nielsen M, Perkins FM, Kehlet H. *Pain and functional impairment 1 year after inguinal herniorrhaphy: a nation- wide questionnaire study*. Danish Hernia Database. Ann Surg 2001;233:1–7.

- Schoenmaeckers EJ, van der Valk SB, van den Hout HW, Raymakers JF, Rakic S. *Computed tomographic measurements of mesh shrinkage after laparoscopic ventral incisional hernia repair with an expanded polytetrafluoroethylene mesh*. Surg Endosc 2009;23:1620–3.

- Berndsen FH, Petersson U, Arvidsson D, Leijonmarck CE, Rudberg C, Smedberg S, et al. *Discomfort five years after laparoscopic and Shouldice inguinal hernia repair: a randomized trial with 867 patients. A report from the SMIL study group*. SMIL Study Group. Hernia 2007;11:307–13.

- Velemir L, Amblard J, Fatton B, Savary D, Jacquetin B. *Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study*. Ultrasound Obstet Gynecol 2010;35:474–80.

- Bradley CS, Nygaard IE. *Vaginal wall descensus and pelvic floor symptoms in older women*. Obstet Gynecol 2005; 106:759–66.

- Weber AM, Walters MD, Piedmonte MR, Ballard LA. *Anterior colporrhaphy: a randomized trial of three surgical techniques*. Am J Obstet Gynecol 2001;185:1299–304; discussion 1304–6.

- Chmielewski L, Walters MD, Weber AM, Barber MD. *Reanalysis of a randomized trial of 3 techniques of anterior colporrhaphy using clinically relevant definitions of success*. Am J Obstet Gynecol 2011;205:69.e1–69.e8.

- Wall L, Brown D. *Commercial pressures and professional ethics: Troubling revisions to the recent ACOG Practice Bulletins on surgery for pelvic organ prolapse*. Int Urogynecol J; 2009.20:765-767.

- Nygaard I. *What does "FDA approval" mean for medical devices?* Obstet Gynecol; 2007.111:4-6.

- Strasberg SM, Ludbrook PA. *Who oversees innovative practice? Is there a structure that meets the monitoring needs of new techniques?* J Am Coll Surg; 2003.196:938-948.

- Cespedes RD, Cross CA, McQuire EJ. *Pelvic prolapse: diagnosing and treating cystoceles, rectoceles and enteroceles*. Medscape Womens Health. 1998;3:4.

- Iglesia CB, Jenner DE, Brubaker L. *The use of Mesh in Gynecologic Surgery*. Int Urogynecol J Pelvic Floor Dysfunct. 1997. 8(2):105-115.

- Foote AJ Smith ARB, MacLennan I, Kiff E, Hill J. *Posterior colporrhaphy with Prolene mesh for recurrent prolapse: six months follow up*. Int J Urogynaecol J J. 1997. 8(1):J101.

- Cervignini M. *Use of Prolene Mesh for Repair of Anterior Vaginal Prolapse*. 1998 communication.

- Nilsson CG, Falconer C, Rezapur. *Seven year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence*. Obstet Gynecor. 2004;104:1259-62.

- Ioozs-Hobson P, Kelvin B, Cardozo L. *Management of vaginal vault prolapse*. Br J Obstet Gynaecol. 1998;105:13-7.

- Iglesia CB et al. *Vaginal Mesh for Prolapse: A Randomized Controlled Trial*. Obstet Gynecor. 2010;116:293-303.

- Jia X, Glazener C, Mowatt G, MacLennan G, Bain C, Fraser C, et al. *Efficacy and safety of using mesh or grafts in surgery for anterior and/or posterior vaginal wall prolapse; systematic review and meta-analysis*. BJOG 2008;115:1350–6

- National Institute for Health and Clinical Excellence. *Surgical repair of vaginal wall prolapse using mesh* 2008. Available at: http://guidance.nice.org.uk/IPG267. Retrieved June 20, 2010.

- Jacquetin B, Cosson M. *Complications of vaginal mesh: our experience.* Int Urogynecol J Pelvic Floor Dysfunct 2009;20:893–6.

- Abdel-Fattah M, Ramsay I, West of Scotland Study Group. *Retrospective multicentre study of the new minimally invasive mesh repair devices for pelvic organ prolapse.* BJOG 2008;115:22–30.

- Fatton B, Amblard J, Debodinance P, Cosson M, Jacquetin B. *Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift technique)–a case series multicentric study.* Int Urogynecol J Pelvic Floor Dysfunct 2007;18:743–52.

- Shull BL, Bachofen C, Coates KW, Kuehl TJ. *A transvaginal approach to repair of apical and other associated sites of pelvic organ prolapse with uterosacral ligaments.* Am J Obstet Gynecol 2000;183:1365–73.

