# EXHIBIT 10

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                          - - -

 2                                      :SUPERIOR COURT OF
                                        :NEW JERSEY
 3    IN RE:                            :LAW DIVISION -
      PELVIC MESH/GYNECARE              :ATLANTIC COUNTY
 4    LITIGATION                        :
                                        :MASTER CASE 6341-10
 5                                      :
                                        :CASE NO. 291 CT
 6       CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
 7                         CONFIDENTIALITY
 8                          - - -
 9                     November 2, 2012
10                          - - -
11              Transcript of the deposition of
12    VINCENT R. LUCENTE, MD, called for Videotaped
13    Examination in the above-captioned matter, said
14    deposition taken pursuant to Superior Court Rules of
15    Practice and Procedure by and before Ann Marie
16    Mitchell, a Federally Approved Certified Realtime
17    Reporter, Registered Diplomate Reporter, Certified
18    Court Reporter, and Notary Public for the State of
19    New Jersey, at Regency Towers, 1600 Lehigh Parkway
20    East, Allentown, Pennsylvania, commencing at 9:50 a.m.
21
22                          - - -
23             GOLKOW TECHNOLOGIES, INC.
                877.370.3377 ph|917.951.5672 fax
24                   deps@golkow.com
25
```

Confidential - Subject to Stipulation and Order of Confidentiality

1   different physician, they had zero.  So if you

2   look -- and the constant was the Prolift® mesh.  The

3   constant was the kit and the delivery instruments.

4   But we had one center having every single patient

5   having an exposure and another center having zero.

6          Q.    Is it fair to say you know of

7   multiple hospitals where they have implanted the

8   Prolift® where they had close to or if not

9   100 percent of exposure rate, mesh exposure after

10  Prolift® implantation?

11              MR. SNELL:  Objection, form.

12              THE WITNESS:  I know some of them,

13  again, the 100 percent is sort of a striking number.

14  That, to me, clearly shows a clear problem.

15              So it does vary, and that's the

16  extreme variation.  I believe that with proper

17  technique, that the exposure rate, whether the mesh

18  comes in abdominally or it comes in vaginally, it

19  should be in the range of about 5 to 6 percent or

20  perhaps lower.

21  BY MR. MAZIE:

22         Q.    That's not my question.

23              My question was, you're aware of

24  numerous hospitals where the exposure rate was above

25  20 percent, the mesh exposure rate after

Confidential - Subject to Stipulation and Order of Confidentiality

1    implantation of the Prolift®?
2         A.     I would say --
3                MR. SNELL:  Object to form.
4                THE WITNESS:  -- I'm aware of
5    several, not numerous.
6    BY MR. MAZIE:
7         Q.     As you sit here today, you can't tell
8    us what the exposure rate has been up to date,
9    today, for mesh exposure for people who have had the
10   Prolift®?
11               MR. SNELL:  Objection, form.
12               THE WITNESS:  For every patient who
13   has had Prolift®?
14   BY MR. MAZIE:
15        Q.     Yes.
16        A.     No.
17        Q.     What about for any studies, based on
18   studies of the overall surgical population --
19        A.     Right.
20        Q.     -- from different surgeons, do you
21   have an opinion as to what the mesh exposure rate
22   has been for implantation of the Prolift®?
23        A.     I've looked at the data on this
24   several different ways.  And when you stratify it
25   based on case volume, so not so much

Confidential - Subject to Stipulation and Order of Confidentiality

1      location/geography of a center or the hospital here
2      or there, but you really stratify it based on case
3      volume, that if a surgeon has done greater than 100
4      cases, the exposure rate averages approximately 4 to
5      5 percent.
6              Q.      Okay.
7                      What if a surgeon has done between 50
8      and 100 cases, what's their exposure rate?
9              A.      It's slightly more than that. And
10     then if you're under 50, it's, again, even slightly
11     higher. I don't have the numbers off the top of my
12     head.
13             Q.      Where are you getting this from?
14             A.      A study done by Halligan, I think.
15     It was a large series -- it was a -- this was a net
16     analysis of all the publications of all the
17     transvaginal meshes done in peer-reviewed journals.
18     And they looked at two adverse outcomes, pain,
19     dyspareunia and exposure. And they did sort of a
20     metaanalysis of that. And then I went into that raw
21     data on that metaanalysis where they had a table,
22     all the numbers and case volume. And then I did
23     that stratification myself.
24                     And the interesting -- I thought it
25     was very interesting -- is that I analyzed it two

Confidential - Subject to Stipulation and Order of Confidentiality

1     ways. Every single surgeon in that stratification,

2     and it didn't trend down as sequentially. And then

3     I looked, which to me didn't make sense that it

4     should trend down sequentially, so I looked closer

5     at the data. And there are two individuals that

6     were -- two individual authors were significant

7     outliers that had very high exposure rates, so they

8     were -- if you take the outliers out, then the

9     trending was very sequential, that the more cases

10     the surgeons did, the better they became at it. And

11     when they crossed into the region of greater than

12     100, they had a very acceptable exposure rate.

13          Q.    What do you consider to be an

14     acceptable exposure rate?

15          A.    I would say, you know, acceptable is

16     around 4 to 6 percent, which is compatible with

17     transabdominal exposure rates, when the vagina is

18     open.

19          Q.    Doctor, do you know what the exposure

20     rate is for someone who has had less than ten

21     surgeries that he's performed?

22          A.    I couldn't -- not unless that person

23     has published. It would be depending on the

24     individual.

25          Q.    Let me step back.

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1         A.      Okay.
 2         Q.      I'll withdraw that question.
 3                 You've given us some exposure --
 4                 You have an exposure rate of 4 to
 5    5 percent for surgeons who have done more than 100
 6    Prolift® surgeries.  Correct?
 7         A.      That's been reported in the
 8    literature, yeah.
 9         Q.      Okay.
10                 What is the exposure rate for
11    surgeons who have performed less than ten Prolift®
12    procedures?
13                 MR. SNELL:  Objection, form.
14                 THE WITNESS:  I don't know of any
15    reports that reported on people who have done less
16    than ten, so I couldn't answer that.
17    BY MR. MAZIE:
18         Q.      Do you know what the exposure rate is
19    for surgeons who have done less than 20 Prolift® or
20    other transvaginal mesh procedures?
21                 MR. SNELL:  Same objection.
22                 THE WITNESS:  Anecdotally, again, I
23    have physicians talk to me about their experiences
24    and their case files.  So when I have had
25    physicians, you know, call me or talk to me in the
```

