# EXHIBIT 12

Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ ...a case series multicentric study - Springer    3/4/16, 8:08 AM



Original Article

*International Urogynecology Journal*

July 2007, 18:743

First online: 28 November 2006

# Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ technique)—a case series multicentric study

- B. Fatton
- , J. Amblard
- , P. Debodinance
- , M. Cosson
- , B. Jacquetin

## Abstract

Our goal was to report the preliminary results of a transvaginal mesh repair of genital prolapse using the Prolift™ system. This retrospective multicentric study includes 110 patients. All patients had a stage 3 (at the hymen) or stage 4 (beyond the hymen) prolapse. Total mesh was used in 59 patients (53.6%), an isolated anterior mesh in 22 patients (20%) and an isolated posterior mesh in 29 patients (26.4%). We report one bladder injury sutured at surgery and two haematomas requiring secondary surgical management. At 3 months, 106 patients were available for follow-up. Mesh exposure occurred in five patients (4.7%), two of them requiring a surgical management. Granuloma without exposure occurred in three patients (2.8%). Failure rate (recurrent prolapse even asymptomatic or low grade symptomatic prolapse) was 4.7%. According to the perioperative and immediate post-operative results, Prolift™ repair seems to be a safe technique to correct pelvic organ prolapse. Anatomical and functional results must be assessed with a long-term follow-up to confirm the effectiveness and safety of the procedure.

## Keywords

Pelvic organ prolapse  Vaginal surgery  Mesh  Polypropylene  Mesh exposure  Synthetic implants



DEPOSITION EXHIBIT

Case 2:12-md-02327 Document 2554-12 Filed 08/08/16 Page 3 of 6 PageID #: 88937

Transvaginal repair of genital prolapse: preliminary results of a new ... mesh (Prolift™ technique)—a case series multicentric study - Springer    3/4/16, 8:08 AM

## Concepts found in this article

- Mesh Exposure
- Transvaginal Mesh Repair
- Vaginal Vault Prolapse
- Uterine Prolapse
- Urinary Incontinence
- Vaginal Hysterectomy
- Recurrent Prolapse
- Sacrospinous Ligament
- Posterior Mesh
- Mesh Retraction
- Genital Prolapse
- Posterior Vaginal Wall
- TVT-O Procedure
- Mesh Resection
- Anterior Mesh

## Explore content



## Related articles containing similar concepts    What is this?

### Where to for pelvic organ prolapse treatment after the FDA pronouncements?

Geelen, M. J. · Dwyer, L. P. in *International Urogynecology Journal* (2013)

Mesh Exposure    Vaginal Mesh Surgery

### Pelvic organ prolapse repair using the Uphold™ Vaginal Support System: a 1-year multicenter study

Altman, Daniel · Mikkola, S. Tomi · Bek, Möller Karl, et al. in *International Urogynecology Journal* (2016)

Mesh Exposure    Transvaginal Mesh Kit

### Utero-vaginal suspension using bilateral vaginal anterior sacrospinous fixation with mesh: intermediate results of a cohort study

Letouzey, Vincent · Ulrich, Daniela · Balenbois, Eva, et al. in *International Urogynecology Journal* (2015)

Mesh Exposure    Transvaginal Polypropylene Mesh

### Complications from vaginally placed mesh in pelvic reconstructive surgery

Blandon, E. Roberta · Gebhart, B. John · Trabuco, C. Emanuel, et al. in *International Urogynecology Journal* (2009)

Mesh Exposure    Pelvic Reconstructive Surgery

### Trocar-guided total tension-free vaginal mesh repair of post-hysterectomy vaginal vault prolapse

Milani, L. Alfredo · Withagen, J. I. Mariella · Vierhout, E. Mark in *International Urogynecology Journal* (2009)

Mesh Exposure    Vaginal Mesh    Vaginal Vault Prolapse

Case 2:12-md-02327  Document 2554-12  Filed 08/08/16  Page 4 of 6 PageID #: 88938

Transvaginal repair of genital prolapse: preliminary results of a new … mesh (Prolift™ technique)—a case series multicentric study - Springer  3/4/16, 8:08 AM

