# EXHIBIT H



# PAUL J. MICHAELS, M.D.

## BOARD CERTIFIED IN ANATOMIC AND CLINICAL PATHOLOGY, AND CYTOPATHOLOGY




## Literature References

1. Abed H, Rahn DD, Lowenstein L, et al. Systematic Review Group of the Society of Gynecologic Surgeons. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. *Int Urogynecol J* 2011;22:789-98.
2. Altman D, Vayrynen T, Engh ME, et a.; Nordic Transvaginal Mesh Group. Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse. *N Engl J Med* 2011;364:1826-36.
3. Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. *Hernia* 1997;1:15-21.
4. Arlt GD, Lamm T, and Klosterhalfen B. Mesh removal in inguinal hernia repair. *Eur Surg* 2003;35:42-44.
5. Barone WR, Moalli PA, and Abramowitch SD. Textile properties of synthetic prolapse mesh in response to uniaxial loading. *Am J Obstet Gynecol* 2016 Mar 18.
6. Bendavid R, Lou W, Grischkan D, et al. A mechanism of mesh-related post-herniorrhaphy neuralgia. *Hernia* 2015 November. Epub ahead of print.
7. Blandon R, Gebhart J, Trabuco E, et al. Complications from vaginally placed mesh in pelvic reconstructive surgery. *Int Urogynecol J* 2009;20:523-31.
8. Cervigni M and Natale F. The use of synthetics in the treatment of pelvic organ prolapse. *Curr Opin Urol* 2001;11:429-35.
9. Chvapil M, Holusa R, Kliment K, et al. Some chemical and biological characteristics of a new collagen-polymer compound material. *J Biomed Mater Res* 1969;3:315-22.
10. Clave A, Yahi H, Hammou JC, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: Comparative analysis of 100 explants. *Int Urogynecol J* 2010;21:261-70..
11. Cobb WS, Kercher KW, and Heniford BT. The argument for lightweight polypropylene mesh in hernia repair. *Surg Innov* 2005;12:63-9.
12. Cobb WS, Burns JM, Peindl RD, et al. Textile analysis of heavy weight, mid-weight, and light weight polypropylene mesh in a porcine ventral hernia model. *J Surg Res* 2006;136:1-7.
13. Coda A, Bendavid R, Botto-Micca F, et al. Structural alterations of prosthetic meshes in humans. *Hernia* 2003;7:29-34.
14. Crosby EC, Abernethy M, Berger MB, et al. Symptom resolution after operative management of complications from transvaginal mesh. *Obstet Gynecol* 2014;123:134-9.
15. Dallenbach P. To mesh or not to mesh: a review of pelvic organ reconstructive surgery. *Int J Womens Health* 2015;7:331-43.
16. Danford JM, Osborn DJ, Reynolds WS, et al. Postoperative pain outcomes after transvaginal mesh revision. *Int Urogynecol J* 2015;26:65-69.
17. Delavierre D, Rigaud J, Sibert L, et al. Definitions, classifications and terminology of chronic pelvic and perineal pain. *Prog Urol* 2010;20:853-64.
18. Diwadkar GB, Barber MD, Feiner B, et al. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. *Obstet Gynecol* 2009;113:367-73.

19. Elmer C, Blomgren B, Falconer C, et al. Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery. *J Urol* 2009;181:1189-95.

20. Elneil S, Cutner AS, Remy M, et al. Abdominal sacrocolpopexy for vault prolapse without burial of mesh: a case series. *BJOG* 2005;112:486-9.

21. Falagas ME, Velakoulis S, Iavazzo C, et al. Mesh-related infections after pelvic organ prolapse repair surgery. *Eur J Obstet Gynecol Reprod Biol* 2007;134:147-56.

22. Feiner B and Maher C. Vaginal mesh contraction: definition, clinical presentation, and management. *Obstet Gynecol* 2010; 115:325-30.

23. Firoozi F, Ingber MS, Moore CK, et al. Purely transvaginal/perineal management of complications from commercial prolapse kits using a new prostheses/grafts complication classification system. *J Urol* 2012;187:1674-79.

24. Garcia Urena MA, Hidalgo M, Felieu X et al. Multicentric observational study of pain after use of self gripping lightweight mesh. *Hernia* 2011;15:511-5.

25. Gigliobianco G, Regueros SR, Osman NI, et al. Biomaterials for pelvic floor reconstructive surgery: How can we do better? Biomed Res Int 2015;published online April 21 2015.

26. Greca FH, de Paula JB, Biondo-Simoes MLP, et al. The influence of differing pore sizes on the biocompatibility of two polypropylene meshes in the repair of abdominal defects: Experimental study in dogs. *Hernia* 2001;5:59-64.

