IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                MDL No. 2327

THIS DOCUMENT RELATES TO
ALL CASES

## MOTION FOR CHANGE OF FIRM INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address, name, telephone number, facsimile and email address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member cause in which Kirk J. Goza is associated. Effective immediately, Kirk J. Goza's Firm and contact information are as follows:

GOZA AND HONNOLD, LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
(913) 839-0567 Facimile
kgoza@gohonlaw.com

Accordingly, Plaintiffs respectfully request the Court an Order updating the above information of Kirk J. Goza MDL Nos. 2187, 2325, 2326, 2327, 2328, and 2440, and each individual member cause in which Kirk J. Goza is associated.

Dated: August 12, 2016                    Respectfully submitted,

/s/ Kirk J. Goza
GOZA AND HONNOLD, LLC
11181 Overbrook Rd., Ste. 200
Leawood, KS 66211
T: 913-451-3433

          F: 913-839-0567
          kgoza@gohonlaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 12th day of August, 2016.

          /s/ Kirk J. Goza