# EXHIBIT A

# MAREENI THERESE AMIRTHANAYAGAM STANISLAUS

| | | |
|---|---|---|
| HOME ADDRESS | 1825 Las Tablas Road<br>Templeton, CA  93465 | |
| DATE OF BIRTH | September 30, 1967 | |
| SSN | 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 | |
| EDUCATION | 1988 | BS and AB degrees<br>Stanford University |
| | 1992 | MD University of California, San Diego |
| POSTGRADUATE TRAINING | 1992-1993 | Intern, Department of OB/GYN<br>Hospital of the University of Pennsylvania-School of Medicine,<br>Philadelphia, PA |
| | 1993-1996 | Resident, Department of OB/GYN<br>Hospital of the University of Pennsylvania School of Medicine,<br>Philadelphia, PA |
| FACULTY APPOINTMENTS | 1993-1996 | Assistant Instructor, Dept of OB/GYN, University of Pennsylvania School of Medicine, Philadelphia, PA |
| | 2014-present | UC Davis Clinical Instructor |
| LICENSURE | CA Medical License G82207<br>DEA BX4507539 | |
| BOARD CERTIFICATION | ABOG | |
| HOSPITAL AFFILIATIONS | Twin Cities Community Hospital, Templeton, CA<br>Mee Memorial Medical Center, King City, CA<br>Sierra Vista Regional Medical Center, San Luis Obispo, CA<br>Marian Regional Medical Center, Santa Maria, CA<br>French Hospital Medical Center, San Luis Obispo, CA | |
| WORK EXPERIENCE<br>10/2014-present | Pacific Central Coast Health Centers<br>350 Posada Lane<br>Templeton, CA  93465 | |

| | |
|---|---|
| 05/02-10/14 | Central Coast Obstetrics and Gynecology<br>Templeton, CA  93465 |
| 08/98-05/02 | Mission Medical Associates<br>San Luis Obispo, CA |
| 08/96-08/98 | San Luis Medical Clinic<br>San Luis Obispo, CA |