IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL 2327 |

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member cause in which Capshaw & Associates is associated. The telephone number, facsimile, and email addresses remain unchanged.

Effective May 1, 2016, Capshaw & Associates attorneys in this matter will relocate their offices to:

CAPSHAW & ASSOCIATES
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219

This Motion applies to attorney Richard A. Capshaw.

Accordingly, Plaintiffs respectfully request the Court an Order updating the address of the aforementioned attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which the firm Capshaw & Associates or attorney is named as counsel.

Dated: August 15, 2016.                                   Respectfully Submitted,

                                                                              *s/ Richard A. Capshaw*
                                                                              Richard A. Capshaw
                                                                              CAPSHAW & ASSOCIATES
                                                                              3500 Maple Avenue, Suite 1100
                                                                              Dallas, Texas 75219
                                                                              (t) 214.761.6610 (f) 214.761.6611
                                                                              richard@capslaw.com
                                                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 15th day of August, 2016.

*s/ Richard A. Capshaw* _____
Richard A. Capshaw
