IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

-------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I electronically filed the foregoing Motion for Reimbursement of Assessments Paid to the Pelvic Mesh MDL Common Benefit Fund with the Clerk of Court using the CM/ECF system which will sent notification of such filing to the CM/ECF participants registered to receive service in this member case.

By: *[signature]*

Lee B. Balefsky, Esquire
**Kline & Specter, P.C.**
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772 - 1000
*Counsel for Plaintiffs*

Richard A. Freese, Esquire
**Freese & Goss, PLLC**
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
*Counsel for Plaintiffs*

Dated: August 15, 2016

7