# EXHIBIT D

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

215.772.1000
800.597.9585
FAX: 215.735.0960

Cori A Maldonado
Direct Dial: (215) 772.0422
Cori.Maldonado@KlineSpecter.com

October 11, 2012

Harry F Bell, Jr.
*THE BELL LAW FIRM, PLLC*
TVM MDL PSC
P.O. Box 1723
30 Capitol Street
Charleston, WV 25326

Re:   MDL PSC Assessment
PELVIC/TRANS-VAGINAL MESH LITIGATION

Dear Mr. Bell:

Enclosed please find draft in the amount of $50,000.00 representing Kline & Specter's assessment to the MDL common benefit.

Please feel free to contact me with any questions. Thank you for your attention to this matter.

Very truly yours,
**KLINE & SPECTER, P.C.**

CORI A MALDONADO
Litigation Paralegal

/cam
Enclosure(s)

KLINE & SPECTER
PHILADELPHIA, PA  19102

115748

DATE :           October 10, 2012
CHE # :          115748
AMOUNT :         $50,000.00

ACCOUNT :        1
PAID TO :        TVM MDL PSC

                 c/o Harry F. Bell, Jr.
                 PO BOX 1723
                 Charleston, WV 25326

EXPLANATION :    Professional services

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

115748
115748

**KLINE & SPECTER**
**A PROFESSIONAL CORPORATION**
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA, PA  19102

**PNCBANK**
PNC Bank, National Association
Philadelphia, PA

NUMBER

3-5/310

October 10, 2012          $50,000.00

DATE                      **AMOUNT**

*** Fifty Thousand ******************************************************* 00/100

**PAY**
TO THE
ORDER
OF

TVM MDL PSC
c/o Harry F. Bell, Jr.
PO BOX 1723
Charleston, WV 25326

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE, RED IMAGE DISAPPEARS WITH HEAT.

⑈115748⑈ ⑆031000053⑆ 8610308367⑈

---

KLINE & SPECTER
PHILADELPHIA, PA  19102

115748

    DATE : October 10, 2012
    CHE # : 115748
    AMOUNT : $50,000.00
ACCOUNT : 1
    PAID TO :  TVM MDL PSC

Professional services


    TVM MDL PSC

Matter #:
|116707|  50000.00|

**KLINE & SPECTER**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

215.772.1000
800.597.9585
FAX: 215.735.0960

Lee B Balefsky
Direct Dial: (215) 772.0420
Lee.Balefsky@KlineSpecter.com

April 5, 2013

Harry F Bell, Jr.
*THE BELL LAW FIRM, PLLC*
TVM MDL PSC
P.O. Box 1723
30 Capitol Street
Charleston, WV 25326

Re:     **MDL PSC Assessment**
        **PELVIC/TRANS-VAGINAL MESH LITIGATION**

Dear Mr. Bell:

Enclosed please find draft 119935 in the amount of $50,000.00 representing the remainder of Kline & Specter's assessment to the MDL common benefit.

Please feel free to contact me with any questions. Thank you for your attention to this matter.

Very truly yours,
**KLINE & SPECTER, P.C.**

LEE B BALEFSKY

/cam
Enclosure(s)

KLINE & SPECTER
PHILADELPHIA, PA  19102

119935

DATE : April 3, 2013
CHE # : 119935
AMOUNT : $50,000.00
ACCOUNT : 1
PAID TO :  TVM MDL PSC

Professional services

TVM MDL PSC

Matter #:
|116707|  50000.00|

| | | | |
|---|---|---|---|
| **Account Number:** | 8610308367 | **Transaction Type:** | Checks/Debits |
| **Account Name:** | KLINE   SPECTER PC | **Seq/Ref#:** | 83281361 |
| **Post Date:** | 10/29/2013 | **Check #:** | 124623 |
| **Amount:** | $75,000.00 | | |





