# EXHIBIT E

From: Freese & Goss 02327  Case 2:12-md-02327  Document 2565-6  Filed 08/15/16  Page 2 of 6 PageID #: 89408  07/22/2016 09:11 #3042 P.002

Page 1 of 1



## BANK

07/15/16

Account:  14043806
Name:  FREESE & GOSS, PLLC
  OPERATING ACCOUNT
Address:  3500 MAPLE AVENUE
  SUITE 1100
  DALLAS, TX 75219

The image shown below represents an official copy of the original document as processed by our institution



003897  06/23/15  91720260  100000.00

# ≡ CADENCE
## BANK

07/15/16

Account: 14043806
Name: FREESE & GOSS, PLLC
Address: OPERATING ACCOUNT
3500 MAPLE AVENUE
SUITE 1100
DALLAS, TX 75219

The image shown below represents an official copy of the original document as processed by our institution



From: Freese & Goss 02327 Case 2:12-md-02327 Document 2565-6 Filed 08/15/16 Page 4 of 6 PageID #: 89410 07/22/2016 09:45 #3102 P.004

Page 1 of 1

# CADENCE
## BANK

07/15/16

Account: 14043806
Name: FREESE & GOSS, PLLC
OPERATING ACCOUNT
Address: 3500 MAPLE AVENUE
SUITE 1100
DALLAS, TX 75219

The image shown below represents an official copy of the original document as processed by our institution



```
FREESE & GOSS, PLLC                    CADENCE BANK           3186
3031 ALLEN STREET SUITE 200
DALLAS, TX 75204-1050                  61-629-622
PH (214) 761-6610                                          8/20/2014

PAY TO THE
ORDER OF   The Bell Law Firm PLLC                   $ **50,000.00

Fifty Thousand and 00/100******************************************* DOLLARS

The Bell Law Firm PLLC                    VALID FOR 90 DAYS FROM DATE OF ISSUE

MEMO
IVM_MDL_PSC_Assessments                   AUTHORIZED SIGNATURE

⑈003186⑈ ⑇062206295⑇ 140 4380 6⑈
```

003186    10/20/14    91292340    50000.00



```
10/17/2014    209003008912410    >051900395<
m426935
```

# CADENCE
## BANK

07/15/16

Account: 14043806
Name: FREESE & GOSS, PLLC
Address: OPERATING ACCOUNT
3500 MAPLE AVENUE
SUITE 1100
DALLAS, TX 75219

The image shown below represents an official copy of the original document as processed by our institution



001361    02/13/14    91200810    75000.00

From: Freese & Goss 2329    07/26/2016 09:15    #342 P.006
Case 2:12-md-02327   Document 2565-6   Filed 08/15/16   Page 6 of 6 PageID #: 89412

Page 1 of 1

# ≡ CADENCE
## BANK

07/15/16

Account: 14043806
Name: FREESE & GOSS, PLLC
OPERATING ACCOUNT
Address: 3500 MAPLE AVENUE
SUITE 1100
DALLAS, TX 75219

The image shown below represents an official copy of the original document as processed by our institution



```
                                                                              1559
FREESE & GOSS, PLLC                         CADENCE BANK, N.A.
3031 ALLEN STREET SUITE 200                     81-929-522
DALLAS, TX 75204-1059
PH. (214) 761-6010                                                  4/29/2013

PAY TO THE    TVM MDL PSC                                     $    **50,000.00
ORDER OF

Fifty Thousand and 00/100************************************************    DOLLARS

        TVM MDL PSC                               VALID FOR 90 DAYS FROM DATE OF ISSUE
        Attention: Harry F Bell, Jr.
        30 Capital Street
        P.O. Box 1723
        Charleston, WV 25326
MEMO    Vmesh                                     AUTHORIZED SIGNATURE

⑈001559⑈  ⑆062206295⑇  140 4380 6⑈
```

001559    05/13/13    91821750    50000.00



```
051020 13  209003005168420

     05/10/2013    209003005168420 >051900395<
     M426231
```

Deposit Only