**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-G and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bobby Jewell Bell, Jr.
Bobby Jewell Bell, Jr.
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205.324.3600 (phone)
205.324.3636 (fax)
bob@hollis-wright.com
*Attorney for Plaintiff on Exhibit A*

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612.339.6900 (phone)
612.339.0981 (fax)
ymflaherty@locklaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS
Suite 920
550 Broad Street
Newark, NJ 07012
973.639.9100 (phone)
973.639.9393 (fax)
cseeger@seegerweiss.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Amy Collignon Gunn
Amy Collignon Gunn
THE SIMON LAW FIRM
Suite 1700
800 Market Street
St. Louis, MO 63101
314.241.2929 (phone)
314.241.2029 (fax)
agunn@simonlawpc.com
*Attorney for Plaintiffs on Exhibit D*

/s/ James E. Shipley , Jr.
James E. Shipley, Jr.
TATE LAW GROUP
Suite 600
2 East Bryan Street
Savannah, GA 31401
912.234.3030 (phone)
912.234.9700 (fax)
jshipley@tatelawgroup.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Stephen Dennis Behnke
Stephen Dennis Behnke
WRIGHT & SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937.435.7500 (phone)
937.435.7511 (fax)
sbehnke@legaldayton.com
*Attorney for Plaintiffs on Exhibit F*

/s/ James E. Shipley , Jr.
Jacqueline Anne Olson
ZIMMERMAN REED
80 South 8th Street
1100 IDS Center
Minneapolis, MN 55402
612.341.0400 (phone)
612.341.0844 (fax)
jacqueline.olson@zimmreed.com
*Attorney for Plaintiffs on Exhibit G*

Dated: _____

## EXHIBIT A – HOLLIS WRIGHT & COUCH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-09221 | Rosalee Slay v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – LOCKRIDGE GRINDAL NAUEN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-09783 | Regina Peltz, Stanley Peltz v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-11838 | Chloe Hendrickson, Dale Hendrickson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – SEEGER WEISS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-21840 | Malinda Groce v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21845 | Rhonda Hooten, Jerrell Hooten v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21848 | Lupe Rivas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – THE SIMON LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08575 | Janet Drake, Kyle Drake v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03083 | Kelly J. Webb v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03089 | Mabel Jones v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc., Sofradim Production SAS, Tissue Science Laboratories Limited |
| 2:13-CV-04832 | Cynthia D. Hines, James Hines v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-16593 | Brenda Tucker, Mark Tucker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22040 | Janice McClurg, David McClurg v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – TATE LAW GROUP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-02187 | Courtney Brown, Jamie Brown v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-24014 | Frankie Cumbie, Jerry Winston Cumbie v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

### EXHIBIT F – WRIGHT & SCHULTE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11769 | Paula Kravetz, Steven Kravetz v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-00579 | Waltraud Herr, Richard Herr v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-CV-05160 | Patricia Richardson, Mike Richardson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-05162 | Erliene Shavers v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – ZIMMERMAN REED**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08039 | Peggy Godwin, Mark R. Godwin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-16028 | Alice Hill, Andrew Hill v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22283 | Jennifer Voelker, Chris Voelker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-23403 | Veronica Snipes, Jeffrey Snipes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-27215 | Ruby Flesher, Lawrence Flesher v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis