UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | Cause No. 2:12-md-2327 |

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Defendants Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC, and Cook Biotech Incorporated hereby move this Court for the entry of an Order allowing attorney Justin A. Kashman to withdraw as counsel of record for said Defendants and substituting attorney Jere A. Rosebrock in his place and stead in the above-captioned matter and every member case associated with MDL 2327. Douglas B. King will remain as counsel for the Cook Defendants in this case.

WHEREFORE, the undersigned requests that this Motion to Withdraw and Substitution of Counsel be granted.

        Respectfully submitted,

        */s/ Douglas B. King*
        Douglas B. King, IN Bar # 5199-49
        Justin A. Kashman, IN Bar # 31372-49
        Jere A. Rosebrock, IN Bar #26566-49
        WOODEN McLAUGHLIN LLP
        One Indiana Square, Suite 1800
        Indianapolis, IN 46204-4208
        Tel:    (317) 639-6151
        Fax:   (317) 639-6444
        Doug.King@WoodenMcLaughlin.com
        Jere A. Rosebrock@WoodenMcLaughlin.com

        *Attorneys for Defendants Cook Incorporated,*
        *Cook Biotech Incorporated, and Cook Medical*
        *Incorporated n/k/a Cook Medical LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Douglas B. King*
        Douglas B. King, IN Bar #5199-49
        Jere A. Rosebrock, IN Bar #26566-49