# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 2 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION FOR MICHAEL THOMAS MARGOLIS, M.D. FOR WAVE 2 CASES

Come now the Defendants, and hereby adopt and incorporate by reference their reply in support of the *Daubert* motion filed against Michael Thomas Margolis, M.D. for Ethicon Wave 1, Dkt. No. 2212. This Notice applies to the Wave 2 cases identified in Exhibit A to Defendant's Notice of Adoption of Daubert Motion for Michael Thomas Margolis, M.D. for Wave 2 cases. Defendants respectfully request that the Court exclude Dr. Margolis's testimony, for the reasons expressed in the Wave 1 briefing.

Dated: August 17, 2016            Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

1

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones

ButlerSnow\018890\078026\32415066.v1-8/17/16