# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 2 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION FOR JOHN MIKLOS, M.D. FOR WAVE 2 CASES

Come now the Defendants, and hereby adopt and incorporate by reference their reply in support of the *Daubert* motion filed against John Miklos, M.D. for Ethicon Wave 1, Dkt. No. 2227. This Notice applies to the Wave 2 cases identified in Exhibit A to Defendant's Notice of Adoption of Daubert Motion for John Miklos, M.D. for Wave 2 cases. Defendants respectfully request that the Court exclude Dr. Miklos's testimony, for the reasons expressed in the Wave 1 briefing.

Dated: August 17, 2016               Respectfully submitted,

                                     */s/ Christy D. Jones*
                                     Christy D. Jones
                                     Butler Snow LLP
                                     1020 Highland Colony Parkway
                                     Suite 1400 (39157)
                                     P.O. Box 6010
                                     Ridgeland, MS  39158-6010
                                     (601) 985-4523
                                     christy.jones@butlersnow.com

1

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones