## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION

--------------------------------------------------------

ETHICON WAVE 2

                                                 JOSEPH R. GOODWIN U.S. DISTRICT
                                                            JUDGE

### NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION FOR RALPH ZIPPER, M.D. FOR WAVE 2 CASES

Come now the Defendants, and hereby adopt and incorporate by reference their reply in

support of the *Daubert* motion filed against Ralph Zipper, M.D. for Ethicon Wave 1, Dkt. No.

2221. This Notice applies to the Wave 2 cases identified in Exhibit A to Defendant's Notice of

Adoption of Daubert Motion for Ralph Zipper, M.D. for Wave 2 cases.  Defendants respectfully

request that the Court exclude Dr. Zipper's testimony, for the reasons expressed in the Wave 1

briefing.


Dated: August 17, 2016                    Respectfully submitted,


                                          */s/ Christy D. Jones*
                                          Christy D. Jones
                                          Butler Snow LLP
                                          1020 Highland Colony Parkway
                                          Suite 1400 (39157)
                                          P.O. Box 6010
                                          Ridgeland, MS  39158-6010
                                          (601) 985-4523
                                          christy.jones@butlersnow.com


1

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


*/s/ Christy D. Jones*
Christy D. Jones

2