# EXHIBIT A

Exhibit A for Jordi

| Case Name | Case Number |
|---|---|
| Blackston, Ossie R. & John | 2:12-cv-01493 |
| Carter, Tamara & David | 2:12-cv-01661 |
| Chase, Alvette | 2:12-cv-01533 |
| Childress, Sandra & Timothy | 2:12-cv-01564 |
| Chrysler, Marion | 2:12-cv-02060 |
| Cooper, Jennifer & Dave | 2:12-cv-01660 |
| Espinoza, Rhondi | 2:12-cv-01517 |
| Green, Janice | 2:12-cv-02148 |
| Martin, Diann & Donald | 2:12-cv-01495 |
| Moore, Phyllis | 2:12-cv-01659 |
| Pocztowski, Debra | 2:12-cv-01470 |
| Sanders, Melissa G. & Charles, Jr. | 2:12-cv-01562 |
| Schroeder, Carreen & Matthew | 2:12-cv-01327 |
| Simpson, Sherry Gill & Ricky Simpson | 2:12-cv-01414 |
| Smallwood, Nancy & Leon, Sr. | 2:12-cv-01662 |
| Young-Poole, Brenda | 2:12-cv-01962 |