# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY REGARDING PROF. DR. MED. UWE KLINGE FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert reply filed in relation to Prof. Dr. Med. Uwe Klinge for Ethicon Wave 1, Dkt. #2200. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: August 18, 2016                                    Respectfully submitted,

                                                          */s/ David B. Thomas*
                                                          David B. Thomas (W. Va. Bar No. 3731)
                                                          Thomas Combs & Spann, PLLC
                                                          300 Summers Street, Suite 1380
                                                          P.O. Box 3824
                                                          Charleston, WV  25338-3824
                                                          (304) 414-1800
                                                          dthomas@tcspllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                        */s/ David B. Thomas*
                        David B. Thomas (W. Va. Bar No. 3731)
                        Thomas Combs & Spann, PLLC
                        300 Summers Street, Suite 1380
                        P.O. Box 3824
                        Charleston, WV  25338-3824
                        (304) 414-1800
                        dthomas@tcspllc.com