# EXHIBIT A

Exhibit A to Klinge

| Case Name | Case Number |
|---|---|
| Allen, Diana & Timothy | 2:12-cv-01676 |
| Amidei, Betty | 2:12-cv-01563 |
| Bates, Diane | 2:12-cv-02020 |
| Boudreau, Linda L. & Charles | 2:12-cv-01373 |
| Cutter, Jenesta & Larry A. | 2:12-cv-01790 |
| Daugherty, Angela & Jimmy | 2:12-cv-02076 |
| Doucette, Karen L. | 2:12-cv-02125 |
| Eaton, Cynthia & Frank | 2:12-cv-01348 |
| Hammett, Carolyn R. | 2:12-cv-01802 |
| Henry, Lana & Phillip Dean | 2:12-cv-01938 |
| Hutchison, Deanna Gail | 2:12-cv-01711 |
| Kowalski, Judith Mary | 2:12-cv-01323 |
| Marshall, Natalie C. & David R. | 2:12-cv-02077 |
| McGathey, Elizabeth M. | 2:12-cv-01538 |
| Miller, Mona | 2:12-cv-01696 |
| Minogue, Bridgette | 2:12-cv-02112 |
| Nelson, Kathryn M. | 2:12-cv-02103 |
| Perez, Leezel & Jeffrey | 2:12-cv-01640 |
| Rose, Lola J. | 2:12-cv-01336 |
| Schomer, Margaret A. | 2:12-cv-01497 |
| Scott, Teresa | 2:12-cv-02100 |
| Suter, Carol Ann & Troy W. | 2:12-cv-01712 |