**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 2 CASES LISTED IN       JOSEPH R. GOODWIN
EXHIBIT A                           U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY
REGARDING DR. JIMMY MAYS, PH.D. FOR WAVE 2</u>**

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert

reply filed in relation to Dr. Jimmy Mays, Ph.D. for Ethicon Wave 1, Dkt. #2209. Defendants

respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave

1 response briefing.

Dated: August 18, 2016              Respectfully submitted,

                                 */s/ David B. Thomas*
                                 David B. Thomas (W. Va. Bar No. 3731)
                                 Thomas Combs & Spann, PLLC
                                 300 Summers Street, Suite 1380
                                 P.O. Box 3824
                                 Charleston, WV  25338-3824
                                 (304) 414-1800
                                 dthomas@tcspllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
dthomas@tcspllc.com