# EXHIBIT A

Exhibit A for Mays

| Case Name | Case Number |
|---|---|
| Dawson, Kristen | 2:12-cv-02074 |
| Franklin, Betty | 2:12-cv-01837 |
| Henry, Lana & Phillip Dean | 2:12-cv-01938 |
| Hernandez, Toni | 2:12-cv-02073 |
| Kowalski, Judith Mary | 2:12-cv-01323 |
| McDonald, Maria Elena & Thomas | 2:12-cv-01366 |
| Merten, Janet & Gerard | 2:12-cv-01817 |
| Pippin, Laura & Donald | 2:12-cv-02152 |
| Scott, Teresa | 2:12-cv-02100 |
| Sierra, Ana & Luis | 2:12-cv-01819 |
| Valle, Maritza | 2:12-cv-01368 |