# EXHIBIT A

Exhibit A to Priddy

| Case Name | Case Status |
|---|---|
| Bailey, Pamela & Houston | 2:12-cv-01700 |
| Boudreau, Linda L. & Charles J. | 2:12-cv-01373 |
| Burnett, Mary K. | 2:12-cv-01795 |
| Carroll, Margaret | 2:12-cv-02026 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Chase, Alvette | 2:12-cv-01533 |
| Colbert, Rhonda & Joseph | 2:12-cv-01702 |
| Crabtree, Reba & Jack | 2:12-cv-02135 |
| Lambert, Corrie Ann & Ronson | 2:12-cv-02183 |
| Lary, Sheryl & Kevin E. | 2:12-cv-02136 |
| Miller, Rose M. | 2:12-cv-02187 |
| Phillips, Ramona | 2:12-cv-02143 |
| Pitts, Michelle | 2:12-cv-02144 |