## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2485], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-T, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-T.

ENTER: August 18, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ADAMS FIETZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-14647 | April Marie Denson, David Denson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-07968 | Alice B. Hardwick, George H. Hardwick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09125 | Sandra C. Renteria v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-09141 | Cynthia Ann Simpson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-16124 | Wilma S. Bustillos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-07808 | Geri Crotwell, Carl Crotwell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – CAREY DANIS & LOWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-29895 | Diane Pyser v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – CORY WATSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-13960 | Else Brickhaus, Richard Brickhaus v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – HEARD ROBINS CLOUD & BLACK**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-24981 | Hallie Schmidt Ketchum, James Ketchum v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-28115 | Clova Watt, Jerry Watt, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-17665 | Angelina Duke v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-20300 | Omega Blankenship v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-21438 | Kimberly Nightingale, Terry Nightingale v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-22466 | Rosemary Pitra v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-27908 | Sandra Myers, Frederick Myers v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT G – JENSEN & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-17388 | Veronica Santillan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT H – SOLIS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16436 | Jean Savov, Steven Savov v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT I – MAGANA CATHCART & MCCARTHY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-11402 | Lillian Biunno, Joe Biunno v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-14367 | Guadalupe Salazar v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT J – MATTHEWS & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03582 | Patricia Ramirez v. Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, Gynecare, American Medical Systems, Inc., and Boston Scientific Corporation |

**EXHIBIT K – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-21786 | Linda Orsburn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-21820 | Antoinette M. Virgilio v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT L – SMITH STAG**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08325 | Annie Honold v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-05311 | Phyllis Ridenour, Howard Ridenour v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-14500 | Fay Driscoll v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT M – SUMMERS & JOHNSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18884 | Elizabeth Evans v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT N– THE MOODY LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-00146 | Rosaline Murray, Tommy Murray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc., Sofradim Production SAS |

**EXHIBIT O – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12338 | Alice L. Dister v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:14-CV-18775 | Susan Ann Baker, Vincent Baker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-18931 | Helen Marie Monarch, Carl Monarch v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-19031 | Lois Virginia Harrison, Richard Harrison v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT P – THE POTTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-26431 | Sandra Helton, Frank Thomas Helton v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |
| 2:14-CV-03325 | Lori Fraley, Ernie Fraley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-08246 | Sherry Rimer, Gary Rimer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-13732 | Henrietta McElhone, Patrick McElhone v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-16771 | Beth Christensen, Timothy Christensen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT Q – THE WILNER FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-12823 | Dorothy A. Kelly v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15563 | Kathleen S. Thomas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT R – VERHINE & VERHINE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05726 | Ada Lauderdale, William F. Lauderdale, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11089 | Mary M. Christian, John M. Christian v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT S – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10784 | Carol E. Wilson, James K. Wilson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-11729 | Judy L. Moore v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07854 | Karen Struchko, Richard E. Struchko, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-21060 | Brenda J. Seltzer, Jackson Seltzer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT T – WILLIAMS KHERKHER HART BOUNDAS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16156 | Tammiela McLaughlin, Jeffrey McLaughlin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-20544 | Jennifer Singleton, Denny Singleton v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30116 | Dorothy Smelcer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-31667 | Priscilla Tsosie v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-32665 | Sandra Flournoy, Steve Flournoy v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15129 | Elizabeth Firchow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC, Coloplast Corp. |