**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A OF PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
ELAINE DUNCAN, M.D. FOR WAVE 2**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert reply filed against Elaine Duncan, M.D. for Ethicon Wave 1, Dkt. 2223. Plaintiffs respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave 1 briefing.

Dated: August 18, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/  D. Renee Baggett
　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　　(850) 202-1010
　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)
　　　　　　　　　　　　　　　　　　E-mail:  rbaggett@awkolaw.com

　　　　　　　　　　　　　　　　　　/s/ Thomas P. Cartmell
　　　　　　　　　　　　　　　　　　THOMAS P. CARTMELL
　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　816-701-1102
　　　　　　　　　　　　　　　　　　Fax 816-531-2372
　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ D. Renee Baggett
        D. RENEE BAGGETT
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32563
        850-202-1010
        850-916-7449
        Rbaggett@awkolaw.com