**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR　　　　Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY　　　　　　　　　MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 2 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF　　　JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION　　　　　　　　　　　　　　　　　　　　JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF<br>JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 2</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Jaime L. Sepulveda-Toro, M.D. for Ethicon Wave 1, Dkt. 2225. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

1 briefing.

Dated: August 18, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/  D. Renee Baggett
　　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　　　(850) 202-1010
　　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)
　　　　　　　　　　　　　　　　　　　E-mail:  rbaggett@awkolaw.com

　　　　　　　　　　　　　　　　　　　/s/ Thomas P. Cartmell
　　　　　　　　　　　　　　　　　　　THOMAS P. CARTMELL
　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　816-701-1102
　　　　　　　　　　　　　　　　　　　Fax 816-531-2372
　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com