# EXHIBIT 2

Michael Karram, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: | |
| Angela Daugherty and Jimmy Daugherty v. Ethicon, Inc., et al. | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| Case No. 2:12-cv-02076 | (General TVT-O) |

        The Video Deposition of MICHAEL KARRAM, M.D.,

taken by the Plaintiff, pursuant to Notice and Subpoena,

before Teresa A. Moore, a Registered Professional and

Certified Realtime Reporter, at the offices of Frost

Brown Todd LLC, 301 East Fourth Street, Great American

Tower, Suite 3300, Cincinnati, Ohio 45202, on Tuesday,

June 28, 2016, at 4:18 p.m.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Michael Karram, M.D.

## Page 2

```
 1    APPEARANCES:
 2        On behalf of the Plaintiff:
 3            JOSEPH ZONIES, ESQ. (via speakerphone)
             and
 4            GREGORY D. BENTLEY, ESQ.
                of
 5            ZONIES LAW LLC
              1900 Wazee Street, Suite 203
 6            Denver, Colorado 80202
              Phone: 720-464-5300
 7            Email: jzonies@zonieslaw.com
                 gbentley@zonieslaw.com
 8
 9        On behalf of the Defendants
10            JORDAN N. WALKER, ESQ.
                of
11            BUTLER SNOW LLP
              1020 Highland Colony Parkway, Suite 1400
12            Ridgeland, Mississippi 39157
              Phone: 601-948-5711
13            Email: jordan.walker@butlersnow.com
14
15                    – – –
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1                    INDEX
                                     Page
 2    MICHAEL KARRAM, M.D.
 3    Examination By Mr. Zonies ......................5
 4    Examination By Mr. Walker ....................95
 5                 EXHIBITS
 6    (Exhibits 6, 7, 9, 10, 11 and 12 not used)   Page
 7    Exhibit 1 Amended Notice of Deposition ..........6
 8    Exhibits 2 and 3 Expert Report for TVT-O .......27
 9     and Reliance List
10    Exhibit 4 Invoices ..............................29
11    Exhibit 13 Journal of Obstetrics and ..........42
12     Gynecology, "Graft and mesh used in
13     transobturator prolapse repair: a systematic
14     review."
15    Exhibit 14 American Journal of Obstetrics ......43
16     and Gynecology, "Midurethral slings:
17     evidence-based medicine versus the
18     medicolegal system."
19    Exhibit 15 AUGS Position Statement on mesh .....43
20     use and midurethral slings for SUI
21    Exhibit 16 Journal of Minimally Invasive .......43
22     Gynecologic Surgery, "Synthetic Graft
23     Augmentation in Vaginal Prolapse Surgery:
24     Long-Term Objective and Subjective Outcomes"
```

## Page 4

```
 1                EXHIBITS (Cont'd
 2                                     Page
 3    Exhibit 17 Journal of Obstetrics and ..........44
 4     Gynecology, "Surgeon Experience and
 5     Complications of Transvaginal Prolapse Mesh"
 6    Exhibit 18 Ford's Cochrane Review, 2015, .......63
 7     comparing TVT-O and TOT pain issues
 8    Exhibit 5 Teo study comparing TVT .............68
 9     retropubic to TVT obturator
10    Exhibit 8 Tommaselli paper, 2015 ..............75
11    Exhibit 19 "Clinical Expert Report (for) .......95
12     Laser Cut Mesh"
13    Exhibit 20 "Seven years of objective and ......104
14     subjective outcomes on... (TVT-O) vaginal
15     tape:  Why do tapes fail?"
16    Exhibit 21 "Five-year Results of ..............105
17     Randomized Trial Comparing Retropubic and
18     Transobturator Midurethral Slings for Stress
19     Incontinence"
20    Exhibit 22 "TVT-O for the Treatment of ........107
21     Pure Urodynamic Stress Incontinence:
22     Efficacy, Adverse Effects, and Prognostic
23     Factors at 5-Year Follow-Up"
24                    – – –
```

## Page 5

```
 1              MICHAEL KARRAM, M.D.,
 2    of lawful age, a Witness herein, after having been first
 3    duly sworn, was examined and deposed as follows:
 4                 EXAMINATION
 5    BY MR. ZONIES:
 6        Q.  Good afternoon, Dr. Karram.  How are you?
 7        A.  I'm fine.
 8        Q.  My name is Joe Zonies.  We've had the
 9    opportunity to speak before about three months ago, in
10    your last deposition, at least the last one where I was
11    taking the deposition.
12            Do you recall that deposition?
13        A.  Was it on the TVT report?
14        Q.  Yes, it was.
15        A.  Do you have a brother at Ohio State, or
16    something from Ohio State, or any relation; or is that
17    not -- you're not the same guy?
18        Q.  My brother went to Ohio State.
19        A.  There you go.  Yes, I do remember you.
20        Q.  And you diagnosed me with a prostate problem.
21        A.  I didn't.  I said, it may be in a
22    differential diagnosis you want to check out.
23        Q.  That's correct.  For what it's worth, I'm
24    getting my BPH done shortly.
```

2 (Pages 2 to 5)

Michael Karram, M.D.

Page 6

1    A.  Also, I remember a female sitting over here,
2  not a male.  What happened?
3    Q.  Yeah, Shea travels with me.
4    A.  I gotcha.
5    Q.  And you get stuck with Greg today.
6    A.  All right.
7    Q.  You have the pleasure of being with Greg
8  today.
9         Doctor, I'm going to have Greg or the court
10  reporter hand you Exhibit 1, which is the Amended Notice
11  of Deposition in this case.
12         Do you have that in front of you?
13         (Exhibit 1 marked for identification.)
14    A.  I do.
15    Q.  And have you seen that document before --
16    A.  Yes, I have.
17    Q.  -- or some version of it?
18    A.  Some version of it, yes, I have.
19    Q.  Okay.  And you understand that you're here
20  today to give your deposition concerning the TVT-O
21  device; is that right?
22    A.  That's correct.
23    Q.  And what does "TVT-O" stand for?
24    A.  Transvaginal tape obturator.

Page 7

1    Q.  And have you, Dr. Karram, ever used Ethicon's
2  TVT-O device?
3    A.  Yes.
4    Q.  When did you begin using it?
5    A.  When it first came out.
6    Q.  So somewhere around 2003 and 2004?
7    A.  That sounds about right, yes.
8    Q.  And did you receive training on the TVT-O
9  device?
10    A.  Yes, I did.
11    Q.  What was your training?
12    A.  I scrubbed on some cases with my brother.
13    Q.  And your brother is whom?
14    A.  Mickey Karram.
15    Q.  Do you recall how many cases you scrubbed in
16  on?
17    A.  We actually -- he did a course at UC, where
18  we did a cadaver lab, and then I scrubbed with him on
19  five cases.
20    Q.  And after scrubbing with him on five cases,
21  did you then start putting in TVT-Os on your own?
22    A.  Yes.
23    Q.  What device were you using to treat stress
24  urinary incontinence before the TVT-O?

Page 8

1    A.  Retropubic TVT.
2    Q.  By Ethicon?
3    A.  Yes.
4    Q.  Have you ever used any other transobturator
5  device, other than Ethicon's TVT-O?
6    A.  Yes, I have.
7    Q.  What devices have you used?
8    A.  I've used the Monarc.  And that is the only
9  transobturator that I've used, other than TVT-O and TVT
10  Abbrevo.  But you're talking other than Ethicon
11  products?
12    Q.  Well, you've used -- to treat women with
13  stress urinary incontinence --
14    A.  Yes.
15    Q.  -- using the transobturator approach, you've
16  used Ethicon's TVT-O, you've used the Monarc device, and
17  you've used TVT Abbrevo by Ethicon; is that right?
18    A.  Correct.
19    Q.  What period of time did you use the Monarc?
20    A.  I still use it to this day -- well, I'm
21  sorry.  It's going off the market.  But up 'til the time
22  Astora said they're not going to supply the Monarcs, I
23  have still used them.
24    Q.  And can you describe for me the differences

Page 9

1  between the Monarc and the TVT-O?
2    A.  Yeah.  The Monarc is an outside-in approach
3  and the TVT-O is an inside-out approach.
4    Q.  What would make -- were you using both the
5  Monarc and TVT-O at the same time, in your practice?
6    A.  Yes.  I still do.
7    Q.  Well --
8    A.  Well -- yeah, go ahead.
9    Q.  -- you use the TVT Abbrevo and the Monarc; is
10  that fair?
11    A.  Now?
12    Q.  Yes.
13    A.  Actually, since we've spoken, we now carry
14  TVT-O.  And so I use it again.  I think, if you remember
15  right, when you asked me that question, I thought that
16  TVT-O was not manufactured anymore or sold anymore.
17  But, in reality, I found out that it has, so we now
18  stock it on our shelves.  So we have TVT-O, TVT Abbrevo,
19  and Monarc, and --
20    Q.  So I'd like to --
21    A.  Yeah.
22    Q.  -- talk first about your choice between the
23  TVT-O and Monarc --
24    A.  Okay.

Michael Karram, M.D.

Page 10

1    Q.  -- recognizing that the TVT-O is inside-out
2  and the Monarc is outside-in.
3        What clinical decision process do you go
4  through when choosing whether to use the Monarc or the
5  TVT-O?
6    A.  Well, the patient has to be a patient that we
7  would consider a good candidate for an obturator
8  approach, which would be somebody with primary
9  hypermobile stress urinary incontinence, no evidence of
10  intrinsic sphincter deficiency.  If she has mixed
11  incontinence, then we would probably use an obturator
12  approach versus a retropubic approach.
13        So it is probably, I would say, my go-to --
14  the obturator approach is my go-to procedure in
15  approximately 70 to 75 percent of my cases.
16    Q.  Okay.  And when you're -- when the patient
17  is, in your opinion, indicated for an obturator
18  approach, how do you decide whether to use the TVT-O or
19  the Monarc?
20    A.  A lot of it has to do with the anatomy.  It
21  depends on their pelvic anatomy.  It depends on the
22  anatomy of the groin, their size, weight.  And also,
23  we're a training facility.  So we have to train
24  residents and fellows, and we always like to make sure

Page 11

1  that they understand and are fluent in both an
2  inside-out and an outside-in.
3    Q.  And so one of the considerations that you
4  mentioned was, it depends on the pelvic and groin
5  anatomy, whether you're going to use Monarc or the
6  TVT-O.
7        Can you tell me, when do you believe that the
8  Monarc is the better choice of a device, related to the
9  anatomy?
10    A.  I wouldn't -- oh, I wouldn't say it's a
11  better choice.  I would say it's an alternative choice.
12  And if somebody has a very, very large adipose internal
13  groin area, I would probably use -- or I would use an
14  inside-out TVT-O, versus somebody who is thin and the
15  musculature is not an issue.
16    Q.  And so it sounds like if a woman is obese or
17  a large woman, that you have a preference for using the
18  TVT-O over the Monarc; is that correct?
19    A.  That's hard to quantify.  I mean, I think
20  they're interchangeable.  What I like about the TVT-O is
21  the fact that we want to place these slings midurethral.
22  And so, from an anatomical standpoint, if you start at
23  the midurethra, it's a lot more accurate to be
24  midurethral in placement than if you start outside and

Page 12

1  try to find the midurethra with your finger.
2    Q.  So I guess my question would be:  Why would
3  you ever choose to use the Monarc over the TVT-O?
4    A.  If you're at a hospital facility that doesn't
5  have TVT-O and Monarc is the only obturator sling.
6    Q.  Any other reason?
7    A.  No.
8    Q.  Do you believe that the Monarc and the TVT-O
9  are essentially interchangeable on safety and
10  effectiveness?
11    A.  I think they're interchange -- well, no.  No,
12  it depends on the implanter.
13    Q.  Tell me what that means.
14    A.  Well, I've seen people that utilize the
15  Monarc or, vice versa, the TVT-O, and they put it in
16  incorrectly and it's not going to be effective, or
17  they're going to have more problems.  In my hands,
18  they're interchangeable, if my opinion.
19    Q.  So, would it be fair to say that in an
20  index-type patient with a capable physician, that you
21  believe, it is your opinion that the Monarc and the
22  TVT-O are equivalent for purposes of safety and
23  efficacy?
24    A.  Efficacy, yes.  Safety, again it depends on

Page 13

1  the implanter.  But, yes, if the implanter is an
2  experienced implanter and has experience with both of
3  the products, I would say yes.
4    Q.  You also utilize the TVT Abbrevo for an
5  obturator approach.  Do you still use that today?
6    A.  I do.
7    Q.  What do you find to be the advantages of the
8  Abbrevo over the TVT-O?
9    A.  Less groin pain.
10    Q.  Any other advantages?
11    A.  It's pretty much the same.  It has -- it
12  leaves less mesh in the patient, and, therefore, less
13  mesh in the groin area and possible mesh in the adductor
14  muscles.
15    Q.  And why is that a benefit of the Abbrevo over
16  the TVT-O?
17    A.  If you have a longer mesh in the patient,
18  then you might have a higher incidence of putting a mesh
19  in one of the adductor muscles, and that can give you,
20  maybe, a prolonged groin pain.
21    Q.  And you've actually experienced that with
22  patients of yours, using the TVT-O device, that they've
23  had prolonged groin pain?
24    A.  No, I haven't.  But I've seen that in the

4 (Pages 10 to 13)

Michael Karram, M.D.

Page 14

1    literature.
2         Q.   Any other differences between the TVT Abbrevo
3    and the TVT-O that inform your clinical decision about
4    which device to use?
5         A.   The TVT-O has more data, because Abbrevo came
6    out earlier -- or later, I'm sorry.
7         Q.   And you've actually been using the TVT
8    Abbrevo for over five years; is that right?
9         A.   Correct, when it first came out.
10        Q.   Again, I'll ask the question I asked with
11   TVT-O and Monarc, which is:  In an index patient, all
12   things being equal, would you choose the TVT Abbrevo
13   over the TVT-O?
14        A.   I would say they are interchangeable, in my
15   hands.
16        Q.   And would you agree that the TVT-O did --
17   sorry.
18             Would you agree that the studies have
19   reflected that there is, indeed, less groin and thigh
20   pain with the TVT Abbrevo, as compared to the TVT-O,
21   across patient populations and different physicians?
22        A.   I am aware of some scientific data that shows
23   that, yes.
24        Q.   And do you agree with that, across the

Page 15

1    populations and in different physicians' hands, that the
2    TVT Abbrevo demonstrates less groin and thigh pain than
3    the TVT-O?
4         A.   I would say there is some data to support
5    that, yes.
6         Q.   And is that your opinion in this case?
7         A.   My opinion is based on how I implant the
8    TVT-O and how we teach the implanter to implant.  And,
9    in my hands, I have not seen a difference.
10        Q.   Well, your opinion, in this case, is based
11   upon not just upon your own personal experience;
12   correct?
13        A.   That's correct.
14        Q.   Your opinion is based upon your personal
15   experience and also your review of the scientific
16   literature; is that correct?
17        A.   That is correct.
18        Q.   And would you agree that considering both
19   your experience and the overall scientific literature,
20   that the TVT Abbrevo is associated with less groin and
21   thigh pain than is a TVT obturator?
22        A.   Yes.
23        Q.   When discussing the -- when you believe that
24   a patient has an indication for the obturator

Page 16

1    approach -- do you remember that earlier in your
2    testimony?
3         A.   That's correct, yes, I do.
4         Q.   One of the -- if a patient presents with ISD
5    or severe ISD, isn't it true that your choice of
6    treatment, when looking at meshes, would be a retropubic
7    approach?
8         A.   In the majority of cases, yes.
9         Q.   And is it your opinion, Doctor, that the
10   TVT-O would not be the first-line choice of treatment
11   for a woman with severe ISD?
12        A.   In my opinion, that is correct, yes.
13        Q.   That if a woman presents with severe ISD,
14   it's your belief that, and opinion that, the retropubic
15   approach would be the standard of care; correct?
16        A.   It depends on how you define "the standard of
17   care."
18        Q.   Well, okay.  So let me take it out of
19   standard of care.  Thank you for that.
20        A.   Okay.  Uh-huh.
21        Q.   Doctor, it's your opinion that when a woman
22   presents with severe ISD, that the TVT retropubic or a
23   retropubic approach is the correct treatment for that
24   incontinence; is that correct?

Page 17

1         A.   Again, it depends on what you consider
2    correct.  And I'm not trying to be antagonistic.  But in
3    my opinion, if a patient presents with severe ISD, I
4    will, under almost all circumstances, other than maybe
5    contraindications to a retropubic -- that I would put in
6    a retropubic.  However, I wouldn't fault a physician for
7    putting in a transobturator in somebody who has severe
8    ISD, if they feel that they can get the appropriate
9    urethral resistance with that procedure in their hands.
10             Does that make sense?
11        Q.   It does.
12        A.   Okay, good.
13        Q.   I appreciate that.
14             Doctor, do you believe that there are
15   scientific literature that supports the conclusion that
16   a retropubic approach is a better choice, if it's
17   available, than an obturator approach, if a woman has
18   severe ISD?
19        A.   Yes, I think there is literature to support
20   that thought.
21        Q.   And what literature would you cite for that?
22   Do you know off the top of your head?
23        A.   I think the -- I don't know if they looked at
24   ISD, specifically, in the TOMUS Study, which was the

Michael Karram, M.D.

Page 18

1  transobturator midurethral sling study, that they looked
2  at transobturator versus TVT.  I can't cite you a study
3  right now, but I know there have been studies that have
4  come out, currently and in the past, where they have
5  looked at ISD patients and transobturator patients and
6  have found a higher success rate with TVT retropubic
7  than transobturator, in ISD patients.
8      Q.  Now, you said that you do some training at
9  your facility; is that right?
10     A.  That's correct.
11     Q.  When you are training your residents on use
12  of slings, do you discuss with them your belief that
13  retropubic is a better approach when a woman has ISD?
14     A.  I do.
15     Q.  And do you explain to them that your choice,
16  in such instances, would be a retropubic approach over
17  an obturator approach, as long as it's -- both are --
18  as --
19     A.  Yes.
20     Q.  -- long as the retropubic is possible?
21     A.  Yes.
22     Q.  Do you believe that's important information
23  to communicate to those residents about their treatment
24  of their patients?

Page 19

1      A.  I do.
2      Q.  And it's critical to patient safety that you
3  communicate that to those residents, so that they can
4  properly treat and inform and consent women for a sling
5  operation, when they have ISD; correct?
6          MR. WALKER:  Object to form.
7      A.  Could you ask the question -- the safety part
8  of it, yes, I agree.  But, as I mentioned before, I will
9  also instruct them that, in certain circumstances, you
10 can still put in a transobturator to treat ISD, but you
11 have to make sure that you put it in differently than a
12 hypermobile urethra stress incontinence patient.
13     Q.  So when you say "put it in differently," in
14 other words, when you're treating a woman with ISD --
15 let me ask if this is a fair summary of what you're
16 saying, Doctor, of your opinion.
17         When you're treating a woman with severe ISD,
18 your first-line choice would be a retropubic approach;
19 however, an obturator approach would be possible, but
20 you have to essentially place the sling differently than
21 one would normally do; is that fair?
22     A.  You have to -- you have to do whatever it
23 takes to increase the urethral resistance, because
24 that's what you're trying to do, when somebody has an

Page 20

1  ISD, is increase their urethral resistance, however that
2  may be.  You know, that's surgeon preference.  But there
3  are surgeons that can use that -- the transobturator
4  approach and put it in exactly as it's meant to be and
5  as it's described to be placed, and get a higher
6  urethral resistance.
7      Q.  Why is it important for you to instruct your
8  residents in that way?
9      A.  Well, because when they go out into practice,
10 I want them to be aware of the different types of
11 incontinence; I want them to be aware of the treatments.
12 And obviously, the first treatment that's
13 successful is better for the patient than to need a
14 repeat procedure to correct her problem.
15     Q.  And you -- so your advice on this issue, to
16 your residents, is focused on patient safety and using
17 the most effective method to treat their ISD; correct?
18         MR. WALKER:  Object to form.
19     A.  Yes, correct.
20     Q.  And that's why you teach your residents that,
21 so that they, in turn, can treat their patients with the
22 same level of competence, safety, and efficacy; correct?
23         MR. WALKER:  Object to form.
24     A.  Yes.

Page 21

1      Q.  And if you were in a position to inform other
2  physicians, across the country, of your beliefs about
3  treatment of ISD, this is consistent with what you would
4  tell those physicians; correct?
5      A.  If I was giving a lecture on stress urinary
6  incontinence to a group of physicians and we were
7  talking about the different slings that I use for ISD,
8  then I would say my preference, under most
9  circumstances, if it's possible, is to do a retropubic,
10 yes.
11     Q.  And that preference of yours is grounded in
12 sound scientific literature, as well; correct?
13     A.  There is literature to support the fact that
14 the retropubic does a better treatment of ISD than a
15 transobturator, yes.
16     Q.  And when you have a discussion with your
17 patients about ISD and treating their ISD, Doctor, do
18 you have a -- do you inform those patients, as well,
19 that you believe a retropubic approach has better
20 outcomes associated with it, for ISD, than does an
21 obturator approach?
22         MR. WALKER:  Object to form.
23     A.  I discuss that in the context of what are the
24 available therapies for their problem, and what is the

Michael Karram, M.D.

Page 22

1    safest, and what are the pros and cons to each, and what
2    I think is the best.  But the best may have a higher
3    risk of complications, may have a higher risk of other
4    issues.  And so I will say, and we can use a different
5    approach that is safer and may give you as good a
6    result.  But I inform them of both procedures, correct.
7        Q.  And why do you do that?  Why do you inform
8    your patients of that?
9        A.  I think because, whenever you're treating
10   somebody surgically, it's a combined decision between
11   the physician and the patient.  And they have just as
12   much say-so in it as you do, as long as you've explained
13   to them and they understand what you've explained to
14   them.
15       Q.  And your patients and, frankly, all patients
16   are entitled to know that there -- one of these
17   treatments, retropubic, may be more effective and
18   potentially safer than the TVT-O for treatment of ISD;
19   correct?
20           MR. WALKER:  Object to form.
21       A.  I think it's important to discuss all the
22   options, all the risks, benefits, and then come to a
23   mutual decision.
24       Q.  Now, Doctor, along the same vein, when you're

Page 23

1    having a discussion with your patients about whether to
2    use the TVT-O full-length sling or the TVT Abbrevo, what
3    considerations do you tell them between those two
4    devices?
5        A.  I say they're -- the results, in my hands,
6    are equal; there is data to support that there is less
7    groin pain with the TVT Abbrevo than the TVT-O; and that
8    the safety profile is the same, other than the pain,
9    shown by certain scientific evidence; and -- but the
10   results should be equal.
11       Q.  You would agree, Doctor, that the scientific
12   literature is clear that the TVT Abbrevo inflicts less
13   groin/thigh pain than does the TVT obturator; correct?
14           MR. WALKER:  Object to form.
15       A.  I wouldn't say it's perfectly clear.  I would
16   say that there is data to support that.
17       Q.  Doctor, the pain that's associated with the
18   TVT obturator --
19       A.  Yes.
20       Q.  -- and also the Monarc, what is your opinion,
21   what causes that pain?
22           MR. WALKER:  Object to form.
23           And I'm sorry to interrupt.  I mean, what
24   specific pain are you referring to?

Page 24

1        Q.  So, Doctor --
2        A.  Yes.
3        Q.  -- the thigh and groin pain that is
4    associated with the TVT-O, what is it that you believe,
5    your opinion, causes that pain?
6        A.  There's more than one issue.  There's more
7    than one reason.
8        Q.  What are the reasons?
9        A.  Okay.  It could be that they injure the
10   adductor muscles as they're trying to introduce the
11   sling into the appropriate area.  That would be the
12   first.
13           Number two, it could be that they injure the
14   periosteum of the bone when they're inserting the
15   device.
16           Number three, they could be putting the sling
17   out too far lateral and possibly irritating the anterior
18   division of the obturator nerve.
19           Those are probably the three most
20   commonly-held reasons why people get obturator pain.
21       Q.  Have you ever treated a complication
22   associated with a TVT-O device?
23       A.  Yes, I have.
24       Q.  How often have you done that?

Page 25

1        A.  I can't give you the exact number.  But I've
2    done it -- I don't want to say quite a few times.  I
3    mean, I don't know how you want me to quantify that.  I
4    can't give you a number.  But I have definitely treated
5    TVT-O complications.
6        Q.  And what do you believe to be the most common
7    indication for your treating the TVT-O complication?
8        A.  A vaginal erosion.
9        Q.  And what is your -- have you ever treated a
10   TVT-O patient, where the complication was pain, groin
11   and thigh pain --
12       A.  I have.  Sorry.  I have.
13       Q.  And what was your treatment course for such a
14   patient?
15       A.  First, it was physical therapy with
16   medications and certain exercises and activities; and
17   then it was injections, point injections to the area;
18   and, lastly, there have been times where I've had to
19   excise some of the sling.
20       Q.  And did you find that when you excised some
21   of the TVT-O sling, that, indeed, the pain resolved?
22       A.  No.
23       Q.  Pain continued even after you took out a
24   portion of the sling; is that right?

7 (Pages 22 to 25)

Michael Karram, M.D.

