Exhibit G

Shelby F. Thames, Ph.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                    CHARLESTON DIVISION

 4

 5

      IN RE:  ETHICON, INC.,        MASTER FILE NO.

 6    PELVIC REPAIR SYSTEM          2:12-MD-02327

      PRODUCTS LIABILITY LITIGATION

 7                                  MDL 2327

 8                                  JOSEPH R. GOODWIN

                                    U.S. DISTRICT JUDGE

 9

10    ****************************************************

11

12    MARY AND FRANK SHELTON              PLAINTIFFS

13

14       VS.              CASE NO.:  2:12-cv-01707

15

16    ETHICON, INC., ET AL.              DEFENDANTS

17

          ********************************************

18          DEPOSITION OF SHELBY F. THAMES, PhD

          ********************************************

19

20                  Taken at Butler Snow

         1020 Highland Colony Parkway, Suite 1400,

21               Ridgeland, Mississippi

               On Wednesday, July 20, 2016,

22         Beginning at approximately 10:18 a.m.

23         **********************************

24              AMY M. KEY, RPR, CSR

                   Notary Public

25
```

Shelby F. Thames, Ph.D.

```
 1                 A P P E A R A N C E S

 2

 3

    REPRESENTING THE PLAINTIFFS,
 4  MARY AND FRANK SHELTON:

 5

 6       MICHAEL H. BOWMAN, ESQ.
         Wexler & Wallace, LLP
 7       55 West Monroe Street, Suite 3300
         Chicago, Illinois  60603
 8       (312)346.2222
         mhb@wexlerwallace.com

 9

10

11

12

13  REPRESENTING THE DEFENDANTS,
    ETHICON, INC. AND JOHNSON & JOHNSON:
14

15

         CHAD R. HUTCHINSON, ESQ.
16       Butler Snow, LLP
         1020 Highland Colony Parkway, Suite 1400
17       Ridgeland, Mississippi  39157
         Post Office Box 6010
18       Ridgeland, Mississippi  39158-6010
         601.985.4401
19       chad.hutchinson@butlersnow.com

20

21

22

23

24

25
```

Shelby F. Thames, Ph.D.

```
 1                     TABLE OF CONTENTS

 2                                                    PAGE

 3   Title Page..................................... 1

 4   Appearance Page................................ 2

 5   Table of Contents.............................. 3

 6   Exhibit Page................................... 3

 7   Stipulation Page............................... 4

 8

 9                       * * * * * * *

10        EXAMINATION OF SHELBY F. THAMES, PhD

11

12   By Mr. Bowman.................................. 5

13   By Mr. Hutchinson............................. 36

14   Further By Mr. Bowman........................ 38

15   Certificate Page............................. 41

16   Signature Page............................... 42

17

18

19                       * * * * * * *

20                   E X H I B I T S

21

22            (No Exhibits Marked.)

23

24

25
```

Shelby F. Thames, Ph.D.

1                        * * * * * * *

2                S T I P U L A T I O N

3           It is hereby stipulated and agreed by

4    respective attorneys of record, that this

5    deposition may be taken at the time and place

6    hereinbefore set forth, by AMY M. KEY, Court

7    Reporter and Notary Public, pursuant to the Rules;

8            That the formality of reading and

9    signing is specifically RESERVED;

10           That all objections, except as to the

11   form of the questions and the responsiveness of

12   the answers, are reserved until such time as the

13   deposition, or any part thereof, may be used or

14   sought to be used in evidence.

15

16

17

18

19

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

```
 1                   SHELBY F. THAMES, PhD,

 2                having been first duly sworn,

 3            was examined and testified as follows:

 4                        EXAMINATION

 5   BY MR. BOWMAN:

 6        Q.   Dr. Thames, my name is Mike Bowman.  We've

 7   met previously.  Thank you for joining us this

 8   morning.

 9             We are here today to talk about your

10   report in the case -- Mary Shelton case; is that

11   right?

12        A.   Yes, sir.

13        Q.   Do you know how many pieces of mesh were

14   involved in your analysis of Ms. Shelton's case?

15        A.   One.

16        Q.   Do you know if that was a TVT mesh or a

17   Gyne mesh?

18        A.   Let's see.  TVT.

19        Q.   And it was supplied to you by Dr. Kevin

20   Ong?

21        A.   Yes, sir.

22        Q.   As far as you know, he split the sample

23   with plaintiff's counsel before he did anything to

24   it?

25        A.   Yes, sir.
```

Shelby F. Thames, Ph.D.

```
 1        Q.    And all of the cleaning steps outlined on

 2   page 2 of your report were followed to the letter to

 3   the best of your knowledge?

 4        A.    Absolutely.

 5        Q.    On page 3, we see a figure 2 of some

 6   pristine Prolene mesh before cleaning and in

 7   figure 3 we see some -- we see a picture of the

 8   sample that is representative of Ms. Shelton's case;

 9   is that correct?

10        A.    Yes, sir.

11        Q.    Do you know why we're seeing a picture of

12   pristine Prolene mesh instead of TVT?

13        A.    No, sir, but it's the same material.

14        Q.    Do you make a determine in your mind as to

15   whether or not it's Prolene mesh or TVT mesh?

16        A.    Prolene mesh is the same as TVT mesh.

17        Q.    Chemically at least, correct?

18        A.    Correct.

19        Q.    And that's as far as your opinion goes in

20   this case?

21        A.    Yes, sir.

22        Q.    You're not worried about the diameters of

23   the monofilaments or anything like that?

