Exhibit I

1              UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF WEST VIRGINIA

2                  CHARLESTON DIVISION

3

4    IN RE:  ETHICON, INC.,        MASTER FILE NO.

     PELVIC REPAIR SYSTEM          2:12-MD-02327

5    PRODUCTS LIABILITY LITIGATION

6                                  MDL 2327

7

8                                  JOSEPH R. GOODWIN

                                   U.S. DISTRICT JUDGE

9

10   ****************************************************

11   This Document Relates To:

12   Margaret Stubblefield v. Ethicon, Inc., et al.

13   Case No. 2:12-cv-00842

14

15      ***********************************************

           DEPOSITION OF SHELBY F. THAMES, Ph.D.

16      ***********************************************

17                Taken at Butler Snow

        1020 Highland Colony Parkway, Suite 1400,

18                Ridgeland, Mississippi,

              on Thursday, March 24, 2016,

19        beginning at approximately 12:29 p.m.

20

21

22        ***********************************

23             AMY M. KEY, RPR, CSR

                 Notary Public

24

25

Shelby F. Thames, Ph.D.

```
 1              A P P E A R A N C E S
 2
    REPRESENTING THE PLAINTIFFS:
 3      DOUGLAS C. MONSOUR, ESQ.
        KATY KROTTINGER, ESQ.
 4      Monsour Law Firm
        404 North Green Street
 5      Longview, Texas  75601
        (903) 758-5757
 6      doug@monsourlawfirm.com
        katy@monsourlawfirm.com
 7
 8      JACOB W. PLATTENBERGER, ESQ. (Via Telephone)
        Tor Hoerman Law LLC
 9      101 West Fulton Street
        Chicago, Illinois  60661
10      (618) 656-4400
        jake@THLawyer.com
11
12
        MICHAEL H. BOWMAN, ESQ.
13      Wexler & Wallace LLP
        55 West Monroe Street, Suite 3300
14      Chicago, Illinois  60603
        (312) 346-2222
15      mhb@wexlerwallace.com
16
17      PATRICIA L. CAMPBELL, ESQ.
        Potts Law Firm
18      1901 W. 47th Place, Suite 210
        Westwood, Kansas  66205
19      (816) 931-1312
        pcampbell@potts-law.com
20
21
    REPRESENTING THE DEFENDANTS:
22      CHAD R. HUTCHINSON, ESQ.
        Butler Snow LLP
23      1020 Highland Colony Parkway, Suite 1400
        Ridgeland, Mississippi  39157
24      (601) 985-5711
        chad.hutchinson@butlersnow.com
25
```

Shelby F. Thames, Ph.D.

```
 1                     TABLE OF CONTENTS

 2                                                  PAGE

 3   Title Page.................................... 1

 4   Appearance Page............................... 2

 5   Table of Contents............................. 3

 6   Exhibit Page.................................. 3

 7   Stipulation Page.............................. 4

 8

 9                      *******

10        EXAMINATION OF SHELBY F. THAMES, Ph.D.

11   By Mr. Bowman................................. 5

12   By Mr. Hutchinson............................ 85

13   Further By Mr. Bowman........................ 91

14   Certificate Page............................. 96

15   Signature Page............................... 97

16

17                      *******

18                  E X H I B I T S

19

20   Exhibit No. 1, Notice to Take Deposition...... 5

21

     Exhibit No. 2, Protocol for Cleaning Surgical

22     Meshes...................................... 5

23   Exhibit No. 3, Amended Case Specific Report of

        Shelby F. Thames, PhD, Margaret Stubblefield v.

24     Ethicon, March 22, 2016.................... 5

25
```

Shelby F. Thames, Ph.D.

```
1                      * * * * * * *

2                 S T I P U L A T I O N

3          It is hereby stipulated and agreed by

4    respective attorneys of record, that this

5    deposition may be taken at the time and place

6    hereinbefore set forth, by AMY M. KEY, Court

7    Reporter and Notary Public, pursuant to the Rules;

8          That the formality of reading and

9    signing is specifically RESERVED;

10         That all objections, except as to the

11   form of the questions and the responsiveness of

12   the answers, are reserved until such time as the

13   deposition, or any part thereof, may be used or

14   sought to be used in evidence.

15                      * * * * * * *

16

17

18

19

20

21

22

23

24

25
```

Shelby F. Thames, Ph.D.

```
 1              (EXHIBIT NOS. 1 THROUGH 3 PRE-MARKED.)

 2                    SHELBY F. THAMES, Ph.D.,

 3                having been first duly sworn,

 4            was examined and testified as follows:

 5                        EXAMINATION

 6   BY MR. BOWMAN:

 7        Q.   Good afternoon, Dr. Thames.  My name is

 8   Mike Bowman.

 9        A.   Good afternoon, sir.

10        Q.   You've been handed Exhibit 1.  Can you

11   tell me if you've seen that document before?

12        A.   I have not seen this document before.

13        Q.   Does that look like a notice of deposition

14   to you?

15        A.   Oh, this Exhibit 1 here?  I haven't seen

16   this, no, sir.

17        Q.   Could I see it for a second?

18        A.   Sure.

19        Q.   So it's been pre-marked as 1.

20             Have you had a chance to look through it?

21        A.   Just glanced through it, yes, sir.

22        Q.   And you did not see that before?

23        A.   I have not.

24        Q.   Do you see the name "Margaret

25   Stubblefield" on there?
```

Shelby F. Thames, Ph.D.

1    A.   Let's see.  Yes.

2    Q.   Okay.  I'm here representing her.  You did

3  a case-specific report for her mesh; is that right?

4    A.   Yes, sir, I did.

5    Q.   Do you know when you finished this report?

6    A.   This is Thursday.  I don't remember.  It

7  was one day last week, about ten days ago, so...

8    Q.   I've also handed you another document,

9  Doctor, that's been labeled Exhibit 2.

10        Do you see that there?

11    A.   I do.

12    Q.   Have you seen that document before?

13    A.   No, sir.

14    Q.   Well, I represent to you that that was

15  provided to plaintiff's counsel with your expert

16  report.

17        Have you had a chance to look through it

18  at all?

19    A.   No.

20        MR. HUTCHINSON:  Counsel, do you have

21    another copy?

22        MR. BOWMAN:  I do.

23  BY MR. BOWMAN:

24    Q.   Do you know who might have prepared this

25  document, Doctor?

Shelby F. Thames, Ph.D.

```
 1        A.   Are we talking about 2, sir?

 2        Q.   Yes, 2.

 3        A.   I have no idea.

 4        Q.   I'm going to guess by the color on the

 5   front that it was prepared by somebody at Exponent

 6   by the cover page.

 7             Do you see that?

 8        A.   Yes.

 9        Q.   Would it make sense that somebody from

10   Exponent prepared this document?

11        A.   Yes.

12        Q.   Actually, if this were in color, it would

13   be a green and white cover page, which I typically

14   see when I deal with Exponent documents.

15        A.   Well, that looks like their style, and

16   that's why my answer to your question.

17        Q.   So do you understand that -- you

18   understand that, in this case, that Kevin Ong did

19   cleaning for you; is that right?

20        A.   Yes, sir.

21        Q.   Can you just take maybe two minutes or

22   three minutes to review the document, Exhibit No. 2,

23   and tell me if it looks anything like what you and

24   Kevin Ong discussed?

25        A.   Okay.
```

Shelby F. Thames, Ph.D.

1      Q.   Okay.  Thank you.

2           MR. HUTCHINSON:  Counsel, you stated

3      that this was included with the e-mail.  Are

4      you talking about this document, Exhibit No.

5      2, was produced with the Stubblefield report?

6           Is that what you're telling us?

7           MR. BOWMAN:  I believe it was produced

8      as part of the Rule 26 report, so not with

9      the amended Stubblefield.

10          MR. HUTCHINSON:  Okay.  And it wasn't

11     produced with the original Stubblefield?

12          MR. BOWMAN:  I don't think it was.

13          MR. HUTCHINSON:  All right.  I'm sorry.

14     I think I misunderstood you then.

15          MR. BOWMAN:  Okay.

16          MS. KROTTINGER:  Is that the cleaning

17     protocol?

18          MR. BOWMAN:  It is, yeah.

19          MS. KROTTINGER:  Yeah.  That was

20     produced with each case-specific report, the

21     original one, not the amended one.

22          Does that make sense?

23          MR. BOWMAN:  This is the handling

24     protocol from -- it looks like the handling

25     protocol from Exponent.

Shelby F. Thames, Ph.D.

1          MS. KROTTINGER:  Yes.

2          THE WITNESS:  I've had a chance to

3     glance through it, sir.

4   BY MR. BOWMAN:

5       Q.   Does it refresh your recollection of what

6   the document is?

7       A.   I have never seen it before.

8       Q.   Do you know what the document is after

9   having looked through it?

10      A.   Well, it is a recommended protocol for

11  cleaning.  And I think the second sentence, 1.2,

12  says what it is actually.  It's to evaluate the

13  effects of different cleaning methods on clean

14  surface texture and chemistry of the mesh material.

15      Q.   Okay.  So this --

16      A.   Under 1.2.

17      Q.   So you don't believe that this is in any

18  way representative of the protocol that was used?

19      A.   For what?

20      Q.   To clean the meshes in the case?

21      A.   My meshes?

22      Q.   No, the mesh for Ms. Stubblefield.

23      A.   No, sir.

24      Q.   Okay.  This is just the protocol that the

25  lab used whenever they would handle a mesh; is that

Shelby F. Thames, Ph.D.

1  right?

2      A.   No, sir.  This is not -- they didn't

3  handle our meshes this way.

4      Q.   Okay.

5      A.   Our meshes were handled precisely the way

6  they are in this cleaning report here.

7      Q.   Okay.

8      A.   We never used dimethylsulfoxide or nitric

9  acid or any of these chemicals they're talking

10  about.

11          This is a method -- the way I perceive

12  this document is that they're taking this to

13  evaluate the effects of different cleaning methods

14  on clean surface textures and chemistry of mesh

15  material.

16      Q.   Okay.

17      A.   So I don't know that they set this up as a

18  cleaning protocol.  It's a trial cleaning protocol,

19  the way I evaluate the document.

20      Q.   Okay.  So one way or another, you haven't

21  seen it before, and you don't know if it's been

22  utilized in the Stubblefield case at all?

23      A.   It has not been.

24      Q.   Now, a minute ago you referenced the

25  Stubblefield report.  You actually referenced the

Shelby F. Thames, Ph.D.

1   protocol that's in the amended Stubblefield report?

2        A.   That is correct.

3        Q.   And, as I understood it, there was an

4   outdated protocol that was part of the original

5   Stubblefield report; is that correct?

6        A.   Well, no, sir.  What happened is in the

7   process of putting the document together, the

8   original protocol that we used for cleaning implants

9   was placed into the Stubblefield report

10  inadvertently, and not the more current one where we

11  have reduced the time.  We talked about that

12  earlier.

13       The time of -- for instance, the first

14  step was distilled water and heating at 70 degrees

15  at 20 hours.  In the original report, it was heated

16  for 42 hours.  And rather than drying by room

17  temperature, it was dried under desiccation.  So

18  it's minor changes, but that's the case.

19       Q.   And what's in the amended report

20  represents your understanding of what was done by

21  Mr. Ong; is that right?

22       A.   Absolutely.

23       Q.   As I understand it, he would do a

24  cleaning.  He would send it to you, and then you

25  would send it back to him for cleaning; is that

Shelby F. Thames, Ph.D.

1  right?

2      A.   Yes, sir.

3      Q.   What was done when it came back to you?

4  Do you know?

5      A.   When we received it, we did light

6  microscopy, scanning electron microscopy and Fourier

7  transform infrared spectroscopy analysis of the

8  sample.  And then we, of course, recorded that data.

9  We sent it back to him.  He does the next cleaning

10  step.  He sends it back to us.  We repeat those

11  three analyses and send it back to him, and that's

12  done for five cleaning steps.

13      Q.   So the five cleaning steps, is that

14  independent to Ms. Stubblefield's case, or was that

15  done in every case?

16      A.   Every case.

17      Q.   So why did you do it five times?

18      A.   Well, our protocol was set up for five

19  times -- excuse me.  There's a case where we didn't

20  do five.  There's one case where we stopped after

21  the second cleaning step, I believe.  I don't

22  remember the name.  But it was because the explant

23  itself was so clean there wasn't any need to go any

24  farther.  And we noticed that by SEM and by FTIR and

25  light microscopy as well.

Shelby F. Thames, Ph.D.

1        Q.    So the samples come to you.  You make a

2    determination on whether or not they go back; is

3    that right?

4        A.    We typically will send them back, yes,

5    sir.

