Exhibit L

Shelby F. Thames, Ph.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5
      IN RE:  ETHICON, INC.,        MASTER FILE NO.
 6    PELVIC REPAIR SYSTEM          2:12-MD-02327
      PRODUCTS LIABILITY LITIGATION
 7                                  MDL 2327
 8                                  JOSEPH R. GOODWIN
                                    U.S. DISTRICT JUDGE
 9
10    ****************************************************
11
12    PATRICIA AND DENNIS MARTIN            PLAINTIFFS
13
14       VS.              CASE NO.:  2:12-cv-02185
15
16    ETHICON, INC., ET AL.               DEFENDANTS
17
          *********************************************
18        DEPOSITION OF SHELBY F. THAMES, PhD
          *********************************************
19
20                  Taken at Butler Snow
         1020 Highland Colony Parkway, Suite 1400,
21               Ridgeland, Mississippi
                 On Tuesday, July 19, 2016,
22          Beginning at approximately 1:48 p.m.
23          *********************************
24              AMY M. KEY, RPR, CSR
                    Notary Public
25
```

Shelby F. Thames, Ph.D.

```
 1              A P P E A R A N C E S

 2

 3

    REPRESENTING THE PLAINTIFFS,
 4  PATRICIA AND DENNIS MARTIN:

 5

 6      MICHAEL H. BOWMAN, ESQ.
        Wexler & Wallace, LLP
 7      55 West Monroe Street, Suite 3300
        Chicago, Illinois  60603
 8      (312)346.2222
        mhb@wexlerwallace.com

 9

10

11

12

13  REPRESENTING THE DEFENDANTS,
    ETHICON, INC. AND JOHNSON & JOHNSON:

14

15

        CHAD R. HUTCHINSON, ESQ.
16      Butler Snow
        1020 Highland Colony Parkway, Suite 1400
17      Ridgeland, Mississippi  39157
        Post Office Box 6010
18      Ridgeland, Mississippi  39158
        601.985.4401
19      chad.hutchinson@butlersnow.com

20

21

22

23

24

25
```

Shelby F. Thames, Ph.D.

TABLE OF CONTENTS

PAGE

Title Page.................................... 1

Appearance Page.............................. 2

Table of Contents............................ 3

Exhibit Page................................. 3

Stipulation Page............................. 4

\* \* \* \* \* \* \*

EXAMINATION OF SHELBY F. THAMES, PhD

By Mr. Bowman................................. 5

By Mr. Hutchinson............................. 97

Further By Mr. Bowman........................ 105

Certificate Page............................. 113

Signature Page............................... 114

\* \* \* \* \* \* \*

E X H I B I T S

Exhibit No. 1, Notice to Take Deposition of

    Shelby F. Thames, PhD...................... 5

Exhibit No. 2, Arnaud Clave Article,

    "Polypropylene as a Reinforcement in Pelvic

    Surgery is not Inert:  Comparative Analysis of

    100 Explants"............................. 101

Shelby F. Thames, Ph.D.

```
 1                        * * * * * * *

 2                   S T I P U L A T I O N

 3             It is hereby stipulated and agreed by

 4     respective attorneys of record, that this

 5     deposition may be taken at the time and place

 6     hereinbefore set forth, by AMY M. KEY, Court

 7     Reporter and Notary Public, pursuant to the Rules;

 8                  That the formality of reading and

 9     signing is specifically RESERVED;

10                  That all objections, except as to the

11     form of the questions and the responsiveness of

12     the answers, are reserved until such time as the

13     deposition, or any part thereof, may be used or

14     sought to be used in evidence.

15

16

17

18

19

20

21

22

23

24

25
```

Shelby F. Thames, Ph.D.

```
 1                    (EXHIBIT NO. 1 PRE-MARKED.)

 2                     SHELBY F. THAMES, PhD,

 3                having been first duly sworn,

 4            was examined and testified as follows:

 5                        EXAMINATION

 6   BY MR. BOWMAN:

 7        Q.   So, Dr. Thames, we met previously.  My

 8   name is Mike Bowman, and I'm here on the behalf of

 9   the plaintiffs.

10        A.   Yes, sir.

11        Q.   Today, we are here to talk about a couple

12   of cases in the Ethicon pelvic repair litigation.

13   Is that your understanding?

14        A.   Yes, sir.

15        Q.   I premarked Exhibit 1.  It is the notice

16   of deposition.

17        A.   Yes, sir.

18        Q.   Have you seen this notice before?

19        A.   I don't think this specific one I'm aware

20   of.

21        Q.   Yeah, I understand you --

22        A.   But I knew I was here for this purpose.

23        Q.   Did you bring any documents in response to

24   any requests for production for this?

25        A.   Just this report.
```

Shelby F. Thames, Ph.D.

1        Q.    The report?

2        A.    Yes, sir.

3        Q.    And what is that report that you have?

4        A.    It's the report that deals with my

5    evaluation of Patricia Martin, a TVT device, and

6    there's also some data here relative to Exponent and

7    their cleaning process, what they went through.  So

8    it's my report in addition to the cleaning process.

9        Q.    So the report that I have for you from

10   Ms. Martin is approximately 15 pages.  How many

11   pages did you say you brought with you here today?

12       A.    15.  In addition to that, I've attached to

13   that the protocol that was used by Exponent in the

14   cleaning process should you desire to look it over.

15       Q.    Do you mind if I do take a look?

16       A.    No, not at all.

17       Q.    I see a number of photographs have been --

18   or are part of this.  Are all of these photographs

19   related to Ms. Martin?

20       A.    Yes, sir.

21       Q.    Do you know, have these photographs been

22   produced with respect to her case?

23            MR. HUTCHINSON:  They have.

24   BY MR. BOWMAN:

25       Q.    And these photographs, they document the

Shelby F. Thames, Ph.D.

1  various steps of the cleaning process that was

2  undertaken with respect to her explanted mesh?

3       A.   Yes, sir, just exactly -- you know, we'll

4  have on page 1 or 2 of my report the protocol, and

5  that's a step-by-step, minute-by-minute almost

6  analysis of what was done.

7       Q.   In one of these cases, you produced a

8  cleaning protocol associated with those cases,

9  correct?

10      A.   Yes, sir.

11      Q.   And that was part of your general report?

12      A.   I think at some time, yes, sir.  I believe

13  it was.

14      Q.   Do you know, did you use the same cleaning

15  protocol with respect to Ms. Martin's case that you

16  used previously?

17      A.   I'm not exactly sure which case you're

18  talking about, but I've changed the cleaning

19  protocol that we used earlier on.  And this is the

20  cleaning protocol that I developed primarily with

21  some help from Dr. Ong, but I put that together in

22  an effort to make certain that we had the mildest

23  conditions possible to clean the explants with.

24      Q.   You understand that there's a two-hour

25  time limit to this deposition with respect to

Shelby F. Thames, Ph.D.

 1   Ms. Martin's case?

 2        A.   I do.

 3        Q.   And I don't intend on using all of that

 4   time, but I do want to understand that the protocol

 5   that you supplied with -- she's part of Wave 2.  Is

 6   that your understanding?

 7        A.   Yes, sir.

 8        Q.   So in Wave 2 you have essentially

 9   resubmitted the same report that you submitted for

10   Wave 1; is that correct?

11             MR. HUTCHINSON:  You're talking about

12        the general report?

13             MR. BOWMAN:  The general report, yes.

14             MR. HUTCHINSON:  I'm going to just

15        object to the form, but you can answer if you

16        understand it.

17             MR. BOWMAN:  So I'll withdraw the

18        question.

19   BY MR. BOWMAN:

20        Q.   Do you remember submitting a general

21   report with the Wave 1 cases?

22        A.   I do remember that, yes, sir.

23        Q.   And did you submit a new report with the

24   Wave 2 cases?

25        A.   I think we did, yes, sir.

Shelby F. Thames, Ph.D.

1        Q.   Were there any changes between the Wave 1

2   and Wave 2 reports?

3        A.   I'm almost certain that there were.  But I

4   was under the impression that I was going to be

5   talking to you about these case-specific reports,

6   and I didn't go back and study the two general

7   reports.

8            But I know that one change is the cleaning

9   protocol that we were talking about.  I'm certain

10  that probably there were a few other changes in

11  there.  I might have responded to some depositions

12  that have been taken by plaintiffs' experts and so

13  forth, but I can't tell you exactly what those were

14  today.  I'm sorry.

15       Q.   So you don't know what additional steps --

16  were additional steps taken with the Wave 2 cases

17  that weren't taken with Wave 1 cases?

18           MR. HUTCHINSON:  I'm just going to

19       object to the extent it's outside of his

20       case-specific report.  But you can answer,

21       Doctor.

22           MR. BOWMAN:  Actually, I'll withdraw the

23       question.

24  BY MR. BOWMAN:

25       Q.   I want to know about Ms. Martin

Shelby F. Thames, Ph.D.

1  specifically.

2      A.   Okay.

3      Q.   So the question I'm asking you is, with

4  respect to the cleaning protocol undertaken for

5  Ms. Martin's case, is it your understanding that the

6  cleaning protocol involving Ms. Martin's case is not

7  the same cleaning protocol that you used in -- that

8  was in your Wave 1 general report?

9      A.   My first cleaning steps that we -- yes,

10 this is different.

11     Q.   And do you know in what way it's

12 different?

13     A.   Sure.

14     Q.   Okay.  Can you tell me?

15     A.   Sure.  Let me have my copy of it back, if

16 you will, and I'll be happy to do that, sir.

17     Q.   Here you go.

18     A.   Thank you.  First of all, let me say that

19 it was my intent to generate the mildest set of

20 cleaning circumstances that I could generate and not

21 adversely affect the explant that we were evaluating

22 or in any way change the structure of the Prolene

23 device.

24          If you'll see, we start off with distilled

25 water and we soak it and then we rinse it.

Shelby F. Thames, Ph.D.

1           And Dr. Kevin Ong, by the way, collects

2   these samples.  I don't pick them up, he does, and

3   he takes them back to Exponent.  He goes through

4   step 1 and step 2.

5           Then he sends them to our laboratories,

6   and then we -- then, after that, we look at the FTIR

7   of the sample.  We take a light microscope of the

8   material, and we also do SEMs.  That's the second

9   step.  So we identify what it looks like by those

10  three techniques that I just described to you.

11          Then it goes back to Dr. Ong, and he goes

12  through the third and the fourth and the fifth step

13  and, finally, the sixth step, after which he then

14  sends it to me and we go again through the FTIR, the

15  SEM and light microscopy.  And that process

16  continues throughout until we have completed five

17  steps.

18          There are some differences, for instance,

19  from steps 3 to 5.  At step 3, we place the explant

20  in water, distilled water.  It's heated to

21  80 degrees Centigrade for 20 hours.  And then the

22  fourth step is sodium hypochlorite is added for

23  15 minutes and shaken.  And then in the fifth step,

24  a distilled water rinse is taking place, soak it for

25  one hour, rinse it.  And then in the fifth step, it

Shelby F. Thames, Ph.D.

1    is dried and sent to us.  And that's what we

2    designate as after cleaning 1.

3            Okay.  And then that's sent back to

4    Dr. Ong, and he then puts it back into distilled

5    water at 80 degrees for 20 hours.  He puts it in an

6    ultrasonic bath for 1.5 hours with sodium

7    hypochlorite, and he then rinses it with a distilled

8    water rinse.  And he puts it in an ultrasonic bath

9    for one hour in a rinsing process.

10           In step 10, he desiccates it, dries it for

11   one hour, sends it to us.  And he continues through

12   this process in that manner.

13       Q.   And each time he sends it to you, you take

14   FTIR and SEMs; is that correct?

15       A.   FTIR, SEM and light microscopy.  We use

16   the designation for light microscopy as LM, FTIR for

17   Fourier transform infrared spectroscopy, and SEM for

18   scanning electron microscopy.

19           And each time we received the explant

20   back, that's what we did.

21       Q.   And with respect to Ms. Martin, you

22   examined her TVT mesh; is that correct?

23       A.   That is correct.

24       Q.   Do you know what kind of TVT products she

25   was implanted with?

Shelby F. Thames, Ph.D.

```
 1        A.   It was a TVT-O product.

 2        Q.   Do you know, was it a laser cut or a

 3   mechanical cut?

 4        A.   I don't know specifically.  I didn't ask

 5   the question, but -- I didn't ask the question.

 6        Q.   So looking at the report, on page 3, you

 7   have two photographs, --

 8        A.   Yes, sir.

 9        Q.   -- one of a pristine TVT and then one of

10   the before cleaning mesh sample that you had for

11   Ms. Martin?

12        A.   Yes, sir, that's correct.

13        Q.   And this sample is after the sample had

14   been divided; is that correct?

15        A.   It's after it was divided but before any

16   cleaning had taken place.

17        Q.   It was just soaked in distilled water?

18        A.   Yes, sir, dried and then sent to me.

19        Q.   And it was produced to -- I'm sorry.  Did

20   Dr. Ong do the soaking in distilled water?

21        A.   Yes, sir.

22        Q.   Do you know how the mesh was produced to

23   him?  Was it from Steelgate?

24        A.   He went to Canada, I believe, to the

25   hospital there where they had been collecting
```

Shelby F. Thames, Ph.D.

1   samples.  I believe it's St. Michael's Hospital.

2   And it was in formaldehyde.

3        Q.   Is that documented here?

4        A.   Yes, sir, third line of the first page.

5        Q.   So it states that it was received in a

6   preservation solution of 10 percent neutral buffered

7   formalin?

8        A.   Yes, sir.

9        Q.   So the sample that Dr. Ong received was

10  the entire sample, and then he divided it in half?

11       A.   Well, I'm not sure if it was the entire

12  sample that was divided at that time at St.

13  Michael's Hospital.  But he received the sample and

14  divided it and gave a portion of it to the

15  pathologists and then gave us a portion of it to do

16  our work.

17       Q.   I see.  So the portion that you received

18  was -- you didn't give half to the plaintiff's

19  counsel.  You gave the half to Ethicon's

20  pathologist; is that correct?

21       A.   It's my understanding that the plaintiff's

22  counsel received theirs from the St. Michael's

23  Hospital, and perhaps it was Dr. Iakovlev.  I'm not

24  sure.  But I don't believe that Dr. Ong took any of

25  the sample that ultimately ended up in the

Shelby F. Thames, Ph.D.

