# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A TO NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR RPLY IN SUPPORT OF DAUBERT MOTION OF BRUCE ROSENZWEIG, M.D. FOR WAVE 2

Comes now, the Defendants, and hereby adopt and incorporate by reference the Reply in Support of the Daubert motion filed against Dr. Bruce Rosenzweig for Ethicon Wave 1, Dkt. 2241. Defendants respectfully request that the Court exclude Dr. Bruce Rosenzweig's testimony, for the reasons expressed in the Wave 1 briefings.

Dated: August 18, 2016            Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Christy D. Jones*
          Christy D. Jones
          Butler Snow LLP
          1020 Highland Colony Parkway
          Suite 1400 (39157)
          P.O. Box 6010
          Ridgeland, MS  39158-6010
          (601) 985-4523
          christy.jones@butlersnow.com

32429673v1