## EXHIBIT A – DR. PETER L. ROSENBLATT DAUBERT MOTION

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Linda Boudreau*
*2:12-cv-01373*

*Karen Doucette*
*2:12-cv-02125*

*Toni Hernandez*
*2:12-cv-02073*

*Sheryl Lary*
*2:12-cv-02136*

*Teresa Scott*
*2:12-cv-02100*

