IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant C. R. Bard, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2474], is a Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and C. R. Bard, Inc., seeking dismissal of C. R. Bard, Inc. from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss C. R. Bard, Inc., and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: August 23, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SKIKOS CRAWFORD SKIKOS & JOSEPH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-05946 | Palmina Hill, et al. v. C.R. Bard, Inc., et al. |

**EXHIBIT B – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:14-cv-01212 | Sandra Consuelo Rodriguez v. C.R. Bard, Inc., et al. |
| 2:14-cv-09499 | Shawn Rhea Heysham, et al. v. C.R. Bard, Inc., et al. |
| 2:14-cv-09522 | Ameenah Abdulla, et al. v. C.R. Bard, Inc., et al. |