UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LITIGATION LITIGATION <br><br> THIS DOCUMENT RELATES TO THE FOLLOWING CASES IN WAVE 3 OF MDL 200: <br><br> *Mary Frances Richard, et al. v. Ethicon, Inc.* <br> Civil Action No. 2:12-cv-02192 <br><br> *Carla J. Thorpe v. Ethicon, Inc.* <br> Civil Action No. 2:12-cv-02546 | Master File No. 2:12-MD-02327 <br> MDL 2327 <br><br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**NOTICE OF CANCELLATION OF DEPOSITION OF JERRY BLAIVAS, M.D.**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the deposition of **JERRY BLAIVAS, M.D.** as it relates to general opinions regarding TVT-Exact scheduled to take place on Monday, August 29, 2016, beginning at 12:00 p.m. EDT, at the UroCenter, 445 East 77th Street, New York, New York 10075 **HAS BEEN CANCELLED.**

August 29, 2016

By: /s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone: 612-305-7500
Facsimile: 612-305-7501
Email: tvan@nilanjohnson.com

**Attorneys for Defendant Ethicon, Inc. and Johnson & Johnson**

4838-0030-8023v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                                                    s/ Tracy J. Van Steenburgh

4838-0030-8023v.1