UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES IN WAVE 3 OF MDL 200 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF OBJECTION TO AMENDED NOTICE OF TAKING DEPOSITION OF JERRY BLAIVAS, M.D.

Defendants object to Plaintiffs' Amended Notice of Taking Deposition of Jerry Blaivas, M.D. on all MUS products dated and filed on August 29, 2016 for a deposition to occur on the same day, August 29, 2016, on the following grounds: (1) said notice is untimely under Rule 30 of the Federal Rules of Civil Procedure, and (2) said amended notice seeks to amend a notice that Plaintiffs did not file.

August 30, 2016

By: /s/ Tracy J. Van Steenburgh
Tracy J. Van Steenburgh
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone: 612-305-7500
Facsimile: 612-305-7501
Email: tvan@nilanjohnson.com

**Attorneys for Defendant Ethicon, Inc. and Johnson & Johnson**

4851-9727-4167v.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                        s/ Tracy J. Van Steenburgh