**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. ET AL.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**AMENDED JOINT MOTION TO DISMISS DEFENDANT**
**C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs and C.R. Bard, Inc. ("Bard") jointly file this amended motion for ECF No. 2321. Plaintiffs in the cases listed on the attached Exhibit A-B and Defendant C.R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
Phone: (404) 322-6000
Fax: (404) 322-6050
Email: richard.north@nelsonmullins.com
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Edward A. Wallace
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222

*Attorney for Plaintiffs on Exhibit A*

/s/ Jason J. Thompson
SOMMERS SCHWARTZ, P.C.
Suite 900
2000 Town Center
Southfield, MI 48075
(248) 355-0300

*Attorney for Plaintiffs on Exhibit B*

Dated: August 30, 2016

**EXHIBIT A – WEXLER WALLACE LLP**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-26415 | Bernadine Liddington, et al. v. C.R. Bard, Inc., et al. |
| 2:13-cv-32924 | Rose Frashier, et al. v. C.R. Bard, Inc., et al. |

**EXHIBIT B – SOMMERS SCHWARTZ, P.C.**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:15-cv-03508 | Annie G. Jordan, et al. v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000