| Plaintiff Name | Civil Action Number |
|---|---|
| Alleman, Kathleen | 4:12-cv-00243 |
| Anderson, Sandra | 2:13-cv-11718 |
| Andrews, Noreen | 2:13-cv-03850 |
| Arkenburgh, Alice | 2:13-cv-14800 |
| Arnall, Tina | 2:14-cv-26625 |
| Ashby, Pamela | 2:12-cv-00487 |
| Baggett, Shelby | 2:13-cv-05794 |
| Bazemore, Cynthia | 2:13-cv-06112 |
| Beales, Linda | 2:13-cv-07145 |
| Bivins, Frances | 2:13-cv-06720 |
| Boggs, Sharon | 2:12-cv-00368 |
| Booker, Sheila | 2:12-cv-04577 |
| Bopp, Francesca | 2:12-cv-02486 |
| Bosner, Cindy | 2:12-cv-03621 |
| Bowman, Kasey | 2:13-cv-12846 |
| Bridges, Robin | 2:12-cv-00651 |
| Burroughs, Linda | 2:12-cv-02378 |
| Butts, Shannon | 2:13-cv-10609 |
| Caughorn, Patricia | 2:12-cv-02832 |
| Ciels, Carolyn | 2:13-cv-08751 |
| Clark, Lisa | 2:13-cv-08229 |
| Cole, Carey | 2:12-cv-00483 |
| Coleman, Angela | 2:12-cv-01267 |
| Combs, Alberta | 2:13-cv-11099 |
| Cone, Mary | 2:12-cv-00261 |
| Conklin, Marianne | 2:13-cv-08109 |
| Cordes, Bobbie Jo | 2:13-cv-09328 |
| Couch, Judy | 2:13-cv-08816 |
| Coulter, Rachel | 2:12-cv-04909 |
| Crum, Holly | 2:13-cv-08463 |
| Dameron, Wanda | (Consolidated; Lead case No. 2:12-cv-09311) 2:13-cv-14799 |
| Daugherty, Kimberly | 2:13-cv-04721 |
| Deleon, Amanda | 2:12-cv-00358 |
| Destefano-Raston, Dina | 2:12-cv-01299 |
| Domm, Cynthia | 2:13-cv-05466 |
| Drummond, Teresa | 2:12-cv-04589 |
| Dubois, Michelle | 2:13-cv-01398 |
| Eckardt, Sheryl | 2:13-cv-01673 |
| Eckley, Cheryl | 2:12-cv-09664 |
| Edwards, Tonya | 2:12-cv-09972 |
| Elder, Esther | 2:13-cv-13756 |
| Espinosa, Brandy | 2:13-cv-06656 |
| Evans, Beverly | 2:12-cv-01168 |
| Farley, Jade | 2:13-cv-01830 |
| Ferguson, Janice | 2:13-cv-02943 |

