**EXHIBIT A**
**TO INACTIVE DOCKET ORDER**

| Plaintiff Name | Case Number |
|---|---|
| Alulema, Silvia | 2:14-cv-13362 |
| Anderson, Sandra | 2:13-cv-25260 |
| Beegle, Jean | 2:14-cv-27116 |
| Bowe, Donna | 2:13-cv-26728 |
| Cakanic, Julie | 2:13-cv-11616 |
| Causey, Teresa | 2:13-cv-25184 |
| Compton, Heather | 2:13-cv-26743 |
| Driscoll, Bonnie | 2:13-cv-26745 |
| Koons, Gwen | 2:13-cv-28958 |
| Leasure, Kimberly | 2:13-cv-27626 |
| Longan, Mary | 2:13-cv-27627 |
| MacDonald, Jessica | 2:15-cv-06101 |
| McLean, Tomika | 2:13-cv-27634 |
| Merbach, Lori | 2:13-cv-28372 |
| Moes, Kathleen | 2:14-cv-17882 |
| Munson, Nancy | 2:13-cv-28383 |
| Pedersen, Lesondra | 2:13-cv-31338 |
| Sheckler, Constance | 2:13-cv-03375 |
| Thayer, Deborah | 2:13-cv-27645 |
| Tracy, Carla | 2:13-cv-32177 |
| Ward, Pamela Carswell | 2:13-cv-28367 |