IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

        MDL 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc..[1] ("Ethicon") have agreed to a settlement model with regard to Ethicon.  The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before July 1, 2017; if settlements are not finalized and dismissal orders are not submitted by July 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed

_____

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327

to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF NO._____, and send a copy of this Order to counsel of record and any unrepresented party.

AGREED TO BY COUNSEL:

Plaintiff(s)                                              Defendants
By authorized counsel:                      By authorized counsel:


*/s/ P. Leigh O'Dell*_____      */s/ Christy D. Jones*_____
P. Leigh O'Dell                                    Christy D. Jones
BEASLEY, ALLEN, CROW, METHVIN,      BUTLER SNOW LLP
PORTIS AND MILES, P.C.                     P.O. Box 6010
P.O. Box 4160                                     Ridgeland, MS  39158
Montgomery, AL 36103                        601-948-5711
334-269-2343                                      christy.jones@butlersnow.com
leigh.odell@beasleyallen.com

*Counsel for Plaintiff(s)*                        *Counsel for Defendants*


**APPROVED:**

Dated:_____        _____
                                                            Honorable Joseph R. Goodwin

## BEASLEY ALLEN EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Ray, Genette R. | 2:13-cv-22751 |
| Read, Dorothy Rogers and Albert Ferris Read | 2:13-cv-31207 |
| Rechis, Helene and Peter Rechis | 2:15-cv-01587 |
| Regan, Shirley | 2:14-cv-08330 |
| Grimm, Dixie Lee | 2:13-cv-06451 |
| Richard, Ruby | 2:16-cv-05390 |
| Richards, Kelly | 2:13-cv-21093 |
| Richardson, Danita | 2:14-cv-25342 |
| Richardson, Julie (client's name is now Julie Peacock - complaint doesn't reflect new name) | 2:13-cv-03817 |
| Richardson, Marie | 2:13-cv-05275 |
| Ricks, Mary and Joseph Ricks | 2:13-cv-21088 |
| Ringler, Barbara J. and Ray Ringler | 2:13-cv-04043 |
| Rios, Corina | 2:13-cv-31206 |
| Risley, Christina | 2:13-cv-03110 |
| Robertson, Sharon | 2:13-cv-04045 |
| Rodriguez, Trinidad | 2:13-cv-23425 |
| Rush, Elsyner | 2:13-cv-21679 |
| Russell, Nancy S. | 2:14-cv-09724 |
| Sartin, Judy C. and Keith Sartin | 2:14-cv-19935 |
| Schwartzmann, Elissa Lorraine | 2:12-cv-08743 |
| Scott, Ima and James Scott | 2:12-cv-08745 |
| Sellers, Sandra D. and Ray Sellers, Sr., Executor | 2:15-cv-09065 |
| Sheldon, Bonnie J. and William B. Sheldon | 2:14-cv-29639 |
| Sicilia, Audrey | 2:13-cv-7974 |
| Simpson, Laurie N. and Allen Simpson | 2:15-cv-12663 |
| Skiles, Amy and Greg Skiles | 2:15-cv-04907 |

