IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2187

_____

THIS DOCUMENT RELATES TO:

*Midtun v. C. R. Bard, Inc., et al.*                    Civil Action No. 2:12-cv-09638

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On August 30, 2016 the plaintiff and defendant C. R. Bard, Inc., ("Bard") filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 13]. In the joint motion the parties are seeking dismissal of Bard as a defendant in this action with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 13]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 1, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE