APPROVED and SO ORDERED.

ENTER: 09/01/2016

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR     MDL No. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION    Honorable Joseph R. Goodwin

-----

Louella O. Phelps and Gary Phelps

Plaintiff(s),

v.     CASE NO. 2:14-cv-24802

C. R. Bard, Inc.

Defendant(s).

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2327, In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation, to:

MDL 2187 C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Complaint or Short Form Complaint in MDL 2327 against Ethicon, Inc., and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included Ethicon, Inc. or another named defendant in that litigation; included instead, among others, were the following parties from MDL __2187__ :

C. R. Bard, Inc.

Because Ethicon, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2327 to  2187 ; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL  2187 .

/s/ Mark R. Taylor

Mark R. Taylor
Lauren E. Channell
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, Utah 84123
Phone: (801) 266-0999
Fax: (801) 266-1338
Email: lauren@sjatty.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

/s/ Mark R. Taylor

Mark R. Taylor
Lauren E. Channell
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, Utah 84123
Phone: (801) 266-0999
Fax: (801) 266-1338
Email: lauren@sjatty.com