IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                            MDL 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant C. R. Bard, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2561], is a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and C. R. Bard, Inc. ("Bard"), seeking dismissal of Bard from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss Bard, and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: September 6, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF, PC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-08812 | Tiffany Arney v. C.R. Bard, Inc., et al. |
| 2:13-cv-03222 | Patricia Brown v. C.R. Bard, Inc., et al. |
| 2:13-cv-04423 | Cheryl Holmen, et al. v. C.R. Bard, Inc., et al. |
| 2:13-cv-07690 | Linda Williams, et al. v. C.R. Bard, Inc., et al. |
| 2:13-cv-33117 | Barbara Hottinger v. C.R. Bard, Inc., et al. |
| 2:14-cv-17733 | Betty Seger, et al. v. C.R. Bard, Inc., et al. |