**EXHIBIT 3**

**Valley Women's Clinic**    New Patient Health Questionnaire and Exam Form    Page 2

## Pregnancy History

Number of times pregnant: **4**    # of Abortions: **Ø**    # of Miscarriages: **Ø**    # of Children: **4**

| Delivery Year | Type of Delivery (Vaginal or C-Section) | Baby's Birth Weight | Pregnancy/Delivery Complications |
|---|---|---|---|
| 1963 | VAGINAL | APPX 7 lbs | N/A |
| 1965 | VAGINAL | " | " |
| 1972 | VAGINAL | " | " |
| 1975 | VAGINAL | 8 lbs | " |

## Gynecological History – Have you ever had: (Please Include Dates)

| Condition | Y/N | Date | | Condition | Y/N | Date |
|---|---|---|---|---|---|---|
| Abnormal pap smear | ☐Y ☒N | 2002 | | Colposcopy/Cryosurgery/Laser Surgery | ☒Y ☐N | 1999 |
| Pelvic Inflammatory disease (PID) | ☐Y ☒N | | | Warts/Herpes/Chlamydia/Gonorrhea/Syphilis | ☒Y ☐N | ON MY EYE |
| Pain with intercourse | ☐Y ☒N | | | Vaginal dryness | ☐Y ☒N | |
| Leakage of urine | ☒Y ☐N | 2002 | | Infertility | ☐Y ☒N | |
| Yeast infections | ☒Y ☐N | 19?? | | DES Exposure before birth | ☐Y ☒N | |
| Endometriosis | ☐Y ☒N | | | Surgery on ovaries | ☒Y ☐N | 1980's HYSTERECTOMY |
| Ovarian cysts | ☐Y ☒N | | | Breast disease | ☒Y ☐N | ASPERATED 1985 CYST LEFT BREA |
| Uterine fibroids | ☐Y ☒N | | | Breast Surgery | ? | |
| Cervical cancer | ☐Y ☒N | | | Hysterectomy | ☒Y ☐N | 1980 |
| Uterine Cancer | ☐Y ☒N | | | Ovarian cancer | ☐Y ☒N | |
| Date of last mammogram: 2001 | | Where? Covington | | Abnormal/Irregular Vaginal Bleeding | ☐Y ☒N | |
| Date of last Dexascan Test N/A | | Where? | | multicare | | |

## Physician Notes:

## Please list all your surgeries/hospitalizations   (Years/Procedures)

HYSTERECTOMY 1980
CARPORAL TUNNEL – RIGHT HAND
3 KNEE SURGERIES 1999 – 2000 – 2002

## Current Medications (Include doses)

PREMARIN 1 DAY
LAMACIL 1 DAY
SLEEPING PILL – 2 A WEEK AVERAGE

## Allergies to Medications (Include reactions)

IBUPROFEN + ASPRIN

## Last Lab Testing

| Last Lab Testing | Date | Results |
|---|---|---|
| Cholesterol | 2002 | TOTAL 276 |
| Fasting blood sugar | | |
| Fecal Occult blood test | | |
| Sigmoidoscopy/Colonoscopy | 1999 | Potatoe Polyps |
| Colonoscopy | 1999 | |
| Bone Density Test | N/A | |

## Immunizations

| Immunizations | |
|---|---|
| Rubella | |
| Influenza | ✓ |
| Tetanus | |
| Pneumovax | ✓ |
| Hepatitis B | · |
| Other | |

® Valley Women's Clinic (425) 228-0722  www.valleywomens.com
Please seek permission from Valley Women's Clinic, PLLC, before reproducing this form for your clinic use.

(Last Updated 10/19/200?)

