EXHIBIT 13

**Progress Notes**

PATIENT'S NAME: Linda Madding

| Date | |
|---|---|
| 6/18/02 | Post-Op ✓   [REDACTED] y.o.   Wt: 147   BP: 132/70   P: 84 |
| | A: ASA   BCU: Hyst.   Rx: Premarin .625 |
| | Hydrocodone p.r.n. |
| | 5) Dysuria + ↑ frequency. ⊕ urgency.   PVR 25-50cc |
| | Self cath   BID - TID.   (If has ~150-200 cc) |
| | Feels bulge @ vagina.   ⊘ F/C/N/V. ⊘ Back pain |
| | 0) Gen - A+O. NAD |
| | CV - RRR |
| | Sys- nl resp effort. ⊕ CTA |
| | Back - ⊘ CVAT |
| | Abd - NABS.   Soft.   NT/ND |
| | Pelvic - EA BUS — O Cervix |
| | vagina — @ abnl d/c |
| | Gr III cystocoele, Gr II vag prolapse. |
| | TVT incision healg well |
| | Bladder -   2/4 tenderness |
| | Bimanual — NT adnexae / ⊘ mass |
| | U/A: ⊕ blood, ⊕ nit, ⊕ LE |
| | |
| | A) Cystitis, c̄ ↑ risk 2° to self caths, ⊘ evid pye |
| | S/P AP repair / SSLS / TVT   04·29·02 |
| | |
| | P) Cipro   250mg PO BID × 7d |
| | Pyridium   200 mg PO TID × 2d   #6 |
| | UCx |
| | D/C   self cath, unless difficulty voiding |
| | ↑ PO fluids |
| | Pt encouraged to avoid heavy lifting |
| | F/U   2 wks   sooner prn, c̄ Dr. Sleeter |
| | |
| | [signature] Susan |
| | |
| | |

Form Revised: 06/26/01                    Page#_____

Valley Womens Clinic Talbot Road South Renton, Wa 98055   Medical Records: (425) 271-4303   Fax: (425) 271-2566

EXHIBIT 14

Progress Notes

PATIENT'S NAME: LINDA MADDING

| Date | |
|------|---|
| 7/11/02 | LINDA HERE FOR POST OP ✓ (10½ wks) [REDACTED] y/o, feels good. |
| | BP: 130/84          Rx: PREMARIN .625 |
| | All: ASA |
| | |
| | PE abd soft |
| | PV ✓ cystocele 10, TVT holding nicely, |
| | sacrospinous stitch holding well, |
| | post repair holding well! |
| | Pt doing well |
| | Will see in 6 months |
| | |
| 1/30/03 | Recheck — cont to have trouble c urination. |
| | Not good flow - urine dribbles/slow to |
| | empty. / ⊖ leaking    ↑ urgency. |
| | Meds: Premarin    still self cathing @ times: 50-75 residual. |
| | Niacin |
| | Zantac   PE PV external - perineum OK |
| | + Vits    vagina — posterior - good support, sacro- |
| | spinous stitch holding nicely |
| | — ant 2° cystocele recurrc̄ |
| | anterior repair defect |
| | — TVT is holding nicely |
| | |
| | Pt recurrent cystocele c̄ questions about bladder |
| | function |
| | Plan urodynamics to be scheduled |
| | until CHS sent |

10 DIP     *Linda Madding*

Glucose: ⊖   Bill:   Ketone: ⊖
SG: 1.005   Blood: 1+   pH:
Protein:   Uro:   Nitrite: +
Leuko:

Many bacteria / WBC's
urine culture sent

Rx macrobid [REDACTED]
↑ BID × 7 days,
rest to use if symp recur

Page # _____

MADDINGL_VALWC_MDR00009

Valley Women's Clinic   17722 Talbot Road South Renton, WA   98055   Medical Records:  (425) 271-4303   Fax: (425) 271-2506

EXHIBIT 15



Valley Medical Center
**Clinic Network**

*PROGRESS NOTE* AUG 2 0 2002



MADDING LINDA J
REDACTED

Date _____

Patient Concerns/Chief Complaint: Bad Pain in (L) ear

Pain Related to Current Visit: ☑ Yes ☐ No  Sinus problems ?

