EXHIBIT 24

VALLEY MEDICAL CENTER
RENTON, WASHINGTON

NAME: MADDING, LINDA

LOC:

DATE: 03/01/05 HOSP. NO: 00241666 PHYS: HUNTER A. MCKAY, M.D., FACS
ACCT REDACTED

PREOPERATIVE DIAGNOSES:
1. Urinary retention.
2. Overactive bladder symptoms.

POSTOPERATIVE DIAGNOSES: Same.

SURGEON: HUNTER A. MCKAY, M.D., FACS

ANESTHESIA: General.
ANESTHESIOLOGIST: Ray Ridell (sp?) and Dr. Otsu.

OPERATION: CYSTOSCOPY. TRANSVAGINAL REMOVAL OF TVT.

INDICATIONS: This REDACTED year-old woman underwent TVT in 2002. She has been troubled by urinary retention, slow and intermittent stream, and overactive bladder difficulties. Details in the previous report.

OPERATIVE FINDINGS: The interior of the bladder was normal except for mild squamous metaplasia of the trigone. There were no penetrations of the bladder or foreign material or stone seen. At completion of the "take down" of the TVT, the urethral integrity was intact, and there were no violations of the urothelium. Blood loss was minimal.

PROCEDURE: The patient was identified and brought to the operating room. A general anesthetic was administered. She was positioned low lithotomy for transurethral surgery and for anterior vaginal wall exploration. Appropriate prep and drape. A preliminary cystoscopy was accomplished with the ACMI 17 French instruments. Findings as mentioned above.

Marcaine 0.25 with epinephrine was injected into the anterior vaginal wall. The "band" of obstructing polypropylene was identified by palpation with the aid of a 24 French Foley catheter per urethra. An inverted horseshoe shaped incision was made just below the urethral meatus. This incision was taken back towards the apex of the vagina a distance of about 2cm on each side. The epithelium was raised off of the underlying endopelvic fascia and detrusor. The TVT tape was identified and transected. Several portions of it were removed. No residual foreign material was palpable underneath the urethra at completion of this portion of the procedure. Hemostasis was accomplished by electrocoagulation. Repeat cystoscopy was accomplished with the confirmation of an intact urethra and bladder. A Foley catheter size 16 French was now inserted and connected to gravity drain. The vaginal wall was now closed in two layers using 2-0 chromic figure-of-eight for the deep layer and running 2-0 chromic for the epithelium. A vaginal packing impregnated with Silvadene was placed for an estimated 1 hour postop. The patient was transferred to recovery in excellent condition. There were no apparent complications.

REPORT OF OPERATION

Valley Medical Center - Patient: MADDING, LINDA J - MRN: REDACTED Acc REDACTED
Operative Report Dictated - Page 1/2
Job 1265 (03/28/2013 13:49) - Page 81 Doc# 40

MADDINGL WPHDI MDR00082

Signed: HUNTER A MCKAY 03/03/2005 13:46 PST

The patient will remove her own Foley catheter at home in 48-72 hours. We will see her back in the office for follow-up later this month. Perioperative antibiotics were used and will be continued (Keflex).

ID**HAM(2873):DS REDACTED
D: 03/01/05 10:11
T: 03/01/05 13:33

**DICTATED BY:** HUNTER A. MCKAY, M.D., FACS

c: Dr. Sleeter
Dr. Komarow

**VALLEY MEDICAL CENTER**

REPORT OF OPERATION

Valley Medical Center - Patient: MADDING, LINDA J - MRN: REDACTED Acct REDACTED
Operative Report Dictated - Page 2/2
Job 1265 (03/28/2013 13:49) - Page 82 Doc# 40

MADDINGL_WPHDI MDR00083

EXHIBIT 25

Mrs. Madding is quite a bit improved following the "takedown" of the TVT done on March 1, 2005. She had three years of irritative symptoms and, also, nocturia up to 2 times nightly and urinary retention with over 200 mL residual. All symptoms are better and on bladder scanning her residual is 0 mL. Urinalysis is negative. Pelvic exam in not done.

Her only symptom has been of occasional urge incontinence. She has no stress incontinence. She wears pads for security purposes.

Let's try Vesicare once daily for the next week to see if that will help her symptoms. Since she is improving weekly, she may not really need any anticholinergic medication.

She will return on an as-needed basis.

Hunter A. McKay, M.D.
HAM/sts

cc: Julie Komarow, M.D.
Tamara Sleeter, M.D.

# EXHIBIT 26

# Potential Risks of Non-Mesh SUI Surgery

| NON-MESH |
|---|
| **Acute and/or Chronic Pain with Intercourse** |
| **Acute and/or Chronic Pain** |
| **Vaginal Scarring** |
| **Infection** |
| **Urinary Problems** (urinary frequency, urgency, dysuria, retention, or obstruction; incontinence) |
| **Organ / Nerve Damage** |
| **Bleeding** |
| **Wound Complications** |
| **Inflammation** |
| **Fistula Formation** |
| **Neuromuscular Problems** (in pelvic floor muscles, lower extremities, and/or abdominal area) |
| **One or more surgeries to treat an adverse event** |
| **Recurrence or Failure** |
| **Foreign Body Response** (sutures/grafts) |
| **Erosion/Exposure/Extrusion** (sutures/grafts) |
| **Contraction/Shrinkage of tissues** |

