**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR ) | |
| SYSTEM PRODUCTS LIABILITY LITIGATION ) | |
| ) | **MDL NO. 2327** |
| _____ ) | |
| THIS DOCUMENT RELATES TO ALL CASES ) | |
| _____ ) | |

**PRETRIAL ORDER #
(Order Re: Qualified Settlement Fund-
Ethicon & Blasingame, Burch, Garrard & Ashley P.C.)**

Pending is an Unopposed Motion for Approval of Qualified Settlement Fund, filed September 7, 2016. Blasingame, Burch, Garrard & Ashley, P.C. ("BBGA"), as counsel for certain plaintiffs in this MDL No. 2327 has moved the Court for entry of an Order to aid in the efficient processing and administration of a Confidential Settlement Agreement (the "Settlement Agreement") between Defendant Ethicon, Inc. and its parent and subsidiary companies ("Ethicon") and BBGA to resolve the claims of certain claimants against Ethicon relating to the implant of Ethicon Pelvic Mesh Products (as defined in the Settlement Agreement). In particular, BBGA's Motion seeks an Order (1) approving an Escrow Agreement (the "Escrow Agreement") which forms a settlement escrow account (the "Settlement Escrow"), (2) retaining continuing jurisdiction and supervision over the Settlement Escrow, and (3) determining that the Settlement Escrow constitutes a "qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code of 1986, as amended (the "Code") and Treasury Regulation sections 1.468B-1, *et. seq*.

The Court, having reviewed the Motion and Escrow Agreement, and finding good and sufficient cause, **FINDS** and **ORDERS** the following:

    1)    The terms of the Escrow Agreement are hereby approved;

2)       The Settlement Escrow constitutes a qualified settlement fund within the meaning of section 468B of the Internal Revenue Code of 1986, as amended ("the Code") and Treasury Regulation sections 1.468B-1, *et. seq*.   The Court further retains continuing jurisdiction and supervision over the Settlement Escrow, in accordance with the terms of the Escrow Agreement; and

3)       The appointment of Wells Fargo Bank, National Association to serve as the escrow agent ("Escrow Agent") pursuant to the Escrow Agreement is approved. The Escrow Agent shall administer the Settlement Escrow in accordance with the terms of the Escrow Agreement. Further, the funds held by the Escrow Agent in the Settlement Escrow shall be disbursed by the Escrow Agent only pursuant to and in conformance with the terms of the Escrow Agreement and Settlement Agreement, which include provisions for payments into the MDL No. 2327 Fund.

The court **DIRECTS** the Clerk to file a copy of this order in _____ and it shall apply to each member related case previously transferred to, removed to, or filed in this district *where applicable*, which includes counsel in all member cases up to and including civil action number _____ . In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:


_____
JOSEPH R. GOODWIN
UNITE STATES DISTRICT JUDGE