IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   NEOMEDIC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2511
_____
THIS DOCUMENT RELATES TO:

*Henderson, et al.  v. Neomedic, Inc., et al..*            *Civil Action No. 2:14-cv-18418*


ORDER

(Dismissing Defendants Neomedic, with Prejudice
and Transferring Case to MDL 2327)

On September 6, 2016 the plaintiffs and defendants Desarrollo e Investigación Médica Aragonesa, S.L., Specialties Remeex International, S.L., Neomedic International, S.L., and Neomedic, Inc. (collectively referred to herein as "Neomedic") filed  a Joint Motion to Dismiss Defendant Neomedic with Prejudice [ECF No. 9]. In the joint motion the parties are seeking dismissal of Neomedic as defendants in this action with prejudice because all claims against Neomedic have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 9]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Neomedic with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. Plaintiffs' counsel is **DIRECTED** to file an Amended Short Form

Complaint within the time frame stated in the motion. The Neomedic defendants are **DISMISSED WITH PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is **DIRECTED** to disassociate the civil action as member case in MDL 2511 and re-associate it with MDL 2327.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 8, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE