IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  C. R. BARD, INC.
        PELVIC REPAIR SYSTEMS
        PRODUCTS LIABILITY LITIGATION          MDL 2187
_____
THIS DOCUMENT RELATES TO:

*Smith, et al., v. C. R. Bard, Inc., et al.*          *Civil Action No. 2:13-cv-26851*

ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On September 7, 2016 the plaintiffs and defendant C. R. Bard, Inc., ("Bard") filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 11]. In the joint motion the parties are seeking dismissal of Bard as a defendant in this action with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 11]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. Plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within the time frame stated in the motion. Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL

2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: September 9, 2016

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE