IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims.  Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in these actions with prejudice and terminate BSC from the docket of the Court the actions, each party to bear its own costs.

Dated  September 8, 2016              Respectfully submitted,


                                      By: /s/ Jon A. Strongman
                                      Robert T. Adams – MO Bar #: 34612
                                      Jon A. Strongman – MO Bar #: 53995
                                      SHOOK, HARDY & BACON L.L.P.
                                      2555 Grand Boulevard
                                      Kansas City, Missouri 64108
                                      Telephone: 816.474.6550
                                      Facsimile: 816.421.5547
                                      rtadams@shb.com
                                      jstrongman@shb.com


7763648 v1

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

By: /s/ W. Michael Moreland
Clayton A. Clark
Scott A. Love
W. Michael Moreland
CLARK LOVE & HUTSON
440 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: 713.757.1400
Facsimile:  713.759.1217
cclark@triallawfirm.com
slove@triallawfirm.com
mmoreland@triallawfirm.com

**COUNSEL FOR PLAINTIFFS LISTED ON EXHIBIT A**

CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases attached as Exhibit A.

      By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

7763648 v1

## EXHIBIT A

| | |
|---|---|
| 15-cv-11274 | Glass, Emily L. and William D. Glass v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 15-cv-11367 | Williams, Dorothy M. v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 16-cv-01352 | Chaney, Barbara J. and Carl Chaney, Jr. v. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |

7763648 v1