IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

7719557 v1

The settlements in the cases listed on Exhibit A relate only to the Covidien entities and Bard. Because other Defendants, including Ethicon, Inc. and Johnson & Johnson, remain in the cases listed on Exhibit A, the cases should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 12th day of September, 2016,

By:   /s/ _Tim K. Goss_____
Tim K. Goss
tim@freeseandgoss.com
Tamara L. Banno
tbanno@freeseandgoss.com
*Counsel for Plaintiffs listed on Exhibit A*

FREESE & GOSS, PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
Phone: 214.761.6610
Fax: 214.761.6688

/s/ _Micah H. Hobbs_____
Micah L. Hobbs
mhobbs@shb.com
Devin K. Ross
dkross@shb.com;
Deborah A. Moeller
dmoeller@shb.com
*Counsel for Covidien Entities*

SHOOK HARDY BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547

/s/ Richard B. North_____
Richard B. North, Jr.
richard.north@nelsonmullins.com;
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
*Counsel for C. R. Bard, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
P.O. BOX 1856
Huntington, WV 25719-1856

7719557 v1

Phone: 304.526.3500
Fax:304.526.3599

7719557 v1

# EXHIBIT A

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06185 | Aime, Anna |
| 2:13-cv-18991 | Clay, Torrey E. |
| 2:13-cv-19164 | Smith, Diana L. |
| 2:13-cv-19278 | Frankewich, Carol |
| 2:13-cv-19283 | Hardin-Corrie, Claudette |
| 2:13-cv-19286 | Huff, Gayle |
| 2:13-cv-19302 | Morris-Leong, Donola and James |
| 2:13-cv-19516 | Rhoads, Sandra |
| 2:13-cv-19519 | Shiffer, Roberta |
| 2:13-cv-19520 | Snider, Christine D. |
| 2:13-cv-26401 | Jennifer Vance |
| 2:14-cv-14339 | Damato, Cheryl |
| 2:14-cv-27031 | Calvary, Francine |
| 2:14-cv-27040 | Ingram, Mary Margaret |
| 2:15-cv-04814 | Coraggio, Mary |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> By: */s/ Micah L Hobbs*
> Micah L. Hobbs
> Attorney for Covidien Entities

7719557 v1