# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **THIS DOCUMENT RELATES TO:**<br>**WAVE 3 CASES** | |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PROF. DR. MED. UWE KLINGE

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Prof. Dr. Med. Uwe Klinge. Dr. Klinge's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum in Support of Motion to Exclude The Opinions and Testimony of Prof. Dr. Med. Uwe Klinge, and also the following exhibits:

| Exhibit | Description |
|---|---|
| A | List of cases to which this motion applies; |
| B | Rule 26 Expert Report of Prof. Dr. Med. Uwe Klinge (Nov. 16, 2015) ("Klinge SUI Report"); |
| C | Rule 26 Expert Report of Prof. Dr. Med. Uwe Klinge (Nov. 17, 2015) ("Klinge Prolapse Report"); |
| D | Uwe Klinge 10/5/15 Deposition Transcript; |
| E | Uwe Klinge 11/15/13 Deposition Transcript; |
| F | Uwe Klinge 11/10/14 Deposition Transcript; and |

G          Uwe Klinge 11/4/15 Deposition Transcript.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Prof. Dr. Med. Uwe Klinge.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>WAVE 3 CASES | |

**CERTIFICATE OF SERVICE**

      I certify that on September 16, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                    */s/ David B. Thomas*
                                    David B. Thomas (W.Va. Bar #3731)
                                    THOMAS COMBS & SPANN PLLC
                                    300 Summers St.
                                    Suite 1380 (25301)
                                    P.O. Box 3824
                                    Charleston, WV 25338
                                    Telephone: 304.414.1807
                                    dthomas@tcspllc.com