# EXHIBIT A

UWE KLINGE CASES

| Case Name | Case Number |
|---|---|
| Birt, Kathy Rogillo & Joseph | 2:12cv02251 |
| Bradley, Joann S. | 2:12cv03162 |
| Carroll, Norma & Larry | 2:12cv02414 |
| Castillo, Carmen Maria Del R. & Jose L. | 2:12cv03077 |
| Clones, Susan Elizabeth | 2:12cv02799 |
| Conley, Karen V. | 2:12cv02315 |
| Damron, Judy K. & Benny | 2:12cv03079 |
| Denton, Shirley & Marvin | 2:12cv01719 |
| Garcia, Yolanda & Edward G. | 2:12cv03080 |
| Gaylor, Geraldean Barnett | 2:12cv03163 |
| Harper, Helen Lanham | 2:12cv02316 |
| King, Gayle | 2:12cv02606 |
| King, Phyllis A. Baker | 2:12cv03081 |
| Lyszcarz, Karen A. & Thomas F. | 2:12cv02689 |
| Martello, Kimberly & Glen A. | 2:12cv03122 |
| Miller, Lillie Rosemary Centers & Ernest P. | 2:12cv02942 |
| Moosman, Donna J. & Joe | 2:12cv02805 |
| Murphy, Michellyn Blackmon & Michael | 2:12cv02600 |
| Noffsinger, Carol | 2:12cv03118 |
| Reed, Ronda L. Salas | 2:12cv03082 |
| Rivers, Nancy Len & Darryl | 2:12cv02602 |
| Semere, Yvonne | 2:12cv02160 |
| Smallridge, Audrey & Theron | 2:12cv02956 |
| Soltanshahi, Victoria McMurphy | 2:12cv02688 |
| Stevens, Kimberly J. | 2:12cv02424 |
| Toennies, Kathleen | 2:12cv02687 |
| Van Wyck, Helen Redhead | 2:12cv02374 |
| Webb-Henson, Tammy | 2:12cv03123 |
| White, Kelly L. & John D. | 2:12cv03129 |
| Woosley, Tracy Miller & Kevin | 2:12cv03145 |
| Young, Catherine L. & David | 2:12cv03083 |