# EXHIBIT A

018890\078026\32798311.v1-9/16/16

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| *Janice Fields, et al. v. Ethicon, Inc., et al.* | 2:12-cv-02971 | Gynemesh/Gynemesh PS |
| *Lori S. Ludwig, et al. v. Ethicon, Inc., et al.* | 2:12-cv-03093 | TVT |
| *Donna B. Murphy v. Ethicon, Inc., et al.* | 2:12-cv-02485 | Gynemesh/Gynemesh PS |
| *Sandra Sweeney v. Ethicon, Inc., et al.* | 2:12-cv-02880 | TVT-SECUR |
| *Mattie Todd, et al. v. Ethicon, Inc., et al.* | 2:12-cv-02242 | Prolift and TVT |
| *Leslie Hale Warner v. Ethicon, Inc., et al.* | 2:12-cv-02199 | Gynemesh/Gynemesh PS |