# EXHIBIT D

S. Abbas Shobeiri, M.D.

1  IN THE UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF WEST VIRGINIA
2       AT CHARLESTON
3  ------------------------X
4  IN RE: ETHICON, INC., PELVIC   Master File No.
   REPAIR SYSTEM PRODUCTS     2:12-MD-02327
5  LIABILITY LITIGATION       MDL 2327
   ------------------------X
6  THIS DOCUMENT RELATES TO THE  JOSEPH R. GOODWIN
   FOLLOWING CASES IN WAVE 1 OF  U.S. DISTRICT JUDGE
7  MDL 200:
8  Dorothy Baugher v. Ethicon, Inc., et al.
   Civil Action No. 2:12-cv-01053
9
   Denise Sacchetti v. Ethicon, Inc., et al.
10 Civil Action No. 2:12-cv-01148
11 Sheri Scholl, et al. v. Ethicon, Inc.
   Civil Action No. 2:12-cv-00738
12
   Lisa Thompson, et al. v. Ethicon, Inc., et al.
13 Civil Action No. 2:12-cv-01199
14 Roberta Warmack, et al. v. Ethicon, Inc., et al
   Civil Action No. 2:12-cv-1150
15
   Rebecca Wheeler, et al. v Ethicon, Inc., et al.
16 Civil Action No. 2:12-cv-01088
17 Thelma Wright v. Ethicon, Inc., et al.
   Civil Action No. 2:12-cv-01090
18 ------------------------X
19     VIDEOTAPED DEPOSITION OF
20     S. ABBAS SHOBEIRI, M.D.
21
22     Fairfax, Virginia
23     February 27, 2016
24 Reported by: Denise D. Vickery, CRR/RMR

1
2
3        February 27, 2016
4          10:06 a.m.
5
6
7  VIDEOTAPED DEPOSITION OF S. ABBAS SHOBEIRI, MD,
8  held at Gathering Room 3 of:
9
10
11 HYATT HOUSE MERRIFIELD
12 8296 Glass Aly
13 Fairfax, VA 22031
14
15
16
17 Pursuant to notice, before Denise D. Vickery,
18 Registered Merit Reporter, Certified Realtime
19 Reporter, and Notary Public in and for the
20 Commonwealth of Virginia.
21
22
23
24

1        A P P E A R A N C E S
2
3  For the MDL Plaintiffs:
4  MOTLEY RICE LLC
5      26 Bridgeside Boulevard
6      Mt. Pleasant, SC 29464
7      512.695.1708
8  BY:  MARGARET THOMPSON, ESQ.
9      mthompsonmd@gmail.com
10
11
12 For the Ethicon Defendants:
13 FOLIART HUFF OTTAWAY & BOTTOM
14     Bank of Oklahoma Plaza
15     201 Robert S. Kerr Avenue, 12th Floor
16     Oklahoma City, OK 73102
17     405.232.4633
18 BY:  LARRY D. OTTAWAY, ESQ.
19     larryottaway@oklahomacounsel.com
20 BY:  AMY SHERRY FISCHER, ESQ.
21     amyfischer@oklahomacounsel.com
22
23 Also Present:
24     Michael Gay, Videographer

1            I N D E X
2
3  EXAMINATION OF S. ABBAS SHOBEIRI, MD    PAGE
4  By Mr. Ottaway                6, 166
5  By Ms. Thompson               156, 171
6
7         E X H I B I T S
8          DEFENDANT'S
9  EXHIBIT  DESCRIPTION               PAGE
10 No. 1   Notice of Deposition        6
11 No. 2   References.                 46
12         ETH.MESH.00632022 to 2026
13         ETH.MESH.02180759 to 0761
14         ETH.MESH.03364532 to 4535
15         ETH.MESH.03803462 to 3465
16         ETH.MESH.03928235
17         ETH.MESH.00860239 to 0310
18         ETH.MESH.02340756 to 0828
19         ETH.MESH.02340829 to 0901
20         ETH.MESH.02340902 to 0973
21 No. 3   Clinical Literature Reliance List 104
22         Pages 1 - 84, Pages 1 - 10
23
24         (Exhibits attached to transcript.)

