**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                           JOSEPH R. GOODWIN U.S. DISTRICT
                                           JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
STEPHEN M. FACTOR, M.D. FOR WAVE 3**</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Stephen M. Factor for Ethicon Wave 1, Dkt. 2015 (motion), 2020

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Stephen M.

Factor's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 3 cases identified in Exhibit A attached hereto.

Dated: September 16, 2016          Respectfully submitted,

                               /s/  D. Renee Baggett
                               Bryan F. Aylstock, Esq.
                               Renee Baggett, Esq.
                               Aylstock, Witkin, Kreis and Overholtz, PLC
                               17 East Main Street, Suite 200
                               Pensacola, Florida  32563
                               (850) 202-1010
                               (850) 916-7449 (fax)
                               E-mail:  rbaggett@awkolaw.com

                               /s/ Thomas P. Cartmell
                               THOMAS P. CARTMELL
                               Wagstaff & Cartmell LLP
                               4740 Grand Avenue, Suite 300
                               Kansas City, MO 64112
                               816-701-1102
                               Fax 816-531-2372
                               tcartmell@wcllp.com

1

# EXHIBIT A

| White, Kelly | 2:12-cv-03129 |
|---|---|

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 16, 2016, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com