# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JUAN CARLOS FELIX, M.D. FOR WAVE 3

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Juan Carlos Felix for Ethicon Wave 1, Dkt. 2063 (motion), 2069 (memorandum in support). Plaintiffs respectfully request that the Court exclude Juan Carlos Felix's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 3 cases identified in Exhibit A attached hereto.

Dated: September 16, 2016　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　／s/  D. Renee Baggett  
　　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.  
　　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.  
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC  
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200  
　　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563  
　　　　　　　　　　　　　　　　　　　(850) 202-1010  
　　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)  
　　　　　　　　　　　　　　　　　　　E-mail:  rbaggett@awkolaw.com

　　　　　　　　　　　　　　　　　　　/s/ Thomas P. Cartmell  
　　　　　　　　　　　　　　　　　　　THOMAS P. CARTMELL  
　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP  
　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300  
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112  
　　　　　　　　　　　　　　　　　　　816-701-1102  
　　　　　　　　　　　　　　　　　　　Fax 816-531-2372  
　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Madding, Linda | 2:12-cv-02512 |
| Coward, Tammy | 2:12-cv-02788 |
| Watts, Nettie | 2:12-cv-02823 |
| King, Phyllis | 2:12-cv-03081 |
| Young, Catherine | 2:12-cv-03083 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com