JORDI HOWARD CASES

| Case Name | Case Number |
|---|---|
| Brooks, Mattie J. | 2:12cv02865 |
| Farris, Diana N. | 2:12cv02776 |
| Gaylor, Geraldean Barnett | 2:12cv03163 |
| Haddon, Judy F. | 2:12cv02200 |
| Hill, Kimberly | 2:12cv02829 |
| Lyszcarz, Karen A. & Thomas F. | 2:12cv02689 |
| Thomas, Shari & Ronnie L. | 2:12cv03130 |
| Todd, Mattie & Ronnie | 2:12cv02242 |
| Webb-Henson, Tammy | 2:12cv03123 |
| Williamson, Tabitha | 2:12cv02642 |
| Wooden, Brenda J. DeSheles & Barry | 2:12cv02951 |