**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR            Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                                                  JOSEPH R. GOODWIN U.S. DISTRICT
                                                                              JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
NICOLE FLEISCHMANN, M.D. FOR WAVE 3**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Nicole Fleischmann for Ethicon Wave 1, Dkt. 2050 (motion), 2051

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Nicole

Fleischmann's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies

to the following Wave 3 cases identified in Exhibit A attached hereto.

Dated: September 16, 2016                      Respectfully submitted,

                                                              /s/  D. Renee Baggett
                                                              Bryan F. Aylstock, Esq.
                                                              Renee Baggett, Esq.
                                                              Aylstock, Witkin, Kreis and Overholtz, PLC
                                                              17 East Main Street, Suite 200
                                                              Pensacola, Florida  32563
                                                              (850) 202-1010
                                                              (850) 916-7449 (fax)
                                                              E-mail:  rbaggett@awkolaw.com

                                                              /s/ Thomas P. Cartmell
                                                              THOMAS P. CARTMELL
                                                              Wagstaff & Cartmell LLP
                                                              4740 Grand Avenue, Suite 300
                                                              Kansas City, MO 64112
                                                              816-701-1102
                                                              Fax 816-531-2372
                                                              tcartmell@wcllp.com

1

# EXHIBIT A

| Jones, Sara Camille | 2:12-cv-03131 |
|---------------------|---------------|

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com