APPROVED and SO ORDERED.
ENTER: September 16, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| MARY SINGLETON,<br>RICHARD HASBROUCK,<br><br>**Plaintiffs,**<br><br>v.<br><br>DESARROLLO E INVESTIGACION<br>MEDICA ARAGONESA, S.L., NEOMEDIC<br>INTERNATIONAL, S.L., NEOMEDIC<br>INC., SPECIALTIES REMEEX<br>INTERNATIONAL, S.L.,<br>ETHICON, INC., JOHNSON & JOHNSON,<br><br>**Defendants.** | MDL 2511<br><br>NO. 2:14-cv-17678 |

### JOINT MOTION TO DISMISS DEFENDANT
### NEOMEDIC WITH PREJUDICE
### AND PLAINTIFFS' MOTION TO TRANSFER MDLS

Plaintiffs in the above-captioned case, along with defendants Desarrollo e Investigación Médica Aragonesa, S.L., Specialties Remeex, International, S.L., Neomedic International, S.L., and Neomedic Inc.[1] (collectively referred to herein as "Neomedic") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Neomedic jointly move the court to dismiss Neomedic as a defendant in this action with prejudice, parties to bear their own costs.[2]

Other defendants remain in this action, and plaintiffs will continue to pursue this action

---

[1] Neomedic Inc. was a corporation organized and existing under the laws of Florida, with its principal place of business at 2655 Le Jeune Road, #810, Coral Gables, Florida, 33134. Defendant Neomedic Inc. was the United States headquarters of Neomedic International, S.L.

[2] The parties jointly move to dismiss Neomedic Inc. with prejudice and terminate it from the Court's docket in this matter; the signature for Neomedic on this motion relates only to the joint motion. The motion to transfer is made only by the plaintiffs.

against them.  To that end, an Amended Short Form Complaint will be filed against the remaining defendants.

Further, plaintiffs move to transfer this action from MDL 2511, In re: Neomedic Pelvic Repair System Products Liability Litigation to: MDL 2327.  Plaintiffs herein filed a Complaint or Short Form Complaint in MDL 2511 against Neomedic and others.  Within fourteen (14) days of the filing of *this motion* Plaintiffs will file an Amended Short Form Complaint that no longer includes Neomedic as a named defendant.

Because Neomedic is no longer a named defendant in this case, plaintiffs respectfully request that the Court: 1) GRANT the plaintiffs' motion to transfer this action from MDL 2511 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2511 and re-associate it with MDL 2327.

Respectfully:

/s/ Carolyn Purwin
Carolyn Purwin
CIPRIANI & WERNER
Suite 200
450 Sentry Parkway
Blue Bell, PA 19422
610/567-0700 (phone)
610/567-0712 (fax)
cpurwin@c-wlaw.com
*Attorney for Defendant Neomedic with Respect to the Joint Motion to Dismiss Only*

/s/ Michael J. Miller
Michael J. Miller
THE MILLER FIRM
108 Railroad Avenue
Orange, VA 22960
540/672-4224 (phone)
540/672-3055 (fax)
mdicke@millerfirmllc.com
*Attorney for Plaintiffs*


Dated:   September 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

       /s/ Carolyn Purwin
       Carolyn Purwin