**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                   JOSEPH R. GOODWIN U.S. DISTRICT
                                       JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## DOUGLAS GRIER, M.D. FOR WAVE 3

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Douglas Grier for Ethicon Wave 1, Dkt. 2022 (motion), 2024 (memorandum

in support).  Plaintiffs respectfully request that the Court exclude Douglas Grier's testimony, for

the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 3 cases

identified in Exhibit A attached hereto.

Dated: September 16, 2016              Respectfully submitted,

                                 /s/  D. Renee Baggett
                                 Bryan F. Aylstock, Esq.
                                 Renee Baggett, Esq.
                                 Aylstock, Witkin, Kreis and Overholtz, PLC
                                 17 East Main Street, Suite 200
                                 Pensacola, Florida  32563
                                 (850) 202-1010
                                 (850) 916-7449 (fax)
                                 E-mail:  rbaggett@awkolaw.com

                                 /s/ Thomas P. Cartmell
                                 THOMAS P. CARTMELL
                                 Wagstaff & Cartmell LLP
                                 4740 Grand Avenue, Suite 300
                                 Kansas City, MO 64112
                                 816-701-1102
                                 Fax 816-531-2372
                                 tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Anderson, Elaine | 2:12-cv-02134 |
| Braden, Linda | 2:12-cv-02283 |
| Conley, Karen | 2:12-cv-02315 |
| Madding, Linda | 2:12-cv-02512 |
| Rivers, Nancy | 2:12-cv-02602 |
| Watts, Nettie | 2:12-cv-02823 |
| Currie, Anne | 2:12cv02955 |
| Rutherford, Jamie | 2:12-cv-02959 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com