# EXHIBIT A

## EXHIBIT "A"

| PLAINTIFF | CASE NO. |
|---|---|
| Page, Terry | 2:12cv02884 |
| Richmond, Tammy & Danny | 2:12cv03038 |
| Rutherford, Jamie B. Andrews & Steven | 2:12cv02959 |
| Smith, Julia Grace | 2:12cv03128 |