# EXHIBIT C

Russell F. Dunn, Ph.D., P.E.

Page 1

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

|  |  |
|---|---|
| ESTHER JASSO and | ) |
| ARMANDO JASSO, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) No. D-202-CV- |
|  | ) 2013-05744 |
| JOHNSON & JOHNSON; | ) |
| ETHICON, INC.; ETHICON | ) |
| WOMEN'S HEALTH AND | ) |
| UROLOGY; GYNECARE, INC. | ) |
| and ONA BERNAL, | ) |
|  | ) |
| Defendants. | ) |

_____

DEPOSITION OF
RUSSELL F. DUNN, PH.D., P.E.
Taken on behalf of the Defendants
November 20, 2015

Russell F. Dunn, Ph.D., P.E.

Page 9

```
 1              RUSSELL F. DUNN, PH.D., P.E.
 2    was called as a witness, and after having been
 3    first duly sworn, testified as follows:
 4
 5    EXAMINATION BY MR. DAVIS:
 6       Q.      Good morning, Dr. Dunn.  Again, I'm
 7    Paul Davis, and, as you know, we just met, I
 8    think -- is that correct? -- for the first time?
 9       A.      That's correct.
10       Q.      Okay.  I'm going to bypass some of the
11    usual introductions, because I know you've been
12    deposed several times -- a number times by this
13    time; is that correct?
14       A.      That is correct.
15              (Whereupon Exhibit 1 was marked as an
16    exhibit.)
17    BY MR. DAVIS:
18       Q.      Okay.  Let me just start by handing you
19    what's been marked as Exhibit 1, the notice for
20    your deposition.
21              And we requested production of
22    documents.
23              Did you bring any documents with you
24    today?
25       A.      I did.  I brought four notebooks of
```

Russell F. Dunn, Ph.D., P.E.

Page 19

1              Because products are used in different
2     applications.  You would have to test it in a
3     similar circumstance to that application.
4        Q.     Well, just make sure this is clear.
5              Do you know of any written standard
6     adopted by the medical device industry for testing
7     a medical device for oxidative degradation effects?
8        A.     Well, you keep saying a "standard," and
9     I would say that no such thing would exist.  And
10    that doesn't preclude a company from being
11    responsible for testing for that effect.
12       Q.     Okay.  I notice in your report you talk
13    about Ethicon's quality systems.
14              Do you recall that?
15       A.     Yes, I do.
16       Q.     And are there any written standards for
17    quality systems for medical device manufacturers?
18       A.     I understand that you want to use the
19    term "standard."
20              There are guidelines and there are
21    principles that are taught for quality systems.
22    There are standards that have to do with risk
23    analysis that would apply to medical devices, and
24    that would affect some of the quality systems.
25       Q.     Well --

Russell F. Dunn, Ph.D., P.E.

Page 20

1     **A.**      What you are referring to would be

2  something very specific that can't be applied

3  across many different companies that are all

4  operating in different ways.

5              But there are things outside of

6  standards.  There are engineering principles and

7  there are guidelines provided.  You just keep using

8  the word "standards."  And standards are not

9  written for the quality systems, as -- as you've

10  talked about, other than the ISO 14971 that has

11  implications on quality.

12    **Q.**      Okay.  We'll get back to ISO 14971.

13    **A.**      Uh-huh.

14    **Q.**      I do have some questions about that.

15              But, aside from that written standard,

16  do you know of any other written standards specific

17  to the medical device manufacturing industry for

18  quality systems, just specific to that industry?

19    **A.**      I don't know that I've looked at --

20  specifically for a standard for quality systems for

21  medical devices.

22    **Q.**      So, when you express your opinions in

23  this case regarding Ethicon's quality systems,

24  what -- it sounds like you're just relying on some

25  general principles that you go by in your

Russell F. Dunn, Ph.D., P.E.

Page 21

1    profession?

2              MR. BOWMAN:  Object to form.

3    BY MR. DAVIS:

4        Q.      Let me -- let me strike that and ask it

5    over.

6              Just please explain to me the standards

7    or the guidelines that you applied in this case,

8    the principles that you applied in this case in

9    developing an opinion that Ethicon's quality

10   systems were less than satisfactory.

11       A.      Okay.  The -- the -- the implication

12   you've made is that, when we're designing or when

13   you have quality systems, that all goes back to

14   standards.

15             I teach all of the chemical engineering

16   seniors at Vanderbilt University, and I teach a

17   course called "Product and Process Design."  It is

18   not a course on standards.  We have a full textbook

19   of guidelines and principles.  It is not built on

20   standards.  It's built on engineering fundamentals

21   and principles that we follow in designing products

22   and having quality systems.

23             And even courses that you take on

24   quality and quality engineering are not based on

25   standards.  We teach engineering principles.  And

Russell F. Dunn, Ph.D., P.E.

Page 22

1    to suggest that, if it's not in a standard, it's --
2    it's not scientific or it's not based on scientific
3    principles, does not represent what standards are
4    intended for.
5        Q.     Okay.  Have you ever heard of 21 CFR
6    Part 820?
7        A.     I don't know.
8        Q.     Okay.  I mean, you don't know what it
9    is, do you?
10       A.     Not from memory.
11       Q.     Okay.
12       A.     I know it's Code of Federal
13   Regulations, and 21 represents the department that
14   it would be associated with.  I can't recall -- 19
15   is OSHA.  I can't recall which particular division
16   that is of the Code of Federal Regulations.  I
17   don't have that one memorized --
18       Q.     Well --
19       A.     -- whether I've seen it or not.
20       Q.     I'm sorry.  I apologize.  I interrupted
21   you.
22              Were you through?
23       A.     Yes.
24       Q.     Okay.  Well, with respect to the Code
25   of Federal Regulations, you mentioned OSHA.

Russell F. Dunn, Ph.D., P.E.

Page 24

1   can't tell you a specific CFR that I've looked at

2   for FDA.

3        Q.      Have you ever -- I apologize.

4        A.      Go ahead.

5        Q.      Have you ever had occasion to review

6   any Food and Drug Administration regulations with

7   respect to any of your work in meshes?  You know,

8   pelvic meshes or stress urinary incontinence

9   meshes?

10       A.      I don't recall at this time.

11       Q.      Have you ever heard of the Medical

12   Device Directive 93/42/EEC?

13       A.      I'm not aware of that.

14       Q.      Okay.  Have you ever heard of

15   ISO 13485?

16       A.      Well, if these are specifically related

17   to medical devices, you're asking the wrong person.

18   I mean, Dr. Guelcher is the medical device expert

19   that I work with.

20       Q.      Okay.

21       A.      But I'm not familiar with that.

22       Q.      What --

23       A.      He would be the one to ask.

24       Q.      Okay.  Have you ever heard of

25   ISO 10993?

Russell F. Dunn, Ph.D., P.E.

Page 25

1     **A.**      Yes.

2     **Q.**      What is ISO 10993?

3     **A.**      I don't -- I don't know off the top of

4     my head.  I know that I've heard of that -- I think

5     I've seen that even referenced in the documents

6     from Ethicon.

7     **Q.**      Have you ever had occasion to use

8     ISO 10993?

9     **A.**      Not that I'm aware of.

10    **Q.**      Have you ever had the occasion to

11    review ISO 10993?

12    **A.**      I believe I have, but unless I see the

13    document, I don't have numbers memorized.

14    **Q.**      Okay.

15    **A.**      If you want to provide the standard to

16    me, I'd be happy to look at it.

17    **Q.**      Okay.

18    **A.**      But I can't answer the question based

19    on a number alone.

20    **Q.**      Okay.  Have you ever heard of the

21    General Program Memorandum G-95-1?

22    **A.**      Okay.  If -- if you're going to keep

23    giving numbers, I would ask that you please provide

24    that document to me so I can see if I've seen it

25    before.

