# EXHIBIT N

Anne Holland Wilson

```
 1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    AT CHARLESTON
 3
 4  IN RE: ETHICON, INC.,      Master File No. 2:12-MD-02327
    PELVIC REPAIR SYSTEM                  MDL 2327
 5  PRODUCTS LIABILITY            JOSEPH R. GOODWIN
    LITIGATION                   U.S. DISTRICT JUDGE
 6         ****************************************
            ORAL DEPOSITION OF ANNE HOLLAND WILSON
 7                    MARCH 22, 2016
           ****************************************
 8  THIS DOCUMENT RELATES TO THE
    FOLLOWING CASES IN WAVE 1 OF MDL 200:
 9
10  Marty Babcock v. Ethicon, Inc., et al.
    Civil Action No. 2:12-cv-10152
11
    Daphne Barker, et al. v. Ethicon, Inc., et al.
12  Civil Action No. 2:12-cv-00899
13  Bonnie Blake, et al. v. Ethicon, Inc., et al.
    Civil Action No. 2:12-cv-00995
14
    Sharon Boggs, et al. v. Ethicon, Inc., et al.
15  Civil Action No. 2:12-cv-00368
16  Myra Byrd, et al. v. Ethicon, Inc., et al.
    Civil Action No. 2:12-cv-00748
17
    Angela Coleman, et al. v. Ethicon, Inc., et al.
18  Civil Action No. 2:12-cv-01267
19  Constance Diano, et al. v. Ethicon, Inc., et al.
    Civil Action No. 2:12-cv-01145
20
    Dina Destefano-Raston, et al. v. Ethicon, Inc., et al.
21  Civil Action No. 2:12-cv-01299
22  Monica Freitas, et al. v. Ethicon, Inc., et al.
    Civil Action No. 2:12-cv-01146
23
    Rose Gomez, et al. v. Ethicon, Inc., et al.
24  Civil Action No. 2:12-cv-00344
```

Anne Holland Wilson

```
 1                (Marked Wilson Exhibit Nos. 1 - 7.)

 2                     ANNE HOLLAND WILSON,

 3      having been first duly sworn, testified as follows:

 4                     E X A M I N A T I O N

 5      BY MR. DAVIS:

 6           Q.   Good morning, Ms. Wilson.  Would you state

 7      your full name for the record, please?

 8           A.   Anne Holland Wilson.

 9           Q.   Ms. Wilson, we've met.  I'm Paul Davis.  I'll

10      be asking you some questions today.  We'll get started.

11                I've handed you some premarked exhibits,

12      1 through 7.  Could you take a look at those?  I think

13      the first one is the notice of deposition.  Are you

14      familiar with it?

15           A.   I've browsed it.

16           Q.   And we've requested some documents just to

17      bring with you.  Can you just give us an overview of

18      what, if anything, you brought with you today?

19           A.   I believe there's a copy of each of my

20      reports --

21           Q.   Okay.  Anything --

22           A.   -- that are clean copies.  They're in the

23      binder there.

24                (Marked Wilson Exhibit Nos. 8 - 10.)
```

Anne Holland Wilson

1                THE WITNESS:  Right there, yeah.  Thank

2    you.  I knew it was in here somewhere.

3         A.   So they didn't look at the technique, the

4    surgical technique, and how it was fixated.  They didn't

5    look at how it was implanted.  I mentioned those,

6    through the obturator membrane.  They didn't look how

7    the change to the mesh ends and how that would work with

8    the helical passers and the winged guide and how that

9    would work, to the needles connected on the delivery

10   system.  So --

11        Q.   (BY MR. DAVIS)  Okay.  Will you agree that the

12   2007 version of ISO 14971 includes a discussion of some

13   examples of risk analysis techniques?

14        A.   In the annex?

15        Q.   Yes.

16        A.   Yes.

17        Q.   And could you turn to that?  Do you see

18   Annex G?

19                MR. WALLACE:  And after this, we're going

20   to take a break.

21                MR. DAVIS:  Sure.

22        Q.   (BY MR. DAVIS)  Do you see -- well, first of

23   all, is there any provision anywhere in ISO 14971 that

24   requires the use of an FMEA to do a risk analysis?  Is

Anne Holland Wilson

1    that anywhere in the ISO?

2         A.   No.

3         Q.   Okay.  Is it in any standard that applies to

4    Ethicon?  Any industry standard, I'm talking about.  Is

5    there any industry standard that requires the FMEA

6    approach to risk analysis?

7                   MR. WALLACE:  Objection to form.

8         A.   That tool is not a requirement.

9         Q.   (BY MR. DAVIS)  Okay.  Now -- and do you see

10   where, in Annex G of Exhibit 12, they do give a general

11   description of what an FMEA is, correct?

12        A.   Yes.  And Ethicon has chosen the FMEA to be

13   their tool to do risk analysis.  It's in their

14   procedures.

15        Q.   They chose that at certain times, correct?

16        A.   They've chosen that -- it was throughout the

17   life of these products.

18        Q.   Okay.  Throughout the life of TVTR?

19        A.    In each of these cases, it talks about the

20   procedures.

21        Q.   Okay.

22        A.   And that was the only tool of these that were

23   used.

24        Q.   Okay.  And would you agree that an FMEA is a

Anne Holland Wilson

```
1    COUNTY OF HARRIS   )

2    STATE OF TEXAS     )

3

4                       REPORTER'S CERTIFICATE

5

6        I, KERRIENNE L. BOND, Certified Shorthand Reporter

7    in and for the State of Texas, hereby certify that this

8    transcript is a true record of the testimony given by

9    the witness named herein, after said witness was duly

10   sworn by me.

11       I further certify that I am neither attorney nor

12   counsel for, related to, nor employed by any of the

13   parties to the action in which this testimony was taken.

14   Further, I am not a relative or employee of any attorney

15   of record in this cause, nor do I have a financial

16   interest in the action.

17       Certified to by me this 24th day of March 2016.

18

19

20

                         _____
21                       KERRIENNE L. BOND, CSR No. 8537

                         Expiration Date:  12-31-16

22                       Golkow Technologies, Inc.

                         877-370-3377

23                       (713) 583-2442 (FAX)

24
```