# EXHIBIT P

Doc #  dFMEA0000330

## Revision History for dFMEA0000330, PROSIMA

| **Revision #** (Insert the Rev # in ascending order) | **Summary of Change** (Describe the change, and the section of the document where the change occurred.) | **Change Order #** (Insert the associated change order #) | **Originator** (Insert the author of the document or change) |
|---|---|---|---|
| A | GYNECARE PROSIMA ORIGINAL RELEASE | N/A | D. Lamont |
| B | Updated Harms column to include Erosion as defined in RMR-0000029 | N/A | D. Lamont |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Design FMEA: PROSIMA                                                                                                                            Doc # 0000330

**Design FMEA for Project MINT (PROSIMA)**                                                    Document No. FMEA-0000330          Rev. A
**Project Name/Designation:** PROSIMA
**Scope:** This Design FMEA covers the PROSIMA Pelvic Floor Repair System (PFRS) exclusive of packaging. For analysis purposes, all materials are considered sterilizable in the final packaging configuration. This dFMEA does not cover GYNEMESH PS properties or functionality (see reference documents).

| Individuals providing input: | Initials | Department/Affiliation: | Title/Credentials: |
|---|---|---|---|
| Dan Lamont | DL | WWQE | DQE |
| Pete Komarnycky | PK | R&D | Engineer |
| Colin Harrier | CH | R&D | Engineer |
| Vincenza Zadem | VZ | R&D | Engineer |
| Dan Smith | DS | R&D | Project Lead (current) |
| Amith Kumar | AK | CPC | Engineer |
| Ronak Kadakia | RK | OPS | Engineer |
| Sunny Rha | SR | OPS | Engineer |
| Josh Samon | JS | R&D | Project Lead (former) |
| Kevin Gonzalez | KG | R&D | Engineer |
| Dave Robinson | DR | MA | Medical Director |
| Stephanie Kute | SK | R&D | Technical Lead |
| Bob Roda | BR | Marketing | Director |
| Jonathan Meek | JM | Marketing | Launch lead |

| Input Session(s): | Date: | Initials of Participants: |
|---|---|---|
| (1) VSD Failure modes | August 16, 2005 | JS, VZ, PK, SR, DL |
| (2) All Functions | February 16, 2006 | DL, VZ, CH |
| (3) Remaining Failure Modes | March 13, 2005 | DL, VZ, AK |
| (4) Potential Causes | March 24, 2006 | DL, AK, VZ, CH, RK |
| (5) PEs, Hazards, Harms | April 11, 2006 | DL, CH, DS, VZ, RK, AK |
| (6) PEs, Hazards, Harms | May 19, 2006 | DL, VZ, RK, DS, AK |
| (7) PEs, Hazards, Harms | August 2, 2006 | DL, VZ, RK, AK |
| (8) Occurrence, Detection Rankings | September 29, 2006 | DL, DR, DS, VZ |
| (9) Calculation of RPN, Risk Cats | October 6, 2006 | DL |
| (10) Addition of Failure Mode(s) | January 22, 2007 | DL |
| (11) General Format Update | March 8, 2007 | DL |
| (12) Final Review | March 30, 2007 | DL, DR, DS, BR, JM, AK |
| (13) Update -Add Erosion Harms | June 18, 2007 | DL,DR |

Document Owner for this Revision: Dan Lamont

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Anterior Inserter** | P21020 | Deliver mesh to tissue tunnels | Inserter length too long | PE: Control of inserter is reduced  Haz: Inserter is driven further into target tissue than intended | S | Bowel/Bladder Erosion | 10 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 6 | 240 | RC: ALARP  FA: None |
| 2 | **Anterior Inserter** | P21020 | Deliver mesh to tissue tunnels | Inserter has incorrect curvature | PE: Inserter elongates tissue tunnel  Haz: Inserter is placed too deep | C | Bowel/Bladder Erosion | 10 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 6 | 240 | RC: ALARP  FA: None |
| 3 | **Mesh** | P21005 | Provide lateral & Apical vaginal support | Incorrect body shapes | PE: Implant excessively large creating bunches and improper support  Haz: Loss of Vaginal Support | S | Bowel/Bladder Erosion | 10 | Incorrect patient population data | 4 | D/A | Cadaveric User Evaluations, Dr. Carey's Study, DRM Memo-Mesh Size | 6 | 240 | RC: ALARP  FA: None |
| 4 | **PROSIMA PFRS** | PROA1, PROP1, PROC2 | Maintain device sterility until use | Device not sterile | PE: Packaging failed during transportation  Haz: Product non-sterile | S | Infection | 10 | Damaged during transportation | 4 | T/E | Package/Ship Testing | 6 | 216 | RC: ALARP  FA: None |
| 5 | **PROSIMA PFRS** | PROA1, PROP1, PROC2 | Maintain device sterility until use | Device not sterile | PE: Incorrect or partial sterilization cycle  Haz: Product non-sterile | C | Infection | 10 | Inadequate sterilization cycle | 4 | T/E | Sterilization Summary | 6 | 216 | RC: ALARP  FA: None |
| 6 | **PROSIMA PFRS** | PROA1, PROP1, PROC2 | Identify device and components | Labeling Information is Inadequate | PE: Out of sequence use of products, product damaged  Haz: Extended Surgery | S | Extended Surgery | 9 | Lack of Information / Incorrect Information | 4 | T/E | Design Validation | 6 | 216 | RC: ALARP  FA: None |
| 7 | **PROSIMA PFRS** | PROA1, PROP1, PROC2 | Identify device and components | Expired Product is Used | PE: Degraded device / package performance  Haz: Product non-sterile | S | Infection | 10 | Expiry Date is Hard to Locate | 4 | T/E | Design Validation | 6 | 216 | RC: ALARP  FA: None |
| 8 | **PROSIMA PFRS** | PROA1, PROP1, PROC2 | Maintain device functionality | Device is not functional when removed from package | PE: Non-functional device - Packaging failed during transportation  Haz: None Identified | S | N/A | 8 | Damaged during transportation | 4 | T/E | Package/Ship Testing | 6 | 192 | RC: ALARP  FA: None |

