# EXHIBIT S



J & J INTL. – TECHNICAL FILE NO.1 – PROLENE* MESH

J & J INTL. – TECHNICAL FILE NO.1 – VARIATION NO.1

J & J INTL. – TECHNICAL FILE NO.1 – VARIATION NO.2

J & J INTL. – TECHNICAL FILE NO.1 – VARIATION NO.3

J & J INTL. – TECHNICAL FILE NO.1 – VARIATION NO.4

J & J INTL. – TECHNICAL FILE NO.1 – VARIATION NO.5

© Copyright 1980   Twinlock U.K. Ltd. Code 11-75235

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

J & J INTL. - TECHNICAL FILE NO.1 - PROLENE* MESH

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046419

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997

## TECHNICAL FILE

### PROLENE* MESH STERILE POLYPROPYLENE NON ABSORBABLE MESH

### I N D E X

|  |  | PAGE |
|---|---|---|
| SECTION 1 | Checklist for Compliance with Essential Requirements | 1 - 30 |
| SECTION 2 | Summary of Key Product Characteristics | 31 - 36 |
| SECTION 3 | Manufacturer Certification | 37 - 46 |
| SECTION 4 | Compliance with Essential Requirements | 47 - 104 |
| SECTION 5 | Risk Analysis according to BS EN 1441 – Medical Devices - Risk Analysis | 105 - 107 |
| SECTION 6 | Clinical Bibliography | 108 - 129 |
| APPENDIX I | Labelling Artwork - primary pack and carton | 130 - 131 |
| APPENDIX II | Instructions for Use - English text only. Manufacturer/Distributor Panels. | 132 - 135 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                    ETH.MESH.16046420



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 1 of 135

## SECTION 1

## PRODUCT CHECKLIST TO SHOW COMPLIANCE WITH THE ESSENTIAL REQUIREMENTS

**PRODUCT NAME:** PROLENE* Mesh Sterile Polypropylene Non Absorbable Mesh

**PRODUCT CLASSIFICATION:** Class IIb (Rule 8, Annex IX, Medical Device Directive 93/42/EEC)

| ESSENTIAL REQUIREMENTS ANNEX I (MDD 93/42/EEC) | METHOD OF COMPLIANCE WITH ESSENTIAL REQUIREMENTS | TECHNICAL FILE REFERENCE | COMMENTS |
|---|---|---|---|
| **I. GENERAL REQUIREMENTS** | | | |
| 1. The device must be designed and manufactured in such a way that, when used under the conditions and for the purposes intended, they will not compromise the clinical condition or the safety of patients, or the safety and health of users or, where applicable, other persons, provided that any risks which may be associated with their use constitute acceptable risks when weighed against the benefits to the patient and are compatible with a high level of protection of health and safety. | History of safe clinical use.  Recent biocompatibility and clinical review.  Risk Analysis in accordance with EN 1441.  Manufacturer and Sub-Contractors in compliance with BS EN ISO 9001 and EN 46001. | Section 6, p. 108-129  Section 4, p. 47-104  Section 5, p. 105-107  Section 3, p. 37-46 | Regulations in the UK from the time of product introduction to date did not require clinical investigation or regulatory approval. |

CONFIDENTIAL - SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046423

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 2 of 135

## SECTION 1

## PRODUCT CHECKLIST TO SHOW COMPLIANCE WITH THE ESSENTIAL REQUIREMENTS

PRODUCT NAME: PROLENE* Mesh Sterile Polypropylene Non Absorbable Mesh

PRODUCT CLASSIFICATION: Class IIb (Rule 8, Annex IX, Medical Device Directive 93/42/EEC)

| ESSENTIAL REQUIREMENTS ANNEX I (MDD 93/42/EEC) | METHOD OF COMPLIANCE WITH ESSENTIAL REQUIREMENTS | TECHNICAL FILE REFERENCE | COMMENTS |
|---|---|---|---|
| I. **GENERAL REQUIREMENTS** | | | |
| 2. The solutions adopted by the manufacturer for the design and construction of the devices must conform to safely principles, taking account of the generally acknowledged state of the art. | BS EN ISO 9001 - Quality Systems Specification for Design/Development, Production, Installation and Servicing. | Section 3, p. 37-46 | |
| In selecting the most appropriate solutions, the manufacturer must apply the following principles in the following order: | EN 46001 - Specific Requirements for the Application of EN29001 for Medical Devices. | | |
| - eliminate or reduce risks as far as possible (inherently safe design and construction) | EN 724 - Guidance on the Application of Quality Systems for the Non-active Medical Device Industry. | | |
| - where appropriate take adequate protection measures including alarms if necessary, in relation to risks that cannot be eliminated | | | |
| - inform users of the residual risks due to any shortcomings of the protection methods adopted. | | | |
| 3. The devices must achieve the performance intended by the manufacturer and be designed, manufactured and packaged in such a way that they are suitable for one or more of the functions referred to in Article 1(2)(a) as specified by the manufacturer. | History of Safe Use | Section 6, p. 108-129 | |
| | Instructions for Use Leaflet | Appendix II, p.132-135 | |

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 3 of 135

## SECTION 1

### PRODUCT CHECKLIST TO SHOW COMPLIANCE WITH THE ESSENTIAL REQUIREMENTS

PRODUCT NAME: PROLENE* Mesh Sterile Polypropylene Non Absorbable Mesh
PRODUCT CLASSIFICATION: Class IIb (Rule 8, Annex IX, Medical Device Directive 93/42/EEC)

| ESSENTIAL REQUIREMENTS ANNEX I (MDD 93/42/EEC) | | METHOD OF COMPLIANCE WITH ESSENTIAL REQUIREMENTS | TECHNICAL FILE REFERENCE | COMMENTS |
|---|---|---|---|---|
| I. | GENERAL REQUIREMENTS | | | |
| 4. | The characteristics and performance referred to in sections 1, 2 and 3 must not be adversely affected to such a degree that the clinical condition and safety of the patients and, where applicable, of other persons are compromised during the lifetime of the device as indicated by the manufacturer, when the device is subjected to the stresses which can occur during normal conditions of use. | History of Safe Use. | | |
| | | Clinical Evaluation in the form of a compilation of relevant scientific literature. | Section 5, p. 108-129 | |
| | | Review of clinical data. | Section 4, p. 47-104 | Risk Analysis performed against the requirements of BS EN 1441 Medical Devices - Risk Analysis |
| | | Risk analysis - BS EN 1441 | Section 5, p. 105-107 | |
| 5. | The devices must be designed, manufactured and packaged in such a way that their characteristics and performances during their intended use will not be adversely affected during transport and storage taking account of the instructions and information provided by the manufacturer. | History of Safe Use | | |
| | | Packaging Stability Studies | Section 4, p. 47-104 | |
| | | Instructions for Use Leaflet | Appendix II, p.132-135 | |
| 6. | Any undesirable side effects must constitute an acceptable risk when weighed against the performances intended. | Risk Analysis - BS EN 1441 | Section 5, p. 105-107 | Risk Analysis performed against the requirements of BS EN 1441 Medical Devices - Risk Analysis |
| | | Instruction for Use leaflet | Appendix II, p.132-135 | |

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 4 of 135

## SECTION 1

### PRODUCT CHECKLIST TO SHOW COMPLIANCE WITH THE ESSENTIAL REQUIREMENTS

PRODUCT NAME: PROLENE* Mesh Sterile Polypropylene Non Absorbable Mesh

PRODUCT CLASSIFICATION: Class IIb (Rule 8, Annex IX, Medical Device Directive 93/42/EEC)

| ESSENTIAL REQUIREMENTS ANNEX I (MDD 93/42/EEC) | METHOD OF COMPLIANCE WITH ESSENTIAL REQUIREMENTS | TECHNICAL FILE REFERENCE | COMMENTS |
|---|---|---|---|
| II.  REQUIREMENTS REGARDING DESIGN AND CONSTRUCTION | | | |
| 7.  Chemical, physical and biological properties | | | |
| 7.1  The devices must be designed and manufactured in such a way as to guarantee the characteristics and performances referred to in Section I on the "General Requirements". Particular attention must be paid to: | Toxicological and Biocompatibility testing performed against the requirements of the United States FDA in the mid 1970's. | Section 4, p. 47-104 | Testing on mesh minimal because of previous testing of PROLENE suture which is identical in composition. |
| -  the choice of materials used, particularly as regards toxicity and, where appropriate, flammability; | Recent cytotoxicity studies on mesh plus review of previous data. | | |
| •  the compatibility between the materials used and biological tissues, cells and body fluids, taking account of the intended purpose of the device; | | | |

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 5 of 135

## SECTION 1

### PRODUCT CHECKLIST TO SHOW COMPLIANCE WITH THE ESSENTIAL REQUIREMENTS

PRODUCT NAME: PROLENE* Mesh Sterile Polypropylene Non Absorbable Mesh

PRODUCT CLASSIFICATION: Class IIb (Rule 8, Annex IX, Medical Device Directive 93/42/EEC)

| ESSENTIAL REQUIREMENTS ANNEX I (MDD 93/42/EEC) | METHOD OF COMPLIANCE WITH ESSENTIAL REQUIREMENTS | TECHNICAL FILE REFERENCE | COMMENTS |
|---|---|---|---|
| II. REQUIREMENTS REGARDING DESIGN AND CONSTRUCTION | | | |
| 7. Chemical, physical and biological properties | | | |
| 7.2 The devices must be designed, manufactured and packed in such a way as to minimise the risk posed by contaminants and residues to the persons involved in the transport, storage and use of the devices and to the patients, taking account of the intended purpose of the product. Particular attention must be paid to the tissues exposed and the duration and frequency of the exposure. | Ethylene oxide residues reduced to levels below those required by ISO 10993-7. | Section 4, p. 47-104 | |
| | Toxicological and Biocompatibility testing performed against the requirements of the United States FDA in the mid 1970's. | Section 4, p. 47-104 | |
| | Recent cytotoxicity studies on mesh. | | |
| | Risk Analysis performed against the requirements of BS EN 1441 - Medical Devices - Risk Analysis. | Section 5, p. 105-107 | |
| 7.3 The devices must be designed and manufactured in such a way that they can be used safely with the materials, substances and gases with which they enter into contact during normal use or during routine procedures; if the devices are intended to administer medicinal products they must be designed and manufactured in such a way as to be compatible with the medicinal products concerned according to the provisions and restrictions governing those products and that their performance is maintained in accordance with the intended use. | Risk Analysis performed against the requirements of BS EN 1441 - Medical Devices - Risk Analysis. | Section 5, p. 105-107 | |
| | Instructions for Use Leaflet | Appendix II | |

## MEDICAL DEVICE DIRECTIVE TECHNICAL FILE

### ANNEX I

### ESSENTIAL REQUIREMENTS

I. **GENERAL REQUIREMENTS**

1.  **"The devices must be designed and manufactured in such a way that, when used under the conditions and for the purposes intended, they will not compromise the clinical conditions or the safety of the patients, users and, where applicable, other persons. The risks associated with the devices must be reduced to an acceptable level compatible with a high level of protection of health and safety."**

    The design and manufacture of PROLENE * Polypropylene Mesh, manufactured by Ethicon Limited on behalf of Johnson & Johnson International, are currently controlled in compliance with the requirements of Quality System Standard ISO 9001/EN29001, Part 1 - Specification for Design, Development, Production, Installation and Servicing, and also with EN 46001 - Specific Requirements for the Application of EN29001 for Medical Devices. Account has also been taken of the information contained in EN 724 - Guidance on the Application of Quality Systems for the Non Active Medical Device Industry.

    The safety of the product has been evaluated by biocompatibility testing and by clinical experience.

    The mesh knit has recently been altered to enhance the structural integrity of the cut pieces. The only change was to the knit construction set up. No other process changes were made.

    The new knit was validated by Ethicon Inc through all processing stages to ensure equivalence to previous knit mesh. Surgeon preference evaluation was also carried out in hernia repair. Results are contained in 'PROLENE Mesh New Construction Factbook' a copy of which is held by Ethicon Limited. Validation of the packaging and sterilisation processes with the new mesh knit were also carried out at Ethicon Limited. Results are contained in the Factbook - 'Validation of PROLENE Mesh into New Folder', Validation Number 96N-034, held by Ethicon Limited.

2.   **"The solutions adopted by the manufacturer for the design and construction of the devices must conform to safety principles, taking account of the generally acknowledged state of the art."**

The safety principles used for the original design and construction of the device were those required by the FDA in the United States in the mid 1970's when PROLENE Mesh was first developed. Manufacture by Ethicon Limited was originally to the requirements of the Guide to Good Manufacturing Practice for Sterile Medical Devices and Surgical Products and is now to EN 29001 and EN4600 as detailed in 1 above.

3.   **"The devices must achieve the performances intended by the manufacturer, ie be designed and manufactured in such a way that they are suitable for one or more of the functions referred to in Article 1 (2) (a), as specified by the manufacturer."**

The claims for performance made by the manufacturer are as follows:-

Each batch complies with the in-house specification for sterile PROLENE Mesh.

PROLENE Mesh elicits a minimal initial inflammatory reaction in tissues which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, incorporating the mesh into adjacent tissue.   The mesh is not absorbed nor is it subject to degradation or weakening by the action of tissue enzymes.

Compliance with these standards ensures that PROLENE Mesh performs satisfactorily for the repair of hernia and other fascial deficiencies which require the addition of a reinforcing or bridging material.

Ethicon Limited finished product specification is shown in section 2.12.

The tissue reaction and resistance to absorption claims are supported by studies using implantation of mesh in rabbits which were carried out at the initial development of the material.  Studies on PROLENE suture are also relevant.  These studies are summarised in section 7.1.2 - Local Effects After Implantation.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046472

4. **"The characteristics and performances referred to in Sections 1 and 3 must not be adversely affected to such a degree that the clinical condition and safety of the patients and, where applicable, of other persons are compromised during the lifetime of the device as indicated by the manufacturer, when the device is subjected to the stresses which can occur during normal conditions of use."**

PROLENE Mesh is a single use product. The lifetime of the device is, therefore, the duration of implantation. The studies included in section 7.1.2 show that the mesh is well tolerated by the body.

5. **"The devices must be designed, manufactured and packed in such a way that their characteristics and performances during their intended use are not adversely affected in the storage and transport conditions (temperature, humidity etc.) laid down by the manufacturer."**

The shelf life of PROLENE Mesh is five and a half years with recommended storage conditions of below 25° C away from moisture and direct heat. Stability studies have been carried out to show that its characteristics and performance are not adversely affected in these conditions. (Ethicon Inc Study No. 594-4; Ethicon Limited Retention Sample Testing Programme).

6. **"Any undesirable side-effects must constitute acceptable risks when weighed against the performances intended."**

PROLENE Mesh elicits only those adverse reactions which are common to all non-absorbable meshes. Precautions and warnings relating to the use of the device are detailed in the Instructions for Use (see section 13).

A full risk analysis performed against the requirements of BS EN 1441 - Medical Devices - Risk Analysis has been performed and is included in Section 5.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

## 7.1   TOXICITY AND BIOCOMPATIBILITY

"The devices must be designed and manufactured in such a way as to guarantee the characteristics and performances referred to in Section I of the 'General Requirements'.  Particular attention must be paid to:

-   the choice of materials used, particularly as regards toxicity and, where appropriate, flammability;

-   the compatibility between the materials used and biological tissues, cells and body fluids, taking account of the intended purpose of the device."

The following toxicity and biocompatibility studies have been carried out on PROLENE polypropylene in either mesh or suture form.  A summary of *each study is included.*

The development of polypropylene material took place in the 1960's and testing complied with relevant regulatory requirements at that time.  The long history of safe use contraindicates the need to retrospectively test these sutures for their potential effects in the other tests which would be required under EN 30993, Part 1.

A recent literature review on the Biocompatibility of PROLENE Sutures and Implants, plus a Biocompatibility Risk Assessment, are also provided.

| STUDY | DESCRIPTION |
|---|---|
| In-Vitro Cytotoxicity | Agar overlay and Neutral Red Uptake tests using L929 mouse fibroblasts (Sutures) (1993). |
| | Agar overlay only (mesh) with and without extraction (1993). |
| | Agar Overlay and Mouse Fibroblasts Extraction (Mesh, Ethicon Limited, 1997). |
| | Mouse Fibroblast Elution (Mesh, Ethicon Inc, 1997). |
| | Comparative Evaluation of UK and USA Cytotoxicity Studies. |
| Local Effects after Implantation | Intramuscular Implantation in rats for periods up to 18 months.  Assessment of tissue reaction and breaking strength (Suture). |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Local Effects After Implantation

Intramuscular and subcuticular implantation in rats for periods up to two years. Assessment of tissue reaction (Suture).

Subcuticular implantation in rats for periods up to 23 months. Assessment of tensile strength (Suture).

Intramuscular implantation in dogs for periods up to two years. Assessment of tissue reaction (Suture).

Implantation in ocular tissues in rabbits for periods up to 60 days. Assessment of tissue reaction (Suture).

