# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF SALIL KHANDWALA, M.D. FOR WAVE 3

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Salil Khandwala for Ethicon Wave 1, Dkt. 2003 (motion), 2004 (memorandum in support) and Ethicon Wave 2, Dkt. 2469 (motion), 2470 (memorandum). Plaintiffs respectfully request that the Court exclude Salil Khandwala's testimony, for the reasons expressed in the Wave 1 and Wave 2 briefing. This notice applies to the following Wave 3 cases identified in Exhibit A attached hereto.

Dated: September 16, 2016

Respectfully submitted,

/s/  D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com


/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Stevens, Kimberly | 2:12-cv-02424 |
| Arnette, Rhonda | 2:12-cv-02475 |
| Baker, Dawn | 2:12-cv-02476 |
| Rivers, Nancy | 2:12-cv-02602 |
| Brusseau, Lottie | 2:12-cv-02819 |
| Rutherford, Jamie | 2:12-cv-02959 |
| Allmon, Mary | 2:12-cv-02999 |
| Book, Mary Diana | 2:12-cv-03085 |
| Smith, Julia Grace | 2:12-cv-03128 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com