**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                            JOSEPH R. GOODWIN U.S. DISTRICT
                                            JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**REBECCA M. RYDER, M.D. FOR WAVE 3**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Rebecca M. Ryder for Ethicon Wave 1, Dkt. 2016 (motion), 2021

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Rebecca M.

Ryder's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 3 cases identified in Exhibit A attached hereto.

Dated: September 16, 2016             Respectfully submitted,

                                   /s/  D. Renee Baggett
                                   Bryan F. Aylstock, Esq.
                                   Renee Baggett, Esq.
                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                   17 East Main Street, Suite 200
                                   Pensacola, Florida  32563
                                   (850) 202-1010
                                   (850) 916-7449 (fax)
                                   E-mail:  rbaggett@awkolaw.com

                                   /s/ Thomas P. Cartmell
                                   THOMAS P. CARTMELL
                                   Wagstaff & Cartmell LLP
                                   4740 Grand Avenue, Suite 300
                                   Kansas City, MO 64112
                                   816-701-1102
                                   Fax 816-531-2372
                                   tcartmell@wcllp.com

# EXHIBIT A

| Williamson, Tabitha | 2:12-cv-02642 |
| --- | --- |
| Krauser, Debra | 2:12-cv-03140 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com