# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D. APPLIES

1. *Kathy Rogillo Birt, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02251 (TVT)

2. *Stephanie Booher, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03076 (TVT)

3. *Joann Bradley v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03162 (Gynemesh PS)

4. *Susan Clones v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02799 (TVT)

5. *Judy Damron, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03079 (TVT)

6. *Katherine Didomizio v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02436 (Gynemesh PS)

7. *Kandy Dotson, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-02633 (TVT)

8. *Brenda Gullett, et al. v. Ethiicon, Inc., et al.*, Civil Action No. 2:12-cv-02027 (TVT)

9. *Gayle King v. Ethicon, Inc.*, et al., Civil Action No. 2:12-cv-02606 (Prolift Total)

10. *Donna Matthews, et al. v. Ethicon, Inc., et al.*, Civil Action No. , 2:12-cv-02478 (TVT Secur*)

11. *Donna Moosman, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02805 (TVT)

12. *Michellyn Murphy, et al. v. Ethicon Inc., et al.*, Civil Action No. 2:12-cv-02600 (Prolift Anterior, Prolift Posterior, Surgisis,* TVT Obturator*)

13. *Ronda Reed v. Ethicon Inc., et al.*, Civil Action No. 2:12-cv-03082 (TVT Obturator*)

14. *Nancy Rivers, et al. v. Ethicon Inc.*, et al., Civil Action No. 2:12-cv-02602 (Prolift+M,* TVT Secur*)

15. *Victoria Soltanshahi v. Ethicon Inc.*, et al., Civil Action No. 2:12-cv-02688 (TVT)

16. *Kathleen Toennies, et al. v. Ethicon Inc., et al.*, Civil Action No. 2:12-cv-02687 (TVT Obturator*)

17. *Tammy Webb-Henson v. Ethicon Inc., et al.*, Civil Action No. 2:12-cv-03123 (TVT Obturator*)

2

18. *Catherine Young, et al. v. Ethicon Inc., et al.*, Civil Action No. 2:12-cv-03083 (TVT Secur\*)

\* Dr. Veronikis offers no general-causation opinions on TVT Secur, TVT Obturator, Prolift+M, and Surgisis, and therefore the general-causation opinions he offers here do not apply to cases involving those products (Matthews, Murphy, Reed, Rivers, Toennies, Webb-Henson, Young) to the extent harm is alleged as being caused by these products.