Dionysios K. Veronikis, M.D.

```
 1           UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
 2                  AT CHARLESTON
 3   IN RE: ETHICON, INC,      ) MASTER FILE
     REPAIR SYSTEM PRODUCTS,   ) NO. 2:12-MD-02327
 4   LIABILITY LITIGATION      )
     _____   ) MDL NO. 2327
 5   THIS DOCUMENT RELATES TO  )
     THE FOLLOWING CASES IN    ) JOSEPH R. GOODWIN
 6   wave 1 of 200:            ) US DISTRICT JUDGE
     MARIE BANKS, ET AL. V.    )
 7   ETHICON, INC., ET AL      )
     NO. 2:12-CV-01318         )
 8                             )
     ROBIN BRIDGES V.          )
 9   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-00651         )
10                             ) APRIL 30, 2016
     DENNIS W. DIXON, ET AL.   )
11   V. ETHICON, INC., ET AL.  )
     NO. 2:12-CV-01081         )
12                             ) VIDEOTAPED DEPOSITION OF
     PAULA FISK V.             ) DIONYSIOS K. VERONIKIS, M.D.
13   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-00848         )
14                             )
     SHERRY FOX, ET AL. V.     )
15   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-00878         )
16                             )
     LOUISE GRABOWSKI V.       )
17   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-00683         )
18                             )
     NANCY HOOPER, ET AL. V.   )
19   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-00493         )
20                             )
     WILMA JOHNSON V.          )
21   ETHICON, INC., ET AL.     )
     NO. 2:11-CV-00809         )
22                             )
     LAURA WAYNICK, ET AL. V.  )
23   ETHICON, INC., ET AL.     )
     NO. 2:12-CV-01151         )
24
```

Dionysios K. Veronikis, M.D.

Page 2

1 VIRGINIA WHITE, ET AL. V.)
  ETHICON, INC., ET AL.   )
2 NO. 2:12-CV-00958       )
                          )
3 JULIE WROBLE, ET AL. V. )
  ETHICON, INC., ET AL.   )
4 NO. 2:12-CV-00883       )
5
          SATURDAY, APRIL 30, 2016
6
             − − −
7
8        Videotaped deposition of Dionysios
9 K. Veronikis, M.D., held at the Hilton St.
10 Louis – Frontenac, 1335 South Lindbergh
11 Boulevard, Frontenac, Missouri, commencing at
12 8:55 a.m., on the above date, before Carrie
13 A. Campbell, Registered Merit Reporter,
14 Certified Realtime Reporter, Illinois,
15 California and Texas Certified Shorthand
16 Reporter, and Missouri Certified Court
17 Reporter.
18           − − −
19
20
21
22
23
24

Page 4

1        A P P E A R A N C E S :
2
3   BLASINGAME BURCH GARRARD ASHLEY, PC
    BY:  JAMES B. MATTHEWS, ESQUIRE
       jbm@bbgbalaw.com
4   440 College Avenue
    Athens, Georgia 30601
5   (706) 354-4000
6
7   AYLSTOCK, WITKIN, KREIS & OVERHOLTZ,
    PLLC
    BY:  MARY LIU, ESQUIRE
8      mliu@awkolaw.com
    17 East Main Street, Suite 200
9   Pensacola, Florida 32502
    (850) 202-1010
10  Counsel for Plaintiffs
11
    BRYAN CAVE, LLP
12  BY:  DAN H. BALL, ESQUIRE
       dhball@bryancave.com
13     JAMES P. EMANUEL, JR., ESQUIRE
       James.Emanuel@bryancave.com
14  211 North Broadway, Suite 3600
    St. Louis, Missouri  63102
15  (314) 259-2000
    Counsel for Defendants
16
17  ALSO PRESENT VIA TELEPHONE:
18     Mark Mueller, Mueller Law Office
           − − −
19
20
21
22
23
24

Page 3

1              INDEX
2                    PAGE
3 APPEARANCES.................................  4
4 EXAMINATIONS
5   BY MR. BALL.............................  5
6   BY MR. MATTHEWS.......................... 293
7   BY MR. BALL.............................. 295
8
9              EXHIBITS
10 No.  Description                Page
11 1   Notice of deposition           5
12 2   Rule 26 Expert Report of Dr.     13
       Dionysios K. Veronikis TVT
13
     3   Rule 26 Expert Report of Dr.    13
14      Dionysios K. Veronikis Gynecare PS
15 4   Thumb nail drive of documents    7
16 5   CD of documents                7
17
18 CERTIFICATE................................ 296
   ERRATA.................................... 298
19 ACKNOWLEDGMENT OF DEPONENT................. 299
   LAWYER'S NOTES............................ 300
20
21
22
23
24

Page 5

1        DIONYSIOS K. VERONIKIS, M.D.,
2 of lawful age, having been first duly sworn
3 to tell the truth, the whole truth and
4 nothing but the truth, deposes and says on
5 behalf of the Defendants, as follows:
6
7        DIRECT EXAMINATION
8 QUESTIONS BY MR. BALL:
9    Q.    Would you tell us your name,
10 please?
11    A.    Dionysios Veronikis,
12 D-i-o-n-y-s-i-o-s, V-e-r-o-n-i-k-i-s.
13    Q.    Dr. Veronikis, my name is Dan
14 Ball, and I represent Ethicon.  And I'm going
15 to be asking you some questions about the two
16 reports you've submitted in the federal court
17 litigation involving TVT® and involving
18 Gynemesh® PS.
19        You understand that?
20    A.    Yes.
21        (Veronikis Exhibit 1 marked for
22    identification.)
23 QUESTIONS BY MR. BALL:
24    Q.    So the first thing I'm going to

Dionysios K. Veronikis, M.D.

Page 6

1  do is mark as Exhibit 1 to your deposition
2  and ask you to just briefly take a look at
3  that.
4      A.    Yes.
5      Q.    Exhibit 1 is the notice to take
6  this deposition, right?
7      A.    Yes.
8      Q.    And have you seen this before?
9      A.    Yes, sir.  It was e-mailed to
10  me by Mr. Matthews.
11      Q.    And there's an attachment to
12  that asking you to bring various things to
13  the deposition.
14          Did you get a chance to look at
15  that.
16      A.    I did, and I spoke with
17  Mr. Matthews, and he said he would bring
18  everything.
19      Q.    Now, so do you have anything, I
20  guess, Mr. Matthews to produce with respect
21  to the depo notice?
22      MR. MATTHEWS:  You want to --
23  well, those boxes there contain the
24  documents that are referenced as

Page 7

1  footnotes in his reports in both of
2  them.  This thumb drive contains
3  everything that he was sent and
4  reviewed.
5      MR. BALL:  Okay.
6      MR. MATTHEWS:  There's -- if
7  you don't want to take the boxes or
8  mark them as exhibits, there's a --
9  everything in those boxes is on a CD
10  that I also brought with me.
11      MR. BALL:  So I think what I'll
12  do is mark the thumb drive and the --
13  or I don't even need to mark them.  We
14  can just -- yeah, I'll mark them.
15  Mark them and that is the two CDs, I
16  think it would be the most convenient
17  way.
18      (Veronikis Exhibits 4 and 5
19  marked for identification.)
20      MR. BALL:  Exhibit 4 is a thumb
21  drive which is?
22      MR. MATTHEWS:  All of his
23  reference materials.
24      MR. BALL:  And Exhibit 5 is a

Page 8

1  CD which is?
2      MR. MATTHEWS:  His reports for
3  each product and the footnotes for
4  each product.  The documents that
5  reference -- that are referenced in
6  the footnotes.
7      MR. BALL:  Great.  Thank you
8  for that.
9  QUESTIONS BY MR. BALL:
10      Q.    Now, have you charged for your
11  services in this case?
12      A.    Not yet.
13      Q.    Okay.  Do you intend to?
14      A.    Yes.
15      Q.    Okay.  And what will be the
16  basis for your charges?
17          How will those be calculated?
18      A.    It's an hourly rate.
19      Q.    And what is that?
20      A.    It's a thousand dollars an
21  hour.
22      Q.    And do you have an estimate as
23  to how many hours you spent coming into the
24  start of this deposition?

Page 9

1      A.    Could you -- just for
2  preparation of this deposition?
3      Q.    Yeah, that's fair.  I'm going
4  to ask a series of them so we'll start off.
5          First of all, to prepare the
6  two reports that we're going to be talking
7  about here today?
8      A.    So it's about 50 hours.
9      Q.    And any other work you've done
10  in preparation for this deposition?
11      A.    I reviewed everything that they
12  had sent me, and it was a ton of stuff.
13      Q.    And about how many hours was
14  that?
15      A.    300.  350.  I didn't add up the
16  numbers just yet.
17      Q.    Okay.  So in connection with
18  this deposition and these reports, you would
19  estimate that you've spent in the
20  neighborhood of 350 to 400 hours?
21      A.    Yes.
22      Q.    And what is your charge for
23  deposition?
24      A.    It's 6,000 for half a day,

Dionysios K. Veronikis, M.D.

1   10,000 for entire day.
2       Q.    How about two-thirds of a day,
3   what is that?
4           Is it done on some hourly basis
5   or --
6       A.    If it's an hour and a half or
7   two hours sometimes, I'll, just to be fair,
8   that's what it is.  If it takes a half day or
9   a full day, I try to be fair and consistent.
10      Q.    And is that what your charge
11  would be if you ever appeared for trial would
12  be $10,000 a day?
13      A.    Yes.
14      Q.    Does that include -- if you had
15  to travel to West Virginia, would it be
16  $10,000 the day you travel over there?
17      A.    It would be traveling expenses
18  and my day there.
19      Q.    So let's say you were going to
20  testify on a Tuesday and you went over on a
21  Monday, would it be $10,000 for Monday and
22  10,000 for Tuesday?
23      A.    No.
24      Q.    What would the Monday be?

1       A.    My travel expenses.
2       Q.    Okay.  You wouldn't charge for
3   your time in traveling?
4       A.    No.
5       Q.    Okay.  Now, you also served as
6   an expert witness on individual cases?
7       A.    Yes.
8       Q.    How many of those involving
9   Ethicon?
10      A.    In the patients I examined for
11  everyone who sent or just Mr. Matthews?
12      Q.    Everyone.
13      A.    Maybe ten.
14      Q.    Ten patients?
15      A.    Yes.
16      Q.    Okay.  And do you have an
17  estimate as to what your average billings
18  were per case on each one of those?
19      A.    It depends on the number of
20  records and the time.  It varies from 7,
21  8,000, depending on the records, to 12, 14.
22      Q.    So 10 to 12 would be a good
23  estimate on average?
24      A.    Yes.

1           Now, on this notice --
2       Q.    Yeah.
3       A.    -- there's only one patient
4   that I've seen from this notice.
5       Q.    And I wasn't just limiting to
6   that notice.
7       A.    Okay.
8       Q.    I was saying in general you've
9   seen about ten patients, Ethicon litigation
10  patients?
11      A.    Yes.
12      Q.    And they've been about 10 or
13  $12,000 per patient to do an examination and
14  a report?
15      A.    Yes.
16      Q.    And review the records?
17      A.    Yes.
18      Q.    And then in those cases, you
19  either have or in the process of giving
20  depositions on those?
21      A.    I've been deposed on one
22  patient.
23      Q.    Okay.  And that's a $6,000 per
24  half day charge for that?

1       A.    That was only two hours so I'll
2   probably just submit for two hours.  I think
3   the Attorney Emanuel was there for that.
4       Q.    So that would be a couple
5   thousand dollars?
6       A.    Right.
7       Q.    Okay.  Now, aside from the two
8   reports that we're going to talk about here
9   today and the ten patients that you've seen
10  approximately, have you done any other work
11  related to litigation involving Ethicon?
12      A.    No.
13      Q.    Okay.  Now, have you been
14  retained by a plaintiff to testify in cases
15  against any other mesh manufacturers?
16      A.    No.
17      Q.    Have you ever been engaged to
18  testify by a mesh manufacturer or serve as an
19  expert by a mesh manufacturer?
20      A.    No.
21          (Veronikis Exhibits 2 and 3
22          marked for identification.)
23  QUESTIONS BY MR. BALL:
24      Q.    Exhibit 2 is a copy of the

Dionysios K. Veronikis, M.D.

Page 14

1 report and materials that accompany the
2 report relating to TVT® in this litigation;
3 is that right?
4     A.    Yes.
5     Q.    And Exhibit 3 is a copy of the
6 report and materials that accompanied the
7 report in this litigation related to
8 Gynemesh® PS; is that right?
9     A.    Yes.
10     Q.    Now, pursuant to the court
11 rules, do Exhibits 2 and 3 contain all of
12 your opinions and bases for those opinions
13 that you intend to express in this
14 litigation?
15     A.    Up to this point, yes.
16         MR. MATTHEWS:  So we're on the
17 same page, some people have been doing
18 depositions when the deponent has
19 given two reports by doing the
20 deposition on one report and then a
21 separate deposition on the second
22 report.  Some people have just taken
23 five hours to do kind of a
24 combination.

Page 15

1         MR. BALL:  I thought it was
2 six.
3         MR. MATTHEWS:  It's five on the
4 first, two on the second.
5         MS. LIU:  Three on the first.
6         MR. MATTHEWS:  I mean, three on
7 the first, two on the second.
8         MR. BALL:  I was told three and
9 three because there's two -- calm
10 down.
11         MR. MATTHEWS:  It's three and
12 two.  And I don't care if you do five
13 hours and combine them.
14         MR. BALL:  I'm going to do five
15 hours and combine them because I'm not
16 good enough to draw that line so
17 precisely.
18         MR. MATTHEWS:  Fine with me.
19         MR. BALL:  Having said that, I
20 will try to kind of go through mostly
21 TVT® stuff and then mostly Gynemesh®
22 PS stuff.
23         MR. MATTHEWS:  Doesn't matter
24 as long as I know what game we're

Page 16

1 playing.
2         MR. BALL:  James, can you just
3 send the few people, whoever you
4 wish -- and I'm not questioning, I'm
5 just saying I got different
6 information -- and I just want to see
7 what they said and see --
8         MR. MATTHEWS:  It was an
9 agreement between Tom Cartmell and
10 Brian Aylstock and Dave Thomas.  And
11 that's the way every deposition has
12 been done so far.
13         MR. BALL:  I'm not disputing.
14 I just want to --
15         MR. MATTHEWS:  I understand.
16 That's fine.
17         MR. BALL:  -- trust and verify.
18         MR. MATTHEWS:  I'm just trying
19 to get out of here earlier.
20 QUESTIONS BY MR. BALL:
21     Q.    All right.  Now, what I would
22 like to do, first of all, is talk about what
23 your practice is and has been the last
24 several years.

Page 17

1         All right?
2     A.    Sure.
3     Q.    Do you perform surgery for
4 stress urinary incontinence?
5     A.    Yes, sir.
6     Q.    Okay.  SUI?
7     A.    Yes.
8     Q.    Okay.  Do you perform surgery
9 for prolapse?
10     A.    Yes.
11     Q.    Anterior, posterior, apical?
12     A.    Yes.
13     Q.    And of those two types of
14 surgeries, which do you do more?
15     A.    It's hard to say.  You get
16 patients that present with predominantly
17 prolapse symptoms and when you reduce that
18 prolapse, they also have incontinence.  You
19 have other patients that present with a
20 primary complaint of incontinence, you
21 examine them and they have other defects.
22         So you end up doing a lot.  It
23 might be fair to say, I don't know, 50/50.
24     Q.    Okay.  Do you also do surgery

Dionysios K. Veronikis, M.D.

Page 18

1 to deal with issues related to mesh products
2 that have already been implanted?
3     A.    Unfortunately.
4     Q.    Okay.  How does that fall --
5 which is more common, that surgery or the
6 original surgeries that you do for prolapse
7 or SUI?
8     A.    So I've limited the patients
9 that I see with mesh complications and I try
10 to balance that between 50 percent mesh
11 complications and 50 percent primary
12 patients.
13     Q.    Has that been the case for the
14 past several years, or have the percentages
15 differed?
16     A.    I've actually dialed it down a
17 little bit.
18     Q.    Dialed what down?
19     A.    The number of patients that I
20 will see with mesh complications.
21     Q.    Okay.  What did it use to be
22 percentagewise?
23     A.    Oh, at one point it was 60,
24 70 percent, and I'm in a training program and

Page 19

1 by doing more of the complicated mesh
2 removals, the residents in training weren't
3 getting enough of the educational-type of
4 procedures that they need to participate in.
5 It created some grief so I dialed it back a
6 little bit.
7     Q.    And how long ago was it that it
8 was 60 to 70 percent?
9     A.    18 months ago.
10     Q.    So what is the -- what does
11 that work out to annually if it's 50 percent,
12 let's say, how many mesh complication
13 surgeries per year?
14     A.    So in 2015, I removed 296
15 implants.  I did a total of 605 surgeries.
16     Q.    Very precise.
17         The mesh implants that you
18 removed, let's use last year, how many of
19 those were for SUI as opposed to for
20 prolapse?
21     A.    I have that number, but I don't
22 have it off the top of my head.  I looked at
23 some different numbers in preparation for
24 this, but I would say that the vast majority

Page 20

1 are for SUI.
2     Q.    Vast majority of the removals?
3     A.    Yes.
4     Q.    Okay.  Now, one of the products
5 that we're going to be talking about here
6 today is a TVT® device, true?
7     A.    Yes.
8     Q.    Made by Ethicon, true?
9     A.    Yes.
10     Q.    And have you ever implanted a
11 TVT®?
12     A.    I think I did it once or twice.
13     Q.    Okay.  When?
14     A.    When it first came out.
15     Q.    Do you have a specific
16 recollection of that or not?
17     A.    I have a specific recollection
18 because Hattie Loggie, who was the local rep,
19 was very interested in obtaining my business
20 since I do a large volume and that would be
21 good for her.
22         I know there were discussions
23 after that they kept trying to get me to use
24 it, but I was not happy with the approach to

Page 21

1 implant the product or the product itself.
2 So I kind of got pressured to try one because
3 they said try one, and then I tried a second
4 one, and I didn't do anymore.
5     Q.    And when was that?
6     A.    Early when it first came out,
7 very early.  Ballpark, 2000 to 2003.
8     Q.    That time period?
9     A.    Yes, sir.
10     Q.    What was it about the
11 approach -- you said the approach and the
12 product, I think that's the word you used?
13     A.    Yes.
14     Q.    What was it about that --
15     A.    Well --
16     Q.    -- that you were dissatisfied
17 with?
18     A.    Yes.  I was very used to doing
19 synthetic slings, and being trained as a
20 vaginal surgeon, I had ideas of what a safe,
21 effective surgery should be.  When I looked
22 at the IFU and the videos for performing the
23 surgery, it was apparent that the way that
24 they wanted me to do it wasn't, in my

Dionysios K. Veronikis, M.D.

Page 22

1  opinion, safe.
2       In the ones I did perform, I
3  did not follow Ethicon's recommendations.  I
4  did what I normally do for slings and used
5  their product.
6       Q.    What was it about the procedure
7  that you considered to be unsafe?
8       A.    The procedure was supposed to
9  start with a 1.5 centimeter incision, 1
10  centimeter from the urethra medias.  That
11  area of the anatomy immunologically develops
12  from the sinovaginal bulbs, and it's fused so
13  you can't really gauge the depth of
14  dissection accurately.  And it's a
15  curvilinear structure.  It's a tube.  So you
16  really need to separate that structure much
17  more precisely.
18       So the way that the
19  instructions were was to make an incision and
20  then make a half-centimeter blunt dissection,
21  and at the time they had the 5-millimeter
22  trocar, and you're trying to take a round
23  structure, a trocar, and compress it between
24  the flap that you created and then they had

Page 23

1  the device inside, the guide wire, which
2  really doesn't do anything if you really
3  think about it -- but I don't want to get
4  ahead of myself.
5       So like a 5-millimeter
6  trocar, supposed to make a 5-millimeter
7  incision and tunnel it a little bit.  I had
8  read Ulmsten's original report and in his
9  original report you were supposed -- he said
10  make .5 to 1 centimeter.  So the difficulty I
11  had was with the pressure that was required
12  to pass the trocar, the snug fit between the
13  vaginal wall and the urethra, which was a
14  tubular structure, not moving the lateral
15  bladder side wall.  The guide wire would be
16  like taking a pen and putting it into a water
17  bottle; it's not going to move the sides in.
18  And the safety aspects of doing a sling is to
19  move the paravaginal retropubic space and
20  open that up and move the bladder medially so
21  when you pass that trocar, you're literally
22  passing it through an open space.
23       The technique that was
24  described and asked me to do I thought it was

Page 24

1  unsafe.  It yielded a high risk of a bladder
2  puncture and injury.  So I didn't follow
3  those.
4       Q.    Did you use the -- the
5  procedure you did use, did you use the trocar
6  that came with the sling?
7       A.    I used the trocar, but I didn't
8  use the handle.
9       Q.    Okay.  And just briefly how did
10  your approach differ from what was
11  recommended in the IFU?
12       A.    Sure.
13       So I started my incision about
14  the midanterior vaginal wall.  I identified
15  the vesicovaginal space.  What that had me do
16  is it identified the blood supply and the
17  thickness of the vaginal wall.  I carry that
18  dissection all the way to the urethra medias.
19  I separated the vaginal wall from the
20  urethra.  I then pierced the urogenital
21  diaphragm, created a much larger than
22  1-centimeter opening.  I opened the
23  retropubic space.
24       I developed an instrument that

Page 25

1  allows me to get on the side of the bladder
2  between the obturator internus muscles and
3  the bladder sidewall and push that bladder
4  wall over.  Holding in that blunt retractor,
5  sort of like a trocar but it's blunt, so when
6  you push it, it won't poke a hole.  I was
7  able to move the bladder and all of the
8  structures to the posterior aspect of the
9  abdominal wall.  Then touching that blunt
10  retractor with a sharp trocar, the only thing
11  I pierced was the rectus muscles.  I did that
12  on both sides.
13       Q.    Which is what you wanted to
14  pierce?
15       A.    Yes.
16       Q.    Okay.  Now, the instrumentation
17  and the procedure that was in the IFU and
18  with the TVT® back 15 years or so ago when
19  you did this, is that the same -- has that
20  before changed?
21       Has Ethicon ever changed either
22  for the TVT®, either its instrument or its
23  recommended procedure?
24       A.    I'm going to ask a question.

Dionysios K. Veronikis, M.D.

Page 26

1    Q.    Sure.
2    A.    You're assuming we're talking
3 about retropubic slings?
4    Q.    Yes.  That's all your report
5 deals with.
6    A.    Yes, I didn't comment on TVT®
7 Exact, but they did --
8    Q.    But your report is only about
9 the TVT® retropubic sling?
10    A.    Yes, sir.
11    Q.    That's all I am talking about
12 here.  And if I ask about something else,
13 I'll --
14    A.    Okay.  They did change it and
15 call it TVT® Exact where they changed the
16 trocar a little bit and put a plastic sheath
17 on the end of the mesh, but the tenets of the
18 procedure pretty much stayed the same.
19    Q.    So the TVT® even through the
20 TVT® Exact, both the instrument and the
21 recommended technique have remained
22 essentially the same?
23    A.    They have.
24        And what it does is it takes a

Page 27

1 1-centimeter mesh and upon implantation, it
2 forces it to fold in that 5-millimeter
3 tunnel.
4    Q.    Do you have more criticism of
5 the TVT® with respect to the procedure and
6 the trocar instrumentation that's being used
7 or with respect to the mesh itself?
8    A.    I have criticisms of the entire
9 kit, and that kit consists of the delivery
10 system and the mesh.
11    Q.    I know that.
12        What I asked you is do you have
13 criticism more of one than the other, the
14 technique and the instrumentation on the one
15 hand versus the mesh?
16    A.    I have criticism of both.  I
17 don't know which one would be more because
18 they're sort of together.  You really can't
19 isolate the one from the other.
20    Q.    Now, what do you use
21 polypropylene slings today for SUI?
22    A.    I do.
23    Q.    Okay.  What product?
24    A.    I'm currently use Caldera.  I

Page 28

1 used to use BARD Uretex.
2    Q.    So Caldera is a company?
3    A.    Yes, sir.
4    Q.    Does it have a brand within
5 that company?
6    A.    I think the implant is called
7 Desara.
8    Q.    And how long have you been
9 using that?
10    A.    Since 2010.
11    Q.    Does that come with
12 instrumentation?
13    A.    Instrumentation is provided,
14 yes.
15    Q.    Do you use it?
16    A.    I do not.
17    Q.    And does it come with an IFU?
18    A.    It does.
19    Q.    Does the IFU give a recommended
20 technique?
21    A.    It does.
22    Q.    Do you follow that technique?
23    A.    I do not.
24    Q.    Why do you not use the

Page 29

1 instrumentation that comes with the Desara?
2    A.    It's not designed quite right.
3    Q.    Okay.  Do you believe it is, at
4 least to some degree, unsafe, use of that
5 instrumentation?
6    A.    I've never used it.
7    Q.    Okay.  And you don't use it
8 because you think it might be unsafe?
9    A.    I don't use it because I
10 designed my own trocar that allows me more
11 precision in how to handle it.
12        The TVT® trocar had a handle on
13 it.  I didn't use the handle, but at least
14 that handle was detachable.  The Desara
15 handles have a nondetachable handle.  It
16 gives you too much torque.  So I developed a
17 trocar that does -- that limits how much
18 torque you apply.  Makes it safer.
19    Q.    Is that your own special --
20 does it have a name?
21    A.    No.
22    Q.    Okay.  Is it commercially
23 available?
24    A.    It can be but, no.

Dionysios K. Veronikis, M.D.

Page 30

1    Q.    What do you mean?
2    A.    Well, if someone wanted it, I
3 would make one for them.
4    Q.    But you're not trying to
5 commercially develop them?
6    A.    Oh, no.  No.
7    Q.    Why don't you use the Desara
8 technique?
9    A.    All of the techniques are
10 pretty much the same for all the slings.
11 They all want you to do it kind of the same
12 way.
13    Q.    The way you described on the
14 TVT®?
15    A.    Yes, sir.
16    Q.    Okay.  And for the reasons
17 you've described, you don't find that
18 acceptable and you use the technique that you
19 described earlier?
20    A.    Yes.
21         Furthermore, the Desara product
22 doesn't have a tubular attachment to it so it
23 allows me to tailor the surgery to my own
24 preferences as opposed to being confined.

Page 31

1         It's not as easy to do that
2 with some of the other slings.
3    Q.    Including the TVT®?
4    A.    Yes.
5    Q.    You said you used a BARD
6 product before the Desara?
7    A.    Yes.
8    Q.    And what was the name of that?
9    A.    Uretex.
10    Q.    And did that have an
11 instrumentation to be used?
12    A.    It did.
13    Q.    Did you use it?
14    A.    I did.
15    Q.    Okay.  Did you think it was
16 good?
17    A.    It was good.
18    Q.    Okay.  Why did you change from
19 Uretex to Desara?
20    A.    The company got sold.  I
21 couldn't get it anymore.
22    Q.    And in terms of technique, was
23 the technique recommended with the Uretex
24 about the same as the TVT® and the Desara?

Page 32

1    A.    Yes.
2    Q.    And you did not use that
3 technique?
4    A.    I did not.
5    Q.    Okay.  What was it about the
6 Uretex instrument that made it acceptable to
7 use and so you didn't use your own?
8    A.    It allowed me to pass the
9 trocar without the sling.  So I was able to
10 create my exposure, dissect the vaginal wall,
11 open it the way I like, dissect the
12 retropubic space, pass the trocar, leave --
13 at that point it was a little plastic tube --
14 leave a little blue tube in position, remove
15 the trocar, do the other side, not bring the
16 sling into the field at all because it is
17 sort of a contaminated area.
18         So it allowed me to not bring
19 the mesh on to the field until I was ready to
20 implant it.  Because if you have a bladder
21 puncture, you had bleeding, the patient was
22 stooling on the table, you know, you had
23 complete control of it, which is what I'm
24 able to do with Desara, which is what I did

Page 33

1 for my first sling.
2         So the slings I have used have
3 been an Ethicon Mersilene from '94 to 2003 --
4    Q.    Did you think that was a safe
5 product?
6    A.    I did at the time.
7    Q.    Do you today?
8    A.    Its properties as an implant
9 are questionable.  It deteriorates.
10    Q.    But --
11    A.    So from then, the reason I
12 changed was I wanted a less invasive sling.
13         When you used a completely
14 home-crafted sling, you made incisions that
15 were 5 centimeters on the each side.  Almost
16 looked like an hernia repair, more invasive,
17 took more OR time.
18    Q.    That was the Mersilene?
19    A.    That was the Mersilene.
20         But it worked fine.  Had a very
21 high success rate.  Steve Young did a paper
22 on it with good outcomes, few complications,
23 and then the trend was to do less invasive
24 surgery.  Data came out that polyethylene

Dionysios K. Veronikis, M.D.

Page 34

1 terephthalate, which is what Mersilene was,
2 may be degrading a little bit. I certainly
3 didn't want that.
4         It was touted that
5 polypropylene was the next great material.
6 It was less invasive, and I developed a
7 technique that was very similar to the
8 Mersilene placement, which I was very
9 comfortable with, which I knew what the
10 outcomes were, and went to Uretex.
11    Q.    Okay. So '94 to 2000 was
12 Mersilene, and then 2000 to 2010 was Uretex,
13 or did I miss anything in between?
14    A.    Close.
15         So '94 to about 2003.
16    Q.    Okay. Was Mersilene?
17    A.    Mersilene.
18         I also didn't like the TVT®. I
19 was kind of spoiled. When I handled the
20 Mersilene, it didn't fray, it didn't fall
21 apart. I could manipulate the edges. I
22 could suture the edges. There was things
23 that I could do to it that I still do
24 surgically that I could not do with the TVT®.

Page 35

1         One of the things with
2 Mersilene is that it has a bias. So the
3 first thing I did, knowing that, and I didn't
4 know any better, was I pulled on the TVT® and
5 it frayed.
6    Q.    Is Mersilene still sold for
7 sling repairs?
8    A.    It was never really sold for
9 sling repairs. It was sold as a product that
10 you used as a surgeon as you saw fit.
11    Q.    Okay. Did you have to cut it
12 for a particular surgery?
13    A.    Yes.
14    Q.    Okay. Did it come with its own
15 instruments?
16    A.    It did not.
17    Q.    Okay. So just so I've got the
18 timeline.
19         '94 to 2003, the Mersilene
20 product from Ethicon?
21    A.    Yes.
22    Q.    Which was called what, just
23 called Mersilene?
24    A.    Yeah, just -- well, there's two

Page 36

1 Mersilenes to clarify. There's Mersilene
2 mesh, which comes in a sheet which is about
3 10 inches by 10 inches, and there's Mersilene
4 ribbon, which is used for cerclage, which is
5 actually one of the first uses of a sling was
6 by Tiffany Williams and TeLinde in '62. It
7 was a very similar TVT®, small needles, and
8 they used it for cerclage --
9    Q.    Which did you use?
10    A.    The Mersilene mesh.
11    Q.    The sheet?
12    A.    Yes, sir. And I would cut it,
13 like you said.
14    Q.    Okay. And then from '03 to
15 '10, you used the BARD Uretex until it wasn't
16 sold anymore, and then from '10 forward the
17 Desara?
18    A.    Yes.
19    Q.    Now, do you know or have any
20 opinion today as to -- what else is out
21 there?
22         There's the TVT®?
23    A.    Yes.
24    Q.    And the various iterations of

Page 37

1 the TVT®?
2    A.    Yes.
3    Q.    And then there's Desara?
4    A.    That's Desara.
5    Q.    What else?
6    A.    There's Advantage and Advantage
7 Fit by Boston Scientific.
8    Q.    Okay.
9    A.    There was a line by BARD.
10 There is the Supris by Coloplast. And I'm
11 not sure if I'm missing anyone.
12    Q.    Have you used any of those
13 other ones that you just mentioned, the
14 Coloplast, the BARD Align or the Boston
15 Scientific one?
16    A.    I used the Align when --
17 because BARD was the import of Sofradim from
18 France.
19         When they were no longer able
20 to get it, they said they were coming out
21 with a sling. I tried it. I did not like
22 the characteristics. I confirmed that sling
23 was -- didn't have the same characteristics
24 as the Uretex. When I would operate at a

Dionysios K. Veronikis, M.D.

