# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D. APPLIES

1. *Dawn Baker, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02476 (TVT-Secur)

2. *April Berry, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03074 (Prolift Anterior*; TVT-O)

3. *Stephanie Booher, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-3076 (TVT)

4. *Lori Ludwig, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03093 (TVT-O)

5. *Deborah Mattingly, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03097 (Prolene Mesh*; TVT)

6. *Joanne Phillips v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02489 (TVT)

7. *Mary Ward, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02198 (TVT)

\* Dr. Walmsley offers no general-causation opinions on Prolift Anterior and Prolene Mesh, and therefore the general-causation opinions he offers here do not apply to those cases (Berry and Mattingly) to the extent harm is alleged as being caused by these products.