# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 1 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE OR TO LIMIT THE OPINIONS AND TESTIMONY OF STEVEN MACLEAN, PH.D., P.E.

**COMES NOW** Ethicon Wave 1 Plaintiffs listed in Exhibit A, by and through the undersigned attorneys, and file this *Daubert* Motion to Exclude or to Limit the Opinions and Testimony of Steven MacLean, Ph.D., P.E. Additionally, Plaintiffs hereby adopt and incorporate by reference the Daubert motion filed against Steven MacLean for Ethicon Wave 1, Dkt. 2205 (motion), 2206 (memorandum in support).

In support of this motion, Plaintiff has submitted a memorandum of law and also relies upon the following attached exhibits:

1. A true copy of the deposition of Thomas A. Barbolt, Ph.D. dated 1/8/14, is attached hereto as Exhibit A.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or to Limit the Opinions and Testimony of Steven MacLean, Ph.D, P.E. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

1

Dated: September 19, 2016.

             Respectfully submitted,

             /s/Bryan F. Aylstock
             Bryan F. Aylstock, Esq.
             Aylstock, Witkin, Kreis and Overholtz, PLC
             17 East Main Street, Suite 200
             Pensacola, Florida  32563
             (850) 202-1010
             (850) 916-7449 (fax)
             E-mail:  baylstock@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>Respectfully submitted,
>
>/s/Bryan F. Aylstock
>Bryan F. Aylstock, Esq.
>Aylstock, Witkin, Kreis and Overholtz, PLC
>17 East Main Street, Suite 200
>Pensacola, Florida  32563
>(850) 202-1010
>(850) 916-7449 (fax)
>E-mail:  baylstock@awkolaw.com

# EXHIBIT A

| Gullett, Brenda | 2:12-cv-02027 |
| --- | --- |
| Anderson, Elaine | 2:12-cv-02134 |
| Ramirez, Angelia | 2:12-cv-02191 |
| Sequino, Dawn | 2:12-cv-02193 |
| Warner, Leslie | 2:12-cv-02199 |
| Conley, Karen | 2:12-cv-02315 |
| Van Wyck, Helen | 2:12-cv-02374 |
| Madding, Linda | 2:12-cv-02512 |
| King, Gayle | 2:12-cv-02606 |
| Brusseau, Lottie | 2:12-cv-02819 |
| Page, Terry | 2:12-cv-02884 |
| Cordea (Cullipher), Dawn | 2:12-cv-02934 |
| Blake, Kathy | 2:12-cv-02943 |