Exhibit A

**Case Pertaining to Stanley Zaslau M.D.**

*Kathy Kidd v. Ethicon, Inc., et al.*
Case No.: 2:12-cv-03131