**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

Master File No. 2:12-MD-02327
MDL 2327

--------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A

JOSEPH R. GOODWIN U.S. DISTRICT
JUDGE

**NOTICE OF PARTIAL ADOPTION OF PRIOR DAUBERT MOTION OF**
**JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 3**

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018

(memorandum in support), with the exception of one modified argument contained in a

memorandum accompanying this Notice. Plaintiffs respectfully request the Court exclude Jaime

L. Sepulveda-Toro's testimony for the reasons expressed in the Wave 1 briefing and in the

memorandum accompanying this Notice. This notice applies to the following Wave 3 cases

identified in Exhibit A attached hereto.

Dated: September 19, 2016

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (CO Bar No. 36819)
John R. Crone (CO Bar No. 48284)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
Email: aimee.wagstaff@andruswagstaff.com

/s/  D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC

1

17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
E-mail: tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360