**Exhibit A**

| Plaintiff Name | Case No. |
|---|---|
| Semere, Yvonne | 2:12-cv-00216 |
| Denton, Shirley | 2:12-cv-01719 |
| Todd, Mattie | 2:12-cv-02242 |
| Braden, Linda | 2:12-cv-02283 |
| Harper, Helen | 2:12-cv-02316 |
| Carroll, Norma | 2:12-cv-02414 |
| Baker, Dawn | 2:12-cv-02476 |
| Matthews, Donna | 2:12-cv-02478 |
| Milan, Terri | 2:12-cv-02479 |
| Murphy, Donna | 2:12-cv-02485 |
| Cole, Dion | 2:12-cv-02786 |
| Coward, Tammy | 2:12-cv-02788 |
| Brusseau, Lottie | 2:12-cv-02819 |
| Watts, Nettie | 2:12-cv-02823 |
| Hill, Kimberly | 2:12-cv-02829 |
| Brooks, Mattie | 2:12-cv-02865 |
| Sweeney, Sandra | 2:12-cv-02880 |
| Fields, Janice | 2:12-cv-02971 |
| Richmond, Tammy | 2:12-cv-03038 |
| Castillo, Carmen | 2:12-cv-03077 |
| Garcia, Yolanda | 2:12-cv-03080 |
| King, Phyllis | 2:12-cv-03081 |
| Young, Catherine | 2:12-cv-03083 |
| Noffsinger, Carol | 2:12-cv-03118 |
| Hensley, Glenna | 2:12-cv-03119 |
| Martello, Kimberly | 2:12-cv-03122 |
| Thomas, Shari | 2:12-cv-03130 |
| Gaylor, Geraldean | 2:12-cv-03163 |