IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO LIMIT THE OPINIONS AND TESTIMONY OF JAIME L. SEPULVEDA-TORO, M.D.**

Pursuant to the Federal Rules of Evidence and Pretrial Order No. 210, Plaintiffs hereby adopt their Wave 1 briefing, Dkt. 2018, in Wave 3, with the exception of one modified argument set forth below. In Plaintiffs' Wave 1 briefing, they argued that Dr. Sepulveda's opinions on the pathological opinions of Plaintiffs' experts should be excluded. Dkt. 2018 at 12-13, ¶8. Plaintiffs withdraw that specific argument only and substitute the argument set forth below.

**ARGUMENT**

**(8)  Dr. Sepulveda-Toro's Opinions On The Pathological Opinions of Plaintiffs' Experts Should Be Excluded.**

In the POP Report, Dr. Sepulveda-Toro opines: "The high degree of efficacy, the low rates of complications . . . are inconsistent with and refute Plaintiff's [sic] experts' claims and hypotheses, which in essence are speculation and conjecture based on irrelevant, unreliable and/or low level data." Ex. B to Dkt. 2014 (motion) at 20-21. In the SUI Report, Dr. Sepulveda-Toro notes that he has "reviewed the reports of experts for the Plaintiffs," Ex. C to Dkt. 2014 (motion) at 3; and therefore, the SUI Report is presumably meant to provide a similar pathological rebuttal as the POP Report. However, in his expert reports, Dr. Sepulveda-Toro fails to state with any specificity which of Plaintiffs' experts' opinions he believes are "speculation

and conjecture based on irrelevant, unreliable and/or low level data." *See generally* Ex. B and C. This failure does not comply Federal Rule of Civil Procedure 26 and its disclosure requirements, and as a result, Dr. Sepulveda-Toro's opinions in this regard should be excluded.

An expert is required to produce a written report that contains "a *complete statement of all opinions* the witness will express and the *basis and reasons* for them" as well as "the facts or data considered by the witness in forming them." Fed. R. Civ. P. 26(a)(2)(B)(i) and (ii) (emphases added). Here, Dr. Sepulveda-Toro did not comply with the Federal Rule as he did not include an explanation for his opinions and did not even specify which of Plaintiffs' experts' opinions he consider to be based on "irrelevant, unreliable and/or low level data." Defendants cannot argue that this failure to comply with the rules was substantially justified or harmless. Without exclusion, Plaintiffs are put in the untenable position of preparing to examine Dr. Sepulveda-Toro at trial with no knowledge of which of Plaintiffs' experts' opinions he intends to challenge and the basis for any such challenge. For these reasons, Dr. Sepulveda's opinions on Plaintiffs' experts' pathological opinions should be excluded. *See, e.g., Meyers v. Nat'l R.R. Passenger Corp.*, 619 F.3d 729, 734 (7th Cir. 2010) (noting that the purpose of expert disclosures is to allow opposing side to prepare a response, and the consequence for noncompliance with Rule 26(a)(2)(B) is "exclusion of an expert's testimony" unless the failure was substantially justified or harmless).

## **CONCLUSION**

For the reasons expressed in Plaintiffs' Wave 1 briefing, and those expressed herein, Plaintiffs respectfully request the Court exclude or limit Dr. Sepulveda-Toro's opinions.

Dated: September 19, 2016        Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (CO Bar No. 36819)
John R. Crone (CO Bar No. 48284)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
Email: aimee.wagstaff@andruswagstaff.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
E-mail: tcartmell@wcllp.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360