# Exhibit A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Elaine Anderson. v. Ethicon, Inc., et al. | 2:12-cv-02134 | TVT |
| Kathy L. Blake v. Ethicon, Inc., et al. | 2:12-cv-02943 | TVT |
| Dion Cole, et al. v. Ethicon, Inc., et al. | 2:12-cv-02786 | TVT |
| Dawn Cordea v. Ethicon, Inc., et al. | 2:12-cv-02934 | TVT |
| Ila Mae Cosgray v. Ethicon, Inc., et al. | 2:12-cv-02634 | TVT |
| Cynthia R. Falcon, et al. v. Ethicon, Inc., et al. | 2:12-cv-02446 | TVT-Secur |
| Deborah Lynn Smothers Mattingly, et al. v. Ethicon, Inc., et al. | 2:12-cv-03097 | TVT |
| Terri Milan v. Ethicon, Inc., et al. | 2:12-cv-02479 | TVT-Secur |
| Melissa B. Barnes Mincey v. Ethicon, Inc., et al. | 2:12-cv-02448 | TVT |
| Grethel Taylor v. Ethicon, Inc., et al. | 2:12-cv-02975 | TVT and TVT-O |
| Susan Walker v. Ethicon, Inc., et al. | 2:12-cv-02728 | TVT |