# Exhibit D

Michael Thomas Margolis, M.D.

```
 1                  IN THE DISTRICT COURT
 2                  95th JUDICIAL DISTRICT
 3                  DALLAS COUNTY, TEXAS
 4
 5
 6   LINDA BATISTE,
 7            Plaintiff,
 8       -vs-                        No. DC-12-14350
 9   JOHN ROBERT McNABB, M.D.,
     JOHNSON & JOHNSON, and
10   ETHICON, INC.,
11            Defendants.
     _____/
12
13
14
15      DEPOSITION OF MICHAEL THOMAS MARGOLIS, M.D.
16
17
18   DATE:            November 26, 3013
19   TIME:            9:08 a.m.
20   LOCATION:        Pulone Reporting Services, Inc.
                      1550 The Alameda
21                    Suite 150
                      San Jose, California  95126
22
     REPORTED BY:     Diane S. Martin, CSR 6464, CCRR
23
24
25
```

1   polypropylene I think too many times.

2   BY MR. BROWN:

3   Q.  Doctor, do you know if an antioxidant blend

4   that is incorporated in the polypropylene may prevent

5   degradation?

6   A.  No.

7   Q.  You don't know; is that correct?

8   A.  I don't know that it does.

9   Q.  Are you saying that it does not, or that you

10  don't know if it does?

11  A.  I do not know if it does.

12  Q.  Doctor, can you identify any studies that

13  degradation with the TVT has any clinical significance

14  if degradation exists?

15  A.  There are internal documents that I've

16  reviewed, and there are the clinical correlates to what

17  has been described in the internal documents of mesh as

18  it has protruded through the vagina after having been

19  broken down.  But I don't know of any studies.

20  Q.  Let me ask you this, Doctor:  Is it your

21  opinion that the TVT mesh degrades?

22  A.  Yes.

23  Q.  Is it your opinion that degradation that you

24  believe occurs with the TVT has clinical significance?

25  A.  Yes.

1      Q.   And what is that clinical significance,
2   Doctor?
3      A.   It breaks down.  It is found eroded through
4   the vaginal wall at various locations.  It causes --
5   its breakdown causes an increase in the chronic foreign
6   body reaction that is seen in pristine mesh.  And I do
7   have concerns that it might be found in other parts of
8   the body as a result of the breakdown.
9      Q.   Doctor, have you seen any clinical data that
10  the potentially degraded mesh is found in other parts
11  of the body?
12     A.   Other than the eroded -- or, rather, the
13  eroded mesh particles seen -- mesh fragments, that is,
14  seen, which is commonly reported in the literature, no.
15     Q.   Are you talking about the mesh that degrades
16  into the vagina, is that what you're talking about,
17  Doctor?
18     A.   Correct.
19     Q.   Are you aware of any mesh degradation
20  particles that are found in other places besides the
21  vaginal canal?
22     A.   No.
23     Q.   Doctor, can you identify any literature that
24  the degradation of polypropylene -- restate that.
25          Doctor, do you have any clinical literature

```
 1   that you can point to that degraded polypropylene mesh
 2   increases the inflammatory response?
 3        A.   No.
 4        Q.   Doctor, I believe you stated that you read
 5   Ms. Batiste's deposition transcript; is that right?
 6        A.   Yes.
 7        Q.   And you're aware that Ms. Batiste was not
 8   provided a patient brochure; is that correct?
 9        A.   Correct.
10        Q.   And you're aware from Ms. Batiste's testimony
11   that she was not provided any marketing materials from
12   Ethicon; is that correct?
13        A.   I believe that's accurate.
14        Q.   You have no independent knowledge -- let me
15   restate that question.
16             Doctor, you will not be opining that
17   Ms. Batiste saw a patient brochure from Ethicon; is
18   that correct?
19        A.   Correct.
20        Q.   Do you believe that the purpose of a patient
21   brochure is to facilitate a conversation with a patient
22   and the physician?
23        A.   Well, among other things.  I mean, I think the
24   patient brochure should provide accurate information to
25   the patient so the patient can do her research and due
```

Michael Thomas Margolis, M.D.

```
 1                    REPORTER'S CERTIFICATE

 2           The undersigned Certified Shorthand Reporter

 3    licensed in the State of California does hereby certify:

 4           I am authorized to administer oaths or

 5    affirmations pursuant to Code of Civil Procedure, Section

 6    2093(b), and prior to being examined, the witness was duly

 7    administered an oath by me.

 8           I am not a relative or employee or attorney or

 9    counsel of any of the parties, nor am I a relative or

10    employee of such attorney or counsel, nor am I financially

11    interested in the outcome of this action.

12           I am the deposition officer who stenographically

13    recorded the testimony in the foregoing deposition, and the

14    foregoing transcript is a true record of the testimony

15    given by the witness.

16           Before completion of the deposition, review of the

17    transcript [X] was [ ] was not requested.  If requested,

18    any changes made by the deponent (and provided to the

19    reporter) during the period allowed are appended hereto.

20           In witness whereof, I have subscribed my name this

21    ____ day of _____, 2013.

22
                              _____
23                            DIANE S. MARTIN, CSR No. 6464

24

25
```