# Exhibit E

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

_____

JO HUSKEY AND ALLEN HUSKEY,            :

       Plaintiffs,                     :   CASE NUMBER

    v.                                  :   2:12-cv-05201

ETHICON, INC., ET AL.,                 :

       Defendants.                     :

_____

TRANSCRIPT OF TRIAL - DAY TWO

AUGUST 25, 2014

BEFORE THE HONORABLE JOSEPH R. GOODWIN,

UNITED STATES DISTRICT JUDGE

Court Reporter:        Carol Farrell, CRR, RMR, CCP, RPR
                     (304)347-3188
                     carol_farrell@wvsd.uscourts.gov

                     Anthony Rolland, CRR, RMR, RPR
                     (407)760-6023
                     rolland.crr@gmail.com

Proceedings recorded by machine stenography; transcript produced by computer.

```
 1  right hand.
 2  (SCOTT GUELCHER, Ph.D., HAVING BEEN DULY SWORN, TESTIFIED AS
 3  FOLLOWS:)
 4          THE WITNESS:  I do.
 5          THE DEPUTY CLERK:  Thank you.  Please take the
 6  witness stand.
 7          THE COURT:  You may proceed.
 8          MR. WALLACE:  Thank you, Your Honor.
 9  (DIRECT EXAMINATION OF SCOTT GUELCHER, PH.D., BY MR. WALLACE:)
10  Q.  Could you please introduce yourself to the jury.
11  A.  My name is Scott Guelcher.  I'm currently an associate
12  professor of chemical engineering at Vanderbilt University in
13  Nashville.
14  Q.  How many years of experience have you had in chemical
15  engineering?
16  A.  Over 20 years.  Yeah.
17  Q.  And have you ever worked with medical device companies
18  before?
19  A.  Yes, sir.  My current research, I'm a professor of
20  chemical engineering, but my research is in the area of
21  biomedical materials and a number of these materials, we're
22  working with companies to determine the products for human
23  health such as bone void fillers, other types of bone grafts
24  and products for healing foot ulcers and these types of
25  products.
```

1  A.   Prolene is a brand name, it's essentially polypropylene
2  with antioxidants and lubricants.
3  Q.   And Ethicon first used Prolene in its sutures?
4  A.   That's my understanding.
5  Q.   And sutures are what we in West Virginia call stitches,
6  right?
7  A.   Call them that in Virginia, too, where I grew up.
8  Q.   Down in Blacksburg?
9  A.   Yes, sir.
10 Q.   And so Ethicon Prolene stitches or sutures have been
11 around since the late Sixties?
12 A.   That's my understanding, they've been around since the
13 Sixties.
14 Q.   And what makes Prolene Prolene as opposed to simple
15 polypropylene are the additives that you talked about,
16 correct?
17 A.   Yes.  The brand name Prolene is defined by the additives
18 that are added to the polypropylene.
19 Q.   And those additives are calcium stearate, do you remember
20 that?
21 A.   Calcium stearate is added as a lubricant.
22 Q.   And DLTDP because I can't pronounce the full word.
23 A.   It's a long word.  It's an antioxidant.
24 Q.   Santonox R?
25 A.   Another antioxidant.

```
 1  Q.   Procol LA-10?
 2  A.   I think that's another surfactant.
 3  Q.   And a CPC --
 4           THE COURT:  That's another what?  I didn't hear it.
 5           THE WITNESS:  I'm sorry.  It's another surfactant or
 6  a lubricant.
 7           THE COURT:  All right.
 8  BY MR. THOMAS:
 9  Q.   And then the coloring, the CPC pigment, correct?
10  A.   Yes, sir.
11  Q.   And those additives are what make Prolene different from
12  the other polypropylene medical devices on the market,
13  correct?
14  A.   There are many different grades of polypropylene; Marlex,
15  Prolene, different grades --
16           THE COURT:  Is that a yes or a no?
17           THE WITNESS:  I'm sorry.  Yes.
18           MR. THOMAS:  Thank you.
19  BY MR. THOMAS:
20  Q.   Now, Ethicon Prolene sutures are what is known as
21  non-absorbable sutures, correct?
22  A.   They're marketed as non-absorbable.
23  Q.   Okay.  And what that means is they are supposed to be in
24  the body for life?
25  A.   They're supposed to be without changing, yes.
```

```
 1         (A recess was taken at 5:03 p.m.)
 2                    - - - - -
 3
 4                  REPORTERS' CERTIFICATE
 5
 6      Carol Farrell, CRR, RMR, CCP, RPR, Official Court
 7  Reporter of the United States District Court for the Southern
 8  District of West Virginia, and Anthony Rolland, CRR, RMR, RPR,
 9  do hereby certify that the foregoing is a true and accurate
10  transcript, to the best of our ability, of the proceedings as
11  taken stenographically by and before us at the time, place,
12  and on the date hereinbefore set forth.
13
14
15  /S/ Carol Farrell, CRR, RMR, CCP, RPR          08/25/2014
    _____           _____
16              Court Reporter                        Date
17
18  /S/ Anthony Rolland, CRR, RMR, RPR             08/25/2014
    _____           _____
19              Court Reporter                        Date
20
21
22
23
24
25
```