# Exhibit F

```
                                                                  Page 1
 1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     AT CHARLESTON
 3   IN RE: ETHICON, INC., PELVIC          )
     REPAIR SYSTEM PRODUCTS                )
 4   LIABILITY LITIGATION                  )
     _____       )
 5                                         )
     THIS DOCUMENT RELATES TO THE          )Master File No.
 6   FOLLOWING CASES IN WAVE 1 OF          )2:12-MD-02327
     MDL 200:                              )   MDL 2327
 7                                         )
     Marty Babcock v. Ethicon, Inc.        )JOSEPH R. GOODWIN
 8   Civil Action No. 2:12-cv-01052        )U.S. DISTRICT
                                           )JUDGE
 9   [Complete caption below]              )
     _____
10
11
12
13
14                    DEPOSITION OF
15                    SCOTT GUELCHER
16          Taken on behalf of the Defendants
17                   March 23, 2016
18                      8:51 a.m.
19
20
21
22           GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
```

```
 1                MR. BOWMAN:  Object to form.
 2                THE WITNESS:  I'd have to refresh
 3     myself with the documents.  I -- I -- I can't
 4     remember them.
 5     BY MR. HUTCHINSON:
 6         Q.      And as a material scientist, you'll
 7     agree that PROLENE has a different chemical
 8     composition than pure polypropylene, correct?
 9         A.      So PROLENE has two antioxidants, one
10     designed to prevent oxidation during
11     high-temperature processing, another during
12     storage.  There are flow additives designed to make
13     extrusion easier, calcium stearate, some
14     surfactants.  So there's other additives in there,
15     but those additives are added mainly for
16     manufacturing, in my understanding.
17         Q.      Right.  But PROLENE has a chemical
18     different composition -- strike that.
19                PROLENE has a different chemical
20     composition than pure PROLENE, correct?
21                MR. BOWMAN:  Object to form.
22     BY MR. HUTCHINSON:
23         Q.      I'm sorry.  PROLENE has a different
24     chemical composition than pure polypropylene,
```

```
 1    correct?
 2       A.      Well, the -- yeah, the composition's
 3    different because it has these additives.
 4              MR. HUTCHINSON:  I'm sorry.  Did he say
 5    "well, yeah"?
 6              (Whereupon the previously mentioned
 7    answer was read back by the reporter.)
 8              THE WITNESS:  I probably said -- yes,
 9    it's -- it has additives.
10    BY MR. HUTCHINSON:
11       Q.      Doctor, turn to Exhibit 1.  I'll
12    represent to you and the Court that there are 44
13    different plaintiffs named on the notice of
14    deposition, starting with Marty Babcock --
15       A.      Okay.
16       Q.      -- and ending with Thelma Wright.
17    That's 44 different cases.
18       A.      I see.
19       Q.      Did you know you were designated in 44
20    cases in this litigation?
21       A.      I -- I didn't know the exact number of
22    44.  I knew it was a wave.  So I knew there were a
23    number of cases, but I wasn't familiar with the
24    specific plaintiffs because I'm not giving
```

```
 1                    C E R T I F I C A T E

 2    STATE OF TENNESSEE )
      COUNTY OF DAVIDSON )
 3              I, Lise S. Matthews, RMR, CRR, CCP, LCR
      353, Licensed Court Reporter and Notary Public, in
 4    and for the State of Tennessee, do hereby certify
      that the above deposition was reported by me, and
 5    the transcript is a true and accurate record to the
      best of my knowledge, skills, and ability.
 6              I further certify that I am not related
      to nor an employee of counsel or any of the parties
 7    to the action, nor am I in any way financially
      interested in the outcome of this case.
 8              I further certify that I am duly
      licensed by the Tennessee Board of Court Reporting
 9    as a Licensed Court Reporter as evidenced by the
      LCR number and expiration date following my name
10    below.  I further certify that this transcript is
      the work product of this court reporting agency and
11    any unauthorized reproduction and/or transfer of it
      will be in violation of Tennessee Code Annotated
12    39-14-104, Theft of Services.
                IN WITNESS WHEREOF, I have hereunto set
13    my hand and affixed my notarial seal this _____
      day of _____, 2016.
14

15                    [signature]

16    Lise S. Matthews, RMR, CRR, CRC
      LCR 353 Expiration Date 6/30/2016
17    Notary Public Commission Expires
      March 6, 2018
18

19

20

21

22

23

24
```