IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., **<br>PELVIC REPAIR SYSTEM**<br>**PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>Ethicon Wave 3 cases listed in Exhibit A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO LIMIT THE GENERAL OPINIONS OF
<u>DEFENSE EXPERT WENXIN ZHENG, M.D.</u>**

COME NOW the Plaintiffs in this consolidated litigation to respectfully request that this Court limit the general opinions of Defense expert Wenxin Zheng, M.D. The basis for Plaintiffs' motion is explained in the contemporaneously filed Memorandum in Support. The motion is also supported by the exhibits attached hereto, which are listed below.

WHEREFORE, Plaintiffs respectfully request that the Court exclude Dr. Zheng's standard-of-care opinion, including all of the secondary opinions that support his standard-of-care opinion, and that the Court exclude opinions No. 2, 3, 6 and 7 in the section criticizing Plaintiffs' expert Vladimir Iakovlev.

1

Dated: September 19, 2016

        Respectfully submitted,


        */s/ Thomas P. Cartmell*
        Thomas P. Cartmell, Esq.
        Jeffrey M. Kuntz, Esq.
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        (816) 701-1100
        (816) 531-2372 (fax)
        tcartmell@wcllp.com
        jkuntz@wcllp.com


        */s/ D. Renee Baggett*
        Bryan F. Aylstock, Esq.
        Renee Baggett, Esq.
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 East Main Street, Suite 200
        Pensacola, FL 32563
        (850) 202-1010
        (850) 916-7449 (fax)
        rbaggett@awkolaw.com
        baylstock@awkolaw.com

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document on September 19, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

*/s/ Thomas P. Cartmell*
**Attorney for Plaintiffs**

## **INDEX OF EXHIBITS**

**Exhibit A:** List of cases on which Wenxin Zheng has been designated as a general expert

**Exhibit B:** Wenxin Zheng Deposition in *Huskey v. Ethicon, Inc.*, April 3, 2014

**Exhibit C:** Wenxin Zheng Curriculum Vitae

**Exhibit D:** Wenxin Zheng Deposition in *Corbet v. Ethicon, Inc.*, BER-L-11575-14 (N.J. Sup. Ct.), Nov. 18, 2015

**Exhibit E:** Expert Report of Wenxin Zheng, M.D., June 3, 2016