# Exhibit A

## EXHIBIT A

Cases on which Dr. Zheng has been designated as a general expert:

| Damron, Judy | 2:12-cv-03079 |
|---|---|
| Reed, Ronda | 2:12-cv-03082 |