# Exhibit B

Wenxin Zheng, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2          SOUTHERN DISTRICT OF WEST VIRGINIA

 3                  CHARLESTON DIVISION

 4

 5   IN RE:  ETHICON, INC.,   ) Master File No.

     PELVIC REPAIR SYSTEMS    ) 2:12-MD-02327

 6   PRODUCTS LIABILITY        ) MDL 2327

     LITIGATION,               ) JOSEPH R. GOODWIN

 7                             ) U.S. DISTRICT JUDGE

     ------------------------) -------------------

 8   THIS DOCUMENT RELATES TO ) Case No.

                              ) 2:12-CV-05201

 9   JO HUSKEY, ET AL., V.    )

     ETHICON, INC.,           )

10                            )

     ------------------------) -------------------

11   TONYA AND GARY EDWARDS,  ) Case No.

12   V.                       ) 2:12-cv-09972

13   ETHICON, INC., ET AL.,   )

14   ------------------------) -------------------

15

16

17        The videotaped deposition of WENXIN ZHENG, M.D.,

18   called by the Plaintiffs for examination, taken pursuant

19   to the Federal Rules of Civil Procedure of the United

20   States District Courts pertaining to the taking of

21   depositions, taken before BONNIE J. HUMM, RPR, Certified

22   Reporter in the State of Arizona, No. 50722, at the

23   Westin La Paloma, 3800 East Sunrise Drive, Tucson,

24   Arizona, on April 3, 2014, commencing at 10:11 a.m.

25
```

Wenxin Zheng, M.D.

---

Page 2

1  APPEARANCES:
2    For the Plaintiffs:
3      MOTLEY RICE LLC
4      By:  Margaret M. Thompson, M.D., J.D.
5        28 Bridgeside Boulevard
6        Mt. Pleasant, South Carolina  29464
7        (843) 518-0645
8        mthompsonmd@gmail.com
9
10    For the Huskey Plaintiffs:
11      MOTLEY RICE LLC
12      By:  Fidelma L. Fitzpatrick, Esq.
13        321 South Main Street
14        Providence, Rhode Island  02903
15        (401) 457-7728
16        ffitzpatrick@motleyrice.com
17
18    For the Edwards Plaintiffs:
19      MUELLER LAW LLC
20      By:  John Fabry, Esq.
21        404 West 7th Street
22        Austin, Texas  78701
23        (512) 478-1236
24        john.fabry@muellerlaw.com
25

---

Page 3

1  APPEARANCES CONTINUED:
2    For the Defendants Ethicon, Inc. and
3    Johnson & Johnson:
4      BUTLER SNOW LLP
5      By:  Nils B. (Burt) Snell, Esq.
6        500 Office Center Drive, Suite 400
7        Fort Washington, Pennsylvania  19034
8        (267) 513-1885
9        burt.snell@butlersnow.com
10
11    For the Defendants Ethicon, Inc. and
12    Johnson & Johnson:
13      BUTLER SNOW LLP
14      By:  M. Andrew Snowden, Esq.
15        150 3rd Avenue South, Suite 1600
16        Nashville, Tennessee  37201
17        (615) 651-6700
18        andy.snowden@butlersnow.com
19
20    Also Present:  Laurie Wilmer, Videographer
21
22
23
24
25

---

Page 4

1            I N D E X
2  WITNESS                        PAGE
3  WENXIN ZHENG, M.D.
4    Examination by Ms. Thompson        10
5    Examination by Mr. Snell          270
6    Re-Examination by Ms. Thompson      287
7
8
9            E X H I B I T S
10  NUMBER    DESCRIPTION          PAGE
11  1     Notice of Deposition Pursuant to Rule    32
12        30 and Document Requests Pursuant to
13        Rule 34 of Wenxin Zheng, M.D.
14  2     PowerPoints brought by Dr. Zheng with    36
15        accompanying color photographs of
16        slides: Comparisons of HE pictures to
17        those after polarization; Vascular
18        pictures from Edwards; Neurofilament
19        staining; Sections are fragmented in
20        recent recuts from Blocks A and B
21  3     Article: Pathologic Evaluation of    47
22        Explanted Vaginal Mesh:
23        Interdisciplinary Experience From a
24        Referral Center, Tovia M. Smith, M.D.,
25        et al.

---

Page 5

1            E X H I B I T S
2  NUMBER    DESCRIPTION          PAGE
3  4     3-21-14 Expert Report of Dr. Zheng    66
4  5     Article: On the mechanisms of      67
5        biocompatibility, David F. Williams
6  6     Article: The Argument for Lightweight    86
7        Polypropylene Mesh in Hernia Repair,
8        William S. Cobb, et al.
9  7     Article: Minimally Invasive Synthetic    109
10        Suburethral Sling Operations for
11        Stress Urinary Incontinence in Women:
12        A Short Version Cochrane Review, J.
13        Ogah, et al.
14  8     Two color photographs of blocks    123
15        received by Dr. Zheng
16  9     Gross picture of explanted mesh from    124
17        Tonya Edwards
18  10     Figure 4 on page 13 of Dr. Zheng's    134
19        report
20  11     Operative report for Tonya Edwards    138
21  12     Figure 5 on page 14 of Dr. Zheng's    143
22        report
23  13     Figure 8 on page 17 of Dr. Zheng's    148
24        report
25

---

Wenxin Zheng, M.D.

E X H I B I T S

NUMBER    DESCRIPTION                                  PAGE

14      Document in French from Jean de Leval,    163
        M.D.

15      Article: Randomized Trial of             166
        Tension-Free Vaginal Tape and
        Tension-Free Vaginal Tape-Obturator
        for Urodynamic Stress Incontinence in
        Women, Roderick Teo, et al.

16      Figure 5 (top half only) from page 21    196
        of Dr. Iakovlev's report

17      Figure 6 on page 15 of Dr. Zheng's       201
        report

18      Article: Materials Characterization of   206
        Explanted Polypropylene Hernia Meshes,
        C.R. Costello, et al.

19      Article: Polypropylene as a              209
        reinforcement in pelvic surgery is not
        inert: comparative analysis of 100
        explants, Arnaud Clave, et al.

20      Comparison of the In Vivo Behavior of    209
        Polyvinylidene Fluoride and
        Polypropylene Sutures Used in Vascular
        Surgery, Celine Mary, et al.

E X H I B I T S

NUMBER    DESCRIPTION                                  PAGE

33      Photograph from Dr. Zheng showing bark   254
        like layer

34      (Number skipped)

35      Figure 25 (left-hand side only) from     257
        page 45 of Dr. Iakovlev's report

36      Figures 22 and 23 from page 40 of Dr.    260
        Iakovlev's report

37      Invoice tally for Dr. Wenxin Zheng's     288
        expert work on Carolyn Lewis v.
        Ethicon, et al.

NUMBER    EXHIBITS DESCRIPTION                         PAGE

21      Group exhibit of 18 pages of             214
        documents, nonsequentially numbered

22      Figure TE1 (top half only) from page     225
        58 of Dr. Iakovlev's report

23      Figure TE2 (left-hand side only) from    226
        page 59 of Dr. Iakovlev's report

24      Figure TE5 from page 63 of Dr.           229
        Iakovlev's report

25      Figure TE7a (left-hand side only) from   230
        page 65 of Dr. Iakovlev's report

26      Figure TE8 (left-hand side only) from    232
        page 67 of Dr. Iakovlev's report

27      Figure TE9a (left-hand side only) from   236
        page 68 of Dr. Iakovlev's report

28      Photograph by Dr. Zheng showing bark     245
        like areas

29      Figure 24c from page 43 of Dr.           246
        Iakovlev's report

30      Figure 24d from page 44 of Dr.           249
        Iakovlev's report

31      Photograph by Dr. Zheng using            252
        polarization

32      Photograph by Dr. Zheng showing bark     254
        like layer

THE VIDEOGRAPHER: I'm Laurie Wilmer with Green Legal Video, Tucson, Arizona. The court reporter is Bonnie Humm with Kathy Fink & Associates, 2819 East 22nd Street, Tucson, Arizona.

This is the videotaped deposition of Wenxin Zheng in the matter of Jo Huskey and Allen Huskey versus Ethicon, Inc., et al., Southern District of West Virginia, Charleston Division, case number 2:12-cv-05201.

The deposition is being held in the Westin La Paloma, 3800 East Sunrise Drive, Tucson, Arizona, on April 3rd, 2014. The time is 10:11 a.m.

Will everyone present please introduce themselves.

MS. THOMPSON: Margaret Thompson on behalf of the plaintiffs.

MS. FITZPATRICK: Fidelma Fitzpatrick on behalf of Jo Huskey.

MR. FABRY: John Fabry. This case also or this deposition also involves Tonya Edwards as a plaintiff, and I represent her in this matter.

MR. SNELL: Burt Snell representing Ethicon and Johnson & Johnson.

MR. SNOWDEN: Andy Snowden on behalf of Ethicon and Johnson & Johnson.

THE VIDEOGRAPHER: The court reporter will

Wenxin Zheng, M.D.

Page 10

1 please swear in the witness.
2          WENXIN ZHENG, M.D.,
3 having been first duly sworn by the Certified Reporter to
4 tell the whole truth, and nothing but the
5 truth, testified as follows:
6          MS. THOMPSON:  Good morning, Dr. Zheng.
7          THE WITNESS:  Good morning.
8              EXAMINATION
9 BY MS. THOMPSON:
10    Q.   Would you please state your name.
11    A.   Wenxin Zheng.
12    Q.   And what is your current position?
13    A.   I'm a professor of pathology as well as a
14 professor of obstetrics and gynecology in the University
15 of Arizona.
16    Q.   And have you ever had your deposition taken
17 before?
18    A.   Yes, I did.
19    Q.   About how many times?
20    A.   Three to four times.
21    Q.   And how many of those involved mesh or
22 anything related to mesh?
23    A.   Previously there was one.
24    Q.   And what was that regarding?
25    A.   Regarding a TVT mesh.

Page 11

1    Q.   Was that in the Lewis matter?
2    A.   That's Lewis, yes.
3    Q.   And I believe that was in December of last
4 year --
5    A.   Correct.
6    Q.   -- correct?
7          What were the other two or three
8 depositions regarding?
9    A.   That's mainly in the gynecological cancers.
10    Q.   Medical malpractice cases?
11    A.   Medical malpractice cases, yes.
12    Q.   Did they revolve around not diagnosing a
13 cancer?
14    A.   Either missing -- missed a diagnosis or wrong
15 interpretations.
16    Q.   And in those, did you testify for the
17 plaintiff or the defendant, the doctor?
18    A.   One I think is for plaintiff; the other is for
19 defendant.
20    Q.   Have you been designated as an expert in any
21 mesh cases other than Ms. Lewis and the cases that we
22 have here today, Ms. Huskey and Ms. Edwards?
23    A.   I don't think I'm an expert for overall, like
24 the mesh and related issues, but I have been considered
25 as an expert in the GYN pathology, gynecological

Page 12

1 pathology.
2          MR. SNELL:  I don't think he understood
3 your question.
4          MS. THOMPSON:  Yes.
5 (By Ms. Thompson)
6    Q.   Have any --
7          MR. SNELL:  I can tell you he hasn't been
8 designated in any other cases.
9          She's asking have you been designated in
10 other cases like the Huskey, Lewis, Edwards --
11          THE WITNESS:  Oh, no.  I'm sorry.  No.
12          MR. SNELL:  -- meaning you have done a
13 report?
14          THE WITNESS:  No.
15 (By Ms. Thompson)
16    Q.   So are there any other companies that have
17 consulted you about being an expert?
18    A.   No.
19    Q.   So Ethicon is the only company that you're
20 working with currently regarding mesh?
21    A.   Correct.
22    Q.   Okay.  And you understand today that we're
23 here on behalf of Jo Huskey and Tonya Edwards, who are
24 plaintiffs in the federal MDL litigation with a trial
25 taking place in West Virginia, correct?

Page 13

1    A.   Yes, I understand that.
2    Q.   And you have offered opinions on Tonya Edwards
3 that are contained in your report, correct?
4    A.   Correct.
5    Q.   And in Jo Huskey's case, you are not able to
6 provide specific comments about her pathology, correct?
7    A.   Correct.
8    Q.   Because she did not have a specimen that you
9 were able to examine, correct?
10    A.   Yes.
11    Q.   So I then can assume that you do not intend to
12 offer any opinions regarding her medical condition based
13 on her pathology; is that correct?
14          MR. SNELL:  Form.
15          Go ahead.
16    A.   Based on pathology, I'm not able to provide
17 any opinion, because there's no material for me to
18 review.
19          But I do have some opinion regarding the
20 plaintiffs' expert, because Dr. Iakovlev already
21 mentioned or made some statements regarding Huskey's
22 case.
23 (By Ms. Thompson)
24    Q.   So your only opinions, then, will be
25 responsive to Dr. Iakovlev's opinions; is that correct?

Wenxin Zheng, M.D.

Page 14

1    A.   Correct.
2    Q.   So as we go through the day, if I ask you a
3 question that you don't understand, like I just did a
4 minute ago --
5    A.   Sure.
6    Q.   -- which wasn't a very good question, let's
7 make sure you understand it before we go on.  I'll be
8 happy to --
9    A.   Sure.
10    Q.   -- to rephrase.  I'm not a pathologist.  I
11 hope I do better than third grade, which I think is what
12 Mr. Monsour said he got to.  I'm going to attempt to get
13 at least to middle school.  We'll see.
14    A.   Okay.
15    Q.   So you, in addition to your pathology
16 expertise, you also trained in OB-GYN in China; is that
17 correct?
18    A.   Correct.
19    Q.   Tell me a little bit about that training --
20    A.   Okay.
21    Q.   -- and how -- what the equivalent would be to
22 the U.S. as far as residency or postgraduate.
23    A.   Okay.  So basically after my graduation from
24 medical school in China, then I went to a hospital -- the
25 hospital name is called Hospital of Obstetrics and

Page 15

1 Gynecology -- where I did my four years' residency
2 training there.  Within the four years, I have different
3 rotations in different sections of obstetrics and
4 gynecology.  So that's basically equivalent to the four
5 years' residency training in U.S.
6    Q.   And was that time equally divided between
7 obstetrics and gynecology, similar to in the U.S.?
8    A.   Correct.
9    Q.   And I can assume, can't I, that the GYN
10 portion included surgical training as well?
11    A.   Yes.
12    Q.   While you were doing your four years'
13 residency in China, did you do surgery for stress urinary
14 incontinence?
15    A.   I think because the residents they are not
16 allowed to do independent surgery, but I did observe
17 similar surgeries such as Burch-like surgeries.
18    Q.   And you assisted on surgeries?
19    A.   Right, uh-huh.
20    Q.   And you mentioned Burch.  Was that one of the
21 operations that you assisted on when you were doing your
22 OB-GYN training in China?
23    A.   At that time, correct.
24    Q.   Were there any other procedures for stress
25 incontinence that you assisted or participated in?

Page 16

1    A.   I don't remember exactly how many other kinds,
2 but this was the one name I think I kept in mind.  That
3 was a long time ago, yeah.
4    Q.   And I assume that you evaluated the patients
5 preoperatively for their procedures?
6    A.   Usually, yeah, we have to do that.
7    Q.   And you took care of them postoperatively?
8    A.   Correct.
9    Q.   While they were in the hospital, I presume,
10 correct?
11    A.   Uh-huh.
12    Q.   And did you see them back in the clinic
13 afterwards?
14    A.   Some of those patients, just by chance they
15 are doing clinical follow-up.  Then if I were there, then
16 I will see.
17    Q.   Did you also assist or participate in
18 surgeries for prolapse?
19    A.   Oh, yes.  That's a more common one than
20 urinary incontinence in China at that time.
21    Q.   And what procedures did you perform or
22 participate in for pelvic prolapse?
23    A.   Well, usually that's either transvaginal
24 hysterectomy and/or transabdominal hysterectomy.  I don't
25 think that at that time people were performing some kind of

Page 17

1 repair for those urinary -- for those prolapse patients.
2 And doctors in China at the beginning usually will
3 recommend to do more conservative surgery, conservative
4 approach, rather than, you know, surgery to remove the
5 organs.
6    Q.   What were the conservative approaches that
7 were --
8    A.   Like Kegel exercise.
9    Q.   Did you participate or assist at anterior
10 colporrhaphy?
11    A.   I heard that name, but I don't remember
12 exactly if I did that kind of procedure.
13    Q.   It probably had a different name in Chinese?
14    A.   Yeah.
15    Q.   Perhaps?
16    A.   Right.
17    Q.   How about posterior colporrhaphy?
18    A.   That's why I said it's not very clear for me
19 at that time whether those are correlated to such
20 approach.
21    Q.   How about any kind of suspension of the uterus
22 or the top of the vagina through an abdominal approach?
23    A.   I don't remember exactly, yeah.
24    Q.   Currently, you do not practice OB-GYN in terms
25 of direct patient care; is that correct?

Wenxin Zheng, M.D.

Page 18

1    A.   Correct.
2    Q.   So what are your responsibilities as a
3  professor in the OB-GYN department?
4    A.   Mainly teaching.  And also we -- I'm the
5  person running the gynecological tumor board conference
6  every week.
7    Q.   And you consider yourself a GYN pathologist;
8  is that correct?
9    A.   Correct.
10    Q.   And your main interest in GYN pathology is
11  tumors and particularly cancerous tumors; is that
12  correct?
13    MR. SNELL:  Form.
14    A.   I think the main interest as a GYN pathologist
15  covers all the specimens, no matter it's cancer or
16  benign, you know, within the gynecological or woman's
17  female genital tract.  All these specimens come to my
18  attention or come to my program.
19  (By Ms. Thompson)
20    Q.   At least as far as publications go and
21  lectures, presentations, wouldn't you agree with me that
22  most of those revolve around tumors, GYN cancers?
23    A.   Correct.
24    Q.   Why did you choose pathology as a medical
25  specialty?

Page 19

1    A.   That's an interesting question, because my --
2    Q.   Thank you.
3    A.   -- my training background as OB-GYN resident
4  at that time when I was in China.  So after I came to
5  United States, I think I liked to do more
6  academic-related work.  Therefore, pathology gives me a
7  better opportunity to do both clinical care, patient
8  care, as well as research.
9         And then after pathology training, in
10  relation to my OB-GYN training, so it's very natural to
11  put them together to do GYN pathology and become a
12  specialist.
13    Q.   It made sense to combine them?
14    A.   Right, right.
15    Q.   And there are different areas of pathology,
16  correct?
17    A.   Correct.
18    Q.   And what is the area that you consider
19  yourself in?  Not the specialty area, but surgical
20  pathology or experimental pathology, laboratory
21  pathology?  I'm not sure I'm getting those right, but
22  what do you consider yourself?
23    MR. SNELL:  Form.
24    Go ahead.
25    A.   Basically within the pathology field, like GYN

Page 20

1  pathology or GI pathology, they all belong to umbrella
2  pathology called surgical pathology.  So we have to have
3  surgical pathology training first.  Then can go to
4  different subspecialties.  So I'm -- overall I'm a
5  surgical pathologist.
6  (By Ms. Thompson)
7    Q.   And surgical pathology is part of clinical
8  pathology --
9    A.   Yes.
10    Q.   -- correct?
11    A.   We're dealing with all the specimen from the
12  surgeries.
13    Q.   Do you consider yourself a clinician?
14    A.   Yes.  Pathologist is a clinician.
15    Q.   And as a pathology -- as a pathologist, isn't
16  observation one of the most important things that you do?
17    A.   It's not observation.  I think in the clinical
18  side, we provide diagnosis for patient care.  That's the
19  main thing.
20    Q.   So you provide diagnoses for patient care
21  based on examination of the pathology?
22    A.   Based on examination of the specimen we
23  receive and also, you know, relevant clinical
24  information.
25    Q.   Where do you get your relevant clinical

Page 21

1  information?
2    A.   Typically these information will be written on
3  the requisition sheet, and then some of them through
4  communication with the clinicians.  And like a special
5  form, like a tumor board, is one of the common forms to
6  take care of cancer patients.
7    Q.   So when a specimen comes from the operating
8  room, it is accompanied with a requisition form, correct?
9    A.   Correct.
10    Q.   And that requisition form has a diagnosis or a
11  tentative diagnosis when it comes to you, correct?
12    A.   No.  They will contain relevant clinical
13  information, basic information for the patients, and
14  clinical observations.  They usually do not have a
15  typical diagnosis in the clinical requisition sheet,
16  because otherwise why they need a pathologist to help
17  them?
18         They have questions whether this may
19  represent some kind of disease or what kind of particular
20  area they try to resolve.  Then usually they have
21  limitation from clinical perspective.  They can't resolve
22  that.  That's why they need a pathologist's opinion to
23  give them more definitive answers for that.
24    Q.   But isn't it true that every surgical specimen
25  comes to you regardless of whether the doctor had a

Wenxin Zheng, M.D.

Page 22

1  question about the diagnosis or not?
2      A.   Correct.  Many of them they don't have the
3  diagnosis.  They just give you a specimen, tell you the
4  clinical problem.  Then you will help them.
5      Q.   So a clinical problem could be a symptom?
6      A.   Right.
7      Q.   Like pain or -- correct?
8      A.   Yes.  Pain or bleeding or, you know,
9  abnormal -- any kind of abnormalities.
10     Q.   But at times, at least, the surgeon knows what
11 the diagnosis is and is just sending you -- sending the
12 specimen to you for confirmation; is that correct?
13           MR. SNELL:  Form.
14     A.   That's not true, because they -- for instance,
15 they may suspect the patient may have a cancer, right?
16 But a cancer diagnosis has lots of other specific
17 information, such as cancer grade, cancer type, primary
18 sites of the cancers.
19           So lots of information may be relevant to
20 future clinical decision for the management.  They don't
21 know at that time.  Therefore, you need a pathologist to
22 give -- to provide such information.
23 (By Ms. Thompson)
24     Q.   But if you have a uterus that the surgeon is
25 sending you for fibroids --

Page 23

1      A.   Yes.
2      Q.   -- chances are it's going to have fibroids,
3  correct?
4           MR. SNELL:  Form.
5      A.   Correct.  But also there are chances for
6  nonfibroid or even it's a malignant cancer or metastatic
7  cancer to the uterus.  So, therefore, they are not sure.
8  (By Ms. Thompson)
9      Q.   Fair enough.  When surgeons, GYN surgeons do
10 vaginal repair surgery and remove part of the vaginal
11 mucosa, as in an anterior colporrhaphy, do you get that
12 specimen?
13     A.   Yes.  We usually get -- those repair
14 surgeries, we get specimens like just the vaginal mucosa,
15 sort of redundancy vaginal mucosa, and we will evaluate
16 that.
17     Q.   Do you look at those histologically or not?
18     A.   Yes.  We do every time.
19     Q.   Okay.  But that would be one example of a case
20 where the doctor really isn't looking to you for a
21 diagnosis of redundant vaginal mucosa, right?
22           MR. SNELL:  Form.
23     A.   Right.  Those are -- usually there is not much
24 abnormality there.
25

Page 24

1  (By Ms. Thompson)
2      Q.   Yeah.  I got one in.
3      A.   Okay.
4      Q.   Fair enough.  And pathologists generally don't
5  perform your own complete chart review; is that correct?
6      A.   In the usual situation, we do not review those
7  complete medical records.
8      Q.   Would you agree with the statement that the
9  pathologist's interpretation is based on his
10 understanding of the clinical context and resulting
11 questions to be answered?
12     A.   Yes.  That's a good statement.
13     Q.   I think that's basically what we just said,
14 correct?
15     A.   Correct.
16     Q.   How many mesh specimens have you evaluated?
17     A.   So far?
18     Q.   So far.
19     A.   Within basically I think around three years,
20 around three years, I start to see more mesh specimens
21 coming.  So overall I can estimate it's about maybe more
22 than a hundred cases I have examined in total.
23     Q.   And I think in the Lewis deposition in
24 December, you said it was somewhere between 156 and 312.
25 There was some discussion about how you came up with

Page 25

1  those numbers.
2           Are you -- now can you give a better
3  estimate that it's --
4      A.   I said basically you can see every week I
5  receive like one to two samples of these mesh specimens.
6  And then if you have 50 weeks in a year, then it's
7  already 50 to 100 cases.  So the minimum is about maybe
8  just over a hundred.  The maximum can go as more as you
9  can go, like 300.  I think that's -- but I just really
10 don't know the exact number.
11     Q.   What are the usual -- what are the most common
12 indications for mesh removal that you see?
13     A.   We have mesh -- like prolapse mesh
14 complications, such as infection or erosion.  Or
15 sometimes a patient chart or requisition sheet will list
16 pain.  Those are -- and then also these days more
17 commonly is for legal purpose without any symptoms.  It
18 says the specimen is for legal purpose.
19     Q.   So you are telling me that you're getting
20 specimens that the reason they're having their mesh
21 removed is for legal purposes?
22     A.   Many of them.
23     Q.   What percentage would you say that is?
24     A.   I think these days probably over 50 percent at
25 least.

Wenxin Zheng, M.D.

Page 26

1     Q.   And that's over what period of time?
2     A.   It's particularly within the last two years'
3  period.
4          MS. THOMPSON:  And I'm going to, of
5  course, request the records on those meshes that he's
6  evaluated over the last three years.
7          MR. SNELL:  We're not going to produce
8  those.  Those are his own patients.  That's hospital
9  stuff.
10         MS. THOMPSON:  Okay.  Then we'll take back
11  Dr. Iakovlev's that he did with redacted information, but
12  we'll discuss that.
13  (By Ms. Thompson)
14     Q.   And what do you mean by remove for legal
15  purposes?
16     A.   When we receive the specimen, then as we
17  mentioned typically there is a requisition sheet.  And
18  within the requisition sheet, clinical history, and then
19  they will say for legal purpose.
20         And those specimens we have a special way
21  to handle, because typically if the specimen is large
22  enough, we will take a portion of the specimen for
23  routine process.  Then the remaining portion we'll submit
24  to our legal office.  Within our medical center, we have
25  a special office to handle all the potential legal

Page 27

1  purposes of all these cases.
2     Q.   But you're telling me these are not patients
3  that have other symptoms and they're just wanting you to
4  handle it in a particular way because of legal purposes,
5  but that's the only reason that they're having the mesh
6  removed?
7     A.   I'm not sure, because they usually do not put
8  what kind of underlining reason for legal purposes.
9     Q.   And would you agree with me that it would be
10  medical malpractice for a surgeon to have a patient
11  undergo major surgery and general anesthesia for no
12  reason?
13         MR. SNELL:  Form.
14     A.   Yeah.  Typically any surgery there is a
15  reason, typically.  But I do have seen those mesh, you
16  know, specimens without any complaints, and basically the
17  doctors -- we have -- our clinicians sometimes we
18  communicate these days.  They also noticed many requests
19  direct the patient see them because some law office call
20  them and say, Can you go to, you know, certain medical
21  office to get this mesh removed?
22  (By Ms. Thompson)
23     Q.   So you're saying that doctors are removing
24  mesh because the lawyer sent a patient and asked them to
25  remove the mesh?

Page 28

1     A.   I think, based on my understanding, at least
2  some of those cases, yes, definitely go that way.
3     Q.   Who are the doctors that are doing that in
4  your facility?
5     A.   We have Christian Twiss, T-W-I-S-S, and also,
6  Dr. Hatch, Kenneth Hatch.  These are the main doctors.  A
7  few other doctors occasionally have several other
8  specimens, but these are the two main doctors.
9     Q.   And you believe that Dr. Twiss -- I'm not
10  pronouncing their names correctly, I'm sure -- and Dr.
11  Hatch are removing mesh at the request of lawyers?
12     A.   Because it's written clearly in the
13  requisition sheet.
14     Q.   You mentioned prolapse mesh.  How many...
15         So you, I think, said just a minute ago
16  that all surgery has a reason.  Do you consider legal
17  purposes a reason for surgery --
18         MR. SNELL:  Form.
19  (By Ms. Thompson)
20     Q.   -- in your experience as a pathologist and
21  OB-GYN?
22     A.   I think so some of these cases because of the
23  legal purpose for the surgery.  Why, you know, the law
24  office want them to have this surgery done, I have no
25  idea.

Page 29

1     Q.   Would that not be considered unnecessary
2  surgery, in quotations?
3         MR. SNELL:  Form.
4     A.   I'm not in the position to make this comment,
5  because I'm in the position, whatever specimen come to
6  our department, then we will provide opinion.  That's my
7  position, I think.  What's the reason why they are going
8  to do this, that will be beyond my, you know, ability to
9  make judgment.
10         MR. SNELL:  And he has not been put up as
11  a surgical expert on standard of care.
12         MS. THOMPSON:  Understand.
13         MR. SNELL:  We have urologists and
14  urogynecologists who will opine on that.
15         And I'll put one other thing on the
16  record.  Your request, the cases he has seen obviously
17  are those that have arisen in the context of his normal
18  duties and work as a pathologist.
19         Dr. Iakovlev, on the other hand, testified
20  that he has been sent numerous meshes from plaintiffs'
21  lawyers and that he has been paid for his evaluations by
22  those plaintiffs' lawyers, and he enters those plaintiff
23  lawyer-sent meshes into his hospital system; thereby
24  trying to create, apparently, some type of HIPAA issue.
25  So there's crystal clear differences between Dr. Zheng

Wenxin Zheng, M.D.

Page 30

1    and Dr. Iakovlev.
2            MS. THOMPSON:  I believe you requested
3    records from both the ones received from litigation and
4    the ones that came through the hospital.  But we can go
5    back and look at that.
6            MR. SNELL:  We did not request medical
7    records on patients who had nothing to do with
8    litigation.
9            MS. THOMPSON:  And I'm not requesting --
10           MS. FITZPATRICK:  You did.
11           MS. THOMPSON:  You did.
12           MS. FITZPATRICK:  You should go back and
13   look at Donna's letter which clearly requested everything
14   that Dr. Iakovlev had looked at.  And it was certainly
15   not limited to what had been received from plaintiffs.
16   So I don't think that we need to waste the time here.
17   But that's completely inaccurate what you just said, so
18   we'll put that on the record.
19           MR. SNELL:  And I believe you're being
20   inaccurate.  But whatever.  So go ahead.
21   (By Ms. Thompson)
22       Q.   You mentioned with the prolapse meshes you see
23   requisitions listing infection, correct?
24       A.   Yes.
25       Q.   And erosion, correct?

Page 31

1        A.   Yes.
2        Q.   And pain, correct?
3        A.   Correct.
4        Q.   What percentage of your mesh cases that you
5    receive in your lab are slings and not prolapse mesh?
6        A.   These days I think more than prolapse.
7    Overall how many exactly, I have no idea.  But majority
8    of the meshes these days are slings.
9        Q.   And you mentioned the number that have listed
10   on their requisition the reason for surgery or the reason
11   for pathological evaluation is legal purposes.  What
12   about the others?  What are the most common symptoms or
13   complications listed for slings?
14       A.   I don't have any statistics for that.  But
15   those are quite common.  Which one is the most common, I
16   don't know.  I can't give you that accurate information.
17       Q.   Would you say it would also be the same as for
18   prolapse:  Infection, erosion and pain?
19       A.   Many of the sling specimens they do not
20   provide specific information.  Some of them they do, but
21   a majority of them no information except for legal
22   purposes.  And just -- or sometimes just says suburethral
23   sling, that's it.
24           MS. THOMPSON:  I'll go ahead and mark
25   Dr. Zheng's notice as Exhibit 1.

Page 32

1            I assume you have that.
2            (Marked for Identification:
3            Deposition Exhibit No. 1)
4            MR. SNELL:  Can I get a copy, please?
5            MS. THOMPSON:  I thought you would have
6    one, so I just did two of those.
7            Actually, oh, I do have three.
8    (By Ms. Thompson)
9        Q.   Have you seen this document before, Dr. Zheng?
10       A.   I think I have seen this kind of document,
11   yes.
12       Q.   I'm talking about this particular document
13   have you seen?
14       A.   Oh.  I don't remember to see this particular
15   document.
16       Q.   What did you do to prepare for the deposition
17   today?
18       A.   What did I do for the -- for this deposition?
19       Q.   Yes.
20       A.   I reviewed my report.  I received instruction
21   from Ethicon lawyers to bring all the material, whatever
22   I have I can dig out for the case.  Then even including
23   some of the references I used for Lewis case.  So I
24   brought everything here.
25       Q.   And where are the materials that you brought?

Page 33

1        A.   Those are the materials.  Boxes of these
2    material.
3        Q.   Oh, okay.
4        A.   See them?
5            MS. THOMPSON:  So I guess we'll -- where
6    are the boxes?
7            MR. SNELL:  There's multiple boxes over
8    there --
9            MS. THOMPSON:  Oh, the boxes on the cart?
10           MR. SNELL:  -- and a hanging bag.
11           MS. THOMPSON:  I guess we will mark those
12   boxes as Exhibit 2, and we'll go through them at some
13   point during the day, but --
14           MR. SNELL:  Here, I'll let you give that
15   to her, too.  That's your stuff.
16           MS. THOMPSON:  John, do you want to put
17   that on the boxes?
18           MR. FABRY:  Can we go off the record for a
19   second?
20           THE VIDEOGRAPHER:  Off the record 10:45.
21           (Discussion held off the record.)
22           THE VIDEOGRAPHER:  On the record 10:46.
23   (By Ms. Thompson)
24       Q.   Dr. Zheng, you brought several boxes with you
25   in response to this -- what your lawyers told you to

Wenxin Zheng, M.D.

Page 34

1  bring, everything, I guess, related to this case; is that
2  correct?
3       A.   Correct.
4            MR. SNELL:  Form.
5  (By Ms. Thompson)
6       Q.   And do you have those materials in an
7  electronic form as well?
8       A.   I don't believe I have everything, but I do
9  have several, I think, discs or so.  But I'm not sure.
10  Some of these discs containing medical records informa-
11  tion and may have not completely or complete information
12  for everything I have.  So that's the situation.
13            But many of them, either medical records
14  or references I used, I read and then piled them up in a
15  binder.  Okay?  Then also these are the relevant
16  information, like expert's report from Dr. Pramudji
17  regarding Huskey case.  And then the other one is expert
18  report from Elizabeth Kavaler.  I don't know how to
19  pronounce that correctly.  But those are the -- I have
20  read.
21            And many of these references regarding TVT
22  mesh or TVT-O or TOT mesh.  And then I also printed out
23  the pictures in a raw form.  Basically all these pictures
24  I took from the slides I received, I reviewed, for the
25  purpose of to present my points.  And I think many of

Page 35

1  them -- some of them I constructed those pictures into a
2  PPT form so make people can understand it better.
3  Otherwise these loose individual pictures without the
4  text makes everybody feel difficult.  That's the
5  combination.  I have those PPT PowerPoint also printed.
6  That's for everybody's convenience, basically.  Those are
7  the things.  Later on you may examine that.
8       Q.   So that smaller box that you've  brought with
9  you are articles that you relied upon, correct?
10       A.   Yeah.  Many of them I read and then relied
11  upon, that's true.
12       Q.   And two reports of the defense experts in this
13  case, Dr. Kavaler and Dr. Pramudji, correct?
14       A.   Yeah.  Those -- I think these two clinicians'
15  expert report I have just read, because before I wrote my
16  expert report, I was not aware of this.  That's okay.
17       Q.   So you did not rely on those two expert
18  reports for any of the opinions in your --
19       A.   Correct.
20       Q.   -- own report, correct?
21       A.   Within the report.
22            MS. THOMPSON:  Let's go ahead and mark
23  your box as Exhibit 2.
24            THE WITNESS:  Okay.
25            MR. SNELL:  I want to put something on the

Page 36

1  record just so we're clear.  The electronic files and the
2  discs and CDs, he has brought those, too.  They're in
3  that hanging bag.  There are multiple CDs over there with
4  all the electronic files.
5            MS. FITZPATRICK:  Can we have those?
6            MR. SNELL:  No.  Those are his originals.
7            MS. FITZPATRICK:  Okay.  We'll go through
8  them at a break and figure it out.
9            THE WITNESS:  You can take a look at
10  whatever you feel like.
11            MS. THOMPSON:  Okay.  I'll put that on the
12  box, I guess, and we'll look at everything at a break.
13            THE WITNESS:  Okay.
14            (Marked for Identification:
15            Deposition Exhibit No. 2)
16  (By Ms. Thompson)
17       Q.   Did you meet with the lawyers in preparation
18  for the deposition?
19       A.   I think yesterday, Andy, yes, I met Andy in my
20  office.
21       Q.   And when was that?
22       A.   That's yesterday morning.
23       Q.   For how long?
24       A.   About two hours.
25       Q.   And what did you review during that meeting?

Page 37

1       A.   So basically we reviewed my expert report to
2  see do I have any questions are not clear for the case.
3  I think those are the procedures.  Then we went through
4  the pictures or the stuff I printed out, those pictures.
5  Just went through these pictures.  It takes a long time
6  for the pictures.
7       Q.   Is that all?
8       A.   Yeah, I think that's it.
9       Q.   And have you met with the lawyers prior to
10  meeting yesterday with Andy?
11       A.   Prior to yesterday, you mean?
12       Q.   Correct.
13       A.   I think some times ago Andy -- no, I don't
14  think we have other meetings, because we know each other.
15  And I received multiple -- we have several phone calls.
16  And then when I receive material, if I'm not clear what
17  are they, then I call him to clarify.
18       Q.   So how do you know Andy?
19       A.   For the Lewis case, I think.
20       Q.   So you worked with him on the Lewis case?
21       A.   The Lewis case, too, correct.
22       Q.   How much have you been paid by Ethicon to
23  serve as an expert witness?
24       A.   I -- I have received maybe, let's see, $50,000
25  before the tax.  That's so far for the Lewis case.

Wenxin Zheng, M.D.

Page 38

1    Q.   And how much for the Huskey and Edwards cases
2  so far?
3    A.   So far I did not bill yet.
4    Q.   Can you estimate how many hours you have
5  spent?
6    A.   It's roughly about 40 to 50 hours I have spent
7  so far.
8    Q.   And how much do you charge per hour?
9    A.   Six hundred dollar per hour.
10   Q.   And is that for any kind of work or is it --
11   A.   Yeah.  For all these readings and evaluation
12 of reports and review for like the deposition issues or
13 court issues usually or travel is up to 10 hours.  I
14 can't charge when I sleep.
15   Q.   I think that's a good rule.
16   A.   Okay.
17   Q.   Although we all know people that do.  I didn't
18 say that.
19        So you -- did you bring all the photos --
20 all right.  So let me go back.  Looking at Schedule A on
21 that notice of deposition, which is the list of all the
22 things to bring -- do you have that with you, Dr. Zheng?
23 It's page 3.
24   A.   Page 3.
25   Q.   So you're saying that what you've produced

Page 39

1  here is contained in this box, those boxes, and the discs
2  that you brought, correct?
3    A.   Correct.
4    Q.   Did you bring billing records?
5    A.   No.  I sent -- send my billing records to my
