# Exhibit C

Curriculum Vitae---Wenxin Zheng, M.D.

# CURRICULUM VITAE

Wenxin Zheng, MD
Professor with Tenure

███████████████

July 04, 2014

*Wenxin Z*

## PERSONAL INFORMATION

| | |
|---|---|
| Name in Full: | Wenxin Zheng |
| Business Address: | Department of Pathology |
| | The University of Arizona |
| | 1501 N. Campbell Ave. #5224A |
| | Tucson, AZ 85724 |
| Business Phone: | ██████████████ |
| Home Address: | ██████████████ |
| Home Phone: | ██████████████ |
| Place of Birth: | Shanghai, China |
| Citizenship: | United States of America |
| Marital status: | ██████████████ |

## EDUCATION

| | | |
|---|---|---|
| 1976-1977 | College study, biology | Department of Biology, Fudan University Shanghai, China |
| 1977-1982 | M.D. | Shanghai Medical College Fudan University 138 Yi Xue Yuan Rd, Shanghai, China |
| 1984-1986 | Graduate study Gynecology Endocrinology | Graduate School, Fudan University Shanghai, China |

Thesis Title: Ovarian premature failure and its potential causes.
Thesis Advisor: Dr. Yao E Yuan, Professor and President of the Hospital of Obstetrics and Gynecology, Shanghai Medical College Fudan University

## CHRONOLOGY OF EMPLOYMENT AND POSTGRADUATE TRAINING

Curriculum Vitae---Wenxin Zheng, M.D.

| | | |
|---|---|---|
| 1982-1986 | Intern and Resident | Department of Obstetrics and Gynecology<br>Hospital of Obstetrics and Gynecology<br>Shanghai Medical College Fudan University |
| 1986-1989 | Post Doctoral Scientist | Department of Obstetrics & Gynecology<br>College of Physicians and Surgeons<br>Columbia University, New York, NY |
| 1989-1991 | Associate Research Scientist | Department of Obstetrics & Gynecology<br>College of Physicians and Surgeons<br>Columbia University, New York, NY |
| 1991-1994 | Intern and Resident | Department of Pathology<br>The New York Hospital<br>Cornell University Medical College, New York, NY |
| 1994-1995 | Chief Resident | Department of Pathology<br>The New York Hospital<br>Cornell University Medical College, New York, NY |
| 1995-1996 | Gynecologic Pathology<br>Fellow and Instructor | Department of Pathology<br>Women and Infants' Hospital<br>Brown University, Providence, RI |
| 1996-2000 | Assistant Professor<br>of Pathology and Gynecology<br>Attending Pathologist | Department of Pathology<br>University Southern California School of Medicine<br>Women & Children's Hospital, Los Angeles, CA |
| 1998-2000 | Associate Director<br>of Molecular Pathology<br>and Immunohistochemical lab | Department of Pathology<br>University Southern California School of Medicine |
| 2000-2005 | Associate Professor<br>of Pathology and Gynecology<br>Attending Pathologist | Department of Pathology<br>Yale University School of Medicine<br>Yale - New Haven Hospital, New Haven, CT |
| 2000-2005 | Director of Gynecologic<br>Pathology and Gynecologic<br>Pathology Fellowship | Department of Pathology<br>Yale University School of Medicine<br>Yale - New Haven Hospital, New Haven, CT |
| 2005- present | **Professor with tenure**<br>of Pathology | Departments of Pathology<br>The University of Arizona Medical College |
| | Attending Pathologist | University Medical Center and<br>University Physicians Healthcare, Tucson, AZ |

Curriculum Vitae---Wenxin Zheng, M.D.

| 2005- present | **Professor with tenure** of Obstetrics & Gynecology | Departments of Obstetrics & Gynecology The University of Arizona Medical College |
|---|---|---|
| 2005- present | Director of Gynecologic and Molecular Pathology | Departments of Pathology, Obstet & Gynecol The University of Arizona Medical College University Medical Center, Tucson, AZ |
| 2005- May 08 | Chair Professor of Pathology, Gynecology, and Oncology | Department of Pathology, Pathology Center, and Pathology Diagnostic Center, Shanghai Medical College Fudan University Shanghai, China |
| 2008 – present | Co-director | Tissue Acquisition and Cellular/Molecular Analysis Shared Service Arizona Cancer Center |

## HONORS AND AWARDS

| 1979-1981 | Honor Students' Award, every semester, Shanghai Medical College Fudan University, China. |
|---|---|
| 1986-1989 | WHO supported Fellowship Award. |
| 1996-1997 | American Cancer Society Institutional Research Award, University of Southern California |
| 1997-1998 | Zumberge Fellow Award, supported by James H. Zumberge Faculty Research and Innovation Fund, University of Southern California |
| 1998-1999 | Wright Foundation Research Award, Los Angeles, CA |
| 1998-1999 | Rockefeller Foundation China Bridge Institution Scientific Award, New York, NY |
| 2000-2002 | California Cancer Research Program Award, Sacramento, CA |
| 2005-2008 | Outstanding Principal Investigator Award, Fudan University, Shanghai, China |
| 2006-2010 | Better Than Ever Award, Arizona Cancer Center, Tucson, AZ |
| 2008 | Asian American Faculty, Staff, & Alumni Association Award, University of Arizona, Tucson, AZ |
| 2012 | Top American Pathologist by US News and World Report. http://health.usnews.com/top-doctors/wenxin-zheng-pathologist-85CC010348 |
| 2012 | Top Doctor in the filed of Pathology by Castle Connolly Medical LTD (www.castleconnolly.com) |
| 2013 | John Davis Outstanding Residency Teaching Award, Department of Pathology, University of Arizona, Tucson, AZ |
| 2013 | Better Than Ever Award, Arizona Cancer Center, Tucson, AZ |
| 2013 | Cancer Center Supporting Grant Award, Arizona Cancer Center, Tucson, AZ |
| 2013 | Colleen's Dream Fund award, Tucson, Arizona |
| 2013-2015 | Outstanding Oversea Teacher's Award, Department of Education, China |
| 2013 | Excellence Teaching Award, College of Medicine, University of Arizona, Tucson, AZ |

## BOARD CERTIFICATION AND LICENSURE

Curriculum Vitae---Wenxin Zheng, M.D.

| 1996 | Diplomate of The American Board of Pathology in combined Anatomic Pathology and Clinical Pathology |

**Medical practice licenses in United States**

| 1995-1998 | New York, #200339 |
| 1996-2002 | California, #A61328, |
| 2000-2008 | Connecticut, # 039113, |
| 2005- | Arizona, #34676 |
| DEA: | BZ5264457 |

**SERVICE**

| 1993-1995 | Reproductive Biology Resource Committee<br>College of American Pathologist (CAP) and American Fertility Society (AFS), |
| 1996- | Gynecologic pathology and gynecologic cytology signouts and<br>Weekly gynecology oncology tumor board presentation |
| 1997- 2005 | Monthly quality control of cytology and biopsy correlations |
| 1997-2000 | Cancer Committee Member<br>Los Angeles County + University of Southern California Medical Center |
| 1997-2000 | Associate Director of Molecular Pathology Laboratory<br>Los Angeles County + University of Southern California Medical Center |
| 1998-2005 | Gynecology Oncology Research Committee Member,<br>University of Southern California and Yale University School of Medicine |
| 2002-2004 | Grand Round Coordinator and Organizer<br>Department of Pathology, Yale University School of Medicine |
| 2000- | Invited Grant Reviewer for gynecologic cancer, China Natural Science Foundation, Beijing, China |
| 2001-2005 | Selection Committee for Gynecologic Oncology Fellow<br>Department of Obstetrics and Gynecology, Yale University School of Medicine |
| 2001-2005 | Director of Gynecologic Pathology Fellowship Program<br>Department of Pathology, Yale University School of Medicine, |
| 2002-2005 | Director of Gynecologic Pathology Program, 01/02—07/05<br>Department of Pathology, Yale University School of Medicine |
| 2003-2005 | Committee member of The Ovarian Cancer Prevention and Early Detection Program at Yale University |
| 2003—2005 | Faculty Search Committee, Department of Pathology<br>Yale University School of Medicine |
| 2005- | Senior Consultant for Gynecologic Pathology and Gynecologic Oncology<br>Arizona Cancer Center and the University of Arizona |
| 2005- | Director of Molecular Pathology<br>Department of Pathology, University of Arizona |
| 2005- 2008 | **Outstanding Principal Investigator**, Pathology Center, Fudan University School of Medicine, China |
| 2005-2008 | **Distinguished professor and senior scientific advisor in pathology**, Fudan Univeristy School of Medicine, China |
| 2005- 2008 | **Chairman of the Department of Pathology and Pathology Center**, Shanghai Medical College Fudan University, China |

Curriculum Vitae---Wenxin Zheng, M.D.

| | |
|---|---|
| 2005-2008 | **Senior consultant** for the Department of Pathology, Pathology Center, and the Hospital of Obstetrics and Gynecology, Shanghai Medical College Fudan University, China |
| 2006--2010 | Member of Better than Ever Grant Review Committee |
| | Arizona Cancer Center, University of Arizona |
| 2006- | Committee member of Arizona Cancer Center, Cancer Genetics and Molecular Biology program, University of Arizona |
| 2006- | Member of Pathology Committee, **Gynecologic Oncology Group**, USA |
| 2006- | Member of Cancer Prevention Committee, **Gynecologic Oncology Group**, USA |
| 2007- | Member of Executive Administrative Committee, Department of Pathology, University of Arizona |
| 2007- | Member of Academic Review Committee, Department of Pathology, University of Arizona |
| 2007- | Member of Faculty Search Committee, Department of Pathology, University of Arizona |
| 2008 - | Member of Curriculum Committee, University of Arizona College of Medicine |
| 2008 - | South West Oncology Group, Gynecologic Oncology Committee, Pathology section, USA |
| 2008- | Co-Director of Tissue Acquisition and Cellular/Molecular Analysis Shared Service, Arizona Cancer Center, University of Arizona. |
| 2008- | Honorary Professor, Shangdong University School of Medicine, China |
| 2013- | Honorary Professor, Chinese Traditional Medical University, Nanjing, China |

