**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                          MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                                                    JOSEPH R. GOODWIN U.S. DISTRICT
                                                                                        JUDGE

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF M SHELBY THAMES FOR WAVE 3

Plaintiffs hereby withdraw their Notice of Adoption of Prior *Daubert* Motion of Shelby

Thames, (Dkt. 2807) filed on September 19, 2016.  Plaintiffs' counsel has filed an updated

*Daubert* Motion against Dr. Thames.  Therefore, the notice of adoption is no longer necessary.

Dated: September 19, 2016

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
baylstock@awkolaw.com
rbaggett@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on September 19, 2016, using the

Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in

this matter.

/s/ Bryan F. Aylstock
Attorney for Plaintiffs