IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 3 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION TO EXCLUDE THE OPINIONS
## AND TESTIMONY OF PAUL J. MICHAELS, M.D.

Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Dr. Paul J. Michaels. Dr. Michaels' proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Paul J. Michaels, M.D., and also the following exhibits:

    A     List of cases to which this motion applies;

    B     June 18, 2016 General Deposition of Paul J. Michaels;

    C     General Expert Report of Dr. Michaels;

    D     August 25, 2014 Trial Testimony from the Jo Huskey case;

    E     March 23, 2016 deposition of Scott Guelcher;

    F     March 2, 2016 deposition of Jimmy Mays;

    G     October 30, 2013 deposition of Howard Jordi;

    H     June 18, 2016 deposition of Paul Michaels in the Tamara Carter case;

I      June 18, 2016 deposition of Paul Michaels in the Marion Chrysler case;

J      February 12, 2014 trial testimony from the Carolyn Lewis case;

K      Eth.Mesh.15955462;

L      Wave 2 General Report of Dr. Steven MacLean;

M      S. Benight, *et al.*, *Microscopy of Intentionally Oxidized Polypropylene-Based Mesh Material* (forthcoming May 2016);

N      C.R. Costello, et al., *Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants From a Single Patient,* 14 Surg. Innov. 168 (2007);

O      A. Clave, et al., *Polypropylene As a Reinforcement In Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants,* 21 Int. Urogynecol. J. 261, 266 (2010);

P      A.J. Wood, et al., *Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient*, 24 J. Mater. Sci. Mater. Med. 1113 (2013);

Q      W. Jongebloed & J. Worst, *Degradation of Polypropylene in the Human Eye: A SEM Study*, 64 Documenta Opthamologica 143 (1986);

R      C. Mary, *et al.*, *Comparison of the* In Vivo *Behavior of Polyvinylidene Flouride and Polypropylene Sutures Used in Vascular Surgery*, 44 Am. Soc'y Articial Internal Organs J. 199 (1998);

S      Wave 2 General TVT Expert Report of Shelby Thames;

T      T. Liebert, et al., *Subcutaneous Implants of PP Filaments*, 10 J. Biomed. Mater. Res. 939 (1976);

U      March 25, 2014 Deposition of Scott Guelcher from the Tonya Edwards case;

V      Eth.Mesh.13334286-13334299;

W      Eth.Mesh.15955438-15955473;

X      V. Iakovlev, et al., *Pathology of Explanted Transvaginal Meshes* (2014);

Y     V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015);

Z     Excerpts from William Westra, *et al.*, Surgical Pathology Dissection (2003);

AA     Excerpts from Susan Lester, Manual of Surgical Pathology (2010);

BB     March 31, 2016 deposition of Maria Abadi;

CC     A. Hill, *et al.*, *Histopathology of Excised Midurethral Sling Mesh*, 26 Int'l Urogyncol. J. 591 (2015);

DD     Michaels *Sierra* Report;

EE     General Expert Report of Roger McLendon;

FF     General Expert Report of Hannes Vogel; and

GG     General Expert Report of Teri Longacre.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Paul J. Michaels.

Respectfully submitted,

ETHICON, INC., ETHICON LLC AND
JOHNSON & JOHNSON


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
dthomas@tcspllc.com

3

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: 601.985.4523
christy.jones@butlersnow.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 3 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I certify that on September 19, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        /s/ David B. Thomas
        David B. Thomas (W.Va. Bar #3731)
        THOMAS COMBS & SPANN PLLC
        300 Summers St.
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        Telephone: 304.414.1807
        dthomas@tcspllc.com