# EXHIBIT A

PAUL MICHAELS CASES

| Case Name | Case Number |
|---|---|
| Bartley, Susan D. | 2:12cv02921 |
| Damron, Judy K. & Benny | 2:12cv03079 |
| Douglas, Tina M. | 2:12cv02922 |
| King, Gayle | 2:12cv02606 |
| Madding, Linda | 2:12cv02512 |
| Murphy, Michellyn Blackmon & Michael | 2:12cv02600 |
| Reed, Ronda L. Salas | 2:12cv03082 |
| Rivers, Nancy Len & Darryl | 2:12cv02602 |
| Taylor, Bonita | 2:12cv02601 |
| Watts, Nettie June | 2:12cv02823 |
| Young, Catherine L. & David | 2:12cv03083 |