# EXHIBIT L – Part 2



TVT3P_01   TVT3P_02   TVT3P_03   TVT3P_04   TVT3P_05

TVT3P_06   TVT3P_07   TVT3P_08   TVT3P_09   TVT3P_10

TVT3P_11   TVT3P_12   TVT3P_13

IMG_2314   IMG_2315   IMG_2316   IMG_2317   IMG_2318

IMG_2319   IMG_2320   IMG_2321   IMG_2322



157166_TVT1_P_01   157166_TVT1_P_EDS   157166_TVT1_P_EDS_Loc1   157166_TVT1_P_EDS_Loc1-2   157166_TVT1_P_EDS_Loc2

157173_TVT2_P_01   157173_TVT2_P_EDS   157173_TVT2_P_EDS_Loc1   157173_TVT2_P_EDS_Loc1-3   157173_TVT2_P_EDS_Loc2

157173_TVT2_P_EDS_Loc3   157182_TVT3_P_01   157182_TVT3_P_EDS   157182_TVT3_P_EDS_Loc1   157182_TVT3_P_EDS_Loc1-2

157182_TVT3_P_EDS_Loc2   157190_Hernia_P_01   157190_Hernia_P_EDS   157190_Hernia_P_EDS_Loc1   157190_Hernia_P_EDS_Loc1-2

157190_Hernia_P_EDS_Loc2   157198_Suture_01   157198_Suture_EDS   157198_Suture_EDS_Loc1   157198_Suture_EDS_Loc1-2



157198_Suture_EDS_Loc2    157234_Pellet3_P_01    157234_Pellet3_P_EDS    157234_Pellet3_P_EDS_Loc1    157234_Pellet3_P_EDS_Loc1-2

157234_Pellet3_P_EDS_Loc2

SutureP_01    SutureP_02    SutureP_03    SutureP_04    SutureP_05

SutureP_06    SutureP_07    SutureP_08    SutureP_09    SutureP_10

SutureP_11    SutureP_12    SutureP_13    SutureP_14    SutureP_15





TVT2P_01    TVT2P_02    TVT2P_03    TVT2P_04    TVT2P_05

TVT2P_06    TVT2P_07    TVT2P_08    TVT2P_09    TVT2P_10

TVT2P_11    TVT2P_12

DSC_7105    DSC_7106    DSC_7107    DSC_7108    DSC_7109



DSC_7110



HerniaR_01   HerniaR_02   HerniaR_03   HerniaR_04   SutureR_01

SutureR_02   SutureR_03   TVT1R_01   TVT1R_02   TVT2R_01

TVT2R_02   TVT2R_03   TVT2R_04   TVT3R_01   TVT3R_02

TVT3R_03   TVT3R_04

TVT2R_01   TVT2R_02   TVT2R_03   TVT2R_04



HerniaR_01   HerniaR_02   HerniaR_03   HerniaR_04   HerniaR_05

HerniaR_06   HerniaR_07   HerniaR_08   HerniaR_09   HerniaR_10

HerniaR_11

SutureR_01   SutureR_02   SutureR_03   SutureR_04   SutureR_05

SutureR_06   SutureR_07   SutureR_08   SutureR_09   SutureR_10

SutureR_11



TVT1R_01    TVT1R_02    TVT1R_03    TVT1R_04    TVT1R_05

TVT1R_06    TVT1R_07    TVT1R_08    TVT1R_09    TVT1R_10

TVT1R_11    TVT1R_stitch

TVT2R_01    TVT2R_02    TVT2R_03    TVT2R_04    TVT2R_05

TVT2R_06    TVT2R_07    TVT2R_08    TVT2R_09    TVT2R_10

TVT2R_11



TVT3R_01   TVT3R_02   TVT3R_03   TVT3R_04   TVT3R_05

TVT3R_06   TVT3R_07   TVT3R_08   TVT3R_09   TVT3R_10

TVT3R_11

DSC_9597   DSC_9598   DSC_9599   DSC_9600   DSC_9601

DSC_9683   DSC_9684   DSC_9685   DSC_9686   DSC_9687

DSC_9688   DSC_9689



IMG_1054    IMG_1055    IMG_1056    IMG_1057    IMG_1058

DSC_9696    DSC_9697    DSC_9698    DSC_9699    DSC_9700

DSC_9701    DSC_9702



157166_TVT#1_Paraffin_01   157166_TVT#1_Paraffin_02   157166_TVT#1_Paraffin_03   157166_TVT#1_Paraffin_04   157166_TVT#1_Paraffin_05

