Exhibit A

| Plaintiff | Case No. |
|---|---|
| Shirley Denton and Marvin Denton | 2:12-cv-01719 |
| Brenda Gullett and Carl Gullett | 2:12-cv-02027 |
| Yvonne Semere | 2:12-cv-02160 |
| Angelia Ramirez, Manuel Ramirez, Angelia M. Ramirez (terminated 10/24/2012), and Manuel M. Ramirez (terminated 10/24/2012) | 2:12-cv-02191 |
| Mary Frances Richard, Joseph Richard and Joseph L. Richard (terminated 10/24/2012) | 2:12-cv-02192 |
| Dawn Sequino and David M. Sequino | 2:12-cv-02193 |
| Susan Struckus and Stanley Struckus | 2:12-cv-02194 |
| Mary Ward, Jeffrey Ward and Jeffrey S. Ward (terminated 10/24/2012) | 2:12-cv-02198 |
| Leslie Warner, Leslie H. Warner (terminated 10/24/2012) | 2:12-cv-02199 |
| Judy Haddon | 2:12-cv-02200 |
| Leslie Rodgers and Eric Rodgers | 2:12-cv-02221 |
| Mattie Todd and Ronnie Todd | 2:12-cv-02242 |
| Kathy Birt and Joseph Birt | 2:12-cv-02251 |
| Patricia Kuks and Martin Kuks, Jr. | 2:12-cv-02257 |
| Charlotte A. Day and Troy Day | 2:12-cv-02264 |
| Ruth Coffman and Anthony Coffman | 2:12-cv-02278 |
| Shannon O'Neal Hewatt and James W. Hewatt | 2:12-cv-02279 |
| Linda Combs and Greg Combs | 2:12-cv-02283 |
| Barbara A. Wilcox and Joseph R. Wilcox | 2:12-cv-02300 |
| Karen V. Conley | 2:12-cv-02315 |
| Helen Harper | 2:12-cv-02316 |
| Deborah Blankenship | 2:12-cv-02327 |
| Tammy Carroll and James Carroll, III | 2:12-cv-02328 |
| Mary Pritchett | 2:12-cv-02329 |
| Christina Tullier | 2:12-cv-02331 |
| Helen Van Wyck | 2:12-cv-02374 |
| Linda Burroughs and Ralph Burroughs | 2:12-cv-02378 |
| Patricia Warren | 2:12-cv-02381 |
| Traci Goss and Marty Goss | 2:12-cv-02382 |
| Deborah Greene and John Greene | 2:12-cv-02386 |
| Geraldine Yaletchko and John Yaletchko | 2:12-cv-02401 |

| | |
|---|---|
| Bonnie Huggins and Calvin Huggins | 2:12-cv-02412 |
| Norma Carroll and Larry Carroll | 2:12-cv-02414 |
| Kimberly Stevens | 2:12-cv-02424 |
| Stephanie Blanchard and Steven Blanchard | 2:12-cv-02429 |
| Katherine Didomizio | 2:12-cv-02436 |
| Cynthia Falcon and Raymond Falcon, Sr. | 2:12-cv-02446 |
| Melissa Mincey | 2:12-cv-02448 |
| Rhonda Arnette and Anthony Arnette | 2:12-cv-02475 |
| Dawn Baker and Michael Baker | 2:12-cv-02476 |
| Rhonda Harvey and Roger Harvey | 2:12-cv-02477 |
| Donna Matthews, Earl Matthews, and Earl D. Matthews (terminated 10/24/2012) | 2:12-cv-02478 |
| Terri Milan | 2:12-cv-02479 |
| Donna Murphy | 2:12-cv-02485 |
| Francesca Bopp | 2:12-cv-02486 |
| Elisabeth Payne, Elisabeth G. Payne (terminated 10/24/2012) | 2:12-cv-02488 |
| Joanne Phillips | 2:12-cv-02489 |
| Martha Brown and Kenneth Brown | 2:12-cv-02498 |
| Janie L. Moret and Clarence J. Moret | 2:12-cv-02501 |
| Linda Madding | 2:12-cv-02512 |
| Shirley L. Knight and George W. Knight | 2:12-cv-02515 |
| Rhonda Cooper | 2:12-cv-02532 |
| Deborah L. Slone and David K. Slone | 2:12-cv-02544 |
| Carla J. Thorpe | 2:12-cv-02546 |
| Pamela Harvey and Jackie Lee Harvey, Sr. | 2:12-cv-02556 |
| Alice Sue Wilkin | 2:12-cv-02563 |
| Dorothy Hunt | 2:12-cv-02575 |
| Tammy Jackson and Bryon Jackson | 2:12-cv-02576 |
| Patricia Marks and Floyd Marks | 2:12-cv-02577 |
| Mary Clayborne | 2:12-cv-02579 |
| Wanda Clayborne | 2:12-cv-02580 |
| Anita Fisher | 2:12-cv-02581 |
| Kathleen Flynn and Albert Young | 2:12-cv-02582 |
| Rhonda Garner and Billy Garner | 2:12-cv-02583 |

