# EXHIBIT A

DUANE PRIDDY CASES

| Case Name | Case Number |
|---|---|
| Anderson, Elaine | 2:12cv02134 |
| Baez, Araceli Godoy | 2:12cv03078 |
| Brusseau, Lottie Quay & Edward | 2:12cv02819 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Martello, Kimberly & Glen A. | 2:12cv03122 |
| Murphy, Donna B. | 2:12cv02485 |
| Phillips, Joanne | 2:12cv02489 |
| Ramirez, Angelia Mancini & Manuel M. | 2:12cv02191 |
| Walker, Julia & Willis | 2:12cv02826 |
| Ward, Mary & Jeffrey | 2:12cv02198 |
| Warner, Leslie Hale | 2:12cv02199 |
| Watts, Nettie June | 2:12cv02823 |