# EXHIBIT CC



# ETHICON, INC.
a Johnson&Johnson company

SOMERVILLE  NEW JERSEY · 08876-0151

September 30, 1987

Dr. A. J. Melveger                              cc:  Dr. S. Garg
                                                     Dr. R. Kronenthal
                                                     Dr. A. Levy
                                                     Mr. R. Lilenfeld
                                                     Dr. J. McDivitt
                                                     Mr. R. Morrissey
                                                     Mr. F. Schiller
                                                     RDCF

IR MICROSCOPY OF EXPLANTED PROLENE*
RECEIVED FROM PROF. R. GUIDOIN
-------------------------

Samples of PROLENE* suture carefully removed from human vascular graft explants received from Prof. R. Guidoin were examined by IR microscopy "as is". A PROLENE suture control was examined for comparison. The samples are described below:

| Sample | Implant Duration | Microscopy Observations (SEM- F. Schiller) | IR Spectra (Figure #) |
|---|---|---|---|
| 83D062 + 83TI9020 | 2 yr. | No cracking | 1,2 |
| 83D035 | 8 yr. | Severe cracking | 3,4,5,6,7 |
| TB2418-Q Sterile Product | Non-implanted control | -- | 8,9 |

The samples were examined "as is" with no special preparation. Multiple spectra were obtained at different sites along the explants, especially for the 8-year severely cracked specimens. The IR spectra appear "bottomed out" since the sample thickness is quite significant.

Some samples of 83D035 (8 yr.) were examined optically. Using a needle, the cracked surfaces were easily wiped off and deposited on a KBr window. The surface "scrapings" had the handling and consistency of a waxy snow. The sample was not conducive to IR microscopy in this form however. Similar treatment with needles on sterile packaged PROLENE and the 2-year sample generated no scrapings.

ETHICON, INC.

*Trademark       OCT 16 1987

RD-CENTRAL FILE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831391

Page 2

The surface scrapings of 83D035 were melted at 147°-156°C on the Mettler hot stage. This is the melting range previously observed for oxidatively degraded polypropylene. IR microscopy of the melted film produced (Figures 10 & 11) yielded good spectra.

Observations

Spectra of samples examined "as is" show remarkable similarity between explanted suture and unimplanted suture. All major polypropylene and pigment bands are observed (Figure 9). The 1740 $cm^{-1}$ band, seen strongest in the sterile product, is due to dilauryl thiodipropionate (DLTDP) additive. The DLTDP appears reduced in the 2-year sample spectra and further reduced in the 8-year sample spectra. DLTDP is not observed in the surface scraping spectra.

The observation of chemical species in the surface scrapings spectra of 83D035, yet not seen in the "bulk" spectra (surface + interior) of the suture explants, suggests that the regions affected by cracking or degradation are very small relative to the entire suture. The surface scraping spectra are very different from the "bulk" spectra, and both types of spectra show no evidence of the presence of protein.

The surface scrapings spectra of 83D035 clearly indicate polypropylene, but also three or four other broadened bands. Table I explains the possible functionalities determined from a library search of the IR bands not normally seen in polypropylene.

Conclusions

The IR data collected for the PROLENE suture explant samples suggest:

1. The amount of DLTDP is reduced in the explanted sutures. No DLTDP is observed in the surface scraped (cracked regions) of 83D035. The observed DLTDP decreases with implant time.

2. No protein is observed in any spectra of the explanted sutures.

3. The surface scraped material from the cracked regions of 83D035 has a melting range indicative of degraded polypropylene. The IR spectra of this scraped material is clearly polypropylene, but it appears to be degraded in an oxidative fashion. There are a number of degradation species possible from the IR data. Hydroxyl and acid/ester functionality are definitely present. Ketone and/or unsaturated species are suggested, but not verified.

4. The degraded portion of the 8-year explant makes up only a minor portion of the entire suture.

D. F. Burkley

rmw
Attachment
1949N/93-95

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831392