# EXHIBIT A

JIMMY MAYS CASE

| Case Name | Case Number |
|---|---|
| Bartley, Susan D. | 2:12cv02921 |
| Braden (Combs), Linda G. & Greg Combs | 2:12cv02283 |
| Clones, Susan Elizabeth | 2:12cv02799 |
| Day, Charlotte A. & Troy | 2:12cv02264 |
| Douglas, Tina M. | 2:12cv02922 |
| Hatfield, Barbara Ann Daniels | 2:12cv02509 |
| Hensley, Glenna T. | 2:12cv03119 |
| Madding, Linda | 2:12cv02512 |
| Mincey, Melissa B. Barnes | 2:12cv02448 |
| Moosman, Donna J. & Joe | 2:12cv02805 |
| Soltanshahi, Victoria McMurphy | 2:12cv02688 |
| Toennies, Kathleen | 2:12cv02687 |