# EXHIBIT Q

# ETHICON, INC.
## ANALYTICAL CHEMISTRY DEPARTMENT

SAMPLE CONTROL #: J2095
PAGE 2 OF 2

SERVICE REQUEST NO.: 33853
ANALYSIS REQUIRED: GPC, IR Identity
ANALYTICAL SUPERVISOR:

**TEST REPORT:**

The explanted samples were prepared as hot pressed films for IR identity. From the IR spectra generated, the explant samples are identified as:

ERF 85-219
Dog 1995
- SITE 1 : ETHILON (Nylon 6)
- SITE 2 : PVDF (polyvinylidene fluoride)
- SITE 3 : Prolene (polypropylene)
- SITE 4 : Novafil (polybutylene terephthalate – polybutoxy ether)
- SITE 5 : Novafil ( " )
- SITE 6 : ETHILON (Nylon 6)

_[signature]_ 6/15/92
(IR file 33853)

| Sample | IV/dlg |
|---|---|
| Novafil (Site 4) | 0.73 |
| Novafil (Site 5) | 0.82 |
| ETHILON (Site 1) | 1.25 |
| ETHILON (Site 6) | 1.24 |

Robin R Ray/amle NB 2519-31

Insufficient sample for Prolene IV's

| Sample | MW | MN | MW/MN |
|---|---|---|---|
| Novafil (Site 4) | 32,000 | 18,000 | 1.8 |
| Novafil (Site 5) | 33,000 | 18,000 | 1.8 |
| ETHILON (Site 1) | 62,000 | 30,000 | 2.1 |
| ETHILON (Site 6) | 61,000 | 31,000 | 2.0 |

Robin R Ray/amle NB 2519-34

Although there was insufficient sample to run IV, GPC of Dog #1995 Site 3 was compared to a current 4/0 Prolene suture

| | MW | MN | N |
|---|---|---|---|
| Dog #1995 Site 3 | 327,000 | 59,000 | |
| Current 4/0 Prolene | 324,000 | 60,000 | |

Results indicate no degradation has taken place — EPM 2362-94

ANALYST SIGNATURE: Robin R Ray/amle  DATE: 9/21/92
SUPERVISOR SIGNATURE:  DATE:
REFERENCE:
ANALYTICAL DEPT MANAGER:  DATE:

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
ETH.MESH.09888220