**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR           Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                                                JOSEPH R. GOODWIN U.S. DISTRICT
                                                                          JUDGE

**DEFENDANTS' SUPPLEMENTAL MOTION TO EXCLUDE AND NOTICE OF
ADOPTION OF PRIOR DAUBERT MOTION AND REPLY BRIEF OF JOHN MIKLOS,
M.D. FOR WAVE 3**

Comes now, Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. John Miklos.  Defendants also adopt and incorporate by reference the *Daubert* motion filed against Dr. John Miklos for Ethicon Wave 1 cases, Dkt. Nos. 2032 (motion), 2034 (memorandum in support) and supporting Reply brief, Dkt. 2227.  Ethicon further incorporates by reference their supplemental memorandum of law filed contemporaneously herewith, and relies on the additional exhibits listed below.

In addition to the arguments set forth in Ethicon's briefings filed against Dr. Miklos for Ethicon Wave 1 cases, Ethicon submits that Dr. Miklos's opinions related to design defect are unsupported and unreliable.  Moreover, Dr. Miklos is not qualified to offer them. Ethicon acknowledges the Court's Order (Dkt. 2669) related to Ethicon's *Daubert* motion filed against Dr. John Miklos for Ethicon Wave 1 cases.  Ethicon respectfully requests that the Court exclude Dr. Miklos's testimony, for the reasons expressed in the Wave 1 briefings and Ethicon's supplemental memorandum of law filed contemporaneously herewith.  This notice applies to the

1

Wave 3 cases identified in Exhibit A attached hereto.  Ethicon also incorporates and relies on the following exhibits:

     B.     Rule 26 Expert Report of John Miklos M.D.;

     C.     Excerpts from Dr. Miklos's 4/8/16 Deposition Transcript; and

     D.     Excerpts from Dr. Miklos's 2/6/15 Deposition Transcript.

Respectfully submitted,


_/s/Christy D. Jones_
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com


_/s/ David B. Thomas_
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR                Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                       MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A                                          JOSEPH R. GOODWIN U.S. DISTRICT
                                                                  JUDGE

## CERTIFICATE OF SERVICE

       I hereby certify that on this day I electronically filed the foregoing document with the

Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

                                        /s/ Christy D. Jones
                                        Christy D. Jones
                                        Butler Snow LLP
                                        1020 Highland Colony Parkway
                                        Suite 1400 (39157)
                                        P.O. Box 6010
                                        Ridgeland, MS  39158-6010
                                        (601) 985-4523
                                        christy.jones@butlersnow.com

                                        /s/ David B. Thomas
                                        David B. Thomas (W. Va. Bar #3731)
                                        Thomas Combs & Spann PLLC
                                        300 Summers Street
                                        Suite 1380 (25301)
                                        P.O. Box 3824
                                        Charleston, WV 25338
                                        (304) 414-1807
                                        dthomas@tcspllc.com

                                        COUNSEL FOR DEFENDANTS
                                        ETHICON, INC., ETHICON, LLC AND
                                        JOHNSON & JOHNSON

                                                3

32842507v1