# EXHIBIT A

4

32842507v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Carmen Maria Del R. Castillo, et al. v. Ethicon, Inc., et al. | 2:12-cv-03077 | Prolift and TVT-Secur |
| Phyllis A. Baker King v. Ethicon, Inc., et al. | 2:12-cv-03081 | Prolift and TVT-Secur |
| Catherine L. Young, et al. v. Ethicon, Inc., et al. | 2:12-cv-03083 | TVT-Secur |

32842507v1