# Exhibit C

John R. Miklos, M.D.

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON


IN RE: ETHICON, INC., PELVIC          MASTER FILE NO.

REPAIR SYSTEM PRODUCTS                2:12-MD-02327

LIABILITY LITIGATION                  MDL 2327


THIS DOCUMENT RELATES TO THE          JOSEPH R. GOODWIN

FOLLOWING CASES IN WAVE 1 OF MDL      U.S. DISTRICT JUDGE

200:


ALFREDA LEE, et al., V. ETHICON, INC., et al.

CIVIL ACTION NO. 2:12-cv-01013


SUSAN THAMAN V. ETHICON, INC., et al.,

CIVIL ACTION NO. 2:12-cv-00279

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

JOHN R. MIKLOS, MD


April 8, 2016

10:52 a.m.

3575 Piedmont Road, NE

Atlanta, Georgia


Heather Brown, RPR

CCR-4759-4284-5258-1376

John R. Miklos, M.D.

Page 11

1    Q.    Do you still do a fair amount of laparoscopic

2    procedures?

3    A.    Absolutely.

4    Q.    Would it be fair to say that the most influential

5    variable in outcomes is the skill set of the surgeon?

6    A.    Repeat the question, please.

7    Q.    Sure.  Would it be fair to say that the most

8    influential variable affecting patient outcomes following

9    surgery is the skill set of the surgeon?

10   A.    I've never looked at that scientifically, but I

11   believe that the skill of the surgeon plays one of the most

12   important roles, yes.

13   Q.    For instance, I know you are well-published and have

14   a good reputation -- a very good reputation in laparoscopic

15   surgical procedures.  There are other surgeons who have access

16   to those same laparoscopic trocars, you know OR set up, et

17   cetera, but who do not have results as good as yours as

18   published.  What would you attribute that to, if anything,

19   beyond the skill set of the surgeon?

20   A.    Oh, multiple things.  It's obviously education,

21   training, commonsense, pragmatism, logic doing surgery.  I can

22   even equate it back to just how I was raised.  But that being

23   said, it also requires that -- well, let me put it this way:  I

24   have the great fortune of operating all over the world, and

25   having the appropriate equipment is extremely important, too.

John R. Miklos, M.D.

Page 54

1   agree obviously that it wasn't defective in some surgeons

2   hands, true?

3       A.   No.  I won't agree to that.  Defective design entails

4   that you're not going to get -- defective design to me means

5   that your risk outweighs the benefit with the product that's in

6   your hands.  I personally used it on a cadaver and on the first

7   cadaver I used it on, I knew it was defective.  Number 1, the

8   razor blade, exactly what it is, the insertion tip, is

9   unprecedented.  I have been around in courses, in operating

10  rooms, and have used all other types -- many other types -- of

11  TVTs, TOTs,TVT-Os and they're all the same.  They're long,

12  narrow tubes that are cylindrical, cylindrical with a conical

13  tip usually.  Now all of a sudden, you have a new device that

14  has a razor blade on it and you're asked to make a 1 centimeter

15  incision and you're delivered this razor blade device that cuts

16  through tissue, including urethra potentially, bladder

17  potentially, and periurethral tissue.

18          Not only is it unprecedented and it destroys

19  tissue and increases -- we know with that type of trauma it's

20  going to increase scar tissue.  Now, the actual release of the

21  device, the releasing mechanism was horrendous and this is

22  documented in the internal documents.  It was said that day in

23  the operating room on the cadaver.  Vince Lucente agreed with

24  me.  He said, yeah, they need to redo it, but there's secrets

25  of doing it.  You gotta jiggle it.  If you jiggle it -- and we

John R. Miklos, M.D.

Page 55

1    see this even -- Hinoul even says it.  Hinoul was their

2    employee and he's writing this stuff in his paper.  He's saying

3    well, yeah, it could dislodge.  Yeah, you jiggle it, you're

4    dislodging the insertion tip.

5        Q.    Right.

6        A.    That's the next problem, the insertion tip has never

7    been proven.  Then you have this polysorb which is vicryl -- is

8    poly-p-dioxanone,  basically it's an absorbable material that

9    has never been utilized before in the pelvic floor.

10              And finally, the device itself, when you get

11   that device it was unlike any other device.  When you got a

12   TVT, they gave you everything you needed almost.  Everything

13   that you can use to apply the mesh.  This, you actually had to

14   attach a straight hemostat to it or a needle driver.

15       Q.    Needle driver.

16       A.    Which was ridiculous because people were actually --

17   you can't control the trajectory of where this needle tip is

18   going and then trying to get the release and insert and stay.

19   And then the last thing is because you're pushing it in, you're

20   not pulling it through like the TVT or TOT or the Abbrevo, you

21   have difficulty adjusting the tension because you're just

22   pushing.  How tight is tight?  So it's a completely defective

23   design.

24       Q.    So it's your opinion that it's defective because of

25   those attributes, but we can agree that even with those

John R. Miklos, M.D.

Page 56

1    attributes to which you find objectionable or defective,

2    surgeons still can get good results with TVT-Secur as evidenced

3    by peer reviewed public literature you are aware of, correct?

4         A.    Absolutely.  You can kill a rabbit with a stone, too,

5    but not too many people can do it.

6              I mean, the bottom line is when you produce a

7    product, you need a product that is reproducible -- gives you

8    reproducible efficacious results with minimal morbidity that

9    you can put in your surgeons' hands.  Here we see a product

10   that was not -- they couldn't reproduce the results.  So

11   there's some people that can do it, but this is not to the

12   benefit of the patient.  If we go and look at J & J's credo,

13   which I haven't looked at in a while, patient care and the

14   responsibility to the patient is first and foremost.  This

15   is -- I've got to be honest with you, honestly, if this is your

16   mom, you wouldn't give her a TVT-Secur.  You would not.

17        Q.    So you're aware that they received complaints from

18   some surgeons on Secur and they did various investigations and

19   did -- came out with key technical points on TVT-Secur?

20        A.    Yes.  They received some complaints from some

21   surgeons, yes.

22        Q.    I mean it's in the Quality Board minutes that you've

23   looked at and that I've looked at, correct?

24        A.    The problem is -- here's what's amazing to me:  I

25   never knew -- I was a leader for TVT, I never knew there was a

John R. Miklos, M.D.

Page 67

1    STATE OF GEORGIA:

2    COUNTY OF GWINNETT:

3

4         I hereby certify that the foregoing transcript was

5    reported, as stated in the caption, and the questions and

6    answers thereto were reduced to typewriting under my direction;

7    that the foregoing pages represent a true, complete and correct

8    transcript of the evidence given upon said hearing, and I

9    further certify that I am not of kin or counsel to the parties

10   in the case; am not in the employ of counsel for any of said

11   parties; nor am I in any way interested in the result of said

12   case.

13

14                                    _____

                                      Heather Brown, RPR

15                                    CCR 4756-4284-5258-1376

16

17

18

19

20

21

22

23

24

25