# EXHIBIT A

**EXHIBIT A**

This Motion and Memorandum of Law relate to the following plaintiffs:

| Civil Action Nos. | | |
|---|---|---|
| | *Gullett v. Ethicon, Inc.* | *2:12-cv-02027* |
| | *Dotson v. Ethicon, Inc.* | *2:12-cv-02633* |
| | *Douglas v. Ethicon, Inc.* | *2:12-cv-02922* |
| | *Cordea (Cullipher) v. Ethicon, Inc.* | *2:12-cv-02934* |