# EXHIBIT A

VLADIMIR IAKOVLEV CASES

| Case Name | Case Number |
|---|---|
| Blake, Kathy L. | 2:12cv02943 |
| Braden (Combs), Linda G. & Greg Combs | 2:12cv02283 |
| Bradley, Joann S. | 2:12cv03162 |
| Brooks, Mattie J. | 2:12cv02865 |
| Conley, Karen V. | 2:12cv02315 |
| Cooper, Rhonda K. Woods | 2:12cv02532 |
| Cordea, Dawn Huff | 2:12cv02934 |
| Cosgray, Ila Mae | 2:12cv02634 |
| Damron, Judy K. & Benny | 2:12cv03079 |
| Denton, Shirley & Marvin | 2:12cv01719 |
| Falcon, Cynthia R. & Raymond, Sr. | 2:12cv02446 |
| Farris, Diana N. | 2:12cv02776 |
| Harper, Helen Lanham | 2:12cv02316 |
| Hensley, Glenna T. | 2:12cv03119 |
| King, Phyllis A. Baker | 2:12cv03081 |
| Lyszcarz, Karen A. & Thomas F. | 2:12cv02689 |
| Martello, Kimberly & Glen A. | 2:12cv03122 |
| Miller, Lillie Rosemary Centers & Ernest P. | 2:12cv02942 |
| Mincey, Melissa B. Barnes | 2:12cv02448 |
| Murphy, Donna B. | 2:12cv02485 |
| Noffsinger, Carol | 2:12cv03118 |
| Reed, Ronda L. Salas | 2:12cv03082 |
| Richard, Mary Frances & Joseph L. | 2:12cv02192 |
| Sequino, Dawn Castigliego & David | 2:12cv02193 |
| Smallridge, Audrey & Theron | 2:12cv02956 |
| Taylor, Grethel | 2:12cv02975 |
| Van Wyck, Helen Redhead | 2:12cv02374 |
| Walker, Susan | 2:12cv02728 |
| Webb-Henson, Tammy | 2:12cv03136 |
| White, Kelly L. & John D. | 2:12cv03129 |
| Woosley, Tracy Miller & Kevin | 2:12cv03145 |
| Young, Catherine L. & David | 2:12cv03083 |