- Ware JE Jr, Gandek B. *Overview of the SF-36 health survey and the International Quality of Life Assessment (IQOLA) Project.* J Clin Epidemiol 1998;51:903–12.

- Barber MD, Walters MD, Bump RC. *Short forms of two condition-specific quality-of-life questionnaires for women with pelvic floor disorders (PFDI-20 and PFIQ-7).* Am J Obstet Gynecol 2005;193:103–13.

- Margulies RU, Rogers MA, Morgan DM. *Outcomes of transvaginal uterosacral ligament suspension: systematic review and meta-analysis.* Am J Obstet Gynecol 2010;202:124–34.

- Hiltunen R, Nieminen K, Takala T, Heiskanen E, Merikari M, Niemi K, et al. *Low-weight polypropylene mesh for anterior vaginal wall prolapse: a randomized controlled trial.* Obstet Gynecol 2007;110(2 pt 2):455–62.

- Nguyen JN, Burchette RJ. *Outcome after anterior vaginal prolapse repair: a randomized controlled trial.* Obstet Gynecol 2008;111:891–8.

- Gauruder-Burmester A, Koutouzidou P, Rohne J, Gronewold M, Tunn R. *Follow-up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse.* Int Urogynecol J Pelvic Floor Dysfunct 2007;18:1059–64.

- van Raalte HM, Lucente VR, Molden SM, Haff R, Murphy M. *One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of posthysterectomy prolapse*. Am J Obstet Gynecol 2008;199:694.e1–6.

- Wetta LA, Gerten KA, Wheeler TL 2nd, Holley RL, Varner RE, Richter HE. *Synthetic graft use in vaginal prolapse surgery: objective and subjective outcomes*. Int Urogynecol J Pelvic Floor Dysfunct 2009;20:1307–12.

- Brandon RE, Gebhart JB, Trabuco EC, Klingele CJ. *Complications from vaginally placed mesh in pelvic reconstructive surgery*. Int Urogynecol J. 2009;20:523-531.

- Baessler K. *Do we need meshes in pelvic floor reconstruction?* World J of Urology. 2011.

- Luijenkikj RW et al. *A comparison of super repair with mesh repair for incisional hernia*. N Engl J Med. 2000;343:392-398.

- Baessler K, Maher CF. *Mesh augmentation during pelvic floor reconstructive surgery: risks and benefits*. Curt Opin Obstet Gynecor. 2006;18:560-566.

- Dwyer PL, O'Reilly BA. *Transvaginal repair of anterior and posterior compartment prolapse with Atrium polypropylene mesh*. BJOG. 2004;111:831-836.

- Achtari C et al. *Risks factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh*. Int Urogynecol J Pelvic Floor Dysfunct. 2005;16:389-394.

- Debodinance P et al. *Synthetic meshes for transvaginal surgical cure of genital prolapse: evaluation in 2005*. J Gynecor Obstet Biol Reprod (Paris) 2006;35:428-454.

- de Tayrac R et al. *Prolapse repair by vaginal route using a new protected low-weight polypropylene mesh: 1-year functional and anatomical outcome in a prospective multicentre study*. Int Urogynecol J Pelvic Floor Dysfunct. 2007;18:251-256.

- Paraiso MF et al. *Rectocele repair: a randomized trial of three surgical techniques including graft augmentation*. Am J Obstet Gynecol. 2006;195:1762-1771.

- Weber AM, Walters MD, Piedmonte MR. *Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence*. Am J Obstet Gynecol. 2000;182:1610-1615.

- Deffieux X et al. *Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study.* Int Urogynecol J Pelvic Floor Dysfunct. 2007;18:73-79.

- Migliari R et al. *Tension-free vaginal mesh repair for anterior vaginal wall prolapse.* Eur Urol. 2000;38:151-155.

- Collins P et al. *Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors.* Int Urogynecol. 2006;17:315-20.

- Tunuguntla HS, Gousse AE. *Female sexual dysfunction following vaginal surgery: a review.* J Urol. 2006;175:439-446.

- Pauls RN et al. *Sexual function after vaginal surgery for pelvic organ prolapse and urinary incontinence.* Am J Obstet Gynecol. 2007;197:622e1-622e7.

- Milani R et al. *Functional and anatomical outcome of anterior an posterior vaginal prolapse repair with Prolene mesh.* BJOG. 2005;112:107-111.

- Otto J et al. *Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates.* J Boomed Mater Res Part A. 2013.