Confidential - Subject to Stipulation and Order of Confidentiality

1    hallway at a conference room, they say, you know,

2    they're doing great with Prolift®, they've done

3    about 20 or 30 or 40 or 10, and they say, well, you

4    know, I'm doing great, my exposure rate is X, Y or

5    Z. And that, for the most part, has been favorable.

6    I have not had individuals come up to me and say,

7    geez, I've done 15 and I've got a 25 exposure rate,

8    because I know that would be a very memorable

9    conversation in my mind, saying, well, then I

10    suggest you stop doing them.

11          So, I -- you know, I'm very much

12    disappointed by hospitals and various places where

13    physicians are performing surgery, and if they're

14    having, you know, an outlier complication rate

15    that's not consistent with their peers, that either

16    they don't cease and desist on their own or that

17    someone else suggests that they get further

18    training.

19          So I have never had a conversation

20    with someone that has any volume and says, well, I

21    think I've got a 25 percent exposure rate.

22    BY MR. MAZIE:

23        Q.    What's an unacceptable exposure rate

24    for mesh exposure after implantation of the

25    Prolift®?

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                    MR. SNELL:  Objection, form.
 2                    THE WITNESS:  I think that -- I
 3      think, in my estimate, it's a very difficult
 4      question to answer, because the rate implies it's
 5      only a quantitative metric in terms of -- you know,
 6      of having it or not having it and the implication to
 7      the patient.  Because the fortunate thing about
 8      exposures is that when a patient does have it, most
 9      of them are completely asymptomatic, so they have no
10      symptoms whatsoever.  And for those that do have
11      symptoms, their symptoms are very mild.  They tend
12      to be a discharge and some spotting, or maybe if
13      they're sexually active, the husband may have a
14      sensation of a foreign body.  So the exposure,
15      fortunately, clinically, has not been very
16      significant to the patient, and it's also been well
17      and easily managed, more often in the office,
18      sometimes nonsurgically, which is a topical cream.
19                    So when we talk about exposures in
20      terms of an acceptable rate, I tend to use the gold
21      standard of an abdominal sacrocolpopexy.  And
22      depending on which cohort, again, that you read, you
23      look at Ingrid Nygaard's work, and she did a very
24      large series looking at the various different
25      synthetic materials and the various types of
```

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1    incisions, that it can get as low as 3 percent.
 2                   So I think our goal is 3 percent.  I
 3    think you need to look at factors that -- maybe once
 4    you get above 10 percent, you need to start looking
 5    at factors that you can modify to get lower than
 6    that.
 7                   So the goal and acceptable rate to me
 8    is around a 3 to 6 percent range.  And when you get
 9    above -- you get into 10 percent, you should be
10    thinking about it.  You get to 15 or 20 percent,
11    then there's something that definitely can be done
12    and it shouldn't be that high.
13    BY MR. MAZIE:
14         Q.    All right.
15                   Do you agree that if somebody has a
16    15 percent erosion rate, that they should not be
17    performing the Prolift® surgery?
18                   MR. SNELL:  Objection, form.
19    BY MR. MAZIE:
20         Q.    It's unacceptable?
21                   MR. SNELL:  Objection, form.
22    BY MR. MAZIE:
23         Q.    As a rate?
24                   MR. SNELL:  Same objection.
25                   THE WITNESS:  Personally, I would
```