» View more suggestions in Relationship Map

Page 1 of 94

# References

1. Olsen AL, Smith VJ, Bergstrom JO, Colling JC, Clark AL (1997) Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet Gynecol 89:501–506
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=9083302) CrossRef (http://dx.doi.org/10.1016/S0029-7844(97)00058-6)

2. Clark AL, Gregory T, Smith VJ, Edwards R (2003) Epidemiologic evaluation of reoperation for surgically treated pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol 189:1261–1267
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=14634551) CrossRef (http://dx.doi.org/10.1067/S0002-9378(03)00829-9)

3. Whiteside JL, Weber AM, Meyn LA, Walters MD (2004) Risk factors for prolapse recurrence after vaginal repair. Am J Obstet Gynecol 191:1533–1538
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15547521) CrossRef (http://dx.doi.org/10.1016/j.ajog.2004.06.109)

4. Cosson M, Boukerrou M, Lambaudie E, Lobry P, Crépin G, Ego A (2003) [Biomechanics of stress distribution and resistance of biological tissues: why use prostheses for the cure of genital prolapse?] J Gynecol Obstet Biol Reprod (Paris) 32:329–337

5. Brenner J (1995) Mesh materials in hernia repair. In: Schumpelick V, Wantz GE (eds) Inguinal hernia repair. Expert meeting on hernia surgery, St Moritz, 1994. Karger, Basel, pp 172–179

6. Gadonneix P, Ercoli A, Scambia G, Villet R (2005) The use of laparoscopic sacrocolpopexy in the management of pelvic organ prolapse. Curr Opin Obstet Gynecol 17:376–380
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15976543)

7. Benson JT, Lucente V, McClellan E (1996) Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 175:1418–1421
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=8987919) CrossRef (http://dx.doi.org/10.1016/S0002-9378(96)70084-4)

8. Maher CF, Qatawneh AM, Dwyer PL, Carey MP, Cornish A, Schluter PJ (2004) Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: a prospective randomized study. Am J Obstet Gynecol 190:20–26
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=14749629) CrossRef (http://dx.doi.org/10.1016/j.ajog.2003.08.031)

9. Maher C, Baessler K (2006) Surgical management of anterior vaginal wall prolapse: an evidencebased literature review. Int Urogynecol J Pelvic Floor Dysfunct 17:195–201
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15915320) CrossRef (http://dx.doi.org/10.1007/s00192-005-1296-3)

10. Iglesia CB, Fenner DE, Brubaker L (1997) The use of mesh in gynecologic surgery. Int Urogynecol J Pelvic Floor Dysfunct 8:105–115
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=9297599)

11. Julian M (1996) The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior migvaginal wall. Am J Obstet Gynecol 175:1472–1475
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=8987927) CrossRef (http://dx.doi.org/10.1016/S0002-9378(96)70092-3)

12. Ulmsten U, Johnson P, Rezapour M (1999) A three-year follow-up of tension-free vaginal tape for surgical treatment of female stress urinary incontinence. Br J Obstet Gynaecol 10:345–350

13. Kuuva N, Nilsson CG (2002) A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 81:72–77
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=11942891) CrossRef

Case 2:12-md-02327 Document 2554-12 Filed 08/08/16 Page 5 of 6 PageID #: 88939

Transvaginal repair of genital prolapse: preliminary results of a new … mesh (Prolift™ technique)—a case series multicentric study - Springer    3/4/16, 8:08 AM

(http://dx.doi.org/10.1034/j.1600-0412.2002.810113.x)

14. Cosson M, Boukerrou M, Lobry P, Crépin G, Ego A (2003) [Mechanical properties of biological or synthetic implants used to cure genital prolapse and stress incontinence: what is the ideal material?] J Gynecol Obstet Biol Reprod (Paris) 32:321–328

15. Debodinance P, Berrocal J, Clavé H, Cosson M, Garbin O, Jacquetin B, Rosenthal C, Salet-Lizée D, Villet R (2004) [Changing attitudes on the surgical treatment of urogenital prolapse: birth of the tension-free vaginal mesh]. J Gynecol Obstet Biol Reprod (Paris) 33:577–588