27. Holste J. Are meshes with lightweight construction strong enough? *Int Surg* 2005;90:S10-12.

28. Jia X, Glazener C, Mowatt G, et al. Systematic review of the efficacy and safety of using mesh in surgery for uterine or vaginal vault prolapse. *Int Urogynecol J* 2010;21:1413-31.

29. Kaelin-Gambirasio I, Jacob S, Boulvain M, et al. Complications associated with transobuturator sling procedures: analysis of 233 consecutive cases with a 27 month follow-up. *BMC Womens Health* 2009;9:28.

30. Klinge U, Klosterhalfen B, Conze J, et al. Modified mesh for hernia repair that is adapted to the physiology of the abdominal wall. *Eur J Surg* 1998;164:951-60.

31. Klinge U, Klosterhalfen B, Muller M, et al. Shrinking of polypropylene mesh in vivo: An experimental study in dogs. *Eur J Surg* 1998;164:965-9.

32. Klinge U, Klosterhalfen B, Muller M, et al. Foreign body reaction to meshes used for the repair of abdominal wall hernias. *Eur J Surg* 1999;165:665-73.

33. Klinge U, Schumpelick V, and Klosterhalfen B. Functional assessment and tissue response of short- and long-term absorbable surgical meshes. *Biomaterials* 2001;22:1415-24.

34. Klinge U, Klosterhalfen B, Birkenhauer V, et al. Impact of polymer pore size on the interface scar formation in a rat model. *J Surg Res* 2002;103:208-14.

35. Klinge U, Klosterhalfen B, Ottinger A, et al. PVDF as a new polymer for the construction of surgical meshes. *Biomaterials* 2002;23::3487-93.

36. Klinge U, Binneboesel M, Kuschel S, et al. Demands and properties of alloplastic implants for the treatment of stress urinary incontinence. *Expert Rev Med Devices* 2007;4:349-59.

37. Klinge U and Kosterhalfen B. Modified classification of surgical meshes for hernia repair based on the analyses of 1000 explanted meshes. *Hernia* 2012;16:251-8.

38. Klink C, Junge J, Binnebosel, et al. Comparison of long-term biocompatibility of PVDF and PP meshes. *J Invest Surg* 2011;24:292-9.

39. Klosterhalfen B, Junge K, and Klinge U. The lightweight and large porous mesh concept for hernia repair. *Expert Rev Med Devic* 2005;2:103-17.

3

40. Lake SP, Ray S, Zihni AM, et al. Pore size and pore shape—but not mesh density—alter the mechanical strength of tissue ingrowth and host tissue response to synthetic mesh materials in a porcine model of ventral hernia repair. *J Mech Behave Biomet Mater* 2015;42:186-97.
41. Langer C. Forster H, and Konietschke F. Mesh shrinkage in hernia surgery: data from a prospective randomized double-blinded clinical study. *Chirurg* 2010; 81:735-42.
42. Lin LL, Haessler AL, Ho MH, et al. Dyspareunia and chronic pelvic pain after polypropylene mesh augmentation for transvaginal repair of anterior vaginal wall prolapse. *Int Urogynecol J Pelvic Floor Dysfunct* 2007;18:675-8.
43. Lowman JK, Woodman PJ, Nosti PA, et al. Tobacco is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. *Am J Obstet Gynecol* 2008;198:561.e1-e4.
44. Maher C, Feiner B, Baessler K, et al. Surgical management of pelvic organ prolapse in women. *Cochrane Database Syst Rev* 2013;4:CD004014.
45. Maher C. Anterior vaginal compartment surgery. *Int Urogynecol J* 2013;24:1791-1802.
46. Margulies RU, Lewicky-Gaupp C, Fenner DE, et al. Complications requiring reoperation following vaginal mesh kit procedures for prolapse. *Am J Obstet Gynecol* 2008;199:678.e1-e4.
47. Merrit K, Shafer JW, and Brown SA. Implant-site infection rates with porous and dense material. *J Biomed Mater Res* 1979;13:101-8.
48. Miller J, Acar F, Kaimaktchiev V, et al. Pathology of ilioinguinal neuropathy produced by mesh entrapment: case report and literature review. *Hernia* 2008;12:213-6.
49. Moon JW and Chae HD. Vaginal approaches using synthetic mesh to treat pelvic organ prolapse. *Ann Coloprotcol* 2016;32:7-11.
50. Nieminen K, Hiltunen R, Takala T, et al. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. *Am J Obstet Gynecol* 2010;203:235.e1-e8.
51. Nolfi AL, Brown BN, Liang R, et al. Host response to synthetic mesh in women with mesh complications. *Am J Obstet Gynecol* 2016 Apr 16.
52. Orenstein SB, Saberski ER, Kreutzer DL, et al. Comparative analysis of histopathologic effects of synthetic meshes based on material, weight, and pore size in mice. *J Surg Res* 2012;176:423-9.
53. Ostergard D. Degradation, infection and heat effects of polypropylene mesh for pelvic implantation; What was known and when it was known. *Int Urogynecol J* 2011;22:771-4.
54. Ridgeway B, Chen CC, and Paraiso MF. The use of synthetic mesh in pelvic reconstructive surgery. *Clin Obstet Gynecol* 2008;51:136-52.
55. Taylor DF and Smith FB. Porous methyl methacrylate as an implant material. *J Biomed Mater Res* 1972;6:467-75.
56. Vollebregt A, Troelstra A van der Vaart C. Bacterial colonization of collagn-coated polypropylene vaginal mesh: Are additional intraoperative sterility procedures useful? *Int Urogynecol J* 2009;20:1345-51.
57. Weyhe D, Schmitz I, Belyaev O, et al. Experimental comparison of monofile light and heavy polypropylene meshes: Less weight does not mean less biological response. *World J Surg* 2006;30:1586-91.