Retrieved: Friday, June 24, 2016 10:38:27 AM
Image On-Demand

| | | | | |
|---|---|---|---|---|
| **Account Number:** | 8610308367 | | **Transaction Type:** | Checks/Debits |
| **Account Name:** | KLINE  SPECTER PC | | **Seq/Ref#:** | 83443512 |
| **Post Date:** | 01/28/2015 | | **Check #:** | 136328 |
| **Amount:** | $100,000.00 | | | |





Retrieved: Friday, June 24, 2016 10:48:18 AM
Image On-Demand

KLINE & SPECTER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THE NINETEENTH FLOOR

1525 LOCUST STREET

PHILADELPHIA, PENNSYLVANIA 19102

———————

215-772-1000

800-597-9585

FAX: 215-735-0960

Lee B. Balefsky, Esquire
Direct Dial ( 215) 772-0420
lee.balefsky@klinespecter.com

*April 23, 2014*

*VIA FEDEX*

*Harry F. Bell, Jr., Esquire*
*The Bell Law Firm, PLLC*
*30 Capitol Street*
*Charleston, WV 25301*

                  RE:    *TVM MDL PSC Assessment*

Dear Mr. Bell:

      Enclosed please find Kline & Specter, P.C.'s check number 129286 in the amount of $75,000.00.  This check represents payment with regard to the above-referenced matter.

      Should you have any questions, please do not hesitate to contact me.

                  Very truly yours,

                  LEE B. BALEFSKY

LBB/ds
Enclosure

KLINE & SPECTER
PHILADELPHIA, PA 19102

129286

| DATE : | April 21, 2014 | |128944| 75000.00| | | | | |
|---|---|---|---|---|---|---|---|

CHECK # :     129286

AMOUNT :     $75,000.00

ACCOUNT :     1

PAID TO :     TVM MDL PSC
c/o Harry F. Bell, Jr.
PO BOX 1723
Charleston, WV 25326

EXPLANATION :

Professional services

| Inv# | Amt | Inv# | Amt | Inv# | Amt | Inv# | Amt |
|---|---|---|---|---|---|---|---|
| 04/15/14 | 75000.00 | | | | | | |

SF4091-1                    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          C4RPSP0010000   LB9LC000053

KLINE & SPECTER
PHILADELPHIA, PA 19102

129286

DATE :        April 21, 2014        |128944| 75000.00|     |     |     |

CHECK # :       129286

AMOUNT :       $75,000.00

ACCOUNT :      1

PAID TO :       TVM MDL PSC
                c/o Harry F. Bell, Jr.
                PO BOX 1723
                Charleston, WV 25326

EXPLANATION :    Professional services

| Inv# | Amt | Inv# | Amt | Inv# | Amt | Inv# | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 04/15/14 | 75000.00 | | | | | | |

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTER BORDER

129286

**KLINE & SPECTER**
**A PROFESSIONAL CORPORATION**
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA, PA 19102

**PNCBANK**
PNC Bank, National Association
Philadelphia, PA

NUMBER
129286

3-5/310

April 21, 2014        $75,000.00

DATE          **AMOUNT**

\*\*\* Seventy Five Thousand  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* 00/100

**PAY**
**TO THE**
**ORDER**
**OF**     TVM MDL PSC
        c/o Harry F. Bell, Jr.
        PO BOX 1723
        Charleston, WV 25326

THE FORUM INC CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈129286⑈ ⑆031000053⑆ 861030836 7⑈

---

KLINE & SPECTER
PHILADELPHIA, PA 19102

129286

DATE :        April 21, 2014        |128944| 75000.00|     |     |     |

CHECK # :       129286

AMOUNT :       $75,000.00

ACCOUNT :      1

PAID TO :       TVM MDL PSC
                c/o Harry F. Bell, Jr.
                PO BOX 1723
                Charleston, WV 25326

EXPLANATION :

              Professional services

| Inv# | Amt | Inv# | Amt | Inv# | Amt | Inv# | Amt |
|------|-----|------|-----|------|-----|------|-----|
| 04/15/14 | 75000.00 | | | | | | |

SF4001-1           REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          C4RPSP0010008   L95LC006063

SAFEGUARD. LITHO USA SFSL2 C47S05112L