Page 26

1    A.  In some cases, yes.
2    Q.  So you have experienced a number of patients
3  where the pain associated with the use of a TVT-O device
4  was long-term chronic pain; is that correct?
5    A.  I have seen patients with long-term chronic
6  pain, yes.
7    Q.  And in some of those patients, that long-term
8  chronic pain didn't resolve even after you took out
9  portions of the mesh; is that correct?
10    A.  That's correct.
11    Q.  If a -- in those patients who were suffering
12  from long-term chronic pain would not resolve when you
13  excised some of the TVT-O mesh, was there any further
14  treatment or did they just have to live a life of pain?
15    A.  No, there was further treatment.
16    Q.  What was the further treatment?
17    A.  Physical therapy.
18    Q.  So more physical therapy and more injections,
19  even after the excision?
20    A.  More physical therapy, less injections.
21    Q.  And do you have some patients where even that
22  physical therapy ultimately could not resolve the pain
23  and they continue, to this day, to be in pain?
24      MR. WALKER:  Object to form.

Page 27

1    A.  No, I don't have any of those.  All the
2  patients that I have seen and treated with the treatment
3  modalities that we have just elicited, with time, have
4  all resolved.
5    Q.  And that's assuming that those patients
6  continued to see you for follow-up; correct?
7    A.  Yes.  I wouldn't know what happens if they go
8  someplace else.
9    Q.  Right.  Now, Doctor, I'm going to have handed
10  to you Exhibit No. 2, which I believe is your expert
11  report.
12    A.  Yes.
13    Q.  And --
14    A.  Oh, sorry.
15    Q.  Or is it not Exhibit 2?
16      MR. BENTLEY:  It just got flipped.
17      Exhibit 3 will be the report, 2 will be the
18  reliance list.
19      (Exhibits 2 and 3 marked for identification.)
20  BY MR. ZONIES:
21    Q.  Okay.  Doctor, actually, I'm having both of
22  those handed you, your expert report for TVT-O, which is
23  Exhibit 3, and the reliance list that we were provided
24  is Exhibit 2.

Page 28

1    Do you have those in front of you?
2    A.  I do.
3    Q.  Now, Exhibit 3 is your report on the TVT-O;
4  is that correct?
5    A.  That's correct.
6    Q.  And when did you begin working on this
7  report?
8    A.  Oh, boy.  Well before March, when you were
9  here before.  I would say, two or three months before
10  March.
11    Q.  And what you mean by that is, is your report
12  that we discussed in your last deposition was primarily
13  a TVT retropubic report; is that right?
14    A.  It was a historical report on TV -- on the
15  management of stress urinary incontinence.
16    Q.  And what you've done for the report that's
17  Exhibit 3 that we're talking about today is, is that you
18  put that sort of as the baseline, and then you've made
19  modifications to that earlier report; is that fair?
20    A.  Yes.  I would say that I beefed it up with
21  more data and TVT-O information.
22    Q.  Right.
23    A.  Yes.
24    Q.  And so the beefing up portion of drafting

Page 29

1  what's Exhibit 3, that occurred -- when did you start to
2  beef it up?
3    A.  Right after March.
4      (Exhibit 4 marked for identification.)
5  BY MR. ZONIES:
6    Q.  So I think we have your invoices there for
7  the after-March periods.
8    A.  Yes, we do.
9    Q.  Are those marked as an exhibit, Doctor?
10    A.  Yes, Exhibit 4.
11    Q.  Okay.  So Exhibit 4, could you please --
12    A.  Are these all of them?  Yeah.
13    Q.  Can you describe for us the first invoice
14  that begins April 7th, 2016?
15    A.  Right.
16    Q.  Do you see that?
17    A.  Yes.
18    Q.  All right.  What I'd like to do, Doctor, is
19  just look at that first entry, which is "April 7th,
20  2016, two hours, review and redo reliance list for TVT
21  report."
22    Do you see that entry?
23    A.  Yes, I do.
24    Q.  Can you describe for me, generally, what that

Michael Karram, M.D.

Page 30

1    work was?
2        A.  It was to review the report, and then to see
3    what exactly I needed to put in there and what
4    information was lacking.  Because after that initial
5    deposition, I felt like I needed to put more in there.
6            And then the reliance list was just I asked
7    to see a lot more of the documents -- or documents that
8    you all were asking me about, both company documents as
9    well as non-company documents.
10       Q.  Now, at your last deposition, you had a
11   reliance list; do you recall that?
12       A.  I do.
13       Q.  And subsequent to that deposition, you issued
14   an amended reliance list.
15           Did you take part in creating the amended
16   reliance list?
17       A.  I did.
18       Q.  And what was your objective in creating the
19   amended reliance list?
20       A.  To make sure I was familiar with as much of
21   the data and the documents that are in the reliance list
22   that I was not familiar with on the first deposition.
23       Q.  Okay.  And we actually received, from the
24   attorneys, an amended reliance list that had removed a

Page 31

1    bunch of material.
2            Did you work on that reliance list?
3        A.  Yes.
4        Q.  And so, what you're looking at as Exhibit 2
5    there, that's actually the third reliance list for your
6    report; is that fair?
7        A.  Yes.
8        Q.  So the two hours that you spent in April, was
9    that -- it says "redo reliance list" -- was that time
10   spent editing down your original reliance list to
11   actually reflect what you reviewed for that first
12   report?
13       A.  That would have been part of it, yes.
14       Q.  Okay.  Then, in your next number of entries,
15   it's -- who is Jordan walker?
16       A.  He's the attorney from Butler Snow who's
17   sitting right next to me.
18           MR. WALKER:  He's the guy in the room right
19   now.
20           And let me just remind you not to discuss any
21   of the conversations that we've had, but you can
22   certainly talk about the time spent --
23           THE WITNESS:  Gotcha.
24           MR. WALKER:  -- and that sort of thing.

Page 32

1            THE WITNESS:  Okay.
2    BY MR. ZONIES:
3        Q.  And in that, you've spent an hour with
4    Mr. Walker.  But I'm more interested in what's described
5    there, which was, you say that hour was spent discussing
6    Prolift report and case-specific reports; is that fair?
7        A.  Yes.
8        Q.  You didn't do any work on the TVT-O report in
9    that one hour?
10       A.  No.
11       Q.  And then the next entry is, review your
12   deposition in the Thelma Wright case.
13           That was a deposition you'd already given?
14       A.  That's correct.
15       Q.  And you didn't spend any time, in those three
16   hours, working on this TVT-O report; is that fair?
17       A.  That's correct.
18       Q.  All right.  So you can see where I'm going
19   with this, which is I'm just trying to identify -- are
20   there any entries on this invoice that would be time
21   that you spent working on this TVT-O report, other than
22   redoing your reliance list in April?
23       A.  There's one down here, on 5/16.  It says,
24   "Complete TVT report."  That was the TVT report.

Page 33

1    There's -- as we mentioned in the first one, there's a
2    TVT report.
3        Q.  So in this invoice, at least, there was
4    reviewing and redoing your reliance list for two hours
5    in April; and then, on May 16th, under the entry
6    "Complete Angela Daugherty Report, complete TVT report
7    and begin case report on Laura Morrison" --
8        A.  Right.
9        Q.  -- some portion of that six hours was spent
10   on the TVT-O report we're discussing today?
11       A.  Correct.
12       Q.  Do you have a sense of how much time was
13   divvied up between those three tasks?
14       A.  No, I don't.
15       Q.  Okay.  And if you look at the next invoice --
16       A.  Um-hmm.
17       Q.  -- that we were provided, that starts with
18   May 20th -- do you have that in front of you?
19       A.  I do.
20       Q.  And there, the first entry is "Review Cutter
21   records."
22           Is that a case-specific report you were
23   working on?
24       A.  Yes, it is.

9 (Pages 30 to 33)

Michael Karram, M.D.

Page 34

1    Q.  And the next entry is "Review Cutter records
2  and prepare case report."
3        Again, that's not to do with the TVT-O
4  report; correct?
5    A.  No.
6    Q.  And then you have -- let me ask it this way.
7        Which of the entries on this invoice would be
8  preparation of your TVT-O report?
9    A.  The 5/28.
10   Q.  "5/28, 3 hours, Review Cutter, Bates, and TOT
11  reports"?
12   A.  That's correct.
13   Q.  So some portion of that three hours?
14   A.  Yes.
15   Q.  Anything else; or is that it?
16   A.  On this invoice, that's it.
17   Q.  Have you issued any other invoices in this
18  case?
19   A.  Yes, but I haven't received anything yet.
20   Q.  Do you know, what was the date of your
21  report?  When did you finalize it?
22   A.  The date of my report?
23   Q.  I actually have June 3rd.
24   A.  Yes, June the 3rd.

Page 35

1    Q.  So these two invoices would have captured all
2  of the time that you spent beefing up the TVT report
3  into a TVT-O report; is that fair?
4    A.  It could.  And then there could have been
5  some time that I didn't invoice that I might have
6  invoiced later, because not all my invoices go in on
7  time.  So there could have been something that I didn't
8  invoice on this one, that related to the TOT report or
9  TVT report, that maybe will be reflected on my next
10  invoice.
11   Q.  So for these two invoices, though, we know
12  that there are three entries that you believe reflect
13  your work on the TVT-O report --
14   A.  That's correct.
15   Q.  -- is that correct?
16   A.  That's correct.
17   Q.  And that first entry from April, for two
18  hours, that was actually time spent working on the
19  reliance list, not the report, itself; is that correct?
20   A.  It was a review on the report and the
21  reliance list.  It says review and redo reliance list
22  for TVT report.
23   Q.  All right.  And wouldn't it be consistent
24  that that was actually on your first report, your first

Page 36

1  TVT report --
2    A.  Not --
3    Q.  -- not necessarily on the TVT-O?
4    A.  Not necessarily, because I had to correlate
5  the reliance list articles with some of the references
6  that I reference in the TOT report.
7    Q.  Okay.  So -- and then we know it's some
8  portion of the three-hour billing and some portion of a
9  six-hour billing.  So a sum total of somewhere less than
10  11 hours, total, reflected on these two invoices, for
11  your work on this TVT-O report; is that fair?
12   A.  That looks fair.
13   Q.  Did you work on the reliance list that is in
14  front of you as Exhibit 2?
15   A.  Yes, I did.
16   Q.  Do you believe that reliance list accurately
17  reflects the things that you've reviewed and rely upon
18  for purposes of this TVT-O report?
19   A.  Yes.
20   Q.  Is it your testimony that you actually have
21  reviewed all of the documents and studies that are
22  reflected in that reliance list, Exhibit 2?
23   A.  I have not reviewed every one in detail.  But
24  as I look through the reliance list, there is a large

Page 37

1  majority of the articles and citations that I have seen
2  either historically, in the past, or recently.
3    Q.  Okay.
4    A.  But I can't say I've read every single one of
5  them, no.
6    Q.  The last time we spoke in -- March 29th of
7  this year, three months ago, it was your testimony that
8  you had not reviewed any internal Ethicon documents.
9        Do you recall that testimony?
10   A.  I do.
11   Q.  And since that time, you have reviewed some
12  Ethicon internal documents; correct?
13   A.  Yes, I have.
14   Q.  And do you have a sense of how many documents
15  you've reviewed that were internal Ethicon documents?
16   A.  No, I don't.
17        MR. WALKER:  And, counsel, let me just
18  interject at this moment.  I don't know if you're
19  going to ask the doctor any questions about other
20  materials he's brought.  But we did bring with us,
21  to this deposition, approximately eight Bankers
22  Boxes, responsive to Schedule A, containing hard
23  copies of materials that have been provided to
24  Dr. Karram and that he has reviewed and weighed,

10  (Pages 34 to 37)

Michael Karram, M.D.

Page 38

```
 1    too.
 2         So I just wanted you to know that that's
 3    there.  It's not every document on his reliance
 4    list.  I think that, hopefully, is contained in
 5    the thumb drive I've provided counsel opposite.
 6    But I wanted you to know, we've got a number of
 7    boxes full of binders -- full of documents here.
 8         MR. ZONIES:  Mr. Walker, I'm sorry you had to
 9    bring those.
10         MR. WALKER:  Well, better safe than sorry;
11    right?
12         MR. ZONIES:  I appreciate -- for what it's
13    worth, I appreciate your effort.  But having done
14    the same myself, with eight Bankers Boxes-plus, I
15    know what a pain it is.
16         MR. WALKER:  Thank you.  I appreciate that.
17    BY MR. ZONIES:
18    Q.  So, Doctor, when we last spoke, I asked you
19    if you had reviewed any depositions of any Ethicon
20    employees, and you said that you had not.
21         Do you recall that testimony?
22    A.  I do.
23    Q.  And since the time of our last deposition,
24    have you reviewed any Ethicon employees' deposition?
```

Page 39

```
 1    A.  I've seen some depositions, yes.
 2    Q.  Do you know whose depositions you've seen?
 3    A.  I haven't seen depositions in full, but I've
 4    seen parts of depositions from Dennis -- or David
 5    Robinson, Marty Weisberg.  And I think those are the
 6    only two depositions I've seen, or parts of their
 7    deposition.
 8    Q.  Okay.  So you've seen deposition -- you've --
 9    since March 29th of 2016, you've reviewed portions of
10    the depositions of Marty Weisberg and portions of the
11    depositions of David Robinson; is that fair?
12    A.  Yes.
13    Q.  Any others?
14    A.  Not that I can recall right now.  But I did
15    review a lot of documents, so...
16    Q.  And you understand a deposition and what that
17    looks like and how that's different from internal
18    documents; right -- correct?
19    A.  Yes.  Yes, I do.
20    Q.  Okay.  They're a lot more boring to read,
21    depositions, especially if I took them.
22         Did you happen to read my deposition of Marty
23    Weisberg?
24    A.  No.
```

Page 40

```
 1    Q.  That could be why you don't have a clear
 2    recollection of it, let's put it that way.
 3    A.  I did read my deposition that you took of me,
 4    though.
 5    Q.  Oh.  How'd I do?
 6    A.  You did okay.
 7    Q.  So your reliance list and -- where is that --
 8    Exhibit 2 is your reliance list for this TVT-O report;
 9    is that correct?
10    A.  That's correct.
11    Q.  And it starts with a section that is medical
12    literature; correct?
13    A.  Correct.
14    Q.  If a study is not in the -- the medical
15    literature section, you would agree, is voluminous --
16    A.  I would agree.
17    Q.  -- is that right?
18    A.  I would agree.
19    Q.  And if a study isn't reflected here in the
20    medical literature section, does that mean you did not
21    rely upon it?
22    A.  No.
23    Q.  What does it mean, if it's not in here?
24    A.  It means that I might have read an article or
```

Page 41

```
 1    have seen an article in a journal that I just either
 2    forgot or didn't include in my list.  But that doesn't
 3    mean it's -- I didn't see it.
 4         MR. WALKER:  And to add to that, Dr. Karram
 5    brought with him, to the deposition today, five or
 6    six articles from journals that I doubt are on his
 7    reliance list, because they're very recently
 8    published and I think he obtained them after his
 9    report was served.  So I just wanted you to know
10    that they're here, in case you want them marked.
11         MR. ZONIES:  I really appreciate that.  Thank
12    you.
13         And why don't we go ahead and -- do you want
14    to take a break, Jordan, on that --
15         THE WITNESS:  Yeah.  That'd be great.
16         MR. ZONIES:  -- and just mark them real
17    quickly on a break, and then we can talk about
18    them?
19         MR. WALKER:  Yeah.  Can we take five?
20         MR. ZONIES:  Yeah.  Why don't we do that.
21         (Brief recess taken.)
22    BY MR. ZONIES:
23    Q.  Doctor, we're back from break.  Are you ready
24    to go?
```

11 (Pages 38 to 41)

Page 42

1   A.  Yes, sir.
2   Q.  You were going through Exhibit 2, your
3   reliance list, before we broke.
4       Do you recall that?
5   A.  Yes.
6   Q.  And we were looking at the medical
7   literature.  And it seems that you've brought some
8   additional literature with you today, to the deposition;
9   is that correct?
10  A.  That's correct.
11  Q.  And what is it that you've brought with you?
12  A.  It's a recently published article in the
13  Green Journal, which is the Journal of Obstetrics and
14  Gynecology, on "Graft and mesh used in transobturator
15  prolapse repair: a systematic review."
16      MR. BENTLEY:  It's marked 13.
17      (Exhibit 13 marked for identification.)
18  BY MR. ZONIES:
19  Q.  We're marking that as Exhibit 13, Doctor.
20  A.  Right.
21  Q.  Any other studies that you brought with you?
22  A.  Yes.  There was a viewpoint article in the
23  Gray Journal, the American Journal of Obstetrics and
24  Gynecology, on "Midurethral slings: evidence-based

Page 43

1   medicine versus the medicolegal system."
2       That would be you.
3       (Exhibit 14 marked for identification.)
4       MR. WALKER:  And what is that marked as?
5       THE WITNESS:  Oh, Exhibit 14.
6   BY MR. ZONIES:
7   Q.  I don't know that I'm the whole system, but I
8   certainly am part of it.
9   A.  Yes, you are.
10      (Exhibit 15 marked for identification.)
11  A.  The third would be the new AUGS position
12  statement on mesh use and midurethral slings for stress
13  urinary incontinence.  And that would be Exhibit 15.
14  Q.  Okay.
15      (Exhibit 16 marked for identification.)
16  A.  And then Exhibit 16 is an article in the
17  Journal of Minimally Invasive Gynecologic Surgery,
18  "Synthetic Graft Augmentation in Vaginal Prolapse
19  Surgery: Long-Term Objective and Subjective Outcomes."
20  Q.  Okay.  And that's --
21  A.  That's 16.  Sorry?
22  Q.  Exhibit 16 concerns prolapse; is that
23  correct?
24  A.  Yes, prolapse surgery.

Page 44

1       And then this article came out in the Green
2   Journal, Journal of Obstetrics and Gynecology, "Surgeon
3   Experience and Complications of Transvaginal Prolapse
4   Mesh."  And that's Exhibit 17.
5       (Exhibit 17 marked for identification.)
6   Q.  So Exhibit 17, Doctor, there's a finding in
7   that paper that surgeon experience does not have an
8   impact on outcomes; is that correct?
9   A.  Come again?
10  Q.  The paper, Exhibit 17 --
11  A.  Yes.
12  Q.  -- that we're just discussing, what is the
13  conclusion in that --
14  A.  Oh.
15  Q.  -- paper about surgeon experience?
16  A.  "Approximately 5 percent of women who
17  underwent mesh-based prolapse surgery required
18  reoperation for a mesh complication within 10 years.
19  The risk of reoperation was lowest for surgeons
20  performing 14 or more procedures per year."
21      Is that what you want?
22  A.  And -- yes, that's correct.
23      The "14 or more procedures per year" language
24  -- how many procedures, per year, do you perform,

Page 45

1   Doctor?
2   A.  Mesh procedures or sling procedures?
3   Q.  Sling.
4   A.  Oh, sling.  I probably -- I probably do --
5   let me see.  I can't give you the exact number.  I think
6   my estimate was 2,000 slings that I've done in my
7   career.  So if you want to extrapolate that out per
8   month, you can probably -- it's pretty -- it might be a
9   little more now than I did earlier in my career, but it
10  would give you an average.
11  Q.  Right.  And, I mean, would it be fair to say
12  you do somewhere around 100 slings per year?
13  A.  Yes, or more.
14  Q.  And do you know -- do you agree that a
15  physician who does 14 or fewer slings per year -- is it
16  your opinion that such a physician will have a higher
17  complication rate?
18  A.  I can't make that opinion.  And that's really
19  not -- that's an opinion more for the credentialing
20  committee that -- at the hospital or facility that the
21  physician works at.
22  Q.  Okay.  You started to perform sling surgeries
23  after -- I think, when we originally spoke, after
24  observing maybe five --

Michael Karram, M.D.

Page 46

1     A.  And --
2     Q.  -- sling surgeries --
3     A.  Sorry.
4     Q.  -- with your brother; is that right?
5     A.  That's correct, and going to a course before
6  that, yes, a cadaver course.
7         MR. WALKER:  I'm sorry, counselor.  I hate to
8  interrupt.  But I thought that that earlier set of
9  questions was in regard to TVT-O.
10        Was your question, now, about his first time
11 to ever use a sling?
12        MR. ZONIES:  Thank you, Jordan, that's
13 correct, it was that.  But if I'm recalling from
14 our last deposition, it was actually pretty much
15 the same.  And I may be wrong.
16 BY MR. ZONIES:
17    Q.  So let me ask you, Doctor --
18    A.  Yes.
19    Q.  -- when you first started to use midurethral
20 slings to treat stress urinary incontinence, you used
21 the -- Ethicon's TVT retropubic device; is that correct?
22    A.  That's correct.
23    Q.  And if I recall correctly, your training for
24 that was essentially to observe, scrubbing with your

Page 47

1  brother for five or so surgeries, and then you started
2  to put them in yourself; is that correct?
3     A.  That's correct.
4     Q.  Any other studies that you brought with you
5  today, Doctor?
6     A.  No, that concludes the studies.
7     Q.  Okay.  I appreciate it.
8         MR. WALKER:  That's apart from what's
9     contained in the Bankers Boxes.
10        MR. ZONIES:  Right.
11 BY MR. ZONIES:
12    Q.  Back to Exhibit 2, your reliance list,
13 Doctor.  After medical literature, it switches over to a
14 section entitled "Production Materials."  Is that right?
15    A.  Yes.
16    Q.  And these are, largely, internal Ethicon
17 documents; correct?
18    A.  Yes.
19    Q.  And it's your testimony, today, that between
20 March 29th, 2016 and today, you've reviewed some portion
21 of these documents; correct?
22    A.  I have.
23    Q.  There are over 400 documents in this
24 production materials section of your reliance list --

Page 48

1     A.  Right.
2     Q.  -- almost 500 documents.
3         You didn't review all of these; correct?
4     A.  I -- again, it depends on what you consider
5  review.  I put eyes on some.  I might have read an
6  abstract.  I might have read a conclusion, like we just
7  did on this original article or research.  I have not
8  read every single one in detail, no, but I have looked
9  at a large number of these documents.
10    Q.  And how did you choose which ones to look at?
11    A.  The binders were all sent to me.  And I have
12 just as many Bankers Boxes at home as they do here.  And
13 these binders -- I don't know how you guys get all this
14 information in these big binders.  But I would just go
15 through, and if I saw something that I thought was
16 pertinent to this, I would at least read it or, you
17 know, put eyes on it.
18    Q.  And the time that you spent doing that would
19 be time that's reflected in the two invoices that we
20 looked at; correct?
21    A.  That would be -- and possibly the latest
22 invoice that I put in, as well.
23    Q.  Your second invoice went through June 7th --
24    A.  Right.

Page 49

1     Q.  -- and you issued this report four days
2  before that.  So --
3     A.  Correct.
4     Q.  -- are you saying that there's time after
5  June 7th --
6     A.  There -- oh, go ahead.  Sorry.
7     Q.  No.  Go ahead.
8     A.  I was just going to say --
9     Q.  Why don't you explain to me.
10    A.  -- there are probably invoices from before
11 June the 3rd, that aren't reflected on this last invoice
12 and might be reflected on the latest invoice, is what
13 I'm saying.  You know, when you try to keep track of
14 these, sometimes you misplace certain times.  So, in
15 going back in your records, you say, oh, on this day I
16 did two extra hours on TVT report or worked on my
17 reliance list and I forgot to bill for it.  So those
18 types of things.
19    Q.  Okay.  And do you know if any of that
20 actually occurred here and will be on your invoice, or
21 you're not sure?
22    A.  I'm not sure.  I'm just saying that there's a
23 possibility.
24    Q.  After the production materials on Exhibit 2,

13 (Pages 46 to 49)

Michael Karram, M.D.

Page 50

1    your reliance list --
2        A.  Yes.
3        Q.  -- comes a section called "Company Witness
4    Depositions."  Do you see that?
5        A.  Yes.
6        Q.  You did not review all of those depositions;
7    correct?
8        A.  I did not.
9        Q.  You didn't even lay eyes on most of these;
10   correct?
11       A.  Well, let me get to them, first.
12           I saw part of Axel Arnaud's, a part of Piet
13   Hinoul's.  Let me see.  I think I saw part of Megan
14   Chang's, David Robinson, as we mentioned before,
15   Charlotte Owens, Marty Weisberg.
16           Those are the ones that I remember seeing.
17       Q.  So, for example, you don't recall reviewing
18   Laura Angelini's deposition?
19       A.  I do not.
20       Q.  You don't recall reviewing Thomas Barbolt's
21   deposition?
22       A.  No.
23       Q.  Catherine Beath?
24       A.  Who?  Which one?

Page 51

1        Q.  Catherine Beath?
2        A.  With a "B"?
3        Q.  B-E --
4        A.  Oh, Beath.
5        Q.  -- A-T-H.
6        A.  No.  No.
7        Q.  Scott Ciarrocca?
8        A.  Not that I recall.
9        Q.  Did you review Meng Chen's deposition, or
10   some portion of that?
11       A.  I think I did see something from her dep --
12   is it her?  I think it's her.
13       Q.  Yes, it is.
14       A.  Yes, I think I saw something from her -- from
15   that deposition.
16       Q.  And you recall that because it was excellent;
17   is that correct?
18       A.  No, because of the funny name.
19       Q.  Did you review James Hart's deposition?
20       A.  No.
21       Q.  Bridgette Hellhammer?
22       A.  Not that I recall.
23       Q.  Piet Hinoul?
24       A.  Yes, I saw some of his deposition.