24        A.    No, sir.

25        Q.    With respect to Ms. Shelton's mesh, did
```

Shelby F. Thames, Ph.D.

1    you find any evidence of Prolene oxidation on her

2    mesh?

3           A.    No, sir.

4           Q.    And what were the methods that you used to

5    come to that conclusion?

6           A.    FTIR, light microscopy and scanning

7    electron microscopy.

8           Q.    And did you use those --

9           A.    Excuse me.  And the cleaning steps of

10   figure 1.

11          Q.    I see.  Did you do any mechanical testing

12   or tensile testing on Ms. Shelton's mesh?

13          A.    No.  There was not enough sample.

14          Q.    Do you know if anybody at all did any

15   testing just in their own subjective view of whether

16   or not the pristine mesh and Ms. Shelton's mesh

17   behaved the same after the cleaning process?

18          A.    I wouldn't have any idea what someone else

19   has done.

20          Q.    Did you do it?

21          A.    Do what now?

22          Q.    Did you compare Ms. Shelton's mesh after

23   the cleaning process to a piece of pristine mesh and

24   just sort of hold them in your hand and see if there

25   was any give?

Shelby F. Thames, Ph.D.

1          A.    You're talking about mechanical properties

2     by field?

3          Q.    Yes, sir.

4          A.    No, sir.

5          Q.    You did not do that?  Did you direct

6     anybody to do that?

7          A.    No, sir.  There's not enough material for

8     that, sir.

9          Q.    Thank you.  With respect to figure 4,

10    figure 4 is a photograph of a Ms. Shelton's mesh

11    before it was cleaned; is that right?

12         A.    Yes, sir.

13         Q.    It actually been soaked in some water and

14    desiccated before it was sent to you; is that right?

15         A.    Yes, sir.

16         Q.    And this is at 200 times magnification,

17    and this is not representative of the entire mesh

18    sample; is that right?

19         A.    Did you say it's not representative of the

20    entire sample?

21         Q.    That was a misstatement.  This is not --

22    the photograph itself is not of the entire mesh

23    sample.  This is 200 times magnification at one

24    point on the mesh sample?

25         A.    Yes, sir.

Shelby F. Thames, Ph.D.

1    Q.   In figure 5, we see the status of the mesh

2    after the first cleaning; is that right?

3    A.   Yes, sir.

4    Q.   And this is after a good deal of the

5    protein has been removed, but not all of it; is that

6    right?

7    A.   That's correct, sir.

8    Q.   In this photograph, do you see flakes of

9    little bits of mesh coming off in several -- I'm

10   sorry.  That was a bad question.

11   Do you see flakes on this photograph,

12   Doctor?

13   A.   Yes, sir.

14   Q.   And have you made a determination as to

15   what those flakes are?

16   A.   Yes, sir.

17   Q.   What is that determination?

18   A.   Proteins.

19   Q.   With respect to Ms. Shelton's mesh, this

20   actually doesn't have any blue dye in it, does it?

21   A.   No, sir.  This is an all-clear sample.

22   Q.   Have you made any visual determination, as

23   you have in the past, as to whether or not those

24   flakes on the outside of the mesh are proteinaceous

25   or oxidized polypropylene?

Shelby F. Thames, Ph.D.

1      A.   We've done FTIR spectroscopy and scanning

2   electron microscopy as well as light microscopy,

3   what you see here.  And the FTIR says they're

4   proteins.  There's no indication that Prolene was

5   oxidized in any way.

6      Q.   I understand you did an FTIR, and I

7   understand you did SEM.  But with respect to your

8   opinions regarding the presence of translucent

9   flakes on blue monofilaments, you can't make that

10  opinion in Ms. Shelton case, can you?

11     A.   Not in this case, no, sir.

12     Q.   Because the monofilaments themselves are

13  clear, correct?

14     A.   That is correct.

15     Q.   Looking at figure 7, --

16     A.   Yes, sir.

17     Q.   -- this is an FTIR of the clear fiber

18  before cleaning; is that correct?

19     A.   Yes, sir.

20     Q.   So this is right when it came to you.

21  Nothing else was done to it after Mr. Ong sent it on

22  to you?

23     A.   That's correct.

24     Q.   And you have a photograph in the upper

25  right-hand corner of the exact point where the FTIR

Shelby F. Thames, Ph.D.

```
 1    was taken on a monofilament, correct?

 2         A.   At the crosshairs, yes, sir.

 3         Q.   And in this FTIR, you have identified

 4    where polypropylene is showing up --

 5         A.   Yes, sir.

 6         Q.   -- on this reading?

 7              And you've also identified where the

 8    protein Amide I carbonyl stretch is?

 9         A.   Yes, sir.

10         Q.   And that appears to be at 1652; is that

11    right?

12         A.   Yes, sir.

13         Q.   And you've also identified where the

14    protein Amide N-H stretch is.  And that is at 3347;

15    is that right?

16         A.   In that region, yes, sir.

17         Q.   For this FTIR, have you taken into account

18    any shifts that might occur because of the presence

19    of oxidized polypropylene or other proteins in

20    there?

21         A.   Yes, sir, I've taken all that into

22    consideration.

23         Q.   And is it your understanding that the

24    shifts themselves would be negligible?