6        Q.    But the determination is made by you

7    whether or not they get sent back?

8        A.    Myself and Dr. Ong, we talk about

9    together.

10       Q.    And the maximum number of times that you

11   sent this -- that you would send a sample through

12   the cleaning protocol is five?

13       A.    Five.

14       Q.    Why did you choose five as a maximum

15   number?

16       A.    Well, we set this out originally to be our

17   cleaning protocol.  You were here earlier this

18   morning when we testified why each step was done.  I

19   could go through that again if you would like for me

20   to.

21             But we did that in order.  And after each

22   cleaning step, we evaluated the explant to make

23   certain we weren't damaging it.  We also wanted to

24   get it as clean as we could, so we do it through

25   five steps.  In some cases, it hasn't taken that

Shelby F. Thames, Ph.D.

1    much.  But we went through five steps, irrespective

2    of one sample.

3         Q.   One sample for the Wave 1 case that you

4    examined?

5         A.   Yeah, that's right.

6         Q.   Do you remember the name?

7         A.   No.

8         Q.   Can you tell me very quickly or even in a

9    more detailed explanation what you mean when you say

10   the sample was examined by light microscopy?

11        A.   When the sample comes to us, we take it

12   out and we put it under a light microscopy.  We

13   examine is pretty thoroughly and take

14   photomicrographs of it.  I'm going to -- it's best

15   for me to answer this by referring to this report,

16   which is Exhibit 3.

17        Q.   Okay.

18        A.   Is that okay my doing that?

19        Q.   Yes, that's fine.

20        A.   I'm looking on page 3.  So on page 3,

21   we've got a Gynemesh exemplar sample.  And we always

22   do an exemplar.  Before cleaning -- and that you

23   notice it says 20 times magnification in this bar.

24             So that's the kind of material that we're

25   looking at.  And, as you notice, it says figure 2 is

Shelby F. Thames, Ph.D.

1    pristine kind of mesh, and that's before cleaning.

2            And then we look down at the sample.  The

3    Stubblefield sample is figure 3, label 1.3.1.

4    That's before cleaning.

5            And so then we go from there, and we go

6    take a photomicrograph of that on page 4 of the

7    exhibit and figure 4.  And we do that to see if --

8    during that process, we look to see if there are any

9    fibers that may be sticking out from the mass of the

10   implant and try to look for something that they

11   would show us before we start the cleaning process.

12           There wasn't a whole lot here that was

13   beyond the confines of the fatty mass that we found.

14   But what was there is the type photomicrograph that

15   was in figure 4.

16       Q.   So sticking with the first light

17   microscopy image, image 2, and that's on page 3,

18   that's Gynemesh, correct?

19       A.   Yeah.

20       Q.   And you say it's labeled as pristine

21   Gynemesh, GPSL, Lot K -- I'm sorry -- Lot CKB435

22   before cleaning?

23       A.   Yes, sir.

24       Q.   How many of these Gynemesh did you examine

25   for the plaintiff-specific reports, if you know?

Shelby F. Thames, Ph.D.

```
 1        A.    I don't know.

 2        Q.    So I'll be more specific.  There are two

 3   general types of mesh at use in Ethicon's pelvic

 4   mesh products, correct?

 5        A.    There are several.

 6              MR. HUTCHINSON:  Object to form.

 7   BY MR. BOWMAN:

 8        Q.    So there's SUI meshes and POP meshes,

 9   correct?

10        A.    Yes.

11        Q.    That are pure polypropylene?

12              MR. HUTCHINSON:  Object to form,

13        Counsel.

14              THE WITNESS:  No, that's wrong.  They're

15        not pure polypropylene.  None of the meshes

16        that are used by Ethicon are pure

17        polypropylene.  They're all Prolene.

18   BY MR. BOWMAN:

19        Q.    They're all Prolene?

20        A.    And they all have additives, five of them,

21   as a matter of fact.  And we need to make that

22   really clear here.

23        Q.    I understand.  The differentiation that I

24   was making is that there is a Prolift+M, which is

25   half polypropylene --
```

Shelby F. Thames, Ph.D.

1        A.    I'm sorry.  You're speaking a little fast

2    for me.

3        Q.    Sure.  There is Prolift+M that is made out

4    of the ULTRAPRO mesh, and we're not talking about

5    that in this case.

6        A.    That's right.

7        Q.    But what I'm trying to understand is

8    that -- I want you to -- I don't know how many POP

9    meshes you've examined for the plaintiff-specific

10   reports.  But I'm trying to figure out how many

11   times you ran Gynemesh through -- this Gynemesh

12   sample through the cleaning process, or did you have

13   a different sample?

14       A.    No, no.  We ran it through the cleaning

15   process at every point of the cleaning stage.  We

16   went through the 25 steps of the cleaning process,

17   just like explant did.  And we evaluated it at the

18   end of every cleaning by light microscopy, FTIR,

19   just like we evaluated this one.

20       Q.    So did you do a new pristine Gynemesh

21   sample for every case-specific report that had

22   Gynemesh involved?

23       A.    I'm not sure.  I would have to refer back

24   to what was used here.

25       Q.    Well, the way I read this is --

Shelby F. Thames, Ph.D.

1      A.   Because we've got a sample -- when we

2  received a sample from Dr. Ong, he sent us an

3  exemplar which he used.  He chose the appropriate

4  one for her case.  And so I think they're the same,

5  from the same lot number, but I cannot testify

6  specifically to that without looking at the

7  documents.

8      Q.   So did he -- do you know if Dr. Ong ran a

9  new piece of pristine Gynemesh with every POP

10 product that he looked at?

11     A.   Yes.

12     Q.   He did?

13     A.   Yes.

14     Q.   So this photograph in figure 2 is going to

15 be different for another POP-specific case that you

16 did -- I'm sorry -- for another POP case that you

17 did a case-specific report on; is that right?

18     A.   That's true.

19          MR. HUTCHINSON:  Just so we're clear,

20     POP, pelvic organ prolapse.

21 BY MR. BOWMAN:

22     Q.   So I just wanted to make sure that we

23 weren't working with -- I just wanted to make sure I

24 understood what the report said.

25     A.   Well, there were really -- if he runs it

Shelby F. Thames, Ph.D.

1    through one time and photographs it and documents

2    it, there really would be no need to run it through

3    five, six, seven, eight times, but that's what's

4    here.

5         Q.   Right.  But he didn't run the same piece

6    of mesh through the protocol more than five times?

7         A.   The same piece?

8         Q.   Right.

9         A.   No.

10        Q.   Do you know how big this piece of mesh is

11   before it was magnified.

12        A.   Well, no.  You can see the legend that

13   shows the millimeters.  It's not real big, but it's

14   not as small as a lot of our explants.  There's no

15   need to have a large size, quite honestly.

16        Q.   Did you handle these meshes as they came

17   to you?

18        A.   No, I did not handle them.  My technical

19   guy that works for me handles them.  I saw them.  I

20   looked at them, but I didn't handle them.  He takes

21   care of that.  He does the cleaning process -- or

22   excuse me.  He didn't clean them.  He does the

23   process of doing SEM, the optical microscopy and the

24   FTIR.  He's my technical assistant.

25        Q.   Just so I can understand the protocol, the

Shelby F. Thames, Ph.D.

1  untested sample from Steelgate or Roberson or

2  wherever the mesh came from, it would come to your

3  office.  You would document it with FTIR and light

4  microscopy?

5       A.   It would come from Dr. Kevin Ong.  He

6  would get the sample, take it to Exponent, do the

7  first step of the process.  Actually, he would do --

8  let's see what steps we've got here.  He would do

9  the first two steps.  After that, he would send it

10 to me.

11      Q.   So he did the first two steps, and then he

12 would send it to you?

13      A.   And we would then do light microscopy,

14 FTIR, and scanning electron microscopy.  We would

15 send it back to him, and then he would do the third,

16 the fourth and the fifth step and send it to me.  We

17 would do the sixth step, light microscopy, FTIR and

18 scanning electron microscopy and send it back to

19 him.  He would do seven, step eight, nine, ten

20 and -- nine through ten, and then he would send it

21 back on the 11th step.  That's how it progressed.

22      Q.   So what was the purpose of actually

23 sending the explant to your office?

24      A.   We wanted to determine the progress of

25 cleaning at each step rather than waiting until we

Shelby F. Thames, Ph.D.

1    went through five steps and then here's the explant.

2    We wanted to see the progress that was being made to

3    clean the explant because we were identifying it at

4    each step and running the scanning scopes, the FTIR

5    and the optical photomicrographs so that we could

6    get a feel for how it was being cleaned.

7         Q.   And you saved all that data, and it's been

8    produced to the plaintiffs; is that right?

9         A.   Yes, sir.

10        Q.   Do you know is all that data reproduced in

11   this report?

12        A.   Not in this report.  I can't get all that

13   data in this report.

14        Q.   So I think -- well, I'll get to it later,

15   but I think there are multiple FTIRs there.

16        A.   Oh, there are some, yes.  Wait a minute.

17   We took more FTI- -- we took more scanning electron

18   photomicrographs than we put in this report just for

19   the volume of size.  We selected some representative

20   ones, but all that information has been provided to

21   you.

22        Q.   Okay.  So the photos in this report don't

23   necessarily represent the entire --

24        A.   The totality.

25        Q.   -- the totality of the mesh that you

Shelby F. Thames, Ph.D.

1  examined; is that right?

2      A.   Of the samples that we ran, right.  That's

3  correct.

4      Q.   What about the data points?  So all the

5  FTIR is not on here.  The SEMs and the light

6  microscopy, they do not represent the totality of

7  the images that you captured; is that right?

8           MR. HUTCHINSON:  Object to form.

9           THE WITNESS:  Whatever we did more than

10      once, you have a copy of it.

11  BY MR. BOWMAN:

12      Q.   But it's not in the report?

13      A.   Some of -- no, sir, just because we didn't

14  want the report to be so voluminous, so big.

15           MR. HUTCHINSON:  Counsel, just for the

16      record, we have e-mailed that information to

17      you.  We did that when?

18           MS. KROTTINGER:  Tuesday.

19           MR. HUTCHINSON:  Tuesday of this week.

20           MR. BOWMAN:  Okay.

21           MR. HUTCHINSON:  So we e-mailed all

22      SEMs, all light microscopy and all FTIRs,

23      everything that was done.

24           THE WITNESS:  Everything that's done you

25      have a copy of.

Shelby F. Thames, Ph.D.

```
1              MR. BOWMAN:  Okay.
2    BY MR. BOWMAN:
3         Q.   Now, with respect to Ms. Stubblefield's
4    mesh, on page 4, --
5         A.   Yes, sir.
6         Q.   -- you say that there's a higher
7    magnification of 200 times?
8         A.   Yes, sir.
9         Q.   It says that it shows the fiber as encased
10   within a dry and cracked proteinaceous layer?
11        A.   Yes, sir.
12        Q.   And that's represented in figures 4 and 5?
13        A.   4 and 5, yes, sir.
14        Q.   Could you show me on 4 what you mean by
15   the proteinaceous layer?  Is that this --
16        A.   This is a colored picture.  It's this
17   darker layer here.  This is protein, fat, so forth,
18   and here is the fiber.  And 5 shows that right here.
19   And then the other picture is after we -- it says
20   this is Stubblefield after cleaning one.  That's the
21   fiber.  So we took this and we cleaned it through
22   the first step, and we got that.
23        Q.   Okay.  The first one, figure 4, is that
24   200 times magnification, and figure 5 is --
25        A.   200 magnification.
```

Shelby F. Thames, Ph.D.

1    Q.   But it's just a different portion of the

2    mesh that you took a picture of?

3    A.   That's right.

4    Q.   Now, with respect to the -- sorry.  Did

5    you have more to say?

6    A.   No.

7    Q.   With respect to light microscopy, could

8    you explain a little bit more about the process that

9    you used to take the photos using light microscopy?

10   A.   Well, you take the sample with a pair of

11   tweezers very gently and you put it under the light

12   microscopy lens, and you get a focus on it.  You

13   select the magnification, and you move it around

14   very gently.  And you try to get things in focus

15   that would tell the story you wanted to tell, i.e.,

16   is there any damage here and what does it look like.

17   What does the surface look like?

18        And when you can get something in focus

19   and it looks like it's important, you snap a picture

20   of it, and that's recorded.  Part of that picture is

21   recorded, and then it's sent back to whomever.  And,

22   from there, we print this picture out and put it in

23   the report.

24   Q.   So with respect to the photos 4 and 5,

25   there's a background.  What is the background?  It

Shelby F. Thames, Ph.D.

1    appears to be black.

2         A.   Yes.

3         Q.   What is that?

4         A.   Typically, they use a carbon stub or a

5    black piece of paper or a black background, yes,

6    sir.