```
 1   plaintiff's hands.
 2        Q.   Okay.
 3             MR. HUTCHINSON:  Mike, can I help you
 4   out?
 5             MR. BOWMAN:  Sure.
 6             MR. HUTCHINSON:  Off the record.
 7             (OFF-THE-RECORD DISCUSSION.)
 8   BY MR. BOWMAN:
 9        Q.   So after a quick break, Dr. Thames, is it
10   your understanding that the explant sample was
11   divided evenly among plaintiff's and defense counsel
12   in this case?
13        A.   Yes, sir.
14        Q.   And that the half that went to defense
15   counsel ended up going with Dr. Ong to his lab to
16   soak in distilled water?
17        A.   It's my understanding, yes, sir.
18        Q.   It was soaking in distilled water.  Did it
19   come to you in distilled water or did you --
20        A.   No, sir.  You'll see in step 1 it was in
21   distilled water; and then in step 2, it was
22   desiccation dried, for one hour.
23             And "desiccation" means putting it in a
24   desiccator with a slight vacuum.
25             And then at that point in time, it was
```

Shelby F. Thames, Ph.D.

1   sent to me dry.  So he had dried it, and he sent it

2   to me.

3        Q.   And the analysis that you did was, I guess

4   you could call it, the polymer analysis that was

5   performed?

6        A.   Correct.  And then I sent it back to him,

7   and then he started step 3, 4 and 5.

8             And on step 6, after he completed step 6,

9   he sent it to me and I completed the analysis of

10  step 6.  And that's noted as after cleaning 1.

11            Because later we'll talk about it and

12  we'll designate it as before cleaning/after cleaning

13  1 and 2 and 3.

14       Q.   And the fourth step of the solution here,

15  that's sodium hypochlorite?

16       A.   Yes, sir.

17       Q.   And it's a sodium hypochlorite chamber

18  that is shaking the mesh with the viable material on

19  it?

20       A.   Yes, sir.  It's a solution of sodium

21  hypochlorite, and it's specified in here the exact

22  concentration that was placed in -- obviously,

23  that's in water.  And then the explant that he had

24  was placed in that water solution, and he shook it

25  for 15 minutes in the shaker.  They have devices

Shelby F. Thames, Ph.D.

```
 1    that sit and shake like this (indicating) that they

 2    can shake it.

 3              And then, after that, it was placed in

 4    sodium hypochlorite for 15 minutes -- excuse me.

 5    I'm on step 5 now.  Excuse me.  I was mistaken.

 6              On step 5, they put it in distilled water,

 7    rinsed it.  They soaked it for one hour, and they

 8    rinsed it again.  Then they dried it.

 9              And after they dried it, they sent it to

10    us, and we analyzed it under the heading of after

11    cleaning 1.

12         Q.   I understand.  And then you took

13    photographs and a polymer analysis on your end?

14         A.   Yes, sir.

15         Q.   And then you would send it back to Dr. Ong

16    for additional cleaning?

17         A.   Yes, sir.

18         Q.   And the additional cleaning that you did

19    was he did steps 7, 8 and 9, which are the same

20    steps as, it looks like, 3, 4 and 5.  He did those

21    again?

22         A.   The time might have changed a little bit.

23         Q.   No.  Actually, it's different.

24         A.   It's No. 8.

25         Q.   Yeah.
```

Shelby F. Thames, Ph.D.

```
 1        A.    You have to be careful about reading it,

 2   because it's longer time in the sodium hypochlorite

 3   solution on step 8.

 4        Q.    So in step 8, it references an ultrasonic

 5   bath.  Is that different than the shaker?

 6        A.    Yes.

 7        Q.    In what way?

 8        A.    It's more rigorous.

 9        Q.    And how does the ultrasonic bath work?

10        A.    Well, it's a very high frequency shaking

11   device, high frequency agitation of a medium.  What

12   we're trying to do here is to make certain that the

13   flesh that's on the sample is washed away.

14        Q.    Is there any other purpose besides that

15   for the ultrasonic bath?

16        A.    No, sir.

17        Q.    So after the ultrasonic bath, then it goes

18   to desiccation and drying and again to you for an

19   analysis, and then you label that after cleaning 2;

20   is that right?

21        A.    Yes, sir.

22        Q.    And then you go to the 11th step, send it

23   back to Dr. Ong, and he soaks it in distilled water

24   for 20 hours at 80 degrees Centigrade, and then he

25   gives it another ultrasonic bath for four hours in
```

Shelby F. Thames, Ph.D.

1  sodium hypochlorite; is that correct?

2      A.   Correct.

3      Q.   And then the 13th step is that it is

4  placed in distilled water and rinsed with an

5  ultrasonic bath for an hour, and then it's rinsed

6  again after that; is that right?

7      A.   It's dried after that, sir.

8      Q.   Oh, I meant the 13th step.

9      A.   The 13th?  Okay.

10     Q.   It's placed in an ultrasonic bath, rinsed

11  bath, rinsed?

12     A.   Yes, sir, you're correct.

13     Q.   And the purpose of the ultrasonic bath

14  there, again, is to remove any protein and flesh

15  that's --

16     A.   Residue that might be hanging on, not

17  completely removed from the sample itself, from the

18  flesh -- the fiber sample, excuse me, itself.

19     Q.   And then in the 14th step, there is

20  desiccation and drying, and then it's sent back to

21  you where you did an analysis; is that correct?

22     A.   That is correct, and that's after

23  cleaning 3.

24     Q.   And that's after cleaning 3.  And then you

25  sent it back to Dr. Ong for the 15th step, where at

Shelby F. Thames, Ph.D.

1    first it's soaked in distilled water and placed in a

2    water bath at 80 degrees Centigrade for 20 hours,

3    correct?

4         A.   Yes, sir.

5         Q.   And then the 16th step is to place it in a

6    Proteinase K water bath at 58 degrees Centigrade, is

7    that right, --

8         A.   That is correct.

9         Q.   -- for 20 hours?

10        A.   Yes, sir.

11        Q.   Do you know why you decided on using

12   .8 milligrams per milliter of Proteinase K?

13        A.   That's a typical use level for removing

14   proteins and one that we set on for this particular

15   series of cleaning steps.  I believe it's

16   recommended at that level.

17        Q.   And was there a reason that you chose to

18   use 58 degrees Centigrade?

19        A.   Yes, sir.  Beyond 60 degrees Centigrade,

20   the efficacy of Proteinase K is reduced.  So we

21   wanted to set it at the highest temperature that we

22   could for cleaning it quickly, but we did not want

23   to reduce the efficacy of the Proteinase K.

24        Q.   So he would assist in the reaction that

25   was -- well, I'm sorry.

Shelby F. Thames, Ph.D.

```
 1              Why, again, did you have it at 58 degrees

 2   Centigrade?

 3      A.   Because the literature for Proteinase K

 4   states that that is the optimum temperature range

 5   for cleaning efficiency, 58, somewhere in that

 6   range.  You don't want to go above 60 degrees.

 7      Q.   Am I correct in understanding that

 8   Proteinase K is an enzyme?

 9      A.   Yes, sir.

10      Q.   Is it extracted from a living animal?

11      A.   I do not know.

12      Q.   Do you know what the significance of using

13   .8 milligrams per milliter is?

14      A.   I believe that's the recommended level for

15   use.  I did not set that number myself.  Dr. Ong

16   made that decision.

17      Q.   Do you know, is it supported by American

18   standards of measurement or anything like that?

19      A.   I could not tell you.

20      Q.   So it's for 20 hours at 58 degrees

21   Centigrade.  Is that -- that's more than human body

22   temperature Centigrade, correct?