| | |
|---|---|
| Fields, Mary | 2:13-cv-00776 |
| Fisk, Paula | 2:12-cv-00848 |
| Fleury, Deborah | 2:13-cv-01681 |
| Ford, Christie | 2:13-cv-09714 |
| Frazier, Margaret | 2:12-cv-01731 |
| Frost, Sandra | 2:13-cv-07158 |
| Fuson, Tammy | 2:12-cv-04295 |
| Garcia, Elisa | 2:12-cv-04817 |
| Georgilakis, Teresa | 2:12-cv-00829 |
| Gibby, Patricia | 2:13-cv-06543 |
| Gibson, Susan | 2:12-cv-01740 |
| Gladden, Carol | 2:12-cv-03915 |
| Golberg, Dana | 2:12-cv-07185 |
| Gomez, Rose | 2:12-cv-00344 |
| Gonzalez, Rebecca | 2:12-cv-03224 |
| Goss, Traci | 2:12-cv-02382 |
| Goulder, Shirley | 2:12-cv-03355 |
| Grant, Jan | 2:12-cv-03358 |
| Green, Dorothy | 2:12-cv-07057 |
| Greene, Deborah | 2:12-cv-02386 |
| Griffie, Diane | 2:13-cv-02311 |
| Griffin, Elaine | 2:12-cv-03359 |
| Guffey, Gail | 2:12-cv-01650 |
| Guillen, Delia | 2:13-cv-00731 |
| Gwathney, Bessie | 2:13-cv-09359 |
| Haehn, Areli | 2:12-cv-09620 |
| Hankins, Dawna | 2:12-cv-00369 |
| Hankins, Donna | 2:12-cv-01011 |
| Hartman, Shirley | 2:13-cv-06546 |
| Hartwell, Iris | 2:13-cv-12396 |
| Heinrich, Cindy | 2:13-cv-11840 |
| Hendrix, Mary | 2:12-cv-00595 |
| Hennigan, Emily | 2:13-CV-19819 |
| Hines, Lynn | 2:12-cv-01331 |
| Hobbs, Doris | 2:12-cv-04816 |
| Hoge-Thiel, Ann | 2:13-cv-11690 |
| Holloway, Terri Jean | 2:13-cv-04131 |
| Hooper, Nancy | 2:12-cv-00493 |
| Hovis, Elizabeth | 2:14-cv-20355 |
| Hughes, Donna | 2:12-cv-09974 |
| Hull, Becky | 2:13-cv-14699 |
| Humes, Edyth | 2:13-cv-04756 |
| Infusino, Kathleen | 2:12-cv-07182 |
| Jenkins, Beatrice | 2:13-cv-22408 |
| Jensen, Diana | 2:13-cv-04887 |
| Johnson, Wilma | 2:11-cv-00809 |
| Johnston, Kristine | 2:13-cv-12398 |

| Name | Case Number |
|---|---|
| Jones, Lorrie | 2:13-cv-04135 |
| Jones, Mabel | 2:13-cv-02682 |
| Julian, Pamela | 2:12-cv-04956 |
| Karnowsky, Susan | 2:13-cv-25661 |
| Keaton, Patricia | 2:12-cv-07138 |
| Kervin, Cheryl | 2:13-cv-09782 |
| Kirkpatrick, Margaret | 2:12-cv-00746 |
| Koppert, Sydney | 2:13-cv-10615 |
| Kriz, Paula | 2:12-cv-00938 |
| Lambert, Amy | 2:12-cv-04226 |
| Lee, Alfreda | 2:12-cv-01013 |
| Lee, Jennifer | 2:13-cv-16116 |
| Lindberg, Tammy | 2:13-cv-02679 |
| Lorenzo, Barbara | 2:13-cv-05550 |
| Loyd, Dana | 2:13-cv-10953 |
| Lozano, Deborah | 2:12-cv-00347 |
| Matthews, Shauna | 2:13-cv-11832 |
| McClafferty, Patricia Ann | 2:13-cv-03956 |
| McGee, Darlene | 2:13-cv-11671 |
| McKenzie, Jennifer | 2:13-cv-08258 |
| McManus, Grace | 2:13-cv-05350 |
| McMillan, Sue | 2:13-cv-06440 |
| Midgett, Eva | 2:13-cv-07686 |
| Miller, Amanda | 2:13-cv-04723 |
| Miller, Debra | 2:12-cv-07166 |
| Miller, Kathleen | 2:13-cv-11410 |
| Miller, Tanya | 2:13-cv-15692 |
| Mims, Karen | 2:12-cv-06131 |
| Mirabal, Victoria | 2:12-cv-09684 |
| Morris, Christy | 2:13-cv-03783 |
| Murdock, Dorothy | 2:13-cv-06614 |
| Murphy, Debra | 2:13-cv-11842 |
| Noles, Amanda | 2:13-cv-04064 |
| Oppenheim, Patty | 2:13-cv-03011 |
| Padilla, Noemi | 2:12-cv-00567 |
| Papineau, Martha | 2:13-cv-25686 |
| Parker, Jacqueline | 2:13-cv-07103 |
| Patterson, Miranda | 2:12-cv-00481 |
| Pattison, Frieda | 2:12-cv-05005 |
| Peake, Kim | 2:13-cv-21460 |
| Peeler, Judy | 2:13-cv-04653 |
| Phillips, Kimberly | 2:13-cv-05832 |
| Plunkett, Kimberly | 2:12-cv-04055 |
| Putzek, Cynthia | 2:13-cv-16129 |
| Rafatjah, Afsaneh | 2:13-cv-08255 |
| Raghunath, Premkumarie | 2:13-cv-07324 |
| Rainer, Mary | 2:13-cv-01386 |