| | |
|---|---|
| Skipper, Melinda | 2:16-cv-66664 |
| Slone, Deborah L. and David K. Slone | 2:12-cv-02544 |
| Smith, Judith L. and Raymond R. Smith | 2:15-cv-06440 |
| Solis, Guadalupe | 2:15-cv-11657 |
| Staerzl, Nancy A. | 2:15-cv-15524 |
| Strickland, Karen and David Strickland | 2:13-cv-25383 |
| Stringer, Sue S. and Patrick H. Stringer | 2:14-cv-22712 |
| Syfert, Sherrie L. and George Syfert | 2:13-cv-9872 |
| Taylor, Dawn K. | 2:13-cv-26969 |
| Tellini, Carole Z. | 2:14-cv-22473 |
| Thomas, Debra Ann | 2:13-cv-21080 |
| Thompson, Lina J. | 2:13-cv-21077 |
| Timmons, Pearly J. (Estate of) and Alan W. Timmons, Jr. (Admin) | 2:15-cv-09066 |
| Torres, Rosa Maria | 2:13-cv-04053 |
| Towles, Mary E. | 2:15-cv-07558 |
| Troup, Wendy and Paul Troup, IV | 2:16-cv-04016 |
| Truesdale, Donna D. and Donald W. Truesdale | 2:14-cv-20743 |
| Tysinger, Alice F. and Larry Tysinger | 2:15-cv-11018 |
| VanHuss, Connie F. and Jeff VanHuss | 2:14-cv-26513 |
| Wallace, Karen and James Wallace | 2:14-cv-14139 |
| Walz, Barbara | 2:14-cv-09728 |
| Watson, Mildred | 2:15-cv-01631 |
| Werb, Elizabeth A. | 2:13-cv-21743 |
| Whigham, Blanche and Boyd Whigham | 2:14-cv-20913 |
| Whitlatch, Robin G. | 2:13-cv-1350 |
| Wilder, Rita | 2:15-cv-05309 |
| Williams, Patricia Ann | 2:12-cv-03789 |
| Wilson, Charlene | 2:14-cv-17624 |
| Wilson, Edna G. | 2:13-cv-21063 |

| | |
|---|---|
| Wood, Yvonne R. | 2:16-cv-04425 |
| Woodhouse, Heather | 2:13-cv-06045 |
| Woods, Hazel | 2:14-cv-09735 |
| York, Briana and Timothy York | 2:14-cv-12318 |
| Ahmed, Stephanie | 2:14-cv-16953 |
| Ake, Mary | 2:13-cv-10627 |
| Allen, Geneva | 2:14-cv-00666 |
| Argo, Judith | 2:14-cv-00668 |
| Barker, Daphne and Gary Barker | 2:12-cv-0899 |
| Beckman, Francine | 2:14-cv-24358 |
| Belcher, Diane and Robin D. Belcher | 2:15-cv-3923 |
| Bellew, Colleen S. and James H. Bellew | 2:14-cv-19715 |
| Berman, Victoria Ford and Chris Liesendahl | 2:13-cv-8317 |
| Besgrove, Christine and Mark L. Besgrove, Sr. | 2:12-cv-8577 |
| Blackwell, Tracy | 2:14-cv-4347 |
| Briggs, Kathleen L. and Jimmy Briggs, Sr. | 2:13-cv-23993 |
| Buck, Mary | 2:14-cv-10373 |
| Cacho-Pacheco, Julie and Rosalio Cacho-Pacheco | 2:14-cv-26796 |
| Chitwood, Amy Melissa | 2:15-cv-11215 |
| Collins, Sheila and Quentin Collins | 2:13-cv-4795 |
| Connor, Charlotte M. | 2:13-cv-32226 |
| Cox, Shelley | 2:13-cv-4633 |
| Craig, Joyce | 2:15-cv-3427 |
| Daugherty, Nancy A. | 2:13-cv-04288 |
| Davey, Brenda and Dan Davey | 2:13-cv-25369 |
| Davidson, Kari | 2:13-cv-05199 |
| Davis, Sandra | 2:15-cv-01502 |
| Dawson, Joyce | 2:13-cv-24382 |
| Duty, Rhonda | 2:14-cv-28705 |
| Easterling, Gloria | 2:14-cv-11611 |
| Elkie, Teresa and Michael Elkie | 2:14-cv-14332 |
| Enfinger, Jodi L. and Doulas Enfinger | 2:13-cv-21102 |
| Evans, Connie | 2:14-cv-25037 |