MADDINGL_VALWC_MDR00012

**Valley Women's Clinic**     New Patient Health Questionnaire and Exam Form     Page 3

| Name: _Linda Madding_ | | G4 P4 | Date: _2/28/02_ | Allergies: _Ibuprofen / ASA_ |
| HT: 5'3" WT: 154½ BMI: | BP: 132/70 Temp: | Pulse: | Respirations: | Medications: _Sleeping pill_ |
| LMP: _Hyst 2000_ | BCM: _Hyst_ | Last Pap Result: | Last Mammogram: _2001_ | _Lamisil_ _Premarin_ |

**History of Present Illness**

_Needs annual exam. Gets colonoscopies q 5yr._
_Has problems c hemorrhoids! some freq bgds / epigastric_
_pain. Also c stress / urgency incontinence._

**EXAM**

| | |
|---|---|
| General Appearance: | ☑ Well developed   ☑ Well nourished   ☑ Normal mood/affect   ☐ Oriented x 3   ☐ No acute distress |
| Neck | ☑ Supple   ☑ Without masses   ☑ Without thyromegaly |
| Breast | ☑ No dominant masses   ☑ No skin changes   ☑ No nipple discharge |
| Lungs | ☑ Clear to auscultation bilaterally   ☑ Normal respiratory effort |
| Heart | ☑ Regular rhythm and rate   ☑ No murmurs/gallops |
| Abdomen | ☑ Soft, non-distended   ☑ No masses/HSM   ☑ No Hernias |
| Back | ☑ No CVA tenderness |
| Skin | ☑ No lesions   ☐ No abnormal moles |
| Lymphatic | ☑ No neck   ☐ No axillare   ☑ No groin lymphadenopathy |
| Extremities | ☑ Without varicosities   ☑ Without edema   ☑ Nontender calves |
| Pelvic Exam | ☑ Normal external genitalia |
| Urethral meatus/urethra | ☑ Without lesions, tenderness or prolapse |
| Bladder | ☐ Without masses, tenderness   ☐ Well supported |
| Vagina | ☑ Well supported   ☐ No lesions   ☑ No abnormal discharge |
| Cervix | ☐ Without lesions   ☐ No CMT |
| Uterus     Position: | ☐ Normal size & shape   ☐ Nontender   ☐ Without descent |
| Adnexa | ☑ Normal size   ☑ No adnexal masses   ☑ No tenderness |
| Anus/Perineum | ☑ No lesions |
| Rectal: | ☐ Normal sphincter tone   ☐ No (hemorrhoids)   ☐ No tenderness |

_CYSTOCELE_
_prolapsing w/o_
_SURGICALLY ABSENT_
_SURGICALLY ABSENT_

_Rectocele mild_
_DEFERRED_

**Other findings:**

® Valley Women's Clinic (425) 228-0722   www.valleywomens.com
Please seek permission from Valley Women's Clinic, PLLC, before reproducing this form for your clinic use.

(Last Updated 10/19/2001)

MADDINGL_VALWC_MDR00013

**Valley Women's Clinic** *Linda Madding*   **New Patient Health Questionnaire and Exam Form**   **Page 4**

## Education and Counseling:

- ☐ Diet and exercise, including fat, cholesterol/atherosclerosis and cardio health; weight reduction
- ☐ Substance abuse, including cocaine, marijuana, hallucinogens, barbiturates, tobacco and ETOH
- ☐ Sexual practices, including STD's, partner selection, condoms, high risk practices and pregnancy
- ☐ Injury prevention, safety belt use, violent behavior, firearms and sports injury
- ☐ Psychological concerns, depression/anxiety, abuse, family interactions, personal goals

- ☐ Contraception/Pregnancy Planning
- ☐ Dental Health
- ☐ Self breast exam
- ☐ Osteoporosis prevention, Calcium, Vitamin D
- ☐ Hormone replacement therapy

## Assessment:

*Cystocele / rectocele*
*3ince uterine prolapse*

## Plan:

☑ Pap  ☑ Mammogram  ☐ Hemoccult  ☐ Colonoscopy  ☐ Fasting Lipids

*Will plan to schedule surg*
*late april.*
*Mammogram. Referral given*
*ext in pelvic support / TVT*
*Given*
*To see for preop prior*
*to day*

Provider Signature: _(signature)_
Chart notes Dictated:  Yes   No   CC to PCP:  Yes   No

Amount of time spent:   10  15  **20**  30  45  60

## Lab Results

| | | | | |
|---|---|---|---|---|
| Fecal Occult | ☐ Neg | ☐ Pos | Instructions: | *Pap annl* |
| Blood Work | ☐ NL | ☐ Other | Instructions: | |
| Cultures | ☐ NL | ☐ Other | Instructions: | |
| Notified by | ☑ Mail | ☐ Phone | Sig: | |
| Patient in recall for: | *Ann* *yr* | | | |
| Notes: | | | | |

® Valley Women's Clinic (425) 228-0722   www.valleywomens.com
Please seek permission from Valley Women's Clinic, PLLC, before reproducing this form for your clinic use.