Current Medications/OTC/Herbals: 8/10 Pain
Prenatin

| Vital Signs | |
|---|---|
| Wt _____ | Ht _____ |
| BP 126/82 | P 74 |
| RR _____ | T 96.8 |
| LMP _____ | Age REDACTED |

Smoker ☑ Yes ☐ No    Ready to Quit ☐ Yes ☑ No    2nd Hand Smoke ☑ Yes ☐ No    Handouts ☐ Yes ☑ No Refuse

Allergies: ASA    Nurse/MA: _____

HPI: 3-4 days (L) ear pain, tried wax removal;
(1) Sinus stuffiness, dt, pain; NO URI next wk. ear mostly feels plugged
(2) 4/29/02 bladder sling - cath x1mo, then self cathed x 2 wks)
not emptying completely    occas (3) sharp pains

**ROS**
Check if routinely questioned/examined according to the Progress Note Guidelines Form, document if positive.

**PE**

**NOTES**

| | |
|---|---|
| ☐ General/Constitutional ☑ | had surg 4/02, worse in am, OK in pm |
| ☐ Eyes ☐ | |
| ☐ ENT ☑ | (L) canal sl red, Ø wax, TM Ø fluid |
| ☐ Neck ☑ | |
| ☐ Resp ☑ | (L) on pharsu |
| ☐ CV ☑ | |
| ☐ Breasts/Axilla/Chest ☐ | |
| ☐ Abd/GI ☐ | |
| ☐ GU/Pelvic ☐ | long disc re |
| ☐ Lymph/Heme ☐ | eustachion tube dis, |
| ☐ MS ☐ | and pelvic sling |
| ☐ Skin ☐ | surg. |
| ☐ Neuro ☐ | |
| ☐ Psych ☐ | |
| ☐ Endo | |
| ☐ Allergic/Immunologic | |

Assessment: (1) ETD → sfcare c Afrin/sudafed
(2) mild otitis ext → cont Debrox
Plan: (3) urinary hesitancy 3mo out fr surg -
(4) Alip it's OK to intermittantly cath in am
& flu c sleeter
Patient Education Handouts: can have U/A pm
Total Time: _____  ☐ > than 50% Counseling/  MD DO PA-C ARNP Signature: _____
per upids

Check if dictated ☐

Form # 86-0043-9 (12/99)

MADDINGL_LSPC_MDR00067

EXHIBIT 16

Progress Notes

PATIENT'S NAME: LINDA MADDING

Valley Women's Clinic   17722 Talbot Road South Renton, WA   98055   Medical Records: (425) 271-4303   Fax: (425) 271-2586

| Date | |
|---|---|
| 7/11/02 | LINDA, HERE FOR POST OP ✓ (10½ WKs) [REDACTED] y/o, feels good. |
| | BP: 136/84     Rx: PREMARIN .625 |
| | All: ASA |
| | PE abd soft |
| | PV ✓ cystocele 10    TVT holding nicely |
| | sacrospinous stitch holding well, |
| | post repair holding well |
| | Imp doing well |
| | Rx see in 6 months |
| | [signature] t mp |
| 1/30/03 | Recheck — cont to have trouble c̄ urination. |
| | Not good flow - urine dribbles ↑slow to |
| | empty. / ∅ leaking    ↑ urgency. |
| Meds: Premarin | still self cathing @ times  50-75 residual. |
| Niacin | |
| Zantac | PE PV external - perineum OK |
| + vits | vagina - posterior - good support Sacro— |
| | spinous stitch holding nicely |
| | — ant 2° cystocele recurr c̄ |
| | anterior relpill defect |
| | — ∅VT is holding nicely |
| | Imp recurrent cystocele c̄ questions abt bladder |
| | function |
| | Plan urodynamics to be scheduled |
| | urine C&S sent |
| | [signature] mp |
| | 10 DIP   Linda Madding |
| | Glucose: ⊖   Bili:   Ketone: ⊖ |
| | SG: 1.005   Blood: tr   pH: |
| | Protein:   Uro:   Nitrite: + |
| | Leuko: |

Rx macrobid [REDACTED]
↑ BID × 7 days,
rest to use if symp recur

Form rev    Many bacteria / WBC's
urine culture sent

Page # _____

MADDINGL_VALWC_MDR00009

EXHIBIT 17

# VALLEY WOMEN'S CLINIC

## BLADDER HEALTH QUESTIONNAIRE

Please complete this form carefully (inserting "NA" if the question does not apply to you) and bring it with you on the day of your appointment.