EXHIBIT 14 Sleeter 0-17-16 PENGAD 800-631-6989

# EXHIBIT 27

# Potential Risks of Non-Mesh and Mesh SUI Surgeries

| NON-MESH | MESH |
|---|---|
| Acute and/or Chronic Pain with Intercourse | Acute and/or Chronic Pain with Intercourse |
| Acute and/or Chronic Pain | Acute and/or Chronic Pain |
| Vaginal Scarring | Vaginal Scarring |
| Infection | Infection |
| Urinary Problems (urinary frequency, urgency, dysuria, retention, or obstruction; incontinence) | Urinary Problems (urinary frequency, urgency, dysuria, retention, or obstruction; incontinence) |
| Organ / Nerve Damage | Organ / Nerve Damage |
| Bleeding | Bleeding |
| Wound Complications | Wound Complications |
| Inflammation | Inflammation |
| Fistula Formation | Fistula Formation |
| Neuromuscular Problems (in pelvic floor muscles, lower extremities, and/or abdominal area) | Neuromuscular Problems (in pelvic floor muscles, lower extremities, and/or abdominal area) |
| One or more surgeries to treat an adverse event | One or more surgeries to treat an adverse event |
| Recurrence or Failure | Recurrence or Failure |
| Foreign Body Response (sutures/grafts) | Foreign Body Response (mesh) |
| Erosion/Exposure/Extrusion (sutures/grafts) | Erosion/Exposure/Extrusion (mesh) |
| Contraction/Shrinkage of tissues | Contraction/Shrinkage of tissues |

EXHIBIT 15 Sleeter 6-17-16 PENGAD 800-631-6989

# EXHIBIT 28

# TVT

Tension-free
Vaginal Tape

(D)
TVT Implantat -Einweg-
TVT Einführungsinstrument – wiederverwendbar
TVT Metall Katheter-Führung – wiederverwendbar

(DK)
Sterilt TVT-bånd til engangsbrug
TVT-indfører til flergangsbrug
Stiv TVT guidewire til flergangsbrug

(E)
Dispositivo de un solo uso TVT
Introductor reutilizable TVT
Guía rígida reutilizable para el catéter TVT

(F)
Dispositif TVT à usage unique
Introducteur TVT réutilisable
Guide de sonde rigide TVT réutilisable

(FIN)
TVT-neula, kertakäyttöinen
TVT -toistokäyttöinen sisäänviejä
TVT -toistokäyttöinen jäykkä katetrinohjain

(GB) (USA)
TVT Single Use Device
TVT Reusable Introducer
TVT Reusable Rigid Catheter Guide

(GR)
Συσκευή μιας χρήσης TVT
Εισαγωγέας TVT πολλαπλής χρήσης
Οδηγός Δύσκαμπτου Καθετήρα πολλαπλής χρήσης TVT

(I)
Dispositivo TVT monouso
Introduttore poliuso per dispositivo TVT
Guida rigida poliuso per catetere TVT

(NL)
TVT instrument voor éénmalig gebruik
TVT reusable inbrenghandvat
TVT reusable cathetervoerder

(P)
Dispositivo TVT — Uso único
Introdutor TVT — Reutilizável
Guia rígido de cateter TVT — Reutilizável

(S)
TVT nålar med inkontinensband för engångsbruk
TVT handtag för flergångsbruk
TVT kateterguide för flergångsbruk

(J)
TVTディバイス
TVTイントロデューサー
TVTマンドリン

Authorized Representative • Autoriseret repræsentant
Erkende vertegenwoordiger • Valtuutettu edustaja
Représentant autorisé • Autorisierter Vertreter
Rappresentante autorizzato • Representante autorizado
Representante autorizado • Auktoriserad representant
Εξουσιοδοτημένος Αντιπρόσωπος

ETHICON GmbH
Robert-Koch-Strasse 1
D-22851 Norderstedt
Deutschland

EC
Legal Manufacturer
ETHICON SaRL
Rue du Puits Godet 20, CH-2000
Neuchatel, Switzerland

CE 0123

Status 2/00

P15506

continenza urinaria femminile causata da ipermobilità uretrale e/o della deficienza intrinseca dello sfintere. L'introduttore e la guida rigida per catetere TVT sono disponibili come articoli separati e servono a facilitare la collocazione del dispositivo TVT.

## ISTRUZIONI PER L'USO

Normalmente la procedura viene eseguita in anestesia locale; tuttavia, è possibile ricorrere anche ad anestesia regionale o generale. L'entità della dissezione è minima: un ingresso vaginale nella linea mediana con una piccola dissezione per la prima posizione dell'ago, e due incisioni cutanee soprapubiche della pelle.

Con una pinza, afferrare la parete vaginale sui due lati dell' uretra. Con un piccolo bisturi, fare un'incisione sagittale lunga circa 1,5 cm, partendo da circa 1 cm dal meato uretrale esterno. L'incisione coprirà la zona uretrale mediana e consentirà il successivo passaggio del nastro. Con un paio di forbicine smusse, si eseguano due piccole dissezioni parauretrali (di circa 0,5 cm) che permettano l'introduzione della punta dell'ago. Si eseguano poi due incisioni di 0,5-1 cm sulla pelle dell'addome, una su ciascun lato della linea centrale, immediatamente sopra la sinfisi, a non più di 4-5 cm di distanza l'una dall'altra. Il posizionamento dell'incisione e il passaggio dell'ago vicino alla linea centrale e alla parte posteriore dell'osso pubico sono importanti in modo da evitare di incidere su strutture anatomiche nella regione inguinale e nella parete pelvica laterale.

Inserire la guida rigida per catetere TVT nel canale del catetere di Foley (18 French). Il manico della guida è fissato attorno al catetere, in prossimità dell'allargamento. Lo scopo della guida è quello di allontanare il collo della vescica e l'uretra dal punto in cui la punta dell'ago passerà nello spazio retropubico. Con l'uso del catetere di Foley e della guida rigida per catetere, l'uretra e la vescica vengono spostate controlateralmente sul lato del passaggio dell'ago. Durante questo movimento, **la vescica deve essere vuota.** Avvitare l'estremità filettata dell'introduttore sull'estremità di uno degli aghi.