S. Abbas Shobeiri, M.D.

Page 61

1  personally how much problem I've had with doing
2  that surgery, and I would give them a specific
3  replies.
4      Q.   Doctor, can those problems also
5  occur without surgery as a result of, say, aging?
6          MS. THOMPSON:  Object.
7  BY MR. OTTAWAY:
8      Q.   Lack of hormones?
9          MS. THOMPSON:  Object to form.
10         THE WITNESS:  So can somebody
11  have spontaneous pelvic pain because they
12  are getting older?
13  BY MR. OTTAWAY:
14     Q.   Is -- yes.
15     A.   Everything is possible, but that
16  would be very unusual.
17     Q.   Okay.  Are there comorbidities that
18  can cause pelvic pain and discomfort during
19  intercourse?
20     A.   So could you refine that question?
21     Q.   I'm not sure that I can.
22     A.   So describe comorbidities associated
23  with pelvic pain and discomfort with intercourse?
24         So when somebody has pelvic pain and

Page 62

1  pain with intercourse that affects their quality
2  of life, their relationship with their spouse,
3  their children, it probably decreases their
4  economic productivity.
5      Q.   Strike that as nonresponsive.
6          MS. THOMPSON:  I think the
7  question is comorbidities is --
8          MR. OTTAWAY:  Again, you don't
9  have to argue about it, counsel.
10         MS. THOMPSON:  -- is not the
11  right word to use.  He answered the
12  question using the word "comorbidities"
13  that can cause pelvic pain and discomfort.
14         MR. OTTAWAY:  Actually, he didn't
15  answer the question.  He described the
16  difficulties, but I move to strike.
17         MS. THOMPSON:  Okay.  Okay.
18         MR. OTTAWAY:  And the judge can
19  work all that out later.
20         MS. THOMPSON:  I'll ask.
21         MR. OTTAWAY:  We're not going to
22  work it out here today.
23         THE WITNESS:  So, again, yeah.
24  If you could give me a more specific

Page 63

1      question.  So the way --
2  BY MR. OTTAWAY:
3      Q.   Do people have complaints of pelvic
4  pain and discomfort during sex without ever
5  having any kind of surgery?
6      A.   So you're asking me what are the
7  other causes of pain with intercourse and pelvic
8  pain --
9      Q.   Yes.
10     A.   -- if somebody did not have surgery?
11     Q.   Yeah.
12     A.   Is that correct?
13     Q.   I'm asking you if people can have
14  complaints of those types and never had surgery.
15     A.   True.
16     Q.   Never had surgery involving mesh of
17  any type?
18     A.   True.  Depends on the kind of pain
19  that they have.
20     Q.   And when you look at a reason that
21  someone has those difficulties, do you consider
22  their presurgical complaints to be important in
23  that analysis?
24     A.   Well, it depends on the --

Page 64

1          MS. THOMPSON:  Object to form.
2          THE WITNESS:  Yeah.  It depends
3  on the location of the pain and where the
4  pain is.  So pelvic pain is a very global
5  term that you are using.  It means anywhere
6  in the pelvis.
7          Certainly if somebody had
8  mesh-type pain, that can become bigger and
9  become pelvic pain but, you know, you could
10  also have pain that started from the mesh.
11  BY MR. OTTAWAY:
12     Q.   Well, I think my question was,
13  Doctor:  Do you consider presurgical complaints
14  of pelvic pain and discomfort with intercourse
15  when you try to determine whether a surgery of
16  any type is a contributing factor to them?
17     A.   So if I saw a patient who has pain,
18  yes, I would ask them what kind of pain they have
19  before surgery.
20     Q.   And would that be an important
21  finding for you in determining a cause?
22     A.   Depends on where their pain is and
23  where it's coming from.  So, for example, the
24  patient who has endometriosis pain and they have

S. Abbas Shobeiri, M.D.

Page 69

1  Q.   I want to know when those problems
2  were reported in the medical literature.
3  A.   Well, these papers, you mean when
4  they were published?  2014 and 2015 and 2011.
5  Q.   Okay.  So 2011?
6  A.   2012.  Yeah, there's a string of
7  them.
8  Q.   Okay.  And would you agree with me
9  that by those dates, it was known in the medical
10 literature that these complications, in your
11 phrase, were associated with mesh procedures?
12       MS. THOMPSON:  Object to form.
13       THE WITNESS:  These are some of
14   the references I took.  Doesn't mean there
15   are -- there are not more of them --
16 BY MR. OTTAWAY:
17 Q.   Oh.
18 A.   -- or older ones or newer ones.
19 Q.   In fact, there are references to
20 these potential complications in literature older
21 than 2011; correct?
22 A.   True.
23 Q.   Okay.  So these were known to the
24 medical community, people in your profession, by