Russell F. Dunn, Ph.D., P.E.

Page 26

1    **Q.**    And I --

2    **A.**    You're asking me if I recall a number.

3    **Q.**    Okay.

4    **A.**    Not as I sit here right now.  But, if I

5    saw the document, I might recall if I've seen it.

6    **Q.**    Well, let me ask you this way:  Have

7    you ever read any Food and Drug Administration, you

8    know, documents that discuss the subject of medical

9    devices and -- and what kind of, you know, testing

10   needs to be done on them?

11   **A.**    Again, you're -- you're specifically in

12   Dr. Guelcher's area for medical devices and

13   biocompatibility of medical devices.

14   **Q.**    With respect to a medical device, can

15   you define the concept of harm?

16              MR. BOWMAN:  Object to form.

17   BY MR. DAVIS:

18   **Q.**    Well, let me state it this way:  With

19   respect to a medical device, can you define the

20   term "harm"?

21              MR. BOWMAN:  Same objection.

22              THE WITNESS:  "Harm" is a term that is

23   used in the failure mode and effects analysis.  It

24   is generally related to the severity ranking that

25   you have in a failure mode and effects analysis.

Russell F. Dunn, Ph.D., P.E.

Page 27

1                   I -- I teach failure mode and effects

2    analysis as part of the instruction at Vanderbilt

3    University.  When you define severity, every

4    company defines it -- you're giving guidelines for

5    what harm or severity rankings could even

6    represent, in terms of -- is it death?  Is it an

7    injury that requires more surgery?  Companies have

8    to define that for the product that they're looking

9    at.  They have to provide a legend.

10                  There is nothing like what you have

11   described.  There's no -- there are guidelines that

12   are given that you can look at for how you can

13   define harm and how you can rank harm, but every

14   company has to come up with that and provide that

15   themselves as they're going through the failure

16   mode and effects analysis and as they're looking at

17   the potential effect of -- of failure modes.

18   BY MR. DAVIS:

19     Q.      It sounds like I'm hearing you say that

20   there is no specific definition for the term

21   "harm."

22     A.      "Harm" is a category, and the company

23   has to define the -- the different levels of harm.

24   We call that severity.  You -- companies actually

25   define that.

Russell F. Dunn, Ph.D., P.E.

Page 28

1            In fact, they give a severity ranking

2     of 1 to 10, and, next to each number, they define

3     what that means in terms of harm.  Like a 1 would

4     be no effect, no harm.  A 10 would be death, severe

5     harm.

6            Do you -- you understand what I'm

7     saying?  That's how it's defined.

8     **Q.**      Okay.  Can you define the term "hazard"

9     with respect to a failure modes and effects

10    analysis for a medical device?

11            MR. BOWMAN:  Object to form.

12            THE WITNESS:  Let me -- (reviews

13    documents.)  I would refer you -- I understand that

14    you -- you want a quick general statement to a very

15    complex question.

16            I will refer you to ISO 14971, 2007

17    version.  If you go to Annex D, and you find in

18    Section D(2), "Hazards and Hazardous Situations."

19            The reason I can't give you a one-line

20    definition of "hazards," you'll see that there are

21    two pages that talk about a variety of different

22    hazardous situations that occur with medical

23    devices, that is specific to medical devices.

24            So a hazardous situation, as they've

25    defined it, is something that could cause or lead

Russell F. Dunn, Ph.D., P.E.

Page 29

1    to harm.

2             If we want to find out what "harm" is,

3    again, we can look at that standard and get some

4    guidance on the effect that it has on a patient.

5    And guidelines are given, but there's -- it's a lot

6    more involved than the simple one-line definition.

7    BY MR. DAVIS:

8      Q.      I noticed you just referenced ISO 14971

9    again.

10             When was the first time that you ever

11   heard of that ISO?

12             MR. BOWMAN:  Object to form.

13             THE WITNESS:  I have no idea.

14   Apparently, I purchased it -- a copy of it online

15   January 16th of 2014.

16   BY MR. DAVIS:

17     Q.      Okay.

18     A.      That's the copy that I have printed

19   out.  I had other documents that referenced it, but

20   I didn't have the actual standard, I believe -- I

21   may have received a copy of it prior to that, but I

22   actually purchased my own copy online on that date.

23     Q.      Let's see.  Your -- what exhibit number

24   did we make your report in the TVTO case?  I think

25   you have it over there.

Russell F. Dunn, Ph.D., P.E.

Page 31

1      Exhibit 6; is that correct?

2                    MR. BOWMAN:  Object to form.

3                    THE WITNESS:  I didn't use the number

4      ISO 14971.  But I'm telling you, what I referenced

5      was guidelines for failure mode and effects

6      analysis, and if you want to go and get the book,

7      you'll see it is based on ISO 14971.

8      BY MR. DAVIS:

9          Q.      I've got the book.

10         A.      Okay.

11         Q.      I'm going to get to it.

12         A.      Okay.

13         Q.      But right now I just want to know, is

14     it fair to say that you were not familiar with

15     ISO 14971 at the time you wrote the report that's

16     Exhibit 6?

17         A.      That's not fair to say.  I told you

18     that that was referenced in this book.

19         Q.      Okay.  When was the first time -- let

20     me ask you this:  When was the first time you read

21     ISO 14971?

22         A.      The actual ISO was probably January of

23     2014.

24         Q.      Okay.  Have you ever had the occasion

25     to perform a risk assessment pursuant to ISO 14971?

Russell F. Dunn, Ph.D., P.E.

Page 32

1    **A.**      The risk assessment for ISO 14971 is
2    specifically telling you how to perform risk
3    analysis and failure mode and effects analysis for
4    medical devices.
5              I have only performed failure mode and
6    effects analysis hundreds of times for nonmedical
7    devices.  I teach those and require students to do
8    failure mode and effects analysis.  The technique
9    is the same whether it's a medical device or not.
10              So you keep bringing it back to
11   ISO 14971 and saying have I applied it specifically
12   to a medical device.  The answer is no.
13              Have I applied failure mode and effects
14   analysis?  Hundreds of times.
15   **Q.**      Okay.  Well, you say the standard's the
16   same whether it's a medical device on not.  So let
17   me follow up on that.
18   **A.**      No, I didn't say the standard was the
19   same.  I said failure mode and effects analysis,
20   the technique is the same.
21   **Q.**      I'll use your term.  So the technique
22   is the same.  So let me follow up on that.
23   **A.**      Yes.
24   **Q.**      If you've got an existing device for
25   which you've done a failure modes and effects

Russell F. Dunn, Ph.D., P.E.

Page 43

1    the body?

2        **A.**      I agree that I am qualified to tell you

3    the effects of oxidative degradation on the polymer

4    itself and how it changes the polymer properties.

5    And I agree that Dr. Guelcher is the expert that I

6    work with who can tell you the effect on the body.

7        **Q.**      Well, I appreciate that.  But I just

8    have a very simple question.  If you'll just answer

9    it, I'll move on.

10            Will you agree that you personally are

11   not qualified to evaluate the effects or potential

12   effects of oxidative degradation of Prolene on the

13   body, the human body?

14       **A.**      I -- I will reiterate that I can -- I

15   am qualified to talk about the changes in the

16   polymer properties --

17       **Q.**      That's not my question.  I'm sorry to

18   interrupt you, but. . .

19       **A.**      I would defer that to Dr. Guelcher.

20       **Q.**      So the answer to my question?  Yes?

21       **A.**      No, the answer to your question is to

22   an extent.

23       **Q.**      Well -- okay.

24       **A.**      I know you think it's a simple

25   question, but, if I don't think it's a simple

Russell F. Dunn, Ph.D., P.E.