Design FMEA: PROSIMA                                                                                                                      Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Ease-of-use by non-specialists | Difficult for inexperienced users to perform procedure | PE: IFU lacks clarity Haz: Increased complication rate for inexperienced users | S,C,M | Recurrence | 10 | Lack of clarity in IFU/training, complicated human factors, insufficient anatomical knowledge among users | 6 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 180 | RC: ALARP FA: None |
| 10 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Ease-of-use by non-specialists | Difficulty for inexperienced users to perform procedure | PE: IFU lacks clarity Haz: Increased complication rate for inexperienced users | S,C,M | Extended Surgery (> 30 min) | 9 | Lack of clarity in IFU/training, complicated human factors, insufficient anatomical knowledge among users | 6 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 162 | RC: ALARP FA: None |
| 11 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Ease-of-use by non-specialists | Difficulty for inexperienced users to perform procedure | PE: IFU lacks clarity Haz: Increased complication rate for inexperienced users | S,C,M | Damage to Pelvic Structures | 9 | Lack of clarity in IFU/training, complicated human factors, insufficient anatomical knowledge among users | 6 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 162 | RC: ALARP FA: None |
| 12 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon (plug) separates from VSD (During 24 hr period) | PE: Balloon applies pressure to VSD anchor sutures Haz: Sutures tear | S,C,M | Pain | 10 | Geometry of plug/reservoir, Material Selection (Surface Finish), Incorrect Force Specification | 5 | T/E | Performance Testing | 3 | 150 | RC: ALARP FA: None |
| 13 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Ease-of-use by non-specialists | Difficulty for inexperienced users to perform procedure | PE: IFU lacks clarity, Increased complication rate for inexperienced users, Mesh vaginal erosion Haz: None Identified | S,C,M | N/A | 7 | Lack of clarity in IFU/training, complicated human factors, insufficient anatomical knowledge among users | 6 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 126 | RC: ALARP FA: None |
| 14 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon Bursts | PE: Balloon fragments remain in patient Haz: Fragments remain greater than 24 hrs | S,M | Tissue Reaction | 10 | Material selection, Incorrect volume specification | 4 | T/E | Performance Testing, Biocompatibility Assessment | 3 | 120 | RC: ALARP FA: None |
| 15 | VSD/Balloon Assembly | P21026, P21024 | Support Mesh in target tissue | VSD/Balloon apply excessive pressure to suture line | PE: Incision does not heal properly Haz: Blood flow to incision restricted | S | Tissue Necrosis | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |
| 16 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon (plug) separates from VSD (after 24 hr period) | PE: Balloon applies pressure to VSD anchor sutures Haz: Sutures tear, VSD expelled, loss of support | S,C,M | Recurrence | 10 | Geometry of plug/reservoir, Material Selection (Surface Finish), Incorrect Force Specification | 4 | T/E | Performance Testing | 3 | 120 | RC: ALARP FA: None |
| 17 | VSD/Balloon Assembly | P21026, P21024 | Support Mesh in target tissue | VSD/Balloon apply excessive pressure to suture line | PE: Incision does not heal properly Haz: Increased bacterial build-up at incision site | S | Infection | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |
| 18 | VSD/Balloon Assembly | P21026, P21024 | Support Mesh in target tissue | VSD/Balloon occlude fluid removal, airflow at incision site | PE: Incision does not heal properly Haz: Increased bacterial build-up at incision site | S | Infection | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |
| 19 | VSD | P21026 | Balloon Carrier | VSD/Balloon adhere | PE: Balloon cannot be removed from VSD Haz: Balloon not rated as implant (Biocomp) | S | Tissue Reaction | 10 | VSD Material Selection, Surface texture, tolerance Stack | 4 | T/E | Stability Testing | 3 | 120 | RC: ALARP FA: None |
| 20 | VSD | P21026 | Minimize bacterial growth | VSD applies excessive pressure to suture line | PE: Incision does not heal properly Haz: Blood flow to incision restricted | S | Tissue Necrosis | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |
| 21 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too rigid | PE: VSD does not conform to vaginal cavity Haz: Excessive vaginal pressure | S | Tissue Necrosis | 10 | Geometry, Material Selection, Incorrect Stiffness spec. | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 22 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: Loss of mesh support during tissue in growth period Haz: Loss of Mesh approximation | S,C,M | Recurrence | 10 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 23 | VSD | P21026 | Provide for Ease of placement in vaginal cavity | VSD does not easily fit through vaginal opening | PE: VSD cannot be inserted by user, User only packs vaginal cavity Haz: Loss of Mesh approximation | S | Recurrence | 10 | Surface texture, Material Selection, Flexibility, Shape, Grips (features) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 24 | VSD | P21026 | Conform to Vaginal Shape | VSD does not maintain vaginal shape (does not have trapezoidal shape, does not have angular offset, flexibility) | PE: Vagina shape distorts Haz: Loss of Vaginal Stabilization | S | Recurrence | 10 | VSD Shape (size, thickness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | VSD | P21026 | Conform to Vaginal Shape | VSD does not maintain vaginal shape (does not have trapezoidal shape, does not have angular offset, flexibility) | PE: Vagina shape distorts Haz: Dyspareunia | S | Pain | 10 | VSD Shape (size, thickness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 26 | VSD | P21026 | Balloon Carrier | VSD impedes visualization of Balloon | PE: Cannot determine balloon inflation status (visual/tactile) - balloon not inflated Haz: Loss of Vaginal Stabilization | S | Recurrence | 10 | VSD Shape (size, thickness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 27 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too flexible | PE: Loss of mesh support during tissue in growth period Haz: Loss of Mesh approximation | S | Recurrence | 10 | Geometry, Material Selection, Incorrect Stiffness spec. | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 28 | VSD | P21026 | Approximate Mesh during tissue In-growth | Mesh curls, twists, bunches, sags (looses flatness) | PE: Impede tissue in-growth through mesh Haz: Tissue does not encapsulate mesh | S,C,M | Pain | 10 | Geometry, Material Selection (stiffness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 29 | VSD | P21026 | Prevention of Post-operative Adhesions | Tissue to Tissue adhesions form | PE: Loss of VSD freedom of motion Haz: Tissue tearing | S | Pain | 10 | Geometry/Shape of VSD, Surface Finish | 4 | T/E | Material Specifications, Performance Testing, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 30 | VSD | P21026 | Prevention of Post-operative Adhesions | Tissue to Tissue adhesions form | PE: Excessive difficulty during VSD removal Haz: Tissue tearing | S | Pain | 10 | Geometry/Shape of VSD, Surface Finish | 4 | T/E | Material Specifications, Performance Testing, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 31 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: (Anterior to Posterior) vaginal separation lost Haz: Increased chance of Adhesion (post-op) | S,C,M | Pain | 10 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 32 | VSD | P21026 | Prevention of Post-operative Adhesions | VSD adheres to surrounding vaginal tissue | PE: Loss of VSD freedom of motion Haz: Tissue tearing | S | Pain | 10 | Material Selection, Shape (rough, protruding features) | 4 | T/E | Material Specifications, Performance Testing | 3 | 120 | RC: ALARP FA: None |
| 33 | VSD | P21026 | Approximate Mesh during tissue In-growth | Mesh loosely contacts tissue | PE: Impede tissue in-growth through mesh, Loss of Mesh approximation Haz: Redundant Vagina | S,C,M | Secondary Procedure (corrective) | 10 | Geometry, Material Selection (stiffness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 34 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (> 2 weeks) | PE: Vaginal shape (length) is distorted Haz: Dyspareunia | S,C,M | Pain | 10 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 35 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: (Anterior to Posterior) vaginal separation lost Haz: Increased chance of Adhesion (post-op) | S,C,M | Infection | 10 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 36 | VSD | P21026 | Minimize bacterial growth | VSD applies excessive pressure to suture line | PE: Incision does not heal properly Haz: Increased bacterial build-up at incision site | S | Infection | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |
| 37 | VSD | P21026 | Minimize bacterial growth | VSD design (shape, size, texture) that promotes bacterial growth | PE: Excessive bacterial colonization Haz: Bacterial growth | S | Infection | 10 | VSD Shape (corners, crevices, voids), Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 38 | VSD | P21026 | Minimize bacterial growth | VSD design (shape, size, texture) that promotes bacterial growth | PE: Excessive vaginal discharge Haz: Bacterial growth | S | Infection | 10 | VSD Shape (corners, crevices, voids), Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 39 | VSD | P21026 | Balloon Carrier | VSD does not release balloon (as intended) | PE: Balloon remains for duration of VSD support (3-4 weeks) Haz: Not rated as implant (Biocomp) | S | Infection | 10 | VSD too soft/flexible, Surface texture | 4 | T/E | Stack Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 40 | VSD | P21026 | Minimize bacterial growth | VSD occludes fluid removal, airflow at incision site | PE: Incision does not heal properly Haz: Increased bacterial build-up at incision site | S | Infection | 10 | Material Selection, Geometry, Balloon Volume | 4 | T/E | Design Validation, Dr. Carey's Clinical Study (VSD component) | 3 | 120 | RC: ALARP FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | VSD | P21026 | Balloon Carrier | VSD does not release balloon (as intended) | PE: Balloon remains for duration of VSD support (3-4 weeks) Haz: Excessive pressure on bladder | S | Impaired Voiding | 10 | VSD too soft/flexible, Surface texture | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 42 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too long | PE: Excessive Vaginal Expansion (medial), Excessive Vaginal Pressure, Discomfort Haz: None Identified | S | N/A | 8 | Incorrect Population data, Geometry | 5 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 120 | RC: ALARP FA: None |
| 43 | Syringe | P21028 | Indicate balloon inflation status | Does not provide correct feedback for inflation | PE: Method is not adequate for determining balloon inflation Haz: Excessive balloon inflation/excessive balloon pressure | C,M | Pain | 10 | Syringe Selection, Method Selection - not reliable (Ethicon) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 120 | RC: ALARP FA: None |
| 44 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Correct pelvic organ prolapse | Procedure does not provide proper support for POP defects (posterior, anterior, anterior/apical) | PE: Minimal anchoring of mesh in target tissue Haz: Intended prolapse repair is inadequate | S | Recurrence | 10 | Equivalence of "Inventor's" procedure to final MINT procedure (use of Inventor's clinical results), Limited Clinical Outcome data (post-surgery time), Incorrect Mesh Selection, Lack of Clinical evidence supporting apical outcomes | 4 | T/E | Dr. Carey's Clinical Study | 3 | 120 | RC: ALARP FA: None |
| 45 | Posterior Inserter | P21021 | Interface with needle holder | Inserter slips off needle holder (during placement) | PE: Enlarge tissue tunnels Haz: Mesh is placed in wrong location | S,C,M | Recurrence | 10 | Geometry (Inserter & needle holder), Material Selection (surface finish) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 120 | RC: ALARP FA: None |
| 46 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh Carrier sticks to tray retainer | PE: Mesh carrier falls outside of the sterile field Haz: Mesh is contaminated | S,M | Tissue Reaction | 10 | Static force between film and thermo-formed tray lid | 4 | T/E | Packaging Transit Testing | 3 | 120 | RC: ALARP FA: None |
| 47 | Balloon | P21024 | Removable from patient (independent of VSD) | Balloon does not separate from VSD | PE: Balloon remains in patient for duration of VSD implantation Haz: Balloon may not be biocompatible. for implant duration | S,C | Tissue Reaction | 10 | Geometry, Material Selection, Tolerance Stack | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Biocompatibility Assessment | 3 | 120 | RC: ALARP FA: None |
| 48 | Anterior/Posterior Inserter | P21021, P21020 | Detachable from mesh | Mesh snags/stuck on inserter | PE: Inserter displaces mesh implant (not detected) Haz: Mesh does not provide | S | Recurrence | 10 | Geometry, Surface Finish (slippery/tacky) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 120 | RC: ALARP FA: None |
| 49 | Anterior Inserter | P21020 | Deliver mesh to tissue tunnels | Inserter length too short (misses target tissue) | PE: Mesh improperly positioned Haz: Reduction in apical support | S | Recurrence | 10 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 120 | RC: ALARP FA: None |