Subcutaneous implantation in rabbits for up to 28 days. Assessment of tissue reaction (Mesh).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 52 of 135

### 7.1.1  IN VITRO CYTOTOXICITY STUDIES PERFORMED IN THE UK

**In vitro Cytotoxicity Studies - Mouse Fibroblast Extraction Toxicity Assay**

**Reference: Ethicon Ltd. Report No. 34/97**

This study, being applied to a Medical Device, the choice of method is based on assessment of cellular viability of cultured cells by culture medium extracts of the device

1.  Test System

| | |
|---|---|
| Species/Strain | NCTC clone L929 Mouse fibroblasts |
| Source | Life Technologies, Paisley |
| Growth | Minimum Essential Medium and 5% foetal calf |
| Passage | 570-600 |

2.  Test Material

**A:**   Non-sterile PROLENE Mesh

- clear, undyed, knitted polypropylene mesh
- six different non-sterile raw material lots

**B:**   Sterile PROLENE Mesh

- sterilised by ethylene oxide
- clear, undyed, knitted polypropylene mesh
- eight finished goods lots

3.  Experimental Conditions

- extracts of mesh; 3.0 cm$^2$ mesh per ml extractant
- mesh cut to 3 x 5 cm pieces
- one 3 x 5 cm piece of mesh per 15ml extractant
- extractant = minimum essential medium with 5% foetal calf serum
- 37$^\circ$C for 24 hours in glass, no agitation; brief shake at end of incubation
- extract blank controls = glass only for 24 hours
- cells exposed to extracts and dilutions for 24 hours
- 3 doses of each extract
- 8 replicate wells for test and control doses
- extracts removed and cells stained for 3 hours with neutral red vital stain
- after washing, vital stain eluted in acid and optical density measured
- neutral red uptake (% of control) plotted against extract dilution
- cytotoxicity graded according to degree of viability loss

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

4. Results

- dose-dependent loss of viability (neutral red uptake) measured with all Prolene* Mesh extracts, sterile and non-sterile
- aqueous washing of some mesh samples resulted in a reduction in cytotoxicity of such samples
- under the conditions of these tests, growth medium extracts of polypropylene mesh were moderately or markedly cytotoxic to fibroblasts in culture

In vitro Cytotoxicity Studies - L929 Agar Overlay Cytotoxicity Assay

**Reference: Ethicon Ltd. Report No. 34/97**

In this study, being applied to a Medical Device, the choice of method is based on assessment of possible direct cytotoxic effects of anchorage-dependent cultured cells by the material itself

1.      Test System

| | |
|---|---|
| Species/Strain | NCTC clone L929 Mouse fibroblasts |
| Source | Life Technologies, Paisley |
| Growth | Minimum Essential Medium and 5% foetal calf |
| Passage | 570-600 |

2.      Test Material

**A:**      sterile PROLENE Mesh

- sterilised by ethylene oxide
- clear, undyed, knitted polypropylene mesh
- finished goods lot no. KE4CDKA

3. /

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

3.    Experimental Conditions

- Prolene* Mesh
- mesh cut to squares of 1.0 x 1.0 cm
- squares (one per plate) placed directly on the cell monolayer
- positive control = tin-doped PVC disc
- quadruplicate culture dishes for test and duplicate for control materials
- cells seeded at $3 \times 10^5$ per ml, 5ml per plate, and incubated overnight until sub-confluent monolayer obtained
- samples added and cells overlain with 2% agar in culture medium having 5% foetal calf serum
- cells exposed to test and controls for 48 hours at 37°C
- cultures stained with neutral red vital stain for 3 hours
- cell monolayer examined morphologically
- any zones of stain loss measured by image analysis and area recorded
- cytotoxicity graded according to zone araea and cellular morphology

4.    Results

- zone formation and slight loss of viability (neutral red uptake) measured with both sterile Prolene* Mesh samples
- under the conditions of these tests, samples of polypropylene mesh were graded as slightly cytotoxic to fibroblasts in culture

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046478

### 7.1.1 IN VITRO CYTOTOXICITY STUDIES PERFORMED IN THE USA

In vitro Cytotoxicity Studies – Mouse Fibroblast ISO Elution Cellular Toxicity Assay

**Reference: Ethicon Inc. Report No. PSE 97-0122 and PSE 97-0123**

This study, being applied to a Medical Device, the choice of method is based on assessment of possible cytotoxicity to cultured cells by growth medium extracts of the device

1.  Test System

| | |
|---|---|
| Species/Strain | ATCC Clone L929 Mouse Fibroblasts |
| Source | American Type Culture Collection, Maryland, USA |
| Growth | From cultured stock. Maintained in Minimum Essential Medium, l-glutamine and 5% serum |

2.  Test Material

A:  non-sterile PROLENE Mesh

- clear, undyed, knitted polypropylene mesh
- two non-sterile raw material lot nos. (1038931515 and 1038931510)

3.  Experimental Conditions

- extracts of Prolene* Mesh; 60 cm$^2$ per 20ml extractant (3.0 cm$^2$/ml)
- 20 cm$^2$ piece of mesh in 7ml of extractant
- 37°C for 24-26 hours
- triplicate extracts prepared
- neat extract only tested
- extract vehicle controls at same extraction conditions without mesh
- negative control = low-density polyethylene (USP)
- positive control = tin-doped PVC
- triplicate culture flasks for test and control extracts
- cells exposed to test and controls for 48 hours at 37°C
- cultures examined morphologically and scored according to USP guidelines

4.  Results

- cultures dosed with mesh extracts exhibited no evidence of cell lysis or toxicity
- all extract, negative and positive controls behaved as expected
- under the conditions of these tests, growth medium extracts of Prolene* Mesh were non-cytotoxic

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 7.1.1 COMPARATIVE EVALUATION OF USA & UK CYTOTOXICITY STUDIES

Extract from Report entitled "Cytotoxicity Risk Assessment for the TVT (Ulmsten) Device". Author - Thomas A Barbolt, Research Fellow and L Thomas Divilio, Director Medical Affairs, Ethicon Inc, dated 6.10.97.

Some of the apparent conflicting results from the different testing facilities can be addressed by understanding that slightly differing testing protocols were followed. Although all the testing was described as conforming to ISO 10993-5 guidelines entitled "Biological Evaluation of Medical Devices - Tests for Cytotoxicity: In Vitro Methods", there were some technical differences relating to the extraction procedures, all within the broad guidelines of this standard, which may have influenced the final outcomes.

For example, USP extraction conditions state that both sides of a two-dimensional sample (eg mesh) be included in the calculation of surface area for extraction. Since Ethicon (Scotland) used only one side in the calculation of surface area, they effectively <u>doubled</u> the amount of material extracted compared to the testing conducted at NAmSA. Thus, the test results from NAmSA for the samples of raw material PP mesh .............. indicating no cytotoxicity were considered to most appropriately reflect the potential cytotoxicity of this material.

<u>Conclusion</u>

Polypropylene mesh has been used extensively in humans for many years without clinical evidence of rejection, and has proven to be one of the most inert materials implanted in humans. In addition, healing occurs over exposed mesh providing strong clinical evidence that this material does not impair wound healing and is not cytotoxic in humans. Implantation of a potentially cytotoxic material would be expected to cause impaired wound healing, resulting in non-healing ulcerations and overt evidence of foreign body reaction. This suggests that any potential irritancy of the PP mesh after implantation is self-limiting and minimal when compared to the implantation procedure itself. Thus, this clinical data provides important evidence that the cytotoxicity of the PP mesh observed in vitro does not translate into any clinical significance or adverse patient outcomes.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046480

### 7.1.1 <u>CYTOTOXICITY IN-VITRO OF DYED PROLENE* MONOFILAMENT POLYPROPYLENE SUTURE</u>

(Ethicon Limited Report No. 39/93, 30.4.93)

<u>Summary</u>

Samples of Metric 1.0 sutures were examined for in-vitro cytotoxicity using the Agar overlay and Extraction/Neutral Red Uptake tests.

| | |
|---|---|
| Sample Preparation | Sutures were cut to 1 cm lengths for the Agar Overlay Test.  Extracts were prepared in serum containing growth medium for 24 hours at 37ºC for the Neutral Red Uptake test.  Extract strength was 1.0 $cm^2$/ml. |
| Cell Line | *NCTC Clone L929 Mouse Fibroblasts* Passage No. 6080-610. |
| Medium | Minimum Essential Medium (MEM) with Earle's Salts, 5% foetal calf serum, 1nm glutamine, 1% non-essential amino acids, 2.2 g/litre $NaHCO_3$. |
| Procedure Agar Overlay | Samples were added directly to the cell monolayers in the Agar Overlay system. |
| Results Agar Overlay | No zone of cytotoxicity was found.  Cells were stained and intact. |
| Procedure Neutral Red Uptake | Extracts and dilutions (50%) were exposed to cells for 24 hours in 96 well microplates.  Optical density was read at 540 nm on a microplate reader. |
| Results Neutral Red Uptake | Little or no reduction in Neutral Red Uptake. |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.16046481

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 58 of 135

93 0301

**CONFIDENTIAL**
For Internal Use Only

# ETHICON, Inc.

a ʝohnson–ʝohnson company

**Department of**
**Pathology, Toxicology & Surgery**



06004

JAN 25 1993

K. Purcell (Cornelia)

cc: S. H. Liu
RDCF

IN VITRO CYTOTOXICITY:
PROLENE POLYPROPYLENE MESH:
LOT #D356 2980 – NORMAL PRODUCTION,
SCOURED AND W/ETHASEW WAX AS A LUBRICANT;
LOT #D42990 – NOT SCOURED AND
W/PARAFFIN OIL AS A LUBRICANT;
LOT #D2949 – SCOURED AND
W/PARAFFIN OIL AS A LUBRICANT
-------------------------------------------

PTS ACCESSION NO.

92-1411

PROJECT NO. 99999

The above-captioned samples, and extracts thereof, were non-cytotoxic when tested
in the agar overlay assay.  The results of these studies are summarized in the
attached copies of the final reports issued by North American Science Associates,
Inc. on January 7, 1993.

*Lisa Martini* 1/25/93
L. Martini, B.S.
Study Coordinator
Associate Scientist, Toxicology

*J. F. Dooley* 1/25/93
J. F. Dooley, Ph.D.
Principal Scientist, Toxicology

Attachment
G:\92-1411R.LMH

ETHICON INC.

JAN 2 5 1993

RD-CENTRAL FILE

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

**ETH.MESH.16046482**

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 59 of 135



**NAmSA**®
*World Leader in Testing Services*
*for the Medical Device Industry*

2261 Tracy Road
Northwood, OH 43619
Phone   419•666•9455
FAX      419•666•2954

LAB NO.   92T-20016-00
P.O. NO.   259155

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

LOT NO.   92-1411

ATTN: LISA MARTINI

06005

## CYTOTOXICITY - AGAROSE OVERLAY

Test Article:   Prolene polypropylene mesh Lot #D356 2980; Normal Production, scoured and with Ethasew Wax

Test Article Description:   Mesh - 1 sq. cm piece

Procedure:   A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. The test article, a 0.5 cm x 0.5 cm piece of P-11102 as a positive control, and a 1.0 cm length piece of USP negative control were placed on the solidified overlay surface. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test sample. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

Results:

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Positive Control:  P-11102 | T | 9 |

Conclusion:   The above test article was <u>nontoxic</u> for L-929 mouse fibroblast cells under the above described test parameters.

Comments:   Not Applicable.
Date Prepared: 1-5-93          Date Terminated: 1-6-93

lms   Completed 1-7-93 Tech.LMN/JMT          Approved *[signature]*
mmv                                                                        MG030-110
All reports are submitted as confidential communications  Authorization for duplication in whole or part is reserved pending our written approval as a mutual protection.

**CONFIDENTIAL**
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046483

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 60 of 135



2261 Tracy Road
Northwood, OH 43619
Phone 419•666•9455
FAX 419•666•2954

LAB NO. 92T-20016-00
P.O. NO. 259155

LOT NO. 92-1411

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

ATTN: LISA MARTINI

06006

## CYTOTOXICITY - AGAROSE OVERLAY WITH EXTRACTION

**Test Article:** Prolene polypropylene mesh Lot #D356 2980; Normal Production, scoured and with Ethasew Wax

**Procedure:** The test article was prepared by extracting 60 sq. cm in 20 ml of 0.9% SC in an extraction vessel at 37°C for 24 hour(s). A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. A 0.1 ml portion of the test article extract on a filter paper disc was placed on the solidified overlay surface. Also placed on the agarose surface was: (a) a filter paper disc saturated with 0.1 ml 0.9% SC as a negative control, (b) a 1.0 cm length piece of USP negative control, and (c) a 0.5 cm x 0.5 cm piece of P-11102 as a positive control. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell degeneration or lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test article. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

**Results:**

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Filter Disc Control: 0.9% SC | N | 0 |
| Positive Control: P-11102 | T | 8 |

**Conclusion:** The above test article was nontoxic for L-929 mouse fibroblast cells under the above described test parameters.

**Comments:** Not Applicable.
Date Prepared: 1-4-93    Date Terminated: 1-6-93

tms    Completed 1-7-93  Tech.KSH/SDR/LMN    Approved _Jamii M. Jonill_
mmg    MG030-130
All reports are submitted as confidential communications. Authorization for duplication in whole or part is reserved pending our written approval as a mutual protection.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046484


**NAmSA** ®
*World Leader in Testing Services*
*for the Medical Device Industry*

2261 Tracy Road
Northwood, OH 43619
Phone   419·666·9455
FAX     419·666·2954

LAB NO.   92T-20015-00
P.O. NO.  259155

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

LOT NO.   92-1411

ATTN: LISA MARTINI

06007

## CYTOTOXICITY - AGAROSE OVERLAY

Test Article:   Prolene polypropylene mesh Lot #D42990, not scoured, with Parafin oil as lubricant

Test Article Description: Mesh - 1 sq. cm piece

Procedure:   A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. The test article, a 0.5 cm x 0.5 cm piece of P-11102 as a positive control, and a 1.0 cm length piece of USP negative control were placed on the solidified overlay surface. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test sample. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

Results:

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Positive Control: P-11102 | T | 9 |

Conclusion:   The above test article was <u>nontoxic</u> for L-929 mouse fibroblast cells under the above described test parameters.

Comments:   Not Applicable.
Date Prepared: 1-5-93          Date Terminated: 1-6-93

ims     Completed *1-7-93* Tech.LMN/JMT          Approved

MG030-110
All reports are submitted as confidential communications  Authorization for duplication in whole or part is reserved pending our written approval, as a mutual protection.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.16046485**

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 62 of 135



**N/AmSA**®

*World Leader in Testing Services*
*for the Medical Device Industry*

2261 Tracy Road
Northwood, OH 43619
Phone  419•666•9455
FAX    419•666•2954

LAB NO.  92T-20015-00
P.O. NO.  259155

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

LOT NO.  92-1411

ATTN: LISA MARTINI

06008

## CYTOTOXICITY - AGAROSE OVERLAY WITH EXTRACTION

Test Article:  Prolene polypropylene mesh Lot #D42990, not scoured, with Parafin oil as lubricant

Procedure:  The test article was prepared by extracting 60 sq. cm in 20 ml of 0.9% SC in an extraction vessel at 37°C for 24 hour(s). A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. A 0.1 ml portion of the test article extract on a filter paper disc was placed on the solidified overlay surface. Also placed on the agarose surface was: (a) a filter paper disc saturated with 0.1 ml 0.9% SC as a negative control, (b) a 1.0 cm length piece of USP negative control, and (c) a 0.5 cm x 0.5 cm piece of P-11102 as a positive control. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell degeneration or lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test article. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

Results:

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Filter Disc Control:  0.9% SC | N | 0 |
| Positive Control:  P-11102 | T | 8 |

Conclusion:  The above test article was <u>nontoxic</u> for L-929 mouse fibroblast cells under the above described test parameters.

Comments:  Not Applicable.
Date Prepared: 1-4-93      Date Terminated: 1-6-93

lms     Completed 1-7-93  Tech. KSH/SDR/LMN     Approved
mma                                                            MG030-130
All reports are submitted as confidential communications. Authorization for duplication in whole or part is reserved pending our written approval, as a mutual protection.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.16046486

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 63 of 135



**NAmSA** ®
*World Leader in Testing Services*
*for the Medical Device Industry*

2261 Tracy Road
Northwood, OH 43619
Phone   419•666•9455
FAX      419•666•2954

LAB NO.   92T-20017-00
P.O. NO.   259155

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

LOT NO.   92-1411

06009

ATTN: LISA MARTINI

## CYTOTOXICITY - AGAROSE OVERLAY WITH EXTRACTION

Test Article:  Prolene polypropylene mesh, Lot #D2949; scoured & with Parafin oil as lubricant

Procedure:  The test article was prepared by extracting 60 sq. cm in 20 ml of 0.9% SC in an extraction vessel at 37°C for 24 hour(s). A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. A 0.1 ml portion of the test article extract on a filter paper disc was placed on the solidified overlay surface. Also placed on the agarose surface was: (a) a filter paper disc saturated with 0.1 ml 0.9% SC as a negative control, (b) a 1.0 cm length piece of USP negative control, and (c) a 0.5 cm x 0.5 cm piece of P-11102 as a positive control. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell degeneration or lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test article. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

Results:

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Filter Disc Control: 0.9% SC | N | 0 |
| Positive Control: P-11102 | T | 10 |

Conclusion:  The above test article was nontoxic for L-929 mouse fibroblast cells under the above described test parameters.

Comments:  Not Applicable.
Date Prepared: 1-4-93       Date Terminated: 1-6-93

lms  Completed 1-7-93  Tech. KSH/SDR/LMN   Approved:

MG030-130

All results are submitted as confidential communications  Authorization for duplication in whole or part is reserved pending our written approval  BY Mutual protection.

Johnson & Johnson Intl. Technical File No. 1, Issue 1, November 1997, page 54 of 135



**NAmSA** ®

*World Leader in Testing Services for the Medical Device Industry*

2261 Tracy Road
Northwood, OH 43619
Phone  419•666•9455
FAX    419•666•2954

LAB NO.  92T-20017-00
P.O. NO.  259155

ETHICON, INCORPORATED
P.O. BOX 151
SOMERVILLE, NJ 08876

LOT NO.  92-1411

ATTN: LISA MARTINI

06010

## CYTOTOXICITY - AGAROSE OVERLAY

Test Article:  Prolene polypropylene mesh, Lot #D2949; scoured & with Parafin oil as lubricant

Test Article Description:  Mesh - 1 sq. cm piece

Procedure:  A monolayer of L-929 mouse fibroblast cells was grown to confluency and overlaid with Minimum Essential Medium supplemented with serum, antibiotics, neutral red, and agarose. The test article, a 0.5 cm x 0.5 cm piece of P-11102 as a positive control, and a 1.0 cm length piece of USP negative control were placed on the solidified overlay surface. Following incubation for 24 hours, the culture was macroscopically examined for evidence of cell decolorization to determine the zone of cell lysis. Any decolorized zone present was examined microscopically to confirm cell lysis.

| Score | Observations |
|---|---|
| N (Nontoxic) | No change in cell morphology in proximity to test sample. |
| T (Toxic) | Death and/or degeneration of cells directly beneath the area of test sample and possibly also within a zone extended beyond the test sample. Where a zone of lysis was observed, the distance from the edge of the sample to the edge of the zone was measured and reported in millimeters (mm). |

Results:

| Test/Control Articles | Score | Zone of Lysis (mm) |
|---|---|---|
| Test Article Results | N | 0 |
| USP Negative Control | N | 0 |
| Positive Control: P-11102 | T | 8 |

Conclusion:  The above test article was <u>nontoxic</u> for L-929 mouse fibroblast cells under the above described test parameters.

Comments:  Not Applicable.
Date Prepared: 1-5-93       Date Terminated: 1-6-93

lms   Completed _1-7-93_ Tech.LMN/JMT       Approved _____

mm

All reports are submitted as confidential communications. Authorization for duplication in whole or part is reserved pending our written approval, as a mutual protection.