Page 38

1 certain hospital, the only product they had
2 was Boston Scientific so they would not get
3 me the Desara.  So on a few cases I had to
4 use the Boston Scientific product.
5     Q.    What hospital was that?
6     A.    St. Anthony's.
7     Q.    Okay.
8     A.    I stopped going there because
9 of that.
10    Q.    Okay.  Did you think that was
11 an acceptable product or not?
12    A.    Very heavy.  It had the same
13 limitations as the TVT® Exact.  It's a flat,
14 1-centimeter piece of mesh rolled and
15 attached to almost like a straw where you put
16 the trocar through there.
17        Again, I didn't follow the
18 manufacturer's instructions.
19    Q.    All right.  Now, of those that
20 have been on the market the last several
21 years, do you have any opinion or impression
22 as to which has been most commonly used by
23 surgeons for SUI?
24    A.    I don't.

Page 39

1     Q.    So you don't know which one is
2 the biggest seller, so to speak?
3     A.    No, but I see how many of each
4 I remove, and it's -- the TVT® is maybe a
5 little bit higher because the brand name was
6 really smart marketing, TVT®.  It was the
7 first on the market so it had a large market
8 share.  So probably the TVT® is a little more
9 popular maybe.
10    Q.    Have you ever had to remove a
11 BARD -- I've already forgotten the name.
12    A.    Align.
13    Q.    No the one before that?
14    A.    Uretex?
15    Q.    Yes.
16        Have you ever had to remove a
17 BARD Uretex?
18    A.    Yes.
19    Q.    Several?
20    A.    Yes.
21    Q.    Have you ever had to remove a
22 Desara?
23    A.    I removed a Desara TOT.  I have
24 not removed the Desara retropubic.

Page 40

1     Q.    And have you ever had to remove
2 all or a portion of a sling implanted by you?
3     A.    I release slings for some
4 voiding difficulty.  I cut them in the
5 middle.
6     Q.    Have you ever had to remove a
7 sling or a portion of a sling?
8     A.    I've reviewed --
9     Q.    Implanted by you?
10    A.    Yes, I've removed a sling I've
11 implanted.
12    Q.    How many?
13    A.    To my knowledge, one.
14        Now, that was a lady that had a
15 previous TVT®, had a failure.  I got a sling,
16 a second sling, and was still having
17 incontinence.  So what I did is I removed
18 both the TVT® and my sling to start over.
19    Q.    Is it your testimony that the
20 TVT® procedure kit, product, is so unsafe
21 that it never should be on the market?
22    A.    I think the risks far outweigh
23 the benefits.
24    Q.    So it never should have been

Page 41

1 sold?
2     A.    No.
3     Q.    You agree with that?
4     A.    I agree with that.
5     Q.    Okay.  Do you know anybody else
6 in the world who agrees with that opinion
7 that the TVT® never should have been sold?
8     A.    I don't know a lot of people so
9 I'm really -- I really shouldn't -- can't
10 answer that.
11    Q.    Well, the answer is you don't
12 know anyone that shares that opinion, true?
13    A.    I think a more appropriate
14 answer is I don't really talk about this
15 stuff with other people too much about what
16 their preferences are.
17    Q.    Is there any piece of
18 literature or study, any piece of medical or
19 scientific literature that you can point to
20 that supports your opinion that the TVT®
21 risks so outweigh its benefits that it never
22 should have been on the market?
23    A.    It says that exact statement?
24    Q.    Or that supports that

Dionysios K. Veronikis, M.D.

Page 42

1 statement.
2    A.    I think there's papers that
3 state that there's degradation of the mesh
4 and there is a paper that says that the
5 complications are not what's really reported
6 in the literature.  So some of the
7 complications that were seen are skewed in a
8 very specific way.
9    Q.    Okay.  Which paper is that?
10    A.    I think her name was Anger.
11    Q.    And what's the paper that says
12 there's degradation?
13    A.    That would be Clavé.
14    Q.    Was that in vivo degradation
15 that was reported by Clavé?
16    A.    Yes.
17    Q.    So back to my original question
18 because that wasn't quite -- I appreciate
19 that information, but that wasn't quite the
20 answer.
21         Is there any paper you can
22 point to that you believe reaches the
23 conclusion -- I'll change it a little bit --
24 that reaches the conclusion that the risks of

Page 43

1 TVT® outweigh the benefits so that it never
2 should have been sold?
3    A.    I don't think that a lot of
4 surgeons have the viewpoint that I have
5 because they're not seeing these women with
6 all these complications.  Even I have not
7 reported all my complications.  Not my
8 complications, the patients that present.
9         So until that paper is written,
10 I don't think that there's anyone that's
11 going to support that view just yet.
12    Q.    So the answer to my question is
13 you're not able to point to any study or any
14 literature or any paper that expresses the
15 opinion that you have that the risks of TVT®
16 outweigh the benefits so that it never should
17 have been sold?
18    A.    No paper that I know of.
19    Q.    Now, how many TVT®s have you
20 removed?
21    A.    I can tell you what it was in
22 2015.  34 retropubic.
23    Q.    Okay.  Do you have any estimate
24 as to how many you've removed in your career?

Page 44

1    A.    Several hundred.
2    Q.    Okay.  Which has been studied
3 more long term, the TVT® or the Desara sling?
4    A.    TVT®.
5    Q.    Are you familiar with the
6 Nilsson 17-year study on the TVT®?
7    A.    I think I am.
8    Q.    Okay.  Is that referenced in
9 your report anywhere on TVT®?
10    A.    I don't think so.
11    Q.    You're aware of a -- it's a
12 17 -- it's a study that followed women for up
13 to 17 years with the TVT® and reported
14 results.
15         You know which study I'm
16 talking about or not?
17    A.    I do.
18    Q.    Okay.
19    A.    I think there was two of them.
20 I was hesitating for a second because I think
21 there's a 2008 paper and there's one that
22 came a few years after that.  I think you're
23 referring to the 2017 paper -- or is it 2017
24 paper -- no, 17 years.

Page 45

1    Q.    We're not into 2017 so it can't
2 be a 2017 paper.
3    A.    No, I do recall reading the
4 paper.
5    Q.    Can you tell me why that paper
6 is not referenced in your report?
7         Let me back up.  Let me
8 withdraw the question and ask this.
9         In your report, Exhibit 2,
10 about the TVT®, did you attempt to get a fair
11 and balanced assessment of the issues related
12 to the TVT®?
13    A.    I did.
14    Q.    Okay.  Did you in the report
15 reference any literature that would be
16 contrary to your opinion that the risks of
17 the TVT® outweigh the benefits?
18         Did you reference any papers
19 like that in your report?
20    A.    I did.
21    Q.    Okay.  And did you reference
22 all of the papers in your report that would
23 be contrary to that opinion?
24         MR. MATTHEWS:  Well, I

Dionysios K. Veronikis, M.D.

Page 46

1  didn't -- object to the form of the
2  question.
3       THE WITNESS:  There are so many
4  papers on TVT®, it's not possible to
5  reference all the papers.
6  QUESTIONS BY MR. BALL:
7    Q.   Okay.  Why did you not
8  reference the Nilsson 17-year study paper?
9    A.   I have a little problem with
10 that paper.  That paper started with 90
11 patients, if I remember the one that's
12 correct, and by the time they followed those
13 patients, half -- they only followed half,
14 which was 45 patients.  That's not an
15 adequate sample of a longitudinal study.
16   Q.   Which paper referenced in your
17 report do you believe does not support your
18 conclusion that the risks of TVT® outweigh
19 the benefits?
20   A.   That would be the Thomas study,
21 trial of midurethral sling.
22   Q.   What does it say?
23   A.   They compared retropubic sling
24 to TOT to see if they both kind of were

Page 47

1  equal.  Partially because there's so many
2  retropubic injuries and traumas from passage
3  of those trocars, which, in my opinion, is
4  related to the technique, and that report
5  shows that at one year it seems like both
6  slings are pretty equal.  That's a good
7  paper.
8       The problem with the paper is
9  it's only one year.  It really didn't look at
10 all the issues that occur years later.  Most
11 of these women that I'm seeing in my practice
12 aren't showing up a year after a sling.
13 They're showing up five, six, seven, eight,
14 nine years later, and some of these problems
15 have persisted for years.
16   Q.   The Thomas paper did not
17 address the risk versus benefits of just the
18 TVT®, did it?
19      It was a comparison between the
20 TVT® and the TVT-O?
21   A.   TVT®, TVT-O and Monarc.
22   Q.   Is there anywhere in Exhibit 2
23 where you expressed criticism of the
24 technique or instrumentation with respect to

Page 48

1  the TVT®?
2    A.   There is.
3    Q.   Would you show me where that
4  is?
5    A.   Sure.
6       It's on page 9.  It starts on
7  page 9.
8       It says the force required to
9  implant the TVT® with the metal introducers
10 deforms the mesh and the mesh can also deform
11 after implantation.  The design of the TVT®
12 trocar, size, arc, handle with the TVT® mesh
13 is a design mismatch for the pelvis --
14   Q.   I understand.
15      I didn't get that one.  Now
16 with your explanation earlier, I understand
17 what you're saying there.
18   A.   Okay.
19   Q.   So I appreciate that.
20   A.   Okay.
21   Q.   Do you believe that most
22 doctors that -- well, strike that.
23      The TVT® has been used millions
24 of times in surgery over the years, true?

Page 49

1    A.   I don't -- I'm sure.  I don't
2  know the exact number.  I'll take your word
3  for it.
4    Q.   You wouldn't disagree with
5  that?
6    A.   No.
7    Q.   And the great majority of those
8  times that it has been used, it's been
9  successful?
10   A.   I don't know what the overall
11 success rate in those millions is.
12   Q.   The great majority of the time
13 that the TVT® has been used in surgery, it's
14 been used with the instrumentation and the
15 technique recommended by Ethicon, true?
16   A.   I don't know anyone else that's
17 using the technique that I'm using.
18   Q.   Okay.
19   A.   Except my partner.  I am sorry.
20   Q.   You don't know anyone else
21 that's using any different technique than
22 what's recommended by the --
23   A.   No.  As I mentioned earlier,
24 it's not something that I discuss with folks

Dionysios K. Veronikis, M.D.

Page 50

1 a lot.

2     Q.    Do you have an opinion as to
3 what the success rate is with the -- if done
4 by a surgeon using the technique and
5 instrumentation recommended by the
6 manufacturer, do you have an opinion as to
7 what the success rate is with the TVT®?

8     A.    I do.

9     Q.    Okay. What is that opinion?

10     A.    The original success rate by
11 Ulmsten was basically 85 percent cure. It
12 was sadly 11 percent improvement. But it's
13 85 percent cure, about 7 percent improvement,
14 about 7, 8 percent didn't have an
15 improvement. That was original data by
16 Ulmsten.

17     The data by the Thomas trial
18 was a little bit less.

19     Q.    So what is your opinion with
20 regard to the success rate of the TVT®, if
21 you have an opinion?

22     Based upon review of the
23 literature, your own knowledge, do you have
24 an opinion as to what the success rate is

Page 51

1 with the TVT®?

2     A.    So my --

3     MR. MATTHEWS: Hold on. Object
4 to the form because I don't know what
5 you mean by the definition of "success
6 rate."

7 QUESTIONS BY MR. BALL:

8     Q.    Okay. Go ahead.

9     A.    I read the papers, and I see
10 numbers from 40 to 90. So my opinion is
11 based on the success rate of those individual
12 groups of patients that are reported. I have
13 a very biased view because I see patients
14 that have failure with leaking. And if
15 you're only measuring the success rate, not
16 leaking, it's about what those papers report.

17     Q.    Okay. So let me make sure. So
18 your opinion would be that the success rate
19 with TVT® is approximately 85 percent cure
20 and about 7 percent improvement, and about 7
21 or 8 percent no improvement?

22     A.    That's right. For the
23 treatment of the leaking part.

24     Q.    Okay. I think that's going to

Page 52

1 lead to my next question.

2     Do you have an opinion -- see
3 if this was what you were getting ready to
4 add.

5     Do you have an opinion as to
6 the percentage of complications? Is that
7 what you're going to be talking about, or no?

8     A.    No.

9     Q.    What do you mean when you said
10 for the percentage of the leaking part?

11     A.    That's what 85 percent success
12 refers to, which is the testing they did
13 afterwards on pad testing and cough stress
14 test. That's how they measured the success.

15     Q.    So if it stopped completely,
16 that was a cure?

17     A.    Yes.

18     Q.    And if it improved it, that was
19 an improvement?

20     A.    Correct.

21     Q.    All right. I'm with you.

22     Now, new question, do you have
23 an opinion as to the complication rate -- and
24 by that I don't mean temporary, I mean

Page 53

1 long-term complication rate -- with TVT®?

2     A.    I don't think that anyone can
3 answer that question.

4     Q.    Okay. So you don't have an
5 opinion?

6     A.    I have an opinion.

7     Q.    Okay. Your opinion, I can't
8 answer it?

9     A.    Well, I can't give you a
10 percentage. I guess what I was thinking, to
11 be very transparent, give you a number like I
12 gave you for the treatment of incontinence.
13 I can't give you a number because I'm sure
14 someone knows the denominator of how many
15 slings went in, but -- or maybe the
16 numerator, no one knows the other number of
17 how many people are having problems. I know
18 what problems I see, and I've not reported
19 all these for any manufacturer.

20     I know other doctors are taking
21 care of problems. But there hasn't been a
22 national registry in the United States that
23 looks at how many went in and what the
24 problems are.

Dionysios K. Veronikis, M.D.

Page 54

1    Q.    Okay.
2    A.    And until that happens, it's
3  hard to estimate.
4    Q.    Do you have -- do you tell your
5  patients what the likelihood of complications
6  is with -- in terms of percentages with an
7  SUI procedure?
8    A.    The way I do it and what I do,
9  yes, I do.
10   Q.    What do you say?
11   A.    2 percent retention rate.
12   Q.    2 percent will have a retention
13 problem?
14   A.    2 percent will have a retention
15 problem requiring an adjustment of the sling,
16 not a removal.
17   Q.    Okay.  Can you tell me anything
18 else about complication rates?
19   A.    Bleeding.
20   Q.    Can you give percentages on any
21 of these?
22   A.    It's very rare.  I've not
23 transfused a patient from an SUI procedure in
24 years.

Page 55

1      I talk about bladder injury
2  because I get patients that have previous
3  slings or previous other procedures.
4    Q.    Now, I'm going to get into all
5  of the possible complications here in a
6  minute.
7      What I was asking is in terms
8  of in your practice over the last 10 or
9  15 years, have you given patients any
10 percentage?  And you mentioned that you tell
11 them there's a 2 percent urinary retention.
12   A.    Incomplete bladder emptying
13 retention.
14   Q.    Any other percentages that you
15 give them?
16   A.    No.
17   Q.    In terms of complications?
18   A.    That's the only one, because
19 all the other things with the technique I
20 employ are exceedingly rare.
21   Q.    Do you ever use non-mesh for
22 SUI?
23   A.    Yes, I do.
24   Q.    How often?

Page 56

1      Like if you take all of your
2  SUI treatments in the last few years, what
3  percentage has been non-mesh?
4    A.    It's going up.  It's about
5  15 percent now.
6    Q.    15?
7    A.    15.
8    Q.    What methods do you use?
9    A.    Either autologous fascia or
10 cadaveric fascia.
11   Q.    Autologous means what?
12   A.    I remove a little bit of fascia
13 from the patient's own body.
14   Q.    Where do you remove it from?
15   A.    Either the abdomen or the leg.
16 It depends whether they have had hip
17 replacement or if they've had multiple
18 surgeries.
19   Q.    And what do you do, fashion a
20 sling out of that?
21   A.    Yes.  It's a basically a small
22 little strip.
23   Q.    And then cadaveric is the same?
24   A.    Yes.

Page 57

1    Q.    It's a piece of tissue from
2  another body?
3    A.    Yes.
4    Q.    That you fashion into a sling?
5    A.    Yes.
6    Q.    How is it -- or why is it that
7  you use one of those two?
8      Do you use either one of those
9  more than the other?
10   A.    I give those options to the
11 patient.  Every patient with SUI now has a
12 conversation regarding mesh and complications
13 and what they've seen on the news and heard
14 on the radio.
15   Q.    Do you have to use sutures in
16 connection with those autologous or cadaveric
17 slings?
18   A.    The approach I use is exactly
19 the same whether I'm using synthetic,
20 autologous or cadaver.
21   Q.    Do you have to use sutures?
22   A.    Yes.
23   Q.    And those are polypropylene
24 sutures?

Dionysios K. Veronikis, M.D.

Page 58

1   A.   No.
2   Q.   What are they?
3   A.   Polyglyconate suture.  It's
4 Vicryl Polysorb.
5   Q.   They're absorbable?
6   A.   Yes.
7   Q.   This 15 percent, is this just
8 patient's choice?
9   A.   Yes.
10   Q.   Or do you recommend one versus
11 the other?
12   A.   I give them the options.
13   Q.   Okay.  And so that 15 percent
14 now these days are choosing the cadaveric?
15   A.   Yes.
16   Q.   Or the autologous?
17      Am I saying that right,
18 autologous?
19   A.   Yes.
20   Q.   When did you start that?
21   A.   I've always done autologous
22 slings.
23   Q.   No.  I meant when did you start
24 giving them, saying, "Here are the three

Page 59

1 choices, what do you want to do?"
2      When did you start that?
3   A.   The last few years.  I can't
4 remember exactly when.
5   Q.   Okay.  Other than any other
6 type of -- you don't use the Burch procedure
7 anymore?
8   A.   If they ask, but typically I'm
9 doing a lot of vaginal surgery and the Burch
10 procedure would necessitate an incision.  If
11 I'm doing --
12   Q.   An abdominal incision?
13   A.   Yes.  If I'm doing an abdominal
14 approach, when I'm right there.
15      The reason I switched to a less
16 invasive sling was not to make the abdominal
17 incisions and et cetera.
18   Q.   Right.
19      So you don't do very many
20 Burches anymore?
21   A.   I never really did.
22   Q.   And how about MMK?
23   A.   It's a variation of a Burch.  I
24 always preferred the Burch, but the MMK is an

Page 60

1 option.
2   Q.   How many of those do you think
3 you've done in the last ten years?
4   A.   Last ten years?
5      30, 40.
6   Q.   And that was when you already
7 had to have an abdominal incision anyway?
8   A.   Yes.
9   Q.   Okay.  Is acute or chronic pain
10 a risk of a non-mesh SUI surgery?
11   A.   Acute pain can be.
12   Q.   Not chronic pain?
13   A.   Huh-uh.
14   Q.   Is acute or chronic pain with
15 intercourse a potential risk of non-mesh
16 surgery?
17   A.   No.
18   Q.   So having pain with intercourse
19 after an SUI surgery, non-mesh, is not a risk
20 at all?
21   A.   It's virtually unheard of.
22   Q.   Is vaginal scarring a risk with
23 non-mesh SUI surgery?
24   A.   Typically, no.

Page 61

1   Q.   Is infection a risk with
2 non-mesh SUI surgery?
3   A.   You can get a hematoma and
4 infection, yes.
5   Q.   Is urinary frequency, urgency,
6 dysuria, retention or obstruction or
7 incontinence, are those risks of non-mesh SUI
8 surgery?
9   A.   Yes.
10   Q.   Are UTIs as a result of
11 retention a risk of non-mesh SUI surgery?
12   A.   Yes.
13   Q.   Is organ or nerve damage a risk
14 of non-mesh SUI surgery?
15   A.   Can be, yes.
16   Q.   Okay.  Is bleeding a risk with
17 non-mesh SUI surgery?
18   A.   Absolutely.
19   Q.   Wound complications?
20   A.   Sometimes.
21   Q.   Inflammation?
22   A.   Short-term inflammation.
23   Q.   Fistula formation?
24   A.   No.

Dionysios K. Veronikis, M.D.

Page 62

1    Q.    How about are neuromuscular
2 problems in the pelvic floor muscles, the
3 lower extremities or the abdominal area, are
4 those risks of non-mesh SUI surgery?
5    A.    I'm not sure I understand that
6 last question.
7    Q.    Okay.  You don't know what a
8 neuromuscular --
9    A.    I do, but they were all kind of
10 lumped together.
11    Q.    Okay.  Can you have -- let me
12 unlump then.
13        Can you have neuromuscular
14 problems in the pelvic floor muscles related
15 to non-mesh SUI surgery?
16    A.    You can.
17    Q.    How about neuromuscular
18 problems in the lower extremities?
19    A.    Not related to the procedure,
20 no.
21    Q.    What about in the abdominal
22 area?
23    A.    If you're harvesting the tissue
24 from there, yes.

Page 63

1    Q.    Okay.  Is recurrent surgery a
2 risk of non-mesh SUI surgery?
3    A.    Yes.
4    Q.    And is a foreign body response
5 from sutures a risk of a non-mesh SUI
6 surgery?
7    A.    If you use a polypropylene
8 suture.
9    Q.    Okay.  Are sometimes
10 polypropylene -- is that an acceptable
11 practice to use polypropylene sutures in
12 non-mesh SUI surgery?
13    A.    Some do.
14    Q.    It's acceptable?
15    A.    I don't know if it's
16 acceptable; some do.
17        The tensile strength is
18 different.  Most will use a non-monofilament
19 suture because if you touch it with the
20 forceps or you tie it, it fractures and it
21 breaks and it fails.  So most of us that do
22 different kinds of surgeries will use a
23 non-monofilament polypropylene suture.
24    Q.    And is that type of suture

Page 64

1 subject to potential foreign body responses?
2    A.    In the short term.
3    Q.    That type of suture, can it
4 have erosion or exposure?
5    A.    Sometimes.
6    Q.    In a non-mesh SUI surgery?
7    A.    Yes.
8    Q.    And is contraction of tissues a
9 risk in a non-mesh SUI surgery?
10    A.    No.
11    Q.    Okay.  Now, is there any risk
12 related to the mesh that is present with the
13 TVT® mesh that is not present with the Desara
14 mesh?
15    A.    Yes.
16    Q.    Okay.  What is that?
17    A.    The Desara does not fray.  It's
18 a very stable weave.
19    Q.    Okay.  By fray, you mean what?
20 On the edges?
21    A.    On the edges.  It doesn't
22 deform when you pull on it.
23    Q.    Okay.  So have you ever seen
24 evidence of fraying in any TVT® that caused

Page 65

1 any clinical problem in your view?
2    A.    Yes.
3    Q.    Okay.  Tell me about that.
4    A.    So when I first started --
5 first of all, when it first became blue is
6 when it really became apparent.  You would
7 open up the anterior vaginal wall, you would
8 actually see little curly pieces of portions
9 of mesh stuck to the inside of the vaginal
10 wall.
11    Q.    And what clinical issues were
12 those causing?
13    A.    I'm getting there.
14    Q.    Okay.
15    A.    I'm getting to that.  So that
16 was the first observation.  So that came off
17 of the implant.
18        So when you lose part of the
19 weave, the mesh elongates and ropes and cords
20 and twists and rolls, and as soon as it does
21 that, it goes from being whatever its gram
22 per meter squared weight is, it's immediately
23 doubled.
24        And the additional part that is

Dionysios K. Veronikis, M.D.

Page 66

1 very, very important is that the pores
2 coalesce.  So whatever the pores -- when it's
3 sitting on the table before it's implanted,
4 once it's implanted with any type of force on
5 it, the pores -- the effective pore size
6 becomes very small.
7     Q.    Have you ever measured the
8 effective pore size on a TVT®?
9     A.    Personally, no.
10    Q.    Okay.  Are you aware of any
11 study that has done that?
12    A.    I've seen documentation inside
13 the Ethicon documents that tells me what the
14 pore size it.
15    Q.    In vivo?
16    A.    Not in vivo.
17    Q.    Okay.  So do you have an
18 opinion as to what the effective pore size in
19 vivo is in a TVT®?
20    A.    I do.
21    Q.    Okay.  What is it?
22    A.    It's less than before it got
23 implanted.
24    Q.    Do you have anything more

Page 67

1 precise than that?
2     A.    Sometimes there is no pores.
3 It completely coalesces very easily.  The
4 stretchability of the mesh is desirable, but
5 the problem with it is that it deforms so
6 much that it -- there's virtually no pore.
7 It's a tiny little slit.
8     Q.    By the Amid classification is
9 the mesh in TVT® a large pore mesh?
10    A.    By the Amid classification,
11 yes.
12    Q.    In your view is it generally
13 recognized that the TVT® is a large pore
14 mesh?
15    A.    Oh, by Ethicon's documentation
16 is considered microporous.
17    Q.    In the medical community, is it
18 generally -- is the TVT® mesh generally
19 regarded as a macroporous mesh?
20    A.    Before it's implanted, yes.
21    Q.    In the medical community, is
22 the TVT® mesh generally regarded as
23 lightweight?
24    A.    No.

Page 68

1     Q.    Which is lighter weight, the
2 Desara or the TVT®?
3     A.    They're the same weight.
4     Q.    Okay.  Which has larger pores,
5 the Desara or the -- what do you call it, the
6 opposite of in vivo?
7           When it comes out of the box,
8 which has larger pores, Desara or TVT®?
9     A.    Desara.
10    Q.    Do you know the dimensions of
11 the Desara sling?
12    A.    You mean the pore size?
13    Q.    Yeah.
14    A.    Yeah, it's approximately
15 1,200 microns.
16    Q.    What is the size of the TVT®
17 pores?
18    A.    About a thousand microns.
19    Q.    What is the size -- what was
20 the size of the Uretex?
21    A.    1,160.
22    Q.    Do you have an opinion as to
23 what the pore size in the body is of the
24 Desara or the Uretex?

Page 69

1     A.    I do.
2     Q.    What is it?
3     A.    It's greater than 1,160,
4 greater than 1,200.
5     Q.    They get bigger?
6     A.    I make them bigger.
7     Q.    Okay.  How do you do that?
8     A.    I am sorry, I was a little
9 remiss.  I didn't mention that when I place
10 the sling in the midurethra, I sew it in a
11 configuration -- I attach it with absorbable
12 sutures in a configuration that opens the
13 pores up more.
14    Q.    Is that recommended in the IFUs
15 for either Uretex or Desara?
16    A.    No.
17    Q.    So if you didn't do that
18 technique, do you have an opinion as to what
19 the effective pore size would be for the
20 Desara or the Uretex?
21    A.    I do not.
22    Q.    It would be something less than
23 they're designed?
24    A.    You would think so.

Dionysios K. Veronikis, M.D.

Page 70

1    Q.    Okay.
2    A.    And when I tried to do that
3 with TVT®, I couldn't because of the edges
4 fraying.
5    Q.    Okay.
6    A.    When I tried those two.  But I
7 always thought that the pores on all the
8 slings that came after the Ethicon Mersilene
9 were small because I was spoiled.  I was used
10 to seeing large pores where I could grow the
11 tissue up and if you held and just looked for
12 a second, you could actually see the turgor
13 pressure of the tissue coming through the
14 pores before the operation was done.  So
15 having that visual confirmation and then not
16 having it with polypropylene made me think.
17    Q.    Did you think the pores, the
18 preimplantation pore size, was larger in
19 Mersilene?
20    A.    It's definitely larger.
21    Q.    What is it?
22    A.    23 -- 2.3 millimeters.
23    Q.    2,300?
24    A.    Yes.

Page 71

1    Q.    Microns?
2    A.    Yes.
3    Q.    Okay.  I can't remember what
4 you said.  The Desara and the Uretex, were
5 those lightweight meshes?
6    A.    So the Uretex was 81 grams per
7 meter squared.  So that was lighter than all
8 the others.  So if you take a look at all the
9 current slings that are on the market,
10 they're all at about 100.  Boston Scientific,
11 Desara, Align.
12    Q.    And TVT®?
13    A.    Yes, and they're all too heavy.
14    Q.    Okay.
15    A.    They're all too heavy.
16    Q.    Everything that's on the market
17 today is too heavy?
18    A.    Everything that's on the market
19 is a problem.
20    Q.    Is the pore size for the -- not
21 counting you're spreading it out when you
22 implant it, is the pore size acceptable on
23 the Desara as far as you're concerned?
24    A.    Yes.

Page 72

1    Q.    Could you do the same spreading
2 out thing with the TVT®?
3    A.    You can't.
4    Q.    Why?
5    A.    Because the material frays.
6 It's not just the mesh.  It's not just the
7 filament that's woven.  It's the weave
8 configuration, it's all proprietary.
9        So the first thing I did when
10 TVT® was cleared was I pulled on it on a
11 piece of paper.  Oh, my God, it's falling
12 apart.  And that's why I didn't want to try
13 it.
14    Q.    It was falling apart, or what
15 do you mean by that?
16    A.    Yeah, it was -- when you --
17    Q.    Pieces were coming off?
18    A.    Pieces were coming off.
19 Drastically.
20    Q.    Have you read any study that
21 the TVT® mesh falling apart, pieces coming
22 off it, have been a clinical problem for
23 anyone?
24    A.    I've read in the Ethicon

Page 73

1 documents that people complained that it was
2 fraying.
3    Q.    Have you read any published
4 scientific literature where fraying and the
5 TVT® mesh falling apart was recognized to be
6 a problem?
7    A.    Not yet.
8    Q.    Okay.  Talking about the
9 Ethicon documents, do you, as a scientist --
10 well, first of all, have you seen any Desara
11 internal documents?
12    A.    I have not.
13    Q.    Okay.  Have you seen any BARD
14 internal documents?
15    A.    Not for slings.
16    Q.    About their slings?
17    A.    Not slings, no.
18    Q.    Do you generally in reaching
19 medical opinions rely upon internal e-mails
20 and internal documents?
21    A.    No.
22    Q.    Have you written -- have you
23 published in the medical field?
24    A.    Yes.

Dionysios K. Veronikis, M.D.