6  lawyer, but I did not bring this time.
7        MS. THOMPSON:  Do we have billing records
8  for Dr. Zheng?
9        MR. SNELL:  I think we have a summary of
10 invoices.
11       Do we have a summary of invoices or some
12 type of tally?
13       MR. SNOWDEN:  Yeah.  We can print it off.
14       MR. SNELL:  Yeah.  We'll print it off.
15       MS. THOMPSON:  Yeah, we would like to have
16 that.
17       MR. SNELL:  Okay.
18 (By Ms. Thompson)
19   Q.   Looking at number -- until we -- we may come
20 back to this after we've had a chance to look through
21 some of the boxes.
22       But going down to 11, does your experience
23 with looking at over a hundred mesh cases over the last
24 three years -- well, do you rely on your experience
25 looking at other mesh cases in formulating your opinions

Page 40

1  on Ms. Edwards?
2    A.   Some of the -- yeah.  Some of the opinions
3  rely on based on my experience, that's true.
4    Q.   And you would expect --
5    A.   Sure.
6    Q.   -- anyone's experience to help them when
7  they're formulating opinion on a similar case, correct?
8    A.   Yes.
9    Q.   Did you bring photos of the other mesh cases
10 that you've seen over the last three years?
11   A.   No.  It's not related to these two patients.
12       MS. THOMPSON:  We're going to request all
13 the photographs that you have taken on any mesh cases
14 over the past three years.
15       MR. SNELL:  And we'll oppose.
16       Go ahead.
17       THE WITNESS:  I have --
18       MR. SNELL:  Those are --
19       THE WITNESS:  I usually do not take any,
20 so --
21       MR. SNELL:  Those are his hospital
22 patients, not litigation, lawyer-referred cases for which
23 he has been paid by lawyers.  Go ahead.
24       MS. THOMPSON:  And you requested from us
25 and we provided all the photos taken by Dr. Iakovlev

Page 41

1  on all mesh, regardless of whether they were litigation
2  or not.  And Dr. Zheng has certainly been paid
3  significantly for his work.
4        MR. SNELL:  Move to strike.
5        Go ahead.
6        THE WITNESS:  Can I explain that?
7        MR. SNELL:  No.  She didn't give you a
8  question.  She'll pose a question.
9  (By Ms. Thompson)
10   Q.   So you did not bring any photos other than the
11 ones on the slides that you took of Ms. Edwards, correct?
12   A.   What I want to say is, for my routine work, I
13 do not take microphotographs for these other meshes,
14 except somebody request us, you know, some kind of
15 photographs.  Then we provide.  We don't take
16 microphotographs.
17        We have slides for every case that will be
18 kept for 10 years, typically, in our hospital.  Then the
19 specimen, if it's not for legal purpose, will be throw
20 away after the report -- after two weeks after the report
21 is generated.
22        MS. THOMPSON:  We'll request the slides as
23 well with patient information redacted.
24        MR. SNELL:  And we will oppose.
25        Go ahead.

Wenxin Zheng, M.D.

## Page 42

1    THE WITNESS: But I'm not sure I --
2    MR. SNELL: You don't have to respond to
3 that. She's making a request, and we will oppose it.
4    Go ahead.
5 (By Ms. Thompson)
6    Q.   And when you said that you only take pictures
7 when it's requested, what do you mean by that?
8    A.   For instance, this Lewis case, if I have
9 slides, then I will take pictures, because I have to
10 present my points or my opinion.
11    And for this case, for Edwards case, also
12 I have multiple slides. So when I review that, then I
13 have to present my opinion based on what I have observed.
14 Therefore, the pictures are useful. So then at that time
15 I take pictures.
16    Q.   Have you ever lectured or presented on the
17 topic of GYN mesh, either in your hospital or your
18 division or elsewhere?
19    A.   No.
20    Q.   Never lectured to medical students about mesh
21 and its properties?
22    A.   I will briefly mention those. Those can be
23 specimens we routinely received. But that's it. We
24 don't go that far, because medical students usually they
25 are not interested in this kind of topic. They have too

## Page 43

1 much to learn.
2    Q.   What about to OB-GYN residents or -- how about
3 to OB-GYN residents?
4    A.   OB-GYN residents, usually these are mainly
5 clinical side knowledge or diseases or situations. So it
6 will be given by the clinicians rather than pathologists.
7    Q.   Do OB-GYN residents do a rotation through the
8 pathology department?
9    A.   Usually they don't. But we do have two kinds
10 of weekly conferences. One is in the Wednesday morning.
11 Then depending on the topic, our pathologists will join
12 their conference to present pathology component. And
13 then the other conference, the GYN tumor board, that
14 requires multispecialty, you know, doctors to join it.
15    Q.   And mesh has never been a topic for the weekly
16 conferences, joint conferences?
17    A.   No. Mesh has never been a formal topic for
18 education purpose.
19    Q.   When were you first contacted by Ethicon?
20    A.   I think probably that's at the end of two
21 years ago, 2012 something.
22    Q.   And what case did they consult you on
23 initially?
24    A.   That's the Lewis case.
25    Q.   The Lewis case?

## Page 44

1    A.   Uh-huh.
2    Q.   You have never published anything on
3 polypropylene mesh; is that correct?
4    A.   Correct.
5    Q.   And I believe you just told me that you have
6 not lectured on mesh?
7    A.   Correct.
8    Q.   Did you issue a pathology report on
9 Ms. Edwards?
10    A.   No. Because these slides came for review
11 consultation, not in our medical system.
12    Q.   Who wrote your expert report?
13    A.   I wrote by myself.
14    Q.   What are the indications for mesh removal, in
15 your opinion?
16    MR. SNELL: Form.
17    A.   Indications typically for mesh removal, based
18 on my understanding, for medical purposes is like
19 erosion, infection, or constant pain exceed usual level
20 than patient cannot tolerate and possibly related to the
21 mesh. Therefore, those are the more common medical
22 reasons for the removal.
23 (By Ms. Thompson)
24    Q.   Does mesh cause constant pain that can't be
25 relieved?

## Page 45

1    A.   Pain is a complicated situation, because that
2 involves multiple reasons. So it's very hard to say,
3 because in the -- in our OB-GYN practice, we have
4 patients complain of pelvic pain. That's very common.
5 Even without mesh they have those symptoms.
6    And then among those pelvic-pain patients,
7 we have like 50 percent of those cases we have evidence
8 to support there is a reason to explain pain. However,
9 additional 50, half of the patients, have no histological
10 evidence to support. So it's difficult to interpret why
11 the patient feel pain.
12    Q.   I'll ask my question again. Can mesh cause
13 pain that is constant and can't be relieved?
14    MR. SNELL: Objection. Form. Asked and
15 answered. And beyond the scope if you're asking him from
16 a surgeon's perspective. He's only here on the pathology.
17    MS. THOMPSON: He told me that he got
18 requisitions for mesh removal that stated it was from
19 patients who had constant pain that could not be
20 relieved.
21    MR. SNELL: That's fine. That's what he
22 got as a pathologist.
23    MS. THOMPSON: I'm asking if mesh can
24 cause that pain. I believe that would be what a
25 pathologist would tell the surgeon.

Wenxin Zheng, M.D.

Page 46

1    A.  The pathologists provide pathology report.
2  They usually do not provide a statement says the finding
3  can explain the clinical pain.  There is no -- usually do
4  not do that, except obvious evidence.  For instance,
5  there is like infection, abscess formation there.
6         And then the doctor clinician will ask, Do
7  you think this abscess may be related to her pain?  This
8  is obvious I say usually.  You don't have to say this
9  particularly the findings are related to the clinical
10 pain.  They can use the findings to interpret by
11 themself.
12        Because, as I say, pain is a very
13 complicated situation.  It's a personal feeling.  Some of
14 these pain can have a reason to explain.  Some of those
15 pain do not have a reason to explain.
16 (By Ms. Thompson)
17    Q.  So you're telling me that as a pathologist you
18 are not able to tell whether a patient having pain and
19 you receive a mesh specimen, whether it's related to the
20 pain or not?
21    A.  Correct.  But let me add something.  But if
22 the histological evidence or pathological evidence is
23 obvious, then that can be consistent with the clinical
24 symptoms such as pain.  If there's no, you know, evidence
25 to support, then usually there's no linkage between the

Page 47

1  finding -- pathological finding and the clinical pain.
2    Q.  As in an abscess?
3    A.  Right.
4    Q.  Are you aware that in the published literature
5  on explanted vaginal mesh that the most common indication
6  is pain?
7         MR. SNELL:  I'm going to object to the
8  form on that one, and I'm going to object to the
9  foundation on that one as well.
10        Go ahead.
11    A.  I'm not aware of such particular publications
12 saying the most common reason for mesh removal is pain.
13        MS. THOMPSON:  I'll go ahead and mark an
14 exhibit.  Are we on Number 3?  Exhibit Number 3.  And I
15 apologize for the highlights on this article, but it's
16 color copied, and they showed up.
17        Hang on.  Thank you.  Sorry about that.
18        (Marked for Identification:
19        Deposition Exhibit No. 3)
20 (By Ms. Thompson)
21    Q.  I just handed you an article published by the
22 pathology group at Michigan.  Are you familiar with that
23 group?
24    A.  I'm not familiar with that group, but I think
25 I have seen this article.

Page 48

1         MR. SNELL:  This was marked as 3?
2         THE WITNESS:  Uh-huh, yes.
3  (By Ms. Thompson)
4    Q.  So you have seen this article?
5    A.  Yes.  I think I noticed the title sounds
6  familiar.
7    Q.  And I would think it would be of interest to
8  you as a GYN pathologist that's looking at mesh, correct?
9    A.  Yes.
10    Q.  We can just look in the abstract under
11 results.  And could you just read the third sentence
12 there that begins with, Specimen requisitions.
13    A.  Specimen requisitions listed clinical history
14 as pain, 28.4 percent; vaginal mesh erosion,
15 24.5 percent; then erosion, 17.6 percent; then urinary
16 retention 5.9 percent; and infection, 2.9 percent.
17    Q.  So at least in -- at the University of
18 Michigan, the surgeons filling out requisitions for
19 pathologic examination of mesh specimens that they
20 removed from women thought that these patients' pain was
21 coming from the mesh, correct?
22         MR. SNELL:  Form, foundation.
23    A.  Yeah.  Based on clinical symptoms or clinical
24 information as listed.
25

Page 49

1  (By Ms. Thompson)
2    Q.  Okay.  Beginning from when a specimen leaves
3  the operating room and comes to your lab, can you go
4  through that process with me step by step?
5    A.  Okay.  So after the surgeon remove the
6  specimen or remove the part of the organ or tissues, then
7  these tissues have two forms situation.  One is just as a
8  fresh tissue coming to pathology lab.  The other is they
9  put the tissue into formalin for the preservation issue.
10 Then we receive these either fresh or the specimen in
11 formalin, two kinds.
12    Q.  And is -- I assume that someone has observed
13 the gross specimen before it's placed in formalin or --
14    A.  No.
15    Q.  -- processed?
16    A.  No.  Usually the surgeons just by themself or
17 the nurse in the OR, they will put the specimen into
18 formalin or just fresh, these two different conditions.
19 So when we receive those specimens, then from pathology
20 point of view, we will record patient information.  Then
21 we have to label the specimen and assign a case number.
22 Then they will be recorded in the system first.
23        Then afterwards our residents or PA start
24 to so-called gross examination of the specimen, describe
25 what kind of specimen we received.  Those including the

Wenxin Zheng, M.D.

Page 50

1  size and the shape and even sometimes the weight of the
2  specimen and then texture or particular features of the
3  specimen.
4      Q.   So in your facility, at least, the residents
5  or a PA describes the gross appearance?
6      A.   The usual situation.
7      Q.   And then it goes to the next step?
8      A.   Then after so-called gross -- during the gross
9  time, then the residents or PA will take representative
10  sections, or some of them, if the sample is small enough,
11  they will submit everything for microscopic examination.
12     Q.   And when the residents submit it for
13  microscopic examination, they are putting it in a
14  paraffin block; is that correct?
15     A.   Then the tissues will go through a tissue
16  processor so-called, a tissue processor which convert
17  gross specimen into a paraffin block.  That takes also
18  long time.
19     Q.   And that's called what again?
20     A.   Tissue processor.
21     Q.   Tissue processor?
22     A.   Yeah.
23     Q.   So the resident, him- or herself, is not
24  actually putting the specimen into paraffin?  That's done
25  by a processor, by a machine?

Page 51

1      A.   They have to take the sample and put into
2  cassette, a plastic cassette.  The cassette is labeled
3  with particular patient information.  For this situation
4  it's a case number, basically.
5           Then these cassettes containing tissues
6  will be put into the tissue processor.  Then the tissue
7  processor automatically runs including lots of chemicals
8  there to make the tissues easy to be cut.  Otherwise the
9  fresh tissue is difficult to cut.
10     Q.   Okay.  So let me go back, because I'm trying
11  to understand this.
12     A.   Sure.
13     Q.   I missed my pathology rotation when I was out
14  on maternity leave.
15          So the resident puts the sample, either
16  the whole specimen or a sample based on the size, into a
17  cassette?
18     A.   Correct.
19     Q.   And I assume they just drop it in the
20  cassette; is that correct?
21     A.   Yeah.  They -- yes.  They put it in the
22  cassette, correct.
23     Q.   They don't manipulate the specimen in any way
24  when they're putting it in the cassette, do they?
25     A.   They have -- there are several rules, because

Page 52

1  we have to show like the length and the thickness of the
2  tissue sections to try to expose the most -- potentially
3  most interesting area later on will be showed on the
4  slides, so there are a few rules there.  But in general,
5  yes, just put into cassette.
6      Q.   And then the tissue processor, is it -- am I
7  correct that the tissue processor, in laymen's terms,
8  just dips the cassette into the paraffin, into the liquid
9  paraffin?
10     A.   No.  The tissue processor is basically a
11  so-called fixation and dehydration process.  So that
12  means it makes the tissue fixed, number one.  And
13  meanwhile in this process also excessive water amount
14  within the tissue or cells will be removed, because these
15  waters cause artifact.  It makes tissue very difficult to
16  cut.  So the water amount have to be removed.
17     Q.   Okay.
18     A.   So that's the overall purpose for tissue
19  processor.
20     Q.   So there are steps involved, correct?
21     A.   Multiple steps.
22     Q.   And typically you would not see a specimen
23  until it's already been sectioned and placed on slides,
24  correct?
25     A.   Then I should add additional one.  When I see

Page 53

1  gross specimens in several conditions.  One is the
2  specimen is coming for intraoperative consultation.
3  Immediately when they -- even before they remove out, I
4  sometimes go to operating room and take a look.  And then
5  they are going to ask me, What do you think?  What should
6  I do for this?  Then I will provide my opinion.  All
7  right?  So-called intraoperative consultation.
8           Then the second --
9      Q.   That would be like a frozen section, correct?
10     A.   Then the second --
11     Q.   Oh, that's the second one?
12     A.   -- one is the frozen section.  Frozen section,
13  they give you the specimen, then let you evaluate, give
14  them the preliminary diagnosis immediately, basically
15  within 20 minutes.  So we will do frozen section
16  evaluation.
17     Q.   And would you agree that typically those
18  situations arise when the surgeon is trying to determine
19  whether there's a malignancy or not --
20     A.   Right.
21     Q.   -- that could influence the surgery itself?
22     A.   Right.  The extensiveness of the surgery.
23  What shall we -- how far they can go.
24     Q.   Because typically, processed in the usual
25  fashion, it would take two to three days to come out?

Wenxin Zheng, M.D.

Page 54

1    A.   Right.  And patient will go back.  They cannot
2  just open the abdomen and close, then next day open
3  again.  They cannot do that.
4    Q.   And what is done by residents in your teaching
5  hospital in other hospitals might be done by a pathology
6  technician or assistant; is that correct?
7    A.   Yes.  They usually do gross examination and
8  record what they have seen and what kind of section they
9  are taking.  Then reading the microscopic slides together
10 with the attending.
11       For mesh issue, the same thing.  They are
12 going to read together with me.  Then if I have questions
13 at that time, will ask, and they will provide additional
14 information.
15   Q.   So the pathologist in a typical community
16 hospital like yourself, except in the situations where
17 you're having an intraoperative examination or a frozen
18 section, would not see the specimen itself until the
19 slides are processed, correct?
20       MR. SNELL:  Form.
21   A.   Yeah.  In usual situations, the attendings
22 will not see the specimen until the slides come out.  But
23 in community hospitals, there is -- typically they do not
24 have residents, so the pathologist or the attending
25 pathologist, they have to gross the specimen by themself.

Page 55

1  So at that time they will see the specimen.
2  (By Ms. Thompson)
3    Q.   Okay.  So it's actually different in community
4  hospitals than in academics.  You don't see it -- as a
5  professor, you don't see it until the slides are
6  processed, correct?
7    A.   Usually we don't need to see until we are
8  asked.  They say, okay, I don't know what to do for this.
9  Can you come?  Okay, we will come.
10   Q.   And it's my understanding that you see all the
11 mesh that's coming from a GYN surgeon, correct?
12   A.   Yes.
13   Q.   So you typically do not see hernia mesh
14 samples, abdominal wall hernia mesh samples?
15   A.   I don't see that, because that belong to
16 general surgical practice.
17   Q.   And that's because in an academic setting, you
18 have a specialty in GYN --
19   A.   We have subspecialty.
20       THE COURT REPORTER:  Doctor, you need to
21 let her finish her question before you start your answer.
22 You're starting to overlap.
23       MS. THOMPSON:  We're both doing that a
24 little bit, so we'll work on it together.
25

Page 56

1  (By Ms. Thompson)
2    Q.   When you get a mesh sample into your lab, you
3  usually don't know the name of the mesh, correct?
4    A.   Usually we don't know, because they do not
5  label clearly.
6    Q.   And would you agree with me that -- and by
7  that I mean the manufacturer of the mesh or the name of
8  that sling or prolapse mesh piece.
9    A.   Correct.  But occasionally they do mention TVT
10 sling.
11   Q.   But if they mention TVT sling, would you know
12 whether that was a TVT Retropubic or a TVT Obturator or a
13 TVT Exact or a TVT Abbrevo or all the various different
14 permutations of TVT?
15   A.   We don't know.
16   Q.   So when you're looking at all the different --
17 and I'm sure you've seen where TVT has just been used in
18 a generic context, like Kleenex, right, that could be
19 referring to a sling from another manufacturer, correct?
20       MR. SNELL:  Form.
21   A.   I think so.  This is correct.
22 (By Ms. Thompson)
23   Q.   And does that, not knowing the manufacturer of
24 the particular mesh that you're looking at, impede your
25 ability to observe and analyze the specimen?

Page 57

1    A.   Can you rephrase your question, please?
2    Q.   Sure.  That wasn't a very good question.
3        Does that make you less able to observe
4  and document your findings, the fact that you do not know
5  the manufacturer of the mesh?
6    A.   No.  Because in typical situation, we do not
7  pay attention what kind of mesh, which brand it is.  We
8  only evaluate what's the pathological findings maybe
9  useful for clinical management.  That's the thing we are
10 paying attention.
11   Q.   In your experience, are -- I believe you --
12 well, I'll start all over.
13       In your experience, do the characteristics
14 of polypropylene mesh, are they similar among various
15 products?
16   A.   I think TVT sling from Ethicon has reasonably
17 unique features under microscope.
18   Q.   And by TVT, do you mean TVT or TVT-O?
19   A.   Doesn't matter which one.  It's all
20 polypropylene mesh fibers.  These are monofilament
21 fibers.  And under microscope, typically one is white and
22 the other is blue.  So, therefore, when we see that, it's
23 quite unique for TVT.
24   Q.   So by the unique features, you meant the blue
25 coloration, right?

Wenxin Zheng, M.D.

Page 58

1    A.   Blue color or the pattern.  Usually the
2 patterns, the microscopic pattern, they are sort of --
3 it's very difficult to describe what kind of pattern.
4 But when we see a lot, we know this is most likely coming
5 from that.
6    Q.   As best you can, describe the pattern that
7 you're referring to.  The blue coloration I understand,
8 but what's the pattern microscopically that --
9    A.   They have individual either parallel two mesh
10 fibers or sometimes mesh knots forming, you know, knitted
11 area.  You have clusters of the mesh fiber.  And then in
12 between these mesh fibers, you see integrated tissue.
13 Those are the typical patterns.
14    Q.   And are you suggesting that you don't see
15 those same patterns with, say, a SPARC or a Monarc mesh?
16    A.   Frankly speaking, under microscope, I barely
17 see different patterns or notice the particular related
18 to different brand.  That's the situation.
19    Q.   Let me make sure I understand.  So you're
20 saying you don't see different patterns between the
21 different brands except for the blue coloration?
22        MR. SNELL:  Form.
23        Go ahead.
24    A.   I mean, under microscope, I don't see many
25 like dramatically different patterns as I just described.

Page 59

1 But if I see the mesh without the blue and white colors,
2 then that may be related to other brand.  Otherwise this
3 is most likely coming from TVT Ethicon mesh.
4 (By Ms. Thompson)
5    Q.   Were you aware that AMS, that produces SPARC
6 and Monarc mesh, designed their mesh to be identical to
7 TVT mesh?
8        MR. SNELL:  Foundation.
9    A.   Can you repeat again, please?
10 (By Ms. Thompson)
11    Q.   Were you aware that AMS designed their mesh to
12 be identical to TVT?
13        MR. SNELL:  Same objection.
14    A.   I'm not aware of this particular situation.
15 (By Ms. Thompson)
16    Q.   So you can't today say that you would see
17 anything differently under the microscope looking at a
18 TVT versus an AMS mesh versus a Boston Scientific mesh if
19 they're monofilament polypropylene?
20        MR. SNELL:  Form.
21        Go ahead.
22    A.   I'm not able to, because, frankly speaking, I
23 did not pay attention -- particular attention to try to
24 tell the difference from which brand or where it is
25 coming from.

Page 60

1        MS. THOMPSON:  Okay.  I think we can go
2 ahead and change the tape.
3        THE VIDEOGRAPHER:  Off the record 11:26.
4 This concludes tape number one.
5        (Recess taken.)
6        THE VIDEOGRAPHER:  On the record 11:43.
7 This begins tape number two.
8 (By Ms. Thompson)
9    Q.   Dr. Zheng, would you agree with me that an
10 accurate report is necessary when you're looking at a
11 pathology specimen?
12        MR. SNELL:  Form.  Vague.
13    A.   I'm not sure I understand your question.
14 (By Ms. Thompson)
15    Q.   Okay.  It probably wasn't very good.
16        It's important for you as a pathologist to
17 be as accurate and thorough as possible, correct?
18    A.   Correct.
19    Q.   And is the reason for that because what you
20 find and document can actually impact a patient's care
21 and treatment, correct?
22    A.   I think we should make, you know, the basic
23 statement is the pathologist report all the points should
24 be relevant to patient care.  All right?  Then if the
25 details are more helpful for patient care, then all these

Page 61

1 points should be included in the report.
2        And it's not as far as whatever you feel
3 you find very, very detailed.  But those detail
4 information not related to patient care, then usually
5 they are discouraged to put all those irrelevant
6 information into a report.  So that's the so-called
7 pathologist report requirement.
8 (By Ms. Thompson)
9    Q.   Would you agree with me that histologic
10 evaluation can add insight into the pathophysiology of
11 mesh complications?
12    A.   I think you have different levels.  One is a
13 clinical service level; the other is for research level.
14 If you want to do some research project for those
15 relatively new things and are emerging kind of clinical
16 significance, then yes, you need to study as many para-
17 meters as you can.  And then for clinical service, usually
18 just brief to the point.  As soon as you have clinical
19 impact, then you put on.  If you miss those clinical
20 impact, then the clinician even will come back to ask
21 you:  So, hey, did you see that or that?  Mainly because
22 those points are important for clinical decision.
23    Q.   So am I understanding you correctly that
24 unless -- let's go to mesh specifically.
25    A.   Sure.

Wenxin Zheng, M.D.

Page 62

1    Q.   Unless you find something that's going to
2  impact the patient's care and treatment, there's no
3  reason to document it?
4    A.   Right.  From pathology report perspective.
5    Q.   So that might explain why a significant number
6  of meshes have gross examination only or, in fact,
7  sometimes are tossed in the trash without examination at
8  all?  Would you agree?
9           MR. SNELL:  Form.
10          Go ahead.
11   A.   Yes.  If the gross specimen does not look very
12  significant, then clinically no indication for whatever
13  the purpose is recorded in the requisition sheet.
14  Yes, based on routine pathology practice, many explanted
15  material can be just a gross only.  That's part of the
16  routine process, that's true.
17  (By Ms. Thompson)
18   Q.   What is polypropylene?
19   A.   Polypropylene is the chemical substance for
20  the mesh, right?
21   Q.   Is it a plastic?
22   A.   It's a plastic, I suppose, yes.
23   Q.   You are not putting yourself up as a material
24  expert; is that correct?
25   A.   Correct.  I'm not a material expert.

Page 63

1    Q.   And you're not an engineer, correct?
2    A.   I'm not engineer expert.
3    Q.   And you're not a medical device expert,
4  correct?
5           MR. SNELL:  Form.
6    A.   I'm not a medical device expert, but I usually
7  evaluate the tissue response to the medical device when
8  they get explanted.
9  (By Ms. Thompson)
10   Q.   But only if you feel that the tissue response
11  is going to impact a patient's treatment, correct?
12   A.   Yes.  Usually when we see those specimens in
13  either gross or microscopic findings are related to or
14  has clinical significance, then we are going to put them
15  in the report.
16   Q.   Because, in your opinion, if it's not, then
17  the tissue response doesn't matter, correct?
18          MR. SNELL:  Form.
19   A.   What shall I say?  This is kind of usually
20  yes.  If we -- within our specialty, when we practice
21  pathology, yes, we focus on the clinical service,
22  basically.  If just for documentation purpose, then
23  that's also part of the clinical service.  Yeah, we need
24  to document that.
25          But whether -- which microscopic finding

Page 64

1  should be reported, then we have our professional kind of
2  criteria.  We put down based like residents, based on
3  their trainings, and attendings based on their
4  professions or subspecialties.  And we will put all these
5  relevant information for clinical purpose.
6  (By Ms. Thompson)
7    Q.   And just to make sure I have that clear, it's
8  yes, it doesn't matter, correct?
9           MR. SNELL:  Form.  Misstates.
10          MS. THOMPSON:  Could you read back his
11  answer to the last question, just the first sentence.
12          (Record read by the Court Reporter.)
13          MS. THOMPSON:  Okay.
14          MR. SNELL:  And there was an objection in
15  there, correct?
16          THE COURT REPORTER:  Yes.
17  (By Ms. Thompson)
18   Q.   What other medical devices do you examine as
19  part of your job as a GYN pathologist?
20   A.   I think overall is the repair of mesh-related
21  things.  When I was a resident in overall general
22  surgical pathology practice, then I have examined many
23  other medical devices, such as some kind for bone broken,
24  fractures, fixations, or cardiac kind of devices, stents,
25  many things.

Page 65

1          But within the GYN pathology field, yes,
2  we do -- usually do not have many, you know, implants
3  there, except this repair mesh or sling or for prolapse.
4    Q.   So you would agree with me, then, that mesh is
5  the only permanently implanted foreign material placed in
6  the pelvic region?
7           MR. SNELL:  Form.
8    A.   Yeah, for women.
9  (By Ms. Thompson)
10   Q.   For women, yes.  Thanks for clarifying that.
11          Let's go to your report, Dr. Zheng --
12   A.   Sure.
13   Q.   -- please.
14          Why did you include a definition of
15  biocompatibility in your report?
16   A.   I think biocompatibility issue is related to
17  my examinations, because these -- when you have some
18  implants or medical device, a foreign body get into the
19  tissues.  Then one of the common situation is whether the
20  medical device can stay there for certain period.  That's
21  related to the biocompatibility, so one of the common
22  situations.  So that's why I think it serves as a
23  foundation for my future statement.  That's the reason I
24  put it in there.
25          MS. THOMPSON:  Have we marked his report?

Wenxin Zheng, M.D.

Page 66

1    I don't believe so.
2    Let's go ahead and mark your report.  I'm
3  marking your expert report as Exhibit 4, Dr. Zheng.
4    THE WITNESS:  Sure.  I have that.  Thank
5  you.
6    (Marked for Identification:
7    Deposition Exhibit No. 4)
8  (By Ms. Thompson)
9    Q.  Could you read me, at the bottom of page 2,
10  the definition of biocompatibility that you include in
11  your report?
12    A.  Page 2.
13    Q.  The last sentence.
14    A.  Okay.  The biocompatibility of long-term
15  implantable medical devices is the ability of the device
16  to perform its intended function, with the desired degree
17  of incorporation in the host, without eliciting much
18  undesirable local or systemic effects in the host.
19    Q.  And it appears that you took that definition
20  from -- just looking back at your citation list, from an
21  article by Williams?
22    A.  Yes.
23    Q.  Titled, On the Mechanisms of Biocompatibility;
24  is that correct?
25    A.  Correct.

Page 67

1    Q.  And I would assume that you considered this
2  article authoritative on biocompatibility since you used
3  it in your report, correct?
4    A.  I think so from that point of view.
5    MS. THOMPSON:  I'm going to mark the
6  Williams article as Exhibit 5.
7    THE WITNESS:  Thank you.
8    (Marked for Identification:
9    Deposition Exhibit No. 5)
10  (By Ms. Thompson)
11    Q.  Would you turn to the last page of that
12  article.  And I believe this is where your definition in
13  your report came from, the italicized paragraph just
14  before number 9, Conclusions, correct?
15    A.  Yes.
16    Q.  And would you read that to me, please, the
17  definition from the Williams article?
18    A.  Biocompatibility refers to the ability of a
19  biomaterial to perform its desired function with respect
20  to a medical therapy, without eliciting any undesirable
21  local or systemic effects at a recipient or beneficiary
22  of that therapy, but generating the most appropriate
23  beneficial cellular or tissue response in that specific
24  situation, and optimizing the clinical relevant
25  performance of that therapy.

Page 68

1    Q.  And you would agree with me, Dr. Zheng, that
2  the word eliciting much desirable -- undesirable and
3  eliciting any undesirable local or systemic effects
4  differ in their meaning in the context of this sentence,
5  right?
6    MR. SNELL:  Form.
7    MS. THOMPSON:  I can phrase it again.
8  (By Ms. Thompson)
9    Q.  You replaced Dr. Williams' word "any" with the
10  word "much," correct?
11    MR. SNELL:  Form.
12    A.  Correct.
13  (By Ms. Thompson)
14    Q.  If you would look at page -- the page just
15  before that, 2950, in the same article, the authoritative
16  article by Dr. Williams.
17    A.  2950?
18    Q.  Yeah.  One page earlier.
19    A.  Okay.
20    Q.  Would you start with the last sentence on that
21  page, It is clear, and read that as well?
22    A.  Which one?  You mean under 8?
23    Q.  Yes.
24    A.  The whole paragraph or --
25    Q.  Just the last sentence, beginning, It is

Page 69

1  clear.
2    A.  It is clear from some well established
3  situations, in which there is ample clinical evidence,
4  that the principal component of the material's
5  biocompatibility is that, whatever the desired function,
6  the material shall do no harm, just as the first
7  principle of Hippocrates was that the doctor should do no
8  harm.
9    Q.  And would you agree with that statement?
10    A.  Sure.
11    Q.  As a GYN pathologist and an at least trained
12  OB-GYN doctor, would you agree with me that the vagina is
13  a unique organ or environment as far as the body goes?
14    A.  Yes.  It has uniqueness compared to the body,
15  other parts of the body.
16    Q.  And describe for me every way that you would
17  consider the vagina unique.  That's professionally
18  speaking.
19    A.  Okay.  It's a reproductive organ.  All right.
20  And physiologically, you know, serves the function mainly
21  for reproductive function.  Okay?  And then in modern
22  society, sure, sexual activity is one of the main
23  function occur within the vagina.  So that's, I think,
24  one of the main uniqueness.
25    Then since the vagina is connecting or

Wenxin Zheng, M.D.

Page 70

1  immediate adjacent to the urethra structure, then it's
2  related to then urination or other functions.  Okay.
3          I think what else you want to know?  We
4  can keep going for a chapter like that.
5      Q.  We can go a little while longer.  I'll cut you
6  off if we get to lunch break.
7      A.  And then it also connects to the cervix and
8  then from cervix to the uterus.  Then that's forming the
9  internal reproductive tract of the female reproductive
10  system.
11          Then outgoing, it connects to the opening
12  to the vulva area.  Then we have labia minora as well as
13  labia majora, those anatomical structures.  So that
14  basically saying that the vagina conditions is
15  nonsterile, because it's open to the outside world.  All
16  right?
17      Q.  So, so far we have, in our list of unique
18  properties of the vagina, we have the reproductive and
19  sexual function?
20      A.  Uh-huh.
21      Q.  We have that it's immediately adjacent to the
22  urethra?
23      A.  Yes.
24      Q.  And you would agree immediately adjacent to
25  the bladder as well?

Page 71

1      A.  Yes.  Because the female urethra is relatively
2  short; therefore, the adjacent organ is the bladder.
3      Q.  And you would agree with me that it's also
4  immediately adjacent posteriorly to the rectum and anus,
5  correct?
6      A.  Correct.
7      Q.  By immediately adjacent, can you tell me
8  how -- what the distance is between -- the average
9  distance between the vaginal wall and the bladder wall?
10          MR. SNELL:  Form.
11      A.  In average, it's probably less than a
12  centimeter, because in those wall -- if you counting the
13  loose connective tissue, then sometimes is over a
14  centimeter.
15  (By Ms. Thompson)
16      Q.  So the area -- well, am I correct that the
17  skin of the vagina is usually called the mucosa, correct?
18      A.  Yes.
19      Q.  And is it correct that there's a muscular
20  layer under that that's usually called the submucosa?
21      A.  No.  Submucosa area is usually the loose
22  connective tissue.  Then underneath of these loose
23  connective tissue, there is a muscular wall.
24      Q.  Okay.
25      A.  Then put them all together, then we can call

Page 72

1  as vaginal wall.
2      Q.  And then the bladder wall consists of what?
3      A.  Bladder wall has a bladder mucosa, which is
4  transitional cell type of transitional cells on the top,
5  then we also have submucosa connective tissue, then has
6  muscular wall.
7      Q.  And that muscle is smooth muscle, correct?
8      A.  Both of them they are smooth muscle.
9      Q.  And that description of the bladder was from
10  the inside of the bladder out, correct, starting with the
11  mucosa?
12      A.  Starting from mucosa, submucosa, then muscular
13  layers.
14      Q.  And am I correct that the vaginal wall thins
15  with menopause?
16      A.  Yes.  Because estrogen plays a big role there.
17      Q.  And would you approximate the distance between
18  the vaginal wall and the bowel, the rectum, to be
19  approximately one centimeter, also?
20      A.  It's maybe little bit more, because -- yes,
21  it's about similar situation.  But it's just immediate,
22  because it's not like everything stick so tightly.  Some
23  area is closer; some area is a little bit more space.
24      Q.  So we have the immediately adjacent to other
25  organs.  And I think another unique feature that you just

Page 73

1  mentioned was that the thickness of the wall can change
2  with age and probably other conditions as well, correct?
3      A.  Correct.
4          MR. SNELL:  Form.
5  (By Ms. Thompson)
6      Q.  Would you agree with me that the vagina is
7  densely innervated?
8      A.  Vagina, yes, has -- in average, has more nerve
9  innervation or nerve fibers compared to like rectum or
10  the bladder.
11      Q.  How about compared to the anterior abdominal
12  wall?
13      A.  Also should have more.
14      Q.  Would it surprise you if that was
15  approximately 11 times more nerves in the vagina than in
16  the anterior abdominal wall?
17          MR. SNELL:  Foundation.
18      A.  Frankly speaking, I'm not aware of the number,
19  how many times they have.
20  (By Ms. Thompson)
21      Q.  But it is --
22      A.  But it is more.  That's the general situation.
23      Q.  All right.  And would you also agree that it's
24  densely vascularized?
25      A.  Yes.  There's lots of vessels there.  Lots of

Wenxin Zheng, M.D.

Page 74

1  vessels, yes.
2      Q.  And that would include more vascularized than
3  the anterior abdominal wall?
4      A.  In general, yes.
5      Q.  And I won't even try to give you a number
6  there, so...
7          Would you also agree with me that the
8  vagina is a dynamic organ?
9      A.  Correct.  Because it can be like in the
10  infancy conditions compared to reproductive age and
11  compared to postmenopausal woman, yes, they are dynamic,
12  they can change.
13      Q.  And by dynamic, I think we mean the same
14  thing, that it needs to remain flexible and pliable to
15  accommodate different conditions in the pelvis, correct?
16      A.  Correct.
17      Q.  So at least in the -- when we're talking
18  vagina, stiffness is not a good thing for the vagina,
19  correct?
20      A.  You need elasticity.
21      Q.  And that would be -- I think that was probably
22  about three or four more unique features of the vagina
23  that I won't go through them all again, correct?
24      A.  Sure.
25          MR. SNELL:  Form.

Page 75

1  (By Ms. Thompson)
2      Q.  Would you agree with me that, to be
3  biocompatible, a material or device needs to perform in
4  the actual area where it is to be placed?
5      A.  Yes.
6      Q.  So, in other words, if you have a device that
7  works in one part of the body but you're putting it in