## OTHER EXPERIENCES

| | |
|---|---|
| May 1998 | Visiting Professor, Shanghai Second Medical University |
| Nov. 2003 | Visiting Professor, Fudan University School of Medicine |
| Nov. 2003 | Visiting Professor, Jiaotong University Medical School |
| March 2004 | Visiting Professor, Hebei Medical University, Shijiazhuang, China |
| April 2004 | Visiting Professor, Department of Pathology and Arizona Comprehensive Cancer Center, University of Arizona |
| July 2004- | Distinguished Professor of Pathology and Gynecology and Senior Consultant for Gynecologic Pathology, Hospital of Obstetrics and Gynecology, Shanghai Medical College Fudan University |
| 1997-2001 | The Founder President of Association of Chinese American Physician, California. |
| 2001- | Member of Board of Directors, Association of Chinese American Physicians. |
| 2004- 2006 | Executive Committee member and Treasurer, International Association of Chinese Pathologists, USA. |
| 2004-2005 | Executive vice president of Association of Chinese American Physician (in charge of New England Area). |
| March 2005 | Visiting professor and keynote speaker on the topic of endometrial cancer in Jinan, Shangdong University School of Medicine, China |
| May 2006 | Visiting professor and keynote speaker on the topic of endometrial carcinogenesis in Chengdu, Sichuan University School of Medicine, China |
| May 2007 | Visiting professor and keynote speaker on the topic of ovarian epithelial carcinogenesis in Department of Pathology, Beijing University School of Medicine, China |
| May 2008 | Visiting professor and keynote speaker on the topic of endometrial cancer in Jinan, Shangdong University School of Medicine, China |

Curriculum Vitae---Wenxin Zheng, M.D.

| | |
|---|---|
| Jan. 2008- | Executive Committee member, Chinese American Pathologist Association, USA. |
| 2008- | Abstract Review Committee, USCAP |
| 2010- | House of Delegate member, Arizona, CAP |
| 2011- | Chair of Arizona House of Delegate, CAP |
| 2013- | Nomination Committee, CAP |

Who's Who in America - 62nd Edition, 2007

Who's Who in America - 63rd Edition, 2008

Who's Who in America - 64th Edition, 2009

Who's Who in America - 65th Edition, 2010

Who's Who in America - 66th Edition, 2011

Who's Who in America - 67th Edition, 2012

Who's Who in the World - 26th Edition, 2008

Who's Who in Science and Engineering - 11th Edition, 2010
Who's Who in Science and Engineering - 12th Edition, 2011
Who's Who in Science and Engineering - 13th Edition, 2012


## SPECIFIC TEACHING RESPONSIBILITIES

| | |
|---|---|
| 1996- | Gynecologic Pathology teaching for residents and fellows in Departments of Pathology, Obstetrics and Gynecology, University of Southern California, Yale University and the University of Arizona |
| 1996—2000 | Cytology (gynecologic and non-gynecologic cytology) teaching for pathology residents and fellows, University of Southern California |
| 1996-2005 | Cytologic and biopsy correlation conference, University of Southern California and Yale University |
| 1998-2005 | Medical students, second year pathology course tutorial teaching, University of Southern California and Yale University |
| 2006- | Medical Students, second year pathology course 801, 6 lectures on gynecologic pathology, University of Arizona |
| 2007- | Medical Students, second year pathology course, life cycle block, 20 hours/year University of Arizona |

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS
Local:

| | |
|---|---|
| 1995-1996 | Rhode Island Society for Pathologist |
| 1996-2002 | Los Angeles Society for Pathologists |
| 2002-2005 | Connecticut Society for Pathologists |
| 2010- | Arizona Society for Pathologists |

National and International:

| | |
|---|---|
| 1995- | International Academy of Pathology (IAP) |
| 1995- | United States and Canadian Academy of Pathology (USCAP) |

Curriculum Vitae---Wenxin Zheng, M.D.

| 1997- | International Society of Gynecologic Pathology (ISGP) |
| 1995-2002 | American Society of Investigative Pathology (ASIP) |
| 1992- | College of American Pathologist (CAP) |
| 1990-1995 | The Endocrine Society |
| 1990-2005 | Chinese American Medical Society |
| 1995- | Association of Chinese American Physicians |
| 2001-2008 | International Association of Chinese Pathologists |
| 2004- | Chinese American Pathologist Association |
| 2004- | American Board of Hospital Physicians |
| 2006- | Arthur Purdy Stout Society (APSS) |
| 2006- | Chinese Pathology Directors' Association |
| 2007- | American Association of Cancer Research (AACR) |
| 2014- | American Society of Colposcopy and Cervical Pathology (ASCCP) |

## RESEARCH ACTIVITIES

Major Areas of Research Interest:
Gynecologic Oncology, particularly focus on ovarian, endometrial and cervical cancers.

Research Interests and my Original Creative Thoughts:
**Type II endometrial carcinogenesis.** I am the pioneer investigator for this project. In the last 12 years, together with colleagues, collaborators, and trainees, I have defined the precancer lesion and latent precancers (p53 signature).  Based on our recent findings, I have proposed a new model of endometrial serous carcinoma (ESC) development, that is it starts from p53 signature glands to endometrial glandular dysplasia (EmGD) through serous endometrial intraepithelial carcinoma (EIC), then to the full-blown ESC.  We are currently focusing on developing a mutant p53 protein based immunoassay for early detection of type II endometrial cancer.  Active research is in process.

**Ovarian serous carcinogenesis.**  It is known that majority ovarian high-grade serous carcinoma is derived from fallopian tube.  Recently, we have obtained strong evidence that low-grade ovarian serous carcinoma is also mainly derived from fallopian tube.  Now the main question become if ovary has any true epithelial cancer.  These updates will have a tremendous impact in ovarian cancer prevention and management in near future.

**Cervical cancer early diagnosis and treatment.**  I have been interested in cervical cancer early diagnosis and one-stop treatment for several years.  Current drawback of cervical cancer management modality is the cumbersome lengthy diagnostic procedures and ineffective treatment methods.  Together with collaborators in China, I have developed an efficient diagnostic and therapeutic approach for cervical precancers called as "One Stop Cervical Care".  With this novel approach, we are able to offer definitive diagnosis and treatment for cervical HSIL in a less than 2-hour period.

**Origin of endometriosis.**  It is controversial for a long time regarding what is the source for endometriosis.  We recently defined the earliest morphologic changes of ovarian endometriosis called as **initial endometriosis**.  This work leads us to further studies the

Curriculum Vitae---Wenxin Zheng, M.D.

etiology of endometriosis and the relationship between endometriosis and endosalpingiosis, and endocervicosis. Based on our understandings, these three conditions are inter-changeable via a metaplastic process. We are currently seeking for the biologic mechanisms of the metaplasia in these conditions. For instance, what is the cause or causes to make endosalpingiosis become endometriosis. At the present, the initial endometriosis provides a useful morphologic model to study the process. More interestingly, we recently obtained a morphologic and cellular evidence that at least some of the pelvic endometriosis is also derived from tubal mucosal cells.

Grants Awarded in Past 15 Years:

**Co-investigator (100%)** with Dr. Anthony R. Bellve (PI).
Seminiferous growth factor of mammalian spermatogenesis          $280,896
National Institute of Health, HD 29010.
1992-1995

**Principle Investigator (5%)**
Ovarian tumorigenesis and gonadotropins          $14,500
James H. Zumberge Faculty Research and Innovation Fund
1997-1998

**Principle Investigator (5%)**
Ovarian carcinoma and gonadotropin receptors          $15,000
American Cancer Society Institutional Research Grant
Norris Comprehensive Cancer Center, University of Southern California
Aided by grant #IRG-21-37 from the American Cancer Society
1997-1998

**Principle Investigator (10%)**
FSH as a key growth promoter in ovarian epithelial tumorigenesis          $50,000
Robert E. and May Wright Foundation
1998-1999

**Principle Investigator (10%)**
Clinical Trial of Ovarian Cancer Prevention with Lupron          $10,000
Rockefeller Foundation China Bridge Institution (North America)
1998-2001

**Principle Investigator (30%)**
FSH as a key growth promoter
          in the development of ovarian epithelial tumor
          $366,119
California Cancer Research Program, #2N10178
2002-2004

**Co-Principal Investigator** (10%) with Dr. Brian Bagley (PI)
A tissue based proteomic study for ovarian cancer markers          $750,000/yr
National Institute of Health, 1R41CA128145

Curriculum Vitae---Wenxin Zheng, M.D.

2008 – 2010

**Co-PI (10%)** with Dr. Setsuko Chambers (PI).
Regulation of CSF-1 in ovarian cancer                                      $1,635,000
National Institute of Health, RO1CA097347-01
2004-2009

**Principal Investigator** (10%)
Precursors of type II endometrial cancer                                   $60,000
Arizona Cancer Center Better than Ever Grant
2006 – 2008

**Co-Principal Investigator** (1%) with Dr. Anna Maria Lopez (PI)
Ultraclinic through telepathology and telecolposcopy
     to treat cervical cancer precursor lesions                            $25,000
Arizona Cancer Center Better than Ever Grant
2006 – 2008

## Active Grants

**Co-Principal Investigator** with Dr. Guang Yao (5%)
Molecular mechanisms of tubal secretory cells in ovarian serous carcinogenesis   $40,000
Arizona Cancer Center Better than Ever Grant
2013 – 2014

**Co-Principal Investigator** with Dr. Guang Yao (5%)
Molecular mechanisms of tubal secretory cells in ovarian serous carcinogenesis   $25,000
Arizona Cancer Center Supporting Grant
2013 – 2014

5P30 CA023074-31 (Alberts)              7/1/09 – 6/30/14              0.12 calendar
NIH/NCI                                 $114,713  (Co-Dir., Tissue Acquisition Shared
                                        Svc)
Cancer Center Support Grant
The major goal of this project is to provide organizational infrastructure for the promotion of
interdisciplinary research and the collective use of resources.

R01 CA115780 (Gmitro)                   7/1/10 – 6/30/14              0.5 calendar
NIH/NCI                                 $192,884 (collaborator)
Diagnosis of Ovarian Cancer by Confocal Microendoscopy
The objective of this research is to develop and demonstrate a screening tool for early
detection of ovarian cancer based on in situ visualization of tissue at the cellular level.

2R01 CA115780-05A1 (Gmitro)             9/1/05 – 4/30/14              0.60 calendar
NIH/NCI                                 $1,854 (Salary only)
Diagnosis of Ovarian Cancer by Confocal Microendoscopy

The major goal of this project is to develop and demonstrate a screening tool for early detection of ovarian cancer based on in situ visualization of tissue at the cellular level.

| 3R01 CA115780-05A1S1 (Gmitro) | 9/1/05 – 4/30/14 | 0.60 calendar |
|---|---|---|
| NIH/NCI | $29,369 (Salary only) | |

Diagnosis of Ovarian Cancer by Confocal Microendoscopy
The major goal of this project is to develop and demonstrate a screening tool for early detection of ovarian cancer based on in situ visualization of tissue at the cellular level.