157167_TVT#1_Resin_01   157167_TVT#1_Resin_02   157167_TVT#1_Resin_03   157167_TVT#1_Resin_04   157167_TVT#1_Resin_05

157167_TVT#1_Resin_06   157174_TVT#2_Paraffin_01   157174_TVT#2_Paraffin_02   157174_TVT#2_Paraffin_03   157174_TVT#2_Paraffin_04

157174_TVT#2_Paraffin_05   157174_TVT#2_Paraffin_06   157175_TVT#2_Resin_01   157175_TVT#2_Resin_02   157175_TVT#2_Resin_03

157175_TVT#2_Resin_04   157175_TVT#2_Resin_05   157175_TVT#2_Resin_06   157182_TVT#3_Paraffin_01   157182_TVT#3_Paraffin_02





157198_Suture_Paraffin_04 157198_Suture_Paraffin_05 157198_Suture_Paraffin_06 157199_Suture_Resin_01 157199_Suture_Resin_02

157199_Suture_Resin_03 157199_Suture_Resin_04 157199_Suture_Resin_05 157199_Suture_Resin_06 157199_Suture_Resin_07

157234_pellet_Paraffin_01 157234_pellet_Paraffin_02 157234_pellet_Paraffin_03 157234_pellet_Paraffin_04 157235_pellet_Resin_01