| Name | Case Number |
|---|---|
| Trina Hill | 2:12-cv-02584 |
| Michellyn Murphy, Michael Murphy | 2:12-cv-02600 |
| Bonita Taylor | 2:12-cv-02601 |
| Nancy Rivers, Darryl Rivers | 2:12-cv-02602 |
| Rhonda T. Brantley | 2:12-cv-02605 |
| Gayle King | 2:12-cv-02606 |
| Kandy P. Dotson and Rick Dotson | 2:12-cv-02633 |
| Ila Cosgray | 2:12-cv-02634 |
| Tabitha Williamson | 2:12-cv-02642 |
| Lori Morse | 2:12-cv-02657 |
| Nancy Parks | 2:12-cv-02660 |
| Joyce Thomas and William Thomas | 2:12-cv-02662 |
| Debbie Tomlinson | 2:12-cv-02663 |
| Robin Webb and Jack Webb | 2:12-cv-02669 |
| Judy Wiley | 2:12-cv-02670 |
| Deborah Young and Steven Ray Young, Jr. | 2:12-cv-02672 |
| Kathleen Toennies and Glennon Toennies | 2:12-cv-02687 |
| Victoria Soltanshahi | 2:12-cv-02688 |
| Karen A. Lyszcarz and Thomas Lyszcarz | 2:12-cv-02689 |
| Barbara Lawyer-Johnson | 2:12-cv-02690 |
| Antoinette James and Ronnie James | 2:12-cv-02696 |
| Shelia L. Bracato, Shelia L. Bracto (terminated 12/24/2012) | 2:12-cv-02697 |
| Brenda Simpson and Ray Simpson (terminated 10/24/2012) | 2:12-cv-02716 |
| Susan Walker (deceased) | 2:12-cv-02728 |
| Sara Bell and Terrance Bell | 2:12-cv-02741 |
| Jennifer Aguilar and Hilario Aguilar | 2:12-cv-02742 |
| Emma G. Honeycutt | 2:12-cv-02746 |
| Sharon K. Carrell and Timothy T. Carrell | 2:12-cv-02751 |
| Dorothy F. Foust | 2:12-cv-02752 |
| Monica Lynn Bauernfeind, James Charles Bauernfeind, II, Monica Bauernfeind (terminated 11/15/2012), and James Bauernfeind (terminated 11/15/2012) | 2:12-cv-02768 |
| Diana N. Farris | 2:12-cv-02776 |