- Shepherd JP, Feola AJ, Abramowitch SD, Moalli PA. *Uniaxial biomechanical properties of seven different vaginally implanted meshes for pelvic organ prolapse.* Int Urogynecol J. 2012;23:613-620.

- Gomelsky A, Dmochowski RR. *Vaginal mesh update.* Curr Opin Urol. 2012;22:271-275.

- Gomelsky A. Dmochowski RR. *Biocompatibility assessment of synthetic sling materials for female stress urinary incontinence.* J Urol. 2007;178:1171-1181.

- Klinge U, Klosterhalfen B. *Modified classification of surgical meshes for hernia repair based on the analyses of 1000 explanted meshes.* Hernia. 2012;16:251-258.

- Klink CD, Junge K, Binnebösel M, Alizai HP, Otto J, Neumann UP, Klinge U. *Comparison of long-term biocompability of PVDF and PP meshes.* J Invest Surg. 2011;24:292-299.

- Cobb WS, Peindl RM, Zerey M, Carbonell AM, Heniford BT. *Mesh terminology 101.* Hernia. 2009;13:1-6.

- Klosterhalfen B, Junge K, Klinge U. *The lightweight and large porous mesh concept for hernia repair.* Expert Rev Med Devices. 2005;2:103-117.

- Mühl T, Binnebosel M, Klinge U, Goedderz T. *New objective measurement to characterize the porosity of textile implants*. J Biomed Mater Res B Appl Biomater.2008;84:176-183.

- Velayudhan S, Martin D, Cooper-White J. *Evaluation of dynamic creep properties of surgical mesh prostheses—Uniaxial fatigue*. J Biomed Mater Res B Appl Biomater. 2009;91:287-296.

- Cosson M, Lambaudie E, Boukerrou M, Lobry P, Crepin G, Ego A. *A biomechanical study of the strength of vaginal tissues. Results on 16 post-menopausal patients presenting with genital prolapse*. Eur J Obstet Gynecol Reprod Biol.2004;112:201-205.

- Gabriel B, Rubod C, Brieu M, Dedet B, de Landsheere L, Delmas V, Cosson M. *Vagina, abdominal skin, and aponeurosis: Do they have similar biomechanical properties?* Int Urogynecol J. 2011;22:23-27.

- Saberski ER, Orenstein SB, Novitsky YW. *Anisotropic evaluation of synthetic surgical meshes*. Hernia. 2011;15:47-52.

- Mangera A, Bullock AJ, Chapple CR, Macneil S. *Are biomechanical properties predictive of the success of prostheses used in stress urinary incontinence and pelvic organ prolapse? A systematic review*. Neurourol Urodyn. 2012;31:13-21.

- Orenstein SB, Saberski ER, Kreutzer DL, Novitsky YW. *Comparative analysis of histopathologic effects of synthetic meshes based on material, weight, and pore size in mice*. J Surg Res. 2012;176:423-429.

- Kavvadias T, Kaemmer D, Klinge U, Kuschel S, Schuessler B. *Foreign body reaction in vaginally eroded and noneroded polypropylene suburethral slings in the female: A case series*. Int Urogynecol J Pelvic Floor Dysfunct. 2009;20:1473-1476.

- Svabík K, Martan A, Masata J, El-Haddad R, Hubka P, Pavlikova M. *Ultrasound appearances after mesh implantation—Evidence of mesh contraction or folding?* Int Urogynecol J. 2011;22:529-533.

- Gynecare, a division of ETHICON. Clinical Expert Report: Gynecare Profit Pelvic Floor Repair System. (ETH-07153-07158).

- ETHICON. *Clinical assessment of feasibility, complications and effectiveness at twelve months, three years and five years of the TVM technique for genital prolapse*. June 2006. ETH.MESH.00012009-00012089.

- *Profit Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment Using Tension-free Vaginal Mesh:Presented at ICS*. ETH.MESH.00877490.

- Berrocal JR et al. *Conceptual advances in the surgical management of genital prolapse*. J Gynecol Obstet Biol Reprod. 2004;33:577-587.

- Olsen AL et al. *Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence*. Obstet Gynecol. 1997;89:501-6.

- Harris TA. Bent AE. *Genital prolapse with and without urinary incontinence*. J Reprod Med. 1990;35:792-8.

- Ethicon. *Evaluation of the TVM Technique for Treatment of Genital Prolapse*. ETH.MESH.00012012).

- Ethicon. *Evaluation of the TVM Technique for Treatment of Genital Prolapse*. ETH.MESH.02813057.

- Ethicon. *Medium-term Clinical outcomes following Trocar-Guided Mesh Repair of Vaginal Prolapse using Partially Absorbable Mesh*. (ETH.MESH.06231602-06321604).