16. Richardson DA, Scotti RJ, Ostergard DR (1989) Surgical management of uterine prolapse in young women. J Reprod Med 34:388–392
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=2661812)

17. Fatton B, Jacquetin B (2003) Sacrospinous fixation according to Richter. In Stanton SL, Zimmern PZ (eds) Female pelvic reconstructive surgery, Springer, Berlin Heidelberg New York, pp 192–199

18. de Leval J (2003) Novel surgical technique for the treatment of female stress urinary incontinence: transobturator vaginal tape inside-out. Eur Urol 44:724–730
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=14644127) CrossRef (http://dx.doi.org/10.1016/j.eururo.2003.09.003)

19. Dwyer PL, O'Reilly BA (2004) Transvaginal repair of anterior and posterior compartment prolapse with Atrium polypropylene mesh. BJOG 111:831–836

20. Nygaard IE, McCreery R, Brubaker L, Connolly A, Cundiff G, Weber AM, Zyczynski H, Pelvic Floor Disorders Network (2004) Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol 104:805–823
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15458906)

21. Cosson M, Caquant F, Collinet P, Rosenthal C, Clave H, Debodinance P, Garbin O, Berrocal J, Villet R, Jacquetin B (2005) Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group: a retrospective study of 687 patients. Communication in the ICS meeting, Montreal, 31 August 2005

22. Culligan PJ, Murphy M, Blackwell L, Hammons G, Graham C, Heit MH (2002) Long-term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol 187:1473–1480
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=12501049) CrossRef (http://dx.doi.org/10.1067/mob.2002.129160)

23. Achtari C, Hiscock R, O'Reilly BA, Schierlitz L, Dwyer PL (2005) Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh. Int Urogynecol J Pelvic Floor Dysfunct 16:389–394
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15657636) CrossRef (http://dx.doi.org/10.1007/s00192-004-1272-3)

24. Milani R, Salvatore S, Soligo M, Pifarotti P, Meschia M, Cortese M (2005) Functional and anatomical outcome of anterior and posterior vaginal prolapse repair with prolene mesh. BJOG 112:107–111
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=15663408) CrossRef (http://dx.doi.org/10.1111/j.1471-0528.2004.00332.x)

25. Dwyer PL, O'Reilly B (2005) Dyspareunia following vaginal surgery for prolapse using polypropylene mesh. Re: paper by Milani et al. BJOG 112:1164
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=16045540)

26. Silva WA, Karram MM (2005) Scientific basis for use of grafts during vaginal reconstructive procedures. Curr Opin Obstet Gynecol 17:519–529
PubMed (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Abstract&list_uids=16141767) CrossRef (http://dx.doi.org/10.1097/01.gco.0000180156.64879.00)

## About this Article

Title
    Transvaginal repair of genital prolapse: preliminary results of a new tension-free vaginal mesh (Prolift™ technique)—a case series multicentric study

Journal

Case 2:12-md-02327 Document 2554-12 Filed 08/08/16 Page 6 of 6 PageID #: 88940

Transvaginal repair of genital prolapse: preliminary results of a new ... mesh (Prolift™ technique)—a case series multicentric study – Springer    3/4/16, 8:08 AM

*International Urogynecology Journal*
*18:743*

Online Date
> November 2006

DOI
> 10.1007/s00192-006-0234-3

Print ISSN
> 0937-3462

Online ISSN
> 1433-3023

Publisher
> Springer-Verlag

Additional Links

- *Register for Journal Updates*
- *Editorial Board*
- *About This Journal*
- *Manuscript Submission*

Topics

- *Gynecology*

Keywords

- Pelvic organ prolapse
- Vaginal surgery
- Mesh
- Polypropylene
- Mesh exposure
- Synthetic implants

Industry Sectors

- *Biotechnology*
- *Chemical Manufacturing*
- *Health & Hospitals*
- *Pharma*

Authors

- *B. Fatton* [1] [4]
- *J. Amblard* [1]
- *P. Debodinance* [2]
- *M. Cosson* [3]
- *B. Jacquetin* [1]