## Ethicon-Related References

1. Arnaud deposition 9/25/13 772:25 to 777:16; 779:4-11
2. ETH.MESH.00870466: 2006 Expert Meeting Norderstedt
3. ETH.MESH.01782867: "Factors Related to Mesh Shrinkage" PowerPoint presentation by Kestin Spychaj
4. Hinoul deposition 4/15/12 99:09-99:25, 4/6/12 518:14-520:20, 6/26/13 175:1-176:17, 184:18-22 328:10-24
5. Owens deposition 9/12/2012 98:11 to 99:07
6. Batke deposition 08/01/13 87:12 to 88:10, 113:3 to 114:3, 257:23 to 259:13
7. Arnaud deposition 9/25/13 769:23 to 770:4
8. ETH.MESH.04037600: Innovations in mesh development
9. ETH.MESH.05920616: 7/20/07; Chomiak, Martin to Batke, Boris; Jamieson, Gillian; Koehler, Petra; Hellhammer, Dr. Brigitte SUBJECT: Defining light weight mesh
10. ETH.MESH.05585033
11. ETH.MESH.05446127: 3/13/2006 Holste, Dr. Joerg to Engel, Dr. Dieter; Manley, Quentin; Storch, Mark L. SUBJECT: AW: Mesh and Tissue Contraction in Animal
12. ETH.MESH.050475773
13. ETH.MESH.04015102: 3/01/12 Batke, Boris to Mayes, Casey SUBJECT: AW: AGES Pelvic Floor Conference-Gala Dinner Invitation
14. ETH.MESH.09651393: Invention Disclosure
15. ETH.MESH.05585066: "Ultrapro" PowerPoint presentation by Boris Batke
16. ETH.MESH.05916450: "Chronic Pain Prevention/future – Bioengineer's point of view"
17. ETH.MESH.00237968: "R&D Perspective – The Journey from Prolift to Prolift +M" PowerPoint presentation by Cliff Volpe
18. ETH.MESH.05479411: Heavyweight to Lightweight Meshes PowerPoint
19. Holste deposition 07/29/13 51:3 to 53:6, 55:22 to 57:4
20. Vailhe deposition 06/20/13 182:2 to 185:5
21. ETH.MESH.01774758: December 2006 email regarding TVM Group mesh design input
22. ETH.MESH.02992139: Lightning Clinical Strategy dated 11/22/06
23. ETH.MESH.05447475: Email from Dieter Engel to John Gillespie et al. re: How inert is polypropylene?
24. ETH.MESH.02227224: PowerPoint presentation dated 05/09/08 titled MGPP Thunder Decision Meeting
25. ETH.MESH.00869908: Thunder Meeting Minutes dated 8/14/07
26. ETH.MESH.09557798: 7 Year Dog Study
27. ETH.MESH.02010834 – ETH.MESH.0201854: February 16, 2011 report written by Jurgen Trzewik and Christope Vailhe titled "Biomechanical consideration for Pelvic floor mesh design"
28. ETH.MESH.00033325: Professional Education PowerPoint presentation titled "The Science of Augmented Extracorporeal Reconstructive Pelvic Surgery" in which the "Ideal Mesh" is described.
29. ETH-65881: Gynecare Prolift IFU
30. ETH-00255: Ethicon Gynemesh PS 2006 marketing brochure
31. Scott Ciarrocca testimony 2012-03-29 00, (Page 340:9 to 340:12)
32. Aaron Kirkemo testimony 105:14-108:16
33. ETH.MESH.03924887: Meshes in Pelvic Floor Repair
34. Hinoul trial testimony *Gross, et al. vs Gynecare, et al* 01/16/13:1151:5-1156:14; 1087:1-17;1058:22-1059:3

5

35. ETH.MESH.00006636: Klosterhalfen B., Interim Report Mesh Explants Pelvic Floor Repair
36. ETH.MESH.02157879-02757880: Klosterhalfen B., Intermediate Report – Prolapse Mesh Explants 6/2009