Page 52

1        Q.  And Piet Hinoul has been deposed, as you can
2    see --
3        A.  Many times.
4        Q.  -- three, six, eight times.
5            Do you know -- did you read eight different
6    Piet Hinoul depositions?
7        A.  No.
8        Q.  How about Joerg Hoelste; did you read his
9    deposition?
10       A.  No.
11       Q.  So it'd be fair to say you don't know what
12   his opinions are about the TVT mesh; correct?
13       A.  That's correct.
14       Q.  And the same with Bridgette Hellhammer, James
15   Hart, Scott Ciarrocca, Catherine Beath, Thomas Barbolt,
16   Laura Angelini, you don't have any information about
17   their thoughts on the safety and efficacy of the TVT-O
18   device; correct?
19       A.  Correct.
20       Q.  Kimberly Hunsicker?
21       A.  No.
22       Q.  Richard Isenberg?
23       A.  No.
24       Q.  Scott Jones?

Page 53

1        A.  I might have seen something from his.
2        Q.  How about Gene Kammerer?
3        A.  Not that I remember.
4        Q.  So, for example, you don't know Kammerer's
5    position on whether or not mechanically-cut mesh can
6    degrade, fray, and rope?
7        A.  No, I do not.
8        Q.  Never seen the slides presented, internally
9    at Ethicon, demonstrating that mechanically-cut mesh
10   frays and ropes and had loose particles in the
11   packaging; correct?
12       A.  I don't remember seeing any slides, no.
13       Q.  Ethicon's lawyers did not give you those
14   slides; correct?
15           MR. WALKER:  Object to form.
16       A.  If they're in the multitude of boxes and
17   folders that are in there, there are some things that I
18   haven't looked at.  So if they're in -- they're probably
19   in there.  I just haven't seen them.
20       Q.  You did not read the deposition of
21   Dr. Kirkemo?
22       A.  Aaron Kirkemo?
23       Q.  Yes.
24       A.  Actually, I think I saw something from his,

14 (Pages 50 to 53)

Michael Karram, M.D.

Page 54

1   as well.
2       Q.  Did you read the entire deposition, or you
3   just saw some snippet that was provided to you by the
4   attorneys?
5       A.  I saw some discussion points.  Yeah, it
6   wasn't the whole deposition.  No.
7       Q.  And what do you mean when you say "discussion
8   points"?  Did somebody --
9       A.  I mean --
10      Q.  -- summarize depos and --
11      A.  No, no, no.  It would be directly from a his
12  deposition.  It would just be -- but it wouldn't be the
13  whole deposition; it would just be a transcript from it.
14      Q.  Do you recall Dr. Kirkemo's deposition, where
15  he's discussing the TVT Abbrevo and where he opines, in
16  his deposition, that the Abbrevo is a safer, more
17  effective alternative to the TVT-O device?
18          MR. WALKER:  Object to form.
19      A.  I don't remember that.
20      Q.  Is that an opinion with which you would
21  agree?
22      A.  Not necessarily.
23      Q.  Daniel Lamont, do you recall reading his
24  deposition?

Page 55

1       A.  No.
2       Q.  Bryan Lisa?
3       A.  No.
4       Q.  Sheri McCoy?
5       A.  No.
6       Q.  Sean O'Bryan?
7       A.  No.
8       Q.  You said you do recall reading some of
9   Dr. Owens' deposition?
10      A.  Yeah, I -- something.  Again, that name rings
11  a bell, yes.
12      Q.  So do you recall that during Dr. Owens'
13  deposition, she testified that there were a great number
14  of reports of permanent nerve injury, groin and leg pain
15  associated with the TVT-O device?
16          MR. WALKER:  Object to form.
17      A.  No, I don't remember that.
18      Q.  You don't recall reading that portion of the
19  deposition?
20      A.  No.
21      Q.  But some portion of the deposition was
22  provided to you to read, just not that portion?
23      A.  The name -- you know, it might have even been
24  an internal document from Charlotte Owens.  I'm just

Page 56

1   telling you the names that sound -- that I can recall
2   seeing something from.  Whether it was, for sure, the
3   depositions were -- I know some things from David
4   Robinson and some things from Marty Weisberg and the
5   other ones that I've mentioned.  But I can't say for
6   sure that I saw it as directly from her deposition.
7       Q.  Okay.  So if we were to amend this reliance
8   list to accurately reflect what you actually reviewed
9   and relied upon, we could take out a great number of
10  these depositions; is that correct?
11      A.  Yes, I would say so.
12      Q.  The next section of your reliance materials
13  is called "Other Materials" and talks about "Publicly
14  Available" --
15      A.  Yes.
16      Q.  -- right?
17      A.  Yes.
18      Q.  What does that mean to you, "publicly
19  available"?
20      A.  That means that anybody can find it through
21  multiple different avenues, Internet, online, journals,
22  scientific organizations, et cetera.
23      Q.  And did you actually find all of these
24  documents yourself, under the publicly available

Page 57

1   documents, or were they provided to you by Ethicon's
2   counsel?
3       A.  No, I have these.
4           There is ACOG Bulletins.  I'm a member of
5   ACOG, so I have all the ACOG Bulletins.  There's ACOG
6   Committee Opinions.  I'm well aware of the FDA
7   notifications.  I personally pulled that off.  The NIH
8   Interventional Procedure Overview, I have that.  I'm a
9   member of IUGA.  So the IUGA 2004 ICS I have.  And I
10  pulled off the 2008 FDA Health Notification.  The
11  Executive's Committee Statement from the FDA, I have.
12  The AUA Position Statement on the Use of Vaginal Mesh
13  for the Repair of Pelvic Organ Prolapse, I have.  The
14  IUGA Pelvic Organ Prolapse Guide for Women, I actually
15  have that and use that in my office.  The ABOG Guide to
16  Learning in Female Pelvic Medicine and Reconstructive
17  Surgery, I have that.  And we actually have to use that
18  when we teach our fellows, as they prepare for their
19  board examinations.  The update --
20      Q.  One of the documents --
21      A.  -- the updated AUA SUA Guidelines, I have
22  that.  Frequently Asked ACOG Questions, I have that.
23  The AUGS Position Statement on Restriction of Surgical
24  Options for Pelvic Floor Disorders, I have that, and I

15 (Pages 54 to 57)

Michael Karram, M.D.

Page 58

1    pulled that up.  AUA Position Statement, I have.  The
2    UGSA Position Statement, I have.  The NICE Guidelines, I
3    have.  The AUGS SUFU Midurethral Sling Position
4    Statement, I have.  The IUGA Position Statement.  The
5    AUGS SUFU Frequently Asked Questions, I have.  ACOG
6    Practice Bulletin.
7         Yes, I have all these, and I pulled these --
8    if I don't have them, I pulled them myself.
9         Q.  Okay.  And so, to be clear, Doctor, in March
10   of 2016, when I asked you if you had read any internal
11   documents, your testimony was that you hadn't by that
12   time; correct?
13        A.  That's correct.  But these aren't internal
14   documents that I'm listing here.
15        Q.  No, I understand.
16        A.  Okay.  Yes, I had not -- I had not read any.
17   Sorry.
18        Q.  And in your Exhibit 2, your reliance list for
19   this report three months later, there are 493 new
20   internal documents listed.
21        A.  That's correct.
22        Q.  Is it your testimony that you reviewed and
23   relied upon all of those 493 documents, in the time
24   between March 29th and today?

Page 59

1         MR. WALKER:  Object to form.
2         A.  I did not review them all, but I looked at a
3    large number of them which I hadn't looked at before.
4         Q.  And with regard to the deposition testimony
5    listed in your reliance materials, I think we've
6    established that you did not review a great number of
7    those depositions, although they're on your reliance
8    materials; correct?
9         A.  I did --
10        MR. WALKER:  Object to form.
11        A.  Oh.  I did not review the entire depositions,
12   but I did see excerpts of some of them.
13        Q.  The materials in your reliance list, as you
14   pointed out earlier, cover both midurethral slings and
15   POP prolapse materials; is that correct?
16        A.  That's correct.
17        Q.  And your reliance list is the same for both
18   your Prolift report, that you're going to discuss later
19   today, and your TVT-O report; correct?
20        A.  Yes.
21        Q.  So the same would apply to the Prolift report
22   and the reliance materials for that; meaning, the 493
23   internal documents and the 73 company witness
24   depositions, you would have reviewed all of those if --

Page 60

1    whatever portion of those you reviewed, that review
2    would have been done since March 29th; correct?
3         A.  That's correct.
4         Q.  If I could get you -- turning to your report,
5    which is Exhibit 3, Doctor.
6         A.  Okay.  Got it.
7         Q.  If you could turn to page 11 of your report.
8         A.  Yes.  Okay.
9         Q.  Got that?
10        A.  Yes.
11        Q.  Doctor, do you have an opinion, within a
12   reasonable degree of medical certainty, about whether
13   there is more groin and thigh pain associated with the
14   TVT-O, as compared to the Monarc?
15        A.  What was your question again?
16        Q.  Comparing the outside-in approach to the
17   inside-out approach of TVT-O --
18        A.  Right.
19        Q.  -- in your opinion, which of those
20   procedures, if either, inflicts more leg and groin pain
21   on a patient?
22        MR. WALKER:  Object to form.
23        A.  I would say that the risk is equal in both
24   sides.

Page 61

1         Q.  That the risk for groin, inner thigh, or leg
2    pain is equal, when you compare inside-out TVT-O to
3    outside-in TOT; is that your testimony?
4         A.  Yes.
5         Q.  So, in your report on page 11, you say, about
6    halfway through that first paragraph --
7         A.  Okay.
8         Q.  -- there's a sentence that begins with, "With
9    the inside-out TVT-O..."  Do you see that sentence?
10        A.  Yeah, I got it, "With" -- yes.
11        Q.  Okay.  So you wrote in your report, "With the
12   inside-out TVT-O, the chance of experiencing groin,
13   inner thigh, or leg pain is much less than the
14   outside-in approach."
15        A.  Right.
16        Q.  That's what is in your report; correct?
17        A.  Right, right.  And I think --
18        Q.  You don't --
19        A.  You were asking my opinion.  I think there's
20   data to support this.
21        But my opinion is, if they're put in
22   correctly, it's equal.  But I think there is some
23   literature out there that will compare the two, based on
24   multiple different surgeons or cites, where they have

16  (Pages 58 to 61)

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Karram, M.D.

| Page 62 | Page 64 |
|---|---|

**Page 62**

1 shown -- and I don't know if it was statistically
2 significant or not -- that the outside-in might have a
3 higher incidence of groin pain than the inside-out.
4 Q. So what I'd like to know, Doctor, is, would
5 you revise this opinion to say, with the inside-out
6 TVT-O there is some literature that reflects -- or how
7 would you modify that sentence --
8 A. I would say --
9 MR. WALKER: Object to form.
10 A. Oh. I would say any transobturator sling has
11 the risk of inner thigh pain, groin pain, or leg pain.
12 Q. So to the extent that this sentence implies
13 or states that the TVT-O exhibits less chance of
14 experiencing groin, inner thigh, or leg pain than a TOT
15 device, you would strike the sentence?
16 MR. WALKER: Object to form.
17 A. No. I would say there's data to support that
18 the outside-in has a higher risk, but all TOTs have a
19 risk of that.
20 Q. And what data is it that you would rely upon
21 for that?
22 A. I can't quote you the articles. But I think
23 there have been some -- they weren't randomized trial,
24 but just some comparative trials at certain institutions

**Page 63**

1 that did outside-in and inside-out and followed them for
2 a certain length of time. And they showed that there
3 was a little higher incidence of -- or a higher
4 incidence. And I can also base that on my experience,
5 as well.
6 Q. So, Doctor, I'm going to ask it this way,
7 which is, it your opinion, within a reasonable degree of
8 medical certainty, that with the inside-out TVT-O, the
9 chance of experiencing groin, inner thigh, or leg pain
10 is much less than the outside-in approach?
11 A. If --
12 Q. That is your opinion --
13 A. Yes, if --
14 Q. -- within a --
15 A. If performed correctly, yes.
16 Q. And as we sit here today, you can't identify
17 any literature that supports that opinion?
18 A. I don't have that off the top of my head, no.
19 (Exhibit 18 marked for identification.)
20 BY MR. ZONIES:
21 Q. Are you aware that in the Cochrane Review --
22 Ford's Cochrane Review in 2015, comparing TVT-O and TOT
23 pain issues, that there was a similar nonstatistically
24 significant similarity between the two?

**Page 64**

1 A. You know, I don't have that Cochrane
2 Review -- I think I do -- hang on. But that's -- you
3 know -- let me see. That sounds familiar, yes. Here it
4 is.
5 Q. And, in fact, it showed that TVT-O was
6 nonstatistically significantly higher risk for inner
7 thigh and groin pain; correct?
8 A. Well, I'm looking at that right now. Is this
9 the -- you talking about the 2015?
10 Q. 2015.
11 A. Yeah. Okay. Let' see.
12 Q. It's on page 227, Doctor, if you have
13 Cochrane in front of you.
14 A. I do, but it's not 227.
15 MR. ZONIES: Greg, do you have our full
16 version of Cochrane?
17 MR. WALKER: I mean, I think you got the full
18 version.
19 THE WITNESS: Yeah, I do. I'm just trying
20 to --
21 MR. WALKER: And I've got a "227" --
22 THE WITNESS: Oh, it does? Okay.
23 MR. WALKER: -- on mine.
24 THE WITNESS: Yeah, maybe. 227. Yes. Okay.

**Page 65**

1 We're getting there. Okay.
2 BY MR. ZONIES:
3 Q. Now, Doctor --
4 A. Obturator medial to lateral approach versus
5 obturator lateral to medial approach, outcome 9 -- 19.
6 Okay?
7 Q. Yes. You're at --
8 A. Yes.
9 Q. -- Analysis 3.19; correct?
10 A. Correct.
11 Q. And in that analysis, in this Cochrane
12 Review --
13 A. Um-hmm.
14 Q. You rely upon the Cochrane Review in the rest
15 of your report; correct?
16 A. I do.
17 Q. You believe the Cochrane Review to be sound
18 scientific literature; correct?
19 A. I do.
20 Q. And in this table on page 227 of the Cochrane
21 Review, it actually shows that when looking at
22 groin/thigh pain, it favors the outside-in approach over
23 the TVT-O; correct?
24 A. No, because it didn't reach statistical

17 (Pages 62 to 65)

Michael Karram, M.D.

Page 66

1   significance.
2       Q.   So they're statistically the same; correct?
3       A.   Correct.
4       Q.   And isn't that really your opinion?  Because
5   that was the first opinion you've expressed --
6       A.   Yes.
7       Q.   -- which is --
8       A.   Yes.
9       Q.   -- as comparing the TVT-O and outside-in,
10  it's your belief, to a reasonable degree of medical
11  certainty, that they are equal on experiencing groin,
12  inner thigh, or leg pain; correct?
13      A.   Well --
14          MR. WALKER:  Object to form.
15      A.   -- I guess, in my original report -- and I
16  still stand by this -- some of that report was based on
17  my education, training and experience.  And based on my
18  experience either scrubbing with other doctors or
19  watching other doctors or seeing patients from other
20  doctors, I see a higher risk of inner thigh pain and
21  groin pain with the outside-in than the inside-out.  So
22  that was --
23      Q.   So --
24      A.   -- that was part of my opinion when I put

Page 67

1   that statement in my report, my education, experience
2   and training.
3       Q.   When you're consenting your patients,
4   Doctor --
5       A.   Yes.
6       Q.   -- do you tell them that it's your belief
7   that the outside-in has a higher incidence of groin,
8   inner thigh, or leg pain --
9       A.   Absolutely.  Absolutely.
10      Q.   That's helped to shorten a line of
11  questioning, Doctor.
12      A.   What's that?
13      Q.   That's how you shorten a line of questioning.
14      A.   What, say "absolutely"?
15      Q.   Doctor, I notice, in your report, that you
16  did not cite to or discuss the Teo study, T-E-O.
17          Do you know of that study?
18      A.   I know of it.  It sounds familiar, but I
19  can't recite exactly the -- what -- word verbatim, but I
20  have seen it or heard of it.
21      Q.   And the Teo study was comparing TVT
22  retropubic to TVT obturator, and the study had to be
23  stopped early because of the high incidence of leg and
24  groin pain associated with the use of the TVT-O.

Page 68

1       Do you recall that?
2       A.   No.  Do you have -- if you have the study,
3   I'll be happy to look at it.
4           MR. ZONIES:  Greg, do you have Teo?
5           MR. BENTLEY:  Yes, it will be Exhibit 5.
6           THE WITNESS:  Okay.
7           MR. BENTLEY:  And just for the record, we put
8   the Cochrane 4/20/15 marked as Exhibit 18.
9           MR. ZONIES:  Thank you.
10          (Exhibit 5 marked for identification.)
11  BY MR. ZONIES:
12      Q.   So if you're looking at the -- do you have
13  the Teo study in front of you?
14      A.   I --
15      Q.   Doctor --
16      A.   I do.
17      Q.   -- Exhibit 5?
18      A.   I do.
19      Q.   And if you look at the Teo paper, in the
20  results section in the abstract, on the front --
21      A.   Um-hmm.
22      Q.   -- are you with me --
23      A.   Yes.
24      Q.   -- "A total of 127 women were recruited.  The

Page 69

1   study was stopped early due to excess leg pain in the
2   tension-free vaginal tape obturator group."
3           Is that what the results were of that study?
4       A.   That's what it says here, yes.
5       Q.   And this is not a study that you discuss or
6   even cite to in your report; correct?
7       A.   I don't think I did.
8       Q.   Why not?
9       A.   Because there is a totally large abundance of
10  information in peer-review literature, meta-analyses,
11  randomized control trials that does not show the same
12  results.  So this is just one study.  And, quite
13  honestly, it looks -- you know, I don't know -- did it
14  meet with the p-value?  Did it meet statistical
15  significance?  You have to look at -- you have to look
16  at who was put -- performing the surgery, how many TVTs
17  or TOTs they have done prior to performing the study.
18  There's a lot of variables in here and confounding
19  variables that really influence the results, to just say
20  right out front that this is a study that you quote that
21  says outside-in -- inside-out has more leg pain than
22  outside-in.  So that's why I didn't include it.
23      Q.   One of the reasons -- one of the concerns you
24  had was whether or not it reached significance?

18 (Pages 66 to 69)

Michael Karram, M.D.

Page 70

1     A.  Yes.
2     Q.  If you look down in that same results
3  section --
4     A.  Yeah.
5     Q.  -- it says, "More women complained of leg
6  pain after receiving a tension-free vaginal tape
7  obturator or" --
8     A.  Right.
9     Q.  -- "TVT-O."  And that's at 26 percent, more
10 than a quarter, of the women experienced pain compared
11 to 1.7 percent of TVT retropubic with a p-value of
12 .0001?
13    A.  Got it.
14    Q.  That's what we would say is very
15 statistically significant?
16    A.  That is statistically significant, in this
17 population, with these surgeons, yes.
18    Q.  This was a study you chose not to discuss;
19 correct?
20       MR. WALKER:  Object to form.
21    A.  I think the overwhelming majority of good
22 scientific data disputes this result.
23    Q.  So why didn't you discuss it and say that?
24 That's my concern, Doctor, is, you know, we had to find

Page 71

1  this and we have to present it to you.
2       In your report, were you attempting to be
3  objective in your analysis?
4       MR. WALKER:  Object to form.
5     A.  I'm absolutely being objective.  But, you
6  know, I can only rely on peer-review meta-analyses.  I
7  can rely on randomized control trials.  I can rely on
8  United States data that is proposed in multiple
9  different journals.  I can rely on my experience, in
10 talking to other physicians and surgeons, and watching
11 other physicians and surgeons perform this, and looking
12 at the society results of these issues, and all the
13 experts in the field, and I come up with a conclusion.
14       So this one --
15    Q.  Would you --
16    A.  -- this article really didn't influence my
17 decision as to that statement.
18    Q.  Do you know the Journal of Urology?
19    A.  I sure do.
20    Q.  Do you receive the Journal of Urology?
21    A.  I do not.
22    Q.  Is it a peer-reviewed journal?
23    A.  It is.
24    Q.  Do you see, on the first page, where it's

Page 72

1  disclosing the financial interests of the authors?
2     A.  I do.
3     Q.  It says, "Financial interest for Paul Moran:
4  Financial interest and/or relationship with Astellas..."
5  That's a mesh manufacturer; correct?
6     A.  No, I don't think so.
7     Q.  Gynecare, that's Ethicon; correct?
8     A.  That's correct.
9     Q.  American Medical Systems, they make the
10 Monarc; correct?
11    A.  Correct.
12    Q.  Bard and Boston Scientific are both mesh
13 manufacturers, as well; correct?
14    A.  That's correct.
15    Q.  And the next physician, Christopher Mayne, he
16 has a financial interest and/or other relationship with
17 Gynecare and American Medical Systems; correct?
18    A.  Correct.
19    Q.  These are well-versed physicians in mesh;
20 correct?
21    A.  They are.
22    Q.  Discussing pain, Doctor, do you agree or
23 disagree with the following statement:  Inside-out
24 slings may result in a little more thigh pain if the

Page 73

1  surgeon passes the needle too far lateral in the thigh
2  muscle?
3       MR. WALKER:  Object to form.
4     A.  Without quantifying how far lateral, I think,
5  as a general statement, the farther out you go past the
6  ischiopubic ramus, the higher the incidence of pain,
7  groin pain, or other complications.
8     Q.  And is it more likely to go too far lateral
9  using the TVT-O, as compared to the TOT?
10    A.  No, it's less likely.
11    Q.  If you had to quantify the percentage of
12 patients, based upon the literature or your experience,
13 who experience leg, groin, or thigh pain associated with
14 the use of the TVT-O, how would you quantify that,
15 percentagewise?
16    A.  In my patient population?
17    Q.  We can start there, if you'd like.
18    A.  I mean -- so I didn't quite catch your
19 question.  How do I quantify it?  In other words, do --
20 oh, go ahead.
21    Q.  In the Teo study --
22    A.  Yes.
23    Q.  -- almost a quarter of the patients had leg
24 or groin pain.

19 (Pages 70 to 73)

Michael Karram, M.D.

Page 74

1    A.  Um-hmm.
2    Q.  Do you find, in your patient population, that
3  a quarter of your patients have leg, groin, or thigh
4  pain?
5    A.  No, not even close.
6    Q.  How about 15 percent?
7    A.  No.
8    Q.  You discuss, on page 14 of your report, the
9  Tommaselli study --
10    A.  Yes.
11    Q.  -- is that right?
12    A.  Yes.
13    Q.  And in the Tommaselli study, there was also a
14  finding of increased pain, comparing the TVT-O to mini
15  slings; correct?
16    A.  What -- again, what are you trying -- on
17  page 14, is that what you're talking about?
18    Q.  Well, if we turn to page 14 of your report --
19    A.  Right, that's what I'm saying.
20    Q.  Yes.
21    A.  Okay.
22    Q.  Then, where you're discussing the groin and
23  thigh pain -- all right.  Do you have the Tommaselli
24  study with you?  Or we can give it to you, I think.

Page 75

1    A.  I'm sure I have it someplace.  But let me
2  see.
3       MR. WALKER:  He has it.  But it would be
4    helpful if you could provide it, just given how
5    his materials are.
6       MR. ZONIES:  Okay.
7       MR. WALKER:  Organized.  Thank you.
8       MR. BENTLEY:  So I'm handing the witness
9    Tommaselli 2015, which is marked as Exhibit 8.
10       (Exhibit 8 marked for identification.)
11    A.  Okay, I have it.
12  BY MR. ZONIES:
13    Q.  You rely upon this paper in your report;
14  correct?
15    A.  I do.
16    Q.  And if you look in the results section, the
17  last sentence in the results section says, "Pain-related
18  complications were more common with transobturator
19  midurethral slings with minimally invasive tapes,
20  with an odds ratio that's statistically significant from
21  8.75."  Correct?
22    A.  I'm trying to find it in the results section.
23  Okay.  Here you go.
24    Q.  It's in the abstract.

Page 76

1    A.  Yes, I got it.
2    Q.  So do you see -- and do you agree with the
3  conclusion in Tommaselli, a paper you rely upon, that
4  pain-related complications were more common with
5  transobturator midurethral slings than with minimally
6  invasive tapes, with an odds ratio of 8.75 statistically
7  significant confidence interval, going all the way up to
8  57?
9    A.  I'm looking at this and I'm trying to
10  quantify what he meant -- what they meant by "minimally
11  invasive slings."
12       Are they talking about single-incision
13  slings?
14    Q.  They are.  I can help you with that.
15    A.  Okay.
16    Q.  I had to do the same thing, myself.
17    A.  Okay.  Okay.  And so pain-related
18  complications are more common with transobturator
19  than -- yes, I would agree with that.
20       But a mini sling -- a mini sling is not the
21  same as a transobturator.  It doesn't have the same
22  results.  You can't use it in the same patient
23  population.  So it's really comparing apples to oranges.
24    Q.  And if you turn, in Tommaselli, to Figure 6,

Page 77

1  please --
2    A.  Okay.
3    Q.  -- which is -- it doesn't have page numbers.
4  I'm sorry.  It's one, two, three, four, five -- but I'm
5  double-sided -- I don't know if you are -- five pages
6  in.
7    A.  Figure 6?  Yeah, I got it.
8    Q.  Yeah.  So Figure 6 is actually looking at the
9  complications in the studies evaluating long-term and
10  medium-term outcomes, and compares retropubic and
11  transobturator; correct?
12    A.  Correct.
13    Q.  And the top line in that graph is reflecting
14  that pain, in the transobturator approach, is more than
15  doubled compared to the retropubic approach, and it's
16  also statistically significant; correct?
17    A.  Yes.
18    Q.  So you would agree with me, Doctor, that
19  Tommaselli reflects that the transobturator approach is
20  associated with more pain than both mini slings and the
21  TVT retropubic; correct?
22    A.  That's correct.
23    Q.  And that's actually your opinion, as well, in
24  this case; correct?