25         A.   Yes, sir.
```

Shelby F. Thames, Ph.D.

```
 1        Q.   That they would be -- can you explain to
 2   me what you mean by negligible?
 3        A.   The shift might be the width of a pencil
 4   dot.
 5        Q.   A pencil dot on this FTIR that we're
 6   seeing in figure 7?
 7        A.   Yeah.
 8        Q.   So the shift would be -- it wouldn't be
 9   70 points?  It would be just be --
10        A.   Oh, absolutely not.
11        Q.   It wouldn't be 150 either?
12        A.   No, sir.  No, sir.
13        Q.   It would just be one or two?  Okay.  And
14   have you done any research on any shifting
15   associated with oxidized polypropylene to confirm
16   that?
17        A.   To specifically -- the shift is going to
18   depend upon what's in its environment and what's
19   affecting it and having an effect on the C=O, the
20   polarity of it.  And that's well established in the
21   literature.  There may be some slight shifts in
22   cases like that, but there's no need for me to do
23   the research on it.  It's published in literature.
24        Q.   Nonetheless, it's your understanding that
25   if there was a shift it would be negligible?
```

Shelby F. Thames, Ph.D.

1      A.    I think it's a good term.

2      Q.    Thank you.  On figure 8, we are looking at

3  the before cleaning of Ms. Shelton's mesh overlaid

4  with the collagenase reference spectra?

5      A.    Yes, sir.

6      Q.    Identified at type VII high purity; is

7  that right?

8      A.    Yes, sir.

9      Q.    And this is an FTIR of the clear fibers;

10 is that right?

11     A.    Well, that's the only fiber we had was

12 clear, yes, sir.

13     Q.    My question was a little confusing.  But

14 in this case, you didn't overlay the collagenase

15 with protein that was between the interstices of the

16 mesh; is that right?

17     A.    That's right.

18     Q.    In this case, you took the FTIR from the

19 before cleaning and you overlaid it with the

20 collagenase; is that right?

21     A.    Yes, sir.

22     Q.    Is it your opinion that where the N-H

23 peaks are that that is the only thing that would

24 show up in that area?

25     A.    That is the only thing that would show up

Shelby F. Thames, Ph.D.

1    in that area?

2        Q.   Yes, sir.

3        A.   No.  You may have some other extraneous

4    materials, but that's primarily where the N-H --

5    you'll see the peak is very sharp, and it depends

6    upon the amount of material that's present.

7        Q.   So the peak on the collagenase is sharp,

8    correct?

9        A.   Yes, sir.

10       Q.   On the --

11       A.   On the pure sample.

12       Q.   On the pure sample?

13       A.   Uh-huh (affirmative response).

14       Q.   And we're talking about the range between

15   34- and 3200 for that peak?

16       A.   That's about right, yes, sir.

17       Q.   And what you've identified as the Amide

18   group -- the N-H group on the Amide group?

19       A.   Yes, sir.

20       Q.   You identified it at 3347, correct?

21       A.   Yes, sir.

22       Q.   And do you know if there was presence of

23   oxidation on the Prolene itself, if it would show up

24   in that same general area?

25       A.   I do not have any data that I know of that

Shelby F. Thames, Ph.D.

1    would -- the oxidation product that I'm looking for

2    is a C=O bond.  That is the bond where there's

3    rupture of the fiber.  And until you get to that

4    point, everything else is irrelevant.

5         Q.   So there are at least two -- strike that.

6              Doctor, are you saying that an O-H group

7    on a polypropylene chain is not evidence of

8    oxidation?

9         A.   It's not relevant to this case in the

10   sense that we're talking about whether or not it

11   decomposes, whether it becomes friable, whether it

12   loses its physical properties.  And the only time

13   that occurs or begins to occur is when a carbonyl

14   bond is form.  Because when a carbonyl bond is

15   formed, you will have bond rupture of the Prolene.

16   And we don't see that.

17             I can't say that at some point in time a

18   hydroxyl group might be present, but that is

19   irrelevant to me.  What is relevant is the carbonyl

20   group that's present, the C=O.  That's when the

21   breaking of the bonds begin to occur.

22        Q.   So the presence of a C=O on polypropylene

23   is evidence of loss of molecular weight?

24        A.   Yes, sir, bond rupture.

25        Q.   Is the presence of an O-H group on

Shelby F. Thames, Ph.D.

```
 1   polypropylene the evidence of loss of molecular

 2   weight?

 3        A.   No, sir.

 4        Q.   Why not?

 5        A.   Because it doesn't cause bond rupture.

 6        Q.   So the oxygen itself is actually in the

 7   area of not only the hydrogen that's associated with

 8   the polypropylene but also associated with the

 9   carbon, correct?  So the oxygen is actually in the

10   same area?

11        A.   If you have a bond to a hydroxyl group to

12   attach to Prolene, there will be a carbon-to-oxygen

13   bond, but it doesn't cause bond rupture.

14        Q.   Would you consider the O-H group an

15   intermediate to carbonyl formation?

16        A.   It could be an intermediate, but it

17   doesn't cause bond rupture.  So, therefore, since we

18   don't have any oxidation, the likelihood of having

19   hydroxyl group is remote.

20        Q.   Could the hydroxyl group form after the

21   carbonyl had been formed in Ms. Shelton's case?

22        A.   No -- well, yes, I guess it could.  But

23   the issue here is we don't get any bond rupture.  We

24   don't get any carbonyls.