7         Q.   Do you know -- so are the samples that you

8    took with these photos, are they in solution, or are

9    they just in room -- I'm sorry -- are they in

10   ambient air, or what are they in?

11        A.   They're in air.

12        Q.   And that's just --

13        A.   They're dry at this point in time.  You

14   know, he has cleaned them and dried them and sent

15   them to us.  So when we get them, they're dry.

16        Q.   But you don't use any sort of enhancement

17   techniques, say, putting them in fluid or any kind

18   of oxygen-rich environment or nitrogen-rich

19   environment.  It's just straight room ambient air,

20   and it gets put underneath a microscope and you snap

21   a picture?

22        A.   Yes, sir.  And that's the way it is for

23   all of our samples we evaluated for the FTIR and the

24   SEM.

25        Q.   With respect to the outermost layer -- and

Shelby F. Thames, Ph.D.

```
1    I'm looking at figure 5 right now --

2         A.   All right, sir.

3         Q.   -- of Ms. Stubblefield's report.

4         A.   Uh-huh (affirmative response).

5         Q.   I see a lot of, I would say, transverse

6    lines.

7         A.   Can you see color on your computer?

8         Q.   I can, yes.

9         A.   Okay.  Good.

10        Q.   I can see color on my computer, and I know

11   you don't have color in front of you.  Because the

12   report was produced a couple of days ago or maybe a

13   day ago, I didn't have a chance to get to a color

14   printer.  So I'm working off my laptop, and you're

15   working off --

16        A.   I just wanted to make sure you could see

17   it, because it tells you so much more than in black

18   and white.

19        Q.   Yes, I'm sure it does.  So with respect to

20   the way photo 5 is taken, the light is coming down

21   from the microscope itself; is that right?

22        A.   Yes, sir.

23        Q.   Or is there another source of light inside

24   the --

25        A.   No, it's coming from the microscope
```

Shelby F. Thames, Ph.D.

1    itself.  And, also, we can adjust the light from the

2    side to get a good -- so that we see the picture

3    appropriately.  So you've got light coming from the

4    microscope, and you can adjust it from the side.  I

5    don't take the pictures.  My technician does.

6        Q.   So how familiar are you with light

7    microscopy?

8        A.   Well, just enough to use it.  I don't take

9    it -- I don't use it a lot.

10            But what do you mean by the question?

11   I've used it for years.

12       Q.   Sure.  So what I meant by the question is

13   that the way you just described it is that there's a

14   light source coming directly out of the sample and

15   then from the side, correct, or it can be from the

16   side?

17       A.   Or it can be at any angle.  You can move

18   it around so that you can get a better view, a

19   better vision of what it is that you want to take a

20   picture of.

21       Q.   And if we look at the blue portion, the

22   direct center of figure 5, you can actually see it

23   pretty much all around the sample, but I'm going to

24   stick to the center just for the sake of clarity.

25            There are what appear to be horizontal

Shelby F. Thames, Ph.D.

```
1   cracks running along or horizontal lines.  Let's

2   just call them "lines" for the sake of this

3   photograph.

4        A.   They're 90-degree angles to the fiber.

5        Q.   That's a good way of describing it.  Now,

6   how is it you ruled out the -- I'm sorry.  Strike

7   that, please.

8            Did you take into account any kind of

9   refractive index associated with polypropylene?

10       A.   Not for the light microscopy, we did not.

11       Q.   So with respect to the surface of this

12  sample, how is it that the outer layer appears to

13  have -- how is it that we have the magnification of

14  the outer layer so that we can see these cracks?

15           Did you do anything to enhance that at

16  all?

17       A.   Just focus the microscope.

18       Q.   So this is exactly how it looked under the

19  microscope?

20       A.   Absolutely.

21       Q.   If you had taken the refractive index of

22  polypropylene into account, would that have had any

23  effect on the photograph itself?

24       A.   Not for the light microscopy.  If you're

25  talking about polarization of lights, then this --
```

Shelby F. Thames, Ph.D.

1   polypropylene is birefringent, so that would come

2   into play, but not here.

3        Q.   And you didn't do any of that kind of

4   testing for this specific report?

5        A.   I have not for this report.

6        Q.   Have you done it in the past?

7        A.   Rarely.  We find what we need by using

8   light microscopy and scanning electron microscopy.

9   It tells a story, along with FTIR.

10       Q.   Okay.  Now, you go on to talk about the

11  chemical structure analysis by FTIR, microscopy.

12  But I wanted to stick with this photograph, because

13  I know that you made reference in the report to

14  flakes not being blue.

15            So could you explain to me what you mean

16  by that?

17       A.   If you will look over here, I'll try to

18  point this out.

19            THE WITNESS:  Can I use your pen?  Thank

20      you, Chad.

21  BY MR. BOWMAN:

22       Q.   That will be an exhibit.  So if you mark

23  it, it will go --

24       A.   Do you want me to mark it?  I can mark it?

25       Q.   Yes, absolutely.

Shelby F. Thames, Ph.D.

```
 1        A.   If you'll notice, I've drawn a circle
 2   around -- I'm going to put "clear."  And then you'll
 3   see these areas right in here, "blue."  And if
 4   you'll notice, they're cracked lines at 90-degree
 5   angles to the direction of the fiber.
 6             And it's particularly interesting to look
 7   at the one I've marked "clear."  You'll notice how
 8   the proteins have actually lost their adhesion to
 9   the fiber and are lifted up almost like this
10   (indicating), like I'm doing my hand here.  They
11   were adhered, and now they're lifted up.  And you
12   can see that very clearly right here, and you can
13   see the same thing here, but it's a little bit
14   different angle.
15             The reason we know that these are both
16   proteins is because we've done FTIR spectra of
17   these.  And if this particular explant -- and all of
18   these, by the way -- and I found this in every one
19   of the case-specific explants we looked at.
20             If this happened to be Prolene, then this
21   would be blue, not translucent.  This is translucent
22   here.  And you'll see underneath it, it looks a
23   little different.  That's pure -- that's the explant
24   right here that I'm pointing to at the bottom of the
25   clear mark on this exhibit.
```

Shelby F. Thames, Ph.D.

1           So we've got translucent materials coming

2   off of the clear fiber.  We've got clear translucent

3   material coming off the blue fiber.  If this were

4   Prolene flaking, it would be blue, and it's not.

5           So that photograph and others that I've

6   taken show that this is not -- we are not seeing

7   Prolene on the surface -- excuse me.  We're not

8   seeing proteins flaking from the -- let me back up.

9           We are seeing the fiber with a protein

10  layer losing adhesion and physically rising from the

11  explant in the form of a crack, and we see that both

12  for the blue fiber and the clear fiber.

13          Point being, if it was Prolene cracking,

14  the blue material we see rising up from Prolene

15  would be blue.  It would be the same color as

16  Prolene, and it is not.  It's translucent, just like

17  the clear material from the clear fiber is

18  translucent.

19      Q.   So have you done any experiments to

20  determine how thick a piece of bark or peeling off

21  material would need to be to show color?

22      A.   Well -- excuse me.

23          MR. HUTCHINSON:  Object to form.

24          THE WITNESS:  I think any piece would

25      contain some particles of blue dye.

Shelby F. Thames, Ph.D.

1    BY MR. BOWMAN:

2        Q.   So we're talking about -- how thick do you

3    think that this piece of outer layer is on this

4    Prolene here that you've pointed out and circled

5    there?

6        A.   We have not measured that on that specific

7    piece of fiber, but we've measured some similar to

8    that before, and they're around 3 microns.

9        Q.   So, just for reference, this had Gynemesh,

10   and it would -- would you agree with me that the

11   monofilaments used here are 3.5 mil?

12            MR. HUTCHINSON:  Object to form.

13            THE WITNESS:  I haven't measured them,

14       but I think that's -- I don't believe that's

15       accurate.  I would think they would be

16       thicker than that, but I didn't measure the

17       thickness of the Gynemesh itself.

18   BY MR. BOWMAN:

19       Q.   Do you know how thick the Gynemesh is

20   supposed to be on the monofilament level?

21       A.   I haven't looked at that.

22       Q.   Do you know how thick the TVT is supposed

23   to be on the monofilament level?

24       A.   TVT, we measured those, and they're around

25   175 microns.

Shelby F. Thames, Ph.D.

1    Q.   You're dealing with microns.  I know it

2  as -- let me see if I can refresh your memory this

3  way.

4         From reading the documents, I've read that

5  the TVT is made out of monofilaments that are as

6  thick as -- they're supposed to be as thick as

7  6 mil.  And my understanding is --

8    A.   That's 25.4 microns per mil.  So that's

9  about 150, 160, so that's 6 mils.

10   Q.   And my understanding is that -- when we're

11 saying six mils, is that 6/100 of an inch or --

12   A.   6/1,000 of an inch.

13   Q.   Thank you.

14        So 6/100 of an inch would be an order of

15 magnitude larger than what it actually is for TVT;

16 is that right?

17        MR. HUTCHINSON:  Object to form.

18        THE WITNESS:  6/100?

19 BY MR. BOWMAN:

20   Q.   I'll withdraw the question.

21        In any event, with the Gynemesh, what

22 we're actually looking at is we're looking at a

23 very, very small amount of material that's peeling

24 off.

25        And, frankly, on the exhibit that you have

Shelby F. Thames, Ph.D.

1    there, --

2         A.   Yes, sir.

3         Q.   -- I actually -- if you could turn it my

4    way, I'll point it out to you, because we are

5    dealing with this diagram.

6              What I see here is I see a piece that is

7    folded off, and then directly beneath it is a very

8    strong blue color.  And I see here a piece that is

9    peeled off that actually appears to be clear.

10             Would you agree with those two statements,

11   or what do you think?

12             MR. HUTCHINSON:  Object to form.

13             THE WITNESS:  Let me have your marker.

14        Well, yes, that does look like blue beneath

15        that.  So I might have mislabeled that,

16        because it might be a blue fiber.  Let me

17        check and see.

18             It is blue.  My mistake.  This should be

19        changed to blue, because this translucent

20        protein is coming up above this blue fiber

21        here.  And when I first glanced at it, I

22        thought it was clear, but it's not.  It's blue.

23             Can I have your pen?  I'm going to mark

24        through it, and this is on page 5 of Exhibit 3,

25        and I'm going to change "clear" to "blue."

Shelby F. Thames, Ph.D.

```
 1              So this fiber is blue, and is this
 2        translucent material here is rising up from
 3        that fiber, which actually makes my point.
 4              If this is polypropylene, it would be
 5        blue.  It wouldn't be translucent.  And we see
 6        that in all these explants.  You're exactly
 7        right.  It's blue.
 8   BY MR. BOWMAN:
 9        Q.  So you understand my confusion, Doctor,
10   because it looks like the blue fiber is actually
11   part of the weave, and it also looks like the clear
12   fiber is part of the weave there as well.  So I
13   don't understand that photo.  You first identified
14   it as clear, and now you've identified it as blue.
15              To me, it looks like the clear is coming
16   off of a white fiber because it's paired with that
17   other white fiber there.
18              Do you see that?
19              MR. HUTCHINSON:  Object to form.
20              THE WITNESS:  Yes, I do.
21   BY MR. BOWMAN:
22        Q.  Then there is the blue fiber coming
23   through.  So I don't understand this picture.
24              MR. HUTCHINSON:  Is there a question
25        pending, Counsel?  Because what I heard was,
```

Shelby F. Thames, Ph.D.

1        "I don't understand this picture."

2   BY MR. BOWMAN:

3        Q.   So can you explain to me why you changed

4   your identification of that one as clear to now

5   blue?

6        A.   Sure.  When I first looked at this, I saw

7   the -- this is in a knotted area, a weave area that

8   we're looking at.  And when I first saw the area

9   that I've changed and marked with a pen as clear, I

10  didn't focus clearly enough on what was underneath

11  the lifted portion of the proteins there.  And it's

12  blue underneath, not clear.  And that was the

13  mistake that I made and just didn't notice that.

14  And then I did mark the blue area, which is blue.

15       But adjacent and on the left of the blue

16  area, which I have changed from clear to blue, is a

17  clear fiber, which also shows, below where the pen

18  mark is, the proteins, how they are raising

19  themselves up from the clear fiber, just as they did

20  with the blue, and the part of the protein that is

21  lifted and has lost adhesion and is beginning to

22  flake off is translucent on the clear fiber just

23  exactly like it's translucent on the blue fiber.

24       My point is this:  If the materials that

25  are coming off of the clear fiber were Prolene, they

Shelby F. Thames, Ph.D.