23      A.   Yes.

24      Q.   Human body temperature Centigrade is 37?

25      A.   Correct.
```

Shelby F. Thames, Ph.D.

```
1        Q.   And would that higher temperature have an
2   effect on the proteins that are -- or proteins or
3   flesh or tissue, whatever is present there on that
4   mesh?
5        A.   Not on the fiber.
6        Q.   Not on the fiber, but on the protein
7   itself?
8        A.   We want it to have an effect on the
9   proteins.  We want it to denature the proteins so
10  that -- they're very strongly adhered to the fiber,
11  difficult to remove.  So we want to use mild
12  conditions for that.
13           That's why Proteinase K was used, and
14  that's why the temperature for optimum utility for
15  Proteinase K was selected, right in the 58 degree
16  range.
17       Q.   But after 60 degrees Centigrade, the
18  Proteinase K doesn't work as well?
19       A.   It doesn't work as well after 60 degrees,
20  yes, sir.
21       Q.   Is there a low temperature where it
22  doesn't work as well?
23       A.   I do not -- I'm sure that as the
24  temperature would increase, in a general sense,
25  chemical reactions move faster.  So what we want
```

Shelby F. Thames, Ph.D.

1  this material, Proteinase K, to do is to do its job

2  as quickly as possible but not to the point that it

3  begins to become inefficient.

4      Q.   So the 16th step, it's in the Proteinase K

5  solution and it's just sitting there for 20 hours;

6  is that correct?

7      A.   That's right.

8      Q.   The water is not agitated.  It's just

9  placed in the medium?

10     A.   No, sir.

11     Q.   And then for the 17th step, we have the

12  same Proteinase K solution, meaning it's

13  .8 milligrams per milliliter of Proteinase K; is

14  that correct?

15     A.   Yes, sir.

16     Q.   And that bath is -- actually, there's an

17  additional element of ultrasonic washing going on;

18  is that right?

19     A.   Yes, sir.

20     Q.   What's the purpose of the ultrasonic

21  washing in this step?

22     A.   Well, if any -- and there was, I'm sure,

23  any movement in step 16 where the protein would

24  begin to flake and break apart one from the other

25  but not drop into solution and not completely remove

Shelby F. Thames, Ph.D.

1  itself from the fiber, then with the ultrasonic

2  bath, it will help shake that off, and the

3  water-soluble materials will then be removed from

4  the fiber itself.

5      Q.   So the water -- I'm dealing with a

6  Proteinase K solution here?

7      A.   Yes, sir.

8      Q.   So the Proteinase K is also -- it's

9  reacting with the proteins that are present on the

10  mesh?

11      A.   Yes, sir.  And it's helping to denature

12  it, remove the proteins, open them up such that they

13  will be able to fall off of the fiber, and the

14  ultrasonic bath is vibrating to help shake it off

15  basically, in a simple term.

16      Q.   With respect to that step, is that just

17  done at room temperature, or is there a set

18  temperature there for the ultrasonic bath?

19      A.   Yes, sir.

20      Q.   What is it?

21      A.   It would be at room temperature in this

22  case.

23      Q.   Would that be -- what are we at?  We're at

24  about 72 degrees in here.  Is that room temperature?

25      A.   Generally speaking, in that range.

Shelby F. Thames, Ph.D.

1    Q.   And when we talk about these other

2    ultrasonic baths, there's a couple here that

3    aren't -- temperature isn't noted.  Would we just

4    consider them to be at room temperature as well?

5    A.   Yes, sir.

6    Q.   So if they're not at an elevated

7    temperature that's not noted, then they're

8    automatically at room temperature?

9    A.   Yes, sir.

10   Q.   In any event, they're not at an elevated

11   temperature if it's not noted?

12   A.   That's my understanding, yes, sir.

13   Q.   And Dr. Ong is the one who had control

14   over the cleaning process, correct?

15   A.   Well, he did the cleaning process.

16   Q.   He did the cleaning process, but it was

17   created by yourself?

18   A.   Sure.  Well, he made some suggestions too,

19   but it was primarily my suggestion.  It was

20   primarily my input, but I never want to say I did

21   everything because I didn't do everything.  Okay?

22   Q.   Okay.  And then the 18th step is a

23   distilled water rinse, ultrasonic bath for an hour

24   followed by another rinse, correct?

25   A.   Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   And then it was given to you again in the

2  19th step after it was dried for analysis, correct?

3      A.   That's right.

4      Q.   And then you sent it back to Dr. Ong --

5      A.   I did.

6      Q.   -- for the distilled water bath?

7      A.   Yes, sir.

8      Q.   At 80 degrees Centigrade for 20 hours?

9      A.   Yes, sir.

10     Q.   And then another step of sodium

11  hypochlorite with an ultrasonic bath for four hours?

12     A.   Yes, sir.

13     Q.   Is there any reason you chose four hours

14  there?

15     A.   Well, we wanted to have enough time to

16  remove any residue that might be ready to fall off

17  because it has already been, basically, dissolving

18  and hanging on.

19          Proteins have tremendous adhesion

20  affinity.  And so we selected four hours because

21  that was a reasonable period of time.

22     Q.   So I ask because in step 12 I see it was

23  the same step -- well, I don't see -- yeah, it was

24  the same step, sodium hypochlorite, ultrasonic bath

25  for four hours.  And then if we look at step 8, it's

Shelby F. Thames, Ph.D.

1   sodium hypochlorite, ultrasonic bath for 1.5 hours.

2           I wanted to know if there was a

3   difference, why you chose a longer ultrasonic bath

4   further into the process?

5       A.   Well, as we began to do the light

6   microscopy, the scanning electron microscopy and

7   FTIR, we realized there were still some residues

8   along the way and we wanted to try to get it

9   completely off.  So we upped the strength of our --

10  what we felt like would be the efficacy of our

11  cleaning solution, make it a little tougher, make it

12  a little longer to try to get every last piece of

13  protein off the fiber as possible.

14      Q.   And then this 22nd step is another

15  distilled water rinse, ultrasonic bath for an hour

16  and then another rinse, correct?

17      A.   That's correct.

18      Q.   And then it was dried and sent to you for

19  analysis?

20      A.   That's correct.

21      Q.   Was that the total of the testing and

22  cleaning that was done on Ms. Martin's mesh?

23      A.   Yes.

24      Q.   And your findings from that analysis and

25  that cleaning are contained in your report; is that

Shelby F. Thames, Ph.D.

1  right?

2      A.   Yes, sir.

3      Q.   Did any of your findings conflict with any

4  of your general opinions in this case?

5      A.   No, sir.

6      Q.   Did any of the findings make you think,

7  you know, maybe I need to go back and rethink some

8  of my opinions in my general report?

9      A.   No, sir.

10      Q.   Did any of the findings that you found

11  make you wish you had done more cleaning or more

12  processing or more testing on the mesh that you

13  received from Ms. Martin?

14      A.   No, sir.

15      Q.   Ms. Martin's explant, you actually

16  received it from somebody else?

17      A.   I got you.  Yes, sir.

18      Q.   With respect to your analysis of

19  Ms. Martin's mesh, did you run a control through the

20  same steps that you have labeled out here on a piece

21  of Prolene polypropylene?

22      A.   Yes, sir.

23      Q.   And what kind of Prolene polypropylene was

24  it?

25      A.   It was pristine TVT mesh, and it gives a

Shelby F. Thames, Ph.D.

 1  lot number and so forth.  And that's on page 3 of

 2  this document, figure 2.

 3      Q.   So the mesh that's shown in figure 2, it

 4  actually -- it states it's pristine mesh, and you

 5  give a lot number, a reference number there, dash

 6  before cleaning?

 7      A.   Yes, sir.

 8      Q.   And --

 9      A.   It was involved in every step of this

10  process.

11      Q.   So that's actually my question, is you

12  actually performed a control using pristine TVT mesh

13  that shadowed the steps for Ms. Martin's mesh?

14      A.   That's what Dr. Ong did, yes, sir.

15      Q.   And was -- I just want to make it clear.

16  You didn't just use one piece of TVT and then say, I

17  ran the control for this TVT, and I'm going to use

18  that control for all of the TVT cases that I

19  reviewed?

20      A.   Well --

21      Q.   I understand that you actually -- that

22  Dr. Ong or yourself actually did do a separate

23  control specific against Ms. Martin's case?

24      A.   You know, I cannot answer that

25  specifically.  I will have to refer to Dr. Ong.

Shelby F. Thames, Ph.D.

1  Maybe we could do that at the break.  But I did not

2  ask him that specific question.

3      Q.  So is it your understanding -- without

4  having communicated with Dr. Ong, was it your

5  understanding until now that a separate control had

6  been done for every case-specific report that you

7  did?

8      A.  Well, I didn't ask him the question.  And

9  it is not necessary in the sense that this process

10  that we are doing is the exact process for every

11  explant, and we run a control through that explant.

12          So from my perspective, it's not necessary

13  to continue to run control, control, control because

14  it consumes a terrific amount of time.  And once you

15  run one control, that is your control.

16      Q.  So with respect to the TVT mesh, that was

17  a control in Ms. Martin's case?

18      A.  Yes, sir.

19      Q.  Can you tell me if it was run through the

20  same 23 steps that hers was run through?

21      A.  A TVT device, as specified in this

22  document on figure 2, was run through that process,

23  yes, sir.

24      Q.  Okay.  Now, I actually want to be very

25  specific because I want to know if the TVT device

Shelby F. Thames, Ph.D.

1    followed the same 23 steps.

2              So I understand that you ran a -- so I'll

3    withdraw the question, and I'll ask it in a

4    different way.

5              First of all, do you know how the control

6    was run?

7         A.    The same way the explants were run.

8         Q.    So there's actually a difference here in

9    Ms. Martin's, and we actually talked about it

10   already.  In the 12th step you decided to increase

11   the sodium hypochlorite time and the ultrasonic bath

12   by two-and-a-half hours, correct?

13        A.    Yeah, sure.

14        Q.    Now, do you know, did a piece of control

15   TVT, pristine TVT, find its way into an ultrasonic

16   bath for four hours --

17        A.    Yes, sir.

18        Q.    -- and sodium hypochlorite?

19        A.    A pristine sample of TVT has been

20   processed through this cleaning step, which I show

21   here in figure 1 on page 2, in precisely the same

22   manner as Ms. Martin's explant.

23        Q.    And that's your understanding?

24        A.    Yes, sir.

25        Q.    And how do we find out -- did you actually

Shelby F. Thames, Ph.D.

1  perform the analysis on each one of these?

2      A.   No.  At what stage are you talking about?

3      Q.   So the second step, the sixth step, the

4  10th step, the 14th step, the 19th step and the 23rd

5  step, --

6      A.   Yes, sir.

7      Q.   -- those are the steps where you performed

8  your chemical analysis and your polymer analysis on

9  explants, correct?

10      A.   That is correct.

11      Q.   The explant from Ms. Martin?

12      A.   That is correct.

13      Q.   At that time, did you run FTIR on a sample

14  of pristine at the same time when you ran the FTIR

15  or the other analyses for Ms. Martin's mesh?

16      A.   Pristine mesh as an exemplar had been

17  produced through this particular protocol.  Yes,

18  that's been done.

19      Q.   So it has been done.  But can you tell me

20  if it was done in the same way that it was done in

21  Ms. Martin's?

22      A.   Yes, sir, precisely according to figure 1.

23      Q.   And that data is here in the report?

24      A.   Well, I believe it is.

25      Q.   So if we look at page 8 of your report, --

Shelby F. Thames, Ph.D.

1      A.   All right, sir.

2      Q.   -- there is a figure 8 there, and the

3 description says an exemplar and explanted sample.

4      A.   Figure 8?

5      Q.   Yes, on page 8.

6      A.   Okay.

7      Q.   It states there that an exemplar and

8 explanted sample were likewise examined before and

9 after the cleaning steps described in figure 1.

10     A.   Yes, sir.

11     Q.   And it says, FTIR data.  So this FTIR data

12 clearly demonstrates protein removal with each

13 cleaning step for the explanted Prolene fibers, and

14 this was confirmed via light microscopy and SEM?

15     A.   Sure, in figures 9 and 10.  And the light

16 microscopy and so forth, scanning electron

17 microscopy and SEMs were in 14, 15 and 16.

18          We have FTIR analysis in figures 9 and 10,

19 and then we have light microscopy and SEM analysis

20 in figures 14, 15 and 16 respectively.

21     Q.   So going off of this, then we know for a

22 fact that a pristine sample was run through every

23 step of the cleaning protocol established for

24 Ms. Martin's mesh; is that correct?

25     A.   That's correct.

Shelby F. Thames, Ph.D.

1    Q.   And that data is available to us

2  somewhere; is that right?

3    A.   That's right.  Yes, sir.

4    Q.   And has it been produced -- the pictures

5  that you have there in your notebook for Ms. Martin,

6  do you think that they contain the results for the

7  pristine FTIR and the pristine SEMs that were done

8  on the TVT?

9    A.   Yes, sir.

10   Q.   Do you mind if I take a look?

11   A.   No.  You have the same report I have.

12   Q.   Oh, I mean the photos in the back.

13   A.   Oh, sure.

14        MR. BOWMAN:  And if you want, maybe we

15     could take a five-minute break.

16        MR. HUTCHINSON:  Sure.

17             (A BREAK WAS TAKEN.)

18  BY MR. BOWMAN:

19   Q.   So, Dr. Thames, after a quick break, we

20  are back, and I did want to ask you about some of

21  the photographs in your notes from Ms. Martin.

22        I actually didn't see any photographs of

23  pristine mesh in the back there.  I notice there are

24  photographs of pristine mesh in figure 2.

25   A.   Uh-huh (affirmative response).

Shelby F. Thames, Ph.D.

1      Q.   And I believe that this is -- it looks

2  like a laser cut of TVT.

3      A.   I think it is.

4      Q.   But I don't see -- I didn't see any

5  photographs or even FTIR readings associated with --

6  or the SEMs even associated with the pristine mesh

7  in the back of that booklet there.

8      A.   Do you see them here?  This is on page 11.

9      Q.   I see them there, yes.  But as I

10 understood it as I was reading it, even before we

11 started today, I was reading these exemplar FTIRs to

12 be -- to have been done on one mesh sample, not

13 on -- on one mesh sample for all of the reports that

14 you had done for Wave 2 and not necessarily

15 specifically for Ms. Martin.

16     A.   Well, all of the Wave 2 explants have been

17 subjected to exactly the same seating protocol as we

18 have here in figure 1 on page 2 of Ms. Martin's

19 report, precisely the same one.

20     Q.   Okay.

21     A.   And if you've run one sample of pristine

22 material through, I don't see that it's necessary to

23 run multiple pieces through.  You have your data.

24 It was done precisely the same way.

25     Q.   And I guess that's my other question.

Shelby F. Thames, Ph.D.

1  There is a difference in the sodium hypochlorite and

2  the ultrasonic bath?

3      A.   There's a difference in the steps.

4  There's not any difference in the overall cleaning

5  protocol.  I think you're confusing things here.

6  The steps are different, but nothing gets finalized

7  until step 5 is done.  And then after step 5, that

8  is the end of the cleaning process.

9           So that is when any device that we're

10  looking at would be completed.  It has to go through

11  step 5.  So the exemplar would go through all of

12  these cleaning processes until it reached step 5.

13      Q.   So step 5 is the -- I'm sorry.  Step --

14      A.   Step 5 is the end of the cleaning process

15  as depicted on page 2 and in figure 1.

16      Q.   Okay.  So page 2 actually has 23 steps

17  described there?

18      A.   Yes, sir.

19      Q.   But after the 23rd step is when the

20  analysis happens after the mesh had been cleaned

21  five times.  Is that what you're saying?

22      A.   No, sir.  What I'm saying is -- that's not

23  precisely what I'm saying.  What I'm saying is an

24  exemplar would have been placed in step 1 and step 2

25  and step 3, and then it would have been evaluated at

Shelby F. Thames, Ph.D.

1    step 3 and 4 and 5, and then it would be evaluated

2    at step 6, 7, 8 and 9.  And it would continue

3    through this process, just precisely as would an

4    explant.

5         Q.   So this explant -- so the exemplar that

6    you examined, the exemplar TVT, went through 23

7    steps, the same 23 steps that are recited in

8    Ms. Martin's case?

9         A.   Yes, that's correct.

10        Q.   On page 3, you state that under higher

11   magnification, 200 times, it shows a Prolene fiber

12   encased within a dry and cracked proteinaceous layer

13   as noted in figures 4 and 5 and whose structure was

14   confirmed by FTIR microscopy.

15             Do you see that?

16        A.   Yes, I do.

17        Q.   And if you look at Nos. 4 and 5, you're

18   referring to the cracks in -- I think there's

19   probably two spaces at this point in the cleaning

20   process where there are -- where there is Prolene

21   evident; is that right?

22             MR. HUTCHINSON:  Form.

23             THE WITNESS:  You can see Prolene in

24        figure 4 and in figure 5, surely.

25   BY MR. BOWMAN:

Shelby F. Thames, Ph.D.

```
 1        Q.   So in figure 4, there's a piece of Prolene
 2   sticking out in the upper right-hand corner; is that
 3   right?
 4        A.   You're looking at figure 4 or 5?
 5        Q.   I'm sorry.  I'm looking at figure 4.
 6        A.   Figure 4, yes, sir.  There's two pieces.
 7   There's a clear piece and a blue piece.
 8        Q.   Sticking out in the --
 9        A.   And it's just about at 1 or 1:30 on the
10   clock.
11        Q.   And when you refer to the fibers being
12   "encased within a dry, cracked proteinaceous layer,"
13   you're referring to what you see there in figure 4?
14        A.   Yes, sir.  You see the tissue surrounding
15   the fibers.  Whatever is surrounding the fibers is
16   the proteinaceous layer.
17        Q.   So looking at figure 4, are you talking
18   about the two points that are sticking out in the
19   upper right-hand corner?
20        A.   Well, specifically, what are you asking
21   me, sir?
22        Q.   The proteinaceous layer, I mean, I see a
23   lot of tissue associated with the explant.
24        A.   That's the tissue.  Tissue is protein.
25   There are -- you were asking me if I could see a
```

Shelby F. Thames, Ph.D.

1    fiber, and I said, "Yes, I can see fibers."  And

2    then I said, "They're in the top right corner, and I

3    see a clear fiber and a blue fiber."

4              What is your question now?

5        Q.   Sure.  Well, my question was, when you

6    refer to the fiber being encased within a dry and

7    cracked proteinaceous layer, are you referring to

8    the two points sticking out of that mesh there in

9    the upper right-hand corner?

10       A.   No, sir.  The entire fiber you can see --

11   are you looking at the same thing I am?

12       Q.   I am, yeah.

13       A.   Could I see what you're looking at?

14       Q.   It's this but in color.

15       A.   Okay.  All right.  Thank you.

16             You see that -- you can see blue and clear

17   fibers in multiple places in figure 4, --

18       Q.   Yes.

19       A.   -- multiple places, and they are

20   surrounded by a dry and cracked proteinaceous layer.

21       Q.   Okay.  I understand.

22             And you confirmed that that was protein

23   via the FTIR that you report in figures 7 and 8; is

24   that right?

25       A.   Yes, sir, that is correct.

Shelby F. Thames, Ph.D.

1      Q.   So the -- I have three different pages

2   going on now.

3      A.   No problem.

4      Q.   But figure 7, that is the FTIR reading

5   that you did of the before cleaning, correct?

6      A.   Before cleaning, yes, sir.

7      Q.   And this photograph in the upper

8   right-hand corner of figure 7, can you explain to me

9   what that is?

10      A.   Yes, sir.  If you can notice with your

11   sample there, there's a crosshair.  Do you see the

12   crosshair?

13      Q.   I do.

14      A.   Well, where the crosshairs meet is where

15   the photomicrograph was taken.

16      Q.   Okay.

17      A.   And that's showing you where this

18   particular FTIR was run from that site.

19      Q.   So from that site we should be able to see

20   in figure 4?

21      A.   No, sir.  You won't see figure 4 in this

22   site.  Figure 4, if you'll remember, says it's

23   before cleaning, and this says before cleaning

24   microfiber.  You will see the -- you will see a

25   piece of this fiber.  You won't see everything else.

Shelby F. Thames, Ph.D.

1    You'll just see a very precise piece of fiber of

2    figure 4.

3         Q.   Okay.

4         A.   It was the blue.

5         Q.   Right.  So where -- that's what I'm

6    asking.  So the photograph that you have there in

7    figure 7 refers to somewhere back on the photograph

8    from figure 4?

9         A.   Yes, sir.

10        Q.   And do you know where?

11        A.   Not precisely, no, sir.

12        Q.   But this is definitely a before cleaning

13   photograph?

14        A.   Yes, sir.

15        Q.   So we should be able to find it then

16   pretty easily?

17        A.    I don't think so, not with the fact that

18   this is a very finite spot, about the size of a

19   pinhead -- or bigger than that, but not large.

20        Q.   Well, I know these aren't in color.  But,

21   I mean, they're both at 100 times magnification,

22   correct?

23        A.   The photograph on figure 4 is

24   200 magnification, and the photograph on figure 5 is

25   200 magnification.

Shelby F. Thames, Ph.D.

1      Q.   So they should be the same size, correct?

2      A.   Do what?

3      Q.   They should be the same size.  We should

4  be able to find it in figure 4 or no?

5      A.   No, sir.

6      Q.   So we could have flipped the image to find

7  where you took the --

8      A.   You have to get a good clean space where

9  you can take a FTIR.  Remember, it's in an

10  instrument and it hasn't been cleaned.  So this says

11  before cleaning.

12      Q.   It's only been soaked in distilled water

13  at this point?

14      A.   Yes.

15      Q.   And we don't know where on -- it's just a

16  spot that you chose on the pris- -- well, not

17  pristine, but on the before cleaned mesh from

18  Ms. Martin, this is the spot where you chose to take

19  the --

20      A.   It's on a blue fiber, yes, sir.

21      Q.   Is this the only point on the pre-cleaned

22  mesh that you decided to take an FTIR of?

23      A.   Yes, I believe that's the case.  It's

24  representative.

25      Q.   And you've got a couple of things marked

Shelby F. Thames, Ph.D.

1    out here in figure 7.  One is you have two

2    polypropylene bands.  You have two bands that you

3    identify as being indicative of showing the product,

4    that the thing you're scanning is polypropylene?

5         A.   Yes, sir.

6         Q.   And that's at 1449 and 1376?

7         A.   Yes, sir.

8         Q.   And then you're also pointing out a

9    protein Amide I carbonyl stretch at 1651?

10        A.   Yes, sir.

11        Q.   And you also point out a protein Amide --

12        A.   N-H.

13        Q.   -- N-H, and I was going to say nitrogen --

14        A.   Nitrogen to hydrogen.

15        Q.   -- to hydrogen stretch at 3341; is that

16   right?

17        A.   Yes, sir.

18        Q.   And this is what you're pointing out on

19   the before cleaning mesh of Ms. Martin; is that

20   right?

21        A.   Yes, sir.  That's to show that we have an

22   explant of polypropylene composition --

23        Q.   Uh-huh (affirmative response).

24        A.   -- and that that explant is covered with

25   proteins, where we're seeing both the explant and

Shelby F. Thames, Ph.D.

1    we're seeing the proteins.

2         Q.   And the two proteins that you point out

3    are the Amide stretch, the nitrogen to hydrogen

4    stretch and the Amide I carbonyl stretch?

5         A.   Well, those are the more prominent ones

6    for the proteins, easier to note and so forth.  This

7    sample has to be fairly -- we can sometimes see

8    samples with much stronger absorption frequencies of

9    proteins.

10             But in this site where the photograph was

11   taken, it's still very representative that proteins

12   are there, as you will see over later where we took

13   that particular micrograph and FTIR and used a

14   collagenase, which is a known protein, to show that

15   indeed that is protein and indeed that protein is

16   present.

17        Q.   And you're referring to figure 8 of your

18   report, correct?

19        A.   I'm referring to what?

20        Q.   You're referring to figure 8 in talking

21   about the collagenase?

22        A.   Yes, I am.

23        Q.   With respect to figure 7, if there were

24   signs of oxidation on the underlying polypropylene,

25   where would they be in this FTIR?

Shelby F. Thames, Ph.D.

1       A.   Well, they would be in the 1720 to 1760

2   range.

3       Q.   And that would be where a carbonyl is?

4       A.   Well, that's a general range now.  I'm not

5   specifying a specific range, but that is where

6   oxidation first occurs, in that range.

7            And your question again was what, your

8   last question?

9       Q.   I asked you 1720 to 1760, is that

10  generally where a carbonyl would be?

11      A.   Yes, sir.

12      Q.   Carbonyl was present --

13      A.   Well, for oxidation now.  When we talk

14  about carbonyl bands, we're just talking about the

15  oxidation bands that would be there if it were

16  oxidized Prolene, because there are all kinds of

17  carbonyl bands in chemistry that occur at different

18  locations.  Okay?

19      Q.   Uh-huh (affirmative response).

20      A.   Just so we get that straight.

21      Q.   Okay.  But with respect to the FTIR, the

22  FTIR itself, it would have, you believe, a

23  carbonyl -- if the carbonyl were present on the

24  polypropylene, it would show up at the 1720 to

25  1760 --

Shelby F. Thames, Ph.D.