| Name | Case Number |
|---|---|
| Raines, Myra | 2:12-cv-01735 |
| Redman, Myra | 2:13-cv-22710 |
| Reid, Sandra | 2:12-cv-04868 |
| Reyes, Jennifer | 2:12-cv-00939 |
| Reyno, Tenley | 2:13-cv-05391 |
| Riedel, Samantha | 2:13-cv-04063 |
| Riggs, Donna | 2:12-cv-01967 |
| Robertson, Kathryn | 2:13-cv-22711 |
| Robinson, Paulette | 2:13-cv-08415 |
| Rogers, Christina | 2:13-cv-09362 |
| Satterwhite, Allyson | 2:13-cv-02652 |
| Schaefer, Gloria | 2:13-cv-02947 |
| Seaton, Trudy | 2:13-cv-19653 |
| Self, Karoline | 2:12-cv-09633 |
| Sides, Janene | 2:12-cv-07136 |
| Sikes, Jennifer | 2:12-cv-00501 |
| Simmons, Mary | 2:12-cv-7188 |
| Simpson, Glenda | 2:13-cv-07396 |
| Slade, Sebrina | 2:12-cv-01753 |
| Slemp, Nikki | 2:13-cv-04181 |
| Smith, Barbara | 2:13-cv-05340 |
| Smith, Phyllis | 2:12-cv-09752 |
| Strickland, Shirley | 2:13-cv-06324 |
| Struckus, Susan | 2:12-cv-02194 |
| Swanson, Linda | 2:13-cv-03119 |
| Sweezy, Apryl | 2:13-cv-02308 |
| Swint, Isabel | 2:12-cv-00786 |
| Taylor, Paula | 2:13-cv-02787 |
| Teasley, Krystal | 2:12-cv-00500 |
| Tedesco, Amie | 2:13-cv-11836 |
| Tetreault, Juanita | 2:12-cv-08395 |
| Thaman, Susan | 2:12-cv-00279 |
| Thomas, Kimberly | 2:12-cv-00499 |
| Thomas, Mary | 2:12-cv-01370 |
| Thomases, Deborah | 2:13-cv-09839 |
| Timmon, Elvira | 2:15-cv-03868 |
| Truschke, Pauline | 2:13-cv-07323 |
| Turner, Mary | 2:13-cv-09786 |
| Turpin, Zenobia | 2:12-cv-09904 |
| Tyler, Patricia | 2:12-cv-00469 |
| Urban, Noreen | 2:13-cv-11683 |
| Velazquez, Sandra | 2:13-cv-15712 |
| Vilcinskas, Shannon | 2:13-cv-06292 |
| Waldon, Julie | 2:13-cv-05551 |
| Warlick, Cathy | 2:12-cv-00276 |
| Warren, Patricia | 2:12-cv-02381 |
| Webb, Carol | 2:13-cv-04651 |

| | |
|---|---|
| Weeks, Martha | 2:13-cv-06640 |
| Westerfield, Luella | 2:13-cv-10090 |
| Wigington, Rhonda | 2:13-cv-06599 |
| Williams, Laura | 2:13-cv-11017 |
| Williams, Rose | 2:13-cv-04882 |
| Williamson, Betty | 2:12-cv-01739 |
| Willis, Beth | 2:13-cv-05346 |
| Wolfe, Laurie | 2:13-cv-03922 |

# EXHIBIT A