| | |
|---|---|
| Fausnight, Brenda L. | 2:15-cv-11756 |
| Fenton, Deborah and Barry Fenton | 2:14-cv-00672 |
| Ferguson, Marina R. | 2:15-cv-11896 |
| Ferlazzo, Stephanie and Christopher Ferlazzo | 2:13-cv-24381 |
| Follis, Paula M. | 2:15-cv-08624 |
| Foshee, Barbara and Franklin Foshee | 2:14-cv-11749 |
| Garcia, Silveria and Manuel Garcia | 2:13-cv-05990 |
| Gates, Juanita | 2:14-cv-23831 |
| Gehosky, Kristi Lynn and Michael Gehosky | 2:13-cv-33686 |
| Giddens, Margaret L. | 2:14-cv-30924 |
| Gonzales, Sylvia | 2:13-cv-09112 |
| Grant, Beverly | 2:14-cv-25301 |
| Griffin, Lolita and Dewey W. Griffin | 2:13-cv-21096 |
| Hall, Denise W. | 2:13-cv-05853 |
| Hamby, Anita and Gary Hamby | 2:13-cv-03898 |
| Haskins, Ardella | 2:13-cv-02671 |
| Hembree, Rebekah | 2:13-cv-23235 |
| Henderson, Margaret and Lambert Henderson | 2:15-cv-11203 |
| Heuer, Myra | 2:12-cv-1796 |
| Hierholzer, Sondra and Jason Hierholzer | 2:13-CV-08531 |
| Hill, Ethel and John Hill | 2:13-CV-08532 |
| Hold, Janet and Pete Hold | 2:13-cv-26194 |
| Hollingsworth, Diane | 2:13-cv-26070 |
| Holmes, Shelia and Lawrence Holmes | 2:13-cv-04168 |
| Hudson, Lori Ruth and Jamie Hudson | 2:15-cv-9101 |
| Hughes, Melissa | 2:12-cv-7667 |
| Humphrey, Janie L. and Richard A. Humphrey | 2:13-CV-26973 |
| Jacobs, Darcy R. and John M. Jacobs | 2:15-cv-7000 |
| Jenkins, Allison and Sidney Jenkins, Jr. | 2:14-cv-21398 |

| | |
|---|---|
| Johnson, Cynthia C. and James R. Johnson | 2:15-cv-11316 |
| Johnson, Sandra and Philip Johnson | 2:13-cv-03913 |
| Jones, Carrie and Claude Jones | 2:15-cv-11318 |
| Jones, Erin and Willie B. Jones | 2:15-cv-12616 |
| Jones, Yolanda | 2:13-CV-04271 |
| Joos, Gloria and Michael Joos | 2:13-cv-12413 |
| Jordanov, Ann J. and George Jordanov | 2:13-cv-16423 |
| Jurado, Debbie and Filipe Jurado | 2:12-cv-6620 |
| Jutras, Wendy and Gregory Jutras | 2:13-cv-20687 |
| Keel, Tia Marie | 2:15-cv-11736 |
| Keller, Debra | 2:12-cv-3892 |
| Kilpatrick, Lenora | 2:15-cv-11321 |
| Knippenberg, Barbara L. and Willard K. Knippenberg | 2:15-CV-11648 |
| LaCoste, Michele and Ronald Howard | 2:15-cv-11014 |
| Laffan, Marie and Michael Laffan | 2:13-cv-24105 |
| Lavoie, Bobbie A. | 2:14-cv-20523 |
| Lawley, Dorothy A. and Gregory P. Lawley | 2:15-cv-13653 |
| Lawson, Susan C. and Billy A. Lawson | 2:14-cv-29155 |
| Lee, Lynn M. and William R. Lee | 2:15-cv-04338 |
| Locke, Kathy L. and James H. Locke | 2:14-cv-00478 |
| Mann, Sherry | 2:15-cv-07382 |
| Manzione, Sandra | 2:13-cv-22588 |
| Marsee-Long, Lisa | 2:15-cv-11184 |
| Massey, Beverly and Stephen Massey | 2:13-cv-23161 |
| Mathis, Brenda | 2:15-cv-04916 |
| McDermott, Linda | 2:16-cv-04332 |
| McGee, Tina Marie and Reggie McGee | 2:13-cv-08123 |
| Mee, Mary Phyllis | 2:15-cv-12659 |