(Last Updated 10/19/2001)

MADDINGL_VALWC_MDR00014

**EXHIBIT 4**

**Progress Notes**

PATIENT'S NAME: LINDA MADDING

| Date | |
|------|---|
| 4/11/02 | LINDA ███ y/o HERE FOR PRE OP |
| | BP: 120/70          MED: PREMARIN .625 |
| | WT: 154½                 ALL: ASA |
| | PULSE: 84 |
| | TEMP: 97.8 |
| | |
| | Discussion & pre-op for A3 Prolapse sacrospinous fixation |
| | & TVT placement |
| | Dx is pelvic procidentia c̄ SUI S/P prior hysterectomy |
| | Leaks urine when she coughs / sneezes |
| | PE heart regular |
| | |
| | lungs clean |
| | |
| | Imp: symptoms of pelvic procidentia c̄ SUI |
| | |
| | Plan vaginal repair to consist of A3 Prepair, |
| | sacrospinous fixation, & placement of TVT. |
| | |
| | reviewed benefits of reconstruction of pelvic |
| | support + TVT placement |
| | reviewed risks of bleeding, infection, trauma |
| | to bladder / bowel, irritable bladder, & need |
| | for further surgery if her repair fails |
| | scheduled for surgery — see pre op note |
| | |
| | ⟨signature⟩ |
| 4-29-02 | Linda - Anterior - Posterior repair, sacrospinous |
| | fixation and placement of Tension - |
| | Free vaginal tape |
| | Dr Sloiter        Dr Kamorow Assist |
| | DX: Vaginal Vault prolapse, cystocele, |
| (BD) | rectocele, stress urinary incontinence. |

Valley Women's Clinic   17722 Talbot Road South Renton, WA   98055   Medical Records: (425) 271-4303   Fax: (425) 271-2566

Form revised: 07/23/99                                   Page # _____

MADDINGL_VALWC_MDR00006

**EXHIBIT 5**

86 0350 8   8 97                              CHART COPY

**PATIENT** MADDING, LINDA J                                    **PATIENT NO**

Washington State law guarantees that you have both the right and the obligation to make decisions concerning your health care. Your physician can provide you with the necessary information and advice, but as a member of the health care team, you must enter into the decision making process. This form has been designed to acknowledge your acceptance of treatment recommended by your physician.

**1** I hereby authorize Dr. TAMARA SLEETER, M.D. and/or such associates or assistants as may be selected by said physician to treat the following condition(s) which has (have) been explained to me. (Explain the nature of the condition(s) in professional and lay language.)

CYSTOCELE

PELVIC PROCEDENTIA

STRESS URINARY INCONTINENCE- inability to hold urine

**2** The procedures planned for treatment of my condition(s) have been explained to me by my physician. I understand them to be (Describe procedures to be performed in professional and lay language.) ANTERIOR REPAIR, POSS POSTERIOR REPAIR  repair cystocele poss rectocele. TENSION VAGINAL TAPE sling op for SUI  SACROSPINOUS FIXATION- fixation to top of one of the pelvic bones.

**3** I recognize that during the course of the operation post operative care, medical treatment anesthesia or other procedure unforeseen conditions may necessitate additional or different procedures than those above set forth. I therefore authorize my above named physician, and his or her assistants or designees, **to perform such surgical or other procedures as are in the exercise of his, her or their professional judgement necessary and desirable** The authority granted under this paragraph shall extend to the treatment of all conditions that require treatment and are not known to my physician at the time the medical or surgical procedure is commenced.