Name _Linda J. MADDING_   Allergies _ASPRIN PRODUCTS_

Date this form is completed _2/19/03_   Date of appointment _____

How often do you urinate during the day? _6 - 10 times_

How often to you get up at night to urinate? _2 - 3 times_

How long ago did your bladder problems begin? _~~APRIL~~ MAY 2002_

Do you usually have a strong sense of urgency to urinate?  (Yes)  No

Can you easily postpone emptying your bladder?  Yes  (No)

Does the sight, sound or feel of running water cause you to leak urine? Yes  (No)

Do you experience pain when your bladder is full?  (Yes)  No

Do you have difficulty starting your urine stream?  (Yes)  No _Sometime_

Do you have to wait more than 1 minute for your urine stream to begin? (Yes)  No _Sometime_

When urinating, are you able to stop midstream?  (Yes)  No

Do you experience low abdominal pain when urinating?  Yes  (No)

Do you feel that you completely empty your bladder?  Yes  (No)

Do you notice dribbling of urine after emptying your bladder?  Yes  (No)

Have you ever had a tube placed in your bladder because you
  were unable to empty your bladder?  (Yes)  No

Circle any of the following if they apply to you.  I lose urine when I:
  Am lying down or asleep    Sneeze    Cough    Jump    Run    Laugh
  Stand up from a sitting position    Am not even aware of it
  Have intercourse    Bend down

How much urine do you lose at these times? _N/A_
  Drops___  Wet pants___  "Flood" (to the floor) _____ _N/A_

Do you wear protection for urinary leakage?  Yes  (No)

If yes, what do you use?    Pantyliners___  Maxi pads___  Briefs___

How many do you use each day?    Pantyliners___  Maxi pads___  Briefs___

When do you change the pantyliner/pad/brief?  When damp___ When soaked___

When, if ever, have you had your urethra dilated or stretched? _NONE_

When, if ever, have you passed blood in your urine? ___ _NONE_

When, if ever, have you had a kidney or bladder stone? _NONE_

- 1 -

FEB 2 1 2003

MADDINGL_VALWC_MDR00071

Have you been treated for 3 or more urinary tract infections?     Yes  (No)
Have you had an infection within the last 6 months?     (Yes)  No
How often, if ever, do you leak stool?  _normal when coughing/ constipation used to be_
How often, if ever, do you experience constipation?  _None recently / a problem_
How many live births, if any, have you had?  _4_     Vaginal _4_  C-section____
Did your bladder problem begin after you had a live birth?     Yes  (No)
If yes, after how many live births?_____

Which treatments, if any, have you tried in the past for your bladder problems?
Kegel exercises _✓_ Pessary insertion___ Fluid/diet change___ Collagen injections___
Medications (list them) _Surgery_
Surgery (list them) _#- 2002   APRIL 29th_

Please list all medications you have taken over the last 6 months:
_PREMARINE / ZANTAC (RANITIDINE) microbid 100mg._
_STILL TAKING      300 mg. Still Taking_
_500 mg. 3 once daily_
_Ninonie_

Please list all surgeries, if any, that you have had and the dates of each:
_3 KNEE SURGERY 1998/1999 / Colonoscopy 1999_
_Bladder "  2002   / Colonoscopy 2003 Jan_
_CARPARAL TUNNEL 1992   /   30's_
_HYSTORECTOMY 1980's_

Please circle any of the following conditions, if any, that you have:

Heart problems          Multiple sclerosis
High blood pressure     Diabetes
Asthma                  Stroke
(Arthritis)             Other_____
Back injury (when and what type)
_Small ulcer    ( I have an going diareah I've_
_used aitracel didn't ulcer once a_
_day)_

Updated 1/14/03 (kkt)

MADDINGL_VALWC_MDR00072

EXHIBIT 18

**Progress Notes**

PATIENT'S NAME: *Linda Madding*

| Date | |
|---|---|
| 2/10/03 | Sent card to adv of ⊕ urine C&S. Reminded to call to sched urodynamics testing / Ⓢ |
| 2/14/02 | TC c̄ pt. Colonoscopy to be done on 2/20/02. Will speak c̄ Jan & coordinate UDS for the following week. — *K. Fierle MD* |
| 3/14/05 | PC c̄ discussion re recent Urodynamic testing. Adv minimal residual / good flow studies. Dr Fierle suggests Rx Detrol 2mg #30 ī qd. Rx called to Ellinger Phar c̄ **REDACTED** Tcups |
| 4-17-03 | PC — on detrol "⊕ help" cont. to go or urgency — feels like ⊕ emptying bladder "dribbly, slow stream". Also "feels like might have injection" ⊕ pain c̄ void. Adv RTC for eval — *B Janssen LP* |
| 4.17.03 | A&E **REDACTED** BP 138/70                              Meds: Preon. 625 Allergic- ASA   BCM-HRN.                    Hydrochlor ⊕ c̄ UTI — See above note — Denies          Detrol dysuria — but h̄s ↑ freq. in AM. Some "Pressure" like when she had UTI before. States urinary sym are much worse than prior to surgery. Rx. E&Race Cream ⅓ apple. PV 2X/wk — S — X2 given to pt. Detrol LA 4mg — ī po. qd #30 0Rf — S — X2 given to pt. Sample wet pt. |

Madding, Linda
Glucose: ⊖   Bill:         Ketone: ⊖
SG: 1.010   Blood: ⊖   pH: 5
Protein: ⊖   Uro:        Nitrite: ⊖
Leuko: ⊖

Page # _____

Valley Women's Clinic   1722 (athol Road South Renton, WA 99055   Medical Records: (425) 271-4333   Fax: (425) 271-2566

MADDINGL_VALWC_MDR00010

4-17-03  Madding, Linda

Continues to have some problems with voiding particularly in the morning.  In the morning it takes 2-3 trips to the bathroom to empty her bladder then she does better.  Her stream is on the slow side.

Urodynamics were reviewed.  She had a 5 cc residual volume.  Bladder capacity is somewhat reduced at 200 cc.  Flow rates were 3 cc/second.  At this rate it would take 1-2 minutes to empty the bladder which is about what she would do.  Her maximum capacity is on the order of 200 cc and she has a fair amount of spasticity.

I suspect she is not on enough detrol.  Also, she may have some estrogen related changes in the vaginal area.

We will try to increase her detrol to 4 mg/day.  Also we will add estrace vaginal cream ½ applicator full in the vagina twice a week.  Some samples and a prescription were dispensed and she will let us know how she is doing.

Tamara J. Sleeter, M.D.

EXHIBIT 19

**Valley Medical Center**
**Clinic Network**

# PROGRESS NOTE

MADDING LINDA J
**REDACTED**

Date _____ Nurse/MA Initials _____
Pain related to this visit Y ☐ N ☐

Smoker ☐ No ☑ Yes _____ ppd
Smoking handouts given ☐

WT 151  Ht _____  Vitals: T 98.3  BP 150/90  P 80  RR 16  Age _____  LMP _____

CC: "Not peeing right", Frequent urinating, feels not done,

HPI (213=1-3 elements, 214/215=4+ elements+chronic illnesses) Worse in am.   Meds ☐ Med List Updated ☐
Estrace not taking
Self cathing since bladder   Premarin 0.625
surg off & on. last time