Usando l'introduttore, passare l'ago parauretralmente, penetrando il diaframma urogenitale. L'inserimento e il passaggio sono controllati con l'indice nella vagina sotto la parete vaginale, sul lato ipsilaterale e con la punta del dito sul bordo pelvico. La parte curva dell'ago deve essere in contatto con il palmo della mano "vaginale". Se si è destrimano, la mano sinistra è generalmente quella da usare per guidare l'ago. Con l'altra mano, afferrare delicatamente il manico dell'introduttore. Introdurre quindi la punta dell'ago nello spazio retropubico. Anche qui si dovrà osservare che ciò venga effettuato con il palmo della mano vaginale e con la punta dell'ago disposta in senso orizzontale, ossia nel piano frontale. Dopo aver oltrepassato il diaframma urogenitale si noterà che la resistenza al movimento sarà notevolmente ridotta. Guidare quindi immediatamente la punta dell'ago verso la linea centrale addominale ed abbassare il manico dell'introduttore premendo così la punta dell'ago contro la parte posteriore dell'osso pubico. Ora, muovere la punta dell'ago verso l'alto per portarla in corrispondenza dell'incisione nella pelle dell'addome, mantenendola in stretto contatto con l'osso pubico per l'intera corsa dell'ago.

Quando la punta dell'ago è arrivata all'incisione addominale, eseguire la cistoscopia per controllare l'integrità della vescica. Si deve vuotare la vescica dopo la prima cistoscopia. Ripetere la procedura sull'altro lato.

Tirare poi gli aghi verso l'alto per portare il nastro allentato, cioè non teso, sotto la parte centrale dell'uretra. Tagliare il nastro vicino agli aghi e regolarlo quindi in modo che la perdita sia limitata a non più di una o due gocce. Osservare le reazioni della paziente, per esempio tosse con la vescica piena (circa 300 ml) e chiudere temporaneamente e in maniera leggera l'incisione vaginale con una piccola pinza. Rimuovere quindi le guaine in plastica che circondano il nastro. **Durante la regolazione del nastro inserire delle forbicine smusse tra l'uretra ed il nastro onde evitare di tensionare il nastro stesso.** La rimozione anticipata delle guaine può rendere difficili le successive regolazioni. Dopo aver regolato correttamente il nastro, chiudere l'incisione vaginale. Si devono quindi tagliare le estremità addominali del nastro, lasciandole sottocute. Non suturarle.

## (GB) (USA) Tension-free Vaginal Tape (TVT) System — Instructions for Use

**TVT Single Use Device**
**TVT Reusable Introducer**
**TVT Reusable Rigid Catheter Guide**

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the device and lead to injury.

**Important:**
This package insert is designed to provide instructions for use of the Tension-free Vaginal Tape single use device, reusable introducer and reusable rigid catheter guide. **It is not a comprehensive reference to surgical technique for correcting SUI (Stress Urinary Incontinence).** The device should be used only by physicians trained in the surgical treatment of Stress Urinary Incontinence. These instructions are recommended for general use of the device. Variations in use may occur in specific procedures due to individual technique and patient anatomy.

### DESCRIPTION *(System)*

TVT consists of the following:

- TVT Single-Use Device, provided sterile (available separately)
- TVT Reusable Introducer, provided non-sterile (available separately)
- TVT Reusable Rigid Catheter Guide, provided non-sterile (available separately).

### TVT DEVICE

The TVT device is a sterile single use device, consisting of one piece of undyed PROLENE* polypropylene mesh (tape) approximately 1/2 x 18 inches (1.1 x 45 cm), covered by a plastic sheath cut and overlapping in the middle, and held between two stainless steel needles bonded to the mesh and sheath with plastic collars.

PROLENE polypropylene mesh is constructed of knitted filaments of extruded polypropylene strands identical in composition to that used in PROLENE* polypropylene nonabsorbable surgical suture. The mesh is approximately 0.027 inches (0.7mm) thick. This material, when used as a suture, has been reported to be non-reactive and to retain its strength indefinitely in clinical use. PROLENE mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This bi-directional elastic property allows adaptation to various stresses encountered in the body.

### TVT INTRODUCER

The TVT introducer is provided non-sterile and is reusable. The introducer is made of stainless steel. It consists of two parts, a handle and an inserted threaded metal shaft. The introducer is intended to facilitate the passage of the TVT device from the vagina to the abdominal skin. It is connected and fixed to the needle, via the threaded end of the shaft, prior to inserting the needle with the tape.

### TVT RIGID CATHETER GUIDE

The TVT rigid catheter guide is a non-sterile reusable instrument intended to facilitate the identification of the urethra and the bladder neck during the surgical procedure. It is inserted into a Foley catheter (recommended size 18 French) positioned in the bladder via the urethra. To facilitate insertion, it can be lubricated with gel.

### INDICATIONS

The TVT device is intended to be used as a pubourethral sling for treatment of stress urinary incontinence (SUI), for female urinary incontinence resulting from urethral hypermobility and/or intrinsic sphincter deficiency. The TVT introducer and rigid catheter guide are available separately and intended to facilitate the placement of the TVT device.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## INSTRUCTIONS FOR USE

The procedure can be carried out under local anesthesia, but it can also be performed using regional or general anesthesia. The extent of dissection is minimal, i.e. a vaginal midline entry with a small paraurethral dissection to initially position the needle and two suprapubic skin incisions.

Using forceps, grasp the vaginal wall at each side of the urethra. Using a small scalpel, make a sagittal incision about 1.5 cm long starting approximately 1.0 cm from the outer urethral meatus. This incision will cover the mid-urethral zone and will allow for subsequent passage of the sling (tape). With a small pair of blunt scissors, two small paraurethral dissections (approximately 0.5 cm) are made so that the tip of the needle can then be introduced into the paraurethral dissection. Then, two abdominal skin incisions of 0.5 – 1 cm are made, one on each side of the midline just above the symphysis not more than 4–5 cm apart. Incision placement and needle passage near the midline and close to the back of the pubic bone are important to avoid anatomic structures in the inguinal area and lateral pelvic sidewall.