Page 70

1  a review of the medical literature prior to 2011;
2  correct?
3  A.   True.
4  Q.   Doctor, you discuss scarring.
5        Is scarring a potential with any
6  surgery?
7  A.   True.
8  Q.   You learned that in medical school?
9  A.   Probably.
10 Q.   In the TOPAS product you discussed,
11 is the mesh designed to have tissue in-growth?
12 A.   Is the mesh designed to have tissue
13 in-growth, question mark.
14       I think that's just a consequence of
15 placing mesh in any space.
16 Q.   And you understand that scar tissue
17 may result from that?
18 A.   That's the body response.
19 Q.   You understand that if the body
20 reacts to polypropylene, it may react to that
21 device?
22 A.   So there is inflammation and
23 scarring of the tissue.  True.
24 Q.   Okay.  And doctors have known that

Page 71

1  for a long time, haven't they?
2        MS. THOMPSON:  Object to form.
3        THE WITNESS:  That polypropylene
4    causes scarring and inflammation?  Or what
5    is "that"?  Could you question -- repeat
6    your question?
7  BY MR. OTTAWAY:
8  Q.   Doctors have known for a long time
9  that scar tissue can result from surgery;
10 correct?
11 A.   Our body goes through a cycle of
12 healing, some of which includes scarification.
13 Q.   Okay.
14 A.   That's body's first response to
15 heal.
16 Q.   And you teach your medical students
17 that if you implant a device, whether it's TOPAS
18 or any other device, you can have a reaction to
19 that device; correct?
20       MS. THOMPSON:  Object to form.
21       THE WITNESS:  True.
22 BY MR. OTTAWAY:
23 Q.   And these are things that are known
24 and reported in the literature and have been

Page 72

1  since before 2011; correct?
2        MS. THOMPSON:  Object to form.
3        THE WITNESS:  What things?  The
4    scarring?
5  BY MR. OTTAWAY:
6  Q.   Scarring, foreign body reaction.
7        MS. THOMPSON:  Object to form.
8        THE WITNESS:  Yes, the body forms
9    a scar.
10 BY MR. OTTAWAY:
11 Q.   I need to learn a little bit about
12 EVUS, E-V-U-S.  Is that how you pronounce that
13 acronym?
14 A.   Yes.  What page are you on?
15 Q.   It's all through there, Doctor.  You
16 can pick almost any page you want.
17       You know what I'm talking about when
18 I mention EVUS; correct?
19 A.   True.  Even though now we just
20 don't -- pretty much just say US, which is
21 ultrasound.
22 Q.   Okay.  What does EVUS stand for?
23 A.   EVUS is endovaginal ultrasound.
24 Q.   And this is a technique that you

18 (Pages 69 to 72)

S. Abbas Shobeiri, M.D.

Page 97

1   need to investigate and look at the evidence.
2       Q.   Now, number 6, I think this is where
3   you were telling me about what you referred to as
4   the wings; am I right?
5       A.   Sure.
6       Q.   Okay.  Tell me about that, please,
7   if we didn't get it all already.
8       A.   Sure.  The lateral portion of the
9   Gynecare TVT-O mesh devices are difficult, if not
10  impossible, to remove, even with the aid of
11  advanced imaging and the surgical skill and
12  result in seeing of comorbidity for patients.
13      So it goes to what we talked about
14  where the sling arms are going into a space that
15  is really unfamiliar to the general OB-GYNs or
16  general urologists who are doing these surgeries.
17      And when we go to remove the mesh
18  because of the pain, nerve entrapment, etc., as
19  the sling arm advances and goes behind the tissue
20  pubic rami it pretty much is turning behind the
21  wall, so to speak, and it's just hard to follow.
22      Q.   Anything else you need tell me about
23  number 6?
24      A.   Pardon me?