Page 49

1    understand, for instance, did you try to then go

2    find or ask for all these documents, or not?

3        **A.**     Not that I recall, because these were

4    referenced in the FMEA, and what I was interested

5    in was what was not included in the FMEA.

6        **Q.**     Okay.  Do you have any experience in

7    developing quality systems for medical devices?

8        **A.**     Well, the FMEAs -- that's a hard

9    question for me to answer.  I haven't -- I teach

10   FMEAs, and I teach it to students who end up

11   working in all kinds of areas.  So -- I haven't

12   applied it in a specific company, but I teach these

13   concepts to students that go out and work for

14   medical companies and. . .

15       **Q.**     Have you ever taught about how to

16   develop quality systems specifically for medical

17   devices?

18       **A.**     I teach generically how to do product

19   and process design, and it's applied by chemical

20   engineers to numerous industries.  I don't teach

21   about a specific industry.

22       **Q.**     What -- what does "design controls"

23   mean?  I mean specifically for medical devices.

24       **A.**     It would be parameters that you

25   establish that you want to control those

Russell F. Dunn, Ph.D., P.E.

Page 50

1    characteristics.

2        Q.      Okay.  What -- what are the design

3    controls generally accepted for medical devices?

4        A.      It would be different for different

5    medical devices.

6        Q.      Can you -- can you just tell me what

7    some of the design controls are for medical

8    devices?

9        A.      Oh.  Well -- so, if I talked about the

10   mesh component, because that's the component that

11   I'm looking at for the medical device for the

12   Prosima, certain design controls would be things

13   like the weave, the diameter of the fiber, the

14   density.

15       Q.      That --

16       A.      You're shaking your head no.

17       Q.      Maybe we're on a different wavelength,

18   because I'm asking you -- the process, the process

19   of design controls, in designing and developing a

20   medical device.  Can you tell me what the design

21   control processes are?

22       A.      You're going to have to ask a -- I

23   don't know what you're asking exactly.

24       Q.      That's fair enough.

25               Do you have any experience in

Russell F. Dunn, Ph.D., P.E.

Page 51

1    maintaining a quality system for medical devices in

2    particular?

3        **A.**      It's no different for medical devices

4    than other devices.

5        **Q.**      So is the answer you don't have any

6    specific experience for medical devices, or you do?

7    Either you do or you don't.

8        **A.**      I've never manufactured medical

9    devices.

10       **Q.**      So you've never had any experience in

11   maintaining a quality system for medical devices;

12   is that correct?

13       **A.**      But I maintain that the quality systems

14   I've been involved in in my work career are the

15   same as those types of systems you'd put in place

16   for medical devices.

17       **Q.**      With that explanation, is the answer

18   yes?

19       **A.**      Ask the question again now.

20       **Q.**      Have you ever had any experience in

21   maintaining a quality system for a medical device

22   in particular?

23       **A.**      Not specifically for a medical device,

24   but quality systems that I've maintained and been

25   involved in in manufacturing operations are -- are

Russell F. Dunn, Ph.D., P.E.

Page 52

1    the same or very similar.

2        Q.      Have you ever had any experience in

3    auditing quality systems for medical devices?

4        A.      Not specifically medical devices.  Only

5    other polymer-based products.

6        Q.      And can you give me an overview of how

7    you performed your audits?

8        A.      Of other polymer products?

9        Q.      Yes.

10       A.      Sure.  You -- you asked a question

11   before that I guess I misinterpreted about design

12   controls.  So -- in auditing polymer-based products

13   that I've been involved in and that we would

14   manufacture, we had certain specifications or

15   criteria, what I would call design controls.

16   Certain parameters that you could measure that you

17   were trying to target in the manufacturing process.

18           In -- in trying it maintain a quality

19   system, you would go and pull random samples and

20   test those versus your design controls.

21       Q.      Okay.

22       A.      If I'm understanding the question

23   correctly.

24       Q.      Now, do you have any experience in

25   preparing any design controls for medical devices?

Russell F. Dunn, Ph.D., P.E.

Page 53

1    For the design and development of medical devices,

2    that is.

3        A.        Not specifically for medical devices;

4    only for other polymer-based products.

5        Q.        Okay.  And what were those design

6    controls?

7        A.        For other polymer-based products?

8        Q.        Yes.

9        A.        They varied, depending on what the

10   product was.

11       Q.        Okay.  I know it's your testimony, your

12   opinion, that Ethicon's Prolene is subject to

13   oxidative degradation.

14              I'd like to follow up on that and ask

15   you, are there any degradation products of the

16   oxidative degradation of Prolene?

17       A.        Not typically.  It -- the oxidative --

18   oxygen -- it -- it -- it depends on how it

19   oxidizes.  I need to be careful with that, because

20   there's different oxidizing agents that can react

21   with it.  And, depending on the oxidizing agent

22   that reacts with it, I think there can be some

23   potential for byproducts.

24              In general, oxygen is attaching from

25   some type of reactive oxygen species or even oxygen

Russell F. Dunn, Ph.D., P.E.

Page 54

1    from the air, and it breaks the chain, the long

2    chain length of the polypropylene, into shorter

3    chains.

4        Q.      In that case, let's focus on Prolene in

5    the body specifically.

6        A.      Okay.

7        Q.      Are there -- I know you've given the

8    opinion that, in the body, there is oxidative

9    degradation going on of the Prolene.

10               So I want to know, are there any

11   degradation products resulting from the oxidation

12   that -- degradation that you believe is occurring?

13               MR. BOWMAN:  Object to form.

14               THE WITNESS:  Can you point to in my

15   report where I say that it's oxidizing in the body?

16               You said I said that it oxidized in the

17   body.  That's what -- there are reactive oxygen

18   species in the body, but that specifically -- that

19   oxidative mechanism inside the body is specifically

20   what Dr. Guelcher reports on.

21   BY MR. DAVIS:

22       Q.      Okay.  You don't have an opinion as to

23   whether Prolene oxidizes in the body --

24               MR. BOWMAN:  Object to form.

25

Russell F. Dunn, Ph.D., P.E.

Page 55

1    BY MR. DAVIS:

2        **Q.**      -- is that correct?

3        **A.**      No, that's not correct.

4        **Q.**      Okay.  Do you -- is it your opinion

5    that Prolene, after implantation in the human body,

6    is undergoing oxidative degradation?

7                    MR. BOWMAN:  Object to form.

8                    THE WITNESS:  Yes.

9    BY MR. DAVIS:

10       **Q.**      Okay.  And where is that in your

11   report?  I thought a minute ago you said -- you

12   said it's not in your report.

13       **A.**      It's not.  I don't offer that as an

14   opinion, and I'm not going to testify on that.  But

15   you asked if I believed that's happening.  And,

16   yes, I do believe that's happening.

17       **Q.**      Okay.

18       **A.**      But, the actual mechanism for how it's

19   happening -- I say that because I've read

20   Dr. Guelcher's report.

21       **Q.**      Okay.  But -- so -- my question then --

22   follow-up -- is, will you agree that it's not

23   within your expertise to evaluate whether Ethicon's

24   Prolene is undergoing oxidative degradation after

25   implantation in the body?

Russell F. Dunn, Ph.D., P.E.

Page 64

1    **A.**      I'm sorry.  I was talking about the

2    effect on the -- on the polypropylene itself.

3    **Q.**      Well, thank you, because -- let's get

4    back to -- let me just start over with my question,

5    because that was not my question.

6              My question was do you have any

7    expertise on the effects of oxidative degradation

8    of Prolene on tissue in the body?

9    **A.**      I do not.

10   **Q.**      Thank you.  Do you know what Fenton's

11   reagent is?

12   **A.**      Not off the top of my head.

13   **Q.**      Have you ever heard of Fenton's

14   reagent?