| 50 | VSD | P21026 | Balloon Carrier | Balloon inadvertently detaches from VSD | PE: Balloon is expelled from vaginal cavity (<1 Day) Haz: Redundant vagina | S,C | Secondary Procedure (corrective) | 9 | VSD reservoir lip tears, Reservoir too large, stack-up (interference) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 51 | VSD | P21026 | Balloon Carrier | VSD impedes visualization of Balloon | PE: Cannot determine balloon inflation status (visual/tactile) - balloon not inflated Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | VSD Shape (size, thickness), Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 108 | RC: ALARP FA: None |
| 52 | Posterior Inserter | P21021 | Deliver mesh to tissue tunnels | Inserter length too long | PE: Inserter elongates tissue tunnel Haz: Inserter is placed too deep | S,M | Damage to Pelvic Structures | 9 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 108 | RC: ALARP FA: None |
| 53 | Posterior Inserter | P21021 | Interface with needle holder | Inserter slips off needle holder (during placement) | PE: Enlarge tissue tunnels Haz: Inserter is placed too deep | S,C,M | Damage to Pelvic Structures | 9 | Geometry (Inserter & needle holder), Material Selection (surface finish) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 108 | RC: ALARP FA: None |
| 54 | Cap | P21024 | Prevent balloon deflation due to valve leakage | Cap does not complete seal | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Geometry, Attachment method | 4 | T/E | Performance Testing | 3 | 108 | RC: ALARP FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Cap | P21024 | Prevent balloon deflation due to valve leakage | Cap snaps off of assembly | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Geometry, Attachment method | 4 | T/E | Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 56 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Balloon detaches from plug (post procedure) | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Geometry, Material Selection, Underestimated pull-force & Balloon weld-strength spec. | 4 | T/E | Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 57 | Balloon | P21024 | Maintain Volume (24 hrs) | Balloon Leaks | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Excessive void specification, material selection (perm), Specified Bond Strength, Attachment method | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 58 | Balloon | P21024 | Maintain Volume (24 hrs) | Cap does not seat properly | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Geometry, Attachment method, Syringe type (lure/non-lure) | 4 | T/E | Performance Testing, Design Validation | 3 | 108 | RC: ALARP FA: None |
| 59 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Inflation Line detaches from plug (post procedure) | PE: Balloon deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Geometry, Material Selection, Underestimated Pull-Force, Tubing mis-sized | 4 | T/E | Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 60 | Balloon | P21024 | Maintain Volume (24 hrs) | Inflation Line Leaks (Valve & Interfaces) | PE: Balloon rapidly deflates, loss of mesh approximation during initial 24 hr period. Haz: Redundant Vagina | S | Secondary Procedure (corrective) | 9 | Material Selection, Geometry, Stability, Tolerance Stack | 4 | T/E | Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 61 | Balloon | P21024 | Removable from patient (independent of VSD) | Balloon does not separate from VSD | PE: Balloon remains in patient for duration of VSD implantation Haz: Excessive force applied to vaginal cavity (extended duration) | S,C | Impaired Voiding | 9 | Geometry, Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 108 | RC: ALARP FA: None |
| 62 | Anterior/Posterior Inserter | P21021, P21020 | Deliver mesh to tissue tunnels | Inserter too flexible | PE: Control of inserter is reduced, cannot locate mesh at target site Haz: Inadequate mesh support at prolapse site | S | Recurrence | 9 | Geometry, Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 108 | RC: ALARP FA: None |
| 63 | Anterior Inserter | P21020 | Deliver mesh to tissue tunnels | Inserter length too long | PE: Control of inserter is reduced Haz: Inserter is driven further into target tissue than intended | S | Damage to Pelvic Structures | 9 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 108 | RC: ALARP FA: None |
| 64 | Anterior Inserter | P21020 | Deliver mesh to tissue tunnels | Inserter has incorrect curvature | PE: Inserter elongates tissue tunnel Haz: Inserter is placed too deep | C | Damage to Pelvic Structures | 9 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 3 | 108 | RC: ALARP FA: None |
| 65 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon does not fill vaginal cavity | PE: Vaginal shape (length) is distorted, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S | N/A | 6 | Incorrect Patient Population data, Geometry, Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 4 | 96 | RC: BA FA: None |
| 67 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh cannot be removed from carrier | PE: Mesh carrier & mesh are discarded, new kit opened Haz: None Identified | S,M | N/A | 8 | Mesh Carrier sealing, geometry, material selection | 4 | T/E | Performance Testing, Usability Studies | 3 | 96 | RC: ALARP FA: None |
| 68 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh Carrier sticks to tray retainer | PE: Mesh carrier falls outside of the sterile field, mesh discarded, new kit opened Haz: None Identified | S,M | N/A | 8 | Static force between film and thermo-formed tray lid | 4 | T/E | Pilot Build Mesh Sampling memo | 3 | 96 | RC: ALARP FA: None |
| 69 | VSD | P21026 | Approximate Mesh during tissue In-growth | Mesh loosely contacts tissue | PE: Impede tissue in-growth through mesh, Loss of Mesh approximation, Mesh vaginal erosion Haz: None Identified | S,C,M | N/A | 7 | Geometry, Material Selection (stiffness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 84 | RC: ALARP FA: None |
| 70 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: Loss of mesh support during tissue in growth period, Loss of Mesh approximation, Mesh vaginal erosion Haz: None Identified | S,C,M | N/A | 7 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 84 | RC: ALARP FA: None |
| 71 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too flexible | PE: Loss of mesh support during tissue in growth period, Loss of Mesh approximation, Mesh vaginal erosion Haz: None Identified | S | N/A | 7 | Geometry, Material Selection, Incorrect Stiffness spec. | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 84 | RC: ALARP FA: None |