MG030-110

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                     ETH.MESH.16046488

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, page 65 of 79

06011

PLEASE USE YELLOW HIGHLIGHTER PEN TO HIGHLIGHT WORDS

ERF Acc. No. _92-1411_

**1) ADDITIONAL SAMPLE DESCRIPTION**
(include only if not in title)
Form:
| | |
|---|---|
| Hesh | Mono |
| Staple | Braid |
| Clip | Dyed |
| Absorbable | Undyed |
| Adhesive | Coating_____ |
| Film | Size_____ |
| Coupler | Other_____ |
| Non-absorbable | |

**Test system:**
| | |
|---|---|
| Rat | Cell culture |
| Mouse | Guinea pig |
| Rabbit | Pig |
| Dog | Goat |
| Human | Other_____ |

**Photography:**
| | |
|---|---|
| Gross photo | Video |
| Micro photo | SEM photo |
| TEM photo | Other_____ |

**2) ADDITIONAL STUDY DESCRIPTION**
Study Type:
| | |
|---|---|
| Tissue reaction | Demonstration |
| Absorption | Sales School |
| Breaking strength | Laser |
| Function | GLP |
| Developmental | Ex vivo |
| Product Service Review | In vitro |
| Product Inquiry Affiliate | Dept. objective |
| Veterinary inquiry | Training study |
| Pilot | Competitive test |
| Cancer | Comparative |
| Allergen | Patency |
| Intracutcut Irritat | Stability |
| Mutagen | Hinge strength |
| Pyrogen | Tensiometry |
| Acute tox | Photomicrography |
| Gross TR | |
| Other __CYTOTOXICITY__ | |

**3) ADDITIONAL HISTOLOGY DESCRIPTION:**
Embed:
| | |
|---|---|
| GMA | Ground section |
| Frozen section | Other_____ |

Special Stains:
| | |
|---|---|
| ORO | Iron |
| Silver | Calcium |
| Trichrome | Geimsa |
| PAS | Gram |
| PTAH | Immunohistochem |
| VG | Other_____ |

Slides, no slides, histopath report

**4) SURGICAL DESCRIPTION:**
| | |
|---|---|
| Anastomosis vascular | Keratotomy |
| Anastomosis- | Laparotomy |
| Colotomy | Lobectomy |
| Craniotomy | Splenectomy |
| Cystotomy | Thoracotomy |
| Gastrotomy | Ligation |
| Ovariohysterectomy | Other_____ |

Implant Site:
| | |
|---|---|
| SM | Stomach |
| | Genital tract |
| Eye | Lung |
| Vascular | Skin |
| IP | Small intestine |
| IV | Spleen |
| Intradermal | Colon |
| Dura | Bone |
| Urinary bladder | Other_____ |

**5) MISCELLANEOUS:**
| | |
|---|---|
| Biochem analysis | Other_____ |
| Clinical pathology | Other_____ |
| Radiography | Other_____ |
| Biomechanics test | |

Implant period-days: List

7633A/cal

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046489

### 7.1.2  LOCAL EFFECTS AFTER IMPLANTATION

#### Tissue Reaction and Tensile Strength of PROLENE* Polypropylene Suture In-Vivo

(Ethicon Limited Report No. 38/82, 27.9.82)

Summary

Blue dyed PROLENE sutures, gauge sizes metric 1.0, 2.0 and 4.0 were implanted into the lumbar muscle of rats for periods up to 18 months. Three rats were used for histological evaluation and three for breaking strength assessment at each survival time.

Very few rats survived beyond one year due to a pathological problem associated with the strain of rat used.

Tissue Reaction Assessment

Tissue reactions were described qualitatively and assessed quantitatively using a manually operated picture analyser. Tissue reaction areas from 1 to 120 days were between 0.11 and 0.42 mm$^2$ indicating an extremely low grade reaction which was unchanged at the longest period tested - 18 months.

Tensile Strength Assessment

Straight pull tests using an Instron tester were carried out on the explanted samples. PROLENE was shown to be very resistant to loss of tensile strength at all periods tested.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 7.1.2 LOCAL EFFECTS AFTER IMPLANTATION

#### Two Year Study of Tissue Reaction to Colourless and Pigmented Monofilament Polypropylene Sutures in the Dog

(Ethicon Inc Final Report, 14.10.65)

Summary and Conclusions

The biological behaviour of colourless and copper phthalocyanine blue pigmented polypropylene sutures was determined in four dogs in a two year study. Sutures, size 5/0 and 2/0, were implanted in the latissimus dorsi muscle as straight segments, continuous looping stitches, and as interrupted stitches. One dog was killed for histological evaluation of implant site after three months; the remaining three dogs after two years.

On gross examination the severed ends of the implanted segments appeared intact; no untoward reactions were noted.

Microscopically the sutures appeared as translucent, colourless or blue circles or ovals with regular outlines; neither phagocytosis of the implants nor dissolution were observed. Small fragments of polypropylene were seen in the vicinity of a few implants, both colourless and pigmented. These probably shredded off when knots were tied.

The reaction to the suture in most of the sites was slight and consisted of fibrous capsules infiltrated with varying numbers of macrophages. A somewhat larger number of macrophages and lymphocytes was seen in four implants, two colourless and two pigmented sutures. Since part of each of these implants was sutures into both muscle and fascia the increased reaction was probably caused by adhering tissues pulling on the sutures during movements of the animals. The type of reaction to colourless and pigmented sutures was similar as was the reaction after three months and after two years.

No neoplastic changes were observed.

Colourless and pigmented monofilament polypropylene sutures were well tolerated by dog tissue, caused a slight foreign body reaction, were not carcinogenic and were not absorbed within 24 months.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 7.1.2 LOCAL EFFECTS AFTER IMPLANTATION

#### Two Year Study of Tissue Reaction to Colourless and Pigmented Monofilament Polypropylene Sutures in the Rat

(Ethicon Inc Final Report, 14.10.65)

Summary and Conclusions

Colourless and phthalocyanine blue pigmented polypropylene sutures, sizes 2/0 and 5/0 were implanted into muscles and subcutis of 100 Sprague-Dawley rats. Rats were killed at intervals over a period of 24 months; implants and tissues were evaluated grossly and microscopically.

The reaction to colourless or pigmented suture in 45 rats maintained on test for 18 months or more was minimal, characteristic of a relatively non-irritating foreign body. The implants were surrounded by thin fibrous capsules whose interphase was infiltrated with few macrophages and fibroblasts. Several capsules hyalinised; giant cells were rarely seen. Reaction to both types of sutures after two years did not differ from that observed at one year. Microscopically, neoplastic changes in proximity of any suture were not observed, and all implants appeared intact grossly and microscopically.

On the basis of the experiment it was concluded that both colourless and pigmented polypropylene sutures were well tolerated by rat tissues, caused minimal foreign body reaction, were not carcinogenic, and were not absorbed during the 24 months test period.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                              ETH.MESH.16046492

### 7.1.2 LOCAL EFFECTS AFTER IMPLANTATION

**Two Year Study of Tissue Reaction to Colourless and Pigmented Polypropylene Sutures in the Ocular Tissues of the Rabbit**

(Ethicon Inc Final Report, 14.10.65)

Summary and Conclusions

The reaction to size 5/0 colourless and pigmented sutures in tissue of rabbit eye was investigated in two series of experiments. In one group of 29 albino rabbits straight segments of sutures were placed in the palpebral conjunctiva. Four rabbits from this group were killed at 3, 5, 7, 10, 30 and 60 days after implantation. Histological evaluations were made of 11 sites implanted with colourless sutures and 17 sites implanted with pigmented sutures. In the second experiment sutures were evaluated in the rectus dorsal muscle and palpebral conjunctiva of 20 rabbits. Animals were killed after periods of 3, 7, 30 and 60 days, histological evaluations were made of 32 sites implanted with colourless sutures and 32 sites implanted with pigmented sutures.

Suture implants caused no appreciable damage to host tissues, the most characteristic reaction being a slight chronic imflammation. The implants *retained their original characteristics and appeared to be completely inert.*

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

### 7.1.2  LOCAL EFFECTS AFTER IMPLANTATION

#### Tensile Strength Study of Colourless and Pigmented Monofilament Polypropylene Sutures in the Rat

(Ethicon Inc Final Report, 14.10.65)

#### Tensile Strength

Degree of degradation of tensile strength was determined for 5/0 and 2/0 polypropylene colourless and pigmented sutures, size 5/0 in a group of 35 rats at intervals of 1, 5, 15, 30, 45, 88, 102 and 363 days; size 2/0 in a group of 25 rats at intervals of 3 days, and 1, 3, 6 and 9 months, 19, 22 and 23 months.

#### Results

Implantation of polypropylene sutures in the subcutis of rats for period as long as 23 months produced no appreciable or consistent loss of tensile strength.

### 7.1.2 LOCAL EFFECTS AFTER IMPLANTATION

#### PROLENE Mesh - Biological Evaluation in Rabbits

(Ethicon Inc ERF Accession No. 73-130, 21,8.73)

PROLENE Mesh was implanted subcutaneously in the abdominal wall of 12 albino rabbits for 3 and 28 days to determine its tissue response.

A minimal to slight acute response consisting of transient edema, hemorrage or hyperemia, and inflammatory cell infiltration was elicited by PROLENE Mesh. This reaction was supplanted by moderate fibrous encapsulation of mesh filaments and connective tissue formation in spaces between filaments after one month of implantation.

The reactions to PROLENE Mesh were similar in type and extent to the response elicited by Marlex mesh implanted as a control.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

R & D
Ethicon Germany
Dr.Hc
Oct. 1, 1997

## Literature Review on Biocompatibility of Prolene Sutures and Implants

The use of polypropylene in various surgical applications is increasing rapidly. The following review which covers scientific articles published from 1962 to 1997, summarizes experimental and clinical findings which have established biological and clinical safety of polypropylene sutures and implants.

### Experimental Studies

#### - Polypropylene Sutures -

Numerous experimental studies were carried out in various tissues of rats, rabbits, dogs, and swine that demonstrated inertness of Prolene sutures. Regardless of animal species, tissue reaction to Prolene sutures was commonly associated with an acute inflammatory reaction early after implantation, slightly more than wire and similar to that elicited by other suture materials but considerably less extensive and more transient than by other sutures (Doc. No. 228, 236, 1236, 1423, 2449, 18931, 19570, 21406).

Early and rapid proliferation of connective tissue was observed and after one month, the suture was encapsulated by fibrous tissue, with minimal foreign body reaction over extended periods of implantation and without any sign of neoplastic transformation (Doc. No. 158, 236, 2064, 2992, 4714, 13998).

Histologic examinations of microvascular anastomosis in the rat sutured with polypropylene after 6 months following surgery, showed normal sites with normal vessel lumen size and well-organized re-endothelialization, without intimal hyperplasia at the anastomosis site or thrombosis (Doc. No. 15264).

In rats and guinea pigs, Gittes and Foreman (Doc. No. 11180) found that Prolene skin sutures with totally buried knots became fully incorporated in the deep tissue without any sign of inflammation at seven weeks.

These experiments have demonstrated the excellent biological tolerance of polypropylene suture material even in tissues sensitive to foreign bodies.

In view of its confirmed inertness, Prolene was often used as reference material in studies comparing different sutures (Doc. No 3324, 4197, 5371, 7165, 6378, 9303, 11817, 13125, 13362, 16728).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046496

### - Prolene Mesh -

Comparable results were obtained by Gilbert (Doc. No. 15072) who confirmed in laboratory animals (rabbit model) the assertion that the inflammatory response to Prolene mesh „is no different than it is to polypropylene suture material".

Layman et al. (Doc. No. 16208) tested Prolene mesh in a swine model using a standardized laparoscopic herniorrhaphy technique that consisted of stapling the prosthetic mesh over the hernia defect without peritoneal dissection.

After three months, light microscopy revealed good collagen ingrowth in all Prolene meshes. The inner surface was covered by a thin layer of connective tissue and mesothelial lining. Cellular activity around the mesh showed the presence of chronic inflammatory cells to a mild degree.

Beets et al. (Doc. No. 20152) found giant cells only occasionally at the mesh-tissue interface at 3 to 12 weeks after implanting Prolene mesh preperitoneally in pigs.

Klosterhalfen et al. (Doc. No. 20806) characterized the long term behaviour of Prolene mesh. They implanted it in the abdominal wall of the rat after creating a defect that involved the fascia, the peritoneum and the M. rectus abdominis. Microscopic examinations carried out between the 3rd and 90th day after implantation revealed an intense inflammatory reaction presented by massive aggregation of neutrophil granulocytes on the 3rd day. That reaction decreased significantly during the following period of observation, proceeding to a chronic inflammatory reaction with macrophages.

From the 21st day onwards, edema was hardly distinguishable. It disappeared completely by the 90th day after implantation. On the 90th day, the mesh material was surrounded by a granulomatous capsule with features of secondary acute or chronic inflammation.

Maekisalo et al. (Doc. No. 13034) examined different Prolene mesh sites (subcutaneous, intraperitoneal, femoral bone tunnel) in rats. The amount of scar tissue formed was most prominent round the intraperitoneal implants with distinct maturation of the granulation tissue into fibroblastic connective tissue being completed by the 12th week. Infections or adverse reactions were not observed.

In an abdominal wall defect model in the rat, Simmermacher et al. (Doc. No. 13737) saw the polypropylene mesh fully incorporated in fibrocollagenous tissue after 8 weeks.

Clarke et al. (Doc. No. 19472) who used Prolene mesh for abdominal wall repair in the dog model, report a similar finding. In their 1-, 2-, and 4-month evaluations, they found the Prolene mesh incorporated into connective tissue and surrounded by a dense connective tissue capsule, without any evidence of suppuration, infection, or any type of rejection reaction.

Placed in direct contact with the gastrointestinal tract, Prolene mesh caused adhesions (Doc. No. 13737, 16946, 19472, 19523).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046497

From these experimental findings in different areas of the body including the subcutaneous space, the abdominal wall, intraperitoneal tissue and bone, it can be concluded that vital tissue develops around the Prolene mesh. Its biological behaviour is characterized by a typical acute foreign body reaction which significantly decreases with time, followed by distinct maturation of the surrounding connective tissue.

Summarizing, findings from experimental studies establish an excellent biotolerance of Prolene mesh.

## Clinical Experiences

### - Prolene Sutures -

For more than 30 years, Prolene suture has been commonly used in surgery to approximate a wide variety of tissues such as skin, subcutaneous tissues, skeletal muscle, tendon, ligament, periosteum, gastrointestinal tract, blood vessels, peripheral nerves, demonstrating its efficacy and safety even in contaminated wounds (Doc. No. 158, 228, 236, 1423, 2449).

Prolene has been extremely resistant to the effects of residence in living human tissue over long periods of time. Histologic evaluation of Prolene suture sites retrieved after several years of residence revealed a minimal tissue response. The sutures were found encapsulated in fibrous tissue with some fibrocytes present. (Doc. No. 5475)

### - Prolene Mesh -

Prolene mesh has been widely used in

- inguinal hernia repair,
  conventional surgical technique (Doc. No. 11379, 14123, 14894, 15072, 16011, 20715, 20718, 21360, 21435),
  or laparoscopic technique (Doc. No. 16290, 16708, 19666, 20042, 20154, 21244, 21360, 21435)

- incisional hernia repair (Doc. No. 9831, 19761, 21363)

- repair of abdominal wall defects (Doc. No. 6174, 8342, 8879, 13822, 20702)

- repair of chest wall defects (Doc. No. 9385, 12127, 16211, 21071)

- for colposuspension in treatment of urinary incontinence
  (Doc. No. 17194, 17777, 19594, 20010, 20062, 20097)

- rectopexy (Doc. No. 14790, 15849, 21137)

- colposacropexy (Doc. No. 12873, 16505, 20017)

and occasionally in diaphragm repair (Doc. No. 6698, 21401) and gastroplasty procedures (Doc. No. 14876, 21187)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Stoppa and Soler (Doc. No. 2983) state that Prolene mesh among other meshes „correctly fit the criteria for a satisfactory biological tolerance". They remark that Prolene mesh offers permeability to the connective tissue cells enabling the mesh framework to soon be inhabited by fibrocytes and thus be incorporated into the tissue. According to them, polypropylene meshes demonstrate a low incidence of seroma formation (4-6%) and a good tolerability in the case of sepsis (0.2-2%).

Their observation is confirmed by other authors who did not remove the mesh when early infection occurred. Through local treatment by antibiotics and drainage, the infection subsided with the mesh left in place (Doc. No. 11379, 19030, 20718, 21071).

Capozzi et al. (Doc. No. 11379) who removed a Prolene mesh from a patient four months after inguinal hernioplasty for pain, found the mesh to be totally incorporated with an impressive strength of the fibrotic reaction seen in the gross specimen and confirmed by histologic examination. They state that the strength of the mesh added to the fibroblastic proliferation that occurred within the mesh produced a very strong inguinal floor.

Fuchsjaeger et al. (Doc. No. 18444) examined a Prolene plug site that was explanted 6 months after inguinal hernia repair. by light microscopy. The Prolene mesh was fully incorporated with mild fibrotic reaction while inflammatory or giant cells were rarely present.

There are scant case reports on seroma or late bacterial infections that resolved only after the meshes were eventually explanted (Doc. No. 16708, 19761, 21299).

Summarizing, experimental and clinical studies demonstrate the relative inertness and biocompatibility of Prolene sutures and implants. Throughout the studies reviewed, tissue reaction to these materials is described as acute inflammatory gradually subsiding to a mild degree, with minimal foreign body reaction over extended periods of implantation. Within few weeks, Prolene mesh is fully incorporated into connective tissue. It demonstrates a low incidence of seroma formation and a good tolerability in the case of infection. There is no clinical evidence that Prolene mesh would impair wound healing or elicit any unfavourable effects on cells and tissues. These observations have been made in a variety of tissues.

Dr. med. B. Hellhammer
Mgr. Scientific Information and Documentation

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046499

| Record No. | 158 |
|---|---|
| Authors | Miller, J.M. Kimmel, L.E. |
| Original Title | **Clinical Evaluation of Monofilament Polypropylene Suture** |
| Bibliogr. Data | American Surgeon 33 (8) 666-670 (1967) |

| Record No. | 228 |
|---|---|
| Authors | Usher, F.C. Allen, J.E. Crosthwait, R.W. Cogan, J.E. |
| Original Title | **Polypropylene Monofilament – A New, Biologically Inert Suture for Closing Contaminated Wounds –** |
| Bibliogr. Data | JAMA 179 (10) 780-782 (1962) |

| Record No. | 236 |
|---|---|
| Authors | Ulin, A.W. |
| Original Title | **PROLENE Polypropylene suture Nonabsorbable Surgical Suture, U.S.P.** |
| Bibliogr. Data | Unpublished personal report, Ethicon, Somerville, USA, 1970 |

| Record No. | 1236 |
|---|---|
| Authors | Salthouse, T.N. Matlaga, B.F. O'Leary, R.K. |
| Original Title | **Microspectrophotometry of Macrophage Lysosomal Enzyme Activity: A Measure of Polymer Implant Tissue Toxicity** |
| Bibliogr. Data | Toxicology and Applied Pharmacology 25 (2) 201-211 (1973) |

| Record No. | 1423 |
|---|---|
| Authors | Miller, J. M. |
| Original Title | **Evaluation of a New Surgical Suture (Prolene)** |
| Bibliogr. Data | The American Surgeon 39 (1) 31-39 (1973) |

| Record No. | 2064 |
|---|---|
| Authors | Salthouse, T. N. Matlaga, B.F. |
| Original Title | **Significance of Cellular Enzyme Activity at Nonabsorbable Suture Implant Sites: Silk, Polyester and Polypropylene** |
| Bibliogr. Data | J. Surg. Res. 19 (2) 127-132 (1975) SIR 75-388 |

| Record No. | 2449 |
|---|---|
| Authors | Orringer, M.B. Appleman, H.D. Argenta, L. Bove, E. Cimmino, V. |
| Original Title | **Polypropylene Suture in Esophageal and Gastrointestinal Operations** |
| Bibliogr. Data | Surgery, Gyn. & Obst. 144 (1) 67-70 (1977) |

| Record No. | 2983 |
|---|---|
| Authors | Stoppa, R. Soler, M. |
| Original Title | **Chemistry, Geometry and Physics of Mesh Materials** |
| Bibliogr. Data | Auszug aus En-33: Inguinal Hernia Repair, Seiten 166-171 (1995) Karger Verlag (eds.: Schumpelick, V. / Wantz, G.E) |

| Record No. | 2992 |
|---|---|
| Authors | Salthouse, T.N. Matlaga, B.F. Wykoff, W.H. |
| Original Title | **Comparative Tissue Response to Six Suture Materials in Rabbit Cornea, Sclera and Ocular Muscle** |
| Bibliogr. Data | Am. J. Ophthalmol. 84 (2) 224-233 (1977) SIR 77-452 |