Page 74

1  Q.  Have you ever cited an internal
2  document when writing in a peer-reviewed
3  journal?
4    A.  No.
5  Q.  Do you think citations of
6  internal company documents in a peer-reviewed
7  journal would be acceptable?
8    A.  No.
9  Q.  Okay.  Have you ever been a
10 reviewer?
11   A.  Yes.
12  Q.  Okay.  And if you were given a
13 paper that based opinions upon internal
14 company documents, would you reject that
15 paper as a reviewer?
16   A.  It's a good question.  I don't
17 know what I would do.  I would find it very
18 different because you don't normally have
19 that.
20  Q.  Do you believe that you gave a
21 fair representation of the overall Ethicon
22 documents that you cited in your paper?
23   A.  Yes.
24  Q.  How many Ethicon documents did

Page 75

1  you review?
2    A.  I reviewed everything they sent
3  me.  I can't even tell you.
4  Q.  That's a key part.
5     Did you review anything that
6  wasn't sent to you by a lawyer, an Ethicon
7  document that wasn't sent to you by a lawyer?
8    A.  No.  I wouldn't have access to
9  it.
10  Q.  Do you know how many they sent
11 you?
12   A.  Documents?
13  Q.  Yes.
14   A.  Thousands and thousands of
15 pages.
16  Q.  Is everything they sent you on
17 the thumb drive or the CD, all the Ethicon
18 documents they sent you on the CD or the
19 thumb drive?
20   A.  I believe that's what
21 Mr. Matthews said.
22  Q.  Do you know whether there were
23 Ethicon documents that weren't sent to you
24 that would paint a different picture than

Page 76

1  what you've cited in your report?
2     Do you know that?
3    A.  I don't know that.
4  Q.  Were you given any testimony of
5  Ethicon witnesses to review?
6    A.  Yes.
7  Q.  Okay.  Was that also sent to
8  you by the lawyer?
9    A.  Yes.
10  Q.  Is what was sent to you also on
11 the thumb drive and the CD?
12   A.  I've not seen the thumb drive.
13  Q.  Okay.
14   A.  I've not opened it.  The CD, I
15 believe, are my reports only.
16  Q.  Does your report refer to all
17 of the deposition testimony that you've been
18 given?
19   A.  No.
20  Q.  Okay.  How do I know which
21 testimony you've been given?
22   A.  I guess it's on the thumb
23 drive.
24  Q.  Okay.  And so if there was --

Page 77

1  did you read all of the Ethicon testimony
2  that's been given?
3    A.  Yes.
4  Q.  It was on the thumb drive?
5    A.  Yes.
6  Q.  Every word of it?
7    A.  To the best of my recollection,
8  yes, sir.
9  Q.  Okay.  Do you know whether you
10 were given all of the Ethicon testimony about
11 these documents?
12   A.  I don't know.
13  Q.  Okay.  In order to do a --
14 strike that.  Back up.
15     To give a fair and balanced
16 report, it would not be appropriate to
17 cherry-pick from Ethicon testimony or Ethicon
18 documents, true?
19   A.  True.
20     MR. BALL:  I like to take a
21 break every hour.
22     Is that okay with everybody?
23     MR. MATTHEWS:  You're right in
24 the middle of a question.

Dionysios K. Veronikis, M.D.

Page 78

1    MR. BALL:  No, I was done with
2  that question.
3    MR. MATTHEWS:  Yeah, that's
4  fine.
5    (Off the record at 10:04 a.m.)
6  QUESTIONS BY MR. BALL:
7    Q.    Doctor, your reports that have
8  been submitted in this case, Exhibits 2 and
9  3, you would not submit those reports to a
10  peer-reviewed journal for publication, true?
11    A.    They're not prepared for
12  publication, no.
13    Q.    And you would not use the same
14  technique and approach in preparing those
15  cases that you would if you were preparing a
16  scientific paper to be presented to
17  colleagues, true?
18    A.    Yes.  This is completely
19  different.
20    Q.    Okay.  Now, the fraying that
21  you mentioned, did the Uretex have any of
22  that propensity?
23    A.    No, it had a weave
24  characteristic that I look for.  So after

Page 79

1  TVT® came out -- and I remember it was Will
2  Irby that came and talked to me about it -- I
3  didn't find another product that I thought
4  met my characteristics, qualifications -- the
5  characteristics of the Mersilene, until I saw
6  Uretex, and the weave was in such a way that
7  it did not fray.
8    Q.    Now, was the Uretex heavier or
9  lighter -- excuse me, the Mersilene, was that
10  heavier or lighter?
11    A.    Much lighter.  33 grams per
12  meter squared.
13    Q.    And why was it that the
14  Mersilene -- what about it caused it to
15  deteriorate early as you said earlier?
16    A.    Well, I don't know that it
17  deteriorated early.  I didn't have those
18  issues.  But as it became more important to
19  have Amid-type classifications -- and the
20  Amid classification really was very important
21  after the Gore-Tex because you needed
22  75 microns or larger to have macrophages
23  fight the infection.
24    Q.    Mersilene had that, didn't it?

Page 80

1    A.    It did, but it was
2  multi-filament and that was the problem with
3  it, and I wanted to do the best for my
4  patients, and knowing that, I switched.
5    Q.    So the standard became -- the
6  acceptable standard was to use a lightweight,
7  monofilament, macroporous mesh for slings,
8  correct?
9    A.    Macroporous, monofilament.  The
10  weight issue really didn't become important
11  for some time after that.
12    Q.    Would you classify all of the
13  Uretex and the TVT® and the Desara all as
14  lightweight or heavyweight?
15    A.    They're all heavyweight.
16    Q.    Are they recognized in the
17  medical community to be heavyweight or
18  lightweight?
19    A.    Heavyweight.
20    Q.    Okay.  Now, as we've said
21  earlier, obviously, at least hundreds, and
22  probably thousands, of surgeons have used
23  TVT® for SUI, true?
24    A.    Yes.

Page 81

1    Q.    Okay.  Are you critical of all
2  of those surgeons for using a product that
3  should never have been on the market?
4    A.    I don't think they knew all of
5  the things I knew or have my experience so I
6  can't be critical of them.
7    Q.    And by your experience, that
8  means the one or two times you tried it?
9    A.    No.  No.  No.
10    My experience with being a
11  surgeon of last resort that sees patients
12  that have problems.
13    For example, even in this
14  community, Dr. Klutke was a preceptor for
15  TVT®, and he would do surgery on patients,
16  and those patients would have a problem.  And
17  they would then come to me.  And I frankly
18  would ask because Dr. Klutke was a professor
19  of urology.  He was one of the adapters of the TVT®.  He went to France and
20  adapters of the TVT®.  He went to France and
21  all of those things.  And I am not sure he
22  knew how to deal with the complications or
23  I'm not sure exactly why, but those patients
24  ended up with me, and I started to see a

Dionysios K. Veronikis, M.D.

Page 82

1 pattern of problems. The more I did that,
2 the more patients found out and more docs
3 found out I could help these problems and
4 pretty soon I'm in the situation I'm in.
5     Q.    Have any of the complications
6 that you've seen with the TVT® been related
7 to improper surgical technique?
8     A.    They follow the technique
9 that's described. When I read the op notes,
10 it reads like the way Ethicon set up the IFU.
11    Q.    Well, can a surgeon attempt to
12 follow what is set forth in the Ethicon IFU
13 and make a mistake and not -- and then that
14 leads to a complication?
15    A.    They can change a technique
16 like I've changed it, but can that be a
17 mistake in the hands of others? I assume so.
18    Q.    So is it fair to say that your
19 opinion that the TVT® should never have been
20 sold based upon you using it one or two times
21 and -- the fact that it was based primarily
22 upon using it one or two times and what you
23 see from the people with complications?
24    A.    Would you repeat that?

Page 83

1     Q.    Yeah.
2          Is your opinion that the TVT®
3 never should have been on the market based
4 upon the one or two times you tried it and
5 the complications you've seen with people
6 that have come to you postsurgery?
7     A.    Plus everything that I've read
8 to date.
9     Q.    What is it that you've read to
10 date specifically that -- or what are the two
11 or three things you've read to date that are
12 most important to you in your opinion that it
13 never should have been on the market?
14    A.    So I'm having a little
15 difficulty even in my own practice anymore
16 using polypropylene knowing that there's a
17 chronic foreign body reaction, knowing that
18 polypropylene degrades. I don't know how I'm
19 going to personally deal with that. I'm
20 going to have come up with an alternative
21 source. Maybe going to completely cadaver
22 types of slings.
23         But knowing what I know now
24 after reading all of this, knowing that there

Page 84

1 were alternatives available for different
2 products to be developed, I may have put in a
3 bunch of slings and I may have, you know,
4 done it for -- not knowing what the
5 consequences were.
6     Q.    Did Mersilene have a foreign
7 body reaction?
8     A.    It did.
9     Q.    What was it made out of?
10    A.    Polyethylene terephthalate.
11    Q.    Was the foreign body reaction
12 any different with Mersilene than with
13 polypropylene?
14    A.    I'm sure it's different.
15    Q.    Worse? Better?
16    A.    I don't know. I haven't seen
17 any data on that.
18    Q.    You mentioned foreign body
19 reaction.
20         The other thing was, what,
21 deterioration of polypropylene, is that what
22 you said?
23    A.    Yes.
24    Q.    Did Mersilene deteriorate?

Page 85

1     A.    Not like polypropylene.
2     Q.    Okay. So the polypropylene
3 slings that you've used, aside from the one
4 or two times with TVT®, essentially are the
5 Uretex and Desara?
6     A.    Yes.
7     Q.    And they're subject to chronic
8 foreign body reaction?
9     A.    Yes.
10    Q.    They're subject to
11 deterioration?
12    A.    Yes.
13    Q.    You're still using them?
14    A.    I am.
15    Q.    Have for 13 years?
16    A.    Yes.
17    Q.    Implanted thousands?
18    A.    Yes.
19    Q.    Have you ever told any of your
20 patients that you shouldn't have used
21 polypropylene because of its deterioration or
22 foreign body reaction propensities?
23    A.    I'm saying that to patients
24 now.

Dionysios K. Veronikis, M.D.

1    Q.    And you started that a year or
2  so ago?
3    A.    Yes.
4    Q.    What problems does the chronic
5  foreign body reaction cause?
6         Let me withdraw that question
7  and ask something better.
8         You can have a chronic foreign
9  body reaction that doesn't cause any symptoms
10  to the patient, true?
11    A.    I'm sure you can to some
12  extent, yes.
13    Q.    And are you aware of any
14  studies that have shown that a chronic
15  foreign body reaction causes problems for
16  patients?
17    A.    Yes.
18    Q.    What is that?
19    A.    The problem is that it
20  contracts.  The chronic foreign body reaction
21  and the -- a lot because of the pore size it
22  creates this granuloma-type of effect and
23  entraps little nerves.  Instead of the pores
24  being far apart and the nerves being padded

1  with fat infiltration, the nerve gets
2  squeezed over time and that chronic
3  inflammation continues to contract and it
4  creates contraction in the vagina.  So when
5  you examine these patients, you feel a
6  tethering effect like a banjo string or a
7  rope, and that causes pain.
8    Q.    Do you have acute or chronic
9  pain with Desara and Uretex slings?
10    A.    Can you?  Yes.
11    Q.    That's a risk?
12    A.    Yes.
13    Q.    And acute or chronic pain with
14  intercourse, is that a risk of SUI surgery
15  with Uretex or Desara?
16    A.    Can I qualify the answer?
17    Q.    You can say yes first and then
18  qualify.
19    A.    Yes, you can, but that's
20  because they follow the manufacturer's
21  instructions and don't do exactly what I do.
22         In my patients, it's basically,
23  no, it doesn't happen.
24         Could you have it happen?  One

1  in a thousand, one in 22,000.
2    Q.    With your technique?
3    A.    With my technique.
4         But it's not 10, 12 percent.
5    Q.    So let me make sure, as I go
6  through these questions what I'm asking for
7  is with the Desara or the Uretex, if you
8  follow the manufacturer's instructions and
9  you use the manufacturer's technique.
10    A.    Okay.
11    Q.    That's the premise.
12    A.    Okay.
13    Q.    All right.  So can you have
14  acute and chronic pain with Desara and
15  Uretex?
16    A.    Following the manufacturer's
17  technique, yes.
18    Q.    Can you have acute and chronic
19  pain with intercourse with Desara and Uretex?
20    A.    Yes.
21    Q.    Can you have vaginal scarring
22  with Uretex and Desara?
23    A.    Yes.
24    Q.    Can you have infection?

1         Let me -- is infection a risk
2  with surgery using Uretex and Desara?
3    A.    Yes.
4    Q.    Are urinary problems such as
5  urinary frequency, urgency, dysuria,
6  retention, obstruction and incontinence, are
7  those potential risks with Desara and Uretex?
8    A.    Yes.
9    Q.    Organ and nerve damage, are
10  those potential risks with Desara and Uretex?
11    A.    Yes.
12    Q.    Postoperative bleeding, is that
13  a potential risk with Uretex and Desara?
14    A.    Yes.
15    Q.    Wound complications, is that a
16  potential risk with Desara and Uretex?
17    A.    Yes.
18    Q.    Inflammation, is that a
19  potential risk?
20    A.    Yes.
21    Q.    Fistula formation, is that a
22  potential risk with Uretex and Desara?
23    A.    Yes.
24    Q.    Neuromuscular problems with the

Dionysios K. Veronikis, M.D.

Page 90

1  pelvic floor muscles, is that a potential
2  risk with Uretex and Desara?
3      A.    Yes.
4      Q.    Lower extremity pain, is that a
5  potential risk?
6      A.    No.
7      Q.    Abdominal pain, is that a
8  potential risk?
9      A.    Yes.
10     Q.    Need for additional surgery, is
11 that a potential risk with Uretex and Desara?
12     A.    Yes.
13     Q.    Failure of the procedure, is
14 that a potential risk with Uretex and Desara?
15     A.    Yes.
16     Q.    Foreign body reaction is a
17 potential risk, chronic foreign body reaction
18 with Uretex and Desara?
19     A.    Yes.
20     Q.    Exposure or erosion or
21 extrusion, is that a potential risk with
22 Desara and Uretex?
23     A.    Yes.  Again, all of those
24 following the manufacturer's instructions for

Page 91

1  implantation.
2      Q.    And contraction or shrinkage of
3  tissues, is that a potential risk with Uretex
4  and Desara?
5      A.    Yes.
6      Q.    All right.  Now, do you have
7  any opinion as to what the relative risks are
8  of those things we went through for TVT®
9  versus Uretex and Desara slings?
10     A.    Following the manufacturer's
11 instructions?
12     Q.    Yes.
13     A.    Okay.  They're slightly higher
14 for TVT® because of the weave design of the
15 mesh that upon any traction it frays and
16 literally falls apart.
17     Q.    This falling apart, have you
18 actually seen it fall apart?
19     A.    Oh, yes.
20     Q.    This is in your surgeries you
21 do?
22     A.    No, I have samples of mesh that
23 I've -- I acquired almost all the mesh
24 samples I could possibly acquire to

Page 92

1  understand them.
2      Q.    This is mesh that's been in the
3  body?
4      A.    No.  No.  No.
5      Q.    Okay.
6      A.    Expired, donated from reps.
7      Q.    Okay.  Have you seen any mesh,
8  TVT® mesh, falling apart in the body?
9      A.    Yes.  Yes.
10     Q.    In your explanting procedures?
11     A.    Yes.
12     Q.    And if I asked this, I
13 apologize.
14         Can you point me to any medical
15 literature where someone has described a
16 problem with the TVT® mesh falling apart as
17 you describe it?
18     A.    You mean the fraying?
19     Q.    I mean, the falling -- you said
20 that it falls apart.
21         I want to know has anybody
22 written a medical paper that has said, you
23 know, this TVT® mesh falls apart when it gets
24 in the body.

Page 93

1          Have you read that anywhere?
2      A.    I can't recall.
3      Q.    You can't point me to anything?
4      A.    I cannot at this time, no.
5      Q.    And it's certainly not in your
6  report, true?
7      A.    No.
8      Q.    True?
9      A.    True.
10     Q.    So your only basis for saying
11 that in the body the TVT® mesh frays so badly
12 that it falls apart is what you've seen from
13 your explant procedures, true?
14     A.    Yes.
15     Q.    Are there any samples of that
16 in your report?
17     A.    No.
18     Q.    Do you have any -- if we want
19 to say, I don't know, I've never seen such a
20 thing, I've never heard of such a thing, we
21 wanted to see it, what do you do?
22     A.    I have pictures.
23     Q.    You have pictures that aren't
24 in your report?

Dionysios K. Veronikis, M.D.

Page 94

1    A.    Yes.
2    Q.    Okay.
3    A.    Lots of pictures.
4    Q.    And these are -- this is mesh
5 falling apart, not as a result of you taking
6 it out?
7    A.    No.
8    Q.    Why do you think nobody else
9 has ever written about that?
10    A.    I don't know.  I haven't
11 written about it.
12    Q.    Okay.  So other than this
13 tenancy -- and the reason you think it frays
14 and falls apart is because the edge -- tell
15 me why you think the TVT® frays and falls
16 apart as you describe it and the other ones
17 don't.
18    A.    It has to do with the weave.
19    Q.    Okay.
20    A.    So when TVT® was mechanically
21 cut early on it was clear before they made it
22 blue, it was harder to see it.  But when it
23 became blue, it became very visible in the
24 tissues.  I have a clear recollection from

Page 95

1 years ago on a slide where I'm not removing
2 the sling, but I'm fixing the woman's
3 prolapse after she had her sling and have the
4 vaginal wall open and you can see a hairpin
5 loop of mesh attached in there.
6         I probably wouldn't have seen
7 that when it was clear.  I did see it when it
8 was clear when I first handled it early on.
9    Q.    So --
10    A.    So it has to do -- you know,
11 this mesh starts as a suture, and then it
12 goes through a machine that knits it into a
13 big sheet, and then it gets cut.
14         So TVT® and the Boston
15 Scientific product are somewhat similar in
16 the fact that when you first cut the TVT®
17 early on when it was mechanically cut, the
18 edges would fray.  It was sort of like
19 cutting a sweater that your grandma knit and
20 you got a cut and it started to unfray, but
21 it wasn't on the body like a sweater.  It's a
22 strip of mesh so when you cut it and you pull
23 on it, they would pop off.
24    Q.    So the problem with the weave

Page 96

1 that causes this fraying and falling apart
2 problem is the way it's cut on the edges, is
3 that what you're saying?
4    A.    Yes.  And that's why it went to
5 laser cut afterwards.
6    Q.    Does the laser cut have the
7 same problem?
8    A.    To a less extent.
9    Q.    Okay.  So is the laser-cut
10 mesh, do the risks of that outweigh the
11 benefits so that it never should have been
12 put on the market?
13    A.    Yes.
14    Q.    Okay.  For what reason?
15    A.    It's the same thing.  The
16 elasticity.  It still pops apart where the
17 laser seals it a little bit, but if you put
18 traction on it, it pops apart.
19    Q.    So the problem you have -- I've
20 heard two problems you have with the mesh
21 itself.  We've talked about the
22 instrumentation issue, and we've talked about
23 the technique.
24    A.    Yes.

Page 97

1    Q.    The mesh itself, what I've
2 heard, is that you have two criticisms of the
3 TVT® mesh:  One is whether it's mechanically
4 cut or laser cut, the edges are -- or the
5 weave and the edges are susceptible to
6 fraying and falling apart in the body, that's
7 one, right?
8    A.    Yes.
9    Q.    And then number two, the pores,
10 once they're in the body, are not big enough
11 to allow the tissue ingrowth?
12    A.    Yes.
13         And three, and this applies to
14 all polypropylene, including the
15 polypropylene I'm implanting, was not very
16 clear when this all came out, when this
17 product first came out, that polypropylene
18 degrades.
19    Q.    Now, are you aware of any
20 medical literature where someone has
21 identified degradation of TVT® polypropylene
22 as causing clinical problems for patients?
23    A.    Well, the Clavé study looked at
24 polypropylene TVT® and studied that that

Dionysios K. Veronikis, M.D.

Page 98

1  causes contraction and fibro -- a chronic
2  inflammation and scarring and shortening and
3  shrinkage and possibly erosion.
4      Q.    So your interpretation of the
5  Clavé paper is that it says that degradation
6  of TVT® polypropylene produces clinical
7  problems for patients?
8      A.    Yes.
9      Q.    All right.  Any other paper
10 besides that?
11     A.    With TVT®?
12     Q.    Yes.
13     A.    Not that I recall off the top
14 of my head.
15     Q.    Okay.  Now I'm going to broaden
16 it.  You anticipated that.
17         Are you aware of any papers
18 that say polypropylene in general in use with
19 vaginal surgery degrades to such an extent
20 that it causes clinical problems for
21 patients?
22     A.    All mesh, or mesh in general,
23 right?
24     Q.    Yes.

Page 99

1      A.    Yeah.
2          I am.  Let me refresh my
3  memory.
4      Q.    Let me ask this.
5      A.    Yes.
6      Q.    Do you cite any paper in either
7  of your reports, Exhibits 2 or 3, concerning
8  TVT® or Gynemesh® that to support the
9  proposition that polypropylene degrades and
10 causes clinical problems for patients?
11     A.    I don't know that there's any
12 papers that say there's clinical problems.
13     Q.    Okay.  Now, by the way, how
14 many hours did you spend just preparing for
15 this deposition?
16     A.    20.
17     Q.    Okay.  We went through a long
18 list of potential risks of sling surgery
19 using polypropylene, right?
20         Remember we compared -- or we
21 talked about Uretex and Desara and all of the
22 risks they have.
23         Does TVT® have a greater risk
24 than Desara or Uretex with respect to any

Page 100

1  complications?
2      A.    Yes.
3      Q.    Potential complications?
4      A.    Yes.
5      Q.    Which ones?
6      A.    Cording, roping, because of the
7  fraying that occurs and loss of fibers.
8      Q.    Okay.  And then what
9  complication does that cause for the patient?
10     A.    Retention.  It can cause pelvic
11 pain.  It can cause exposure, erosion.
12     Q.    Okay.  Do you have an opinion
13 as to whether the rate of exposure and
14 erosion with TVT® is higher or lower or the
15 same as compared to Uretex and Desara?
16     A.    I don't see many patients that
17 have a Desara problem.  I see very few
18 patients that have a Uretex problem.  I do
19 see many patients with TVT® problem.
20     Q.    Do you have any notion as to
21 how many TVT®s have been implanted versus
22 Desara and Uretex?
23     A.    I'm sure there's a lot more
24 TVT®s.

Page 101

1      Q.    Right.
2          So it's not really fair to
3  compare numbers of problems you see with
4  Desara and Uretex versus TVT®, true?
5      A.    Sure.  Sure.
6      Q.    Okay.  Are you aware of any
7  study that says that TVT® with respect to any
8  of the complications of -- the potential
9  complications of SUI surgery with mesh has a
10 greater propensity for any of these
11 calculations than competitor products?
12     A.    That study hasn't been done.
13     Q.    And do you have an opinion --
14 do you believe you have sufficient
15 information to state an opinion as to the
16 comparative risks of TVT® versus Uretex and
17 Desara with respect to any of these
18 complications?
19     A.    My opinion is based on the
20 number of patients I see with complications
21 with all slings.  And TVT® is much higher
22 than the others.
23     Q.    Okay.  But you also have just
24 agreed that there are far -- there have been

Dionysios K. Veronikis, M.D.

Page 102

1 far more TVT®s implanted in the population
2 than there have been Desara and Uretex, true?
3     A.    Yes.
4     Q.    Okay.  10 or 20 times as many,
5 right?
6     A.    I wouldn't know.
7     Q.    Okay.  So do you believe you
8 have a valid scientific basis to state that
9 the complications with TVT® are greater than
10 Uretex and Desara?
11     A.    Yes.
12     Q.    Okay.  And what is that
13 scientific basis?
14     A.    It's based on my entire
15 knowledge, my training, my expertise as a
16 vaginal surgeon, the review of all of the
17 materials that I've had to review, reading as
18 much literature as possible.  There are very
19 few papers that talk about complications from
20 slings, and there's very few papers, if any,
21 that compare one sling over the other for
22 complications.
23     Q.    Well, if there's very few
24 papers, how can that be a scientific basis?

Page 103

1         I guess that's my problem.
2         I understand that you in your
3 practice have seen more TVT® complications
4 than Desara and Uretex.  I understand that.
5 Okay.  But you've just said there's a whole
6 lot more TVT®s out in the market.
7         So can you point me to any
8 specific -- I don't mean general, my training
9 and experience.  Can you point me to any
10 specific scientific basis that you have for
11 stating the opinion that TVT® has a greater
12 risk of complications than Desara or Uretex?
13     A.    There's scientific evidence
14 that looks at what happens to the different
15 meshes with force.
16     Q.    Okay.  What is that?
17     A.    I am sorry.
18     Q.    What is that scientific
19 evidence?
20     A.    That is a paper that I believe
21 was done by Wylie to put force on multiple
22 different slings and look at the way these
23 properties behave outside of the body.
24     Q.    So do you have any -- and I

Page 104

1 wasn't clear, and I'll make it.
2         Can you point me to any
3 scientific literature that says in the body
4 TVT® has more risk of complications than
5 Uretex or Desara or any other type of
6 polypropylene sling?
7     A.    Not at this time.
8     Q.    Okay.  Do you have any -- and I
9 think -- do you have any estimate as to what
10 percentage of patients with TVT® slings have
11 had problems with long-term inflammation?
12     A.    Ask this again, please.
13     Q.    Do you have any -- and I
14 think -- let me just ask a global question.
15         You list in your report at
16 page 5 -- okay, let's go to your report, your
17 TVT® report, page 5.
18         Okay.  Paragraph A, under the
19 list of opinions, right?
20     A.    Yes.
21     Q.    And you see you say the mesh in
22 TVT® can cause foreign body reaction,
23 inflammation, et cetera.
24         Do you see that?

Page 105

1     A.    Yes.
2     Q.    Okay.  Do you have any opinion
3 as to what percentage of the patients who
4 have had a TVT® implanted have problems of
5 chronic foreign body reaction, inflammation,
6 fibrotic bridging, mesh contraction, fraying,
7 particle loss?
8     A.    All of the patients I see in my
9 practice.
10     Q.    In your explant practice?
11     A.    Yes.
12     Q.    I appreciate that, but my
13 question was of all of the people that have
14 had them implanted, do you have an opinion as
15 to what percentage have had any of those
16 problems?
17     A.    I don't.
18     Q.    Okay.
19     A.    I have a guesstimate.
20     Q.    I'll hear it even though I
21 don't think it's admissible, but go ahead.
22     A.    30 percent.
23     Q.    And what's that based on?
24     A.    On the shrinkage rate of the

Dionysios K. Veronikis, M.D.

Page 106

1 polypropylene mesh that it shrinks 20 to
2 40 percent. So about 30. So about
3 30 percent of those patients are going to
4 have a problem.
5     Q.    What's that 20 to 40 percent
6 shrinkage rate based on?
7         Is that in vivo or ex vivo?
8     A.    Well, in vivo in animals. It's
9 not in vivo in patients.
10     Q.    So do you have any data that
11 talks about the shrinkage rate of mesh, of a
12 TVT® mesh, in a woman?
13     A.    No.
14     Q.    And a woman can have foreign
15 body reaction and have no symptoms, true?
16     A.    Some might, yes.
17     Q.    A woman can have fibrotic
18 bridging and have no symptoms, true?
19     A.    I haven't seen any.
20     Q.    I didn't ask whether you've
21 seen any.
22         Can that occur?
23     A.    I haven't seen everyone. I
24 want to be truthful and precise, but just as

Page 107

1 I don't know --
2     Q.    Well, there's varying degrees
3 of fibrotic bridging, aren't there?
4     A.    I think fibrotic bridging is
5 fibrotic bridging. If it comes together as
6 granulomas, it's granulomas.
7     Q.    Are there varying degrees of
8 mesh contracture?
9     A.    It can vary, 20, 30, 40
10 percent.
11     Q.    Down here in opinion C, Ethicon
12 failed to adequately describe to physicians
13 how to properly tension the TVT®.
14         Does this go back to the
15 technique criticisms you had?
16     A.    That's actually in the IFU. In
17 the IFU in one place it says, "minimal
18 tension," and in one place it says, "no
19 tension." It talks about doing the placement
20 under a local or under a general. Under
21 local at 300 MLs they're supposed to cough
22 until there's a drop. So that is a
23 tensioning approach. But later on they say,
24 "no tension" and "minimal tension." So it's

Page 108

1 not -- it's not very precise.
2     Q.    Did you read the IFU before you
3 implanted the TVT® a number of years ago?
4     A.    Yes.
5     Q.    Do you believe that experienced
6 surgeons who perform SUI surgery with mesh in
7 2010 and before were aware that a potential
8 complication was acute or chronic pain?
9     A.    I don't think they knew about
10 it, no.
11     Q.    What about acute or chronic
12 pain with intercourse?
13     A.    No, I don't think they knew
14 about it.
15     Q.    So you don't think experienced
16 surgeons before 2010 knew that acute or
17 chronic pain with intercourse was a possible
18 complication with mesh SUI surgery?
19     A.    May I ask what would you call
20 an experienced surgeon?
21     Q.    Somebody that does sling
22 surgery on a regular basis.
23     A.    I don't know what a regular
24 basis -- once a week?

Page 109

1     Q.    You can't answer the question?
2     A.    No. I'm trying to ascertain
3 what a -- I don't think an experienced
4 surgeon is someone who does one a week. I
5 think an experienced surgeon would be someone
6 who does three, four a week. And even I,
7 when I was first learning about these slings,
8 wouldn't have thought that a patient would
9 have had pain with intercourse from a
10 polypropylene sling.
11         And I saw many patients that
12 went to their doctors and all they heard was
13 a common phrase, "It's not the mesh, it's not
14 the mesh, it's not the mesh." So the
15 examination has to be very specific and
16 precise on where the mesh is placed. And
17 when you do that and you listen to these
18 women, you see that that is the cause,
19 confirmed by my own removal and their pain
20 goes away.
21     Q.    Was pain with intercourse a
22 risk with Mersilene?
23     A.    I didn't think it was.
24     Q.    Is it?

Dionysios K. Veronikis, M.D.