8  another part of the body, you need to make sure that it's
9  also going to be biocompatible with the new part of the
10  body, correct?
11      A.  Not only biocompatible.  You may also have to
12  do a test, a so-called clinical trial, and to make sure
13  they actually work in the majority of the situation to
14  satisfy the clinical purposes.
15      Q.  Do you know if there was a clinical trial done
16  on the TVT-O device before it was marketed?
17      A.  For this particular question, I'm not sure.
18      Q.  So the lawyers for Ethicon never discussed
19  with you any clinical studies or trials done on TVT-O
20  before placing it on the market?
21          MR. SNELL:  Form.
22          Actually he's not going to discuss the
23  particulars of our discussions --
24          MS. THOMPSON:  Fair enough.
25          MR. SNELL:  -- if your question goes to

Page 76

1  that.  I didn't ask your experts about what you-all
2  talked about.
3          MS. THOMPSON:  You're right.
4  (By Ms. Thompson)
5      Q.  Did the lawyers show you any documents as far
6  as clinical trials performed on TVT-O prior to marketing?
7      A.  I'm not aware of that.  But based on my
8  reading, seems there are multiple publications regarding
9  the TVT-O situation compared to the conventional method
10  for repair for stress urinary incontinence treatment.
11      Q.  Are you aware of any of those publications
12  that came out prior to marketing the TVT-O device?
13      A.  I'm not aware, you know, prior to those
14  publications.
15      Q.  And you said that biocompatibility was
16  important for a medical device placed in a certain area
17  of the body, and a clinical trial is important as well,
18  correct?
19      A.  But, in general, any medical device, if you
20  want to put into a patient body as a clinical service or
21  clinical treatment, you have to have those tests done.
22  Nobody can just use -- create something and without these
23  validation process, then, you know, just provide to
24  patient.
25      Q.  Okay.  Dr. Zheng, if you would turn to your

Page 77

1  report, the next sentence after the one we read a little
2  while ago on the bottom of page 2.  That states, A small
3  amount of inflammation near the interface between the
4  foreign body and the tissue is related to better
5  biocompatibility.  What is your basis for this opinion?
6      A.  That basically is common knowledge within the
7  medical field.  If you don't have a biocompatible
8  material planted into human body, then will elicit very
9  strong human tissue reactions.
10          If you have a minor or mild chronic
11  inflammation, then usually indicating overall tissue
12  reaction to particular medical device is acceptable.
13      Q.  So you're saying that a small amount of
14  inflammation is better than a large amount of
15  inflammation, correct?
16      A.  Correct.
17      Q.  Not a small amount of inflammation is better
18  than no inflammation?
19      A.  No inflammation, yes, it certainly is better.
20      Q.  Okay.  And when you're talking about the small
21  amount of inflammation that is related to better
22  biocompatibility, what type of inflammation are you
23  referring to?
24      A.  Classically, when we examine those medical
25  devices for particularly for those slings, then they

Wenxin Zheng, M.D.

Page 78

1  remove them usually is after a certain period of the
2  implantation.  Therefore, majority of such material
3  contains chronic inflammation rather than acute
4  inflammation, except for infections or other conditions
5  happen.
6      Q.   And you've seen the same chronic inflammation
7  regardless of how long it's been implanted, correct?
8      A.   Depending on the degree.  Individual case or
9  individual specimens have individual situations.  More or
10 less, they have certain degree of chronic inflammation.
11     Q.   And you're not suggesting that chronic
12 inflammation that goes on indefinitely is better than not
13 having the chronic inflammation, correct?
14          MR. SNELL:  Form.
15     A.   As I said, no inflammation certainly will be
16 better than with inflammation.
17 (By Ms. Thompson)
18     Q.   All right.  Going to the foreign body response
19 paragraph, what is the difference between a response to
20 surgery -- the healing response to surgery with and
21 without a foreign --
22     A.   Foreign body?
23     Q.   -- body?  Please.
24     A.   In general, surgical procedure will cause
25 tissue damage.  That's for sure, because the knife cuts

Page 79

1  the skin, for instance, make a cut, then separate the
2  tissue already.  Then with or without foreign body makes
3  a difference, because if without foreign body or medical
4  device implant, then the tissue just react to the injury.
5          Then with foreign body device or medical
6  device get into the tissue, then not only the body or the
7  tissue will react to the tissue damage and also will
8  react to the foreign material implanted in that area.  So
9  that's the main difference.
10     Q.   So with surgery without using a foreign body,
11 the inflammatory response is self-limited, correct?
12          MR. SNELL:  Form.
13 (By Ms. Thompson)
14     Q.   In the normal healing process?
15     A.   Correct.
16     Q.   And with a foreign body, and with mesh
17 specifically, the inflammatory process continues
18 indefinitely, correct?
19     A.   Basically indefinitely, but to a certain
20 degree, tissue will adapt that kind of environment, then
21 weaned tissue response reaction rate.  That means in
22 certain situations or in majority of the situations, the
23 tissue response wean out.  That means getting reduced.
24     Q.   But you would agree that there is a continued
25 chronic inflammatory response regardless of how long it's

Page 80

1  been that the foreign body has been implanted?
2          MR. SNELL:  Form.
3          Go ahead.
4      A.   In general.  In general, that's a correct
5  statement.
6  (By Ms. Thompson)
7      Q.   Is pore size important when you're talking
8  about the body's response to plastic mesh?
9      A.   Pore size is one of the important factors
10 related to the biocompatibility or tissue integration.  I
11 think we -- I have discussed some area.  Particularly we
12 discussed a lot in the Lewis case.  But yes, the answer
13 is yes.
14     Q.   And when you're talking about tissue
15 integration, the desired tissue integration is the same
16 tissue that's surrounding the mesh, correct?
17     A.   Getting into the pore and then surrounding the
18 pore.
19     Q.   Into the pore and surrounding the pore?
20     A.   Surrounding the mesh, yes.
21     Q.   And in the area that the TVT-O is implanted,
22 that surrounding tissue is loose connective tissue as
23 you've described, correct?
24     A.   Majority of them they are connective tissue,
25 that's right.

Page 81

1      Q.   Loose connective tissue?
2      A.   Right.  Or some of them can have little bit
3  more dense.
4      Q.   No.  We're talking about what the normal
5  tissue is in the vagina --
6      A.   Right.
7      Q.   -- is loose connective tissue, correct?
8      A.   Right.  Or we should say just connective
9  tissue, because it's very difficult to define what is
10 so-called loose, what is so-called dense.  So overall
11 it's connective tissue will be a better concept to cover.
12     Q.   I think you said loose before.  So what is
13 your definition of loose connective tissue?
14     A.   Loose connective tissue basically you have
15 less cellular density or less amount of fibroblasts
16 compared to dense connective tissue.
17     Q.   And what does dense connective tissue consist
18 of?
19     A.   Dense connective tissue, that means all of
20 them under microscope you see the fibroblasts and
21 collagen bundles.
22     Q.   And would dense connective tissue be used
23 synonymously with fibrous connective tissue?
24          MR. SNELL:  Form.
25     A.   No.  Fibrous -- fibrous connective tissue is

Wenxin Zheng, M.D.

Page 82

1  also a general concept or terminology to describe all
2  kinds of fibrotic component as well as fibroblasts and
3  then vessels. Even occasionally you have some nerve
4  fibers there and some inflammatory cells.
5  (By Ms. Thompson)
6      Q.   Do you see loose connective tissue in the
7  pores of transvaginally-placed explanted mesh?
8      A.   From those majority of situations, we see
9  more, in general, connective tissue, rather than try to
10  divide them into either loose or dense.
11     Q.   But even though the normal connective tissue
12  is loose connective tissue, you don't generally see that
13  in the pores of the mesh, correct?
14          MR. SNELL:  Form.
15     A.   In general, within the incorporated tissue
16  into the mesh pores, we see less loose connective tissue.
17  (By Ms. Thompson)
18     Q.   And when we look at slides a little bit later
19  on, I'm going to have you show me where you see the loose
20  connective tissue.
21     A.   Sure.
22     Q.   And the pore is the same thing as a hole,
23  right?
24     A.   Correct.
25     Q.   And have you ever actually measured the pore

Page 83

1  size of TVT mesh?
2      A.   I measure -- typically under microscope, I can
3  estimate, I should say, rather than truly measure. I
4  can't give like one micron versus two micron away. I
5  usually give a rough estimation.
6      Q.   And that's done how?
7      A.   Mainly we use so-called internal references.
8  Internal reference that means based on cell size.
9  Certain cells has certain cell size. It's well
10  documented in the medical literature.
11          So, for instance, if we have inflammatory
12  cell like lymphocyte, it's about 10 to maybe 15 micron
13  size. Then if we use this size and we have multiple
14  lymphocytes there, then we add them together and estimate
15  how many microns. So that's the way.
16     Q.   And you've never measured the pore size in
17  vivo, correct?
18     A.   In vivo, we -- in vivo, what do you mean?
19  Within the vagina?
20     Q.   Right.
21     A.   Yeah. I'm not a surgeon. I don't see them.
22  Usually even, you know, for those cases with mesh
23  exposure, people are not able to measure the pore size.
24     Q.   And I think you mentioned that the weight of
25  mesh is important as well, correct?

Page 84

1      A.   Somewhere maybe. Lightweight versus
2  heavyweight.
3      Q.   And so your opinion is that lightweight
4  is better than heavyweight, correct?
5          MR. SNELL:  Form.
6      A.   As I said, I'm not the material expert. But
7  overall I think, based on my evaluation, pathological
8  evaluation from those meshes, I'm not able to tell this
9  mesh is lightweight versus heavyweight.
10         But based on literature, it seems
11  lightweight should be better.
12  (By Ms. Thompson)
13     Q.   And you would agree that Prolene in the
14  literature is usually listed as a heavyweight mesh?
15         MR. SNELL:  Form.
16     A.   Can you lead me which section I was -- I have
17  written regarding this paragraph?
18  (By Ms. Thompson)
19     Q.   That's what I was looking for myself, so it
20  escaped both of us, but I'll find it.
21         MR. SNELL:  I'm going to object. This is
22  outside the scope of his opinion.
23         MS. THOMPSON:  It's in his report.
24         MR. SNELL:  I don't think he opines on
25  which is better as opposed to just the basic --

Page 85

1          MS. THOMPSON:  Well, let's definitely find
2  it, then, because I disagree.
3  (By Ms. Thompson)
4      Q.   Okay. Dr. Zheng, turn to page 3.
5      A.   Yes.
6      Q.   And in the first paragraph on that page, you
7  state, The basic factors related to the overall
8  biocompatibility of the mesh material are pore size,
9  weight, elasticity and filamental structure, correct?
10     A.   Yes.
11     Q.   So weight we just discussed, and you said that
12  in the literature, at least, lightweight is preferable to
13  heavyweight, correct?
14         MR. SNELL:  Form. Misstates.
15  (By Ms. Thompson)
16     Q.   Well, is lightweight -- when you say the --
17     A.   Frankly speaking, yes. This sentence, these
18  basic structures -- the sentence basically is derived
19  from certain literatures. But in detail, how to evaluate
20  the weight and how to define light versus heavy, I'm not
21  sure. Okay? So this is overall situation rather than go
22  through details.
23     Q.   All right. So you would say, then, that --
24  you're saying that your opinions that the weight is a
25  basic factor related to the overall biocompatibility of

Wenxin Zheng, M.D.

Page 86

1  the mesh material is what you have determined from the
2  literature, correct?
3      A.   Correct.
4      Q.   And I think after that I asked you the
5  question, did you know that Prolene is usually considered
6  a heavyweight mesh in the literature?  And is that your
7  understanding of the literature?
8           MR. SNELL:  Form.
9           Go ahead.
10     A.   I'm not sure.  This is -- that's why I say
11 later on I did not pay attention to how to define heavy
12 versus light, because from my practice point of view,
13 it's not related to my opinion in terms of tissue
14 response to the mesh specimen.
15          (Marked for Identification:
16          Deposition Exhibit No. 6)
17 (By Ms. Thompson)
18     Q.   All right.  Well, I didn't bring a lot of
19 literature on that point, but I did bring an article that
20 you are using for another purpose that I will mark as
21 Exhibit 6, and this is the article by Cobb.
22          And if you would just turn to the second
23 page where it states the concept of lightweight mesh.
24     A.   Yes.
25     Q.   And this article states that several

Page 87

1  comparable formulations of heavyweight polypropylene are
2  available with a similar polypropylene content as Marlex
3  including Prolene.  Is that what this article says?
4      A.   This article says it that way.
5      Q.   Okay.  And the next basic factor related to
6  the overall biocompatibility of a mesh material is
7  elasticity.  Could you explain that to me?
8      A.   Elasticity basically, based on my
9  understanding, is you -- it's not like -- for instance,
10 this iron or steel material, then the elasticity will be
11 a lot less than plastic.  Then you need a certain degree
12 to tolerate the stretch.  Therefore, that represent
13 elasticity.
14     Q.   And that's important because of what we
15 already discussed --
16     A.   Right.
17     Q.   -- of the vagina?
18     A.   Because -- yeah.  The particular organ site,
19 to serve the function you need elasticity.
20     Q.   And are you aware of studies showing stiffness
21 of polypropylene mesh associated with abdominal wall
22 repairs?
23          MR. SNELL:  Form.
24     A.   I'm not aware of that, because I rarely read
25 the literature for the, you know, hernia repair.

Page 88

1  (By Ms. Thompson)
2      Q.   So you are not really familiar with the hernia
3  repair literature regarding polypropylene mesh and the
4  complications associated with hernia repair mesh?
5      A.   Correct.
6      Q.   What do you mean by the last basic factor
7  related to the overall biocompatibility of the mesh
8  material, filamental structure?
9      A.   Filamental structure basically how these, you
10 know, filament knit together basically.  My understanding
11 is that.  All right.  If the filament, for instance,
12 forming sheets without -- with very small pore size, then
13 certainly will not allow good tissue integration.  That's
14 overall filament structure.
15          However, if you have certain pore size,
16 then knit in certain way, that may help tissue
17 integration.  That's my understanding for the filament
18 structure.
19     Q.   And that's from the literature as well, not
20 personal opinion -- not personal experience?
21     A.   No.  I don't have that particular interest,
22 too.
23     Q.   Biocompatibility refers to the material
24 itself; in the case of a TVT-O, the polypropylene plastic
25 material, correct?

Page 89

1      A.   Yeah.  Overall reflects the material -- the
2  relationship between the material and the tissue
3  response.
4      Q.   And the tissue that it's in, right?
5          You would agree with me, though, that the
6  TVT-O kit sold by Ethicon is more than just the material,
7  wouldn't you?
8           MR. SNELL:  Form.
9      A.   I don't understand the question.
10 (By Ms. Thompson)
11     Q.   Well, I think what I mean -- it probably
12 wasn't a very good question -- the kit contains surgical
13 instruments --
14     A.   Yes.
15     Q.   -- needles, et cetera.  And the method in
16 which it's placed is dictated by the combination of the
17 material as well as the instruments to insert?
18     A.   Sure.
19     Q.   Does that help you understand the question?
20     A.   Sure.  Yes.
21     Q.   So the question then is, the kit is more than
22 just the plastic material of the tape, correct?
23     A.   Yes.  The kit contains all kinds of condition
24 or material to help this procedure.
25     Q.   In your opinion, is polypropylene biologically

Wenxin Zheng, M.D.

Page 90

1  inert?
2      A.  Yes.
3      Q.  In your opinion, is polypropylene chemically
4  inert?
5      A.  I'm not sure, because I'm not -- I did not
6  study this, and also I'm not expert for the material.
7      Q.  Okay.  So biologically inert, yes.  What does
8  that mean to you?
9      A.  That means it has -- overall has a good
10  biocompatibility.  It can stay within the tissue for
11  longer time, for long time.
12      Q.  And --
13      A.  And then the tissue response is within the
14  acceptable range and still maintains the overall
15  biological function.
16      Q.  And does that mean that it does not degrade
17  over time?
18      A.  My overall understanding is the mesh is
19  considered as a nondegradable material.
20      Q.  Can you explain -- or explain to me how a
21  TVT-O mesh is put into the body.
22      A.  First of all, I'm not a surgeon, so the
23  overall, the detail procedure, I do not perform.
24  Therefore, I don't have the detail to tell you.
25          But the overall situation is from the

Page 91

1  skin, then you have a tape, then through the skin
2  incision or either inside out or outside in procedures,
3  then have to go through obturator foramen.
4          THE COURT REPORTER:  Obturator what?
5          THE WITNESS:  Foramen, F-O-R-A-M-A-N.
6          THE COURT REPORTER:  Thank you.
7      A.  That's a special anatomical structure.  Well,
8  you know that.
9  (By Ms. Thompson)
10      Q.  Is the TVT-O an inside out or an outside in
11  device?
12      A.  TVT-O, let me see.  It looks like inside out,
13  I feel.  I watched one video and yes.
14      Q.  I think you testified before you weren't
15  qualified to place a TVT-O?
16      A.  I'm not qualified.
17      Q.  And you would probably agree that watching
18  that video didn't qualify you?
19      A.  No.  Just try to understand this surgical
20  procedure, because for me it's a new thing, too.
21      Q.  Okay.  So it goes through the obturator
22  foramen.  What are the important anatomical structures in
23  the obturator foramen?
24      A.  That's --
25          MR. SNELL:  I'm going to object to form.

Page 92

1  Vague as to who.  He's not testifying important as to a
2  surgeon.  He can only testify what is important to him as
3  a pathologist.  That's the basis of my objection.
4  (By Ms. Thompson)
5      Q.  Take out the word important.  What are the
6  structures in the obturator foramen?
7      A.  I think within that structure, you have
8  vessels, you have muscles --
9      Q.  What vessels?
10      A.  What kind of special vessels?  You know, I'm
11  not sure there is a special name within those, because if
12  you need to anatomically specially identify vessel,
13  usually it's quite big.  And small ones just to supply
14  the nutrition to those adjacent tissues.
15      Q.  So we'll go with obturator vessels.  How's
16  that?
17      A.  That's fine.
18      Q.  Okay.  So what else?
19      A.  Then you have muscles, obturator internus,
20  obturator externus.  And then you may also have some
21  peripheral nerve branches or nerve twigs, small nerve
22  fibers.
23      Q.  Well, isn't it true that you actually have the
24  obturator nerve, which is a fairly large nerve, correct?
25      A.  That's a big one, too.

Page 93

1      Q.  Okay.  And then as the tape comes through the
2  foramen and before it gets to the skin, what structures
3  does it pass through?
4      A.  I'm not sure what the detail structure goes
5  through.  You have some connective tissue, some mucosal
6  tissue.
7      Q.  Do you have muscle?
8      A.  The muscles mainly is external versus internal
9  obturator.
10      Q.  What about the hip adductor muscles?  That
11  would be the adductor brevis?
12      A.  I'm not sure for that.
13      Q.  Okay.  So you're not sure, then, what muscles
14  the TVT-O passes through during insertion?
15      A.  I'm pretty sure the pass is through the
16  obturator foramen.  Therefore, obturator internus,
17  obturator externus being passed.
18      Q.  But beyond the obturator internus and
19  externus, you don't know?
20      A.  I don't know that.
21      Q.  Okay.  You talked about the requisitions that
22  you get with mesh specimens, prolapse mesh and sling
23  mesh.  Do you see different complications listed for
24  retropubic slings than you do for transobturator slings?
25      A.  One of the more common complications probably

Wenxin Zheng, M.D.

1    is bladder perforation, so for TVT-O is more common for
2    bladder perforation.
3        Q.   TVT-O is more common to have bladder
4    perforations?
5        A.   Based on my impression, yes.
6        Q.   But you wouldn't receive, typically, a
7    specimen for a bladder perforation, would you?
8        A.   No.  Bladder perforation is only clinical
9    record.  Usually they don't remove any specimen or any
10   part of the bladder for that.
11       Q.   And what other complications are more common
12   with a retropubic sling than a transobturator sling?
13       A.   Compare -- they are both procedures.  My
14   overall impression is they are comparable.  It's not like
15   specifically one way versus the other is more or less.
16       Q.   And you're saying comparable in what way?
17       A.   I mean like overall cure rate and the overall
18   complication rates.  Maybe have some, you know,
19   variations for that, but it's not like dramatically
20   different.
21       Q.   So you're saying that the complication rates
22   are the same.  But are the complications themselves the
23   same?
24            MR. SNELL:  Form.  I think that misstates
25   what he said.

1        A.   I think I'm not in particular to answer those
2    questions, mainly because they are all clinical
3    questions.
4    (By Ms. Thompson)
5        Q.   But isn't it important for you to have the
6    clinical information when you're determining what might
7    be the cause for the clinical symptom?
8        A.   No.  For pathologist, we don't need those,
9    which one has more complications related to certain
10   particular situation.  We will provide tissue response
11   or the particular findings to the clinicians to help
12   them to future management.
13       Q.   So you're saying it's not important to you as
14   a pathologist to know the different types of
15   complications that are associated with different types of
16   meshes?
17       A.   Correct.
18       Q.   Do you agree that women react differently to a
19   foreign body such as mesh?
20            MR. SNELL:  Object to form.
21       A.   I agree individual person has individual
22   response.
23   (By Ms. Thompson)
24       Q.   And this would include the scope and severity
25   of the body's reaction to the plastic material, correct?

1        A.   Correct.
2        Q.   Do you believe that some patients are
3    predisposed to exaggerated immune and inflammatory
4    responses?
5        A.   Some patients, yes.
6        Q.   How do you identify those patients?
7        A.   From clinical perspective, typically doctors,
8    before doing any of these implantation, will ask any
9    history of like hypersensitive history to certain things
10   or any history of foreign body implantations.  Then to
11   see -- to evaluate the overall response or potential
12   response or any hazard or risk for the implantation
13   procedure.
14       Q.   Anything else?
15       A.   I think that's -- from my understanding,
16   that's the main thing.
17       Q.   So doctors should know that or should be
18   informed that there are certain patients that may have a
19   hypersensitivity or an exaggerated immune inflammatory
20   response to polypropylene?
21            MR. SNELL:  Form.
22            This is outside the scope of his report.
23   He's not offering an opinion on warnings or what should
24   be told to doctors.  He's not testifying in the place of a
25   surgeon.  So this isn't within his report or his opinions.

1            MS. THOMPSON:  I wasn't asking him as a
2    surgeon.  He has in his report the factors that can cause
3    a patient to have an exaggerated or hypersensitive
4    response.  So I'm just trying to tease that out, how a
5    doctor determines that.
6            MR. SNELL:  I don't see in his report
7    where he has the factors for a hypersensitive response,
8    nor is he speaking on that or designated on that.
9            MS. THOMPSON:  Well, he just spoke on it,
10   so -- all right.
11   (By Ms. Thompson)
12       Q.   And you also noted several factors for the
13   same exaggerated immune and inflammatory response.  And
14   we're reading -- I'm actually reading in your report on
15   page 3.
16       A.   Yes.
17       Q.   That include the host genetics and the host
18   other physical conditions, smoking, diabetes, et cetera?
19       A.   Yes, I agree.
20       Q.   It's your opinion that those will impact the
21   host response?
22       A.   Correct.  For instance, diabetic patient may
23   have higher risk for infection.  Therefore, if this kind
24   of patient receive some implants, compared to those
25   patients without diabetes, may pose a higher risk for

Wenxin Zheng, M.D.

Page 98

1    future infection.
2        Q.    And so it's very hard to predict who is going
3    to have some of these complications and who will not,
4    correct?
5        A.    Correct.
6        Q.    Describe for me the cascade of the body's
7    foreign body response.
8        A.    Okay.  Foreign body response starting from the
9    tissue received the foreign material, then at the
10   beginning is acute phase, and tissue mainly respond to
11   the injury.  And then after the acute phase, then --
12   usually the acute phase takes about 48 hours.  After 48
13   hours, then gradually moving to chronic phase.
14           Chronic phase, we have different
15   inflammatory cellular component compared to acute phase,
16   so which typically including lymphocytes, monocytes,
17   macrophages, and so on.  Okay?
18           Then the chronic, these macrophages
19   particularly will play a role to try to get rid of the
20   foreign material, because the foreign material does not
21   belong to the body.  So they recognize this is kind of
22   hostile material, I don't want them to be there.  So they
23   will generate a response.
24           Then since the medical device typically is
25   larger particles compared to those individual cells, so

Page 99

1    they fuse together to form foreign body giant cells.
2    Then these foreign body giant cells serve as a
3    synergistic effect to try to get rid of them.  That's why
4    typically they are surrounding those foreign material,
5    for instance, mesh.  We see those foreign body giant
6    cells all the time under microscope.
7        Q.    With mesh --
8        A.    With mesh.
9        Q.    -- is that correct?
10           And you said in your report if the process
11   continues -- you're talking about the continuation of the
12   inflammatory process beyond acute inflammation, correct?
13           MR. SNELL:  What page are you on?
14           MS. THOMPSON:  Page 3.  I'm sorry.
15   (By Ms. Thompson)
16       Q.    If the process continues, in the next to last
17   paragraph.  And with mesh, that process is going to
18   automatically continue, would you agree?
19       A.    Yes.
20       Q.    And with nonmesh surgery -- and I think you
21   said this before, so I want to make sure I get it
22   correct --
23       A.    Just --
24           MR. SNELL:  Let her ask her question.
25

Page 100

1    (By Ms. Thompson)
2        Q.    That the healing process goes to a certain
3    point, and then there's no further inflammatory process,
4    correct?
5        A.    So-called healed.  After healed, then no
6    further reaction.
7        Q.    So the function of this, these macrophages,
8    the body's response, is to eliminate the hostile
9    material, correct?
10       A.    Yes.
11       Q.    And when the elimination is not possible, the
12   body then tries to isolate the hostile material, correct?
13       A.    That takes long time, yeah.  Overall
14   situation, yes, try to isolate that.  That's a
15   reasonable, yes, approach.
16       Q.    And that's a general description, but that
17   applies to mesh as well, would you agree?
18       A.    Yes.  Because mesh is a type of foreign body.
19       Q.    What is granulation tissue?
20       A.    Granulation tissue is defined by presence of
21   connective tissues as well as vessels and also
22   inflammatory cells.  That's so-called granulation tissue.
23       Q.    Is fibrosis the same as scar?
24       A.    No.  Scar is defined by -- typical scar
25   defined by pure form of collagen bundles without or with

Page 101

1    minimal amount of inactive-looking or dying fibroblasts,
2    fibrocells.  Okay?  That's the definition for scar, a
3    pure scar.
4            Then fibrosis we have certain degrees,
5    typically.  We divide them into mild, moderate to severe,
6    depending on the microscopic findings.  We have different
7    degrees.
8        Q.    You are not saying, are you, that scar
9    doesn't -- can't contain blood vessels and nerves, are
10   you?
11       A.    Scar, classic scar, so-called pure scar, does
12   not have vessels.
13       Q.    But it does have nerves or can have nerves,
14   correct?
15       A.    Does not have nerve to scar, but adjacent to
16   the scar tissue you can have those vessels and nerves.
17   So histologically that means, under microscope, if it is
18   scar, we don't see those.  It's basically all pure
19   collagen bundles.
20       Q.    So you are telling me today that scar does --
21   cannot contain nerves or else you don't call it scar,
22   correct?
23       A.    If you have a nerve, then -- entrapped there
24   or something within the scar, that's abnormal finding.
25   In normal scar formation, you should not see this.

Wenxin Zheng, M.D.

Page 102

1    Q.   So if you do see nerves in scar, it's
2  abnormal?
3    A.   If you consider that's a true scar, then you
4  see those, that's abnormal, correct.  Or usually that's
5  isolated.  They are not viable.
6    Q.   But it doesn't make it not a scar just because
7  you see nerves, correct?
8    A.   Can you repeat that?
9    Q.   Just because you see nerves within scar, you
10  said it was abnormal, but it doesn't disqualify it from
11  being called a scar, correct?
12    A.   No.  I think my definition of scar or my
13  understanding of a scar overall from the literature, the
14  scar is composed by pure collagen bundles without vessel,
15  number one.  That's why the scar looks whitish.
16        Although you have different kind of scars,
17  like keloid and other things.  That's a different special
18  scar.  We are not talking too many special situations
19  there.
20        And then they do not have nerve within the
21  scar.  That's in the normal situation, because nerve
22  cannot grow.  Even at the beginning in the process of
23  scar formation, you may have some nerve or vessels.  Then
24  after they mature, these vessels, they vanished.  They
25  are not functioning anymore.

Page 103

1        So, therefore, when you say are you able
2  to see reminiscent kind of vascular structure?  Yes,
3  could be sometimes there, because these area being
4  isolated later on because no blood flow get into the
5  scar.  The original structures just stays there with
6  no function.  So if you want to see active blood
7  vessel-like supplied scar, no, we never see that.  All
8  right?  And, yeah, sometimes you see nerve fibers maybe
9  maintained.  They're not completely die, but still
10  maintained within the structure, but does not necessarily
11  say these nerve or nerve-like structure is functioning.
12  These are two different concepts.
13    Q.   So if you see nerves in scar, you said that's
14  an abnormal finding.  Are you saying that nerves can't be
15  normal nerves in scar?
16    A.   No.
17        MR. SNELL:  Hold on.
18        Objection.  Misstates.
19        Go ahead.
20    A.   What I'm saying is if it's a true scar -- for
21  instance, we're not talking -- so far not talking about
22  mesh.  Okay?  Like on the skin you have a scar.  It's
23  very common.  On the face you have a scar.  Then you take
24  a section from the skin area.  Then under microscope
25  occasionally you may see some kind of nerve fiber within

Page 104

1  the scar area.  Okay?  But these findings does not
2  disqualify this is a scar, number one.
3        Number two, finding such kind of structure
4  does not necessarily say these nerves still or nerve
5  fibers still maintain the function, because we don't know
6  what's the connection to the main nerve.
7  (By Ms. Thompson)
8    Q.   Scars can be painful, correct?
9    A.   Yes, scars can be painful.  That overall
10  statement is correct.
11    Q.   So pain is carried by nerves, pain sensation,
12  correct?
13    A.   It's not necessary.  Painful feeling, you
14  don't have nerve, also you can feel pain, because pain is
15  a feeling.  It's a personal feeling.  Personal feeling
16  can be psychologic.
17    Q.   Okay.  So you're saying that if a patient has
18  a scar that is painful, is it more likely than not
19  psychologic?
20        MR. SNELL:  Object to the form.  This is
21  beyond vague and hypothetical.
22    A.   We are discussing those very general terms.
23  All right.  And very general terms can be very loose.
24  Therefore, it's not going to be very helpful to help us
25  to discuss this particular case.  I don't --

Page 105

1  (By Ms. Thompson)
2    Q.   Well, let's just get specific, then, for an
3  example.
4    A.   Yeah.
5    Q.   Isn't painful scars a serious problem with
6  burn victims?
7    A.   With burn patients?
8    Q.   Burn patients.
9    A.   Burn patients may feel pain.  That's for sure.
10  Whether it's coming from a scar or scar-related
11  condition, I'm not sure.
12    Q.   So you don't know one way or another whether
13  scars resulting from burns have nerves in the scar?
14    A.   Because I -- yes.  I don't have experience for
15  that.
16        MS. THOMPSON:  We're out of time, so we'll
17  stop.
18        THE VIDEOGRAPHER:  Off the record 12:58.
19  This concludes tape number two.
20        (Lunch recess.)
21        THE VIDEOGRAPHER:  On the record 2:25.
22  This begins tape number two.
23        MS. THOMPSON:  Hello, Dr. Zheng.
24        THE WITNESS:  Hi.
25

Wenxin Zheng, M.D.

Page 106

1  (By Ms. Thompson)
2      Q.  We are -- I'm on page 6 of your report.
3      A.  Okay.
4      Q.  It begins with opinions on tissue response to
5  TVT-O.
6      A.  All right.
7      Q.  I believe either you or Mr. Snell stated this
8  morning that you will not be giving opinions as to
9  whether the TVT-O is the standard of care; is that
10  correct?
11      A.  How this happens regarding or what's the
12  criteria to make TVT or TVT-O as the standard of care I
13  think I'm not going to -- I'm not expert for the clinical
14  aspects.
15          However, this is the fact based on my
16  understanding.  Ethicon's TVT and TVT-O are still being
17  considered as the standard of care for stress urinary
18  incontinence.
19      Q.  But you will not be offering any opinions to
20  that effect at trial, correct?
21      A.  Correct.
22      Q.  And you state in this section that you've seen
23  many meshes removed from asymptomatic patients.  We
24  talked about that this morning, correct?
25      A.  Correct.

Page 107

1      Q.  And the next line, meshes taken out of
2  patients with erosion.  What do those meshes typically
3  show?
4          MR. SNELL:  Form.
5      A.  Grossly, these specimens show not much
6  difference from those meshes without erosion.
7  (By Ms. Thompson)
8      Q.  And microscopically?
9      A.  Microscopically, the mesh with erosions
10  typically will show more inflammation or more prominent
11  inflammation.  Particularly acute component as well as
12  abscess formations.
13      Q.  And those meshes, would you agree, probably
14  have evidence of infection?
15      A.  Yeah.  If I see those meshes with abscess
16  formation, then probably go along with some kind of
17  infection in the clinical aspect.
18      Q.  And you would actually expect infection with a
19  mesh that's been exposed to the vagina, correct?
20          MR. SNELL:  Form.
21      A.  Yeah.  Many of those conditions associated
22  with infection, that's true.
23  (By Ms. Thompson)
24      Q.  Because they have, in your words, come in
25  contact with the outside world?

Page 108

1      A.  Correct.
2      Q.  What is your basis for saying that mesh
3  erosion with TVT and TVT-O is rare?
4          Well, is your basis the article that's
5  cited in your paper?
6      A.  Correct.  One is the paper cited.  The other
7  is noncited publications.  They also mentioned overall
8  infection rate or erosion rate is low.
9      Q.  Okay.  Well, you actually say the erosion rate
10  is rare?
11      A.  Right.
12      Q.  What's your definition of rare?
13      A.  Rare cases are occasional cases, basically.
14  That's so-called rare.  And what's the percentage?
15  Maybe, you know, two or less than two or five, less than
16  five, those cases.
17      Q.  Five percent?
18      A.  Percent, right.
19      Q.  So less than five percent would be rare, in
20  your estimation?
21      A.  Or can be, yes.  Can be basically -- there's a
22  loose definition for those conditions.  Not like
23  people -- everybody understands five or less is rare or
24  two or less is rare.  Right?  So this is -- these
25  numerical numbers I think does not give you definitive

Page 109

1  kind of definitions for the answers you are looking for,
2  I think.
3      Q.  Does the article that you cited, the Ogah
4  article, state that erosion is rare?
5      A.  I believe so.
6          (Marked for Identification:
7          Deposition Exhibit No. 7)
8  (By Ms. Thompson)
9      Q.  I will go ahead and mark Exhibit 7, which is
10  that review article, and if you could just find me the
11  part of that article that states that erosion with TVT
12  and TVT-O is rare.
13          MR. SNELL:  What number was this?
14          MS. THOMPSON:  That was 7.
15  (By Ms. Thompson)
16      Q.  What we might want to do is let you look at
17  that at a break, if you don't mind, Dr. Zheng --
18      A.  Sure.
19      Q.  -- just so we don't take up too much time --
20      A.  Okay.
21      Q.  -- if that's okay with you.
22      A.  Sure.
23      Q.  On page 7 of your report --
24      A.  Yes.
25      Q.  -- appropriate tissue integration --

Wenxin Zheng, M.D.

Page 110

1    A.   Yes.
2    Q.   -- you agree that nerve fibers do integrate
3 into the mesh pores, correct?
4    A.   Yes.
5    Q.   And when you say without mature scar
6 formation, what do you mean by that?
7    A.   Mature scar, as I think we discussed earlier,
8 it's composed by pure collagen bundles without vessels,
9 typically, or without viable vessels or circulating
10 vessels, vessels with circulation.  Okay?  And that's the
11 condition, by definition.  And you can see very rare
12 maybe.  Typically no viable cells.  You can see very rare
13 cells there.
14    Q.   So the scar that you see in the mesh pores is
15 immature scar?
16    A.   It's usually there is -- people usually don't
17 use sort of immature scar.  Scar formation is a process.
18 All right?  Yes.  Beginning from immature and then become
19 mature, fully mature.  Okay.  That's a process.
20         Process within this process, you have
21 fibrosis.  And degree of fibrosis, as we discussed, you
22 have mild degree -- or no degree, mild degree, moderate
23 degree and severe or extensiveness of the fibrosis,