## OTHER PROFESSIONAL ACTIVITIES

International, national, and regional Committee Assignment and Consultantship:

| 1999-2005 | Referee, The Wellcome Trust, London, England |
|---|---|
| 2000-2004 | Referee, Hong Kong Research Grants Council |
| 2004- | Research study section, Ovarian Cancer Research Fund, Natural Science Foundation of China |
| 2006- | Promotion and Tenure committee, Department of Pathology, College of Medicine, University of Arizona. |
| 2007-2010 | Curriculum committee, College of Medicine, University of Arizona |
| 2008-2013 | Abstract Review Board, USCAP |
| 2010- | House of Delegate, CAP |
| 2011- | Chair, House of Delegate, CAP |
| 2012- | Grant reviewer, Katar Scientific Foundation, Katar. |
| 2013- | Nomination Committee, CAP |

**Editorship:**

Co-Editor-in-Chief: http://www.ajceog.us
American Journal of Clinical and Experimental Obstetrics and Gynecology

**Editorial Board:**

American Journal of Cancer Research
American Journal of Translational Research
Journal of Hematology and Oncology (2007 to 2009)
International Journal of Clinical and Experimental Pathology
Chinese Journal of Clinical and Experimental Pathology
The Scientific World JOURNAL
Journal of Clinical and Experimental Pathology
Journal of Cancer Research
The Journal of Surgical Oncology
The Journal of Anatomic Pathology

Ad Hoc Reviewer for the following peer reviewed Journals (1-5/year):

American Journal of Pathology
American Journal of Surgical Pathology
American Journal of Obstetrics and Gynecology

Curriculum Vitae---Wenxin Zheng, M.D.

> Applied Immunohistochemistry and Molecular Morphology
> Cancer Prevention
> Clinical Cancer Research
> Fertility and Sterility
> Gynecologic Oncology
> Obstetrics and Gynecology
> International Journal of Cancer
> International Journal of Gynecologic Pathology
> International Journal of Gynecologic Cancer
> Laboratory Investigation
> Journal of National Cancer Institute
> Neoplasia
> International Journal of Women's Health
> Human Pathology
> Modern Pathology
> PLoS One
> Proc Natl Acad Sci
> Cancer Prevention

Research Trainees:

| | |
|---|---|
| 1998-2000 | Jean J. Lu, M.D., Postdoctoral Fellow, supported by American Cancer Society grant |
| 2001-2002 | Billur Z. Senturk, M.D., Postdoctoral Fellow, supported by Department of Pathology, Yale University |
| 2003-2004 | Emine Cagnur Ulukus. M.D., Postdoctoral research fellow, supported by Turkish Govermenet |
| 2004-2005 | Ying Qin, M.D., M.Sc., Postdoctoral research fellow, supported by Chinese government. |
| 2006-2008 | Xiaofang Yi, MD, PhD, Postdoctoral research fellow, supported by Chinese government. |
| 2009-2011 | Nisreen Abushahin, MD, Gynecologic pathology fellow, supported by Jordan government. |

Graduate Students:

| | |
|---|---|
| 2006-2008 | Yongjuan Liu, Master of Science, Department of Pathology, Fudan Unviersity |
| 2006-2009 | Zhenbo Zhang, PhD, Department of Obstetrics and Gynecology, Fudan University |
| 2006-2008 | Lin Jia, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2007-2009 | Xi Zhang, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2008-2010 | Ning Chen, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2009-2011 | Li Xiang, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2011-2012 | Jie Li, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2013-2014 | Zeng Yuan, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |
| 2013-2014 | Wenjing Zhang, MD, a PhD candidate of Shandong University, co-sponsored by both the University of Arizona and the Shandong University in China. |

Curriculum Vitae---Wenxin Zheng, M.D.

Clinical Fellow Trainees:

| | |
|---|---|
| 1998-1999 | Charles Amenzca, M.D., Gynecologic Pathology Fellow, Department of Pathology, University of Southern California |
| 2001-2002 | Reena Jain, M.D., Gynecologic Pathology Fellow, Department of Pathology, Yale University. |
| 2002-2003 | Sharon Liang, M.D., Gynecologic Pathology Fellow, Department of Pathology, Yale University. |
| 2003-2004 | Roy Zhang, M.D., Gynecologic Pathology Fellow, Department of Pathology, Yale University. |
| 2004-2005 | Olu Fadare, M.D., Gynecologic Pathology Fellow, Department of Pathology, Yale University. |
| 2003-2006 | Jessica Mcalpine, M.D., Gynecologic Oncology Fellow, Department of Obstetrics and Gyneoclogy, Yale University. |
| 2009 | Wenxia Wang, MD, Gynecologic Oncology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona. |
| 2010 | Lijie Wang, MD, Gynecologic Oncology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona. |
| 2010 | Binlie Yang, MD, Gynecologic Oncology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona. |
| 2010-2012 | Nisreen Abushahin, MD, Gynecologic pathology fellow, Department of Pathology, University of Arizona |
| 2011 | Shujie Pang, MD, Gynecologic pathology fellow, Department of Pathology, University of Arizona |
| 2011 | Rutie Yin, MD, Gynecologic Oncology and Pathology Fellow, Department of Obstetrics and Gyneocology and Department of Pathology, University of Arizona. |
| 2012 | Yan Ning, MD, PhD, Gynecologic Pathology Fellow, Department of Pathology, University of Arizona |
| 2012 | Yiying Wang, MD, PhD, Gynecologic Oncology and Pathology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona |
| 2012 | Yue Wang, MD, Gynecologic Oncology and Pathology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona |
| 2013 | Dake Li, MD, Gynecologic Oncology and Pathology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona |
| 2013 | Lingmin Li, MD, PhD, Gynecologic Pathology Fellow, Department of Pathology, University of Arizona |
| 2013 | Yuan Lu, MD, PhD, Gynecologic Oncology and Pathology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona |
| 2014 | Binlie Yang, MD, Gynecologic Oncology Fellow, Department of Obstetrics and Gyneoclogy and Department of Pathology, University of Arizona. |

Invited Presentations in the national and international universities and institutions for the occasions of Grand Rounds, Seminars, Meetings, and Courses

1.  Columbia University, Department of Obstetrics and Gynecology, May 1990
    Title: The role of seminiferous growth factor (SGF) in spermatogenesis.

Curriculum Vitae---Wenxin Zheng, M.D.

2. Cornell University, Department of Pathology, September 1992
   Title: The role of gonadotropins in the pathogenesis of ovarian epithelial cancer
3. Memorial Sloan-Kettering Cancer Center Grand Round, October 1993
   Title: Borderline tumor of the fallopian tube, does it exist?
4. Cornell University, Department of Pathology, February 1994
   Title: Endometrial cancer, a possible dualistic model to explain its pathogenesis
5. Brown University, Department of Pathology, January 1995
   Title: FSHR in ovarian surface epithelium and epithelial tumors
6. Harvard University, Department of Obstetrics and Gynecology Endocrine Unit, October 1995, Title: The role of menstrual hormones in the development of ovarian epithelial cancer.
7. University of Southern California, Department of Pathology, May 1996
   Title: Gonadotropin responsive cells and BRCA1 expression in ovarian cells: clues for the hormonal etiology of ovarian cancer development.
8. University of Southern California, Department of Pathology Grand Round, April 1997
   Title: Endometrial carcinogenesis:  hormone and non-hormone related issues
9. University of Southern California, Department of Pathology, May 1998
   Title: The role of inhibin alpha in the diagnosis of ovarian sex cord-stromal tumor
10. University of Southern California, Norris Cancer Center, November 1998
    Title: The role of gonadotropins in the development of ovarian epithelial tumors
11. University of California Davis, Department of Pathology, May 1999
    Title: FSH plays a key role in the development of ovarian epithelial tumors.
12. University of California Los Angeles, Department of Pathology, January 2000
    Title: The role of gonadotropins in the development of ovarian epithelial tumors.
13. University of California Los Angeles,  Olive View  Medical Center, Department of Pathology, March 2000
    Title: Diagnosis of ovarian cancers:  morphologic criteria and new bio-markers
14. Bayer Company, Oakland, California, May 2000
    Title: Tissue microarray and molecular pathology
15. University of California Irvine, Department of Pathology, California, September 2000
    Title:  The role of menstrual hormones in the etiology of ovarian epithelial tumorigenesis.
16. Emory University, Department of Pathology Grand Round, GA, September 2000
    Title:  The role of menstrual hormones in the etiology of ovarian epithelial tumorigenesis.
17. University of Massachusetts, Department of Pathology, MA, October 2000
    Title:  The role of menstrual hormones in the etiology of ovarian epithelial tumorigenesis.
18. Yale University School of Medicine, Grand Round of Department of Radiation Therapeutics, May 2001
    Title: Endometrial carcinogenesis, current understanding and clinical application.
19. Yale Cancer Center, Ovarian Cancer Program, November 2001
    Title: The role of menstrual hormones in the development of ovarian epithelial tumors.
20. Jiaotong University Medical School, Shanghai, November 2003
    Title:  Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma.
21. Fudan University Shanghai Medical College, Hospital of Obstetrics and Gynecology, November 2003
    Title:  Endometrial carcinogenesis, an update
22. University of Massachusetts,  Department of Pathology, March 2004

Curriculum Vitae---Wenxin Zheng, M.D.

     Title: Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma: diagnostic criteria and clinical impact.

23.   Heibei University School of Medicine, Department s of Obstetrics and Gynecology and Pathology, March 2004
   Title: UPSC carcinogenesis with emphasis on newly identified precursor lesions.

24.   University of Arizona, Department of Pathology, April 2004
   Title: Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma.

25.   Harvard University, Brihgam and Women's Hospital, Department of Pathology, May 2004
   Title: Precursor lesions of type II endometrial cancer.

26.   New York University School of Medicine, Department of Pathology, October 2004
   Title: Precursor lesions of uterine papillary serous carcinoma.

27.   Yale University, Ella Grasso Annual Conference, November 2004
   Title: Is UPSC precursor lesions recognizable?

28.   Department of Pathology, Beijing University School of Medicine, December 2004
   Title: Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma: diagnostic criteria and clinical impact.

29.   Ruikang Pharmaceutical Company, Beijing, China, December 2004
   Title: Spermatogenesis and herbal medicines promoting its process.

30.   State University of New York, Stony Brook Medical Center, Department of Pathology, February 2005
   Title: Endometrial cancer precursor lesions: diagnosis and practical guidelines for the clinical management

31.   **Keynote Speaker** in International Gynecologic and Urogenital Pathology Annual meeting, Jinan, Shandong Province, China, March 31 to April 1, 2005
   Title: Endometrial cancer, practical issues, recent progress and future directions.