157235_pellet_Resin_02 157235_pellet_Resin_03 157235_pellet_Resin_04

DSC_4479 DSC_4480 DSC_4481 DSC_4482 DSC_4483



DSC_4483     DSC_4484     DSC_4485     DSC_4486     DSC_4512

DSC_4513     DSC_4514     DSC_4515     DSC_4516     DSC_4517

DSC_4518     DSC_4519     DSC_4520     DSC_4521     DSC_4522

DSC_4523     DSC_4524     DSC_4525     DSC_4526     DSC_4527

DSC_4528     DSC_4529     DSC_4530     DSC_4531     DSC_4532

DSC_4533



DSC_4465        DSC_4466        DSC_4467        DSC_4468        DSC_4469

DSC_4470        DSC_4471        DSC_4472        DSC_4473        DSC_4474

DSC_4475        DSC_4476        DSC_4477        DSC_4478





DSC_4487     DSC_4488     DSC_4489     DSC_4490     DSC_4491

DSC_4492     DSC_4493     DSC_4494     DSC_4495     DSC_4496

DSC_4497     DSC_4498     DSC_4499     DSC_4500     DSC_4501

DSC_4502     DSC_4503     DSC_4504     DSC_4505     DSC_4506

DSC_4507     DSC_4508     DSC_4509     DSC_4510     DSC_4511



DSC_4534     DSC_4535     DSC_4536     DSC_4537     DSC_4538

DSC_4539     DSC_4540     DSC_4541     DSC_4542     DSC_4543

DSC_4544     DSC_4545     DSC_4547     DSC_4548     DSC_4549

DSC_4550     DSC_4551     DSC_4552     DSC_4553     DSC_4554

DSC_4555     DSC_4556     DSC_4557     DSC_4558     DSC_4559



DSC_4560   DSC_4561   DSC_4562   DSC_4563   DSC_4564

DSC_4565   DSC_4566   DSC_4567   DSC_4568   DSC_4569

DSC_4570   DSC_4571   DSC_4572   DSC_4573   DSC_4574

DSC_4575   DSC_4576   DSC_4577   DSC_4578   DSC_4579

DSC_4580   DSC_4581   DSC_4582   DSC_4583   DSC_4584



DSC_4585  DSC_4586  DSC_4587  DSC_4588  DSC_4589

DSC_4590  DSC_4591  DSC_4592  DSC_4593  DSC_4594

DSC_4595  DSC_4596  DSC_4597  DSC_4598  DSC_4599

DSC_4600  DSC_4601  DSC_4602  DSC_4603  DSC_4604

DSC_4605  DSC_4606  DSC_4607  DSC_4608  DSC_4609

IMG_3190



PP Pellet-P-01   PP Pellet-R-01   Suture-P-01   Suture-P-02   Suture-P-03

Suture-P-04   Suture-P-05   Suture-P-06   Suture-P-07   Suture-P-08

Suture-P-09   Suture-R-01   Suture-R-02   Suture-R-03   Suture-R-04

Suture-R-05   Suture-R-06   Suture-R-07   Suture-R-08   Suture-R-09



157164-TVT1-Chem Ox-P-01    157164-TVT1-Chem Ox-P-02    157164-TVT1-Chem Ox-P-03    157165-TVT1-Chem Ox-R-01    157165-TVT1-Chem Ox-R-02

157165-TVT1-Chem Ox-R-03    157172-TVT2-Chem Ox P-01    157172-TVT2-Chem Ox P-02    157172-TVT2-Chem Ox P-03    157173-TVT2-Chem Ox R-01

157173-TVT2-Chem Ox R-02    157173-TVT2-Chem Ox R-03    157180-TVT3-Chem Ox-P-01    157180-TVT3-Chem Ox-P-02    157180-TVT3-Chem Ox-P-03

157181-TVT3-Chem Ox-R-01    157181-TVT3-Chem Ox-R-02    157181-TVT3-Chem Ox-R-03    157188-Hernia Chem Ox-P-01    157188-Hernia Chem Ox-P-02

157188-Hernia Chem Ox-P-03    157189-Hernia Chem Ox-R-01    157189-Hernia Chem Ox-R-02    157189-Hernia Chem Ox-R-03    157196-Suture-Chem Ox-01



157196-Suture-Chem Ox-02    157196-Suture-Chem Ox-03    157196-Suture-Chem Ox-04    157232-PP Pellet-P-01    157232-PP Pellet-P-02

157232-PP Pellet-P-03    157232-PP Pellet-P-04    157233-PP Pellet-R-01    157233-PP Pellet-R-02    157233-PP Pellet-R-03

157233-PP Pellet-R-04

TVT1-01    TVT1-02    TVT1-EDS 1 Loc 1-2    TVT1-EDS 1 Loc 1-2-1    TVT1-EDS 1 Loc 1-2-2

TVT1-EDS 1













162_QUV-P_40x_Unstained_BF   162_QUV-P_40x_Unstained_BF   4_ChemOx-P_10x_Unstained_I   4_ChemOx-P_10x_Unstained_I   4_ChemOx-P_10x_Unstained_I

66_Serum-P_10x_Unstained_B   66_Serum-P_40x_Unstained_B   66_Serum-P_40x_Unstained_B   170_QUV-P_10x_Unstained_BF   170_QUV-P_10x_Unstained_BF

170_QUV-P_40x_Unstained_BF   2_ChemOx-P_10x_Unstained_I   2_ChemOx-P_40x_Unstained_I   2_ChemOx-P_40x_Unstained_I   74_Serum-P_40x_Unstained_B

74_Serum-P_40x_Unstained_B   178_QUV-P_10x_Unstained_BF   178_QUV-P_40x_Unstained_BF   0_ChemOx-P_10x_Unstained_I   0_ChemOx-P_10x_Unstained_I

0_ChemOx-P_10x_Unstained_I   0_ChemOx-P_10x_Unstained_I   0_ChemOx-P_40x_Unstained_I   0_ChemOx-P_40x_Unstained_I   0_ChemOx-P_40x_Unstained_I