| | |
|---|---|
| Dion Cole and Sheldon Cole | 2:12-cv-02786 |
| Tammy Coward and Johnny Coward | 2:12-cv-02788 |
| Constance Fisher | 2:12-cv-02792 |
| Susan Clones | 2:12-cv-02799 |
| Kathy Robertson | 2:12-cv-02802 |
| Donna Moosman and Joe Moosman | 2:12-cv-02805 |
| Linda Heatherly | 2:12-cv-02807 |
| Jennifer D. Marshall and David C. Marshall | 2:12-cv-02809 |
| Cathy Lynn Stanley | 2:12-cv-02817 |
| Lottie Brusseau and Edward Brusseau | 2:12-cv-02819 |
| Netti Watts | 2:12-cv-02823 |
| Julia Walker and Willis Walker | 2:12-cv-02826 |
| Kimberly Hill | 2:12-cv-02829 |
| Patricia Caughorn and Stephen Caughorn | 2:12-cv-02832 |
| Mattie J. Brooks | 2:12-cv-02865 |
| Bonnie S. Smith and Robert G. Smith | 2:12-cv-02876 |
| Lisa A. Russell | 2:12-cv-02879 |
| Sandra Sweeney | 2:12-cv-02880 |
| Kathy Kidd and Phillip Kidd | 2:12-cv-02883 |
| Terry Page | 2:12-cv-02884 |
| Tymika Tunstall | 2:12-cv-02906 |
| Thelma Cole and Harold Cole | 2:12-cv-02908 |
| Susan D. Bartley | 2:12-cv-02921 |
| Tina M. Douglas | 2:12-cv-02922 |
| Dawn Cordea | 2:12-cv-02934 |
| Lillie R. Miller | 2:12-cv-02942 |
| Kathy Blake | 2:12-cv-02943 |
| Inez Creel and Carlton S. Creel (terminated 10/04/2012), Carlton Creel | 2:12-cv-02950 |
| Brenda J. Wooden | 2:12-cv-02951 |
| Anne M. Curri | 2:12-cv-02955 |
| Audrey Smallridge and Theron Smallridge | 2:12-cv-02956 |
| Jamie Rutherford and Steven Rutherford | 2:12-cv-02959 |
| Trudy M. Usey and Dale R. Usey | 2:12-cv-02960 |
| Janice Fields and Don Fields | 2:12-cv-02971 |
| Grethel Taylor | 2:12-cv-02975 |
| Shannon L. Smith | 2:12-cv-02989 |

| | |
|---|---|
| Susan Grizzle, Simon Thomas Grizzle | 2:12-cv-02991 |
| Floreen Leland | 2:12-cv-02994 |
| Mary Allmon | 2:12-cv-02999 |
| Deborah Kissel and Robert Kissel | 2:12-cv-03013 |
| Tammy Richmond and Danny Richmond | 2:12-cv-03038 |
| April Berry and Danny Berry | 2:12-cv-03074 |
| Delilah Bishop and Walter Bishop | 2:12-cv-03075 |
| Stephanie Booher and Davin Booher | 2:12-cv-03076 |
| Carmen Castillo and Jose L. Castillo | 2:12-cv-03077 |
| Araceli Baez | 2:12-cv-03078 |
| Judy K. Damron and Benny Damron | 2:12-cv-03079 |
| Yolanda Garcia and Edward Garcia | 2:12-cv-03080 |
| Phyllis A. King | 2:12-cv-03081 |
| Ronda L. Reed | 2:12-cv-03082 |
| Catherine L. Young and David Young | 2:12-cv-03083 |
| Mary Diana Book | 2:12-cv-03085 |
| Lori Ludwig and Mark Ludwig | 2:12-cv-03093 |
| Deborah Mattingly and Tony Mattingly | 2:12-cv-03097 |
| Melissa Moore | 2:12-cv-03108 |
| Carol Noffsinger | 2:12-cv-03118 |
| Glenna T. Hensley | 2:12-cv-03119 |
| Kimberly Martello and Glen A. Martello | 2:12-cv-03122 |
| Tammy Webb-Henson | 2:12-cv-03123 |
| Katherine Smallwood, Henry Smallwood, and Henry Smallwood II (terminated 11/05/2012) | 2:12-cv-03124 |
| Jeannie Holland | 2:12-cv-03125 |
| Julia Smith | 2:12-cv-03128 |
| Kelly L. White and John D. White | 2:12-cv-03129 |
| Shari Thomas | 2:12-cv-03130 |
| Sara Camille Jones | 2:12-cv-03131 |
| Christine Webb and Joseph Webb | 2:12-cv-03136 |
| Debra Krauser and Stephen Krauser | 2:12-cv-03140 |
| Tracy Woosley and Mr. Woosley | 2:12-cv-03145 |

| | |
|---|---|
| Lydia Blackwell and Douglas Blackwell | 2:12-cv-03155 |
| JoAnn S. Bradley | 2:12-cv-03162 |
| Geraldean Gaylor | 2:12-cv-03163 |
| Christine Walker | 2:12-cv-03166 |