3. Anatomy textbooks:

- Johannes RW, Chihiro Y. (1993). <u>Color Atlas of Anatomy 3rd Ed</u>. New York: Igaku-Shoin.

- Moore KL, Agur AMR. (1996). <u>Essential Clinical Anatomy</u>. Baltimore, Maryland: Williams & Wilkins.

4. GyneMesh IFU:

- "Gynecare Gynemesh" 2.3.2015 (389766R02)

5. Prolift IFUs:

- "Gynecare PROLIFT" 1.12.2005 (ETH.MESH.02341522-.02341527)

- "Gynecare PROLIFT" 12.17.2007 (ETH.MESH.02341658-.02341664)

- "Gynecare PROLIFT" 5.10.2010 (ETH.MESH.02341454-02341459)

6. TVT-O IFUs:

- "Gynecare TVT-Obturator" 3.7.2008 (ETH.MESH.00860239-.00860245)

- "Gynecare TVT-Obturator" 02.2010 (ETH.MESH.02340902-.02340908)

- "Gynecare TVT-Obturator" 01.2015

7. Marketing material—Patient Brochures:

- "Pelvic Organ Prolapse. Get the Facts, Be Informed, Make YOUR Best Decision" (ETH.MESH. 03905968-.03905975)

- "Pelvic Organ Prolapse. Get the Facts, Be Informed, Make YOUR Best Decision" (ETH.MESH.03905976-.03905991)

- "Treatment Options for Pelvic Organ Prolapse. Stop coping. Start living." (ETH.MESH.03906037-.03906052)

- "GPS for Pelvic Floor Repair" (ETH-00382-00387)

- Porosity Measurement of AMS INTEPRO Mesh. (ETH-83788)

- "What's happening down there: let's talk about prolapse. (ETH.MESH.03905992-03906000).

- "The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did." (ETH.MESH.08003231- ETH.MESH.08003246)

- "The Choice to End Stress Urinary Incontinence. Find out how to stop urine leakage like Bonnie did." (ETH.MESH.03458123 - ETH.MESH.03458138)

8. Louisiana Products liability Act, including the sections entitled:

- "Unreasonably dangerous in design"

- "Unreasonably dangerous because of inadequate warning"

- "Unreasonably dangerous because of nonconformity to express warranty."

9. Published presentations/slides on Gynemesh, and Prolift:

- *Profit + M*. Peit Hinoul, MD. Pelvic Floor Meeting-Nederland Utrecht, May 7 2009.

- *Factors related to mesh shrinkage: What do we know? A review of literature an internal studies*. Ethicon.

- *Prolift M+: Biomechanics considerations*. Ethicon. Jan 8, 2009.

- *T-Pro (Thunder) Pipeline Leadership Team (PLT)*. Ethicon. August 25, 2008.

- *R&D Perspective: The Journey from PROLIFT to PROLIFT+M*. Cifford Volpe. Ethicon.

- *Graft or No Graft*. Gynecare. Arnaud A, MD.

- *PROLIFT+M (Lightning) Background information from R&D*. Ethicon. Meier PA. May 6, 2009.

- Mesh P*roperties: How important are they?* Ethicon Meier PA, MD.

- *Mesh shrinkage: How to assess, how to prevent, how to manage?* IUGA. Melemir L, Fatton B, Jacquetin B. June 2009.


10. Ethicon communications:

    - 171 Lisa 2011-12-20 171

    - 240 Jones 2012-01-25 240

    - 331 Meek 2012-02-24 331

    - 332 Meek 2012-02-24 332

    - 407 Bonet 2012-03-05 407

    - 409 Bonet 2012-03-05 409

    - 483 Walji 2012-03-08 483

    - 484 Walji 2012-03-08 484

    - 617 Ciarrocca 2012-03-29 617

    - 619 Ciarroca 2012-03-29 619

    - 670 Hinoul 2012-04-06 670

- 897 Hinoul 2012-09-19 897

- 1029 Volpe 2012-02-29 1029

- ETH.MESH.00006636-Kloster memo 2008

- ETH.MESH.00067354 Lucent Webinar

- ETH.MESH.00126755 Email from Mark Yale to Paine, Lisa, Meek, Robinson re bag of tricks

- ETH.MESH.00467706 Happy Dance-Lucent convinces ACOG to retract statement that mesh is experimental.

- ETH.MESH.00067354 Lucent Webinar

- ETH.MESH.00584846 email remiss for TVM

- ETH.MESH.00585229

- ETH.MESH.01774758 2006 email re Prolift design problems

11. Depositions:

- Barbolt testimony

- Tina Morrow

- Kenneth Morrow

- Dr. Harris