Michael Karram, M.D.

Page 78

1    A.   Yes, that's correct, even though we didn't --
2    we didn't really do an analysis of the mini slings. But
3    in my experience, yes, that's correct.
4        Q.   Doctor, I'd like you to continue in your
5    report, if you would, to page 14.
6        A.   Okay.  Okay.
7        Q.   With me?
8        A.   Yes.
9        Q.   Okay.  On page 14, down at the bottom of the
10   page, you have a heading called "Data Comparing TVT and
11   TVT-O (TOMUS Trial)."  Correct?
12       A.   Correct.
13       Q.   And is that what is supposed to be reflected
14   in the slides on page 15?
15       A.   That's correct.
16       Q.   Now, the slides on page 15 are not from the
17   TOMUS trial, are they?
18       A.   If I'm not mistaken, I think they are.
19       Q.   Where did the slides on page 15 come from?
20       A.   I think they came from the TOMUS Trial.  I'm
21   pretty --
22       Q.   Did you pull these out yourself?
23       A.   Yes.  Yes, I did.
24       Q.   You have these slides on your computer?

Page 79

1        A.   I have them in PowerPoints, yes.
2        Q.   On your computer?
3        A.   On my computer, in PowerPoint slides that we
4    present when we're giving talks on SUI.
5        Q.   So, Doctor, you recall when we first met and
6    we discussed some of the slides that were in your
7    original report?
8        A.   Yes.
9        Q.   Do you remember that?
10       A.   Yes.
11       Q.   And, at that time, you said that you had
12   those slides on your computer.  Do you recall that?
13       A.   Yes.
14       Q.   Has anybody asked you to provide those slides
15   to us?
16       A.   I think they're in the -- in the document
17   that you asked, yes.
18       Q.   Has anybody asked you to provide the entire
19   PowerPoint to us that's on your computer?
20       A.   No.
21       Q.   Never?
22       A.   Well, I think you asked me about some
23   PowerPoints and some discussions and slides that I took
24   from other presentations, such as the AUGS review course

Page 80

1    for female pelvic medicine and reconstructive surgery,
2    and I said those are publicly available on the Internet,
3    just like all the others other articles, and you can
4    access them just as I can.
5        Q.   Well, did -- so the two slides we're
6    looking -- do you know a Dr. Paraiso?
7        A.   Paraiso?  Yes, I do.
8        Q.   Have you ever spoken with Dr. Paraiso?
9        A.   Absolutely.  She's a friend of mine, and she
10   was a resident under me in training.
11       Q.   Has she ever provided to you her slide deck
12   that she uses to give talks on mesh?
13       A.   I have been at her talks.  And she has
14   allowed anybody that she gives those talks to to use her
15   slides, yes.
16       Q.   Do you recognize these two slides are from
17   her presentation?
18       A.   I do not.
19       Q.   Okay.  And the slides in your original report
20   that are no longer in this report, those were also from
21   that same presentation; correct?
22       A.   That might have been, yes.
23       Q.   So, if you -- it's your testimony that
24   your -- these two slides reflect results from the TOMUS

Page 81

1    Trial, T-O-M-U-S; correct?
2        A.   I -- yes, that's what -- I'm sure -- pretty
3    sure, this is from the TOMUS Trial.
4        Q.   You see on that first slide, Doctor, where it
5    says "From Barber 2006"?
6        A.   Correct.
7        Q.   Have you ever read the Barber study?
8        A.   I've looked at it, yes.
9        Q.   The Barber study is not listed in your
10   reliance materials.  And I suspect that's because the
11   Barber study was actually not on the TVT-O, it was on
12   the Monarc.
13       A.   Okay.
14       Q.   Is that correct?
15       A.   I'm not sure.
16       Q.   And, Doctor, I'll represent to you that these
17   two slides are actually, as they state, from the Barber
18   Study 2006, that had nothing to do -- had no TVT-O
19   devices in the study.
20       A.   Okay.
21       Q.   All right?  So my question is, is why are
22   these in your paper, if they have nothing to do with
23   TVT-O?
24       A.   Because I was under the impression that they

21 (Pages 78 to 81)

Michael Karram, M.D.

Page 82

1    were from the TOMUS Trial.
2         Q.  If they're not from the TOMUS Trial, they
3    should be deleted from your report; correct?
4         A.  I would say, yes, other than for general
5    knowledge and comparing transobturator procedures to
6    trans -- or to retropubic procedures.  Because just as
7    you referenced the TOMUS study, comparing it to mini
8    slings, I think this is important.  Even though it isn't
9    from the TOMUS Trial, it does show that -- the
10   differences between retropubic and transobturator.
11        Q.  All right.  Now, Doctor, the Paraiso slide
12   deck --
13        A.  Um-hmm.
14        Q.  -- that these slides came from, do you have
15   that slide deck on your computer?
16        A.  I probably do, yes.
17        Q.  And is it your testimony that since
18   March 29th, 2016, Ethicon's lawyers did not ask you to
19   provide them with that PowerPoint?
20            MR. WALKER:  Object to form.
21        A.  Yes, they didn't ask me for it.
22        Q.  Had they asked you for it, would you have
23   provided it to them?
24        A.  Yes.

Page 83

1            MR. ZONIES:  How much time are we in?
2            THE REPORTER:  One moment, please.
3            MR. ZONIES:  Why don't we go ahead and go off
4    the record.
5            (Brief recess taken.)
6    BY MR. ZONIES:
7         Q.  Doctor, we're back from a randomized break.
8    Are you ready to go?
9         A.  I am.
10        Q.  I've just got a few more questions.
11            I'd like you to turn to page 16 of your
12   report, please.
13        A.  Okay.
14        Q.  On page 16 of your report, you discuss --
15   it's the one, two, three, fourth paragraph down, where
16   you're discussing subjective and objective cure rates
17   using TVT-O; correct?
18        A.  One, two, three -- the Cochrane Library
19   published meta-analysis?
20        Q.  Yes.
21        A.  Okay.  Yes.
22        Q.  And you also discuss, there, the TOMUS Trial;
23   correct?
24        A.  Correct.

Page 84

1         Q.  So in those two studies, they report
2    short-term cure rates between 73 percent and 82 percent
3    in the Cochrane, according to your report; correct?
4         A.  Right.
5         Q.  And then, in TOMUS, you describe it as
6    showing subjective and objective cure rates of
7    62 percent and 78 percent, respectively; correct?
8         A.  Correct.
9         Q.  Now, you also have a next sentence there,
10   which is two prospective cohort studies reporting 7-year
11   and 11-year follow-up reported subjective cure rates of
12   85 and 77 percent, respectively.
13            I think you would agree with me that that's
14   discussing TVT results, because it's 7-year and 11-year
15   data, primarily the Nilsson studies; correct?
16        A.  Correct.  Correct.
17        Q.  All right.  So focusing on the Cochrane
18   Library results and the TOMUS results, do you believe
19   those results to be a fair reflection of the cure rates
20   associated with a TVT obturator device?
21        A.  Yes.
22        Q.  So would your testimony be that the cure
23   rates associated with the TVT obturator device are
24   somewhere between 62 and 82 percent?

Page 85

1         A.  Yes.
2         Q.  Would you agree, Doctor, that it would be
3    misleading to ascribe a cure rate to the TVT-O of
4    90 percent or higher?
5            MR. WALKER:  Object to form.
6         A.  Again, I'd have to look at the report and how
7    they came up with that number, to just make a comment --
8         Q.  Right.
9         A.  -- across the board.
10        Q.  So if someone were presenting you a patient,
11   for example, the cure rate associated with the TVT-O
12   device, and they were presenting it as 90 percent or
13   higher cure rate, without discussing any lower cure
14   rates, such as shown in the Cochrane Library study or
15   the TOMUS study, don't you think that would be
16   misleading?
17            MR. WALKER:  Object to form.
18        A.  It's hard to say.  But when you're -- a lot
19   of times, when you're consenting a patient or talking to
20   a patient about procedures, it's always -- or usually
21   incorporates -- and I do this -- my personal experience.
22   So if a surgeon, you know, knows these results from the
23   TOMUS Trial and the Cochrane Review, but in his hands --
24   his or her hands, he has a 90 percent cure rate, then I

22 (Pages 82 to 85)

Michael Karram, M.D.

Page 86

1    wouldn't say it's misleading.
2        So a lot of that discussion has to do with
3    the discussion that the surgeon and the patient have
4    together.
5        Q.  Right.  And I'm talking about -- let's -- I'd
6    like you to assume for a second, Doctor, that there's a
7    sales piece from Ethicon discussing the TVT-O; and the
8    only results that they show, cure rates associated with
9    the TVT-O, are 90 percent and higher.
10       Isn't that his leading, based on your
11   experience and on these studies?
12       MR. WALKER:  Object to form.
13       A.  I'm not aware of that document.  But I would
14   like to look at that document and see the context of the
15   document and how it was presented in the context of that
16   number.
17       Q.  Do you understand the concept of fair and
18   balanced, Doctor?
19       A.  I do.  Absolutely I do.
20       Q.  Do you think that that's important, the
21   concept of fair and balanced?  In fact, when you're
22   discussing mesh slings with your patients, you attempt
23   to be fair and balanced; correct?
24       MR. WALKER:  Object to form.

Page 87

1        A.  Yes, I do.
2        Q.  Why?
3        A.  Why?
4        MR. WALKER:  Object to form.
5        A.  Because that's the way I practice medicine.
6        Q.  That's the right way to practice medicine,
7    isn't it?
8        MR. WALKER:  Object to form.
9        A.  It's a matter of opinion.  In my opinion,
10   that's the way I practice medicine.
11       Q.  So if -- you would not say to your patients
12   that, overall, the TVT-O device demonstrates a 90-plus
13   percent cure rate?  You wouldn't say that to your
14   patients without discussing other studies showing lower
15   cure rates; correct?
16       A.  I would tell her that --
17       MR. WALKER:  Object to form.
18       A.  -- in my hands, I can -- if that's what I was
19   going to say, that in my hands, if that was the correct
20   number, I would say yes.  I would say, in my hands, with
21   this procedure, in a patient as yourself, with your
22   problem and your stress incontinence and the way we've
23   evaluated you and worked you up, I think, in my hands,
24   with a transobturator, TVT-O, that we could achieve a

Page 88

1    90 percent success rate.  I wouldn't have any problems
2    with that.
3        Q.  And what would you say about, however, the
4    scientific literature shows what?
5        A.  I would mention that.  I would say there is
6    data in the scientific literature that will contradict
7    what I'm telling you that my experience is with my
8    patients in this situation.
9        Q.  That's because you're attempting to be fair
10   and balanced; correct?
11       MR. WALKER:  Object to form.
12       A.  I am fair and balanced.
13       Q.  You're not attempting; you are fair and
14   balanced?
15       A.  I am.
16       Q.  And you certainly would not tell your
17   patients that, across the board, TVT-O has a 90 percent
18   cure rate, to try to sell them the TVT-O; right?
19       MR. WALKER:  Object to form.
20       A.  I wouldn't, certainly, tell anybody any
21   absolute certainty on any result.
22       Q.  Wouldn't tell your patients that there's a
23   90 percent cure rate across the board, with the use of
24   the TVT-O; correct?

Page 89

1        A.  I think "across the board" is misleading.  I
2    could say, in the hands of some surgeons, there is a
3    90 percent cure rate, but that doesn't mean that every
4    patient that has your procedure is going to have a 90
5    percent cure rate.
6        So you can't say anything across the board.
7        Q.  That would be misleading; correct?
8        A.  If you say it "across the board"?
9        MR. WALKER:  Object to form.
10       A.  Again, that would be the situation.  I
11   wouldn't say it's misleading; I would say there's a
12   reason why there -- whoever's mentioning this is telling
13   them and giving them that outcome.
14       Q.  So I guess my question, Dr. Karram, is, if
15   you were speaking to a room full of surgeons and talking
16   about the -- not your personal experience, but the cure
17   rate that's associated with use of the TVT-O device,
18   would you ever tell those doctors that cure rate for the
19   TVT-O device is 90 percent?
20       MR. WALKER:  Object to form.
21       A.  I wouldn't tell them the cure rate of any
22   procedure.  I would give them the information, talk
23   about the surgical procedure, how to implant the sling
24   correctly, how to identify the correct patient

23 (Pages 86 to 89)

Michael Karram, M.D.

Page 90

1    population for the procedure; and then I would give them
2    the articles and the scientific data to support the
3    results, and let them come up with a percentage. I
4    wouldn't give them a percentage.
5        Q. Because you wouldn't be comfortable giving
6    them a percentage, why?
7        A. Well, in my hands. It would have to be in
8    their hands. Again, you said not in my hands. I could
9    say, under certain circumstances, in my hands, I
10   wouldn't have any problem saying it's 90 percent in my
11   population, in my experience, with my patients. But you
12   asked me not to say that. So I didn't. I just said, in
13   general.
14       Q. So it wouldn't be appropriate to say it in
15   general; correct?
16          MR. WALKER: Object to form.
17       A. I wouldn't.
18       Q. We were discussing, earlier, the use of the
19   TVT-O and some limitations, in your opinion, on its use
20   in patients with ISD; correct?
21       A. Yes.
22       Q. If you were to use a TVT-O in a patient with
23   ISD, is the technique that you would use different than
24   the technique that is laid out in the IFU?

Page 91

1        A. No.
2        Q. Doctor, if you could turn to the portion of
3    your report that discusses laser-cut mesh, which I
4    believe is page 29.
5        A. 29?
6        Q. Yes.
7        A. Got it.
8        Q. You say that "There is not a clinically
9    significant difference between mesh that is cut
10   mechanically or by a laser."
11          Is that your opinion?
12       A. That's my opinion, yes.
13       Q. Okay. And my question, Doctor, is, is what
14   scientific basis do you have for that opinion?
15       A. Exactly -- tell me again where you're looking
16   at this on page 28.
17          MR. WALKER: No, 29.
18       Q. Page 29.
19       A. Oh, 29. Okay.
20       Q. Sorry about that.
21       A. That's all right. Okay, here we go.
22          MR. WALKER: No, there you go.
23       A. Okay.
24          MR. WALKER: Could you ask that question

Page 92

1        again, just to get him reoriented?
2        A. Um-hmm.
3        Q. Sure. Doctor, page 29 of your report, you're
4    discussing laser and mechanically-cut mesh; correct?
5        A. That's correct.
6        Q. And your opinion is that there's not a
7    clinically significant difference between mesh that is
8    cut mechanically or by a laser. Is that your opinion?
9        A. That's correct.
10       Q. And we've already established that you
11   haven't seen or read Gene Kammerer's deposition
12   testimony or the slides that he produced, internally,
13   showing a difference between laser-cut or
14   mechanically-cut mesh; correct?
15       A. I have not seen those slides, yes.
16       Q. So I suppose my question, then, Doctor, is,
17   is what is your scientific basis for your conclusion
18   that there's no clinically significant difference
19   between laser-cut and mechanically-cut mesh?
20       A. I would say, my training and my experience.
21       Q. Okay. And you would agree with me, Doctor,
22   that there's no published paper that tests laser-cut
23   versus mechanically-cut mesh for outcomes, safety, and
24   efficacy; correct?

Page 93

1        A. I'm not aware of any, no.
2        Q. And you would agree with me that you list,
3    there, an ETH.MESH document at the end of that
4    paragraph. Do you see that?
5        A. Yes.
6        Q. And do you know what that ETH.MESH document
7    is?
8        A. I can probably pull it up. But if you have
9    it --
10       Q. Especially, the "Clinical Expert Report for
11   Laser Cut Mesh."
12          Do you recall ever actually reviewing that?
13       A. I think so, yes.
14       Q. And...
15          MR. WALKER: And do you have a copy of that
16   for him?
17          MR. ZONIES: I'm not going to go into detail
18   on it. I'm actually not going to ask another
19   question about it.
20   BY MR. ZONIES:
21       Q. Doctor, when you are using a TVT-O device, or
22   when you did use them historically, were you using the
23   mechanically-cut or the laser-cut mesh?
24       A. I've used both.

24 (Pages 90 to 93)

Michael Karram, M.D.

Page 94

1    Q.  How do you know that?
2    A.  Because it would be, I'm pretty sure, on the
3    device, on the box -- the actual boxed device.
4    Q.  And did you have a preference for
5    mechanically-cut versus laser-cut?
6    A.  Absolutely not.
7    Q.  Did you -- when you're currently ordering
8    TVT-O devices right now, are you using laser-cut or
9    mechanically-cut TVT-O?
10   A.  Actually, I'm just asking for whatever they
11   have in stock to send over.  It doesn't matter to me one
12   way or the other.
13   Q.  And are you aware of whether the TVT Abbrevo
14   is laser-cut or mechanically-cut?
15   A.  I think it's mechanically-cut, if I'm not
16   mistaken.
17   Q.  And is the fact that the TVT Abbrevo, in your
18   opinion, is mechanically-cut -- is that part of the
19   evidence that you use in reaching your opinion that
20   there's no clinically significant difference between
21   mechanically-cut and laser-cut?
22   MR. WALKER:  Object to form.
23   A.  No.
24   Q.  It's not part of the evidence base on which

Page 95

1    you have that opinion?
2    A.  No.
3    MR. ZONIES:  Okay.  I think I'm finished,
4    Doctor.  Why don't you give me just a second to
5    make sure.
6    THE WITNESS:  Okay.
7    MR. ZONIES:  Okay, Doctor.  Thank you very
8    much for your time.  I appreciate it.
9    THE WITNESS:  Nice.  You, too.
10   MR. WALKER:  All right, I do have some
11   follow-up questions.
12   I think what we're going to do is just
13   extract documents from this binder and we'll mark
14   them as exhibits.
15   And, for your benefit, the binder I'm
16   referring to is just the one he has in front of
17   him that has his TVT-O report with the
18   supplemental materials as attachments that he
19   cites in that report.
20   (Exhibit 19 marked for identification.)
21   EXAMINATION
22   BY MR. WALKER:
23   Q.  Okay.  Doctor, I'm handing you what I've
24   marked as Exhibit 19, which is a document you cite in

Page 96

1    your report entitled "Clinical Expert Report (for) Laser
2    Cut Mesh."  Do you see that?
3    A.  Yes, I do.
4    Q.  And do you recall reviewing this document
5    when you prepared your report?
6    A.  Yes.
7    Q.  And, Doctor, what is the date of this
8    document pertaining to laser-cut mesh?
9    A.  March 2016 -- or 2006.  I'm sorry.
10   Q.  I was going to say, we might have a problem.
11   A.  2006.
12   Q.  So this is a 2006 document; correct?
13   A.  That's correct.
14   Q.  And would you turn to the back -- the last
15   page of this document?  And can you tell us what was the
16   conclusion, on the part of Ethicon, regarding laser-cut
17   and mechanically-cut mesh?
18   A.  "The physical properties that might affect
19   clinical performance are essentially the same.  It is
20   not anticipated that there will be any clinical
21   differences in the devices that utilize laser-cut mesh.
22   Clinical data is not necessary to establish the safety
23   and efficacy of devices affected by these changes."
24   Q.  And, Doctor, this is an internal company

Page 97

1    document; correct?
2    A.  That's correct.
3    Q.  And you reviewed a number of internal company
4    documents, in formulating your opinion; is that correct?
5    A.  I did.
6    Q.  And you also reviewed medical literature; is
7    that correct?
8    A.  That's correct.
9    Q.  And, Doctor, on the spectrum of -- if you
10   were going to rack and stack what we would call
11   high-level evidence, where do internal company documents
12   fall with respect to peer-reviewed medical literature?
13   A.  At the bottom.
14   Q.  Now, Doctor, referencing back to this
15   document, we see this March 2006 date; correct?
16   A.  That's correct.
17   Q.  And this document was assessing laser-cut
18   mesh pending its introduction to market; is that
19   correct?
20   A.  That's correct.
21   Q.  And, Doctor, I believe we established,
22   earlier in this deposition, that TVT-O was introduced on
23   the market sometime around 2003.
24   Do you recall that testimony?

Michael Karram, M.D.

Page 98

1    A.  Yes.
2    Q.  Doctor, was there peer-reviewed medical
3  literature published on TVT-O prior to 2006 and 2007?
4    A.  I think there was, yes.
5    Q.  And, Doctor, that is literature that you have
6  reviewed in the course of your career and in preparation
7  of your opinions in this case; correct?
8    A.  That's correct.
9    Q.  And, Doctor, have you also reviewed
10  peer-reviewed medical literature that studied TVT-O post
11  2006 or 2007?
12    A.  I have.
13    Q.  And are you aware of any difference in terms
14  of safety or efficacy, as reflected in that literature,
15  when it comes to TVT-O, whether it's before 2006 or
16  after 2006?
17    A.  No, I haven't.
18      MR. ZONIES:  Object to the form.
19    Q.  Doctor, you brought with you today a number
20  of different articles and a position statement that were
21  previously marked.  Do you remember that?
22    A.  Yes.
23    Q.  I'm going to hand you -- and if you can --
24    A.  Sure.

Page 99

1    Q.  -- indulge looking beside me, since I only
2  have this one copy.
3    A.  Yep, no problem.
4    Q.  I am handing you what was previously marked
5  as Exhibit 15.
6      Can you identify this document?
7    A.  Yes.  This is the new updated AUGS SUFU
8  position statement on midurethral slings for stress
9  urinary incontinence.
10    Q.  And when AUGS and SUFU are talking about
11  midurethral slings, does that include TVT-O?
12    A.  It does.
13    Q.  Doctor, you said that this was recent.  How
14  recent is this new position statement?
15    A.  2016.  I think it just came out, because I
16  just pulled it off -- or it was just sent to me as an
17  AUGS member.  So I think it was 2016.
18    Q.  Did you find this position statement
19  significant, in terms of your opinions regarding TVT-O?
20    A.  Yes, I do.
21    Q.  And why do you find this position statement
22  significant?
23    A.  Well, because AUGS and SUFU and all the other
24  societies that have endorsed this position statement all

Page 100

1  conclude in their opinions that the midurethral sling,
2  synthetic, is a safe procedure and an effective
3  procedure in the use of stress urinary incontinence and
4  that we should continue using it.
5    Q.  And why is it significant to you, in the
6  formation of your opinions, that a professional society
7  would endorse the use of a midurethral sling like TVT-O?
8    A.  Because all these professional societies and
9  their members are experts in the field, and they have
10  utilized these procedures and they have reviewed the
11  literature and they come up with conclusions and they
12  are very important societies to back your conclusions.
13    Q.  In fairness, Doctor, is it your understanding
14  that this position statement was released after you
15  served your report in Wave 2?
16    A.  It was.
17    Q.  And prior to this position statement, were
18  there other position statements that had been released
19  prior to June 3rd of 2016?
20    A.  Yes.
21      MR. ZONIES:  Object to the form.
22    Q.  Are the recommendations and conclusions in
23  this position statement consistent with those that you
24  reviewed and relied on when you were forming your

Page 101

1  opinions, in this case, regarding TVT-O?
2    A.  Yes.
3      MR. ZONIES:  Object to the form.
4    Q.  And, Doctor, I just want to briefly go
5  through a few things in this statement.
6    A.  Okay.
7    Q.  Do you see, under "Justification" for the
8  position statement --
9    A.  I do.
10    Q.  And we're not going to read every line of
11  this document, don't worry.  But I do want to hit the
12  high points here.
13      You see, under number 1, "Polypropylene
14  material is safe and effective as a surgical implant"?
15      Did I read that correctly?
16    A.  You did.
17    Q.  And do you --
18      MR. ZONIES:  Object to the form, object to
19  this line of questioning, and the colloquy, as
20  well.
21    Q.  Doctor, do you agree with that assertion?
22    A.  I do.
23    Q.  And why do you agree with it?
24    A.  Because all of the medical literature and my

26 (Pages 98 to 101)

Michael Karram, M.D.

Page 102

1     education, experience, and training supports this
2     statement.
3         Q.   And, Doctor, what is justification number 2
4     for this position statement?
5         A.   "The monofilament polypropylene mesh
6     midurethral sling is the most extensively studied
7     anti-incontinence procedure in history."
8         Q.   And, Doctor, do you agree with that
9     assertion?
10        A.   I most certainly do.
11        Q.   And were you aware of the --
12            MR. ZONIES:  Object to the form and reading
13        from these papers.
14        Q.   And, Doctor, were you aware of that fact
15    prior to the issuing of your report in this case?
16        A.   Yes.
17        Q.   And, Doctor, in terms of the -- one second --
18    what is the third justification point?
19        A.   "Polypropylene mesh midurethral slings are a
20    standard of care for the surgical treatment of stress
21    urinary incontinence and represent a great advance in
22    the treatment of this condition for our patients."
23        Q.   And, Doctor, is that something that you agree
24    with?