25        Q.   So because you don't see carbonyls, the
```

Shelby F. Thames, Ph.D.

1    N-H group is not -- I'm going to withdraw that

2    question.

3              In Ms. Shelton's case, the fact that there

4    might be an O-H group associated with the

5    polypropylene isn't necessarily important to your

6    findings in this case; is that right?

7        A.   Absolutely, because I'm interested in the

8    chemical reaction that would take place, possibly

9    take place because of rupture of the fiber.  That's

10   when your properties begin to diminish and only

11   then.

12       Q.   So an O-H group, it could be an

13   intermediary --

14       A.   It could be.

15       Q.   -- to the carbonyl formation?

16       A.   It could be.

17       Q.   Could it be a by-product of carbonyl

18   formation?

19       A.   No, I don't believe so.

20       Q.   Could it form after a carbonyl had formed

21   on the polypropylene itself?

22       A.   I think if carbonyls are forming that

23   certainly you could have one form afterwards, but we

24   aren't getting any carbonyls formed.  You've got to

25   keep that in mind now.

Shelby F. Thames, Ph.D.

1            You're talking about hypotheticals,

2    because it didn't happen because we don't have any

3    carbonyl bonds here.

4        Q.   According to your opinions and your

5    reading of this FTIR, there are no C=O bonds,

6    correct?

7        A.   Absolutely.

8        Q.   Okay.  With respect to figure 9, this

9    appears to be mislabeled; is that right?

10       A.   I'm sorry?

11       Q.   Figure 9, it says blue fiber.

12       A.   Yes, sir.  The heading of the figure is

13   mislabeled, that's right.  It's a typo error.  It's

14   not blue.  It's clear.

15       Q.   And, actually, your FTIR states clear

16   fiber?

17       A.   Yes, it does.

18       Q.   It's the report itself that is --

19       A.   Inconsistent, yeah.

20       Q.   And this figure 9 is all of the FTIRs you

21   took on Ms. Shelton's mesh before cleaning as well

22   as after each of the five cleanings that were

23   processed; is that right?

24       A.   These are all the FTIRs, one after each

25   step.

Shelby F. Thames, Ph.D.

1      Q.   And were these FTIRs taken at the same

2   point on the mesh, if you know?

3      A.   No.

4      Q.   They were taken at five different points?

5      A.   Yes, sir, by necessity.  It's much too

6   small a sample.  And, also, to find the exact spot

7   where you took the first or the preceding FTIR after

8   you've run it through a cleaning process, it would

9   be impossible to find the exact spot.

10      Q.   Could you mark it with a Sharpie?

11      A.   No, sir.

12      Q.   Could you make an indent with an "X" like

13   a brand or something?

14      A.   I'm not going to indent the sample, no,

15   sir.

16      Q.   Sometimes they do get indented on

17   explants, correct, by the surgeons?

18      A.   Yes, sir, but that's the surgeon.  That's

19   not me.

20      Q.   With respect to the after cleaning, the

21   red line on this FTIR, do you see oxidized

22   polypropylene there?

23      A.   No, sir.

24      Q.   There is actually -- but there is some

25   activity around 1720 to 1700, correct?

Shelby F. Thames, Ph.D.

```
 1        A.    What do you mean by "activity"?

 2        Q.    So there's a definite peak and valley, and

 3   then there is another peak associated with the 1650

 4   to 1600 range, correct?

 5              MR. HUTCHINSON:  Object to the form.

 6              THE WITNESS:  There's is not enough

 7        definitive shape of those curves to make any

 8        conclusion from it.  You can't draw a

 9        conclusion from that.

10   BY MR. BOWMAN:

11        Q.    But you do see a peak?

12        A.    I see -- I don't see a peak.

13        Q.    What do you see?

14        A.    I see perhaps the shape of a line moving

15   upward, but no peak.

16        Q.    In any event, it's not as we've seen

17   previously, what I was calling a plateau?

18        A.    Do what?

19        Q.    What I was calling a plateau, that's not

20   present here?

21        A.    It doesn't appear to be, no, sir.

22        Q.    And with the exception of after

23   cleaning 1, it appears that the peaks are

24   diminishing -- I withdraw question.

25              It appears that the peaks that you
```

Shelby F. Thames, Ph.D.

1    identify from the Amide groups are diminishing over

2    time through the cleaning process; is that correct?

3         A.    That's correct, sir.

4         Q.    And the same is true for the peaks you

5    identify associated with the N-H group around 3200;

6    is that right?

7         A.    That is correct, sir.

8         Q.    And then on figure 11, we have the Prolene

9    mesh exemplar overlaid with the FTIR clear fibers

10   after the cleaning process of Ms. Shelton's mesh; is

11   that right?

12        A.    After step 5, yes, sir.

13        Q.    And the two appear to be a little bit off

14   but pretty close to the same; is that right?

15        A.    I would think that they are essentially

16   identical, sir.  I don't know what you mean by "a

17   little bit off."  They are almost identical.

18        Q.    So the red, which is the after cleaning

19   for Ms. Shelton, is actually reading a little bit

20   lower, it appears, on every peak and valley than the

21   exemplar mesh; is that right?

22        A.    That has to do with the amount of light

23   passing through it, passing through the sample.  It

24   doesn't have anything to do with what is there

25   chemically.

Shelby F. Thames, Ph.D.