1  would expect to be clear because the Prolene fiber

2  was clear.  If the material that's lifted up and is

3  translucent and coming off the blue fiber, if it was

4  Prolene, it would also be blue, and it is not blue.

5  So, therefore, that material cannot be Prolene.

6      Q.   Can you explain to me what your

7  understanding is of how Prolene gets its blue color?

8      A.   Yes.  There is a phthalocyanine blue

9  pigment added to it during the process of it.

10     Q.   And that's the same time when the

11  antioxidant's added; is that right?

12     A.   That is correct.

13     Q.   Now, that pigment obviously isn't added to

14  the white portion, correct?

15     A.   No.  That is correct.

16     Q.   So there are clear pellets of -- there are

17  clear pellets of Prolene, and there are blue pellets

18  of Prolene out there; is that right?

19     A.   Yes, sir.

20     Q.   And the extrusion of both, you wouldn't

21  mix the two of them, would you?

22     A.   Not with an extruder, no.

23     Q.   Because then the color would be decreased?

24  That would probably be the only difference between

25  the two if they were both Prolene pellets, correct?

Shelby F. Thames, Ph.D.

1      A.   That's correct.

2      Q.   So with respect to the blue pigment, I'm

3   still trying to understand how it is you came to the

4   conclusion that something so thin peeling off would

5   show off as blue, which I actually don't see in

6   these pictures, but how you came to the conclusion

7   that using this technique you would be able to see

8   blue in a piece of bark coming off of the Prolene

9   suture?

10           MR. HUTCHINSON:  Object to form.

11           THE WITNESS:  When the fibers are made,

12       the blue pigment -- it's not a dye.  It's a

13       pigment.  It's added, and the blue pigment is

14       dispersed throughout the entire piece of blue

15       fiber.  The outer portion of the blue fiber

16       cannot be excluded having blue pigments,

17       because it's one mass of material.

18           So when it's extruded from the extruder,

19       blue pigment particles are throughout.  When

20       it's put in the body, it's blue pigment

21       particles throughout.

22           Therefore, if there is oxidation of blue

23       Prolene pigments -- or blue Prolene fiber, you

24       will see that oxidation product being blue and

25       not translucent.

Shelby F. Thames, Ph.D.

1   BY MR. BOWMAN:

2       Q.   But in answer to my question, you haven't

3   done any research to confirm that?

4       A.   That's research.  What you're looking at

5   is research.

6       Q.   So what you circled originally as clear

7   and then you changed to blue is the research?

8            MR. HUTCHINSON:  Object to form.

9            THE WITNESS:  Well, it's research in the

10           sense that we were looking to see what -- we

11           had an explant here that we were trying to

12           evaluate and determine what happened to that

13           explant during the time it was in

14           Ms. Stubblefield.  And we've used a very --

15           basically, we just cleaned it with water

16           here.  And we've looked at it again, a little

17           sodium hypochlorite, and here we see these

18           fibrous materials coming off of the white and

19           the blue pigment -- or fibers.  Excuse me.

20   BY MR. BOWMAN:

21       Q.   Isn't it just as likely that the material

22   that's flaking off is actually reflecting light into

23   this medium?

24       A.   No.

25       Q.   Why not?

Shelby F. Thames, Ph.D.

1      A.   It's too obvious here.  If you look at

2   this -- and this is just one photomicrograph.  We've

3   got others.  It is very clear that this is not just

4   light -- I'm not sure what you said.

5      Q.   Reflecting.

6      A.   Reflecting, no.  Otherwise, the entire

7   issue would be light reflecting, and that's not the

8   case.

9      Q.   Why isn't it?

10      A.   It's just not.  That's not the way

11   microscopy works.

12      Q.   Honestly, I still can't find anywhere here

13   with a blue piece that is flaking off.  I do see

14   that there are blue outlines that seem to have, you

15   know, some sort of pattern associated with them,

16   especially at the turns.  There are breaks there.

17           Do you see those?

18           MR. HUTCHINSON:  Wait a minute.  Object

19       to form.  Compound question.

20           What's the question pending, Counsel?  I'm

21       sorry.

22   BY MR. BOWMAN:

23      Q.   The question I asked is, did you see the

24   breaks and the turns of the blue suture through the

25   mesh?

Shelby F. Thames, Ph.D.

1     A.    I don't see any breaks in the suture at

2   all.

3     Q.    Can I show you?  So there are horizontal

4   cracks here, here, here and here.

5           Do you see those?

6           MR. HUTCHINSON:  Object to form.

7           THE WITNESS:  Yes.  Those are cracks,

8        and that's protein cracking.  That is not the

9        fiber.

10  BY MR. BOWMAN:

11    Q.    So the protein is -- it's a clear material

12  that will still show us blue underneath?

13          MR. HUTCHINSON:  Object to form.

14          THE WITNESS:  Let me see if I can show

15       you what I'm talking about.  If I take a

16       piece of paper, a thin piece of paper, and,

17       all of a sudden, I take the thin piece of

18       paper and lay it on top of another piece of

19       paper and the two dislodge from each other,

20       one loses adhesions and one raises up, if

21       it's translucent, I can see through it into a

22       blue fiber, but it will be translucent.  And

23       that's what we're seeing here.

24  BY MR. BOWMAN:

25    Q.    So that actually brings me back to my

Shelby F. Thames, Ph.D.

```
 1   question earlier, which is, why isn't light

 2   reflecting through oxidized polypropylene?

 3            Why isn't that just as possible as the

 4   idea that it's protein?

 5            MR. HUTCHINSON:  Objection.  It's been

 6        asked and answered.

 7            THE WITNESS:  You're asking me if you

 8        take a colored photograph of something,

 9        everything should be the same color.  That's

10        basically your question to me, and that's not

11        the way it works.

12   BY MR. BOWMAN:

13        Q.  I was actually using the example that you

14   just used to explain why there wasn't this outer

15   layer on the mesh itself that you could see through.

16            If light is passing through, then why

17   isn't light also bouncing back?

18            MR. HUTCHINSON:  Objection.  Form.

19            THE WITNESS:  I'm trying to explain to

20        you why the allegations that have been made

21        are that what we see here is oxidized

22        polypropylene.  And you have a wonderful

23        example here of the fact that if it's

24        oxidized polypropylene and it's losing its

25        adhesion to propylene, then it would be blue
```

Shelby F. Thames, Ph.D.

1        just like propylene is blue, and it is not.

2        So, therefore, it is not propylene.

3   BY MR. BOWMAN:

4        Q.   I don't think you answered my question,

5   Doctor.  What I'm trying to get at is I'm trying to

6   find the basis of your conclusion here that, number

7   one, and I'll stick to the -- I'll go in parts.

8            The first thing I want to know is why you

9   think that the flaked-off layers would -- you would

10  be able to see a blue hue in them?

11       A.   Why?

12       Q.   Yes.  Why?

13       A.   Because they're blue.  They should have

14  the pigment in them.  And if they have pigment

15  particles in them, just like the rest of the

16  Prolene, they would be blue.

17       Q.   Irrespective of the --

18           MR. HUTCHINSON:  I'm sorry.  Dr. Thames,

19       go on and finish your answer.

20           THE WITNESS:  And since they are not

21       blue, it means that they are not Prolene.

22  BY MR. BOWMAN:

23       Q.   Now, it's interesting you keep saying

24  that, because everything in this photo looks kind of

25  blue to me, and I think it's because of the black

Shelby F. Thames, Ph.D.

1    backdrop and because of the fact that there is

2    clear/blue here.

3            So the idea that something isn't blue, I'd

4    really like you to point it out.

5            MR. HUTCHINSON:  Objection.  Counsel,

6        that's also argumentative.  You're asking

7        this witness to interpret what you see in

8        this photograph, which clearly cannot be

9        done.

10           MR. BOWMAN:  Well, the photograph will

11       be shown to the jury.  That's for sure.

12           MR. HUTCHINSON:  Good.  So please

13       reformulate your question, please.

14   BY MR. BOWMAN:

15       Q.   The question is, how is it that you can

16   say that the flaked-off material in the two

17   positions that you've indicated in Exhibit 3 do not

18   have blue associated with them?

19           MR. HUTCHINSON:  Objection.  That's been

20       asked and answered.  Last time.

21           THE WITNESS:  I'm marking another area,

22       and I'm going to call it "clear."  And here

23       is the flake from the clear Prolene sample,

24       no pigment in it, and you see that it is

25       clear.

Shelby F. Thames, Ph.D.

```
 1              When you look -- if you look right here,
 2       you see blue, blue right there.  But this flake
 3       is translucent.  And this is a translucent
 4       covering over this blue fiber, and that flake
 5       is lifted up above that fiber.  The flake is
 6       not blue.
 7              MR. MONSOUR:  I don't mean to interrupt.
 8       Can I ask you a question, though, since
 9       you're pointing this out?
10              You're talking about this piece right here
11       that's kind of sticking off right there?
12              THE WITNESS:  No, sir.  I'm talking
13       about this piece right here.  You see, this
14       is the clear fiber and it's under the --
15       where I said blue at the very top, I marked
16       through clear and put blue.  There's blue
17       where my pen is located right here.
18              MR. MONSOUR:  Yeah, I see that's blue.
19              THE WITNESS:  And then directly above it
20       is translucent.
21              MR. MONSOUR:  It is?
22              THE WITNESS:  And you see this entire
23       sheath that's covering this fiber is
24       translucent?  This is a blue fiber, and this
25       sheath around it is translucent.
```

Shelby F. Thames, Ph.D.

```
 1                 MR. MONSOUR:  So what you're saying is

 2          this is a blue fiber, and there is white

 3          stuff or translucent stuff on top of it?

 4                 THE WITNESS:  And that's proteins.

 5                 MR. MONSOUR:  What's this?

 6                 THE WITNESS:  This is a clear fiber

 7          where it's flaking too, and that's protein as

 8          well, and it's clear.  Clear fiber should be

 9          clear.  This should be blue if this is

10          Prolene, and it's not.

11                 MR. MONSOUR:  Okay.  I think I see.  I

12          was totally lost.  Sorry, Mike.

13                 MR. BOWMAN:  That's fine.

14    BY MR. BOWMAN:

15         Q.  So I think we've established that you

16    found -- you found what you've identified on this

17    Exhibit 3 as being two blue portions that have clear

18    flakes and a clear portion that has clear flakes; is

19    that right, Doctor?

20                 MR. HUTCHINSON:  Object to form.

21                 THE WITNESS:  You're going to have to

22          restate that and slow down.

23    BY MR. BOWMAN:

24         Q.  On the picture that you have in front of

25    you, you have identified two portions of blue suture
```

Shelby F. Thames, Ph.D.

1    that have clear flakes; is that right?

2         A.   Yes, translucent flakes.

3         Q.   And then you have identified one portion

4    from a clear suture that has a translucent flake; is

5    that right?

6         A.   Yes, sir, correct.

7         Q.   So that was the first part of what I'm

8    asking you.

9              The second part of what I'm asking you is,

10   do you have anything to back up the fact that --

11   what you've just found?

12             MR. HUTCHINSON:  Objection.  Asked and

13         answered.

14             THE WITNESS:  I think I have described

15         it as efficiently as I am capable of

16         describing it.

17   BY MR. BOWMAN:

18        Q.   But you don't have any research to back it

19   up?

20             MR. HUTCHINSON:  Objection.  That's been

21         asked and answered.  He's already told you

22         he's done research on it.

23             THE WITNESS:  What is your definition of

24         "research"?

25   BY MR. BOWMAN:

Shelby F. Thames, Ph.D.

1      Q.   Something in a peer review.

2      A.   Peer review?

3      Q.   Yes.

4      A.   Sir, we do research to put stuff in the

5   peer review.  Not everything that's researched is in

6   the peer review.

7      Q.   I understand that.  But you don't have

8   anything in a peer review to support what you're

9   stating in this report for Ms. Stubblefield; is that

10  right?

11          MR. HUTCHINSON:  Object to form.

12          THE WITNESS:  Peer review?  This will go

13      in the literature to be peer reviewed.  But,

14      no, this is my finding, and I think it's very

15      clear and that most anyone will be able to

16      understand it.  Because not only do we find

17      this here, we find it in 19 other cases just

18      like this.

19  BY MR. BOWMAN:

20      Q.   Okay.  So with respect to -- getting back

21  to the report, it says -- on the second paragraph,

22  it says, "FTIR analysis of the flaked and peeling

23  material from both clear and blue fibers are

24  consistent and further confirms the cracked and

25  peeling materials are proteins, not Prolene."

Shelby F. Thames, Ph.D.

1          Do you see that?

2     A.    Yes, I do.

3     Q.    Where are those FTIRs?

4     A.    My FTIR analysis starts on page 5 -- 6,

5    excuse me, of this report.  And if you'll notice in

6    the top left, it says, "Stubblefield 1.3.1, before

7    cleaning clear fiber FTIR or micro."  That's before

8    any cleaning has been done.