```
 1        A.   Yes, sir, range.

 2        Q.   -- range?

 3        A.   Somewhere in that range, yes, sir.

 4             MR. HUTCHINSON:  Oxidation carbonyl

 5        bands.

 6             THE WITNESS:  That's right.

 7   BY MR. BOWMAN:

 8        Q.   Well, I said carbonyl, not polypropylene.

 9        A.   Well, you don't find a carbonyl on

10   polypropylene.  So the neat spectra of polypropylene

11   obviously has no carbonyls because it's a carbon and

12   hydrogen compound.

13        Q.   I understand that.  But my question was,

14   if the polypropylene were oxidized, where would it

15   show up on the FTIR?

16        A.   That range I gave you.

17        Q.   And the range you gave me was 1720 to

18   1760?

19        A.   Yes, sir.

20        Q.   And is that a range that you found in the

21   peer-reviewed literature?

22        A.   Yes, sir.

23        Q.   Are you referring to the Wood case?

24        A.   That's one case, yes, sir.

25        Q.   Is there other literature that you can
```

Shelby F. Thames, Ph.D.

1   point to?

2        A.   That's the most frequent one.  But I've

3   looked back through the literature and seen others,

4   but I can't remember what they are right now.

5            For this case, I saw the Wood, and that

6   was a Prolene and -- I think it's polypropylene, not

7   Prolene.

8        Q.   Wood didn't look at Prolene, I don't

9   believe.

10       A.   He did not.

11       Q.   Wood looked at -- I think it was a Bard

12  product or something like that.  Is that --

13       A.   Sure.

14            COURT REPORTER:  A what product?

15            MR. BOWMAN:  A Bard product.

16  BY MR. BOWMAN:

17       Q.   And then the question was, is that your

18  memory as well?

19       A.   Yes, absolutely.

20       Q.   So with respect to the presence of

21  oxidized polypropylene showing up on an FTIR,

22  whether or not it was Prolene, if it was a Bard

23  polypropylene or if it was some other manufacturer,

24  would you expect the FTIR to show up in the same

25  range for an oxidized piece of polypropylene?

Shelby F. Thames, Ph.D.

1      A.   Yes, sir.

2      Q.   Did you understand that question?  I tried

3   to -- I realize it was --

4      A.   I did.  The last few words were important,

5   for a piece of polypropylene.

6      Q.   Correct.

7      A.   Yes, sir.

8      Q.   But even with Prolene you would expect the

9   same range, between 1720 and 1760, for oxidized

10  Prolene?

11     A.   If it ever occurred, yes, sir.

12     Q.   Right.  You could assume that it was in an

13  oven for three hours, and it would have some

14  carbonyls on it, correct?

15     A.   I'm not running that experiment, so I

16  couldn't tell you.

17     Q.   But if it was at 400 degrees Fahrenheit in

18  an oven for three hours, we might see some oxidation

19  on Prolene?

20     A.   I haven't run that experiment.  I can't

21  tell you.

22     Q.   What experiments have you run to find out

23  what the carbonyl range would be on Prolene?

24          MR. HUTCHINSON:  I'm going to object.

25          Counsel, that's outside the scope of case

Shelby F. Thames, Ph.D.

```
 1        specific.
 2              MR. BOWMAN:  Well, I'm just trying to
 3        understand the range here.
 4              MR. HUTCHINSON:  I understand.
 5              THE WITNESS:  I gave you the range.
 6   BY MR. BOWMAN:
 7        Q.   And that's from the Wood article?
 8        A.   That's correct.
 9        Q.   Have you ever seen any oxidized Prolene in
10   that range?
11              MR. HUTCHINSON:  Same objection.  You
12        can answer.
13              THE WITNESS:  Yes, sir.
14   BY MR. BOWMAN:
15        Q.   Did you see it in Ms. Martin's case?
16        A.   No.
17        Q.   Do you understand -- well, why is it that
18   you think -- I'm sorry.  I'll withdraw the question.
19              Why is it that some of the peer-reviewed
20   literature would assign one place on an FTIR for an
21   oxidized polypropylene and another peer-reviewed
22   literature would assign a different spot on an FTIR
23   for that, if you know?
24              MR. HUTCHINSON:  Same objection.
25        Counsel, outside the scope of the case
```

Shelby F. Thames, Ph.D.

```
 1        specific.  I'm trying to work with you.

 2             MR. BOWMAN:  I know, but --

 3             MR. HUTCHINSON:  And you know that's

 4        outside the scope.  Let's just be fair.

 5        That's not related to Patricia Martin.

 6             MR. BOWMAN:  It actually is because

 7        the -- well, if you're instructing him not to

 8        answer, that's one thing.  But it actually is

 9        within the scope of what happened with --

10             MR. HUTCHINSON:  Well, I don't like to

11        instruct a witness not to answer, but I'm

12        just telling you that that's -- I'm not going

13        to give you much more rope on that.  How

14        about that?

15   BY MR. BOWMAN:

16        Q.   Do you have an answer to the question,

17   Doctor?

18        A.   I don't know what your question was now.

19        Q.   Okay.  So we've already established that

20   the Wood article places oxidized polypropylene

21   between the ranges of 1720 and 1760 on FTIR,

22   correct?

23        A.   That would be my suggestion.

24        Q.   And we've already established that some

25   other peer-reviewed publications place oxidized
```

Shelby F. Thames, Ph.D.

1    polypropylene at a different range on FTIR, correct?

2         A.   No.  You said that, I didn't.

3         Q.   Is it your understanding that the range of

4    1720 to 1760 is the only place where we're going to

5    see oxidized polypropylene on FTIR?

6         A.   I believe so, yes, sir.  Now, let me

7    specify this.  You will initially see oxidized

8    polypropylene in that range.  Now, it is possible

9    that you might see something outside that range if

10   you continued beyond your original oxidation and

11   completely destroy it; in other words, oxidize it

12   and continue to oxidize it, continue to produce

13   other products.

14         But you would definitely see -- you would

15   not be out of that range if you performed a

16   reasonable oxidation experiment in the laboratories

17   where you didn't just totally decompose the

18   polypropylene.

19         Q.   So in your FTIR for the before cleaning on

20   Ms. Martin, there is a protein Amide I carbonyl

21   stretch at 1651.  Do you see that?  That's what

22   you've marked it as.

23         A.   Yes, sir.

24         Q.   And it's your testimony that in that range

25   you would never see a carbonyl that had been present

Shelby F. Thames, Ph.D.

1  on polypropylene show up there?

2      A.   I don't believe so, no.

3      Q.   And your support for that is the

4  peer-reviewed discussion of oxidized polypropylene

5  in the FTIRs discussed in the Wood article?

6      A.   That and -- yes, sir.  That's what I read,

7  yes, sir.

8      Q.   And do you have experience with FTIRs in

9  your work as a polymer chemist?

10     A.   Yes, sir.

11     Q.   And before this litigation, had you looked

12  for oxidized polypropylene at all in your practice?

13     A.   No, sir.

14     Q.   So in the Wood article, there is a

15  statement of a range of oxidized polypropylene, and

16  that's what you're using for your basis of stating

17  that there was no oxidized polypropylene on

18  Ms. Martin's mesh?

19     A.   I don't remember reading in the Wood

20  article there was a range.  I do remember seeing the

21  range, but I don't -- and that may be what you're

22  talking about.  If you want me to answer that

23  question, why don't you show me the Wood article and

24  I'll look at it again.

25     Q.   Oh, so I actually have the Wood article

Shelby F. Thames, Ph.D.

1   here electronically, but I didn't bring a copy with

2   me.  I was just going off of what you told me just

3   now about what the range was, of it being between

4   1720 and 1760.

5        A.   Well, you know, if you're trying to hold

6   me to specific frequencies and so forth, you're

7   going to have to provide me with some information,

8   more than you have when you're asking these

9   questions.

10       Q.   But that's what I was asking you.  With

11  respect to Ms. Martin's mesh, there is a carbonyl

12  peak at 1651, correct?

13       A.   You need to rephrase that by saying with

14  respect to the before cleaning sample of

15  Ms. Martin's mesh there is a peak, and that peak is

16  representative of proteins, as I've stated before.

17       Q.   Okay.  And that's what your report says,

18  is Amide I carbonyl stretch, correct?

19       A.   Yes, sir.

20       Q.   But what I've been asking about for the

21  past sort of 20 minutes is how you know that that's

22  not oxidized polypropylene?

23       A.   Because we have very carefully removed

24  this protein with water and a little sodium

25  hypochlorite and there's no carbonyl bands in that

Shelby F. Thames, Ph.D.

1    region for it.

2           And here's an example if you will follow

3    figures 8 -- excuse me -- figures 9 and 10.  That's

4    why we did the research on this particular sample.

5    You'll see it says Martin blue fiber before cleaning

6    FTIR micro, where a microscope was zeroed in and we

7    did the FTIR through a microscope.  Okay.

8           Q.   (Nods head affirmatively.)

9           A.   And you'll notice before cleaning, and it

10   will have after cleaning 1, after cleaning 2, after

11   cleaning 3, after cleaning 4 and after cleaning 5,

12   and we did this same FTIR.

13          And you will certainly be able to see that

14   the absorption frequencies in the range of the

15   proteins, which was pointed out first over here in

16   figure 7 at 1651, that's the most prominent one, is

17   the carbonyl peak of a protein.  And that peak after

18   cleaning 2, it's almost nonexistent, showing that

19   the presence of the proteins, which is the reason

20   the band was there, and I've shown that with the

21   collagenase exemplar, is gone now.  Okay?

22          And that's what you see on Ms. Martin's

23   number 1.  And you'll also notice that there are no

24   oxidation peaks in the range of 1720 to 1740 or 1760

25   on that spectra, at all on the spectra after

Shelby F. Thames, Ph.D.

1  cleaning 2, 3, 4 or 5.

2          So as early as the first cleaning step --

3  the second -- yes.  As early as the first cleaning,

4  completing the first cleaning step, you see no

5  carbonyls essentially, the first cleaning step.

6      Q.   Right.  I understand that.

7      A.   You want to go back and talk about that?

8  What that was?

9      Q.   Go ahead.  I think that's just distilled

10  water.  What I'm looking at is No. 7 -- I'm sorry --

11  figure 7.

12      A.   You're not looking at what I'm looking at.

13  I'm looking at the cleaning steps.  And I'm telling

14  you that after this first cleaning step when you

15  take an FTIR of the material at step 6, it basically

16  has no carbonyl frequencies in that spectra.

17          After step 6, only step 6, there are no

18  oxidation peaks at all in Ms. Martin's sample, --

19      Q.   Okay.

20      A.   -- either the blue or the clear fiber,

21  none.

22      Q.   So I do want to get to each one of those,

23  but I actually am trying to get through the before

24  cleaning first.

25      A.   Okay.  And if you'll specify that it's

Shelby F. Thames, Ph.D.

1  before cleaning so it's not confusing, then that's

2  fine.

3      Q.   With the before cleaning on figure 7, you

4  point out a protein Amide I carbonyl stretch at

5  1651, correct?

6      A.   That is correct.

7      Q.   And you also point out a protein Amide

8  nitrogen-hydrogen stretch at 3341, correct?

9      A.   That's in that range.  Yes, sir, that's

10  correct.

11      Q.   And what I was asking you about this

12  before cleaning step was what you could tell me that

13  I could look at to tell me that that Amide I -- what

14  you've identified as an Amide I carbonyl stretch is

15  not affiliated or associated with oxidized Prolene

16  being on the mesh that you examined?

17      A.   Well, because we used -- if you'll look at

18  figure 8 of Ms. Martin's sample --

19      Q.   I'll withdraw the question, because I've

20  asked it to be too broad.

21          What I want to know is, we've already

22  talked about the area under the FTIR that you've

23  identified would show up a peak where there was

24  oxidized polypropylene.

25      A.   That's a general range, yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   And that was given to you, you believe,

2  through the Wood article; is that right?

3      A.   And the other articles that I've read or

4  the research, yes, sir.

5      Q.   And do you believe that the FTIR

6  conditions that you ran for Ms. Martin's case were

7  identical to the FTIR conditions that were run in

8  the Wood case?

9           MR. HUTCHINSON:  Object to the form.  He

10          has no idea.  He wasn't a participant in the

11          Wood case.

12          MR. BOWMAN:  I would like to hear him

13          say that.

14          MR. HUTCHINSON:  Well, I'm going to

15          object to the extent that it exceeds the case

16          specific, but you can answer.

17          THE WITNESS:  Certainly, I don't know if

18          they were identical, and I doubt very

19          seriously they were identical.  But what I do

20          know is this, is that in the field of science

21          when we establish ranges where certain kind

22          of functional groups have absorption

23          frequencies, then those are established

24          facts.  That is basic science after that.

25          And it's been established that in that range

Shelby F. Thames, Ph.D.

1      that's where you would expect oxidation to

2      occur.  So I don't know any other way to

3      answer your question.

4  BY MR. BOWMAN:

5      Q.   Sure.  Are you aware that some authors

6  point to the 1650 range as a range for oxidized

7  polypropylene?

8      A.   I don't -- they may.  I don't know.

9      Q.   Are you aware that some authors point to

10 the 3300 range as a range for O-Hs on a

11 polypropylene fiber?

12     A.   They may.  I don't know.

13     Q.   Do you have a basis for why the -- why

14 what you've identified as an Amide N-H stretch in

15 the 3340 range -- I know we talked about Wood

16 already.  But what do you have as a basis for it?

17     A.   Because it occurred in that range.  This

18 is not a sharp peak.  But if that is the range, 3300

19 to -- in that range is where the N-H stretching

20 frequency occurs.  The carbonyl occurs in the range

21 of the 1600 to 1690 range, and that's what you see

22 here is 1651.

23     Q.   Where does the hydroxyl -- if there was a

24 hydroxyl group on Prolene, where would it show up?

25     A.   It would show up over in this range.  An

Shelby F. Thames, Ph.D.

1    O-H stretch would be in the range of 3000, in that

2    range.

3        Q.   Is there literature that you can point to

4    that would tell me -- show me that?

5        A.   There is, but I don't have it with me.

6        Q.   Is it in your general report?

7        A.   No, sir.

8        Q.   Is it in this case-specific report?

9        A.   No, sir.

10       Q.   Is there something in this case-specific

11   report that I could look at that would tell me that

12   3340 is where I would see a protein Amide stretch

13   for nitrogen and hydrogen?

14       A.   Where you would see that?

15       Q.   Yes.  Is there a reference where I can see

16   that in this report?

17       A.   Well, how about going over to figure 8.

18   This is the N-H frequency, and you see that it is

19   not exactly at 3340 -- or it may be.  You can't

20   tell, it's so tall.  But there's your N-H peak.

21       Q.   And this is of the collagenase FTIR scan

22   that you ran?

23       A.   Yes, sir, that's the peak.

24       Q.   Are you aware of any literature that

25   points to that being an N-H stretch?

Shelby F. Thames, Ph.D.

1        A.    Yes, sir.  I think I told you that before.

2   That's about the fourth time I've answered that

3   question.  That's where I got this information from.

4   Okay?

5        Q.    Okay.

6        A.    That was on figure 7 where I was pointing

7   to.

8        Q.    Yeah.  I was just looking for something in

9   the literature that you can point to.  I know I can

10  go look to Wood for the explanation that there is

11  oxidized polypropylene showing up on an FTIR at

12  certain areas, a certain range.

13       A.    Then why don't you get on the internet and

14  look for the FTIR spectra and then look for proteins

15  and take a look at what some FTIR spectras show.

16       Q.    So I have done that.

17       A.    Oh, good for you.

18       Q.    Thank you.  But the reason why I'm asking

19  you is I'm trying to find out the basis for your

20  opinions in Ms. Martin's case.  You know, it doesn't

21  really matter what I think.  It doesn't matter what

22  I've done.  It matters what I can understand that

23  you've done.

24       A.    Let me interrupt you and say what I've

25  tried to do is give a very clear outline of the way

Shelby F. Thames, Ph.D.

1    I have progressed from taking a sample that has not

2    been cleaned to a sample that has been through five

3    or -- the five steps of the cleaning process that

4    we've shown you.

5            And then I said, "Well, I need to be able

6    to show anyone that I'm talking to why I believe

7    that this flesh that encompasses this fiber is

8    protein."  And I said, "Okay.  Well, Shelby, the

9    thing that you ought to do is take an FTIR of the

10   fiber sample itself before cleaning," and that's

11   shown in Martin figure 8, and it's in blue.

12           Now, if I, therefore, go back and get a

13   sample I know to be proteins and I run an FTIR of

14   that and I laid that sample right over the top of

15   the one for the blue fiber of Prolene, I'll see if

16   those peaks match up.  And I don't care what the

17   literature says, whether it was -- you and I are

18   looking at the facts right here.  They line up just

19   precisely as I've said.

20   Q.   You're talking about figure --

21   A.   I'm talking about figure 8 and I'm talking

22   about the other spectra in here.  So I've shown you

23   where the N-H bands occur, and I've done so by using

24   collagenase, which we all know is a protein.

25           And so, therefore, there should be no

Shelby F. Thames, Ph.D.

1   question in your mind that what I'm telling you is a

2   carbonyl Amide stretching frequency is indeed a

3   carbonyl Amide stretching frequency.

4           And when I take it through this cleaning

5   process, guess what disappears?  The collagenase

6   carbonyl stretching frequency disappears.  And,

7   therefore, when that happens, we then have a sample

8   of Prolene that came from this lady that says

9   basically there's no more -- there's strictly a

10  spectra that shows almost a pristine sample of

11  Prolene, no carbonyls whatsoever.

12      Q.   I understand that.

13      A.   Okay.

14      Q.   But here's sort of where I hit the wall,

15  and this is where I'm having trouble understanding,

16  is that FTIRs aren't the same.  Everybody's FTIR is

17  a little bit different.  I mean, we already

18  discussed the Wood article, where we really don't

19  know what the conditions were for the FTIRs that he

20  took in the Wood article, right?

21          MR. HUTCHINSON:  Object to the form.

22      That's a compound question.  You can answer.

23          THE WITNESS:  I wasn't there, but let me

24      say this about FTIR spectra.

25          A competent individual who uses this

Shelby F. Thames, Ph.D.

1          technology will have the machine calibrated

2          when it is bought and on a regular basis.  And

3          what I mean by calibrated is they will put a

4          sample in the machine before -- when they bring

5          it to you to sell it to you, they calibrate it

6          because they want you to know that when it gets

7          an absorption frequency in a particular range,

8          it's going to be right.  So they calibrate that

9          machine.

10              And we have our machine calibrated.  I

11         don't know what the frequency is, but we do

12         when it's called for.  And that calibration

13         says that that frequency range is correct.

14         That is where those kind of absorption

15         frequencies occur.

16              And it doesn't matter whether a machine is

17         in Ohio, Canada, Hong Kong.  If someone uses a

18         machine of this type and runs an FTIR spectra,

19         runs Prolene, they're going to get exactly the

20         same spectra that I get if it's calibrated.

21    BY MR. BOWMAN:

22         Q.   Prolene and polypropylene are different,

23    correct?

24         A.   Well, Prolene contains polypropylene and

25    five additional additives.

Shelby F. Thames, Ph.D.