| | |
|---|---|
| Mercado, Jeanette | 2:13-cv-22322 |
| Mercado, Maria | 2:14-cv-29173 |
| Metivier, Christi and Mark Metivier | 2:12-cv-4693 |
| Middleton, Marlene | 2:16-cv-04333 |
| Montgomery, Diane and H.T. Montgomery | 2:15-cv-13983 |
| Morris, Lisa L. | 2:15-cv-12617 |
| Morrison, Angela and Bradley Morrison | 2:12-cv-0800 |
| Morrow, Brenda and Terry Lee Morrow, Sr. | 2:13-cv-29326 |
| Mower, Norene E. and Richard L. Mower | 2:13-cv-30014 |
| Nevarez, Dorothy | 2:15-cv-05407 |
| Newcomb, Nell R. and Charles D. Newcomb | 2:13-cv-04734 |
| Olds, Staci | 2:14-cv-11481 |
| Page, Carolyn | 2:14-cv-23843 |
| Patrick, Lisa | 2:15-cv-04403 |
| Phelps, Patti Ann and James Phelps | 2:12-cv-1171 |
| Phillips, Brenda and Hansel Phillips | 2:13-cv-32317 |
| Phillips, Catherine | 2:15-cv-12497 |
| Pinegar, Lydia Kathryn | 2:14-cv-27640 |
| Potter, Denise S. and Don Potter | 2:13-cv-29029 |
| Pratt, Patty | 2:12-cv-03279 |
| Quijano, Maria Eugenia | 2:12-cv-0799 |
| Raney, Marilyn Kay | 2:13-cv-12900 |
| Rather, Mary and John Rather | 2:14-cv-10490 |
| Ray, Nancy | 2:13-cv-05272 |
| Reeves, Anna and Richard Reeves | 2:14-cv-20918 |
| Reininger, Kristie Ann | 2:12-cv-09135 |
| Robinson, Dorothy H. | 2:15-cv-3740 |
| Robinson, Gracie and Larry | 2:13-cv-21690 |
| Rodenhaber, Charity L. and Michael H. Rodenhaber | 2:16-cv-05315 |
| Romero, Ida and Ostelano Romero | 2:13-cv-3111 |

| | |
|---|---|
| Schaff, Sherri L. and Casey B. Schaff | 2:15-cv-016229 |
| Schumacher, April | 2:13-cv-4762 |
| Schwarz, Heidi | 2:15-cv-11339 |
| Scott, Derlene and Douglas Scott | 2:13-cv-04048 |
| Tammie Lynn Scroggs OBO Scroggs, Wilma J. | 2:16-cv-05314 |
| Sells, Christina L. and Parrish C. Sells | 2:14-cv-00760 |
| Sewell, Sandal C. | 2:15-cv-7556 |
| Sheets, Dori L. and Donald Sheets | 2:13-cv-11161 |
| Smith, Carole L. and DeWitt H. Smith | 2:14-cv-04496 |
| Sneed, Barbara Ann and David Sneed | 2:13-cv-23060 |
| Soresino, Linda M. and James Soresino | 2:13-cv-11676 |
| Speakman, LaBonna K. | 2:15-CV-01696 |
| Spiegelman, Margaret M. and Jan S. Spiegelman | 2:14-cv-20010 |
| ~~Starkey, Kristina~~ Leese, Kristina | 2:13-cv-33755 |
| Steelmon, Sandra Lynn | 2:15-cv-09128 |
| Steward, Evelyn Yvonne and Donald R. Steward | 2:13-cv-11478 |
| Stiner, Poppy and Jimmy Stiner | 2:13-cv-23979 |
| Suddeth, Marylin D. | 2:13-cv-25385 |
| Taylor, Katie M. | 2:13-cv-18760 |
| Thompson, Lisa and Roger Thompson | 2:12-cv-01199 |
| Thompson, Mary K. and James E. Thompson | 2:13-cv-13133 |
| Thorsen, Lisa M. and Todd D. Thorsen | 2:14-cv-10898 |
| Tidwell, Toni M. and Jeff Tidwell | 2:15-cv-06439 |
| Tuomala, Leona A. and Robert W. Tuomala | 2:14-cv-22475 |
| Valdivia, I. Rosalia | 2:15-cv-7394 |