**4** I have been informed that there are significant risks such as severe loss of blood infection and cardiac arrest that can lead to death or permanent or partial disability which may be attendant to the performance of any procedure. **I acknowledge that no warranty or guarantee has been made to me as to result or cure**

**IMPORTANT  HAVE PATIENT CHECK (✓) FULL OR LIMITED DISCLOSURE BOX AND SIGN AT BOTTOM OF FORM**

**FULL DISCLOSURE**

I certify that my physician has informed me of the nature and character of the proposed treatment the anticipated results of the proposed treatment, the possible alternative forms of treatment and the recognized serious risks complications and alternative forms of treatment including non treatment

**LIMITED DISCLOSURE**

I certify that my physician has explained to me that I have the right to have clearly described to me the nature and character of the proposed treatment the anticipated results of the proposed treatment the alternative forms of treatment and the recognized serious possible risks complications and the anticipated benefits involved in the proposed treatment and in the alternative forms of treatment including non treatment  I do not wish to have these risks explained to me

Any sections below which do not apply to the proposed treatment may be crossed out  All sections crossed out must be initialed by both physician and patient  CIRCLE #6 IF CONSENT IS FOR NON SURGICAL BLOOD ADMINISTRATION

**5** I consent to the administration of anesthesia by any attending physician by an anesthesiologist  or other qualified party under the direction of a physician as may be deemed necessary  I understand that all anesthetics involve risks of complications and serious possible damage to vital organs such as the brain heart, lung liver and kidney and that in some cases may result in paralysis  cardiac arrest and/or brain death from both known and unknown causes

**6** I consent to the use of transfusion of blood and blood products as deemed necessary  The risks (allergic reaction  possible exposure to infections such as hepatitis or AIDS) the benefits, and the alternatives have been explained to me

**7** Any tissues or parts surgically removed may be disposed of by the hospital or physician in accordance with accustomed practice

**PHYSICIAN'S STATEMENT**
The medical procedure or surgery stated on this form, including the possible risks  complications, alternative treatments (including non treatment) and anticipated results  were explained by me to the patient or his/her representatives before the patient or his/her representatives consented

PHYSICIAN S SIGNATURE _____   DATE  4-11-02

**PATIENT OR PATIENT REPRESENTATIVE S ACKNOWLEDGEMENT**
I acknowledge that I have read (or have had read to me) and fully understand the above consent, the explanations referred to were made and all blanks or statements requiring insertion or completion were filled in before I affixed my signature.
SIGNATURE OF PATIENT OR PATIENT REPRESENTATIVE _____ DATE 4/11/02 TIME 9:45
RELATIONSHIP OF LEGALLY RESPONSIBLE PERSON TO PATIENT

**WITNESS ACKNOWLEDGEMENT**
I acknowledge that I, as witness, have identified the above individual and I have observed his/her signature on this document
WITNESS SIGNATURE _____  DATE 4/11/02  TIME 945/AM

**VALLEY MEDICAL CENTER**

**SPECIAL CONSENT TO OPERATION,
POST OPERATIVE CARE,
MEDICAL TREATMENT, ANESTHESIA,
BLOOD OR BLOOD PRODUCT ADMINISTRATION,
OR OTHER PROCEDURE**

Valley Medical Center Patient MADDING, LINDA J - MRN: 341868 - Age: 150232GF T

ADDRESSOGRAPH

PLW

INPATIENT
F
MADDING, LINDA   J
SUR

Informed Consent - Page 1/1                          Job 1265 (03/28/2013 13:49) - Page 151 Doc# 79

**MADDINGL_WPHDI_MDR00152**

**EXHIBIT 6**

Linda J. Madding

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC | ) MASTER FILE NO. |
| REPAIR SYSTEM PRODUCTS LIABILITY | ) 2:12-MD-02327 |
| LITIGATION | )   MDL 2327 |
| | ) |
| | ) JOSEPH R. GOODWIN |
| | ) U.S. DISTRICT JUDGE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| LINDA J. MADDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:12-CV-02512 |
| | ) |
| ETHICON, INC., et al., | ) |
| | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF LINDA J. MADDING

June 14, 2016

Seattle, Washington

Linda J. Madding

Page 71

1   A   Correct.

2   Q   You relied on Dr. Sleeter that the TVT product and the

3       surgery was necessary and appropriate to treat your

4       symptoms?