Allergies ASA

PFSH (213=NA, 214=1 req, 215=2 req, 3 if new) Database updated & reviewed ☐

ROS: Check if not a problem. Circle if present. (213=1 system req, 214=2+systems, 215=9+systems)
1) Gen: ☐ Fatigue  ☐ Fever  4) Pulm ☐ Cough  ☐ Wheezing  7) Skin: ☐ Itch  ☐ Rash
2) ENT: ☐ Ear pain  ☐ Sore Throat  5) GI: ☐ N/V  ☐ Diarrhea  8) Endo: ☐ Polydipsia  ☐ Wt change
3) CV: ☐ Chest pain  ☐ Dyspnea  6) GU: ☐ Dysuria  ☐ Nocturia  9) Psych: ☐ Depression  ☐ Insomnia
Other (Joint/Vasc/Neuro/Heme)

**PHYSICAL EXAM:** Check or write in findings (213=6+bullets, 214=12+bullets, 215=18+bullets)
See Progress Note Guidelines    General: _____
Head ☐ Normocephalic ☐ No traumatic wounds/crepitis
Eyes ☐ PERRL ☐ EOMI ☐ Conjunctivae clear
ENT ☐ Ext structures well formed ☐ EACs/TM's clear
    ☐ Normal teeth/lips/gums ☐ Pharynx pink & moist
Neck ☐ Supple/full ROM ☐ Nodes/thyroid not enlarged
Back ☐ Normal curvature ☐ CV A/SP nontender
Lungs ☐ Symmet excursion ☐ Clear ausc ☐ Clear percuss
CV ☐ RRR ☐ Normal S1, S2, no M/G/R ☐ No carotid bruits
Ab ☐ Nrl contour ☐ Active BS ☐ Content soft/nontender
GU ☐ Normal __ on inspection ☐ No masses/tenderness
Ext ☐ Full ROM ☐ No edema ☐ Nrl pulses/perfusion
Skin ☐ No rash or breakdown ☐ Warm and dry
Neuro ☐ DTR's 2+/sym ☐ Motor 5/5 ☐ Stable, narrow gait
MS ☐ Oriented x3 ☐ Appropriate affect ☐ Recall 3 items @ 5 min
Other (Breast/Lymph)

LABS                IMAGING\   425 656 5002 fax

**ASSESSMENT AND PLANS**
(213=One or two self-limited/minor problems, or one chronic illness needing therapeutic adjustment; 214=At least 3 chronic stable problems, or 2 chronic problems with one requiring ongoing work-up or prescription med change, or 1 new diagnosis requiring a new prescription, 215=two inadequately controlled problems requiring potentially toxic meds, or one new, potentially life-threatening problem requiring further work-up)

Hesitancy
trial

Time _____ min  ☐ >50% counseling  ☐ See back  Signature _____
☐ Treatment plan reviewed and Pt. Understanding indicated.  ☐ Pt. Education materials given  ☐ Check if dictated

Form 87-7737-0  1/21/03

EXHIBIT 20

# ASSOCIATED UROLOGISTS
### Board Certified Adult & Pediatric Urology

Guy V Buell  M D  F A C S

Hunter A  McKay  M D   F A C S

Talbot Professional Center
4011 Talbot Rd  So   Suite 440
Renton  Washington 98055
(425) 251 3455
Fax  (425) 656 5002

November 10  2003



Julie Komarow  M D
16850 Southeast 272 Street
Covington  WA 98042

RE   LINDA MADDING

Dear Julie

I saw Mrs  Madding today for evaluation of her irritative and obstructive urinary symptoms  which appear to have occurred following the pelvic relaxation surgical procedures of a year and a half ago  Her history is well known to you  The records from your office and Dr  Sleeter s office were most helpful during this initial interview and exam

Her most concerning symptoms have been of slow and intermittent stream  frequency especially in the morning  and difficulty initiating  She has not had urinary infection since several courses of antibiotics a year ago  She has not been on long term low dose antibiotics as yet  She has been on a trial of anticholinergic medication  None of these techniques has been exceptionally helpful for her troublesome symptoms

She has been widowed for over a year and is celibate  Dyspareunia is not an issue  She has no sensation of pelvic relaxation  There have been no substantial incontinence difficulties over the last few years