The TVT rigid catheter guide is inserted into the channel of the Foley catheter (18 French). The handle of the guide is fixed around the catheter, proximal to its widening. The purpose of the guide is to move the bladder neck and urethra away from where the tip of the needle will pass into the retropubic space. Via use of the Foley catheter and the rigid catheter guide, the urethra and bladder are moved contralaterally to the side of the needle passage. During this maneuver, the bladder should be empty. The threaded end of the introducer is screwed into the end of one of the needles.

Using the introducer, the needle is passed paraurethrally penetrating the urogenital diaphragm. Insertion and passage are controlled by using the long or index finger in the vagina under the vaginal wall on the ipsilateral side and fingertip control on the pelvic rim. The curved part of the needle should rest in the palm of the "vaginal" hand. If you are right handed this means that the left hand generally is the one to be used for needle guidance. With the other hand grip the handle of the introducer gently. Now introduce the needle tip into the retropubic space. Once again observe that this should be done by the palm of the vaginal hand and with the needle tip horizontally i.e. in the frontal plane. After passage of the urogenital diaphragm you will feel that the resistance is significantly reduced. Immediately aim the tip of the needle towards the abdominal midline and lower the handle of the introducer thereby pressing the tip of the needle against the back of the pubic bone. Now, move the needle tip upwards to the abdominal skin incision, keeping in close contact with the pubic bone all the way.

When the needle tip has reached the abdominal incision, cystoscopy is performed to confirm bladder integrity. The bladder must be emptied after the first cystoscopy. The procedure is then repeated on the other side. The needles are then pulled upward to bring the tape (sling) loosely, i.e. without tension, under the midurethra. Cut the tape close to the needles. Now, adjust the tape so that leakage is limited to no more than one or two drops. Use patient feedback i.e. coughing with a full bladder (approximately 300ml) and keep the vaginal incision temporarily closed by a gentle grip with small forceps. The plastic sheaths that surround the tape are then removed. To avoid putting tension on the tape, a blunt instrument (scissors or forceps) should be placed between the urethra and the tape during removal of the plastic sheaths. Premature removal of the sheath may make subsequent adjustments difficult. After proper adjustment of the tape, close the vaginal incision. The abdominal ends of the tape are then cut and left in subcutis. Do not suture them. Suture the skin incisions. Empty the bladder. Following this procedure, postoperative catheterization is not typically required. The patient should be encouraged to try to empty the bladder 2-3 hours after the operation.

## (I) Sistema con Nastro vaginale senza tensione (TVT) — Istruzioni per l'uso

**Dispositivo TVT monouso**
**Introduttore polluso per dispositivo TVT**
**Guida rigida polluso per catetere TVT**

**Si prega di leggere attentamente tutte le istruzioni.** Attenersi meticolosamente alle istruzioni per garantire un corretto funzionamento del dispositivo ed evitare qualsiasi lesione alla paziente.

**Importante:**
Questo foglio illustrativo ha il solo scopo di fornire le istruzioni per l'uso del nastro vaginale flessibile monouso, dell'introduttore poliuso e della guida rigida per catetere poliuso. **Non rappresenta una guida esauriente alla tecnica chirurgica da usare per**
**correggere l'incontinenza urinaria da stress.** Il dispositivo deve essere usato solamente da medici pratici nel trattamento chirurgico dell'incontinenza urinaria da stress. Queste istruzioni sono raccomandate per l'uso generale del dispositivo. In procedure specifiche, l'uso del dispositivo può variare a seconda delle tecniche individuali adottate e dell'anatomia della paziente.

### DESCRIZIONE *(Sistema)*
Il sistema TVT è composto da:

Dispositivo monouso TVT, fornito sterile (disponibile separatamente)

Introduttore poliuso TVT, fornito non sterile (confezione singola)

Guida rigida per catetere poliuso TVT, fornita non sterile, confezione singola.

### DISPOSITIVO TVT
Il dispositivo TVT è un dispositivo monouso, formato da un nastro di maglia in polipropilene (PROLENE*) non colorata (dimensioni: circa 1,1 x 45 cm), ricoperta da una guaina di plastica tagliata e sovrapposta al centro, e fermata da due aghi in acciaio inossidabile legati alla maglia e alla guaina con collari di plastica.

Il nastro in polipropilene (PROLENE*) è costituito da filamenti di trefoli di polipropilene estruso, lavorati a maglia, di composizione identica a quella della sutura chirurgica non assorbibile in polipropilene (PROLENE*). Il nastro ha uno spessore di circa 0,7 mm. Questo materiale, usato come sutura, ha dimostrato di avere caratteristiche non reattive e, in applicazioni cliniche, di mantenere la propria integrità indefinitamente. Il nastro in PROLENE* è lavorato con un processo che collega fra di loro le congiunzioni di ogni fibra e che conferisce elasticità in entrambe le direzioni. Questa proprietà elastica bidirezionale consente l'adattamento alle varie tensioni presenti nel corpo umano.

### INTRODUTTORE TVT
L'introduttore TVT, fornito non sterile e poliuso, è in acciaio inossidabile e consiste di due pezzi: un manico, ed un'asta metallica filettata. L'introduttore, che serve a facilitare il passaggio del dispositivo TVT dalla vagina alla parete addominale, viene collegato e fissato all'ago attraverso l'estremità filettata dell'asta, prima di inserire l'ago con la striscia.