Page 98

1       Q.   Anything else you need to tell me
2   about opinion number 6?
3       A.   Well, the last sentence that it says
4   results in significant morbidity for the patient.
5   Once you have scarring around the nerve causing
6   the pain, a lot of times even if when you go and
7   remove the sling, the scarring is still there and
8   the pain may not be reduced, depending on when
9   the original sling was placed.
10      Q.   And do you reference specific
11  literature to support that opinion?
12          MS. THOMPSON:  Object to form.
13          THE WITNESS:  Am I citing a
14      specific reference for relating to that?  I
15      think it is in my references.  We can look
16      it up.
17  BY MR. OTTAWAY:
18      Q.   We'll do that at the next break,
19  Doctor, and you can tell me.  I don't want to
20  take your time here.
21          But if you do reference a specific
22  piece of literature to support number 6, I would
23  appreciate you finding it for me on the next
24  break, okay?

Page 99

1       A.   Do I have any of the papers with me?
2           Oh, no, I need the papers.  So those
3   are just the references.
4           Maybe, maybe not.  I have to look at
5   them.
6       Q.   Okay.  And if you find one, will you
7   advise --
8       A.   Sure.
9       Q.   -- Counsel here so she can advise
10  us?
11      A.   Sure.
12      Q.   Okay.  Number 7.  TVT-O is
13  associated with an unacceptably high rate of
14  chronic pain.
15          Tell me about that.  What do you
16  rely on to support that opinion?
17      A.   Sure.  So, again, you get to the
18  fact that you're operating in a space that causes
19  the kind of pain that is hard to get rid of --
20      Q.   Okay.
21      A.   -- and that's unacceptable.
22      Q.   Okay.  Now, are we talking about a
23  particular kind of pain here?
24      A.   We are talking about groin pain and

Page 100

1   the leg pain that the patients experience.
2       Q.   So it's groin and leg pain.
3           And do you have in your mind what an
4   acceptable rate of pain would be?
5           MS. THOMPSON:  Object to form.
6   BY MR. OTTAWAY:
7       Q.   You say this is "unacceptably high."
8           Do you have an opinion about what
9   would be acceptable, in your opinion?
10      A.   Acceptable rate --
11          MS. THOMPSON:  Object to form.
12          THE WITNESS:  -- of chronic pain
13      for me would be none.
14  BY MR. OTTAWAY:
15      Q.   Okay.  So anything above zero is an
16  unacceptably high rate of chronic pain to you?
17          MS. THOMPSON:  Object to form.
18          THE WITNESS:  I don't want my
19      patients to have any chronic pain.
20  BY MR. OTTAWAY:
21      Q.   Okay.  I'm just asking what your
22  opinion is here, Doctor.
23          Was my statement correct?
24      A.   My opinion is that if the patient

25 (Pages 97 to 100)

S. Abbas Shobeiri, M.D.

Page 125

1    nerve entrapment," you're trying to limit that to
2    the obturator space?
3        A.    As it pertains to the TVT-O.
4        Q.    But nerve damage and nerve
5    entrapment or scarification is common to all
6    surgery and all vaginal surgery, except just not
7    in that area; is that right?
8            MS. THOMPSON:  Object to scope.
9        Object to form.
10           THE WITNESS:  If you're operating
11       close to the nerves, you can have nerve
12       entrapment problems, just at the nerves
13       that travel in that area.  They are not
14       really inside the vagina.
15   BY MR. OTTAWAY:
16       Q.    Okay.  The next one, pain with sex
17   or sexual impairment.  Is that a potential for
18   any vaginal surgery?
19           MS. THOMPSON:  Object to form.
20           THE WITNESS:  The vaginal
21       surgeries who could cause dyspareunia and
22       sexual impairment a lot of times may be
23       associated with narrowing of the vagina or
24       inflammation in the space, and so they

Page 126

1    could cause pain and discomfort maybe in a
2    different region.
3    BY MR. OTTAWAY:
4        Q.    Okay.  Is there something unique
5    about TVT-O or TOT devices as it regards
6    dyspareunia or sexual impairment?
7        A.    Well, we are talking about the
8    TVT-O, and what we talked about earlier was the
9    fact that the TVT-O and the TOT type devices do
10   curl up, you know, and then you asked me like
11   what other complaints are making them.
12           So that from the -- the sling is
13   going from one issue of PV grain white to the
14   other issue of PV grain white.  So...
15       Q.    Okay.  I want to make sure I
16   understand this.
17           So is there -- because you
18   mentioned -- we're going to talk about deformed
19   curl rope, degraded, fragmented in your next
20   opinion.
21       A.    Yeah, they sort of run into each
22   other.
23       Q.    Yeah.  I'm now referring to the
24   bullet point above it.