15   **A.**      I don't know if I have or not.  I mean,

16   I don't recall it.

17   **Q.**      Okay.  I noticed in your report you --

18   you expressed the opinion that Ethicon's complaint

19   handling was not satisfactory.

20             Do you recall that?

21   **A.**      I would have to look back -- if there's

22   a specific location -- yes.

23   **Q.**      Look at the -- what? -- fourth-to-last

24   page, the third-to-last paragraph.

25   **A.**      Yes.

Russell F. Dunn, Ph.D., P.E.

Page 66

1      Not a patient and not a medical doctor.

2          Q.      With respect to medical devices, please

3      explain, what is "complaint handling"?

4                  MR. BOWMAN:  Object to form.

5                  THE WITNESS:  I know what it is

6      relative to -- to polymer failure issues.  And

7      complaint handling -- because that's the background

8      that I have.  And complaint handling is getting

9      materials back where there's been some kind of

10     issue with -- with that particular product and

11     running scientific tests on it to see if you can

12     determine if there's a problem with it.

13     BY MR. DAVIS:

14         Q.      Are there any written standards for --

15     for complaint handling with respect to medical

16     devices?

17         A.      I don't know that there are standards.

18         Q.      Okay.  Well -- but you say that

19     complaint handling is part of a quality system.

20                 Do you see that?

21         A.      Yes.

22         Q.      Okay.  And so what's your basis for

23     saying that complaint handling is part of a quality

24     system?

25         A.      My basis is working in industry, where

Russell F. Dunn, Ph.D., P.E.

Page 69

1      **Q.**      Okay.  And I notice you used the term

2      "risk management" also.

3                  Is that somehow different from risk

4      assessment?

5      **A.**      No.  They're all related.  The only

6      thing I would tell you is risk analysis, in my

7      opinion, gets down to the very specific tools that

8      you employed to look at the potential hazards.  So

9      it's a subset of risk -- of risk assessment.

10                 And when you combine risk assessment

11     and risk analysis all together, you come up -- the

12     overarching category is your risk management plan.

13     **Q.**      Okay.  Would you agree that you're not

14     qualified to opine as to whether oxidative

15     degradation of Prolene in the body causes any -- or

16     has the potential to cause any harm to the body?

17                 MR. BOWMAN:  Object to form.

18                 THE WITNESS:  I can only testify to the

19     changes in the polymer itself.

20     BY MR. DAVIS:

21     **Q.**      Okay.  So the answer would be that you

22     do not have the expertise that I just asked about?

23     **A.**      No.  It would -- it would require

24     somebody with expertise inside the body to talk

25     about how that would ultimately affect.

Russell F. Dunn, Ph.D., P.E.

Page 70

1    **Q.**    And you have no expertise about matters

2    inside the body, correct?

3    **A.**    To know the effect on the tissue -- I

4    agree with what you're saying.

5    **Q.**    Okay.  Have you ever heard of a

6    biocompatibility risk assessment?

7    **A.**    I've -- I've heard of biocompatibility

8    testing.  I'm not sure that I've heard it combined

9    specifically with biocompatibility risk assessment.

10   **Q.**    Okay.  So do you know any -- any

11   standards, written standards that apply to

12   biocompatibility risk assessment?

13   **A.**    Only what I've read.  I've not been

14   involved in biocompatibility testing.

15   **Q.**    Okay.  Do you have any expertise in

16   evaluating a biocompatibility risk assessment?

17   **A.**    It -- it depends on the parameters that

18   are being evaluated.  In some cases, I could have

19   some expertise.

20   **Q.**    Well --

21   **A.**    More on the chemical side.  If it's

22   a -- if there's some chemical testing that's done

23   that I needed to look at and evaluate what that

24   result is saying, I have expertise in that

25   background.  But I don't run biocompatibility

Russell F. Dunn, Ph.D., P.E.

Page 77

1     it has antioxidants in it.

2        Q.      Okay.  Please explain to me your

3     scientific basis for saying that Prolene is the

4     most easily oxidizable polymer.

5        A.      I'm sorry.  If I said it that way, I'm

6     saying polypropylene-based resin is the most easily

7     oxidized polymer.  The only thing keeping Prolene

8     from oxidizing as fast as polypropylene without

9     antioxidants is the fact that it has some

10    antioxidants in it.

11       Q.      Okay.  So let's get back to this

12    question.  You said, "Prolene oxidizes readily."

13               Explain what you mean by "readily."

14       A.      That as soon as the antioxidants are

15    expended, Prolene will oxidize easily.  It's the

16    most easily oxidized polymer, polypropylene.

17       Q.      In the body, how long does it take for

18    the antioxidants to be depleted from Prolene?

19       A.      It would vary.

20       Q.      Well, what's the shortest period of

21    time?

22               MR. BOWMAN:  I'm going to object to

23    form.

24    BY MR. DAVIS:

25       Q.      Or do you have the expertise to know

Russell F. Dunn, Ph.D., P.E.

Page 78

1   what the shortest period of time is?

2       **A.**      I haven't studied that.

3       **Q.**      Okay.  Well, I understand you haven't

4   studied it.

5              Do you have any expertise to evaluate

6   the shortest period of time for Prolene to oxidize

7   within the human body?

8              MR. BOWMAN:  Object to the form.

9   BY MR. DAVIS:

10      **Q.**      And when I say "oxidize," I mean use up

11  or deplete the antioxidants.

12      **A.**      I'm struggling with the "any

13  expertise."  If you gave me samples that were in

14  the body for certain periods of times, I have the

15  expertise to analyze them to see if they have

16  oxidized.  I don't know if that's what you're

17  asking.

18      **Q.**      That's not what I was asking.

19      **A.**      Well, you said "any expertise."  I do

20  have some expertise.  If you gave me the samples, I

21  have the expertise to test them to see if they're

22  oxidized.  I thought that's what you asked, "any

23  expertise."

24      **Q.**      Now, can you tell me whether literature

25  reviews have any role in the process of assessing

Russell F. Dunn, Ph.D., P.E.

Page 79

1    risk of degradation of Prolene in the body?

2        A.       Certainly.

3        Q.       What is the role of literature reviews

4    on the process of assessing risk of degradation in

5    the body with respect to Prolene?

6        A.       It can help you understand whether the

7    scientists have tested at that point.

8        Q.       Okay.  And that raises this question:

9    In your report, you say that, if Ethicon had

10   considered oxidative degradation, it would have

11   done some further testing.

12               Do you recall that?

13       A.       Absolutely.

14       Q.       Tell me what that -- what the testing

15   is that you're referring to.

16       A.       Okay.  Well, clearly, they were looking

17   at explants, ophthalmic, vascular -- they were

18   looking at sutures back in the '80s.  And I talk

19   about that in Section 3.2 of the report.

20       Q.       I don't want to know what they did in

21   the past.

22               I want to know what testing are you

23   saying they should have done here, twice in your

24   report.

25       A.       There's -- there's a lot they could

Russell F. Dunn, Ph.D., P.E.

Page 81

1      **A.**      I did.

2      **Q.**      What animal testing, additional animal

3   testing needed to be done?  Explain what they

4   needed to do.

5              MR. BOWMAN:  Object to form.  This is

6   asked and answered.

7              MR. DAVIS:  No, it's not.

8              THE WITNESS:  I'm not going to, in two

9   minutes, design a highly technical study.  You

10   would do it as a group and get together and talk

11   about -- just like they did in their memos.

12   They're -- they're getting together and talking

13   with multiple parties.

14              You would get the right individuals

15   together and -- and say, we're seeing oxidation at

16   this point; what can we do as the next steps to

17   further verify this is occurring?