**Design FMEA: PROSIMA**   Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | **Mesh Carrier** | P21035 | Protects mesh during handling/transfer | Mesh cannot be removed from carrier | PE: Mesh carrier must be cut away from mesh, Mesh damaged during removal<br>Haz: None Identified | S,M | N/A | 7 | Mesh Carrier sealing, geometry, material selection | 4 | T/E | Performance Testing, Usability Studies, Design Validation | 3 | 84 | RC: BA<br>FA: None |

**Design FMEA: PROSIMA**

Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon does not fill vaginal cavity | PE: Inadequate approximation of mesh to tissue, Non-optimal tissue in-growth Haz: None Identified | S | N/A | 2 | Incorrect Patient Population data, Geometry, Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 10 | 80 | RC: BA FA: None |
| 74 | VSD | P21026 | Provide for Ease of placement in vaginal cavity | VSD does not fit through vaginal opening | PE: VSD cannot be inserted by user, User solely packs with gauze Haz: Loss of mesh approximation | S | Recurrence | 10 | Surface texture, Material Selection, Flexibility, Shape, Grips (features) | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 2 | 80 | RC: ALARP FA: None |
| 75 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh Carrier contaminates mesh | PE: Mesh is non-biocompatible (for implantation) Haz: Non-biocompatible material implanted in patient | S,M | Tissue Reaction | 10 | Material selection, geometry | 4 | T/E | Biocompatibility Risk Assessment | 2 | 80 | RC: ALARP FA: None |
| 76 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh cannot be removed from carrier | PE: Mesh carrier must be cut away from mesh Haz: Mesh damaged during removal | S,M | Recurrence | 10 | Mesh Carrier sealing, geometry, material selection | 4 | T/E | Performance Testing, Usability Studies | 2 | 80 | RC: ALARP FA: None |
| 77 | Mesh Carrier | P21035 | Protects mesh during handling/transfer | Mesh Carrier sticks to tray retainer | PE: Mesh carrier falls outside of the sterile field Haz: Mesh is contaminated | S,M | Infection | 10 | Static force between film and thermo-formed tray lid | 4 | T/E | Pilot Build Mesh Sampling memo | 2 | 80 | RC: ALARP FA: None |
| 78 | Balloon | P21024 | Maintain Volume (24 hrs) | Cap tether breaks | PE: Cap falls in vaginal cavity Haz: Unintended Implant | S | Tissue Reaction | 10 | Geometry, Attachment method | 4 | T/E | Performance Testing, Design Validation, Biocompatibility Assessment | 2 | 80 | RC: ALARP FA: None |
| 79 | VSD | P21026 | Provide for Ease of placement in vaginal cavity | Excessive force is required to fold VSD | PE: VSD slips out of surgeons hands, Device falls outside of sterile field and is no longer usable. Haz: Loss of Vaginal Support | C | Recurrence | 10 | Surface texture, Material Selection, Flexibility, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 2 | 80 | RC: ALARP FA: None |
| 80 | VSD | P21026 | Approximate Mesh during tissue In-growth | Mesh curls, twists, bunches, sags (looses flatness) | PE: Impede tissue in-growth through mesh, non-optimal tissue in-growth Haz: None Identified | S,C,M | N/A | 6 | Geometry, Material Selection (stiffness) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 72 | RC: ALARP FA: None |
| 81 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: Vaginal shape (length) is distorted, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S,C,M | N/A | 6 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Dr. Carey's Clinical Study | 3 | 72 | RC: BA FA: None |
| 82 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (< 2 weeks) | PE: (Anterior to Posterior) vaginal separation lost, Increased chance of Adhesion (post-op), Discomfort (during intercourse) Haz: None Identified | S,C,M | N/A | 6 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Clinical Study | 3 | 72 | RC: BA FA: None |
| 83 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (> 2 weeks) | PE: Vaginal shape (length) is distorted, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S,C,M | N/A | 6 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 72 | RC: BA FA: None |
| 84 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (> 2 weeks) | PE: (Anterior to Posterior) vaginal separation lost, Increased chance of Adhesion (post-op), Discomfort (during intercourse) Haz: None Identified | S,C,M | N/A | 6 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Clinical Study | 3 | 72 | RC: BA FA: None |
| 85 | VSD | P21026 | Prevention of Post-operative Adhesions | VSD adheres to surrounding vaginal tissue | PE: Loss of VSD freedom of motion, Tissue tearing, Discomfort Haz: None Identified | S | N/A | 6 | Material Selection, Shape (rough, protruding features) | 4 | T/E | Material Specifications, Cadaveric Testing | 3 | 72 | RC: BA FA: None |
| 86 | VSD | P21026 | Conform to Vaginal Shape | VSD does not maintain vaginal shape (does not have trapezoidal shape, does not have angular offset, flexibility) | PE: Vagina shape distorts, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S | N/A | 6 | VSD Shape (size, thickness), Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Study | 3 | 72 | RC: BA FA: None |
| 87 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too flexible | PE: Vaginal shape (length) is distorted, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S | N/A | 6 | Geometry, Material Selection, Incorrect Stiffness spec. | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Dr. Carey's Study | 3 | 72 | RC: BA FA: None |

**Design FMEA: PROSIMA** Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too rigid | PE: VSD does not conform to vaginal cavity, Excessive vaginal pressure, Discomfort  Haz: None Identified | S | N/A | 6 | Geometry, Material Selection, Incorrect Stiffness spec. | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Dr. Carey's Study | 3 | 72 | RC: BA  FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | VSD | P21026 | Vaginal Stabilization (Length and Width) | VSD is too Short | PE: Vaginal shape (length) is distorted, Shortened Vagina, Discomfort (during intercourse) Haz: None Identified | S | N/A | 6 | Incorrect Population data, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Dr. Carey's Study | 3 | 72 | RC: BA FA: None |
| 90 | Anterior/Posterior Inserter | P21021, P21020 | Atraumatic | Inserter causes tissue trauma | PE: Additional tissue damage to target tissue, Tissue Trauma Haz: None Identified | S | N/A | 6 | Geometry, Surface Finish, Sharpness | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 72 | RC: BA FA: None |
| 91 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon Bursts | PE: Excessive pressure applied to suture line, Suture line ruptures, Patient Discomfort Haz: None Identified | S,M | N/A | 5 | Material Selection, Incorrect Volume Specification | 4 | T/E | Performance Testing | 3 | 60 | RC: BA FA: None |
| 92 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon separates from VSD (During Insertion) | PE: Balloon no longer usable, user applies standard gauze packing Haz: None Identified | S,M | N/A | 5 | Geometry of plug/reservoir, Material Selection (Surface Finish), Incorrect Force Specification | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 60 | RC: BA FA: None |
| 93 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon Tears | PE: Balloon deflates during procedure, Gauze Packing placed (standard of care) Haz: None Identified | S,M,C | N/A | 5 | Material Selection, geometry of VSD, location of sutures | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 60 | RC: BA FA: None |
| 94 | VSD | P21026 | Balloon Carrier | Balloon inadvertently detaches from VSD | PE: Balloon is expelled from vaginal cavity (immediately post-procedure), gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S,M | N/A | 5 | VSD reservoir lip tears, Reservoir too large, stack-up (interference) | 4 | T/E | Stack Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 60 | RC: BA FA: None |
| 95 | VSD | P21026 | Balloon Carrier | VSD Damages Balloon | PE: Balloon does not deploy, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | VSD shape, surface texture, pinch points, sharp edges | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 60 | RC: BA FA: None |
| 96 | VSD | P21026 | Balloon Carrier | VSD prevents Balloon inflation | PE: Balloon does not deploy. Gauze Packing is used in place of Balloon Haz: None Identified | S | N/A | 5 | VSD shape, surface texture, pinch points, sharp edges | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 60 | RC: BA FA: None |
| 97 | Posterior Inserter | P21021 | Interface with needle holder | Cannot grasp Inserter with needle holder | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument Haz: None Identified | S | N/A | 5 | Geometry (Inserter & needle holder), Material Selection (surface finish), Durability | 4 | T/E | Cadaveric User Evaluations, Performance Testing, Design Validation | 3 | 60 | RC: BA FA: None |
| 98 | Posterior Inserter | P21021 | Interface with needle holder | Inserter slips off needle holder (during placement) | PE: Enlarge tissue tunnels, Inserter causes tissue damage Haz: None Identified | S | N/A | 5 | Geometry (Inserter & needle holder), Material Selection (surface finish) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 60 | RC: BA FA: None |
| 99 | Posterior Inserter | P21021 | Interface with needle holder | Needle holder damages inserter | PE: Tab bends rendering Needle Holder non-functional, mesh placed with standard surgical instrument Haz: None Identified | S,M | N/A | 5 | Inserter Material Selection, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 60 | RC: BA FA: None |
| 100 | Mesh | P21005 | Promote delivery to target site | Welds of Mesh Pockets Tear | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument | S | N/A | 5 | Mesh Material Properties, Inserter Sharpness (shape), Pocket Geometry, Incorrect Force Spec. | 4 | T/E | Performance Testing, Design Validation | 3 | 60 | RC: BA FA: None |
| 101 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Balloon detaches from plug (during post-op adjustment) | PE: Balloon deflates, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | Geometry, Material Selection, Underestimated Pull-Force & Balloon weld-strength | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 60 | RC: BA FA: None |
| 102 | Balloon | P21024 | Maintain Volume (24 hrs) | Cap tether breaks | PE: Cap falls outside of sterile field, device non-usable, surgeon removes balloon and packs with gauze (current standard of care) Haz: None Identified | S | N/A | 5 | Geometry, Attachment method | 4 | T/E | Performance Testing, Design Validation | 3 | 60 | RC: BA FA: None |
| 103 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Inflation Line detaches from plug (during post-op adjustment) | PE: Balloon deflates, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | Geometry, Material Selection, Underestimated Pull-Force, Tubing mis-sized | 4 | T/E | Performance Testing | 3 | 60 | RC: BA FA: None |
| 104 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Valve detaches from inflation line (during post-op adjustment) | PE: Balloon deflates, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | Geometry, Tolerance Stack, Material Selection, Underestimated Pull-Force, Tubing mis-sized | 4 | T/E | Performance Testing | 3 | 60 | RC: BA FA: None |