| Record No. | 3324 |
|---|---|

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046500

| | |
|---|---|
| Authors | Bertin, J.  Lasry, G.  Lange, F.  Melliere, D. |
| Original Title | Comparison of Tissue Reaction to four Synthetic Sutures Used for Anastomosis of Small Caliber Arteries |
| Bibliogr. Data | Ann. Chir.  31 (8)  707-10 (1977) SIR 78-110 |

| | |
|---|---|
| Record No. | 4197 |
| Authors | Thuemler, P.  Reinhard, V.  Elbing, H. |
| Original Title | Faszikulaere Nervennaehte mit synthetischem resorbierbarem Nahtmaterial ( Polyglactin 910 ) ( Erste tierexperimentelle Erfahrungen )<br>Fascicular Nerve Anastomoses with Synthetic Absorbable Sutures (Polyglactine 910) - First experimental experiences |
| Bibliogr. Data | Orthopaedische Praxis 15 (2) 154-158 (1979) |

| | |
|---|---|
| Record No. | 4714 |
| Authors | Postlethwait, R.W. |
| Original Title | Five Year Study of Tissue Reaction to Synthetic Sutures |
| Bibliogr. Data | Ann. Surg. 190 (1) 54-57 (1979) |

| | |
|---|---|
| Record No. | 5371 |
| Authors | Sezeur, A. et al. |
| Original Title | Comparative Study of Slowly Resorbing Sutures in the Rat Trachea |
| Bibliogr. Data | J. Chir. 117 (4) 265-271 (1980) SIR 80-509 |

| | |
|---|---|
| Record No. | 5475 |
| Authors | Salthouse, T.N. |
| Original Title | Biologic Response to Sutures |
| Bibliogr. Data | Otolaryngol Head Neck Surg. 88, 658-664 (1980) |

| | |
|---|---|
| Record No. | 6174 |
| Authors | Stone, H.H.  Fabian, T.C.  Turkleson, M.L.  Jurkiewicz, M.J. |
| Original Title | Management of Acute Full-thickness Losses of the Abdominal Wall |
| Bibliogr. Data | Ann. Surg. 193 (5) 612-618 (1981) SIR 82-257 |

| | |
|---|---|
| Record No. | 6378 |
| Authors | Tscheliessnigg, K.H.  Stadler, H.  Hoefler, H.  Hellbom, B.  Kratt-Kinz, J. |
| Original Title | Resorbierbares Nahtmaterial im Rahmen der Herz- und Gefaessschirurgie? |
| Bibliogr. Data | Chirurg 54 (11) 738-741 (1983) |

| | |
|---|---|
| Record No. | 6698 |
| Authors | Lacey, S.R.  Goldthorn, J.F.  Kosloske, A.M. |
| Original Title | Repair of Agenesis of the Hemidiaphragm by Prosthetic Materials |
| Bibliogr. Data | Surg. Gynecol. Obstet. 156 (3) 310-312 (1983) |

| | |
|---|---|
| Record No. | 7165 |
| Authors | Guedon, C.  Brousse, N.  Gehanno, P. |
| Original Title | Biologic comparison of polypropylene, polyglactine 910 and polydioxanone for tracheal, esophageal and muscular sutures in the rabbit |
| Bibliogr. Data | Annales de Chirurgie 37 (6) 443-448 (1983) |

CONFIDENTIAL<br>SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046501

| | |
|---|---|
| Record No. | 8342 |
| Authors | McDonald, S. Gagic, N. |
| Original Title | **Intraperitoneal Prolene Mesh in Hernia Repair: A Comparison of Two Techniques** |
| Bibliogr. Data | The Canadian J. of Surgery 27 (2) 157-59 (1984) SIR 84-565 |
| Record No. | 8879 |
| Authors | Carreirao, S. Correa, W.E. Dias, L.C. Pitanguy, I. |
| Original Title | **Treatment of Abdominal Wall Eventrations Associated with Abdominoplasty Techniques** |
| Bibliogr. Data | Aesth. Plast. Surg. 8, 173-179 (1984) |
| Record No. | 9303 |
| Authors | Scheidel, P.H. Wallwiener, D.R. Hollaender, D. Hepp, H.K. |
| Original Title | **Absorbable or Nonabsorbable Suture Material for Microsurgical Tubal Anastomosis – Randomized Experimental Study on Rabbits –** |
| Bibliogr. Data | Gynecol. obstet. Invest. 21, 96-102 (1986) |
| Record No. | 9385 |
| Authors | Sando, W. Jurkiewicz, M.J. |
| Original Title | **An Approach to Repair of Radiation Necrosis of Chest Wall and Mammary Gland** |
| Bibliogr. Data | World J. Surg. 10 (2) 206-219 (1986) |
| Record No. | 9831 |
| Authors | Kjeldsen, H. Gregersen, B.N. |
| Original Title | **Giant Incisional Hernias Closed with Polypropylene Mesh** |
| Bibliogr. Data | Scand. J. Plast. Reconstr. Surg. 20 (1) 119-121 (1986) |
| Record No. | 11180 |
| Authors | Gittes, R.F. Foreman, R. |
| Original Title | **Transcutaneous Incorporation of Nonabsorbable Monofilament Sutures** |
| Bibliogr. Data | Surg. Gynecol. Obstet. 166 (6) 545-548 (1988) |
| Record No. | 11379 |
| Authors | Capozzi, J.A. Berkenfield, J.A. Cherry, J.K. |
| Original Title | **Repair of Inguinal Hernia in the Adult with Prolene Mesh** |
| Bibliogr. Data | Surg. Gynecol. Obstet. 167 (2) 124-128 (1988) |
| Record No. | 11817 |
| Authors | Beauchamp, P.J. Guzick, D.S. Held, B. Schmidt, W.A. |
| Original Title | **Histologic Response to Microsuture Materials** |
| Bibliogr. Data | Journal of Reproductive Medicine 33 (7) 615-623 (1988) |
| Record No. | 12127 |
| Authors | Morgan, R.F. Edgerton, M.T. Wanebo, H.J. Daniel, T.M. et al. |
| Original Title | **Reconstruction of Full Thickness Chest Wall Defects** |
| Bibliogr. Data | Ann. Surg. 207 (6) 707-716 (1988) SIR 89-088 |
| Record No. | 12873 |
| Authors | Baker, K.R. Beresford, J.M. Campbell, C. |
| Original Title | **Colposacropexy With Prolene Mesh** |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

| | |
|---|---|
| Bibliogr. Data | Surg. Gynecol. Obstet. 171 (1) 51-54 (1990) |
| Record No. | 13034 |
| Authors | Maekisalo, S.E.  Paavolainen, P.  Groenblad, M.  Holmstroem, T. |
| Original Title | **Tissue reactions around two alloplastic ligament substitute materials: experimental study on rats with carbon fibres and polypropylene** |
| Bibliogr. Data | Biomaterials 10 (2) 105-108 (1989) |
| Record No. | 13125 |
| Authors | di Marzo, L.  Hunter, W.J.  Schultz, R.D.  Feldhaus, R.J. |
| Original Title | **In Vivo Study of Expanded Polytetrafluoroethylene Vascular Suture** |
| Bibliogr. Data | Vasc. Surg.  23 (2) 77-82 (1989) SIR 89-202 |
| Record No. | 13362 |
| Authors | Metz, S.A.  Chegini, N.  Masterson, B.J. |
| Original Title | **In Vivo Tissue Reactivity and Degradation of Suture Materials: A Comparison of Maxon and PDS** |
| Bibliogr. Data | J. Gynecol. Surg. 5 (1) 37-46 (1989) |
| Record No. | 13737 |
| Authors | Simmermacher, R.K.J.  Bleichrodt, R.P.  Schakenraad, J.M. |
| Original Title | **A New Principle in the Repair of Abdominal Wall Defects: the Double-Layer Patch** |
| Bibliogr. Data | Eur. Surg. Res. 22 (Suppl. 1) 23 (1990) SIR 90-464 |
| Record No. | 13822 |
| Authors | Cederna, J.P.  Davies, B.W. |
| Original Title | **Total Abdominal Wall Reconstruction** |
| Bibliogr. Data | Ann. Plast. Surg. 25 (1) 65-70 (1990) SIR 27030 |
| Record No. | 13998 |
| Authors | Banic, A.  Francis, I.  Nilsson, U. |
| Original Title | **A Comparative Study of the Use of 9-0 PDS and 9-0 Prolene in Microvascular Anastomosis** |
| Bibliogr. Data | J. Reconstr. Microsurg. 6 (3) 293-297 (1990) SIR 90-553 |
| Record No. | 14123 |
| Authors | Vara-Thorbeck, R.  Ruiz-Morales, M.  Moreno-Delgado, A. |
| Original Title | **Leistenbruchoperationen nach Thovara** |
| Bibliogr. Data | Zbl. Chirurgie 116 (12) 745-749 (1991) |
| Record No. | 14790 |
| Authors | Sainio, A.P.  Halme, L.E.  Husa, A.I. |
| Original Title | **Anal Encirclement with Polypropylene Mesh for Rectal Prolapse and Incontinence** |
| Bibliogr. Data | Dis. Colon Rectum 34 (10) 905-908 (1991) |
| Record No. | 14876 |
| Authors | Mason, E.E. |
| Original Title | **Vertical Banded Gastroplasty for Obesity** |
| Bibliogr. Data | Arch. Surg. 117, 701-706 (1982) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

| | |
|---|---|
| Record No. | 14894 |
| Authors | Kemen, M. Fink, M. Bauer, K.H. Zumtobel, V. |
| Original Title | Reparation der Problemresidivleistenhernie mit Prolenenetz - 4-Jahres-Ergebnisse |
| Bibliogr. Data | Akt. Chir. 27 (2) 95 (1992) |

| | |
|---|---|
| Record No. | 15072 |
| Authors | Gilbert, A. I. |
| Original Title | Sutureless Repair of Inguinal Hernia |
| Bibliogr. Data | American J. of Surgery 163 (3) 331-335 (1992) |

| | |
|---|---|
| Record No. | 15264 |
| Authors | Chen, L. E. Seaber, A. V. Urbaniak, J. R. |
| Original Title | Microvascular anastomoses in growing vessels - a long-term evaluation of nonabsorbable suture materials |
| Bibliogr. Data | J. Reconstructive Microsurgery 9 (3) 183-189 (1993) |

| | |
|---|---|
| Record No. | 15849 |
| Authors | Koeckerling, F. Gastinger, I. Gall, C.W. Schneider, B. Krause, W. Gall, P.P. |
| Original Title | Laparoskopische Rektopexie |
| Bibliogr. Data | Minimal Invasive Chirurgie 1 (2) 68-72 (1992) |

| | |
|---|---|
| Record No. | 16011 |
| Authors | Stierli, P. Pfister, J. Aeberhard, P. |
| Original Title | Die Behandlung der Rezidivinguinalhernie durch die Einlage einer praeperitonealen Prothese Resultate einer prospektiven Studie |
| Bibliogr. Data | Chirurg 64 (4) 334-337 (1993) |

| | |
|---|---|
| Record No. | 16208 |
| Authors | Layman, T. S. Burns, R. P. Chandler, K. E. Russell, W. L. Cook, R. G. |
| Original Title | Laparoscopic Inguinal Herniorrhaphy in a Swine Model |
| Bibliogr. Data | Am. Surg. 59 (1) 13-19 (1993) |

| | |
|---|---|
| Record No. | 16211 |
| Authors | Mansour, K. A. Anderson, T. M. Hester, T. R. |
| Original Title | Sternal Resection and Reconstruction |
| Bibliogr. Data | Ann. Thorac. Surg. 55 (4) 838-843 (1993) |

| | |
|---|---|
| Record No. | 16290 |
| Authors | Arregui, M. E. Navarrete, J. Davis, C. J. Castro, D. Nagan, R. F. |
| Original Title | Laparoscopic inguinal herniorrhaphy Techniques and Controversies |
| Bibliogr. Data | Surg. Clin. North Am. 73 (3) 513-527 (1993) |

| | |
|---|---|
| Record No. | 16505 |
| Authors | Volz, J. Strittmatter, H. Volz, E. Koester, S. Wischnik, A. Melchert, F. |
| Original Title | Die pelviskopische Sakropexie zur Therapie des Vaginalprolapses Pelviscopic sacropexy for treatment of vaginal prolapse |
| Bibliogr. Data | Geburtsh. u. Frauenheilk. 53 (10) 705-708 (1993) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046504

Case 2:12-md-02327   Document 2775-19   Filed 09/16/16   Page 45 of 79 PageID #: 94747

Johnson & Johnson Intl. Technical File No. 1, Issue 1, November 1997, Page 81 of 135

| | |
|---|---|
| Record No. | 16708 |
| Authors | Sandbichler, P. Gstir, H. Baumgartner, C. Furtschegger, A. Egender, G. Steiner, E. |
| Original Title | Laparoskopische Leistenhernienoperation durch transperitoneale Implantation eines Kunststoffnetzes. Technik und Fruehergebnisse Laparoscopic inguinal hernia repair by preperitoneal implantation of a prosthetic mesh. Technique and early results |
| Bibliogr. Data | Chirurg 65 (1) 64-67 (1994) |

| | |
|---|---|
| Record No. | 16729 |
| Authors | Gersak, B. |
| Original Title | Presence of calcium in the vessel walls after end-to-end arterial anastomoses with polydioxanone and polypropylene sutures in growing dogs |
| Bibliogr. Data | J. Thorac. Cardiovasc. Surg. 106 (4) 587-591 (1993) |

| | |
|---|---|
| Record No. | 16946 |
| Authors | Schlechter, B. Marks, J. Shillingstad, R.B. Ponsky, J.L. |
| Original Title | Intraabdominal mesh prosthesis in a canine model |
| Bibliogr. Data | Surg. Endosc. 8 (2) 127-129 (1994) |

| | |
|---|---|
| Record No. | 17194 |
| Authors | Ou, C.-S. |
| Original Title | Modified Laparoscopic Retropubic Colposuspension with Hernia Staples and Mesh |
| Bibliogr. Data | Surg. Endosc. 8 (5) 550 (1994) |

| | |
|---|---|
| Record No. | 17777 |
| Authors | Ou, C. S. Presthus, J. Beadle, E. |
| Original Title | Laparoscopic Bladder Neck Suspension Using Hernia Mesh and Surgical Staples |
| Bibliogr. Data | J. Laparoendosc. Surg. 3 (6) 563-566 (1993) |

| | |
|---|---|
| Record No. | 18444 |
| Authors | Fuchsjaeger, N. Feichter, A. Kux, M. |
| Original Title | Die Lichtenstein-Plug-Methode zur Reparation von Rezidivleistenhernien. Indikation, Technik und Ergebnisse Indication and results of the Lichtenstein plug repair for recurrent inguinal hernias |
| Bibliogr. Data | Chirurg 66 (4) 409-412 (1995) |

| | |
|---|---|
| Record No. | 18931 |
| Authors | Bakkum, E.A. Dalmeijer, R.A.J. Verdel, M.J.C. Hermans, J. van Blitterswijk, C.A. Trimbos, J.B. |
| Original Title | Quantitative analysis of the inflammatory reaction surrounding sutures commonly used in operative procedures and the relation to postsurgical adhesion formation |
| Bibliogr. Data | Biomaterials 16 (17) 1283-1289 (1995) |

| | |
|---|---|
| Record No. | 19030 |
| Authors | Laporte, E. Semeraro, C. Viceno, C. |
| Original Title | Inguinal hernioplasty by laparoscopy: our experience of 4 years |
| Bibliogr. Data | Br. J. Surg. 82 (Supplement 1) 65 (1995) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Record No.        19472
Authors           Clarke, K.M.  Lantz, G.C.  Salisbury, S.K.  Badylak, S.F.
                  Hiles, M.C.  Voytik, S.L.
Original Title    Intestine Submucosa and Polypropylene Mesh for Abdominal
                  Wall Repair in Dogs

Bibliogr. Data    J. of Surgical Research 60 (1) 107-114 (1996)

Record No.        19523
Authors           Dudai, M.  Wind, G.  Herbert, M.  Averbuch, F.
Original Title    Experimental Laparoscopic Use of a Composite Mesh to Reduce
                  Adhesion Formation

Bibliogr. Data    Surg. Endosc. 10 (2) 230 (1996)

Record No.        19570
Authors           DeNardo, G. A.  Brown, N. O.  Trenka-Benthin, S.  Marretta,
                  S. M.
Original Title    Comparison of Seven Different Suture Materials in the Feline
                  Oral Cavity

Bibliogr. Data    J. Am. Animal Hosp. Assoc. 32 (2) 164-172 (1996)

Record No.        19594
Authors           Evans, R. M.  Bernnard, F. H.  Zhang, Q. K.  Wong, H. Y.
                  Reddy, P. K.
Original Title    Laparoscopic sutureless Burch procedure

Bibliogr. Data    J. Endourol. 9 (Suppl. 1) 70 (1995)

Record No.        19666
Authors           Bittner, R.  Leibl, B.  Kraft, K.  Daeubler, P.  Schwarz, J.
Original Title    Die laparoskopische Hernioplastik (TAPP) - Komplikationen
                  und Rezidive bei 900 Operationen
                  Laparoscopic herniorrhaphy (TAPP) - complications and
                  recurrences following 900 operations
Bibliogr. Data    Zentralbl. Chir. 121 (4) 313-319 (1996)

Record No.        19761
Authors           Tomudom, T.  Siadati, M.  Sarr, M.G.
Original Title    Repair of complex giant or recurrent ventral hernias by
                  using tension free intraparietal prosthetic mesh (Stoppa
                  technique): Lessons learned from our initial experience
                  (fifty patients)

Bibliogr. Data    Surgery 120, 738-744 (1996)

Record No.        20010
Authors           Konrad, G.  Weidenfeld, W.-H.  Pruetzmann-Steinmetz, A.
                  Hoepffner, H.-J.  Landgrebe, S.
Original Title    Die Schmetterlingurethrozystovaginopexie zur Loesung
                  schwieriger Descensusprobleme

Bibliogr. Data    Urologe B 36 (6) 466-472 (1996)

Record No.        20042
Authors           Horeyseck, G.  Roland, F.  Rolfes, N.
Original Title    Die "spannungsfreie" Reparation der Leistenhernie:
                  laparoskopisch (TAPP) versus offen (Lichtenstein)
                  Tension-free inguinal repair: laparoscopic (TAPP) vs open
                  (Lichtenstein)
Bibliogr. Data    Chirurg 67 (10) 1036-1040 (1996)

Record No.        20062

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046506

Case 2:12-md-02327   Document 2775-19   Filed 09/16/16   Page 47 of 79 PageID #: 94749