Page 110

1    A.    Knowing what I know today,
2  probably.  But it's a lot softer.  It's
3  lightweight.  It's 33 grams per meter
4  squared.  It's not 100.  This lays very flat.
5  You can't feel it so it drastically less.
6    Q.    Is pain with intercourse a risk
7  with the Burch procedure or the MMK
8  procedure?
9    A.    No.
10    Q.    Paragraph E, Ethicon failed to
11  inform physicians of certain patient
12  populations may be more prone to experience
13  adverse outcomes or higher frequency or
14  severity of risk.
15        What patient populations fall
16  into that category?
17    A.    Patients that have excessive
18  scarring, and you don't know who that is, but
19  there are patients that formed keloids, for
20  example.
21        The only warning is in patients
22  that are growing or pregnant are going to
23  have a delivery.  So patients that are on
24  steroids, patients who are diabetic, women

Page 111

1  that have chronic obstructive lung disease,
2  elderly women that may not heal right.  A
3  certain percentage of smokers.
4    Q.    Those are all ones that should
5  not have --
6    A.    Those are ones that ought to be
7  warned that they may have a higher frequency
8  of complications.
9    Q.    Autologous and cadaveric
10  slings, have they always been available for
11  SUI?
12    A.    Autologous sling was actually
13  described in 1907 by Von Giordano was
14  actually an autologous sling.
15    Q.    Yeah, I don't want to go back
16  quite that far.
17        Have they been in regular use
18  for how long?
19    A.    I think they were really
20  popularized in the '40s by Aldridge.
21    Q.    So in the 2000s, were doctors
22  regularly performing sling procedures with
23  cadavers and autologous grafts?
24    A.    I think that when TVT® came

Page 112

1  along, it changed the mindset of everyone.
2  You don't need to harvest.  You don't need to
3  take the extra time in the OR.  This is quick
4  and easy.  Here you go.  It's a whole kit;
5  put it in.  The report by Ulmsten was you
6  could do this in 25 minutes under local.  The
7  patient goes home the same day.  It all
8  sounded really, really good, and a lot of
9  people abandoned doing autologous slings.
10    Q.    As far as you understand, the
11  Desara sling is safe?
12    A.    The way I use it, yes.
13    Q.    It's not safe if you follow
14  manufacturer's instructions?
15    A.    No.
16    Q.    And the Uretex sling was safe
17  in your technique, but not using
18  manufacturer's instructions?
19    A.    Correct.
20    Q.    Okay.  So down here in
21  paragraph F where you say that there were
22  safer alternative options available, what
23  available options were safer?
24    A.    Burch, autologous slings,

Page 113

1  cadaveric slings.
2    Q.    Do you still offer patients
3  Burch as an alternative if you're not going
4  to be doing an abdominal surgery?
5    A.    I do.
6    Q.    Has anyone chosen that?
7    A.    One patient.
8    Q.    So as you're sitting here
9  today, do you believe a Burch procedure is a
10  safer procedure for a patient than any type
11  of mesh sling procedure?
12    A.    Long term, yes.
13    Q.    Okay.  And do you believe
14  autologous and cadaveric slings are safer
15  procedures than any kind of mesh?
16    A.    Yes.
17    Q.    Do you tell your patients that,
18  do you tell your patients that long -- when
19  you're having this discussion with them and
20  giving the alternatives, do you tell your
21  patients that you can either have a mesh
22  sling, or you can have an autologous sling,
23  or you can have a cadaveric sling, or you can
24  have a Burch procedure?

Dionysios K. Veronikis, M.D.

1    Those are your four
2 alternatives, right?
3    Is that right?
4    A.    And some urethral plication.
5    Q.    And what is that, briefly?
6    A.    Briefly, it's the pubourethral
7 ligaments that are replaced by TVT®, which is
8 the theory of Ulmsten and Papa Petros.
9 Instead of replacing them with an implant,
10 you grasp them and you suture them underneath
11 the midline and create a in-situ sling.
12    Q.    So it's kind of a native tissue
13 repair, so to speak?
14    A.    You could call it that, yes.
15    Q.    It's not using any kind of
16 outside material?
17    A.    Correct.
18    Q.    Okay.  So that's the fifth one
19 you offer?
20    A.    Yes, if their urodynamics are
21 not severe incontinence.
22    Q.    And do you believe that's a
23 safer alternative than any type of mesh?
24    A.    That is the safest, yes.

1    Q.    Okay.  So when you're sitting
2 there talking to a patient and you're giving
3 them these five alternatives, do you tell
4 them that all of the alternatives are safer
5 long term than a mesh procedure?
6    A.    I tell them that I don't know
7 what the long-term complications from a sling
8 are going to be.  I tell them that there's a
9 failure from the native tissue repair, that
10 the Burch procedure is more invasive, that
11 the harvesting a piece of their own body is a
12 little invasive, but it's not terribly
13 invasive.  A Burch is more invasive than a
14 sling, and that a cadaveric sling is the same
15 sequence of steps as putting in a
16 polypropylene sling.
17    And I let them pick.
18    Q.    And then do you tell them that
19 long term all the alternatives, other than a
20 mesh sling, are safer?
21    A.    Yes.
22    Q.    Okay.  Is there literature that
23 you can point me to, reliable scientific
24 literature, that says that all procedures for

1 SUI, all these other procedures, are safer
2 than any type of mesh sling?
3    A.    No, there's literature that
4 says there's alternatives.  I don't know that
5 anyone has done a head-to-head comparison
6 long term for these procedures the way that
7 they do surgery.
8    When I'm counseling my
9 patients, it's the way that I do surgery and
10 even the polypropylene slings that I place, I
11 do differently.
12    Q.    My question is are you aware of
13 any literature, scientific, published
14 literature, that says that mesh slings are
15 the least a safe alternative for SUI surgery
16 long term?
17    A.    No.
18    Q.    Okay.  In fact, are you a
19 member of any organizations?
20    A.    Yes.
21    Q.    What?
22    A.    ACOG, Society of Gynecologic
23 Surgeons, AUGS, AAGL.
24    Q.    Do any of those organizations

1 publish guidelines or practice parameters or
2 position statements about SUI surgery?
3    A.    I think AUGS and SUFU has put
4 something out there.
5    Q.    And do either of those
6 publications state that mesh surgery is the
7 gold standard for SUI treatment?
8    A.    They do call it the gold
9 standard.
10    Q.    What does the gold standard
11 mean to you?
12    A.    What it means to me is if you
13 take a group of surgeons that do the same
14 procedure, that they have uniform results and
15 uniform complications.  That's what the gold
16 standard means to me.
17    Q.    It doesn't mean it's the
18 preferred procedure?
19    A.    I think that the way that it's
20 used it implies that, but that's not what it
21 means to me.
22    Q.    So the gold standard to you, if
23 it's published in these position statements
24 by these organizations that you're a member

Dionysios K. Veronikis, M.D.

Page 118

1  of, does not mean that it's the preferred
2  procedure?
3      A.    That's not what it means to me.
4  I've seen -- I remember looking at that and
5  calling it the gold standard and years ago
6  the Burch was the gold standard and the
7  sacrocolpopexy is the gold standard.  And
8  what I've always taken that to mean is when
9  we treat women across the country, across the
10  planet, that the procedures that we do in the
11  hands of many are safe, which is what this
12  data is supposed to extrapolate and tell us,
13  the risk/benefit ratio.  So that if someone
14  who is a very good scientist does a very
15  well-designed study and comes up with a
16  percentage of cure, that that would then
17  extrapolate to the hands of other surgeons.
18      Q.    Do you believe that mesh sling
19  surgery is the gold standard for the
20  treatment of SUI?
21      A.    I believe slings are the gold
22  standard.
23      Q.    That wasn't my question.
24      A.    I know.

Page 119

1      Q.    My question is do you believe
2  that mesh slings are the gold standard for --
3  well, strike that.
4          The AUGS does say that mesh
5  slings are the gold standard for treatment of
6  SUI, true?
7      A.    It says, if I can be specific,
8  multi-incision slings.  So there's
9  single-incision slings.  Those aren't really
10  included.
11      Q.    And the TVT® is not a single
12  incision?
13      A.    It's not a single-incision
14  sling.
15      Q.    Do you agree that the AUGS says
16  that multi-incision polypropylene slings are
17  the gold standard for treatment of SUI?
18      A.    And I'm going to answer that
19  question in, no, I don't believe it's the
20  gold standard.
21      Q.    First of all, it's a two-part
22  question.
23          First of all, do you agree
24  that's what the AUGS says?

Page 120

1      A.    It says that, yes.
2      Q.    And number two, do you agree
3  with that statement?
4      A.    I do not.
5      Q.    And because?
6      A.    Because they're talking about
7  two completely different types of midurethral
8  slings.  So first is the retropubic TVT®, and
9  the second is the TOT.  So if you lump those
10  two together, those are completely different
11  slings even though they're multi-incision.
12  They have a completely different set of cure
13  and complication profiles.
14      Q.    And you believe that the
15  obturator slings are less safe than the
16  retropubic?
17      A.    If we define -- how do we
18  define safe?  Bladder perforation, they have
19  less bladder perforations.  They have --
20      Q.    Overall safety.
21      A.    Overall safety?
22      Q.    And efficacy.
23      A.    They are less efficacious.
24  They're safer in the sense that you don't

Page 121

1  enter the pelvic bowl and you injure
2  structures, but they have their own unique
3  set of problems with the leg pain, as you
4  mentioned in one of your questions, with limb
5  pain as it transverses the obturator muscles
6  and the adductors.
7          So they lump those two
8  different kinds of slings as midurethral
9  slings, but they're separate and distinct
10  beasts.
11      Q.    A retropubic midurethral
12  polypropylene sling, is that the gold
13  standard as far as you're concerned for the
14  treatment of SUI?
15      A.    I think the gold standard is
16  being able to do a sling.  That's what really
17  works.
18      Q.    But again --
19      A.    Can it be out of polypropylene
20  done a very specific way like I do?  Yes.
21          But the way that the gold
22  standard is set in that statement it's using
23  the manufacturer's instructions, and I don't
24  think that those slings are the gold standard

Dionysios K. Veronikis, M.D.

Page 122

1 being placed the way that the company
2 suggested it be placed.
3     Q.    Do you classify the TVT® mesh
4 pore size as macroporous or microporous?
5     A.    It's less than 1 millimeter, so
6 it's micro.
7     Q.    In the body or outside the
8 body?
9     A.    Inside the body.
10     Q.    Okay.  So under the Amid
11 classification, are the measurements made
12 inside of the body or outside the
13 classification?
14     A.    Amid classification is 75
15 microns.  Everything is macroporous by that
16 definition.
17     Q.    So are you aware of any
18 classification system other than the Amid
19 system for classifying pore size in mesh?
20     A.    No.
21     Q.    All right.  Under that
22 classification, the mesh in TVT® is
23 macroporous?
24     A.    Yes.

Page 123

1     Q.    Right?
2         Okay.  How did you decide which
3 Ethicon testimony to cite in your report and
4 which Ethicon documents to cite in your
5 report?
6         Let me back up.  First of all,
7 are you aware that there have been thousands
8 of pages of testimony from Ethicon employees?
9     A.    I would believe so.
10     Q.    There would be millions of
11 pages produced from Ethicon?
12     A.    I wouldn't doubt it.
13     Q.    And in your report, you cited a
14 few pieces of testimony and cited several
15 documents, right?
16     A.    Yes.
17     Q.    How did you decide which pieces
18 of testimony to cite and what not to cite and
19 which documents to cite and what not to cite?
20     A.    I cited every -- I gathered
21 everything that I thought was relevant from
22 what was sent to me and cited it.
23     Q.    Do you say anywhere in your
24 report that laser-cut mesh -- I see where you

Page 124

1 often talk about mechanically cut mesh can
2 fray, et cetera, and release particles.
3         Do you have anywhere in your
4 report that you refer to laser-cut mesh
5 having that same issue?
6     A.    Which issue was that?  The
7 fraying?
8     Q.    Like on page 9 you say the
9 mechanically cut mesh was known to rope, curl
10 and deform, and the mechanically cut version
11 of mesh could fray or release particles.
12         Do you have anywhere in your
13 report where you say laser-cut mesh can rope,
14 curl or deform or release particles?
15     A.    Well, I didn't specifically
16 state that, but it's implied.
17     Q.    How is it implied?
18     A.    Well, just because it's laser
19 cut doesn't mean it's not going to fray.
20     Q.    Do you say that in here
21 anywhere?
22         I see where you specifically
23 say the mechanically cut mesh will fray and
24 have particle loss, et cetera.

Page 125

1         Did you ever say laser-cut mesh
2 will do that?
3     A.    I may have been remiss in
4 saying that.
5     Q.    You mean in not saying that?
6     A.    Not saying that, yes.
7     Q.    When you take a -- when you
8 explant a TVT®, are you able to tell whether
9 it is laser cut or mechanically cut?
10     A.    I can tell before because I
11 have the implant log.
12     Q.    Does the implant log specify
13 mechanical cut versus laser cut?
14     A.    It does.
15     Q.    It says it on there?
16     A.    Uh-huh.  810081 BL.
17     Q.    That's the part number or
18 whatever?
19     A.    Yes.  I am sorry, 41.  810041.
20 The 81 is the TOT.
21     Q.    I think you mentioned 34 TVT®s
22 you removed last year?
23     A.    Yes.
24     Q.    Were you including all the

Dionysios K. Veronikis, M.D.

Page 126

1 TVT®s or just the TVT® that's the subject of
2 your report here?
3     A.    Just the subject of my report.
4     Q.    So TVT-Os and Abbrevos and
5 whatever else would be on top of that?
6     A.    That's different, yes.
7     Q.    Of that 34, can you tell how
8 many were mechanically cut and how many laser
9 cut?
10     A.    Yes, but I didn't separate them
11 out.
12     Q.    But just so we're clear, is it
13 your testimony that the laser-cut mesh never
14 should have been sold either?
15     A.    Yes.
16     Q.    The Desara and Uretex, were
17 those laser cut or mechanically cut?
18     A.    They're not -- they're neither.
19     Q.    Okay.  And do you ever have to
20 cut a Desara to create exposed edges, a
21 Desara and a Uretex?
22     A.    No, just after implantation,
23 the part that is above the skin, that's the
24 only cut.

Page 127

1     Q.    Can you point me to any
2 scientific literature that says that particle
3 loss with mesh causes any clinical problems
4 for patients?
5     A.    No.
6     Q.    Have you ever written in any
7 medical operative report or medical record
8 for any patient that you believe some of
9 their clinical problems were related to
10 particle loss from mesh?
11     A.    Not in those words, no.
12     Q.    Have you ever referred to
13 particle loss in any way in any medical
14 record for any patient?
15     A.    Not at this time.
16     Q.    In fact, do you know whether
17 particle loss from TVT® mesh causes any
18 clinical problems with patients?
19     A.    I do.
20     Q.    Okay.  What's your basis for
21 that?
22     A.    It narrows the caliber, the
23 diameter of the mesh, because the actual
24 weave unravels.  When it unravels, it loses

Page 128

1 its configured design.  It's a design flaw.
2 It should not do that.  There's other meshes
3 that don't do that.
4     Q.    I'm talking about particle
5 loss.  I'm not talking about fraying now.
6     Okay.  I'm talking about
7 particles actually breaking off.
8     Is that what you mean by
9 particle loss?
10     A.    Well, they're almost one in the
11 same.
12     The reason the particles break
13 off and they fray is because the actual weave
14 design of the mesh is flawed.  And because
15 it's flawed, when you put traction on it, the
16 actual heat -- however they weave this, the
17 curly Q breaks off.  That loses that
18 attachment holding the two sutures together,
19 and it frays.
20     Q.    So do you believe there are
21 situations where actual particles of the mesh
22 separate from the body of the mesh?
23     A.    Yes.
24     Q.    Okay.  Have you seen that?

Page 129

1     A.    Yes.
2     Q.    And has it ever -- well, I've
3 already asked that question.
4     A.    It's the only sling that does
5 this.  The other slings don't behave this way
6 at all.
7     MR. MATTHEWS:  Break time?
8     MR. BALL:  Sure.  Can I ask one
9     more question before we break?
10     MR. MATTHEWS:  Sure.
11 QUESTIONS BY MR. BALL:
12     Q.    Can you point me to anybody
13 else who has written a peer-reviewed medical
14 paper that says TVT® has all of these
15 problems with fraying and that type of thing
16 that the other meshes don't have, like you
17 just said?
18     Can you point me to anybody
19 that has published something and agrees with
20 that?
21     A.    I don't think that they've
22 compared it to other slings.
23     Q.    So you can't point me to any
24 paper that agrees with that statement you've

Dionysios K. Veronikis, M.D.

1  made, true?
2      A.    Not at this time.
3      Q.    True?
4      A.    Yes.
5          MR. BALL:  Okay.  That's it.
6  We'll take a break.
7      (Off the record at 11:08 a.m.)
8  QUESTIONS BY MR. BALL:
9      Q.    Now, have you ever -- let me
10 get to your CV here.  You want to get that
11 out.  I've got just a few questions about
12 that.
13         It's attached, I think, to the
14 back of -- have you ever published anything
15 specifically about TVT®?
16     A.    No.
17     Q.    Have you ever published
18 anything specifically about Gynemesh® PS?
19     A.    No.
20     Q.    Have you published anything
21 about use of mesh in SUI surgery?
22     A.    I published a paper looking at
23 the recommendation of a sling with SUI
24 diagnosis.

1      Q.    Where was that published, or
2  how long ago was that, let me ask that?
3      A.    '95.
4      Q.    Have you ever published that
5  TVT® has all these problems and, therefore,
6  should never have been sold?
7      A.    No.
8      Q.    Why not?
9      A.    I've been busy taking care of
10 people.
11     Q.    Have you ever published that
12 Gynemesh® PS -- strike that.  Let me back up.
13         Do you believe Gynemesh® PS was
14 so poorly designed it never should have been
15 sold?
16     A.    Yes.
17     Q.    Have you ever published that
18 opinion?
19     A.    No.
20     Q.    Same reason?
21     A.    Yes.
22     Q.    Have you ever stated in any
23 kind of presentation to other doctors that
24 TVT® never should have been sold?

1      A.    No.
2      Q.    Have you ever said that to any
3  group of doctors about Gynemesh® PS?
4      A.    No.
5      Q.    Why not?
6      A.    Don't normally get in front of
7  a group of doctors.
8      Q.    Well, I mean, you've presented
9  abstracts five times in the last five years,
10 right, according to your presented abstracts
11 in your CV?
12     A.    Which abstracts are you --
13     Q.    Looking at part of your résumé
14 or your CV that says "Presented Abstracts."
15 The second page of your CV.
16     A.    So that first one was
17 sacrocolpopexy.
18     Q.    No.  What I'm asking, did you
19 actually go out there and present your
20 abstract?
21     A.    I did not present it.
22     Q.    On any of these first five that
23 were 2011 to the present, did you do the
24 presentation?

1      A.    I did not.
2      Q.    Okay.  So one of them is mesh
3  complications requiring removal of
4  midurethral slings, oral presentation.
5          Did you do that?
6      A.    Did not.
7      Q.    Did you participate in whatever
8  the materials were?
9      A.    Yes.
10     Q.    Do you have those?
11     A.    What do you mean by materials?
12     Q.    I assume when you make -- what
13 was the format of this oral presentation?
14         Let me back up.  Why would you
15 be listed as giving an oral presentation in
16 September of 2011 about mesh complications
17 requiring removal of midurethral slings, if
18 you didn't do it?
19     A.    I did do it.  I was part of the
20 project, but I was not the one verbally
21 presenting the project.
22     Q.    Were you there?
23     A.    No.
24     Q.    Okay.  So what was the project?

Dionysios K. Veronikis, M.D.

Page 134

1    A.    The project was looking at all
2 the slings that had issues.  It didn't single
3 out TVT® at that time.
4    Q.    Was that published in some
5 manner?
6    A.    No.
7    Q.    Were there slides or anything
8 to accompany this oral presentation?
9    A.    I'm sure there were.
10    Q.    Okay.  Do you have those?
11    A.    No.
12    Q.    When did you decide that TVT®
13 was so unsafe and never should have been
14 sold?
15    A.    Few years after it came out.
16    Q.    Okay.  So 2005 or before?
17    A.    Around that time.
18    Q.    So what about these invited --
19 here's an invited lecture, Perils for removal
20 of mesh, roundtable discussion, did you
21 attend that?
22    A.    That, I did.
23    Q.    Are there any materials from
24 that?

Page 135

1    A.    No, that was simply a
2 roundtable discussion.
3    Q.    And at that roundtable
4 discussion, did you say either Gynemesh® PS
5 or TVT® was so unsafe it never should have
6 been sold?
7    A.    I didn't single out any
8 manufacturer or any implant.  The talk was
9 designed at helping docs manage patients that
10 had mesh complications.
11    Q.    The same thing with the
12 April 2013 roundtable in Charleston?
13    A.    Yes.
14    Q.    So you have had occasions where
15 you've made presentations about mesh
16 complications to doctors, right?
17    A.    Yeah, it wasn't -- yes, I
18 didn't consider that a presentation.  I
19 consider a presentation I get up at a podium
20 and I give a talk.  It was mostly at
21 breakfast.  Usually it's seven, eight people,
22 two, three show up and, "How do you do this,
23 how do you do that."
24    Q.    But at none of these roundtable

Page 136

1 discussions did you say that TVT® or
2 Gynemesh® PS should never be used, true?
3    A.    True.
4    Q.    And there's no written
5 materials for those roundtable discussions?
6    A.    There was not.
7    Q.    Now, do you have some role with
8 training people, residents?
9    A.    Yes, I do.
10    Q.    Where is that done?
11    A.    That's at Mercy.
12    Q.    How many do you train per year
13 or however it works?
14    A.    The program is accredited for
15 six residents at each level for four years,
16 total of 24.
17    Q.    So at any one time you're
18 dealing with 24?
19    A.    There's 24 residents there.
20 It's one-on-one mostly when I'm dealing with
21 them.
22    Q.    But do you deal with all 24 of
23 them throughout the course of the year?
24    A.    Yeah.

Page 137

1    Q.    That's what I meant.  I didn't
2 mean you get all 24 together at once.
3         Have you ever told the
4 residents they should never use TVT®?
5    A.    Yes.
6    Q.    Okay.  Never use it?
7    A.    No.
8    Q.    And have you ever told them
9 they shouldn't use Gynemesh® PS?
10    A.    Yes.
11    Q.    When did you start doing that?
12    A.    I can't tell you an exact time.
13 It's been years, but they see these patients
14 in the operating room with me, and they get a
15 sense of what they should do and shouldn't
16 do.
17    Q.    There's a book chapter on here,
18 Chapter 18, Dekker, Inc., published in 2003.
19         Has that been updated since
20 that -- ever?
21    A.    It's not been updated.
22    Q.    Okay.  So it doesn't sound like
23 you have; do you have anything in writing
24 about mesh used for SUI or prolapse?

Dionysios K. Veronikis, M.D.

Page 138

1    A.   No.

2    Q.   Besides the residents, have you
3  told any other doctors that they -- that in
4  your opinion they should not use TVT® slings?

5    A.   Yes.

6    Q.   How many?

7    A.   The three or four that do
8  slings at Mercy.

9    Q.   Okay.

10    A.   They ask me specifically what
11  products they should use, and I give them my
12  opinion.

13    Q.   Okay.  Anybody else?

14    A.   Anyone who has asked me.

15    Q.   Well, do they ask you what
16  products you prefer, or do you affirmatively
17  tell them, "Whatever you do, don't use TVT®"?

18    A.   No, I think we have a
19  discussion.  They ask, you know, "How should
20  I manage this, what product should I use,
21  what approach should I use, how should I do
22  it, which products are available."  And I
23  tell them what's available anymore out there
24  is not many more manufacturers left, and I

Page 139

1  recently had this discussion when AMS pulled
2  their product and BARD pulled their product.

3         Some of the urology colleagues
4  and gynecology colleagues asked what they
5  should do and what my opinion was.  I didn't
6  overly twist their arm to use it or not to
7  use it.  I presented the pros and the cons of
8  what I do, how I do it and why I do it and
9  what's available out there, and I let them
10  decide.  Even though I feel strongly that
11  TVT® is not a good product, I didn't, you
12  know, ram it down their throat and say,
13  "Don't use it."

14    Q.   What is on the market today for
15  SUI mesh besides TVT® and Desara?

16    A.   Advantage Fit.

17    Q.   And that's a Boston Scientific
18  product?

19    A.   Yes.

20    Q.   Do you believe that's a safe
21  product?

22    A.   No, it's not as good as Desara.

23    Q.   Okay.  And what's unsafe about
24  it?

Page 140

1    A.   It has the same issue with the
2  round straw adaptation to the flat sling.  I
3  think it's pretty easy.  We both learned in
4  second grade that you can't put a square peg
5  in a round hole.  So all of these trocars
6  create a round opening and then they put a
7  square piece in there and it immediately
8  causes it to roll.  It's a design flaw in
9  every manufacturer.

10         So the only way to get around
11  it is to have a sling that allows to you do
12  surgery, open those spaces up, lay the sling
13  nice and flat, and the only product out
14  there, and it doesn't fray, is Desara.

15    Q.   Does the Advantage sling have a
16  fraying issue?

17    A.   Yes.

18    Q.   All right.  So you're critical
19  of the Boston Scientific Advantage product
20  both because it has an issue of fraying and
21  because it has an improper instrumentation?

22    A.   Yes.

23    Q.   And does it also, in your view,
24  recommend inappropriate technique?

Page 141

1    A.   Yes.

2    Q.   So Advantage, Desara, TVT®, are
3  there any other polypropylene sling products
4  on the market that you're aware of?

5    A.   Coloplast.

6    Q.   Okay.  And what's the name of
7  theirs?

8    A.   The retropubic one is called
9  Supris.

10    Q.   Have you used it?

11    A.   I have not.

12    Q.   Does it have an instrumentation
13  problem?

14    A.   It has less of an
15  instrumentation problem.

16    Q.   Okay.  Do you believe it has an
17  unsafe instrument with it?

18    A.   Not as much because the
19  sling --

20    Q.   I didn't ask as much.  I'm not
21  there to ranking them yet.  I'm just saying
22  do you think it has a safe instrumentation or
23  not?

24    A.   No, it does not.

Dionysios K. Veronikis, M.D.

Page 142

1    Q.    It does not?
2    A.    It does not.
3    Q.    Okay.  Does it have a safe
4 recommended technique?
5    A.    It has a recommend technique.
6    Q.    Is the recommended technique
7 safe?
8    A.    Not in my opinion.
9    Q.    Okay.  And then the mesh
10 itself, is the mesh itself safe?
11    A.    No.
12    Q.    Okay.  So on the market today,
13 is there anything else?  That's the four.
14    A.    There's I-Stop.  I don't see
15 too much of that.  Every now and then I get a
16 patient that has a problem.  I don't know
17 who -- I don't know anyone that uses it
18 around here.  These patients come from far
19 away.
20    Q.    So the four that are used with
21 some regularity in the United States are
22 the -- what did you say the Coloplast was
23 called?
24    A.    Supris.

Page 143

1    Q.    The Supris, the Advantage, the
2 TVT® and the Desara?
3    A.    Yes.
4    Q.    Okay.  And all of those, as far
5 as you're concerned, have unsafe
6 instrumentation?
7    A.    Yes.
8    Q.    And all of them have an unsafe
9 recommended technique?
10    A.    Yes.
11    Q.    And all of them, except the
12 Desara, have an unsafe mesh?
13    A.    Yes.
14    Q.    Okay.  And maybe is the Desara
15 a safe mesh or not?
16    A.    Yeah, I was thinking of the
17 difference between the Supris and the pore
18 size and the configuration and the diameter,
19 comparing that to the TVT® and then comparing
20 all of it to each other real quick.
21    Q.    So does Desara have a safe or
22 unsafe mesh?
23    A.    I'm not talking about the
24 instrumentation.  I'm not talking about the

Page 144

1 technique.
2    Is the mesh itself safe with
3 the Desara as far as you're concerned?
4    A.    The mesh has the same problem,
5 it is polypropylene and degrades.
6    Q.    Do you consider it reasonably
7 safe, the mesh itself?
8    A.    Same category as all the
9 others.
10    Q.    So is it fair to say that all
11 of the meshes that are on the market today,
12 you consider all of them for SUI surgery to
13 be unsafe?
14    A.    At this point in time with
15 everything I've reviewed and everything I've
16 learned, they are not safe.
17    Q.    Okay.  None of them?
18    A.    None of them.
19    Q.    Okay.  And then in ranking,
20 okay, we'll doing ranking now.
21    I assume because you use the
22 Desara you believe it is the least unsafe?
23    A.    Yes.
24    Q.    Okay.  What's next?  If it

Page 145

1 wasn't around, what would you use next?
2    A.    I probably wouldn't use any.  I
3 would probably go to cadaver or do something
4 else.
5    Q.    So the other three, the
6 Coloplast, the Boston Scientific and the
7 TVT®, those SUI sling products, you just
8 wouldn't use them, period, true?
9    A.    Definitely not.
10    Q.    True?
11    A.    Yes.
12    Q.    Are there any studies showing
13 the long-term efficacy and complication of
14 the Uretex or the Caldera Desara sling?
15    A.    No.
16    Q.    If the Uretex sling were still
17 on the market, would you use it?
18    A.    Yes.  That would be my
19 preferred sling.
20    Q.    Above the Desara?
21    A.    Yes.
22    Q.    And what happened to it?
23    A.    It was a French company called
24 Sofradim and something happened, it got sold,

Dionysios K. Veronikis, M.D.

Page 146

1 and I think Covidien purchased them. BARD
2 didn't purchase them, so they lost the rights
3 to import the sling.
4      Q.    So is that sling still on the
5 market somewhere?
6      A.    I don't think so.
7      Q.    In your opinion about the
8 relative merits of the various slings and
9 instruments and techniques, you're not aware
10 of any medical review or medical literature
11 that makes a comparison like that and reaches
12 those kinds of conclusions, true?
13      A.    True.
14      Q.    Okay.  This is all essentially
15 based on your personal opinion based on your
16 personal experience?
17      A.    Yes.
18      Q.    Let's take 2005 to 2010.
19 During that time period, were the IFU
20 warnings any different for the Uretex or the
21 Desara sling versus the TVT® in any material
22 way?
23      A.    2005?
24      Q.    To 2010, during that time

Page 147

1 period?
2      A.    So I was not using Desara.
3      Q.    Well, I thought you said you
4 started in 2010, that's why I included it.
5      A.    Okay.  So from -- I started
6 January 2010.
7      Q.    So starting January 2010 and
8 going backward to 2003?
9      A.    Okay.
10      Q.    Which is when you started using
11 the Uretex?
12      A.    Uh-huh.
13      Q.    During that time period, were
14 the warnings in the IFU about the SUI slings
15 any different in a material way between the
16 Uretex IFU, the Desara IFU and the TVT® IFU?
17      A.    With respect to the material?
18      Q.    No, with respect -- by
19 material, I meant relevant or a significant
20 way.  Let me reask the question.  I'll get
21 rid of the word "material."
22      A.    Okay.
23      Q.    From 2003 to 2010, the warnings
24 in the IFU between the Desara warnings, the

Page 148

1 Uretex warnings and the TVT® warnings, were
2 they different in any way that was
3 significant to you during that time period?
4      A.    They were the same, but I want
5 to qualify that I didn't read or look at the
6 Caldera Desara until 2010.  So I already knew
7 what the IFU was for the Uretex and the TVT®.
8      Q.    But you looked -- when you
9 looked at it in 2010, did you notice it being
10 significantly different in terms of
11 warnings --
12      A.    It had a lot -- the Desara had
13 a lot more warnings.
14      Q.    Okay.  In January 2010?
15      A.    Yes.
16      Q.    Do you know when it came on the
17 market?
18      A.    Around that time.
19      Q.    Okay.
20      A.    I was looking for another
21 sling, they were at a conference and I asked
22 to be evaluated.
23      Q.    So the Uretex and TVT® slings
24 had substantially the same warnings, right,

Page 149

1 during the time they were on the market in
2 2003 to 2010?
3      A.    I think the Uretex had more
4 warnings than the warnings that were in the
5 TVT®.
6      Q.    Okay.  During the 2003 to 2010
7 time period?
8      A.    Yes.
9      Q.    And what was more about them?
10      A.    Injury to organs, talked about
11 retention, talked about urgency.  Just more
12 of the routine things that you would expect
13 from a sling.
14      Q.    There was more of that type of
15 warning 2003 to 2010 with the Uretex product
16 than the TVT®?
17      A.    Yes.
18      Q.    Okay.  And then the Desara was
19 kind of a new generation sling as of January
20 of 2010?
21      A.    Yes.
22      Q.    And it had more warnings?
23      A.    Yes.
24      Q.    And that was not surprising to

Dionysios K. Veronikis, M.D.