24 different degrees.  Then to the extreme then become
25 mature scar.

Page 111

1         And then why we want to do that?  Mainly
2 because that's related to the function.  If you have a
3 mature scar, then typically the tissue lost elasticity
4 function.  Therefore, these area may, you know, inference
5 the function, overall organ or tissue function for that
6 particular area.
7         But while, in contrast, if you have very
8 mild or just mild, even some degree of moderate fibrosis
9 that's within the process of scar formation, then an end
10 result there's no inference for function.  So that's the
11 difference.
12         That's why when we say scar, many people
13 use the scar concept is too general.  As soon as they see
14 little bit fibrosis, they say, oh, this is scar.  That's
15 not true.  Because in our general understanding, when you
16 say scar, the basically inference or indicating the
17 functional change.  While you say fibro-connective tissue
18 or the soft tissue with fibrosis, that means, yes, we see
19 fibrotic process.  However, the function maintains.
20 That's underlining, you know, inference.
21    Q.   Does immature scar eventually develop into
22 mature scar?
23    A.   To certain degree they may develop.  It's not
24 always develop into mature scar.
25    Q.   Are mesh complications underreported?

Page 112

1         MR. SNELL:  Form.  Outside the scope of
2 his opinion.
3 (By Ms. Thompson)
4    Q.   You can answer.
5    A.   Okay.  I think all these clinical
6 complications mainly in the clinical side.  Okay.  From
7 pathology or pathologist perspective, I'm not really in
8 a position to address individual complications.
9         But my overall impression for the mesh
10 implantation procedures, like a TVT or TVT-O, the overall
11 complication rate is low or is within acceptable range in
12 medical practice.
13    Q.   So the opinion that -- or the sentence that my
14 opinion is supported by the numerous clinical trials
15 showing good performance and low complication rates with
16 TVT-O, you will not testify to the good performance and
17 low complication rates; is that correct?
18         MR. SNELL:  Form.
19    A.   Yeah.  I'm not going to testify on the
20 clinical side.
21 (By Ms. Thompson)
22    Q.   Okay.  You state that multiple animal studies
23 demonstrate TVT-O's sufficient pore size.  Do you believe
24 that to be the case?
25    A.   Yeah.  Because from animal study also you see

Page 113

1 these good tissue integration into the mesh pores.
2 Therefore, that represent good tissue integration.
3    Q.   And wouldn't you agree with me that in order
4 to extrapolate the results of the animal studies, it
5 would need to be implanted in the same tissue as it is
6 going to be in in the woman and that it would have to be
7 left in for a long term to be able to make that
8 assessment?
9    A.   Sure.  Many studies like animal studies the
10 animal level, but it does not necessarily say the
11 successfulness in the animal study will be also
12 successful in the human, you know, implantation.  That's
13 different thing.
14    Q.   Okay.  So the fact that, of the three animal
15 studies that you listed, one was 10 weeks, one was 91
16 days, and one was 13 weeks, that's sufficient to show
17 that there's appropriate tissue ingrowth?
18    A.   Yes.
19    Q.   On page 8, isn't it true that cultures are the
20 method that you typically diagnose infection with, not
21 histology?
22         MR. SNELL:  Form.
23    A.   You mean how to make the diagnosis for
24 infection?
25

Wenxin Zheng, M.D.

Page 114

1  (By Ms. Thompson)
2    Q.  Yes.
3    A.  Infection diagnosis is two things.  In the
4  tissue level, you see very extensive inflammation,
5  including abscess formation, number one.
6          Number two is either in the culture or
7  special stainings for some microorganisms, then you can
8  do that.
9    Q.  Did you do any special staining for
10  microorganisms in Mrs. Edwards?
11    A.  No.  Because there is no reason to do that.
12    Q.  What is your basis for saying that
13  Ms. Edwards did not have an infection in her explanted
14  mesh?
15    A.  Because I did not see extensive inflammation.
16  Only the degree of inflammation is mild.  And many other
17  areas a couple of millimeter away from the mesh material
18  even without any evidence of inflammation.
19          Therefore, from those tissue sections,
20  even you do culture or do stainings, it's unlikely you
21  demonstrate these microorganism which may be meaningful
22  for indicating infection.  Plus, clinically there is no
23  evidence of infection anywhere.
24    Q.  But when there's exposure, there's probably
25  infection, correct?

Page 115

1          MR. SNELL:  Form.  Misstates.
2    A.  If the patient has erosion or mesh exposure,
3  there is a possibility of infection.  However, it's not
4  always have infection.  This is just like we have a wound
5  cut, like on skin, exposed.  There is a risk for
6  infection.  But many of the skin just heal, because we
7  have our own immune system to defend.
8  (By Ms. Thompson)
9    Q.  And by infection, are you talking about
10  abscess?
11    A.  Yes.  The majority pathological presentation
12  is abscess formation.
13    Q.  Are you aware of studies that show that
14  100 percent of explanted meshes with erosion have
15  bacterial contamination?
16          MR. SNELL:  Form and foundation.
17    A.  Bacteria contamination is not necessary or
18  equal to the infection, because within the normal vagina,
19  we all know there is bacteria there.  Therefore, if you
20  have exposed, exposed to bacteria, but it's not necessary
21  to have the infection.
22  (By Ms. Thompson)
23    Q.  Are you familiar with the term subclinical or
24  chronic infection?
25    A.  Yes.  We have chronic -- condition for chronic

Page 116

1  infection or subclinical infection.
2    Q.  And you're also familiar with the term of
3  bacterial contamination?
4    A.  Yes.
5    Q.  Or colonization?
6    A.  Yes.
7    Q.  And you could not say that Ms. Edwards did not
8  have one of those conditions; you're talking about she
9  did not have an acute infection or an abscess, correct?
10          MR. SNELL:  Form.
11    A.  Correct.
12  (By Ms. Thompson)
13    Q.  And you did not perform any cultures on
14  Ms. Edwards' mesh, did you?
15    A.  No.  Because what I have received is the block
16  within the paraffin and also the slides already cutted.
17  So from those conditions are not suitable for culture.
18    Q.  Moving on to page 9, you state that it would
19  be abnormal if no nerve fibers were found in the vaginal
20  wall.  I think we covered that, right, this morning?
21    A.  Correct.
22    Q.  Because the vaginal wall actually has dense
23  nerve fibers, correct?
24    A.  Yes.
25    Q.  In the second paragraph it states that vaginal

Page 117

1  pain is a clinical symptom.  Would you read the last
2  sentence in that paragraph and explain that to me,
3  please?
4    A.  That's on page what?
5    Q.  Page 9.  The sentence that begins, Without
6  evidence of nerve abnormality.
7    A.  Which paragraph?
8    Q.  On page 9, the second paragraph.
9    A.  Of the normal --
10    Q.  I want you to read the last sentence.
11    A.  Okay.  Without evidence of nerve abnormality,
12  finding nerve fibers in vaginal mesh does not correlate
13  to the clinical symptom of vaginal pain or dyspareunia.
14    Q.  Isn't it true that normal nerves are what
15  cause pain, not abnormal nerves?
16          MR. SNELL:  Form.
17    A.  No.  I think, you know, many general people
18  believe all the pain sensation are generated by nerve.
19  As I think we briefly discussed, pain feeling is a
20  complicated process.  All right?  Many of them, they may
21  be related to nerve sensation, but many of them they are
22  also not related to a nerve.
23  (By Ms. Thompson)
24    Q.  But as far as mesh goes, are you saying that
25  if you do -- don't -- if you can't demonstrate nerve

Wenxin Zheng, M.D.

Page 118

1  abnormality, that you can't correlate the clinical
2  symptom of vaginal pain and dyspareunia to the mesh?
3      A.   Because from pathological perspective, if I
4  see some nerve abnormalities, then that may support the
5  clinical finding or clinical complaint of pain from that
6  area.  However, if I don't have such evidence, then I
7  can't correlate this kind of complaint.
8          But I didn't say her or anyone complains
9  of pain is not true, because pain is a feeling.  It's a
10  personal experience.  These are totally different
11  concepts.
12     Q.   Isn't it true that abnormal nerves typically
13  cause numbness or paralysis or other symptoms, not pain?
14         MR. SNELL:  Form.
15     A.   No.  For instance, abnormal nerve, including
16  neuroma, is a tumor-like lesion, clusters of
17  abnormal-looking nerve fibers coming together.  Then this
18  is well documented phenomenon can generate pain.
19         For instance, someone -- if my finger get
20  a cut, then that -- after cutting the portion of the
21  finger, the end of the -- proximal end of the nerve may
22  form a neuroma-like lesion.  Then that area will generate
23  pain.  That's histological convincing evidence.
24  (By Ms. Thompson)
25     Q.   Has anyone, either treating physicians or

Page 119

1  experts that you're aware of, given the opinion that
2  either Mrs. Huskey or Mrs. Edwards have a neuroma?
3      A.   I don't see their reports mention that.  But
4  based on my examination from Edwards, I don't see any
5  evidence of neuroma.
6      Q.   In the cancer section --
7      A.   Yes.
8      Q.   Well, what is your definition of neuroma?
9      A.   Neuroma is defined by the collection of nerve
10  or nerve fiber sheaths, okay, then forming a tumor-like
11  lesion, so-called neuroma.
12     Q.   Do they have to be a certain number of nerves
13  or a certain density of nerves?
14     A.   Yes.  Should be lot more than the normal
15  distribution in adjacent tissue.  You can use adjacent
16  tissue as a reference to compare.
17     Q.   What stain do you use to diagnose a neuroma?
18     A.   What?
19     Q.   What stain?
20     A.   Oh.  We usually we don't need to stain because
21  neuroma under microscope you see lots of nerve structures
22  there.
23     Q.   So you're able to identify the nerves with
24  H&E?
25     A.   Correct.

Page 120

1      Q.   And would the same be true if you're looking
2  for a perineural invasion with a malignant tumor?
3      A.   Yes.  Perineural invasion with cancers are
4  then we usually do not stain with nerve-like markers.  We
5  just identify cancer cells, because typical nerve fibers,
6  they are easily identifiable under microscope.
7      Q.   So with H&E stain?
8      A.   With H&E.
9      Q.   So the competent, experienced pathologist can
10  see nerves?  You don't have to rely on any special
11  staining to see nerves; is that correct?
12     A.   Correct.
13     Q.   Does chronic inflammation cause cancer?
14     A.   That's another very general question.  All
15  right.  Many cancers can be associated with chronic
16  inflammation.  But whether chronic inflammation directly
17  cause cancer probably is not a good statement.
18     Q.   So it's an association more than cause and
19  effect, in your opinion?
20     A.   Yes.  Overall in the field that's...
21     Q.   Why can rat studies on sarcoma formation not
22  be extrapolated to the human experience?
23     A.   As I said, animal studies represent in animal
24  levels, and then if -- you have to find evidence in the
25  human to see if this kind of condition can be repeatable.

Page 121

1          And for mesh implant into woman, so far,
2  based on my understanding so far, I don't see any
3  publications saying mesh within any humans cause this
4  kind of cancer formation so far.
5      Q.   That would be good to know, though, wouldn't
6  it, before you placed a permanent implant in a human?
7      A.   It's not really necessary, because usually
8  even in the animal studies, you don't see too many cancer
9  formation or models.  There is no established model that
10  says with this kind of mesh material you can constantly
11  or repeatedly can generate these cancers or malignancy.
12     Q.   What would be the latency period for mesh if
13  it were to cause cancer?
14         MR. SNELL:  Form.
15     A.   There is no data.  Nobody knows, because there
16  is no such report.
17  (By Ms. Thompson)
18     Q.   So there's really no data on whether
19  polypropylene causes cancer or not in a human?
20         MR. SNELL:  Form.  Misstates.
21     A.   I think so far we shall say there is data --
22  not any data stating or saying the mesh is related to the
23  cancer formation.
24  (By Ms. Thompson)
25     Q.   Are you aware of reports of cancer associated

Wenxin Zheng, M.D.

Page 122

1  with mesh in the abdominal wall?
2      A.  I'm not aware of that.
3      Q.  Are you aware of studies showing benign
4  inflammatory tumors associated with vaginal mesh?
5              MR. SNELL: Form. Go ahead. Foundation
6  on that question.
7      A.  There is no such entity called benign
8  inflammatory tumor, because there is no such a thing
9  there. You can have a benign tumor, and then
10  inflammation may be related to that. Then -- or
11  tumor-like conditions may be associated with
12  inflammation.
13  (By Ms. Thompson)
14      Q.  What is an inflammatory myofibroblastic tumor
15  of the urinary tract?
16      A.  That's kind of one of the rare tumors, you
17  know, associated with inflammation.
18      Q.  Sounds like an inflammatory tumor. Am I
19  right?
20              MR. SNELL: Form.
21      A.  Well, that's why -- but what I mean for your
22  previous statement is there is no -- nobody calls benign
23  inflammatory tumors in the GYN system.
24  (By Ms. Thompson)
25      Q.  So I should have left out the benign and just

Page 123

1  said inflammatory tumor, correct?
2      A.  Yeah. It's a very loose kind of term to
3  describe the condition. It's actually is like a tumor or
4  tumor-like conditions or tumor, benign tumor. Then later
5  on has associated with inflammation. It's not a real
6  good entity for that.
7      Q.  Gotcha. Moving on to your opinions specific
8  to plaintiff Tonya Edwards beginning on page 10.
9      A.  Okay.
10      Q.  Tell me what exactly you received when you got
11  the pathology in this case.
12      A.  I received some H&E slides from the two blocks
13  of Tonya Edwards, from the patient. Okay? Then H&E
14  slides, then four slides stained with S100. Okay? I
15  think those are the material basically I received.
16      Q.  So that was a total of 17 slides; is that
17  correct?
18      A.  I think so.
19      Q.  Okay. And then you also received two blocks;
20  is that correct?
21      A.  Correct.
22      Q.  And would this...
23          (Marked for Identification:
24          Deposition Exhibit No. 8)
25

Page 124

1  (By Ms. Thompson)
2      Q.  I will mark as Exhibit 8 photographs of the
3  block that I believe -- the blocks that I believe you
4  received.
5      A.  Yes.
6      Q.  To your best knowledge or recollection, would
7  these be Tonya Edwards' blocks?
8      A.  Yes.
9      Q.  And the mesh in these blocks appear...
10          (Marked for Identification:
11          Deposition Exhibit No. 9)
12  (By Ms. Thompson)
13      Q.  I will also mark as Exhibit 9 the gross
14  pictures of the mesh received from Tonya Edwards,
15  photographed by the plaintiffs' expert, Dr. Iakovlev.
16      A.  Okay.
17      Q.  And would you agree with me that the mesh that
18  you received in block is not fragmented?
19      A.  Is not fragmented?
20      Q.  Correct.
21      A.  When they embed, yes, they embed those gross
22  tissues with mesh, probably do not represent too many
23  sections. Just they put, you know, these fragments of
24  tissue with mesh, then embed it into block, two blocks
25  labeled with A and B, I think, either one of them.

Page 125

1      Q.  But you would agree with me that the mesh in
2  block resembles the mesh taken from the formalin?
3      A.  More or less in general, yes, resembles that.
4      Q.  And the -- how many sections can you get out
5  of a three-millimeter block of tissue?
6      A.  Three-millimeter block of tissue, you see, if
7  continuous cutting without waste anything, in general we
8  have five-micron tissue, right? Five micron, then if you
9  have three millimeter, that means 3,000 micron. So if
10  you divide by five, you can -- in theory, you can have a
11  lot.
12          However, in reality, when these blocks
13  being cut, you have to put them in the same plane. Then
14  you cut a nice section. So, therefore, histology
15  technician, they have to adjust the block plane, then
16  have to trim the tissue. You understand what I'm
17  talking?
18      Q.  So if each section was four micrometers --
19      A.  No.
20          MR. SNELL: No.
21      A.  Four to five micron. Classically, in our
22  institution, five micron. Then some institutions use
23  four micron, that's true.
24  (By Ms. Thompson)
25      Q.  Okay. And then you have a little bit of space

Wenxin Zheng, M.D.

Page 126

1  in between?
2      A.   Then not -- depending on not -- like little
3  bit of space, because typically technicians has a habit
4  to trim the tissue, because the block is very flat on a
5  surface.  So at the beginning when the block was made,
6  it's not flat and smooth, so has uneven surface.  So the
7  technician has to make this even and smooth surface; they
8  have to trim the tissue block.
9           From that point of view, then some of the
10  tissue will have to be wasted.  Otherwise never to cut a
11  single plane or single section contains every piece of
12  tissue.  You understand, right?  Because when you embed,
13  they are not in the same plane.
14      Q.   So if Dr. Iakovlev's lab did eight sections
15  from one block, nine sections from the other block, did
16  not waste any more than what is required to do the
17  sections, that would be approximately 1,500 sections in
18  each block, correct?
19           MR. SNELL:  Form.
20      A.   That's why I said, in theory, yes, you can --
21  each block can generate lots of sections, that's true.
22  But in reality, reality makes difference, because nothing
23  in practical conditions.  You can just based on theory,
24  then general things.
25           So, in reality, let me explain to you.

Page 127

1  For instance, from this, these gross specimens, tissue
2  size are different, right?  See that fragment is long,
3  and the other is small.  Then the thickness, they are
4  different.  See the thickness?  Some of them quite thick;
5  some of them quite flat.  All right?
6           And then when you embed, they are not in
7  the ideal everything the same level.  When the technician
8  embedded these tissue fragments into paraffin block, they
9  are in sort of similar even level but not identical.  You
10  understand, right?  Do you?
11  (By Ms. Thompson)
12      Q.   Yes, I do.
13      A.   And then when they make these blocks, you see,
14  their surface is very flat.  How that happen?  They have
15  to trim, make these things even.  Then to expose every
16  fragment of tissue, then can place them on a slide.
17           So in between this kind of process, you
18  have to trim a lot, make them even.  So that process
19  maybe 20, 25 percent of tissue will be wasted already.
20  Otherwise we never reach to the same level in a single
21  slide.
22      Q.   Dr. Iakovlev took 17 sections, and there are
23  potentially 3,000 in those blocks.  You have a little bit
24  of latitude, don't you?
25      A.   I understand that.  Then, additionally,

Page 128

1  depending on one level to the other level usually if it's
2  continuous, then these levels almost identical or with
3  very minimal changes.  But, in reality, when I examined
4  parallel levels from -- because each block he generated
5  several levels, right?  You understand, right?
6      Q.   Correct.
7      A.   Even in the S100 staining sections, they are
8  parallel levels.  Within these two parallel levels from,
9  for instance, block A, then they look dramatically
10  different.  Therefore, something is missing in between.
11  That means in most of the conditions the technician have
12  a habit generally do one slide, then cut more, throw it
13  away, and take another section.
14      Q.   So you had all the slides that Dr. Iakovlev
15  made, correct?
16      A.   Correct.
17           MR. SNELL:  Hold on, hold on.  I'm going
18  to object on foundation.  He doesn't know that.  We don't
19  know what Dr. Iakovlev has.  We only have what he has
20  produced.  And the doctor has already testified there's
21  stuff missing, so...
22           MS. THOMPSON:  I don't believe that's the
23  case.
24           MR. SNELL:  Did you not testify that
25  there's --

Page 129

1           MS. THOMPSON:  Oh, I thought you meant
2  Dr. Iakovlev.  Okay.
3  (By Ms. Thompson)
4      Q.   So what we do know, you had 17 slides from
5  Dr. Iakovlev.  You had these two blocks that generally
6  correspond with the gross picture that Dr. Iakovlev took.
7  We have potentially 3,000 sections in each, in the two
8  blocks combined.
9      A.   I didn't say 3,000.
10           MR. SNELL:  He didn't say that.
11  (By Ms. Thompson)
12      Q.   I'm finishing.  I'm saying potentially.  I'm
13  saying that.
14           He says they're four and you say they're
15  five, so that could be a little less for that reason.
16  And you actually were able to cut much deeper into the
17  block than Dr. Iakovlev did, correct?
18           MR. SNELL:  Hold on.  Form.  That's
19  compound on multiple levels.  Two, misstates his prior
20  testimony.  He didn't agree there were 3,000.  And
21  foundation, there's a foundation issue.
22           Go ahead.
23  (By Ms. Thompson)
24      Q.   I think the question on the table is you were
25  able to cut deeper into the block than Dr. Iakovlev,

Wenxin Zheng, M.D.

Page 130

1    correct?
2        A.  Correct.
3        Q.  But are you telling me today that you did not
4    have enough of the mesh to properly evaluate Ms. Edwards'
5    case?
6        A.  I didn't say that.  I said, you know, I have
7    cut like three slides from each block.  Okay?  Then I
8    used one of them to perform neurofilament staining.
9    Neurofilament staining.  Okay?
10           And then within these two stained slides,
11   I have seen tissue fragmentation.  That's the fact.
12       Q.  But you did have enough specimen to make your
13   diagnosis with Ms. Edwards, correct?
14       A.  To make the staining, basically.  Because
15   Dr. Iakovlev already provide multiple level of H&E
16   slides, I have no reason to repeat those.
17       Q.  So you had sufficient material --
18       A.  To evaluate.
19       Q.  -- to evaluate?
20       A.  That's right.
21       Q.  And, in fact, the deeper cuts that you did
22   actually showed the area of erosion into the vagina,
23   correct?
24       A.  No.
25           MR. SNELL:  Form.

Page 131

1        A.  I did not evaluate the erosion issues for the
2    sections, for the pictures I provided.  These pictures
3    are from the slides I receive from Iakovlev.
4    (By Ms. Thompson)
5        Q.  So on page 13, that's a slide provided to you
6    by Dr. Iakovlev?
7        A.  Correct.  All the H&E pictures were from
8    original slides that he send to me.
9        Q.  So the only additional stains you did were the
10   neurofilament?
11       A.  The neurofilament.
12       Q.  And everything else was what you received, the
13   H&E?
14       A.  Correct.
15       Q.  And S100 from Dr. Iakovlev?
16       A.  Correct.
17       Q.  All right.  And I believe you said earlier
18   that typically you would not see an explanted mesh until
19   you received the slides.  So this case was your standard
20   operating procedure, basically, correct?
21       A.  Yes.
22       Q.  Are the findings in Ms. Edwards, specifically
23   chronic inflammation, fibrosis and foreign body reaction
24   -- well, first of all, are those your findings in Tonya
25   Edwards' mesh?

Page 132

1            MR. SNELL:  Form.
2            Go ahead.
3        A.  Yes.  I did find mild fibrosis and mild degree
4    of chronic inflammation and a few foreign body giant
5    cells.
6    (By Ms. Thompson)
7        Q.  And are those findings typical of the other
8    mesh specimens that you have examined over the years?
9        A.  Correct.  They are quite typical.
10       Q.  Looking at the slide -- and in your opinion,
11   this is appropriate tissue integration, correct?
12       A.  Yes.
13       Q.  Looking at the photomicrograph on page 13 with
14   the exposure, you would not say that's appropriate tissue
15   integration, would you?
16           MR. SNELL:  Form.  Objection.
17           I think you misstated.
18   (By Ms. Thompson)
19       Q.  Erosion into the vagina, is that appropriate
20   tissue integration?
21           MR. SNELL:  Same objection.  Foundation on
22   erosion.
23       A.  First of all, I think I would like to clarify.
24   I said here you have squamous mucosa disruption.  That
25   means noncontinuous.  Do you see that on the surface?  So

Page 133

1    this is the description.  I did not make a conclusion,
2    what does it mean.  Okay?
3            Then the second thing is underneath of
4    this mucosa, you can see these whitish spaces.  That area
5    represent mesh fiber spaces.  Therefore, from the mesh
6    fiber spaces to the mucosa is quite close.  It's about
7    one to two millimeter distance.  Do you see that?
8    (By Ms. Thompson)
9        Q.  I'm going to hand you a larger picture --
10       A.  Okay.
11       Q.  -- of the one that appears in your report on
12   page 13.
13       A.  Sure.
14       Q.  And this will be Exhibit Number 10.
15           MR. SNOWDEN:  For the record, that was
16   pictures that we provided to you at the deposition?
17           MS. THOMPSON:  This is one I brought.
18           MR. SNOWDEN:  Oh, you brought that?  Okay.
19   I thought this was one of the pictures we provided at the
20   deposition.
21           MS. THOMPSON:  No.  I have not looked at
22   those yet.  I brought this with me.
23           MR. SNELL:  You're marking it as 10?
24           MS. THOMPSON:  I'm marking this as 10.
25

Wenxin Zheng, M.D.

Page 134

1            (Marked for Identification:
2            Deposition Exhibit No. 10)
3    (By Ms. Thompson)
4        Q.   And would you take that Sharpie and show me,
5    mark on there where the mucosal disruption is.  You
6    can --
7        A.   In this area.
8        Q.   Okay.  You can circle that and put MD.
9        A.   MD?
10       Q.   Yeah.  Yes.  For mucosal disruption.
11       A.   Oh, okay.
12       Q.   And I believe you said those white spaces are
13   where the mesh was?
14       A.   Yes.
15       Q.   You beat me to it.
16       A.   Okay.
17       Q.   And is it a normal finding to have mucosal
18   disruption with mesh?
19            MR. SNELL:  Form.
20       A.   If there is like erosion, yes.  You will see
21   mucosal disruption.  Or even surface ulceration, you will
22   see that.  Okay.
23            But here when I said the disruption, that
24   means noncontinuous mucosa.  Noncontinuous mucosa can
25   have multiple reasons.  One is maybe associated with

Page 135

1    erosion.  All right?
2            Two is maybe represented artifact, because
3    when you cut the tissue, then tissue can be -- you know,
4    the artifact can be generated by the cutting process.
5            And then three is, depending on the
6    mucosal location of the tissue fragment, because as you
7    can see from the gross specimen, these tissue
8    fragmentation or these tissue fragments, they're not
9    even.  If one side has little bit -- one side has little
10   bit of mucosa on the tip, then depending on whether it's
11   on the surface or in the bottom when they cut through,
12   then may partially represent discontinuation.
13            So multiple reasons.  That's why I
14   describe this finding is there.  Then just to show you,
15   you know, this is the area I found.  Maybe relevant for
16   this case.
17   (By Ms. Thompson)
18       Q.   Okay.  So in this picture, you're saying this
19   mucosal disruption can either be vaginal erosion from the
20   mesh, an artifact, or a sequela of the cutting process,
21   correct?
22       A.   Yes.
23       Q.   What is this pink stuff here?
24       A.   This pink stuff basically is submucosal area
25   with more -- little bit more fibrosis.

Page 136

1        Q.   Is that normal loose connective tissue that
2    you usually find in the submucosa of the vagina?
3            MR. SNELL:  Form.
4        A.   I should say in normal vagina you should see,
5    you know, less fibrosis in a normal condition.  That's
6    true.  But here you have little bit more fibrotic
7    changes.
8    (By Ms. Thompson)
9        Q.   Well, you have more fibrotic changes than you
10   would in a normal vagina, correct?
11       A.   Correct.
12       Q.   And doesn't that rule out artifact or a
13   cutting phenomenon?
14       A.   No.  Because one existing fact is we have mesh
15   already very close to the mucosa.  Okay?  Whether this is
16   a normal finding or not, I can't make a judgment, mainly
17   because we know the mesh implantation is from underneath
18   of the mucosa, then to outside.  Have to go outside,
19   right?  Go through skin area, that area.  So some area
20   may be just the placement, original placement is very
21   close to the mucosa.
22            Therefore, when you have those conditions,
23   you can see more fibrotic changes than in the normal
24   condition.  That's perfectly fine.
25       Q.   So this fibrosis that's penetrating the

Page 137

1    vaginal wall is perfectly fine?
2        A.   I think we are talking different things.
3    Whenever -- if you don't have any like mesh
4    implantations, then you do not have this amount of
5    fibrotic changes in those conditions, in general.
6        Q.   Okay.
7        A.   But now when you have implantation there, yes.
8    Particularly for Edwards case, she has like six years or
9    so amount implant into this area, so you expect to see a
10   certain amount of fibrosis.
11       Q.   Would you mind marking the fibrosis with an F.
12            And you have the same fibrosis on the
13   other side, correct?
14       A.   You mean this side?
15       Q.   On the -- well, where the mesh is.  Both areas
16   of the fibrosis.
17       A.   Right.  This area has less fibrosis.
18       Q.   Would you still consider that fibrosis?
19       A.   Yes.  I already said in my report.  I said
20   overall we have mild fibrosis.
21       Q.   So are you telling me today that this is --
22   could be something other than mesh eroding through the
23   vaginal wall?
24       A.   Mesh here is very close to the vaginal mucosa
25   or squamous mucosa.  That's true.  But how that happens,

Wenxin Zheng, M.D.

Page 138

1  whether it's related to erosion, I think erosion is a
2  grossly visible condition. More reliable by clinical
3  examination. Therefore, I provide three conditions to
4  explain why you have disruption of the mucosa.
5      Q.   And you know that Tonya Edwards had exposure
6  per her surgeon?
7      A.   I think based on my reading later on, some --
8  one area the surgeon says there is exposure. Then later
9  on says no exposure. So I'm confused whether it's true
10  it has exposure or not. So I'm not in a position to
11  testify that part.
12     Q.   Did you read her operative report of the mesh
13  explant?
14     A.   I think so, I did.
15         MS. THOMPSON: And the operative report, I
16  will mark this as Exhibit 11.
17         (Marked for Identification:
18         Deposition Exhibit No. 11)
19  (By Ms. Thompson)
20     Q.   Under findings of the operative report, pelvic
21  examination showed eroded mesh along the anterior vaginal
22  wall.
23         Would that not be important to you as a
24  pathologist to know there was erosion?
25         MR. SNELL: Form.

Page 139

1      A.   Well, somehow my impression, yes, I notice
2  there is one place like this saying that. But there is
3  other place says, you know, there's no obvious exposure
4  or did not mention at least for erosion or exposure.
5  (By Ms. Thompson)
6      Q.   Isn't it true that GYN doctors can sometimes
7  not see erosion in the office, but when you have a
8  patient under anesthesia and you can get better
9  visualization, you can see the erosion?
10         So the operative note would be the most
11  accurate determination, correct?
12         MR. SNELL: Form.
13         Go ahead.
14     A.   I don't think I'm, you know, in the position
15  to make such a comment, because, in general, maybe this
16  is a correct statement. So which one I should believe I
17  don't know. This is the situation. If it's truly
18  observed some kind of exposure, this may go along with
19  that. But as we know, either exposure or erosion is one
20  of the complications for mesh implantation.
21  (By Ms. Thompson)
22     Q.   So you, as you sit here today, are telling me
23  that -- and I'm going back to this morning when you
24  testified that the pathologist's interpretation is based
25  on his understanding of the clinical context and

Page 140

1  resulting questions to be answered.
2         You're telling me that in a patient that
3  clinically has an erosion, you might call this something
4  else?
5         MR. SNELL: Actually form and foundation.
6  You're misstating certainly the record as it appeared.
7         MS. THOMPSON: That's the statement that I
8  read this morning to him and he agreed with.
9         MR. SNELL: No, no, no, no. You're
10  talking about how a person goes into the surgery and
11  you're trying to apply that to something that was
12  supposedly seen during the surgery. That's my objection
13  on foundation. I think those are two different things.
14     A.   So if you want me to make a comment whether
15  this go along with erosion, then I said if clinically
16  there is a definitive erosion, then the finding is
17  consistent with the erosion.
18  (By Ms. Thompson)
19     Q.   But here today you're perfectly willing to say
20  that this could be artifact or a cutting --
21     A.   Because as I said, there is no definitive
22  answer for that, because many, you know, situations can
23  generate this picture. That's the overall.
24     Q.   What causes erosion of mesh?
25     A.   What's the causes for mesh erosion? I think

Page 141

1  I'm the pathologist. I don't know what's the cause for
2  erosion. It's better for the clinician to answer.
3         But, in general, erosions may be related
4  to wound healing in general, okay, number one. And also
5  surgical skills. When you put there, you need to have,
6  you know, correct surgical procedures. It's not everyone
7  just can do this without proper training. Okay?
8         And then also related to patient
9  lifestyle, okay, because maybe patient, for whatever
10  reason, have some kind of injury in that area after
11  surgery. Then exposure or erosion may happen. Okay.
12  Then patient immune system or immune reactions to see if
13  this area is infected or not. If it's infected, also
14  will have a risk for invasion.
15         Then which factor plays which role? I'm
16  not in a position to tell. Basically I'm not able to
17  tell. But overall situation are related to those
18  so-called erosion-related factors.
19     Q.   So are those the only factors that come to
20  your mind?
21     A.   I think overall I mentioned all these factors,
22  the main factors may contribute to erosion situation.
23     Q.   All right. So you mentioned the surgeon and
24  the placement of the mesh, correct?
25     A.   Right.

Wenxin Zheng, M.D.

Page 142

1    Q.   And you mentioned patient characteristics that
2 might make them more prone; is that correct?
3    A.   Yes.
4    Q.   And you mentioned immune situations also with
5 a patient?
6    A.   Right.
7    Q.   And you mentioned if the area is infected.  I
8 presume you mean infected before you put it in; is that
9 correct?
10    A.   Or can be after that.
11    Q.   Okay.  So infection before or after?
12    A.   Right.
13    Q.   And that's a patient characteristic as well?
14    A.   Right.  And then whether patient has local
15 injury, you know, in the mesh area.  That also is --
16 actually is more common factor to contribute to erosion.
17 Do you understand?
18    Q.   Yes.  So the TVT-O device itself does not
19 cause erosion, in your opinion, unless one of those other
20 factors are present?
21    A.   I don't think TVT-O itself will cause erosion,
22 because overall erosion rate is so low.  If TVT mesh
23 material itself can cause erosion, then I will see more
24 than 50 percent of these patients who receive a TVT will
25 have erosion.  Is that correct?  You think in general, in

Page 143

1 common sense?
2    Q.   What's your basis for that opinion?
3    A.   Well, as you say, you are asking me --
4    Q.   Or is it just common sense?
5    A.   Right.  It's common sense.  If this is bad
6 material will contribute for erosion, then majority of
7 those patients who received mesh implants will have
8 erosion.
9    Q.   Does normal tissue have inflammation?
10    A.   Normal tissue should not have inflammation.
11    Q.   What do you mean by microcapillary vessels?
12    A.   Microcapillary vessel means small caliber
13 vessels.  Usually measures only in like micron levels,
14 150 to 100 micron levels.
15    Q.   Is that a term that's used routinely in the
16 pathological world?
17    A.   Yes.  It's a common terminology used by
18 pathologists.
19        MS. THOMPSON:  The picture on page 14,
20 your Figure 5, we will mark that as Exhibit 12, and
21 that's Figure 5 in your report on page 14.
22        (Marked for Identification:
23        Deposition Exhibit No. 12)
24 (By Ms. Thompson)
25    Q.   And you have a copy of your report there as

Page 144

1 well --
2    A.   Yes.
3    Q.   -- correct?
4        You may want to refer to the blowup or the
5 higher magnification, shall I say, of the same picture,
6 because I don't think I have it.
7        Describe to me what you see here on this
8 slide.
9        MR. SNELL:  You mean beyond all the stuff
10 he put in Figure 5 that you didn't put on this exhibit?
11    A.   So that's basically Figure 5 you want me to
12 describe?
13        MS. THOMPSON:  You mean the text?
14        MR. SNELL:  Yeah.  I'll note for the
15 record this actually has in the report obviously a lot
16 of -- a whole paragraph describing what it is.  Are you
17 asking him to read that?  Because you didn't copy it.
18        MS. THOMPSON:  I'm asking him to mark on
19 the picture --
20        MR. SNELL:  That's a different thing.
21 Okay.
22 (By Ms. Thompson)
23    Q.   I'm asking you what this shows and to please
24 mark on the picture what you're describing.
25    A.   So overall this picture, Figure 5, just shows

Page 145

1 minimum or mild degree of fibrosis without scar
2 formation.
3    Q.   And so those areas between the mesh pores
4 you're calling mild or mild to moderate fibrosis?
5    A.   Minimum or mild fibrosis.
6    Q.   Minimum or mild fibrosis and no scar
7 formation?
8    A.   And no pure scar here.  Basically here the
9 scar means pure collagen bundle or the scar we described.
10    Q.   Is pure scar a term that's used in the
11 pathology literature?
12    A.   Yes.  In general, when we say scar, it means a
13 pure scar or mature scar.
14    Q.   So you use pure scar and mature scar
15 synonymously?
16    A.   Right.  Or just like a scar.  When we say
17 scar, it means microscopically refer to those pure
18 clusters of or collection of the collagen bundles.
19    Q.   And when you state that there are no pure
20 haphazardly arranged collagen bundles, parenthesis, scar
21 present, is that how you define scar, as haphazardly
22 arranged collagen bundles?
23    A.   Correct.
24    Q.   What's your basis for that?  Where would I
25 find that definition?

Page 146

1    A.   That should be in the general textbook,
2  pathology textbook.
3    Q.   I thought scar was laid down in layers so it
4  has a parallel appearance to the collagen?
5    A.   It's not necessarily parallel.  They are
6  usually randomly arranged.  That's the reason they lost
7  the tissue elasticity.  Otherwise you should have certain
8  degree of elasticity.
9    Q.   So scar does lose elasticity, you would agree?
10   A.   Correct.
11   Q.   And you think that this definition of
12 haphazardly arranged collagen bundles I would find in a
13 pathology textbook as a definition of scar?
14   A.   I think so.  You should be able to do that.