32.   Shanghai Cancer Hospital, Fudan University School of Medicine, China, April 6, 2005
   Title: Uterine papillary serous carcinoma, its early form and precursor lesions: diagnosis and practical guidelines and clinical management.

33.   Department of Pathology, Hospital of Obstetrics and Gynecology, Fudan University School of Medicine, April 8, 2005.
   Title: Practical review of gynecologic pathology cases

34.   Department of Pathology and Obstetrics and Gynecology, Qilu Hospital, Shangdong University School of Medicine, October 8-9, 2005.
   Title: Dualistic model of ovarian carcinogenesis

35.   **Keynote Speaker** in The 8th Chinese National Gynecologic Pathology Conference, Hangzhou, China, October 25 to 28, 2005
   Title: A. Recent progresses on non-endometrioid endometrial carcinogenesis. B. Ovarian borderline tumors – diagnostic criteria and practical issues.

36.   Shanghai Cancer Hospital, Shanghai Medical College, Fudan University China, Oct. 25 2005
   Title: Ovarian carcinogenesis, a proposed dualistic model.

37.   Arizona Cancer Center, Tucson, Arizona. In the 37th Annual Tucson Seminar focus on women's cancers. January 26 – 28, 2006.
   Title: Rapid analysis, Breast biopsies, Telepathology.

38.   The Chinese Association of Obstetrics and Gynecology, Shanghai. June 27, 2006

Curriculum Vitae---Wenxin Zheng, M.D.

        Title:   Ovarian   Borderline   Tumors,   the   consensus,   controversies,   practical recommendations, and future directions.

39.    Guangxi Medical University, China.  June 23 to 24, 2006
        Title:  Endometrial carcinogenesis and diagnostic problems in daily practice.

40.    School of Medicine, Shandong University, China.  June 30, 2006
        Title:   Ovarian   Borderline   Tumors,   the   consensus,   controversies,   practical recommendations, and future directions.

41.    Qingdao Municipal Hospital, Shandong, China.  July 1 to 2, 2006
        Title: **Honorary lecture as a distinguished guest professor**:  Cervical cancer precursor lesions and their morphologic mimics.

42.    Shanghai Medical College Fudan University, China.  September 4, 2006
        Title:  Pathology Introduction to class 2008 medical students.

43.    The Sixth meeting of the Association of Directors of Pathology of China.  Qingdao, Shandong, China.  September 9 to 10, 2006
        Titles:  (1) **Pathology reform and future directions in China, an experience from Fudan University.**  (2) Precursor lesions of type II endometrial cancers.

44.    The 4th Chinese national tumor pathology diagnostic conference.  Huangshan, Anhui, China.  September 16 to 17, 2006
        Titles:  (1) Precursor lesions of type II endometrial cancers.  (2) Practical issues of ovarian mass diagnosis and differential diagnosis.

45.    The first Shanghai gynecologic pathology conference.  Shanghai, China.  September 23, 2006.  **Conference organizer, chair, moderator, and speaker.**
        Lecture Title:  Endometrial serous carcinoma, pathogenesis, precursor diagnosis, and future directions.

46.    Fudan Pathology Center – MD Anderson Cancer Center Joined Pathology symposium, Shanghai China, March 8 – 11, 2007.  **Symposium organizer, chair, moderator, and speaker**
        Lecture Title:  Recent progresses of type II endometrial cancers

47.    Shanghai Medical Association – Obstetrics and Gynecologic Group conference, March 19, 2007.
        Title: A dualistic model of ovarian carcinogenesis

48.    5th Asia Pacific International Academy Pathology Congress, Singapore, May 27 to 29, 2007.  **Invited speaker**:
        Title: Type II endometrial cancer: precancers and carcinogenesis

49.    Annual conference of Arizona Pathology Association, Pheonix, AZ, May 3rd, 2008.  **Invited Speaker**
        Title:  Precancers of type II endometrial cancer

50.    Beijing Pathology Association, China, June 15 to 16, 2008.
        **Invited Speaker**
        Title: Source of pelvic serous carcinomas

51.    China Automation Institute, Beijing,China, June 14, 2008
        **Invited Panel Speaker**
        Title: The role of social computing in medical sciences

52.    Four major cities in China: Beijing, Shanghai, Chengdu, and Guangzhou, Feb. 11 to 19, 2009
        Cervical Cancer Workshop
        **Co-organizer and Chair with Dr. Kenneth Hatch and speaker**

Title: Trends of cervical cancer prevention
53. Beijing University, China, Feb. 13 and 18, 2009
    **Invited speaker**
    Tumor board conference, formality and reality in the world.
54. Sichuan University, China, Feb. 13 and 18, 2009
    **Invited speaker**
    Recent advances in Gynecologic Pathology
55. Lowers Vantana Canyon Resort, Tucson, Arizona, Feb. 2 to 6, 2010
    ASCP teaching course: Gynecologic Pathology: A practical surgical and cytology perspective
    **Faculty**
    Type II endometrial precancer, pathologic diagnosis and clinical management.
56. University of Ottawa, Ontario, Canada, April 14 and 15, 2010
    **Invited speaker**
    Endometrial precancers and carcinogenesis
    Portfolios of Gynecologic Pathology (4 hours)
57. Gynecologic Pathology Teaching Course
    Shandong University, China, May 14 to 16, 2011
    **Keynote speaker**
    Recent advances in endometrial, ovarian, and cervical carcinogenesis (6 hours total)
58. Beijing University, China, May 25, 2011
    **Invited speaker**
    Endometrial serous carcinoma:  pathologic diagnosis and clinical impact
59. Shanghai Health Department, May 27 to 29, 2011
    **Invited speaker**
    Lectures:      Ovarian epithelial carcinogenesis and clinical impact
                   Advances of endometrial cancer and clinical management
                   Cervical cancer screening and early detection: what are the key points?
60. Arizona Cancer Center, October 19, 2011
    **Grand round speaker**
    Lecture:  Does ovarian epithelial cancer arise in the ovary?
61. Annual conference of Arizona Pathology Association, Tucson, AZ, April 3, 2012.
    **Faculty speaker**
    Title:  Recent advances in ovarian and endometrial cancer pathology.
62. Shandong University, China, May 20, 2012
    **Invited visiting professor speaker**
    Title:  Ovarian cancer does not come from ovary.  What is the cell origin?
63. Nanjing Univeristy and Nanjing Annual Pathology Meeting, China, May 27, 2012
    **Invited speaker**
    Title:  Endometrial serous carcinoma without papillary structure, how to recognize correctly?
64. Shanghai Municipal Health Bureau, China, May 30, 2012
    **Invited speaker**
    Title:  Cervical cancer prevention and screening
65. IAP October 2012, South Africa, Endometrial pathology course
    **Faculty**
    Lecture: Endometrial serous carcinoma and its precursors, carcinogenesis and diagnosis

Curriculum Vitae---Wenxin Zheng, M.D.

66. University of California, Irvine, January 24, 2013
    **Grand round speaker**
    Lecture:  Endometrial serous carcinoma and its precursors: diagnostic pitfall and clinical implications.

67. Annual conference of Arizona Pathology Association, Tucson, AZ, April 14, 2013.
    **Faculty speaker**
    Title:  How to recognize gynecologic cancer cells from pelvic washing specimens?

68. The 12th Chinese National Gynecologic Pathology Conference, Jinan, China, May 24-25, 2013
    **Invited speaker**
    Title:  Diagnostic criteria for endometrial hyperplasia and differential diagnosis from well differentiated endometrioid carcinoma.

69. The 12th Chinese National Gynecologic Pathology Conference, Jinan, China, May 24-25, 2013
    **Invited speaker**
    Title:  How to recognize progestin induced pathologic changes and make correct pathology report guiding clinical management

70. Cervical precancer teaching course, Huantai, Shandong, China, May 17, 2013
    **Invited speaker**
    Title:  Cervical cancer prevention: current situation and future strategies

71. Bingzhou Medical College, Yantai, China, May 10, 2013
    **Invited speaker**
    Title:  Recent advances in gynecologic cancers

72. Shanghai Pudong Health Bureau, China, May 30, 2013
    **Invited speaker**
    Title:  Updating cervical cancer screening guidelines

73. Shanghai Pudong Health Bureau, China, October 24, 2013
    **Invited speaker**
    Title:  Ovarian borderline malignancies: what are the key points?

74. Chinese Gynecologic Oncology 10th National Annual Conference, Nanjing, China, October 26, 2013
    **Invited Expert Lecture**
    Title:  Ovarian serous borderline tumors: Consensus, clinical impacts, and future directions.

75. Chinese Pathology Association National Annual Conference, Guangzhou, China, November 8, 2013
    **Invited Expert Lecture**
    Title:   Endometrial serous carcinoma and its precancer: diagnosis and clinical implications.

76. Shanghai Pudong Health Bureau, China, May 14, 2014
    **Invited speaker**
    Title:  Recent advances of cervical cancer in the last 2 years.

77. Shanghai International Women and Infants' Hospital, China, May 15, 2014
    **Invited speaker**
    Title: Cervcial cancer screening and the ideas of application in China 宫颈癌筛查最新进展及其在中国应用的思考

Curriculum Vitae---Wenxin Zheng, M.D.

78.   Hospital of Obstetrics and Gynecology, Fudan University, Shanghai, China, May 16, 2014
      **Invited speaker**
      Title:  Fallopian tube: under the spotlight

79.   China-USA molecular pathology and its application cause, Nanjing, China, June 3, 2014
      **Invited speaker**
      Title:  Fallopian tube: under the spotlight

80.   Qilu Hospital, Shandong University, China, May 15, 2014
      **Invited speaker**
      Title: Recent advances of cervcial cancer prevention in the last 2 years. **宫颈癌筛查最新进展及其在中国应用的思考**

## BIBLIOGRAPHY

**Peer Reviewed (*Corresponding author articles):**

1).   Bellve AR, **Zheng W**.  Seminiferous growth factors as autocrine and paracrine modulators of male gonadal functions.  J Reprod Fertil.  1989; 85, 771-793

2).   Bellve AR, **Zheng W**.  Different pleiotypic actions of SGF, □FGF and □FGF.  Ann N Y Acad Sci 1989; 564, 116-131.

3).   **Zheng W**, Butwell T, Hecket L, Griswold M, Bellve AR.  Pleiotypic actions of the seminiferous growth factor on two testis cell lines: comparisons with acidic and basic fibroblast growth factors. Growth Factor   1990; 3, 73-82

4).   Braunhut SJ, Rufo GA, **Zheng W**, Enisse BJ, Bellve AR.  Seminiferous growth factor (SGF) induces the proliferation of transformed Sertoli cells.  Biol Reprod  1990; 42, 639-648

5).   Bellve AR, **Zheng W**, Martinova YS.  Recovery, capacitation, acrosome reaction, and fractionation of sperm.  Methods Enzymol. 1993, 225:113-36.