0_ChemOx-P_40x_Unstained_I

82_Serum-P_10x_Unstained_B

82_Serum-P_10x_Unstained_B

82_Serum-P_10x_Unstained_B

82_Serum-P_40x_Unstained_B

82_Serum-P_40x_Unstained_B

8_ChemOx-P_10x_Unstained_I

ChemOx_Pellet-P_10x_Unstaine

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_40x_Unstain

ntreatedControl_P_10x_Unstaine

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain

3_ChemOx_P_40x_Unstained_

3_ChemOx_P_40x_Unstained_









157164-TVT1-Chem Ox-P_01    157164-TVT1-Chem Ox-P_02    157164-TVT1-Chem Ox-P_03    157164-TVT1-Chem Ox-P_04    157164-TVT1-Chem Ox-P_05

157164-TVT1-Chem Ox-P_06    157164-TVT1-Chem Ox-P_07    157164-TVT1-Chem Ox-P_08    157165-TVT1-Chem Ox-R_01    157165-TVT1-Chem Ox-R_02

157165-TVT1-Chem Ox-R_03    157165-TVT1-Chem Ox-R_04    157165-TVT1-Chem Ox-R_05    157172-TVT2-Chem Ox P_01    157172-TVT2-Chem Ox P_02

157172-TVT2-Chem Ox P_03    157172-TVT2-Chem Ox P_04    157172-TVT2-Chem Ox P_05    157173-TVT2-Chem Ox R_01    157173-TVT2-Chem Ox R_02

157173-TVT2-Chem Ox R_03    157173-TVT2-Chem Ox R_04    157180-TVT3-Chem Ox-P_01    157180-TVT3-Chem Ox-P_02    157180-TVT3-Chem Ox-P_03

80



157180-TVT3-Chem Ox-P_04  157180-TVT3-Chem Ox-P_05  157181-TVT3-Chem Ox-R_01  157181-TVT3-Chem Ox-R_02  157181-TVT3-Chem Ox-R_03

157181-TVT3-Chem Ox-R_04  157188-Hernia Chem Ox-P_01  157188-Hernia Chem Ox-P_02  157188-Hernia Chem Ox-P_03  157188-Hernia Chem Ox-P_04

157189-Hernia Chem Ox-R_01  157189-Hernia Chem Ox-R_02  157189-Hernia Chem Ox-R_03  157189-Hernia Chem Ox-R_04  159703-Suture-Chem Ox-P_01

159703-Suture-Chem Ox-P02  159704-Suture-Chem Ox-R_01  159704-Suture-Chem Ox-R_02  159704-Suture-Chem Ox-R_03  159704-Suture-Chem Ox-R_04







DSC_9634

DSC_9635

DSC_9636

DSC_9637

DSC_9638

DSC_9639

DSC_9640

DSC_9641

DSC_9642

DSC_9643

DSC_9644

DSC_9645

DSC_9646

DSC_9647

DSC_9648

DSC_9649

Pristine_R_63x_H&E_ana_02-Image Export-01

Pristine_R_63x_H&E_BF_01-Image Export-02

Pristine_R_63x_H&E_BF_02-Image Export-03

Pristine_R_63x_H&E_pol_02-Image Export-04

























0_ChemOx-P_40x_Unstained_I    82_Serum-P_10x_Unstained_B    82_Serum-P_10x_Unstained_B    82_Serum-P_10x_Unstained_B    82_Serum-P_40x_Unstained_B

82_Serum-P_40x_Unstained_B    8_ChemOx-P_10x_Unstained_I    ChemOx_Pellet-P_10x_Unstaine    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_40x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_40x_Unstain    ntreatedControl_P_10x_Unstaine    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain

ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    ntreatedControl_P_10x_Unstain    3_ChemOx_P_40x_Unstained_    3_ChemOx_P_40x_Unstained_









NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN

NaN