Page 103

1         A.   For sure.
2             MR. ZONIES:  Object to the form.
3         A.   For sure.
4         Q.   And, Doctor, is that something that you
5     agreed with when you were forming your opinions in this
6     case and writing your report in Wave 2?
7         A.   Yes.
8             MR. ZONIES:  Object to the form, foundation.
9         Q.   And, Doctor, you mentioned earlier that there
10    were a number of organizations that had endorsed his
11    position statement.  I believe you testified that AUGS
12    and SUFU were two of them.
13            Are there any others?
14        A.   Yes.  AAG --
15            MR. ZONIES:  Objection.
16        A.   -- AAGO, which is the American Association of
17    Gynecologic Laparoscopists; ACOG, which is the American
18    College of Obstetrics and Gynecology; NAFC, which is the
19    National Association For Continence, NAFC; and SGS,
20    which is the Society of Gynecologic Surgeons.
21        Q.   Are you aware of any professional society
22    that has recommended that pelvic floor surgeons not use
23    midurethral slings like TVT-O?
24        A.   I'm not aware of one.

Page 104

1         Q.   Doctor, you were asked a number of questions
2     about the success rates of TVT and, I think
3     specifically, TVT-O.
4             Do you remember those questions?
5         A.   Yes.
6         Q.   And if I could refer your attention -- I'll
7     give you your report back.
8         A.   Okay.
9         Q.   If I could refer your attention to page 19.
10        A.   Okay.
11        Q.   And, Doctor, do you see where you have cited
12    a number of long-term TVT-O studies?
13        A.   Yes, I do.
14        Q.   And do you see where, in your report, you
15    report that these studies show low complication rates?
16            Do you see that?
17        A.   Yes.
18            (Exhibit 20 marked for identification.)
19    BY MR. WALKER:
20        Q.   Doctor, I'm going to hand you what I'm
21    marking as Exhibit No. 20.  And this is one of the
22    studies that you would cite -- that you cite in your
23    report.
24            Do you recognize this study?

Page 105

1         A.   Yes.
2         Q.   And what is that study?
3         A.   "Seven years of objective and subjective
4     outcomes on... (TVT-O) vaginal tape:  Why do tapes
5     fail?"  It's from the urogyn department in Athens,
6     Greece.
7         Q.   And, Doctor, what were the conclusions of
8     this study?
9         A.   Conclusion was "The TVT-O procedure provides
10    a high objective and subjective long-term efficacy, a
11    clinically meaningful improvement to patient quality of
12    care, and an excellent safety profile.  Concomitant
13    vaginal hysterectomy and apical compartment prolapse
14    (are) associated with a higher risk for objective and
15    subjective failure."
16        Q.   And, Doctor, is this a report that you
17    reviewed and relied upon?
18        A.   Yes.
19            (Exhibit 21 marked for identification.)
20    BY MR. WALKER:
21        Q.   Doctor, I'm going to hand you what I'm
22    marking as Exhibit No. 21.
23            Do you recognize this article?
24        A.   I do.

27 (Pages 102 to 105)

Michael Karram, M.D.

Page 106

1    Q.  And what is it?
2    A.  It's a "Five-year Results of Randomized Trial
3 Comparing Retropubic and Transobturator Midurethral
4 Slings for Stress (urinary) Incontinence" from the group
5 in Finland, Dr. Nilsson.
6    Q.  And, Doctor, what was the objective cure rate
7 in this study for the TVT-O?
8    A.  The objective cure rate was greater than
9 80 percent.
10   Q.  And I'll direct your attention to the results
11 and limitations paragraph --
12   A.  Um-hmm.
13   Q.  -- of the abstract.
14   A.  Um-hmm.
15   Q.  Do you see that?
16   A.  Yes, I do.
17   Q.  According to that, what was the specific
18 objective cure rate for the TVT-O?
19   A.  Objective cure rate was 86.2 percent in the
20 TVT-O group.
21   Q.  And then what was the subjective
22 satisfaction, as reported for the TVT-O group?
23   A.  91.7 percent.
24   Q.  And is this a study that you reviewed and

Page 107

1 relied upon when you formed your opinions in this case?
2    A.  I did.
3        (Exhibit 22 marked for identification.)
4 BY MR. WALKER:
5    Q.  Doctor, I'm going to hand you what I am
6 marking as Exhibit No. 22.
7        Do you recognize this study?
8    A.  Yes, I do.
9    Q.  What is it?
10   A.  "TVT-O for the Treatment of Pure Urodynamic
11 Stress Incontinence: Efficacy, Adverse Effects, and
12 Prognostic Factors at 5-Year Follow-Up."  And this is
13 from the Italian group and a group in France.
14   Q.  And, Doctor, if you'll refer to the results
15 and limitations section, what were the subjective and
16 objective cure rates for the TVT-O --
17   A.  The --
18   Q.  -- at five years?
19   A.  Yeah.  The five-year subjective/objective was
20 90.3 percent and 90.8 percent, respectively.
21   Q.  And is this a study that you reviewed and
22 relied upon when you formed your opinions in --
23   A.  I did.
24   Q.  -- this case?

Page 108

1    A.  I did.
2    Q.  And what significance, if any, is there, in
3 your opinion, to long-term data on a surgical product?
4    A.  I think long-term data gives you more basis
5 for forming the opinion that it is a safe and effective
6 treatment.
7    Q.  And, Doctor, there was some questions about
8 the TOMUS study.
9        Did you, in fact, review and rely on the
10 TOMUS study --
11   A.  I did.
12   Q.  -- in the preparation of your opinions?
13   A.  I did.
14   Q.  Okay.  And do you recall generally, without
15 it being in front of you, what the conclusions were in
16 the TOMUS study with respect to the safety and efficacy
17 of TVT-O?
18   A.  I think it was --
19       MR. ZONIES:  Object to the form.
20   A.  -- comparing the TVT-O and the TVT.  And the
21 only clinical significance that was different was that
22 the TVT had more -- retropubic TVT had more bladder
23 injuries.
24   Q.  You recall I asked you earlier about the

Page 109

1 spectrum of evidence you consider when forming your
2 opinions?
3    A.  Yes.
4    Q.  What types of evidence are at the highest end
5 of that spectrum?
6    A.  Those would be meta-analyses, randomized
7 control trials.  Those would be the highest.
8    Q.  And do you remember that you were asked a
9 number of questions about whether or not you had read
10 various Ethicon company witness depositions?
11   A.  Yes.
12   Q.  Where would you place depositions of a
13 company witness on that spectrum of evidence?
14   A.  At the bottom.
15       MR. ZONIES:  Object to form.
16   Q.  And why would you place it at the bottom?
17       MR. ZONIES:  Same objection.
18   A.  Because, as scientists, we have to rely on
19 the scientific data, and the scientific data has to be
20 generated by controlled studies and meta-analyses and
21 well-controlled studies.  And these are just depositions
22 from employees.
23   Q.  And in your review of not just Ethicon
24 documents, but from all of the medical literature, to

28 (Pages 106 to 109)

Michael Karram, M.D.

Page 110

1    include randomized control trials and meta-analyses,
2    what has that informed you, in terms of the safety or
3    efficacy of TVT-O?
4         A.   I think it's one of the most safe midurethral
5    slings that we have.
6         Q.   Doctor, do you remember there were some
7    questions asked about the incidence of groin pain
8    following a TVT-O?
9         A.   I do.
10        Q.   And I think you recall being shown
11   Exhibit 18, which is the 2015 Cochrane Review?
12        A.   Yes.
13        Q.   And what is the 2015 Cochrane Review?
14        A.   The Cochrane Review is the extensive review
15   of the literature on a specific topic, which in this
16   case would be midurethral slings.
17        Q.   And you would agree, it's a meta-analysis?
18        A.   It is definitely a meta-analysis.
19        Q.   Now, I've got the marked copy, Exhibit 18.
20        A.   Okay.
21        Q.   And I think you've got a copy --
22        A.   Yep.
23        Q.   -- in your binder.  Look for the --
24        A.   I think it's the biggest one right there.

Page 111

1         Q.   Yeah, look for the thick tab.
2         A.   Yeah, there it is.
3         Q.   Make sure it's 2015, though --
4         A.   Yeah.
5         Q.   -- because I want to make sure we're on the
6    same page.
7         A.   Yep.
8         Q.   Okay, good.
9              So with respect to groin pain, Dr. Karram, I
10   want to direct your attention to page 28.
11        A.   Okay.
12        Q.   And do you see, Doctor, there's a discussion
13   on page 28 about pain, specifically groin pain?
14        A.   There is.
15        Q.   And what was the conclusion of the Cochrane
16   meta-analysis, with respect to groin pain and obturator
17   slings?
18        A.   "There was a significant higher occurrence of
19   groin pain in women who underwent the transobturator
20   procedure than in women who underwent the retropubic
21   procedure."
22        Q.   And what were the rates?
23        A.   The rates were -- let me see --
24   4.5 percent -- 4.51 percent and -- yeah, that was it.

Page 112

1         Q.   And what were the findings with regards to
2    suprapubic pain and the transobturator procedure?
3         A.   "Both groin pain and suprapubic pain
4    occurrence were short lasting with most resolving within
5    the first six months."
6         Q.   With which procedure, retropubic or
7    obturator, did the Cochrane analysis, in 2015, find a
8    higher rate of suprapubic pain?
9         A.   With the retropubic.
10        Q.   Do you see, Doctor, on that third line, where
11   it says "Analysis 1.24"?
12        A.   Yes.
13        Q.   All right.  I want to direct your attention
14   to page 200.
15        A.   Um-hmm.
16        Q.   And would you agree that this is a table, on
17   page 200, that is reflecting Analysis 1.24?
18        A.   Yes.
19        Q.   And what is this table?
20        A.   It's a comparison of transobturator versus
21   retropubic outcome, 26 repeat incontinence surgeries --
22        Q.   And, Doctor --
23        A.   -- in one year.
24        Q.   Sorry to interrupt.

Page 113

1         A.   That's okay.
2         Q.   And just to be clear, did you review and rely
3    on the 2015 Cochrane Review, when you were writing your
4    report and forming your opinions regarding TVT-O?
5         A.   I did.
6         Q.   And do you see that this lists a number of
7    different studies?
8         A.   Yes.
9         Q.   And do you see that it even includes the Teo
10   study you were asked about?
11        A.   Yes.
12        Q.   And, Doctor, looking at the various
13   studies --
14        A.   Um-hmm.
15        Q.   -- that are reflected in this table, would
16   you agree that you find, in some of these studies, a
17   relatively low rate of groin pain in the obturator
18   route?  Is that correct?
19        A.   That's correct.
20             MR. ZONIES:  Object to the form.
21        Q.   And when I say a "relatively low rate,"
22   Doctor, what does that mean to you?
23             MR. ZONIES:  Same objection.
24        A.   That would mean that it's acceptable as a

Michael Karram, M.D.

Page 114

1    possible risk and lower than -- well, just that it's
2    acceptable risk.
3        Q.  Doctor, you were asked a number of questions
4    about the suitability of using an obturator sling in an
5    ISD patient.  Do you remember those questions?
6        A.  Yes.
7        Q.  Generally speaking, when you are deciding
8    whether or not a particular sling would be appropriate
9    for an ISD patient, what are the various clinical
10   factors that you consider when making that decision?
11       A.  If the patient has had a previous sling; if
12   she's had multiple abdominal surgeries; if she is obese;
13   if she's had a previous hysterectomy; and the -- if you
14   can possibly identify the cause of her ISD.
15       Q.  And, Doctor, what is your basis for knowing
16   that those are various factors that should be considered
17   when making that clinical assessment?
18           MR. ZONIES:  Object to the form.
19       A.  My education, experience, and training, and
20   the medical literature.
21       Q.  I think you have the reliance list.
22       A.  I do.
23       Q.  Can you hand it to me?
24       A.  Um-hmm.

Page 115

1        Q.  Okay.  Doctor, look at this with me, if you
2    will --
3        A.  Okay.
4        Q.  -- since we're working off the same copy.
5        A.  Um-hmm.
6        Q.  This is your reliance list for your TVT-O
7    report; correct?
8        A.  Correct.
9        Q.  All right.  And I think you were asked
10   questions about that first section of the reliance list,
11   which contains medical literature.  Is that correct?
12       A.  That's it.
13       Q.  Approximately, Doctor, what percentage of
14   your reliance list is comprised of medical literature as
15   opposed to company documents and public --
16       A.  I would say --
17       Q.  -- documents?
18       A.  -- oh -- two-thirds.
19       Q.  And, Doctor, have you reviewed the medical
20   literature that's contained in this first two-thirds of
21   your reliance list?
22       A.  I have reviewed or read, or read abstracts
23   of, almost all of these, yes.
24       Q.  And that is a function not just of the last

Page 116

1    few months, but a function of what you've read and
2    reviewed over the course of your career; is that
3    correct?
4        A.  That's correct.
5        Q.  And, Doctor, when you assess the totality of
6    that literature, what is your opinion regarding the
7    safety and efficacy of TVT-O?
8        A.  I agree with the AUGS position statement.
9    It's a safe, effective procedure, and we should continue
10   using it.
11           MR. WALKER:  Nothing further.
12           MR. ZONIES:  Doctor, thank you very much for
13   your time.
14           THE WITNESS:  Thank you.
15           THE REPORTER:  Signature, Doctor, for this
16   deposition?
17           THE WITNESS:  Sure.
18
19
20
21
22              ---
23       DEPOSITION CONCLUDED AT 6:46 P.M.
24              ---

Page 117

1        C E R T I F I C A T E
2    State of Ohio      :
                        : SS
3    State at Large     :
4        I, Teresa A. Moore, RPR, CRR, the undersigned,
5    a duly commissioned notary public within and for the
6    State of Ohio, do hereby certify that before the giving
7    of his aforesaid deposition, MICHAEL KARRAM, M.D. was by
8    me first duly sworn to depose the truth, the whole truth
9    and nothing but the truth; that the foregoing is the
10   deposition given at said time and place by MICHAEL
11   KARRAM, M.D.; that said deposition was taken in all
12   respects pursuant to stipulations of counsel; that I am
13   neither a relative of nor employee of any of their
14   parties or their counsel, and have no interest whatever
15   in the result of the action.
16       IN WITNESS WHEREOF, I have hereunto set my
17   hand and official seal of office on this 5th day of
18   July, 2016.
19
20
21
22       TERESA A. MOORE
         Notary Public - State of Ohio
         My Commission expires: 06/17/21
23
24

30 (Pages 114 to 117)

Michael Karram, M.D.

| | INSTRUCTIONS TO WITNESS |
|---|---|
| 1 | |
| 2 | |
| 3 | Please read your deposition |
| 4 | over carefully and make any necessary |
| 5 | corrections.  You should state the reason |
| 6 | in the appropriate space on the errata |
| 7 | sheet for any corrections that are made. |
| 8 | After doing so, please sign |
| 9 | the errata sheet and date it. |
| 10 | You are signing same subject |
| 11 | to the changes you have noted on the |
| 12 | errata sheet, which will be attached to |
| 13 | your deposition. |
| 14 | It is imperative that you |
| 15 | return the original errata sheet to the |
| 16 | deposing attorney within thirty (30) days |
| 17 | of receipt of the deposition transcript |
| 18 | by you.  If you fail to do so, the |
| 19 | deposition transcript may be deemed to be |
| 20 | accurate and may be used in court. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

| | ACKNOWLEDGMENT OF DEPONENT |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | I,_____, do |
| 5 | hereby certify that I have read the |
| 6 | foregoing pages, and that the same is |
| 7 | a correct transcription of the answers |
| 8 | given by me to the questions therein |
| 9 | propounded, except for the corrections or |
| 10 | changes in form or substance, if any, |
| 11 | noted in the attached Errata Sheet. |
| 12 | |
| 13 | |
| 14 | _____ |
| 15 | MICHAEL KARRAM, M.D.          DATE |
| 16 | |
| 17 | |
| 18 | Subscribed and sworn |
| | to before me this |
| 19 | _____ day of _____, 20_____. |
| 20 | My commission expires:_____ |
| 21 | |
| 22 | _____ |
| | Notary Public |
| 23 | |
| 24 | |

| | - - - - - - |
|---|---|
| 1 | E R R A T A |
| 2 | - - - - - - |
| 3 | |
| 4 | PAGE LINE CHANGE |
| 5 | ____ ____ _____ |
| 6 | REASON: _____ |
| 7 | ____ ____ _____ |
| 8 | REASON: _____ |
| 9 | ____ ____ _____ |
| 10 | REASON: _____ |
| 11 | ____ ____ _____ |
| 12 | REASON: _____ |
| 13 | ____ ____ _____ |
| 14 | REASON: _____ |
| 15 | ____ ____ _____ |
| 16 | REASON: _____ |
| 17 | ____ ____ _____ |
| 18 | REASON: _____ |
| 19 | ____ ____ _____ |
| 20 | REASON: _____ |
| 21 | ____ ____ _____ |
| 22 | REASON: _____ |
| 23 | ____ ____ _____ |
| 24 | REASON: _____ |

31 (Pages 118 to 121)

**A**

A-T-H 51:5
AAG 103:14
AAGO 103:16
Aaron 53:22
Abbrevo 8:10,17
  9:9,18 13:4,8,15
  14:2,5,8,12,20
  15:2,20 23:2,7,12
  54:15,16 94:13,17
abdominal 114:12
ABOG 57:15
absolute 88:21
absolutely 67:9,9
  67:14 71:5 80:9
  86:19 94:6
abstract 48:6 68:20
  75:24 106:13
abstracts 115:22
abundance 69:9
acceptable 113:24
  114:2
access 80:4
accurate 11:23
  118:20
accurately 36:16
  56:8
achieve 87:24
ACKNOWLED...
  120:2
ACOG 57:4,5,5,5
  57:22 58:5 103:17
action 117:15
activities 25:16
actual 94:3
add 41:4
additional 42:8
adductor 13:13,19
  24:10
adipose 11:12
advance 102:21
advantages 13:7,10
Adverse 4:22
  107:11
advice 20:15
affect 96:18

aforesaid 117:7
after-March 29:7
afternoon 5:6
age 5:2
ago 5:9 37:7
agree 14:16,18,24
  15:18 19:8 23:11
  40:15,16,18 45:14
  54:21 72:22 76:2
  76:19 77:18 84:13
  85:2 92:21 93:2
  101:21,23 102:8
  102:23 110:17
  112:16 113:16
  116:8
agreed 103:5
ahead 9:8 41:13
  49:6,7 73:20 83:3
al 1:10
allowed 80:14
alternative 11:11
  54:17
amend 56:7
amended 3:7 6:10
  30:14,15,19,24
American 1:17
  3:15 42:23 72:9
  72:17 103:16,17
analysis 65:9,11
  71:3 78:2 112:7
  112:11,17
anatomical 11:22
anatomy 10:20,21
  10:22 11:5,9
and/or 72:4,16
Angela 1:9 33:6
Angelini 52:16
Angelini's 50:18
answers 120:7
antagonistic 17:2
anterior 24:17
anti-incontinence
  102:7
anticipated 96:20
anybody 56:20
  79:14,18 80:14
  88:20

anymore 9:16,16
apart 47:8
apical 105:13
APPEARANCES
  2:1
apples 76:23
apply 59:21
appreciate 17:13
  38:12,13,16 41:11
  47:7 95:8
approach 8:15 9:2
  9:3 10:8,12,12,14
  10:18 13:5 16:1,7
  16:15,23 17:16,17
  18:13,16,17 19:18
  19:19 20:4 21:19
  21:21 22:5 60:16
  60:17 61:14 63:10
  65:4,5,22 77:14
  77:15,19
appropriate 17:8
  24:11 90:14 114:8
  118:6
approximately
  10:15 37:21 44:16
  115:13
April 29:14,19 31:8
  32:22 33:5 35:17
area 11:13 13:13
  24:11 25:17
Arnaud's 50:12
article 40:24 41:1
  42:12,22 43:16
  44:1 48:7 71:16
  105:23
articles 36:5 37:1
  41:6 62:22 80:3
  90:2 98:20
ascribe 85:3
asked 9:15 14:10
  30:6 38:18 57:22
  58:5,10 79:14,17
  79:18,22 82:22
  90:12 104:1
  108:24 109:8
  110:7 113:10
  114:3 115:9

asking 30:8 61:19
  94:10
assertion 101:21
  102:9
assess 116:5
assessing 97:17
assessment 114:17
associated 15:20
  21:20 23:17 24:4
  24:22 26:3 55:15
  60:13 67:24 73:13
  77:20 84:20,23
  85:11 86:8 89:17
  105:14
Association 103:16
  103:19
assume 86:6
assuming 27:5
Astellas 72:4
Astora 8:22
Athens 105:5
attached 118:12
  120:11
attachments 95:18
attempt 86:22
attempting 71:2
  88:9,13
attention 104:6,9
  106:10 111:10
  112:13
attorney 31:16
  118:16
attorneys 30:24
  54:4
AUA 57:12,21 58:1
Augmentation 3:23
  43:18
AUGS 3:19 43:11
  57:23 58:3,5
  79:24 99:7,10,17
  99:23 103:11
  116:8
authors 72:1
available 17:17
  21:24 56:14,19,24
  80:2
avenues 56:21

average 45:10
aware 14:22 20:10
  20:11 57:6 63:21
  86:13 93:1 94:13
  98:13 102:11,14
  103:21,24
Axel 50:12

**B**

B 51:2
B-E 51:3
back 41:23 47:12
  49:15 83:7 96:14
  97:14 100:12
  104:7
balanced 86:18,21
  86:23 88:10,12,14
Bankers 37:21
  38:14 47:9 48:12
Barber 81:5,7,9,11
  81:17
Barbolt 52:15
Barbolt's 50:20
Bard 72:12
base 63:4 94:24
based 15:7,10,14
  61:23 66:16,17
  73:12 86:10
baseline 28:18
basis 91:14 92:17
  108:4 114:15
Bates 34:10
Beath 50:23 51:1,4
  52:15
beef 29:2
beefed 28:20
beefing 28:24 35:2
begins 29:14 61:8
behalf 2:2,9
belief 16:14 18:12
  66:10 67:6
beliefs 21:2
believe 11:7 12:8
  12:21 15:23 17:14
  18:22 21:19 24:4
  25:6 27:10 35:12
  36:16 65:17 84:18

91:4 97:21 103:11
**bell** 55:11
**benefit** 13:15 95:15
**benefits** 22:22
**BENTLEY** 2:4
  27:16 42:16 68:5
  68:7 75:8
**best** 22:2,2
**better** 11:8,11
  17:16 18:13 20:13
  21:14,19 38:10
**big** 48:14
**biggest** 110:24
**bill** 49:17
**billing** 36:8,9
**binder** 95:13,15
  110:23
**binders** 38:7 48:11
  48:13,14
**bladder** 108:22
**board** 57:19 85:9
  88:17,23 89:1,6,8
**bone** 24:14
**boring** 39:20
**Boston** 72:12
**bottom** 78:9 97:13
  109:14,16
**box** 94:3
**boxed** 94:3
**boxes** 37:22 38:7
  47:9 48:12 53:16
**Boxes-plus** 38:14
**boy** 28:8
**BPH** 5:24
**break** 41:14,17,23
  83:7
**Bridgette** 51:21
  52:14
**Brief** 41:21 83:5
**briefly** 101:4
**bring** 37:20 38:9
**broke** 42:3
**brother** 5:15,18
  7:12,13 46:4 47:1
**brought** 37:20 41:5
  42:7,11,21 47:4
  98:19

**Brown** 1:17
**Bryan** 55:2
**Bulletin** 58:6
**Bulletins** 57:4,5
**bunch** 31:1
**Butler** 2:11 31:16

---

**C**

**C** 117:1,1
**cadaver** 7:18 46:6
**call** 97:10
**called** 50:3 56:13
  78:10
**candidate** 10:7
**capable** 12:20
**captured** 35:1
**care** 16:15,17,19
  102:20 105:12
**career** 45:7,9 98:6
  116:2
**carefully** 118:4
**carry** 9:13
**case** 1:11 6:11 15:6
  15:10 32:12 33:7
  34:2,18 41:10
  77:24 98:7 101:1
  102:15 103:6
  107:1,24 110:16
**case-specific** 32:6
  33:22
**cases** 7:12,15,19,20
  10:15 16:8 26:1
**catch** 73:18
**Catherine** 50:23
  51:1 52:15
**cause** 114:14
**causes** 23:21 24:5
**certain** 19:9 23:9
  25:16 49:14 62:24
  63:2 90:9
**certainly** 31:22
  43:8 88:16,20
  102:10
**certainty** 60:12
  63:8 66:11 88:21
**Certified** 1:16
**certify** 117:6 120:5

**cetera** 56:22
**chance** 61:12 62:13
  63:9
**Chang's** 50:14
**CHANGE** 119:4
**changes** 96:23
  118:11 120:10
**CHARLESTON**
  1:3
**Charlotte** 50:15
  55:24
**check** 5:22
**Chen's** 51:9
**choice** 9:22 11:8,11
  11:11 16:5,10
  17:16 18:15 19:18
**choose** 12:3 14:12
  48:10
**choosing** 10:4
**chose** 70:18
**Christopher** 72:15
**chronic** 26:4,5,8,12
**Ciarrocca** 51:7
  52:15
**Cincinnati** 1:18
**circumstances** 17:4
  19:9 21:9 90:9
**citations** 37:1
**cite** 17:21 18:2
  67:16 69:6 95:24
  104:22,22
**cited** 104:11
**cites** 61:24 95:19
**clear** 23:12,15 40:1
  58:9 113:2
**clinical** 4:11 10:3
  14:3 93:10 96:1
  96:19,20,22
  108:21 114:9,17
**clinically** 91:8 92:7
  92:18 94:20
  105:11
**close** 74:5
**Cochrane** 4:6
  63:21,22 64:1,13
  64:16 65:11,14,17
  65:20 68:8 83:18

84:3,17 85:14,23
  110:11,13,14
  111:15 112:7
  113:3
**cohort** 84:10
**College** 103:18
**colloquy** 101:19
**Colony** 2:11
**Colorado** 2:6
**combined** 22:10
**come** 18:4 22:22
  44:9 71:13 78:19
  90:3 100:11
**comes** 50:3 98:15
**comfortable** 90:5
**comment** 85:7
**commission** 117:22
  120:20
**commissioned**
  117:5
**committee** 45:20
  57:6,11
**common** 25:6
  75:18 76:4,18
**commonly-held**
  24:20
**communicate**
  18:23 19:3
**company** 30:8 50:3
  59:23 96:24 97:3
  97:11 109:10,13
  115:15
**comparative** 62:24
**compare** 61:2,23
**compared** 14:20
  60:14 70:10 73:9
  77:15
**compares** 77:10
**comparing** 4:7,8,17
  60:16 63:22 66:9
  67:21 74:14 76:23
  78:10 82:5,7
  106:3 108:20
**comparison** 112:20
**compartment**
  105:13
**competence** 20:22

**complained** 70:5
**complete** 32:24
  33:6,6
**complication** 24:21
  25:7,10 44:18
  45:17 104:15
**complications** 4:5
  22:3 25:5 44:3
  73:7 75:18 76:4
  76:18 77:9
**comprised** 115:14
**computer** 78:24
  79:2,3,12,19
  82:15
**concept** 86:17,21
**concern** 70:24
**concerning** 6:20
**concerns** 43:22
  69:23
**conclude** 100:1
**CONCLUDED**
  116:23
**concludes** 47:6
**conclusion** 17:15
  44:13 48:6 71:13
  76:3 92:17 96:16
  105:9 111:15
**conclusions** 100:11
  100:12,22 105:7
  108:15
**Concomitant**
  105:12
**condition** 102:22
**confidence** 76:7
**confounding** 69:18
**cons** 22:1
**consent** 19:4
**consenting** 67:3
  85:19
**consider** 10:7 17:1
  48:4 109:1 114:10
**considerations**
  11:3 23:3
**considered** 114:16
**considering** 15:18
**consistent** 21:3
  35:23 100:23

Michael Karram, M.D.