```
 1        Q.   But it is safe to say that they both --
 2   since they're both Prolene and they're both clear
 3   that the same amount of light should be passing
 4   through?
 5        A.   Not necessarily.  It depends upon where
 6   you took them.  Remember, this is a circular fiber.
 7   If you took the spectra here, the light is passing
 8   through here.  It's different if you pass through
 9   the center.
10        Q.   So with respect to figure 13, I don't see
11   it specifically mentioned, but your comparison of
12   the blue fiber to the clear fiber, are you using
13   that to form your opinions for the presence of the
14   clear flakes?
15        A.   Well, there was no blue fiber in this
16   sample, but we have a great deal of history between
17   explants where we do have -- this is an unusual
18   explant in the sense that it is all clear.
19             But in our past work, and we have examined
20   approximately 50 of these, a vast majority of which
21   are clear and blue, and the clear and blue flakes
22   are precisely as I've said before.  They're
23   translucent in nature, meaning that the flakes on
24   the blue fiber are clear and, therefore, not
25   polypropylene.
```

Shelby F. Thames, Ph.D.

1        But I can't use the blue here specifically

2   because I don't have a blue fiber, but I can use the

3   past history to say it would be that those flakes

4   are proteins.  And the reason they're proteins is

5   that if you look at the FTIR spectra starting with

6   figure 13A and go to B and C and D and E and then

7   look at those in addition to this light microscopy,

8   you can see that there's a continual decrease in

9   proteins until, finally, you get to figure 13F and

10  there's no proteins at all showing on the FTIR.  And

11  that's precisely what you would say.  So, therefore,

12  these flakes are proteins.

13       Q.   So when you said that you've done this

14  approximately 50 times, the 50 times that you've

15  seen this they have been the result of the cleaning

16  process that you have employed in these cases?

17       A.   What do you mean "they have been the

18  result of"?  The cleaning process hasn't done

19  anything but clean it.  It hasn't changed anything.

20  It hasn't changed what's on the fibers.  It's just

21  taking off the proteinaceous composite that we've

22  been talking about for two days.

23       Q.   So my question was the 50 times that

24  you've seen this has been the result of testing that

25  you performed -- I'm sorry -- cleaning and testing

Shelby F. Thames, Ph.D.

1  that you performed on 50 different samples; is that

2  right?

3       A.   Just like this, yes, sir.

4       Q.   And besides evidence in the peer-reviewed

5  literature of the FTIR, is there anything else in

6  the peer-reviewed literature that leads you to

7  believe that the flakes identified in these light

8  microscopy photographs are protein and not oxidized

9  polypropylene?

10      A.   Well, proteins are water soluble, and

11 that's in the peer-reviewed literature.  That's well

12 known.  That's basic science.  And, of course, we've

13 removed this by water, basically a water treatment

14 with sodium hypochlorite to remove flesh.

15           The peer-reviewed literature knows that

16 proteins occur in those regions where we talked

17 about in the spectra.  That's extremely well known.

18 It's in textbooks.  It's taught to everybody.  And

19 we see light microscopy, which is here.  That's in

20 the peer-reviewed literature.  And you use that as a

21 means of determining what's on the surface of the

22 material, particularly if it's light microscopy.

23 Scanning electron microscopy is in the peer-reviewed

24 literature.  It's in textbooks.  It's very well

25 known.

Shelby F. Thames, Ph.D.

1          Everything we've done is peer-review

2   supported, textbooks, teach it in the classes.  This

3   is nothing exotic.  This is basic science we're

4   talking about here.  Basic science shows these flake

5   materials to be proteins.

6      Q.   So I'm not sure if we've been going around

7   this for the past two days or not.  But those are

8   instrumental analyses, correct?

9      A.   Basic science analysis.

10     Q.   FTIR, light microscopy and SEMs, those are

11  all instrumental analyses for being able to support

12  conclusions -- I'm sorry.

13          They are instrumental analyses that are

14  run to be able to see results and form conclusions

15  from those results, correct?

16     A.   Yes, sir.  As a matter of fact, several

17  years ago I taught a class in spectrophotometric

18  identification of organic compounds, FTIR.  I taught

19  it to my students, my undergraduates.  So this is

20  the basic science that we're using here to show that

21  there is no oxidation present on Prolene.

22     Q.   But FTIR itself, it actually measures the

23  bulk of the material.  It doesn't measure the

24  surface of the material, correct?

25     A.   It measures everything in the material.

Shelby F. Thames, Ph.D.

1    So if there's oxidation on the surface, you will see

2    it in the FTIR.

3         Q.   So the bulk of it includes the surface and

4    the core, correct?

5         A.   Restate that, please.  The bulk of it?

6    What are you talking about, "it"?

7         Q.   The FTIR is going to not only examine

8    what's on the surface but also what's in the bulk of

9    the material, including the core, correct?

10        A.   What material?  You're talking about

11   Prolene?

12        Q.   Anything.  It doesn't matter what it is.

13   FTIR, what you put under it, it's going to examine

14   the whole thing?