9          And then this is the FTIR spectra.  And

10   you'll notice that what we see here is that we see

11   the peaks that are characteristic of polypropylene

12   or, in this case, Prolene that are marked in blue.

13   And then you see peaks down here that say, "Protein

14   amide carbonyl stretching."  It's marked, so that's

15   protein here.  And you see, "Protein N-H stretch,"

16   over to the left around 3300.

17          So this FTIR shows you that we are seeing

18   proteins and Prolene.

19    Q.    Okay.

20    A.    All right.  And it shows you where the

21   picture was taken, the photomicrograph was taken, in

22   the top right-hand corner.

23    Q.    So this -- but if we look at the top

24   right-hand corner, I don't see a flaked or peeling

25   portion there, do you?

Shelby F. Thames, Ph.D.

1      A.   We're not necessarily looking for a flaked

2  or peeling portion there, sir.

3      Q.   Okay.  So that was my question, because

4  that's what the paragraph says here back on page 5.

5  It says, "FTIR analysis of the flaked and peeling

6  material" --

7           MR. HUTCHINSON:  Counsel, can you slow

8      down for me?

9           MR. BOWMAN:  Sure.

10  BY MR. BOWMAN:

11     Q.   Do you see it on page 5?

12     A.   Yes.

13     Q.   So it says that FTIR was done on flaked

14  and peeling material, doesn't it?

15     A.   I'm going to read this for you.

16     Q.   Okay.

17     A.    It's the before cleaning fiber FTIR

18  spectra, figure 6, which is the one I'm referring

19  to, shows spectral components of both polypropylene

20  and proteins as noted by the highlighted 3291 and

21  1651 reciprocal centimeter frequencies respectively.

22  These adsorption frequencies are attributed to the

23  protein amide N-H stretching in the 3300 centimeter

24  region and the amide 1 carbonyl stretching in the

25  region of 16 to 1690 reciprocal centimeter region as

Shelby F. Thames, Ph.D.

1    noted by Kong, et al., respectively.

2            Polypropylene adsorption frequencies are

3    also present at 1449 and 1378 reciprocal centimeters

4    due to penetration of the IR beam through the

5    protein layer and into the polypropylene fiber.

6            That's what it says, nothing like what you

7    asked me.

8        Q.   Thank you for reading from the report,

9    Doctor.

10           The second paragraph on page 5, it states

11   that, "FTIR analysis of the flaked and peeling

12   material from both clear and blue fibers are

13   consistent and further confirms the cracked and

14   peeling materials are proteins, not Prolene."

15           Where are those FTIRs?

16       A.   Okay.  Let's look at them.  On page 7,

17   figure 7, Stubblefield, this is photomicrograph of

18   tissue taken between the fibers.  In other words,

19   you've got fibers laying out here, and we took a

20   photomicrograph between the fibers, not in the area

21   of the fibers.  And it was overlaid with a

22   collagenase, which is a protein reference spectra

23   that comes from a library.

24           And you'll notice that the blue is the

25   spectra from the tissue.  The red is from the

Shelby F. Thames, Ph.D.

1    control collagenase.  You'll notice that every peak

2    in the fiber -- the FTIR between fibers as there is

3    in collagenase.  So we show protein.  Okay?

4         Q.   Yes.

5         A.   Are you okay with that?

6         Q.   Respectfully, that wasn't the question I

7    asked.

8         A.   I'm going to answer your question.

9         Q.   All right.

10        A.   And you also see a blue spectra that's not

11   in the collagenase.  It's at 1742.

12        Q.   Yes, I see that.

13        A.   We'll get to that.

14        Q.   Okay.

15        A.   If you go to the next spectra, which is

16   figure 8, this is the -- if you look at the top

17   left-hand corner, Stubblefield 1.3.1, before

18   cleaning tissue between fibers FTIR micro.  And then

19   it's compared to before cleaning the blue tissue

20   FTIR micro.

21            So you see both the blue and the -- before

22   cleaning tissue between FTIR micro, blue tissue.

23   Okay.  This is before cleaning the blue tissue.

24   This is the peak of the blue tissue micro.

25            You'll see that the blue tissue has the

Shelby F. Thames, Ph.D.

```
1    same materials on it as the blue fiber with the FTIR

2    micro.  So we've got blue and clear tissue here

3    that's got the same FTIR spectra.

4           Now, let's go to the next one.

5       Q.   Before we keep going, because I only have

6    a certain amount of time, I want to just withdraw my

7    question, and I need to ask a much more specific

8    question.

9       A.   All right.

10      Q.   Did you take any of the peeling and flaked

11   material and run FTIR on it?

12      A.   You mean take it with a pair of tweezers?

13      Q.   Yes, sir.

14      A.   You couldn't do that.  It's too small.

15      Q.   So why does that statement there on page 5

16   that says you did the analysis of the flaked and

17   peeling material, why is that there if you didn't do

18   it?

19      A.   Because I looked at those flaked --

20           MR. HUTCHINSON:  Object to form.  The

21      witness has told you he did do it.

22           MR. BOWMAN:  Actually, he didn't tell me

23      he did it.

24           THE WITNESS:  Well, I did it by looking

25      on the implant.  You can see where it is, and
```

Shelby F. Thames, Ph.D.

1        we showed proteins are there.  We showed that

2        they're there.  And then we kept cleaning,

3        and, finally, the proteins are gone.

4            And you're dismissing the part of the

5        cleaning process completely when you stay on

6        one photomicrograph.  This is -- we go from

7        before cleaning through 25 steps, and you can

8        see progressively how these proteins are lost.

9        And you can look at -- if you really want to

10       know the real truth, go to page 9.

11   BY MR. BOWMAN:

12       Q.   Doctor, I'm going to ask you to stop

13   answering.  Because, like I said, I only have so

14   much time, and I do have questions about the rest of

15   the report.

16       A.   Okay.

17       Q.   Now, with respect to what's on page 5,

18   there is figure 5, and it says after cleaning 1.

19   And you've already marked it in Exhibit 3 as you saw

20   at least three places where there was flaked

21   material.

22       A.   At least.

23       Q.   For the record, did you ever run FTIR on

24   the flaked material that you see in Exhibit 3 --

25       A.   Yes, we did.

Shelby F. Thames, Ph.D.

1    Q.    -- on page 5?

2    A.    We did that when we took this sample, and

3    we found a sample where there was flaked material,

4    and we did the FTIR analysis of that.

5    Q.    You picked it up with tweezers?

6    A.    No, we did not.  We did the FTIR analysis.

7    And what I was trying to get at over here is it

8    showed both proteins -- those spectra showed both

9    proteins and the Prolene fiber.

10         And as we cleaned it, the protein peaks

11   went away.  To begin with, you saw both proteins and

12   Prolene.  In the next spectra, you would see less

13   proteins and then Prolene.

14         So, therefore, the fact is simple that,

15   well, it was protein because they were cleaned off

16   and were left of a blue fiber, and that's what

17   page 5 tells us.

18   Q.    Okay.  Continuing on page 5, it says, "The

19   presence of a thin remaining translucent protein

20   layer on a Prolene fiber after flesh had been

21   mechanically removed proves a strong protein

22   adsorption and a strong adhesive bond formation

23   between the adsorbed proteins and Prolene."

24         Do you see that?

25   A.    Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.    And that's consistent with what you

2   testified about within your general deposition with

3   respect to the use of formaldehyde or formalin; is

4   that right?

5      A.    Yes, sir, but not only formalin and

6   formaldehyde.  I said proteins themselves have a

7   strong adhesive bond, if you'll remember that part.

8      Q.    I do remember.  Thank you.

9      A.    Okay.

10     Q.    Going to the next paragraph, the before

11  cleaning fiber FTIR spectra, do you see that?

12     A.    I do.

13     Q.    You point out that, figure 6, "spectral

14  components of both polypropylene and proteins as

15  highlighted by bands at 3291 and 1651."

16          Do you see that?

17     A.    Yes, I do.

18     Q.    What are you looking for in those bands?

19     A.    I want to show that when we look at these

20  cleaned fibers, that the first cleaning steps, the

21  FTIR spectra shows your proteins are there and

22  Prolene is there.  And as we clean, as we go through

23  this cleaning process that I've talked about all

24  morning long, as you go from step one, step two,

25  step three, step four, step five, more and more

Shelby F. Thames, Ph.D.

1    proteins are cleaned off.  And, finally, you look at

2    a FTIR spectra and you're seeing only Prolene, and

3    that's shown on page 9.

4         Q.   Okay.  And I get the progression of your

5    report, Doctor, and I appreciate --

6         A.   And the spectra shows protein and Prolene,

7    protein and Prolene.

8         Q.   I get the progression of your report,

9    Doctor, and I also understand that the progression

10   of the report was done at your direction, correct?

11        A.   Yes, sir.

12        Q.   So if you saw proteins on FTIR, then you

13   sent it back for more cleaning; is that right?

14        A.   Correct.

15        Q.   Now, with respect to Ms. Stubblefield on

16   Exhibit 6, we are looking at the before cleaning

17   FTIR.

18             Do you see that, figure 6, on page 6?

19        A.   You said Exhibit 6.

20        Q.   I'm sorry.  It's Exhibit 3 still.

21        A.   Figure 6?

22        Q.   Yes.

23        A.   Yes.

24        Q.   Now, you point out the protein amide 1

25   carbonyl stretch?

Shelby F. Thames, Ph.D.

 1        A.   Yes, sir.

 2        Q.   And you state that that is at 16; is that

 3   right?

 4        A.   Yes, sir.

 5        Q.   And that's a broad peak, right, on the

 6   FTIR?

 7        A.   Yes, sir, it is.

 8        Q.   With respect to the protein amide nitrogen

 9   hydrogen stretching that you point out at 3290, is

10   that a broad peak?

11        A.   Yes, it is.

12        Q.   With respect to -- do you see any hydroxyl

13   groups showing up in this FTIR?

14        A.   I don't think you can distinguish a

15   hydroxyl group here.  It's too broad in the 33-,

16   32-, 3100 range.

17        Q.   Well, let's start there.

18             Where would a hydroxyl group show up?

19        A.   In the same general area as the NHP would

20   show up.  There is a fairly -- you can see that the

21   resolution is not as good there as it is over in the

22   frequency range right at 1700.

23        Q.   So there could be hydroxyl groups there or

24   no?

25        A.   There could be, but I don't think they're

Shelby F. Thames, Ph.D.

1    shown in this curve, because there may be a very

2    small amount that's overridden or oversaturated by

3    other things that are there.

4         Q.   And could that be the amide group?

5         A.   It could be.

6         Q.   Now, with respect to the protocol used on

7    Ms. Stubblefield's mesh, what was done to protect

8    the possibility that hydroxyl groups were there?

9         A.   What hydroxyl groups?

10        Q.   On the surface of her mesh.

11        A.   From what?

12        Q.   Oxidized polypropylene?

13        A.   No.  You're going to get carbonyl groups

14   first.  You're going to get the C=O bonds, which are

15   going to show at the 1700 range.

16        Q.   So my question is --

17        A.   And much more easier to define.

18        Q.   So my question is, what was done to

19   protect the presence of hydroxyl groups on

20   Ms. Stubblefield's mesh?

21        A.   Okay.  Very good question.

22             Very mild cleaning conditions as we've set

23   up here in this protocol.

24        Q.   Okay.  Very mild cleaning conditions.

25             Did you at any point run oxidized

Shelby F. Thames, Ph.D.

1    polypropylene through your protocol?

2         A.    No, sir, I have not.

3         Q.    Do you know what would happen if you ran

4    purposefully oxidized polypropylene through your

5    protocol?

6         A.    Yes, sir, I think I do.

7         Q.    And what would happen?

8         A.    You would have the same thing at the end

9    that you started with at the beginning, just like an

10   exemplar.

11        Q.    And you're speaking about polypropylene

12   with carbonyls; is that correct?

13        A.    I'm speaking about Prolene.  When we

14   talk -- see, I'm not talking about polypropylene.

15        Q.    I keep mixing that up.

16        A.    I'm here today to talk to you about

17   Prolene, P-R-O-L-E-N-E.

18        Q.    Which is Ethicon's priority blend of --

19        A.    And the answers that I've inadvertently

20   given you when you asked about polypropylene, I was

21   making the assumption, which is wrong, that you were

22   talking about Prolene.

23        Q.    I've been speaking specifically about

24   Ms. Stubblefield's case, so we've been talking about

25   Prolene all day.

Shelby F. Thames, Ph.D.