```
 1         Q.   Do you know what the polypropylene blend
 2  was that Dr. Wood -- I'm sorry -- that the Wood
 3  article assigned to that range on the FTIR for
 4  oxidized polypropylene?
 5         A.   I do not understand your question.
 6         Q.   Certainly.  Was Prolene the subject of the
 7  Wood article?
 8         A.   No, sir.
 9         Q.   Was oxidized Prolene ever identified in
10  the Wood article under the FTIR?
11         A.   Not that I'm aware of.
12              MR. HUTCHINSON:  Excuse me.  Counsel,
13         that's the last question I'm going to allow
14         him to answer about the Wood article.  I'm
15         just telling you I --
16              MR. BOWMAN:  He didn't answer it, but I
17         hear what you're saying.
18              MR. HUTCHINSON:  That's the last
19         question I'm going to allow him to answer
20         about the Wood article.  I tried to be very
21         patient with you, but that is general
22         questions.  He's been deposed twice on his
23         general opinions, and this is case specific
24         as it relates to Ms. Martin.
25  BY MR. BOWMAN:
```

Shelby F. Thames, Ph.D.

1      Q.   Okay.  So we're looking at the case

2    specific --

3           MR. HUTCHINSON:  So no more answers

4        about the Wood article.  I instruct you not

5        to answer.

6           THE WITNESS:  Thank you.

7    BY MR. BOWMAN:

8      Q.   On figure 8 of your report of Ms. Martin,

9    you asked me what more do I need to know other than

10   you compared the un-washed, un-cleaned, as-is mesh

11   from Ms. Martin to the collagenase-type high-purity

12   FTIR; is that right?

13     A.   Look at -- no, you're not right.  Look at

14   before cleaning.  Go back to your figure 1, please.

15     Q.   Okay.  I'm there.

16     A.   Now, what does it say about before

17   cleaning when I received it?  What had happened to

18   it before I received it?

19     Q.   It had been desiccated and had been soaked

20   in distilled water.

21     A.   And dried.

22     Q.   Right.

23     A.   Well, you just said none of that had

24   happened --

25     Q.   Okay.

Shelby F. Thames, Ph.D.

1        A.    -- in your statement.  All right?

2        Q.   (Nods head affirmatively.)

3        A.   Now, you might want to rephrase your

4   question.

5        Q.   I will.  Before the mesh that

6   Ms. Martin -- that you examined from Ms. Martin,

7   before it had gone through any of the cleaning

8   process, it had only been distilled and dried the

9   first time it came to you from Dr. Ong?

10       A.   No, sir, it hadn't been distilled.

11       Q.   It hadn't been washed in distilled water?

12       A.   You stated it had been distilled and

13  dried.  That is incorrect.

14       Q.   So the first step that Ms. Martin's mesh

15  went through, it says, "Distilled water soak one

16  hour."

17       A.   It was soaked in distilled water.  It

18  wasn't distilled.

19       Q.   And then the second step, it says,

20  "Desiccation drying, one hour analysis."

21       A.   All right.

22       Q.   So it was desiccated and dried, and then

23  you performed an analysis on it, correct?

24       A.   Yes, sir.  That's the sample we're looking

25  at right here in figure 9.  And, also, figure 9 is

Shelby F. Thames, Ph.D.

1    the same spectra for --

2        Q.   Wait.  No, that's not my question.

3    Figure 4 is what I'm looking at.

4        A.   Fine.

5        Q.   Figure 4 is the mesh as it stands after

6    the second step of the cleaning process.

7        A.   Before cleaning, yes, sir.

8        Q.   This is figure 4.

9        A.   Figure 4.  All right.

10       Q.   And what you did in figure 8 was compare

11   the FTIR that you did on figure 4, of the mesh

12   represented in figure 4, with collagenase type --

13   what is that -- VII high purity; is that right?

14       A.   Correct.

15       Q.   I understand that you used this as

16   evidence that the band at 1650 is not oxidized

17   polypropylene because it matches up with the band

18   that shows up in the collagenase; is that correct?

19       A.   Yes, sir.

20       Q.   So my question is, where would oxidized

21   polypropylene show up on this FTIR?

22       A.   In the range that I gave you for oxidized

23   polypropylene.

24       Q.   Right.  But why didn't you do it here?  I

25   would have no further questions if --

Shelby F. Thames, Ph.D.

1      A.   Why didn't I do what?

2      Q.   If you had done an oxidized Prolene, if

3   you had purposely oxidized Prolene, ran FTIR and

4   then put that graph on this graph, you're right, I

5   would have no further questions.

6          But that wasn't done here, was it?

7      A.   Not in this report, no, sir.

8      Q.   So --

9      A.   But you see there's no absorption in that

10  range.

11          (Overlapping conversation.)

12          MR. HUTCHINSON:  One at a time.

13      Dr. Thames, go on.

14          THE WITNESS:  You're talking about the

15      1650 range.  I'm talking about the range

16      where you would have an oxidized Prolene or

17      polypropylene range.  They're different.

18  BY MR. BOWMAN:

19      Q.   You have given me the range of 1720 to

20  1760 from the Wood article telling me that that's

21  oxidized polypropylene, correct?

22      A.   That is the range of his oxidation

23  experiment, yes, sir.

24      Q.   And I --

25      A.   And there's none here on this spectra,

Shelby F. Thames, Ph.D.

1    sir.

2         Q.   Right.  I mean, 17 -- if you look at 1720

3    to 1760, actually the peak is there.  There is a

4    peak there for the collagenase.  But on the

5    untreated mesh from Ms. Martin, there is no peak

6    there at 1720 to 1760, correct?

7              MR. HUTCHINSON:  Object to the form.

8              THE WITNESS:  What are you talking

9         about?

10   BY MR. BOWMAN:

11        Q.   I'm looking at figure 8.

12        A.   You're looking at figure 8.  Okay.

13        Q.   So the FTIR that you ran for Ms. Martin,

14   the peak is at 1651, correct?

15        A.   That's the -- on figure 8?

16             MR. HUTCHINSON:  No.  Counsel, you're

17        confusing figure 7.

18             MR. BOWMAN:  He's got figure 8 -- he's

19        got figure 7 laid into figure 8 with

20        collagenase in the background.

21   BY MR. BOWMAN:

22        Q.   I mean, we can go to figure 7.

23        A.   No.  Figure 7, sir, is the FTIR of the

24   explant.

25        Q.   Correct.

Shelby F. Thames, Ph.D.

```
1        A.    It's not of collagenase.

2        Q.    I understand.

3        A.    It's the explant.

4        Q.    Yes.

5        A.    Okay.  Now I'm totally confused.  Would

6   you restate your statement?

7        Q.    Sure.  Let's stick with figure 7 for a

8   second.

9        A.    Figure 7.

10       Q.    Figure 7 is an FTIR.  According to this,

11  it says, "Spectra analysis of explant fibers before

12  cleaning."

13             Do you see that?

14       A.    I do, sir.  And it also says it's included

15  in figure 8.

16       Q.    Yes.

17       A.    And we're looking at 7.

18       Q.    That's right.  So figure 7 is on figure 8,

19  and this statement says that the spectra of --

20       A.    Figure 7 is on figure 8?

21       Q.    That's what it states here on page 7, sir.

22       A.    Sure, the blue part of figure 8.

23       Q.    Yes.

24       A.    Okay.

25       Q.    So the FTIR from the unclean explant
```

Shelby F. Thames, Ph.D.

1   fibers from Ms. Martin is in figure 7, and it's also

2   the blue part in figure 8, correct?

3       A.   Yes, sir.

4       Q.   The red part of figure 8, according to

5   your explanation, is the spectra of collagenase, a

6   protein control, correct?

7       A.   Yes, sir.

8       Q.   So why didn't you run oxidized Prolene --

9   why didn't you run an FTIR of oxidized Prolene and

10  just superimpose it on this graph?

11      A.   Well, why would I do that?  I can tell --

12  I can look over here and look at -- all I've done is

13  remove proteins from here, and there's no carbonyls

14  there and there's no carbonyls in figure 8 that

15  would represent oxidized Prolene at 1740.

16      Q.   Right.  But Wood didn't use Prolene.  We

17  already established that, correct?

18          MR. HUTCHINSON:  No more questions about

19      Wood.  I've told him not to answer.

20          MR. BOWMAN:  This is specific to Martin.

21      I know you told him not to answer, but I

22      don't want to come back here and do this over

23      the phone.  I just want an answer, a straight

24      answer, and I feel like I'm entitled to it at

25      this point.  We've been dancing around this

Shelby F. Thames, Ph.D.