5                   MR. KRAMER:  Objection; form.

6                   THE WITNESS:  Yes.

7   Q   (By Ms. Rothermel)  Do you recall asking Dr. Sleeter any

8       questions?

9   A   No.

10                  MR. KRAMER:  Objection to the form of

11      the question.

12  Q   (By Ms. Rothermel)  You could have asked Dr. Sleeter

13      questions if you wanted to, right?

14                  MR. KRAMER:  Objection; form.

15                  THE WITNESS:  Yes.

16  Q   (By Ms. Rothermel)  Do you recall if Dr. Sleeter ever

17      showed you any written information about the TVT product?

18  A   No.

19  Q   And that was a bad question, so I'll ask it again.

20      Sometimes us lawyers ask bad questions.

21      Did Dr. Sleeter show you any written information

22      about the TVT product?

23                  MR. KRAMER:  Objection; form.

24                  THE WITNESS:  No.

25  Q   (By Ms. Rothermel)  Why did you decide to have surgery

Linda J. Madding

Page 80

```
 1                      THE WITNESS:  I don't recall.
 2    Q   (By Ms. Rothermel)  How about a month after the surgery?
 3                      MR. KRAMER:  Objection; form.
 4                      MS. ROTHERMEL:  Sorry, that wasn't a
 5         question, but--
 6                      MR. KRAMER:  Oh.
 7                      MS. ROTHERMEL:  Now I'm moving to a
 8         month after the surgery.
 9    Q   (By Ms. Rothermel)  About a month after the surgery, were
10         you still living alone?
11    A   Yes.
12    Q   Were you able to take care of yourself?
13                      MR. KRAMER:  Objection; form.
14             Are we still talking about a month after the
15         surgery?
16                      MS. ROTHERMEL:  Yes.
17    Q   (By Ms. Rothermel)  A month after the surgery, were you
18         able to take care of yourself?
19    A   I'm sure I was, yes.
20    Q   What were the first symptoms that you experienced after
21         the surgery that indicated to you that something was
22         wrong?
23                      MR. KRAMER:  Objection; form.
24                      THE WITNESS:  I can't tell you when,
25         if it was immediately after.
```

Linda J. Madding

Page 81

1          I had difficulty urinating.

2    Q    (By Ms. Rothermel)  Prior to the surgery had you ever

3         experienced difficulty urinating?

4    A    No.

5    Q    So this was a new symptom that you were experiencing?

6    A    Yep.

7    Q    What did you do about that?

8                        MR. KRAMER:  Objection; form.

9                        THE WITNESS:  I don't remember.

10   Q    (By Ms. Rothermel)  Do you know if you went to the

11        doctor?

12                       MR. KRAMER:  Objection; form.

13                       THE WITNESS:  I don't remember.

14        I'm sure I considered it, if I didn't.

15        I just don't remember.

16   Q    (By Ms. Rothermel)  Describe for me what you mean by

17        "difficulty urinating."

18   A    I would feel like I needed to go and then go sit down and

19        maybe dribble a little bit, but not empty.

20   Q    To the best of your recollection, was this in the first

21        couple of months after the surgery that you experienced

22        that?

23                       MR. KRAMER:  Objection; form.

24                       THE WITNESS:  I don't remember.

25   Q    (By Ms. Rothermel)  Do you recall if it was in the first

Linda J. Madding

Page 93

1     removed?

2   A   Mm-hm, yes.

3   Q   And you thought that removing the mesh would possibly

4       resolve your incomplete bladder emptying?

5   A   Yes.

6   Q   So you thought the mesh was somehow causing your

7       incomplete bladder emptying?

8                     MR. KRAMER:  Objection; form.

9                     THE WITNESS:  I did not.

10  Q   (By Ms. Rothermel)  So you didn't think that the mesh was

11      causing your incomplete bladder emptying, but you thought

12      that removing it might stop the incomplete bladder

13      emptying?

14  A   Yes.

15  Q   Did you follow Dr. McKay's recommendation and undergo

16      that surgery?