Her notable physical examination findings included a surgical scar from her hysterectomy in the distant past  I could not detect the TVT scars  The vaginal vault was abnormal with some foreshortening especially on the left  There were tender areas at the apex  and I suspect this is a residual of the sacrospinous ligament fixation procedure (Miya hook)  There was a moderate cystourethrocele  The epithelium beneath the urethra was intact  and there was no palpable polypropylene mesh  There was a slight rectocele  no enterocele  and no adnexal abnormality  The cervix and uterus were surgically absent  Anal sphincter tone and perineal sensation were intact

Voided urinalysis was negative

The working diagnosis is urethral syndrome versus de novo detrusor instability (DI)

I would like to try Macrodantin in a tapered dosage program over the next 6 12 weeks  Should she improve  no further diagnostic studies will be necessary  However  cystourethroscopy  water cystometrogram  urethral dilatation are all  on the list  and could be followed by formal urodynamics should she not respond to the above  She does comment that she believes she had a postop urodynamic study at one point in time  I did not receive the report from the records you sent to me and if you perhaps have that information (or could get it from Dr  Sleeter)  I would be most appreciative (this would allow us to avoid repeating that test)

Valley Medical Center - Patient: MADDING, LINDA J - MRN REDACTED  Acct REDACTED
Office Notes - Page 2/4                                                                    Job 1265 (03/28/2013 13:49) - Page 65  Doc# 33

MADDINGL_WPHDI_MDR00066

November 02, 2013

Julie Komarow M D
**RE LINDA MADDING**
Page Two

Thanks again for asking me to see Mrs Madding in consultation

Best personal regards


Hunter A McKay M D F A C S

HAMc/sts



Valley Medical Center - Patient: MADDING, LINDA J - MRN: REDACTED Acct: REDACTED
Office Notes - Page 3/4
Job 1265 (03/28/2013 13:49) - Page 66 Doc# 33

MADDINGL_WPHDI_MDR00067

EXHIBIT 21

# ASSOCIATED UROLOGISTS
Board Certified Adult & Pediatric Urology

Guy V Buell M D  F A C S                    Hunter A  Mckay  M D   F A C S

Talbot Professional Center
4011 Talbot Rd  So   Suite 440
Renton  Washington 98055
(425) 251 3455
Fax  (425) 656 5002

## Urologic Report

Date   October 4  2004
Patient  Madding  Linda
Age
Procedure(s)   Cystourethroscopy  CMG  stress test, urethral calibration and dilatation
Cc  Dr  Komarow     *Fax 10/4/04 /B*

**Indications**  OAB  slightly improved on MDN   Previous PVR was 0 cc   Underwent TVT and
SSLF in 2002   UA neg

**Procedure**   Under the usual office conditions  with sterile skin preparation and draping  the
urethra was anesthetized with xylocaine  and the 17 French Storz cystourethroscopic instruments
were used   Dilatation was with a 34 Fr Walther sound   The procedures were well tolerated

**Findings**  Urethral calibration was 24 Fr  The urethra was normal to panendoscopic examination
No foreign material was seen   The bladder wall was 2+ trabeculated and there was a 2 cm
bladder diverticulum off the right posterior wall   Slight posterior descensus of the trigone was
noted   There were no bladder tumors   The ureteral orifices were normal in position and
configuration   No foreign bodies or sutures were seen   PVR was 220 cc   Q tip test was
equivocal   CMG was notable for capacity of only 250cc and normal pressures (8 cm max)   No
uninhibited contractions were seen   Stress test was negative

**Impression**   OAB  retention  and ?urethral syndrome   Mild PR

**Recommendations**   Reassurance   See what the dil does for her elevated PVR and OAB   RV 3
months

Hunter A  McKay  M D  FACS



MADDING LINDA J
DOB REDACTED     Y        F       SUR
MCKAY HUNTER A
REDACTED                    REDACTED

Office Notes  -  Page 4/4
Valley Medical Center - Patient: MADDING, LINDA J - MRN: REDACTED - Acct: REDACTED
Job 1265 (03/28/2013 13:49) - Page 67  Doc# 33

MADDINGL_WPHDI_MDR00068