### GUIDA RIGIDA PER CATETERE
La guida rigida per catetere TVT è uno strumento non sterile, poliuso, che serve a facilitare l'identificazione dell'uretra e del collo della vescica durante la procedura chirurgica. La guida viene inserita in un catetere di Foley (**misura raccomandata: 18 French**), posizionato nella vescica attraverso l'uretra. L'inserimento può essere facilitato lubrificando il catetere con gel.

### INDICAZIONI
Il dispositivo TVT viene usato come bendaggio a fionda pubo-uretrale per la cura dell'incontinenza urinaria da stress, dell'in-

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

υπερήχων με φρέσκο διάλυμα απορρυπαντικού για περίπου 10 λεπτά ή ακολουθήστε τις παρακάτω οδηγίες αν ακολουθείτε ένα αυτόματο κύκλο πλυσίματος.

4. Ξεπλύντε καλά σε άφθονο καθαρό νερό βρύσης και σκουπίστε τα με μια πετσέτα. Μπορείτε να γρασάρετε τα εξαρτήματα του εργαλείου με ένα γράσο εργαλείων.

**Αυτόματη Μέθοδος:**

1. Ενδείκνυνται αυτόματοι κύκλοι πλύσης για τα ανοξείδωτα όργανα. Ένας συνιστώμενος κύκλος περιγράφεται παρακάτω:

- Κύκλος ξεπλύματος/βρεξίματος με κρύο νερό — 1 λεπτό
- Πλύσιμο σε θερμοκρασία 80 °C (176°F) — 12 λεπτά
- Κύκλος ξεπλύματος — 1 λεπτό
- Κύκλος ξεπλύματος — 12 λεπτά
- Τελικό ξέπλυμα — 2 λεπτά
- Ξέπλυμα με μεταλλικό νερό 80 °C (176 °F) — 2 λεπτά
- Στέγνωμα σε 93 °C (199,4 °F) — 10 λεπτά

## ΣΥΝΙΣΤΟΜΕΝΗ ΑΠΟΣΤΕΙΡΩΣΗ ΓΙΑ ΕΡΓΑΛΕΙΑ ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ (Εισαγωγέα TVT και Οδηγού Δύσκαμπτου Καθετήρα TVT)

Ο Εισαγωγέας TVT και ο Οδηγός δύσκαμπτου καθετήρα TVT παρέχονται μη αποστειρωμένοι. Για να τα αποστειρώσετε, βάλτε τα σε αυτόκαυστο ατμού πριν από κάθε χρήση. Βάλτε τα σε αυτόκαυστο ατμού σε θερμοκρασία 132 °C μέχρι 140 °C (270 °F μέχρι 284 °F) για τουλάχιστον 4 λεπτά (προ-εκκένωση). Αποτελεί ευθύνη του τελικού χρήστη να εξασφαλίσει την αποστείρωση του προϊόντος όταν χρησιμοποιεί τις συνιστώμενες διαδικασίες αποστείρωσης, καθότι ο εξοπλισμός βιοκατάστροφής και αποστείρωσης ποικίλλουν.

## ΣΥΝΤΗΡΗΣΗ ΕΡΓΑΛΕΙΩΝ

- Εισαγωγέας TVT

Πρίν από κάθε χρήση, ελέγχετε τα σπειροειδή μέρη των επεκτατικών αξόνων.

- Οδηγός Δύσκαμπτου Καθετήρα TVT

Πριν από κάθε χρήση, ελέγξτε το εργαλείο. Βεβαιωθείτε ότι το μακρύ άκρο που διαπερνά τον αγωγό του καθετήρα δεν έχει αιχμηρές άκρες ή ρινίσματα.

## ΣΥΣΚΕΥΑΣΙΑ

Η συσκευή TVT παρέχεται αποστειρωμένη (με αιθυλενοξείδιο) για μία μόνο χρήση. Μην επαναποστειρώσετε. Μη χρησιμοποιήσετε το περιεχόμενο του πακέτου αν αυτό έχει ανοιχτεί ή καταστραφεί. Απορρίψτε τις ανοιχτές και αχρησιμοποίητες συσκευές.

Τα εξαρτήματα του εισαγωγέα TVT και του οδηγού δύσκαμπτου καθετήρα TVT πολλαπλής χρήσης παρέχονται ξεχωριστά και δεν είναι αποστειρωμένα. Τα εξαρτήματα αυτά πρέπει να καθαριστούν και να αποστειρωθούν πριν από κάθε χρήση όπως περιγράφεται παραπάνω.

## ΑΠΟΘΗΚΕΥΣΗ

Συνιστώμενες συνθήκες αποθήκευσης για τη συσκευή TVT μιας χρήσης είναι κάτω από 25 °C, μακριά από υγρασία και άμεση θερμότητα. Μη την χρησιμοποιήσετε μετά την ημερομηνία λήξης.

Προσοχή: Σύμφωνα με τον Ομοσπονδιακό (ΗΠΑ) νόμο η συσκευή αυτή μπορεί να πωληθεί μόνο από γιατρό ή κατόπιν συνταγής του.

Διανομέας:

JOHNSON & JOHNSON HELLAS
ΙΑΤΡΙΚΑ ΠΡΟΙΟΝΤΑ
Αιγιαλείας & Επιδαύρου 4, Μαρούσι
Τ.Κ. 151 25, ΑΘΗΝΑ

## CONTRAINDICATIONS

As with any suspension surgery, this procedure should not be performed in pregnant patients. Additionally, because the PROLENE polypropylene mesh will not stretch significantly, it should not be performed in patients with future growth potential including women with plans for future pregnancy.