Page 127

1        A.    Yeah.
2        Q.    Dyspareunia and sexual impairment.
3    And my question is:  Does that -- is that a
4    potential for all vaginal surgeries?
5        A.    Yeah, but then you put TVT and TVT-O
6    together.
7        Q.    Okay.  And that is what you
8    reference in the next bullet point is you're
9    telling me because, in your opinion, the TVT-O or
10   TOT devices tend to curl, rope, degrade based on
11   your ultrasound examinations?
12       A.    Yeah, but that's goes hand in hand
13   with dyspareunia as well.  Because -- because
14   they're going from one side to the other, they
15   sort of cause this bridge as well.
16       Q.    Okay.
17       A.    That can.  So they behave
18   differently from TV -- from TVT type devices.
19       Q.    Okay.  So in that one there's, in
20   your mind, some difference between the TVT-O or
21   TOT devices and standard TVT matter?
22       A.    Well, they're anatomically in
23   different spaces.
24       Q.    Okay.  Next bullet point.

Page 128

1    Encapsulation of mesh.
2        A.    Yes.
3        Q.    Okay.  Is that unique to TVT-O or
4    TOT devices?
5        A.    No, it's all the mesh.
6        Q.    Okay.  Vaginal shortening or
7    tightening stenosis.  Is that unique to TVT-O or
8    TOT devices, or is that something that occurs
9    with vaginal surgeries or other meshes?
10       A.    Yeah.  If the -- any vaginal surgery
11   could cause a stenosis and tightening and
12   shortening, but this is different type of, again,
13   problem with that bridging that we talked about.
14       Q.    Okay.  What is it that causes a
15   different type of vaginal shortening, tightening
16   or stenosis?
17       A.    So with the stenosis, we are talking
18   about the sling bridge, so to speak, that can be
19   -- can cause issue in term of tightening that
20   space versus if you're talking about a general
21   vaginal surgery for something else.
22       Q.    Okay.  So would this be unique to
23   TVT-O or TOT devices, or would it be something
24   present with all mesh devices?  Potential of all

32 (Pages 125 to 128)

S. Abbas Shobeiri, M.D.

Page 169

1  there --
2      Q.   I just asked you to read the
3  conclusion of the study for the ladies and
4  gentlemen.
5      A.   So the page numbers are not the same
6  and so okay.
7          So basically what they're saying is
8  that the:
9          "TVT-O implantation is a highly
10 effective opinion option for the treatment of
11 women with pure SUI showing a very high cure rate
12 and low incidence of complication after 5-year
13 follow-up."
14         And that was Serati, pages 872 to
15 878, 2008. '13.
16     Q.   And, Doctor, I'll hand you, finally,
17 what is an article from the International
18 Urogynecological Journal of 2014, which is Seven
19 years of objective and subjective outcomes of
20 trans -- say that word for me again.
21     A.   Which one are you reading?
22 Transobturator.
23     Q.   -- transobturator (TVT-O) vaginal
24 tape." That's what we've been talking about, and

Page 170

1  ask if you would read the conclusion of that
2  study at page 224.
3          It starts "In conclusion." It's the
4  last paragraph of the study.
5      A.   Okay. Yes. So:
6          "In conclusion, this study supports
7  the long-term TVT-O outcomes using a
8  retrospective design in a real life cohort. It
9  shows that the TVT-O procedure provides for high
10 long-term efficacy clinically meaningful
11 improvement in patients' quality of life and an
12 excellent safety profile. However, women with
13 central compartment prolapse in those undergoing
14 concomitant vaginal hysterectomy had a higher
15 risk of subjective failure. These results could
16 therefore be useful to clinicians for
17 preoperative consultation."
18     Q.   Thank you, Doctor. That's all I
19 have.
20     A.   Thank you.
21         MS. THOMPSON:  I have one more
22 question.
23
24