18   BY MR. DAVIS:

19      **Q.**      Well, you've expressed the opinion

20   twice in your report that Ethicon needed to do

21   further testing.

22              Can you sit here today and tell me any

23   specific test, describe any specific test that

24   you're saying Ethicon should have done?

25              MR. BOWMAN:  Objection as asked and

Russell F. Dunn, Ph.D., P.E.

Page 82

1    answered.

2    BY MR. DAVIS:

3        Q.       Please answer the question.

4        A.       I'm telling you that they should have

5    more explants -- they should have implanted in --

6    in more controlled environments and taken those

7    explants and done much more FTIR, much more

8    microscopy.  All the things that they were doing

9    that they stopped doing.  They should have done

10   crack evaluations.  All of that would have led them

11   to understand that this is occurring in the body.

12       Q.       Okay.  Are you basing this -- these

13   opinions on needing further tests, are you basing

14   them on any written standard?

15       A.       It's not a standard that requires you

16   to do this.

17       Q.       It's just your opinion?

18            MR. BOWMAN:  Object to form.

19            THE WITNESS:  It's -- it's my opinion,

20   based on teaching product design and a standard of

21   care that companies have to have.  You keep saying

22   a "standard" because -- standards are very

23   specific.  I think that they had a duty as a

24   manufacturer to do more testing based on the --

25   their own internal testing.

Russell F. Dunn, Ph.D., P.E.

Page 83

1  BY MR. DAVIS:

2      **Q.**      I want to follow up on a subject that I

3  talked about a few minutes ago that I omitted

4  something.

5              Can you give us at least a general time

6  frame, as best you can, about how long it takes

7  Prolene to oxidize in the body?

8              MR. BOWMAN:  Object to form.

9              THE WITNESS:  I believe I said --

10  BY MR. DAVIS:

11      **Q.**      What I mean by "oxidize" again is

12  deplete its antioxidants.

13      **A.**      I believe what I said was it's

14  variable.  As a chemical engineer, it's variable

15  because you need the species to react with it.

16  There's a lot of other parameters, including the

17  stress that the material's under.

18              So, no, I can't give you a time frame

19  because it would vary in different patients.

20      **Q.**      Okay.  Can you give me your estimate of

21  the minimum time frame?

22      **A.**      I've not tried to determine that.

23      **Q.**      Okay.

24      **A.**      Well, can I --

25              MR. BOWMAN:  Just wait for a question.

Russell F. Dunn, Ph.D., P.E.

Page 111

1                    MR. DAVIS:  I'm sorry?

2                    MR. BOWMAN:  I said I could clear this

3      up with deposition testimony that was taken, you

4      know, a year ago on the issue.

5                    MR. DAVIS:  Uh-huh.

6                    MR. BOWMAN:  Would you -- I mean, I

7      could also just tell you what happened.

8                    MR. DAVIS:  Okay.

9                    MR. BOWMAN:  It was a misprint.  He

10     didn't look at any of the exemplars for that

11     report --

12                   MR. DAVIS:  Okay.

13                   MR. BOWMAN:  -- the TVTO report.

14                   MR. DAVIS:  Okay.

15     BY MR. DAVIS:

16         Q.       And then let me just follow up.

17                  Do you rely in this case on any

18     exemplar meshes in forming your opinions?

19         A.       No.  It's not in my report.  No.

20         Q.       Okay.  Bear with me one second.

21         A.       Sure.

22         Q.       In your -- let's go back again to

23     Exhibit 6, your earlier TVTO report.

24         A.       Got it.

25         Q.       And on that same page, the very bottom

Russell F. Dunn, Ph.D., P.E.

Page 112

1      of that third page, you have a bullet point where

2      you say, "Ethicon has not studied the effect of

3      polypropylene's reactivity in vivo."

4                    Do you see that?

5      **A.**      Yes.

6      **Q.**      And you took that bullet point out in

7      your current report.

8                    So I would like to know, why did you

9      take that out?

10                   MR. BOWMAN:  Object to form.

11                   THE WITNESS:  Because both Dr. Guelcher

12     and I have written reports on the Jasso matter, and

13     he covers that in his report.

14     BY MR. DAVIS:

15     **Q.**      Okay.  What is polypropylene's

16     reactivity in vivo?  I mean, are you qualified to

17     discuss that, or is that for Dr. Guelcher to

18     discuss?

19     **A.**      Well, I know -- I will let him discuss

20     that.  I know it involves the reactive oxygen

21     species in the body, but that's his area of

22     expertise.

23     **Q.**      That's not your area of expertise, is

24     it?

25     **A.**      No.  Just that, if the oxidizing agent

Russell F. Dunn, Ph.D., P.E.

Page 113

1    is present and if the polypropylene oxidizes, what

2    the effect will be.

3        Q.      In your current report on page -- on

4    the second page, in the third paragraph, you

5    reference the design process used by Ethicon for

6    the Prosima device.

7                 Do you see that?

8        A.      Where?

9        Q.      In the third paragraph at the top of

10   the second page of Exhibit 2, the paragraph begins,

11   "The focus of this report."

12                Do you see which paragraph I'm on?

13       A.      Yes.

14       Q.      And in that paragraph you reference the

15   design process used by Ethicon for the Prosima

16   device.

17                Do you see that?

18       A.      Yes.

19       Q.      Can you tell me what standards govern

20   that design process?

21                MR. BOWMAN:  Object to form as asked

22   and answered.

23                THE WITNESS:  No.  Other -- other than

24   I -- I'm really specifically talking about, in the

25   design process, the design FMEA, and we've already

Russell F. Dunn, Ph.D., P.E.

Page 170

1      Q.      So, again -- what I'm trying to get at,
2  though, are you saying that you need to go back to
3  the FMEA itself and now create a new version of it?
4  Is that what you mean by "update"?
5      A.      Yes.  Okay.  So what is typically done
6  is you have revisions, and you can have Revision B,
7  C, D.
8              So, whenever you do a revision to an
9  FMEA, what you go -- and you look at the table, the
10  table of the potential failure modes, all the
11  analysis, much of which you have seen already
12  today.  And you look at any items that already
13  exist that you need to update information on,
14  you've learned something new about it.  Or perhaps
15  there's some new potential failure modes that you
16  don't have a line item for that you need to add.
17  That's updating.
18      Q.      Okay.  I understand this concept that
19  you're expressing about -- about evaluating, you
20  know, new risks and so forth.
21              But are you saying that there's a
22  standard somewhere that required you to actually go
23  back and put it all in a revision to the FMEA?
24              MR. BOWMAN:  Object to form.
25              THE WITNESS:  Yes.  It's a living

Russell F. Dunn, Ph.D., P.E.

Page 171

1    document.  You -- as you learn more -- any time --

2    a simple example was the internal studies.

3            And, as they felt that oxidation was

4    occurring -- whether they -- whether they think

5    it's really oxidizing or not, there was enough

6    evidence in the '80s and then even later with

7    external consultants coming in and saying Prolene

8    will oxidize, polypropylene will oxidize.

9            All of this should have been fed back

10   into the appropriate failure mode and effects

11   analysis so that that was adequately evaluated and

12   investigated.

13   BY MR. DAVIS:

14      Q.    Okay.  You've already testified that

15   "risk management" is a much broader term than an

16   FMEA risk analysis, right?

17      A.    Right.  But the FMEA is the tool they

18   choose -- they chose to use to systematically look

19   at all the risk and to analyze all the risk --

20      Q.    Okay.

21      A.    -- and all the potential failure modes.

22            So if you're telling me there's a

23   potential failure mode that didn't end up on the

24   FMEA, that's inappropriate.  That's inaccurate.

25   Because they chose the FMEA as their tool.

Russell F. Dunn, Ph.D., P.E.

Page 176

1    is it?