**Design FMEA: PROSIMA**

Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | Balloon | P21024 | Maintain Volume (24 hrs) | Balloon Leaks | PE: Balloon gradually deflates (remains partially inflated up to 1 Day) Haz: None Identified | S | N/A | 3 | Excessive void specification, material selection (perm), Specified Bond Strength, Balloon type | 6 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 54 | RC: BA FA: None |
| 106 | Balloon | P21024 | Maintain Volume (24 hrs) | Inflation Line Leaks (Valve & Interfaces) | PE: Balloon gradually deflates (remains partially inflated up to 1 Day) Haz: None Identified | S | N/A | 3 | Material Selection, Geometry, Stability | 6 | T/E | Performance Testing | 3 | 54 | RC: BA FA: None |
| 107 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon Bursts | PE: Excessive pressure applied to suture line, Suture line ruptures, Bleeding Haz: None Identified | S,M | N/A | 6 | Material Selection, Incorrect Volume Specification | 4 | T/E | Performance Testing | 2 | 48 | RC: BA FA: None |
| 108 | VSD | P21026 | Balloon Carrier | VSD does not release balloon (as intended) | PE: Balloon remains for duration of VSD support (3-4 weeks), Tube and valve remain attached, Minor discomfort Haz: None Identified | S | N/A | 4 | VSD too soft/flexible, Surface texture | 4 | T/E | Tolerance Stack, Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 48 | RC: BA FA: None |
| 109 | Mesh | P21005 | Promote delivery to target site | Difficulty inserting mesh onto inserter | PE: Potential damage to pocket, Mesh inserted with standard surgical accessories. Haz: None Identified | S | N/A | 4 | Size of Mesh Pocket, Size of Inserter, Pocket Orientation, Poor Visual Contrast, Mesh Material Selection | 4 | T/E | Stack, Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 48 | RC: BA FA: None |
| 110 | Mesh | P21005 | Compatible with Inserter | Mesh Pocket tears | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument Haz: None Identified | S,M | N/A | 4 | Mesh Material Properties, Inserter Sharpness (shape), Pocket Geometry, Incorrect Force Spec. | 4 | T/E | Performance Testing, Design Validation | 3 | 48 | RC: BA FA: None |
| 111 | Mesh | P21005 | Promote delivery to target site | Mesh Pocket will not fit on inserter | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument Haz: None Identified | S | N/A | 4 | Size of Mesh Pocket, Size of Inserter, Pocket Orientation | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 48 | RC: BA FA: None |
| 112 | Mesh | P21005 | Compatible with Inserter | Mesh Pockets are too shallow (depth) | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument Haz: None Identified | S | N/A | 4 | Inserter Geometry, Weld Locations, Pocket Size | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 48 | RC: BA FA: None |
| 113 | Balloon | P21024 | Removable from patient (independent of VSD) | Balloon is difficult to separate from VSD | PE: VSD is displaced in Vagina, patient discomfort Haz: None Identified | C | N/A | 4 | Geometry, Material Selection, Underestimated Pull-Force, Balloon caught on patient, Stability | 4 | T/E | Stack, Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 48 | RC: BA FA: None |
| 114 | Anterior/Posterior Inserter | P21021, P21020 | Detachable from mesh | Inserter damaged | PE: Provided inserter no longer useful for mesh insertion (opposite side). User places mesh with standard surgical instrument Haz: None Identified | S,M | N/A | 4 | Material Selection, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 48 | RC: BA FA: None |
| 115 | Balloon | P21024 | Maintain Volume (24 hrs) | Cap does not seat properly | PE: Balloon gradually deflates (remains partially inflated up to 1 Day) Haz: None Identified | S | N/A | 3 | Geometry, Attachment method | 5 | T/E | Performance Testing, Design Validation | 3 | 45 | RC: BA FA: None |
| 116 | Syringe | P21028 | Attachable/detachable to balloon | Syringe cannot mate with valve | PE: Balloon cannot be inflated w/ syringe, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | Incorrect valve specification, Syringe Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 2 | 40 | RC: BA FA: None |
| 117 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Syringe & Valve will not connect (inflation) | PE: Balloon cannot be inflated w/ syringe, gauze packing is placed in lieu of balloon (current standard of care) Haz: None Identified | S | N/A | 5 | Syringe Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 2 | 40 | RC: BA FA: None |
| 118 | Anterior/Posterior Inserter | P21021, P21020 | Deliver mesh to tissue tunnels | Inserter too slippery | PE: Difficult to grasp inserter, Device falls outside of sterile field, device no longer usable Haz: None Identified | S | N/A | 5 | Surface finish, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing, Design Validation | 2 | 40 | RC: BA FA: None |
| 119 | VSD | P21026 | Balloon Carrier | VSD distorts | PE: Balloon does not fully deploy (Partially deploys), Balloon does not completely fill cavity Haz: None Identified | S | N/A | 3 | VSD too Flexible, Material Selection, loss of suture integrity | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 36 | RC: BA FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | Mesh | P21005 | Promote delivery to target site | Mesh Pockets Tear | PE: Provided inserter no longer useful for mesh insertion. User places mesh with standard surgical instrument. Haz: None Identified | S | N/A | 3 | Mesh Material Properties, Inserter Sharpness (shape), Pocket Geometry, Incorrect Force Spec. | 4 | T/E | Performance Testing | 3 | 36 | RC: BA FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Valve plug stuck closed | PE: Balloon cannot be deflated w/ syringe, Balloon punctured to deflate Haz: None Identified | S,M | N/A | 3 | Geometry, Materials, Surface Finish | 4 | T/E | Performance Testing | 3 | 36 | RC: BA FA: None |