Johnson & Johnson Intl. Technical File No. 1, Issue 1, November 1997, Page 83 of 135

| Authors | Emmott, R.C.  Jurow, A.  Kardos, L.  Dyer, L. |
| Original Title | Laparoscopic Bladder Neck Suspension |
| Bibliogr. Data | Min. Inv. Ther. & Allied Techn. 5 (Supplement 1) 32, (1996) |

| Record No. | 20097 |
| Authors | Ulmsten, U.  Henriksson, L.  Johnson, P.  Varhos, G. |
| Original Title | An Ambulatory Surgical Procedure Under Local Anesthesia for Treatment of Female Urinary Incontinence |
| Bibliogr. Data | Int. Urogynecol. J. 7, 81-86 (1996) |

| Record No. | 20152 |
| Authors | Beets, G. L.  Go, P. M. N.  Mameren van, H. |
| Original Title | Foreign Body Reactions to Monofilament and Braided Polypropylene Mesh Used as Preperitoneal Implants in Pigs |
| Bibliogr. Data | Eur. J. Surg. 162 (10) 823-825 (1996) |

| Record No. | 20154 |
| Authors | Friis, E.  Lindahl, F. |
| Original Title | The Tension-free Hernioplasty in a Randomized Trial |
| Bibliogr. Data | Am. J. Surg. 172 (4) 315-319 (1996) |

| Record No. | 20702 |
| Authors | Kind, G.M.  Rademaker, A.W.  Mustoe, T.A. |
| Original Title | Abdominal-Wall Recovery Following TRAM Flap: A Functional Outcome Study |
| Bibliogr. Data | Plast. Reconstr. Surg. 99 (2) 417-428 (1997) |

| Record No. | 20715 |
| Authors | Schmitz, R.  Treckmann, J.  Shah, S.  Schneider, K. |
| Original Title | Die "Tension-free-Technik" bei offener Leistenhernienreparation. Eine prospektive, randomisierte Studie zur postoperativen Schmerzperception (Tension-free-Rekonstruktion vs. Shouldice-Technik) The tension-free technique in open inguinal hernia repair. A prospective randomized study concerning postoperative pain |
| Bibliogr. Data | Chirurg 68 (3) 259-263 (1997) |

| Record No. | 20718 |
| Authors | Pans, A.  Desaive, C.  Jacquet, N. |
| Original Title | Use of a preperitoneal prosthesis for strangulated groin hernia |
| Bibliogr. Data | Br. J. Surg. 84 (3) 310-312 (1997) |

| Record No. | 20006 |
| Authors | Klosterhalfen, B.  Klinge, U.  Henze, U.  Bhardwaj, R.  Conze, J.  Schumpelick, V. |
| Original Title | Morphologische Korrelation der funktionellen Bauchwandmechanik nach Mesh-Implantation Morphological correlation of the functional mechanics of the abdominal wall after mesh implantation |
| Bibliogr. Data | Langenbecks Arch. Chir. 382 (2) 87-94 (1997) |

| Record No. | 21071 |
| Authors | Steinau, H.U.  Hebebrand, D.  Vogt, P.  Peter, F.  Tosson, R. |
| Original Title | Plastische Rekonstruktion von Thoraxwanddefekten Plastic surgery reconstruction of thoracic-wall defects |
| Bibliogr. Data | Chirurg 68 (5) 461-468 (1997) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046507

| | |
|---|---|
| Record No. | 21137 |
| Authors | Galili, Y. Rabau, M. |
| Original Title | **Comparison of Polyglycolic Acid and Polypropylene Mesh for Rectopexy in the Treatment of Rectal Prolaps** |
| Bibliogr. Data | Eur. J. Surg. 163, 445-448 (1997) |
| Record No. | 21187 |
| Authors | Amaral, J. F. Meltzer, R. C. |
| Original Title | **Laparoscopic surgery for morbid obesity** |
| Bibliogr. Data | Society for Minimally Therapy, SMIT, Berlin, Oktober 1994 |
| Record No. | 21244 |
| Authors | Kald, A. Anderberg, B. Carlsson, P. Park, P. O. Smedh, K. |
| Original Title | **Surgical Outcome and Cost-Minimisation-Analyses of Laparoscopic and Open Hernia Repair: A Randomised Prospective Trial with One Year Follow Up** |
| Bibliogr. Data | Eur. J. Surg. 163 (7) 505-510 (1997) |
| Record No. | 21299 |
| Authors | Avtan, L. Avci, C. Bulut, T. Fourtanier, G. |
| Original Title | **Mesh Infections After Laparoscopic Inguinal Hernia Repair** |
| Bibliogr. Data | Surgical Laparoscopy & Endoscopy 7 (3) 192-195 (1997) |
| Record No. | 21360 |
| Authors | Corcione, F. Cristinzio, G. Maresca, M. Cascone, U. Titolo, G. Califano, G. |
| Original Title | **Primary inguinal hernia: the held-in-mesh repair** |
| Bibliogr. Data | Hernia 1 (1) 37-40 (1997) |
| Record No. | 21363 |
| Authors | Chevrel, J.P. Rath, A.M. |
| Original Title | **The use of fibrin glues in the surgical treatment of incisional hernias** |
| Bibliogr. Data | Hernia 1 (1) 9-14 (1997) |
| Record No. | 21401 |
| Authors | Orita, M. Okino, M. Yamashita, K. Morita, N. Esato, K. |
| Original Title | **Laparoscopic repair of a diaphragmatic hernia through the foramen of Morgagni** |
| Bibliogr. Data | Surg. Endosc. 11 (6) 668-670 (1997) |
| Record No. | 21406 |
| Authors | Debus, E.S. Sailer, M.A. Geiger, D. Thiede, A. |
| Original Title | **Comparison of five intracutaneous sutures: an experimental and clinical study** |
| Bibliogr. Data | Br. J. Surg. 84 (Suppl. 2) 68 (1997) |
| Record No. | 21435 |
| Authors | Zieren, J. Zieren, H.U. Jacobi, C.A. Mueller, J.M. |
| Original Title | **Die Plug- und Patch-Reparation zur Versorgung der Leistenhernie des Erwachsenen** The Plug and Patch technique for inguinal hernia repair in adults |
| Bibliogr. Data | Zentralbl. Chir. 122 (7) 545-550 (1997) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046508

| Record No. | 21464 |
|---|---|
| Authors | Miller, K. Junger, W. |
| Original Title | Ileocutaneous fistula formation following laparoscopic polypropylene mesh hernia repair |
| | |
| Bibliogr. Data | Surg. Endosc. 11 (7) 772-773 (1997) |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046509

# ETHICON, INC.

a *Johnson-Johnson* company

P.O. BOX 151
SOMERVILLE, NEW JERSEY 08876-0151

October 1, 1997

To:   G. Robertson

Re:   Biocompatibility Risk Assessment for PROLENE* Polypropylene Mesh

PROLENE mesh has been used extensively in humans for many years without adverse clinical reactions, and has proven to be one of the most inert materials available for implantation. Both PROLENE mesh and PROLENE* polypropylene suture are manufactured using the same polypropylene resin. The biocompatibility of this material has been demonstrated using a wide variety of preclinical testing methods. Since PROLENE mesh is permanently implanted in the body, it is important to understand the initial and longterm biocompatibility of this material, and have assurance that there is no potential for irritancy or carcinogenicity, respectively.

Agarose overlay and elution cytotoxicity tests were conducted at NAmSA with normal production PROLENE mesh (PTS 92-1411) which indicated that the mesh was noncytotoxic in both test systems.

Two-year carcinogenicity studies in rats and dogs were conducted with PROLENE suture as part of the biocompatibility program for the original NDA Submission for PROLENE suture (NDA 16-374). For both species, the tissue reaction was considered minimal, and characteristic of a non-irritating foreign body. The suture was intact, and no evidence of carcinogenicity was observed in either study. Although mutagenicity studies were not conducted, the two longterm studies demonstrating no evidence of carcinogenicity provide strong indirect evidence that PROLENE suture/mesh is not mutagenic as well.

Thomas A. Barbolt, Ph.D., D.A.B.T.
Research Fellow
Corporate Product Characterization

cc:   P. Cecchini
      H-J. Hoepffner
      S. Liu
      P. Newlands
      M. Rippy
      A. Rossetti

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.16046510

### 7.2  RESIDUES

"The device must be designed, manufactured and packaged in such a way as to minimise the risk posed by contaminants and residues to the persons involved in the transport, storage and use of the devices and to the patients, taking account of the intended purpose of the products. Particular attention must be paid to the tissues exposed and to the duration and frequency of exposure."

The potential contaminants arising out of the manufacture of PROLENE sutures are as follows:

1.    Residual Ethylene Oxide (from the sterilisation cycle)

2.    Residual Ethylene Glycol and Ethylene Chlorohydrin (from the sterilisation cycle).

1.    Residual Ethylene Oxide

Ethylene oxide residues are determined routinely on samples from each sterilisation load. The current requirement is < 100 ppm.

These values are well below those considered acceptable by the current standard ISO 10993-7 - Ethylene Oxide Sterilisation Residues.

2.    Residual Ethylene Chlorohydrin and Ethylene Glycol

Residual ethylene chlorohydrin and ethylene glycol determinations were carried out on a number of batches of sterilised PROLENE sutures. No residues were found and the detection limit for the methods was as follows:

Ethylene Chlorohydrin - 2.5 ppm, Ethylene Glycol - 5.0 ppm

Due to this testing, routine determinations for these residues was not considered necessary. As in the case with residual ethylene oxide these values are well below those considered acceptable by the current standard ISO 10993-7 - Ethylene Oxide Sterilisation Residues.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.16046511

7.3   **"The devices must be designed and manufactured in such a way that they can be used completely safely with the materials, substances and gases with which they enter into contact during normal use or routine treatment."**

The biocompatibility and physical testing carried out on PROLENE ensures that it can be used safely during normal use.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 105 of 135

RISK ANALYSIS - PROLENE* MESH STERILE POLYPROPYLENE NON ABSORBABLE MESH

PERFORMED ACCORDING TO BS EN 1441 - MEDICAL DEVICES - RISK ANALYSIS

| REF. EN 1441 | CHARACTERISTICS (QUALITATIVE & QUANTITIVE) 4.2 | POSSIBLE HAZARD 4.3 | RISK FOR EACH HAZARD 4.4 | FREQUENCY 4.4 | RISK ACCEPT-ABILITY 4.5 | RISK REDUCTION 4.6 | OTHER HAZARD INTRODUCTION 4.7 | SAFETY ACCEPTANCE 4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2 - a | Users: - surgeon - nurses - theatre sisters | - poor delivery | Critical risk | Low | No | Training of personnel User instructions | No | Yes |
| | Environment: - operating theatre | - gloves cut by packaging | Critical risk | Low | No | Training of personnel | No | Yes |
| 4.2 - b | Implantation site: - implantable device Duration: - long term Invasive contact: - yes Frequency: - linked to number and type of surgical intervention | Biological incompatibility | Allergy, rejection | Very Low | Yes | Biocompatibility tests review | No | Yes |
| | | Non sterile Aseptic hazard | Critical risk | Very Low | No | Ensure sterility of $10^6$ achieved | No | Yes |
| 4.2 - c | Mesh: Polypropylene thread | Biological incompatibility | Rejection | Very Low | Yes | Biocompatibility tests review | No | Yes |
| | | Cutting error, fault in appearance, mesh damaged, bursting strength too low | Incorrect performance | Low | No | Manufacturing control and Quality Assurance. | No | Yes |
| | | Presence of foreign matter | Product unusable | Low | No | | | |
| 4.2 - d | Not applicable. | | | | | | | |
| 4.2 - e | Not applicable. | | | | | | | |
| 4.2 - f | Not applicable. | | | | | | | |

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 106 of 135
RISK ANALYSIS - PROLENE* MESH STERILE POLYPROPYLENE NON ABSORBABLE MESH

PERFORMED ACCORDING TO BS EN 1441 - MEDICAL DEVICES - RISK ANALYSIS

| REF. EN 1441 | CHARACTERISTICS (QUALITATIVE & QUANTITIVE) 4.2 | POSSIBLE HAZARD 4.3 | RISK FOR EACH HAZARD 4.4 | FREQUENCY 4.4 | RISK ACCEPT-ABILITY 4.5 | RISK REDUCTION 4.6 | OTHER HAZARD INTRODUCTION 4.7 | SAFETY ACCEPTANCE 4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2 - g | Sterile Device Single Use | Non sterile - aseptic hazard | Critical risk | Low | No | Validation per EN 550 (sterility level: $10^{-6}$), Instructions for use | No | Yes |
| | Packaging: | Sealing incomplete, pouch perforated, presence of foreign substances. | Sterility not maintained: - Critical risk | Low | NO | Manufacturing control and quality assurance | NO | YES |
| | | Sealing width insufficient, product encapsulation. | - Medium risk | Low | | | | |
| | Storage stability - 5½ years | Performance/product degradation | - Critical risk | Very Low | No | Verification of stability including sterility up to five and a half years | No | Yes |
| 4.2 - h | Not Applicable | | | | | | | |
| 4.2 - i | Not Applicable | | | | | | | |
| 4.2 - j | Not Applicable | | | | | | | |
| 4.2 - k | Not Applicable | | | | | | | |
| 4.2 - l | Not Applicable | | | | | | | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 107 of 135
RISK ANALYSIS - PROLENE* MESH STERILE POLYPROPYLENE NON ABSORBABLE MESH
PERFORMED ACCORDING TO BS EN 1441 - MEDICAL DEVICES - RISK ANALYSIS

| REF. EN 1441 4.2 | CHARACTERISTICS (QUALITATIVE & QUANTITIVE) 4.2 | POSSIBLE HAZARD 4.3 | RISK FOR EACH HAZARD 4.4 | FREQUENCY 4.4 | RISK ACCEPT-ABILITY 4.5 | RISK REDUCTION 4.6 | OTHER HAZARD INTRODUCTION 4.7 | SAFETY ACCEPTANCE 4.8 |
|---|---|---|---|---|---|---|---|---|
| 4.2 - m | Environmental influence: - Storage - Transport - User storage | Loss of package integrity Loss of sterility Loss of performance of device | Aseptic hazard Incorrect performance | Low | NO | - Stability testing - Packaging validation - Storage recommendations given in Instructions for Use. | NO | YES |
| 4.2 - n | Not Applicable | | | | | | | |
| 4.2 - o | Not Applicable | | | | | | | |
| 4.2 - p | Not applicable | | | | | | | |
| 4.2 - q | Expiry date: - 5½ years - expiry date stated on the labelling | Information unavailable, incorrect or illegible | Performance of the product | Low | No | Manufacturing control and quality assurance. | No | Yes |
| 4.2 - r | Not applicable. | | | | | | | |



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY



PROLENE MESH - CLINICAL STUDIES

**1997 PUBLICATIONS:**

HERNIOGRAPHY AND ULTRASONOGRAPHY: A PROSPECTIVE STUDY COMPARING THE EFFECTIVENESS OF LAPAROSCOPIC HERNIA REPAIR WITH EXTRAPERITONEAL BALLOON DISSECTION. Dilek, O. N., Bozkurt, M., Arslan, H., Kisli, E., Poyraz, N., and Berberoglu, M. (Department of General Surgery, School of Medicine, Yuzuncu Yil University, Van, Turkey)
Surg. Endosc., 11 (1), 29-31(1997).

(970207)

ORIGIN AND PATHOPHYSIOLOGY OF ABDOMINAL WALL DEFECTS. Klinge, U., Prescher, A., Klosterhalfen, B., and Schumpelick, V. (Chirurgische Universitaetsklinik der RWTH Aachen, D-52057 Aachen, Germany)
Chirurg, 68 (4), 293-303(1997).
THIS ARTICLE IS WRITTEN IN GERMAN

(970405)

TRANSPERITONEAL OR TOTALLY EXTRAPERITONEAL APPROACH IN LAPAROSCOPIC HERNIA REPAIR: RESULTS OF 491 CONSECUTIVE HERNIORRHAPHIES. Kald, A., Anderberg, B., Smedh, K., and Karlsson, M. (Department of Surgery, University of Linkoeping, S-58185 Linkoeping, Sweden)
Surg. Laparosc. Endosc., 7 (2), 86-89(1997).

(970406)

ENDING THE TITANIUM AGE OF SURGERY - LAPAROSCOPIC HERNIA REPAIR WITH THE NEW TENSIOKNOT-SUTURING INSTRUMENT. Abstracts, Annual Congress of the European Association of Endoscopic Surgery, 1st Joint Euro-Asian Congress for Endoscopic Surgery, Istanbul 1997. Schaller, G., Weber, B., Paolucci, V., Gutt, C., and Manegold, B. C. (Department of Surgical Endoscopy, Mannheim, University of Heidelberg)
Surg. Endosc., 11 (5), 575(1997).

(970524)

LAPAROSCOPIC INGUINAL HERNIA REPAIR: AN INDIVIDUALIZED APPROACH? Kraehenbuehl, L. and Frei, E. (Surgical Department, Zieglerspital, CH-3001 Bern, Switzerland)
Dig. Surg., 14 (2), 82-87(1997).

(P106624)

SYMPOSIUM ON THE MANAGEMENT OF INGUINAL HERNIAS: 5. SUTURELESS TECHNIQUE: SECOND VERSION. Gilbert, A. I., Graham, M. F., Gilbert, A. I., and Graham, M. F. (Hernia Institute of Florida, Miami, FL 33143) (Hernia Institute of Florida, Miami, FL 33143)
Can. J. Surg., 40 (3), 209-212(1997).

(P106743)

**1996 PUBLICATIONS:**

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

EXTRAPERITONEAL LAPAROSCOPIC INGUINAL HERNIA REPAIR: TECHNIQUE AND RESULTS. Abstracts, 5th World Congress of Endoscopic Surgery, Philadelphia 1996. Dallemagne, B., Markiewicz, S., Jehaes, C., and Weerts, J. (Departement de Chirurgie, C.H. Saint-Joseph, Liege, Belgium)
Surg. Endosc., 10 (2), 228(1996).

(960388)

LAPAROSCOPIC HERNIA REPAIR - 600 CASES WITH A MEDIAN 30 MONTH FOLLOW-UP. Abstracts, 5th World Congress of Endoscopic Surgery, Philadelphia 1996. Fieding, G. (Royal Brisbane Hospital, Brisbane, Australia)
Surg. Endosc., 10 (2), 231(1996).

(960386)

USE OF SKIN STAPLES FOR SECURING THE MESH IN THE LICHTENSTEIN REPAIR OF INGUINAL HERNIA. Egger, B., Dowling, B. L., and Fawcett, J. (Department of Surgery, Northampton General Hospital, Northampton, NN1 5BD, UK)
Ann. R. Coll. Surg. Engl., 78 (1), 63-64(1996).

(960110)

PLASTIC SURGERY'S PLASTICS. Ousterhout, D. K. and Stelnicki, E. J. (Davies Medical Center, San Francisco, CA 94114)
Clin. Plast. Surg., 23 (1), 183-190(1996).

(960199)

GREATER RISK OF INCISIONAL HERNIA WITH MORBIDLY OBESE THAN STEROID-DEPENDENT PATIENTS AND LOW RECURRENCE WITH PREFASCIAL POLYPROPYLENE MESH. Sugerman, H. J., Kellum, J. M., Jr., Reines, H. D., DeMaria, E. J., Newsome, H. H., and Lowry, J. W. (Department of Surgery, Trauma/General Surgery Division, Medical College of Virginia, Virginia Commonwealth University, Richmond, VA)
Am. J. Surg., 171 (1), 80-84(1996).

(960198)

BONE HETEROGRAFT FOR CHEST WALL RECONSTRUCTION AFTER STERNAL RESECTION. Puma, F., Avenia, N., Ricci, F., Guiducci, A., Fornasari, V., and Daddi, G. (General Thoracic Surgery Unit, Department of Surgery (R), University of Perugia Medical School, Terni, Italy)
Ann. Thorac. Surg., 61 (2), 525-529(1996).