Page 150

1 you because there had been many more years of
2 experience?
3     A.   Yes.
4     Q.   Now, in terms of warnings to
5 doctors, manufacturers can get warning
6 information to doctors through methods other
7 than the IFU, true?
8     A.   Yes.
9     Q.   Professional education programs
10 can provide warnings, right?
11     A.   Yes.
12     Q.   There can be surgeon monographs
13 that can supply warnings?
14     A.   Yes.
15     Q.   Have you evaluated any of the
16 sources of warnings that Ethicon gave to
17 doctors other than the IFU?
18     A.   Yes, I've looked at some
19 material.
20     Q.   In your report, do you make
21 reference to any other materials that
22 contained warnings other than the IFU?
23     A.   No. Because essentially
24 information was the same as the IFU, and I

Page 151

1 relied on the sure bet that that information
2 was always with the product rather than
3 trying to second guess whether surgeon A, B
4 or C did get this material.
5     Q.   Have you ever reviewed the
6 surgeon monograph with respect to the
7 Prolift® product, which was a Gynemesh® PS
8 product?
9     Have you evaluated that?
10     A.   What did you call it?
11     Q.   Surgeon monograph.
12     A.   Yes.
13     Q.   You've reviewed it?
14     A.   Yes.
15     Q.   Did that have the same or more
16 or different warnings than the IFU?
17     A.   Had more pictures.
18     Q.   I didn't ask that.
19     Did it have the same or
20 different warnings than the IFU?
21     A.   Pretty much the same.
22     Q.   Okay. Did you review the
23 professional education materials for the TVT®
24 and the Gynemesh® PS that were used by

Page 152

1 Ethicon to help educate doctors?
2     Did you review those?
3     A.   I reviewed what was available
4 to me.
5     Q.   Were there any different
6 warnings in the professional education
7 materials for the TVT® or the Gynemesh® PS
8 more than in the IFU?
9     A.   No.
10     Q.   But you don't make -- with
11 respect to your warning sections in both the
12 Gynemesh® report and the TVT® report, the
13 only warnings you refer to are warnings that
14 are in the IFU, true?
15     A.   Yes. And I based that on the
16 fact that that was a sure thing for me that
17 that came with the kit.
18     I don't know whether the
19 surgeons viewed the video, looked at the
20 pamphlets. I am not sure what they had done.
21 But that was a constant.
22     Q.   But in any particular case, you
23 would want to examine all of the information
24 that was available from Ethicon to the

Page 153

1 doctors in order to assess the adequacy of
2 the warnings, true?
3     A.   Not if they're the same as the
4 IFU. I think it's the same.
5     Q.   Your belief is that none of the
6 materials had any different warnings in them?
7     A.   Correct.
8     Q.   Okay. Are there any warnings
9 in an IFU for an SUI product that you thought
10 were adequate?
11     A.   When I read it years ago, I
12 thought it was adequate. Reading it today,
13 none of them mention frequency. None of them
14 mention how often these events occur, what
15 the long-term consequences are.
16     So they're all not adequate.
17     Q.   Okay. So when you read the
18 TVT® IFU back in the early 2000s when you
19 tried out the product, you thought the
20 warnings were adequate at that time?
21     A.   I would have thought so, yes.
22     Q.   Okay. And you now have
23 concluded that none of the IFUs for any of
24 the mesh slings are adequate, true?

Dionysios K. Veronikis, M.D.

Page 154

1   A.   With everything -- yes, with
2   everything I know today, they are not
3   adequate.
4   Q.   None of them?
5   A.   None of them.
6   Q.   And you're saying this because
7   they don't state frequency?
8   A.   Yes.
9   Q.   Okay.  Frequency of what?
10   A.   How often is there a bladder
11   perforation, how often is there an exposure,
12   how much mesh contracture occurs, what are
13   the pore sizes, what happened to the
14   effective pore size.  It's a very small
15   percentage of the information that any doc
16   needs to truly understand what he or she is
17   going to offer that patient and how to
18   counsel that patient.
19       So everything we tell a patient
20   before surgery is based on what our
21   understanding is and our best efforts at
22   explaining those risks and benefits to the
23   patients.  So when it's very small, you don't
24   have enough information to truly counsel a

Page 155

1   patient effectively.
2   Q.   Today is your counseling of the
3   patient based more on the IFU or on your own
4   personal experience?
5   A.   Both.
6   Q.   Is it based more on one or the
7   other?
8   A.   Probably more on my experience
9   at this point.
10   Q.   Now, you say the IFU doesn't
11   tell frequency.
12       Do you have an opinion as to
13   what the frequency of exposure is with a
14   TVT®?
15   A.   Yes.
16   Q.   Because I thought -- here's the
17   reason I'm asking this.  I thought we went
18   down this before, and I thought you said
19   rather than -- let me back up.
20       I thought you said before you
21   didn't have an opinion as to what the
22   percentage of frequency was with any of the
23   potential complications, and that's where I'm
24   getting confused.  So I'm going to ask that

Page 156

1   broad question first.
2   A.   Yes.
3   Q.   Do you have an opinion as to
4   the frequency of any of the potential
5   complications with a TVT®?
6   A.   Two-part answer.
7   Q.   Okay.
8   A.   No, because I don't know the
9   denominator.
10   Q.   Right.
11   A.   And I don't know -- what I know
12   for certain are the patients that present to
13   me with those complications, and the patients
14   that present to other surrounding surgeons
15   with those complications.  So the only way to
16   know that is to pool a very large number of
17   docs and figure out what it is.  And even if
18   you found out what it was, you would have to
19   know the exact number of slings that went in.
20   Q.   So do you believe that the
21   percentages of any of the complications with
22   the TVT® such as exposure, chronic foreign
23   body reaction, chronic pain with intercourse,
24   do you believe that is knowable?

Page 157

1   A.   It can be knowable, yes.
2   Q.   Okay.  So do you know of anyone
3   or any paper or anything that would give
4   reliable percentages of the frequency of
5   complications such as dyspareunia,
6   contraction, exposure?
7   A.   That study hasn't been done.
8   Q.   Okay.  And you're not aware of
9   any published papers on those topics?
10   A.   Correct.
11       Even the Nilsson paper that's
12   cited on the back of the AUGS, SUFU, had
13   almost a -- half the patients went away.  So
14   although they reported a few complications,
15   you don't know what the other 45, 47 patients
16   that got lost to follow-up were doing.
17   Q.   So if a patient asked you,
18   "What is the percentage chance that I'm going
19   to have dyspareunia after a sling procedure,"
20   you wouldn't be able to give them a
21   percentage?
22   A.   The percentage I give -- I can
23   give them percentage on what I do.  The way I
24   do.

Dionysios K. Veronikis, M.D.

Page 158

1    Q.    I mean, the general, if they
2  ask you just generally, not just you, Doc,
3  just generally --
4    A.    25 percent.  25 percent.
5    Q.    -- have dyspareunia?
6    A.    25 percent can have
7  dyspareunia.
8    Q.    Okay.  What's your source for
9  that number?
10    A.    That source is a paper by
11  Hilary Cholhan.
12    Q.    And that's not -- is that
13  long-term dyspareunia or temporary or both?
14    A.    It was de novo dyspareunia.
15    Q.    But long term or --
16    A.    It never got followed up,
17  reported after that.
18    Q.    That's all products, not just
19  TVT®?
20    A.    That was not just specific
21  TVT®.
22    Q.    Is that what you tell patients
23  then, that there's a 25 percent chance of
24  dyspareunia with a general percentage with

Page 159

1  mesh?
2    A.    No.  Because I don't follow the
3  manufacturer's instructions for placement.
4    Q.    What if they ask you what the
5  general percentages of exposure or erosion,
6  do you give a percentage?
7    A.    It's from 4 to 12.  4, 18,
8  17 percent.  It depends on --
9    Q.    I'm getting confused because a
10  minute ago I asked you if there were any
11  published studies about these percentages,
12  and you said no, and now you're rattling off.
13  I'm having trouble.
14    A.    There are some papers that talk
15  about, but they're very small groups and the
16  percentages are all over the board.
17    Q.    So I think I used the word
18  "reliable," and I think that's -- so you're
19  not aware of any reliable scientific papers
20  that have been published that give what you
21  think are reliable estimates of the
22  percentage of complications of dyspareunia,
23  pelvic pain, erosion, contraction, that type
24  of thing, true?

Page 160

1    A.    True.
2    Q.    You said that you gave the
3  general numbers like 85 percent cure and 7 or
4  8 percent improvement with mesh slings.
5      Remember that?
6    A.    That was with the TVT®.
7    Q.    TVT®.
8      Are there any general numbers
9  like that for other products?
10    A.    Yes.
11    Q.    What are they?
12    A.    I know the Mersilene sling by
13  Steve Young had a 94 percent success rate.
14    Q.    Okay.
15    A.    Studies cite fascial slings
16  95 percent.
17    Q.    I was talking about polyester
18  slings.
19      Are there any results on the
20  Desara sling, the Uretex and the other ones
21  that you've mentioned?
22      MR. MATTHEWS:  Object to the
23    form.  Those are not polyester slings.
24      MR. BALL:  Polypropylene.  That

Page 161

1  was my error.
2      MR. MATTHEWS:  Okay.
3  QUESTIONS BY MR. BALL:
4    Q.    Polypropylene slings, the other
5  ones, is there any data that you find
6  reliable about the success rates with other
7  polypropylene slings?
8    A.    There's data to suggest that
9  all slings have a high cure rate.
10    Q.    Of?
11    A.    85, 90.  Depending whether you
12  look at objective or subjective data,
13  sometimes that a little bit different.
14    Q.    So in terms of success rates,
15  the TVT® sling is consistent with the other
16  polypropylene slings that have been on the
17  market the last 10 or 15 years, true?
18    A.    Yes.
19    Q.    Okay.  And in terms of
20  complications, you don't have reliable data
21  to compare the rate of complications with
22  TVT® versus the other polypropylene slings
23  that have been on the market the last 10 or
24  15 years, true?

Dionysios K. Veronikis, M.D.

Page 162

1  A.    True.
2  Q.    I wanted to ask you before we
3  get into the Prolift® here, can you tell
4  me --
5      MR. BALL:  Let's go off the
6  record for a second.
7      (Off the record at 11:52 a.m.)
8  QUESTIONS BY MR. BALL:
9  Q.    Are you aware of any published
10 scientific literature that is critical of the
11 instruments used with TVT®?
12 A.    No.
13 Q.    Are you aware of any published
14 scientific papers that are critical with the
15 technique recommended in the IFU for the
16 TVT®?
17 A.    No.
18 Q.    Are you aware of any scientific
19 papers that are critical of the mesh design
20 with the TVT®?
21 A.    No.
22 Q.    Okay.  Have you read -- do you
23 know which versions of the IFU -- well, let
24 me back up.

Page 163

1      Have you read the IFU that
2  accompanies TVT® today?
3  A.    I don't think so.
4  Q.    Okay.  So you don't have any
5  opinion as to whether it's adequate or not,
6  the warnings in there?
7  A.    No, I actually tried to click
8  on it several times and it didn't download
9  for me to get the latest version.
10 Q.    Other than being a doctor who
11 reads warnings, do you have any other
12 qualifications in the content of warnings?
13 A.    I'm not sure I understand the
14 question.
15 Q.    What are your qualifications to
16 judge the adequacy of warnings besides the
17 fact that you're a doctor that reads IFUs?
18 A.    I've written several
19 instructions for use on instruments I've
20 designed.
21 Q.    For what?
22 A.    One was for a vaginal dilator
23 for women that have a shortened vagina.
24     Another one is for an

Page 164

1  instrument to do pelvic surgery, sacrospinous
2  colpopexy.
3  Q.    Have those been commercialized,
4  those products?
5  A.    Yes.
6  Q.    And did you write the warnings
7  in the IFU?
8  A.    Yes.
9  Q.    Or just the technique?
10 A.    I wrote both.
11 Q.    Okay.  Did anyone help you
12 write the warnings?
13 A.    They gave me a handout on what
14 it should include, and I wrote it.
15 Q.    If I wanted to have those IFUs,
16 where would I get them?
17 A.    I don't know where you would
18 get them at this time.  Here's why:  The
19 company got sold.  Currently the product got
20 bought by -- let me think.  I'll think of it
21 in a second.  I'll think of it.
22     So I did not have a binding
23 contract with the company that I did this for
24 so when they sold it to -- oh, I'll think of

Page 165

1  the name.  Who are they?
2      So I don't get any royalties or
3  anything on that.  I don't know where it's
4  at.
5  Q.    Do you have copies of the IFUs
6  for those products?
7  A.    I'm sure I don't.
8  Q.    Do you still use the products?
9  A.    I do not.
10 Q.    So you don't have any copies of
11 IFUs that you've ever been involved in
12 writing?
13 A.    That's correct.
14 Q.    In addition to the IFU,
15 doctors -- in addition to the IFU and other
16 materials the company might supply to doctors
17 about warnings, the doctors also have a
18 responsibility to keep up on continuing
19 medical education about the procedures they
20 perform, true?
21 A.    Sure, yes.
22 Q.    And they also have a
23 responsibility to be aware, for example, of
24 FDA notifications about the procedures they

Dionysios K. Veronikis, M.D.

Page 166

1 use, true?
2     A.   Yes.
3     Q.   And also the position
4 statements and publications of the
5 organizations they're members of, true?
6     A.   Yes.
7     Q.   And those can all be sources of
8 information about warnings, true?
9     A.   Yes.
10     Q.   Are there more cites in your
11 reports to company documents or peer-reviewed
12 literature?
13     A.   Probably company documents.
14     Q.   Why is that?
15     A.   I thought that that was a very
16 relevant source of things that were not in
17 the peer-reviewed literature that truly spoke
18 to the issues that the mesh had that were not
19 evident by any peer-reviewed literature.
20     Q.   One reason I want to cover
21 before we get into the Gynemesh® is I want to
22 make sure that I understand and have on the
23 record any communications that you recall
24 having with anybody who worked for Ethicon.

Page 167

1     Okay?
2     A.   Okay.
3     Q.   All right. So, first of all, I
4 think you said back in the early 2000s there
5 was a person who encouraging you to try TVT®,
6 right, and you gave us a name earlier in the
7 deposition, and it escapes me?
8     A.   Hattie Loggie.
9     Q.   Okay. Other than her
10 encouraging you to try TVT® in your SUI
11 surgery and you telling her that you had some
12 issues with it, anything else you remember
13 about those communications?
14     A.   With her?
15     Q.   Yes.
16     A.   No, I remember there was -- I
17 had communications with her.
18     Q.   I'm going to get to other
19 people in a minute. I want to take them one
20 at a time.
21     A.   I am sorry, ask that question
22 again.
23     Q.   So you had communications back
24 in the early 2000s with this woman about --

Page 168

1 where she was encouraging you to try TVT®,
2 and you tried it, and you told her what your
3 issues were, right?
4     A.   Yes.
5     Q.   Anything else about those
6 communications that you can recall?
7     A.   No. Nice lady. She wanted me
8 to try it, and I declined.
9     Q.   Well, you tried it and then
10 declined using it more?
11     A.   Right. Yes.
12     Q.   By the way, did the two people
13 you tried it on have any long-term problems,
14 do you know?
15     A.   No, I don't think so.
16     Q.   And then you also mentioned a
17 Will Irby at one point in time that you had a
18 conversation with.
19     A.   Yes.
20     Q.   Who was he?
21     A.   I don't recall his exact title,
22 but he had something to do with maybe the
23 product manager for TVT®.
24     Q.   Okay. And what were the nature

Page 169

1 of your communications with him?
2     A.   He was introduced to me by
3 Hattie Loggie as someone who might be a
4 potential customer for using TVT®.
5     Q.   Okay. And what was the
6 nature -- and then just tell me about those
7 communications.
8     A.   My recollection is I met the
9 man once. It was in my office. I asked
10 about the product. He gave me a VCR at the
11 time --
12     Q.   Was this before or after you
13 tried it with --
14     A.   It was before.
15     Q.   Before?
16     A.   Yeah, it was before.
17     Q.   So this was kind of in
18 conjunction with you trying it out the first
19 time?
20     A.   Yeah. Yes.
21     Q.   Okay. Anybody else from
22 Ethicon that you ever had any communications
23 with about TVT®?
24     A.   Retropubic TVT®?

Dionysios K. Veronikis, M.D.

Page 170

1    Q.    Yes.
2    A.    Now, there was a Jim Bly, but I
3 think that was regarding TVT-Secur.  So I
4 think retropubic TVT® was Will Irby.  There
5 was Hattie Loggie.  There was maybe her
6 regional manager, Hattie's regional manager,
7 that moved to Atlanta, but I can't recall his
8 name.
9    Q.    And that was all about wanting
10 you to try it out, and you tried it out, and
11 you told them your thoughts?
12   A.    Yes.
13         And after I tried it, I think
14 Hattie set up this meeting.  I remember
15 they -- we went to dinner at Morton's and he
16 asked me what my concerns were, and I relayed
17 then my concerns about the tunneling, the
18 curling, the rolling, the fraying, all of
19 those things.
20   Q.    Now, did you get any specific
21 training on using the TVT® before you tried
22 it out?
23   A.    Yes.
24   Q.    What was the nature of that

Page 171

1 training?
2    A.    I think there was some sort of
3 course.  I remember being flown.  I don't
4 remember where I flew, maybe it was
5 Cincinnati.  And there was a -- it was pretty
6 impressive.  There were a couple hundred
7 people there.  They took us in in buses, and
8 they had live surgery, video and --
9    Q.    This is about TVT®?
10   A.    Yes.
11   Q.    And this was before you tried
12 it the first time?
13   A.    Yes.
14   Q.    Did you ever go locally here
15 and watch anybody or have any training from
16 that?
17   A.    No.
18   Q.    Did you ever go over to France
19 with Prolift®?
20   A.    No.
21   Q.    Or Gynemesh®?
22   A.    No.
23   Q.    Now, I've been talking about
24 TVT®.  Now I want to switch to Prolift® or

Page 172

1 Gynemesh®.
2    A.    Okay.
3    Q.    Prolapse products.
4    A.    Okay.
5         MR. MATTHEWS:  Well, he didn't
6 give an opinion on Prolift®.
7         MR. BALL:  He gave an opinion
8 about Gynemesh®.
9         MR. MATTHEWS:  Right.  That's
10 two different things.
11        MR. BALL:  Yeah, I understand.
12 But his report is full of references
13 to Prolift®.  Okay.
14 QUESTIONS BY MR. BALL:
15   Q.    Is Prolift® made out of
16 Gynemesh® PS?
17   A.    It is.
18   Q.    All right.  And did you ever
19 have any communications with anybody from
20 Ethicon connected with any product made out
21 of Gynemesh® PS?
22   A.    So let me just think out loud
23 for a second.
24        Okay?

Page 173

1         There was a young lady that
2 drove me to Wichita, Kansas, to watch Dave
3 Robinson, Dr. Robinson, who I had met a
4 couple years prior, so I think worked for
5 Ethicon.  I recently just took out one of his
6 posterior Prolift®s just a few days ago.  So
7 Dave Robinson.  I don't recall the girl's
8 name.  Maybe Tracy.  We went -- she drove me
9 in her car, went to Wichita, Kansas, if I
10 recall correctly, her, Dr. Robinson.
11   Q.    Dr. Robinson did the surgery?
12   A.    Yes.
13   Q.    Okay.  And you watched him do
14 it?
15   A.    I watched him do it.
16   Q.    Okay.  That's one episode.
17        At that time had you used
18 Gynemesh® PS any?
19   A.    I had not.
20   Q.    Okay.  Any other communications
21 you had with anybody from Ethicon about any
22 Gynemesh® PS product?
23   A.    I'm thinking.  I don't recall.
24 If you have something to jog my memory.

Page 174

1    Q.    What happened at the end of
2 that Wichita trip?
3    A.    Like typically what happens,
4 they want you to become a customer, try the
5 product. It seemed like Dr. Robinson put it
6 in pretty smooth. It seemed smooth. He
7 talked about what the advantages,
8 disadvantages were. I was very comfortable
9 doing vaginal surgery, doing sacrospinous.
10 And my interactions with Dave, a couple years
11 before he was interested in that instrument
12 that I developed for doing sacrospinous and
13 accessing that area of the pelvic floor and
14 that -- really don't think I have any other
15 recollection besides that.
16        Anybody else? I think Jim Bly,
17 maybe Jim Bly brought me. I always like to
18 have stuff. I always like to play with it,
19 touch it, read things, look at the trocars.
20 I'm very hands-on, mechanical.
21    Q.    What's Jim Bly's role?
22    A.    He's a salesperson.
23    Q.    But you think that was about
24 the TVT-O or about the --

Page 175

1    A.    No.
2    Q.    -- or the Secur?
3    A.    He was about Prolift® and
4 Secur.
5    Q.    Okay. And you think you did
6 have some interaction with him about a
7 Gynemesh® PS product Prolift®?
8    A.    It was about a posterior
9 Prolift®. I still have it.
10        No. No, it was a total
11 Prolift®. It was a total.
12    Q.    And what was that communication
13 about?
14    A.    Basically wanting me to try it.
15    Q.    Okay. So any other
16 communications?
17    A.    Jogging my memory, that's all I
18 remember.
19    Q.    Okay. Do you know if there's
20 any difference between the mesh that is
21 Gynemesh® PS and the mesh used in TVT®?
22    A.    Yes, there is.
23    Q.    What's the difference?
24    A.    Well, PS is 45 grams per meter

Page 176

1 squared. It has --
2    Q.    So it's lighter?
3    A.    It's lighter, which is why TVT®
4 is considered heavy. And learning all of
5 this and thinking about it, reading about it
6 and everybody's in a lightweight mesh, you
7 think that someone would make a sling that's
8 lightweight. The pores have a funny
9 configuration. They're not the same. They
10 vary in size, and there's a fiber that runs
11 across it. So depending on how you measure
12 it, you can get something from very small to
13 1 millimeter to 1.5 to .3. It's all over.
14    Q.    Are the TVT® pore sizes that
15 consistent?
16    A.    Before you implant it, yes.
17    Q.    So far the differences between
18 TVT® and Gynemesh® PS is irregularity in pore
19 size and also the weight.
20        Anything else?
21    A.    They're both polypropylene.
22    Q.    Is the polypropylene the same,
23 to your knowledge?
24    A.    Yes.

Page 177

1    Q.    Okay.
2    A.    They're both polypropylene.
3 The TVT®'s used for slings. The Gynemesh® is
4 used for prolapse, cystocele, rectocele,
5 vaginal apex support. Variable size in the
6 pores. Color's different. It's got blue
7 stripes in the Gynemesh® where the early TVT®
8 was clear. Later TVT® is blue.
9    Q.    Is Gynemesh® PS a lightweight,
10 macroporous, monofilament mesh?
11    A.    It's medium weight,
12 macroporous, monofilament.
13    Q.    What's the dividing line
14 between light and medium --
15    A.    About 28, 28 -- I am sorry.
16    Q.    We've been doing great.
17    A.    Sorry.
18    Q.    Lightweight cutoff is what?
19 What were you just going to say?
20    A.    28 to 30 grams per meter
21 squared.
22    Q.    And below, that's lightweight?
23    A.    Yes.
24    Q.    And 30 to what is medium

Dionysios K. Veronikis, M.D.

Page 178

1 weight?
2     A.    60, 50.
3     Q.    And above 50 or 60 is
4 heavyweight in your view?
5     A.    Yes.
6     Q.    I'm now going to be asking you
7 principally about Gynemesh® PS, okay, so
8 we're switching gears.  It doesn't mean that
9 there might not be some overlap, but we're
10 switching gears.
11         Doctor, can you tell me --
12 first of all, have you ever used Gynemesh®
13 PS?
14     A.    Yes.
15     Q.    Okay.  Kind of globally tell me
16 what your experience is using that, and then
17 I'll ask you more specific questions.
18     A.    I didn't like it.
19     Q.    Well, I didn't ask whether you
20 liked it or not yet.  I kind of figured you
21 didn't like it or you wouldn't be here.
22         What have you used Gynemesh® PS
23 for?
24     A.    I've never used Gynemesh® PS.

Page 179

1 I've used Prolift®, which has Gynemesh® PS.
2     Q.    But I'm encompassing -- so
3 what what have you used -- let me back up.
4         Gynemesh® PS -- Prolift® is
5 made out of Gynemesh® PS, right?
6     A.    Yes.
7     Q.    All right.  The only Gynemesh®
8 PS you've used is Prolift®?
9     A.    Yes.
10     Q.    Okay.  And how many times have
11 you used Prolift®?
12     A.    Just once.
13     Q.    Okay.  And when was that?
14     A.    Shortly after I visited Dave
15 Robinson.
16     Q.    Okay.  Did that patient have
17 complications?
18     A.    Yes.
19     Q.    Okay.  In what nature?
20     A.    She had protracted pain.
21     Q.    Did it eventually go away?
22     A.    She didn't come back.
23     Q.    So you don't know?
24     A.    Don't know.

Page 180

1     Q.    All right.  Just remembered.
2 When you do an implant of a TVT® -- or excuse
3 me, an explant of a TVT®, the surgeries that
4 come to you, what has been your success rate
5 in resolving their problems?
6     A.    A percentage, you're looking
7 for a percentage?
8     Q.    Yes.
9     A.    95 percent.
10     Q.    Okay.  And when you do that, do
11 you do something else to deal with their
12 stress urinary incontinence?
13     A.    Not at that time.
14     Q.    Okay.  You take out the sling
15 and kind of see how they do, is that the
16 idea?
17     A.    Yes.
18     Q.    And sometimes you have to,
19 what, put in another sling or do some other
20 kind of procedure?
21     A.    Yes.
22     Q.    What percentage of the time
23 that you've taken out a TVT® do you have to
24 do some other kind of procedure?

Page 181

1     A.    It's a great question.  About
2 half the time.
3     Q.    About half the time.
4         And then the other half, you
5 take it out and they're okay?
6     A.    They're fine.  They're leaking
7 a very small amount due to the scarring from
8 all the surgery and with the experience they
9 had, they would rather leak a little bit at
10 that point rather than do anything else at
11 all.
12     Q.    And when you do the other half
13 of the time when you do a repeat surgery for
14 SUI, what kind of surgery do you do?
15     A.    I offer them everything as I
16 mentioned above.  Because --
17     Q.    Just as if they're a new
18 patient, so to speak?
19     A.    And they are sort of a new
20 patient because I don't do partial removals.
21 I do complete removals so the entire pelvis
22 is sort of naïve except with scarring from
23 multiple surgeries.  But it gets her back to
24 a starting point.

Dionysios K. Veronikis, M.D.

Page 182

1    Q.    Okay.  And you've been able --
2  when you do these explant surgeries for TVT®,
3  you've been able to remove all of the mesh?
4    A.    Yes.
5    Q.    All right.  Now, so you tried
6  Prolift® one time.
7         Why did you not like it?
8    A.    I instantly saw the curling
9  similar to what would happen with a TVT®
10  because, again, the same concept.
11    Q.    The curling of the arms?
12    A.    The curling of the arms going
13  through and the pulling and the fraying, and
14  you can actually see the tissue get pulled --
15  as you're pulling on the arm to tension it,
16  you can actually see the rectal tissue
17  pulling in with it.  I regret not removing it
18  right then and there.
19    Q.    On the one person?
20    A.    On that one person.
21    Q.    All right.  So how many
22  Gynemesh® PS products have you explanted?
23    A.    Does that include Prolift®?
24    Q.    Is that a Gynemesh® PS product?

Page 183

1    A.    Okay.  Yes.
2    Q.    Okay.
3    A.    In 2015?
4    Q.    No -- well, we'll start there.
5    A.    I know that number
6  specifically.
7    Q.    Okay.  Sure.
8    A.    About 30.
9    Q.    Okay.  And were those all
10  Prolift®?
11    A.    Yes.
12         There's some Gynemesh® also.
13  Piece Gynemesh®.
14    Q.    That was cut from a sheet?
15    A.    Yes.
16    Q.    All right.  So how many of each
17  of those?
18    A.    About seven Gynemesh® from a
19  square piece, auto made.
20    Q.    In other words, a surgeon cuts
21  it?
22    A.    Yes.
23    Q.    And through your career, how
24  many Gynemesh® PS products have you

Page 184

1  explanted?
2    A.    So including everything with
3  Prolift®?
4         90.
5    Q.    And how many of those have been
6  Prolift® versus surgeon-cut Gynemesh® PS?
7    A.    Surgeon-cut, 15.
8    Q.    Now, with respect to Gynemesh®
9  PS, which is what your report is about here,
10  okay, so that's about the mesh, right?
11    A.    Okay.
12    Q.    You're addressing the mesh
13  that's cut by the surgeon and can be used for
14  prolapse, true?
15    A.    Okay.
16    Q.    Right, that's what your report
17  addresses?
18    A.    Yes.
19    Q.    Just so we're clear.  Exhibit 3
20  is a reported that's entitled "Gynemesh® PS,"
21  and that is addressing the mesh that can be
22  cut from a sheet and used to -- in various
23  surgeries, correct?
24    A.    Yes.  Just to be clear when we

Page 185

1  talk, are we adding Prolift®, or are we
2  sticking to just the sheet?  I'm a little
3  confused.
4    Q.    If I have a Prolift® question,
5  I'll ask you about it.
6    A.    Okay.
7    Q.    But I'm talking now about
8  Gynemesh® PS, okay.  The mesh itself, do you
9  believe that that was so unsafe it never
10  should have been sold?
11    A.    Yes.
12    Q.    Okay.  Why is that?
13    A.    It folds and curls because of
14  its poor design.  It bunches and rolls when
15  it's placed.  The vagina is not the anterior
16  abdominal wall.  And this mesh was designed
17  for the anterior abdominal wall.  And in the
18  anterior abdominal wall the surgeon can lay
19  it nice and flat.  That's not the case in the
20  vagina.  The vagina is a tubular structure
21  and the attachment points create oblique
22  stress when you try to secure it.  And then
23  the vagina moves very differently.  It has
24  completely different tensile characteristic

Dionysios K. Veronikis, M.D.

Page 186

1 requirements than the anterior abdominal
2 wall.
3        It's really a product that
4 should have never been put in the vagina.
5    Q.    Mesh in general?
6    A.    Yes.
7    Q.    All right.  Not just Gynemesh®?
8    A.    Mesh in general.
9    Q.    So I want to make clear on
10 that.
11        It's your opinion that mesh in
12 general should not -- of any kind should be
13 used for treatment of prolapse, true?
14    A.    Vaginally placed.
15    Q.    Vaginally placed?
16    A.    Because there is no mesh that's
17 designed specifically for the mechanical
18 requirements of the vagina.
19    Q.    Okay.  In your view, is
20 Gynemesh® PS the same as the mesh used for
21 hernia repair?
22    A.    Yes.
23    Q.    Okay.  No differences?
24    A.    No.

Page 187

1    Q.    So were there companies besides
2 Ethicon that made mesh for use with prolapse
3 repair?
4    A.    Yes.
5    Q.    Have you used any of their
6 products?
7    A.    Have not.
8    Q.    Okay.  But you don't believe
9 any product ever made, any mesh product ever
10 made, for vaginal repair of prolapse is safe?
11    A.    That is correct.
12    Q.    Now, are there any mesh
13 products on the market today for vaginal
14 repair of prolapse?
15    A.    Placed vaginally?
16        May I ask a question?  Placed
17 vaginally?
18    Q.    That's what I meant.
19    A.    There are products that are
20 available at the surgeon's discretion to
21 place in the vagina.
22    Q.    What are those?
23    A.    There's a Boston Scientific
24 product Polyform.