15   Q.   Is -- did you say scar and fibrosis are the
16 same thing?
17   A.   No.  I said that they are different.  Fibrosis
18 you have different degrees.  And scar is a mature or pure
19 collagen bundles.  Two different concepts.
20   Q.   Is Robbins and Cotran an authoritative
21 pathology textbook, in your opinion?
22   A.   That's -- yes.  That's mainly for medical
23 students.
24   Q.   In fact, would some people say that's the
25 bible of pathology?

Page 147

1          MR. SNELL:  Foundation, form.  Who are
2  these people?
3    A.   Some people may refer that heavily from
4  medical students' point of view, yes.
5  (By Ms. Thompson)
6    Q.   So it's referenced heavily, and you'd
7  considered it authoritative, correct?
8          MR. SNELL:  Misstates.  Form.
9    A.   I should say this is a quite familiar
10 textbook.  If you went to medical school in United
11 States, or Europe even, many people are familiar with
12 this textbook, that's true.
13 (By Ms. Thompson)
14   Q.   The definition from Robbins and Cotran, I'll
15 read it to you:  The term scar is most often used in
16 connection to wound healing in the skin, but is also used
17 to describe the replacement of parenchyma cells in any
18 tissue by collagen.
19          Would you agree with it?
20   A.   Yes.  That's the so-called collagen here,
21 right?
22   Q.   And another quote from that same textbook is
23 the terms scar and fibrosis are used interchangeably.
24          Would you agree with that?
25   A.   No.  Because, as I said, fibrosis you have to

Page 148

1  have -- give to quantify.  When you have everywhere it's
2  all fibrotic, I mean, severe, extensive, then the
3  equivalent to scar.
4    Q.   So you disagree with the bible of pathology on
5  that one?
6          MR. SNELL:  Form, foundation.
7          MS. THOMPSON:  I asked him a question.
8          MR. SNELL:  You called it a bible.  He
9  didn't say it was a bible.  He certainly didn't agree
10 that it was the bible.  What you read to him doesn't say
11 who refers to it simultaneously.  He certainly doesn't.
12   A.   I can disagree particular sentence.  I didn't
13 disagree the whole textbook.  I disagree actually many of
14 them in the GYN section, because they were written by
15 non-GYN experts in that book.
16          MS. THOMPSON:  We can break.
17          THE VIDEOGRAPHER:  Off the record 3:39.
18 This concludes tape number three.
19          (Recess taken.)
20          THE VIDEOGRAPHER:  On the record 3:50.
21 This begins tape number four.
22          (Marked for Identification:
23          Deposition Exhibit No. 13)
24 (By Ms. Thompson)
25   Q.   Dr. Zheng, if you would turn to page 17 of

Page 149

1  your report, and I've handed you Exhibit Number 13.  That
2  is the picture that's on that page, correct?
3    A.   Yes.
4    Q.   Could you mark for me -- you said this
5  contains skeletal muscle in the explanted specimen.
6  Could you mark the skeletal muscle?
7          And what is skeletal muscle?
8    A.   Skeletal muscle is different from smooth
9  muscle, because skeletal muscle is voluntary muscle.  You
10 can move based on patient intention.  And then smooth
11 muscle usually is not considered as a voluntary muscle.
12 It's different.  Morphologically they also look
13 different.
14   Q.   And where in the pelvis, female pelvis,
15 specifically in the path of the TVT-O device, do you find
16 skeletal muscle?
17   A.   Should be in the obturator foramen area.
18   Q.   Is that all?
19   A.   I think so.  Based on my understanding, this
20 is the area has definitive skeletal muscle.
21   Q.   And is it true that you would find it also in
22 the hip adductor muscles that are beyond the obturator
23 foramen or distal to the obturator foramen, correct?
24   A.   That's possible.
25   Q.   Do you know whether Mrs. Edwards -- do you

Wenxin Zheng, M.D.

Page 150

1 know if Mrs. Edwards had all of her mesh removed when she
2 had her explant surgery?
3     A.   Based on my impression of reading the
4 operative note, it seems it was completely removed.
5     Q.   Do you know if Ms. Huskey had all of her mesh
6 removed?
7     A.   She had one portion seems -- based on
8 operative records, one portion of the mesh left in the
9 obturator foramen area, because it's quite deep.
10     Q.   So for Ms. Huskey, then, she would still have
11 mesh remaining in the skeletal muscle of the hip adductor
12 muscles and distal to the obturator foramen, correct?
13         MR. SNELL:  Foundation.
14     A.   No.  Because I'm not sure.  Nothing -- you
15 know, this one -- whether assume this may be related to
16 that area.  And where is located, nobody knows.  Whether
17 it's closely associated to the skeletal muscle or not, we
18 don't know, because I don't have the sample.  Nobody has
19 that.  It's still within there.
20 (By Ms. Thompson)
21     Q.   And you're not sure what muscles the TVT-O
22 goes through getting -- when it's placed, correct?
23         MR. SNELL:  Misstates.
24     A.   Because the TVT-O is a transobturator
25 procedure, then you have to pierce or pass through the

Page 151

1 obturator membrane.  That membrane partially has muscles
2 there.
3 (By Ms. Thompson)
4     Q.   Understand.  But you also have to pass from
5 the obturator foramen out the skin?
6     A.   Correct.
7     Q.   And that is the area -- well, if you do, do
8 you know what anatomical structures are in that area?
9     A.   That area within the skin or adjacent area you
10 may have some skeletal muscle fibers there, that's true.
11     Q.   Okay.  But you don't know what muscles those
12 are?
13     A.   I don't have the name for that.
14     Q.   Yeah.  That's fine.
15         Is the obturator space, if you recall this
16 from your training as an OB-GYN or in your reading or
17 viewing of pathology specimens or anything, is the
18 obturator space an area where the typical gynecological
19 surgeon operates?
20     A.   Absolutely.
21         MR. SNELL:  Outside the scope of his
22 opinion.  He's not here to talk about that.
23     A.   That's within the woman's pelvis, so should be
24 within that area.
25

Page 152

1 (By Ms. Thompson)
2     Q.   Do you recall ever getting a pathologic
3 specimen other than mesh from the obturator foramen?
4     A.   No.
5     Q.   You don't have metas -- ovarian metastases in
6 the obturator foramen, for example?
7     A.   Occasionally, yes, cancer can mess through
8 that area.  Then usually like, for instance, we have
9 obturator lymph nodes.  That's a common finding, yes.
10     Q.   So other than cancer spread to the obturator
11 foramen or the lymph nodes in the area, are you aware of
12 any other benign gynecological conditions that appear in
13 the obturator foramen or beyond the obturator foramen in
14 the hip adductor muscles?
15     A.   Occasionally we have so-called retroperitoneal
16 tumors, and these tumors can be found in those area.
17     Q.   A retroperitoneal tumor is found in the hip
18 adductor muscle?
19     A.   In the obturator foramen area, yes.
20     Q.   What type of tumors are those that you've
21 seen, retroperitoneal tumor in the obturator foramen?
22     A.   That's more small cell carcinoma or something.
23 It's maybe not related to this.
24     Q.   So we're still talking about cancer?
25     A.   Yes.

Page 153

1     Q.   That's your specialty, so I understand that's
2 what you like to talk about.
3         MR. SNELL:  Move to strike.
4 (By Ms. Thompson)
5     Q.   I'm going to -- let's go back to the operative
6 report on Ms. Edwards that I believe you have as
7 Exhibit -- whatever it is.
8     A.   You mean this?
9     Q.   Yes.
10     A.   It's 11.
11     Q.   Just for efficiency sake, I'm going to direct
12 you to the last paragraph on the second page that begins
13 with the anterior wall.  And in that it states --
14 Dr. Galloway states that we identified the mesh.  Do you
15 see that?
16     A.   Yes.
17     Q.   And the mesh was divided in the midline and
18 excised on both sides as far as possible into the vaginal
19 apex.
20         Wouldn't that suggest to you that the mesh
21 was not removed in its entirety?
22     A.   I can't, you know, have that kind of
23 impression.  I think he did not say something left there.
24     Q.   Well, if it says it's excised as far as
25 possible, doesn't that mean that it's not excised in

Wenxin Zheng, M.D.

Page 154

1  total?

2          MR. SNELL:  Form.

3      A.  If the surgeon is not sure whether it's

4  completely excised, then he is the person in the position

5  to make that statement.  From what he described basically

6  in usual situation should be removed.

7  (By Ms. Thompson)

8      Q.  From your understanding of pelvic anatomy as a

9  GYN pathologist, is it possible to access the obturator

10 foramen and the hip adductor muscles through the vagina?

11     A.  It's difficult to, because it's quite deep.

12 That's why they have a special trocar to go through that

13 rather than -- yes.  It's quite deep.

14     Q.  During insertion there's a special trocar?

15     A.  Correct.

16     Q.  Unfortunately there's not a special trocar for

17 removal, right?

18     A.  That's true.

19          MR. SNELL:  Form.

20 (By Ms. Thompson)

21     Q.  And, in fact, transobturator slings typically

22 have to be removed, if you are trying to remove the

23 entire thing, through a groin incision; is that not

24 correct?

25          MR. SNELL:  Outside the scope.

Page 155

1      A.  That's really not within my specialty,

2  surgical procedures.  So I would like to defer to the

3  surgeons to answer that.

4  (By Ms. Thompson)

5      Q.  But pelvic anatomy is in your specialty area,

6  correct?

7      A.  Pelvic anatomy in general, yes.

8      Q.  Okay.  But knowing whether or not you can get

9  mesh that's integrated to the tissue out from the hip

10 adductor muscles through the vagina is not something that

11 you would be able to know?

12     A.  Correct.  Because that's surgical procedure.

13     Q.  All right.  On page 17 -- oh, we're still on

14 17.  Sorry.  And you marked the striated muscle.  And I

15 believe you said that that is in the explanted mesh

16 specimen.  Is that in the pores?

17          MR. SNELL:  Form.

18          Did you say striated muscle?  I think you

19 said you marked the striated muscle?  What did you mean

20 by that?

21          MS. THOMPSON:  He marked it on the

22 exhibit.

23          THE WITNESS:  Striated is equivalent to

24 skeletal muscle.  Striated muscle is a more professional

25 pathological term to describe skeletal muscle.

Page 156

1          MS. THOMPSON:  Sorry.

2  (By Ms. Thompson)

3      Q.  So they're synonymous.  If you or I have used

4  skeletal or striated, we mean the same things?

5      A.  Right.

6      Q.  And fortunately they both start with S so --

7      A.  I used SK.

8      Q.  That striated muscle is within the pores of

9  the mesh; is that correct?

10     A.  I'm not sure.  This is -- because several

11 millimeter away from the mesh fiber spaces.  All right?

12 As you can see, in this power I'm not able to include any

13 mesh.  That means already several millimeter away.

14     Q.  You would agree with me, though, that the

15 striated muscle is within the fibrosis, correct?

16     A.  Within the soft tissue adjacent to the mesh

17 fiber.  That would be more accurate statement.

18     Q.  But this is fibrosis, wouldn't you agree?

19     A.  No.  This is sort of connective tissue,

20 because you have so many soft tissues, including vessels

21 and fibroblasts and skeletal muscle.  So it's adjacent.

22          It's like I think if you can refer back to

23 your gross picture for the specimen, this one, you see

24 these?  You can see mesh, right?  See that mesh?  Then

25 adjacent to the mesh you see these area.  They are all

Page 157

1  soft tissues.  So this is several millimeters away.

2          I can't be sure, but based on the picture

3  I took, most likely those skeletal muscles are several

4  millimeters away from the mesh.  That's why I say in

5  adjacent soft tissue.  Then that indicating this kind of

6  muscular fibers found in the slide could also be related

7  to the surgery, because the surgeon cannot just cut the

8  mesh alone.  He has to include some several millimeter of

9  the soft tissue closely associated with the mesh.  Then

10 he cut.

11     Q.  So it would be fair to say, though, that the

12 skeletal muscle is either within the pores of the mesh or

13 it's very close to the mesh, correct?

14          MR. SNELL:  Form.  Misstates.

15          He's already told you where it is.  You

16 keep trying to get him to say something.  He said three

17 times it's adjacent to it.

18          MS. THOMPSON:  I don't believe that's what

19 he said.  He said he couldn't tell whether it was in the

20 mesh or adjacent to it.

21          MR. SNELL:  No.  He said it was adjacent.

22     A.  I said, yes, the skeletal muscle found is

23 adjacent to the mesh fiber.  That's why I want to show

24 you this gross picture, because this picture is basically

25 one X.  It's a real specimen.  Then these area, bluish

Wenxin Zheng, M.D.

Page 158

1  area, represent a mesh. Then adjacent to these mesh, we
2  see lots of soft tissues.
3  (By Ms. Thompson)
4      Q.  So you have tissue within the mesh, and you
5  have tissue adjacent to the mesh, right?
6      A.  Right. Within the mesh I'm able to see these
7  adjacent to -- immediately adjacent to the skeletal
8  muscle, then I will see mesh fiber spaces.
9      Q.  So -- sorry.
10     A.  For instance --
11         MR. SNELL:  Do you want your photos?
12     A.  Yeah, here, like this. You see, these like
13  lots of spaces, like these are spaces, these are mesh
14  fiber spaces, right?
15  (By Ms. Thompson)
16     Q.  Correct.
17     A.  And then if between these two mesh fiber
18  spaces you see these fibrotic -- mild degree of fibrosis
19  or soft tissue there, then that's within the mesh fiber,
20  mesh pores. But this one --
21         MR. FABRY:  Just for the record, Doctor,
22  you're referring to page 14 of your report, Figure 5, in
23  your last testimony?
24         THE WITNESS:  Correct.
25     A.  And then these skeletal muscles, when I take a

Page 159

1  photograph, actual mesh fibers are here. I'm not able to
2  include it within the same field, because of the
3  limitation of the microscope.
4  (By Ms. Thompson)
5      Q.  So you can say with certainty that that
6  skeletal muscle is not within the pores of the mesh?
7      A.  Right. I'm pretty sure it's not within the
8  mesh pore spaces.
9      Q.  What is desmin staining?
10     A.  Okay. Desmin staining means usually this can
11  positively identify skeletal muscle.
12     Q.  And you said figure not shown. Did you do
13  desmin staining?
14     A.  I did not do desmin staining, but
15  Dr. Iakovlev, he did it. I read it and reviewed it.
16     Q.  Any reason why you did not show that figure?
17     A.  Because I don't think there's a reason to show
18  that. He has one of the pictures showing some skeletal
19  muscles a little bit closer to -- maybe to the mesh
20  fiber. That's true. I remember that.
21     Q.  But you didn't want to show that one in your
22  report?
23         MR. SNELL:  Form. Asked and answered.
24     A.  Because I see no point there.
25

Page 160

1  (By Ms. Thompson)
2      Q.  Okay. Could muscle -- striated muscle
3  adjacent to mesh cause pain?
4      A.  In a very, very broad sense, maybe there is
5  association. But these muscle fibers, also you can
6  notice these are so-called isolated foci of these
7  muscular cells. All right? It's different from the
8  muscle like our arm muscles. When we move our arm, we
9  have a bunch of these muscle fibers. It's very obvious.
10  When we take a section, then we show -- we will see this.
11  Under the microscope, we will see pure muscle fibers.
12         And here is a few skeletal muscle cells.
13  It's quite gigantic cells, one big one, you see this one,
14  one dot basically is one cell or part of a single cell.
15     Q.  But you would assume, would you not, that
16  those muscle cells are attached to a muscle, correct?
17         MR. SNELL:  Form.
18     A.  No. Because these isolated muscle cells may
19  possibly may be related to procedure, as I said, because
20  we have transobturator procedure for the TVT-O procedure,
21  right? Then this tape is -- have to pass through
22  obturator foramen. Therefore, there is a possibility
23  these small amount of muscle cells being attached or
24  being pulled by the procedure, by the tape.
25

Page 161

1  (By Ms. Thompson)
2      Q.  Okay. So you're telling me that the
3  possibility is that those muscle cells were pulled in by
4  the tape, by the mesh tape, and they're isolated muscle
5  cells in the fibrotic? But they're not in the mesh.
6  They're just --
7      A.  Adjacent to the soft tissue.
8      Q.  -- adjacent to the mesh. So how does the mesh
9  pull it in but it's not in the mesh?
10         MR. SNELL:  Form.
11         Go ahead.
12     A.  Because that's the surgical procedure. If you
13  have foramen like this, then you have a tape went
14  through, then if you have some muscle fibers already
15  muscle attached to these area, then you have to go
16  through, right? Then you have to -- just like a
17  contamination.
18  (By Ms. Thompson)
19     Q.  And you -- but you're not of the opinion that
20  that would hurt to have those muscles pulled in like that
21  and left?
22     A.  Because that's within the -- a small amount of
23  muscle cells isolated there. They do not connect.
24  Nobody can be sure they are connecting to the main muscle
25  or not. Because based on these pictures, it's just

Wenxin Zheng, M.D.

Page 162

1  there.  That's it.
2      Q.   And muscle cells pulled in that way
3  could -- do they have a blood supply, isolated muscle
4  cells?
5      A.   Here they are adjacent to the blood vessels.
6  See that?  These are all blood vessels.
7      Q.   So your theory, then, is that those blood
8  vessels there are supplying an isolated group of muscle
9  cells that were pulled in with the tape seven years
10  previously?
11     A.   When you have a small amount of muscle cells,
12  you do not need direct vascular supply to keep them
13  alive.  Okay?
14     Q.   Does muscle hurt when it's penetrated by a
15  foreign object?
16         MR. SNELL:  Form.
17     A.   When the patient in surgery, she will feel
18  nothing, because that's in the anesthesia condition.
19  (By Ms. Thompson)
20     Q.   We will agree on that one.  I'm talking about
21  afterwards.  Does it hurt to put a foreign object through
22  muscle?
23         MR. SNELL:  Same objection.  Form.
24     A.   Because that's the procedure already done.
25  All right.  When you pass through, then if without

Page 163

1  anesthesia, possible, sure, will feel hurt.  That's why
2  you need anesthesia.
3  (By Ms. Thompson)
4      Q.   How about afterwards?
5      A.   Afterwards, if you don't do anything, I don't
6  think there is anything particular painful feeling.
7      Q.   Are you aware of pain associated with
8  transobturator slings, chronic pain?
9      A.   Chronic pain also again is a very vague or
10  broad term to cover many, many specific pain, such as
11  vaginal pain, groin pain, or these pelvic pain.  And then
12  overall people say chronic pain or long-term pain and
13  whether it's specifically related to that.  But based on
14  report, my impression overall pain rate is also low.
15         MS. THOMPSON:  I'm going to mark
16  Exhibit 14.
17         (Marked for Identification:
18         Deposition Exhibit No. 14)
19  (By Ms. Thompson)
20     Q.   You can go ahead and take a minute to look at
21  that and let me know if you've seen this before.
22     A.   I never seen this before.
23     Q.   Go ahead and take -- do you know French?
24     A.   No.
25     Q.   It does have a translation, so take a minute

Page 164

1  to review that.
2         Are you ready, Dr. Zheng?
3      A.   That was -- the meeting happened like 10 years
4  ago?
5      Q.   Yes.  And I'll give you a little context.
6         What is the date on this document?
7      A.   This says March 29, 2004.
8      Q.   And do you know when the TVT-O was cleared for
9  marketing in the United States?
10     A.   I'm not sure for that.
11     Q.   I'm going to tell you it's December of 2003,
12  if that's okay.  We'll assume it is.
13         Reading in the first paragraph where it
14  says, You will find hereafter, could you read me that
15  says what this meeting was about?  You will find
16  hereafter...
17     A.   I'm not sure I understand what's the main
18  purpose for this meeting.
19     Q.   Okay.  Well, it says it's a confidential
20  meeting held in Miami and relates to possible
21  modifications of TVT-O.  Is that what it says?
22     A.   Correct.
23     Q.   And so within a few months of marketing, they
24  are looking at possibly modifying the TVT-O.  Would you
25  agree?

Page 165

1         MR. SNELL:  Foundation.
2         Go ahead.
3      A.   If that's -- the date is correct, yes.
4  (By Ms. Thompson)
5      Q.   And they suggest several modifications,
6  possible modifications.  The first, under number one, is
7  removal of the segment of the tape that passes through
8  the adductor muscles, possibly causing postoperative
9  pain.  Do you see that?
10     A.   With a question mark.
11     Q.   With a question mark?
12     A.   Yes.
13     Q.   So you would assume from this that somebody
14  was aware that the tape passing through the adductor
15  muscles could possibly be causing postoperative pain,
16  correct?
17         MR. SNELL:  Form, foundation.
18     A.   Somebody may raise that concern, that's true.
19  (By Ms. Thompson)
20     Q.   And the second possible modification within a
21  few months after marketing and to address pain associated
22  with the TVT-O was that you could decrease the diameter
23  of the device traversing the adductor muscles, in
24  parentheses, other possible cause of pain, question mark,
25  correct?

Wenxin Zheng, M.D.

Page 166

1     MR. SNELL:  Same objection.
2     Go ahead.
3     A.  Yeah.  I think those are mainly surgical
4  procedure related.  I don't know if my opinion -- or I'm
5  the person in this position to make those comments, you
6  know, when I'm reading through -- partially through this
7  document.
8     (Marked for Identification:
9     Deposition Exhibit No. 15)
10  (By Ms. Thompson)
11     Q.  Okay.  And I'll also give you an article.
12  Exhibit Number 15 is a randomized trial.  And in the
13  results, this article states that more women complained
14  of leg pain after receiving a tension-free vaginal
15  tape-obturator, 26.4 percent versus 1.7 percent.
16     Do you see that?  Is that what it says?
17     A.  Yes.
18     Q.  26.4 percent would not be considered rare,
19  would it?
20     A.  I think I have to read the whole article to
21  kind of study and decide in which condition to understand
22  better those results or the findings or their
23  conclusions.
24     Q.  And you can read the article, but is there any
25  situation where 26.4 percent, over a quarter of women

Page 167

1  with any complication, that you would consider that rare?
2     A.  No.  Twenty-five -- around 25 percent findings
3  is reasonably significant.
4     Q.  And on page 1354, the last paragraph, these
5  particular authors actually stopped their study early
6  because of the growing evidence of equal efficacy but a
7  significantly increased incidence of postoperative leg
8  pain after transobturator insertion, correct?  That's
9  what the article says?
10     A.  That's what the article says.
11     Q.  You state -- I'm now on page 17, the bottom
12  portion starting with general opinion.
13     A.  Yes.
14     Q.  You state that Dr. Iakovlev presented many
15  pathological pictures, only some of which were derived
16  from Ms. Edwards, and attempts to extrapolate from these
17  other explanted meshes to support his opinion that all
18  vaginal meshes, not brand specific, are linked to
19  clinical complications.
20     We're going to leave off the due to the
21  defective manufacturing or design.  I don't believe he
22  said that.
23     You, I think, yourself have stated that
24  Ms. Edwards' pathology and findings are typical of other
25  mesh that you've seen, correct?

Page 168

1     A.  Compared to other mesh I have seen, yes, they
2  look very much similar.
3     Q.  Okay.  And the majority of the specimens in
4  Dr. Iakovlev's report are specifically identified as
5  either Ms. Edwards' or TVT-O explants, correct?
6     MR. SNELL:  Foundation on that.
7     A.  I'm not sure.  Only six explanted mesh they
8  represented TVT mesh specimen.  And the remaining he did
9  not say where they are coming from, what kind of brand.
10  (By Ms. Thompson)
11     Q.  Well, according to Dr. Iakovlev's
12  calculations, 72 percent of the pictures are TVT-O
13  explants.  Would you argue with that if that's what he
14  said?
15     MR. SNELL:  Foundation and form.  I don't
16  know when he said that.
17     A.  Do you also recognize that he said only six
18  explanted TVT mesh -- actually only six explanted TVT was
19  the mesh was from TVT specimen.  So that's why those
20  figures were conflicting each other from his own report
21  if the number you just give to me was true.
22  (By Ms. Thompson)
23     Q.  And I think that's the photographs in the
24  report.  But it is what it is.
25     In number two, when you say Dr. Iakovlev's

Page 169

1  cohort is uncontrolled and is not randomly selected, what
2  do you mean by that?
3     A.  Okay.  Because, based on my understanding, his
4  130 mesh specimens were collected without any like
5  experimental design.  It's not experiments, first of all.
6  It's a collection of the specimen from those patients or
7  from whatever the law office give to him.  Right?  That's
8  why -- that's the nature for these specimens.  That's
9  what I mean.
10     Q.  How do you randomize the collection of mesh
11  explants?
12     A.  Right.  Because if you want to make some
13  conclusions basically, you have to do some experimental
14  design, then generate some data.  These data will be more
15  useful or scientifically sound rather than make some
16  collections and make some statements.
17     Because these all -- whatever, as we
18  discussed earlier, all these specimens came out.  They
19  have their own reasons.  Right?  They can have medical
20  reasons or can have legal reasons.  So they are true
21  complicated.  Without each specified reasons, how can you
22  analyze as a collection?
23     Says, okay, from 130 specimens I analyzed
24  and I found this and that.  And, therefore, based on
25  these findings, I can conclude, you know, the remaining

Wenxin Zheng, M.D.

Page 170

1  specimens they will be the same thing. No. That's --
2  you see the scientific papers, you are quoting lots of
3  papers and I'm quoting lots of papers. All these papers
4  they publish they have a specific method, right? Then
5  all these methods will give you -- give you a reason.
6  That's why including case numbers and the study design,
7  each of these.
8      Q.  But you will agree with me that you can't
9  randomize and control an observational study of mesh
10  explants, can you?
11         MR. SNELL: Form.
12     A.  But if you have collections, then basically
13  these are not studied. Therefore, you cannot use those
14  findings to generalize the concept.
15  (By Ms. Thompson)
16     Q.  What's an observational study?
17     A.  What's -- there is -- what do you mean what's
18  observational study?
19     Q.  I'm asking you the question. Does that mean
20  anything to you?
21     A.  Observational, for instance, you have case
22  report. You can report a case. But case report value,
23  scientific value compared to randomized study or clinical
24  trial, they have totally different value. Okay?
25         So then from that point of view,

Page 171

1  Dr. Iakovlev's collection of these 130 samples, even he
2  did not report any of them to the public literature, try
3  to make his opinion to be accepted by the general readers
4  or to audience or to contribute to the scientific community.
5      Q.  And are you suggesting that, because of that,
6  his opinions are unreliable?
7      A.  Basically these are not peer reviewed, not
8  under any kind of validation process. Therefore, these
9  opinions they're useless.
10     Q.  And are your opinions peer reviewed?
11     A.  My opinion is not peer reviewed. But based on
12  the findings, those are just -- because specifically to
13  reply to what he stated. That's my opinion. And then
14  also my general opinion is based on the literature
15  published. Right? You understand?
16     Q.  What of your general opinions are based on the
17  literature published?
18     A.  Within this report, like previous one we
19  discussed biocompatibility, tissue integration, those are
20  the general opinions, right?
21     Q.  Okay. We'll get to some more of those later.
22     A.  And then -- right.
23     Q.  But you're saying that the opinions in your
24  report are based on the literature published, and for
25  that reason are not useless as Dr. Iakovlev's --

Page 172

1      A.  And then also for those evaluations for
2  specific like Edwards specimens, then based on my
3  experience in the past years as a GYN pathologist.
4  Right. Also experience to evaluate the mesh specimens in
5  the past three years.
6      Q.  So your experience is not useless but
7  Dr. Iakovlev's is?
8         MR. SNELL: Form. Misstates.
9      A.  I don't say that. I don't know how to respond
10  to this kind of -- you know, your question for that.
11  (By Ms. Thompson)
12     Q.  Okay. We'll move on.
13        What do you mean by the statement TVT
14  including TVT-O? Is TVT-O a TVT, in your opinion?
15     A.  Yes. The mesh from mesh point of view, they
16  are the same.
17     Q.  From mesh point of view, but you would agree
18  that not from a procedure point of view?
19     A.  Yeah. Procedure is different.
20     Q.  Can you direct me to the literature -- and I'm
21  looking now at page 18, the first paragraph. Can you
22  point me to the literature that recognizes TVT-O as the
23  gold standard and standard of care?
24     A.  I think we have some professional society
25  position statement. Those documents they state very

Page 173

1  clearly saying TVT and TVT-O are the gold standard.
2         MR. SNELL: Do you want your materials?
3  You can look through them.
4  (By Ms. Thompson)
5      Q.  I'm specifically talking about TVT-O as the
6  gold standard. And I will give you some time to look for
7  the support for that statement.
8         We can -- shall we take a break?
9         MR. SNELL: It'll only take a minute. The
10  professional statements, he's got a whole binder here.
11        MS. FITZPATRICK: If you want to take a
12  break, Margaret, you can.
13        MS. THOMPSON: Let's take a break.
14        THE VIDEOGRAPHER: Off the record 4:28.
15        (Recess taken.)
16        (Ms. Fitzpatrick no longer present.)
17        THE VIDEOGRAPHER: On the record 4:44.
18  (By Ms. Thompson)
19     Q.  When we went off the record, Dr. Zheng, I
20  believe you were going to look for statements from
21  professional societies identifying the TVT-O as the gold
22  standard for treatment of stress incontinence. Have you
23  found something?
24     A.  Yes. I think because in the short time period
25  I had, I can show you one article which is published in

Wenxin Zheng, M.D.

Page 174

1  Nature as a review article by Ashley Cox, C-O-X, okay,
2  from University of Toronto. This is also very good
3  article because it's published in Nature. That's Nature
4  urology section. It's last year.
5          I give you the last sentence of the
6  abstract. It says, Based on the literature, a new gold
7  standard of first line surgical treatment for women with
8  SUI, surgical urinary incontinence or stress urinary
9  incontinence, is the synthetic mid urethral sling
10 inserted through a retropubic or transobturator approach.
11         So here transobturator approach represents
12 TVT-O. You can have this.
13    Q.   Well, I asked for something that actually
14 identified the TVT-O as the gold standard.
15    A.   Yeah. This is basically -- clearly says this
16 is a TVT-O, right?
17    Q.   Well, I beg to differ. It says transobturator
18 slings, and as you know, they're different inside to out,
19 outside to in, different materials, different companies.
20    A.   Well, if you read through, also summarize
21 inside to out, outside to in. It also says TVT-O.
22    Q.   So I'll just read what you've given me. It
23 says that the gold standard first line surgical treatment
24 is the synthetic mid urethral sling inserted through a
25 retropubic or transobturator approach, but does not state

Page 175

1  what I actually was looking for, that the TVT-O is the
2  gold standard, and I believe that's what your report
3  said.
4          MR. SNELL: Form. Misstates.
5          I think he pointed you to TVT-O inside the
6  article as well.
7    A.   Because summary usually people use different
8  word to describe same thing. But you are asking for
9  specific word, single letter-by-letter match. That's the
10 difference.
11 (By Ms. Thompson)
12    Q.   Yeah. I was specifically looking for the
13 TVT-O identified as the gold standard. That's true.
14    A.   TVT-O, yes, has been mentioned. Approach is
15 included within their review scope.
16    Q.   Not to be argumentative, but I believe it's
17 different from articles with TVT-O included in a review
18 than it is to say that specific TVT-O is the gold
19 standard, but we'll leave it at that.
20    A.   Right. Because --
21    Q.   No, no. There's no question on the table.
22         MR. SNELL: That's not a question. It
23 doesn't matter what she thinks. It's your opinions that
24 are important.
25

Page 176

1  (By Ms. Thompson)
2    Q.   And is that the one that you found; that you
3  were not able to find any statements from professional
4  organizations?
5    A.   I think we have position statements. Just,
6  you know, this is a lot. If you go through, definitely
7  it's there. You know, we don't have enough time within
8  this time finding specific word or letter-by-letter match
9  statement. But it's there.
10         MS. THOMPSON: Okay.
11         MR. SNELL: For the record, you were just
12 pointing to one of the binders you brought to your
13 deposition today. It's titled Position Statements with
14 18 different position statements?
15         THE WITNESS: Yes.
16 (By Ms. Thompson)
17    Q.   Let's go to page 18 of your report. The first
18 one that states -- and these are now, I guess, criticisms
19 on page 18 and 19, 1 through 4, of Dr. Iakovlev's
20 opinion; is that correct?
21    A.   Correct.
22    Q.   Number one, you state that he relied too
23 heavily on S100 staining. But I believe you've said that
24 a competent pathologist doesn't need any special staining
25 to identify nerves, so it seems to me that that opinion

Page 177

1  is irrelevant. Do you agree?
2          MR. SNELL: Form.
3    A.   No. Because he made a statement -- lots of
4  statements based on S100 staining. Then here what my
5  point is, if it's real good nerve fibers, they are easily
6  identifiable, number one.
7          Number two is S100 staining is nonspecific
8  for nerve fiber only. It cannot only stain nerve fiber,
9  also can stain non-nerve fibers. That's the second
10 statement.
11 (By Ms. Thompson)
12    Q.   But why do you need specificity if you can
13 look at the structure and tell whether it's a nerve or
14 not?
15    A.   That's why, you know, he used that. He tried
16 to make these broad colors for these nonprofessionals
17 maybe will be happy for, saying, oh, now I can see
18 because it's highlighted.
19    Q.   Do you have a copy of Dr. Iakovlev's report
20 with you?
21    A.   Yes, somewhere.
22         No. I did not bring. But I think
23 somewhere in...
24    Q.   Let's go ahead and find that since you relied
25 on that, his report.

Wenxin Zheng, M.D.

Page 178

1    A.   But I have one of the pictures, one of the
2    pictures he took from his basically similar field,
3    like --
4    Q.   Yeah.  Let's just go ahead and get the report.
5    A.   Okay.  You want to get his report, right?
6    Q.   Yes.
7    A.   That's fine.
8         THE WITNESS:  Do we have his report?
9         MR. SNELL:  Do you have a copy for him?
10        MS. THOMPSON:  No, I don't.  He brought it
11   with his reliance materials, I believe.
12        MR. SNELL:  Oh, you have it there?
13        MR. SNOWDEN:  This is my copy.
14        MR. SNELL:  Is it the color copy?
15        MR. SNOWDEN:  For the record, if there are
16   any stray markings on that, they're mine.
17   (By Ms. Thompson)
18   Q.   So would you identify for me the portions of
19   Dr. Iakovlev's report that indicated to you that he
20   relied too heavily on S100 staining?
21   A.   Because in his report many places described
22   S100 staining, number one.  He also even described based
23   on S100 staining he made comments, says the nerve --
24   so-called nerve densities is about 1.37 per field, which
25   field is under 200 magnifications, right?

Page 179

1    Q.   And that was per high-powered field, correct?
2    A.   That's intermediate.  Basically it's 20 by 10.
3    It's 200.  It's intermediate.
4    Q.   So you're suggesting that Dr. Iakovlev made
5    those determinations based on brown spots and not on
6    nerve identification?
7    A.   Right.  Because this is number one.  Number
8    two is whatever he claim as a nerve based on S100
9    staining results.
10   Q.   But you've stated that a competent pathologist
11   identifies nerves based on the morphology not by the
12   stain anyway, correct?
13        MR. SNELL:  Form.  Misstates.
14        Go ahead.
15   A.   Number one I say if it's well-formed nerve,
16   you don't need staining to recognize, number one.
17        Number two, S100, yes, can stain these
18   nerve fibers, but meanwhile this is not specific for
19   nerve fibers.  Also stains for nonnerve elements.
20   (By Ms. Thompson)
21   Q.   Would you show me one of the pictures or the
22   text from Dr. Iakovlev's report that makes you think that
23   he's relying on brown spots rather than the
24   identification of nerves?
25   A.   Okay.  Here he has --

Page 180

1    Q.   Can you give me the page, please?
2    A.   Page 18, Figure 3a says superficial nerve
3    position.
4    Q.   Okay.
5    A.   Did you see that?
6    Q.   So are you suggesting that these are not
7    nerves?
8    A.   Let me explain to you.  So you see --
9    Q.   I'm asking you a question.  Do you believe
10   that these are not nerves?
11   A.   I say these are nerve-like element.  You can
12   see my report.
13   Q.   What do you mean by nerve-like element?
14   A.   Because this could be nerve, could not be
15   nerve basically.  Okay?
16   Q.   So you can't tell whether these are nerves or
17   not?
18   A.   Because under regular microscope, these not
19   like truly identifiable nerve fibers.  I can show you a
20   picture.
21   Q.   Did you take the slide and put it on high
22   power and see if you could tell whether they were nerves
23   or not?
24   A.   Yes, I put on high power.
25   Q.   And you could not tell under high power

Page 181

1    whether these were nerves or not?
2    A.   Yeah, for those particular field, all right,
3    he took the picture.  Under H&E slide I'm not able to
4    tell those are true nerve.
5    Q.   I'm asking you, for this picture on page 18
6    that you say that you cannot tell whether those are
7    nerves or not, did you take that portion of the slide,
8    look at it under high-powered field, and make a
9    determination whether those were morphologically nerves
10   or not?
11   A.   I turn on high power for those particular
12   field from H&E slide.  But you have to understand, H&E
13   slide, although they look like parallel levels, but it's
14   not identical to those S100 staining slide.  I don't know
15   if you understand that or not.
16        Because one slide you make H&E, and the
17   deep levels he used for S100 staining.  So, therefore, I
18   examined H&E slide in the corresponding area for him to
19   stain with S100.  I'm not able to identify the nerve
20   under regular light microscope.
21   Q.   I'm just showing you this on my computer,
22   because it's, I think, a clearer picture than what we
23   have printed.
24        Are you telling me here today -- this is
25   the same photo that you're looking at --

Wenxin Zheng, M.D.

Page 182

1    A.   Correct.