6)    Zheng W, Yang GC, Godwin TA, Caputo TA, Zuna RE.  Mucinous adenocarcinoma of the endometrium with intestinal differentiation.  Human Pathol  1995, 26: 1385-8.

6).   **Zheng W**, Wolf S, Kramer EE, Hoda S.  Borderline serous tumor of the fallopian tube.  Am J Surg Pathol  1996; 20, 30-35

7).   **Zheng W**, Magid MS, Kramer EE, Chen YT.  Follicle-stimulating hormone receptor is expressed in human ovarian surface epithelium and fallopian tube.  Am J Pathol   1996; 148, 47-53

8).   *****Zheng W**, Cao P, Zheng M, Kramer EE, Godwin T.   p53 and bcl-2 expression in endometrial adenocarcinoma. Comparison of serous and endometrioid subtypes (see comments). Gynecol Oncol 1996; 61, 167-174

Curriculum Vitae---Wenxin Zheng, M.D.

9). **Zheng W**, Feng YJ, Gandhi M, Siu S, Hom E, Caputo T, Lauchlan SC.  Persistent expression of bcl-2 onco-protein in endometrial carcinoma correlates with hormone receptor positivity.  Int J Gynecol Cancer  1996; 6, 235-240

10). **Zheng W**, Sung CJ, Cao P, Cai R, Godwin TA, Kramer EE, Lauchlan SC. The early occurrence and prognostic significance of p53 in primary carcinoma of the fallopian tube.  Gynecol Oncol 1997; 64, 38-48

11). **Zheng W**, Sung CJ, Hanna I, Lambert-Messerlian G, Steinhoff M, Lauchlan SC.  Inhibin alpha and beta subunits of inhibin/activin as markers for gonadal sex cord-stromal differentiation.  Int J Gynecol Pathol, 1997; 16, 263-271

12). Lambert-Messerlian G, Steinhoff M, **Zheng W**, Canick J, Seifer D, Schneyer A.  Characterization of immunoreactive forms of inhibin in serum of pre- and post-menopausal women with epithelial ovarian cancer.  Gynecol Oncol  1997; 65, 512-516

13). Welt CK, Lambert-Messerlian G, **Zheng W**, Sluss P, Crowley WF, Schneyer AL.  Activin, inhibin and follistatin in epithelial ovarian carcinoma.  J Clin Endocinol Metab  1997; 82, 3720-3727

14).**Zheng W**, Welt C, Lambert-Messerlian G, Sung CJ, Schneyer AL, Felix JC.  Asymmetric Expression of Inhibin and Activin in Ovarian Epithelial Carcinoma.  Lab Invest  1997, 76:112.

15)  **Zheng W**, Luo MP, Welt C, Lambert-Messerlian G, Sung CJ, Schneyer A, Lauchlan SC, Felix JC.  Imbalanced expression of inhibin and activin subunits of in primary epithelial ovarian cancer. Gynecol Oncol  1998; 69, 23-31

16)  **Zheng W**, Khurana R, Farahmand S, Wang Y, Zhang ZF, Felix JC.  p53 as an significant diagnostic marker for uterine surface carcinoma--precursor lesion of uterine papillary serous carcinoma. Am J Surg Pathol  1998, 22: 1463-1473.

17)  **Zheng W**, Lauchlan SC. Inhibin and Activin: Their roles in ovarian tumorigenesis and their diagnostic utility in surgical pathology practice. Appl Immunohistochem Mol Morphol  1999, 7, 29-38.

18)  Amezcua CA, **Zheng W**, Muderspach L, Felix JC. Down regulation of bcl-2 is a potential marker of the efficacy of progestin therapy in the treatment of endometrial hyperplasia.   Gynecol Oncol 1999, 73, 126-136.

19) Quddus MR, Sung CJ, **Zheng W**, Lauchlan SC.  p53 alteration in endometrial metaplasia with dysfunctional uterine bleeding. Histopathology  1999, 35: 44-49.

20) **Zheng W**, Lu J, Luo F, Zheng Y, Feng Y-J, Felix JC, Lauchlan SC, Pike MC. Ovarian epithelial tumor growth promotion by FSH and inhibition of the effect by LH.  Gynecol Oncol 2000, 76: 80-88.

21).**Zheng W**, Luo F, Lu J, Baltayan A, Press M, Zhang ZF, Pike MC. Reduction of BRCA1 expression in sporadic ovarian cancer (see comment). Gynecol Oncol, 2000, 76: 294-300.

Curriculum Vitae---Wenxin Zheng, M.D.

22). Sung J, Quddus M, Zheng Y, Zhang ZF, Lauchlan SC, *Zheng W. p53 serves as a significant prognostic marker in endometrial carcinomas.  Int J Gynecol Cancer, 2000, 10: 119-127.

23).*Zheng W, Lu JJ, Luo F, Zhang L, Cho M, Wang CY, Stanczyk F. Tumor stroma as the main source of inhibin production in ovarian epithelial tumors.  Am J Reprod Immunol, 2000, 44, 104-113.

24). Lu JJ,  Zheng Y, Kang X, Yuan J-M,. Lauchlan SC, *Zheng W. Decreased luteinizing hormone receptor mRNA expression in human ovarian epithelial cancer.  Gynecol Oncol, 2000, 79: 158-168.

25)  Amezcua CA, Lu JJ, Stanczyk FZ, *Zheng W. Apoptosis may be an early event of Progestin Therapy for endometrial hyperplasia.  Gynecol Oncol  2000, 79, 169-176.

26) Wang J, Luo F, Chen P, Liu P, *Zheng W. VEGF Expression and enhanced production by gonadotropins in ovarian epithelial tumors.  Intl J Cancer  2002, 97: 163-167

27)  Zhou H, Luo MP, Schönthal AH, Pike MC, Stallcup MR, Blumenthal M, Zheng W, Dubeau L. Effective of Reproductive hormones on ovarian epithelial tumors: I.  Effect on cell cycle activity. Cancer Biol Therapy, 2002, 1:300-306.

28)  Chen C, Petitclerc E., Brook PC, Sun T, Yu MC, Zheng W, Dubeau L. Effective of Reproductive hormones on ovarian epithelial tumors: II.  Effect on angiogenic activity.  Cancer Biol Therapy, 2002, 1:307-314.

29). Wang J, Ling-Chang L, Schwarts PE, Lauchlan SC, *Zheng W.   Quantitative analysis of FSHR in ovarian epithleial tumors: a novel approach to explain the field effect of ovarian cancer development in peritoneal cavity.  Intl J Cancer, 2003, 103: 328-334.

30). Wang S, Pudney J, Song J, Mor G, Schwartz PE, *Zheng W. Mechanisms involved in the evolution of progestin resistance in human endometrial hyperplasia—precursor of endometrial cancer. Gynecol Oncol, 2003, 88: 108-117.

31). *Zheng W, Senturk BZ, Parkash V. Inhibin Immunohistochemical Staining: A practical approach for the surgical pathologist in the diagnosis of ovarian sex cord-stromal tumors.  Adv Anat Pathol, 2003, 10: 27-38.

32). Chu MC, Mor G, Lim C, Zheng W, Parkash V, Schwartz PE.   Low-grade endometrial stromal sarcoma: hormonal aspects.  Gynecol Oncol, 2003, 90: 170–176

33). Guzeloglu-Kayisli O, Kayisli UA, Al-Rejjal R, Zheng W, Luleci G. Arici A. Regulation of PTEN (phosphatase and tensin homolog deleted on chromosome 10 expression by estradiol and progesterone in human endometrium. J Clin Endocrinol Metab, 2003, 88: 5017-26.

34). Schwartz PE, and *Zheng W.  Neoadjuvant chemotherapy for advanced ovarian cancer: the role of cytology in pretreatment diagnosis.  Gynecol Oncol, 2003, 90: 644-650.

Curriculum Vitae---Wenxin Zheng, M.D.

35). Cai KQ, Albarracin CT, Rosen DG, **Zheng W,** Zhong R, Broaddus R, Luthra R, Liu J. Microsatellite and Chromosomal Instabilities and Expression of hMLH1 and hMSH2 Proteins in Ovarian Clear Cell Cancinoma.   Human Pathol 2004, 35: 552-559.

36) Liu J, Albarracin CT, Chang KH, Thompson-Lanza JA, **Zheng W**, Gershenson DM, Luthra R. Microsatellite Instabilities and Expression of hMLH1 and hMSH2 Proteins in Ovarian Endometrioid Cancer. Modern Pathol 2004. 17: 75-80

37) **Zheng W**, Baker HE, Mutter GL. Involution of PTEN-Null Endometrial Glands with Progestin Therapy. Gynecol Oncol, 2004, 92: 1008-1013.

38). *****Zheng W,** Liang SX, Yu H, Rutherford, T, Chambers SK, Schwartz PE. Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma: a morphological study. Intl J Surg Pathol, 2004, 12: 207-223.

39). Liang SX, Cheng L, Chambers SK, Zhou Y, Schwartz PE, *****Zheng W**. Endometrial glandular dysplasia, a newly defined precursor lesion of uterine papillary serous carcinoma: a molecular study. Intl J Surg Pathol, 2004, 12: 319-331

40). Yeh MM, Tang LH, Wang S, Robert ME, **Zheng W**, Jain D.  Inhibin expression in ovarian-type stroma in mucinous cystic neoplasms.  Applied Immunohistochem Mol Morphol, 2004, 12: 148-152.

41). Fadare O, *****Zheng W**.  HER2 protein (p185[HER2]) is only rarely overexpressed in cervical cancer. Intl J Gynecol Pathol, 2004, 23: 410-411.

42). Cheng L, Thomas A, Roth LM, **Zheng W**, Michael H, Abdul-Karim FW.  OCT4: a novel biomarker for dysgerminoma of the ovary. Am J Surg Pathol 2004. 28: 1341-1346.

43). Ma L, Fisk J, Crum CP, Zhang R, Ulukus EC, *****Zheng W**.  Cervcial eosinophilic dysplasia, a newly identified variant of high-grade squamous intraepithelial neoplasia of the cervix.  Am J Surg Pathol, 2004, 28: 1474-1484.

44). Katsaros D, Cho W, Singal R, Fracchioli S, Rigault de la, Longrais IA, Puopolo M, Smith M, **Zheng W**, and Yu H.  Methylation of tumor suppressor gene p16 and epithelial ovarian cancer survival, Gynecol Oncol, 2004, 94: 685-692.

45). Fadare O, **Zheng W***. Histologic dating of the endometrium: Accuracy, reproducibility, and practical value.  Adv Anat Pathol, 2005, 12 39-46.