Page 124

**Cont'd** 4:1
**contained** 38:4
  47:9 115:20
**containing** 37:22
**contains** 115:11
**context** 21:23
  86:14,15
**Continence** 103:19
**continue** 26:23
  78:4 100:4 116:9
**continued** 25:23
  27:6
**contradict** 88:6
**contraindications**
  17:5
**control** 69:11 71:7
  109:7 110:1
**controlled** 109:20
**conversations**
  31:21
**copies** 37:23
**copy** 93:15 99:2
  110:19,21 115:4
**correct** 5:23 6:22
  8:18 11:18 14:9
  15:12,13,16,17
  16:3,12,15,23,24
  17:2 18:10 19:5
  20:14,17,19,22
  21:4,12 22:6,19
  23:13 26:4,9,10
  27:6 28:4,5 32:14
  32:17 33:11 34:4
  34:12 35:14,15,16
  35:19 37:12 39:18
  40:9,10,12,13
  42:9,10 43:23
  44:8,22 46:5,13
  46:21,22 47:2,3
  47:17,21 48:3,20
  49:3 50:7,10
  51:17 52:12,13,18
  52:19 53:11,14
  56:10 58:12,13,21
  59:8,15,16,19
  60:2,3 61:16 64:7
  65:9,10,15,18,23

66:2,3,12 69:6
  70:19 72:5,7,8,10
  72:11,13,14,17,18
  72:20 74:15 75:14
  75:21 77:11,12,16
  77:21,22,24 78:1
  78:3,11,12,15
  80:21 81:1,6,14
  82:3 83:17,23,24
  84:3,7,8,15,16,16
  86:23 87:15,19
  88:10,24 89:7,24
  90:15,20 92:4,5,9
  92:14,24 96:12,13
  97:1,2,4,7,8,15,16
  97:19,20 98:7,8
  113:18,19 115:7,8
  115:11 116:3,4
  120:7
**corrections** 118:5,7
  120:9
**correctly** 46:23
  61:22 63:15 89:24
  101:15
**correlate** 36:4
**counsel** 37:17 38:5
  57:2 117:12,14
**counselor** 46:7
**country** 21:2
**course** 7:17 25:13
  46:5,6 79:24 98:6
  116:2
**court** 1:1 6:9
  118:20
**cover** 59:14
**creating** 30:15,18
**credentialing** 45:19
**critical** 19:2
**CRR** 117:4
**cure** 83:16 84:2,6
  84:11,19,22 85:3
  85:11,13,13,24
  86:8 87:13,15
  88:18,23 89:3,5
  89:16,18,21 106:6
  106:8,18,19
  107:16

**currently** 18:4 94:7
**cut** 4:12 91:9 92:8
  93:11 96:2
**Cutter** 33:20 34:1
  34:10

**D**
**D** 2:4
**Daniel** 54:23
**data** 14:5,22 15:4
  23:6,16 28:21
  30:21 61:20 62:17
  62:20 70:22 71:8
  78:10 84:15 88:6
  90:2 96:22 108:3
  108:4 109:19,19
**date** 34:20,22 96:7
  97:15 118:9
  120:15
**Daugherty** 1:9,9
  33:6
**David** 39:4,11
  50:14 56:3
**day** 8:20 26:23
  49:15 117:17
  120:19
**days** 49:1 118:16
**decide** 10:18
**deciding** 114:7
**decision** 10:3 14:3
  22:10,23 71:17
  114:10
**deck** 80:11 82:12
  82:15
**deemed** 118:19
**Defendants** 2:9
**deficiency** 10:10
**define** 16:16
**definitely** 25:4
  110:18
**degrade** 53:6
**degree** 60:12 63:7
  66:10
**deleted** 82:3
**demonstrates** 15:2
  87:12
**demonstrating**

53:9
**Dennis** 39:4
**Denver** 2:6
**dep** 51:11
**department** 105:5
**depends** 10:21,21
  11:4 12:12,24
  16:16 17:1 48:4
**DEPONENT** 120:2
**depos** 54:10
**depose** 117:8
**deposed** 5:3 52:1
**deposing** 118:16
**deposition** 1:13 3:7
  5:10,11,12 6:11
  6:20 28:12 30:5
  30:10,13,22 32:12
  32:13 37:21 38:23
  38:24 39:7,8,16
  39:22 40:3 41:5
  42:8 46:14 50:18
  50:21 51:9,15,19
  51:24 52:9 53:20
  54:2,6,12,13,14
  54:16,24 55:9,13
  55:19,21 56:6
  59:4 92:11 97:22
  116:16,23 117:7
  117:10,11 118:3
  118:13,17,19
**depositions** 38:19
  39:1,2,3,4,6,10,11
  39:21 50:4,6 52:6
  56:3,10 59:7,11
  59:24 109:10,12
  109:21
**deps@golkow.com**
  1:24
**describe** 8:24 29:13
  29:24 84:5
**described** 20:5
  32:4
**detail** 36:23 48:8
  93:17
**device** 6:21 7:2,9
  7:23 8:5,16 11:8
  13:22 14:4 24:15

24:22 26:3 46:21
  52:18 54:17 55:15
  62:15 84:20,23
  85:12 87:12 89:17
  89:19 93:21 94:3
  94:3
**devices** 8:7 23:4
  81:19 94:8 96:21
  96:23
**diagnosed** 5:20
**diagnosis** 5:22
**difference** 15:9
  91:9 92:7,13,18
  94:20 98:13
**differences** 8:24
  14:2 82:10 96:21
**different** 14:21
  15:1 20:10 21:7
  22:4 39:17 52:5
  56:21 61:24 71:9
  90:23 98:20
  108:21 113:7
**differential** 5:22
**differently** 19:11
  19:13,20
**direct** 106:10
  111:10 112:13
**directly** 54:11 56:6
**disagree** 72:23
**disclosing** 72:1
**discuss** 18:12 21:23
  22:21 31:20 59:18
  67:16 69:5 70:18
  70:23 74:8 83:14
  83:22
**discussed** 28:12
  79:6
**discusses** 91:3
**discussing** 15:23
  32:5 33:10 44:12
  54:15 72:22 74:22
  83:16 84:14 85:13
  86:7,22 87:14
  90:18 92:4
**discussion** 21:16
  23:1 54:5,7 86:2,3
  111:12

discussions 79:23
Disorders 57:24
disputes 70:22
DISTRICT 1:1,2
  1:10
division 1:3 24:18
divvied 33:13
doctor 6:9 16:9,21
  17:14 19:16 21:17
  22:24 23:11,17
  24:1 27:9,21 29:9
  29:18 37:19 38:18
  41:23 42:19 44:6
  45:1 46:17 47:5
  47:13 58:9 60:5
  60:11 62:4 63:6
  64:12 65:3 67:4
  67:11,15 68:15
  70:24 72:22 77:18
  78:4 79:5 81:4,16
  82:11 83:7 85:2
  86:6,18 91:2,13
  92:3,16,21 93:21
  95:4,7,23 96:7,24
  97:9,14,21 98:2,5
  98:9,19 99:13
  100:13 101:4,21
  102:3,8,14,17,23
  103:4,9 104:1,11
  104:20 105:7,16
  105:21 106:6
  107:5,14 108:7
  110:6 111:12
  112:10,22 113:12
  113:22 114:3,15
  115:1,13,19 116:5
  116:12,15
doctors 66:18,19
  66:20 89:18
document 1:8 6:15
  38:3 55:24 79:16
  86:13,14,15 93:3
  93:6 95:24 96:4,8
  96:12,15 97:1,15
  97:17 99:6 101:11
documents 30:7,7,8
  30:9,21 36:21

37:8,12,14,15
  38:7 39:15,18
  47:17,21,23 48:2
  48:9 56:24 57:1
  57:20 58:11,14,20
  58:23 59:23 95:13
  97:4,11 109:24
  115:15,17
doing 48:18 118:8
double-sided 77:5
doubled 77:15
doubt 41:6
Dr 5:6 7:1 37:24
  41:4 53:21 54:14
  55:9,12 80:6,8
  89:14 106:5 111:9
drafting 28:24
drive 38:5
due 69:1
duly 5:3 117:5,8

————————

**E**
E 117:1,1 119:1
earlier 14:6 16:1
  28:19 45:9 46:8
  59:14 90:18 97:22
  103:9 108:24
early 67:23 69:1
East 1:17
editing 31:10
education 66:17
  67:1 102:1 114:19
effective 12:16
  20:17 22:17 54:17
  100:2 101:14
  108:5 116:9
effectiveness 12:10
Effects 4:22 107:11
efficacy 4:22 12:23
  12:24 20:22 52:17
  92:24 96:23 98:14
  105:10 107:11
  108:16 110:3
  116:7
effort 38:13
eight 37:21 38:14
  52:4,5

either 37:2 41:1
  60:20 66:18
elicited 27:3
Email 2:7,13
employee 117:13
employees 38:20
  109:22
employees' 38:24
endorse 100:7
endorsed 99:24
  103:10
entire 54:2 59:11
  79:18
entitled 22:16
  47:14 96:1
entries 31:14 32:20
  34:7 35:12
entry 29:19,22
  32:11 33:5,20
  34:1 35:17
equal 14:12 23:6,10
  60:23 61:2,22
  66:11
equivalent 12:22
erosion 25:8
errata 118:6,9,12
  118:15 120:11
especially 39:21
  93:10
ESQ 2:3,4,10
essentially 12:9
  19:20 46:24 96:19
establish 96:22
established 59:6
  92:10 97:21
estimate 45:6
et 1:10 56:22
ETH.MESH 93:3,6
Ethicon 1:5,10 8:2
  8:10,17 37:8,12
  37:15 38:19,24
  47:16 53:9 72:7
  86:7 96:16 109:10
  109:23
Ethicon's 7:1 8:5
  8:16 46:21 53:13
  57:1 82:18

evaluated 87:23
evaluating 77:9
evidence 10:9 23:9
  94:19,24 97:11
  109:1,4,13
evidence-based
  3:17 42:24
exact 25:1 45:5
exactly 20:4 30:3
  67:19 91:15
Examination 3:3,4
  5:4 95:21
examinations
  57:19
examined 5:3
example 50:17 53:4
  85:11
excellent 51:16
  105:12
excerpts 59:12
excess 69:1
excise 25:19
excised 25:20 26:13
excision 26:19
Executive's 57:11
exercises 25:16
exhibit 3:7,10,11
  3:15,19,21 4:3,6,8
  4:10,11,13,16,20
  6:10,13 27:10,15
  27:17,23,24 28:3
  28:17 29:1,4,9,10
  29:11 31:4 36:14
  36:22 40:8 42:2
  42:17,19 43:3,5
  43:10,13,15,16,22
  44:4,5,6,10 47:12
  49:24 58:18 60:5
  63:19 68:5,8,10
  68:17 75:9,10
  95:20,24 99:5
  104:18,21 105:19
  105:22 107:3,6
  110:11,19
exhibits 3:5,6,8 4:1
  27:19 62:13 95:14
experience 4:4 13:2

15:11,15,19 44:3
  44:7,15 63:4
  66:17,18 67:1
  71:9 73:12,13
  78:3 85:21 86:11
  88:7 89:16 90:11
  92:20 102:1
  114:19
experienced 13:2
  13:21 26:2 70:10
experiencing 61:12
  62:14 63:9 66:11
expert 3:8 4:11
  27:10,22 93:10
  96:1
experts 71:13
  100:9
expires 117:22
  120:20
explain 18:15 49:9
explained 22:12,13
expressed 66:5
extensive 110:14
extensively 102:6
extent 62:12
extra 49:16
extract 95:13
extrapolate 45:7
eyes 48:5,17 50:9

————————

**F**
F 117:1
facility 10:23 12:4
  18:9 45:20
fact 11:21 21:13
  64:5 86:21 94:17
  102:14 108:9
factors 4:23 107:12
  114:10,16
fail 4:15 105:5
  118:18
failure 105:15
fair 9:10 12:19
  19:15,21 28:19
  31:6 32:6,16 35:3
  36:11,12 39:11
  45:11 52:11 84:19

86:17,21,23 88:9
88:12,13
**fairness** 100:13
**fall** 97:12
**familiar** 30:20,22
64:3 67:18
**far** 24:17 73:1,4,8
**farther** 73:5
**fault** 17:6
**favors** 65:22
**fax** 1:23
**FDA** 57:6,10,11
**feel** 17:8
**fellows** 10:24 57:18
**felt** 30:5
**female** 6:1 57:16
80:1
**fewer** 45:15
**field** 71:13 100:9
**Figure** 76:24 77:7,8
**File** 1:5
**finalize** 34:21
**financial** 72:1,3,4
72:16
**find** 12:1 13:7
25:20 56:20,23
70:24 74:2 75:22
99:18,21 112:7
113:16
**finding** 44:6 74:14
**findings** 112:1
**fine** 5:7
**finger** 12:1
**finished** 95:3
**Finland** 106:5
**first** 5:2 7:5 9:22
14:9 20:12 24:12
25:15 29:13,19
30:22 31:11 33:1
33:20 35:17,24,24
46:10,19 50:11
61:6 66:5 71:24
79:5 81:4 112:5
115:10,20 117:8
**first-line** 16:10
19:18
**five** 7:19,20 14:8

41:5,19 45:24
47:1 77:4,5
107:18
**five-year** 4:16
106:2 107:19
**flipped** 27:16
**floor** 57:24 103:22
**fluent** 11:1
**focused** 20:16
**focusing** 84:17
**folders** 53:17
**follow-up** 4:23 27:6
84:11 95:11
107:12
**followed** 63:1
**following** 72:23
110:8
**follows** 5:3
**Ford's** 4:6 63:22
**foregoing** 117:9
120:6
**forgot** 41:2 49:17
**form** 19:6 20:18,23
21:22 22:20 23:14
23:22 26:24 53:15
54:18 55:16 59:1
59:10 60:22 62:9
62:16 66:14 70:20
71:4 73:3 82:20
85:5,17 86:12,24
87:4,8,17 88:11
88:19 89:9,20
90:16 94:22 98:18
100:21 101:3,18
102:12 103:2,8
108:19 109:15
113:20 114:18
120:10
**formation** 100:6
**formed** 107:1,22
**forming** 100:24
103:5 108:5 109:1
113:4
**formulating** 97:4
**found** 9:17 18:6
**foundation** 103:8
**four** 49:1 77:4

**fourth** 1:17 83:15
**France** 107:13
**frankly** 22:15
**fray** 53:6
**frays** 53:10
**Frequently** 57:22
58:5
**friend** 80:9
**front** 6:12 28:1
33:18 36:14 64:13
68:13,20 69:20
95:16 108:15
**Frost** 1:16
**full** 38:7,7 39:3
64:15,17 89:15
**full-length** 23:2
**function** 115:24
116:1
**funny** 51:18
**further** 26:13,15,16
116:11

---

### G

gbentley@zonies...
2:7
**Gene** 53:2 92:11
**general** 1:11 73:5
82:4 90:13,15
**generally** 29:24
108:14 114:7
**generated** 109:20
**getting** 5:24 65:1
**give** 6:20 13:19
22:5 25:1,4 45:5
45:10 53:13 74:24
80:12 89:22 90:1
90:4 95:4 104:7
**given** 32:13 75:4
117:10 120:8
**gives** 80:14 108:4
**giving** 21:5 79:4
89:13 90:5 117:6
**go** 5:19 9:8 10:3
20:9 27:7 35:6
41:13,24 48:14
49:6,7 73:5,8,20
75:23 83:3,3,8

91:21,22 93:17
101:4
**go-to** 10:13,14
**going** 6:9 8:21,22
11:5 12:16,17
27:9 32:18 37:19
42:2 46:5 49:8,15
59:18 63:6 76:7
87:19 89:4 93:17
93:18 95:12 96:10
97:10 98:23
101:10 104:20
105:21 107:5
**GOLKOW** 1:22
**good** 5:6 10:7 17:12
22:5 70:21 111:8
**GOODWIN** 1:9
**gotcha** 6:4 31:23
**Graft** 3:12,22
42:14 43:18
**graph** 77:13
**Gray** 42:23
**great** 1:17 41:15
55:13 56:9 59:6
102:21
**greater** 106:8
**Greece** 105:6
**Green** 42:13 44:1
**Greg** 6:5,7,9 64:15
68:4
**GREGORY** 2:4
**groin** 10:22 11:4,13
13:9,13,20,23
14:19 15:2,20
23:7 24:3 25:10
55:14 60:13,20
61:1,12 62:3,11
62:14 63:9 64:7
66:11,21 67:7,24
73:7,13,24 74:3
74:22 110:7 111:9
111:13,16,19
112:3 113:17
**groin/thigh** 23:13
65:22
**grounded** 21:11
**group** 21:6 69:2

106:4,20,22
107:13,13
**guess** 12:2 66:15
89:14
**Guide** 57:14,15
**Guidelines** 57:21
58:2
**guy** 5:17 31:18
**guys** 48:13
**Gynecare** 72:7,17
**Gynecologic** 3:22
43:17 103:17,20
**Gynecology** 3:12
3:16 4:4 42:14,24
44:2 103:18

---

### H

**halfway** 61:6
**hand** 6:10 98:23
104:20 105:21
107:5 114:23
117:17
**handed** 27:9,22
**handing** 75:8 95:23
99:4
**hands** 12:17 14:15
15:1,9 17:9 23:5
85:23,24 87:18,19
87:20,23 89:2
90:7,8,8,9
**hang** 64:2
**happen** 39:22
**happened** 6:2
**happens** 27:7
**happy** 68:3
**hard** 11:19 37:22
85:18
**Hart** 52:15
**Hart's** 51:19
**hate** 46:7
**head** 17:22 63:18
**heading** 78:10
**Health** 57:10
**heard** 67:20
**Hellhammer** 51:21
52:14
**help** 76:14

helped 67:10
helpful 75:4
hereunto 117:16
high 67:23 101:12
 105:10
high-level 97:11
higher 13:18 18:6
 20:5 22:2,3 45:16
 62:3,18 63:3,3
 64:6 66:20 67:7
 73:6 85:4,13 86:9
 105:14 111:18
 112:8
highest 109:4,7
Highland 2:11
Hinoul 51:23 52:1
 52:6
Hinoul's 50:13
historical 28:14
historically 37:2
 93:22
history 102:7
hit 101:11
Hoelste 52:8
home 48:12
honestly 69:13
hopefully 38:4
hospital 12:4 45:20
hour 32:3,5,9
hours 29:20 31:8
 32:16 33:4,9
 34:10,13 35:18
 36:10 49:16
How'd 40:5
Hunsicker 52:20
hypermobile 10:9
 19:12
hysterectomy
 105:13 114:13

**I**

ICS 57:9
identification 6:13
 27:19 29:4 42:17
 43:3,10,15 44:5
 63:19 68:10 75:10
 95:20 104:18

105:19 107:3
identify 32:19
 63:16 89:24 99:6
 114:14
IFU 90:24
impact 44:8
imperative 118:14
implant 15:7,8
 89:23 101:14
implanter 12:12
 13:1,1,2 15:8
implies 62:12
important 18:22
 20:7 22:21 82:8
 86:20 100:12
impression 81:24
improvement
 105:11
incidence 13:18
 62:3 63:3,4 67:7
 67:23 73:6 110:7
include 41:2 69:22
 99:11 110:1
includes 113:9
incontinence 4:19
 4:21 7:24 8:13
 10:9,11 16:24
 19:12 20:11 21:6
 28:15 43:13 46:20
 87:22 99:9 100:3
 102:21 106:4
 107:11 112:21
incorporates 85:21
incorrectly 12:16
increase 19:23 20:1
increased 74:14
index 3:1 14:11
index-type 12:20
indicated 10:17
indication 15:24
 25:7
indulge 99:1
inflicts 23:12 60:20
influence 69:19
 71:16
inform 14:3 19:4
 21:1,18 22:6,7

information 18:22
 28:21 30:4 48:14
 52:16 69:10 89:22
informed 110:2
initial 30:4
injections 25:17,17
 26:18,20
injure 24:9,13
injuries 108:23
injury 55:14
inner 61:1,13 62:11
 62:14 63:9 64:6
 66:12,20 67:8
inserting 24:14
inside-out 9:3 10:1
 11:2,14 60:17
 61:2,9,12 62:3,5
 63:1,8 66:21
 69:21 72:23
instances 18:16
institutions 62:24
instruct 19:9 20:7
INSTRUCTIONS
 118:1
interchange 12:11
interchangeable
 11:20 12:9,18
 14:14
interest 72:3,4,16
 117:14
interested 32:4
interests 72:1
interject 37:18
internal 11:12 37:8
 37:12,15 39:17
 47:16 55:24 58:10
 58:13,20 59:23
 96:24 97:3,11
internally 53:8
 92:12
Internet 56:21 80:2
interrupt 23:23
 46:8 112:24
interval 76:7
Interventional 57:8
intrinsic 10:10
introduce 24:10

introduced 97:22
introduction 97:18
invasive 3:21 43:17
 75:19 76:6,11
invoice 29:13 32:20
 33:3,15 34:7,16
 35:5,8,10 48:22
 48:23 49:11,12,20
invoiced 35:6
invoices 3:10 29:6
 34:17 35:1,6,11
 36:10 48:19 49:10
irritating 24:17
ischiopubic 73:6
ISD 16:4,5,11,13
 16:22 17:3,8,18
 17:24 18:5,7,13
 19:5,10,14,17
 20:1,17 21:3,7,14
 21:17,17,20 22:18
 90:20,23 114:5,9
 114:14
Isenberg 52:22
issue 11:15 20:15
 24:6
issued 30:13 34:17
 49:1
issues 4:7 22:4
 63:23 71:12
issuing 102:15
it'd 52:11
Italian 107:13
IUGA 57:9,9,14
 58:4

**J**

James 51:19 52:14
Jimmy 1:9
Joe 5:8
Joerg 52:8
Jones 52:24
Jordan 2:10 31:15
 41:14 46:12
jordan.walker@...
 2:13
JOSEPH 1:9 2:3
journal 3:11,15,21

4:3 41:1 42:13,13
 42:23,23 43:17
 44:2,2 71:18,20
 71:22
journals 41:6 56:21
 71:9
JUDGE 1:10
July 117:18
June 1:19 34:23,24
 48:23 49:5,11
 100:19
justification 101:7
 102:3,18
jzonies@zoniesla...
 2:7

**K**

Kammerer 53:2
Kammerer's 53:4
 92:11
Karram 1:13 3:2
 5:1,6 7:1,14 37:24
 41:4 89:14 111:9
 117:7,11 120:15
keep 49:13
Kimberly 52:20
Kirkemo 53:21,22
Kirkemo's 54:14
know 17:22,23 18:3
 20:2,12 22:16
 25:3 27:7 34:20
 35:11 36:7 37:18
 38:2,6,15 39:2
 41:9 43:7 45:14
 48:13,17 49:13,19
 52:5,11 53:4
 55:23 56:3 62:1,4
 64:1,3 67:17,18
 69:13,13 70:24
 71:6,18 77:5 80:6
 85:22 93:6 94:1
knowing 114:15
knowledge 82:5
knows 85:22

**L**

lab 7:18

Michael Karram, M.D.