15        A.   If light will pass through it -- if you

16   get a transmission, light will pass through it, yes;

17   if not, you use ATR and you get a surface reading.

18        Q.   And your opinions for the flakes are based

19   on FTIR readings at least partially, correct?

20        A.   Partially, yes, sir.  And the use of the

21   transmission microscopy to make these determinations

22   is supported by peer-reviewed literature as being

23   the best technique.

24        Q.   The best technique?  I'm not aware of any

25   peer-reviewed literature that tells us what the best

Shelby F. Thames, Ph.D.

1    technique is to measure surface oxidation on

2    polypropylene, are you?

3         A.    Well, you're not a scientist.

4         Q.    I have a biology degree.

5         A.    Oh, wonderful.

6         Q.    But I guess I'm not a scientist.

7         A.    I know it's not my place to ask a

8    question, but if I could, how many FTIRs have you

9    run?

10        Q.    I could tell you off the record.

11              (OFF-THE-RECORD DISCUSSION.)

12   BY MR. BOWMAN:

13        Q.    So the general idea, Doctor, is that I'm

14   just looking for something that you could tell me

15   that these flakes are definitively protein and not

16   polypropylene, something in the peer-reviewed

17   literature.  I understand that the results that you

18   have garnered and put together for Ms. Shelton's

19   report led you to that conclusion.  I'm looking for

20   something in the peer-reviewed literature that I

21   could point to to say that the flakes we are seeing

22   are protein and not oxidized polypropylene.

23        A.    If you take the FTIR spectras of the

24   samples, as we have done in figures 9 and --

25   figure 9, if you take that FTIR spectra and you go

Shelby F. Thames, Ph.D.

1    to the Sadtler Library of FTIR Spectra, there is a

2    library of all organic compounds, just like you go

3    to the library and get a book and read it.  We'll

4    call them up and say, "We want the FTIR spectra of

5    Prolene, polypropylene."  They'll give you this

6    spectra, and we lay that over the samples that we

7    analyze and it will be essentially identical.

8         Q.   I understand you've done that with

9    pristine, and I understand that you've done that

10   with the mesh after it has gone through the cleaning

11   process five times.

12            But for Ms. Shelton's case, I'm looking at

13   the flakes that are apparent in B, which is after

14   cleaning process 1.  And if we look at the overlay

15   of the FTIR done after cleaning process 1, that's

16   what I pointed out to you earlier where there is a

17   red line and there is this ambiguity where there is

18   a peak that I've identified between 1740 and a

19   little bit under 1700 that I'm trying to understand.

20            I know earlier I talked to you about it,

21   but I'm trying to see how you can line this data up

22   with the data here in B and explain to me that this

23   is not oxidized polypropylene.

24            MR. HUTCHINSON:  Object to form.

25            THE WITNESS:  Well, it may be an

Shelby F. Thames, Ph.D.

1        ambiguity to you, but it is not to me.

2        Because if it was oxidized polypropylene, we

3        would see a sharp band occur in the region of

4        1740, and that's the best I can do for you,

5        sir.  What I've told you so far is the best I

6        have to offer you.

7    BY MR. BOWMAN:

8        Q.   With respect to the SEM images that are

9    associated with Ms. Shelton's case, your report says

10   that the oxidation or degradation of Prolene -- I'm

11   sorry.  I am four lines up from the bottom on

12   page 12.

13        Is says that oxidation or degradation of

14   Prolene did not occur in vivo.  It is further

15   confirmed by the lack of surface pitting on Prolene.

16   Do you see that?

17       A.   I do.

18       Q.   Are you aware that the defense expert,

19   MacLean, has confirmed that you can have oxidized

20   Prolene without pitting on it?

21            MR. HUTCHINSON:  Object to form.

22            THE WITNESS:  I'm not aware of that.  I

23       have not -- do not remember that.  I can't

24       testify to what he said.

25   BY MR. BOWMAN:

Shelby F. Thames, Ph.D.

1    Q.   Will you be referring to Dr. MacLean's

2    report at all when you testify about this case at

3    trial?

4    A.   I have not referred to him here.

5    Q.   With respect to the extrusion lines that

6    are present on the SEMs in -- and I think I can see

7    them in the SEMs D, E and F of figure 14.  Can you?

8    A.   Yes, sir.

9    Q.   It's your opinion that the presence --

10   because you can see those extrusion lines via SEM

11   that no surface oxidation has taken place on the

12   Prolene; is that right?

13   A.   That's one more piece of evidence, yes,

14   sir.

15   Q.   And can you point me to some literature

16   describing the extrusion process that would support

17   that opinion?

18   A.   Well, I think it would be basic common

19   sense that if you have the same structural

20   configuration of a material that came out of an

21   extruder and went through the process of forming a

22   fiber and then was placed in the human body and then

23   removed and you had this same structural

24   configuration that you had when the material came

25   out of the extruder, that would be information

Shelby F. Thames, Ph.D.

1  enough and proof enough to say nothing has occurred

2  to it.  And that's what we're doing right here, sir,

3  and it doesn't take a peer review to make that sort

4  of analysis.  It takes common sense.