1      A.    Okay.

2      Q.    Now, with -- I just wanted to -- you know,

3   I wanted to find out if any steps had been taken to

4   protect the possibility that carboxyl groups were on

5   her mesh.

6            Did you understand that question?

7      A.    I did.  I answered it, too.

8      Q.    And you did answer it.

9            With respect to the peak that shows up at

10  1740, --

11     A.    Yes, sir.

12     Q.    -- what would -- what does that tell you,

13  that peak at 1740?

14     A.    That tells me -- I received two or three

15  implants that were dry, that were not in

16  formaldehyde.  And those particular samples had the

17  same frequency as we're looking here at 1740.  And

18  that's due to decomposition of the flesh.  And

19  that's referenced by Notter and Stuart.  It's very

20  clear.  There's a very fine article on that.

21            And so, in my opinion, somewhere along the

22  way, this explant was left out long enough for

23  decomposition to begin.

24     Q.    With respect to 1740, that's a peak at

25  1740, correct?

Shelby F. Thames, Ph.D.

1      A.   It is.

2      Q.   And I believe earlier today you testified

3   that a peak at 1740 is indicative of a carbonyl

4   group; is that right?

5      A.   Yes, it is.

6      Q.   Now, what was done with respect to

7   Ms. Stubblefield's mesh to protect the possibility

8   that she had oxidized polypropylene on her mesh with

9   respect to the carbonyl that's there?

10      A.   We took Ms. Stubblefield's explant, and we

11   put it through the cleaning protocol that I know

12   you're familiar with, because you've been here all

13   morning and we've talked about it.  And that's a

14   very mild cleaning protocol, and it was developed

15   for its mildness because it would not cause any

16   undue reactions with the polypropylene -- or the

17   Prolene mesh and, therefore, would not change it

18   from its original shape or form or composition when

19   it came out of the patient.

20      Q.   And I understand that.  But my question

21   was specific to oxidized polypropylene -- I'm sorry.

22   My question was specific to oxidized Prolene that

23   came out of that -- that might have come out of

24   Ms. Stubblefield.

25           What steps were taken to prevent oxidized

Shelby F. Thames, Ph.D.

1    Prolene with reacting with your protocol?

2              MR. HUTCHINSON:  Object to form.

3              THE WITNESS:  I just answered your

4       question.  That's the answer to your

5       question.

6    BY MR. BOWMAN:

7       Q.   The answer that you gave me was that it

8    would stay in the same way that it was when it came

9    out of the patient.

10      A.   Well, isn't that protecting whatever was

11   there?

12              You asked me a question, how do I go about

13   protecting the explant from changing whatever was

14   there?  And you used hydroxyl, which I don't think

15   happens.  So I'm going to say whatever might have

16   been there such that when we finally looked at it,

17   it was in the same shape, form and composition, and

18   that's why this mild cleaning protocol was set up,

19   and that's why we did it that way.  And there was no

20   oxidation going on.

21      Q.   But isn't the -- you've already testified

22   that your protocol was used five times with respect

23   to Ms. Stubblefield and that it was at your

24   direction when it was sent back for each cleaning

25   process, correct?

Shelby F. Thames, Ph.D.

1       A.   And at no time did we see anything in the

2   interim between those steps that's reported here in

3   this cleaning process where we did light microscopy,

4   FTIR or SEM did we see anything that suggested that

5   there was any oxidation there.  All of the spectra

6   are here, and that's why we've included it in here,

7   all of those spectra.

8       Q.   So with respect to the FTIR that we're

9   looking at, I've already given you two ranges, one

10  where a hydroxyl group would be and one where a

11  carbonyl is.

12          Did you run a control where you had a

13  piece of Prolene that had a hydroxyl group on it or

14  had a carbonyl on it and run it through your

15  protocol to make sure that your protocol did not

16  destroy that oxidized Prolene?

17      A.   I ran an exemplar of Prolene and found

18  that nothing changed on its surface during this

19  period of time, which means that, therefore, if

20  there was something on the explant, it would still

21  be there when I finally got through step five, that

22  I would not have removed it, and it would still be

23  there.

24      Q.   I tend to agree with the answer you've

25  given --

Shelby F. Thames, Ph.D.

```
 1        A.   Well, good.

 2        Q.   -- if we assume that no oxidized

 3   polypropylene is on the explant.

 4             What did you do to protect any oxidized

 5   Prolene that might have been on Ms. Stubblefield's

 6   mesh?

 7             MR. HUTCHINSON:  Object to form.  That's

 8        been asked and answered, Counsel, several

 9        times.  You just don't like the answer this

10        expert is giving you.  So last time, and then

11        I'm instructing the witness not to answer.

12             MR. BOWMAN:  I'm trying to find out if

13        he destroyed evidence.  That's all I'm doing

14        here.

15             MR. HUTCHINSON:  Well, you've asked the

16        question three times, and you don't like the

17        answer.  So my point is --

18             MR. BOWMAN:  Technically, I'm not

19        getting an answer.  Every answer I'm getting

20        is it would be the same.  I've tested it on

21        Prolene.  I'm not asking him about Prolene.

22        I'm asking him about oxidized Prolene.

23   BY MR. BOWMAN:

24        Q.   Doctor, I would be more --

25             MR. HUTCHINSON:  I understand that.  But
```

Shelby F. Thames, Ph.D.

1           that's my objection, and that's going to be

2           my instruction.  So this is the last time,

3           Counsel.  I just want to make sure we all

4           understand.

5     BY MR. BOWMAN:

6           Q.   Do you need me to re-ask the question?

7           A.   I do, and then I need for my attorney to

8     tell me whether I need to answer it again, because I

9     have answered it three times, but go ahead.

10          Q.   This before cleaning FTIR has two bands,

11    has an area that could show a carboxyl group and an

12    area that could show a carbonyl group that could

13    both be associated with oxidized Prolene; is that

14    right?

15          A.   When you say "could," you're making an

16    assumption that if they were there, that would be

17    where they would be located.  That is probably a

18    reasonable assumption, but they're not there is what

19    I'm trying to tell you, because I've taken it

20    through five steps, and I've identified it with

21    FTIR, five steps.  They're not there.  It wasn't

22    there.

23          Q.   Well, this is the before cleaning.

24          A.   Yes, it is.

25          Q.   So we can go to the next one now.  That

Shelby F. Thames, Ph.D.

1    would be fine.  If we went to Exhibit 7, --

2         A.   Sure.

3         Q.   -- I'm sorry -- figure 7.  Now, figure 7

4    actually shows -- that's the tissue before fibers,

5    correct?

6         A.   This is the tissue between fibers.

7         Q.   Between fibers.  And it's overlaid with

8    collagenase reference, and we've already talked

9    about that.

10         A.   And what I wanted to show you, now, listen

11    carefully --

12         Q.   I do have a question coming, and I think

13    you know what it is.

14              MR. HUTCHINSON:  Perfect, but the

15         witness is going to finish his answer.  So,

16         Dr. Thames, you finish your answer.

17              MR. BOWMAN:  Well, he's already given me

18         the explanation for this figure.

19              MR. HUTCHINSON:  I'm telling you,

20         Counsel, right now that the witness is going

21         to finish his answer.

22              So, Dr. Thames, finish your answer.

23              THE WITNESS:  You asked about this.  And

24         the 1742 peak -- this is to show you that the

25         1742 peak is present in tissue between the

Shelby F. Thames, Ph.D.

```
 1        fibers and it's not associated with the

 2        fiber.  So, therefore, it cannot be DLTDP.

 3             MR. MONSOUR:  Would you repeat that?

 4             THE WITNESS:  Yes, I will.  If you

 5        assume there's a mesh and you've got strands

 6        of mesh and then between that you've got

 7        tissue, well, we took an FTIR of that tissue,

 8        not on the fiber, but that tissue.  And this

 9        is the spectra you see here in blue.  It says

10        between the fibers.  It clearly shows the

11        1740 peak.

12             MR. MONSOUR:  Where you say "between the

13        fibers," is that --

14             THE WITNESS:  It's right here, blue, the

15        tissue between fibers.

16             MR. MONSOUR:  Okay.

17             THE WITNESS:  And it shows you the 1740

18        peak.  That wasn't taken in an area where

19        there was a fiber.  You go to the reference

20        Notter and Stuart, and they will show you

21        this spectra at 1740 for decomposed flesh.

22   BY MR. BOWMAN:

23        Q.  I understand your answer, Doctor.  Thank

24   you.

25             MR. HUTCHINSON:  Why don't we take a
```

Shelby F. Thames, Ph.D.

```
 1        quick break?
 2                  (A BREAK WAS TAKEN.)
 3              MR. BOWMAN:  Back on the record.
 4   BY MR. BOWMAN:
 5        Q.   Doctor, Exhibit 3, page 7, figure 7.
 6        A.   Yes, sir.
 7        Q.   Just so I have some clarity, figure 7 is a
 8   before cleaning tissue between fibers FTIR, and that
 9   is in blue and then some collagenase?
10        A.   That's a reference spectra, yes.
11        Q.   It's a reference spectra, and that's in
12   red?
13        A.   Yes, sir.
14        Q.   And I believe before we took a break you
15   indicated that the FTIR for the tissue, there was no
16   chance that there were fibers in there?
17        A.   That's correct.
18        Q.   Were you there when the FTIR was taken?
19        A.   No, sir.
20        Q.   But your assistant was, and he -- do we
21   have a picture of that FTIR?
22        A.   Sure.  It's somewhere.  We've shown it
23   several times.
24        Q.   So I saw the -- so on page 6, upper
25   right-hand corner of that figure, there is sort of
```

Shelby F. Thames, Ph.D.

1   like a target of where that was taken?

2       A.   He just didn't do that here.  I don't know

3   why.  I gather it was because it was between the

4   tissues.  But the point -- we talked about this.

5   And I said, "Look, we need to make certain that this

6   is not in the area of the fibers, the Prolene," and

7   we did -- he did, and that's the spectra that was

8   accrued from it.

9       Q.   Okay.  Figure 8, there is a -- it

10  indicates that in blue there is a before cleaning

11  tissue between fibers.

12          Do you see that?

13      A.   I do.

14      Q.   And it indicates that in red there was a

15  before cleaning blue fiber?

16      A.   Uh-huh (affirmative response).

17      Q.   And it says "FTIR micro."

18          What does "FTIR micro" mean?

19      A.   Well, it's done with an FTIR spectrometer,

20  but it's a microscope where you can zero-in on a

21  very small portion.

22      Q.   And do you know which portion they

23  zeroed-in on for this?

24      A.   I guess the blue fiber.  And the red, it

25  doesn't -- he looked at the fiber and made certain

Shelby F. Thames, Ph.D.

1    that he was on a fiber, and the blue spectra he made

2    certain that he was between the fibers.  And that's

3    the two spectra.

4         Q.   So you're saying that -- so because there

5    wasn't a photo taken, we have no way of knowing what

6    portion of the blue fiber was analyzed for this?

7         A.   No, sir.

8         Q.   No, sir, there isn't any way to find out

9    or --

10        A.   If he didn't put it on here, he didn't

11   take a picture of it.  But I will ask him, if you'll

12   make a note.  But I'm pretty sure that will not be

13   the case.

14        Q.   So, again, these are two before cleaning

15   shots, correct?

16        A.   Yes, sir.

17        Q.   And then we go to image 9 -- I'm sorry --

18   figure 9.

19        A.   Yes, sir.

20        Q.   And it is all of the cleaning steps in

21   different colors?

22        A.   For the blue fiber.

23        Q.   For the blue fiber; is that right?

24        A.   Yes, sir.

25        Q.   Now, was a single FTIR run after each

Shelby F. Thames, Ph.D.

1  cleaning step?

2      A.   Yes, sir, this is it.  There are five of

3  them.

4      Q.   So the reason why I ask the question is

5  because sometimes I see FTIRs, and they are run with

6  20 or 30, and then the best line is plotted.  That

7  didn't happen in this case?

8      A.   No, sir.

9      Q.   Sometimes I see them with a thousand and

10  then the best line is plotted.  That didn't happen

11  in this case?

12      A.   Well, it did happen in the sense that we

13  have an FTIR machine that does do something like

14  multiple of 62 scans, and then the computer brings

15  it down to the most likely spectra.  So it's highly

16  efficient FTIR.

17      Q.   As part of your protocol for taking FTIR

18  analysis, was the protocol to find the same point on

19  the blue fiber?

20      A.   As best you could, but you can't depend on

21  that.

22      Q.   So am I to understand that even though we

23  have the five cleaning -- the five FTIRs taken after

24  the five cleanings for the blue fiber, each one of

25  these FTIRs could be representative of a different

Shelby F. Thames, Ph.D.

1   portion of the mesh; is that right?