```
1        for 25 minutes.

2             THE WITNESS:  I have told you repeatedly

3        that Wood used polypropylene, and that's the

4        polymer in Prolene.  That's what we're

5        talking about.

6   BY MR. BOWMAN:

7        Q.   I understand.

8        A.   We're talking about the polypropylene

9   component of Prolene.

10       Q.   Yes.  We're actually talking about the

11  oxidized component of polypropylene.  And --

12            MR. HUTCHINSON:  Just rephrase your

13       question and I think y'all will get through

14       it.

15  BY MR. BOWMAN:

16       Q.   I have the same question.  And the same

17  question is, why didn't you run a control of

18  oxidized Prolene -- why didn't you run an FTIR so

19  that you could put it on this graph and --

20       A.   Well --

21       Q.   -- we could categorically say one way or

22  another if there was oxidized Prolene on

23  Ms. Martin's mesh or not?

24       A.   Well, I have actually run that experiment.

25       Q.   Is the FTIR available to plaintiffs?
```

Shelby F. Thames, Ph.D.

1    A.   Yes, but not at this time.  I'm writing

2    the report up right now.  And I can tell you, you

3    might as well go home.

4        Q.   Well, unfortunately, I don't have that

5    data for Ms. Martin.

6        A.   I understand.  I'm just inviting you to

7    shorten your trip.

8             MR. HUTCHINSON:  Why don't we take a

9        quick break?

10            MR. BOWMAN:  Sure.

11                 (A BREAK WAS TAKEN.)

12   BY MR. BOWMAN:

13       Q.   So, Doctor, after a quick break, we're

14   back.  I'm still looking at the Martin case, page 8

15   of the Martin case, figure 8.

16       A.   Yes, sir.

17       Q.   We were talking about the control that you

18   ran of collagenase and how you superimposed that

19   into the same FTIR of the before cleaning FTIR that

20   you ran on Ms. Martin's mesh; is that right?

21       A.   Yes, sir.

22       Q.   And as I understand it, you did not run a

23   control of oxidized Prolene for Ms. Martin's case;

24   is that right?

25       A.   Yes.  It wasn't necessary, and that's why

Shelby F. Thames, Ph.D.

1    I didn't do it.  Yes, sir.

2        Q.   And if we look at figures 9 and 10, we

3    have the cleaning.  It looks like in figure 9, we've

4    got the FTIR of the blue fibers after five cleaning

5    steps?

6        A.   Yes, sir.

7        Q.   And it appears that you have overlaid

8    FTIRs from -- all six FTIRs that you took for

9    Ms. Martin's case up against each other with

10   different colors being involved?

11       A.   For the blue fiber, yes, sir.

12       Q.   That's in figure 9.  And then figure 10 is

13   the clear fiber?

14       A.   Yes, sir.

15       Q.   And they appear to be relatively

16   identical?

17       A.   Yes, sir.

18       Q.   And it also appears that the cleaning

19   process, it appears to have removed what you've

20   identified from Amide groups from the before

21   cleaning mesh all the way through the after cleaning

22   step 5; is that correct?

23       A.   Yes, sir.

24       Q.   And in each step what you've identified as

25   the Amide groups seem to be getting decreasing in

Shelby F. Thames, Ph.D.

1   nature; is that right?

2        A.   Correct.

3        Q.   And in none of these do you see a spike at

4   1740; is that right?

5        A.   Yes, sir.

6        Q.   Are there bumps in the 1700 range in the

7   blue fiber?

8             MR. HUTCHINSON:  Counsel, just so the

9        record is clear, which figure are you talking

10       about?

11            MR. BOWMAN:  Blue fibers, figure 9.

12            THE WITNESS:  When you say a bump,

13       there's not what I would refer to as an

14       absorption frequency.  There is a -- the line

15       is not a smooth line.  But when you say a

16       bump, that's noise in the machine.

17  BY MR. BOWMAN:

18       Q.   So at right around 1750, there's some

19  noise in the machine in the uncleaned fiber there;

20  is that right?

21       A.   In the uncleaned fiber?

22       Q.   Yes.  I'm sorry.  The unclean FTIR of the

23  explanted fiber?

24       A.   Unclean FTIR of the explanted fiber?

25       Q.   I could point it to you.

Shelby F. Thames, Ph.D.

```
 1        A.    You're talking about before cleaning?

 2        Q.    Yes.

 3        A.    No, sir, there's nothing there at 1750,

 4   nothing.

 5        Q.    Actually, it peaks.  It sort of plateaus,

 6   and then it goes up on the Amide group?

 7        A.    Sir, I'm talking about after it's been

 8   cleaned.

 9        Q.    After it's been cleaned?

10        A.    Yes, sir.

11        Q.    I'm talking about before.

12        A.    Before?

13        Q.    Yes, sir.

14        A.    There's a wave there, but that's the

15   unclean now, remember, --

16        Q.    Correct.

17        A.    -- proteins all over the surface.  Okay?

18        Q.    Okay.

19        A.    All right.

20        Q.    Yes.  But at 1740 to -- I'm sorry.  From

21   1720 to 1760, that's where oxidized polypropylene

22   would be?

23        A.    This is interesting.  Let us use a

24   hypothetical.  If that had been, if, if, and that's

25   not the case, that had been oxidized polypropylene,
```

Shelby F. Thames, Ph.D.

1    it would still be in the spectra below it, because

2    polypropylene is not a soluble in water.  And this

3    is a water treatment.  This is why I chose water and

4    not other chemicals, because it's the mildest set of

5    circumstances I believe you can find.

6             And, consequently, there would be -- if

7    there were oxidation peaks, that would be present in

8    the -- after this step we would see them, but it's

9    not there.  It's not there.

10        Q.   I thought that just water, just soaking in

11   water would take away any cross-link

12   formaldehyde-to-protein barrier that we had on the

13   mesh?

14            MR. HUTCHINSON:  Excuse me.  Object to

15        the form.  Counsel, your question is -- you

16        may not recognize that you did this.  But

17        your question is "I thought that" so and so.

18        And, honestly, Dr. Thames can't determine

19        what you're thinking.  So if you could

20        rephrase your question, I would appreciate

21        it.

22            MR. BOWMAN:  Certainly.

23   BY MR. BOWMAN:

24        Q.   Without getting into the opinions of your

25   general expert report, Doctor, my understanding was

Shelby F. Thames, Ph.D.

1    that according to it, in order to reverse the

2    protein-formaldehyde reaction, all we needed to do

3    was soak the mesh in water.

4         A.    And heat it.

5         Q.    To reverse the reaction?

6         A.    Yes, sir, that is correct.

7         Q.    But even in this step, when it's been --

8    in this step where we did the analysis where it was

9    distilled -- soaked in distilled water for an hour,

10   desiccated and dried, the heat and the distilled

11   water wouldn't have affected the proteinaceous

12   formaldehyde layer on the mesh?

13        A.    Well, if you envision for me a fiber,

14   which would look like a pencil, and when that's put

15   into the body, the proteins rapidly run to that

16   surface and form bonds that adhere to the fiber.

17   And after they are explanted, we take it out and put

18   it in formaldehyde, and that's when the chemical

19   reaction occurs to form this cross-linked

20   protein-formaldehyde composite around the fiber.

21             When we soak it in water, we reverse that

22   reaction, and we do away with a depol- -- we

23   depolymerize it, but the proteins are still there

24   and they're still adhered tenaciously to the fiber.

25             So we've broken the polymerization crust

Shelby F. Thames, Ph.D.

1    and so forth, and now we have a smaller molecule

2    that we can deal with and easier to remove in the

3    depolymerized stage.

4            You're going to have to get that off,

5    however, and proteins are tenaciously absorbed to

6    the fiber, and it takes a good bit of washing and

7    cleaning to do that, which is why we have

8    20-some-odd steps in this cleaning protocol.

9        Q.   But for the FTIR that you did, you picked

10   one spot on the mesh for each FTIR to run your test,

11   correct?

12       A.   To run the FTIR.

13       Q.   To run the FTIR?

14       A.   That's right.

15       Q.   And with respect to each FTIR that you

16   took, do you know, did you use the same spot on each

17   mesh, the spot that you identified in, it looks

18   like, figure 7?  Did you use that same spot to run

19   the FTIR in every other one of these?

20       A.   No, sir.  There's just no way to do that

21   because it's such a small area.  We tried to pick a

22   representative area on each sample.

23       Q.   So with respect to figure 9, whenever it

24   showed there, and it was before cleaning, you

25   essentially cleaned it away after the fifth pass of

Shelby F. Thames, Ph.D.

1    the cleaning process; is that right?

2              MR. HUTCHINSON:  Object to the form.

3              THE WITNESS:  Well, that's the final

4        cleaning process, yes, sir, the final step.

5    BY MR. BOWMAN:

6        Q.   But each one of these FTIR readings is

7    chosen at different spots on the mesh; is that

8    right?

9        A.   Yes.

10       Q.   And we don't see any -- even though there

11   is like a plateau and elevation there around 1730 to

12   1750 range, that's definitely not oxidized Prolene

13   in your mind?

14             MR. HUTCHINSON:  Object to the form.

15             THE WITNESS:  Absolutely.

16   BY MR. BOWMAN:

17       Q.   You went on to say in figure 10 we've got

18   a little bit more of a defined peak at right around

19   1750 to 1740, and that's in the before cleaning for

20   the clear fiber.

21             MR. HUTCHINSON:  Object to --

22   BY MR. BOWMAN:

23       Q.   Do you see that?

24             MR. HUTCHINSON:  I'm sorry.  Object to

25       form.

Shelby F. Thames, Ph.D.

```
 1              THE WITNESS:  I see what you're talking

 2         about, sir.  That's the before cleaning, and

 3         that has a great deal of contaminants, if you

 4         wish, on it.

 5              In order to find out if we have any

 6         oxidation or any changes in the structure of

 7         Prolene, we have to remove all of that tissue

 8         and debris and whatever on the outside of the

 9         explant.

10              So we're just simply showing you this is

11         what the outside of the explant looks like, and

12         we're going to cut away at that and remove it

13         step by step until we get down to essentially a

14         pristine sample of Prolene.

15    BY MR. BOWMAN:

16         Q.   Your explanation actually sort of mirrors

17    what we see here from before cleaning to after

18    cleaning through step 5, correct, in the FTIR?  The

19    noise in the machine or the presence of carbonyls

20    are removed as the cleaning goes on?

21         A.   The presence of the protein carbonyls are

22    removed as the cleaning steps go on.

23         Q.   And with respect to --

24         A.   And I'll add to that there are no Prolene

25    carbonyls present.
```

Shelby F. Thames, Ph.D.

1      Q.   You do not see any Prolene carbonyls

2  present going off of these FTIR readings?

3      A.   I do not.

4      Q.   But you only checked one spot of the mesh

5  for each one of these FTIR readings, correct?

6      A.   It's a representative spot on the FTIR,

7  for the FTIR of the sample.

8      Q.   Did you choose the spot where the FTIR

9  would be run?

10      A.   My technicians chose it.  And notice

11  there's not one spot.  There's five different spots,

12  because we started with the before cleaning and then

13  we had five different spectra there at five

14  different locations.

15           So, therefore, had there been oxidized

16  Prolene, it certainly would have shown up in one of

17  the five samples, spots of samples.

18      Q.   With respect to figure 10, the same goes

19  for the area were the O-H group would be on the

20  polypropylene, correct?  There is the peaks and --

21      A.   Whoa, whoa.  Area on the polypropylene?

22  What are we talking about?

23      Q.   So on the fiber that you tested, the

24  before cleaning clear fiber for Ms. Martin, there

25  is -- there are peaks and valleys in the 3400 to

Shelby F. Thames, Ph.D.

```
 1    3100 range, correct?

 2         A.    Yes, sir.  But there's no way we've

 3    identified that as O-H peaks.

 4         Q.    I understand.

 5         A.    That hasn't been done.  We can't make that

 6    statement here today, sir.

 7         Q.    I'm not asking you to make that statement.

 8         A.    That is in the general range where you

 9    might expect an O-H peak or an N-H peak if you had a

10    molecule that had those frequencies.  Here, we have

11    a molecule that has N-H frequencies, the proteins

12    that absorbed there.

13         Q.    So what I was asking you, sir, was that we

14    see the peaks and valleys decrease with each

15    cleaning step that you undertook as far as these

16    FTIRs, correct?

17         A.    Yes, sir, because they were attributable

18    to proteins and not Prolene.

19         Q.    So do you know -- the N-H group, that

20    would account for all of these peaks here in this

21    range or no?

22         A.    Not necessarily.  There multiple peaks in

23    a protein.  It's a very complex molecule.  But that

24    is one of the prominent -- the reason that was

25    chosen is that's one of the prominent absorption
```

Shelby F. Thames, Ph.D.

1    frequencies for proteins, as is the carbonyl

2    stretching.  But there are many more absorption

3    frequencies of proteins.

4        Q.   But these are the areas where a carbonyl

5    or an O-H group would show up on an FTIR?

6        A.   C=O N-H is the functional group of a

7    protein.  C=O, that's the carbonyl.  N-H is the

8    nitrogen-to-hydrogen frequency.  You see the

9    carbonyl group over here in the 1600 region, and you

10   see the N-H over in the 33-, 3400 region.  That's

11   why we chose those two frequencies.

12       Q.   Okay.  But at the same time, we don't have

13   a piece of -- we don't have an FTIR of oxidized

14   Prolene to compare these to, correct, --

15       A.   No, sir, --

16       Q.   -- in Ms. Martin's case?

17       A.   -- not in Ms. Martin's case.  That's

18   correct.

19       Q.   I understand you did light microscopy in

20   Ms. Martin's case as well?

21       A.   Yes, sir.

22       Q.   And you did light microscopy at every step

23   when mesh was returned to you after having been

24   cleaned by Dr. Ong?

25       A.   Yes, sir.

Shelby F. Thames, Ph.D.