17  A   Yes.

18  Q   What is your understanding of the surgery-- I'll start

19      again.

20          You said that Dr. McKay told you he could remove the

21      sling.

22          Is it your understanding that Dr. McKay removed the

23      entire sling?

24  A   I don't know.

25  Q   What did Dr. McKay tell you about the surgery he was

Linda J. Madding

Page 100

1    Q    Was the-- did you ever experience urinary leakage?

2              MR. KRAMER:  Objection; form.

3              THE WITNESS:  Yes.

4    Q    (By Ms. Rothermel)  Did you go see a doctor, after that

5         second surgery, about urine incontinence?

6    A    No.

7    Q    Have you ever seen a doctor about that?

8    A    No.

9    Q    And we'll talk about your current condition in a little

10        bit, okay?

11            Did Dr. McKay tell you that there were risks

12        associated with the TVT takedown surgery?

13   A    I don't recall.

14   Q    At the time of the takedown surgery, in March 2005, you

15        certainly knew that there were risks associated with

16        surgeries, right?

17   A    Yes.

18             MR. KRAMER:  Objection; form.

19   Q    (By Ms. Rothermel)  And you knew there were risks

20        associated with the anesthesia alone, correct?

21             MR. KRAMER:  Objection; form.

22             THE WITNESS:  Yes.

23   Q    (By Ms. Rothermel)  So after the 2005 surgery, did your

24        inability to urinate get better at all?

25   A    Yes.

Linda J. Madding

Page 103

```
 1   Q   How often do you currently experience urinary
 2       incontinence?
 3   A   Just mostly when I have to urinate and I cough a lot or
 4       if I'm working in the yard and, you know, I don't get to
 5       the bathroom soon enough.
 6   Q   How many times a week does that occur?
 7   A   I don't know.  I have no idea.
 8   Q   Does it occur every day?
 9                   MR. KRAMER:  Objection; form.
10                   THE WITNESS:  Maybe.
11       I will say "yes."
12   Q   (By Ms. Rothermel)  And when you leak urine, how much
13       urine do you leak?
14   A   Just minute.
15   Q   Just a few drops?
16   A   Yes.
17   Q   Do you wear a pad?
18   A   No.
19   Q   Are you currently seeing any physician for your urinary
20       incontinence?
21   A   No.
22   Q   And I've seen a lot of COPD records where you've
23       complained of a cough, and you have never complained to
24       any of those doctors about having urinary leakage with
25       the cough?
```

Linda J. Madding

Page 104

1    A    No.

2    Q    Is that because the leakage isn't that bad that you feel

3         that you need medical treatment?

4    A    No.

5    Q    Okay.  Why haven't you complained to any doctor about it?

6    A    Because I don't want them to discover something wrong

7         again and want to fix it, and I'm just fine dealing with

8         it myself.

9             They already tried to fix it once.

10   Q    And you're okay now?

11   A    I still have it.

12            It's not fixed.

13   Q    When was the last time that you saw a doctor for your

14        urinary incontinence?

15   A    Dr. McKay, I guess.

16   Q    Any plans to go see any doctors related to your urinary

17        incontinence?

18   A    Nope.

19   Q    Are you currently experiencing any other medical issues

20        that we have not discussed?

21   A    No.

22   Q    Okay.  What injuries do you claim that you suffered as a

23        result of the mesh?

24   A    Well, I had the mesh done in April of 2002.  I dealt with

25        it almost three solid years.

Linda J. Madding

Page 105

1          Now, you know, going to the doctor back and forth,

2     having tests, cathing for months, wearing a bag, and then

3     cathing again-- I mean, yeah, that's what I say.  That's

4     my injuries.

5  Q  And that's the-- and that was-- the doctors' appointments

6     and the cathing were related to the incomplete bladder

7     emptying; is that correct?

8  A  Yes, and it was painful.

9  Q  Where did you experience pain, between 2002 and 2005?

10 A  The uncomfortable of it.

11 Q  Uncomfortable to have to cath?

12 A  Yes, and wearing it.

13 Q  Have you suffered any injuries since March 2005, that you

14    claim are related to the TVT product?