## WARNINGS AND PRECAUTIONS

- **Do not use TVT procedure for patients who are on anti-coagulation therapy.**
- **Do not use TVT procedure for patients who have a urinary tract infection.**
- Users should be familiar with surgical technique for bladder neck suspensions before employing the TVT device. It is however important to recognize that TVT is different from a traditional sling procedure in that the tape should be located without tension under mid-urethra.
- Acceptable surgical practice should be followed for the TVT procedure as well as for the management of contaminated or infected wounds.
- The TVT procedure should be performed with care to avoid large vessels, nerves, bladder and bowel. Attention to local anatomy and proper passage of needles will minimise risks.
- Retropubic bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from hospital.
- Cystoscopy should be performed to confirm bladder integrity or recognize a bladder perforation.
- The rigid catheter guide should be gently pushed into the Foley catheter so that the catheter guide does not extend into the holes of the Foley Catheter.
- When removing the rigid catheter guide, open the handle completely so that the catheter remains properly in place.
- Do not remove the plastic sheath until the tape has been properly positioned.
- Ensure that the tape is placed with minimal tension under mid-urethra.
- PROLENE mesh in contaminated areas should be used with the understanding that subsequent infection may require removal of the material.
- The patient should be counseled that future pregnancies may negate the effects of the surgical procedure and the patient may again become incontinent.
- Post-operatively the patient is recommended to refrain from heavy lifting and/or exercise (i.e. cycling, jogging) for at least three to four weeks and intercourse for one month. The patient can return to other normal activity after one or two weeks.
- Should dysuria, bleeding or other problems occur, the patient is instructed to contact the surgeon immediately.
- All surgical instruments are subject to wear and damage under normal use. Before use, the instrument should be visually inspected. Defective instruments or instruments that appear to be corroded should not be used and should be discarded.
- Do not contact the PROLENE mesh with any staples, clips or clamps as mechanical damage to the mesh may occur.
- Do not resterilize TVT device. Discard opened, unused devices.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05225382

## ADVERSE REACTIONS

- Punctures or lacerations of vessels, nerves, bladder or bowel may occur during needle passage and may require surgical repair.
- Transitory local irritation at the wound site and a transitory foreign body response may occur. This response could result in extrusion, erosion, fistula formation and inflammation.
- As with all foreign bodies, PROLENE mesh may potentiate an existing infection. The plastic sheath initially covering the PROLENE mesh is designed to minimize the risk of contamination.
- Over correction i.e. too much tension applied to the tape, may cause temporary or permanent lower urinary tract obstruction.

## ACTIONS

Animal studies show that implantation of PROLENE mesh elicits a minimal inflammatory reaction in tissues, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

## INSTRUCTIONS FOR CLEANING REUSABLE INSTRUMENTS
### (TVT Introducer and TVT Rigid Catheter Guide)

To ensure the reliability and functionality of the TVT Introducer and TVT Rigid Catheter Guide, clean the instrument before initial use and after each procedure. The following are suggested manual and automated methods for cleaning the instrument.

Prior to cleaning, the TVT introducer should be separated into its two component parts (handle and threaded shaft). The introducer is reassembled after cleaning and before sterilization.

### Manual method

1. Soak the instrument components in an enzyme cleaner suitable for stainless steel instruments.
2. Wash in a surgical detergent and disinfecting solution at a temperature of 86°F to 95°F (30°C to 35°C). Remove any contamination from body fluids or tissues using a soft brush.
3. Place the instrument components in an ultrasonic bath with fresh detergent solution for approximately 10 minutes or follow the instructions below if using an automatic washing cycle.
4. Rinse thoroughly in a stream of fresh tap water followed by towel drying. The instrument components may be treated with instrument lubricant.

### Automated Method:

1. Automatic washing cycles are suitable for stainless steel instruments. One recommended cycle is described below:

- Rinse/Wet Cycle Cold Water — 1 minute
- Wash 176°F (80°C) — 12 minutes
- Rinse Cycle — 1 minute
- Rinse Cycle — 12 minutes
- Final Rinse — 2 minutes
- Rinse with Demineralized water 176°F (80°C) — 2 minutes
- Dry 199.4°F (93°C) — 10 minutes

## STERILIZATION RECOMMENDATIONS FOR REUSABLE INSTRUMENTS
### (TVT Introducer and TVT Rigid Catheter Guide)

The TVT Introducer and Rigid Catheter Guide are supplied non-sterile. To sterilize, steam autoclave prior to each use. Steam autoclave at a temperature of 270°F to 284°F (132°C to 140°C) for a minimum of 4 minutes (pre-vacuum). It is the responsibility of the end user to assure sterility of the product when using sterilization process recommended, since bioburden and sterilization equipment will vary.

περιοχές πρέπει να έχετε υπόψη σας ότι μια μελλοντική μόλυνση μπορεί να απαιτήσει την αφαίρεση του υλικού.

- Θα πρέπει να εφιστήσετε την προσοχή της ασθενούς ότι μία μέλλουσα εγκυμοσύνη μπορεί να αναιρέσει τα επιτεύγματα της χειρουργικής επέμβασης και η ασθενής μπορεί να γίνει και πάλι ακρατής.
- Κατά το μετεγχειρητικό στάδιο, ο ασθενής δεν πρέπει να σηκώνει βάρη και/ή πρέπει να απέχει από δραστηριότητες επίπονης σωματικής άσκησης (π.χ. ποδηλασία, τρέξιμο) για τουλάχιστον τρεις ή τέσσερις εβδομάδες, καθώς και από σεξουαλική επαφή για ένα μήνα. Ο ασθενής μπορεί να επανέλθει στις φυσιολογικές του δραστηριότητες μετά από μία ή δύο εβδομάδες.
- Θα πρέπει να εξηγήσετε στην ασθενή ότι αν παρουσιάσει δυσουρία, αιμορραγία ή άλλα προβλήματα, θα πρέπει να επικοινωνήσει αμέσως με το χειρουργό της.
- Όλα τα χειρουργικά εργαλεία υπόκεινται στον κίνδυνο φθοράς και ζημίας από κανονική χρήση. Πριν το χρησιμοποιήσετε, ελέγξτε οπτικά το εργαλείο. Δεν θα πρέπει να χρησιμοποιείτε ελαττωματικά εργαλεία, ή εργαλεία που φαίνονται διαβρωμένα. Πετάξτε τα.
- Μη πιάνετε το πλέγμα PROLENE με συνδετήρες, κλιπς ή σφιγκτήρες γιατί μπορεί να του προκαλέσετε μηχανική βλάβη.
- Μην αποστειρώνετε τη συσκευή TVT. Πετάξτε τις ανοικτές, μη χρησιμοποιημένες συσκευές.