Page 171

1          FURTHER EXAMINATION
2  BY MS. THOMPSON:
3      Q.   Dr. Shobeiri, did you consider and
4  critically assess literature that was both
5  favorable and unfavorable to your opinions?
6      A.   Yes, I did.
7          MS. THOMPSON:  That's it.
8          MR. OTTAWAY:  You have the right
9  to read and sign this deposition,
10 Dr. Shobeiri, and you should consult with
11 Margaret and see what you wish to do.
12         MS. THOMPSON:  You will.
13         THE WITNESS:  Thank you.
14         THE VIDEOGRAPHER:  The time now
15 is 2:19. This deposition has concluded.
16         (Signature having not been
17 waived, the taking of the deposition
18 concluded at 2:19 p.m.)
19
20         *    *    *
21
22
23
24

Page 172

1          CERTIFICATE OF COURT REPORTER
2  UNITED STATES OF AMERICA )
3  COMMONWEALTH OF VIRGINIA )
4          I, DENISE D. VICKERY, the reporter before
5  whom the foregoing deposition was taken, do
6  hereby certify that the witness whose testimony
7  appears in the foregoing deposition was sworn
8  by me; that the testimony of said witness was
9  taken by me in machine shorthand and thereafter
10 transcribed by computer-aided transcription;
11 that said deposition is a true record of the
12 testimony given by said witness; that I am
13 neither counsel for, related to, nor employed
14 by any of the parties to the action in which
15 this deposition was taken; and, further, that I
16 am not a relative or employee of any attorney
17 or counsel employed by the parties hereto, or
18 financially or otherwise interested in the
19 outcome of this action.
20
21
22         Notary Public in and for the
23         Commonwealth of Virginia
24 My Commission expires March 31, 2018 ID - 126014

43 (Pages 169 to 172)

S. Abbas Shobeiri, M.D.

Page 173

1   INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8        After doing so, please sign
9   the errata sheet and date it.  It will be
10  attached to your deposition.
11       It is imperative that you
12  return the original errata sheet to the
13  deposing attorney within thirty (30) days
14  of receipt of the deposition transcript
15  by you.  If you fail to do so, the
16  deposition transcript may be deemed to be
17  accurate and may be used in court.
18
19
20
21
22
23
24

Page 174

1        - - - - - -
           E R R A T A
2        - - - - - -
3   PAGE  LINE  CHANGE
4   ___ ___ _____
5   REASON: _____
6   ___ ___ _____
7   REASON: _____
8   ___ ___ _____
9   REASON: _____
10  ___ ___ _____
11  REASON: _____
12  ___ ___ _____
13  REASON: _____
14  ___ ___ _____
15  REASON: _____
16  ___ ___ _____
17  REASON: _____
18  ___ ___ _____
19  REASON: _____
20  ___ ___ _____
21  REASON: _____
22  ___ ___ _____
23  REASON: _____
24  ___ ___ _____

Page 175

1   ACKNOWLEDGMENT OF DEPONENT
2
3        I,_____, do
    hereby certify that I have read the
4   foregoing pages, and that the same
    is a correct transcription of the answers
5   given by me to the questions therein
    propounded, except for the corrections or
6   changes in form or substance, if any,
7   noted in the attached Errata Sheet.

8   _____
    WITNESS NAME        DATE
9
10
11
12
13
14
    Subscribed and sworn
15  to before me this
    _____ day of _____, 20____.
16
    My commission expires:_____
17
18  _____
    Notary Public
19
20
21
22
23
24

Page 176

1   LAWYER'S NOTES
2   PAGE  LINE
3   ___ ___ _____
4   ___ ___ _____
5   ___ ___ _____
6   ___ ___ _____
7   ___ ___ _____
8   ___ ___ _____
9   ___ ___ _____
10  ___ ___ _____
11  ___ ___ _____
12  ___ ___ _____
13  ___ ___ _____
14  ___ ___ _____
15  ___ ___ _____
16  ___ ___ _____
17  ___ ___ _____
18  ___ ___ _____
19  ___ ___ _____
20  ___ ___ _____
21  ___ ___ _____
22  ___ ___ _____
23  ___ ___ _____
24  ___ ___ _____

44 (Pages 173 to 176)