2        **A.**      No, it shouldn't be.  The FMEA is

3    specifically looking at safety.

4        **Q.**      Well, a risk -- a benefit/risk analysis

5    is looking at safety, isn't it?

6                    MR. BOWMAN:  Object to form.

7                    THE WITNESS:  Not necessarily.

8    BY MR. DAVIS:

9        **Q.**      Hmm.  Okay.

10       **A.**      It can look at safety as part of it.

11   And it certainly can look at the risk associated

12   with something that's unsafe.

13       **Q.**      Okay.

14       **A.**      In many cases a company will choose to

15   do something that's unsafe because the benefit

16   financially is worth it to them.

17       **Q.**      By the way, you talk about page 6 of

18   Exhibit 9.

19                   I take it you'll agree that -- that --

20   you agree with the process depicted in the chart on

21   page 6, right?

22       **A.**      I -- I don't have a problem with this

23   exhibit.

24       **Q.**      Okay.  Well, I mean, you would agree

25   that 14971 ISO is an authoritative source to you,

Russell F. Dunn, Ph.D., P.E.

Page 177

1    right?

2        **A.**      It -- it is a good source.  It is

3    updated, too, you know?

4        **Q.**      Okay.  And, of course, you can see on

5    page 6 in the chart, it -- when it wants you to

6    feed information back into the FMEA, it actually

7    has arrows directing you to do that, right?

8        **A.**      It -- it is showing that.  And I looked

9    at that previously.

10       **Q.**      It doesn't show an arrow putting --

11   directing the postproduction information to go back

12   into the risk analysis, does it?

13       **A.**      It -- it does not.  And that would be

14   something that I would suggest that they would

15   change in the next version.  Because it says that

16   it goes into the risk management process.  And when

17   you look at risk management, it covers the whole

18   line.  And I'm telling you, the only place it goes

19   back is to the FMEA.

20       **Q.**      Look at page 39 for a second, please,

21   sir, of Exhibit 9.

22       **A.**      Yes.

23       **Q.**      Do you understand that the -- the

24   standard for medical devices actually gives

25   instructions on what to consider state of the art?

Russell F. Dunn, Ph.D., P.E.

Page 186

1      chemically in published literature, such as the

2      fact that polypropylene has been known to oxidize

3      for decades.  So I agree.

4          Q.      In fact, you -- in your own report,

5      you -- you point out that polypropylene has been

6      extensively studied since the 1960s, right?

7          A.      Outside the body, yes.

8          Q.      Okay.

9                  Now, do you see where, at the bottom of

10     page 3 of 6, the FDA goes on to explain that, in

11     analyzing the need for biocompatibility testing,

12     you should follow ISO 10993?  Do you understand

13     that?

14         A.      Yes.

15         Q.      And do you also --

16         A.      Can -- I just want to point out one

17     more time that biocompatibility and -- and chemical

18     degradation were in different categories in the

19     FMEA, and everything associated with

20     biocompatibility that we're talking about was not

21     in the category that I am discussing.

22                 So continue on.

23         Q.      Because you're saying that oxidative

24     degradation is a chemical process, as opposed to --

25     as opposed to going to biocompatibility?

Russell F. Dunn, Ph.D., P.E.

Page 187

1      **A.**       That is correct.  While the chemical

2    reaction can take place in the body, it is

3    categorized as a hazard -- and I'll find it for

4    you -- in the ISO standard for the FMEA where it's

5    got examples of hazards and degradation is under

6    the chemical hazard, not biocompatibility.  They

7    clearly distinguish the differences.

8                So now all we're talking about is

9    biocompatibility, which is not the subject of my

10   report.

11      **Q.**     Okay.  Then let's -- let's look at

12   ISO 10993 then.

13                MR. BOWMAN:  I'm going to have the same

14   warning.  He has no opinions related to 10993.

15                MR. DAVIS:  That's fine.  If he has

16   none --

17                MR. BOWMAN:  He's got a report.  You

18   can just look at the report.  We've gone through

19   almost everything except for one of the opinions in

20   the report.  And I think that's what we're going

21   through now.  So I'm guessing -- that's why I'm

22   letting this go on, but this is. . .

23                (Whereupon Exhibit 16 was marked as an

24   exhibit.)

25

Russell F. Dunn, Ph.D., P.E.

Page 188

1    BY MR. DAVIS:

2        Q.      Have you ever -- are you familiar with

3    ISO 10993 now?

4                MR. BOWMAN:  Object to form.

5                THE WITNESS:  I may have seen it at

6    some point.

7    BY MR. DAVIS:

8        Q.      Will you agree that it is the

9    international standard recognized by the FDA for

10   biological evaluation of medical devices?

11               MR. BOWMAN:  Object to form.  Beyond

12   the scope of his report.

13               THE WITNESS:  I don't -- I haven't

14   looked into that.  I don't know.

15               (Whereupon Exhibit 17 and Exhibit 18

16   were marked as exhibits.)

17   BY MR. DAVIS:

18       Q.      Let me hand you Exhibits 17 and 18.

19               Do you see where Exhibit 17 is -- is a

20   subset of ISO 10993?  It's Part 9 that deals with

21   the framework for identification and quantification

22   of potential degradation products?

23       A.      Yes.

24       Q.      And is it your testimony that -- that

25   this standard doesn't apply -- doesn't concern

Russell F. Dunn, Ph.D., P.E.

Page 189

1    chemical degradation or oxidative degradation in

2    particular?

3                    MR. BOWMAN:  Object to form.  Beyond

4    the scope of his report.  Not a biological expert.

5    He's a chemical engineer.

6                    MR. DAVIS:  I agree.

7                    MR. BOWMAN:  Design expert.

8                    THE WITNESS:  I don't know.  I haven't

9    looked at this.

10   BY MR. DAVIS:

11       Q.      Okay.  And do you see in Exhibit

12   Number 18 that it deals specifically with -- it's

13   Part 13 of the ISO, and it deals specifically with

14   identification and quantification of degradation

15   products from polymeric medical devices?  Do you

16   see that?

17       A.      Yes.

18       Q.      And do you see that on page 3 -- look

19   at page number 3 of this Exhibit 18.  Do you see it

20   specifically deals with oxidative degradation?  Do

21   you understand that?

22                    MR. BOWMAN:  Object to form.  Beyond

23   the scope of his report, not referenced in his

24   report.

25                    THE WITNESS:  I see that.

Russell F. Dunn, Ph.D., P.E.

Page 237

1      lots of documents.

2              I don't -- if you have a specific one

3      that you want to point out that shows me that they

4      considered oxidative degradation, not keep talking

5      about this biocompatibility testing, which doesn't

6      show me in any way whatsoever that they tested for

7      oxidation, I'd be happy to look at any document you

8      have.

9      BY MR. DAVIS:

10     Q.      Okay.  Look at the last page of

11     Exhibit 26, please, sir.

12             Do you see the second line number on

13     that page listed a hazard, "Loss of Mechanical

14     Integrity Postoperative."

15             Do you see that?

16     A.      Yes, sir.

17     Q.      And do you see what their plan is?

18     "Clinical study design will assess this parameter."

19     And they referenced a clinical literature search.

20             You certainly understand that that's an

21     appropriate means of addressing this potential

22     hazard, don't you?

23     A.      If -- if the literature is applicable.

24     Q.      Okay.  So if the -- if there's -- if

25     there is applicable literature, you agree that a --

Russell F. Dunn, Ph.D., P.E.

Page 238

1    one proper means of evaluating this potential

2    hazard is a clinical literature search, right?

3         A.     I don't -- I don't believe in this case

4    that is possible, considering their own internal

5    tests where they see degradation and they're in the

6    best position to evaluate their own product.

7         Q.     Sir, you haven't done a clinical

8    literature search on the subject matter that you're

9    talking about, have you?