| 122 | Anterior Inserter | P21020 | Deliver mesh to tissue tunnels | Inserter length too long | PE: Inserter is difficult to manipulate (interferes with patient anatomy - thigh/buttocks) Haz: None Identified | S | N/A | 3 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 36 | RC: BA FA: None |
| 123 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon improperly located (via VSD) | PE: Balloon inflation laterally Haz: None Identified | S | N/A | 2 | Geometry of plug/reservoir, Material Selection (Surface Finish) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 4 | 32 | RC: BA FA: None |
| 124 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Maintain device functionality | Device is not functional when removed from package | PE: Non-functional device - Packaging failed during transportation Haz: None Identified | S | N/A | 8 | Materials not compatible with sterilization method | 4 | T/E | Stability Testing | 6 | 32 | RC: ALARP FA: None |
| 125 | Mesh | P21005 | Provide lateral & Apical vaginal support | Incorrect body shapes | PE: Implant excessively large creating bunches and improper support Haz: Loss of Vaginal Support | S | Recurrence | 10 | Incorrect patient population data | 1 | D/A | Cadaveric User Evaluations, Dr. Carey's Study, DRM Memo-Mesh Size | 3 | 30 | RC: ALARP FA: None |
| 126 | Mesh | P21005 | Provide lateral & Apical vaginal support | Incorrect body shapes | PE: Implant too small causing improper support Haz: Repair with excessive tension | S,M | Recurrence | 10 | Incorrect patient population data | 1 | D/A | Cadaveric User Evaluations, Dr. Carey's Study, DRM Memo-Mesh Size | 3 | 30 | RC: ALARP FA: None |
| 127 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon separates from VSD (During Insertion) | PE: User repositions balloon in VSD Haz: None Identified | S,M | N/A | 2 | Geometry of plug/reservoir, Material Selection (Surface Finish), Incorrect Force Specification | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 24 | RC: BA FA: None |
| 128 | VSD/Balloon Assembly | P21026, P21024 | Fills Vaginal Space | Balloon shifts in VSD | PE: Balloon oriented off axis in vaginal cavity, Non-optimal balloon position Haz: None Identified | S | N/A | 2 | Geometry of plug/reservoir, Material Selection (Surface Finish) | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 24 | RC: BA FA: None |
| 129 | VSD/Balloon Assembly | P21026, P21024 | Support Mesh in target tissue | VSD does not provide adequate support | PE: Mesh wrinkle/fold Haz: None Identified | S | N/A | 2 | Number of/Location of Suture stays, Geometry of VSD (distort under pressure), Material Selection | 4 | T/E | Dr. Carey's Clinical Study, Design Validation | 3 | 24 | RC: BA FA: None |
| 130 | VSD | P21026 | Provide for Ease of placement in vaginal cavity | Excessive force is required to fold VSD | PE: User experiences minor discomfort Haz: None Identified | S | N/A | 2 | Surface texture, Material Selection, Flexibility, Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 24 | RC: BA FA: None |
| 131 | VSD | P21026 | Balloon Carrier | VSD does not release balloon (as intended) | PE: User cuts lip to release balloon Haz: None Identified | S | N/A | 2 | VSD too soft/flexible, Surface texture | 4 | T/E | Tolerance Stack, Usability Studies, Design Validation | 3 | 24 | RC: BA FA: None |
| 132 | VSD | P21026 | Balloon Carrier | VSD prevents Balloon inflation | PE: Balloon does not fully deploy (Partially deploys), Balloon does not completely fill cavity Haz: None Identified | S | N/A | 2 | VSD too Flexible, Material Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 24 | RC: BA FA: None |
| 133 | VSD | P21026 | Balloon Carrier | VSD prevents full deflation | PE: Balloon does not fully deflate. User punctures Balloon to deflate. Haz: None Identified | S | N/A | 2 | Syringe/Valve selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 24 | RC: BA FA: None |
| 134 | Syringe | P21028 | Provide for inflation of balloon | Syringe volume selection too small | PE: User annoyance due to excessive inflation pumps Haz: None Identified | S | N/A | 2 | Incorrect Balloon Spec (burst), Std. Syringe availability | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 24 | RC: BA FA: None |
| 135 | Mesh | P21005 | Compatible with Inserter | Mesh Pockets are too Narrow | PE: Potential damage to pocket Haz: None Identified | S | N/A | 2 | Inserter Geometry, Weld Locations | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 3 | 24 | RC: BA FA: None |
| 136 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Syringe & Valve will not connect (deflation) | PE: Balloon cannot be deflated w/ syringe, Balloon punctured for deflation Haz: None Identified | S | N/A | 3 | Syringe Selection, Valve Selection | 4 | T/E | Stack, Cadaveric User Evaluations, Usability Studies, Performance Testing | 2 | 24 | RC: BA FA: None |
| 137 | Anterior/Posterior Inserter | P21021, P21020 | Detachable from mesh | Inserter tears mesh during extraction | PE: Minor mesh damage Haz: None Identified | S | N/A | 2 | Sharpness, Material Selection (rigidity), Geometry | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 24 | RC: BA FA: None |