(960264)

THE LEARNING CURVE FOR TOTALLY EXTRAPERITONEAL LAPAROSCOPIC INGUINAL HERNIA REPAIR. Liem, M. S. L., van Steensel, C. J., Boelhouwer, R. U., Weidema, W. F., Clevers, G. J., and et al. (Department of General Surgery, University Hospital Utrecht, 3508 GA Utrecht, The Netherlands)
Am. J. Surg., 171 (2), 281-285(1996).

(960268)

STRANGULATED INCISIONAL HERNIA AT TROCAR SITE. Jones, D. B., Callery, M. P, and Soper, N. J. (Department of Surgery, Washington University

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046534

 School of Medicine, St. Louis, MO)
   Surg. Laparosc. Endosc., 6 (2), 152-154(1996).

(960391)

LAPAROSCOPIC REPAIR OF LARGE INCISIONAL HERNIAS.  Park, A., Gagner,
M., and Pomp, A.  (Department of Surgery, St. Joseph's Hospital,
Hamilton, Ontario, L8N 4A6 Canada)
   Surg. Laparosc. Endosc., 6 (2), 123-128(1996).

(960390)

MIGRATIONS OF PROLENE MESH FOLLOWING TOTALLY EXTRAPERITONEAL
LAPAROSCOPIC HERNIA REPAIR. Abstracts, 5th World Congress of
Endoscopic Surgery, Philadelphia 1996.  Miller, S., Bromberger, L.,
Ramirez, M., Kohanski, P., and Martindale, R.  (Department of
Surgery, Eisenhower Army Medical Center, Augusta, GA)
   Surg. Endosc., 10 (2), 248(1996).

(960474)

PATHOPHYSIOLOGY OF THE ABDOMINAL WALL  Klinge, U., Conze, J., Limberg,
W., Bruecker, C., Oettinger, A. P., and Schumpelick, V.
(Chirurgische Klinik der RWTH, D-52057 Aachen, Germany)
   Chirurg, 67 (3), 229-233(1996).
   THIS ARTICLE IS WRITTEN IN GERMAN

(960475)

LAPAROSCOPIC EXTRA-PERITONEAL BURCH BLADDER SUSPENSION WITH PROLENE
MESH AND STAPLING TECHNIQUE. Abstracts, 91st Annual Meeting of the
American Urological Association, Orlando 1996.  Gweon, P.,
Chamberlin, D., and Shanberg, A.  (Irvine, CA)
   J. Urol., 155 (5, Suppl.), 295A(1996).

(960643)

LAPAROSCOPIC PROLENE MESH SUSPENSION OF THE BLADDER NECK IN PATIENTS
WITH TYPES I AND II URINARY STRESS INCONTINENCE. Abstracts, 91st
Annual Meeting of the American Urological Association, Orlando 1996.
Shanberg, A. M., Gweon, P., and Chamberlin, D.  (Orange, CA)
   J. Urol., 155 (5, Suppl.), 490A(1996).

(960750)

STAGED RECONSTRUCTION OF ABDOMINAL WALL DEFECTS AFTER INTRA-ABDOMINAL
CATASTROPHES.  Okunski, W. J., Sonntag, B. V., and Murphy, R. X., Jr.
(Department of Surgery, Division of Plastic and Reconstructive
Surgery, Lehigh Valley Hospital, Allentown, PA)
   Ann. Plast. Surg., 36 (5), 475-478(1996).

(960843)

THE (LAPAROSCOPIC) LAPAROSCOPIC TREATMENT OF RENAL PTOSIS WITH A
PROLENE NET. Abstracts, 8th International Meeting of the Society for
Minimally Invasive Therapy, Cernobbio 1996.  Michele, G., Marcello,
M., Manlio, S., Massimo, T., and Andrea, V.
   Minim. Invasive Ther. Allied Technol., 5 (Suppl. 1), 77(1996).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046535

(P105837)

TOPICAL ANTIBIOTIC PROPHYLAXIS IN (HERNIORRAPHIES) HERNIORRHAPHIES
USING PROLENE MESH. Abstracts, Eurosurgery 96, 6th European Congress
of Surgery, Rome 1996. Yavuz, H., Sirolu, N., Bayrak, M., Ozdemir,
G., and Kama, N. A. (4th Department of Surgery, Ankara Numune
Hospital, Ankara, Turkey)
 Br. J. Surg., 83 (Suppl. 2), 75-76(1996).

(970013)

FIRST EXPERIENCE IN LAPAROSCOPIC GROIN HERNIA REPAIR. Abstracts,
Eurosurgery 96, 6th European Congress of Surgery, Rome 1996.
Stanaitis, J. and Rukas, R. (General Surgery Clinic, Vilnius
University Emergency Hospital, Lithuania)
 Br. J. Surg., 83 (Suppl. 2), 74-75(1996).

(970012)

EXPERIENCE WITH THE TENSION-FREE HERNIOPLASTY FOR PRIMARY INGUINAL
HERNIAS IN MEN. Wantz, G. E. (The New York Hospital-Cornell Medical
Center, New York, NY)
 J. Am. Coll. Surg., 183 (4), 351-356(1996).

(970114)

LAPAROSCOPIC HERNIA REPAIR IN THE COMMUNITY HOSPITAL SETTING. Davis,
A. B. (Department of Surgery, Brockton Hospital and Good Samaritan
Hospital, Brockton, MA)
 Surg. Laparosc. Endosc., 6 (6), 448-452(1996).

(970117)

TENSION-FREE INGUINAL HERNIA REPAIR: LAPAROSCOPIC (TAPP) VS OPEN
(LICHTENSTEIN). Horeyseck, G., Roland, F., and Rolfes, N.
(Allgemeinchirurgische Klinik, Krankenhaus Siegburg GmbH, D-53721
Siegburg, Germany)
 Chirurg, 67 (10), 1036-1040(1996).
 THIS ARTICLE IS WRITTEN IN GERMAN

(970203)

TENSION-FREE INGUINAL AND FEMORAL HERNIOPLASTY USING THE MESH-PLUG
TECHNIQUE. Dissing, C. X. and Christensen, M. M. (Parenkymkirurgisk
Afdeling, Silkeborg Centralsyghus, Denmark)
 Ugeskr. Laeger, 158 (49), 7061-7063(1996).
 THIS ARTICLE IS WRITTEN IN DANISH

(970306)

LAPAROSCOPIC HERNIORRHAPHY (TAPP) - COMPLICATIONS AND RECURRENCES
FOLLOWING 900 OPERATIONS. Bittner, R., Leibl, B., Kraft, K.,
Daeubler, P., and Schwarz, J. (Algemeinchirurgischen Klinik,
Marienhospital Stuttgart, 70199 Stuttgart, Germany)
 Zentralbl. Chir., 121 (4), 313-319(1996).
 THIS ARTICLE IS WRITTEN IN GERMAN

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046536



(970308)

RECURRENT INGUINAL HERNIA: AMBULATORY OPERATION IN LOCAL ANAESTHESIA.
Callesen, T., Bech, K., Hesselfeldt, P., Andersen, J., Nielsen, R.,
and et al. (Kirurgisk Gastroenterologisk Afdeling, Hvidovre
Hospital, Hvidovre, Denmark)
Ugeskr. Laeger, 158 (49), 7057-7060(1996).
THIS ARTICLE IS WRITTEN IN DANISH

(970414)

LAPAROSCOPIC MANAGEMENT OF VAGINAL PROLAPSE. Abstracts, 14th World
Congress on Endourology and SWL, 12th Basic Research Symposium,
Melbourne 1996. Mcdougall, E. M., Rabinowitz, R., and Luttman, D.
(Washington University School of Medicine, St. Louis, MO)
J. Endourol., 10 (Suppl. 1), 97S(1996).

(970397)

REPAIR OF COMPLEX GIANT OR RECURRENT VENTRAL HERNIAS BY USING
TENSION-FREE INTRAPARIETAL PROSTHETIC MESH (STOPPA TECHNIQUE):
LESSONS LEARNED FROM OUR INITIAL EXPERIENCE (FIFTY PATIENTS).
Temudom, T., Siadati, M., and Sarr, M. G. (Department of Surgery,
Mayo Clinic, Rochester, MN)
Surgery, 120 (4), 738-744(1996).

(970625)

1995 PUBLICATIONS:

CHEST WALL RECONSTRUCTION. Mathes, S. J. (Division of Plastic and
Reconstructive Surgery, Department of Surgery, University of
California, San Francisco, School of Medicine, San Francisco, CA
94143-0932)
Clin. Plast. Surg., 22 (1), 187-198(1995).

(950302)

FREE MICROVASCULAR TRAM FLAPS FOR BREAST RECONSTRUCTION: THE FIRST 50
PATIENTS. Suominen, E., Asko-Seljavaara, S., Tuominen, H., and
Tukiainen, E. (Department of Plastic Surgery, Helsinki University
Central Hospital, Toeoeloe Hospital, SF-00260 Helsinki, Finland)
Eur. J. Plast. Surg., 18 (1), 1-6(1995).

(950275)

LAPAROSCOPIC PARA-ESOPHAGEAL HERNIA REPAIR: A REVIEW OF 9 CASES.
Abstracts, 1995 Scientific Session of the Society of American
Gastrointestinal and Endoscopic Surgeons, Orlando 1995. Edelman, D.
S. (Baptist Hospital, Miami, FL)
Surg. Endosc., 9 (2), 231(1995).

(950400)

REASONS FOR EARLY RECURRENCE FOLLOWING LAPAROSCOPIC HERNIOPLASTY.
Phillips, E. H., Rosenthal, R., Fallas, M., Carroll, B., Arregui, M.,
and et al. (Division of Endoscopic Surgery, Cedars Sinai Medical
Center, Los Angeles, CA 90048)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Surg. Endosc.,  9 (2), 140-145(1995).

(950399)

INGUINAL HERNIAS: EXPERIENCE OF A PERIPHERIC CENTER ON THE TENSION
FREE REPAIR.  Cilia, G., Moschini, A., Mancino, G., Dallo, E.,
Guiotto, M., and et al.  (General Surgery Department of the U.L.S.S.
No 4, Feltre, Belluno, Italy)
Acta Chir. Ital.,  51 (1), 39-42(1995).
THIS ARTICLE IS WRITTEN IN ITALIAN

(950596)

LAPAROSCOPIC TRANSPERITONEAL HERNIOPLASTY BY ONE-MAN METHOD.
Abstracts, 5th Conference of the Japan Society for Endoscopic
Surgery, Pacifico Yokohama 1993.  Hayashi, K., Urata, K., Yanagisawa,
K., Numata, M., Munakata, Y., and Hashimoto, S.  (Nippon Telegram and
Telephone, Nagano City, Japan)
Surg. Laparosc. Endosc.,  5 (3), 246(1995).

(950733)

COMPARISON OF COSTS: LAPAROSCOPIC VERSUS CONVENTIONAL HERNIA REPAIR.
Abstracts, Tripartite Meeting of the SMIGS, BSSG and ASGBI, Harrogate
1994.  Savalgi, R. S. and Rosin, R. D.  (St Mary's Hospital,
Paddington, London, UK)
Minimal. Invasive Ther.,  4 (1), 36(1995).

(950861)

THE USE OF THE BALLOON DISSECTOR FOR EXTRA-PERITONEAL LAPAROSCOPIC
INGUINAL HERNIA MESH REPAIR. Abstracts, Tripartite Meeting of the
SMIGS, BSSG, and ASGBI, Harrogate 1994.  Rosin, R. D.  (St Mary's
Hospital, London, UK)
Minimal. Invasive Ther.,  4 (1), 41(1995).

(950817)

ENDOSCOPIC EXTRA-PERITONEAL REPAIR OF BILATERAL INGUINAL HERNIAS.
Abstracts, Tripartite Meeting of the SMIGS, BSSG and ASGBI, Harrogate
1994.  Darzi, A., Block, A., and Monson, J. R. T.  (Central Middlesex
Hospital and the Academic Surgical Unit, University of Hull, Hull,
UK)
Minimal. Invasive Ther.,  4 (1), 40-41(1995).

(950734)

RAPID RECOVERY AND REDUCED PAIN AFTER LAPAROSCOPIC INGUINAL
HERNIORRHAPHY - A RANDOMIZED TRIAL. Abstracts, Tripartite Meeting of
the SMIGS, BSSG and ASGBI, Harrogate 1994.  Stoker, D. L.,
Spiegelhalter, D. J., and Wellwood, J. M.  (Whipps Cross and St
Bartholomew's Hospitals, London, UK)
Minimal. Invasive Ther.,  4 (1), 34-35(1995).

(950815)

REPAIR OF INGUINAL HERNIA: EXPERIENCE WITH THE LAPAROSCOPIC TECHNIQUE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046538

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 114 of 135

IN 300 CASES. Mappes, C., Elger, K., and Kiffner, E. (Urologic
Clinic and Outpatient Department of the Johannes Gutenberg University
Mainz, D-50131 Mainz, Germany)
Ann. Urol. (Paris), 29 (2), 123-126(1995).
THIS ARTICLE IS WRITTEN IN FRENCH

(951041)


LAPAROSCOPIC SURGERY FOR INCONTINENCE AND GENITOURINARY PROLAPSE.
Smith, A. R. B. (Department of Urological Gynaecology, St. Mary's
Hospital, Manchester M13 0JH, UK)
Curr. Opin. Obstet. Gynecol., 7 (5), 397 399(1995).

(960093)


EXPERIENCE WITH 300 LAPAROSCOPIC INGUINAL HERNIA REPAIRS WITH UP TO 3
YEARS FOLLOW-UP. Davies, N. M., Appleton, B., Dunn, D. C., and
Bevington, E. (Department of General Surgery, Addenbrooke's
Hospital, Cambridge CB2 2QQ, UK)
Ann. R. Coll. Surg. Engl., 77 (6), 409-412(1995).

(960111)


BIOMATERIALS FOR "TENSION-FREE" HERNIOPLASTIES AND PRINCIPLES OF THEIR
APPLICATIONS. Amid, P. K., Lichtenstein, I. L., Shulman, A. G., and
Hakakha, M. (Lichtenstein Hernia Institute, Los Angeles, CA 90069)
Minerva Chir., 50 (9), 821-826(1995).

(960200)


LAPAROSCOPIC SUTURELESS BURCH PROCEDURE. Abstracts, 13th World
Congress on Endourology and SWL, 11th Basic Research Symposium,
Jerusalem 1995. Evans, R. M., Bernhard, P. H., Zhang, K., Wong, H.
Y., and Reddy, P. K. (Department of Urologic Surgery, University of
Minnesota and Veterans Affairs Medical Center, Minneapolis, MN)
J. Endourol., 9 (Suppl. 1), 70S(1995).

(960259)


LAPAROSCOPIC THERAPY OF REFLUX DISEASE WITH A VICRYL SCARF REINFORCED
WITH PROLENE. Willmen, H. R., Krebs, A., Mies, B., and Nacken, M.
(Chirurgische Klinik, Kreiskrankenhaus, D-41515 Grevenbroich,
Germany)
Minim. Invasive Chir., 4 (2), 104-107(1995).
THIS ARTICLE IS WRITTEN IN GERMAN

(960384)


OXIDIZED CELLULOSE AS AN ADJUNCT TO PERMANENT MESH IN THE REPAIR OF
LARGE INCISIONAL HERNIAS. Soisson, A. P., Quetell, G., Maxwell, G.
L., Carlson, J. W., and Pretorious, R. G. (Department of Obstetrics
and Gynecology, West Virginia University Medical Center, Morgantown,
WV 26505)
J. Gynecol. Surg., 11 (3), 173-176(1995).

(960645)


LAPAROSCOPIC VERSUS OPEN INGUINAL HERNIORRHAPHY: PRELIMINARY RESULTS
OF A RANDOMIZED CONTROLLED TRIAL. Barkun, J. S., Wexler, M. J.,

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046539

Hinchey, E. J., Thibeault, D., and Meakins, J. L. (Royal Victoria
Hospital, Montreal, Quebec, Canada H3A 1A1)
Surgery, 118 (4), 703-710(1995).

(960722)

## 1994 PUBLICATIONS:

LAPAROSCOPIC BOWEL RESECTION. Klaiber, C., Wagner, M., Tschudi, I.,
Metzger, A., and Triaca, H. (Surgical Hospital, Aarberg Hospital,
CH-3270 Aarberg, Switzerland)
Schweiz. Med. Wochenschr., 124 (15), 626-630(1994).
THIS ARTICLE IS WRITTEN IN GERMAN

(940889)

SEPARATION OF BRACHIO-THORACO-OMPHALO-ISCHIOPAGUS BIPUS CONJOINED
TWINS. Spitz, L., Stringer, M. D., Kiely, E. M., Ransley, P. G., and
Smith, P. (Departments of Paediatric, Urologic, and Plastic Surgery,
The Hospital for Sick Children, London, England)
J. Pediatr. Surg., 29 (4), 477-481(1994).

(940792)

ABDOMINAL PLASTY FOR UNCOMPLICATED ABDOMINAL WALL EVENTRATION.
Voinchet, V., Aubert, J. P., Berthet, B., Mulfinger-Audiffret, C.,
and Magalon, G. (Department of Plastic and Reconstructive Surgery,
Hospital of the Conception, F 13385 Marseille Cedex 5, France)
J. Chir. (Paris), 131 (4), 205-211(1994).
THIS ARTICLE IS WRITTEN IN FRENCH

(940793)

INCARCERATED HERNIA IN A LATERAL TROCAR SITE - AN UNUSUAL EARLY
POSTOPERATIVE COMPLICATION OF LAPAROSCOPIC SURGERY: CASE REPORT.
Reissman, P., Shiloni, E., Gofrit, O., Rivkind, A., and Durst, A.
(Department of Colorectal Surgery, Cleveland Clinic, Florida, Ft.
Lauderdale, FL 33309)
Eur. J. Surg., 160 (3), 191-192(1994).

(940883)

LAPAROSCOPIC HERNIA REPAIR BY TRANSPERITONEAL IMPLANTATION OF A
PROSTHETIC MESH: TECHNIQUE AND INITIAL RESULTS. Sandbichler, P.,
Gstir, H., Baumgartner, C., Furtschegger, A., Egender, G., and
Steiner, E. (Department of Surgery, General Public District
Hospital, A-6060 Hall, Austria)
Chirurg, 65 (1), 64-67(1994).
THIS ARTICLE IS WRITTEN IN GERMAN

(940521)

EARLY EXPERIENCE WITH LAPAROSCOPIC HERNIORRHAPHY: RESULTS AFTER THE
FIRST 60 PROCEDURES. Goodall, R. J. R. (Royal Halifax Infirmary,
Halifax HX1 2YP, UK)
Ann. R. Coll. Surg. Engl., 76 (1), 47-49(1994).

(940700)

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.16046540

CLOSURE OF THE OPEN ABDOMEN. Abstracts, 24th Annual Meeting of the
Western Trauma Association, Crested Butte 1994.  Sleeman, D.,
Gonzalez, A., Sosa, J., McKenney, M., Puente, I., and et al.
(University of Miami School of Medicine, Miami, FL)
J. Trauma,  36 (1), 150(1994).

(940474)


ABDOMINAL FUNCTION AFTER PEDICLED TRAM FLAP SURGERY.  Mizgala, C. L.,
Hartrampf, C. R., Jr., and Bennett, G. K.  (Department of Plastic and
Reconstructive Surgery, Ochsner Clinic, New Orleans, LA 70121)
Clin. Plast. Surg.,  21 (2), 255-272(1994).