Page 188

1    Q.    Have you ever used it?
2    A.    No.
3    Q.    Okay.  And you believe it's
4 unsafe, too?
5    A.    Yes.
6    Q.    And is that -- any others?
7        Any other products?
8    A.    I was thinking.  So there's
9 Gynemesh®, there's Boston Scientific, there's
10 Coloplast has Restorelle.  Let me see who the
11 players are.  So Boston Scientific Polyform,
12 Ethicon Gynemesh®, and Coloplast Restorelle.
13 I think that's it.
14    Q.    Do you know surgeons today that
15 use polypropylene mesh for vaginally -- what
16 was the word you used?  Vaginal entrance or
17 whatever?
18    A.    What did I use, support?  I'm
19 not sure what I used.
20    Q.    For vaginal prolapse repair,
21 going through the vagina, not abdominally, do
22 you know surgeons today that use mesh for
23 that type of surgery?
24    A.    So I want to answer the

Page 189

1 question.  I know there's people using it,
2 yes.
3    Q.    Okay.
4    A.    I don't know them personally,
5 but I know they're using it.
6    Q.    So I want to make sure I
7 understand your opinion as to why Gynemesh®
8 is unsafe and should never have been sold.
9        One opinion I'm hearing is that
10 mesh in general is just not compatible with
11 use in the vagina, true?
12    A.    Correct.
13    Q.    Okay.  Any other specific
14 criticisms you have of Gynemesh® PS from a
15 design standpoint?
16    A.    It's heavier, stronger than it
17 needs to be placed in the vagina.  Even
18 though it is sort of medium weight,
19 macroporous, monofilament with pore sizes
20 that in certain areas are above a millimeter,
21 in other areas they're not, which enhances
22 bridging fibrosis and scarring.  The vagina
23 is just not an organ -- the vagina doesn't
24 have an organ that's conducive for placing

Page 190

1  mesh.  Let's see if I wrote anything else.
2        And obviously all the things we
3  mentioned about polypropylene and the chronic
4  inflammation and the scarring, especially in
5  a vagina, because the vagina shrinks
6  differently than the anterior abdominal wall.
7  The anterior abdominal wall shrinks in the
8  plane of which the mesh is placed.
9     Q.    You mean when you're doing a
10 sling?
11    A.    Well, when you're -- let me
12 back up.
13    Q.    Okay.
14    A.    I meant the abdominal wall,
15 when Gynemesh® is placed in the abdominal
16 wall.  It's in a sheet.
17    Q.    Okay.
18    A.    But when it's placed in the
19 vagina, it's curvilinear.  So just like scar
20 will shrink a little bit, it will shrink in a
21 way that will make the vagina not functional.
22    Q.    Does the mesh actually shrink,
23 or is the contraction connected with the
24 formation of scar tissue?

Page 191

1     A.    The whole unit shrinks.  It's a
2  combination of the bridging fibrosis, even
3  scar without mesh is going to shrink.  But if
4  you add chronic inflammation to it and you
5  add an attachment point and it pulls
6  together, it's going to shrink.  It's not
7  that the -- it's not that the fiber in the
8  mesh shrinks.  It's not like the
9  polypropylene itself is going to shrink.  But
10 the gaps between the polypropylene shrink.
11    Q.    That's part of the scarring
12 process?
13    A.    And the bridging fibrosis from
14 chronic inflammation.
15       MR. MATTHEWS:  When you get to
16 a break point.
17       MR. BALL:  Sure, we can do that
18 right now.
19    (Off the record at 12:22 p.m.)
20 QUESTIONS BY MR. BALL:
21    Q.    Doctor, the Nilsson paper from
22 2013 that we referred to earlier concluded
23 the TVT® operation is durable for 17 years
24 with a high satisfaction rate and no serious

Page 192

1  long-term, tape-induced adverse effects.
2        You're aware of that
3  conclusion, right?
4     A.    Yes.
5     Q.    All right.  And you did not
6  cite that paper in your report concerning
7  TVT®, correct?
8     A.    Yes.
9     Q.    All right.  And why did you not
10 cite that paper?
11    A.    The paper started with 90
12 patients, ended up with 45.
13    Q.    Followed over 17 years?
14    A.    But it's half the population.
15 So what if the other half had a problem.
16 Actually I did some calculations and some of
17 the percentages that he mentions in there are
18 not accurate.  He's using -- he's not
19 using -- the 90, he's using less than 90, and
20 it ends up being a higher percentage than
21 what it should be.
22        So I had some issues about the
23 paper, and the calculations were off.  Half
24 the patients were gone.  It wasn't -- the

Page 193

1  paper would be much more meaningful if
2  95 percent of the patients were there
3  followed up.
4     Q.    But you don't have any papers
5  cited in your report about TVT® that reached
6  a contrary conclusion that TVT® had a low
7  satisfaction rate with serious long-term,
8  taper-induced adverse effects?
9        Do you have any of that -- any
10 papers to that effect cited in your report,
11 true?
12    A.    Would you repeat that last
13 sentence?
14    Q.    You don't have any papers cited
15 in your report that says TVT® does not have a
16 satisfaction rate and has serious long-term,
17 adverse effects?
18    A.    No.
19    Q.    True?
20    A.    True.
21    Q.    Do you have in your report
22 cited the Svenningsen from 2013 that
23 concludes long-term objective and subjective
24 outcome after retropubic TVT® is excellent

Dionysios K. Veronikis, M.D.

Page 194

1 with a low number of reoperations, even in a
2 nonselected cohort of patients?
3        Do you have that paper?
4    A.   I would have to look.
5    Can I see the paper?
6    Q.   Just asking if you have it
7 cited in your report.
8    A.   No, I don't.
9    Q.   Okay.  Why not?
10   A.   I tried to cite every paper
11 that I could get my hands on, look at
12 everything that was available to me.  There's
13 thousands and thousands of papers on TVT® and
14 slings and et cetera.
15   Q.   You don't cite a single paper
16 in your report that gives favorable findings
17 with respect to TVT®, true?
18   A.   No, I do.  I mentioned the
19 Thomas trial, and it says that in the short
20 term, these patients have good outcomes.
21       Now, how many papers do you
22 really need to cite in there that in the
23 short term the sling works?
24   Q.   Yeah, let me ask you this:  You

Page 195

1 don't have any papers that give favorable
2 outcomes for long-term studies on TVT®, true?
3    A.   There's not a good, long-term
4 study to cite.
5    Q.   Well, this one says long
6 term -- this Svenningsen paper is termed
7 long-term follow-up of the retropubic TVT®
8 procedure, and you did not -- were not
9 familiar with it and did not cite it, true?
10   A.   Can I see it again?
11   Q.   Well, I'm just asking you if
12 you cited it in your paper, in your report.
13   A.   I didn't cite it.
14   Q.   And then there's another paper
15 by Serati, et al., "Tension-Free Vaginal Tape
16 for the Treatment of Urodynamic Stress
17 Incontinence:  Efficacy and Adverse Effects
18 at a Ten-Year Follow-Up."
19       Did you cite that paper in your
20 report?
21   A.   I don't think so.
22   Q.   Okay.  And it concludes the
23 ten-year results of this study seem to
24 demonstrate that TVT® is a highly effective

Page 196

1 option for the treatment of female SUI
2 recording a very high cure rate with low
3 complications after a ten-year follow-up?
4        You're not aware of that
5 conclusion?
6    A.   Many times --
7    Q.   Are you aware of that
8 conclusion?
9    A.   No.
10       Many times TVT® doesn't really
11 mean Ethicon TVT®; it's a generic term that
12 talks about slings in general.
13   Q.   Well, this one says it was
14 Ethicon.
15   A.   Okay.
16   Q.   But you're not familiar with
17 the study?
18   A.   No.
19   Q.   And you did not cite it in your
20 report?
21   A.   Correct.
22   Q.   And, in fact, did you make a
23 specific search to see if you could find
24 studies about the long-term efficacy and

Page 197

1 concerns related to TVT®, did you make that
2 search in connection with your report?
3    A.   Yes, I did.
4    Q.   And you found the Nilsson paper
5 or were familiar with the Nilsson paper?
6    A.   Yes.
7    Q.   And decided not to mention it
8 in your report?
9    A.   Yes.
10   Q.   And you did not find the Serati
11 or the Svenningsen paper?
12   A.   Correct.
13       MR. MATTHEWS:  Do you have an
14 extra copy of those that I can look
15 at?  If you don't mind.
16       MR. BALL:  I don't mind.
17 QUESTIONS BY MR. BALL:
18   Q.   With respect to Gynemesh® PS,
19 did you make a search for any papers
20 regarding multi-year follow-up with respect
21 to use of Gynemesh® PS products in women for
22 prolapse?
23   A.   Yes.
24   Q.   Okay.  Do you have the

Dionysios K. Veronikis, M.D.

Page 198

1 Jacquetin 2013 paper cited in your Gynemesh®
2 report?
3      A.    Let me take a look.
4            Doesn't look like that I do.
5      Q.    Do you have the -- so you're
6 not aware of the conclusion from that report,
7 in that study?
8      A.    No.
9      Q.    Do you have cited in your paper
10 the Landesherr 2012 publication paper, study,
11 surgical intervention after transvaginal
12 Prolift® mesh repair, retrospective
13 single-center study including 524 patients
14 with three years median follow-up.
15           Did you have that study cited
16 in your --
17      A.    I excluded studies that had
18 Prolift® because I was not writing a report
19 on Prolift®.
20      Q.    Well, isn't Prolift® made from
21 Gynemesh® PS?
22      A.    There's a world of difference
23 between Prolift® and Gynemesh® PS.
24      Q.    Excuse me, is Prolift® made

Page 199

1 from Gynemesh® PS?
2      A.    Yes.
3      Q.    Do you cite multiple internal
4 company documents referring to Prolift®?
5      A.    Yes.
6      Q.    And yet you don't cite any
7 independent literature relating to Prolift®,
8 true?
9      A.    That's correct.  Because --
10      MR. MATTHEWS:  Well, let me
11      finish his answer.
12      THE WITNESS:  Because there's a
13      world of difference between adding
14      arms that extend into the levators and
15      the forces exerted that are on that
16      mesh as opposed to a small piece that
17      doesn't have arms exerted.
18 QUESTIONS BY MR. BALL:
19      Q.    So why did you cite numerous
20 internal documents and testimony
21 concerning -- in fact, you cited studies, the
22 clinical study reports.
23           Those were Prolift® devices,
24 weren't they?

Page 200

1      A.    Yes.
2      Q.    Okay.  You cited those.  You
3 gave percentages and everything in your
4 report, right?
5      A.    I --
6      Q.    Excuse me, didn't you do that?
7      A.    Yes.
8      Q.    But you did not cite a single
9 piece of published literature relating to
10 Prolift®, true?
11      A.    Correct.
12      Q.    And do you think that's
13 scientifically appropriate to cherry-pick on
14 what Prolift® documents and literature you
15 use?
16           Is that scientifically
17 appropriate?
18      MR. MATTHEWS:  Objection to the
19      form.
20 QUESTIONS BY MR. BALL:
21      Q.    I'll withdraw the question and
22 ask it this way.
23           Do you think it's
24 scientifically appropriate to include in your

Page 201

1 report numerous references to Prolift® from
2 internal documents and clinical study reports
3 and not refer to any Prolift® literature?
4      A.    Yes.
5      Q.    Okay.
6      A.    And the reason for that is I
7 was looking at the material, not the way the
8 material works in the body with arms.
9           You cannot take a small piece
10 of mesh and place it between the vagina and
11 the bladder without arms and have that same
12 clinical consequence with arms.
13      Q.    Well, then why did you put all
14 of the Prolift® study results and all the
15 Prolift® references to internal documents,
16 why did you put those in your report?
17           See, I understand that
18 Gynemesh® PS cut from a sheet, you believe,
19 is different than Prolift®.  I understand
20 that.
21           But how come you put in some
22 Prolift® documents and didn't put in any
23 Prolift® literature?  That's what I don't
24 understand.

Dionysios K. Veronikis, M.D.

Page 202

1    A.    Because there's a difference
2 between the clinical execution of putting in
3 Prolift® with arms that extend into the
4 levators as opposed to putting in a small
5 piece of Gynemesh®.
6    Q.    Didn't you refer extensively to
7 results where Prolift® with arms were put in?
8         Look at page 21.
9    A.    Yes.
10    Q.    You have extensive discussion
11 of Prolift® -- of a Gynemesh® PS product with
12 arms, the Prolift® product, put in.  You have
13 extensive discussion of that at page 21,
14 don't you, sir?
15    A.    Yes.
16    Q.    And it goes on over, you have a
17 more extensive discussion at page 22,
18 correct?
19         My only point, Doctor, is that
20 pages 21 and 22, at least, you have extensive
21 discussions of studies done installing
22 Prolift® in women, implanting Prolift® in
23 women, true?
24    A.    And I used those from the point

Page 203

1 of view of shrinkage of the material.
2    Q.    Those paragraphs don't say,
3 "The only reason I'm citing this is about
4 shrinkage."  You start off saying, "An
5 Ethicon clinical study for pelvic prolapse
6 repair involving the Prolift® showed
7 serious" --
8    A.    A transvaginal Gynemesh® for
9 pelvic organ prolapse repair demonstrated to
10 Ethicon that the mesh was not effective
11 prolapse treatment according to Ethicon's own
12 criteria.
13    Q.    "This study, which performed by
14 physicians who helped develop the Prolift®
15 device," right?
16    A.    Yes.
17    Q.    And it's all about the
18 Prolift®, isn't it?
19    A.    No, it says that they helped
20 develop the Prolift® device.
21    Q.    Is this data placed upon a
22 Gynemesh® used in a Prolift® device with
23 arms, the data at pages 21 and 22 of your
24 report?

Page 204

1    A.    I believe so.
2    Q.    Okay.  Did you make in your --
3 in your evaluation in this case, did you
4 consider to some degree internal documents
5 and internal data related to Prolift® devices
6 made out of Gynemesh® PS?
7    A.    I considered everything that
8 was available.
9    Q.    Including that?
10    A.    Yes.
11    Q.    Did you make any search for
12 literature about these long-term success
13 rates of Gynemesh® PS when used in Prolift®
14 devices?
15         Did you make that search?
16    A.    Yes.
17    Q.    And did you find these three
18 papers that I have -- in your search these
19 three papers that I mentioned?
20    A.    I did not find those.
21    Q.    Now, in the --
22         MR. MATTHEWS:  Well, I am
23    sorry.  Three papers that you
24    mentioned?

Page 205

1         MR. BALL:  Jacquetin,
2    Landesherr --
3         MR. MATTHEWS:  Okay.
4         MR. BALL:  I didn't quite get
5    to the third one.  The Altman paper is
6    also not mentioned there.
7 QUESTIONS BY MR. BALL:
8    Q.    The one-year follow-up, you
9 didn't mention that one in your report, did
10 you, sir?
11    A.    No.
12         MR. BALL:  Your point is well
13    taken.  I had forgotten the Altman
14    paper.
15 QUESTIONS BY MR. BALL:
16    Q.    Now, Doctor, when you removed
17 Gynemesh® PS, whether Prolift® or
18 non-Prolift®, when you removed Gynemesh® PS
19 in these explant surgeries you do, what is
20 your success rate there?
21    A.    How are we defining success
22 rate?
23    Q.    Well, how would you define it?
24    A.    Well, there's two aspects:  One

Dionysios K. Veronikis, M.D.

Page 206

1 is how much do you remove, and two, how are
2 the patients doing.
3     Q.    Okay.  So give me the results
4 under both of them.
5     A.    If it's a Prolift® that hasn't
6 been revised or manipulated in the office, I
7 can usually get out the vast -- all of the
8 mesh between the rectum and the vagina.
9         The arms, depending how they're
10 placed, because there's variable there.  For
11 example, in the one I just took out a few
12 days ago from my friend Dave Robinson, I
13 removed the woman's entire right arm out of
14 the gluteus muscles.  On her left side, I
15 removed half the arm.  Almost invariably
16 these patients are pain free after surgery.
17 Not 100 percent.  And you can't get
18 100 percent of the mesh out.
19         You can get more of the
20 Prolift® out posteriorly.  The anterior
21 Prolift® you can, again, remove most of the
22 mesh from between the vagina and the bladder.
23 The arms that go around the descending pubic
24 ramus, they're very hard to get.  About

Page 207

1 50 percent of the time you can remove the
2 distal arm and about 20 percent of the time
3 you can remove the entire apical arm.
4         If it's a total Prolift® and
5 that bridge of mesh between the anterior and
6 posterior have combined together, it is a
7 big, wadded, folded, scarred, difficult
8 nightmare.
9     Q.    So let's take the women having
10 success from a quality of life and pain
11 standpoint.
12         What is your percentage of
13 success with explant surgery on Gynemesh®
14 products?
15     A.    Could you ask the question
16 again differently?
17     Q.    Yeah.
18         With respect to women from
19 becoming an improvement in quality of life
20 and not having ongoing problems using --
21 defining that as success, what is your
22 success rate with explanting Gynemesh®
23 products?
24     A.    So they have an improved

Page 208

1 quality of life.  They don't have the quality
2 of life that they had before because they've
3 been through whatever they've been through.
4         So the way I can answer the
5 question is improved quality of life with
6 pain reduction, about 80 percent of the
7 patients have no pain.  The other 20 percent
8 have some degree of pain.
9         They still have their prolapse.
10 Their prolapse comes back.  For the
11 posterior.
12         For the anterior, it's a little
13 bit less because there's more arms.
14     Q.    A little bit less what?
15     A.    Improvement.  70 to 75 percent.
16     Q.    Have pain go away?
17     A.    The pain goes away.
18         The other 25 percent still have
19 some pain.  7 percent of the women have a
20 scarred, narrowed, foreshortened vagina, and
21 there's all kinds of variations of residual
22 prolapse that occurs.
23     Q.    When you do the explant
24 procedure, do you have to deal with the

Page 209

1 recurrent prolapse?
2     A.    Not at that moment.  You can't.
3 The dissection is extensive to remove it.
4     Q.    On most of the patients you
5 see, do they need a follow-up surgery for
6 recurrent prolapse?
7     A.    Yes.
8     Q.    Okay.  Is that usually
9 performed by you or someone else?
10     A.    If they return, I'll do it.
11 But they don't all come back.
12     Q.    The great majority of the
13 patients need -- after the mesh is removed,
14 still need treatment for prolapse, surgical
15 treatment?
16     A.    Some.  I don't have an exact
17 number.  These patients live many states
18 away, and they're seeking my services for
19 removing the mesh and then they may go
20 somewhere else.
21     Q.    But your estimate would be the
22 great majority of them will need treatment
23 for recurrent prolapse?
24     A.    The great majority of them have

Dionysios K. Veronikis, M.D.

Page 210

1  prolapse.  I don't know if they'll seek
2  treatment.
3      Q.    Prolapse of grade 2 or greater?
4      A.    One segment, two segments,
5  some, yes.
6      Q.    So let's get away from the
7  explant now and just talk to women that come
8  to you needing surgical treatment for
9  prolapse.
10          All right.  What alternatives
11  do you offer them?
12      A.    Well, if they need an A and P
13  repair, cystocele, rectocele, I just use
14  native tissue.
15          If they need an apical
16  procedure, I will use polypropylene or
17  suture.
18      Q.    So if they need a posterior,
19  anterior repair, you'll use what?
20      A.    Just native tissue.  Absorbable
21  sutures.
22      Q.    And if they need an apical
23  repair, is that an abdominal procedure?
24      A.    Yes.

Page 211

1      Q.    And you'll use mesh with that?
2      A.    Yes.
3      Q.    And what kind of mesh?
4      A.    I use BARD Alyte.
5      Q.    How does that differ from
6  Gynemesh® PS?
7      A.    The grams per meter squared of
8  Gynemesh® is 45.  The grams per meter squared
9  for the vaginal arms of the Alyte is 17.  So
10  it's very light.  And that's less -- that's
11  about a third of the weight.  The pores are
12  much larger.  The filaments are much smaller,
13  and even there, I still sew the graft apart
14  to increase the pore size.
15      Q.    And what is the size of the
16  mesh, once you -- is this cut from a sheet,
17  the stuff you use for the ASC?
18      A.    Yes.
19      Q.    This is for an abdominal --
20      A.    Yes.
21      Q.    -- sacrocolpopexy, right?
22      A.    Yes.
23      Q.    And what is the size that you
24  cut it from the sheet?

Page 212

1      A.    I think that's a good question.
2      Q.    You've only said that twice
3  today.  I hope I have asked more than two
4  good questions.
5      A.    So the vast majority of
6  surgeons will do a sacrocolpopexy and tunnel
7  between the vagina and the rectum
8  abdominally.  That's still placing the mesh
9  vaginally.  They may think there's an
10  advantage because there's no incision.
11  That's not been my experience.  Those women
12  still have problems because of placing that
13  mesh that way.
14          So what I do is I limit the
15  mesh to the apex.  So the lancing had three
16  levels:  Apex, middle vagina, and distal
17  vagina.  So a TVT® is on the distal anterior
18  segment, and the sacrocolpopexy is on the
19  apex.  I only place 2 centimeters on each
20  side of the Y.  So in total, I place
21  4 centimeters of mesh by 3 centimeters.  So a
22  very, very small piece.
23      Q.    So it's two pieces that are 2
24  centimeters by 3 centimeters?

Page 213

1      A.    No.
2      Q.    Okay.  I'm sorry.
3      A.    It's a Y and at the crux of the
4  Y is 2 centimeters.  So if you laid it open,
5  it's 4 centimeters by at the middle part
6  3 centimeters, and it's actually a circle.
7      Q.    So it's a circle of mesh?
8          I'm just trying to get the
9  piece of mesh that you cut out before you put
10  it in, how big that?
11      A.    It's very, very small.
12      Q.    How big?
13      A.    It's a circle that has a
14  diameter of 3 centimeters.
15      Q.    Okay.  All right.  So not all
16  ASCs are done abdominally, is that what I
17  just heard you say?
18      A.    No, all ASCs are done
19  abdominally.  They don't all use mesh.
20      Q.    Okay.  You're talking about not
21  all apical repairs are done abdominally?
22      A.    Yes.
23      Q.    Okay.  What is the recognized
24  in the medical community success rate for

Dionysios K. Veronikis, M.D.

Page 214

1 native tissue repairs for anterior prolapse?
2     A.    Would you ask the question
3 again?
4     Q.    Yeah.
5         What in the medical community
6 in your opinion is recognized as the success
7 rate for anterior prolapse when you use
8 native tissue repairs?
9     A.    What's quoted is 70 percent
10 success.
11     Q.    Okay.  What do you tell
12 patients?
13     A.    I tell them the reason there's
14 only 70 percent success is they have other
15 defects that didn't get fixed.  So the
16 patient returns with prolapse because rarely
17 do you have -- and there is a paper out there
18 that says there's no such thing as a
19 cystocele, that all cystoceles have an apical
20 component.  So if you're only fixing the
21 cystocele, you're going to get an apical
22 component.
23         Now, the Altman paper does say
24 that if you put mesh anteriorly on a

Page 215

1 cystocele, it does better if you do native
2 tissue.  However, how many of those patients
3 really would have done well with a native
4 tissue repair with an apical component.  The
5 reason --
6     Q.    You mean a native tissue apical
7 component as well as the anterior?
8     A.    Yes.
9     Q.    Okay.
10     A.    So that is well-documented that
11 there are patients that have a cystocele, but
12 really it's a displacement cystocele, and
13 it's displaced because the top of the vagina
14 is coming down as opposed to a distension.
15         So on a distension, sure, you
16 could do a native tissue repair and you're
17 going to get a much higher success rate than
18 if you have a displacement cystocele.  If you
19 have a displacement cystocele, if you don't
20 do an apical component with the anterior
21 repair, you're absolutely going to have a
22 recurrence.  So then that's counted as a
23 recurrence of the cystocele.
24         So that 70 percent success

Page 216

1 really is skewed because there's not a single
2 paper in the literature, not one, that looks
3 at outcomes of native tissue that addresses
4 the anterior, the apex, the enterocele, the
5 rectocele, and the perineum.  Not a single
6 paper.
7     Q.    So if someone repairs an
8 anterior prolapse and repairs the apical at
9 the same time, do you have an opinion as to
10 what the success rate is?
11     A.    Of the anterior and the apical,
12 yes.  If it's a good repair and it holds, it
13 shouldn't come back.
14     Q.    No, what is the recurrence
15 rate, I should say?
16     A.    I'm not sure I understand the
17 question.
18     Q.    In the medical community if you
19 do an anterior prolapse repair and at the
20 same time do a repair apically with native
21 tissue, is there a recognized recurrence rate
22 for that?
23     A.    Yes.
24     Q.    What is that?

Page 217

1     A.    It's 10 percent maybe.
2     Q.    Okay.  So if I'm understanding
3 what you're saying is the reason that
4 there -- and you know there's numbers lower
5 than 70 percent reported in the literature
6 for native tissue repair recurrence, right?
7     A.    Yes, but I answered the
8 question truthfully on what I thought was --
9     Q.    No, I'm not quarrelling with
10 you.
11         The 30 percent recurrence rate
12 with anterior repair, you're saying that is
13 largely caused because an apical repair isn't
14 done at the same time?
15     A.    Because the patient had a
16 combined defect, only one got fixed.
17     Q.    Now, how about posterior
18 repair, what is the recognized recurrence
19 rate on a posterior repair, native tissue?
20     A.    15 to 20 percent.
21     Q.    Is that affected at all by
22 doing the apical at the same time?
23     A.    Oh, yes.
24     Q.    Same deal?

Dionysios K. Veronikis, M.D.

Page 218

1    A.    And the perineum.
2    Q.    Now, you said -- is the only
3 alternative you talk with patients about is
4 native tissue repair?
5    A.    For the cystocele and
6 rectocele.
7    Q.    Okay.  So if you're doing an
8 apical repair, are you doing this thing with
9 the small piece of mesh?
10    A.    If I'm doing it abdominally.
11    Q.    Okay.  Is that what you usually
12 do?
13    A.    I do both, vaginally,
14 abdominally.
15    Q.    What I'm trying to figure out
16 when you're talking to a patient that has an
17 anterior cystocele, do you tell them
18 typically, typically, "I'm going to do a
19 native tissue repair with respect to the
20 anterior prolapse, but we're also doing
21 apical repair at the same time"?
22        Is that what you say typically?
23    A.    If it's a distension cystocele,
24 so left to right, okay, what we do when we

Page 219

1 fix a distension cystocele, we basically
2 just -- you have a piece of canvas across the
3 roof, just tighten it up in the middle.  All
4 that needs is just sutures.
5    Q.    Okay.
6    A.    Okay.
7        If it has a distension and a
8 displacement, you got to pull the top up.
9 Otherwise you'll shorten the vagina.
10    Q.    And the pulling the top up is
11 what you use the mesh for?
12    A.    Yes.
13    Q.    Okay.  And you may do that
14 either vaginally or abdominally?
15    A.    There is a vaginal procedure
16 called the sacrospinous which attaches the
17 top of the vagina to the sacrospinous
18 ligament.
19    Q.    And you use mesh in connection
20 with that?
21    A.    I use sutures or mesh.
22    Q.    And what mention -- if you're
23 using it either for the ASC or the
24 sacrospinous, what function does the mesh

Page 220

1 serve?
2    A.    It's a suspension point so that
3 when the vagina tries to evert, it holds it
4 in position.
5    Q.    Is acute or chronic pain a
6 potential complication with a native tissue
7 repair?
8    A.    No.
9    Q.    Or an apical repair of the type
10 you described?
11    A.    No.
12    Q.    Is acute or chronic pain with
13 intercourse a potential complication of a
14 native tissue repair or the type of apical
15 repair you perform?
16    A.    Yes, but typically when you do
17 native tissue repair, the reason you have
18 pain with intercourse is because you made the
19 vagina too tight at the opening.  So it's a
20 consequence of a mismatch between the
21 husband's anatomy and the woman's anatomy.
22    Q.    Okay.  Because the surgeon made
23 the vagina too small when they did the native
24 tissue repair?

Page 221

1    A.    Yes.  Or the skin just got
2 pulled together.  Sometimes it's a very easy
3 fix, you cut the skin, you suture at the
4 right angles, outpatient, ten minutes, it's
5 fixed.
6    Q.    Is vaginal scarring a potential
7 complication of native tissue repair?
8    A.    Yes.
9    Q.    Is infection a potential
10 complication with native tissue repair?
11    A.    Very, very rarely.
12    Q.    Well, infection is a very rare
13 complication with Gynemesh® repair as well,
14 true?
15    A.    No.
16    Q.    What is the percentage of
17 infection with Gynemesh® repair?
18    A.    Every woman that has an
19 exposure has an active infection in that
20 tissue.
21    Q.    Urinary problems of frequency,
22 urgency, dysuria, obstruction, retention and
23 incontinence, is that a potential
24 complication of a native tissue repair?

Dionysios K. Veronikis, M.D.

Page 222

1    A.    There's a whole list there.
2    Q.    I thought all of them were.  Is
3 that not right?
4    A.    Well, not all of them.
5    Q.    Well, let's go down them.
6    A.    Okay.
7    Q.    Is urinary frequency a
8 potential complication of native tissue
9 repair?
10    A.    No.
11    Q.    Urgency?
12    A.    No.
13    Q.    Dysuria?
14    A.    No.
15    Q.    Retention?
16    A.    No.
17    Q.    Obstruction?
18    A.    No.
19    Q.    Incontinence?
20    A.    Yes.
21    Q.    Is organ or nerve damage a
22 potential complication of native tissue
23 repair?
24    A.    Yes.

Page 223

1    Q.    Bleeding, is that a potential
2 complication?
3    A.    Yes.
4    Q.    Wound complications?
5    A.    Yes.
6    Q.    Inflammation?
7    A.    Yes.
8    Q.    Fistula formation?
9    A.    Yes.
10    Q.    Pelvic floor neuromuscular
11 pain?
12    A.    Yes.
13    Q.    Lower extremity pain?
14    A.    No.
15    Q.    Is recurrent surgery a
16 potential risk of native tissue repair?
17    A.    Yes.
18    Q.    Foreign body response from
19 sutures, is that a potential complication of
20 native tissue repair?
21    A.    Yes.
22    Q.    Exposure or erosion of sutures,
23 is that a potential complication of native
24 tissue repair?

Page 224

1    A.    Yes.
2    Q.    Contraction or shrinkage of
3 tissues in connection with scarring, is that
4 a potential risk of native tissue repair?
5    A.    Yes, but only if the surgeon
6 removes too much tissue.
7    Q.    Okay.  Now, well, won't you get
8 some contraction from scarring even with a
9 properly performed native tissue repair?
10    A.    Not really.  The vagina's
11 different.  If anything, you're going to get
12 more relaxation, which is why there's a lower
13 percentage rate, if it's not done correctly.
14    Q.    Do you have an opinion as to
15 what the percentage is of erosion or exposure
16 with Gynemesh® PS?
17    A.    No.
18    Q.    Do you have an opinion as to
19 what the percentage of recurrent prolapse is
20 with Gynemesh® PS?
21    A.    It's less than native tissue
22 repair, but the number of complications and
23 reoperations from mesh problems is much more.
24    Q.    Okay.  We'll break that out.