2    Q.   -- that you cannot tell whether those are
3  nerves or not?
4    A.   Those --
5    Q.   Yes or no, can you tell whether those are
6  nerves or not?
7    A.   I cannot be sure.
8    Q.   You cannot be sure.  Okay.  That's what I need
9  to hear.
10    A.   That's number one.  Then --
11    Q.   Okay.  That's all.
12        MR. SNELL:  Well, I think he's allowed to
13  explain his answer.  The judge has ruled you can give a
14  yes or no and then explain.
15        MS. THOMPSON:  It's funny how you told us
16  last time that the judge told us he has to answer yes or
17  no.
18        MR. SNELL:  That's what he did, he just
19  answered.  But then they're permitted to explain.  Your
20  problem was Iakovlev gave me four sentences of nonsense
21  and then answered my question.
22        MS. THOMPSON:  I object to that and
23  strike.
24        MR. FABRY:  I'm going to object to the
25  commentary.  If he wants to explain, I think that's okay.

Page 183

1        MS. THOMPSON:  Yeah, he can explain.
2        MR. SNELL:  Were you finished, Doctor?
3    A.   Okay.  So let me give you additional
4  explanation why I say S100 is nonspecific.  Okay?  From
5  his picture, the same picture, you can look at your
6  screen, you see the brown spots, okay, are stainings.
7  Not only present in the submucosal area, it's also
8  present within the squamous mucosa.  Did you see that?
9  (By Ms. Thompson)
10    Q.   Did Dr. Iakovlev make any comment on the brown
11  spots in the mucosa?
12    A.   He did not, but --
13    Q.   He only made a comment, correct, on the nerve
14  branches between the mesh and the mucosa, correct?
15    A.   He says superficial position.  Okay?
16    Q.   Well, he says the nerves are running between
17  the hard mesh and the mucosa, correct?
18    A.   Right.  But the picture he take -- he took
19  here clearly show brown staining in the mucosa as well as
20  submucosa area.  Right?
21    Q.   And the brown staining on low-powered field
22  allows you to save time, go into the area where the brown
23  staining is, and then morphologically, which is all what
24  pathologists do, identify whether they're nerves or not,
25  correct?

Page 184

1        MR. SNELL:  Form.
2    A.   No.  Because all his statement he said all
3  these brown stained area represent either nerve twigs or
4  nerve branches.
5  (By Ms. Thompson)
6    Q.   Where does he say all the brown stained areas
7  represent nerve twigs or nerve branches?  Would you find
8  that for me in his report?
9    A.   I think we are wasting a lot of time to find
10  these specific --
11    Q.   I can spend my time any way I want to,
12  Dr. Zheng.
13    A.   Okay.
14    Q.   I want you to find where he say that all the
15  brown spots are either nerve twigs or branches.
16    A.   Okay.  He basically state all these brown
17  stainings represent a nerve.
18    Q.   Where are you?
19    A.   Here, let's, for instance, go to Figure 1a,
20  nerve ingrowth.  It says page 12.  Explanted TVT-O sling
21  specimen of Mrs. Edwards, immunostaining against S100
22  protein to identify peripheral nerve.  Do you see that?
23    Q.   Yes.
24    A.   Okay.  Nerves brown, all other tissue blue,
25  mesh filaments transparent, right, all other tissue blue.

Page 185

1  So everything brown means nerve.  Right?  Do I understand
2  correctly?
3    Q.   He says the nerves are brown?  Where does
4  he --
5    A.   Nerves are brown, yes.  Nerves are brown.
6  Then what else?  Then here --
7    Q.   I'm asking you for where in the report does
8  Dr. Iakovlev say every brown spot is nerves?
9    A.   Nerves brown.  What else?
10        MR. SNELL:  He just told you.
11  (By Ms. Thompson)
12    Q.   Okay.  Show me in the picture on page -- that
13  you're on --
14    A.   Right.
15    Q.   -- the brown spots that are not nerves.
16    A.   Like here.  In Figure 3a, page 18.  Okay?  We
17  have --
18        MR. FABRY:  Just for the record, we're
19  moving from page 12, Figure 1a, and now we're looking
20  where?
21        THE WITNESS:  Page 18, 3a.  Because it's
22  continuous, right?
23    A.   Then after he explains Figure 1a, then sure in
24  Figure 3a, he does not have to repeat what he wants to
25  say.  Then -- right?

Wenxin Zheng, M.D.

Page 186

1  (By Ms. Thompson)
2      Q.  Do you think -- are you -- are you opining
3  that Dr. Iakovlev is not competent to identify nerves
4  with whatever stain?
5      A.  I think he used --
6      Q.  You can answer that yes or no and then
7  explain.
8          MR. SNELL:  She asked the question.  You
9  can answer it however you want.
10         MS. THOMPSON:  You said he has to answer
11  yes or no and then explain.  Now you're saying --
12         MR. SNELL:  That's fine.
13         She asked you a question.
14     A.  Yes.  I think he somehow, you know, used S100
15  staining just too much to -- he understands the
16  limitation of S100 staining for the nerve staining.
17  Meanwhile he still used that to make all the statements
18  based on the staining results.
19  (By Ms. Thompson)
20     Q.  And is there any portion of his report that he
21  identifies nerves that you -- like any place where he
22  points to nerves that you would say that is not a nerve?
23         Is there any place in the report where
24  Dr. Iakovlev points to a nerve that you are saying is not
25  a nerve?

Page 187

1      A.  But in many places I think some pictures are
2  too low powered.  It's difficult to say.
3          But what I want to make the point is S100
4  is not specific.  I think he agreed on that.  Right?
5      Q.  Oh, he will agree.
6      A.  He agreed.
7      Q.  I ask the questions.  But I think he will
8  agree that S100 is not specific.
9      A.  Right.
10     Q.  But he's not using it for specificity.  He's
11  using it for sensitivity so he can then go to a high
12  power, find the nerves, identify the nerves
13  morphologically, and count the nerves.
14     A.  So therefore --
15         MR. SNELL:  Is there a question, Counsel?
16         MS. THOMPSON:  He asked me a question.  I
17  was answering.  But you're right, no, there was no
18  question.
19         MR. SNELL:  Move to strike.
20         MS. THOMPSON:  Let's move on.
21  (By Ms. Thompson)
22     Q.  Okay.  Let's move on to number --
23     A.  So I think my point basically is if --
24     Q.  There's no question on the table.
25         MR. SNELL:  She has to ask you a question.

Page 188

1  The record is getting jumbled with statements.
2  (By Ms. Thompson)
3      Q.  Dr. Zheng, I actually don't think I ever got
4  an answer to the question that was on the table, and that
5  is, is there a place in this report where Dr. Iakovlev
6  identifies a nerve that you disagree that that is, in
7  fact, a nerve?
8          And I'd really ask for a yes or no
9  question, and then you can explain afterwards.
10     A.  First of all --
11         MR. SNELL:  If you need to take your time
12  and go through every picture and every page, we'll do
13  that.  That's what she's asking you to do.
14     A.  I think whatever he point out, those brown
15  stainings, I should say it's possibly nerve.
16  (By Ms. Thompson)
17     Q.  It's possibly nerve?
18     A.  Right.
19     Q.  You can't say definitively that those are
20  nerves?
21     A.  I cannot say definitively he's wrong or
22  definitively he's right.
23     Q.  Okay.  We'll move on.
24     A.  Okay?
25     Q.  Yup.

Page 189

1          In number two, your contention is that
2  stress incontinence, dysuria, need to change position or
3  initiate or complete emptying, nocturia are related to
4  mesh migration and shrinkage has no scientific basis.  Do
5  you read that?
6      A.  Yes.
7      Q.  Such conclusions are subjective in nature.
8          What's your basis for saying that those
9  have no scientific basis?
10     A.  Because he did not provide scientific basis.
11  He did not provide all these -- all the evidence saying
12  this is scientific evidence.
13     Q.  Have you looked at Dr. Iakovlev's references
14  on his reliance list attached to his report?
15     A.  I have looked some of them, yes, sure.
16     Q.  So how do you know that he does not have a
17  basis for those opinions?
18         And the question, what is your basis for
19  saying that there is no basis for those -- for
20  incontinence, dysuria --
21     A.  Because there is no evidence showing the mesh
22  is migrating or migrating to certain positions from
23  Edwards case, number one.
24     Q.  You're not aware of literature showing mesh
25  migration?

Wenxin Zheng, M.D.

1     A.  Mesh may be migrated, but what is evidence for
2  Edwards case?  He did not show.
3     Q.  Are you aware of literature with mesh erosion
4  to the urethra?
5     A.  Mesh erosion, yes, has been reported.
6     Q.  Are you aware of literature with mesh movement
7  from the mid urethra to the bladder neck?
8     A.  That has been reported but --
9     Q.  And could not -- could not that cause some of
10  the symptoms that are described here by Dr. Iakovlev?
11        MR. SNELL:  Form.
12     A.  But you cannot translate from --
13  (By Ms. Thompson)
14     Q.  Yes or no and then explain.
15     A.  Okay.  Yes.  From those particular situations,
16  yes, you can explain those conditions.  However, there is
17  no evidence from Edwards case to support there is mesh
18  migrating or mesh shrinking.
19     Q.  And you're aware of the literature describing
20  mesh shrinkage, correct?
21     A.  I'm not sure I'm aware mesh will shrink.
22     Q.  You're not aware of mesh literature stating
23  that mesh shrinks 20 to 50 percent?
24        MR. SNELL:  Form.
25     A.  You mean the space or the material itself?

1  I'm not sure what you are referencing.  Like mesh fiber
2  filament from the certain thickness to --
3  (By Ms. Thompson)
4     Q.  Would you look at Exhibit -- the Cobb article.
5  I don't recall what exhibit that is.  The Argument for
6  Lightweight Polypropylene Mesh in Hernia Repair.
7     A.  That's Exhibit 6.
8     Q.  And on page 67, degree of shrinkage, in that
9  first paragraph, it states, All available meshes,
10  regardless of their composition, experience a 20 to
11  50 percent reduction in their initial size.
12        Would you agree with that?
13     A.  Which sentence you are talking about?
14     Q.  Page 67, the paragraph head is Degree of
15  Shrinkage.  And it states, All available meshes,
16  regardless of their composition, experience a 20 to
17  50 percent reduction of their initial size.
18     A.  It's not clear whether it's the mesh fiber,
19  like the diameter of the fiber, has been reduced to 20 to
20  50 percent or the overall mesh fiber after implantation
21  become reduced to size.  I'm not sure.
22     Q.  Okay.  I was just asking if the article stated
23  that.
24     A.  Right.  Then, again, for the articles like
25  cited usually if you use the information from articles,

1  then without evidence of -- similar evidence to support
2  for this particular patient, I don't know how can you
3  conclude that.  That's another thing.
4     Q.  So you're not aware of any articles that
5  correlate the shrinkage and contraction of a
6  transobturator tape with urinary symptoms?
7        MR. SNELL:  Form.
8        Go ahead.
9     A.  I'm not aware of that.
10  (By Ms. Thompson)
11     Q.  But if that did exist, then your claim that
12  Dr. Iakovlev's opinions has no scientific basis would be
13  false, correct?
14     A.  No.  Because, as I said, he said all these
15  symptoms are related to the mesh migration and shrinking.
16  That's the statement.  Then he used this statement to
17  refer to this particular patient.  But meanwhile he did
18  not provide evidence of shrinking as well as evidence of
19  migration.
20        Therefore, he used one concept from one
21  place to apply to this particular patient.  That's the
22  reason I say there is no scientific basis.
23     Q.  So are you suggesting that if you have
24  literature that says that a patient's symptom can be
25  caused or is caused by a particular situation and you

1  have a patient that has that same situation, that not --
2  that you -- that if you make the opinion that in this
3  patient that you're looking at her symptom is caused by
4  the same situation, that that has no scientific basis?
5        MR. SNELL:  Form.
6        Go ahead.
7  (By Ms. Thompson)
8     Q.  Is that what you're saying?
9     A.  I think you can understand it that way.  But I
10  can give you another scenario.  Many other patients,
11  without any removal of those implants, they may have more
12  or less same symptoms.  Then can you say, okay, since you
13  have these symptoms, you must have shrinking or migration
14  of the mesh?  Can you say that?  No.
15     Q.  I believe you can have a different opinion,
16  but can you say that it has no scientific basis when
17  there are plenty of articles that address exactly this?
18  That's my question.
19        MR. SNELL:  Form.
20  (By Ms. Thompson)
21     Q.  Are you disagreeing with Dr. Iakovlev, or are
22  you saying that he has no scientific basis?
23        MR. SNELL:  Form, foundation, asked and
24  answered.
25     A.  Based on this particular patient, yes, he has

Wenxin Zheng, M.D.

## Page 194

1  no scientific basis to say -- to make this statement.
2  (By Ms. Thompson)
3      Q.   Okay.  I'll leave it.
4          Number three, your opinion is that the --
5  this pure scar thing, which I have not seen a definition
6  for in the literature, but you're saying that the
7  hardening and deformation does not occur until the scar
8  is mature?  Am I interpreting that correctly?
9          MR. SNELL:  No.  Form.  Move to strike
10 your earlier comment about your perusal of the
11 literature.  And misstates his opinion.  He says the
12 theory about mesh hardening and deformation.
13 (By Ms. Thompson)
14     Q.   You can answer my question.
15     A.   Can you repeat your question, please?
16     Q.   You're saying that your findings do not
17 support Dr. Iakovlev's opinion that the hardening and
18 deformation of the mesh is induced by scar formation
19 within the mesh?
20     A.   Correct.  Basically we have -- I have found
21 good tissue integration within the mesh pores.  Okay?
22 So, therefore, there is no pure scar formation.
23     Q.   But there is fibrosis, correct?
24     A.   As I said, we have fibrosis.  We have a mild
25 degree of fibrosis.

## Page 195

1      Q.   And is there any areas that you can point me
2  to in either Dr. Iakovlev's or your slides that have
3  loose connective tissue?
4          And, if so, what percentage would you say
5  have loose connective tissue versus scar -- versus
6  fibrosis, which, at least by Robbins, is the same as
7  scar?
8          MR. SNELL:  Form.
9      A.   For instance, here, he interpret this area in
10 his Figure 5 on page 21, see on the top panel, we have
11 two mesh fibers.  One is on the top, the other in the
12 bottom.  Do you see that?
13 (By Ms. Thompson)
14     Q.   21, correct?
15     A.   Yeah.  Right?  Okay.  And then this area
16 basically showing here you can have loose connective
17 tissue.
18     Q.   And so do you disagree with Dr. Iakovlev who
19 described that as edema?
20     A.   I disagree because there's, you know, no
21 evidence saying this is edema.  It's -- basically it's a
22 lucency of this area.  Less fibro-connective tissue.
23     Q.   And do you see the structures that --
24          Actually, let me get that out.  Page 21.
25

## Page 196

1          (Marked for Identification:
2          Deposition Exhibit No. 16)
3  (By Ms. Thompson)
4      Q.   So this is 21.  It's not as good as the
5  picture electronically.
6      A.   Right.
7      Q.   But could you mark that with a Sharpie.  And
8  if that's loose connective tissue, would you just write
9  LCT on that or whatever.
10     A.   Then here is more dense, okay, DT.  One is
11 LCT, one is --
12     Q.   Okay.  And do you see what Dr. Iakovlev
13 identifies as congested vessels?
14     A.   Yes.
15     Q.   And would you agree that that is a congested
16 vessel --
17     A.   That's fine.
18     Q.   -- vessels?
19          Okay.  So go ahead and put on this one I
20 handed you the congested vessels.
21     A.   He already point out.  I agree that.
22     Q.   Yeah.  So just agree.  You can still mark it
23 even if you agree on where you see congested vessels.
24          And would you agree with me that congested
25 vessels are often associated with edema?

## Page 197

1      A.   They can be associated.  Can be also related
2  to the surgical procedure.
3      Q.   Well, would it be related to the surgical
4  procedure a year or five years later?
5      A.   Because -- yes, sure, sure.
6      Q.   Unless there's mesh?
7      A.   No.  You have removed the specimen.  Then
8  before specimen removed, then some area like vessels
9  being clamped to stop the bleeding, then those area may
10 represent congested vessels.  Then as soon as congestion
11 is present, after fixation they are always present, so no
12 matter how many years later.
13     Q.   Number four, Dr. Iakovlev performed a stretch
14 test.  How can you tell from the pictures that the mesh
15 retained pores well over one thousand microns?  Could you
16 please explain that to me?
17     A.   Which one you are talking?  Number four?
18     Q.   Number four, your criticisms of Dr. Iakovlev's
19 report.
20     A.   So he performed the test, the stretch test.
21 Basically I think he created by himself.  I don't know.
22 I never see such a test being published in the
23 literature --
24     Q.   And I don't --
25     A.   -- as a valid kind of test for -- to test

Wenxin Zheng, M.D.

Page 198

1    whether this kind of material is stretchable or
2    nonstretchable.
3        Q.    As a pathologist trying to determine the cause
4    of a particular condition or situation, do you have to
5    have a published protocol to do your experiment to help
6    you understand what is going on with a patient's
7    pathology?
8        A.    Oh, definitely.  You need even IRB,
9    Institutional Review Board, to approve for any test
10   applied for the patient.
11       Q.    So if I gave you this and you were trying to
12   understand how mesh works in the body, you would need IRB
13   approval to stretch it and see what happened with the
14   mesh?
15       A.    Nobody is doing that, because I -- based on my
16   understanding these medical device, before release to the
17   market, a proper test should have been done.
18       Q.    What tests?
19       A.    And, plus, as a pathologist, even single mesh
20   you stretch them, then try to conclude something, these
21   all nonsense, because you never can conclude something
22   based on this kind of just pull and then say something,
23   you know, this is the test.  Say after stretching, then
24   it will change the pore.
25       Q.    What tests were done on TVT-O before it came

Page 199

1    to market?
2        A.    These are very specific question.  I don't
3    know what kind of tests have been performed.
4        Q.    You don't know any tests that were done on
5    TVT-O?
6        A.    That belongs to material.  That's not in my
7    specialty.
8        Q.    And you don't know any clinical testing done
9    on TVT-O prior to being brought to market?
10       A.    I believe there have -- there have been like a
11   safety test and then efficiency test and animal studies
12   as well as some human population studies before that.
13       Q.    So what efficiency tests would have to be done
14   prior to marketing?
15       A.    Again, I'm not in this field.  You know,
16   usually what specifically related to this question, I can
17   tell you I don't know.
18       Q.    And what safety tests would need to be done
19   before bringing it to market?
20       A.    Safety tests in general should have, first of
21   all, it's safe.  That means do not generate systemic or
22   local toxicity for tissue, for human tissue.  Okay?
23       Q.    And that would need to be human tissue,
24   correct?
25       A.    Right.  Correct.

Page 200

1        MS. THOMPSON:  We can break.
2        THE VIDEOGRAPHER:  Off the record 5:24.
3    This concludes tape number four.
4        (Recess taken.)
5        THE VIDEOGRAPHER:  On the record 5:36.
6    This begins tape number five.
7        THE WITNESS:  Can I add something before
8    you -- we proceed?
9        MS. THOMPSON:  Yes.
10       THE WITNESS:  Regarding S100 nerve-related
11   issues, I think that Dr. Iakovlev's report, page 18,
12   Figure 3a, and we discussed these brown spots present not
13   only in the submucosal area, also I want to emphasize
14   these brown spots also present in the squamous mucosa.
15   Okay?
16       And then this figure is relatively small,
17   so within the similar field, I took the picture which
18   presented in my report in Figure 6, and then this is
19   blowup for that picture.  See that?  You can see these
20   spots not only present in the sub -- this is squamous
21   mucosa, these are submucosa area, which should have
22   nerve.  Then here in the mucosa should not have any
23   nerve, but still has lots of brown spots.  Okay?  This is
24   one point.
25       And then to illustrate the point of S100

Page 201

1    is nonspecific, I used neurofilament staining, which
2    shows in my report, I think Figure 7, page 16.  This is
3    relatively small one, so, therefore, this is a blowout
4    picture.
5        Here you can see the mucosa area and
6    submucosa.  Submucosa area it's a darker stain, it's
7    relatively brown or black staining here.  These identify
8    very tiny nerve fibers.  They're true nerve fibers, which
9    is also based on morphology, not identifiable if I read
10   H&E, because that's too small.
11       However, they can be clearly identified by
12   using neurofilament staining, which you can see within
13   the mucosa, squamous mucosa, there is no any single black
14   or neurofilament staining.
15       (Marked for Identification:
16       Deposition Exhibit No. 17)
17   (By Ms. Thompson)
18       Q.    We'll mark your neurofilament as 17.
19       But you will agree with me that the only
20   nerves that Dr. Iakovlev comments on as nerves are those
21   here in the submucosa?  He doesn't say anything about
22   anything in the mucosa, correct?  Is that correct?
23       A.    It's partially correct.  Mainly because he
24   also said all these brown stainings are -- nerve stains
25   brown.

Wenxin Zheng, M.D.

Page 202

1    Q.   Okay.  I'm just going to read the caption on
2  that figure that you have shown us, and it says,
3  Ms. Edwards' specimen.  The nerves are running between
4  the hard mesh and the mucosa.  At this location an
5  external pressure intercourse can compress the nerves
6  against the hardened mesh.
7         And, Dr. Zheng, at the break I promised --
8    A.   I --
9    Q.   There's no question on the table.
10   A.   I understand.  But I did not finish my
11  statement yet.
12   Q.   I just have a certain amount of time, so I'm
13  going to ask that we move on.
14   A.   Okay.
15   Q.   And I also promised the court reporter at the
16  break that we would try to do better about not
17  interrupting each other and talking over each other, so
18  let's try to do that.
19   A.   Okay.  So which page?
20   Q.   Does pressure on a nerve cause pain?
21   A.   Which page we at?
22   Q.   I'm not on a page.  I'm just asking a
23  question.
24   A.   Okay.
25   Q.   Does pressure on a nerve cause pain?

Page 203

1    A.   Pressure on nerve, in general, can cause pain.
2    Q.   And how many nerves does it take to cause
3  pain?
4    A.   How many nerves?  I can't quantify how many
5  nerves can cause pain.  I'm not in the field to tell you
6  or to answer this question.
7    Q.   So you can't say one way or the other how many
8  nerves you have to have to cause pain?
9    A.   I can't say that.
10   Q.   Can one nerve cause pain?
11   A.   If you want to say like, in general, can nerve
12  cause pain, then yes.  Then meanwhile, without nerve, can
13  the patient feel pain?  Also yes.
14   Q.   Are you a pain expert?
15   A.   No.
16   Q.   Does polypropylene degrade in the human body?
17   A.   Based on my understanding, polypropylene mesh
18  is considered as a nondegradable biomaterial, number one.
19        Number two, even they have sort of -- I'm
20  aware the literature, some literature saying possible
21  degradations.  Then this amount of degradation, based on
22  my understanding, is not going to cause overall property
23  of the mesh.  Therefore, it's not going to cause
24  functional change.
25   Q.   And what is your basis for saying that

Page 204

1  polypropylene is nondegradable in a human body?
2    A.   Because what I have seen from my practice, I
3  did not see any evidence of these degradation.
4    Q.   Have you looked for degradation in your
5  practice?
6    A.   I looked from under microscope.
7    Q.   And what would you -- what were you looking
8  for?
9    A.   For instance, degradation is typically like
10  missing a piece, right?  Number one.
11        Number two is irregular in certain area or
12  surface area become irregularity.  All right?  Then some
13  maintains like -- or partially at least maintain the mesh
14  property.
15   Q.   Have you looked for surface area
16  irregularities in your practice?
17   A.   Yes.
18   Q.   How?
19   A.   Under microscope, turn on a higher power.
20   Q.   Have you looked at surface irregularities
21  under electron microscope?
22   A.   No.
23   Q.   And what is your -- what is the basis for your
24  opinion that -- so the basis for your opinion that it's
25  nondegradable is your personal experience of looking for

Page 205

1  degradation under the microscope, correct?
2    A.   Correct.
3    Q.   What was the methodology that you used for
4  that?
5    A.   I just used my eye, observe.
6    Q.   So you eyeballed it to see?
7    A.   Eyeballed it, right.
8    Q.   And the opinion that if it were to occur, that
9  you say that there's some literature that it might -- did
10  I represent that correctly?  That it would not cause any
11  functional change; is that correct?
12   A.   Correct.
13   Q.   And what's your basis for that opinion?
14   A.   Because, for instance, if you -- if somebody
15  magnify into electron microscopic level, that means maybe
16  several thousand magnifications, then that means you are
17  looking for very tiny, tiny areas.  These tiny areas is
18  not going to change the overall situation.
19   Q.   Are you aware that polymers, plastics,
20  including polypropylene, harden when there's surface
21  degradation?
22        MR. SNELL:  Foundation.
23   A.   I believe, in general, all these plastic
24  material, you know, exposed to environment to certain
25  time period, yes, they may change and become hardened or

Wenxin Zheng, M.D.

Page 206

1  change their physical property. That's in general, yes.
2  (By Ms. Thompson)
3      Q.   As a pathologist, would you agree that if
4  there's degradation, it would perpetuate an inflammatory
5  response or exaggerate an inflammatory response?
6          MR. SNELL: Form.
7      A.   I have no evidence to say yes or no.
8  (By Ms. Thompson)
9      Q.   So you don't know one way or the other?
10     A.   Correct.
11     Q.   Do you feel like surface degradation and
12  cracking would -- could harbor bacteria in the surface of
13  the mesh?
14     A.   I have no evidence to say.
15     Q.   You have no opinion one way or the other?
16     A.   Correct.
17         MS. THOMPSON: I'm going to show you
18  representative articles of degradation, and I want your
19  opinion on whether these articles say that degradation
20  may be possible or whether they say degradation occurs.
21         I'm going to mark this as Exhibit 18.
22  It's Costello's article, Materials Characterization of
23  Explanted Polypropylene Hernia Meshes.
24         (Marked for Identification:
25         Deposition Exhibit No. 18)

Page 207

1  (By Ms. Thompson)
2      Q.   And without going through the entire article,
3  could you just read the last sentence of the abstract.
4      A.   Yes, I did.
5      Q.   And what does it say?
6      A.   It says the results overall supported the
7  hypothesis that oxidation is involved with the
8  degradation of polypropylene hernia mesh materials.
9          Here several things are different.  One is
10  this is hernia mesh.  The other is I don't know what kind
11  of study method they are using.  And then what is the
12  results they are getting.  Okay?  Then also whether these
13  findings correlate to the overall function of the mesh.
14         So all these questions are unanswered.
15  Therefore, I'm not able to provide my opinion regarding
16  this article.
17     Q.   In the abstract it also says there are several
18  complications associated with the use of mesh that may be
19  due to the chronic inflammatory reaction to the mesh or a
20  loss of compliance after degradation of the material.
21         Is that what the abstract says?
22     A.   Abstract says in that way.
23     Q.   And mesh contraction and migration can also
24  occur, sometimes resulting in recurrence, at least for
25  hernia.  Is that what it says?

Page 208

1      A.   It says in that way, that's true.
2      Q.   In the introduction, second paragraph, it
3  says, There are many potential sources of chronic pain,
4  including stiffening of the abdominal wall due to an
5  intense inflammatory reaction to the mesh material.  In
6  addition, nerve damage may result in entrapment into the
7  scar tissue or from the mesh fixation method utilized in
8  the surgical procedure.  It is possible that an ongoing
9  inflammatory response to the permanent implant is
10  responsible for these complications.
11         Is that what it says?
12     A.   This paper says in that way.
13     Q.   And when was this published?
14     A.   I believe that's 2007.
15     Q.   And there are pictures contained in this
16  article, scanning electron micrographs, of polypropylene
17  mesh with transverse cracks, blisters and peeling fibers.
18  Would you agree?
19         MR. SNELL: Foundation.
20     A.   I'm not expert to evaluate these photographs
21  whether, you know, these are truly cracks or not cracks.
22         MS. THOMPSON: I'm going to give you
23  another article.  This is one by Clave that specifically
24  looks at mesh explants from transvaginal surgery.
25

Page 209

1          (Marked for Identification:
2          Deposition Exhibit No. 19)
3  (By Ms. Thompson)
4      Q.   And what is the title of this article?
5      A.   The title says, Polypropylene mesh as a
6  reinforcement in pelvic surgery is not inert:
7  Comparative study of 100 explants.
8      Q.   And this article also includes pictures
9  demonstrating degradation on the surface of various
10  different kinds of mesh, correct?
11         MR. SNELL: Foundation.
12  (By Ms. Thompson)
13     Q.   On page 263, there are several different kinds
14  of mesh listed, and then there are pictures, the intact
15  column and a degraded column, correct?
16     A.   Based on that article, they list it in that
17  way.
18     Q.   And in the last -- in the conclusion, the
19  second paragraph, it says, The polypropylene implants
20  degraded more in the presence of an acute infection or
21  chronic inflammation.  Is that what that says?
22     A.   It say so.
23         (Marked for Identification:
24         Deposition Exhibit No. 20)
25

Wenxin Zheng, M.D.

Page 210

1  (By Ms. Thompson)
2      Q.   Another article is Exhibit 20.  Could you read
3  me the title of that article?
4      A.   Comparison of the In Vivo Behavior of
5  Polyvinylidene Fluoride and Polypropylene Suture Used in
6  Vascular Surgery.
7      Q.   You did better than I would have done.
8           And at the bottom of that page, you'll see
9  a number that says ETH.MESH with a number.  Would you
10  just read that, also?
11      A.   In abstract?
12      Q.   On the front page at the bottom left-hand
13  corner.
14           MR. SNELL:  There is no F mesh.  What are
15  you talking about?
16           MS. THOMPSON:  I believe the one marked as
17  an exhibit does.  That one must have been cut off in the
18  printer.
19           THE WITNESS:  I don't know if you --
20  (By Ms. Thompson)
21      Q.   Let me see the front of your...
22           Yeah.  Would you just read this right
23  here?
24      A.   Oh.  Yeah.  ETH dot MESH dot these numbers.
25      Q.   Could you read the numbers?

Page 211

1      A.   0584559.
2      Q.   And did you already say when the article was
3  published?  I can't remember.
4      A.   That's in 1997.
5      Q.   And would you agree that polypropylene mesh is
6  the same material as Prolene suture?  Prolene mesh is
7  polypropylene or Prolene suture?
8           MR. SNELL:  Form.
9           Go ahead.
10      A.   I think I have that impression.  They're the
11  same material.
12  (By Ms. Thompson)
13      Q.   And could you read just the last couple of
14  sentences of the abstract, starting with, After one and
15  two years in vivo?
16      A.   After one and two years in vivo, the explanted
17  polypropylene sutures showed visual evidence of surface
18  stress cracking.  This was not found within the explanted
19  polyvinylidene fluoride sutures.
20      Q.   And this article also provides pictures that
21  didn't reproduce very well but that also show surface
22  changes in Prolene suture, correct, explanted Prolene
23  suture?
24           MR. SNELL:  Form.
25      A.   I think, based on this article, you can say

Page 212

1  that way, because it say so.
2  (By Ms. Thompson)
3      Q.   And then on the very last page, the first
4  paragraph, it says, The phenomenon of surface oxidation
5  is one -- only one of a series of steps in the
6  degradation process.
7           It goes on to say that the degradation of
8  polypropylene monofilaments involves surface
9  embrittlement and crack formation and the loss of
10  mechanical properties.
11           What does surface embrittlement mean?
12           MR. SNELL:  Form.
13           Go ahead.
14  (By Ms. Thompson)
15      Q.   To you?
16      A.   To me, that means maybe make it very easy to
17  get cracked.  Is that right?
18      Q.   So as it cracks, it becomes easier to crack?
19  Is that what you're saying?
20      A.   I think so.  That's what that means.
21      Q.   And what does it mean by the loss of
22  mechanical properties?
23      A.   So from these wordings or phrases, basically
24  the original physical property has been changed.  That
25  means loss of these physical properties.

Page 213

1      Q.   And that would occur with a material that
2  degrades, that the physical properties change, correct?
3      A.   Based on that article.
4           MR. SNELL:  Form.
5           MS. THOMPSON:  I'm going to hand you a
6  stack of articles -- a stack of documents that I don't
7  have stapled together, and I should.
8           Does anybody have a paper clip?
9  (By Ms. Thompson)
10      Q.   And what is the letterhead on these documents
11  that I just handed to you, Dr. Zheng?
12      A.   It says, Crack depth in explanted Prolene
13  polypropylene sutures.
14      Q.   And what is at the very top of the document as
15  far as the letterhead of the company?
16      A.   That's Ethicon.
17      Q.   Okay.  And the date of the document that
18  you're looking at?
19      A.   That's June 15, 1982.
20           THE COURT REPORTER:  Are you marking this
21  one?
22           MS. THOMPSON:  Yes.  I'm going to mark
23  that whole stack.  I was kind of waiting until I got a
24  paper clip.
25           Sorry, Dr. Zheng.  Would you mind handing

Wenxin Zheng, M.D.

Page 214

1  me yours back.  Thank you.
2        (Marked for Identification:
3        Deposition Exhibit No. 21)
4        MR. SNELL:  What number?
5        Twenty-one, you said?
6        MS. THOMPSON:  I think Dr. Zheng's were in
7  a little different order from mine and maybe even from
8  yours, too.  We'll go ahead and find it as he does it.
9  (By Ms. Thompson)
10      Q.  So the title of this document from Ethicon in
11  1982 was Crack Depth in Explanted Prolene Polypropylene
12  Sutures, correct?
13      A.  Correct.
14      Q.  And the purpose of the study was, just reading
15  from the first line, to determine the best estimates for
16  the penetration depth of surface cracks, correct?
17      A.  I believe so, yes.
18      Q.  And would you just read to me the beginning of
19  the paragraph, next paragraph that starts with the 10-0
20  sutures?
21      A.  10-0 sutures showed surface cracks after one
22  to two years implantation; in the larger sutures after
23  seven and a half years but not at a five, although -- in
24  parentheses, although cracks could be induced by abrasion
25  on the five-year explant, as previously reported by

Page 215

1  Dr. Borysko.
2        Q.  What does that mean to you?
3        A.  I think basically these sentence means the
4  sutures may have showed evidence of surface cracks,
5  basically.
6        Q.  And are surface cracks an indication of
7  degradation?
8        MR. SNELL:  Form.
9        A.  I can't look at this equal, because I don't
10  know, number one.
11  (By Ms. Thompson)
12      Q.  So you don't know if degradation causes
13  surface cracks?
14      A.  I don't know that.  All right?  Then, also, I
15  think all these synthetic material, if I use a scenario
16  like tires in a car, these tires, after running for a
17  while, then you have -- you have to replace.  They get
18  wear and tear.  That's the situation.  I understand
19  everything getting old have to be replaced.  It's not
20  like, you know, if you are putting outside and even you
21  are exposing to sunshine, then everything get oxidized or
22  degraded.
23      Q.  So you're comparing this to wear and tear of
24  the polypropylene suture over time, correct?
25        MR. SNELL:  Form.

Page 216

1        A.  No.  I don't want to go too far, because I
2  already stated I'm not expert -- material expert, so this
3  is beyond my expertise.  I'm a pathologist.  Right?  You
4  are asking bunch of questions regarding whether these
5  tests or related things can prove whether there is --
6  this material is degradable or not.  I'm not able to
7  answer that, because I don't have expertise for this.
8  (By Ms. Thompson)
9        Q.  So degradation -- you would consider
10  degradation to be beyond your expertise?
11      A.  Overall, for this situation, yes, for this
12  particular situation.  I don't mean for everything.
13      Q.  So you don't intend to give any opinions about
14  degradation in the Edwards and Huskey trials?
15      A.  That's not true, because Dr. Iakovlev already
16  mentioned bark-like issues.  He provide the pictures
17  demonstrate the bark.  And then based on my experience, I
18  examined those.  Then also I showed -- used his same
19  methods, like polarization versus nonpolarization
20  conditions.  Then I can't, you know, repeat his
21  observation, then meanwhile provide my observation to
22  that.
23        If he is thinking that kind of bark-like
24  material represents degradation, then basically I can say
25  there is no convincing evidence at all, because I can

Page 217

1  simply explain those bark-like area actually is better
2  interpreted as degenerated collagen bundles.
3        Q.  Okay.  Well, let's -- that's the next thing I
4  was going to do anyway.
5        A.  It's better that way.
6        Q.  Okay.  So we'll go to that.  But anything
7  related to materials and polypropylene degradation, you
8  don't feel like you're qualified to testify about that?
9        A.  Correct.
10      Q.  All right.  Let's go to page 58, if you want
11  to have the -- Dr. Iakovlev's report, if you want to
12  have clearer pictures, but I'm also going to be handing
13  you --
14      A.  58?
15      Q.  58.  If you would look at this picture.
16        MR. SNELL:  Does it have a legend in the
17  report?
18        MS. THOMPSON:  No.  I'm showing the
19  photograph.
20        MR. FABRY:  TE1 is the figure.
21        MS. THOMPSON:  And this is TE1.  This is
22  from Tonya Edwards' case.
23  (By Ms. Thompson)
24      Q.  What do you see in this picture?
25      A.  This picture basically shows -- it's a lower

Wenxin Zheng, M.D.

| Page 218 |
|---|
| 1  power, first of all, showing mesh fiber and mesh fiber |
| 2  with spaces as well as fibro-connective tissue. |
| 3      Q.   And do you -- okay.  Let's look at the |
| 4  fibro-connective tissue. |
| 5      A.   Yes. |
| 6      Q.   And use your marker, and I assume you are |
| 7  calling that fibrosis, correct? |
| 8      A.   This is very lower power.  Okay? |
| 9      Q.   So from that power you can't determine what -- |