46). *****Zheng W**, Schwartz PE. Serous EIC as an early form of UPSC. Recent progress of its pathogenesis and current opinions of clinical management, Gynecol Oncol, 2005, 96: 579-582.

47). Ulukus M, Ulukus EC., **Zheng W,** Arici A. Expression of interleukin-8 receptors in endometriosis. Human Reproduction, 2005, 20: 794-801.

Curriculum Vitae---Wenxin Zheng, M.D.

48). ***Zheng W**, Li N, Wang J, Ulukus EC, Murat Ulukus M, Arici A, and Liang SX.   Initial endometriosis showing direct morphologic evidence of metaplasia in the pathogenesis of ovarian endometriosis.  Intl J Gynecol Pathol, 2005, 24: 164-172.

49). Ulukus EC, Ulukus M, **Zheng W**, Arici A.  Expression of interleukin-8 and monocyte chemotactic protein-1 in adenomyosis.  Human Reproduction, 2005, 20: 2958-2963.

50). ***Zheng W.**  Eosinophilic Dysplasia of the cervix, which are the invasive and cytologic counterparts?  Am J Surg Pathol, 2005, 29: 837-838.

51). Hileeto D, Fadare O, Martel M, ***Zheng W**. Endometrial Polyp in Postmenopausal Women Associated with an Increased Risk of Cancer Involvement, World Oncology Surgical Journal, 2005, 3: 8-10.

52). Toy EP, Bonafé M, Savlu A, Zeiss C, **Zheng W**, Chambers SK.   Correlation of tumor phenotype with *c-fms* proto-oncogene expression in an *in vivo* intraperitoneal model for experimental human breast cancer metastasis.  Clinical and Experimental Metastasis.  2005, 22: 1-9

53). Sever M, Jones TD, Roth LM, **Zheng W**, Michael H, Hattab EM, Emerson RE, Baldridge LA, Cheng L. Expression of CD117 (c-kit) receptor in dysgerminoma of the ovary: diagnostic and therapeutic implications.  Mod Pathol. 2005, 18: 1411-6.

54). Oluwole Fadare O, Reddy H, Wang J, Hileeto D, Schwartz PE and ***Zheng W**.   E-cadherin and beta-catenin expression in early stage cervical carcinoma: a tissue microarray study of 147 cases.  World Journal of Surgical Oncology.  2005, 3: 38.

55). Fadare O, **Zheng W**.  Well-Differentiated papillary villoglandular adenocarcinoma of the uterine cervix with a focal high-grade component. Virchows Archiv, 2005, 9: 1-5.

56). Chang KH, Albarracin C, Luthra R, Wang L, **Zheng W**, Malpica A, Deavers MT, Silva EG, Liu J. Discordant Genetic Changes in Ovarian and Endometrial Endometrioid Carcinomas: a Potential Pitfall in Molecular Diagnosis.  Intl J Gynecol Cancer, 2006, 16, 178-182

57)  Cossu-Rocca P, Jones TM, LM Roth LM, JN Eble JN, **Zheng W**,  Karim FW, Cheng L. Cytokeratin and CD 30 Expression in Dysgerminomas. Human Pathol, 2006, 37: 1015-1021.

58). Fadare O, Liang SX, E. Cagnur Ulukus EC, Chambers SK, and ***Zheng W**. Precursors of Endometrial Clear Cell Carcinoma.  Am J Surg Pathol, 2006, 30: 1519-1530.

59) Cossu-Rocca P, Roth LM, Eble JN, **Zheng W**, Michael H, Emerson RE, Jones TD, Cheng L: Chromosome 12p abnormalities in dysgerminoma of the ovary: A FISH analysis. Modern Pathol, 2006, 19: 611-615.

60) Ulukus M, Ulukus EC, Seval Y, Cinar O, **Zheng W,** Arici A.  Expression of interleukin-8 receptors in patients with adenomyosis. Fertil Steril. 2006, 85:714-20.

Curriculum Vitae---Wenxin Zheng, M.D.

61) Risch HA, Bale AE, Beck PA and **Zheng W**.   PGR +331A/G and Increased Risk of Epithelial Ovarian Cancer.  Cancer Epidemiol Biomarkers Prevention, 2006 15: 1738-1741

62). Liang S, Stone G, Chalas E, Pearl M, Callan F, and **Zheng W**.   A high-grade uterine leiomyosarcoma with human chorionic gonadotropin production.  Intl J Gynecol Pathol, 2006, 25: 257-261.

63). Kong BH, **Zheng W**, Sheng XG, Zhang TG, Wang B, Wang LJ.  Clinicopathologic issues of endometrial cancer: a panel discussion.  Prog Obstet Gynecol, 2006, 15: 401-414.

64). Emerson RE, Wang M, Roth LM, **Zheng W**, Abdul-Karim FW, Liu F, Ulbright TM, Eble JN, Cheng L. Molecular genetic evidence supporting the neoplastic nature of the Leydig cell component of ovarian Sertoli-Leydig cell tumors. Int J Gynecol Pathol. 2007, 26:368-374.

65) *****Zheng W**, Liang SX, Yi XF, Ulukus EC, Davis J, Chambers SK. Occurrence of endometrial glandular dysplasia precedes uterine papillary serous carcinoma.  Int J Gynecol Pathol, 2007, 26: 38-52.

66).  Howell NR, **Zheng W,** Cheng L, Kane P, Pearl M, Chalas, E, Liang SX. Carcinomas of ovary and lung with clear cell features:  Can immunohistochemistry help in differential diagnosis? Intl J Gynecol Pathol, 2007, 26: 134-140.

67). Wang W, Guo T, Rudnick PA, Song T, Li J, Zhuang Z, **Zheng W**, Devoe DL, Lee CS, Balgley BM. Membrane proteome analysis of microdissected ovarian tumor tissues using capillary isoelectric focusing/reversed-phase liquid chromatography-tandem MS.  Anal Chem. 2007, 79:1002-9.

68) Chandramouli A, Shi J, Feng Y, Holubec H, Shanas R, Bhattacharyya AK, **Zheng W,** Nelson MA. Haploinsufficiency of the *cdc2l* gene contributes to skin cancer development in mice. Cancinogenesis, **2007,** 28: 2028-35. PMID: 17389615

70) Fadare O, Yi X, Liang SX, Ma Y, *****Zheng W.** Variations of Mitotic Index in Normal and Dysplastic Squamous Epithelium of the Uterine Cervix as a Function of Endometrial Maturation.  Modern Pathol, 2007, 20: 1000-8.

71) Liang SX, Patel K, Pearl M, Liu J, **Zheng W**, Tornos C. Sertoliform endometrioid carcinoma of the endometrium with dual immunophenotypes for epithelial membrane antigen and inhibin alpha. Int J Gynecol Pathol. 2007, 26: 291-7.

72)  *****Zheng W**, H Wang.  Precursor lesions and its carcinogenesis of type II endometrial cancer.  J Clin Exp Pathol, 2007, 23: 129-132 (**as a format of Expert Forum**).

73) *****Zheng W**, Wang H.  The Borderline tumor: consensus and dilemma.  J Clin Exp Pathol, 2007, 23: 257-261 (**as a format of Expert Forum**).

74) Wang H and *****Zheng W**.   Precancers of type II endometrial cancer: diagnosis and clinical management.  China Pathol J, 2007, 36: 505-507 (**as an invited commentary**).

24

Curriculum Vitae---Wenxin Zheng, M.D.

75) Yi X, **Zheng W**. Endometrial glandular dysplasia and endometrial intraepithelial neoplasia. Current Opinion Obstet Gynecol, 2008, 20: 20-25.

76) *Zheng W, Yi X, Fadare O, Liang SX, Martel M, Schwartz PE, Jiang Z. The Oncofetal Protein IMP3:  A Novel Biomarker for Endometrial Serous Carcinoma.  Am J Surg Pathol, 2008, 32: 304-315.

77) Pearce CL, Wu AH, Gayther SA, Bale AE, Beck PA, Beesley J, Chanock S, Cramer DW, DiCioccio R, Edwards R, Fredericksen ZS, Garcia-Closas M, Goode EL, Green AC, Hartmann LC, Hogdall E, Kjær SK, Lissowska J, McGuire V, Modugno F, Moysich K, Ness RB, Ramus SJ, Risch HA, Sellers TA, Song H, Stram DO, Terry KL, Webb PM, Whiteman DC, Whittemore AS, **Zheng W**, Pharoah PDP, Chenevix-Trench G, Pike MC, Schildkraut J & Berchuck A on behalf of the Ovarian Cancer Association Consortium (OCAC).  Progesterone Receptor Variation and Risk of Invasive Epithelial Ovarian Cancer:  Results from the Ovarian Cancer Association Consortium Pooled Analysis.  British J Cancer, 2008, 98: 282-9.

78) Fadare O and **Zheng W.**  Endometrial Glandular Dysplasia (EmGD):  morphologically and biologically distinctive putative precursor lesions of Type II endometrial cancers.  Diagnostic Pathology 2008, 3:6-10 (invited commentary).

79) Jia L, Liu YJ, Yi X, Liang SX, Miron A, Crum CP, Kong B*, **Zheng W***.  Endometrial Glandular Dysplasia with Frequent p53 Gene Mutation: A Genetic Evidence Supporting its Precancer Nature for Endometrial Serous Carcinoma.  Clinical Cancer Res, 2008;14: 2263-9.

80) Ulukus M, Ulukus EC, Tavmergen Goker EN, Tavmergen E, **Zheng W**, Arici A. Expression of interleukin-8 and monocyte chemotactic protein 1 in women with endometriosis. Fertil Steril. 2009, 91:687-93. Epub 2008 Mar 7, PMID: 18314120

81) Wang XJ, Sun Z, Villeneuve NF, Zhang S, Zhao F, Li Y, Chen W, Yi X, **Zheng W**, Wondrak GT, Wong PK, Zhang DD. Nrf2 enhances resistance of cancer cells to chemotherapeutic drugs, the dark side of Nrf2. Carcinogenesis. 2008, 29:1235-43 PMID: 18413364

82) Shahabi S, Nathan LM, Chanana C, Garrett WS, Zheng W, Rutherford TJ. Liver metastasis in a case of adenoid cystic carcinoma of the Bartholin's gland: a rare presentation. Arch Gynecol Obstet. 2008 Nov 9. [Epub ahead of print] PMID: 18998150

83) Fadare O, **Zheng W***.  Insights into endometrial serous carcinogenesis and progression.  Int J Clin Exp Pathol. 2009, 2: 411-32. PMID: 19294001

84) H-H Woo, HH, Zhou Y, Yi X, David CL, **Zheng W**, Gilmore-Hebert M, Kluger HM, Ulukus EC, Baker T, Stoffer JB and Chambers SK.  Regulation of non-AU-rich element containing c-fms proto-oncogene expression by HuR in breast cancer.  Oncogene, advance online publication on 19 January 2009. PubMed PMID: 19151756

85) Zhang Z, Jia L, Feng Y, **Zheng W***. Overexpression of follicle-stimulating hormone receptor facilitates the development of ovarian epithelial cancer. Cancer Lett. 2009, 278(1):56-64.