lacking 30:4
laid 90:24
Lamont 54:23
language 44:23
Laparoscopists 103:17
large 11:12,17 36:24 48:9 59:3 69:9 117:3
largely 47:16
laser 4:12 91:10 92:4,8 93:11 96:1
laser-cut 91:3 92:13,19,22 93:23 94:5,8,14,21 96:8 96:16,21 97:17
lasting 112:4
lastly 25:18
lateral 24:17 65:4,5 73:1,4,8
latest 48:21 49:12
Laura 33:7 50:18 52:16
LAW 2:5
lawful 5:2
lawyers 53:13 82:18
lay 50:9
leading 86:10
Learning 57:16
leaves 13:12
lecture 21:5
leg 55:14 60:20 61:1,13 62:11,14 63:9 66:12 67:8 67:23 69:1,21 70:5 73:13,23 74:3
length 63:2
Let' 64:11
let's 40:2 86:5
level 20:22
LIABILITY 1:6
Library 83:18 84:18 85:14
life 26:14
limitations 90:19

106:11 107:15
line 67:10,13 77:13 101:10,19 112:10 119:4
Lisa 55:2
list 3:9 27:18,23 29:20 30:6,11,14 30:16,19,21,24 31:2,5,9,10 32:22 33:4 35:19,21,21 36:5,13,16,22,24 38:4 40:7,8 41:2,7 42:3 47:12,24 49:17 50:1 56:8 58:18 59:13,17 93:2 114:21 115:6 115:10,14,21
listed 58:20 59:5 81:9
listing 58:14
lists 113:6
literature 14:1 15:16,19 17:15,19 17:21 21:12,13 23:12 40:12,15,20 42:7,8 47:13 61:23 62:6 63:17 65:18 69:10 73:12 88:4,6 97:6,12 98:3,5,10,14 100:11 101:24 109:24 110:15 114:20 115:11,14 115:20 116:6
LITIGATION 1:6
little 45:9 63:3 72:24
live 26:14
LLC 1:17 2:5
LLP 2:11
long 18:17,20 22:12
long-term 3:24 26:4,5,7,12 43:19 77:9 104:12 105:10 108:3,4
longer 13:17 80:20
look 29:19 33:15

36:24 48:10 68:3 68:19 69:15,15 70:2 75:16 85:6 86:14 110:23 111:1 115:1
looked 17:23 18:1,5 48:8,20 53:18 59:2,3 81:8
looking 16:6 31:4 42:6 64:8 65:21 68:12 71:11 76:9 77:8 80:6 91:15 99:1 113:12
looks 36:12 39:17 69:13
loose 53:10
lot 10:20 11:23 30:7 39:15,20 69:18 85:18 86:2
low 104:15 113:17 113:21
lower 85:13 87:14 114:1
lowest 44:19

**M**

M.D 1:13 3:2 5:1 117:7,11 120:15
majority 16:8 37:1 70:21
making 114:10,17
male 6:2
management 28:15
manufactured 9:16
manufacturer 72:5
manufacturers 72:13
March 28:8,10 29:3 37:6 39:9 47:20 58:9,24 60:2 82:18 96:9 97:15
mark 41:16 95:13
marked 6:13 27:19 29:4,9 41:10 42:16,17 43:3,4 43:10,15 44:5

63:19 68:8,10 75:9,10 95:20,24 98:21 99:4 104:18 105:19 107:3 110:19
market 8:21 97:18 97:23
marking 42:19 104:21 105:22 107:6
Marty 39:5,10,22 50:15 56:4
Master 1:5
material 31:1 101:14
materials 37:20,23 47:14,24 49:24 56:12,13 59:5,8 59:13,15,22 75:5 81:10 95:18
matter 87:9 94:11
Mayne 72:15
McCoy 55:4
MDL 1:5
mean 11:19 23:23 25:3 28:11 40:20 40:23 41:3 45:11 54:7,9 56:18 64:17 73:18 89:3 113:22,24
meaning 59:22
meaningful 105:11
means 12:13 40:24 56:20
meant 20:4 76:10 76:10
mechanically 91:10 92:8
mechanically-cut 53:5,9 92:4,14,19 92:23 93:23 94:5 94:9,14,15,18,21 96:17
medial 65:4,5
medical 40:11,14 40:20 42:6 47:13 60:12 63:8 66:10

72:9,17 97:6,12 98:2,10 101:24 109:24 114:20 115:11,14,19
medications 25:16
medicine 3:17 43:1 57:16 80:1 87:5,6 87:10
medicolegal 3:18 43:1
medium-term 77:10
meet 69:14,14
Megan 50:13
member 57:4,9 99:17
members 100:9
Meng 51:9
mention 88:5
mentioned 11:4 19:8 33:1 50:14 56:5 103:9
mentioning 89:12
mesh 3:12,19 4:5 4:12 13:12,13,13 13:17,18 26:9,13 42:14 43:12 44:4 44:18 45:2 52:12 53:5,9 57:12 72:5 72:12,19 80:12 86:22 91:3,9 92:4 92:7,14,19,23 93:11,23 96:2,8 96:17,21 97:18 102:5,19
mesh-based 44:17
meshes 16:6
met 79:5
meta-analyses 69:10 71:6 109:6 109:20 110:1
meta-analysis 83:19 110:17,18 111:16
method 20:17
MICHAEL 1:13 3:2 5:1 117:7,10

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Karram, M.D.

120:15
**Mickey** 7:14
**midurethra** 11:23
12:1
**midurethral** 3:16
3:20 4:18 11:21
11:24 18:1 42:24
43:12 46:19 58:3
59:14 75:19 76:5
99:8,11 100:1,7
102:6,19 103:23
106:3 110:4,16
**mine** 64:23 80:9
**mini** 74:14 76:20
76:20 77:20 78:2
82:7
**minimally** 3:21
43:17 75:19 76:5
76:10
**misleading** 85:3,16
86:1 89:1,7,11
**misplace** 49:14
**Mississippi** 2:12
**mistaken** 78:18
94:16
**mixed** 10:10
**modalities** 27:3
**modifications**
28:19
**modify** 62:7
**moment** 37:18 83:2
**Monarc** 8:8,16,19
9:1,2,5,9,19,23
10:2,4,19 11:5,8
11:18 12:3,5,8,15
12:21 14:11 23:20
60:14 72:10 81:12
**Monarcs** 8:22
**monofilament**
102:5
**month** 45:8
**months** 5:9 28:9
37:7 58:19 112:5
116:1
**Moore** 1:15 117:4
117:21
**Moran** 72:3

**Morrison** 33:7
**multiple** 56:21
61:24 71:8 114:12
**multitude** 53:16
**muscle** 73:2
**muscles** 13:14,19
24:10
**musculature** 11:15
**mutual** 22:23

_____

**N**

N 2:10
**NAFC** 103:18,19
**name** 5:8 51:18
55:10,23
**names** 56:1
**National** 103:19
**necessarily** 36:3,4
54:22
**necessary** 96:22
118:4
**need** 20:13
**needed** 30:3,5
**needle** 73:1
**neither** 117:13
**nerve** 24:18 55:14
**Never** 53:8 79:21
**new** 43:11 58:19
99:7,14
**Nice** 58:2 95:9
**NIH** 57:7
**Nilsson** 84:15
106:5
**non-company** 30:9
**nonstatistically**
63:23 64:6
**normally** 19:21
**notary** 117:5,22
120:22
**noted** 118:11
120:11
**notice** 1:14 3:7 6:10
67:15
**Notification** 57:10
**notifications** 57:7
**number** 24:13,16
25:1,4 26:2 31:14

38:6 45:5 48:9
55:13 56:9 59:3,6
85:7 86:16 87:20
97:3 98:19 101:13
102:3 103:10
104:1,12 109:9
113:6 114:3
**numbers** 77:3

_____

**O**

**O'Bryan** 55:6
**obese** 11:16 114:12
**object** 19:6 20:18
20:23 21:22 22:20
23:14,22 26:24
53:15 54:18 55:16
59:1,10 60:22
62:9,16 66:14
70:20 71:4 73:3
82:20 85:5,17
86:12,24 87:4,8
87:17 88:11,19
89:9,20 90:16
94:22 98:18
100:21 101:3,18
101:18 102:12
103:2,8 108:19
109:15 113:20
114:18
**objection** 103:15
109:17 113:23
**objective** 3:24 4:13
30:18 43:19 71:3
71:5 83:16 84:6
105:3,10,14 106:6
106:8,18,19
107:16
**observe** 46:24
**observing** 45:24
**Obstetrics** 3:11,15
4:3 42:13,23 44:2
103:18
**obtained** 41:8
**obturator** 4:9 6:24
10:7,11,14,17
12:5 13:5 15:21
15:24 17:17 18:17

19:19 21:21 23:13
23:18 24:18,20
65:4,5 67:22 69:2
70:7 84:20,23
111:16 112:7
113:17 114:4
**obviously** 20:12
**occurred** 29:1
49:20
**occurrence** 111:18
112:4
**odds** 75:20 76:6
**office** 57:15 117:17
**offices** 1:16
**official** 117:17
**oh** 11:10 27:14 28:8
40:5 43:5 44:14
45:4 49:6,15 51:4
59:11 62:10 64:22
73:20 91:19
115:18
**Ohio** 1:18 5:15,16
5:18 117:2,6,22
**okay** 6:19 9:24
10:16 16:18,20
17:12 24:9 27:21
29:11 30:23 31:14
32:1 33:15 36:7
37:3 39:8,20 40:6
43:14,20 45:22
47:7 49:19 56:7
58:9,16 60:8
61:7,11 64:11,22
64:24 65:1,6 68:6
74:21 75:6,11,23
76:15,17,17 77:2
78:6,6,9 80:19
81:13,20 83:13,21
91:13,19,21,23
92:21 95:3,6,7,23
101:6 104:8,10
108:14 110:20
111:8,11 113:1
115:1,3
**ones** 48:10 50:16
56:5
**online** 56:21

**operation** 19:5
**opines** 54:15
**opinion** 10:17
12:18,21 15:6,7
15:10,14 16:9,12
16:14,21 17:3
19:16 23:20 24:5
45:16,18,19 54:20
60:11,19 61:19,21
62:5 63:7,12,17
66:4,5,24 77:23
87:9,9 90:19
91:11,12,14 92:6
92:8 94:18,19
95:1 97:4 108:3,5
116:6
**opinions** 52:12
57:6 98:7 99:19
100:1,6 101:1
103:5 107:1,22
108:12 109:2
113:4
**opportunity** 5:9
**opposed** 115:15
**opposite** 38:5
**options** 22:22
57:24
**oranges** 76:23
**ordering** 94:7
**Organ** 57:13,14
**organizations**
56:22 103:10
**Organized** 75:7
**original** 31:10 48:7
66:15 79:7 80:19
118:15
**originally** 45:23
**outcome** 65:5
89:13 112:21
**outcomes** 3:24 4:14
21:20 43:19 44:8
77:10 92:23 105:4
**outside** 11:24
**outside-in** 9:2 10:2
11:2 60:16 61:3
61:14 62:2,18
63:1,10 65:22

_____

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Karram, M.D.

66:9,21 67:7
69:21,22
**overall** 15:19 87:12
**Overview** 57:8
**overwhelming**
70:21
**Owens** 50:15 55:24
**Owens'** 55:9,12

**P**

**p-value** 69:14
70:11
**p.m** 1:19 116:23
**packaging** 53:11
**page** 3:1,6 4:2 60:7
61:5 64:12 65:20
71:24 74:8,17,18
77:3 78:5,9,10,14
78:16,19 83:11,14
91:4,16,18 92:3
96:15 104:9 111:6
111:10,13 112:14
112:17 119:4
**pages** 77:5 120:6
**pain** 4:7 13:9,20,23
14:20 15:2,21
23:7,8,13,17,21
23:24 24:3,5,20
25:10,11,21,23
26:3,4,6,8,12,14
26:22,23 38:15
55:14 60:13,20
61:2,13 62:3,11
62:11,11,14 63:9
63:23 64:7 65:22
66:12,20,21 67:8
67:24 69:1,21
70:6,10 72:22,24
73:6,7,13,24 74:4
74:14,23 77:14,20
110:7 111:9,13,13
111:16,19 112:2,3
112:3,8 113:17
**pain-related** 75:17
76:4,17
**paper** 4:10 44:7,10
44:15 68:19 75:13

76:3 81:22 92:22
**papers** 102:13
**paragraph** 61:6
83:15 93:4 106:11
**Paraiso** 80:6,7,8
82:11
**Parkway** 2:11
**part** 19:7 30:15
31:13 43:8 50:12
50:12,13 66:24
94:18,24 96:16
**particles** 53:10
**particular** 114:8
**parties** 117:14
**parts** 39:4,6
**passes** 73:1
**patient** 10:6,6,16
12:20 13:12,17
14:11,21 15:24
16:4 17:3 19:2,12
20:13,16 22:11
25:10,14 60:21
73:16 74:2 76:22
85:10,19,20 86:3
87:21 89:4,24
90:22 105:11
114:5,9,11
**patients** 13:22 18:5
18:5,7,24 20:21
21:17,18 22:8,15
22:15 23:1 26:2,5
26:7,11,21 27:2,5
66:19 67:3 73:12
73:23 74:3 86:22
87:11,14 88:8,17
88:22 90:11,20
102:22
**Paul** 72:3
**peer-review** 69:10
71:6
**peer-reviewed**
71:22 97:12 98:2
98:10
**pelvic** 1:5 10:21
11:4 57:13,14,16
57:24 80:1 103:22
**pending** 97:18

**people** 12:14 24:20
**percent** 10:15
44:16 70:9,11
74:6 84:2,2,7,7,12
84:24 85:4,12,24
86:9 87:13 88:1
88:17,23 89:3,5
89:19 90:10 106:9
106:19,23 107:20
107:20 111:24,24
**percentage** 73:11
90:3,4,6 115:13
**percentagewise**
73:15
**perfectly** 23:15
**perform** 44:24
45:22 71:11
**performance** 96:19
**performed** 63:15
**performing** 44:20
69:16,17
**period** 8:19
**periods** 29:7
**periosteum** 24:14
**permanent** 55:14
**personal** 15:11,14
85:21 89:16
**personally** 57:7
**pertaining** 96:8
**pertinent** 48:16
**ph** 1:23
**Phone** 2:6,12
**physical** 25:15
26:17,18,20,22
96:18
**physician** 12:20
17:6 22:11 45:15
45:16,21 72:15
**physicians** 14:21
21:2,4,6 71:10,11
72:19
**physicians'** 15:1
**piece** 86:7
**Piet** 50:12 51:23
52:1,6
**place** 11:21 19:20
109:12,16 117:10

**placed** 20:5
**placement** 11:24
**Plaintiff** 1:14 2:2
**please** 29:11 77:1
83:2,12 118:3,8
**pleasure** 6:7
**point** 25:17 102:18
**pointed** 59:14
**points** 54:5,8
101:12
**polypropylene**
101:13 102:5,19
**POP** 59:15
**population** 70:17
73:16 74:2 76:23
90:1,11
**populations** 14:21
15:1
**portion** 25:24
28:24 33:9 34:13
36:8,8 47:20
51:10 55:18,21,22
60:1 91:2
**portions** 26:9 39:9
39:10
**position** 3:19 21:1
43:11 53:5 57:12
57:23 58:1,2,3,4
98:20 99:8,14,18
99:21,24 100:14
100:17,18,23
101:8 102:4
103:11 116:8
**possibility** 49:23
**possible** 13:13
18:20 19:19 21:9
114:1
**possibly** 24:17
48:21 114:14
**post** 98:10
**potentially** 22:18
**PowerPoint** 79:3
79:19 82:19
**PowerPoints** 79:1
79:23
**practice** 9:5 20:9
58:6 87:5,6,10

**preference** 11:17
20:2 21:8,11 94:4
**preparation** 34:8
98:6 108:12
**prepare** 34:2 57:18
**prepared** 96:5
**present** 71:1 79:4
**presentation** 80:17
80:21
**presentations**
79:24
**presented** 53:8
86:15
**presenting** 85:10
85:12
**presents** 16:4,13,22
17:3
**pretty** 13:11 45:8
46:14 78:21 81:2
94:2
**previous** 114:11,13
**previously** 98:21
99:4
**primarily** 28:12
84:15
**primary** 10:8
**prior** 69:17 98:3
100:17,19 102:15
**probably** 10:11,13
11:13 24:19 45:4
45:4,8 49:10
53:18 82:16 93:8
**problem** 5:20
20:14 21:24 87:22
90:10 96:10 99:3
**problems** 12:17
88:1
**procedure** 10:14
17:9 20:14 57:8
87:21 89:4,22,23
90:1 100:2,3
102:7 105:9
111:20,21 112:2,6
116:9
**procedures** 22:6
44:20,23,24 45:2
45:2 60:20 82:5,6

85:20 100:10
**process** 10:3
**produced** 92:12
**product** 108:3
**production** 47:14
  47:24 49:24
**products** 1:6 8:11
  13:3
**professional** 1:15
  100:6,8 103:21
**profile** 23:8 105:12
**Prognostic** 4:22
  107:12
**prolapse** 3:13,23
  4:5 42:15 43:18
  43:22,24 44:3,17
  57:13,14 59:15
  105:13
**Prolift** 32:6 59:18
  59:21
**prolonged** 13:20,23
**properly** 19:4
**properties** 96:18
**proposed** 71:8
**propounded** 120:9
**pros** 22:1
**prospective** 84:10
**prostate** 5:20
**provide** 75:4 79:14
  79:18 82:19
**provided** 27:23
  33:17 37:23 38:5
  54:3 55:22 57:1
  80:11 82:23
**provides** 105:9
**public** 115:15
  117:5,22 120:22
**publicly** 56:13,18
  56:24 80:2
**published** 41:8
  42:12 83:19 92:22
  98:3
**pull** 78:22 93:8
**pulled** 57:7,10 58:1
  58:7,8 99:16
**Pure** 4:21 107:10
**purposes** 12:22

36:18
**pursuant** 1:14
  117:12
**put** 12:15 17:5
  19:10,11,13 20:4
  28:18 30:3,5 40:2
  47:2 48:5,17,22
  61:21 66:24 68:7
  69:16
**putting** 7:21 13:18
  17:7 24:16

**Q**

**quality** 105:11
**quantify** 11:19
  25:3 73:11,14,19
  76:10
**quantifying** 73:4
**quarter** 70:10
  73:23 74:3
**question** 9:15 12:2
  14:10 19:7 46:10
  60:15 73:19 81:21
  89:14 91:13,24
  92:16 93:19
**questioning** 67:11
  67:13 101:19
**questions** 37:19
  46:9 57:22 58:5
  83:10 95:11 104:1
  104:4 108:7 109:9
  110:7 114:3,5
  115:10 120:8
**quickly** 41:17
**quite** 25:2 69:12
  73:18
**quote** 62:22 69:20

**R**

**R** 1:9 117:1 119:1,1
**rack** 97:10
**ramus** 73:6
**randomized** 4:17
  62:23 69:11 71:7
  83:7 106:2 109:6
  110:1
**rate** 18:6 45:17

85:3,11,13,24
  87:13 88:1,18,23
  89:3,5,17,18,21
  106:6,8,18,19
  112:8 113:17,21
**rates** 83:16 84:2,6
  84:11,19,23 85:14
  86:8 87:15 104:2
  104:15 107:16
  111:22,23
**ratio** 75:20 76:6
**reach** 65:24
**reached** 69:24
**reaching** 94:19
**read** 37:4 39:20,22
  40:3,24 48:5,6,8
  48:16 52:5,8
  53:20 54:2 55:22
  58:10,16 81:7
  92:11 101:10,15
  109:9 115:22,22
  116:1 118:3 120:5
**reading** 54:23 55:8
  55:18 102:12
**ready** 41:23 83:8
**real** 41:16
**reality** 9:17
**really** 41:11 45:18
  66:4 69:19 71:16
  76:23 78:2
**Realtime** 1:16
**reason** 12:6 24:7
  89:12 118:5 119:6
  119:8,10,12,14,16
  119:18,20,22,24
**reasonable** 60:12
  63:7 66:10
**reasons** 24:8,20
  69:23
**recall** 5:12 7:15
  30:11 37:9 38:21
  39:14 42:4 46:23
  50:17,20 51:8,16
  51:22 54:14,23
  55:8,12,18 56:1
  68:1 79:5,12
  93:12 96:4 97:24

108:14,24 110:10
**recalling** 46:13
**receipt** 118:17
**receive** 7:8 71:20
**received** 30:23
  34:19
**receiving** 70:6
**recess** 41:21 83:5
**recite** 67:19
**recognize** 80:16
  104:24 105:23
  107:7
**recognizing** 10:1
**recollection** 40:2
**recommendations**
  100:22
**recommended**
  103:22
**reconstructive**
  57:16 80:1
**record** 68:7 83:4
**records** 33:21 34:1
  49:15
**recruited** 68:24
**redo** 29:20 31:9
  35:21
**redoing** 32:22 33:4
**refer** 104:6,9
  107:14
**reference** 36:6
**referenced** 82:7
**references** 36:5
**referencing** 97:14
**referring** 23:24
  95:16
**reflect** 31:11 35:12
  56:8 80:24
**reflected** 14:19
  35:9 36:10,22
  40:19 48:19 49:11
  49:12 78:13 98:14
  113:15
**reflecting** 77:13
  112:17
**reflection** 84:19
**reflects** 36:17 62:6
  77:19

**regard** 46:9 59:4
**regarding** 96:16
  99:19 101:1 113:4
  116:6
**regards** 112:1
**Registered** 1:15
**related** 11:8 35:8
**RELATES** 1:8
**relation** 5:16
**relationship** 72:4
  72:16
**relative** 117:13
**relatively** 113:17
  113:21
**released** 100:14,18
**reliance** 3:9 27:18
  27:23 29:20 30:6
  30:11,14,16,19,21
  30:24 31:2,5,9,10
  32:22 33:4 35:19
  35:21,21 36:5,13
  36:16,22,24 38:3
  40:7,8 41:7 42:3
  47:12,24 49:17
  50:1 56:7,12
  58:18 59:5,7,13
  59:17,22 81:10
  114:21 115:6,10
  115:14,21
**relied** 56:9 58:23
  100:24 105:17
  107:1,22
**rely** 36:17 40:21
  62:20 65:14 71:6
  71:7,7,9 75:13
  76:3 108:9 109:18
  113:2
**remember** 5:19 6:1
  9:14 16:1 50:16
  53:3,12 54:19
  55:17 79:9 98:21
  104:4 109:8 110:6
  114:5
**remind** 31:20
**removed** 30:24
**reoperation** 44:18
  44:19

Michael Karram, M.D.

reoriented 92:1
repair 1:5 3:13
  42:15 57:13
repeat 20:14
  112:21
report 3:8 4:11
  5:13 27:11,17,22
  28:3,7,11,13,14
  28:16,19 29:21
  30:2 31:6,12 32:6
  32:8,16,21,24,24
  33:2,6,6,7,10,22
  34:2,4,8,21,22
  35:2,3,8,9,13,19
  35:20,22,24 36:1
  36:6,11,18 40:8
  41:9 49:1,16
  58:19 59:18,19,21
  60:4,7 61:5,11,16
  65:15 66:15,16
  67:1,15 69:6 71:2
  74:8,18 75:13
  78:5 79:7 80:19
  80:20 82:3 83:12
  83:14 84:1,3 85:6
  91:3 92:3 93:10
  95:17,19 96:1,1,5
  100:15 102:15
  103:6 104:7,14,15
  104:23 105:16
  113:4 115:7
reported 84:11
  106:22
reporter 1:16 6:10
  83:2 116:15
reporting 84:10
reports 32:6 34:11
  55:14
represent 81:16
  102:21
required 44:17
research 48:7
resident 80:10
residents 10:24
  18:11,23 19:3
  20:8,16,20
resistance 17:9

19:23 20:1,6
resolve 26:8,12,22
resolved 25:21 27:4
resolving 112:4
respect 97:12
  108:16 111:9,16
respectively 84:7
  84:12 107:21
respects 117:12
responsive 37:22
rest 65:14
Restriction 57:23
result 22:6 70:22
  72:24 88:21
  117:15
results 4:16 23:5,10
  68:20 69:3,12,19
  70:2 71:12 75:16
  75:17,22 76:22
  80:24 84:14,18,18
  84:19 85:22 86:8
  90:3 106:2,10
  107:14
retropubic 4:9,17
  8:1 10:12 16:6,14
  16:22,23 17:5,6
  17:16 18:6,13,16
  18:20 19:18 21:9
  21:14,19 22:17
  28:13 46:21 67:22
  70:11 77:10,15,21
  82:6,10 106:3
  108:22 111:20
  112:6,9,21
return 118:15
review 3:14 4:6
  15:15 29:20 30:2
  32:11 33:20 34:1
  34:10 35:20,21
  39:15 42:15 48:3
  48:5 50:6 51:9,19
  59:2,6,11 60:1
  63:21,22 64:2
  65:12,14,17,21
  79:24 85:23 108:9
  109:23 110:11,13
  110:14,14 113:2,3

reviewed 31:11
  36:17,21,23 37:8
  37:11,15,24 38:19
  38:24 39:9 47:20
  56:8 58:22 59:24
  60:1 97:3,6 98:6,9
  100:10,24 105:17
  106:24 107:21
  115:19,22 116:2
reviewing 33:4
  50:17,20 93:12
  96:4
revise 62:5
Richard 52:22
Ridgeland 2:12
right 6:6,21 7:7
  8:17 9:15 14:8
  18:3,9 25:24 27:9
  28:13,22 29:3,15
  29:18 31:17,18
  32:18 33:8 35:23
  38:11 39:14,18
  40:17 42:20 45:11
  46:4 47:10,14
  48:1,24 56:16
  60:18 61:15,17,17
  64:8 69:20 70:8
  74:11,19,23 81:21
  82:11 84:4,17
  85:8 86:5 87:6
  88:18 91:21 94:8
  95:10 110:24
  112:13 115:9
rings 55:10
risk 22:3,3 44:19
  60:23 61:1 62:11
  62:18,19 64:6
  66:20 105:14
  114:1,2
risks 22:22
Robinson 39:5,11
  50:14 56:4
room 31:18 89:15
rope 53:6
ropes 53:10
route 113:18
RPR 117:4

|   | **S** |   |
| --- | --- | --- |

safe 38:10 100:2
  101:14 108:5
  110:4 116:9
safer 22:5,18 54:16
safest 22:1
safety 12:9,22,24
  19:2,7 20:16,22
  23:8 52:17 92:23
  96:22 98:14
  105:12 108:16
  110:2 116:7
sales 86:7
satisfaction 106:22
saw 48:15 50:12,13
  51:14,24 53:24
  54:3,5 56:6
say-so 22:12
saying 19:16 49:4
  49:13,22 74:19
  90:10
says 31:9 32:23
  35:21 69:4,21
  70:5 72:3 75:17
  81:5 112:11
Schedule 37:22
scientific 14:22
  15:15,19 17:15
  21:12 23:9,11
  56:22 65:18 70:22
  72:12 88:4,6 90:2
  91:14 92:17
  109:19,19
scientists 109:18
Scott 51:7 52:15,24
scrubbed 7:12,15
  7:18
scrubbing 7:20
  46:24 66:18
seal 117:17
Sean 55:6
second 48:23 86:6
  95:4 102:17
section 40:11,15,20
  47:14,24 50:3
  56:12 68:20 70:3

75:16,17,22
  107:15 115:10
see 27:6 29:16,22
  30:2,7 32:18 41:3
  45:5 50:4,13
  51:11 52:2 59:12
  61:9 64:3,11
  66:20 71:24 75:2
  76:2 81:4 86:14
  93:4 96:2 97:15
  101:7,13 104:11
  104:14,16 106:15
  111:12,23 112:10
  113:6,9
seeing 50:16 53:12
  56:2 66:19
seen 6:15 12:14
  13:24 15:9 26:5
  27:2 37:1 39:1,2,3
  39:4,6,8 41:1 53:1
  53:8,19 67:20
  92:11,15
sell 88:18
send 94:11
sense 17:10 33:12
  37:14
sent 48:11 99:16
sentence 61:8,9
  62:7,12,15 75:17
  84:9
served 41:9 100:15
set 46:8 117:16
Seven 4:13 105:3
severe 16:5,11,13
  16:22 17:3,7,18
  19:17
SGS 103:19
Shea 6:3
sheet 118:7,9,12,15
  120:11
shelves 9:18
Sheri 55:4
short 112:4
short-term 84:2
shorten 67:10,13
shortly 5:24
show 69:11 82:9

Michael Karram, M.D.