5      Q.  So you're aware -- I'm sorry.  Are you

6  aware that the monofilaments used to make these

7  meshes are extruded through a dye?

8      A.  Yes, sir.

9      Q.  And have you, yourself, examined the dye

10  used to make these meshes?

11      A.  No, sir.

12      Q.  Have you, yourself, examined the

13  extrusions, the extrusion process?

14      A.  No, sir, not the one -- I know what an

15  extrusion process is.  I've extruded material

16  myself.  But this specific process we're talking

17  about, I have not witnessed that.

18      Q.  Have you cut a monofilament down the

19  middle to check to see if extrusion lines are there?

20      A.  Cut it down the middle?

21      Q.  Certainly.  Take a piece of pristine

22  monofilament and cut it in half, slice it down the

23  middle, and then take the end -- you could even just

24  slice it on the bias and then take the end and see

25  if the extrusion lines are still there.  Have you

Shelby F. Thames, Ph.D.

1    done that?

2        A.   Yes, sir -- excuse me.  I have not done

3    that, but I have had samples where we have seen

4    those extrusion lines that we've analyzed.  We've

5    looked at the cross-sectional ends, and those

6    extrusion lines are there, samples of Prolene that

7    have -- Prolene explants in the past.

8        Q.   So does it look like when you chop down a

9    tree and you see the lines going down the middle?

10   Is that what it looks like?

11       A.   It looks like extrusion lines, just

12   exactly what you see on the surface if you took a

13   cross-section of it.  You know what a cross-section

14   is, of course, biology major?

15       Q.   Yes, sir.

16       A.   So here's the fiber.  You cut it right

17   here.  So if you have extrusion lines here and you

18   look at it on the end, then you can see those

19   extrusion lines.

20       Q.   I understand.  I'm asking about the

21   cross-section.  So let's say --

22       A.   That is the cross-section that I just

23   described to you.

24       Q.   So I'm not sure I understand.  So let me

25   see if you can follow my example.

Shelby F. Thames, Ph.D.

1          You said you -- well, let's say you

2    chopped down a tree.  And, you know, some people,

3    they can age the tree by counting the lines going

4    towards the middle.  Are you familiar with that?

5          A.   I certainly am.

6          Q.   So if you get a cross-section of Prolene

7    suture, are you going to see those lines going out?

8          A.   No, sir.

9          Q.   What are you going to see?

10         A.   You're going to see solid polymer until

11   you get to the exterior surface where the lines are

12   formed because that's, you could say, imperfections,

13   but you can't have a perfectly smooth surface that

14   the molten polymer is passing through.

15         So as the molten polymer passes through

16   the extruder, the extrusion -- the extruder has the

17   indentations that form these lines in the exterior,

18   not in the interior.  It's not like a tree.  The

19   example does not fit.

20         Q.   So that's --

21         A.   The tree example does not fit.

22         Q.   So that's really what I'm looking for, is

23   I'm looking for some literature that you can point

24   me to where I can better understand this extrusion

25   process and the presence of these extrusion lines.

Shelby F. Thames, Ph.D.

1     A.   Well, I suggest that you go look under

2 topic of extrusion and ask these specific questions

3 and see what you find out, and I think that's what

4 you'll find out.

5     Q.   Do you have any peer-reviewed literature

6 to support your opinions in this case?

7     A.   I haven't looked for any peer-reviewed for

8 that, because it's sheer common sense.

9     Q.   Well, there are pressure points on the

10 monofilament as it's extruding, correct?

11     A.   Sure, and it's molten.

12     Q.   And it's molten?

13     A.   Uh-huh (affirmative response).  And as it

14 comes out it cools.

15     Q.   And it would cool from the outside in,

16 correct?

17     A.   That's correct.

18     Q.   So why wouldn't that process create

19 extrusion lines from the outside in?

20     A.   It does.

21     Q.   Are you saying --

22     A.   No, no.  It would on the surface, but it's

23 solid on the -- the extrusion lines are just so

24 deep, sir.  They are taking the shape of the

25 extruder barrel, and the extruder barrel doesn't go

Shelby F. Thames, Ph.D.

1  all the way into the fiber.  They are taking the

2  depth of the extruder barrel, and that's on the

3  outside and only on the outside.

4       Q.   Just to close the loop on this, if I

5  wanted to find some literature that would support

6  your opinion, how would I find it?

7       A.   I think you would go to a textbook on

8  extrusion, molten polymer extrusion, and take a look

9  at that.  That would probably take you where you

10  wanted to go.

11       Q.   For your opinion in this case, there's no

12  citation to that in your report; is that right?

13       A.   No, sir.  That's correct.

14       Q.   And with respect to the findings of

15  Dr. MacLean, are you aware that he was able to see

16  extrusion lines and he detect oxidized polypropylene

17  in his findings?

18       A.   I don't know what you're talking about,

19  sir.

20       Q.   So are you aware that Dunn and Guelcher

21  were also able to oxidize Prolene and see extrusion

22  lines on the polymers that they looked at as well?

23            MR. HUTCHINSON:  Objection.  Scope.

24            THE WITNESS:  I don't know what you're

25       getting at.  I have no idea what you're

Shelby F. Thames, Ph.D.