2        A.   It's possible.

3             (Interruption due to speaker phone.)

4   BY MR. BOWMAN:

5        Q.   So I'm going to reask my question, if

6   that's all right, Doctor.

7             With respect to figure 9, we do not know

8   if the same area on the blue fiber was run at every

9   interval?

10       A.   That is correct, sir.

11       Q.   And we just know that it was run on blue

12  fiber?

13       A.   That is correct.

14       Q.   Why did you choose to check blue fiber

15  instead of -- why did you separate out blue fiber

16  from clear fiber?

17       A.   Well, clear fiber is the next spectra down

18  here.

19       Q.   Well, that's my question.  Why did you

20  separate them?  Why did you make a distinction

21  between blue and clear?

22       A.   Why could you not make a distinction

23  between them?

24            My point is, what we want to do is see if

25  the blue fiber was clean and if the clear fiber was

Shelby F. Thames, Ph.D.

1    clean, both of them.

2              So the logical thing to do is take the

3    blue fiber and carry it through the cleaning

4    protocol and see each step, each FTIR, and say,

5    okay, it was clean.  Now, let's see if the same

6    thing happened to the clear fiber.

7              The way you're talking, I would have blue

8    and clear spectra mixed up with each other.

9         Q.   That's really my question, which is

10   that -- and I do want to take -- I want to take it

11   back one step.

12             You had your assistant separate the blue

13   fiber from the clear fiber and then run FTIR on

14   them?

15        A.   Yes, sir.

16        Q.   So he chose or did you choose which fiber

17   to undo?

18        A.   Well, you don't necessarily have to undo

19   them.  You can take a sample of fiber that's still

20   in the weave net and run an FTIR on it.

21        Q.   That's my understanding as well.  I guess

22   my question is, what I'm hearing you say is that it

23   was separated out?

24        A.    No.  What was separated was that the blue

25   fiber spectra was run, and then the clear fiber

Shelby F. Thames, Ph.D.

1   spectra was run.  And that's separating them in the

2   sense that I want to get individual spectra from

3   each of these two fibers at each cleaning stage.

4        Q.   But the mesh was only cleaned five times,

5   and the fibers weren't separated from the mesh?

6        A.   In some cases, they were because they fell

7   apart.  But you're asking about this specific

8   instance.

9        Q.   I am.

10       A.   And I don't know the answer to that.

11       Q.   How can we find out?

12       A.   Ask him.  I can ask him.  He would not

13   have done that intentionally, unless it just

14   happened during the course of getting this thing

15   five times.  You see what I'm saying?  They cleaned

16   it, sent it back, and then we sent it back.  But he

17   would not have intentionally separated fibers.

18       Q.   I understand.

19            But you did want FTIRs run separately?

20       A.   Yes, I did.

21       Q.   Okay.  With respect to figure 9, can you

22   tell me what you see, why you've highlighted in blue

23   on the left-hand of the scan?

24       A.   Yes, sir.  What we were highlighting is to

25   show the peaks at 3291.

Shelby F. Thames, Ph.D.

1           Do you see at the top of that?

2       Q.   I do.

3       A.   Okay.  That's 3300.  That's a little N-H

4   peak there.  And you want to see the proteins that

5   were there.  And, also, you'll see the 1742 peak,

6   and that comes from the decomposition products that

7   we've talked about.

8           And so what we really want to see is the

9   proteins to go away as we clean it.  And as you go

10  down, then you'll see there is no peak at -- protein

11  peak available at -- when you get down to like

12  three, four and five.  This is very efficient.  It

13  didn't take very many steps to clean this explant,

14  quite honestly.

15      Q.   And with respect to the area between 3600

16  and, let's say, 3000, do you see any area in there

17  that might be indicative of a hydroxyl group?

18      A.   No, not that I can define as one, no, sir.

19      Q.   Not in any of the colors after any of

20  these cleanings?

21      A.   Not that I can find one, no, sir.

22      Q.   With respect to the area that you've

23  highlighted in the right of the scan, can you tell

24  me why you highlighted it on the right of the scan?

25      A.   Well, that's 1742.  It shows that peak of

Shelby F. Thames, Ph.D.

1   decomposition that I wanted to show you.  It's

2   unique.  Only the explants that had the

3   decomposition shows there.

4        Q.   And I understand that that's what you told

5   me previously.  But didn't the -- isn't the FTIR

6   from the tissue only?  Isn't that a little different

7   than the peak here?

8        A.   Well, we've got -- let's go back and look

9   at the FTIR.  We've got tissue and explants.

10            On figure 7, we have a before cleaning

11   tissue between fibers.  Then on figure 8, we have a

12   between fibers before cleaning.  Let's see.  We have

13   the clear fiber before cleaning on figure 6, and you

14   see the 1740 peak there.

15       Q.   So looking at figure 6, 1740 is there and

16   so is 1650; is that right?

17       A.   Yes, sir, that's proteins.

18       Q.   Is there a peak at 1650?

19       A.   Yes, sir.

20       Q.   Is that peak in any way indicative of

21   carbonyl?

22       A.   Yes, sir, from proteins.

23       Q.   From proteins.

24            Now, with respect to the peak that is at

25   1740 in 6, is that indicative of carbonyl?

Shelby F. Thames, Ph.D.

1      A.    1740, yes, sir.

2      Q.    If we look at figure 9, that doesn't

3  look -- the original Stubblefield -- the before

4  cleaning for blue fiber looks a lot different than

5  figure 6 does, doesn't it?

6      A.    Wait a minute.  Figure six?

7      Q.    Yeah.  We were just looking at figure 6.

8      A.    It's hard to see.  It doesn't look a lot

9  different.  What I'm looking at here on paper is in

10  gold, and it may be a little bit more prominent on

11  your computer.

12          But, no, sir, it doesn't look a whole lot

13  of difference at all.  It's just the intensity of --

14  the resolution of the spectra here on page 8 is a

15  little bit better than on page 6.

16      Q.    I was actually asking you to compare 6 to

17  9.  But we can look on the same page.  You don't

18  need to go to 6 for that because they're both there,

19  because 6 is of clear fiber as well.

20          So the difference between the reading that

21  we got on the clear fiber for 9, the peaks are still

22  there, right?  There is just much more of them?

23      A.    Yeah, and that's because you've got so

24  much flesh there.

25      Q.    On the blue fiber?

Shelby F. Thames, Ph.D.

1      A.   Well, on both of them.  You've got

2   tremendous -- we're referring back to figure 6.

3   You've got a tremendous amount of flesh there that

4   hasn't had anything done to it, so...  And you still

5   get those peaks in figures 9 and 10.

6      Q.   Right.  I think that figure 8 and 9 -- oh,

7   9 and 10 are the two I'm looking at.

8      A.   Figures 9 and 10.

9      Q.   Yes.  So the peaks are still there.  And,

10  actually, the blue fiber -- I'm sorry.  The clear

11  fiber in figure 10 is -- the before cleaning

12  actually is representative of what's in figure 6?

13     A.   Yes, sir.  And you see how those peaks go

14  away, the protein peaks go away as we clean it?

15     Q.   I do see that.  Now, with respect to the

16  fact that the blue fiber has higher peaks on it

17  than -- higher peaks at the 1650, 1660 range, do you

18  see that, between figure 9 and figure 10?

19     A.   Which peak are you looking to, sir?

20     Q.   1650, 1660, right around there.

21     A.   Yes.  That could be -- you know, it's very

22  difficult.  This is a qualitative technique here.

23  Don't misunderstand this for being quantitative.

24  It's qualitative.  So the fact that it's there, in

25  order for it to be the same height, it would've had

Shelby F. Thames, Ph.D.

1   to have been in the same concentration.  It's not

2   necessarily in the same concentration because it's

3   not quantitative.

4       Q.   Does that have anything to do with -- but

5   both of these peaks, the 1740 area and the 1650 area

6   on both the clear and the blue, these are the areas

7   where you would expect to find carbonyls; is that

8   right?

9       A.   That's correct.  And that's where you

10  would also expect to find oxidation if there was

11  any.

12      Q.   That's right.  So oxidation if there was

13  any.

14           And if we look at the first -- the

15  difference between the first and the second -- I'm

16  sorry.  Let me strike that.

17           Can you think of any reason why, just

18  considering oxidation alone, why the blue fiber

19  would have a much higher peak around the 1660, 1650

20  area than why the clear fiber would have -- I need

21  to strike that.

22           Can you think of a reason why the carbonyl

23  peaks in the blue fiber are higher than the carbonyl

24  peaks in the clear fiber?

25      A.   Sure.  As I said, this is a qualitative

Shelby F. Thames, Ph.D.

1    technique and not a quantitative technique.  And in

2    order for the fibers to have exactly the same peak

3    heights, there would've had to have been two areas

4    where the amount of protein was exactly the same in

5    the blue as the clear.  And the likelihood of

6    finding that is remote.

7         Q.   The amount of tissue between the two; is

8    that right?  Is that what you were saying?  I'm

9    sorry.

10        A.   Well, I don't think you're listening to

11   me.

12        Q.   Okay.  I'm trying to.

13        A.   I'm trying to be pretty clear.  Please

14   listen to me.

15        Q.   I'm listening.

16        A.   FTIR is a qualitative technique.  You're

17   asking me to compare two spectra, one on one fiber

18   and one on a completely different fiber.  And you're

19   asking me why the peak heights at a particular

20   frequency is not the same.  And I'm telling you that

21   in order to be the same, the concentration at the

22   two different -- in the two different figures would

23   have to be the same.

24             Well, since this is a qualitative

25   technique and we reach over and take a fiber and we

Shelby F. Thames, Ph.D.

1   run an FTIR on it, we can't say, well, the

2   concentration of the protein at this site in

3   figure 9 is exactly the same concentration of the

4   protein over in figure 10.

5          But the fact that they both occur at that

6   frequency says that protein is still there.  And

7   that's what we're interested in telling you.  Is

8   protein still there?  And the answer is "yes."

9      Q.   Did you take into account that copper is

10  used in the blue pigment when you came to that

11  determination?

12     A.   That's over in seven -- like, if you look

13  over here at the blue fiber spectra, do you see it

14  over here, this peak, this red in the 700-region

15  that's not marked?

16     Q.   Yes.

17     A.   And you look down at the clear fiber and

18  it's not there, that says this is blue and this is

19  clear.

20     Q.   I meant with respect to the blue fiber.

21          Does the addition of copper to the blue

22  fiber, does that accelerate any kind of oxidation

23  reaction at all?

24     A.   Oh, no, no.

25     Q.   So did you take that into account when you

Shelby F. Thames, Ph.D.

1    made that determination here that there wasn't any

2    oxidation on this sample?

3         A.   Well, I took it into account in the sense

4    that I would see no reason under the sun or any

5    knowledge that I have why a pigment, the

6    phthalocyanine pigment we're talking about here,

7    would have any adverse effect in terms of oxidation

8    on anything, particularly these fibers.

9         Q.   Even if it was copper-based?

10        A.   Yes.

11        Q.   So with respect to the FTIRs that you

12   performed and with the cleaning process, you're

13   satisfied that the samples that you examined for

14   Ms. Stubblefield contained no oxidized Prolene; is

15   that right?

16        A.   That is correct.

17        Q.   How many different sample sites did you

18   take of the mesh that she had for FTIR?

19        A.   I can't give you the exact number.

20        Q.   I think we already established --

21        A.   I think every site would be different.

22   You just can't identify -- when you're doing an FTIR

23   micro-spectra, you can't identify where that

24   particular site is and be assured that you're going

25   to go back to that exact site after you've taken

Shelby F. Thames, Ph.D.

1    that explant and sent it to Philadelphia and they've

2    done their thing and sent it back to you.

3         Q.   With respect to your conclusions about SEM

4    analysis, Doctor, --

5         A.   SEM analysis?

6         Q.   Yes.  There were some conclusions on

7    page 11.

8         A.   Okay.

9         Q.   Are you with me?

10        A.   I am, sir.  But the SEMs are actually on

11   page 12.

12        Q.   They are.  The conclusions begin there,

13   and then they go to the next.  So can you tell me --

14   well, I'm just going to read it into the record.

15             Your report at the top of page 12 states,

16   "If the surface of the Prolene fibers had degraded

17   as postulated by plaintiff's expert, the extrusion

18   lines would degrade during this process and would no

19   longer be visible.  That is not the case we

20   observed."

21             Do you see that?

22        A.   Yeah.

23        Q.   Can you tell me any support for that

24   statement that you might have?

25        A.   That's my belief.

Shelby F. Thames, Ph.D.

1      Q.   Okay.  Have you reviewed any explants from

2  plaintiffs' experts while you came up with this

3  belief?