```
1          Q.   And your report states that the light
2     microscopy -- well, can you tell me what your report
3     says about what the light microscopy found?
4          A.   What page are you on, sir?
5          Q.   13.
6          A.   Now, what is your question?
7          Q.   Can you tell me what you found as far as
8     the light microscopy goes?
9          A.   Well, in terms of light microscopy, we
10    will -- figure 14 shows the light microscopy of the
11    explant before it was cleaned and then after each of
12    the cleaning steps was complete.  And that's
13    typically at a magnification level of 20 times.  But
14    in order to get a better picture of that, we then
15    went to higher magnification levels.
16              And on figure 15, we'll see under
17    sample A, which is the before cleaning sample, we
18    used a magnification level of 100 times.  And then
19    on picture B of figure 14 -- 15, excuse me, we used
20    200 times magnification.  And in figure C, which is
21    after cleaning 2, we used 200 magnification.
22    Picture D, which is after cleaning 3, we used 100
23    times.  And in E, after cleaning 4, we used 200
24    times.  And F, after cleaning 5, we used 200 times
25    magnification so that we would get a better view of
```

Shelby F. Thames, Ph.D.

1  the explants as we processed them and cleaned them

2  and took photographs of them through the cleaning

3  steps that we just described.

4      Q.   Well, my question relates to the

5  protein-formalin coating.  I believe you state that

6  you see it in all six of these light microscopy

7  photographs?

8      A.   Yes.  First of all, the flesh that you

9  see -- I'm pointing to figure 15A -- the flesh that

10  you see is that protein-formaldehyde coating as

11  well.  So what we have to do is depolymerize that

12  polymer, break it up into smaller molecular weights,

13  take it back to where it was the protein without the

14  polymerized material and then try to remove it or

15  remove it in the steps that we've talked about, and

16  that's what we've done here.

17          So all of what you see on this, A and B

18  and C and D and E and F, that is the progression

19  that it went through, and you'll see how there's

20  less and less material on the Prolene fiber, and

21  that's represented over in these FTIRs.

22      Q.   I'm sorry.  My question was specific to

23  the reaction that your general report states happens

24  between the formalin and cross -- I'm sorry -- the

25  cross-linking that actually takes place between the

Shelby F. Thames, Ph.D.

1    formalin and the protein.

2        A.    Yes, sir.

3        Q.    My question is, do you see evidence of

4    that in every photo here?

5        A.    Evidence of that reaction?

6        Q.    Uh-huh (affirmative response).

7        A.    No.  As I go into depth, as I go further

8    taking -- and I'm looking at the figure 15, which is

9    the light microscopy, and then I shift over to

10   figure 16, which is the scanning electron

11   microscopy, I can see slight remnants of the protein

12   still present down until about after cleaning 3.

13   And then after cleaning 3, you see essentially

14   nothing on the fiber.

15       Q.    Okay.  Did the light microscopy -- what

16   did the light microscopy tell you?

17       A.    It told me that -- it showed me a

18   progression of the loss of proteins and the lack,

19   and this is important, the lack of carbonyl bonds

20   present.  In other words, in FTIR microscopy, the

21   absence of a spectral absorption frequency is almost

22   as important as the presence of one.

23            Because had there been any C=O Prolene

24   formed, we would have seen it in the FTIR spectra

25   that are shown here, and there was none.

Shelby F. Thames, Ph.D.

1      Q.   Were you able to examine what you believed

2    was the formalin-protein composite?

3      A.   What do you mean "examine," sir?

4      Q.   So I actually can't tell in any of these

5    six pictures that were done by light microscopy if

6    you've examined it.  I see some of evidence of it in

7    the SEMs based on the explanation you gave me a

8    minute ago.

9           But using the light microscopy, did you

10   see any evidence of the formalin-protein coating?

11     A.   It is basic science that was established

12   in 1949 that if you take proteins and you react them

13   with a formalin solution, you will produce a

14   polymer.  And this polymer will be solid, hard,

15   brittle, water insensitive and so forth.

16          And it's been used in the area of -- we're

17   talking about the years to fix fibers so that a

18   pathologist -- in other words, fix it and hold it

19   rigidly so that a pathologist would slice it with a

20   knife and it wouldn't act like a rubber band.  It

21   would cut sharply and give a nice sharp edge.

22          So it's been known since 1949 that this

23   reaction occurs that you're asking me about.

24     Q.   According to your report and according to

25   what you've said for Ms. Martin, the reaction is

Shelby F. Thames, Ph.D.

1    reversible with water and heat, correct?

2        A.   Yes, sir.  That's been known too.

3        Q.   So with respect to the photographs, the

4    light microscopy photographs that you've supplied --

5    and let's look at the one in figure F.  This is

6    after --

7        A.   15F?

8        Q.   Yes.  It's page 13, figure 15F.

9        A.   Okay.

10       Q.   In that photograph, do you see any

11   evidence of the formalin-protein composite coating?

12       A.   I can't see any evidence of that, sir.  I

13   would have to -- I'm not going to allow my eye to

14   dictate what's on that when I've taken a FTIR and

15   run a sample of it.  I'm going to rely upon what the

16   FTIR says.

17       Q.   I understand.  But didn't the FTIR say

18   that it was almost exactly the same as pristine

19   polypropylene by the time the cleaning process was

20   done?

21       A.   Yes, sir.

22       Q.   So is it your testimony that the FTIR

23   didn't find a protein-formalin composite on the mesh

24   after all the cleaning was done?

25       A.   That's correct.

Shelby F. Thames, Ph.D.

1      Q.   Now, the protein-formalin composite, it

2   can be removed with water and heat.  And is some of

3   it removed every time you do a cleaning?

4      A.   Yes, sir.

5      Q.   So whenever the protein-formalin composite

6   is exposed to water and heat, the reaction can be

7   reversed; is that right?

8      A.   It is reversed each time it's exposed to

9   water, yes, sir.  But we're having to chop away at

10  the layer of this.  We're having to get the outside

11  layer going in toward the fiber.

12     Q.   To remove that layer and to remove the

13  excess protein, was that the purpose of the 23 steps

14  you used on Ms. Martin's mesh?

15     A.   Yes.

16     Q.   So the sodium hypochlorite, the purpose of

17  that was to remove the formalin layer?

18     A.   The flesh.

19     Q.   Remove the flesh?

20     A.   Yes, the flesh.  That's correct.

21     Q.   So the only step that actually was

22  associated with removing the protein-formalin

23  composite was the water and heat?

24     A.   When you say "the only step"?

25     Q.   Could it be the water, heat, the

Shelby F. Thames, Ph.D.

1    sonication and the shaking?

2        A.    To remove what, just the protein?

3        Q.    To remove the protein-formalin composite?

4        A.    That is the step that depolymerized the

5    composite polymer, yes, sir.

6        Q.    Heat and water?

7        A.    Heat and water.

8        Q.    And the sonication and the shaking, what

9    was the purpose of this?

10       A.    Look, when we talk about the only step to

11   remove it, I'm talking about from a chemical

12   perspective.  I'm a polymer scientist and engineer.

13   I'm a chemist.

14            So when the bond is broken, it's still

15   hanging on there, some of it, and you want it to

16   fall off physically.  And then you sonicate it and

17   you shake it and it falls off.  Then you put it back

18   in and you run another series of water and heat,

19   hypochlorite to get the flesh off, and it falls off.

20            So you keep doing that process until

21   finally you have a pristine almost picture of fiber,

22   which we've shown here to be essentially the same as

23   a pristine fiber, because we compared it to a fiber.

24       Q.    In the process of removing the layer or

25   trying to get the layer of a formalin composite off

Shelby F. Thames, Ph.D.

1    the mesh, how certain can you be that you didn't

2    remove any oxidized Prolene?

3        A.   Because when I look at the FTIR starting

4    from before and following it through, there's no

5    evidence of any carbonyl bands there from the very

6    beginning.  That's why we did it step by step by

7    step.

8            I didn't want to run these 23 steps and

9    then take an FTIR of the sample at the very last and

10   say, ah, no carbonyls.

11       Q.   Right.

12       A.   I did it at every step.

13       Q.   But the FTIRs themselves, they did show

14   what you have assigned as a peak in the Amide range

15   around 1650, correct?

16       A.   Well, at the early stages of the cleaning

17   process when we knew there was a significant amount

18   of protein on the fiber, sure, it showed the

19   carbonyl frequencies and the N-H stretching

20   frequencies of proteins.

21           As the cleaning process progressed, those

22   went away because they were removed from the fiber.

23   And they went away and there was also an absence of

24   carbonyl absorption frequencies in the range where

25   if Prolene oxidized they would be there, and they

Shelby F. Thames, Ph.D.

1   were not there.

2        Q.   But we also had -- it also showed the area

3   where the hydroxyl group or where the carbonyl would

4   be, correct?  You identified two Amide groups where

5   the O-H -- I'm sorry -- the N-H would be and where

6   the O-H would be as far as the Amides were

7   concerned?

8        A.   As far as the protein was concerned.

9        Q.   As far as the protein was concerned?

10       A.   Yes, sir.

11       Q.   And you assigned the protein groups at

12   1650 and again at 1320 -- I'm sorry -- 3320?

13       A.   Let's go back and make sure we're --

14       Q.   Make sure we're accurate, make sure we're

15   precise here?

16       A.   Yes, sir.  1650, one in that range, and

17   the 3300 range for the N-H stretch.  1650 for the

18   carbonyl stretching and 3300 range for the N-H

19   stretching frequency.

20       Q.   And did you -- how did you confirm that

21   the shaking or the heat or the use of sodium

22   hypochlorite wasn't destroying the presence of

23   oxidized Prolene?  Irrespective of what you saw on

24   the FTIR, was there anything else?

25       A.   I did three types of analyses.  Each one

Shelby F. Thames, Ph.D.

```
1    had specific intent.  The one that had intent to
2    show me structural chemistry, the presence of
3    structural groups was FTIR.
4              And I have repeatedly stated here this
5    afternoon that I took FTIRs after every cleaning
6    step, and in none of them was there the existence of
7    Prolene oxidized groups.  It didn't happen.  They
8    weren't there.
9         Q.   Of the areas that you've assigned and of
10   five different areas on the mesh that you performed
11   an FTIR on, correct?
12        A.   Of the areas I've assigned?  What do you
13   mean by that?
14        Q.   The areas you assigned for the Amide
15   groups, for the N-H and for the Amide carbonyl?
16             MR. HUTCHINSON:  Object to the form.
17             THE WITNESS:  What do you mean by
18        "area," sir?  I haven't been talking about
19        areas, I don't think.
20   BY MR. BOWMAN:
21        Q.   The peak at 1650 was assigned to Amide I
22   carbonyl, correct?
23        A.   That's where the assignment was here.
24   Now, sir, I might tell you that if there's another
25   protein, not collagenase, those peaks may shift
```

Shelby F. Thames, Ph.D.

1    slightly.

2             So when you talk about 1651 -- and, for

3    instance, after a machine is calibrated, it may have

4    as much as a differential of three reciprocal

5    centimeters, so it is not absolutely precise.  Okay?

6        Q.   Uh-huh (affirmative response).

7        A.   All right.

8        Q.   So let me just try to close it up here for

9    Ms. Martin.

10            If we're looking at the SEMs you have on

11   page 14, there's SEMs before cleaning and then after

12   cleaning or after cleaning each step, the same place

13   you did your analysis on every other portion of the

14   mesh, correct?

15       A.   Correct.

16       Q.   And each one of these SEMs is taken at a

17   different spot in the mesh, correct?

18       A.   Correct.

19       Q.   And as you stated previously, if we look

20   at cleaning step 4, there does not appear to be

21   anything on the surface of the mesh after step --

22   well --

23       A.   3 as well.

24       Q.   So it doesn't look like there is anything

25   on step 3 either?

Shelby F. Thames, Ph.D.

1        A.    3, 4 or 5.

2        Q.    And that's the basis of your opinion about

3   the extrusion lines associated with the explanted

4   mesh?

5        A.    Yes, sir.

6        Q.    Since the extrusion lines are there, then

7   surface oxidation must not be taking place?

8             MR. HUTCHINSON:  Object to the form.

9             THE WITNESS:  My point was if the

10        extrusion lines were there, there would have

11        been no change in the surface of the

12        structure.  So, obviously, it didn't oxidize.

13             See, you have to take all this data

14        together, and it all is consistent.  It all

15        fits together.  The SEM says you've basically

16        got your extrusion lines back.  You don't have

17        any pitting and so forth.  The FTIR says

18        there's no carbonyl groups that show oxidation.

19        And the light microscope and so forth shows the

20        samples are clean.  They almost look pristine

21        after step 5.  There's not much more you can do

22        to show that this didn't oxidize.

23   BY MR. BOWMAN:

24        Q.    Okay.

25        A.    "This" being Prolene.  I said "this didn't

Shelby F. Thames, Ph.D.

1   oxidize."  "This" being Prolene.

2       Q.   "This" being Ms. Martin's mesh?

3       A.   That's correct.

4            MR. BOWMAN:  So I think I'm finished

5       with Ms. Martin.

6            MR. HUTCHINSON:  I've got follow-up

7       questions.  Do you need to take a break?

8            THE WITNESS:  No, I'm fine.

9                      EXAMINATION

10  BY MR. HUTCHINSON:

11      Q.   Dr. Thames, Chad Hutchinson, counsel for

12  Ethicon.  I wanted to start and follow up with a

13  couple of things that you were asked about.

14           You were asked at the beginning what type

15  of product Ms. Martin received, and I believe you

16  said she received a TVT-O.

17      A.   Well --

18      Q.   Did you mean a TVT-O or a TVT?

19      A.   TVT.  I'm sorry.

20      Q.   Doctor, if you will, take a look at your

21  expert report and turn with me, please, sir, to

22  page 9, --

23      A.   All right, sir.

24      Q.   -- figure 9.  Are you there with me?

25      A.   Yes, sir.

Shelby F. Thames, Ph.D.

1      Q.   Dr. Thames, does this FTIR spectrum show

2  oxidation?

3      A.   No, sir.

4      Q.   Why not?

5      A.   Because there is no carbonyl absorption

6  frequency in the 1740 range.  And I've taken five

7  different -- actually six FTIR, one before cleaning

8  started and then the five steps.  And we see a broad

9  carbonyl band decreasing with each cleaning step,

10  which is from the loss of proteins, water-soluble

11  proteins.  And then there's absolutely no carbonyl

12  absorption taking place after step 3 -- or being

13  present after step 3.  Excuse me.

14      Q.   And, Doctor, there appears to be a peak at

15  or around 1740.  Do you see that?

16      A.   I see that.

17      Q.   And what would that show --

18      A.   Well --

19      Q.   -- in the before cleaning process?

20      A.   That would show that that's a component of

21  the protein because it's being taken away as it's

22  washed, so it's a protein component.  And I can't

23  tell you exactly what it is, but that's where it's

24  from.

25      Q.   And, Doctor, as you went through the

Shelby F. Thames, Ph.D.

1    cleaning process, what happened to this peak of

2    protein?

3         A.   It went away.  It was washed away.

4         Q.   And what does that tell you about the

5    effectiveness of your cleaning process?

6         A.   It's very effective.

7              MR. BOWMAN:  Object to form.

8    BY MR. HUTCHINSON:

9         Q.   Doctor, let's look at page 8, figure 8.

10        A.   Yes, sir.

11        Q.   This is a spectra where you compare the

12   collagenase FTIR spectra to the Martin before

13   cleaning spectra; is that correct?

14        A.   That's correct.

15        Q.   Now, Dr. Thames, you were asked why didn't

16   you run an FTIR of an oxidized piece of Prolene in

17   Ms. Martin's case.  Do you remember being asked that

18   question?

19        A.   I do, sir.

20        Q.   Was that necessary?

21        A.   No.

22        Q.   Why not?

23        A.   Because had there been oxidation present,

24   it would have shown up in the spectra that we

25   collected and it would not have disappeared in this

Shelby F. Thames, Ph.D.

1    cleaning process, because Prolene is not water

2    soluble and its components.  Had there been

3    oxidation, they would not have been water soluble.

4    They would not have been removed by this cleaning

5    process, and they would have been present from

6    step 1 through step 5, and they are not there.

7         Q.   Doctor, have you since run an FTIR of

8    oxidized Prolene?

9         A.   I have.

10        Q.   And, Doctor, did you do that at my

11   request?

12        A.   Yes.

13        Q.   Did you do that for the Wave 3 litigation?

14        A.   Yes.

15        Q.   Is that part of your report here?

16        A.   No.

17        Q.   And did you rely on it in reaching your

18   opinions in Ms. Martin's case?

19        A.   No.

20        Q.   Do the plaintiffs have -- strike that.

21             Do the plaintiffs in the Martin case have

22   everything that you relied upon and used in reaching

23   your opinions?

24        A.   Absolutely.

25        Q.   Doctor, you were asked -- again, going

Shelby F. Thames, Ph.D.

1  back to being asked questions about the spectra of

2  Prolene --

3       A.   Yes, sir.

4       Q.   -- and whether or not your process

5  affected it, do you remember those questions?

6       A.   I do.

7       Q.   Doctor, I want to hand you what we'll mark

8  as Exhibit 1 (sic) to the deposition, and this is

9  the Clave article.

10            (EXHIBIT NO. 2 MARKED.)

11  BY MR. HUTCHINSON:

12       Q.   Are you familiar with the Clave article?

13       A.   Yes, sir, I am.

14       Q.   And, Doctor, if you'll turn with me,

15  please, to page 264, and you may be there, --

16       A.   Yes, sir.

17       Q.   -- you'll see down in the bottom right

18  there's a section that discusses FTIR analysis.

19            Do you see that?

20       A.   I do.

21       Q.   And, Doctor, under the first bullet point,

22  it states, "The FTIR spectra of pristine Prolene and

23  Prolene Soft, before and after the treatment with

24  sodium hypochlorite and cyclohexane, were similar to

25  typical FTIR spectra of polypropylene reported in

Shelby F. Thames, Ph.D.

1    the literature.  Therefore, the chemical effect" --

2    I'm sorry -- "the chemical treatment had little

3    effect on the material."

4          Did I read that correctly?

5    A.    Absolutely.

6    Q.    And, Doctor, what does that tell you --

7    first of all, do you agree with that statement from

8    the peer-reviewed literature?

9    A.    I do.

10   Q.    And, Doctor, what does that tell you as a

11   polymer scientist?

12   A.    Well, it tells me, number one, that that's

13   what I believe based on basic science; and, number

14   two, the fact that we are using sodium hypochlorite

15   in our experience had absolutely no effect upon it,

16   so I completely agree with that.

17   Q.    And, Doctor, going back to the questions

18   about intentionally oxidized Prolene as a control.

19   Doctor, you explained earlier this is a cleaning

20   solution that uses distilled water, some type of

21   bleach and Proteinase K; is that correct?

22   A.    That's correct.

23   Q.    Does that cleaning solution only remove

24   water-soluble materials?

25   A.    Yes.

Shelby F. Thames, Ph.D.

1      Q.   Are proteins water soluble?

2      A.   Yes.

3      Q.   Are oxidized materials of Prolene origin

4  insoluble in water?

5      A.   Yes, they would be if we saw any.  We

6  didn't see any.

7      Q.   So, Doctor, what does this tell you about

8  whether or not the cleaning solution will remove

9  soluble or insoluble materials?

10      A.   Well, it will remove water-soluble

11  materials, and it will not remove non-water-soluble

12  materials.

13      Q.   Thank you.

14           Dr. Thames, have the results of your work

15  been subjected to the peer-reviewed process?

16      A.   Yes.

17      Q.   And, specifically, Dr. Thames, has the

18  International Urogynecology Association received and

19  reviewed the results of your work?

20      A.   Yes.

21      Q.   Doctor, have you attempted to publish your

22  work in this peer-reviewed journal?

23      A.   Yes.

24      Q.   And have you submitted the authors of the

25  IUGA Journal your work?

Shelby F. Thames, Ph.D.

1      A.   Yes, in the form of a lecture, not a -- we

2  have submitted it, number one, to be given as a

3  ten-minute lecture and also as a manuscript.

4      Q.   And, Doctor, have you submitted an

5  abstract?

6      A.   Yes, the abstract has been submitted.

7      Q.   And, Doctor, I know you don't want to brag

8  on yourself.  But did you receive an award for your

9  work?

10     A.   Yes, we did.

11     Q.   And what award did you receive?

12     A.   It was evaluated by all the abstracts that

13  were submitted, and this is in Cape Town, South

14  Africa where the meeting will take place, and it was

15  rated the number one paper in the science section.

16          MR. HUTCHINSON:  Congratulations.  No

17      further questions.

18          THE WITNESS:  Thank you.

19          MR. BOWMAN:  I have none, I mean, not

20      with respect to Ms. Martin, but I actually do

21      want to follow up about the peer-reviewed

22      publication if that's all right.

23          MR. HUTCHINSON:  That's fine.

24          THE WITNESS:  Well, first of all, it's

25      not a publication.

Shelby F. Thames, Ph.D.