15                    MR. KRAMER:  Objection; form.

16                    THE WITNESS:  No.

17 Q  (By Ms. Rothermel)  Why do you think that the incomplete

18    bladder emptying and the cathing is related to the mesh?

19                    MR. KRAMER:  Objection; form.

20                    THE WITNESS:  I have no idea.

21 Q  (By Ms. Rothermel)  Why did you file a lawsuit?

22                    MR. KRAMER:  Objection; form.

23                    THE WITNESS:  Because long about years

24    after, sometime in 2010 or 2011 maybe, my girlfriend

25    called me because she had it done-- not a girlfriend, an

Linda J. Madding

Page 106

1      acquaintance.  She had it done, and she heard that there

2      were some problems with them and did I experience any

3      problems with mine, and I said, "Well, they took it out."

4          That's when she referred me to TorHoerman Law.

5   Q  (By Ms. Rothermel)  What is your friend's name?

6   A  I don't want to give you that.

7   Q  I'm entitled to know who--

8   A  Then my attorney can.

9                  MR. KRAMER:  If you can answer the

10     question, it's okay.

11                 THE WITNESS:  Okay.  Leona Klein.

12  Q  (By Ms. Rothermel)  What is her last name?

13  A  Klein, K-L-E-I-N.

14  Q  And how do you know Leona?

15  A  She was a neighbor.

16  Q  And you had previously told Leona that you had the mesh

17     surgery?

18  A  Yeah, I must have.  I must have some time or another.

19  Q  Is Leona still your neighbor?

20  A  No.

21  Q  Where does she live?

22  A  She lives in Hoodsport, Washington.

23                 MR. JOHNSON:  Where at?

24                 THE WITNESS:  Hoodsport.

25  Q  (By Ms. Rothermel)  Did Leona have a mesh implant?

Linda J. Madding

Page 121

1          the surgery, carried with it a risk of death, correct?

2     A    Yes.

3                    MR. KRAMER:  Objection.

4     Q    (By Ms. Rothermel)  And you were willing to accept that

5          risk and go forward with the surgery, correct?

6                    MR. KRAMER:  Objection; form.

7                    THE WITNESS:  Yes.

8                    MS. ROTHERMEL:  Let's go off the

9          record for a minute.

10                   VIDEOGRAPHER:  Going off the record at

11         5:21.

12                                   (Recess 5:21 to 5:24 p.m.)

13

14                   VIDEOGRAPHER:  We are back on the

15         record at 5:24.

16    Q    (By Ms. Rothermel)  Mrs. Madding, in deciding to have

17         both of the surgeries that we've discussed here today,

18         you've relied on your doctors, didn't you?

19                   MR. KRAMER:  Objection; form.

20                   THE WITNESS:  Yes.

21    Q    (By Ms. Rothermel)  And you trusted the experience and

22         knowledge of your doctors, right?

23                   MR. KRAMER:  Objection; form.

24                   THE WITNESS:  Yes.

25    Q    (By Ms. Rothermel)  And your doctors told you of some

Linda J. Madding

1          risks associated with the surgeries, correct?

2                          MR. KRAMER:  Objection; form.

3                          THE WITNESS:  Yes.

4    Q    (By Ms. Rothermel)  And you had the surgeries despite the

5          fact that there were some risks, right?

6    A    Yes.

7    Q    And that's because you relied on your doctor and your

8          doctor's knowledge of the risks?

9                          MR. KRAMER:  Objection; form.

10                         THE WITNESS:  Yes.

11   Q    (By Ms. Rothermel)  Ms. Madding, you have been a smoker

12         for about 45 years, right?

13   A    Mm-hm, yes.

14   Q    And you know that there's a risk of lung cancer

15         associated with smoking, right?

16   A    Yes.

17   Q    And you know that there's a risk of throat cancer

18         associated with smoking?

19   A    Yes.

20   Q    You know that there's a risk of premature death

21         associated with smoking?

22   A    Yes.

23   Q    And doctors have told you all of those risks, right?

24   A    Yes.

25   Q    And doctors have told you to stop smoking, right?