## ΠΑΡΕΝΕΡΓΕΙΕΣ

- Κατά τη διέλευση της βελόνας, υπάρχει κίνδυνος διάτρησης ή ρήξης των κύριων αγγείων, των νεύρων, της κύστης ή του εντέρου. Στην περίπτωση αυτή, απαιτείται αποκατάσταση των τραυματισμένων οργάνων με χειρουργική επέμβαση.
- Μπορεί να επέλθει ένας πρόσκαιρος τοπικός ερεθισμός στην περιοχή της πληγής και μια πρόσκαιρη αντίδραση στο ξένο σώμα. Η αντίδραση αυτή μπορεί να προκαλέσει εξώθηση, διάβρωση, σχηματισμό συριγγίου και φλεγμονή.
- Όπως και όλα τα ξένα σώματα, το πλέγμα PROLENE μπορεί να επιδεινώσει μια ήδη υπάρχουσα μόλυνση. Το πλαστικό περίβλημα που καλύπτει αρχικά το πλέγμα PROLENE αποσκοπεί στον περιορισμό του κινδύνου αυτής της μόλυνσης.
- Η υπερβολική θεραπεία, δηλαδή η πολύ ισχυρή τάση που μπορεί να επιβληθεί στην ταινία μπορεί να προκαλέσει πρόσκαιρη ή μόνιμη έμφραξη της κάτω ουροφόρου οδού.

## ΕΝΕΡΓΕΙΕΣ

Μελέτες επί ζώων έδειξαν ότι η εμφύτευση πλέγματος PROLENE προκαλεί μια ελάχιστη πρόσκαιρη φλεγμονώδη αντίδραση στους ιστούς, η οποία ακολουθείται από την εναπόθεση ενός λεπτού στρώματος ινώδους ιστού που μπορεί να αναπτυχθεί μέσω των διαστημάτων του πλέγματος και ως εκ τούτου να ενσωματώσει το πλέγμα σε γειτονικούς ιστούς. Το υλικό δεν απορροφάται ούτε διασπάται ή εξασθενεί από τη δράση των ενζύμων του ιστού.

## ΟΔΗΓΙΕΣ ΚΑΘΑΡΙΣΜΟΥ ΕΡΓΑΛΕΙΩΝ ΠΟΛΛΑΠΛΗΣ ΧΡΗΣΗΣ
### (Εισαγωγέα TVT και Οδηγού Δύσκαμπτου καθετήρα TVT)

Για να εξασφαλίσετε τη σταθερότητα και την κατάλληλη λειτουργικότητα του Εισαγωγέα TVT και του Οδηγού Δύσκαμπτου καθετήρα TVT, καθαρίζετε το εργαλείο πριν την αρχική του χρήση και μετά από κάθε επέμβαση. Τα επόμενα αποτελούν υποδείξεις μεθόδων καθαρισμού του εργαλείου είτε με το χέρι είτε αυτόματα.

Πριν τον καθαρισμό, διαχωρίστε τον εισαγωγέα στα δύο τμήματά του που τον αποτελούν (λαβή και σπειρωτός άξονας). Ξανασυναρμολογήστε τον εισαγωγέα μετά τον καθαρισμό και πριν την αποστείρωση.

### Μέθοδος με το χέρι

1. Αφήστε το εργαλείο να μουλιάσει σε ένα απορρυπαντικό με ένζυμα κατάλληλο για εργαλεία από ανοξείδωτο ατσάλι.
2. Πλύντε σε ένα απορρυπαντικό και απολυμαντικό διάλυμα σε μια θερμοκρασία 30 °C μέχρι 35 °C (86 °F μέχρι 95 °F). Αφαιρέστε με μια μαλακή βούρτσα κάθε μόλυνση από υγρά σώματος ή ιστούς.
3. Τοποθετήστε τα εξαρτήματα του εργαλείου σε ένα λουτρό

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05225383

ανεβάζετε. Όταν το άκρο της βελόνας φθάσει στην κοιλιακή εντομή, εκτελέστε μια κυστεοσκόπηση για να επιβεβαιώσετε την ακεραιότητα της ουροδόχου κύστης. Η ουροδόχος κύστη πρέπει να εκκενωθεί μετά από την πρώτη κυστεοσκόπηση. Η διαδικασία επαναλαμβάνεται από την άλλη πλευρά.