10        A.     I've -- I've looked at a lot of --

11   clinical research is -- is not my specialization.

12   Clinical documents is not my specialization.  While

13   I've looked at a lot of clinical publications,

14   that's not -- that's not my area of expertise.

15        Q.     Okay.  So you agree, then, that it

16   would be -- it's not your area of expertise to

17   evaluate whether or not Ethicon's clinical

18   literature search on this subject of loss of

19   mechanical integrity postoperative is adequate?

20        A.     It is within my area of expertise as it

21   relates to polymer properties and whether or not --

22   if they go out and look at a clinical study, I can

23   look at the polymer testing.  Because once you take

24   the polymer out and you do the polymer testing, all

25   of that comes back to polymer science and

Russell F. Dunn, Ph.D., P.E.

Page 241

1      **A.**      That's a clinical study, if I'm not
2   mistaken.  And I believe that's been addressed by
3   Dr. Guelcher.
4                  MR. DAVIS:  Let's take a break a
5   minute, please.
6                  (Brief recess.)
7   BY MR. DAVIS:
8      **Q.**      Dr. Dunn, I don't know how else to do
9   this, but there are a number of general questions
10   that you've been asked in prior depositions that
11   I've read, but I guess I'm going to start running
12   through some of them.
13                  And I'm assuming the answer is going to
14   be the same, but I don't know that.  Things could
15   have changed since your last deposition.
16      **A.**      Okay.
17      **Q.**      So I'm going to ask you some of them
18   and let's just get a feel for it, and then maybe
19   we'll find a way to cut some of them short --
20      **A.**      Okay.
21      **Q.**      -- but maybe not.
22      **A.**      Okay.
23      **Q.**      For instance, have you ever worked with
24   medical implant devices?
25      **A.**      Over this litigation over the past two

Russell F. Dunn, Ph.D., P.E.

Page 242

1    years -- I have worked for polymer companies, and

2    whether or not those polymers have ended up in

3    medical devices, I don't know.

4        Q.      Okay.  Have ever had any experience in

5    the design or manufacture of many -- of any medical

6    devices?

7        A.      Only insofar as developing polymers

8    that could end up in medical devices, that -- that

9    I can think of at this time.

10       Q.      Okay.  But -- so you've never actually

11   designed or -- or assisted in the design and

12   manufacture of the device -- a medical device

13   itself, have you?

14       A.      No.  Other polymer-based devices.

15       Q.      Let me -- so you have had experience in

16   the design and development of some polymer-based

17   devices of some sort, right?

18       A.      Many.  And also the failure analysis of

19   hundreds of polymer-based devices.

20       Q.      But were any of those devices medical

21   devices?

22       A.      Not that I recall at this time.

23       Q.      Okay.  Have you ever been hired as a

24   consultant by a medical device company?

25       A.      No.

Russell F. Dunn, Ph.D., P.E.

Page 243

1    **Q.**      Have you ever been hired by a
2    manufacturer related to polypropylene generally?
3    **A.**      Not that I recall, but I'm not sure
4    about that.  I don't recall.
5    **Q.**      Have you ever taught a course, in whole
6    or in part, that dealt with the use of
7    polypropylene in medical devices or its behavior in
8    the body?
9    **A.**      I would certainly say in part.
10   **Q.**      I'm sorry?
11   **A.**      In part, yes.
12   **Q.**      What course have you taught that dealt
13   with the use of polypropylene in medical devices?
14   **A.**      Courses that I teach on product and
15   process design.
16   **Q.**      Okay.  Do they deal specifically with
17   medical devices, or is that just general design of
18   products?
19   **A.**      I have presented just the same type of
20   information that we presented at the conferences in
21   classes as case studies on failure of devices.
22   **Q.**      Okay.  But you've never taught a course
23   that involved the use of any of the -- the
24   standards for medical devices that we've talked
25   about today, have you?

Russell F. Dunn, Ph.D., P.E.

Page 244

1    **A.**      Insofar as I teach FMEAs and require

2    students to do FMEAs and I would tell them, just

3    like I told you before, ISO 14971, in addition to

4    SAE standards -- there's a bunch of standards that

5    have FMEAs.  There's not one particular one I make

6    them use.

7        **Q.**    But --

8        **A.**      I could have them use 14971 as easily

9    as I could have them use the SAE standard.

10       **Q.**      Has ISO 14971 been one of your course

11   materials in a course you've taught?

12       **A.**      Insofar as I teach FMEAs and FMEAs are

13   covered by ISO 14971.  That's my answer.

14       **Q.**      I mean, you understand ISO 14971 is

15   a -- is an ISO -- it's available for sale -- for

16   sell -- it's available, right?

17       **A.**      Yes, it is.

18       **Q.**      So, I mean, your students are required

19   to go buy that ISO or --

20       **A.**      No.

21       **Q.**      How do they -- how do they use it?

22       **A.**      You're saying if I --

23       **Q.**      How do they obtain it?

24       **A.**      They do not obtain that ISO standard.

25       **Q.**      Okay.

Russell F. Dunn, Ph.D., P.E.

Page 245

1     **A.**     I teach material that is consistent

2    with that ISO standard. That's the best I'm going

3    to answer the question.

4     **Q.**     Okay. So they don't actually use that

5    document itself, the ISO 14971, correct?

6     **A.**     Not specifically.

7     **Q.**     Okay. Have you ever taught a course on

8    medical devices?

9     **A.**     Not specifically.

10     **Q.**     Have you ever conducted a study as to

11    how polypropylene behaves in the human body?

12     **A.**     I've -- I have evaluated explant mesh.

13    I think that has some bearing.

14     **Q.**     Okay.

15     MR. BOWMAN: I'm sorry. Could you

16    repeat that last question? I didn't get that at

17    all.

18     MR. DAVIS: I asked has he ever

19    conducted a study as to how polypropylene behaves

20    in the human body.

21     THE WITNESS: I don't know if I'd say

22    it's how -- what were -- what were its properties

23    after it was removed from the human body I've

24    studied.

25

Russell F. Dunn, Ph.D., P.E.

Page 248

1    human body?

2        **A.**      The Atlanta presentation that I gave to

3    you was a joint presentation by myself and a

4    colleague.

5        **Q.**      Okay.  And what -- what did you have to

6    say in that presentation about the behavior of

7    polypropylene in the human body?

8        **A.**      I don't recall.

9        **Q.**      Okay.  Can you tell me just generally

10    what you know about the behavior of polypropylene

11    in the human body?

12        **A.**      I know that, if you have reactive

13    oxygen species present, that it will oxidize.  If

14    it oxidizes, it breaks the long chain links of the

15    polymers into shorter chain links.  You form

16    cracks.  It gets brittle and hard.

17        **Q.**      And you had -- you were careful to give

18    me two ifs in that answer; is that correct?

19        **A.**      I think there was one, "if you have

20    reactive oxygen species present."

21        **Q.**      Okay.  Well, it will speak for itself.

22        **A.**      Okay.  Was there more than one "if"?

23        **Q.**      I'm not going to argue about it.

24        **A.**      Okay.

25        **Q.**      Have you ever published an article

Russell F. Dunn, Ph.D., P.E.

Page 249

1    concerning the use of polypropylene in medical
2    devices?
3         **A.**      No.
4         **Q.**      Have you ever published an article
5    concerning medical devices in general, or any of
6    them?
7         **A.**      Not specifically, no.
8         **Q.**      Okay.  Have you ever published an
9    article or given a presentation regarding quality
10   control systems relating to a medical device
11   manufacturing facility?
12        **A.**      Not relating to a medical device
13   manufacturer.
14        **Q.**      Have you ever published an article or
15   given a presentation regarding the postmarket
16   surveillance of medical devices?
17        **A.**      No.
18        **Q.**      Am I correct that your doctoral thesis
19   dealt with waste minimization or large-scale
20   process design?
21        **A.**      Yes.  That would probably be as good a
22   characterization as you can do.
23        **Q.**      Okay.
24        **A.**      Well, it also involved some polymer
25   effects, too, if I recall.

Russell F. Dunn, Ph.D., P.E.

Page 250

1      **Q.**      Did your doctoral thesis deal in any
2   way with medical devices?
3      **A.**      No.
4      **Q.**      Did it deal with polypropylene's --
5   with polypropylene's behavior in the human body?
6      **A.**      No.
7      **Q.**      This is similar to a question I asked
8   earlier:  Have you had any work experience with the
9   design or manufacture of a medical device?
10     **A.**      I have extensive experience in both
11  polymer manufacturing and polymer failure analysis,
12  which is easily extended to medical devices.
13     **Q.**      But have you had any experience in the
14  design and manufacture of the device itself, the
15  medical device itself?
16     **A.**      I consider the manufacture of polymers
17  and the failure analysis of polymer products
18  related --
19     **Q.**      Okay.
20     **A.**      -- for what a chemical engineer does.
21     **Q.**      Have you ever written any books or
22  chapters in books regarding medical device
23  manufacturing?
24     **A.**      No.
25     **Q.**      Do you have any work experience with

Russell F. Dunn, Ph.D., P.E.

Page 251

1    polypropylene behavior in vivo?

2        A.      Only what I've done on mesh-related

3    cases.

4        Q.      Okay.  And only that which you've

5    already explained, or is there something new you

6    need to tell me about?

7        A.      With respect to Ethicon, yes.  We've

8    only talked about Ethicon.

9        Q.      Okay.  Well, what other work experience

10   do you have with polypropylene behavior in vivo?

11       A.      Other than what we've discussed today?

12   Other mesh-related cases.

13       Q.      Would you estimate you've been retained

14   in more than 100 legal cases?

15       A.      Yes, I would.

16       Q.      And would you agree that the pelvic

17   mesh litigation is your first time for being

18   retained in a case involving medical devices?

19       A.      Medical devices, but certainly not

20   polypropylene.

21       Q.      Okay.  It is the first time you've been

22   retained for cases dealing specifically with

23   medical devices, correct?

24       A.      I thought I answered it clearly,

25   that --

Russell F. Dunn, Ph.D., P.E.

Page 252

1     **Q.**      I want to limit it not to

2   polypropylene, but just to medical devices

3   specifically.

4     **A.**      I'm -- I'll answer it that I have been

5   retained -- I've never been retained to look at

6   other medical devices that I can recall, but that

7   does not include evaluating polypropylene.

8     **Q.**      Fair enough.  Have you ever published

9   in a medical journal?

10    **A.**      No.

11    **Q.**      Have you ever been involved in

12  developing a failure modes and effects analysis for

13  a medical device?

14    **A.**      I don't know.

15            (Reporter interruption for

16  clarification.)

17            THE WITNESS:  I said I don't know.

18  BY MR. DAVIS:

19    **Q.**      Do you agree that you are not qualified

20  to offer opinions on how polypropylene reacts

21  inside the body?

22    **A.**      I think I've clearly answered this

23  numerous times today, that I know what happens when

24  polypropylene oxidizes as a polymer expert, and I

25  know what that oxidation does to the properties.

Russell F. Dunn, Ph.D., P.E.

Page 260

1      **Q.**      Okay.  Well, you haven't evaluated the

2   clinical safety of Prolene meshes, have you?

3      **A.**      I have not.

4      **Q.**      Okay.  Would you agree, you're not

5   qualified to discuss the clinical effects of

6   Prolene mesh in the body?

7      **A.**      I have not -- that's not part of what

8   I've covered in my report.

9      **Q.**      Okay.  Do you have any expertise in

10  determining whether there's any clinical risk from

11  degradation of Prolene mesh in the body?

12     **A.**      I have not covered that in my report.

13     **Q.**      Are you aware of any literature

14  suggesting that there is any clinical risk from

15  degradation of Prolene mesh in the body?

16                 MR. BOWMAN:  This was asked and

17  answered, but. . .

18                 THE WITNESS:  I am aware of literature

19  that talks about the degradation of polypropylene

20  in the body.

21  BY MR. DAVIS:

22     **Q.**      But that's not my question.  I'm

23  talking about clinical risk.

24                 Are you aware of any literature that's

25  suggesting that there's any clinical risk?

Russell F. Dunn, Ph.D., P.E.

Page 261

1     **A.**     I haven't evaluated that as part of my

2    report.

3     **Q.**     Okay.  By the way, your presentations

4    that we've talked about, the two presentations,

5    were they funded by some -- by a third party?

6     **A.**     They were funded by Polymer and

7    Chemical Technologies.

8     **Q.**     Okay.  Who is Polymer and Chemical

9    Technologies?

10    **A.**     That's my company.

11    **Q.**     Okay.

12    **A.**     They funded all of those studies.

13    **Q.**     Okay.  Plaintiff's counsel were not --

14   did not participate in that funding?

15    **A.**     They did not fund the suture or the in

16   vitro study.

17    **Q.**     Okay.  In the past, you were -- you

18   were asked about some work you were planning to do

19   in the future, and you were asked the question,

20   "And is it being funded by counsel?"

21              And you answered, "It is."

22              Have you done any studies or planned

23   any studies that were being funded by counsel?

24    **A.**     At one time we talked about looking at

25   some studies that would be funded by counsel.  But,

Russell F. Dunn, Ph.D., P.E.

Page 307

1      **A.**        Certain parts of chemistry, certainly,

2    like analytical chemistry, polymer chemistry,

3    pretty good.

4      **Q.**        Okay.  Okay.

5                     Are you a materials scientist expert?

6      **A.**        Only as it relates to polymers.

7      **Q.**        And are you an expert in

8    biocompatibility?

9      **A.**        No.

10     **Q.**        Are you an expert in the female

11   anatomy?

12     **A.**        No.  I would have to say no.

13     **Q.**        And I -- I'm just trying to be

14   complete.

15     **A.**        I understand.

16     **Q.**        And you're not a regulatory expert of

17   any kind, are you?

18     **A.**        No.

19     **Q.**        Okay.  Have you got any expertise in

20   the proper methods for cleaning explanted mesh

21   before studying it?

22     **A.**        No.

23     **Q.**        Okay.  And I think you've already said

24   you have no -- no knowledge really of Ms. Jasso at

25   all?

1
C E R T I F I C A T E

2
STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

3
        I, Lise S. Matthews, RMR, CRR, CCP, LCR
353, Licensed Court Reporter and Notary Public, in

4
and for the State of Tennessee, do hereby certify
that the above deposition was reported by me, and

5
the transcript is a true and accurate record to the
best of my knowledge, skills, and ability.

6
        I further certify that I am not related
to nor an employee of counsel or any of the parties

7
to the action, nor am I in any way financially
interested in the outcome of this case.

8
        I further certify that I am duly
licensed by the Tennessee Board of Court Reporting

9
as a Licensed Court Reporter as evidenced by the
LCR number and expiration date following my name

10
below.  I further certify that this transcript is
the work product of this court reporting agency and

11
any unauthorized reproduction and/or transfer of it
will be in violation of Tennessee Code Annotated

12
39-14-104, Theft of Services.

        IN WITNESS WHEREOF, I have hereunto set

13
my hand and affixed my notarial seal this _____
day of _____, 2015.

14

15

16
Lise S. Matthews, RMR, CRR, CCP
LCR 353 Expiration Date 6/30/2016

17
Notary Public Commission Expires
March 6, 2018

18

19

20

21

22

23

24

25