**Design FMEA: PROSIMA**  Doc # 0000330

| Line ID | Component | Dwg # w/rev | Function | Potential Failure Mode | Potential Effect (PE) & Hazard (Haz) | Fault Class | Harm | Severity | Potential Cause | Occurrence | Basis | Control Method | Detection | RPN | Risk Category/ Further Action (after Options Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | Anterior Inserter | P21020 | Deliver mesh to tissue tunnels | Inadequate differentiation of left/right use | PE: Left/Right side end used to insert mesh used on opposite side. Greater insertion difficulty, resistance | S | N/A | 2 | Inadequate user VOC/Feedback, Etching Method | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Design Validation | 3 | 24 | RC: BA FA: None |
| 139 | Syringe | P21028 | Attachable/detachable to balloon | Syringe does not lock on valve | PE: User annoyance, User must hold syringe on valve Haz: None Identified | S | N/A | 2 | Incorrect valve specification, Syringe Selection | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Performance Testing | 2 | 16 | RC: BA FA: None |
| 140 | PROSIMA PFRS | PROA1, PROP1, PROC2 | Maintain device functionality | Balloon unfolds in kit (during sterilization) | PE: Balloon no longer folded inward, Increased balloon manipulation by user Haz: None | S | N/A | 1 | Inadequate air-evacuation technique, Sterilization cycle | 4 | | Performance Testing, Design Validation | 4 | 16 | RC: BA FA: None |
| 141 | VSD | P21026 | Vaginal Stabilization (Length and Width) | Unintentional expulsion of VSD from vagina (> 2 weeks) | PE: Vagina stabilized, Initial mesh in-growth complete Haz: None Identified | S,C,M | N/A | 1 | Geometry, Material Properties (surface texture & density), Number/Location of stays, Compatibility w/balloon | 4 | T/E | Cadaveric User Evaluations, Usability Studies, Dr. Carey's Clinical Study | 3 | 12 | RC: BA FA: None |
| 142 | Posterior Inserter | P21021 | Deliver mesh to tissue tunnels | Inserter length too short (misses target tissue) | PE: Use of needle holder to further advance inserter to target site Haz: None Identified | S | N/A | 1 | Geometry, Population data | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 12 | RC: BA FA: None |
| 143 | Balloon | P21024 | Maintain Volume (24 hrs) | Cap does not seat properly | PE: Valve fully engaged, Balloon stays inflated Haz: None Identified | S | N/A | 1 | Geometry, Attachment method | 4 | T/E | Performance Testing, Design Validation | 3 | 12 | RC: BA FA: None |
| 144 | Balloon | P21024 | Inflatable/deflatable (adjustable post-op) | Valve plug stuck open | PE: Cap seals valve from leakage Haz: None Identified | S | N/A | 1 | Material Selection, s, Surface Finish | 4 | T/E | Performance Testing | 3 | 12 | RC: BA FA: None |
| 145 | Anterior/Posterior Inserter | P21021, P21020 | Deliver mesh to tissue tunnels | Inserter does not fit in tissue tunnel width | PE: Inserter enlarges tissue tunnel | S | N/A | 1 | Geometry, Surface Finish | 4 | T/E | Cadaveric User Evaluations, Usability Studies | 3 | 12 | RC: BA FA: None |
| 146 | VSD | P21026 | Provide for Ease of placement in vaginal cavity | User cannot fold VSD | PE: VSD difficult to insert, Tissue trauma, Bleeding Haz: None Identified | S | N/A | 5 | Surface texture, Material Selection, Flexibility, Shape, Grips (features) | 1 | D/A | Cadaveric User Evaluations, Usability Studies, Performance Testing | 2 | 10 | RC: BA FA: None |
| 147 | Mesh | P21005 | Promote tissue in-growth (Pockets) | Loss of tissue in growth | PE: Loss of tissue in growth in local mesh pocket area, Mesh body provides adequate support Haz: None Identified | S | N/A | 1 | Occluded pore size, Excessively Rigid, Edge Quality, Surface texture, Thickness | 4 | T/E | Minimize Mesh Pocket/Weld size | 2 | 8 | RC: BA FA: None |
| 148 | Mesh | P21005 | Promote tissue in-growth (Pockets) | Mesh Pocket Stiffer than mesh body | PE: Deep posterior placement of mesh straps (placement away from functional vaginal area) Haz: None Identified | S | N/A | 1 | Occluded pore size, Excessively Rigid, Edge Quality, Surface texture, Thickness | 4 | T/E | Minimize Mesh Pocket/Weld size | 2 | 8 | RC: BA FA: None |

Doc # dFMEA0000330

**Documents Referenced in body of FMEA**

| Doc Ref | Tiltle/Author | Storage Location |
|---|---|---|
| Design Verification Testing | *Completion Report for Protocol for MINT Pelvic Floor Repair (PFR) System (PROSIMA), Version 1/* Amitha Kumar, 3/12/2007<br><br>*Report for Design Verification for Human Factors and Performance/* Stephanie Kute, 3/13/2007 | eDHF0000121<br>DR0000064<br>DVPR0000064 |
| Packaging Performance Testing | Package Performance Testing Completion Report(s)/Peter Komarnycky | eDHF0000121,<br>CR0000119 Rev A<br>CR0000119 Rev B<br>CR0000119 Rev C<br>CR0000119 Rev D |
| Stability Testing | *Real-Time Aging Stability Study Protocol: Expiration Date Testing of the MINT (Prosima) Pelvic Floor Repair System/* Amitha Kumar, 11/17/2006<br><br>*Accelerated Aging Stability Study Protocol for: MINT (Prosima) Pelvic Floor Repair System/* Amitha Kumar, 11/17/2006<br><br>*Stability Study #1467- 6 Month Interim Shelf-Life Report/* Amith Kumar, 2/28/2007<br>*Stability Study #1467- 14 Month Interim Shelf-Life Report/* Amith Kumar, 4/10/2007 | eDHF0000121,<br>PT0000120 (STAB)<br>CR0000120 (STAB)<br>SUBOTH0002228<br>SUBOTH0002229 |
| Dr. Carey's Clinical Study Summary | Carey Abstract, *Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device/* Dr. Marcus Carey | eDHF0000121<br>OTHER0000952 |
| Material Specifications | See General Material Specifications contained in eDHF (Mesh, Inserters, Syringe, VSD, Balloon, Mesh Carrier, Blister Lids, Trays, Boxes, IFUs) | eDHF0000121,<br>MS0000120 |
| Biocompatibility Assessment | *Biocompatibility Risk Assessment: Prosima Pelvic Floor Repair System (MINT)/*Sandy Savidge, 12/27/2006<br><br>*Biocompatibility Risk Assessment Update: Prosima Pelvic Floor Repair System (MINT) Implant Carrier/* Sandy Savidge, 1/12/07 | eDHF000012,<br>CR0000120 (BIO) |
| Design Validation | *Design Validation Report, GYNECARE PROSIMA Pelvic Floor Repair System/*Stephanie Kute, 3/16/2007 | eDHF0000121<br>CR0000120 (Dval) |
| GYNEMESH PS - Risk Assessments | *Device Design Safety Assessment for GYNEMESH PS (GPSL)/* Enilma Miller, 6/6/2002 | DHF0956 |