(940593)


LAPAROSCOPIC REPAIR OF LARGE INCISIONAL HERNIAE: PRELIMINARY RESULTS.
Abstracts, 1994 Scientific Session of the Society of American
Gastrointestinal and Endoscopic Surgeons, Nashville 1994.  Park, A.,
Pomp, A., and Gagner, M.  (Department of Surgery, General Hospital of
Montreal, Montreal, Quebec, Canada)
Surg. Endosc.,  8 (3), 257(1994).

(940683)


ASSESSMENT OF THE ABDOMINAL WALL AFTER PEDICLED TRAM FLAP SURGERY: 5-
TO 7-YEAR FOLLOW-UP OF 150 CONSECUTIVE PATIENTS.  Mizgala, C. L.,
Hartrampf, C. R., Jr., and Bennett, G. K.  (Ochsner Plastic Surgery,
New Orleans, LA 70121)
Plast. Reconstr. Surg.,  93 (5), 988-1002(1994).

(940591)


FREE TRAM: RESULTS AND ABDOMINAL WALL FUNCTION.  Feller, A. M.
(Division of Plastic and Reconstructive Surgery, Technical University
Munich, 81675 Munich, Germany)
Clin. Plast. Surg.,  21 (2), 223-232(1994).

(940592)


LAPAROSCOPIC VERSUS OPEN INGUINAL HERNIA REPAIR: RANDOMISED
PROSPECTIVE TRIAL.  Stoker, D. L., Spiegelhalter, D. J., Singh, R.,
and Wellwood, J. M.  (Professorial Surgical Unit, St Bartholomew's
Hospital, London EC1A 7BE, UK)
Lancet,  343 (8908), 1243-1245(1994).

(941306)


LAPAROSCOPIC INGUINAL HERNIA REPAIR. Abstracts, 4th World Congress of
Endoscopic Surgery, Kyoto 1994.  Fielding, G. A.  (Royal Brisbane
Hospital, Brisbane, Queensland, Australia)
Surg. Endosc.,  8 (5), 588(1994).

(941157)


EXPERIENCE IN LAPAROSCOPIC INGUINAL HERNIA REPAIR. Abstracts, 4th
World Congress of Endoscopic Surgery, Kyoto 1994.  Ferreres, A. R.,
Jensen, S. L., Diez, J. A., Ferraina, P. A., Delbene, R., and
Gutierrez, V. P.  (Department of Surgery, University of Buenos Aires,
Buenos Aires, Argentina, and Department of Surgical Gastroenterology
L, University of Aarhus, Aarhus, Denmark)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046541

Surg. Endosc.,  8 (5), 466(1994).

(941158)

LAPAROSCOPIC PARAESOPHAGEAL HERNIA REPAIR. Abstracts, 4th World
Congress of Endoscopic Surgery, Kyoto 1994.  Edelman, D. S.  (Miami,
FL)
  Surg. Endosc.,  8 (5), 541(1994).

(941163)

LAPAROSCOPIC HERNIA REPAIR.  Panton, O. N. M. and Panton, R. J.
(Department of Surgery, Delta Hospital, Delta, British Columbia,
Canada)
  Am. J. Surg.,  167 (5), 535-537(1994).

(941019)

MODIFIED LAPAROSCOPIC RETROPUBIC COLPOSUSPENSION WITH HERNIA STAPLES
AND MESH. Abstracts, 4th World Congress of Endoscopic Surgery, Kyoto
1994.  Ou, C. S.  (Northwest Hospital, Seattle, WA)
  Surg. Endosc.,  8 (5), 550(1994).

(941004)

PLANNED VENTRAL HERNIA: STAGED MANAGEMENT FOR ACUTE ABDOMINAL WALL
DEFECTS.  Fabian, T. C., Croce, M. A., Pritchard, F. E., Minard, G.,
Hickerson, W. L., and et al.  (Department of Surgery, University of
Tennessee, Memphis, TN)
  Ann. Surg.,  219 (6), 643-653(1994).

(941234)

OUR EXPERIENCE IN INGUINAL AND FEMORAL HERNIA TREATMENT WITH
LICHTENSTEIN TECHNIQUE. Gianesini, R., Borgato, F., Seraglio, P.,
Ceoloni, A., Pesavento, S., and et al.  (Division of Surgery of the
Presidio Hospital of Valdagno, Italy)
  Acta Chir. Ital.,  50 (2), 151-155(1994).
  THIS ARTICLE IS WRITTEN IN ITALIAN

(941235)

LAPAROSCOPIC ABDOMINAL SURGERY: AN UPDATE. OVERVIEW OF RECENT
PUBLICATIONS.  Reddick, E. J.  (Brentwood, TN 37027)
  Endoscopy,  26 (5), 493-501(1994).

(941482)

THE USE OF MERSILENE MESH IN ADULT INGUINAL AND FEMORAL HERNIA
REPAIRS: A COMPARISON WITH CLASSIC TECHNIQUES.  Thill, R. H. and
Hopkins, W. M.  (Christ Hospital and Medical Center, Oak Lawn, IL,
and Rush University, Chicago, IL)
  Am. Surg.,  60 (8), 553-557(1994).

(941409)

A PROSPECTIVE COMPARISON OF TRANSABDOMINAL PREPERITONEAL LAPAROSCOPIC
HERNIA REPAIR VERSUS TRADITIONAL OPEN HERNIA REPAIR IN A UNIVERSITY
SETTING.  Millikan, K. W., Kosik, M. L., and Doolas, A.  (Rush
Presbyterian St. Luke's Medical Center, Chicago, IL 60612)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

 Surg. Laparosc. Endosc., 4 (4), 247-253(1994).

(941508)

LAPAROSCOPIC GROIN HERNIA REPAIR: RESULTS OF 254 CONSECUTIVE
HERNIORRAPHIES. Abstracts, 2nd International Congress of the European
Association for Endoscopic Surgery, Madrid 1994. Kald, A. and
Anderberg, B. (Department of Surgery, Linkoeping University
Hospital, Linkoeping, Sweden)
 Surg. Endosc., 8 (8), 964(1994).

(941538)

LAPAROSCOPIC REPAIR OF GROIN HERNIAS (A UNIFIED APPROACH). Abstracts,
2nd International Congress of the European Association for Endoscopic
Surgery, Madrid 1994. Massoud, W. and Mustafa, M. M. (Department of
Surgery, Saudi German Hospital, Jeddah, Saudi Arabia)
 Surg. Endosc., 8 (8), 1008(1994).

(941537)

LAPAROSCOPIC HERNIOTOMY AND/OR RING CLOSURE. Abstracts, Hernia '93:
Advances or Controversies - An International Perspective,
Indianapolis 1993. Rosin, R. D. (St. Mary's Hospital, London, UK)
 Surg. Laparosc. Endosc., 4 (5), 407(1994).

(P103116)

LAPAROSCOPIC INGUINAL HERNIORRHAPHY: AN INDIVIDUALIZED APPROACH.
Abstracts, Hernia '93: Advances or Controversies - An International
Perspective, Indianapolis 1993. Dion, Y. M. (Department of Surgery,
St. Francis of Assisi Hospital, Laval University, Quebec City,
Quebec, Canada)
 Surg. Laparosc. Endosc., 4 (5), 407-408(1994).

(P103106)

BIOMATERIALS. Abstracts, Hernia '93: Advances or Controversies - An
International Perspective, Indianapolis 1993. Berliner, S. D. (Lake
Success, NY)
 Surg. Laparosc. Endosc., 4 (5), 396-397(1994).

(P103102)

PROPERITONEAL HERNIA REPAIR. Abstracts, Sylvester O'Halloran Surgical
Scientific Meeting, Limerick 1994. Gillen, P., Williams, N.,
Attwood, S., Tanner, W. A., and Keane, F. B. V. (Department of
Surgery, Meath/Adelaide Hospitals, Ireland)
 Ir. J. Med. Sci., 163 (11), 524(1994).

(P103427)

LAPAROSCOPIC INTRAPERITONEAL HERNIOPLASTY. Rubio, P. A. (Department
of Surgery at HCA Medical Center Hospital, Houston, TX)
 Int. Surg., 79 (4), 293-295(1994).

(P103424)

LAPAROSCOPIC EXTRAPERITONEAL PROSTHETIC INGUINAL HERNIA REPAIR.
McKernan, J. B. (Department of Surgery, Metropolitan Hospital,

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046543

Atlanta, GA)
Int. Surg.,   79 (4), 286-289(1994).

(950026)


LAPAROSCOPIC HERNIORRHAPHY: A REVIEW OF 401 TENSION-FREE REPAIRS.
Diaco, J. F., Wright, T. E., Diaco, D. S., and Brannan, A. N.
(Department of Surgery, St Joseph's Hospital, Tampa, FL)
Int. Surg.,   79 (4), 290-292(1994).

(950025)


SEVERE ELECTRIC BURN OF THE SKULL.   Benito-Ruiz, J., Baena-Montilla,
P., Navarro-Monzonis, A., Bonanad, E., and Cavadas, P.   (Service of
Plastic Surgery, Hospital Clinic, Barcelona 08034, Spain)
Burns,   20 (6), 553-556(1994).

(950110)


LAPAROSCOPIC HERNIA REPAIR: PRELIMINARY RESULTS IN 100 PATIENTS.
Abstracts, Hernia '93: Advances or Controversies - An International
Perspective, Indianapolis 1993.  Taylor, R. S., Leopold, P., and Loh,
A.  (St. George's Hospital, England)
Surg. Laparosc. Endosc.,  4 (6), 473(1994).

(950195)


DRIVING FORCE IN LAPAROSCOPIC HERNIA REPAIR: A COMMUNITY HOSPITAL
EXPERIENCE. Abstracts, Hernia '93: Advances or Controversies - An
International Perspective, Indianapolis 1993.  Reyes, L.  (Fairview
General Hospital, Cleveland, OH)
Surg. Laparosc. Endosc.,  4 (6), 472(1994).

(P103612)


LAPAROSCOPIC VASECTOMY.  Mosquera, L. F. and Urban, J.  (Department of
Surgery, Ochsner Clinic, New Orleans, LA 70121)
Surg. Laparosc. Endosc.,  4 (6), 461-462(1994).

(950194)


IN WHICH CONDITIONS LAPAROSCOPIC HERNIA REPAIR SHOULD HAVE A BENEFIT
COST?  Champault, G., Marachly, G., Rizk, N., Lauroy, J., and
Boutelier, P.  (Department of General and Digestive Surgery,
Jean-Verdier Hospital, F 93140 Bondy, France)
J. Chir. (Paris),  131 (11), 483-487(1994).
THIS ARTICLE IS WRITTEN IN FRENCH

(P103576)


LAPAROSCOPIC PREPERITONEAL MESH HERNIOPLASTY. Abstracts, 4th
Conference of the Japan Society for Endoscopic Surgery, Tokyo 1992.
Matsumoto, S., Kawabe, N., Tan, M., Mori, K., Yamaguchi, H., and et
al.  (Department of Surgery, Second Teaching Hospital, Fujita Health
University, Nagoya City, Japan)
Surg. Laparosc. Endosc.,  4 (6), 495(1994).

(950192)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

EXPERIENCE WITH LAPAROSCOPIC HERNIOPLASTY. Abstracts, 4th Conference of the Japan Society for Endoscopic Surgery, Tokyo 1992. Kawai, C., Tomiyama, T., Ueki, H., and Yoshida, K. (Department of Surgery, The Nippon Dental University, Niigata, Japan)
   Surg. Laparosc. Endosc., 4 (6), 495(1994).

(950191)

INTRAPERITONEAL LAPAROSCOPIC HERNIA REPAIR. Abstracts, Hernia '93: Advances or Controversies - An International Perspective, Indianapolis 1993. Franklin, M. and Rosenthal, D. (Texas Endosurgery Education Foundation, San Antonio, TX)
   Surg. Laparosc. Endosc., 4 (6), 477(1994).

(950190)

STAPLED MESH HERNIORRHAPHY. Abstracts, Hernia '93: Advances or Controversies - An International Perspective, Indianapolis 1993. Carroll, B. J. and Semel, C. (Cedars-Sinai Medical Office Towers, Los Angeles, CA)
   Surg. Laparosc. Endosc., 4 (6), 467(1994).

(950188)

LAPAROSCOPIC INGUINAL HERNIA REPAIR WITH THE FLARED PATCH. Fernandez, A. and O'Leesky, K. H. (The Florida Laser Center, Town & Country Hospital, Tampa, FL 33615-3291)
   Surg. Laparosc. Endosc., 4 (6), 425-432(1994).

(950189)

PROSPECTIVE AND RANDOMIZED STUDY COMPARING LAPAROSCOPIC HERNIA REPAIR AND THE SHOULDICE TECHNIQUE. Abstracts, 9th Meeting of the French Society of Digestive Surgery, Caen 1994. Hauters, P., Lemmens, F., Hoffreumon, B., Janssen, P., and Nys, J. M. (Notre Dame Department of Clinical Surgery, 7500 Tournai, Belgium)
   Ann. Chir., 48 (10), 939(1994).
   THIS ARTICLE IS WRITTEN IN FRENCH

(950193)

A COMPARISON OF LAPAROSCOPIC AND OPEN HERNIA REPAIR AS A DAY SURGICAL PROCEDURE. Maddern, G. J., Rudkin, G., Bessell, J. R., Devitt, P., and Ponte, L. (Department of Surgery, The Queen Elizabeth Hospital, Woodville, South Australia 5011, Australia)
   Surg. Endosc., 8 (12), 1404-1408(1994).

(P103686)

PLANNED ABDOMEN REEXPLORATION FOR MANAGEMENT OF INTRACTABLE INTRA-ABDOMINAL SEPSIS. Forloni, B., Olivieri, A., Zani, G. L., Cavallari, G., and Frosali, D. (2nd Division of General Surgery, USSL 32 - Treviglio Hospital, Bergamo, Italy)
   Minerva Chir., 49 (11), 1055-1059(1994).
   THIS ARTICLE IS WRITTEN IN ITALIAN

(950347)

STRANGULATED LAPAROCELES. OUR EXPERIENCE. D'Ambrosio, R., De Rosa, G., Peppas, C., Vincenti, B., Martino, A., and et al. (Emergency

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Department, Department of Emergency Surgery and First Aid, A.
Cardarelli Hospital, Naples, Italy)
*Minerva Chir.,* 49 (12), 1281-1288(1994).
THIS ARTICLE IS WRITTEN IN ITALIAN

(950553)

## 1993 PUBLICATIONS:

LAPAROSCOPIC HERNIORRHAPHY WITHOUT PNEUMOPERITONEUM. Newman, L., III,
Luke, J. P., Ruben, D. M., and Eubanks, S. (Department of Surgical
Education, Georgia Baptist Medical Center, Atlanta, GA 30312)
Surg. Laparosc. Endosc., 3 (3), 213-215(1993).

(932456)

LAPAROSCOPIC HERNIORRHAPHY WITHOUT PNEUMOPERITONEUM. Newman, L., III,
Luke, J. P., Ruben, D. M., and Eubanks, S. (Department of Surgical
Education, Georgia Baptist Medical Center, Atlanta, GA 30312)
Surg. Laparosc. Endosc., 3 (3), 213-215(1993).

(P101124)

LAPAROSCOPIC REPAIR OF INGUINAL HERNIAS USING A TOTALLY
EXTRAPERITONEAL PROSTHETIC APPROACH. McKernan, J. B. and Laws, H. L.
(University of Kentucky, Lexington, KY 40506, Metropolitan Hospital,
Atlanta, GA 30327)
Surg. Endosc., 7 (1), 26-28(1993).

(930181)

INFERIORLY BASED RECTUS ABDOMINIS FLAPS IN CRITICALLY ILL AND INJURED
PATIENTS. Nesmith, R. L., Marks, M. W., DeFranzo, A. J., and
Meredith, W. (Department of Plastic and Reconstructive Surgery,
Bowman Gray School of Medicine, Wake Forest University,
Winston-Salem, NC 27159-1075)
Ann. Plast. Surg., 30 (1), 35-40(1993).

(930202)

THE CURRENT ROLE OF LAPAROSCOPIC INGUINAL HERNIORRHAPHY. Sarr, M. G.
(Department of Surgery, Mayo Clinic Rochester, MN)
Curr. Surg., 50 (1), 21-24(1993).

(930183)

LAPAROSCOPIC REPAIR OF TOTAL RECTAL PROLAPSE. Abstracts, 1993
Scientific Session of the Society of American Gastrointestinal and
Endoscopic Surgeons (SAGES), Phoenix 1993. Cuschieri, A., Shimi, S.,
Banting, S., and Vander Velpen, G. V. (University Department of
Surgery, Ninewells Hospital and Medical School, Dundee, UK)
Surg. Endosc., 7 (2), 125(1993).

(930337)

COMPARISON OF COSTS OF LAPAROSCOPIC AND CONVENTIONAL HERNIA REPAIR.
Abstracts, 5th International Meeting of the Society for Minimally
Invasive Therapy, Orlando 1993. Savalgi, R. S. and Rosin, R. D.
(St. Charles Hospital, London W10 6DZ, and St. Mary's Hospital,

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046546

Association for Endoscopic Surgery (E.A.E.S.), Cologne 1993. Loh,
A., Leopold, P., and Taylor, R. S. (St George's Hospital, London
SW17 0QT, UK)
 Surg. Endosc., 7 (3), 239(1993).

(930783)


LAPAROSCOPIC RECTOPEXY FOR THE TREATMENT OF RECTAL PROLAPSE.
Abstracts, First European Congress of the European Association for
Endoscopic Surgery (E.A.E.S.), Cologne 1993. Cuesta, M. A.,
Borgstein, P. J., Meijer, S., and de Jong, D. (Dept. of Surgery,
Free University Hospital, Amsterdam, The Netherlands)
 Surg. Endosc., 7 (3), 220(1993).

(930793)


INCISIONAL HERNIA. Santora, T. A. and Roslyn, J. J. (Department of
Surgery, Medical College of Pennsylvania, Philadelphia, PA 19129)
 Surg. Clin. North Am., 73 (3), 557-570(1993).

(930818)


THE CAUSE, PREVENTION, AND TREATMENT OF RECURRENT GROIN HERNIA.
Lichtenstein, I. L., Shulman, A. G., and Amid, P. K. (Lichtenstein
Hernia Institute, Los Angeles, CA 90069)
 Surg. Clin. North Am., 73 (3), 529-544(1993).

(930823)


LAPAROSCOPIC INGUINAL HERNICRRHAPHY: TECHNIQUES AND CONTROVERSIES.
Arregui, M. E., Navarrete, J., Davis, C. J., Castro, D., and Nagan,
R. F. (Departments of Laparoscopy, Endoscopy, and Ultrasound, St.
Vincent Hospital and Health Care Center, Indianapolis, IN 46260)
 Surg. Clin. North Am., 73 (3), 513-527(1993).

(930901)


EARLY INCISIONAL HERNIA AFTER USE OF THE 12 MM PORT FOR LAPAROSCOPIC
SURGERY. McMurrick, P. J. and Polglase, A. L. (Caulfield General
Medical Centre, Alfred Group of Hospitals, Caulfield, Vic. 3162,
Australia)
 Aust. N.Z. J. Surg., 63 (7), 574-575(1993).

(931028)


LAPAROSCOPIC INGUINAL HERNICPLASTY: REPAIR WITH A CONVENTIONAL VS A
NEW SELF-EXPANDABLE MESH. Himpens, J. M. (Department of General
Surgery, Holy Family General Hospital, Gent, 9000, Belgium)
 Surg. Endosc., 7 (4), 315-318(1993).

(930952)


INFECTION IN INGUINAL HERNIA REPAIR CONSIDERING BIOMATERIALS AND
ANTIBIOTICS. Gilbert, A. I. and Felton, L. L. (Hernia Institute of
Florida, Incorported , Miami, FL)
 Surg. Gynecol. Obstet., 177 (2), 126-130(1993).

(931067)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046547

London W2, UK)
Minimal. Invasive Ther., 2 (Suppl. 1), 43(1993).

(940130)

THE VALUE OF DIVISION OF THE EPIGASTRIC VESSELS IN ENDOSCOPIC INGUINAL
HERNIA REPAIR. Luciani, R. C. (Endoscopic-Digestive Surgery,
Minguettes Polyclinic, F 69200 Venissieux, France)
Lyon Chir., 89 (1), 55-57(1993).
THIS ARTICLE IS WRITTEN IN FRENCH

(930309)

LAPAROSCOPIC REPAIR OF PARAESOPHAGEAL HERNIAS: PRELIMINARY RESULTS.
Abstracts, 1993 Scientific Session of the Society of American
Gastrointestinal and Endoscopic Surgeons, Phoenix 1993. Bueno, R.
and Brooks, D. C. (Dept. of Surgery, Brigham and Women's Hospital,
Harvard Medical School, Boston, MA)
Surg. Endosc., 7 (2), 128(1993).

(930304)

LAPAROSCOPIC HERNIORRHAPHY OF INGUINAL HERNIA AUGMENTATION OF THE
TRANSVERSE FASCIA BY NONABSORBEABLE MESH. Kunz, R., Schuetze, F., and
Beger, H. G. (Department of General Surgery, University Hospital,
W-7900 Ulm, Germany)
Chirurg, 64 (4), 341-345(1993).
THIS ARTICLE IS WRITTEN IN GERMAN

(930445)

TREATMENT OF RECURRENT INGUINAL HERNIA BY INSERTION OF A PREPERITONEAL
PROSTHESIS: RESULTS OF A PROSPECTIVE STUDY. Stierli, P., Pfister,
J., and Aeberhard, P. (Surgical Clinic, District Hospital, CH-5001
Aarau, Switzerland)
Chirurg, 64 (4), 334-337(1993).
THIS ARTICLE IS WRITTEN IN GERMAN

(930485)

STERNAL RESECTION AND RECONSTRUCTION. Mansour, K. A., Anderson, T.
M., and Hester, T. R. (Cardiothoracic Surgery, The Emory Clinic,
Atlanta, GA 30322)
Ann. Thorac. Surg., 55 (4), 838-843(1993).

(930652)

LAPAROSCOPIC INGUINAL HERNIA REPAIR AS A DAY SURGICAL PROCEDURE.
Abstracts, First European Congress of the European Association for
Endoscopic Surgery (E.A.E.S.), Cologne 1993. Maddern, G. J., Devitt,
P., Malycha, P., Baxter, P., and Rudkin, G. (Departments of
Hepato-Biliary and Pancreatic Surgery, Royal Adelaide Hospital,
Adelaide, Australia 5000)
Surg. Endosc., 7 (3), 240(1993).

(930785)

LAPAROSCOPIC PREPERITONEAL PATCH HERNIA REPAIR - PRELIMINARY RESULTS
IN 100 PATIENTS. Abstracts, First European Congress of the European

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046548

ASSESSMENT OF LAPAROSCOPIC INGUINAL HERNIA REPAIR. Abstracts, Annual
Meeting of the Society of Minimally Invasive General Surgeons,
Cambridge 1992. Pollard, S. G., Dunn, D. C., Wijesinge, L., and
Collier, D. S. G. (Addenbrooke's Hospital, Cambridge, UK)
Minimal. Invasive Ther., 2 (3), 147(1993).

(932098)

INGUINAL HERNIORRHAPHY. Abstracts, Annual Meeting of the Society of
Minimally Invasive General Surgeons, Cambridge 1992. Jago, R.
(Royal Bournemouth Hospital, UK)
Minimal. Invasive Ther., 2 (3), 147(1993).

(932131)

DAY-CASE INGUINAL HERNIA REPAIR UNDER LOCAL ANAESTHESIA WITH SEDATION.
Abstracts, Third European Congress of Surgery, London 1993. Marin,
J., Gallardo, A., Perez, C., Marrero, S., and Martinez, M. D.
(Surgical Day Unit, Hospital El Tomillar, Sevilla, Spain)
Br. J. Surg., 80 (Suppl.), 39S(1993).

(932317)

ENTRAPMENT OF SMALL BOWEL AFTER LAPAROSCOPIC HERNIORRHAPHY. Spier, L.
N., Lazzaro, R. S., Procaccino, A., and Geiss, A. (North Shore
University Hospital, Manhasset, NY 11030)
Surg. Endosc., 7 (6), 535-536(1993).

(940309)

LAPAROSCOPIC REPAIR OF A STRANGULATED OBTURATOR HERNIA WITH
LAPAROSCOPICALLY ASSISTED INTESTINAL RESECTION. Tschudi, J., Wagner,
M., and Klaiber, C. (Surgical Department, Aarberg Hospital, CH-3270
Aarberg, Switzerland)
Chirurg, 64 (10), 827-828(1993).
THIS ARTICLE IS WRITTEN IN GERMAN

(940129)

PELVISCOPIC SACROPEXY IN THE TREATMENT OF VAGINAL PROLAPSE. Volz, J.,
Strittmatter, H., Volz, E., Koester, S., Wischnik, A., and Melchert,
F. (Faculty for Clinical Medicine of the University of Heidelberg,
University Gynecological Hospital Mannheim, D-68135 Mannheim,
Germany) Geburtshilfe Frauenheilkd., 53 (10), 705-708(1993).
THIS ARTICLE IS WRITTEN IN GERMAN

(940168)

LAPAROSCOPIC HERNIA REPAIR: A PROSPECTIVE STUDY OF 409 CASES.
Milkins, R. C., Lansdown, M. J. R., Wedgwood, K. R., Brough, W. A.,
and Royston, C. M. S. (Castle Hill Hospital, Cottingham, North
Humberside, UK)
Minimal. Invasive Ther., 2 (5), 237-242(1993).

(940125)

LAPAROSCOPIC REPAIR OF PARA-ESOPHAGEAL HERNIAS. Abstracts, 5th
International Meeting of the Society for Minimally Invasive Therapy,
Orlando 1993. Edelman, D. S. (Miami, FL 33176)
Minimal. Invasive Ther., 2 (Suppl. 1), 50(1993).

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046549

(940308)

LAPAROSCOPIC INGUINAL HERNIA REPAIR. Abstracts, 5th International
Meeting of the Society for Minimally Invasive Therapy, Orlando 1993.
Fielding, G. A. (Royal Brisbane Hospital, Queensland, Australia)
Minimal. Invasive Ther., 2 (Suppl. 1), 31(1993).

(940307)

BILATERAL INGUINAL HERNIA: THE LAPAROSCOPIC BIKINI REPAIR. Abstracts,
5th International Meeting of the Society for Minimally Invasive
Therapy, Orlando 1993. Royston, C. M. S. and Brough, W. A. (Hull
Royal Infirmary, Hull, UK)
Minimal. Invasive Ther., 2 (Suppl. 1), 48(1993).

(940305)

LAPAROSCOPIC INGUINAL HERNIORRHAPHY: AN INDIVIDUALIZED APPROACH.
Dion, Y. M. (Department of Surgery, St.-Francois d'Assise Hospital,
Quebec City, G1L 3L5, Canada)
Surg. Laparosc. Endosc., 3 (6), 451-455(1993).

(940135)

LAPAROSCOPIC HERNIA REPAIR: LESSONS LEARNT FROM PRELIMINARY EXPERIENCE
OF 100 PATIENTS. Abstracts, Annual Meeting of the British Surgical
Stapling Group, Birmingham 1993. Loh, A. and Taylor, R. S. (St.
Georges Hospital, London, UK)
Surg. Laparosc. Endosc., 3 (6), 492-493(1993).

(940126)

THE REPAIR OF INGUINAL HERNIAS WITH A LARGE DACRON MESH PROSTHESIS AND
THE PREPERITONEAL APPROACH. Stoppa, R., Moungar, F., and Henry, X.
(Amiens, France)
Ann. Ital. Chir., 64 (2), 169-175(1993).
THIS ARTICLE IS WRITTEN IN FRENCH

(P101222)

THE REPAIR OF LARGE INCISIONAL HERNIAS. Lasagna, B., Resegotti, A.,
Garino, M., and Balbo, G. (Department of General Surgery B,
Molinette Hospital, 10126 Turin, Italy)
Minerva Chir., 48 (23/24), 1415-1419(1993).
THIS ARTICLE IS WRITTEN IN ITALIAN

(940468)

**1992 PUBLICATIONS:**

SUTURELESS REPAIR OF INGUINAL HERNIA. Gilbert, A. I. (South Miami,
FL 33143)
Am. J. Surg., 163 (3), 331-335(1992).

(920490)

INGUINAL AND FEMORAL HERNIA REPAIR IN THE FEMALE VIA LAPAROSCOPY.
Abstracts, Twelfth Annual Meeting of the American Society for Laser

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046550

Medicine and Surgery, Lake Buena Vista 1992. Ott, D. E. (Georgia BioMedical Research Group, Inc., Macon, GA)
Lasers Surg. Med., (Suppl. 4), 36(1992).

(920467)

RECONSTRUCTION OF A MAJOR ABDOMINAL AND CHEST WALL DEFECT USING LATISSIMUS DORSI AND EXTENDED DEEP INFERIOR EPIGASTRIC ARTERY FLAP. Sharma, R. K., Verma, G. R., and Biswas, G. (Department of Plastic Surgery, PGI, Chandigarh, India 160012)
Ann. Plast. Surg., 28 (4), 366-369(1992).

(30304)

THE SAFETY OF MESH REPAIR FOR PRIMARY INGUINAL HERNIAS: RESULTS OF 3,019 OPERATIONS FROM FIVE DIVERSE SURGICAL SOURCES. Shulman, A. G., Amid, P. K., and Lichtenstein, I. L. (Lichtenstein Hernia Institute, Los Angeles, CA 90069)
Am. Surg., 58 (4), 255-257(1992).

(920613)

LAPAROSCOPIC INGUINAL HERNIORRHAPHY. Dion, Y. M. and Morin, J. (Department of Surgery, Hopital St-Francois d'Assise, Quebec, PQ GIL 3L5)
Can. J. Surg., 35 (2), 209-212(1992).

(920581)

LONG-TERM RESULTS OF PROSTHETIC REPAIR OF RECURRENT INGUINAL HERNIA USING PROLENE SHEETS. Abstracts, Second European Congress of Surgery, Brussels 1992. Bauer, K. H., Kemen, M., Fink, M., Homann, H. H., and Zumtobel, V. (Department of Surgery, St Josef Hospital, Ruhr-University Bochum, Bochum, Germany)
Br. J. Surg., 79 (Suppl.), 56S(1992).

(920725)

ABDOMEN: A STUDY OF 76 CASES. Dicksheet, S.
Plast. Reconstr. Surg., 89 (6), 1190(1992).

(30722)

LAPAROSCOPIC INGUINAL HERNIA REPAIR BY TRANSABDOMINAL PLACEMENT OF A PROSTHETIC MESH. Abstracts, Royal College Meeting of the Canadian Association of General Surgeons, 1992. Wexler, M. J. and Meakins, J. L. (Division of General Surgery, McGill University, Montreal, Quebec, Canada)
Can. J. Surg., 35 (4), 441(1992).

(921072)

SURGICAL TREATMENT OF MEDIAN SUPRAUMBILICAL EVENTRATIONS. Stoppa, R., Moungar, F., and Verhaeghe, P. (CHRU D'Amiens, North Hospital, F80054 Amiens, France)
J. Chir. (Paris), 129 (6-7), 335-343(1992).
THIS ARTICLE IS WRITTEN IN FRENCH

(921121)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046551

Johnson & Johnson Intl., Technical File No. 1, Issue 1, November 1997, Page 127 of 135

SUTURING AND KNOT TYING IN LAPAROSCOPY. Soper, N. J. and Hunter, J.
G. (Washington University School of Medicine, Department of Surgery,
St. Louis, MO 63110)
   Surg. Clin. North Am., 72 (5), 1139-1152(1992).

                                                        (930710)

LAPAROSCOPIC HERNIOPLASTY: REVIEW OF 100 CASES. Abstracts, 10th World
Congress on Endourology and ESWL 8th Annual Research Symposium,
Singapore 1992. Himpens, J. M. and Tailly, G. G. (Holy Family
General Clinic, Gent, Belgium)
   J. Endourol., 6 (4), 143S(1992).

                                                        (921181)

CHAPTER 1: INTRODUCTION: THE HISTORY OF THE INTESTINAL STOMA. Meijer,
D. W.
   Eur. J. Surg., (Suppl. 568), 11-34(1992).

                                                        (31308)

PROSTHETIC MATERIALS USED TO REPAIR ABDOMINAL WALL DEFECTS (APART FROM
GROIN HERNIAS): CHARACTERISTICS, TISSULAR REACTIONS AND APPLICATIONS.
Champetier, J., Russier, Y., Zattara, A., Alnaasan, I., Charvin, B.,
and Letoublon, C. (Department of General and Digestive Surgery,
North Hospital, University Hospital Center of Grenoble, F38043
Grenoble, France)
   J. Chir. (Paris), 129 (8-9), 375-383(1992).
   THIS ARTICLE IS WRITTEN IN FRENCH

                                                        (921237)

REVIEW: BIOMATERIALS FOR ABDOMINAL WALL RECONSTRUCTION. Simmermacher,
R. K. J., Bleichrodt, R. P., and Schakenraad, J. M. (Dept. of
Surgery, Sophia Hospital, 8025 AB Zwolle, The Netherlands)
   Cells Mater., 2 (4), 281-290(1992).

                                                        (32168)

SYNTHETIC MESH IN THE REPAIR OF INCISIONAL HERNIA. Goonetilleke, G.
C. (Base Hospital, Gampaha)
   Ceylon Med. J., 37 (3), 87-89(1992).

                                                        (931059)

1991 PUBLICATIONS:

THOVARA INGUINAL HERNIA OPERATION. Vara-Thorbeck, R., Ruiz-Morales,
M., and Moreno-Delgado, A. (Chair of Pathology and Clinical Surgery,
University Hospital, E-18012 Granada, Spain)
   Zentralbl. Chir., 116 (12), 745-749(1991).
   THIS ARTICLE IS WRITTEN IN GERMAN

                                                        (920064)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

CHEST WALL RECONSTRUCTION AFTER RESECTION OF RECURRENT BREAST TUMOURS.
Nash, A. G., Tuson, J. R. D., Andrews, S. M., and Stacey-Clear, A.
(Royal Marsden Hospital, Sutton, Surrey SM2 5PT)
Ann. R. Coll. Surg. Engl., 73 (2), 105-110(1991).


AIRWAY COMPLICATIONS IN RELAPSING POLYCHONDRITIS. Eng, J. and
Sabanathan, S. (Department of Thoracic Surgery, Bradford Royal
Infirmary, Bradford BD9 6RJ, UK)
Ann. Thorac. Surg., 51 (4), 686-692(1991).
                                                        (28119)


PELVIC FLOOR RECONSTRUCTION WITH NON-ABSORBABLE MESH IN CASES OF
ENTEROCELE. Vibits, H., Stage, J. G., Lundvall, F., and Kehlet, H.
(Surgical Gastroenterologic Department, Hvidovre Hospital, DK-2650
Hvidovre, Copenhagen, Denmark)
Ugeskr. Laeger, 153 (17), 1200-1201(1991).
THIS ARTICLE IS WRITTEN IN DANISH
                                                        (920261)


REPAIR OF GENITOURINARY PROLAPSE IN WOMEN. Scotti, R. J. (Department
of Obstetrics and Gynecology, Mount Sinai Hospital, Hartford CT
06112)
Curr. Opin. Obstet. Gynecol., 3 (3), 404-412(1991).
                                                        (28926)


RECONSTRUCTION OF THE ABDOMINAL WALL BY PLACEMENT AND EARLY EXCISION
OF PROSTHETIC MESH. Hirschl, R., Eckhauser, F. E., and Raper, S. E.
(Department of Surgery, University of Michigan Medical Center, Ann
Arbor, MI)
Surg. Gynecol. Obstet., 173 (3), 237-238(1991).
                                                        (91792)


PREPERITONEAL PROSTHESIS FOR STRANGULATED HERNIAS. Pans, A.,
Plumacker, A., Legrand, M., Mohdad, F., Dubois, J., and et al.
(Digestive Surgery Department, CHU, Liege, Belgium)
Acta Chir. Belg., 91 (5), 223-226(1991).
THIS ARTICLE IS WRITTEN IN FRENCH
                                                        (920063)


DOUBLE-PEDICLE TRAM FLAP FOR UNILATERAL BREAST RECONSTRUCTION.
Wagner, D. S., Michelow, B. J., and Hartrampf, C. R., Jr. (Division
of Plastic Surgery at Akron City Hospital, Akron, OH)
Plast. Reconstr. Surg., 88 (6), 987-997(1991).
                                                        (29303)


PROSTHETIC REPAIR OF RECURRENT GROIN HERNIAS. Stoppa, R. and Essomba,
A. (North Hospital, Department of Surgery, Amiens, France)
Minerva Chir., 46 (20, Suppl.), 9-14(1991).
THIS ARTICLE IS WRITTEN IN FRENCH


CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.16046553

(30115)

1990 PUBLICATIONS:

PROLENE PLUG REPAIR FOR FEMORAL HERNIA. Masters, A. (University
College Hospital, London)
Ann. R. Coll. Surg. Engl., 72 (1), 67(1990).

(91041)

RETAINED FOREIGN BODIES, THE CAUSE OF POSTMIDSTERNOTOMY SINUSES: CASE
REPORTS. Weiss, J., Herman, O., Siegman-Igra, Y., and Shafir, R.
(Tel-Aviv, Israel)
Vasc. Surg., 24 (3), 183-190(1990).

(90400)

INGUINAL HERNIA REPAIR BY PROLENE MESH. Mancini, S., Cabassi, A.,
Fantini, E., Porzia, P., Tipaldi, G., and Grassi, G. B. (St. Eugenio
Hospital, Oncologic Surgery, Rome, Italy)
Chir. Gastroenterol., 24 (1), 65-70(1990).
THIS ARTICLE IS WRITTEN IN ITALIAN

(91123)

COLPOSACROPEXY WITH PROLENE MESH. Baker, K. R., Beresford, J. M., and
Campbell, C. (Department of Obstetrics and Gynecology, Ottawa Civic
Hospital, Ottawa, Canada)
Surg. Gynecol. Obstet., 171 (1), 51-54(1990).

(91019)

TOTAL ABDOMINAL WALL RECONSTRUCTION. Cederna, J. P. and Davies, B. W.
(Department of Plastic and Reconstructive Surgery, Central Maine
Medical Center, Lewiston, ME)
Ann. Plast. Surg., 25 (1), 65-70(1990).

(27030)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.16046554