Page 225

1          What is the -- you said about a
2 30 percent recurrence rate with native tissue
3 repair is the generally recognized number.
4          What is the generally
5 recognized figure for recurrence of prolapse
6 with Gynemesh®?
7    A.    A piece of Gynemesh®, right?
8    Q.    A piece of Gynemesh®?
9    A.    25.
10    Q.    25 percent?
11    A.    (Witness nods head.)
12    Q.    What is it with Prolift®, which
13 is made out of Gynemesh®?
14    A.    18 to 25.
15    Q.    Then you said the complications
16 are more, right?
17    A.    Yes.
18    Q.    That's what I heard in the
19 second part of your answer.
20          Can you give me any percentages
21 as the complications with native tissue
22 repair versus the complications with
23 Gynemesh® surgery for prolapse?
24    A.    Would you ask the question

Dionysios K. Veronikis, M.D.

1 again?
2     Q.    Yeah.
3         You said -- when I asked you
4 what the comparative recurrence rates were,
5 okay, you said, "Well, the recurrence rates
6 are lower with Gynemesh® for prolapse, but
7 there's more complications."
8         Okay.  What I'm trying to do is
9 figure out how much more.
10    A.    Okay.
11    Q.    So what would you say to that?
12    A.    So with native tissue repair,
13 the main issue is recurrence, which is why
14 someone at some point thought let's do what
15 we do in abdominal surgery and put a piece of
16 mesh in there.
17         So what was the question again?
18 The --
19    Q.    How would you compare the risk
20 of complications with Gynemesh® used in
21 prolapse repair versus complications from
22 native tissue repair?
23    A.    So you have a slightly higher
24 recurrence rate with native tissue.  You

1 don't have as much contracture.  You don't
2 have scarification.  You don't have a foreign
3 body reaction.  You don't have a foreign
4 piece of mesh in there.  The pain with
5 intercourse from anterior repair only is
6 virtually negligible.  If a woman has just an
7 anterior repair, rates of pain with
8 intercourse from an anterior repair are
9 virtually zero.
10         If you add anterior -- if you
11 add mesh to the anterior vagina, you have a
12 slightly higher success rate, but you
13 increase your chance of pain with
14 intercourse.  Exposure rates, 15 percent.
15 Maybe higher.  And that's in the short term.
16         I don't think anyone really
17 knows if you get out five years what really
18 happens with the bridging fibrosis and the
19 stress yielding that that tissue gets thin
20 and eventually pops through and then it
21 starts the cycle with infection and erosion
22 and vaginal discharge.
23    Q.    So do you have any opinion as
24 to what percentage of women that have had a

1 Gynemesh® PS product put in of any kind for
2 prolapse, what percentage of them have had
3 long-term complications?
4         Do you have an opinion on that?
5    A.    No.
6    Q.    Okay.  Do you have an opinion
7 of the percentage of women who have had a
8 native tissue repair have had long-term
9 complications?
10    A.    Very rare.
11    Q.    Okay.  And have you done any
12 literature review to try to determine what
13 the long-term complications are with -- over
14 a period of years for women who have had a
15 Gynemesh® PS product used for prolapse?
16    A.    I have.
17    Q.    Okay.  And have you found any
18 literature?
19    A.    There is very little papers
20 that talks about pieces of Gynemesh® put in
21 anteriorly or posteriorly.
22    Q.    You're changing my question.  I
23 said Gynemesh® product.
24         Okay.  So have you done any

1 literature search to determine any product
2 that uses Gynemesh® in prolapse repair to
3 determine what the long-term complications
4 are?
5    A.    Yes.
6    Q.    Okay.  And what have you found?
7    A.    That the use of Gynemesh® in
8 the vagina increases a woman's chance for
9 reoperation for complications --
10    Q.    No, I meant what papers have
11 you found.  I asked if you had done a
12 literature search.
13    A.    What papers?
14    Q.    Yeah.
15         What papers -- well, let me
16 back up.
17         Are there any papers in your
18 report that address the issue of long-term
19 complications with Gynemesh® PS product, any
20 Gynemesh® PS product?
21    A.    No.
22    Q.    Okay.  Do you believe that the
23 long-term complications from Gynemesh® PS cut
24 out of a sheet are less than the

Dionysios K. Veronikis, M.D.

Page 230

1 complications connected with Prolift®?
2    A.    Yes.
3    Q.    Okay.  How much less?
4        A little bit?  A lot?
5    A.    A lot less.
6    Q.    Okay.  Do you have an opinion
7 as to the percentage of erosion exposure with
8 Gynemesh® PS?  Not Prolift®, just Gynemesh®
9 PS.
10    A.    I'm not sure I understand the
11 question.
12    Q.    For Gynemesh® PS used in
13 prolapse repair, not Prolift®, just Gynemesh®
14 PS cut out of a sheet, do you have an opinion
15 as to the percentage of exposures or erosions
16 that occur with that?
17    A.    All the information I have is
18 the patients I see.  I don't have a
19 denominator of how many went in.
20    Q.    So you don't have a percentage
21 globally?
22    A.    No.
23    Q.    Okay.  Exposures, erosions, can
24 they sometimes be asymptomatic?

Page 231

1    A.    Yes.
2    Q.    Can they sometimes be treated
3 in the office?
4    A.    No.
5    Q.    They can't be treated through a
6 procedure in the office?
7    A.    Well, let me clarify.
8    Q.    Okay.
9    A.    You can do that.  You can take
10 the scissors to an awake woman when the
11 second you snip it, it bleeds, but it can't
12 be adequately treated and here's why:  When
13 you have an exposure, what that means is that
14 you have a portion of the graft that's in the
15 vaginal lumen.  A portion of that remaining
16 graft as it goes laterally, wherever it goes,
17 is covered by a very thin tissue of
18 epithelium.  The epithelium is not living
19 tissue.  Even if you trim it back and you
20 make it smooth, that implant is still in the
21 vaginal wall.  The only way, effective way --
22 and there's no guidance in any of the
23 literature on how to do this or any of the
24 internal documents I reviewed or the IFU of

Page 232

1 how you deal with these complications.  But
2 if you're walking on a lake, at the edge of
3 the lake it's very thick; you can stand on
4 it.  As you get towards the middle, the ice
5 gets thin.  So where it gets thin, you fall
6 through.
7        As you move back towards the
8 edge, it's better.  So the only way to
9 effectively treat these mesh issues is not in
10 the office.  It's actually cruel and unusual
11 punishment for the woman.  It's to take her
12 to the operating room and cut that mesh back
13 either completely or to a point that the full
14 thickness of the fibromuscular wall of the
15 vagina is free of mesh.  That is the only
16 way.
17    Q.    Can some mesh exposures be
18 treated without complete removal of the mesh?
19    A.    Can the exposure be removed
20 that's visible?  Yes, but can it be treated?
21 No, because of what I just explained.
22    Q.    So you're saying any time
23 there's a mesh exposure, almost all the mesh
24 needs to be removed?

Page 233

1    A.    You have to cut it back.
2    Q.    It's not what I asked.  I'm
3 just --
4    A.    No.
5    Q.    It doesn't have to all be
6 removed?
7    A.    Yes, it does.
8    Q.    So any time you have a -- so
9 even if you have like a 10-millimeter
10 exposure, you should remove all of the mesh?
11    A.    The way you're asking the
12 question, I have to answer yes.
13    Q.    Okay.  Why am I asking it
14 wrong?
15    A.    Because the way I think as a
16 surgeon is I want to fix this woman.  And the
17 way you're asking the question is you want me
18 to do the minimal amount to get past it.  So
19 I'm honestly answering that.  The treatments
20 that have been set forth in helping these
21 women are a problem, which is why all of
22 these women have all these issues.
23        So, no, it can't -- it can't be
24 partially removed.

Dionysios K. Veronikis, M.D.

Page 234

1  Q.    So if doctors, surgeons out
2  there, if they, after surgery, three months,
3  six months later, have a small, 10-millimeter
4  or so exposure, you're saying that what they
5  should do is remove all of the mesh at that
6  time?
7  A.    Yes, I would call that big.  I
8  think if there's a couple fibers, you can
9  watch it.  There is no evidence whatsoever to
10  suggest that estrogen helps, but maybe if you
11  rub it in there and you promote some blood
12  flow or somehow, it may help with some
13  fibers.
14       But once you have -- it's sort
15  of like a fistula.  When you fix a fistula,
16  even though the fistula is 45 millimeters,
17  the defect around it, there's probably
18  another circumference of 3 or 4 millimeters,
19  which is why fistulas fail when you fix them.
20       So if you're only removing that
21  part that's on the thin ice, the example I
22  used on the lake, the woman is going to have
23  a problem because it's in the vaginal wall.
24  So can you leave maybe a little behind?  But

Page 235

1  even when you do, it's been my experience in
2  seeing these women that they're going to come
3  back with pain because the edge now is no
4  longer flat.  The edge now pokes through the
5  tissue.  When the mesh is intact and it's
6  flat, you have a sheet of human tissue over
7  it, it's not poking her.  When you cut it, it
8  is like a sawblade poking at her because the
9  fibers are like sutures poking through.
10  Q.    Are you aware of any
11  peer-reviewed literature that supports the
12  proposition that regardless of the size of
13  the exposure that all mesh should be removed,
14  if there's an exposure?
15  A.    No.
16  Q.    Would you agree that there are
17  many patients that have benefitted from
18  Gynemesh® PS being used for prolapse?
19  A.    No.
20  Q.    Are there any?
21  A.    No.
22  Q.    Why do you say that?
23  A.    It's a very biased view in the
24  patients I see and their lives are totally

Page 236

1  devastated from what's happened.
2  Q.    Well, I didn't ask about the
3  patients you saw.
4       Do you believe in the world are
5  there many patients that have benefitted from
6  Gynemesh® PS being used to treat their
7  prolapse?
8  A.    I do not.
9  Q.    Okay.  Do you believe there's
10  any patients in the world that have
11  benefitted from TVT® being used for their
12  stress urinary incontinence?
13  A.    Some, yes.
14  Q.    Most, true?
15  A.    Based on the patients that are
16  in the -- that have been followed and based
17  on all the data that can be transposed to the
18  world, okay, if you take Ulmsten's data and
19  you take the Oga position paper, the Oga
20  paper that is cited on the back of SUFU and
21  AUGS and you look at the grade of the
22  reports, those patients in those studies,
23  they're not high-grade, quality studies, but
24  there's about 15,000 patients that are

Page 237

1  reported in there.
2       So if you extrapolate all that
3  data, okay, I would agree that 85 percent of
4  the women are cured of their incontinence.
5  What none of us know is what are the
6  long-term consequences.  Because when you
7  look at that paper that's cited on the AUGS,
8  SUFU statement position paper and you really
9  read that paper, it actually talks about
10  needing long-term data for mesh implants.
11  Q.    And who is the author on that?
12  A.    That was Oga.
13  Q.    You don't believe there's any
14  safe alternative for the use of mesh -- I
15  mean, there's no safe use of mesh in the
16  vagina for prolapse, true?
17  A.    Not the current mesh that we
18  have.
19  Q.    Well, you can't identify --
20  that would be the better way to say it.
21       You can't identify a mesh
22  that's out there on the market that you would
23  consider to be safe for prolapse repair,
24  true?

Dionysios K. Veronikis, M.D.

Page 238

1    A.    From my reading of the
2  documents, I have learned that there is a
3  mesh that's better than polypropylene,
4  Pronova.
5    Q.    My question was do you know
6  whether it's safe or not?
7    A.    Based on the information I have
8  and the characteristics of the mesh, it's
9  safer.
10    Q.    But that wasn't my question
11  whether there was one safer.
12        My question is it safe, would
13  you use it in the vagina?
14    A.    Yes.
15    Q.    Okay.  Why?
16        What's different about it?
17        Who makes Pronova, by the way?
18    A.    Ethicon.
19    Q.    What's safer about the Pronova?
20    A.    So the fibers are completely
21  different.  When you look at certain
22  studies --
23    Q.    I'm going to have to withdraw
24  and interrupt just a second.

Page 239

1        Has Pronova been used for
2  prolapse repair successfully in studies?
3    A.    Hasn't been used.
4    Q.    Okay.  But you believe if it
5  was offered to you, you would use it for
6  prolapse repair?
7    A.    Yes.
8    Q.    Okay.  And even though it
9  hasn't been proven in any studies?
10    A.    It hasn't been used -- it's
11  been looked at biocompatibility.
12    Q.    Okay.  All right.  So briefly
13  what is it about that mesh that you believe
14  you would use it for prolapse repair?
15    A.    The long-term inflammation is
16  reduced.
17    Q.    Because?
18    A.    It's a different chemical.
19  It's polyvinylidene fluoride.
20    Q.    Okay.
21    A.    And when they -- even Ethicon
22  themselves has done testing on it, it is a
23  much more stable filament than polypropylene,
24  and studies where it's been implanted and

Page 240

1  explanted, the filament doesn't show.  The
2  filament is cracks, the polypropylene shows.
3        I've read documents that says
4  that the preparation of the polypropylene
5  filament through the stretching and the
6  heating creates a core that cools differently
7  than the external, which is why the external
8  is subjected to cracking.  And there's metals
9  that are used to stabilize it and peroxidases
10  during the inflammatory process start to
11  degrade it.  It's a vicious cycle which is
12  why the chronic reaction occurs.
13    Q.    Is there any peer-reviewed
14  literature establishing Pronova as a good
15  product for prolapse repair?
16    A.    No.
17    Q.    When you have patients coming
18  to you that have had mesh and they're having
19  some issues with them, do you always
20  recommend an explant of the mesh?
21    A.    Ask the question again, please?
22    Q.    Yeah.
23        Did you have patients coming to
24  you -- you said from all over -- that have

Page 241

1  had a mesh product implanted in them, do you
2  always recommend explanting of the mesh?
3    A.    No.
4    Q.    When do you not?
5    A.    When there's nothing clinically
6  that I think I can add by removing it.
7    Q.    Okay.  Do you ever have
8  patients come to you who say, "I'm not having
9  any problems or much problems, but I would
10  still like the mesh taken out"?
11    A.    Yes.
12    Q.    Okay.  Do you take it out under
13  those circumstances?
14    A.    No.
15    Q.    Okay.  I think there are some
16  that do that, that's why I asked.
17        What is your charge for an
18  explant procedure?
19    A.    I accept insurance.  Whatever
20  the insurance pays.
21    Q.    And how many of those do you do
22  each year?
23    A.    As I mentioned earlier, I've
24  narrowed it down.  In 2015, I took out 296

Dionysios K. Veronikis, M.D.

Page 242

1 implants.
2     Q.    And before that, it was another
3 20 percent or something above that?
4     A.    I think I hit 400 one year, and
5 I decreased the number.
6     Q.    Have you ever had any nerve
7 entrapment in any -- have you ever found any
8 nerve entrapment as a part of your explant
9 procedures?
10     A.    Yes.
11     Q.    Rarely?
12     A.    Yes.
13     Q.    Okay.  How do you know that
14 there's nerve entrapment as you do an explant
15 procedure?
16         Is that confirmed by pathology,
17 or what's your basis for that?
18     A.    The TVT® sling was attached to
19 the obturator nerve directly, and I touched
20 the mesh to free it up and the patient's leg
21 jumped.
22     Q.    Was that as a result of a
23 surgical technique problem?
24     A.    It's a result of the IFU and

Page 243

1 the directions that's given to the surgeon to
2 use a large trocar.
3     Q.    Okay.  Was that the only
4 occasion you've had a nerve entrapment
5 problem?
6     A.    It's been several times.  I
7 don't like giving an exact number because I
8 don't track all of those things.  What I
9 track is how much I help patients with what I
10 do.
11     Q.    But that was something -- was
12 the nerve -- in the example you gave, was the
13 nerve entrapment, did that occur -- was that
14 producing symptoms for the patient?
15     A.    Yes.
16     Q.    Okay.  Now, before the
17 Prolift®, when it's -- strike that.
18         Gynemesh® PS, Gynemesh® PS has
19 bidirectional elasticity, doesn't it?
20     A.    Yes.
21     Q.    And it maintains that to some
22 degree once it's put in the body, true?
23     A.    No.
24     Q.    Not at all?

Page 244

1     A.    The elasticity.
2     Q.    Bidirectional elasticity to
3 some degree remains with the Gynemesh® PS
4 when it's put in the body?
5     A.    Oh, let me change my answer to,
6 yes, in the short term.
7     Q.    Okay.  How much Gynemesh® PS is
8 used typically -- not Prolift®, just
9 Gynemesh® PS, used for a prolapse repair?
10         How much is used?
11     A.    Depends where --
12     Q.    Anterior.
13     A.    Anteriorly?
14         Depends on the woman's vagina,
15 but let's say average of 7 centimeters by 6.
16     Q.    Okay.
17     A.    Maybe -- and there's longer and
18 wider depending on the bony structure.
19     Q.    How about posteriorly?
20     A.    The posterior segment tends to
21 be a little longer.  9 by 5.
22     Q.    The meshes from other companies
23 that use -- that are used for prolapse, do
24 any of those have bigger pores or lighter

Page 245

1 weight?
2     A.    I want to make sure I
3 understand the question.
4     Q.    Yeah.
5         There's other mesh products
6 that can be used for prolapse repair, right?
7     A.    Yes.
8     Q.    Have any of those had a lighter
9 weight or bigger pores than a Gynemesh® PS?
10     A.    Yes.
11     Q.    Okay.  Which one?
12     A.    Coloplast is much lighter.
13     Q.    Okay.  And when did that come
14 on the market?
15     A.    I can't tell you the exact
16 date.  Probably in the last seven, eight
17 years.
18     Q.    What's its gram per meter
19 squared?
20         What's its weight?
21     A.    It's -- I think it's 27.
22     Q.    And what is Gynemesh® PS?
23     A.    45.
24     Q.    Are you familiar with any

Dionysios K. Veronikis, M.D.

Page 246

1 peer-reviewed literature that is critical of
2 the pore size or weight of Gynemesh® PS?
3    A.    No.
4    Q.    Have you ever written in a
5 medical record that a patient had clinical
6 problems resultant to particle loss or
7 degradation?
8    A.    No.
9    Q.    Did you review the -- strike
10 that.
11        I asked you before some
12 questions, and I can't remember whether they
13 were TVT®-related or not, but have you
14 reviewed other warnings information that was
15 given to doctors other than the IFU with
16 respect to Gynemesh® PS products?
17    A.    I reviewed everything that was
18 given to me.  I don't recall specifically at
19 this time.
20    Q.    Do you recall reviewing the
21 surgeon's monograph with respect to the
22 Gynemesh® PS products?
23    A.    I don't recall.
24    Q.    Did you read the Prolift® IFU

Page 247

1 when you used it that one time?
2    A.    I did.
3    Q.    Had you read it since until you
4 became involved in this litigation?
5    A.    I read it again.
6    Q.    When you became -- that's what
7 you mean.
8    A.    Yes.
9    Q.    But the gap of years, you
10 hadn't read it in between?
11    A.    I looked at it from time to
12 time.  I read a lot of IFUs.  As I mentioned
13 earlier, I own all of the products because I
14 have to study them on how they're designed to
15 be able to remove them.  Elevate's different
16 than Apogee and Perigee® and Avaulta®.  So I
17 do review them from time to time.
18    Q.    And did you say you have not
19 served as an expert witness against any other
20 company?
21    A.    I'm not sure I answered that
22 question.
23    Q.    Okay.  Have you?
24        I'll ask you again.

Page 248

1    A.    Yes, I have.
2    Q.    Which against?
3    A.    Boston Scientific.
4    Q.    And what product?
5    A.    Prefyx and Solyx.
6    Q.    And what are those?
7    A.    Those are -- one is a
8 single-incision sling and the Prefyx --
9    Q.    Is that like a TVT-Secur?
10    A.    Different.  It has plastic
11 arrowheads that attach to the muscles.
12    Q.    Okay.  So which one is that,
13 Solyx or Prefyx?
14    A.    Sorry, the single incision.
15    Q.    Yes.
16    A.    Solyx.
17    Q.    So you've testified as an
18 expert witness against the Solyx product?
19    A.    Yes.
20    Q.    You said that it is -- never
21 should have been on the market?
22    A.    Yes.
23    Q.    Okay.  And what about Prefyx,
24 what kind of product is that?

Page 249

1    A.    That's a sling.
2    Q.    Okay.  What kind of sling?
3    A.    Prepubic.
4    Q.    Okay.  Different from
5 retropubic?
6    A.    It's in front.
7    Q.    Okay.  And what's the problem
8 with it?
9        Well, let me ask you this:  On
10 both of those products, have you been
11 critical of the instrumentation?
12    A.    Yes.
13    Q.    Have you been critical of the
14 technique described in the IFU?
15    A.    Yes.
16    Q.    And have you been critical of
17 the design of the material?
18    A.    Yes.
19    Q.    Okay.  And you don't believe
20 either one of those should have been
21 marketed?
22    A.    No.
23    Q.    Okay.
24    A.    And they're not on the market.

Dionysios K. Veronikis, M.D.

Page 250

1    Q.    Okay.
2    A.    They're gone.
3    Q.    So is there any sling product
4  in the world that -- polypropylene sling
5  product in the world that you believe is safe
6  in all aspects: Instrumentation, technique,
7  and material?
8    A.    No.
9    Q.    Is there any polypropylene
10 sling product in the world that you believe
11 is reasonably safe with respect to the
12 material, the mesh material?
13   A.    No.
14   Q.    Okay.  When do you do an ASC?
15         Under what circumstances?
16   A.    So I'll perform an ASC on a
17 patient that is a younger woman, someone that
18 has a shortened vagina, someone that has --
19   Q.    These are alternatives, or they
20 have to have all of these things?
21   A.    No, it's either --
22   Q.    This or that?
23   A.    This or that.
24   Q.    Okay.

Page 251

1    A.    Someone who has a job that
2  requires heavy lifting.  Someone that has
3  asthma or bronchitis.  Just a more durable
4  repair.  She needs a more durable repair.
5    Q.    Was it within the standard of
6  care up until 2012 for a surgeon to use
7  Gynemesh® PS products in repair of prolapse?
8    A.    Would you ask the question
9  again?
10   Q.    Yeah.
11         Was it within the standard of
12 care, the acceptable standard of care, for a
13 surgeon to use a Gynemesh® PS product for
14 prolapse repair up through 2012?
15   A.    Yes.
16   Q.    Was it within the standard of
17 care for doctors to use TVT® for SUI, even
18 today?
19   A.    Yes.
20   Q.    Okay.  Did any doctor at your
21 hospital ever use TVT®?
22   A.    Yes.
23   Q.    Okay.  Do some still do today?
24   A.    I think there might be one.

Page 252

1    Q.    Okay.  Did any doctors at your
2  hospital ever use Gynemesh® PS for prolapse
3  repair?
4    A.    I don't think so.
5         MR. BALL:  Okay.  Why don't we
6  take a break.  I think I'm about
7  finished here.  I've got to regroup a
8  little bit here.
9    (Off the record at 1:32 p.m.)
10 QUESTIONS BY MR. BALL:
11   Q.    Doctor, would an experienced
12 surgeon before 2005 performing prolapse
13 surgery with Gynemesh® PS know that pain with
14 intercourse was a possible complication?
15   A.    Yes.
16   Q.    Would an experienced surgeon
17 before 2010 using Gynemesh® PS for prolapse
18 know that vaginal scarring was a possible
19 complication?
20   A.    Yes.
21   Q.    Would they know that infection
22 was a possible complication?
23   A.    Yes.
24   Q.    Would they know that urinary

Page 253

1  frequency, urgency, dysuria, retention,
2  obstruction and incontinence were possible
3  complications?
4    A.    If we could break that question
5  up again.
6    Q.    Yeah.
7         Would an experienced surgeon
8  before 2010 know that urinary frequency would
9  be a possible complication after prolapse
10 surgery with Gynemesh® PS?
11   A.    No.
12   Q.    What about urgency?
13   A.    No.
14   Q.    What about dysuria?
15   A.    No.
16   Q.    What about retention?
17   A.    No.
18   Q.    So is retention a recognized
19 problem with Gynemesh® PS used for prolapse
20 surgery?
21   A.    Depends on how tight you make
22 it.
23   Q.    Is it a potential complication?
24   A.    Yes.

Dionysios K. Veronikis, M.D.

Page 254

1   Q.   And that wouldn't have been
2   known as a possible complication before 2010?
3   A.   No.
4   Q.   Why do you say that?
5   A.   I don't think anyone knew
6   exactly what would happen when you put mesh
7   in there.
8   Q.   Was incontinence a potential
9   complication?
10  A.   Yes.
11  Q.   That was known before 2010?
12  A.   Yes.
13  Q.   Okay.  Organ nerve damage, was
14  that a potential complication that was known
15  to experienced surgeons using Gynemesh® PS
16  before 2010?
17  A.   Yes.
18       But it's a different kind of
19  nerve damage than -- they would know about it
20  because they have to open the vaginal wall
21  up.
22       What they didn't know was the
23  consequence that would happen, you know,
24  they're cutting the vagina, they're opening

Page 255

1   it up and we talk about nerve damage, did
2   they know about it.
3        So, yes, they would know about
4   it because they're doing surgery.  But what
5   they wouldn't know about is the fact that
6   they're going to put an implant in her that's
7   then going to constrict and change
8   everything.
9   Q.   Would an experienced surgeon
10  before 2010 using Gynemesh® -- in and before
11  2010 using Gynemesh® PS for prolapse know
12  that there was a potential of contraction?
13  A.   No.
14  Q.   Would they know that there was
15  a potential of scar formation?
16  A.   Not the kind of scar we're
17  talking about.
18  Q.   I'm not talking about degrees.
19       Would they know that there
20  would be some degree of contraction from
21  scarring with the use of Gynemesh® PS, would
22  an experienced surgeon know that before 2010?
23  A.   I'm not sure I know how to
24  answer the question.  Because the way I'm

Page 256

1   thinking about it as a surgeon is I'm going
2   to get scarring from just doing surgery, and
3   I think I answered, yes, that there is
4   scarring from doing that.
5        But if you're asking the
6   question is the scarring the same when
7   putting in the mesh, then the answer is no.
8   Q.   No, that's not what I'm asking.
9   A.   Okay.
10  Q.   They know they're going to
11  create a scar by putting in mesh, right?
12  A.   They know they're going to
13  create a scar by doing surgery.
14  Q.   And they know that they're
15  going to create -- well, won't there be
16  scarring connected with the implantation of
17  the mesh, right?
18  A.   Yes.
19  Q.   And wouldn't every experienced
20  surgeon before 2010 know that there will be
21  some contraction connected with the scarring
22  of the mesh surgery?
23  A.   No.  I didn't know.  I didn't
24  know.

Page 257

1   Q.   Before 2010, would an
2   experienced surgeon -- so you're saying at no
3   time versus before 2010 would an experienced
4   surgeon know that there would be the
5   potential for contraction connected with mesh
6   surgery?
7   A.   I'm answering that question
8   honestly on what I knew.  I don't know what
9   other people knew so I'm answering that
10  question based on what I knew.  I was
11  surprised the first time that I had a patient
12  that had a contraction like that.
13  Q.   And that was 2010, after 2010?
14  A.   I'm not sure exactly when, but
15  around that time frame.  When the literature
16  started talking about contraction and mesh
17  exposure and et cetera, it all made sense.
18  Q.   Would the average surgeon in
19  2010 and before know that there was a
20  potential of erosion or exposure from mesh,
21  from Gynemesh®, used in prolapse?
22  A.   Yes.
23  Q.   And would the average surgeon
24  in 2010 or before know that there was a

Dionysios K. Veronikis, M.D.

Page 258

1  potential for another surgery after the use
2  of the mesh for prolapse?
3      A.    Probably not.
4      Q.    Would they know there was the
5  possibility that some mesh might have to be
6  removed?
7      A.    I think what they -- no, what
8  they knew is that they were going to apply
9  silver nitrate in the office and put some
10  estrogen on it and that would take care of
11  it, and it didn't.
12      Q.    So you don't think the average
13  surgeon knew that a possible complication of
14  using Gynemesh® for prolapse was that there
15  might need to be surgery to remove some of
16  the mesh?
17      A.    No.
18      Q.    Did the average surgeon in 2010
19  or before know that if they used Gynemesh®
20  for prolapse there might be a recurrent
21  prolapse?
22      A.    No.
23      Q.    They thought it was going to be
24  100 percent successful?

Page 259

1      A.    Oh, they thought it was going
2  to be fantastic.
3      Q.    100 percent?
4      A.    Close to it.  100 percent
5  doesn't exist in clinical medicine, but --
6      Q.    Well, I asked did they know
7  that a potential complication was that there
8  would be a recurrent prolapse?
9      A.    I don't think they did, no.
10      Q.    Okay.  Did the average surgeon
11  in 2010 or before know that the -- there was
12  a potential for a long-term foreign body
13  response from the mesh?
14      A.    Absolutely not.
15      Q.    Did the average surgeon in 2010
16  or before who implanted TVT® know that there
17  was a potential for pain with intercourse?
18      A.    No.
19      Q.    Did that person know that there
20  was the potential for vaginal scarring?
21      A.    No.
22      Q.    The potential for erosion or
23  exposure?
24      A.    Probably, yes.

Page 260

1      Q.    The potential for a chronic
2  foreign body response?
3      A.    No.
4      Q.    The potential for a failure of
5  the procedure to cure the SUI?
6      A.    Yes.
7      Q.    The potential for an additional
8  surgery?
9      A.    Yes.
10      Q.    The potential for some of the
11  mesh to be removed?
12      A.    No.
13      Q.    And the potential of
14  contraction of the TVT®?
15      A.    No.
16      Q.    When do you think that doctors
17  became aware of the problems that you've
18  described for us today?
19          When did the medical community
20  become aware of the problems that you've
21  described about TVT® and Gynemesh®?
22      A.    After 2011.
23      Q.    Okay.  And what happened in
24  2011?

Page 261

1      A.    Well, there was the initial FDA
2  announcement that that some of these things
3  might be rare, and then in 2011 when it
4  wasn't rare, and it all just kind of blew up.
5      Q.    You said there was the initial
6  announcement.
7          When was that?
8      A.    I believe it was 2008.
9      Q.    Right.
10          So wasn't there general
11  knowledge in the medical community in 2008 of
12  these problems that I just listed?
13      A.    To some degree, but it wasn't
14  really an awareness.  I didn't -- I'm
15  answering the question honestly based on what
16  I knew because that's what I know.  I'm not
17  sure what other people knew.  Maybe there
18  were some that are more alert and smarter
19  than me out there, but I didn't know the
20  extent that all of these problems would exist
21  until after 2011 and especially 2012.
22          I would see patients, and I
23  didn't think it was the mesh either.  I
24  didn't really know what to tell them until

Dionysios K. Veronikis, M.D.

Page 262

1  all of these announcements happened.
2      Q.    Your referrals for explants,
3  where do they come from?
4      A.    They are global.
5      Q.    Let me ask you this, a simpler
6  question.
7          Do any of your referrals for
8  explants come from lawyers, where the
9  patients were referred by lawyers to you?
10     A.    So the short answer is yes
11  because these patients ask their lawyers
12  where can I get help.  So at least in
13  St. Louis I am one of the people that can fix
14  this.  My referrals come from other doctors,
15  other patients, other surgeons, that put in
16  mesh, urologists, gynecologists, internal
17  medicine doctors.
18     Q.    And lawyers?
19     A.    Yeah.
20     Q.    Okay.  Do you know what
21  percentage of your referral practice comes
22  from people involved in litigation?
23     A.    It's a very small percentage.
24  2 percent.

Page 263

1      Q.    Do you ask every one of your
2  explant patients whether they're involved in
3  a lawsuit?
4      A.    I do not.
5      Q.    So how do you have any basis
6  for knowing that?
7      A.    They fill out a little piece of
8  paper.
9      Q.    About referral?
10     A.    About referral, and it says
11  "Attorney."
12     Q.    Okay.  So my question -- I
13  appreciate that.  My question is a little bit
14  different.
15         I'm not talking about people
16  who are directly referred.  I'm asking about
17  what percentage of your patients are involved
18  in a lawsuit.
19     A.    I don't know.  I don't ask.
20  It's really none of my business.
21     Q.    And you don't ask?
22     A.    I don't ask.
23     Q.    Are you familiar with any
24  medical principle that complaints of pain can

Page 264

1  be affected by secondary gain?
2      A.    I'm sure there are, which is
3  why when patients show up, if I can't find
4  more than one reason -- and I just submitted
5  an abstract to the AUGS; it's not accepted
6  yet -- very few patients present with a
7  single symptom that I've operated on.  They
8  usually have pain, erosion, failure of the
9  device.
10         So it's -- I'm not -- I don't
11  know if you're implying, maybe you're not,
12  but I'm going to answer the question.  I'm
13  not looking to remove the mesh when there's
14  no problem.  I put it in.  So if it's working
15  fine, and I think it's in the best interests
16  of the patient to leave it alone, I leave it
17  alone.
18         But there's a large number of
19  patients that truly have problems that don't
20  know where to get help.  There was a paper by
21  I think Shakain and Posen that said many
22  years ago that there ought to be referral
23  centers.
24     Q.    Shakitan and Kosan?

Page 265

1      A.    Is that how you say his name?
2          Okay.  There's a bunch of
3  papers that I reviewed, and I can't say their
4  names.  They're not in my reports, but I
5  don't know what's on the thumb drive.  I
6  think I got 52 discs or something like that.
7  So there ought to be places where these
8  women can have help.
9          So that, to me, was the first
10  time that someone recognized that these women
11  have legitimate problems, and there is
12  nothing anywhere to help guide care for them.
13     Q.    Tell me about the paper you
14  submitted to AUGS.
15     A.    It's an abstract.
16     Q.    An abstract.
17     A.    An abstract.
18     Q.    And was it based on a study, or
19  what's it about?
20     A.    All it's doing so far -- I
21  think it -- after going through this and
22  being deposed, I think I will write it up.  I
23  wasn't planning on it.  But all it was was
24  looking at how many of these issues are

Dionysios K. Veronikis, M.D.

Page 266

1 slings and how many are prolapse kits.
2 That's all it really was looking at, but I'm
3 going to reconsider that.
4       So the vast majority are
5 slings.
6    Q.    The vast -- and you told us
7 that earlier in the deposition.
8    A.    Okay.
9    Q.    The vast majority of your
10 explant procedures are slings?
11    A.    Yes, sir.
12    Q.    Of various manufacturers?
13    A.    Yes.
14       And it's not mentioned who they
15 are in the paper.
16    Q.    And you don't know enough about
17 market share and everything to determine
18 whether the TVT® is overrepresented in your
19 practice or not?
20    A.    No, but I'm going to see if I
21 can learn.
22    Q.    Would you say that a warning is
23 adequate if it gives a doctor sufficient
24 information to counsel patients and make a

Page 267

1 surgical decision?
2    A.    Would you repeat that?
3    Q.    Yeah.
4       Would you say a warning is
5 adequate if it gives the doctor sufficient
6 information to counsel patients and make a
7 surgical decision?
8    A.    If it gives adequate
9 information?
10    Q.    No, gives sufficient
11 information is what I meant to say.
12       You said in here sometimes the
13 warnings are inadequate?
14    A.    Yes.
15    Q.    You've said that.  So I'm
16 trying to get your definition of what
17 inadequate is.  Maybe I'll just ask that.
18       What's your definition of an
19 adequate warning?
20    A.    Percentages, how often does it
21 happen, what's the severity.
22    Q.    Of complications?
23    A.    Yes, how is it addressed.
24    Q.    Are you aware of any warnings

Page 268

1 related to any kind of vaginal surgery from
2 any manufacturer that gives percentages of
3 complications?
4    A.    Unfortunately, none do.
5    Q.    Okay.  So these photographs
6 that are in your Gynemesh® report, which is
7 Exhibit 3, what is the significance of those
8 photographs?
9       They're at page 7, et cetera.
10 7 and 8.
11    A.    So it shows the bunching, the
12 rolling, the cording, the excessive
13 scarification of the mesh once it's placed.
14       It doesn't --
15    Q.    So let's take the photograph on
16 page 8.
17       Tell me what that's showing,
18 photographs.
19    A.    I have page 7, want me to go to
20 page 8?
21    Q.    Yeah.
22    A.    So it's showing a section of
23 Gynemesh® that's been explanted.  It's been
24 cut in the middle and where the surgeon cut

Page 269

1 it in a square, it has folded and corded near
2 the lateral edges.
3    Q.    Okay.  And maybe we will use
4 Jim's color ones.
5       Show me what you're talking
6 about.
7    A.    See how it's folded and rolled
8 right there?  Are we looking at the right
9 one?
10    Q.    Yeah.  Well, I'm not seeing any
11 folding.
12       So that's the mesh folding and
13 rolling on the top picture on page 8?
14    A.    Yes.  And it can't been seen
15 easily because it's encased in scar tissue
16 and tissue.  It's not a single flat layer.
17    Q.    I can't tell that, but if I'm
18 assuming --
19    A.    Compare it to the picture below
20 it.
21    Q.    Okay.  Which is what?
22    A.    It's another -- it's the piece
23 of Gynemesh® from the above picture in closer
24 magnification.  You see how it's nice and

Dionysios K. Veronikis, M.D.

Page 270

1 flat and the edge here is rolled?
2    Q.   I'm not being difficult.  I
3 don't see it, but I wanted to hear what you
4 had to say about it so I've heard that.
5       I appreciate it.
6    A.   Okay.
7    Q.   You say on page 10 --
8    A.   If I could interrupt for a
9 second, a better page to represent the
10 folding is on page 7.
11    Q.   Okay.
12    A.   On this one, maybe you can see
13 it a little bit better, it's a lot thicker.
14 See, it's thicker?
15       Can you see the edges?
16    Q.   I see it's thicker.  I guess
17 that just meant more tissue came with it.
18    A.   No.  My technique is such that
19 it scrapes it off and it's folded.
20       I'm sure I have the picture
21 laterally head-on.
22    Q.   So what you're saying in all of
23 these photographs what we're seeing is almost
24 totally mesh, not tissue?

Page 271

1    A.   Yes.
2    Q.   Okay.  That might have been my
3 misunderstanding.
4    A.   Yes.
5    Q.   So if they're thicker, if the
6 piece is thicker in the photograph, it's
7 thicker because the mesh has rolled over is
8 what you're saying; not thicker because it
9 happens to have more tissue connected with
10 it?
11    A.   Correct.  If I did that, I
12 would be removing the woman's rectum and
13 bladder.
14    Q.   Go to page 10 of your Gynemesh®
15 report, it says in the middle of the page,
16 "The Gynemesh® PS contains pore sizes much
17 smaller than the necessary 1 millimeter."
18    A.   Yes.
19    Q.   This gets to the variable pore
20 size you were talking about before?
21    A.   Yes.
22    Q.   Do you know what percentage of
23 them are smaller than 1 millimeter, and what
24 percentage are larger?

Page 272

1    A.   I didn't do a calculation on
2 the percentage, no.
3    Q.   How would Ethicon be able to
4 determine the percentage of complications?
5       You said a warning to be
6 adequate needed to give the percentage of the
7 potential complications such as erosion and
8 nerve damage and --
9    A.   Yes.
10    Q.   -- contraction, et cetera.
11       How would Ethicon determine the
12 percentages to put in an IFU?
13    A.   What they would have had to do
14 when all of this -- when these products
15 started is very similar to what's given to a
16 patient that has a pacemaker, a card.  Each
17 of those cards is registered with the company
18 so the company knows how many implants went
19 in.  That patient carries that card and if
20 there's a complication, the patient calls a
21 number to report these complications and then
22 the patient is seen by a doctor to confirm
23 that.
24    Q.   Well, that process would have

Page 273

1 taken years in order to get reliable
2 percentages of complications, true?
3    A.   Yes, but the company should
4 have done a project like that prior to
5 releasing it to the average surgeon.
6    Q.   So how many patients would have
7 had to have Prolift® put in at the clinical
8 trial stage before the product went on the
9 market in order to get reliable percentages
10 of complications in your view?
11    A.   500.
12    Q.   Other than pacemakers, do you
13 know of any other product that used the kind
14 of procedure you just described?
15    A.   Yes.  I believe you mentioned
16 your daughter works in the ICU.  So when
17 someone comes in with a neurovascular injury
18 and needs a coil, those patients get a little
19 card that lets them know that they have coils
20 in, et cetera, stents, filters.
21    Q.   Is the Gynemesh® PS any more
22 stiff and inflexible than other kinds of
23 meshes used for prolapse?
24    A.   It's less stiff than some, and

Dionysios K. Veronikis, M.D.

Page 274

1  more stiff than others.
2      Q.    But I think your view is
3  they're all too stiff and inflexible?
4      A.    Yes.
5      Q.    Okay.  Now, back to our report
6  on -- the clinical reports at pages 21 and
7  22, those are footnoted at footnotes 34, kind
8  of like through 30 -- through 39 of your
9  report, right?
10     A.    Yes.
11     Q.    Do you believe that you gave a
12 fair and balanced representation of the
13 findings of those reports?
14     A.    I do.
15     Q.    Okay.  Now, did those reports
16 have conclusions in them?
17     A.    Some did, yes.
18     Q.    Okay.  Did you cite the
19 conclusions in your report?
20     A.    I didn't cite the exact
21 conclusion.  What I do is I review everything
22 that's available, and I abstract the
23 information and --
24     Q.    So did the people that prepared

Page 275

1  those reports -- you've written in here that
2  the study demonstrated that the mesh was not
3  an effective prolapse treatment and presented
4  unreasonable risks?
5      A.    Yes.
6      Q.    Was that the conclusion of the
7  study?
8      A.    On the conclusion by Karram,
9  Maher on posterior vaginal wall prolapse,
10 absolutely.
11     Q.    No, I'm saying the conclusion
12 of the study that's referenced at footnote
13 34.
14     A.    So I was looking at the wrong
15 one.  So footnote 34 --
16     Q.    Footnote 34 is the clinical
17 study report.
18     A.    Yes.
19     Q.    And you cite data from the
20 clinical study report, and you say your
21 conclusion was that the mesh was not
22 effective prolapse treatment and presented
23 unreasonable risks.
24         Did the people who did this

Page 276

1  study reach that conclusion?
2      A.    Yes.
3      Q.    Okay.  They reached that same
4  conclusion?
5      A.    Yes.
6          There were serious adverse
7  events.  They had to distinguish between
8  transvaginal mesh and what was Prolift®.  So
9  they didn't even met their success rate.
10 Even though they had a success rate of
11 20 percent, they were, I believe, 18.5, they
12 were really close to not being as successful
13 as they wanted.
14     Q.    Well, you quoted a number of
15 pieces of data in here.
16         Why did you not quote the
17 specific conclusion from the people that did
18 the study?
19     A.    I thought I summarized it to
20 the best of my ability everything that was
21 available to me.  There's so many reports, so
22 many papers --
23     Q.    I'm talking about these reports
24 that you quoted specifically.

Page 277

1          Why did you not quote the
2  conclusion of the report?
3          You quoted the data, but you
4  didn't quote the conclusion.
5          Why is that?
6      A.    At the time I thought that was
7  the most important piece of information that
8  I placed in the report.
9      Q.    When you're giving your
10 opinions as to whether the IFU adequately --
11 for the Gynemesh® PS and TVT® provides an
12 adequate warning of the risks and
13 complications, are you basing that on your
14 own opinions and experience?
15     A.    I'm basing it on the totality
16 of everything that was known from the
17 internal documents at Ethicon, all the
18 material that was available to me, and
19 knowing what's in the IFU, knowing what the
20 company knew that they didn't include and my
21 own experience.
22     Q.    Is there any objective standard
23 that you are applying in determining whether
24 the warnings were adequate?

Dionysios K. Veronikis, M.D.

Page 278

1   A.   Yes.
2   Q.   What's the objective standard?
3   A.   If, for example, it's mentioned
4 repeatedly in the internal documents for a
5 very long time that there's a problem with
6 the product, and they're not including it,
7 that's not a fair representation of
8 truthfulness of what's wrong with the product
9 or not.
10   Q.   What's the objective standard
11 you're applying in reaching that conclusion?
12   A.   I'm not sure I understand the
13 question then.
14   Q.   Well, then sometimes they're
15 like FDA regulations, there's industry
16 standards.
17        Is there any kind of standard
18 you can point to and say, "This is the
19 standard that should have been applied to the
20 warning," and they didn't meet it?
21   A.   Yeah, Ethicon's own -- where it
22 says our credo is to take care of our
23 doctors, our nurses and our patients.  They
24 had an obligation if they knew that these

Page 279

1 meshes had biodegradable components and they
2 knew it, and they have a credo that says
3 we're going to take care of our doctors, our
4 nurses and our patients, and they put it in,
5 I think that's a very objective way of saying
6 they knew about it, and they didn't disclose
7 it.
8   Q.   You do not rely upon internal
9 company documents in making decisions for
10 your patients, true?
11   A.   I don't get -- no, I don't have
12 internal document access.
13   Q.   Right.
14        And other than the Boston
15 Scientific products you've mentioned, other
16 than the two Ethicon products here, are there
17 any other products you've been engaged upon
18 to testify about?
19   A.   I've been deposed as an expert
20 on those two products we've talked about.
21   Q.   Plus the two today?
22   A.   Yes.
23   Q.   And that's it?
24   A.   Yes.

Page 280

1   Q.   Okay.  Now, all of the
2 materials that you reviewed in this matter
3 were sent to you by the lawyers for the
4 plaintiffs?
5   A.   Yes.
6   Q.   Okay.
7   A.   52 discs.
8        MR. BALL:  And they're all in
9   the CD, all 52 of them; is that right?
10        MR. MATTHEWS:  It's what my
11   paralegal says.  I promise -- I have
12   not looked at it to verify that.
13 QUESTIONS BY MR. BALL:
14   Q.   Did you ask the lawyers whether
15 there were any other documents or depositions
16 other than what they gave you?
17   A.   I don't think I did.
18   Q.   And did you do any research of
19 your own into the medical literature
20 independent from the medical papers they gave
21 you?
22   A.   Yes, I did.
23   Q.   And how did you do that?
24   A.   I subscribe to -- I'm a member

Page 281

1 of the International Gynecologists
2 Association, so I went on the website and I
3 put in keywords searching the Blue Journal,
4 International Journal of Urogynecology.  I
5 did the same for the American Journal of
6 OB/GYN.  I did the same for Obstetrics and
7 Gynecology.  And then I asked my librarian to
8 do a search, and I asked her to do a search
9 for "Gynemesh®" and "TVT®."
10   Q.   Okay.  Did you come up with any
11 papers that were different or additional to
12 what the lawyers had given you?
13   A.   There were some different ones,
14 but when I looked at them, I didn't really
15 think that they added -- either had bias,
16 they were either employees of Ethicon, or
17 they were -- the studies were funded by
18 Ethicon or there were weaknesses in the
19 methodology so I didn't use them.
20   Q.   So your opinion that there is
21 no reasonably safe mesh product for SUI,
22 would you agree that there's a large body of
23 published peer-reviewed literature that runs
24 counter to that opinion?

Dionysios K. Veronikis, M.D.

Page 282

1    A.    I do.
2    Q.    Okay.
3    A.    But here's what else I know:
4  Everyone understands, clinicians, doctors,
5  companies, that we need lightweight,
6  macroporous mesh.  And they've done wonders
7  to try to conduct research on that.  There is
8  a paper by Mowali that even says that the
9  current Gynemesh® PS when placed in rhesus
10 monkeys not only doesn't help, it's
11 detrimental to the vagina of a rhesus monkey,
12 which is probably the best paper out there
13 because it's not a pig, it's not a cow, it's
14 not skid.  It's the closest to the human
15 vaginal tissue as possible.  Not only does it
16 not help, it's detrimental.  Every aspect of
17 healing is impaired by Gynemesh® PS.
18        So everyone knows that we need
19 lighter weight meshes, and yet every single
20 company, including Ethicon, continues to use
21 a sling that's 100 grams per meter squared.
22        MR. BALL:  Okay.  I'll just
23    have to move to strike everything
24    after the words "I do."

Page 283

1  QUESTIONS BY MR. BALL:
2    Q.    Would you agree that the
3  general scientific consensus is not in line
4  with your opinion that there is no reasonably
5  safe polypropylene sling for use with SUI?
6    A.    No.
7    Q.    That's not the general
8  consensus, true?
9    A.    I don't think it's a general
10 consensus.
11   Q.    Okay.  Thank you.
12        Can you tell me -- if you saw
13 studies and decided not cite them in your
14 reports, can you tell me what criteria you
15 used to what was cited in the report and what
16 wasn't?
17   A.    Number of patients, follow-up,
18 if the report was done by someone that I
19 identified in my reading as an employee of
20 Ethicon or if the study was funded by
21 Ethicon.  Those have a lot of bias to them.
22   Q.    Well, are you saying that
23 studies funded by a company in which
24 companies participate are automatically not

Page 284

1  reliable?
2    A.    They have bias to them.
3    Q.    I didn't ask that.
4        Are they automatically not
5  reliable?
6    A.    Sometimes, yes.
7    Q.    All of them?
8    A.    I wouldn't say all of them.
9    Q.    There's a lot of good
10 scientific data that's produced by studies
11 funded by companies, true?
12   A.    Some.
13   Q.    Would you agree that your
14 opinion that there is no safe TVT® -- strike
15 that.
16        Would you agree that your
17 opinion that TVT® was so unsafe it never
18 should have been on the market is not
19 generally accepted in the scientific medical
20 community?  You agree with that?
21   A.    Yes.
22   Q.    Okay.  So did you automatically
23 not consider any study that had any funding
24 from Ethicon?

Page 285

1    A.    I considered it.
2    Q.    Did you automatically not cite
3  in your report any study if it had funding
4  from Ethicon?
5    A.    No.
6    Q.    You didn't cite it?
7    A.    No, and that's not the question
8  I'm answering.
9    Q.    I am sorry.
10        You still would include it in
11 your report although it might have been
12 funded by Ethicon?
13   A.    If I thought it had merit, I
14 would have.
15   Q.    Okay.  And so you're saying any
16 of the -- you remember we went through some
17 long-term studies with respect to both
18 Gynemesh® PS products and TVT®.
19        Do you remember that?
20   A.    Yes.
21   Q.    And you didn't cite any of
22 those in your report?
23   A.    So one of them I don't
24 recognize --

Dionysios K. Veronikis, M.D.

Page 286

1    Q.    Let me finish the question.
2    A.    Okay.
3    Q.    You did not cite any studies
4 giving long-term results on either Gynemesh®
5 PS products or TVT®, true?
6    A.    Correct.
7    Q.    Okay.  And are you saying that
8 none of those were reliable studies?
9    A.    When I assess them, I did not
10 think that they had the merit that I wanted
11 to use them in my report.
12    Q.    And what was your basis for
13 that?
14        What was non-meritorious about
15 them?
16    A.    I can't remember the specifics
17 of each report, but it had to do with either
18 follow-up, for example, the Nilsson 17-year
19 study.  I mean, I could do the calculations,
20 but the percentages are off, and half those
21 patients were lost to follow-up.  So you
22 can't know whether the other half are doing
23 well or not doing well.
24    Q.    We talked about that one.

Page 287

1        What about any other studies?
2        I want to know other studies
3 that you say you considered that were
4 long-term follow-up, a year or more, for
5 either Gynemesh® or TVT®, and you
6 disregarded -- and you decided not to include
7 them in your report.
8    A.    There's thousands of papers.
9    Q.    That were long term?
10    A.    There's thousands of papers
11 overall, and I looked at everything that I
12 had available to me, and I put it in my
13 report.
14    Q.    If you thought it was -- I know
15 that.
16        You didn't put -- you looked at
17 what you had available to you.  You made a
18 decision about what to put in your report.
19 What I'm trying to explore is how you made
20 that decision, and I guess what I'm hearing
21 is that if it isn't in your report and -- it
22 was a long-term study, okay, about TVT® or
23 Gynemesh® PS products and it's not in your
24 report, then you considered it not to be a

Page 288

1 valid study?
2    A.    It was not a good study,
3 correct.
4    Q.    Okay.  And those studies were
5 all peer-reviewed, and some of them were
6 published in esteemed journals, true?
7    A.    They're peer-reviewed.
8    Q.    What do you consider to be the
9 kind of first tier journals in your field?
10    A.    The ones I looked at,
11 Obstetrics and Gynecology, the American
12 Journal of OB/GYN, International
13 Urogynecology Journal, Journal of Urology.
14    Q.    What about the New England
15 Journal of Medicine?
16    A.    Oh, yes.
17    Q.    Any others?  I just thought of
18 that one.
19    A.    Yeah, it's a good one.
20        I think I have that one in
21 there, don't I?
22    Q.    How about JAMA?
23    A.    JAMA doesn't really have a lot
24 of pelvic floor papers, but I did include

Page 289

1 Richter's multi-center trial on Thomas
2 was published in the New England Journal.
3    Q.    When you do an explant, does
4 your operative report record what specific
5 product it was?
6    A.    No.
7    Q.    Okay.  It doesn't say TVT®
8 versus Prolift® or something else?
9    A.    My reports are very bland.
10 They don't point fault at the surgeon or the
11 company, but based on some of the questions
12 that you've asked me today, I think I may
13 change my op reports.  I don't put in there
14 where the company is from, how much I
15 removed.  My goal in my operative report is
16 to take care of the patient.
17    Q.    Do you record in your report
18 whether it's mechanical-cut mesh or laser-cut
19 mesh?
20    A.    I do not, but I have the
21 implant --
22    Q.    Don't feel obligated to change
23 any of your practices based on my questions.
24    A.    Oh, I'm absolutely going to.

Dionysios K. Veronikis, M.D.

Page 290

1 There's an education to these questions
2 sometimes. So what I've tried not to do is
3 throw companies or patients under the bus or
4 doctors in the -- I didn't mean patients --
5 doctors or companies under the bus in my op
6 notes. They're very bland. This is what I
7 did; this is what I got out. The pathology
8 report documents what I removed. I have the
9 implant log, I can go back and look it up,
10 but I will add more information to my op
11 notes.
12     Q.    Is chronic inflammation more in
13 the area of pathology than it is your area?
14     A.    Chronic inflammation is a
15 pathologic diagnosis, but it's manifested
16 with clinical symptoms.
17     Q.    You can have a chronic foreign
18 body reaction and not have any clinical
19 symptoms, true?
20     A.    That's true.
21     Q.    Okay. In fact, it's not at all
22 uncommon if people have a foreign body put in
23 their body permanently, then they often have
24 a permanent foreign body reaction, true?

Page 291

1     A.    No.
2     Q.    Of some degree?
3     A.    Maybe of some degree, but not
4 of a large degree.
5     Q.    Right. That was my point.
6         When you have a foreign body
7 put in your body, you often -- the body often
8 has a chronic foreign body reaction, but that
9 may or may not produce symptoms, true?
10     A.    Yes.
11     Q.    Okay.
12     A.    In the case of polypropylene
13 with the fibrillations and the cracking, it
14 continues to perpetuate the chronic
15 inflammatory response.
16     Q.    Now, are you aware of any paper
17 published, peer-reviewed paper, that says
18 that, that polypropylene in the body produces
19 a long-term foreign body reaction that
20 produces long-term inflammation?
21     A.    Yes.
22     Q.    Okay. What paper is that?
23     A.    Mary, 1998. She did it. She
24 placed polypropylene suture in mongrel dogs.

Page 292

1     Q.    What's the author's name?
2     A.    Last name is Mary, M-a-r-y.
3     Q.    Are you aware of any paper that
4 related to either TVT® or Gynemesh® PS or any
5 other type of sling or prolapse product that
6 says there's a chronic foreign body reaction
7 that produces chronic, long-term
8 inflammation?
9     A.    Yes, Clavé paper.
10     Q.    Anything else?
11     A.    Not that I think of at this
12 time.
13     Q.    Is the Clavé paper referenced
14 in your report?
15     A.    I think it is.
16     Q.    Can you just -- let's just make
17 that the last thing we do.
18         Can you find your reference to
19 the Clavé paper, please, in your report?
20         Here it is. I don't believe
21 it's -- based on my review, I don't believe
22 it's in the Gynemesh® PS report.
23         Well, I don't see it.
24         Do you see it?

Page 293

1     A.    How could I forget to put that
2 in there?
3     Q.    Let's just get a final answer,
4 and I'll conclude the deposition.
5         MR. MATTHEWS: I've got a
6 couple questions.
7 QUESTIONS BY MR. BALL:
8     Q.    Okay. Would you agree that the
9 Clavé paper is not cited in either of your
10 reports in this case?
11     A.    I would have to agree with you.
12         MR. BALL: I have reached my
13 time limit and, therefore, I have no
14 further questions, subject to whatever
15 gets brought up now by Mr. Matthews.
16         CROSS EXAMINATION
17 QUESTIONS BY MR. MATTHEWS:
18     Q.    Dr. Veronikis, is the
19 preparation of the Rule 26 report different
20 from a paper that you would write for a
21 peer-reviewed medical journal?
22     A.    The process?
23     Q.    Yes.
24     A.    Well, the process is different,

Dionysios K. Veronikis, M.D.

Page 294

1 but the methodology is similar.

2     Q.    Explain what you mean.

3     A.    Well, you go through the

4 process of looking at papers and looking at

5 documents.  What's different is that with the

6 Rule 26 report, I have corporate documents

7 and depositions and et cetera that you don't

8 normally have when you write a scientific

9 paper.

10     On a scientific paper, you also

11 have research that you're conducting and

12 considering, but the actual methodology of,

13 you know, coming to a conclusion is the same;

14 you take all of the data that's provided, and

15 you weigh in what you have at hand, and you

16 come up with a decision.

17     Q.    When you're doing a Rule 26

18 report, would I be correct that you're giving

19 your professional opinion?

20     A.    Yes, it's my professional

21 opinion.

22     MR. MATTHEWS:  I don't have

23 another question, but I see Clavé on

24 footnote 29 on the TVT®.

Page 295

1     MR. BALL:  Well, let's look at

2 that.

3     MR. MATTHEWS:  It's actually

4 referenced in an Ethicon document

5 that's cited in footnote 29.  So it's

6 on page -- about the middle of

7 page 21.

8     REDIRECT EXAMINATION.

9 QUESTIONS BY MR. BALL:

10     Q.    So just so we're clear, you

11 don't cite the Clavé paper or discuss the

12 Clavé paper in the body of the report, true?

13     A.    True.

14     Q.    Okay.

15     A.    But I did look at that paper.

16     MR. BALL:  That's all the

17 questions we have.  Our time is up so.

18     MR. MATTHEWS:  We'll get a

19 rough, and send me everything they

20 get.

21 (Deposition concluded at 2:28 p.m.)

22     — — — — — — —

23

24

Page 296

1     CERTIFICATE

2

3     I, CARRIE A. CAMPBELL, Registered

Merit Reporter, Certified Realtime Reporter

4 and Certified Shorthand Reporter, do hereby

certify that prior to the commencement of the

5 examination, Dionysios K. Veronikis, M.D. was

duly sworn by me to testify to the truth, the

6 whole truth and nothing but the truth.

7     I DO FURTHER CERTIFY that the

foregoing is a verbatim transcript of the

8 testimony as taken stenographically by and

before me at the time, place and on the date

9 hereinbefore set forth, to the best of my

ability.

10

11     I DO FURTHER CERTIFY that I am

neither a relative nor employee nor attorney

12 nor counsel of any of the parties to this

action, and that I am neither a relative nor

13 employee of such attorney or counsel, and

that I am not financially interested in the

action.

14

15

16

17 CARRIE A. CAMPBELL,

18 NCRA Registered Merit Reporter

Certified Realtime Reporter

19 California Certified Shorthand

Reporter #13921

20 Missouri Certified Court Reporter #859

Illinois Certified Shorthand Reporter

21 #084-004229

Texas Certified Shorthand Reporter

22 #9328

Notary Public

23 Dated:  May 4, 2016

24

Page 297

1     INSTRUCTIONS TO WITNESS

2

3     Please read your deposition over

4 carefully and make any necessary corrections.

5 You should state the reason in the

6 appropriate space on the errata sheet for any

7 corrections that are made.

8     After doing so, please sign the

9 errata sheet and date it.  You are signing

10 same subject to the changes you have noted on

11 the errata sheet, which will be attached to

12 your deposition.

13     It is imperative that you return

14 the original errata sheet to the deposing

15 attorney within thirty (30) days of receipt

16 of the deposition transcript by you.  If you

17 fail to do so, the deposition transcript may

18 be deemed to be accurate and may be used in

19 court.

20

21

22

23

24

Page 298

```
 1       - - - - - -
              E R R A T A
 2       - - - - - -
 3
 4  PAGE  LINE  CHANGE
 5  ____  ____  _____
 6     REASON: _____
 7  ____  ____  _____
 8     REASON: _____
 9  ____  ____  _____
10     REASON: _____
11  ____  ____  _____
12     REASON: _____
13  ____  ____  _____
14     REASON: _____
15  ____  ____  _____
16     REASON: _____
17  ____  ____  _____
18     REASON: _____
19  ____  ____  _____
20     REASON: _____
21  ____  ____  _____
22     REASON: _____
23  ____  ____  _____
24     REASON: _____
```

Page 300

```
 1       - - - - - - -
             LAWYER'S NOTES
 2       - - - - - - -
 3  PAGE  LINE
 4  ____  ____  _____
 5  ____  ____  _____
 6  ____  ____  _____
 7  ____  ____  _____
 8  ____  ____  _____
 9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
```

Page 299

```
 1
 2       ACKNOWLEDGMENT OF DEPONENT
 3
 4       I,_____, do
 5  hereby certify that I have read the
 6  foregoing pages, and that the same is
 7  a correct transcription of the answers
 8  given by me to the questions therein
 9  propounded, except for the corrections or
10  changes in form or substance, if any,
11  noted in the attached Errata Sheet.
12
13
14  _____
15  DIONYSIOS K. VERONIKIS, M.D.     DATE
16
17
18  Subscribed and sworn
    to before me this
19  _____ day of _____, 20____.
20  My commission expires:_____
21
22  _____
    Notary Public
23
24
```