| 10     A.   Basically I say it's a soft tissue or |
| 11  fibro-connective tissue in the lower power.  Then if you |
| 12  want to estimate or give the evaluation of the degree of |
| 13  fibrosis, then you need to turn on higher power then to |
| 14  identify those cellular components. |
| 15     Q.   Okay.  So do you agree with Dr. Iakovlev that |
| 16  this represents deformed curled mesh? |
| 17     A.   No, I do not agree.  I disagree. |
| 18     Q.   And explain to me what you think it |
| 19  represents. |
| 20     A.   This can simply represent the tangential cut |
| 21  of the mesh fiber. |
| 22     Q.   Explain to me how you get a tangential cut of |
| 23  the mesh fiber that has some of the areas where the fiber |
| 24  were circular and some areas of the fiber length-wise? |
| 25     A.   Because -- |

| Page 219 |
|---|
| 1          MR. SNELL:  Form. |
| 2          Go ahead. |
| 3  (By Ms. Thompson) |
| 4      Q.   If the mesh is not curled? |
| 5      A.   Okay.  First of all, curled or not curled |
| 6  is -- should be estimate or evaluated with an in vivo |
| 7  condition.  This is already explanted material.  As you |
| 8  can see from one of these gross pictures, that picture, |
| 9  that picture is after explant from the patient body.  The |
| 10  tissue already being fixed into the formalin for a long |
| 11  time. |
| 12         Then this fixation will create lots of |
| 13  artifact, because the fixation process will get rid of |
| 14  the water, number one; number two, will make the protein |
| 15  cross linking to each other, therefore will change the |
| 16  original position of the mesh.  Therefore, you see |
| 17  these -- some of these tissues is not straight.  They |
| 18  curve. |
| 19     Q.   So you're saying that formalin can actually |
| 20  cause mesh that's encased in scar to curl after it's |
| 21  removed from the body?  Is that what you're saying? |
| 22         MR. SNELL:  Form. |
| 23     A.   Yes.  The fixation process will change, that's |
| 24  number one, yes, for sure. |
| 25 |

| Page 220 |
|---|
| 2  (By Ms. Thompson) |
| 2      Q.   So the fibers of the mesh are encased in scar, |
| 3  but when you put it in formalin, it can cause it to curl |
| 4  and deform as a result of the formalin.  Is that what |
| 5  you're saying? |
| 6      A.   Right. |
| 7          MR. SNELL:  Form. |
| 8      A.   Let's put things in a simple way.  You |
| 9  have fresh tissue.  Okay.  Is one shape, like a string. |
| 10  You remove the tape from that particular patient, it's |
| 11  one piece of tissue.  Then after fixation, then one piece |
| 12  of tissue will change shape for sure. |
| 13  (By Ms. Thompson) |
| 14     Q.   How do you get mesh fibers running |
| 15  perpendicular to the vaginal surface, the vaginal mucosa, |
| 16  if there's no deformation? |
| 17         MR. SNELL:  Foundation on that. |
| 18     A.   Because I think if you -- you have to |
| 19  understand those so-called... |
| 20         All right.  In my report, Figure 1, TVT |
| 21  mesh.  All right?  This is a perfect condition.  It's |
| 22  before implant.  Yeah, just like that.  Okay? |
| 23         And then you can imagine after the tape |
| 24  implanted into human tissues, they already change some |
| 25  shape in certain degree.  Do you understand that? |

| Page 221 |
|---|
| 1  (By Ms. Thompson) |
| 2      Q.   I'm going to hand you this piece of TVT mesh. |
| 3          MR. SNELL:  I'm going to object to this |
| 4  demonstrative, which is totally unscientific and |
| 5  certainly it hasn't been implanted. |
| 6  (By Ms. Thompson) |
| 7      Q.   I want you to take -- |
| 8          MR. SNELL:  Hold on.  It hasn't been |
| 9  implanted.  And it certainly has no relevance or bearing |
| 10  to Mrs. Edwards or Mrs. Huskey, for that matter.  There |
| 11  is no reliable scientific indicia that this is |
| 12  representative of these particular cases for whatever |
| 13  this demonstrative is, and I'm actually going to object. |
| 14  (By Ms. Thompson) |
| 15     Q.   Take the scissors, Dr. Zheng, and cut a |
| 16  portion of the mesh.  And let's not use this part.  Let's |
| 17  use this fresh part that still has the sheath on it.  Cut |
| 18  a piece -- |
| 19         MR. SNELL:  Hold on.  No, he's not cutting |
| 20  mesh.  He's not here to perform science experiments for |
| 21  you.  He's here to answer your questions.  So you can |
| 22  take that back.  That's not going to happen in my |
| 23  deposition. |
| 24  (By Ms. Thompson) |
| 25     Q.   All right.  I'm going to cut the mesh and hand |

Wenxin Zheng, M.D.

Page 222

1 you a piece of mesh. It's covered with a plastic sheath
2 that I'm going to remove.
3         And as a pathologist, I want you just to
4 hold that piece of mesh and tell me what the edges feel
5 like.
6     A.    The edge is not smooth.
7     Q.    Is it sharp?
8         MR. SNELL: Form.
9     A.    I don't think it can be considered as sharp.
10 (By Ms. Thompson)
11     Q.    Is it soft?
12     A.    Overall the mesh is soft.
13     Q.    The edges, are the edges soft?
14         MR. SNELL: Form.
15     A.    You have some kind of pointings.
16         But I think your original question was
17 asking what's my interpretation why some of these mesh
18 perpendicular to the others, right?
19 (By Ms. Thompson)
20     Q.    Okay. That's not a question on the table.
21         Go ahead and pull that mesh just a little
22 bit yourself.
23         MR. SNELL: No, no, no. You're not doing
24 that.
25         This is not an experiment. It's a

Page 223

1 deposition. You can ask him questions.
2         MS. THOMPSON: I can hand him a piece of
3 TVT mesh and --
4         MR. SNELL: No. He is not going to be
5 stretching the mesh.
6         Dr. Zheng, you can give it back to her.
7         MS. THOMPSON: Okay. Well, let the record
8 reflect --
9         MR. SNELL: That's fine.
10         MS. THOMPSON: -- that I --
11         MR. SNELL: I will put on the record --
12         MS. THOMPSON: I'm talking.
13         MR. SNELL: -- I gave it back to you. I
14 gave it back to you. We're not here to do experiments
15 for you. We're here to answer questions. This is a
16 legal proceeding, a deposition; it's questions asked, he
17 answers them.
18         MS. THOMPSON: And the legal proceeding is
19 about the piece of mesh that I just handed to Dr. Zheng.
20 (By Ms. Thompson)
21     Q.    Dr. Zheng, have you ever felt a TVT mesh
22 before, before today when I just handed you this one?
23     A.    No, because there is no reason for me to do
24 this.
25     Q.    Okay. So there's no reason for you to see or

Page 224

1 feel the mesh that you're testifying about today?
2     A.    Before surgery, I don't do that, because when
3 I examine the specimen, that's explanted material.
4     Q.    Okay. Let's move to --
5     A.    But I did not answer your question regarding
6 the perpendicular situation, because we were interrupted
7 by other questions.
8     Q.    Okay. How do you explain the perpendicular
9 orientation of mesh?
10     A.    So perpendicular interpretation is you can see
11 this picture, see these knitted area, original, just like
12 you have. This is a blowup so you can see better. Then
13 you have these knots area. These knotted area, if you
14 cut in the tangential or perpendicular way, then you see
15 these different shape of the mesh fibers, and they cross
16 link to each other.
17     Q.    And my question is, how can you cut a mesh
18 that's embedded in formalin, encased in fibrosis, in a
19 way to get some of the fibers cross sectioned and some of
20 the fibers length-wise and some of the fibers in every
21 other which way?
22         MR. SNELL: Hold on. Form. I'm going to
23 object on foundation, too, because we don't know what
24 your person did with it.
25

Page 225

1 (By Ms. Thompson)
2     Q.    Is it possible to deform a mesh when you put
3 it into the paraffin processor?
4     A.    After fixation process --
5     Q.    That's not my question. Is it possible to
6 deform the mesh when you put it in the tissue processor?
7         MR. SNELL: You mean in the machine?
8         MS. THOMPSON: Yes.
9 (By Ms. Thompson)
10     Q.    For the person that's putting the mesh in the
11 tissue processor to actually deform the mesh as it's put
12 in, before it's put in?
13     A.    No. I don't think that the machine will cause
14 this problem. However --
15     Q.    Let's move on to the next question. Let's
16 look at Figure, on page 59, TE2.
17         THE COURT REPORTER: Are you marking
18 these? You didn't mark the last one.
19         MS. THOMPSON: Oh, I need a new batch.
20 Thank you.
21         (Marked for Identification:
22         Deposition Exhibit No. 22)
23         MR. SNELL: Is that 22?
24         MS. THOMPSON: Yes.
25

Wenxin Zheng, M.D.

Page 226

1      (Marked for Identification:
2      Deposition Exhibit No. 23)
3  (By Ms. Thompson)
4      Q.   And this is also a slide from Tonya Edwards'
5  case, correct?
6      A.   Correct.
7      Q.   And this is actually what we were discussing
8  about the mesh being perpendicular to the surface,
9  correct?
10     A.   But based on what he says, correct.
11     Q.   And is it your opinion that this orientation
12 of the mesh to the vaginal mucosa, in other words,
13 perpendicular to the vaginal mucosa, is caused by the
14 fixation process?
15     A.   I think he presented this picture in a totally
16 wrong concept, okay, because the surgeon removed the
17 mesh.  First of all, in vivo condition the surgeon
18 removed the mesh.  He never describe any like migration
19 or become -- mesh become perpendicular.
20          The mesh, this gross picture, this mesh is
21 like five to six centimeter in size.  If it's
22 perpendicular, that means the mesh is going to penetrate
23 from anterior vaginal wall to the posterior wall or to
24 the skin.  That's six centimeter size perpendicular.
25          How that can happen?  Right?  Do you

Page 227

1  understand what I'm talking?
2      Q.   I'm -- can you look at that mesh and see how
3  it's curled?  And if you have a mesh that's curled under
4  a mucosa, that's going to be perpendicular, correct?
5          MR. SNELL:  Foundation, form.
6      A.   No.  He said -- what he said perpendicular is
7  this like mucosa, then this mesh.
8  (By Ms. Thompson)
9      Q.   No.  What he's saying is this is the mucosa.
10 The mesh is curled.  So if you section it in this area,
11 you're having curled mesh perpendicular to the mucosa.
12          I don't think anybody says the mesh is
13 coming in perpendicular.
14          MR. SNELL:  Hold on.  Form and foundation
15 on your interpretation of what Dr. Iakovlev said and what
16 he's done with this mesh.
17 (By Ms. Thompson)
18     Q.   Okay.  What is your explanation for the
19 appearance of perpendicular mesh in this?  I don't want
20 what Dr. Iakovlev says.  I want your interpretation of
21 why the mesh is perpendicular in this photo.
22          MR. SNELL:  Foundation.
23          Go ahead.
24     A.   First of all, I never understand this is
25 perpendicular, because there is no -- this is perfect

Page 228

1  example of the mesh associated with the mucosa.  Because
2  when the surgeon cut the mesh, then one end or one part
3  was part of the mucosa is very normal procedure.  Okay?
4  You have to cut it open, then remove, then some of the
5  end will attach to the -- one end will attach to the
6  mucosa.  That's very reasonable.
7  (By Ms. Thompson)
8      Q.   Isn't this mesh encased in fibrosis?
9      A.   As I said, the degree of fibrosis is mild.
10     Q.   But this isn't free-floating mesh.  You would
11 agree with that, wouldn't you?
12     A.   It's not free floating.  It's -- this mesh
13 perfectly has very good tissue integration.
14     Q.   So you're saying that this orientation to the
15 mucosa occurred after explant?
16     A.   No.  That's in vivo condition.  That's fine.
17 But just because of particular cut, then he said, oh,
18 because the location is perpendicular to the mucosa, then
19 the mesh is perpendicular.  This is very ridiculous.
20     Q.   This portion of the mesh --
21          MR. SNELL:  Don't interrupt him.  He was
22 about to tell you why it's ridiculous.
23     A.   You can ask other pathologists.  People will
24 laugh.  What are you talking about this is perpendicular?
25 So that's very simple.

Page 229

1          MS. THOMPSON:  All right.  We'll see on
2  that.
3          I can skip the one on striated muscle.
4  Turn to page 63, and I'll mark that.
5          (Marked for Identification:
6          Deposition Exhibit No. 24)
7  (By Ms. Thompson)
8      Q.   Do you agree with Dr. Iakovlev -- this is TE5,
9  Tonya Edwards' case -- that these are examples of
10 thrombosed capillaries?
11     A.   I think --
12          MR. SNELL:  Hold on before you answer
13 that.
14          Foundation.
15          Go ahead.
16     A.   Okay.  From TE5, Figure TE5, in the right
17 panel, that vessel from this picture can be considered as
18 thrombosed.  But the other one in the left panel also can
19 be interpreted as congested, because as we discussed in
20 other picture, they look very much similar.  Okay?  So
21 from those pictures I can say.
22 (By Ms. Thompson)
23     Q.   So the right-hand side is thrombosed.  The
24 left-hand side could be either thrombosed or congested.
25 Is that what you're saying?

Wenxin Zheng, M.D.

Page 230

1    A.   Correct.  Based on these pictures?

2    Q.   And is that edematous tissue surrounding those
3    thrombosed capillaries?

4    A.   Can be either edema or loose connective
5    tissue, as I told you.  For instance, in the left -- in
6    the right upper corner of the right panel, okay, shows
7    these lucency of the collagen bundles there and some
8    cells.  Therefore, this can be either loose connective
9    tissue or you can say edema.  But it's very blowup
10   picture.  You don't know overall situation.

11           (Marked for Identification:

12           Deposition Exhibit No. 25)

13   (By Ms. Thompson)

14   Q.   Let's go to page 65.  And I'm handing you
15   Exhibit 25, which is the left-hand side of this.

16           First of all, would you identify the S100
17   stained structures as nerves in this picture?

18   A.   I see some brown stainings based on this
19   picture.

20   Q.   I didn't ask that.  I'm asking are those
21   nerves?

22   A.   I'm not sure they are nerve or not, because
23   based on these pictures, this particular picture.

24   Q.   So you cannot tell whether those are nerves or
25   not?

Page 231

1    A.   Again, if I want to identify nerve, then I
2    want to see under H&E, under higher power of the
3    microscope.

4    Q.   Did you look at this slide?

5    A.   I looked at slides.

6    Q.   Did you find this area?

7    A.   In S100 stained slides, I found this area.
8    However, under the H&E slide, I don't see that area.

9    Q.   And in the S100 slide that you looked at, did
10   you put it under high power?

11   A.   Yes, I did.

12   Q.   And could you identify those as nerves?

13   A.   Some of them may represent a nerve.  Some of
14   them may not.

15   Q.   So the best you can do on that is some of
16   these may represent nerves?

17   A.   Correct.

18   Q.   So in the picture, the bottom one from your
19   page, the nerve that's -- is elongated and twisting
20   around the -- is that a nerve or not?

21   A.   Which picture?

22   Q.   If you just put -- mark that, circle it, and
23   tell me is that a nerve or is that not a nerve.

24           MR. SNELL:  Form.

25   A.   Based on this particular staining, again, yes,

Page 232

1    this could be nerve.  However, in the same --

2    (By Ms. Thompson)

3    Q.   I don't want -- I want it circled.  Circle
4    that structure we were talking about and tell me is that
5    a nerve or is that not a nerve.

6    A.   Could be nerve.

7    Q.   So the best you can do is could be nerve?

8    A.   Yes.

9    Q.   Okay.  Put could be nerve but not necessarily.

10   A.   That's right.

11           THE COURT REPORTER:  Is that Dr.
12   Iakovlev's report he's writing on?

13           MR. SNELL:  No.  That's Andy's report.

14           THE COURT REPORTER:  Yeah.  But it's not
15   marked.

16           MS. THOMPSON:  Oh.  We need to do it on
17   this.  Circle this and put the same thing.  It's getting
18   late.

19           (Marked for Identification:

20           Deposition Exhibit No. 26)

21   (By Ms. Thompson)

22   Q.   Okay.  I'm going to hand you Exhibit 26, which
23   is the lower panel on page 67.  And how would you
24   describe that?

25           MR. SNELL:  Do you have a copy?

Page 233

1           MS. THOMPSON:  I'm sorry.

2    A.   That's S100 staining.

3    (By Ms. Thompson)

4    Q.   And what do you see?

5    A.   I see some brown stained area and some
6    nonstained area.

7    Q.   Are those nerves?

8    A.   This could be nerve.  For this particular
9    structure, could be nerve, yes.

10   Q.   Go ahead and circle that and say could be
11   nerve.

12   A.   Okay.  Could be nerve.  That's true.  However,
13   the point Dr. Iakovlev want to point out is it says nerve
14   degeneration.  That's his point.

15   Q.   Do you disagree that that's nerve
16   degeneration?

17   A.   I totally disagree.

18   Q.   What is it?

19   A.   Because first of all --

20   Q.   What is it?  What is that structure?

21   A.   What is structure?  This nonstained -- first
22   of all, nerve degeneration belong to degenerative
23   neurodisorder, a part of the neurodegenerative disorder.
24   Then typically, as I stated in my report, says those
25   conditions classically occur when you have a neuron get

Wenxin Zheng, M.D.

Page 234

1  injured. Then the peripheral part or distal part of that
2  injured neuron in these nerve may start to have
3  degenerative changes. Okay?
4        Then they are -- they will present usually
5  it's not a single focus. You will see many similar
6  pictures will be identified. All right? But for this
7  instance, I have only see single microscopic focus from
8  what Dr. Iakovlev stained. More than hundred of these
9  brown stained area or he called nerve. Okay?
10     Q.  So your opinion is this could be a nerve, but
11  it's not a degenerated nerve?
12     A.  No. What I said, could be nerve in the
13  outside area. In the center, what he point out in the
14  center nonstained area is degeneration. Then he said
15  because of no staining, then that's degeneration. That's
16  his conclusion, and that's the reason for his conclusion.
17  But I disagree for that.
18     Q.  So it's not degenerated?
19     A.  I don't think this represent degenerated
20  nerve, number one.
21     Q.  Are you saying --
22     A.  Number two is these single clusters it's also
23  not necessary saying this is a single nerve. You
24  understand?
25     Q.  How many slides did you stain?

Page 235

1     A.  For me? Stained for neurofilaments?
2     Q.  How many slides?
3     A.  One block -- one slide each from each block.
4     Q.  Two sides?
5     A.  Two slides.
6     Q.  And you could have stained many more had you
7  chosen to, correct?
8        MR. SNELL: Foundation.
9     A.  I have no reason why I need to stain a lot
10  more.
11  (By Ms. Thompson)
12     Q.  So it's really not fair to say you only saw
13  one nerve when you didn't look at anything more than two
14  sections?
15     A.  No. Because he stained four slides. Okay?
16  Duplicate from each block, two of them, all right?
17  That's plenty.
18        Then, however, let me emphasis why this is
19  so isolated focus. Because from the same block different
20  level, then I am not able to find the same thing like
21  this, number one.
22        Number two, within all these two blocks,
23  two slides -- or four slides stained, only one area like
24  this. Therefore, it's very isolated conditions. All
25  right? This is very common in Dr. Iakovlev's report. He

Page 236

1  use all these single identification or pictures then to
2  generalize his conclusion.
3     Q.  Are you saying that mesh cannot cause nerves
4  to be damaged or degenerate?
5     A.  At least I don't see such evidence.
6     Q.  Do you not see such evidence in any of the
7  meshes you've examined, or do you not see the evidence in
8  Ms. Edwards?
9     A.  I see -- not only Edwards. In all the
10  specimens I have examined in the past three years.
11     Q.  So would you also say -- if your opinion is
12  that that's not degenerated, put that on there, also.
13     A.  What I said here, I say this picture does not
14  represent central nerve degradation.
15        (Marked for Identification:
16        Deposition Exhibit No. 27)
17  (By Ms. Thompson)
18     Q.  This is page 68. I've marked this as
19  Exhibit 27. And I want for you to identify for me what
20  is this blue area here?
21        MR. SNELL: Can I have a copy, please?
22        Which blue area are you talking about?
23        THE WITNESS: These blue granules.
24     A.  Based on my understanding by reading through
25  his reports, he --

Page 237

1  (By Ms. Thompson)
2     Q.  I'm just asking you, what is that? If you
3  look at that, what is the blue staining or the blue area
4  here?
5     A.  Right. The question is very limited. If I
6  don't know the context, I can't --
7     Q.  But you do know the context, right? It's from
8  Tonya Edwards. So what is that blue?
9     A.  So based on the context for this case, this
10  area was taken from the mesh, represent the mesh fibers.
11     Q.  Do blue granules appear anywhere in the human
12  body naturally?
13     A.  Blue granules, when you blow up into very high
14  resolution or magnifications, yes, you can see even blue
15  granule-like appearance will be even in the collagen.
16     Q.  I think my question was, do blue granules --
17  not a blue granular appearance -- do blue granules occur
18  anywhere in the human body?
19        MR. SNELL: Objection. Asked and
20  answered.
21        Go ahead and tell her.
22     A.  This is synthetic material. Therefore, normal
23  human tissue will not have such a synthetic material.
24  (By Ms. Thompson)
25     Q.  Okay. That was my only question.

Wenxin Zheng, M.D.

Page 238

1     And then what is here?
2     A.    That is part of the connective tissue or
3  incorporated tissue, tissue integrated into the --
4  adjacent to the mesh.
5     Q.    So let's go ahead and mark with the Sharpie
6  the blue granule area as -- that can just be TVT-O or PP,
7  whatever you want to say that is.
8     A.    You mean this?
9     Q.    Label that.
10    A.    Just say mesh fiber.
11    Q.    Okay.  And then label the connective tissue or
12 however you want to label the other portion.
13          And then I want you to tell me not what
14 Dr. Iakovlev thinks this is, but what you think this rim
15 is there.
16    A.    When you -- when a picture blow into such high
17 conditions, it's very difficult to say what is this.
18 First of all, it shows different color.  Like, for
19 instance, like in the relatively lower power in the same
20 picture in the upper panel, it shows purple blue in outer
21 layer, and then inner layer represent mesh fiber.
22    Q.    Okay.  I don't believe you answered my
23 question.  What do you think that rim represents?  What
24 is it composed of?
25    A.    That could be degenerated collagen.

Page 239

1     Q.    Okay.  What else could it be?
2     A.    I think my answer probably -- that will be
3  just a reasonable answer.
4     Q.    So that's the only possibility that that could
5  be is degenerated collagen?
6     A.    Degenerated collagen is a better answer than
7  says these are degenerated mesh fibers.
8     Q.    How do you explain blue granules in
9  degenerated collagen?
10          MR. SNELL:  Form.  Foundation.  Misstates.
11          MS. THOMPSON:  Well, okay.  All right.
12          MR. SNELL:  Because he told you that he
13 doesn't think they're blue granules.  He told you that
14 five minutes ago.
15 (By Ms. Thompson)
16    Q.    Okay.  Let's look -- you don't think those are
17 blue granules in the polypropylene fiber there?
18    A.    Let me actually explain to you.  These blue
19 granules, even under -- or just superimposed with these
20 purple color does not necessarily say these granules are
21 within this purple color.  They can be just superimposed
22 in a different plane.  Because when you magnify very
23 small tiny area to such a big thing, then things change.
24          I can tell you, give you a scenario.  If
25 you blow out your face to a very large area, then you

Page 240

1  even don't recognize this is your own face.  The same
2  situation happens.  All right?
3     Q.    Did you look at this area of Tonya Edwards'
4  slide yourself?
5     A.    Yes, I looked.
6     Q.    And did you put it on a lower power to try to
7  appreciate the appearance?
8     A.    I even created pictures for that.
9     Q.    So back to your opinion that this is
10 degenerated collagen.
11          MR. SNELL:  Do you want him to show you
12 the pictures?
13          MS. THOMPSON:  No.  I didn't ask for those
14 pictures.
15          MR. SNELL:  All right.
16 (By Ms. Thompson)
17    Q.    Then -- so, in your opinion, that represents
18 degenerated collagen, correct?  And the blue granules
19 that are in that rim that you're representing in your
20 opinion is degenerated collagen are a function of levels
21 of sectioning, correct, superimposed?
22    A.    Could be, yes.
23    Q.    And you had hundreds of sections that you
24 could do off the block that you had to satisfy yourself
25 as to whether that's really what they represented or not,

Page 241

1  correct?
2          MR. SNELL:  Foundation.
3     A.    As I said, it's better for me to examine the
4  same slides as the plaintiffs' side expert.  Then we are
5  talking to the same thing.  If I further section many
6  sections, then present some pictures, he may never see.
7  Then we end up backward and forward, you know, talking --
8  not talking to the same thing.
9  (By Ms. Thompson)
10    Q.    But if the expert that you're criticizing says
11 that the blue granules are in the rim and you have the
12 ability to confirm whether or not that's true by doing
13 more sections, why would you not do that?
14    A.    Because there is no reason for me to try to
15 show these granules, because I think these granules are
16 irrelevant, number one.  All right?  Overall you see,
17 under reasonable power or lower power, you can see those
18 mesh spaces all over the place, very clear.  And then we
19 do have a bark-like area in the many areas.
20    Q.    Yes, we do because --
21    A.    Yes, right.
22    Q.    -- the polypropylene is degraded in many
23 areas, correct?
24          MR. SNELL:  Form.
25    A.    No, that's not correct.  Because -- yes, we

Wenxin Zheng, M.D.

Page 242

1  do, because the collagen bundles or extracellular matrix
2  have to be densely adhesed to the mesh fibers then to
3  support or to secure the mesh is within the tissue.
4      Q.  Okay.  Let's go back to the blue granules.
5      A.  Okay.
6      Q.  You would agree with me that blue granules
7  that are put in TVT mesh for coloration -- you agree with
8  me that TVT mesh contains blue granules that are placed
9  for coloration, correct?
10     A.  TVT mesh fiber, one monofilament is used blue
11  color, that's true.
12     Q.  Okay.  And that is done with blue granules in
13  the mesh?
14     A.  Then if you magnify, everything become
15  granule.  That's true.
16     Q.  All right.  The mesh -- somehow TVT mesh is
17  colored blue.  Okay.  That's just leave it at that.
18  Right, it's blue?
19     A.  Yes.
20     Q.  Okay.  We know that because I tried to bring
21  my mesh out earlier.
22     A.  Right.
23     Q.  And Mr. Snell didn't let me go very far with
24  it.
25         So TVT mesh is blue.  Is there any

Page 243

1  situation that you can think of that blue granules would
2  appear in collagen?
3         Any situation, not -- we're not even
4  talking about Tonya Edwards.  Some situation where blue
5  granules, not a blue-colored cell, but blue granules,
6  synthetic material, would appear in collagen?
7         MR. SNELL:  You mean beyond what he has
8  already told you?
9      A.  As I said, I don't believe --
10 (By Ms. Thompson)
11     Q.  That's not a sectioning.  It's actually in the
12 collagen.
13     A.  I don't believe --
14         MR. SNELL:  Not in a photograph?  In the
15 collagen?
16         MS. THOMPSON:  In the collagen.
17 (By Ms. Thompson)
18     Q.  Is there a situation where blue granules could
19 occur in collagen?
20     A.  Yeah.  If you have the sectioning.  For
21 instance --
22         MR. SNELL:  Form.
23 (By Ms. Thompson)
24     Q.  Not sectioning.  Is there a situation in the
25 human body where blue granules could appear in collagen?

Page 244

1         MR. SNELL:  Form.
2      A.  I'm not aware of any situation like this.
3  (By Ms. Thompson)
4      Q.  Okay.  And your contention is that the
5  appearance of the blue granules in this rim that you
6  believe is collagen is a function of the sectioning
7  technique, right?  I think that's what you said.
8      A.  It's -- they may represent in a different
9  plane, that's true.
10     Q.  A different plane?
11     A.  A different plane.  It's not like section --
12 because of section-induced artifact.
13     Q.  Not artifact.  They're cut in a different
14 plane?
15     A.  Right.
16     Q.  So you have granules superimposed on top of
17 this rim because it's impossible all the time to get it
18 exactly straight.  Is that what you're saying?
19     A.  Correct.  Okay.  And then --
20     Q.  And you had the opportunity to look at
21 hundreds of more sections to see if these granules are
22 actually in what you think is degraded, degenerated
23 collagen or whether they're not, and you didn't do that.
24 And I'm just trying to understand why.
25         So why did you -- if you could prove that,

Page 245

1  your theory that this was done by -- because the blue
2  granules are a different plane, why didn't you do that?
3  Why didn't you take more sections?
4         MR. SNELL:  Form, foundation.  He's
5  already answered this three times.
6         Go ahead.
7      A.  Because there is no reason.
8  (By Ms. Thompson)
9      Q.  Because they're irrelevant?  Is that --
10     A.  For me, this is totally irrelevant.
11     Q.  Okay.  All right.
12     A.  Okay?
13     Q.  And you weren't curious as to what you would
14 see if you did more sections?
15     A.  Because I have so many such bark-like area,
16 why I need to do more?  Therefore, I take many
17 sections -- many pictures to show these material are, you
18 know, present in many places.
19         (Marked for Identification:
20         Deposition Exhibit No. 28)
21 (By Ms. Thompson)
22     Q.  Okay.  Let's just take one of yours and mark
23 it.  And I really don't need you to do anything with this
24 other than to have to show that you have a bark-like
25 appearance in each of those areas where the polypropylene

Wenxin Zheng, M.D.

Page 246

1  fiber was, correct?
2      A.   Right.  I labeled them very clearly.  I say,
3  The "bark" like areas are squared under the regular
4  microscope.
5          MR. SNELL:  For the record, it's, quote,
6  bark, close quote.
7          THE WITNESS:  Right.  That's his word.
8  Actually the bark -- so-called bark, this is the first
9  time I heard bark, which has never been, you know, used
10  in the pathology book.
11          MS. THOMPSON:  I do not think Dr. Iakovlev
12  would have any problem with putting that in quotations.
13          (Marked for Identification:
14          Deposition Exhibit No. 29)
15  (By Ms. Thompson)
16      Q.   I've just marked Exhibit 29, which is on page
17  43.  And I believe this is an area similar to what we
18  were looking at before, correct?
19      A.   Correct.
20      Q.   And on the left-hand side, let's do the same
21  thing.  Will you write on that what the blue-colored area
22  represents.
23          Mesh fiber, correct?
24      A.   Yes.
25      Q.   And what about the pink-colored area in the --

Page 247

1  no, no.  The other one.  The pink -- the bright -- the
2  pink at the bottom, what is that?
3      A.   Integrated tissue.
4      Q.   So that's connective tissue?
5      A.   Yes.
6      Q.   And would you call that loose connective
7  tissue?
8      A.   This is relatively dense.
9      Q.   So that -- why don't we put dense connective
10  tissue there.
11          MR. SNELL:  How about we put relatively
12  dense, what his words were, if you want to put it on
13  there.
14          MS. THOMPSON:  That's fine.
15      A.   It's integrated tissue.  There's no reason to
16  tell the difference between loose and dense.
17  (By Ms. Thompson)
18      Q.   Then let's do your mild to moderate, marked
19  fibrosis.
20      A.   Because --
21      Q.   Is that mild, moderate or marked fibrosis?
22      A.   As I said, this is very magnified area in a
23  small corner.  If you want to see like fibrosis, then,
24  yeah, use those pictures.
25      Q.   Okay.  So you can't determine what the level

Page 248

1  of fibrosis is from this magnification?
2      A.   Right.  From this particular picture it's not
3  reasonable to say so certain.  People will laugh.  In the
4  professional level, we have to follow our professional
5  practice.
6      Q.   But I think you can say that that is not loose
7  connective tissue, correct?
8      A.   Yeah.  It's integrated tissue.
9      Q.   Okay.  Well, that wasn't my question.  You
10  can't say that that's not loose connective tissue,
11  correct?
12          MR. SNELL:  Form.
13      A.   It's not loose connective tissue.
14  (By Ms. Thompson)
15      Q.   And then I want you to tell me what this area
16  that you drew the line to, what that represents?
17          And go ahead and read what you wrote.
18      A.   I wrote, said, Most likely this represent
19  collagen bundles densely adhesed to the mesh fiber.
20      Q.   Okay.  Now, that collagen doesn't look like
21  the collagen adjacent to it, does it?
22      A.   Correct.  Because it's densely adhesed to the
23  mesh fiber.  Therefore, it has less chance to be -- to
24  get or to obtain any nutrition from blood supply.
25      Q.   So this is degenerated collagen?

Page 249

1      A.   Most likely these densely adhesed to those
2  area represent degenerated collagen.
3      Q.   And there's nothing else that you would
4  entertain that that could be?
5      A.   At least this does not look like mesh fiber or
6  degraded mesh fiber, because if it's a true degraded mesh
7  fiber, then you should partially, in like polarization
8  condition or regular microscope, showing similar blue
9  granules inside.  Right?
10      Q.   What, to you, what are these -- what is this
11  blue area here on the border of what you think is
12  degenerated collagen that's the same color as your mesh
13  fiber?
14          MR. SNELL:  Foundation, same color.
15          MS. THOMPSON:  I'm color blind.  What do I
16  know?
17      A.   That's why when you magnify to very high
18  magnification, then all these pictures you really don't
19  know from the visual point of view what are they.  You
20  understand, right?  Because you are pinpointed to ask me
21  less than a micron level, you know, color represent what?
22  I don't think anybody in this world is able to give you
23  answer like this.
24          (Marked for Identification:
25          Deposition Exhibit No. 30)

Wenxin Zheng, M.D.

Page 250

1  (By Ms. Thompson)
2      Q.   Okay.  And would you say the same with this
3  next one that I'll mark as Exhibit 30?
4      A.   That one even -- can you tell me how much
5  magnification that is?  This one magnified to?
6      Q.   So you disagree that those are blue granules
7  in your degenerated collagen?
8           MR. SNELL:  Foundation.
9  (By Ms. Thompson)
10     Q.   In your opinion, that's not even possible?
11     A.   Right.  Because you see -- if you see a few
12  like blue granules, what are they?  All right?
13     Q.   That's my question.
14     A.   Right.  What are they?  Then you can ask him.
15  He said these are, you know, degraded mesh.  Then I say
16  this is not.  Okay.  So who is right?  Who is wrong?
17  Nobody knows.
18     Q.   Does collagen --
19     A.   Because when we are using common sense -- and,
20  plus, this is not general surgical pathology practice.
21  Right?
22     Q.   Does collagen polarize bright purple like is
23  in that picture?
24     A.   Collagen can be -- yes, can be like similar to
25  the purple color.

Page 251

1      Q.   Do you see collagen that polarizes like this?
2      A.   I did not magnify to this level, but I do have
3  a picture showing collagen -- true collagen, because
4  that's in the connective tissue.  It's away from the
5  polypropylene mesh.
6      Q.   Did you use the polarizer when you were
7  looking at these slides?
8      A.   Yes.
9      Q.   Can you show me ones that you polarized and
10  where the collagen is showing up?
11     A.   Okay.  So for instance --
12          MR. SNELL:  Hold on.  She's asking you to
13  show us.  Take your time.
14          He has a whole section on polarized.
15          So give them to her.
16  (By Ms. Thompson)
17     Q.   I want you to show me -- I just want to see
18  one thing, and that's the polarization of collagen in a
19  picture that you have brought.
20     A.   Okay.  First of all I show you this picture.
21  All right?  This picture let me explain to you.  So this
22  is the regular microscope.  Okay?  And this is the
23  polarized condition.  You got it?  And then this is the
24  polarized condition when we have a mesh fiber like this.
25  See this?  Hold on.

Page 252

1          MS. THOMPSON:  I'm just going to mark it
2  as an exhibit.
3          THE WITNESS:  Yeah.  Sure.
4          (Marked for Identification:
5          Deposition Exhibit No. 31)
6          THE WITNESS:  Let me explain to you.
7  (By Ms. Thompson)
8      Q.   I want you to mark on it with your pen where
9  is the polarized collagen?
10     A.   Hold on.  I have to explain one by one.
11     Q.   I am just asking for one thing, and that's
12  mark the polarized collagen.
13     A.   I know, but you have to go step by step.
14     Q.   Well, I don't really have time, and I get to
15  choose what I want, unfortunately, what I want to talk
16  about.  And I want you to mark the polarized collagen,
17  please.
18     A.   Then I have another picture.  That's why you
19  need --
20     Q.   Is there any collagen that's polarizing on
21  this picture?
22     A.   There is no, no polarized -- collagen is not
23  polarized, collagen before polarization.  After
24  polarization they show the same color.  Okay?  Number
25  one.  Because this is a routine microscope before and

Page 253

1  after polarization to compare.
2      Q.   Okay.  I would like to see the picture where
3  you have the polarized -- polarization of the collagen
4  that you take a picture of the polarized collagen.
5      A.   Okay.  We have this picture.  This is
6  so-called bark-like area.  Okay?  It's purple.  Right?
7  Similar to what Dr. Iakovlev showed, but this is
8  magnified to almost a hundred at least.  Or let's see.
9  Maybe 600, something like that, magnification.
10          Then this is the polarized.  These area is
11  connective tissue.  It's clear.  Right?  There's no mesh
12  fiber material.  You see?  After polarization, these
13  area -- see these blue color?  Right?  If you look very
14  carefully or blow into that kind of level, you also see
15  blue granules.  Then these blue colors basically
16  identical to these bark-like area.  You see that blue
17  color?
18     Q.   You're telling me that this -- these blue
19  cellular areas are the same as this --
20     A.   Correct.
21     Q.   -- blue bark?
22     A.   Right.  These are polarized.
23     Q.   Would you say that -- would you write on
24  here -- point to this, this here, and say that this is
25  the same as whatever is there that you think is the same.

Wenxin Zheng, M.D.

Page 254

1  Circle what's the same here and what's the same there.
2      A.   I already --
3          MR. SNELL:  It's already on there.
4  There's a whole legend on there.
5          MS. THOMPSON:  I don't care about his
6  legend.  I want him to write down with a Sharpie that
7  this is the same as what area there that you're saying it
8  is the same as.
9          MR. SNELL:  Just put "same" on there,
10  because it says it already.
11  (By Ms. Thompson)
12      Q.   No.  I want you to circle the part that's the
13  same, please.
14      A.   There's so many I have those.  My God.
15      Q.   Okay.  Well, we're talking about a continuous
16  rim, and you're picking out little isolated blue areas.
17  Is that what you're saying is the same?
18      A.   Yeah.
19      Q.   Okay.
20      A.   Do you want to mark your exhibits before we go
21  further and we forget?
22          (Marked for Identification:
23          Deposition Exhibit No. 32)
24          (Marked for Identification:
25          Deposition Exhibit No. 33)

Page 255

1  (By Ms. Thompson)
2      Q.   And would you also write on this one, No
3  polarized collagen.
4      A.   That's within my legend.
5      Q.   I just want you to write it, please.
6          MR. SNELL:  Just write it at the bottom
7  and try not to mess up your pictures too much.
8          MS. THOMPSON:  We're going to have to
9  break for the video.
10          MR. SNELL:  Okay.
11          THE VIDEOGRAPHER:  Off the record 6:55.
12  This concludes tape number five.
13          (Recess taken.)
14          THE VIDEOGRAPHER:  On the record 7:14.
15  This begins tape number six.
16  (By Ms. Thompson)
17      Q.   Dr. Zheng, you are one hundred percent sure
18  that the, in quotations, bark that we've been looking at
19  is not degraded polypropylene?  Is that what you're
20  telling me today?
21      A.   I should say nobody can say one hundred
22  percent sure, because that statement is not right.  And I
23  said most likely this does not look like degraded mesh
24  fiber or part of the mesh fiber for multiple reasons.
25          For instance, if it's degraded mesh fiber,

Page 256

1  then the color should be similarly to the nondegraded
2  area in certain part.  Particularly under polarized
3  conditions you can see better.  However, with my own
4  polarized observation, I do not see that, number one.
5          Number two, if it's truly representing
6  degraded outer layer of the mesh fiber, then we should
7  see -- usually we should see like irregular borders
8  between the degraded area and nondegraded area.
9          However, in majority of the situation, we
10  see clear-cut kind of bark layer, very clear.  All right?
11  But except you magnify to more than -- you know, very
12  high magnification, then you see sort of granular
13  appearance.  Okay?
14      Q.   I will represent --
15      A.   So those are the evidence for me.  Plus, those
16  similar polarized condition versus nonpolarized
17  condition, they more likely represent to those extra
18  cellular matrix such as collagen.  Because it's densely
19  adhesed to the mesh fiber, then they change their
20  original property.  Therefore, it's reasonable to say
21  it's more likely those area represent degenerated
22  collagen.
23      Q.   But it's possible that it's degraded
24  polypropylene?
25          MR. SNELL:  Form.

Page 257

1      A.   That's what I already said.  It's more likely.
2  I did not say one hundred percent.
3  (By Ms. Thompson)
4      Q.   What are -- can you think of anything else it
5  could be besides degenerated collagen and degraded
6  polypropylene?
7      A.   From a pathologist's point of view, I don't
8  think any other choices.
9      Q.   So those are the only two choices?
10      A.   Two potential choices, but I favor my
11  interpretation.
12      Q.   And if there were truly blue granules inside
13  the bark, not in a different plane superimposed on the
14  bark, would that persuade you that it would be more
15  likely degraded polypropylene than what you think now?
16      A.   No.  That will not change my opinion, because
17  those -- you see we are talking about like one micron
18  kind of level, one to two micron level in this situation.
19  When it densely adhese to something in molecular levels
20  or close to molecular levels, those small particles
21  coming off that's easy to see.  Therefore, you know,
22  there is no way to prove one way or the other.
23          (Marked for Identification:
24          Deposition Exhibit No. 35)
25

Wenxin Zheng, M.D.

Page 258

1  (By Ms. Thompson)
2      Q.  I've marked as Exhibit 35 a scanning EM of
3  polypropylene filament.  What do you see in this picture?
4          This is on -- it's a much better picture
5  if you look at Dr. Iakovlev's report on page 45.
6      A.  That's a transmission electron microscopy.
7      Q.  That's right.  It's a TEM.  If I said
8  scanning, I meant to say TEM.
9          And do you disagree that this is
10  indicative of surface changes on the polypropylene?
11         MR. SNELL:  I want to put an objection on
12  the record.  This Figure 25, the legends aren't included
13  on any of these.  This states, Specimen of an explanted
14  transvaginal sling of another brand, et cetera.  So I
15  want to make sure the record is clear this isn't Edwards.
16     A.  In addition to that, I can assure you I'm not
17  the expert for electron microscope to interpret things.
18  Therefore, I don't have any opinion how to comment on
19  this.
20  (By Ms. Thompson)
21     Q.  Okay.  So you will not be testifying at trial
22  as to the findings on any transmission or scanning
23  electron microscope?
24     A.  Correct.  Because that's not in my training
25  expertise.

Page 259

1      Q.  If you --
2      A.  But I can make a comment about this, because
3  when all these small things magnify to very high levels,
4  then the findings have to be correlated to the biological
5  overall function or clinical performance.  Then that will
6  be meaningful.  Otherwise we are talking about like one
7  thing is on Mars, the other thing is on Earth.  It's
8  totally two different things.
9      Q.  Well, isn't the whole purpose of scanning EM
10  to magnify above and beyond what you can do with a light
11  microscope?
12     A.  Because anything magnified to very high
13  levels, then you show the picture, those pictures are
14  usually they are not representative for real life,
15  because it's too small area.  You understand, right?
16     Q.  So you're saying --
17     A.  What I'm saying is very tiny area, if you have
18  some changes, then so what?  Right?  Because overall you
19  need to see these mesh within the place, in vivo
20  condition, to see the function to reduce the SUI.  That's
21  the purpose.
22     Q.  So would you say that a scanning micrograph
23  showing mesh degradation would be irrelevant to you?
24     A.  It's totally irrelevant.  Plus, this is not
25  published material, also.

Page 260

1          MS. THOMPSON:  If you'll turn to page 40.
2          THE COURT REPORTER:  Are you marking them
3  out of sequence now?
4          MS. THOMPSON:  Oh, was that not the right
5  number?
6          THE COURT REPORTER:  Well, you marked a
7  couple.  Are you not going to use those?  I'll give you
8  stickers so they can be --
9          MS. THOMPSON:  I just -- this is 38.
10         THE COURT REPORTER:  You've got 36 and 37
11  that you're not going to use.  I'll give you -- it's
12  going to look funny if --
13         MS. THOMPSON:  Oh, you're right.  Give me
14  another one.  I decided not to use those.
15         THE COURT REPORTER:  Okay.  So just
16  scribble those off so you don't think they're the
17  originals.
18         MS. THOMPSON:  Yeah, I just need a new
19  one.  So this will be 36.  Thanks for bringing that to
20  my attention.
21         (Marked for Identification:
22         Deposition Exhibit No. 36)
23  (By Ms. Thompson)
24     Q.  What does it mean when you have -- well, what
25  do you see in these photomicrographs, as a pathologist?

Page 261

1      A.  For Figure 22?
2      Q.  Yeah.  Let's start with Figure 22.
3      A.  Figure 22 he stated as immunoglobulin
4  distribution.  Basically he stains with
5  immunohistochemical method, stained with immunoglobulin
6  antibody to identify immunoglobulin.
7      Q.  And what does that signify, the staining that
8  you see in this picture?
9      A.  Some brown area, some nonstained area, and
10  that's it.
11     Q.  And do you agree that the bark does not
12  contain a detectable concentration of IgG?
13     A.  I'm not sure even this area which -- if this
14  is the area -- let me show you are we talking about same
15  thing.  This area if he said is a bark because this one
16  is closely associated with the mesh, right?  Then this
17  area shows lots of staining there.
18     Q.  Does the myeloperoxidase stain indicate
19  oxidation?
20     A.  No.  The 22, we are talking about
21  immunoglobulin staining.
22     Q.  Okay.  Let's go to the myeloperoxidase, 23.
23     A.  Okay.  Right.  Then myeloperoxidase staining
24  typically stains many inflammatory cells.  Okay?  Or some
25  of these living cells.  Then they have myeloperoxidase.

Wenxin Zheng, M.D.

Page 262

1    Q.   And that means that they are actively working,
2    phagocytizing or --
3        A.   Phagocytizing.
4            MR. SNELL:  Form.
5        A.   It's not necessary saying that, because, you
6    know, that basically indicating the presence of
7    inflammatory cells or macrophages or like foreign body
8    giant cells.
9    (By Ms. Thompson)
10       Q.   And would you agree that the bark does not
11   pick up the myeloperoxidase stain?
12       A.   From this area, what he showed, the area
13   actually in the up little bit of corner.  You see the
14   corner in the middle of this area?  You have some
15   staining there, too.  See that?  Can you see that
16   clearly?
17       Q.   Where the bark is?
18       A.   Yeah, where he called the bark.  Then you see
19   the stained area.
20       Q.   You need to write on this.
21           And collagen stains positive for
22   myeloperoxidase; is that right?
23       A.   No.  Pure collagen will not.
24       Q.   The cells?
25       A.   The cells, part of the cellular component may

Page 263

1    stain, depending on if they have that particular antigen
2    there.
3        Q.   Okay.  So you have one spot identified which
4    actually looks to me like it's attached to tissue?
5        A.   Right.
6        Q.   But the remainder of what we would call the
7    bark does not have any stain, correct?
8        A.   Correct.  But meanwhile I want to point out in
9    the lower power, the same picture in the lower power.
10   See that?  Then we have many areas stained, many area
11   nonstained.  Do you see that?
12           So, therefore, this overall picture is
13   very -- basically does not mean anything.
14       Q.   So you're saying the myeloperoxidase stain
15   doesn't mean anything?
16       A.   Right.  It's a junk stain.
17       Q.   Okay.  And I guess is that why you chose not
18   to do myeloperoxidase staining?
19       A.   Right.  Because it's meaningless.
20       Q.   So you did your two neurofilament stains on
21   the blocks that you received, correct?
22       A.   Correct.
23       Q.   But you did not feel the need to do any
24   additional sections or any additional stains; is that
25   correct?

Page 264

1        A.   I feel -- originally I try to repeat his S100,
2    for instance, number one.  Number two, like inflammatory
3    cells, CD45 staining.  Then after when I examined those
4    neurofilament staining sections, I noticed these sections
5    already fragmented.  So I'm afraid if I keep cutting, one
6    is may exhaust the material.  There is a risk there.  And
7    two is all these fragmented tissue may not give me any
8    good results anyway.  So, therefore, I don't need to do
9    that.  And, plus, he has provided lots of slides already.
10       Q.   Okay.  So you had what you needed, in your
11   opinion?
12       A.   I think my additional concern is my comments
13   should be the same picture or same slides he is using.
14   That will be better, because we are talking the same
15   thing.  Otherwise another argument coming.  Says, okay,
16   we are talking about different level, different things.
17       Q.   So even though you contradicted him and could
18   have proven your position with more sections, you chose
19   not to do that; is that correct?
20           MR. SNELL:  Form.
21           Go ahead.
22       A.   I think it's better to just use the
23   information he used.  Then we're talking about the same
24   thing.
25

Page 265

1    (By Ms. Thompson)
2        Q.   Okay.  Let's go to the last page of the
3    report.  Well, it's not the last page but page 22 of your
4    report, the conclusion on Mrs. Edwards.  And I know this
5    is not covering new ground, necessarily, but I want to
6    make sure I have your opinions.
7            Number one, no evidence of mesh distortion
8    is identified.  Is it your testimony that any distortion
9    that appears is caused by the ex-vivo fixation process?
10       A.   No.  Most likely caused by so-called
11   tangential cut, random cut.
12       Q.   Well, I was including that in the fixation
13   process.
14       A.   Yeah.
15       Q.   So any distortion apparent would be from the
16   cutting of the mesh?
17       A.   Yes.  Because if you read more -- large enough
18   of these sections, then you know the mesh material within
19   the tissue can show various kind of pictures.
20       Q.   Okay.  So that's caused by the cutting.
21           And so this gross picture that appears
22   that the mesh is curled and distorted, what's your
23   explanation for that?
24       A.   That mainly --
25           MR. SNELL:  Hold on.  Foundation.  We

Wenxin Zheng, M.D.

Page 266

1  don't know what your expert has done with it, and that's
2  your words.
3      A.   Okay.  So they're not straight --
4          MS. THOMPSON:  I asked what caused it.  He
5  can say my expert --
6  (By Ms. Thompson)
7      Q.   What caused the apparent distortion in that
8  photo?
9          MR. SNELL:  Same objection.
10     A.   First of all, the specimen looks blond color,
11 right?  Blond color means the specimen has been fixed,
12 fixed in formalin.  All right?  Formalin fixation will
13 make the tissue from whitish or like bloody-looking
14 specimens turn everything to blond.
15 (By Ms. Thompson)
16     Q.   Okay.  I'm not asking about the color.  I'm
17 asking about the distortion.
18     A.   Right.  Therefore, the fixation process,
19 formalin as we said, have two main role.  One is remove
20 the water component.  After the water component removed,
21 it will contract, tissue will contract.  Okay?  Number
22 one.
23          Number two is protein cross linking.  I
24 think Dr. Iakovlev also mentioned that.  These cross
25 linking then also will change the shape of the specimen.

Page 267

1  One is make them harder.  The other is make curve.
2  That's for sure.
3      Q.   Okay.  Number two, the specimen shows good
4  tissue integration with mild degree of fibrosis.  And
5  that's your opinion continued, correct?
6      A.   Correct.
7      Q.   No evidence of infection or edema, but focal
8  mesh exposure or erosion may be present.  Would you say
9  it's present to a reasonable degree of medical certainty?
10     A.   May be present.  Mainly I think should be
11 correlated to the clinical finding.  If the clinician say
12 okay or they found evidence of exposure, then that
13 picture may go consistent with the clinical finding.
14     Q.   So you can't say still one way or another
15 whether -- without knowing the clinical picture?
16     A.   Right.  If I see clearly the fiber -- mesh
17 fiber already sticking out of the mucosa, then that's
18 more convincing evidence.
19     Q.   Okay.  No evidence of neuroma or any kind of
20 tumor growth found.  And you're not aware that any
21 treating doctor or expert has claimed that Ms. Edwards
22 has a neuroma; isn't that correct?
23     A.   No.
24     Q.   You say no evidence of nerve entrapment of
25 abnormal nerve findings.  Is there any evidence of nerve

Page 268

1  entrapment of normal nerves, in your opinion?
2      A.   What do you mean?  No evidence of nerve
3  entrapment?
4      Q.   Replace the word abnormal with normal, and is
5  that still -- would that still be your opinion?
6          MR. SNELL:  I think that's a typo,
7  Counsel.
8      A.   Basically there's no evidence of nerve
9  entrapment.  All right?  No matter what, abnormal.  Then
10 also I should say another sentence, No evidence of
11 abnormal nerve findings.
12 (By Ms. Thompson)
13     Q.   Okay.  So there's no evidence of nerve
14 entrapment?
15     A.   Correct.
16     Q.   Abnormal or normal nerves?
17     A.   Correct.
18          MS. THOMPSON:  I think it may be a typo,
19 also.
20          MR. SNELL:  Yeah.
21 (By Ms. Thompson)
22     Q.   Number six, the degree of chronic inflammation
23 and foreign body giant cells found in this specimen is
24 within normal limits.
25          Are chronic inflammation and foreign body

Page 269

1  giant cells normal in the vagina?
2      A.   When any human tissues containing foreign
3  device, then we are able to see certain amount of chronic
4  inflammation and foreign body giant cells.
5      Q.   So you're saying it's normal if you have mesh
6  there?  You're not saying it's normal for someone who
7  doesn't, correct?
8      A.   That's for sure.
9      Q.   Okay.  That took me back a little bit.
10         And the last one, there's no histologic
11 evidence to support pain or dyspareunia complained by the
12 patient.
13         Is erosion not histologic evidence to
14 support pain and dyspareunia?
15     A.   Usually depending on -- should be
16 individualized, I think this is number one.  And, plus,
17 number two is I'm not sure this is truly erosion present.
18 That's why I say it may be present.
19     Q.   Well, your statement is there is no histologic
20 evidence.  And I'm just asking, if the surgeon tells you
21 a patient has dyspareunia and you see what looks like
22 erosion, are you saying there's no histologic evidence to
23 support the symptom?
24         MR. SNELL:  Form.
25     A.   Because, as I emphasized, even the finding

Wenxin Zheng, M.D.

Page 270

1  discontinuation of the squamous mucosa in focal area, it
2  may represent erosion or exposure, right?  It's not
3  confirmed yet.
4  (By Ms. Thompson)
5      Q.   Okay.  So you would still --
6      A.   Therefore -- plus, there is no other condition
7  such as infection or abscess formation.  Then those are
8  the clear-cut evidence can cause pain.  Okay?  I don't
9  have those evidence at all.
10     Q.   Are you saying that you have to have infection
11 or an abscess to have mesh-related dyspareunia and pain?
12     A.   Yes.  If I see those evidence, yes, then that
13 support pain.
14         MS. THOMPSON:  I don't have any questions.
15         Do you, John?
16         MR. FABRY:  No.
17         MS. THOMPSON:  We're done.
18         MR. SNELL:  I just have a few in
19 follow-up.
20         Dr. Zheng, just keep looking at the
21 camera.  That way I don't have to come around and move
22 all your stuff.
23             EXAMINATION
24 BY MR. SNELL:
25     Q.   Earlier in the deposition you were asked about

Page 271

1  when you began consulting with Ethicon, and I'm not sure
2  if you testified it was 2012 or 2013.
3         Do you recall the year specifically when
4  you began consulting?
5      A.   Probably that's in the last year, yes.
6      Q.   Okay.  You were asked questions about other
7  gynecologic permanent implantable materials and whether
8  you had seen them, besides mesh.
9         My question is this:  Have you seen
10 permanent sutures implanted in the gynecologic
11 application?
12     A.   Yes.  Sometimes we have removed tissue,
13 organs, containing suture material, that's true.
14     Q.   Have you seen IUDs?
15     A.   Oh, yeah.  I forgot that IUD is a part of the
16 implants.
17     Q.   Have you seen cervical clamps?
18     A.   It's not cervical clamps.  We have like
19 cerclage for cervix to prevent incompetence of the
20 cervix, like, you know, miscarriage, those situations.
21 Yes, we have those implants.
22         Then meanwhile we also have tubal
23 ligation, plastic clamp for tubal ligation.  Those are
24 within the GYN field.  I forgot those things.
25     Q.   Turn, Doctor, to Exhibit 3.  It's the paper by

Page 272

1  Smith.  Hopefully they're in order over there for you.
2      A.   Yes.
3      Q.   This was a paper plaintiffs' counsel asked you
4  about specifically where the specimen requisition listed
5  clinical history as pain, 28.4 percent.  Do you recall
6  that?
7      A.   Yes, I do.
8      Q.   Does this paper say that pain was actually
9  caused by the mesh?
10     A.   No.  Usually those study listing the reasons
11 of pain or other things based on the requisition sheet,
12 and these sheets were recorded based on the patient's
13 chief compliant.
14     Q.   And does this study say that actually the
15 pathology confirmed that there was pain in 28 percent of
16 the cases, or that that was just listed on the sheet?
17     A.   That's just listed on the sheet.  Pathologists
18 are never be able to confirm if the patient has pain or
19 not has pain.
20     Q.   You stated earlier that pain is a subjective
21 complaint; is that correct or not?
22     A.   Yes.
23     Q.   Does this paper discuss the number of cases
24 which were litigation-related or lawyer-referral cases?
25     A.   Based on my understanding, this paper did not

Page 273

1  release such information.
2      Q.   At the bottom, at the end of that results
3  section, it states, No cases of neoplasm were diagnosed
4  histologically; all tissue diagnoses described benign
5  reactive processes.  Do you see that?
6      A.   I saw that.
7      Q.   Is that consistent or inconsistent with your
8  findings?
9      A.   This is consistent with my finding, too.
10     Q.   And I believe plaintiffs' counsel was trying
11 to make -- or suggested that just because pain might be
12 listed on a requisition sheet in 28.4 percent of the
13 cases that one can take that generalization and apply it
14 to a particular case, such as Mrs. Huskey.
15         My question to you is, without having the
16 explant for Mrs. Huskey, can a pathologist like
17 Dr. Iakovlev scientifically and reliably opine on what
18 her tissue would show?
19     A.   No.
20         MR. FABRY:  Objection to form.
21     A.   The answer is no.
22 (By Mr. Snell)
23     Q.   And does your report explain all the reasons
24 why?
25     A.   I think so I did.  Because if any pathologist

Wenxin Zheng, M.D.

Page 274

1  or scientist want to make some statements, they have to
2  have material examined.  Then based on their findings,
3  then their understandings to conclude something.
4      Q.   You were asked questions -- general
5  questions -- strike that.
6           You were asked general questions in the
7  abstract whether no inflammation was better than some
8  chronic inflammation.  Do you recall those types of
9  questions?
10     A.   Yes.  But, overall, no inflammation versus
11  mild inflammation usually translates into clinical side
12  is to see if they are meaningful or not.  Usually those
13  conditions they are not meaningful.  It shows no
14  differences in the clinical aspects.
15     Q.   You were asked questions about Mrs. Edwards'
16  connective tissue and it being dense or loose or these
17  different terms.
18           Was her connective tissue, in your
19  opinion, normal?
20     A.   They are all belong to part of the integrated
21  tissues.
22     Q.   Okay.
23     A.   Therefore, looks very -- reasonably normal.
24     Q.   Okay.  You were asked questions about bladder
25  perforation, and I believe you testified that you thought

Page 275

1  that TVT-O had a higher rate of bladder perforation than
2  TVT Retropubic.  Do you know whether that's correct or
3  not?
4      A.   I think I made -- my memory was wrong.  TVT-O,
5  because it's a different procedure, therefore, it's a
6  little bit away from the bladder.  Therefore, the
7  perforation rate should be lower than the suburethra
8  other procedures.
9           THE WITNESS:  I think I probably -- when I
10  talked to you, that was my memory mistake.
11  (By Mr. Snell)
12     Q.   You were asked questions about mesh
13  complications, like exposure and inflammation.  My
14  question is, can nonmesh-related surgeries have
15  complications like wound healing complications?
16     A.   Oh, yes.  That's also any kind of surgery can
17  have wound associated complications.
18     Q.   Can there be erosions of permanent sutures?
19     A.   There are cases reported in that way, yes.
20     Q.   Are issues like wound dehiscence, infection,
21  inflammation specific to mesh surgery?
22     A.   I don't think so.
23     Q.   When you earlier testified that based on the
24  slides plaintiffs' counsel provided -- strike that.
25           You earlier testified that based on the

Page 276

1  slides produced by Dr. Iakovlev that there were missing
2  levels.  Can you explain what you meant by that?
3      A.   Mainly because, based on the slides, parallel
4  levels, for instance, from block A or block B, they -- in
5  the normal situation they should look very much similar
6  from one level to the other, because only few micron
7  away.
8           But, however, from the slides I received,
9  for instance either H&E or S100 staining, then one
10  structure present in the one field, then in the next
11  level I am not able to find those similar structure.  I
12  have to move away quite a lot.
13           Therefore indicating there is in between,
14  you know, multiple microns being missed.  And where are
15  they?  That's usually related to tissue cutting, because
16  the technician typically when they cut one section, then
17  additional level, they will trim something, then go to
18  additional level.
19     Q.   You were asked questions about how in your
20  work you will generally look at slides, but you will also
21  answer questions on the gross specimen if those
22  situations arise?
23     A.   Oh, yes.  Because in our academic setting,
24  although as attending do not -- usually do not look for
25  every gross specimens.  But all the gross descriptions

Page 277

1  are available when we sign out the cases, number one.
2           Number two is the attendings, if they have
3  questions to ask about the gross specimens, then the
4  residents should answer.  If they are not able to answer,
5  then we have opportunity to pull out the gross specimen
6  and then we examine it.
7      Q.   And the gross specimens that are handled at
8  your facility and put into slides, do they look like
9  those gross specimens that the plaintiffs' counsel marked
10  that purport to show what Dr. Iakovlev had done some year
11  and a half later?
12     A.   Typically the gross specimen in formalin in
13  the normal situation is like being processed less than a
14  few days, or two to three days, in normal conditions.  In
15  majority of condition, even just one day, because today
16  have surgery, and then next day will be grossed.
17     Q.   Now, I want to ask you to turn to Exhibit...
18           What happens when mesh is left in formalin
19  for a long time like was done here?
20     A.   I think we briefly discussed in the previous
21  hours.  If the specimen, including mesh specimen, is left
22  in formalin for longer time, then the formalin can cause
23  change of the shape of the specimen, basically.  Okay?
24  For instance, because the water element has been lost or
25  been removed, then the tissue start to contract.

Wenxin Zheng, M.D.

Page 278

1    And then also formalin is known to cause
2  protein cross linking to each other.  This cross linkage
3  also can make tissue feel harder, number one, and also
4  make the tissue contract if it's elongated shape.  If
5  it's a round, oval shape, then make them just firmer or
6  shrink the tissue.
7    Q.   Turn to Exhibit 18, the Costello paper that
8  plaintiffs' counsel marked.
9    A.   Yes.
10   Q.   This is a hernia mesh paper, correct?
11   A.   Correct.
12   Q.   And Mrs. Edwards received a 1.1-centimeter
13  strip of mesh for her stress urinary incontinence,
14  correct?
15   A.   Yes.
16   Q.   Plaintiffs' counsel pointed you down to the
17  paragraph on the right, first page, talking about
18  potential sources of chronic pain, and she mentioned one
19  being an intense inflammatory reaction.  Do you recall
20  that?
21   A.   Yes.
22   Q.   Did Mrs. Edwards have an intense inflammatory
23  reaction?
24   A.   For Mrs. Edwards' specimen, we only see mild
25  degree of chronic inflammation.

Page 279

1    Q.   She also, plaintiffs' counsel, pointed you to
2  the next sentence that talked about nerve damage from
3  entrapment.  Did you see that in Mrs. Edwards' case?
4    A.   I did not see that evidence.
5    Q.   And is it your opinion that there's no
6  histologic evidence of that in Mrs. Edwards' case?
7    A.   Correct.
8    Q.   Turning to Exhibit 18, the Clave paper -- hold
9  on before you go there.
10   Do you remember plaintiffs' counsel read
11  to you the last sentence of the abstract about the
12  results supporting a hypothesis that oxidation is
13  involved with degradation?  Do you recall that?
14   A.   Yes.
15   Q.   For the polypropylene hernia mesh materials,
16  do you recall plaintiffs' counsel reading that?
17   A.   I recall that.
18   Q.   Now turn to Exhibit 18, the Clave paper.
19   A.   This is 18.
20   Q.   What's Clave?  It's probably 19.  C-L-A-V-E.
21    What's that marked, Doctor?
22   A.   Yes, 19.
23   Q.   So, Doctor, your Exhibit 19 is the paper by
24  Clave, correct?
25   A.   Yes.

Page 280

1    Q.   And remember we just looked at that hypothesis
2  about oxidation referenced in Costello?
3    A.   Yes.
4    Q.   Turn, if you would, to page 267, Doctor.
5    A.   Yes.  Hold on.
6    Q.   Go back one more to page 267.  There on the
7  top right corner.
8    A.   No.  This is 265.  Then suddenly become 270.
9    Oh, 267, that's in the next page.
10   Q.   That's the right page.  In the left corner it
11  talks about direct oxidation of the polypropylene.  Do
12  you see that?
13   A.   Yes.
14   Q.   And the last sentence in that section states,
15  The FTIR analysis neither confirmed nor excluded
16  oxidation of PP in the in vivo environment, correct?
17   A.   Yes.
18   Q.   So even in this paper it certainly did not
19  confirm oxidation, correct?
20    MR. FABRY:  Objection to form.  Leading.
21   A.   Yes.
22    MR. SNELL:  I'll rephrase.
23  (By Mr. Snell)
24   Q.   Did the FTIR analysis confirm oxidation in
25  this paper?

Page 281

1    A.   No.
2    Q.   Turn back actually one page.
3    A.   265?
4    Q.   266.
5    A.   266.
6    Q.   It has the bar chart at the top.
7    A.   No.  I have multiple pages for 270.  No.
8  Let's see.  266, 267 -- this one?
9    Q.   That's it.
10   A.   Yes.  Okay.
11   Q.   Look at the very last paragraph on that page.
12  It states, Several hypotheses concerning the degradation
13  of polypropylene are described below.  None of these,
14  particularly direct oxidation, could be confirmed in this
15  study.  Did I read that correctly?
16   A.   Correct.
17   Q.   Turn to page -- I'm sorry -- Exhibit
18  Number 20, the paper by Mary, M-A-R-Y.
19   A.   Yes, I have that.
20   Q.   You see this was a canine study; it's not a
21  study of women with stress urinary incontinence?
22   A.   Yes.
23   Q.   Plaintiffs' counsel read a sentence about
24  PVDF.  Have you seen PVDF studied in any clinical studies
25  to treat stress urinary incontinence?

Wenxin Zheng, M.D.

1    A.   No.  I never see PVDF studies for SUI.

2    Q.   You have a stack of about 15 different

3  professional organization and association statements

4  speaking to stress urinary incontinence meshes.  Have you

5  seen any of those professional organizations, like AUGS,

6  SUFU, AUA, who endorse PVDF as a mesh material to be used

7  for the treatment of stress urinary incontinence in

8  women?

9         MS. THOMPSON:  Object.

10   A.   No, I did not see those position statements

11 for PVDF.

12 (By Mr. Snell)

13   Q.   Plaintiffs' counsel asked you questions about

14 the alleged, quote, bark, close quote, that Dr. Iakovlev

15 has testified he thinks is degraded polypropylene, and

16 you've testified about your opinions regarding that,

17 correct?

18   A.   Yes, I did.

19   Q.   Do you have -- and I believe we've marked only

20 one or two of your slides regarding your polarization of

21 Mrs. Edwards' mesh.  But do you have many more slides?

22   A.   I think so.  I have PPT presentation I think

23 included.  But I just did not include all these pictures

24 into my report.  So these multiple pictures or multiple

25 area showing evidence of those so-called bark-like area

1  actually more likely resemble those adjacent collagen

2  bundles within the connective tissue.  But if you want to

3  show -- for instance, this picture, I never showed that.

4         Okay.  I don't know if you...

5         MR. SNELL:  Let's mark the whole

6  presentation collectively.

7         THE COURT REPORTER:  It's marked as part

8  of Exhibit 2 already.

9         MR. SNELL:  Oh, Exhibit 2 is marked?

10 Okay.

11        THE WITNESS:  Right.  But this is just a

12 little bit messy because too much information.  I think

13 that may take you a long time to sort them out.

14        MS. THOMPSON:  It will.

15 (By Mr. Snell)

16   Q.   Well, you put labels on those explaining

17 what's there, the different magnifications, the staining

18 types?

19   A.   Correct.

20   Q.   Where the mesh is?

21   A.   Right.

22   Q.   How the mesh can appear in different colors

23 depending upon --

24   A.   Right.  And then I typically use one picture

25 is polarized, then the other picture is nonpolarized to

1  compare, you know, what the mesh material should look

2  like under those conditions, and then the collagen

3  bundles should look like in those two conditions.

4  Therefore, the picture basically speaks itself.

5    Q.   And those are marked just collectively as part

6  of Exhibit Number 2?

7    A.   Yeah.  Okay.

8    Q.   And your nerve filament pictures are also in

9  Exhibit Number 2?

10   A.   I think so.  It's there.

11   Q.   That's fine.

12   A.   The neurofilament picture is already in my

13 report.  I mentioned that.  That's in Figure 7 in my

14 report.

15        MR. SNELL:  Let's go off the record,

16 please.

17        THE VIDEOGRAPHER:  Off the record 7:58.

18        (Off the record.)

19        (This portion not on videotape.)

20        MR. SNELL:  Counsel, we have agreed that

21 Exhibit 2 is going to be all the different photos, the

22 PowerPoint presentations that Dr. Zheng brought and

23 produced, correct, Counsel?

24        MS. THOMPSON:  That's correct.

25        MR. SNELL:  So now we can go back on the

1  video.

2         THE VIDEOGRAPHER:  Hold on.

3         On the record 8:04.

4  (By Mr. Snell)

5    Q.   Dr. Zheng, we were just discussing part of

6  Exhibit 2, the PowerPoint photographs regarding

7  comparisons of the HE pictures to those after

8  polarization, correct?

9    A.   Correct.

10   Q.   And do you also have pictures regarding

11 vascular pictures for Mrs. Edwards?

12   A.   Yes.  I have vascular -- normal vascular

13 picture looking and also normal nerve looking pictures

14 under regular microscope.

15   Q.   And there's neurofilament staining?

16   A.   There's neurofilament staining as well as

17 normal control from the staining process.

18   Q.   And the nerve filament staining is specific to

19 Mrs. Edwards, correct, besides the control?

20   A.   Neurofilaments is considered specific antibody

21 which recognize nerve fibers.

22   Q.   And there's photographs of sections that are

23 fragmented in the recent recuts from blocks A and B?

24   A.   Yes.  I also took some pictures just in case,

25 you know, why I later on do not do further sectionings,

Wenxin Zheng, M.D.

Page 286

1 because tissue fragmentation started. Here it is. And
2 these. So, therefore, a few pictures included.
3     Q.   Okay.
4     A.   But the slides are also still being kept in my
5 office.
6     Q.   You were asked questions, Dr. Zheng, about
7 heavyweight versus lightweight mesh, and you testified
8 from your practice point of view weight is not related to
9 your opinions. What did you mean by that?
10     A.   Basically I'm a pathologist. I examine tissue
11 sections. Then based on the tissue section findings, I
12 generate an opinion. And then, you know, those opinions
13 usually not related to what kind of mesh or foreign body
14 materials in it.
15          Therefore, in terms of light- versus
16 heavyweight for the mesh material, frankly speaking, I
17 don't pay attention to.
18     Q.   All opinions in your report are held to a
19 reasonable degree of medical certainty?
20     A.   Yes.
21          MR. SNELL: That's all I have.
22          MS. THOMPSON: I have just a couple of
23 follow-up questions.
24
25

Page 287

1               RE-EXAMINATION
2 BY MS. THOMPSON:
3     Q.   Dr. Zheng, are you aware of any surgical
4 procedure that uses Prolene mesh in the vagina?
5     A.   I think in addition to urinary stress
6 incontinence, there is prolapse also use mesh fiber.
7     Q.   So it's your opinion -- no. I'm not talking
8 about mesh. I'm talking about suture.
9          Are you aware of any surgical procedure
10 that uses Prolene suture in the vagina?
11     A.   I'm not sure, you know, what kind of other
12 surgical procedures will use this.
13     Q.   Are you aware of any surgical procedure that
14 uses any permanent suture in the vagina?
15     A.   I think before the Prolene mesh available in
16 the market, then people use various kind of suture
17 material, that's true, including like some kind of
18 biomaterial from animals even.
19     Q.   Yeah. No. I'm asking are you aware of any
20 surgical procedure that uses permanent suture in the
21 vagina?
22     A.   I'm not aware of that.
23     Q.   And if Dr. Iakovlev's bark degradation of
24 polypropylene is published in the peer-reviewed
25 literature, would your opinion change?

Page 288

1          MR. SNELL: Form.
2     A.   Depending on -- I have to see, you know, what
3 kind of material presented. Then I will generate
4 picture. I don't usually give an assumption or basically
5 saying all the published material then represent true
6 scientific findings. Even we are all aware of many
7 publications that have defects or limitations there.
8          (Marked for Identification:
9          Deposition Exhibit No. 37)
10          MS. THOMPSON: That's all I have.
11          And the only additional item is I've just
12 marked an invoice for Dr. Zheng's expert work on the
13 Carolyn Lewis case as Exhibit 37.
14          And I have no further questions.
15          MR. SNELL: I don't have any.
16          THE VIDEOGRAPHER: Off the record 8:11.
17 This concludes today's deposition.
18          (Deposition concluded at 8:11 p.m.)
19
20
21
22
23
24
25

Page 289

1               SIGNATURE PAGE
2     I, WENXIN ZHENG, M.D., a deponent exercising my
  right to read and sign my deposition taken on April 3rd,
3 2014, place my signature hereon and make the following
  changes on this ____ day of _____, 2014.
4
5
6

7 _____
       WENXIN ZHENG, M.D.
8 PAGE  LINE  READS        CHANGE TO      REASON
9 ____  ____  _____  _____  _____
10 ____  ____  _____  _____  _____
11 ____  ____  _____  _____  _____
12 ____  ____  _____  _____  _____
13 ____  ____  _____  _____  _____
14 ____  ____  _____  _____  _____
15 ____  ____  _____  _____  _____
16 ____  ____  _____  _____  _____
17 ____  ____  _____  _____  _____
18 ____  ____  _____  _____  _____
19 ____  ____  _____  _____  _____
20 ____  ____  _____  _____  _____
21 ____  ____  _____  _____  _____
22 ____  ____  _____  _____  _____
23 ____  ____  _____  _____  _____
24 ____  ____  _____  _____  _____
25 ____  ____  _____  _____  _____

Wenxin Zheng, M.D.

Page 290

1  STATE OF ARIZONA  )
2  COUNTY OF PIMA   )
3      BE IT KNOWN the foregoing deposition was taken
4  by me pursuant to stipulation of counsel; that I was then
5  and there a Certified Court Reporter of the State of
6  Arizona, and by virtue thereof authorized to administer
7  an oath; that the witness before testifying was duly
8  sworn by me to testify to the whole truth; pursuant to
9  request, notification was provided that the deposition is
10  available for review and signature; that the questions
11  propounded by counsel and the answers of the witness
12  thereto were taken down by me in shorthand and thereafter
13  transcribed into typewriting under my direction; that the
14  foregoing pages are a full, true, and accurate transcript
15  of all proceedings and testimony had and adduced upon the
16  taking of said deposition, all to the best of my skill
17  and ability.
18      I FURTHER CERTIFY that I am in no way related
19  to nor employed by any parties hereto nor am I in any way
20  interested in the outcome thereof.
21      DATED at Tucson, Arizona, this 14th day of
22  April, 2014.
23      _____
24      Bonnie J. Humm
25      Certified Court Reporter #50722