Curriculum Vitae---Wenxin Zheng, M.D.

86) Zhang Z, Jia L, Feng YJ, **\*Zheng W.**   FSH receptor overexpression in ovarian epithelial tumors. Clinics in Occupational and Environmental Medicine, 2009, 278: 56-64.

87) Chen X, Zhang Z, Feng Y, Fadare O, Wang J, Ai Z, Jin H, Gu C, **Zheng W\*.**  Aberrant survivin expression in endometrial hyperplasia: another mechanism of progestin resistance.  Modern Pathol. 2009, 22: 699-708. PMID: 19287462

88)  Yi X, Zhou Y, **Zheng W**, Chambers SK. HuR expression in the nucleus correlates with high histological grade and poor disease-free survival in ovarian cancer.  Aust N Z J Obstet Gynaecol. 2009; 49:93-8. PMID: 19281587

89) Zhang X, Liang SX, Jia L, Chen N, Fadare O, Schwartz PE, Kong B, **Zheng W\***.  Molecular Identification of "Latent Precancers" for Endometrial Serous Carcinoma in Benign Appearing Endometrium.  Am J Pathol, 2009, 74:2000-6. PMID:19435786

90)  Sun Y, Zhang T, Gao P, Meng B, Gao Y, Wang X, Zhang J, Wang H, Wu X, **Zheng W**, Zhou G. Targeting glucosylceramide synthase downregulates expression of the multidrug resistance gene MDR1 and sensitizes breast carcinoma cells to anticancer drugs.   Breast Cancer Res Treat. 2009 Aug 20. [Epub ahead of print]  PMID: 19693666

91) Liang SX, Pearl M. Liang S, Xiang L, Jia L, Yang BL, Fadare O, Schwartz PE, Chambers SK, Kong B, **Zheng W**\*.   Personal history of breast cancer as a significant risk factor for endometrial serous carcinoma in women aged 55 years or younger.  Intl J Cancer, 2011; 128: 763-770. PMID: 20473885

92) Jiang T, Chen N, Zhao F, Wang XJ, Kong B, \***Zheng W,** Zhang DD\*. High Levels of Nrf2 etermine Chemoresistance in Type II Endometrial Cancer.  Cancer Res. 2010 Jun 8. PMID: 20530669

93)  Kong BH,  \***Zheng W**.   Opinions about diagnosis and treatment of cervical cancer and its precancerous lesions in China.   Chinese Medical Journal 2010, 90: 3027-30.

94)  Cheng L, Rott LM, Zhang S, Wang M, Morton MJ, **Zheng W**, Abdul Karim FW, Montironi R, Lopez-Beltran A. KIT Gene Mutation and Amplification in Dysgerminoma of the Ovary.   Cancer 2011;117: 2096–103, PMID: 21120914.

95) \***Zheng W,** Xiang L, Fadare O, Kong B.  A proposed model for endometrial serous carcinogenesis.  Am J Surg Patholo.  2011, 35: 1-14.

Curriculum Vitae---Wenxin Zheng, M.D.

96) Abushahin N, Zhang T, Chiang S, Zhang X, Hatch K, **Zheng W\*.**   Serous endometrial intraepithelial carcinoma arising in adenomyosis: report of 5 cases.  Intl J Gynecol Pathol, 2011, 30, 271-281.  PMID: 21464726

97) Chen N, Yi X, Abushahin N, Pang S, Zhang D, Kong B, **Zheng W**\*.  Nrf2 expression in endometrial serous carcinomas and its precancers. Int J Clin Exp Pathol. 2010, 4:85-96. PMID: 21228930

98) Abushahin N, Fadare O, Liang XS, **Zheng W\*.**  Endometrial clear cell carcinoma: an update on recent concepts.  Pathology Case Reviews 2011, 16: 108-114.

99) Jia L, Yi XF, Zhang ZB, Zhuang ZP, Li J, Chambers CK, Kong BH and **Zheng W**\*. Prohibitin as a novel target protein of luteinizing hormone in ovarian epithelial carcinogenesis.  Neoplasma 2011, 58 (2): 104-109.

100)   Li J, Abushahin N, Pang S, Xiang L, Chambers SK, Fadare O, Kong B\*, **Zheng W\*.**   Tubal origin of "ovarian" low-grade serous carcinoma.  Mod Pathol 2011; 24: 1488-99.

101)   Guo DH, **Zheng W**, Seng Y, Pang SJ.  New insights for ovarian serous carcinomas.  J Diag Pathol, 2011, 18: 308-310.  (doi: 10 ．3969 /j ．issn ．1007-8096 ．2011 ．04 ．026)

102)   He L, Li L, Zhang TG, Zhang Y, Qiao YB, Cui BX, Jiang J, Wang B, Yang XS, Zhang YZ, **Zheng W**, Kong BH.  Application of pathological diagnosis by rapid paraffin sections for biopsy in the diagnosis and treatment of cervical diseases.  Chin J Obstet Gynecol 2011; 46: 516-20.

103)   Wang F, Zhang YZ, Li L, Zhang TG, Kong BH, **Zheng W**.   Clinical value of small cervical biopsy forceps for cervical lesions under colposcopy.  The Journal of Practical Obstetrics and Gynecology, 2011, 27: 616-8.  (doi: 10 ．3969 /j ．issn ．1003-6946 ．2011-08-616-03)

104)   Zhang X, Jia L, Kong BH, **Zheng W\***.  Model for endometrial serous carcinogenesis.  Chin J Obstet Gynecol 2011, 46: 472-475.

105)   Kong BH, Zheng W.  A proposed model of ovarian tumorigenesis and a new theory on the origin of ovarian cancer. Chin J Obstet Gynecol 2011, 46: 721-723.

106)   Li J, Wang LJ, Xiang L, Kong BH, **Zheng W\***. Dualistic model of ovarian epithelial carcinogenesis and cell origin.  Chin J Obstet Gynecol 2011, 46: 792-795.

107)   Xiang L, Li J, Wang LJ, **Zheng W**, Kong BH.  Origin of ovarian epithelial inclusions and its relationships with the development of low-grade serous carcinoma. Chin J Obstet Gynecol 2011,  46: 729-735.

108)   Guo DH, **Zheng W**，Seng Y, Pang SJ.  Insights of ovarian serous cancers.  J Diag Pathol, 2011, 18: 308-310.

Curriculum Vitae---Wenxin Zheng, M.D.

109)   Liu CR, **Zheng W**.  Advances in origin and pathogenesis of epithelial ovarian cancer.  Chin J Pathol 2011, 40: 569-72. PMID: 22169654

110)   Pang SJ, **Zheng W,** Guo DH.  Recent advances of pelvic serous carcinoma and tubal diseases.  J Clin Exp Pathol  2012, 28: 801-803.

111)   Guo DH, Pang SJ, Li J, **Zheng W**.   Advances of tubal serous cancer.  Chin J Pathol 2012, 41, 7: 490-493.

112)   Li J, Fadare O, Xiang L, Kong BH, **Zheng W\***.  Ovarian serous carcinoma: recent concepts on its origin and carcinogenesis.  Journal of Hematology & Oncology 2012, 5:8 [Epub ahead of print]

113)   **Zheng W\*,** Fadare O.  Fallopian tube as main source for ovarian and pelvic (non-endometrial) serous carcinomas.  Int J Clin Exp Pathol 2012;5(3):182-186. PMID: 22558471

114)   Fadare O, **Zheng W\***.  Endometrial serous carcinoma (uterine papillary serous carcinoma): precancerous lesions and the theoretical promise of a preventive approach.  Am J Cancer Res. 2012; 2: 335-9. PMID: 22679564

115)   Unger W, Tang Q, Summers D, and **Zheng W\***.  Collision Primary Tumor of the Endometrium: Large Cell Neuroendocrine Carcinoma and Endometrioid Adenocarcinoma. Journal of Cancer Research Updates, 2012, 1, 1-5.

116)   Xiang L, **Zheng W\***, Kong B.  Detection of PAX8 and p53 is beneficial in recognizing metastatic carcinomas in pelvic washings, especially in cases with suspicious cytology. Gynecol Oncol, 2012; 127(3):595-600

117)   Zhang TG, **Zheng W**.   Conceptual issues and diagnostic updates on endometrial serous carcinoma and its precursor.  Chinese Pathology Journal, 2012, 41:724-6.

118)   Fadare O, Gwin K, Desouki MM, Crispens MA, Jones HW 3rd, Khabele D, Liang SX, Zheng W, Mohammed K, Hecht JL, Parkash V.  The Clinicopathologic Significance of p53 and BAF-250a (ARID1A) Expression in Clear Cell Carcinoma of the Endometrium.  Modern Pathol, 2013, 26(8):1101-10.

119)   Ning Y, Wang Y, Wang Y, Zheng W.   Lynch Syndrome related endometrial cancer: Current status and future perspectives.  Chin J Pathol 2013, 8, 1-4.

120)   Fadare O, **Zheng W,** Crispens MA, Jones HW, Khabele D, Gwin K, Liang SX, Mohammed K, Parkash V, Desouki MM, Hecht JL. Morphologic and other clinicopathologic features of endometrial clear cell carcinoma: comprehensive analysis of 50 rigorously classified cases.  Am J Cancer Res. 2013;3(1):70-95.

121)   Ning Y, Kong F, Cragun JM, **Zheng W\***. Struma ovarii simulating ovarian sertoli cell tumor: a case report with literature review. Int J Clin Exp Pathol. 2013;6(3):516-20.

Curriculum Vitae---Wenxin Zheng, M.D.

122)  Fadare O, Liang SX, Crispens MA, Jones HW, Khabele D, Gwin K, **Zheng W,** Mohammed K, Parkash V, Hecht JL, Desouki MM.  Expression of the oncofetal protein IGF2BP3 in endometrial clear cell carcinoma: assessment of frequency and significance. Human Pathol, 2013 Aug;44(8):1508-15. doi: 10.1016/j.humpath.2012.12.003. Epub 2013 Mar 1.

123)  Wang Y, Wang Y, Li J, Cragun JM, Hatch K, Chambers SK, **Zheng W\***. Lynch syndrome related endometrial cancer: clinical significance beyond the endometrium.  J Hematol Oncol. 2013 Mar 25;6(1):22. [Epub ahead of print]

124)  Wang LJ, Yuan Z, Jia L, Hao CY, Zhang Y, **Zheng W**, Kong BH.  The successful rate of endocervical curettage mainly relies on the holding materials for the tissue samples.  Chin J Obstet Gynecol, 2013, 48, 1: 1-2

125)  Li J, Ning Y, Abushahin N, Wang Y, Wang Y, Yuan Y, Cragun JM, Chambers SK, Hatch K, Kong B, Zheng W.  Secretory cell expansion with aging: risk for pelvic serous carcinogenesis. Gynecol Oncol, 2013 Sep 20. doi:pii: S0090-8258(13)01192-X. 10.1016/j.ygyno.2013.09.018. [Epub ahead of print]

126)  Abushahin A, Zhao RJ, Jia L, **Zheng W\***.  Endometrial precancers: from concept to practice. Diagnostic Histopath, 2013, 19, 256-266.

127)  Guo DH, **Zheng W.**  Pathologic features of BRCA associated ovarian cancer.  Chin J Pathol, 2013, 42 (12): 846-850.

128)  Guo DH, **Zheng W.**  Recent advances of ovarian epithelial cancer in its definition, subtypes, and pathologic diagnostic features.  Chin J Pathol, 2013, 42 (9), 624-628.

129)  Wang Y, Wang Y, Li J, Yuan Z, Yuan B, Zhang T, Cragun JM, Kong B, **Zheng W\***.  PAX8: a sensitive and specific marker to identify cancer cells of ovarian origin for patients prior to neoadjuvant chemotherapy.  J Hematol Oncol. 2013 Aug 19;6(1):60. doi: 10.1186/1756-8722-6-60.

130)  Chambers SK, Zheng W, Adashi EY, Hatch KD, Kong B, Plaxe S, Silver RM: Launch of American Journal of Clinical and Experimental Obstetrics and Gynecology. Am J Clin Exp Obstet Gynecol 2013;1(1), the first page.

131)  Han LM, Wei L, Ferguson DC, Chambers SK, Fadare O, Wang Y, **Zheng W\***: From endometrial glandular dysplasia to endometrial serous carcinoma: insights into underlying biological aspects. Am J Clin Exp Obstet Gynecol 2013;1(1):1-16.

132)  Chen C, Li J, Yao G, Chambers SK, **Zheng W**: Tubal origin of ovarian low-grade serous carcinoma. Am J Clin Exp Obstet Gynecol 2013;1(1):31-36.

133)  Yuan Z, Wang Y, Cragun JM, Chambers SK, **Zheng W\***: Cell origin of endometriosis: contribution by the fallopian tube epithelium. Am J Clin Exp Obstet Gynecol 2013;1:37-42.

Curriculum Vitae---Wenxin Zheng, M.D.

134)   Wang Y, Wang Y, **Zheng W**\*.  Cytologic changes of ovarian epithelial cancer induced by neoadjuvant chemotherapy.  Int J Clin Exp Pathol. 2013, 6:2121-8.

135)   Guo DH, Shen DH, **Zheng W.**  Endometrial cancer: how to make your pathology report correctly?  Chin J Pathol, 2014, 43 (2): xx-xx.

136)   Gruessner C, Gruessner A, Glaser1 K, AbuShahin N, Laughren C, **Zheng W,** Chambers SK.  Biomarkers and endosalpingiosis in the ovarian and tubal microenvironment of women at high-risk for pelvic serous carcinoma.  Am J Cancer Res 2014; 4: 61-72.

137)   Yuan Z, Wang L, Wang Y, Zhang T, Li L, Cragun JM, Chambers SK, Kong B, **Zheng W**\*.  Tubal origin of ovarian endometriosis.    Mod Pathol 2014, 2014 Jan 3. doi: 10.1038/modpathol.2013.245. [Epub ahead of print]  PMID: 24390223

138)   Fadare O, Desouki MM, Gwin K, Hanley KZ, Jarboe EA, Liang SX, Quick CM, **Zheng W**, Parkash V, Hecht JL.   Frequent Expression of Napsin A in Clear Cell Carcinoma of the Endometrium: Potential Diagnostic Utility.  Am J Surg Pathol. 2014, 38: 189-196.

139)   Jia L, Yuan Z, Wang Y, Cragun JM, Kong B, and **Zheng W\*.**  Primary sources of pelvic serous cancer in patients with endometrial intraepithelial carcinoma.   Mod Pathol, 2014 Jun 13. doi: 10.1038/modpathol.2014.76. [Epub ahead of print]

140)   Gruessner C, Gruessner A, Glaser K, AbuShahin N, Zhou Y, Laughren C, Wright H, Pinkerton S, Yi X, Stoffer JB, Azodi M, **Zheng W**, Chambers SK. Flutamide and biomarkers of risk for ovarian cancer: pre-clinical and clinical study. Cancer Prev Res (Phila). 2014 Jun 20. pii: canprevres. 0408.2013. [Epub ahead of print]

141)   Wang Y, Li L, Wang Y, Yuan Z, Zhang W, Hatch DK, and **Zheng  W**\*.  IMP3 as a cytoplasmic biomarker for early serous tubal carcinogenesis.  J Exp Clin Cancer Res, 2014, 33(1):60. [Epub ahead of print] PMID: 25038792

142)   Wang Y, Wang Y, Li D, Li L, Zhang W, Yao G, Jiang Z, and **Zheng W**\*.  IMP3 signatures of fallopian tube: a risk for pelvic serous cancers.  J Hematol Oncol. 2014 Jul 12;7(1):49. [Epub ahead of print]  PMID: 25014991

143)


**Editorials, Reviews, Chapters, Books:**
1).  Bellve AR, **Zheng W**.  Pleiotypic actions of the seminiferous growth factor.  In "Molecular mechanisms in cellular growth and differentiation".  Eds: Bellve AR and Vogel HJ, Academic Press, Inc., New York.  1991, pp 187-205.

Curriculum Vitae---Wenxin Zheng, M.D.

2). Bellve AR, **Zheng W**, Martinova YS.  Recovery, capacitation, acrosome reaction, and fractionation of sperm.  In "A guild to techniques in Mouse Development".  Eds: Wassarman PM and DeThamphilis M.  *Methods Enzymol*  1993, 225, 113-136.

3). Schwartz PE, Chu MC, **Zheng W**, Mor G.  Endometrial stromal tumors – are they hormonally sensitive?  In Hormone Replacement Therapy and Cancer. The Current Status of Research and Practice. Edited by A.R. Genazzani,  The Parthenon Publishing Group, London, 2002, pp148-154.

4) **Zheng W**. Chapter 24, Vulva and Vagina . In Essentials of Anatomic Pathology, 2nd Edition.  Edited by Cheng L and Boswick D, 2005, pp 24-1 to 24-18.

5). **Zheng W.**  Eosinophilic Dysplasia of the cervix, which are the invasive and cytologic counterparts? Am J Surg Pathol, 2005, 29: 837-838.

6) **Zheng W** and Robboy Stanley.  Chapter 9 Cervical squamous cell carcinoma.  In Robboy's Pathology of the female reproductive tract.  Edited by Robboy SJ et al, 2nd edition.

7) **Zheng W** and Robboy Stanley.  Chapter 19  Fallopian tube.  In Robboy's Pathology of the female reproductive tract.  Edited by Robboy SJ et al, 2nd edition.

8) **Zheng W (Chief editor),** Shen D, Guo D.  Pathology of Obstetrics and Gynecology.  2013, the 1st edition, Beijing, Science Press.

**Case Reports**:

1). **Zheng W**, Yang G, Caputo T, Godwin T, Zuna R.  Mucinous adenocarcinoma of the endometrium with intestinal differentiation: A case report.  Hum Pathol, <u>26</u>: 1385-1388, 1995

2). Magid MS, Godwin TA, **Zheng W.**  Hepatic heterotopias in the jejunum: A case study over time showing progressive degenerative changes.  Pediat Pathol Lab Med  1997, <u>17</u>: 663-670.

3). Fadare O, **Zheng W**. A 44-Year-Old Woman with Menometrorrhagia: Myxoid and Fibrous Low grade Endometrial Stromal Sarcoma. Arch Pathol Lab Med, 2005, 129: 195-198.

**4)** Liang SX, Patel K, Pearl M, Liu J, **Zheng W**, Tornos K.  Sertoliform Endometrioid Carcinoma of the Endometrium With Dual Immunophenotypes for Epithelial Membrane Antigen and Inhibin: Case Report and Literature Review. Intl J Gynecol Pathol, 2007, 26: 291-297.

5) Ning Y, Kong F, Cragun JM, **Zheng W.** Struma ovarii simulating ovarian sertoli cell tumor: a case report with literature review. Int J Clin Exp Pathol. 2013; 6(3):516-20.

**Abstracts**

More than 100 abstracts, which were mainly presented in USCAP meetings, are not listed here.

Non Peer Review

1). **Zheng W**.  Pathology advances prior to other medical specialties.  Journal of American Chinese Association of Physicians.  May 2005.

Curriculum Vitae---Wenxin Zheng, M.D.

**Book Reviews:**

 **Zheng W**, Parkash V.   Book Review: Atlas of Tumor Pathology: Tumors of the Ovary, Maldeveloped Gonads, Fallopian Tubes, and Broad Ligament.   Third Series (Fascicle 23) By Robert E. Scully, Robert H. Young and Philip B. Clement, 1998 AFIP.  Am J Surg Pathol, 2001, 26, 277-278.

Books:

 **Zheng W,** Editor in Chief, Shen DH and Guo DH, Co-eidtors: Obstetrics and Gynecologic Pathology (in Chinese), Science Press, Beijing, China, 2013, first edition.

**Work in Progress**

1.  **Zheng W** et al., Endometrial serous carcinoma with a tubuloglandular pattern: an under recognized form of aggressive endometrial cancer.
2.  Yi XF and **Zheng W** et al., In vivo evidence of ovarian stromal-epithelial interaction: a descriptive study by morphologic examination of ovarian epithelial inclusions or endosalpingiosis.
3.  **Zheng W** et al., A differential role of FSH and LH in the ovarian epithelial carcinogenesis.
4.  **Zheng W** et al., FSH up-regulated proteins are mostly cell cycle promoters: evidence supporting FSH as a growth promoter in ovarian tumorigenensis.
5.  **Zheng W** et al., Imbalance of gonadotropins and sex steroid hormones is critical in the process of ovarian epithelial tumorigenesis.
6.  **Zheng W** et al., Biomarkers to predict the prognosis and therapeutic choices for endometrial cancers.