86:8 104:15
**showed** 63:2 64:5
**showing** 84:6 87:14
  92:13
**shown** 23:9 62:1
  85:14 110:10
**shows** 14:22 65:21
  88:4
**sides** 60:24
**sign** 118:8
**Signature** 116:15
**significance** 66:1
  69:15,24 108:2,21
**significant** 62:2
  63:24 70:15,16
  75:20 76:7 77:16
  91:9 92:7,18
  94:20 99:19,22
  100:5 111:18
**significantly** 64:6
**signing** 118:10
**similar** 63:23
**similarity** 63:24
**single** 37:4 48:8
**single-incision**
  76:12
**sir** 42:1
**sit** 63:16
**sitting** 6:1 31:17
**situation** 88:8
  89:10
**six** 33:9 41:6 52:4
  112:5
**six-hour** 36:9
**size** 10:22
**slide** 80:11 81:4
  82:11,15
**slides** 53:8,12,14
  78:14,16,19,24
  79:3,6,12,14,23
  80:5,15,16,19,24
  81:17 82:14 92:12
  92:15
**sling** 12:5 18:1 19:4
  19:20 23:2 24:11
  24:16 25:19,21,24
  45:2,3,4,22 46:2

46:11 58:3 62:10
  76:20,20 89:23
  100:1,7 102:6
  114:4,8,11
**slings** 3:16,20 4:18
  11:21 18:12 21:7
  42:24 43:12 45:6
  45:12,15 46:20
  59:14 72:24 74:15
  75:19 76:5,11,13
  77:20 78:2 82:8
  86:22 99:8,11
  102:19 103:23
  106:4 110:5,16
  111:17
**snippet** 54:3
**Snow** 2:11 31:16
**societies** 99:24
  100:8,12
**society** 71:12 100:6
  103:20,21
**sold** 9:16
**somebody** 10:8
  11:12,14 17:7
  19:24 22:10 54:8
**someplace** 27:8
  75:1
**sorry** 8:21 14:6,17
  23:23 25:12 27:14
  38:8,10 43:21
  46:3,7 49:6 58:17
  77:4 91:20 96:9
  112:24
**sort** 28:18 31:24
**sound** 21:12 56:1
  65:17
**sounds** 7:7 11:16
  64:3 67:18
**SOUTHERN** 1:2
**space** 118:6
**speak** 5:9
**speakerphone** 2:3
**speaking** 89:15
  114:7
**specific** 23:24
  106:17 110:15
**specifically** 17:24

104:3 111:13
**spectrum** 97:9
  109:1,5,13
**spend** 32:15
**spent** 31:8,10,22
  32:3,5,21 33:9
  35:2,18 48:18
**sphincter** 10:10
**spoke** 37:6 38:18
  45:23
**spoken** 9:13 80:8
**SS** 117:2
**stack** 97:10
**stand** 6:23 66:16
**standard** 16:15,16
  16:19 102:20
**standpoint** 11:22
**start** 7:21 11:22,24
  29:1 73:17
**started** 45:22 46:19
  47:1
**starts** 33:17 40:11
**state** 5:15,16,18
  81:17 117:2,3,6
  117:22 118:5
**statement** 3:19
  43:12 57:11,12,23
  58:1,2,4,4 67:1
  71:17 72:23 73:5
  98:20 99:8,14,18
  99:21,24 100:14
  100:17,23 101:5,8
  102:2,4 103:11
  116:8
**statements** 100:18
**states** 1:1 62:13
  71:8
**statistical** 65:24
  69:14
**statistically** 62:1
  66:2 70:15,16
  75:20 76:6 77:16
**stipulations** 117:12
**stock** 9:18 94:11
**stopped** 67:23 69:1
**Street** 1:17 2:5
**stress** 4:18,21 7:23

8:13 10:9 19:12
  21:5 28:15 43:12
  46:20 87:22 99:8
  100:3 102:20
  106:4 107:11
**strike** 62:15
**stuck** 6:5
**studied** 98:10
  102:6
**studies** 14:18 18:3
  36:21 42:21 47:4
  47:6 77:9 84:1,10
  84:15 86:11 87:14
  104:12,15,22
  109:20,21 113:7
  113:13,16
**study** 4:8 17:24
  18:1,2 40:14,19
  67:16,17,21,22
  68:2,13 69:1,3,5
  69:12,17,20 70:18
  73:21 74:9,13,24
  81:7,9,11,18,19
  82:7 85:14,15
  104:24 105:2,8
  106:7,24 107:7,21
  108:8,10,16
  113:10
**SUA** 57:21
**subject** 118:10
**subjective** 3:24
  4:14 43:19 83:16
  84:6,11 105:3,10
  105:15 106:21
  107:15
**subjective/object...**
  107:19
**Subpoena** 1:14
**Subscribed** 120:18
**subsequent** 30:13
**substance** 120:10
**success** 18:6 88:1
  104:2
**successful** 20:13
**suffering** 26:11
**SUFU** 58:3,5 99:7
  99:10,23 103:12

**SUI** 3:20 79:4
**suitability** 114:4
**Suite** 1:18 2:5,11
**sum** 36:9
**summarize** 54:10
**summary** 19:15
**supplemental**
  95:18
**supply** 8:22
**support** 15:4 17:19
  21:13 23:6,16
  61:20 62:17 90:2
**supports** 17:15
  63:17 102:1
**suppose** 92:16
**supposed** 78:13
**suprapubic** 112:2,3
  112:8
**sure** 10:24 19:11
  30:20 49:21,22
  56:2,6 71:19 75:1
  81:2,3,15 92:3
  94:2 95:5 98:24
  103:1,3 111:3,5
  116:17
**surgeon** 4:4 20:2
  44:2,7,15 73:1
  85:22 86:3
**surgeons** 20:3
  44:19 61:24 70:17
  71:10,11 89:2,15
  103:20,22
**surgeries** 45:22
  46:2 47:1 112:21
  114:12
**surgery** 3:22,23
  43:17,19,24 44:17
  57:17 69:16 80:1
**surgical** 57:23
  89:23 101:14
  102:20 108:3
**surgically** 22:10
**suspect** 81:10
**switches** 47:13
**sworn** 5:3 117:8
  120:18
**synthetic** 3:22

43:18 100:2
**system** 1:5 3:18
43:1,7
**systematic** 3:13
42:15
**Systems** 72:9,17

**T**

**T** 117:1,1 119:1
**T-E-O** 67:16
**T-O-M-U-S** 81:1
**tab** 111:1
**table** 65:20 112:16
112:19 113:15
**take** 16:18 30:15
41:14,19 56:9
**taken** 1:14 41:21
83:5 117:11
**takes** 19:23
**talk** 9:22 31:22
41:17 89:22
**talking** 8:10 21:7
28:17 64:9 71:10
74:17 76:12 85:19
86:5 89:15 99:10
**talks** 56:13 79:4
80:12,13,14
**tape** 4:15 6:24 69:2
70:6 105:4
**tapes** 4:15 75:19
76:6 105:4
**tasks** 33:13
**teach** 15:8 20:20
57:18
**technique** 90:23,24
**TECHNOLOGI...**
1:22
**tell** 11:7 12:13 21:4
23:3 67:6 87:16
88:16,20,22 89:18
89:21 91:15 96:15
**telling** 56:1 88:7
89:12
**tension-free** 69:2
70:6
**Teo** 4:8 67:16,21
68:4,13,19 73:21

113:9
**Teresa** 1:15 117:4
117:21
**terms** 98:13 99:19
102:17 110:2
**testified** 55:13
103:11
**testimony** 16:2
36:20 37:7,9
38:21 47:19 58:11
58:22 59:4 61:3
80:23 82:17 84:22
92:12 97:24
**tests** 92:22
**thank** 16:19 38:16
41:11 46:12 68:9
75:7 95:7 116:12
116:14
**That'd** 41:15
**Thelma** 32:12
**therapies** 21:24
**therapy** 25:15
26:17,18,20,22
**thick** 111:1
**thigh** 14:19 15:2,21
24:3 25:11 60:13
61:1,13 62:11,14
63:9 64:7 66:12
66:20 67:8 72:24
73:1,13 74:3,23
**thin** 11:14
**thing** 31:24 76:16
**things** 14:12 36:17
49:18 53:17 56:3
56:4 101:5
**think** 9:14 11:19
12:11 17:19,23
22:2,9,21 29:6
38:4 39:5 41:8
45:5,23 50:13
51:11,12,14 53:24
59:5 61:17,19,22
62:22 64:2,17
69:7 70:21 72:6
73:4 74:24 78:18
78:20 79:16,22
82:8 84:13 85:15

86:20 87:23 89:1
93:13 94:15 95:3
95:12 98:4 99:15
99:17 104:2 108:4
108:18 110:4,10
110:21,24 114:21
115:9
**third** 31:5 43:11
102:18 112:10
**thirty** 118:16
**Thomas** 50:20
52:15
**thought** 9:15 17:20
46:8 48:15
**thoughts** 52:17
**three** 5:9 24:16,19
28:9 32:15 33:13
34:13 35:12 37:7
52:4 58:19 77:4
83:15,18
**three-hour** 36:8
**thumb** 38:5
**time** 8:19,21 9:5
27:3 31:9,22
32:15,20 33:12
35:2,5,7,18 37:6
37:11 38:23 46:10
48:18,19 49:4
58:12,23 63:2
79:11 83:1 95:8
116:13 117:10
**times** 25:2,18 49:14
52:3,4 85:19
**today** 6:5,8,20 13:5
28:17 33:10 41:5
42:8 47:5,19,20
58:24 59:19 63:16
98:19
**Todd** 1:17
**Tommaselli** 4:10
74:9,13,23 75:9
76:3,24 77:19
**TOMUS** 17:24
78:11,17,20 80:24
81:3 82:1,2,7,9
83:22 84:5,18
85:15,23 108:8,10

108:16
**top** 17:22 63:18
77:13
**topic** 110:15
**TOT** 4:7 34:10
35:8 36:6 61:3
62:14 63:22 73:9
**total** 36:9,10 68:24
**totality** 116:5
**totally** 69:9
**TOTs** 62:18 69:17
**Tower** 1:18
**track** 49:13
**train** 10:23
**training** 7:8,11
10:23 18:8,11
46:23 66:17 67:2
80:10 92:20 102:1
114:19
**trans** 82:6
**transcript** 54:13
118:17,19
**transcription** 120:7
**transobturator**
3:13 4:18 8:4,9,15
17:7 18:1,2,5,7
19:10 20:3 21:15
42:14 62:10 75:18
76:5,18,21 77:11
77:14,19 82:5,10
87:24 106:3
111:19 112:2,20
**Transvaginal** 4:5
6:24 44:3
**travels** 6:3
**treat** 7:23 8:12 19:4
19:10 20:17,21
46:20
**treated** 24:21 25:4
25:9 27:2
**treating** 19:14,17
21:17 22:9 25:7
**treatment** 4:20
16:6,10,23 18:23
20:12 21:3,14
22:18 25:13 26:14
26:15,16 27:2

102:20,22 107:10
108:6
**treatments** 20:11
22:17
**trial** 4:17 62:23
78:11,17,20 81:1
81:3 82:1,2,9
83:22 85:23 106:2
**trials** 62:24 69:11
71:7 109:7 110:1
**true** 16:5
**truth** 117:8,8,9
**try** 12:1 49:13
88:18
**trying** 17:2 19:24
24:10 32:19 64:19
74:16 75:22 76:9
**Tuesday** 1:18
**turn** 20:21 60:7
74:18 76:24 83:11
91:2 96:14
**turning** 60:4
**TV** 28:14
**TVT** 4:8,9 5:13 8:1
8:9,17 9:9,18 13:4
14:2,7,12,20 15:2
15:20,21 16:22
18:2,6 23:2,7,12
23:13,18 28:13
29:20 32:24,24
33:2,6 35:2,9,22
36:1 46:21 49:16
52:12 54:15 67:21
67:22 70:11 77:21
78:10 84:14,20,23
94:13,17 104:2
108:20,22,22
**TVT-O** 1:11 3:8
4:7,14,20 6:20,23
7:2,8,24 8:5,9,16
9:1,3,5,14,16,18
9:23 10:1,5,18
11:6,14,18,20
12:3,5,8,15,22
13:8,16,22 14:3,5
14:11,13,16,20
15:3,8 16:10

22:18 23:2,7 24:4
24:22 25:5,7,10
25:21 26:3,13
27:22 28:3,21
32:8,16,21 33:10
34:3,8 35:3,13
36:3,11,18 40:8
46:9 52:17 54:17
55:15 59:19 60:14
60:17 61:2,9,12
62:6,13 63:8,22
64:5 65:23 66:9
67:24 70:9 73:9
73:14 74:14 78:11
81:11,18,23 83:17
85:3,11 86:7,9
87:12,24 88:17,18
88:24 89:17,19
90:19,22 93:21
94:8,9 95:17
97:22 98:3,10,15
99:11,19 100:7
101:1 103:23
104:3,12 105:4,9
106:7,18,20,22
107:10,16 108:17
108:20 110:3,8
113:4 115:6 116:7
**TVT-Os** 7:21
**TVTs** 69:16
**two** 23:3 24:13 28:9
29:20 31:8 33:4
35:1,11,17 36:10
39:6 48:19 49:16
61:23 63:24 77:4
80:5,16,24 81:17
83:15,18 84:1,10
103:12
**two-thirds** 115:18
115:20
**types** 20:10 49:18
109:4

---

**U**

**U.S** 1:10
**UC** 7:17
**UGSA** 58:2

---

**Uh-huh** 16:20
**ultimately** 26:22
**Um-hmm** 33:16
65:13 68:21 74:1
82:13 92:2 106:12
106:14 112:15
113:14 114:24
115:5
**undersigned** 117:4
**understand** 6:19
11:1 22:13 39:16
58:15 86:17
**understanding**
100:13
**underwent** 44:17
111:19,20
**United** 1:1 71:8
**update** 57:19
**updated** 57:21 99:7
**urethra** 17:9
**urethral** 17:9 19:23
20:1,6
**urinary** 7:24 8:13
10:9 21:5 28:15
43:13 46:20 99:9
100:3 102:21
106:4
**Urodynamic** 4:21
107:10
**urogyn** 105:5
**Urology** 71:18,20
**use** 3:20 8:19,20
9:9,14 10:4,11,18
11:5,13,13 12:3
13:5 14:4 18:11
20:3 21:7 22:4
23:2 26:3 43:12
46:11,19 57:12,15
57:17 67:24 73:14
76:22 80:14 88:23
89:17 90:18,19,22
90:23 93:22 94:19
100:3,7 103:22
**uses** 80:12
**usually** 85:20
**utilize** 12:14 13:4
96:21

---

**utilized** 100:10

---

**V**

**v** 1:9
**vaginal** 3:23 4:14
25:8 43:18 57:12
69:2 70:6 105:4
105:13
**variables** 69:18,19
**various** 109:10
113:12 114:9,16
**vein** 22:24
**verbatim** 67:19
**versa** 12:15
**version** 6:17,18
64:16,18
**versus** 3:17 10:12
11:14 18:2 43:1
65:4 92:23 94:5
112:20
**vice** 12:15
**Video** 1:13
**viewpoint** 42:22
**VIRGINIA** 1:2
**voluminous** 40:15

---

**W**

**walker** 2:10 3:4
19:6 20:18,23
21:22 22:20 23:14
23:22 26:24 31:15
31:18,24 32:4
37:17 38:8,10,16
41:4,19 43:4 46:7
47:8 53:15 54:18
55:16 59:1,10
60:22 62:9,16
64:17,21,23 66:14
70:20 71:4 73:3
75:3,7 82:20 85:5
85:17 86:12,24
87:4,8,17 88:11
88:19 89:9,20
90:16 91:17,22,24
93:15 94:22 95:10
95:22 104:19
105:20 107:4

---

116:11
**want** 5:22 11:21
20:10,11 25:2,3
41:10,13 44:21
45:7 101:4,11
111:5,10 112:13
**wanted** 38:2,6 41:9
**wasn't** 54:6
**watching** 66:19
71:10
**Wave** 100:15 103:6
**way** 20:8 34:6 40:2
63:6 76:7 87:5,6
87:10,22 94:12
**Wazee** 2:5
**we'll** 95:13
**we're** 10:23 28:17
33:10 41:23 42:19
44:12 65:1 79:4
80:5 83:7 95:12
101:10 111:5
115:4
**we've** 5:8 9:13
31:21 38:6 59:5
87:22 92:10
**weighed** 37:24
**weight** 10:22
**Weisberg** 39:5,10
39:23 50:15 56:4
**well-controlled**
109:21
**well-versed** 72:19
**went** 5:18 48:23
**weren't** 62:23
**WEST** 1:2
**WHEREOF**
117:16
**whoever's** 89:12
**witness** 5:2 31:23
32:1 41:15 43:5
50:3 59:23 64:19
64:22,24 68:6
75:8 95:6,9
109:10,13 116:14
116:17 117:16
118:1
**woman** 11:16,17

---

16:11,13,21 17:17
18:13 19:14,17
**women** 8:12 19:4
44:16 57:14 68:24
70:5,10 111:19,20
**word** 67:19
**words** 19:14 73:19
**work** 30:1 31:2
32:8 35:13 36:11
36:13
**worked** 49:16
87:23
**working** 28:6 32:16
32:21 33:23 35:18
115:4
**works** 45:21
**worry** 101:11
**worth** 5:23 38:13
**wouldn't** 11:10,10
17:6 23:15 27:7
35:23 54:12 86:1
87:13 88:1,20,22
89:11,21 90:4,5
90:10,14,17
**Wright** 32:12
**writing** 103:6
113:3
**wrong** 46:15
**wrote** 61:11

---

**X**

---

**Y**

**yeah** 6:3 9:2,8,21
29:12 41:15,19,20
54:5 55:10 61:10
64:11,19,24 70:4
77:7,8 107:19
111:1,2,4,24
**year** 37:7 44:20,23
44:24 45:12,15
112:23
**years** 4:13 14:8
44:18 105:3
107:18
**Yep** 99:3 110:22
111:7

Michael Karram, M.D.

**Z**

**Zonies** 2:3,5 3:3 5:5
5:8 27:20 29:5
32:2 38:8,12,17
41:11,16,20,22
42:18 43:6 46:12
46:16 47:10,11
63:20 64:15 65:2
68:4,9,11 75:6,12
83:1,3,6 93:17,20
95:3,7 98:18
100:21 101:3,18
102:12 103:2,8,15
108:19 109:15,17
113:20,23 114:18
116:12

**0**

**0001** 70:12
**06/17/21** 117:22

**1**

**1** 3:7 6:10,13
101:13
**1.24** 112:11,17
**1.7** 70:11
**10** 3:6 44:18
**100** 45:12
**1020** 2:11
**104** 4:13
**105** 4:16
**107** 4:20
**11** 3:6 36:10 60:7
61:5
**11-year** 84:11,14
**12** 3:6
**127** 68:24
**13** 3:11 42:16,17,19
**14** 3:15 43:3,5
44:20,23 45:15
74:8,17,18 78:5,9
**1400** 2:11
**15** 3:19 43:10,13
74:6 78:14,16,19
99:5
**16** 3:21 43:15,16,21
43:22 83:11,14

**16th** 33:5
**17** 4:3 44:4,5,6,10
**18** 4:6 63:19 68:8
110:11,19
**19** 4:11 65:5 95:20
95:24 104:9
**1900** 2:5

**2**

**2** 3:8 27:10,15,17
27:19,24 31:4
36:14,22 40:8
42:2 47:12 49:24
58:18 100:15
102:3 103:6
**2,000** 45:6
**2:12-cv-02076** 1:11
**2:12-MD-02327**
1:5
**20** 4:13 104:18,21
120:19
**200** 112:14,17
**2003** 7:6 97:23
**2004** 7:6 57:9
**2006** 81:5,18 96:9
96:11,12 97:15
98:3,11,15,16
**2007** 98:3,11
**2008** 57:10
**2015** 4:6,10 63:22
64:9,10 75:9
110:11,13 111:3
112:7 113:3
**2016** 1:19 29:14,20
39:9 47:20 58:10
82:18 96:9 99:15
99:17 100:19
117:18
**203** 2:5
**20th** 33:18
**21** 4:16 105:19,22
**22** 4:20 107:3,6
**227** 64:12,14,21,24
65:20
**2327** 1:5
**26** 70:9 112:21
**27** 3:8

**28** 1:19 91:16
111:10,13
**29** 3:10 91:4,5,17
91:18,19 92:3
**29th** 37:6 39:9
47:20 58:24 60:2
82:18

**3**

**3** 3:8 27:17,19,23
28:3,17 29:1
34:10 60:5
**3.19** 65:9
**30** 118:16
**301** 1:17
**3300** 1:18
**39157** 2:12
**3rd** 34:23,24 49:11
100:19

**4**

**4** 3:10 29:4,10,11
**4.5** 111:24
**4.51** 111:24
**4/20/15** 68:8
**4:18** 1:19
**400** 47:23
**42** 3:11
**43** 3:15,19,21
**44** 4:3
**45202** 1:18
**493** 58:19,23 59:22

**5**

**5** 3:3 4:8 44:16 68:5
68:10,17
**5-Year** 4:23 107:12
**5/16** 32:23
**5/28** 34:9,10
**500** 48:2
**57** 76:8
**5th** 117:17

**6**

**6** 3:6,7 76:24 77:7,8
**6:46** 116:23
**601-948-5711** 2:12

**62** 84:7,24
**63** 4:6
**68** 4:8

**7**

**7** 3:6
**7-year** 84:10,14
**70** 10:15
**720-464-5300** 2:6
**73** 59:23 84:2
**75** 4:10 10:15
**77** 84:12
**78** 84:7
**7th** 29:14,19 48:23
49:5

**8**

**8** 4:10 75:9,10
**8.75** 75:21 76:6
**80** 106:9
**80202** 2:6
**82** 84:2,24
**85** 84:12
**86.2** 106:19
**877.370.3377** 1:23

**9**

**9** 3:6 65:5
**90** 85:4,12,24 86:9
88:1,17,23 89:3,4
89:19 90:10
**90-plus** 87:12
**90.3** 107:20
**90.8** 107:20
**91.7** 106:23
**917.591.5672** 1:23
**95** 3:4 4:11