```
 1       talking about.

 2   BY MR. BOWMAN:

 3       Q.   I'm trying to find support for the

 4   opinion, Doctor, that the presence of the extrusion

 5   lines --

 6       A.   I've told you all I have for you, sir.

 7            MR. BOWMAN:  Well, then that's all I

 8       have.

 9                        EXAMINATION

10   BY MR. HUTCHINSON:

11       Q.   Dr. Thames, Chad Hutchinson, counsel for

12   Ethicon and Johnson & Johnson.  I have a couple of

13   follow-up questions.

14            You were asked about peer-reviewed

15   literature that supports your opinions that the

16   clear flakes shown in figure 13 are protein and not

17   oxidized Prolene.  Do you remember that line of

18   questioning?

19       A.   I do.

20       Q.   Did you cite any peer-reviewed literature

21   in your general report?

22       A.   Yes, sir.

23       Q.   And does the literature you cite suggest

24   that proteins adhere to a foreign body implant?

25       A.   Absolutely.
```

Shelby F. Thames, Ph.D.

```
1        Q.   Does the literature you cite suggest that
2   proteins occur -- the protein adherence occurs
3   immediately?
4        A.   Yes.
5        Q.   Does the literature you cite suggest that
6   formaldehyde and protein cross-link to create a new
7   polymer?
8        A.   Yes.
9        Q.   And does the literature you cite suggest
10  that that reaction has been known since 1949?
11       A.   Yes.
12       Q.   Does the literature you cite suggest that
13  that reaction is basic chemistry?
14       A.   Yes.
15       Q.   Did Mary Shelton's explant have tissue on
16  it when it was taken out of her body?
17       A.   Yes.
18       Q.   Is tissue comprised of proteins?
19       A.   Yes, sir.
20       Q.   Was Mary Shelton's explant then exposed to
21  formaldehyde?
22       A.   Yes.
23       Q.   Are the light microscopy photographs that
24  we see in figure 13 examples of what is discussed
25  and supported by the peer-reviewed literature?
```

Shelby F. Thames, Ph.D.

1     A.    Yes.

2           MR. HUTCHINSON:  I don't have any

3     further questions.  Thank you.

4                    FURTHER EXAMINATION

5     BY MR. BOWMAN:

6     Q.    I do have a quick follow-up.

7           With respect to the peer-reviewed

8     literature that you cite, Doctor, is there any that

9     you cite with respect to the cross-linking of

10    protein and formaldehyde after it is explanted from

11    the human body?  Does that literature cite what

12    happens when Prolene explants are excised from the

13    human body and then placed in formalin?

14    A.    The literature doesn't speak specifically

15    to Prolene explants.  The literature speaks to the

16    general science that formaldehyde and proteins will

17    react to form a composite.  It doesn't matter what's

18    present, whether it's Prolene, whether it's a steel

19    pipe or what.

20          If you have proteins in the presence of

21    formaldehyde, it's going to form a composite.  It's

22    well-known basic science over 60 years.  It's been

23    known for more than 60 years.

24    Q.    Does any of the peer-reviewed literature

25    discuss Prolene or Prolene mesh specific?

Shelby F. Thames, Ph.D.

```
 1              MR. HUTCHINSON:  Are you talking --
 2              THE WITNESS:  What does your question
 3      mean?
 4  BY MR. BOWMAN:
 5      Q.   My question is the peer-reviewed
 6  literature on the cross-linking of proteins and
 7  formalin.
 8      A.   Yes, --
 9      Q.   Does it --
10      A.   There is peer-reviewed literature for
11  that.  It was known in 1949.  It's been printed and
12  published since 1949.
13      Q.   I understand.  The question I'm asking is
14  if the literature references Prolene or Prolene mesh
15  at all?
16      A.   What do you mean "references" it?
17      Q.    It's in reference -- the literature, does
18  it reference Prolene and Prolene mesh specifically?
19              MR. HUTCHINSON:  You're talking about
20      the literature in general?
21              MR. BOWMAN:  I'm talking about the
22      literature that he is using to back his
23      opinion up about this proteinaceous
24      composite.
25              THE WITNESS:  I haven't looked for a
```

Shelby F. Thames, Ph.D.

1     specific reference to that.  I think most

2     people have missed that in this.  They have

3     not recognized that science.  This composite

4     Prolene -- excuse me -- protein-formaldehyde

5     composite will form around anything.  It will

6     form flat.  It will form around a fiber.  If

7     something were square, it would form around

8     it.

9          It is a general chemical reaction that

10    takes place.  And if it happens to be proteins

11    around Prolene, if you put it in formaldehyde,

12    it's going to form.  That's the best I can do

13    for you, sir.  That is the best.  I've stated

14    that over and over today numerous times.

15         MR. BOWMAN:  I have nothing further.

16              (CONCLUDED AT 10:59 A.M.)

17

18

19

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

1         CERTIFICATE OF COURT REPORTER

2      I, Amy M. Key, CSR, and Notary Public in

3  and for the County of Lamar, State of Mississippi,

4  hereby certify that the foregoing pages, under

5  penalty of perjury, contain a true and correct

6  transcript of the testimony of the witness, as

7  taken by me at the time and place heretofore

8  stated, and later reduced to typewritten form by

9  computer-aided transcription under my supervision

10  and to the best of my skill and ability.

11      I further certify that I placed the witness

12  under oath to truthfully answer the questions in

13  this matter under the power vested in me by the

14  State of Mississippi.

15     I further certify that I am not in the employ

16  of or related to any counsel or party in this

17  matter, and have no interest, monetary or

18  otherwise, in the final outcome of the

19  proceedings.

20     Witness my signature and seal this the

21  _____ day of_____, 2016.

22

23        _____

         AMY M. KEY, CSR

24       My Commission Expires May 11, 2020

25

Shelby F. Thames, Ph.D.

1         - - - - - -

E R R A T A

2         - - - - - -

3

4   PAGE  LINE  CHANGE

5   _____ _____  _____

6     REASON: _____

7   _____ _____  _____

8     REASON: _____

9   _____ _____  _____

10     REASON: _____

11  _____ _____  _____

12     REASON: _____

13  _____ _____  _____

14     REASON: _____

15  _____ _____  _____

16     REASON: _____

17  _____ _____  _____

18     REASON: _____

19  _____ _____  _____

20     REASON: _____

21  _____ _____  _____

22     REASON: _____

23  _____ _____  _____

24     REASON: _____

25

Shelby F. Thames, Ph.D.

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
 4             I,_____, do
 5   hereby certify that I have read the
 6   foregoing pages, and that the same is
 7   a correct transcription of the answers
 8   given by me to the questions therein
 9   propounded, except for the corrections or
10   changes in form or substance, if any,
11   noted in the attached Errata Sheet.
12
13
14    _____
15    SHELBY F. THAMES, PH.D.          DATE
16
17
18   Subscribed and sworn
     to before me this
19   _____ day of _____, 20____.
20   My commission expires:_____
21

     _____
22   Notary Public
23
24
25
```