4      A.   Well, every explant that I have reviewed

5  and looked at the way we've done today, first of

6  all, I've never seen oxidation; and, secondly, I've

7  always seen pristine extrusion lines, which would be

8  expected with no oxidation.

9           If oxidation had occurred, you would have

10  at least seen pitting or something, a disfigurement,

11  and I haven't seen that.

12      Q.   You didn't see that in any of the pictures

13  that you took of Ms. Stubblefield's mesh; is that

14  right?

15      A.   No, sir.

16           MR. BOWMAN:  I think I'm done with

17       Ms. Stubblefield.

18           THE WITNESS:  Okay, sir.

19           MR. HUTCHINSON:  Dr. Thames, I have some

20       follow-up questions for you.

21                      EXAMINATION

22  BY MR. HUTCHINSON:

23      Q.   If you don't mind, if you'll look at

24  Exhibit 2, please.

25      A.   Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   You were asked questions about a document

2   that Exponent created entitled, "Protocol for

3   Cleaning Surgical Meshes."

4           Do you recall that?

5      A.   Yes, I do.

6      Q.   Dr. Thames, have you had a chance to look

7   at this document now?

8      A.   Briefly, yes, sir.

9      Q.   And is the purpose of this protocol to

10  provide general guidance in the cleaning process for

11  those who worked at Exponent?

12     A.   That's what it says to me.  It says, "To

13  evaluate the effects of different cleaning methods

14  on clean surface texture and chemistry of the mesh

15  material."

16     Q.   So this would cover a broad scope on how

17  to clean meshes, correct?

18     A.   Yes, sir.

19     Q.   Doctor, did the protocol for cleaning

20  Ms. Stubblefield's mesh explant use various

21  chemicals?

22     A.   Yes.

23     Q.   And I believe we talked about those.

24          Sodium hypochlorite, Proteinase K and

25  water, are those the chemicals that were used?

Shelby F. Thames, Ph.D.

```
1          A.    They used those plus others.

2          Q.    Doctor, are those chemicals described in

3     Exhibit 2 to your deposition entitled, "Protocol for

4     Cleaning Surgical Meshes," that was created by

5     Exponent?

6          A.    Yes.

7          Q.    And was used by Exponent?

8          A.    Yes.

9          Q.    And, Doctor, did you develop the protocol

10    that was used to clean Ms. Stubblefield's explant?

11         A.    Yes.

12         Q.    Did Dr. Ong at Exponent use the protocol

13    that you developed?

14         A.    Yes.

15         Q.    And did he use that protocol to clean

16    Ms. Stubblefield's explant?

17         A.    Yes.

18         Q.    And was he working under your direction

19    and control?

20         A.    Yes.

21         Q.    And, Dr. Thames, is the specific protocol

22    used to clean Ms. Stubblefield's explant contained

23    within her case-specific expert report?

24         A.    Yes.

25         Q.    And is that the specific protocol that we
```

Shelby F. Thames, Ph.D.

1    see on page 2?

2         A.   Yes.

3         Q.   Doctor, if we look at page 5 of your

4    expert report for Ms. Stubblefield, are you there

5    with me?

6         A.   Yes, I am.

7         Q.   Doctor, there's a blue and white light

8    microscopy photo at the top; is that correct?

9         A.   Yes, sir.

10        Q.   And, Doctor, you were asked whether your

11   opinions about figure 5 on page 5 were supported by

12   peer-reviewed literature.

13             Do you recall that question?

14        A.   Yes, I do.

15        Q.   And, Dr. Thames, do you believe, to a

16   reasonable degree of scientific certainty, that the

17   peeling material shown in this figure is proteins?

18        A.   Absolutely.

19        Q.   And, Dr. Thames, do proteins strongly

20   adhere to medical device products?

21             MR. BOWMAN:  Object to form.

22             THE WITNESS:  Yes, they do.

23   BY MR. HUTCHINSON:

24        Q.   And, Doctor, is that opinion supported in

25   the peer-reviewed literature?

Shelby F. Thames, Ph.D.

1      A.   Absolutely.

2           MR. BOWMAN:  Object to form.

3  BY MR. HUTCHINSON:

4      Q.   And, Doctor, is what we're seeing here in

5  exhibit -- I'm sorry -- figure 5 on page 5 exactly

6  that?

7      A.   Yes, it is.

8           MR. BOWMAN:  Object to form.

9  BY MR. HUTCHINSON:

10     Q.   Dr. Thames, let's look at page 8 of your

11 expect report.

12          Now, if we look at the yellow line on FTIR

13 spectra on the top, what does the yellow line show?

14     A.   It shows that there are proteins present,

15 because it says before cleaning.  And the blue fiber

16 is gold or yellow, and it shows that there are

17 proteins present when the cleaning process began,

18 and it shows that there are some 1742, which means

19 decomposition products were present.

20     Q.   And, Dr. Thames, what happened to the

21 proteins on Ms. Stubblefield's explant as the

22 cleaning process progressed?

23          MR. BOWMAN:  Object to form.

24          THE WITNESS:  They were removed.  They

25      were cleaned and no longer there, and that's

Shelby F. Thames, Ph.D.

```
 1          what this progression of FTIR spectra shows.
 2   BY MR. HUTCHINSON:
 3          Q.    And, Doctor, let's look on page 9.
 4                We see another FTIR spectra here; is that
 5   correct?
 6          A.    Yes, you do.
 7          Q.    And I believe I see two blue lines, one
 8   red -- I'm sorry.  Strike that.
 9                I believe I see two lines, one red and one
10   blue; is that right?
11          A.    Yes, sir.
12          Q.    What does the blue line represent?
13          A.    It is the exemplar that's been through the
14   five cleaning steps that we're talking about.
15          Q.    And what does the red line represent?
16          A.    It's after cleaning blue fiber.
17          Q.    And, Doctor, what relationship do these
18   red and blue lines have to each other on the FTIR
19   analysis?
20          A.    They are identical.
21          Q.    And, Doctor, what does that tell you as a
22   material scientist about whether or not
23   Ms. Stubblefield's mesh oxidized?
24                MR. BOWMAN:  Object to form.
25                THE WITNESS:  It shows me unequivocally
```

Shelby F. Thames, Ph.D.

1        that her mesh did not oxidize.

2   BY MR. HUTCHINSON:

3        Q.   Why does it show you that?

4        A.   There's no carbonyl frequency showing in

5   this spectra, and certainly it's not an exemplar.

6            MR. HUTCHINSON:  I don't have any

7        further questions.  Thank you.

8            MR. BOWMAN:  I have a couple of

9        follow-ups.

10                    FURTHER EXAMINATION

11  BY MR. BOWMAN:

12       Q.   With respect to handling of the meshes,

13  did you ever handle any of these meshes for

14  Ms. Stubblefield?

15       A.   No.

16       Q.   Did you ever perform any kind of --

17       A.   I looked at them, but I didn't handle

18  them.  I put the tweezer on them, moved them around,

19  but I did not handle them as such.

20       Q.   Did you ever perform any kind of tensile

21  testing on these meshes?

22       A.   Sir, we didn't have anywhere close to the

23  amount of material to perform a tensile test on it,

24  I mean, not even close.

25       Q.   With respect to the explanted sample, were

Shelby F. Thames, Ph.D.

1    there any tests that you -- I'm sorry.

2              With respect to the explanted sample after

3    it had been run through the cleaning process for the

4    fifth time, did you compare it to the pristine

5    Gynemesh in any other way, other than the FTIR that

6    is represented in figure 11?

7         A.   FTIR, SEM and light microscopy.

8         Q.   And the SEM and FTIR and light microscopy,

9    were they done -- how were they done?

10        A.   Well, light microscopy was done with a

11   light microscope, and the scanning electron

12   microscopy was done with environmental scanning

13   electron microscope.

14        Q.   I'll be more clear.  Were pictures taken

15   of the entire sample?

16        A.   With those devices?

17        Q.   With those devices.

18        A.   With the light microscope we had pictures

19   taken of them, but that was not the case with SEM.

20        Q.   So if there was pitting or if this was

21   cracking or if there was some kind of disturbance on

22   the mesh after it had gone through the five cleaning

23   processes that you determined needed to be done, how

24   would you explain this?

25        A.   It would be shown on one or more of these

Shelby F. Thames, Ph.D.

1    fibers.

2        Q.    So even though the FTIR, as you just said

3    a minute ago, is exactly the same as the exemplar

4    Gynemesh, those kinds of defects, how would you

5    explain those?

6        A.    Well, if we have oxidation occurring, it

7    shouldn't be unique to a specific site.  We should

8    see -- at somewhere along the line of those five

9    explants, we should have seen an occurrence of a

10   peak that never showed up.  And it never showed up,

11   and it certainly wasn't there after number five.

12            If it had been present, covered up by a

13   protein or something of that sort, it would not have

14   been washed away.  It was never shown up, so it

15   wasn't there.

16       Q.    That's what I'm asking you.

17            Did you take SEMs of the entire clean

18   Gynemesh that was taken out of Ms. Stubblefield?

19       A.    We took a number of SEMs, and you have

20   those.  We only have a few representative spectra

21   here.  And we looked it all over, yes, sir.

22            But I can't say that every square

23   centimeter -- no, I'll go better that -- millimeter,

24   because we didn't have much, was looked at and a

25   picture taken.

Shelby F. Thames, Ph.D.

1      Q.   And you'll agree with me that -- well,

2  that mesh hasn't been destroyed, has it?

3      A.   No, sir.

4      Q.   Now, you'll agree with me that even the

5  FTIR, it's a one-shot analysis; is that right?

6           MR. HUTCHINSON:  Object to form.

7  BY MR. BOWMAN:

8      Q.   You pick one point and do the FTIR?

9      A.   It's a one-shot analysis, but I did it

10  five times.

11      Q.   Possibly at five different places,

12  correct?

13      A.   Yeah.  And, also, we've got SEMs that are

14  certainly more than we have here, and we never saw

15  anything that had a carbonyl band or any pitting or

16  cracking or this explant.  And so if there had been

17  any there, I would have found it.

18      Q.   Oh, did you go looking for it?

19      A.   I did look for it.  That's why I did this

20  report, is to find out if it was there, sir.

21      Q.   On the final cleaning sample from

22  Ms. Stubblefield, did you go looking for pitting and

23  cracking on the supposedly cleaned, exactly the same

24  as Gynemesh exemplar portion of mesh that you

25  cleaned?

Shelby F. Thames, Ph.D.

1          A.    We had nothing to hide with this analyses,

2     and we were looking to see what kind of condition

3     this explant was in.  And we have provided for you

4     as reasonable a depiction of the condition of this

5     explant as we can possibly do.

6               MR. BOWMAN:  Okay.  Thank you.  I have

7          no more questions.

8                    (CONCLUDED AT 2:31 P.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

```
 1              CERTIFICATE OF COURT REPORTER

 2         I, Amy M. Key, CSR, and Notary Public in

 3    and for the County of Lamar, State of Mississippi,

 4    hereby certify that the foregoing pages, under

 5    penalty of perjury, contain a true and correct

 6    transcript of the testimony of the witness, as

 7    taken by me at the time and place heretofore

 8    stated, and later reduced to typewritten form by

 9    computer-aided transcription under my supervision

10    and to the best of my skill and ability.

11         I further certify that I placed the witness

12    under oath to truthfully answer the questions in

13    this matter under the power vested in me by the

14    State of Mississippi.

15         I further certify that I am not in the employ

16    of or related to any counsel or party in this

17    matter, and have no interest, monetary or

18    otherwise, in the final outcome of the

19    proceedings.

20         Witness my signature and seal this the

21    _____ day of_____, 2016.

22

23         _____

           AMY M. KEY, CSR

24         My Commission Expires June 19, 2016

25
```

Shelby F. Thames, Ph.D.

```
 1                  SIGNATURE OF WITNESS

 2

          I, _____, do solemnly swear that I

 3    have read the foregoing pages and that the same is

      a true and correct transcript of the testimony

 4    given by me at the time and place hereinbefore set

      forth, with the following corrections:

 5

 6    PAGE:   LINE:   SHOULD READ:      REASON FOR CHANGE:

 7    _____  _____  _____   _____

 8    _____  _____  _____   _____

 9    _____  _____  _____   _____

10    _____  _____  _____   _____

11    _____  _____  _____   _____

12    _____  _____  _____   _____

13    _____  _____  _____   _____

14    _____  _____  _____   _____

15    _____  _____  _____   _____

16    _____  _____  _____   _____

17    _____  _____  _____   _____

18

19                    _____

                          (SIGNATURE)

20

21    Subscribed and sworn

      to before me this

22    _____ day of _____, 20____.

23    My commission expires:_____

24

      _____

25    Notary Public
```