```
1                    FURTHER EXAMINATION

2    BY MR. BOWMAN:

3         Q.   That was my first question.  Has this work

4    yet to be published, Doctor?

5         A.   Yes, it is.  We are -- we have submitted

6    our responses to the reviewers.  We had three

7    reviewers of the written manuscript.  The reviewers

8    have made some suggestions and made comments.  We

9    have responded to those, and we are awaiting whether

10   or not it will be published in the journal.

11             But what Mr. Hutchinson was talking about

12   was an abstract of a presentation, an oral

13   presentation that will be given in Cape Town, South

14   Africa along with other oral presentations.

15        Q.   Are we talking about two separate

16   publications here?

17        A.   No, sir, two separate modes of getting the

18   information to the public.

19        Q.   So one is you're going to give a lecture,

20   a ten-minute lecture?

21        A.   I'm not going to give that in Cape Town,

22   Dr. Ong is.  I will give one on the same material in

23   Denver, Colorado in September, as that has been

24   accepted there as well.

25        Q.   And this will be in front of the IUGA?
```

Shelby F. Thames, Ph.D.

```
1        A.   Yes, sir.

2        Q.   And what is the subject matter of the

3   material?

4        A.   Exactly what we're talking about here.

5        Q.   Which is chemical and --

6        A.   Yeah, what we've done.

7        Q.   -- polymer analysis?

8        A.   Well, actually, I think the title of that

9   is "The Myth:  Polypropylene Oxidizes In Vivo."

10   That's what we'll talk about.

11        Q.   And is this -- so any of the work that

12   you've done, has it been accepted by peer review?

13        A.   Well, that is peer review.

14        Q.   I understand.  So you've submitted this

15   work to a peer review for journal publication?

16        A.   We submitted it to the journal, and then

17   they go through the normal processes.  They reviewed

18   the abstract and accepted and ranked it number one.

19   And now the actual manuscript, it has been reviewed,

20   and we have responded to the reviewers.  And the

21   manuscript, per se, that will be published in the

22   journal has not yet gotten final approval as far as

23   we're -- as far as we know.

24        Q.   So I still don't know what's going on.  I

25   understand you've done some research on Prolene; is
```

Shelby F. Thames, Ph.D.

1    that correct?

2        A.   No, sir.  What we've done is the work that

3    we've done in these cases, and I would not call that

4    research in the sense that I set out to establish a

5    program aside from what we're doing on an everyday

6    basis here.

7            But what we have done is we've taken the

8    information that we have learned, gained and

9    collected based on the work that we have done over

10   these past couple of years and we see patterns

11   developing.  We found in none of these cases that

12   oxidation occurred.  We have no evidence that

13   oxidation of Prolene occurs in the human body.

14           And we've taken that data and we put it in

15   the form of an abstract, and then we sent that off

16   for oral presentation.  And then we received an

17   award from Cape Town.  We haven't heard from the

18   folks in Denver yet about the oral presentation, but

19   both of them are going to be given.  But the award

20   was in Cape Town.

21           In addition to that, we have written a

22   longer manuscript covering all the details and so

23   forth like this.  And that is -- as I've told you,

24   is under review.  We've responded back, and we're

25   waiting as to whether or not it's going to be

Shelby F. Thames, Ph.D.

1   published in the journal, published.

2        Q.   So as I understand it, you submitted an

3   abstract to IUGA?

4        A.   I did.  We did.

5        Q.   IUGA, is that a published, peer-reviewed

6   journal?

7        A.   Yes, sir.

8        Q.   And do they publish things besides

9   abstracts?

10       A.   Yes, sir.

11       Q.   Are they who you've submitted the

12   manuscript to?

13       A.   Yes, sir.

14       Q.   So as I understand it, you submitted an

15   abstract, you received an award for that abstract,

16   and you have yet to present on it.  Is it Kevin Ong?

17   He's your co-author?

18       A.   He's going to be in Cape Town, and I will

19   present in Denver, Colorado.

20       Q.   So neither one of you have presented on

21   it.  You have created a manuscript, but you

22   haven't -- but you have published an abstract?

23            MR. HUTCHINSON:  Object to form.

24            THE WITNESS:  No.  We have not published

25       an abstract.  We submitted it, and it has

Shelby F. Thames, Ph.D.

1        been reviewed.  And we will give the contents

2        of that abstract -- are we talking about the

3        oral presentation here now?  I don't want to

4        get confused.

5              To me, an abstract is an oral presentation

6        since it's shorter.  Let's make sure we're

7        right.  We will -- the information from the

8        oral presentation has been accepted, awarded

9        and will be given.

10             Now, in addition to that, we have

11       developed and written a much longer treatise

12       and that will -- and sent it to the journal.

13       It has been through -- it's going through the

14       peer-review process now, and we are waiting to

15       determine whether or not they will accept it or

16       not.

17   BY MR. BOWMAN:

18       Q.   So as I understand it, the abstract is a

19   short version of what your findings are and that has

20   not been published, but it has been accepted for you

21   to speak about; you to speak about in Denver and

22   Kevin Ong to speak about in Cape Town, correct?

23       A.   When you say it has not been accepted for

24   publication, that has a negative connotation.  It's

25   been accepted for what it was intended to be done,

Shelby F. Thames, Ph.D.

1   and that is for an oral presentation.

2       Q.   I understand.  And with respect to there's

3   a larger manuscript that is -- that you have created

4   with Dr. Ong, and you have submitted that for peer

5   review?

6       A.   Correct.

7       Q.   And you are in the status of the

8   peer-review process of receiving questions from

9   reviewers?

10      A.   And comments, and we sent those back.

11      Q.   So you responded to questions and

12  comments?

13      A.   We have responded to questions and

14  comments.

15      Q.   In this manuscript you have laid out your

16  scientific method for your experiment; is that

17  correct?

18      A.   Pretty much what we've been talking about

19  today, sir.

20      Q.   You put a hypothesis, materials and

21  methods, the results, your conclusion -- or

22  discussion and then conclusion?

23      A.   It's all part of the presentation, sir.

24      Q.   Well, I'm talking about the manuscript

25  now.  You detailed all of that in your manuscript,

Shelby F. Thames, Ph.D.

1  and then you sent the manuscript off to a peer

2  review; is that right?

3      A.   Well, I don't know what you have in your

4  mind as to what I should have done.  But we placed

5  an orderly manuscript that put together what the

6  common problems were, the issues people were saying

7  that were happening, and we laid out a protocol for

8  proving our position, and we showed them what had

9  been done and the kind of information that we

10  received.  We published it, and that's what's given

11  to them.

12      Q.   I see.  So you didn't actually perform an

13  experiment for this publication; is that right?

14      A.   Expressly to prepare a publication, no, we

15  did not.  We took the data we had.

16      Q.   I mean, just as an example, I'm familiar

17  with a publication by Dr. Ostergaard where he lists

18  60 things, and he says, "This is what was done by

19  polypropylene when...," and he published that.  He

20  got that published in the --

21      A.   But that was a review article.

22      Q.   That was a review?

23      A.   This is not a review article.  This is

24  based on actual data we collected in our

25  laboratories, --

Shelby F. Thames, Ph.D.

1      Q.   Okay.

2      A.   -- like the data that I will show you

3   right in here.

4      Q.   Okay.

5      A.   And that responds to a report.

6      Q.   Do you think you used data from

7   Ms. Martin's case when you did that?

8      A.   I don't think we -- we didn't talk about

9   any specific individual.

10          MR. BOWMAN:  I just wanted to get that

11      clear.  So I have nothing further for

12      Ms. Martin.

13          MR. HUTCHINSON:  Thank you.  We're done.

14              (CONCLUDED AT 4:12 P.M.)

15

16

17

18

19

20

21

22

23

24

25

Shelby F. Thames, Ph.D.

1    CERTIFICATE OF COURT REPORTER

2    I, Amy M. Key, CSR, and Notary Public in

3 and for the County of Lamar, State of Mississippi,

4 hereby certify that the foregoing pages, under

5 penalty of perjury, contain a true and correct

6 transcript of the testimony of the witness, as

7 taken by me at the time and place heretofore

8 stated, and later reduced to typewritten form by

9 computer-aided transcription under my supervision

10 and to the best of my skill and ability.

11    I further certify that I placed the witness

12 under oath to truthfully answer the questions in

13 this matter under the power vested in me by the

14 State of Mississippi.

15   I further certify that I am not in the employ

16 of or related to any counsel or party in this

17 matter, and have no interest, monetary or

18 otherwise, in the final outcome of the

19 proceedings.

20   Witness my signature and seal this the

21 _____ day of_____, 2016.

22

23  _____

    AMY M. KEY, CSR

24  My Commission Expires May 11, 2020

25

Shelby F. Thames, Ph.D.

```
 1              -  -  -  -  -  -

                E R R A T A

 2              -  -  -  -  -  -

 3

 4    PAGE   LINE   CHANGE

 5    _____  _____  _____

 6        REASON:  _____

 7    _____  _____  _____

 8        REASON:  _____

 9    _____  _____  _____

10        REASON:  _____

11    _____  _____  _____

12        REASON:  _____

13    _____  _____  _____

14        REASON:  _____

15    _____  _____  _____

16        REASON:  _____

17    _____  _____  _____

18        REASON:  _____

19    _____  _____  _____

20        REASON:  _____

21    _____  _____  _____

22        REASON:  _____

23    _____  _____  _____

24        REASON:  _____

25
```

Shelby F. Thames, Ph.D.

1

2          ACKNOWLEDGMENT OF DEPONENT

3

4              I,_____, do

5     hereby certify that I have read the

6     foregoing pages, and that the same is

7     a correct transcription of the answers

8     given by me to the questions therein

9     propounded, except for the corrections or

10    changes in form or substance, if any,

11    noted in the attached Errata Sheet.

12

13

14    _____

15    SHELBY F. THAMES, PH.D.          DATE

16

17

18    Subscribed and sworn

      to before me this

19    _____ day of _____, 20____.

20    My commission expires:_____

21

      _____

22    Notary Public

23

24

25