Οι βελόνες τραβιούνται κατόπιν προς τα επάνω για να φέρουν την ταινία (επίδεσμο) ελεύθερη, δηλαδή χωρίς τάση, κάτω από την μεσουρήθρα. Κόψτε την ταινία σε μικρή απόσταση από τις βελόνες. Τοποθετήστε την έτσι ώστε η διαρροή υγρών να περιοριστεί σε μία ή δύο σταγόνες και όχι περισσότερο. Για να αποφύγετε το τέντωμα της ταινίας, πρέπει να τοποθετήσετε ένα μη αιχμηρό όργανο (ψαλίδι ή λαβίδες) μεταξύ της ουρήθρας και της ταινίας, καθώς την τοποθετείτε. Χρησιμοποιήστε την αντίδραση του ασθενή, π.χ. βήχα με γεμάτη ουροδόχο κύστη (περίπου) και κρατήστε την κολπική τομή προσωρινά κλειστή χωρίς να την πιάσετε πολύ σφιχτά χρησιμοποιώντας μικρές λαβίδες. Αφαιρέστε τα προστατευτικά καλύμματα που περιβάλλουν την ταινία. Η πρόωρη αφαίρεση του καλύμματος ενδέχεται να εμποδίσει τις υπόλοιπες διαδικασίες τοποθέτησης που ακολουθούν. Αφού τοποθετήσετε σωστά την ταινία, κλείστε την τομή του κόλπου. Κόψτε τα κοιλιακά άκρα της ταινίας και τοποθετήστε τα υποδερμικά. Μην τα ράβετε. Ράψτε τις τομές του δέρματος. Αδειάστε την ουροδόχο κύστη. Μετά την παρούσα διαδικασία, κατά το μετεγχειρητικό στάδιο δεν απαιτείται καθετηριασμός. Ο ασθενής θα πρέπει να υποβληθεί στη διαδικασία εκκένωσης της κύστης 2-3 ώρες μετά την εγχείρηση.

## ΑΝΤΕΝΔΕΙΞΕΙΣ

Όπως για κάθε χειρουργική ανάρτηση ενός οργάνου, αυτή η επέμβαση δεν πρέπει να χρησιμοποιείται σε έγκυες ασθενείς. Επίσης, δεδομένου ότι το πλέγμα πολυπροπυλενίου PROLENE δε θα επεκταθεί σημαντικά, δε πρέπει να τοποθετείται σε ασθενείς με πιθανότητα μελλοντικής ανάπτυξης συμπεριλαμβανομένων των ασθενών με σχέδια για μελλοντική εγκυμοσύνη.

## ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ

- Μη χρησιμοποιείτε την επέμβαση TVT σε ασθενείς που ακολουθούν αντιπηκτική θεραπεία.
- Μη χρησιμοποιείτε την επέμβαση TVT σε ασθενείς που πάσχουν από μόλυνση ουροφόρου οδού.
- Οι χρήστες πρέπει να είναι εξοικειωμένοι με τη χειρουργική τεχνική ανάρτησης τραχήλου της ουροδόχου κύστης πριν χρησιμοποιήσουν τη συσκευή TVT. Είναι όμως σημαντική η αναγνώριση ότι η μέθοδος TVT διαφέρει από την παραδοσιακή διαδικασία πλέγματος στο ότι η ταινία πρέπει να τοποθετηθεί χωρίς τάση κάτω από την μεσουρήθρα.
- Για την επέμβαση με τη συσκευή TVT θα πρέπει να ακολουθήσετε τις αποδεκτές χειρουργικές πρακτικές όπως και για τη θεραπεία μιασμένων ή μολυσμένων πληγών.
- Η μέθοδος TVT πρέπει να χρησιμοποιείται με προσοχή προκειμένου να αποφεύγεται η επαφή με τα κύρια αγγεία, τα νεύρα, την κύστη και το έντερο. Οι κίνδυνοι ατυχήματος μειώνονται όταν λαμβάνονται προφυλάξεις σε ό,τι αφορά την τοπική ανατομία και διασφαλίζεται η σωστή διέλευση των βελόνων.
- Αιμορραγία στον οπισθοηβικό χώρο σημειώνεται κατά το μετεγχειρητικό στάδιο. Ελέγξτε εάν υπάρχουν ενδείξεις ή εάν ο ασθενής παρουσιάζει τα σχετικά συμπτώματα, πριν την έξοδό του από το νοσοκομείο.
- Πρέπει να εκτελέσετε μια κυστεοσκόπηση για να επιβεβαιώσετε την ακεραιότητα της ουροδόχου κύστης ή για να εντοπίσετε μια διάτρηση της ουροδόχου κύστης.
- Σπρώξτε μαλακά τον οδηγό του δύσκαμπτου καθετήρα μέσα στον καθετήρα Foley έτσι ώστε ο οδηγός του καθετήρα να μην επεκταθεί μέχρι τις τρύπες του καθετήρα Foley.
- Όταν αφαιρείτε τον οδηγό του δύσκαμπτου καθετήρα, ανοίξτε εντελώς τη λαβή ώστε ο καθετήρας να παραμείνει σωστά στη θέση του.
- Μην αφαιρείτε το πλαστικό κάλυμμα έως ότου η ταινία τοποθετηθεί σωστά.
- Βεβαιωθείτε ότι η ταινία τοποθετήθηκε με την ελάχιστη τάση κάτω από την μεσουρήθρα.
- Όταν τοποθετείτε το πλέγμα PROLENE σε μολυσμένες

## INSTRUMENT MAINTENANCE

- TVT Introducer

Before each use, inspect the threaded parts of the inner shaft.

- TVT Rigid Catheter Guide

Before each use, inspect the instrument. Check to ensure that the long end which traverses the catheter channel has no sharp edges or burrs.

## HOW SUPPLIED

The TVT device is provided sterile (ethylene oxide) for single use. Do not re-sterilize. Do not use if package is opened or damaged. Discard opened, unused devices.

The reusable TVT introducer and TVT rigid catheter guide accessories are supplied separately, and are non-sterile. These accessories are to be cleaned and sterilized prior to each use as described above.

## STORAGE

Recommended storage conditions for the TVT single use device are below 25°C, away from moisture and direct heat. Do not use after expiry date.

**Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.**

EC
Legal Manufacturer
ETHICON SaRL
Rue du Puits Godet 20, CH-2000
Neuchatel, Switzerland

**Distributor (Europe):**
ETHICON Ltd
Bankhead Avenue
Edinburgh, EH11 4HE
United Kingdom

**Distributor (USA):**
Gynecare
a division of Ethicon, Inc.
a Johnson & Johnson Company
Somerville, NJ
08876-0151

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY