# EXHIBIT  B

Michael Karram, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: Angela Daugherty and Jimmy Daugherty v. Ethicon, Inc., et al. Case No. 2:12-cv-02076 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE (General Prolift) |

---

The Video Deposition of MICHAEL KARRAM, M.D.,

taken by the Plaintiff, pursuant to Notice and Subpoena,

before Teresa A. Moore, a Registered Professional and

Certified Realtime Reporter, at the offices of Frost

Brown Todd LLC, 301 East Fourth Street, Great American

Tower, Suite 3300, Cincinnati, Ohio 45202, on Tuesday,

June 28, 2016, at 6:49 p.m.

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Michael Karram, M.D.

## Page 2

1    APPEARANCES:
2        On behalf of the Plaintiff:
3            GREGORY D. BENTLEY, ESQ.
                of
4            ZONIES LAW LLC
             1900 Wazee Street, Suite 203
5            Denver, Colorado 80202
             Phone: 720-464-5300
6            Email: gbentley@zonieslaw.com
7
8        On behalf of the Defendants
9            JORDAN N. WALKER, ESQ.
                of
10           BUTLER SNOW LLP
             1020 Highland Colony Parkway, Suite 1400
11           Ridgeland, Mississippi 39157
             Phone: 601-948-5711
12           Email: jordan.walker@butlersnow.com
13
14                        - - -
15
16
17
18
19
20
21
22
23
24

## Page 3

1                      INDEX
2                                       Page
3    MICHAEL KARRAM, M.D.
4    Examination By Mr. Walker .....................121
5    Further Examination By Mr. Bentley ............142
6

                     EXHIBITS
7                                       Page
8    Exhibit 1 General Causation Report re: ..........4
9     Prolift
10   Exhibit 2 Reliance List ........................4
11   Exhibit 3 21 CFR 801, Section 109 ..............59
12   Exhibit 4 Arnaud Clavé, "Polypropylene as ......60
13    a reinforcement in pelvic surgery is not
14    inert: comparative analysis of 100 explants"
15   Exhibit 5 Vladimir Iakovlev, "Degradation ......65
16    of polypropylene in vivo: A microscopic
17    analysis of meshes explanted from patients"
18   Exhibit 6 ACOG AUGS Position Statement .........71
19   Exhibit 7 2016 Maher Cochrane Review ...........95
20   Exhibit 8 Surgeon's Resource Monograph for ....123
21    Prolift
22                        - - -
23
24

## Page 4

1                 MICHAEL KARRAM, M.D.,
2    of lawful age, a Witness herein, after having been first
3    duly sworn, was examined and deposed as follows:
4                      EXAMINATION
5    BY MR. BENTLEY:
6        Q.  Doctor, my name is Greg Bentley.  I'm an
7    attorney representing the plaintiffs in this litigation.
8    And we're here today for your general deposition
9    regarding Prolift.  Do you understand that?
10       A.  I do.
11           (Exhibit 1 marked for identification.)
12   BY MR. BENTLEY:
13       Q.  I'm going to hand you what's being marked as
14   Exhibit 1, which I believe is a clean copy of your
15   general causation report regarding Prolift.
16           Does that look correct to you?
17       A.  Yes, it does.
18           (Exhibit 2 marked for identification.)
19   BY MR. BENTLEY:
20       Q.  Okay.  I'm going to hand you, for your
21   reference, a clean copy of your reliance list that was
22   previously discussed in the TVT-O deposition.  For
23   purposes of this deposition, we're going to mark the
24   reliance list as Exhibit 2.  Okay?

## Page 5

1        A.  Okay.
2        Q.  All right.  Doctor, when you began practicing
3    medicine, were you treating women who suffered from
4    prolapse?
5        A.  Yes.
6        Q.  How did you treat women, initially, who
7    suffered from prolapse?
8        A.  It would depend on the type of prolapse they
9    had and the symptoms that they had.
10       Q.  Okay.  And what were your available options,
11   when you began practicing, to treat women who suffered
12   from prolapse?
13       A.  They were do nothing.
14       Q.  Okay.
15       A.  They were nonsurgical options, such as
16   pessaries or other obstructive devices or support
17   devices that you could use to correct their pelvic organ
18   prolapse.  There were surgical procedures.  And that's
19   it.
20       Q.  Okay.  And those three options still exist
21   today; isn't that correct?
22       A.  They do.
23       Q.  Okay.  And with respect to the surgical
24   options that were available when you began your career,

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Karram, M.D.

## Page 6

1  what surgical options did you employ to treat women who
2  suffered from prolapse?
3      A.  I used traditional repairs.  I used
4  obliterative repairs.  I used sacrocolpopexies.  I used
5  native tissue repairs and some augmented repairs with --
6  let me think back -- when did I start practice, '84 --
7  mostly with porcine, bovine, or other biologic materials
8  to augment repairs.
9      Q.  Okay.  And then, today, the Prolift is no
10 longer available; is that correct?
11     A.  That's correct.
12     Q.  Okay.  So, in your practice today, what
13 surgical procedures do you use to treat women who suffer
14 from prolapse?
15     A.  The same procedures that I just described.
16     Q.  Do you still employ all --
17     A.  Plus --
18     Q.  I'm sorry.
19     A.  Plus, I use augmented synthetic mesh
20 procedures where I cut the mesh, individually, for the
21 procedure that -- or the defect that I'm repairing.
22     Q.  What kind of synthetic mesh do you use today,
23 for your augmented repairs?
24     A.  Most of it is polypropylene.

## Page 7

1      Q.  Okay.  And who makes that?
2      A.  There are different companies.  Gynecare --
3  or Ethicon makes it.  Coloplast has one.  Bard has some.
4  Boston Scientific has some.
5      Q.  Do you have a preference for any one of those
6  polypropylene meshes as opposed to another?
7      A.  It depends on the type of procedure I'm doing
8  and the defect that I'm repairing.
9      Q.  With respect to Gynecare synthetic meshes, in
10 your practice today, do you have an understanding of
11 what specific mesh it is you're using?
12     A.  It's Gynemesh.
13     Q.  Gynemesh PS?
14     A.  PS, yes.  Sorry.
15     Q.  And that's Prolene Soft --
16     A.  Yes.
17     Q.  -- correct?
18     A.  Yes.
19     Q.  Have you had any experience using meshes with
20 a partially absorbable component?
21     A.  I have not.
22     Q.  You've never used any Gynecare meshes, such
23 as ULTRAPRO?
24     A.  I have not.

## Page 8

1      Q.  Did you ever use Prolift+M, when it was
2  available?
3      A.  I did not.
4      Q.  Was there a reason why you didn't use any of
5  the meshes with an absorbable component?
6      A.  I was having great results with the mesh that
7  I was using, and so I didn't see a need for it.
8      Q.  Were the meshes with an absorbable component
9  available to you?
10     A.  They were.
11     Q.  All right.  Let's go back to when you began.
12         So, initially, these synthetic meshes weren't
13 available, and then at some point in your career the
14 synthetic meshes became available for prolapse repair;
15 is that correct?
16     A.  That's fair.
17     Q.  Okay.  And you went from using traditional
18 obliterative SSC native augmented repairs, and then at
19 some point Gynecare presented the Gynemesh PS; is that
20 correct?
21     A.  That's correct.
22     Q.  Okay.  Was that the first synthetic mesh that
23 you used to treat prolapse?
24     A.  Yes, I think it was.  Yeah.

## Page 9

1      Q.  And that was a similar situation, where you
2  would take a mesh and cut it yourself for the procedure
3  that you were performing; is that correct?
4      A.  That's correct.
5      Q.  Okay.  When you would cut a Gynecare Gynemesh
6  PS mesh for your specific procedure, would you agree
7  that the total amount of mesh you were using was less
8  than what would be used in a Prolift total repair?
9      A.  Not necessarily, because it would depend on
10 the size of a prolapse.  If you have a big prolapse or
11 what we call a complete procidentia, where they have the
12 entire vaginal vault everting out, that's going to
13 require probably more mesh than a Prolift.
14     Q.  Okay.  And with your typical repair, would it
15 be less mesh, using the Gynemesh PS versus a Prolift
16 total repair?
17     A.  It would depend on the anatomical
18 abnormality.
19     Q.  So using the -- with that understanding,
20 using the Prolift, were there some situations where you
21 didn't have enough mesh to accommodate the defect?
22     A.  There were times, yes, that was the case.
23     Q.  And that's because every patient is
24 different?

3  (Pages 6 to 9)

Michael Karram, M.D.

Page 10

```
 1        A.  And the larger the prolapse, the more surface
 2   area you have to cover.
 3        Q.  Okay.  So you started using synthetic meshes
 4   that were made by Gynecare, which was the Gynemesh PS;
 5   and then, after that, did you subsequently transition
 6   into another mesh product?
 7        A.  I've used other mesh products, but mostly
 8   kits.
 9        Q.  Okay.
10        A.  Okay?
11        Q.  And what was the first kit you used?
12        A.  Prolift.
13        Q.  Prolift.  And when did that become available,
14   if you remember?
15        A.  I think it was around 2006 or 2007.
16        Q.  Okay.  And did you use any mesh kits made by
17   other companies?
18        A.  Prior to Prolift?
19        Q.  Or -- yes, prior to Prolift.
20        A.  No.
21        Q.  After Prolift became available, did you use
22   any other mesh kits made by other companies?
23        A.  Yes.
24        Q.  Okay.  And what kits did you use?
```

Page 11

```
 1        A.  I've used Apogee and Perigee.
 2        Q.  Okay.  And who makes those?
 3        A.  That was American Medical Systems.
 4            And I've used anterior or posterior Elevate,
 5   which is also American Medical Systems.
 6        Q.  And do you have an understanding of whether
 7   that mesh construction, in the AMS products, is
 8   different than the Gynecare mesh?
 9        A.  My understanding was, they were all about the
10   same.
11        Q.  Do you have an understanding of whether or
12   not they have a proprietary weaving process?
13        A.  They may.  They may.  I think they may have,
14   with the Elevate.  I know, with the Monarc, they do,
15   because they have the suture that goes through the mesh.
16            But I think, if you're talking about just
17   mesh, they were both polypropylene macroporous
18   monofilament A mid 1 type mesh.
19        Q.  Okay.  Do you have an understanding of the
20   fact that the Gynecare Prolene mesh, using the TVT
21   family of products, is different from the Gynecare
22   Prolene Soft, using the Prolift?
23        A.  Yes.
24        Q.  And what do you understand that difference to
```

Page 12

```
 1   be?
 2        A.  It's a little lighter weight.
 3        Q.  And it has a different weave?
 4        A.  Weave.
 5        Q.  Do you find that --
 6            MR. WALKER:  I'm sorry to interrupt.  But
 7        just so the record's clear, can the doctor specify
 8        which is the lighter weight?
 9            MR. BENTLEY:  Oh, sure.
10   BY MR. BENTLEY:
11        Q.  Do you have an understanding of the
12   differences between the Gynecare Gynemesh PS, and the
13   Gynecare Prolene that's used in the TVT family of
14   products, Doctor?
15        A.  Yes, I do.
16        Q.  And what is that?
17        A.  The TVT product is a little heavier weight
18   mesh.
19        Q.  Okay.  And the Prolene mesh that's used in
20   the TVT products has been around for a longer time than
21   the Gynecare Gynemesh PS; correct?
22        A.  That's correct.
23        Q.  Okay.  So once you started using the Gynecare
24   Prolift kit, then you subsequently also used the kits
```

Page 13

```
 1   made by AMS; is that correct?
 2        A.  That's correct.
 3        Q.  Did you have a preference for either of
 4   those -- did you have a preference for either of the
 5   kits made by those two companies?
 6        A.  No.  Most of it was dependent on the
 7   abnormality that I was treating.
 8        Q.  Okay.  And could you explain to me in what
 9   situations you felt that the Prolift was advantageous as
10   compared to the AMS product?
11        A.  The Prolift, because of its design, in a
12   large prolapse --
13        Q.  Um-hmm.
14        A.  -- it would be probably my preferred product,
15   because it gave you better apical support with the
16   posterior Prolift.  Whereas, with the Apogee and
17   Perigee, the Apogee never went to the sacrospinous
18   ligament, it went to the iliococcygeus muscle, which was
19   not as strong, whereas Prolift went to the sacrospinous
20   ligament.
21            And so, in smaller anterior-only defects --
22   sometimes it would depend -- but I might use an AMS
23   product in those.
24        Q.  So is it fair to say that you didn't think
```

4 (Pages 10 to 13)

Michael Karram, M.D.

Page 14

1 the Prolift was necessarily the best surgical product
2 for every patient?
3     A.  I would agree with that statement, yes.
4     Q.  There are some situations where you thought
5 it was more appropriate, maybe, to use another mesh kit
6 to treat the prolapse; is that fair?
7     A.  Or more appropriate to even use a native
8 tissue repair.
9     Q.  Thank you.
10        So from the time when you began using the
11 Prolift and then you began also using the AMS kits, did
12 you begin using any other surgical kits made by
13 manufacturers to treat prolapse?
14     A.  I never used the Boston Scientific and I
15 never used the Bard.  So Avaulta, no; and Pinnacle and
16 Uphold, no.  So I think that was all of them.
17     Q.  Okay.  And did you --
18     A.  If you have another one, you can give me the
19 name, and I'll tell you if I used it or not.  But I
20 don't know of any.
21     Q.  Okay.  So then -- and then, today, as we
22 previously discussed, the Prolift is no longer
23 available; correct?
24     A.  Correct.

Page 15

1     Q.  Okay.  From the time when you began using the
2 Prolift and sometimes the AMS products, did you continue
3 using those surgical kits through the time when the
4 Prolift was no longer available?
5     A.  Yes.
6     Q.  Okay.  Did you receive any Prolift-specific
7 training?
8     A.  I did.
9     Q.  Where was this training at?
10     A.  Reading, Pennsylvania.
11     Q.  And that was put on by Ethicon?
12     A.  It was put on by Ethicon.  That's correct.
13     Q.  And do you recall how many days that training
14 was?
15     A.  It was two days.
16     Q.  Two days.  Two full days of training?
17     A.  One night and one full day of training.
18     Q.  Okay.  And that would have involved a cadaver
19 portion?
20     A.  Actually, no.  It was on live patients.
21     Q.  Okay.  Did you watch a video component in the
22 training?
23     A.  Prior to that?  We watched it prior.
24     Q.  Okay.

Page 16

1     A.  We read the IFUs.  We read some company
2 literature.  But at the case, itself, no, no videos; it
3 was all live.
4     Q.  So you watched a video prior to attending the
5 live surgery --
6     A.  Um-hmm.
7     Q.  -- correct?
8     A.  Um-hmm.
9     Q.  And then did you attend the live surgery led
10 by a preceptor?
11     A.  Yes.
12     Q.  Okay.  And how many of those live surgeries
13 did you attend?
14     A.  I think, that day, he did three.
15     Q.  Three.  And then, after observing those three
16 surgeries, you then began using the Prolift yourself?
17     A.  That's correct.
18     Q.  Okay.  Did you attend any follow-up training,
19 after that initial training on Prolift?
20     A.  For myself, personally?  No.  But I attended
21 conferences and was a proctor in a lecture and other
22 Ethicon courses, yes.
23     Q.  Okay.  So you taught other Ethicon courses?
24     A.  That's correct.

Page 17

1     Q.  Did you teach the Prolift procedure?
2     A.  Yes.
3     Q.  Approximately how many times did you teach
4 the Prolift procedure?
5     A.  I would say we probably did -- I, myself, did
6 probably 10 to 15.
7     Q.  And over how many years would you say that
8 was?
9     A.  Probably about three or four.
10     Q.  Doctor, in your report, is it fair to say
11 that your opinions are based on your training,
12 experience, and review of the medical literature?
13     A.  Yes, and education.
14     Q.  And education?
15     A.  Yeah.
16     Q.  With the AMS Elevate product, did you feel
17 there is any advantage to not having the external trocar
18 passers?
19     A.  No.
20     Q.  Do you have an understanding of how many
21 Prolift procedures you've performed?
22     A.  I don't know the exact number, but I would
23 say it was probably in the neighborhood of two or three
24 hundred.

Michael Karram, M.D.

Page 18

1    Q.   And do you have an understanding of how many
2  prolapse procedures you performed with the AMS products?
3    A.   Probably maybe 50 to 75.
4    Q.   So is it fair to say that the total number of
5  mesh kits you've used to treat prolapse is 250 to 375,
6  if my math is correct?
7    A.   Something in that neighborhood.
8    Q.   Okay.   And then, do you have an understanding
9  of how many prolapse procedures you've done using
10  synthetic mesh not sold in a kit?
11    A.   That would probably be going back early in my
12  career.  I'd say, probably in the neighborhood of,
13  again, two or three hundred, maybe even more.
14    Q.   In your practice today, do you have an
15  estimate of in what percentage of the surgeries you
16  perform to treat prolapse you use a synthetic mesh
17  implant?
18    A.   Today?
19    Q.   Yes.
20    A.   Less than five percent.
21    Q.   And do you have an estimate, today, as to how
22  many surgeries you perform, on an annual basis, to treat
23  women suffering from prolapse?
24    A.   Well, my practice is completely pelvic --

Page 19

1  well, pelvic floor urogynecology.  So if you're
2  considering slings in that, too -- or, no, just --
3    Q.   Just prolapse.
4    A.   -- prolapse?
5    I would say 80 percent of my practice would
6  be -- 80 to 90 percent of my practice would be that.
7  And I, you know -- I operate two days a week -- if you
8  want to extrapolate this thing out -- usually do three
9  or four procedures a week.  So let's say four times four
10  is sixteen, times twelve.  What's that?  Get your
11  calculator.  Whatever that is.  And then you calculate.
12  And that's a year?  Do you want --
13    Q.   That's just prolapse surgeries?
14    A.   That's prolapse surgeries.
15    Q.   Okay.   So less than 200 per year?
16    A.   I would say, if that calculates out.
17    MR. WALKER:  I got 182.
18    THE WITNESS:  Close enough.  Yeah, there you
19  go?
20    A.   (Continuing answer.)  Less than 200, right.
21  Between -- yeah.
22  BY MR. BENTLEY:
23    Q.   And has that number stayed fairly consistent
24  throughout your career or has it changed?

Page 20

1    A.   It's gotten more -- busier.
2    Q.   Okay.   In your practice, do you treat
3  patients suffering from complications related to
4  mesh-based products?
5    A.   I do.
6    Q.   Do you treat patients suffering from
7  complications after being implanted with the Prolift
8  product?
9    A.   I do.
10    Q.   What percent of your practice would you
11  estimate is related to treating mesh-based
12  complications?
13    A.   Now, this does include slings; right?  Yeah.
14    MR. WALKER:  I'm going to object to the form.
15    A.   Oh, okay.  I would say, in the neighborhood
16  of five to eight percent, maybe.
17    Q.   Okay.   So, Doctor, is it fair to say that
18  five to eight percent of your practice, you treat women
19  suffering from mesh-based complications?  Is that fair?
20    MR. WALKER:  Object to form.
21    A.   I think that's an estimate, yes.
22    Q.   Okay.  Then, Doctor, do you have an
23  understanding as to what percent of your practice is you
24  treating women suffering from mesh-based complications

Page 21

1  from a prolapse repair?
2    MR. WALKER:  Object to form.
3    A.   I would say it's probably less.  In the
4  neighborhood of maybe two to three percent or less --
5  two percent, I would say.  I would think it's more with
6  slings.
7    Q.   Okay.  And then, do you have an understanding
8  of what percent of your practice you spend treating
9  women who suffer from complications related to the
10  Prolift procedure?
11    MR. WALKER:  Object to form.
12    A.   Right now, I can't really give you that
13  amount, because the number is becoming less and less as
14  it hasn't been being used, and we -- so I can't really
15  give you an estimate.
16    Q.   Can you give me an estimate of how many cases
17  you've treated where a woman suffered complications from
18  a Prolift procedure?
19    A.   I'd say, probably in the neighborhood of 30
20  or 40.
21    MR. WALKER:  I'm sorry, was that a number --
22  a total number or a percentage?
23    THE WITNESS:  No, a total number that I've
24  treated in my career.

6 (Pages 18 to 21)

Michael Karram, M.D.

Page 22

1          MR. WALKER:  Thank you.  Sorry.
2     BY MR. BENTLEY:
3          Q.  Are you referred women who have been
4     implanted with the Prolift product by another doctor and
5     they're referred to you to treat the complication?
6          A.  That's usually how it comes, yes.
7          Q.  And, likewise, you may have implanted a woman
8     with a Prolift product, and she may seek a referral to
9     another doctor to be treated for a complication; is that
10    fair?
11         A.  That's fair.
12         Q.  And you might not necessarily know that she
13    went and saw another doctor for a complication; is that
14    fair?
15         A.  That's true.
16         Q.  Okay.  Doctor, have you ever reported an
17    adverse event to the FDA, when you've treated a woman
18    that suffered from a complication from the Prolift
19    device?
20         MR. WALKER:  Object to form.
21         A.  I have not personally reported anything to
22    the FDA or the MAUDE database, no.
23         Q.  And would that include your office; your
24    office, on your behalf, hasn't reported to the FDA MAUDE

Page 23

1     database?
2          A.  Not directly, no.
3          Q.  And that's not just limited to Prolift.  In
4     your practice you've never reported to MAUDE?
5          A.  Correct.
6          Q.  Is there any reason why you haven't reported
7     any adverse events to the MAUDE database?
8          A.  Because most of the adverse events that I've
9     managed have been known complications and known risks of
10    the surgery.  So I didn't think it was related to the
11    device, itself.
12         Q.  It's your understanding that the MAUDE
13    database only tracks adverse events that are related to
14    the device specifically?
15         MR. WALKER:  Object to form.
16         A.  I think, yeah.  That's what I thought.
17         Q.  Today, do you have a preference for any of
18    the surgical treatments for prolapse?
19         MR. WALKER:  Object to form.
20         Are you asking about anterior, posterior, or
21         just more generally?
22         MR. BENTLEY:  General.
23         A.  I mean, there is no one procedure that's
24    going to treat all.

Page 24

1     BY MR. BENTLEY:
2          Q.  Right.
3          A.  So if you're asking if a patient came in to
4     me, what would my -- what would I be the most happy with
5     taking care of?  An obliterative procedure, because it
6     takes care of the problem and it's an hour procedure and
7     everybody's happy.
8          Q.  Okay.  That's fair.
9          A.  But it depends on the situation.
10         Q.  Okay.
11         A.  Every clinical situation, usually, is very
12    unique to the individual and her anatomy, and it depends
13    on what her complaints are.
14         Q.  Right.
15         A.  And then you tailor the treatment based on
16    that.
17         Q.  It's fair to say, the obliterative procedure
18    is probably not the most common procedure to treat
19    prolapse?
20         A.  It's not, but you sure wish it was.  But
21    you're right.  No, it's usually an elderly lady who's
22    not sexually active and it's more of a sanitary issue
23    than anything else.
24         Q.  When the Prolift kits were available, do you

Page 25

1     have an understanding of what percentage of your
2     surgeries to treat prolapse you used Prolift for?
3          A.  When I started using Prolift and first -- in
4     the first few years, I was using it probably about 20 to
5     30 percent of the time, maybe more.
6          Q.  Okay.
7          A.  But it's hard to estimate.
8          Q.  And then, with the remainder percentage, how
9     could you estimate what other procedures you were using?
10    Some of that -- some of those other surgeries would
11    entail the AMS product; right?
12         A.  Or they would entail a native tissue
13    repair --
14         Q.  Okay.
15         A.  -- or a sacrocolpopexy --
16         Q.  Right.
17         A.  -- something like that.
18         Q.  And can you estimate for me what percentage
19    of your other patients would be native tissue repair?
20         A.  I would say the majority of them were native
21    tissue repair.
22         Q.  And is that still true today?
23         A.  Almost all of them are true, yes.  Much
24    higher today, now, because we don't have the kits.

7 (Pages 22 to 25)

Michael Karram, M.D.

Page 26

1      Q.  Do you have good results with native tissue
2   repair?
3      A.  It depends on the procedure.  It depends on
4   the procedure and the anatomy that we're dealing with.
5      Q.  So is that a yes?
6      A.  Yes.
7      Q.  Do you have an understanding as to what
8   percentage of your patients you treat with native tissue
9   repair have to undergo a repeat operation because that
10  initial procedure didn't work for the prolapse repair?
11     A.  I don't.  I don't have a percentage, no.
12     Q.  How long would you typically follow up with a
13  patient after you'd implanted a Prolift product?
14     A.  I would see them back at two weeks, four
15  weeks, six weeks; and then I would see them back at six
16  months and a year; and then, thereafter, if they were
17  doing fine and not having any problems, I would see them
18  back yearly.
19     Q.  Do you have an understanding as to whether
20  Prolift complications can arise after the one year?
21     A.  I'm sure they can.
22     Q.  Did you experience that with any of your
23  patients?
24     A.  There were a few, yes.

Page 27

1      Q.  Have you read any literature that evidences
2   women suffering from complications well past one year
3   from their Prolift procedure?
4         MR. WALKER:  Object to form.
5      A.  I have.  And I have also seen patients like
6   that from other physicians, yes.
7      Q.  When Prolift is available and you're talking
8   to your patients about the risks and benefits, that
9   would be a conversation between you and the patient to
10  make a joint decision; is that fair?
11     A.  That's fair.
12     Q.  Okay.  And you, as a doctor, would be
13  educating the patient as to the risks and benefits of
14  the product and the alternative procedures; is that
15  correct?
16     A.  That's correct.
17     Q.  And you'd want to give the patient as much
18  information as possible, so they can make an informed
19  decision as to whether or not to undergo that procedure
20  versus another procedure; is that fair?
21        MR. WALKER:  Object to form.
22     A.  That's correct.
23     Q.  Okay.  And what would you tell the patient,
24  specifically, were the benefits as to using the Prolift

Page 28

1   procedure?
2      A.  Well, if somebody came in and they were a
3   recurrent prolapse, I would say, your native tissue
4   repair that Dr. So-and-So did was not effective; you had
5   a failure; and if we do another native tissue repair,
6   the likelihood is you're going to have another failure;
7   but we have a product available that's a mesh-based
8   product, and I've had good results in my hands, and I
9   think she'd be a great candidate for this.  And then she
10  would ask me questions, and we would discuss the issue
11  and come up with a plan of action.
12     Q.  So you would inform the patient that the
13  Prolift product could be favorable in a situation where
14  a previous surgery may not have had a successful outcome
15  to treat prolapse; is that fair?
16     A.  That would be one, yes.
17     Q.  So, Doctor, in your eyes, you viewed a
18  favorable patient for the Prolift as a patient who is
19  maybe high risk or had failed at a previous surgery; is
20  that fair?
21     A.  That would be one, yes.
22     Q.  Were there any other benefits you would
23  describe to a patient, when you're undergoing the
24  informed-consent process discussing whether or not to

Page 29

1   undergo a Prolift procedure?
2      A.  The size of her prolapse.  The larger the
3   size and the more advanced the stage, the less likely
4   she was going to get a really good repair with a native
5   tissue repair.
6      Q.  Okay.  When you were discussing whether or
7   not to undergo a Prolift procedure with a patient in the
8   informed consent, would you discuss some of the medical
9   literature with your patients?
10     A.  I would give her my experience with it.  And
11  then, I wouldn't actually cite specific medical
12  literature --
13     Q.  Okay.
14     A.  -- no.
15     Q.  Would you discuss the medical literature
16  might show a range of success rates, for example?
17     A.  I would say yes.  Yes.
18     Q.  Okay.  So I'm guessing you never gave your
19  patients medical literature to take home with them?
20     A.  I did not.
21     Q.  Is it fair to say that you've stayed abreast
22  of the medical literature regarding Prolift, from when
23  you began using the product?
24     A.  I've tried, yes.

8 (Pages 26 to 29)

Michael Karram, M.D.

Page 30

1    Q.  Would you agree that some doctors don't have
2   time to review all the literature?
3        MR. WALKER:  Object to form.
4    A.  It's tough to keep up with all the
5   literature, yes.  That's correct.
6    Q.  And would you agree that some doctors likely
7   aren't as knowledgeable about the Prolift literature as
8   you might be, for example?
9        MR. WALKER:  Object to form.
10   A.  I'm sure there probably are people like that.
11   Q.  And even you were in a special place, because
12  you were actually proctoring for the Prolift procedure
13  for Ethicon; isn't that correct?
14       MR. WALKER:  Object to form.
15   A.  That's correct.
16   Q.  So you were probably well educated in the
17  medical literature regarding the Prolift, as compared to
18  some other doctors?
19       MR. WALKER:  Object to form.
20   Q.  Is that fair?
21   A.  I would hope so, yes.
22   Q.  In the informed-consent process with a
23  patient, what risks would you discuss with your
24  patients?

Page 31

1    A.  I would tell them --
2        MR. WALKER:  And this is for Prolift; right?
3        MR. BENTLEY:  Yes.
4    A.  Yeah.  I would tell them that anytime you
5   have surgery, you have anesthetic risks, risks of
6   infection, hemorrhage, urinary tract injury, bowel
7   injury.  Risks associated with synthetic mesh:  Erosion,
8   extrusion, dyspareunia, pelvic pain, the possible need
9   for another procedure to correct these problems if they
10  do occur.
11   Q.  And you mentioned risks associated with a
12  mesh implant; is that fair?
13   A.  And I would also give them the same risks
14  with a native tissue repair.  The only difference is, no
15  mesh.
16   Q.  That's fine.  Now I want to talk about the
17  mesh complications --
18   A.  Okay.
19   Q.  -- specifically.
20   A.  Okay.
21   Q.  What complications, related to the mesh
22  implant specifically, would you discuss with your
23  patients?
24   A.  I thought I just told you that.

Page 32

1    Q.  I'm sorry.  I didn't --
2    A.  All right.  Specifically to the mesh would be
3   urinary tract injury, bowel injury, erosions,
4   extrusions, scarring, pelvic pain, dyspareunia, and the
5   possible need for another procedure to correct one of
6   those problems, if they did occur --
7    Q.  And some --
8    A.  -- that would be specific to the Prolift.
9    Q.  And sometimes there might actually be
10  multiple procedures; is that fair?
11   A.  That's correct, yes.
12   Q.  Would you discuss the frequency of any of
13  those risks, when you're performing the informed-consent
14  process with the patient?
15   A.  I would.
16   Q.  And where would you draw that frequency
17  information for those risks from?
18   A.  The medical literature available to us.  And,
19  from the time it was available to now, obviously there's
20  more medical literature than there was before.  So...
21   Q.  Would you discuss the severity of any of
22  those complications with your patient, when doing the
23  informed consent regarding a Prolift procedure?
24   A.  It's hard to quantify "severity."  I think

Page 33

1   any patient believes that when they have a complication,
2   it's severe, regardless of how minimal or how maximum it
3   is.  So it's hard to quantify "severity."
4    Q.  But you understand, some women have suffered
5   life-changing complications as a result of the Prolift
6   procedure; is that fair?
7        MR. WALKER:  Object to form.
8    A.  I'd have to look at that case specifically.
9   I'm sure there are women that have had problems with the
10  procedure.  But until I actually examined the -- you
11  know, the procedure or the patient's medical records and
12  saw exactly what happened and what took place, I can't
13  really say that, you know, I know for a fact that there
14  are people that have life-threatening complications
15  related to the Prolift.  I can't say that.
16   Q.  You haven't read medical literature
17  discussing women that had serious complications after a
18  Prolift procedure?
19   A.  I've read literature that have complications.
20  And, like I said, everybody considers a complication
21  serious.  But I've also seen those patients, and we've
22  managed those patients and they've done fine and they
23  don't have any long-lasting, life-threatening -- or
24  life-changing complications.  They go about their

9  (Pages 30 to 33)

Michael Karram, M.D.

## Page 34

1    business and they live a normal life.
2        Q.  Just so I'm clear --
3        A.  Yes.
4        Q.  -- it's your opinion that some women might
5    have a complication, but they don't have life-altering
6    complications?
7            MR. WALKER:  Object to form.
8        A.  How do you define "life-altering"?
9        Q.  Doctor, are there attendant risks with any
10   surgery?
11       A.  Absolutely.
12       Q.  And so, if you're subjecting a woman to
13   multiple repeat surgeries to repair a complication
14   related to Prolift, do you think that's important?
15       A.  I think that's important.  That's correct.
16       Q.  Do you think she would consider that serious?
17       A.  She considers the first complication serious.
18           MR. WALKER:  Object to the form of the
19   question.
20       Q.  And each time you're adding on another
21   procedure, that increases the risks associated with it;
22   isn't that fair?
23       A.  Not necessarily.  It depends on the procedure
24   you're doing and how good you perform the procedure.

## Page 35

1        Q.  There's not increased risk with each
2    subsequent pelvic surgery?
3        A.  Well, these aren't pelvic surgeries; they're
4    vaginal surgeries.
5        Q.  It's in the pelvis; right?
6            MR. WALKER:  Object to the form.
7        A.  It's outside the pelvis.  The pelvis is above
8    the pelvic floor.  This is below the pelvic floor.
9        Q.  So it's your opinion that additional
10   surgeries carry no increased risk?
11       A.  No, I didn't say that.  I think additional
12   surgery -- every time you do a surgery, there is more
13   risk.  Yes, I agree with that.
14       Q.  And as you go along that stratosphere of
15   increased surgeries, wouldn't you consider that a
16   serious complication?
17       A.  I would consider it a serious complication,
18   but it doesn't necessarily have to be life-altering.  I
19   think that the phrase, "life-altering," is kind of --
20       Q.  You just don't like the phrase,
21   "life-altering"?
22           MR. WALKER:  Object to form.
23       A.  I don't think it's appropriate.
24       Q.  Okay.  Is there a better medical term to

## Page 36

1    discuss women who have had to undergo repeated multiple
2    surgeries to treat complications related to Prolift,
3    that you would prefer to use in this deposition, Doctor?
4            MR. WALKER:  Object to the form.
5        A.  I would just like to say they've had multiple
6    procedures to deal with multiple complications.
7        Q.  Okay.
8        A.  Okay?
9        Q.  Doctor, we discussed some complications that
10   you feel were unique to mesh.  And I wanted to see,
11   would you agree that contraction of mesh is a unique
12   complication to mesh implants?
13           MR. WALKER:  Object to form.
14       A.  I don't agree that mesh contracts.
15       Q.  That wasn't exactly my question.  It might be
16   a bad question.
17           But --
18       A.  Okay.
19       Q.  -- absent mesh implant, can you have
20   contraction of mesh?  Obviously not; right?
21           MR. WALKER:  Object to form.
22       A.  If you say mesh contracts when it goes in the
23   bodies, and that's your opinion, and you don't put mesh
24   in the body, yes, it won't contract.

## Page 37

1            MR. BENTLEY:  I want to strike that as
2    nonresponsive.
3    BY MR. BENTLEY:
4        Q.  And we'll look at some literature.
5            So it's your opinion that mesh contraction
6    doesn't exist?
7        A.  It's my opinion that the body incorporates in
8    the mesh and the actual fibrosis of the incorporation
9    causes contraction.  But I don't --
10           MR. BENTLEY:  Appreciate that.  I'm going to
11   strike that as nonresponsive.
12           And, with all due respect, Doctor, we have
13   two hours.  And I'm going to ask just if you can
14   try to answer my question.  I might have had a bad
15   question.  That's fair.  If you'd like me to
16   rephrase it, that's fine.
17           THE WITNESS:  Okay.
18   BY MR. BENTLEY:
19       Q.  Is it your opinion that there's not mesh
20   contraction related to Prolift implants?
21       A.  What's your definition of "mesh contraction"?
22       Q.  Is it your opinion that the medical
23   literature does not refer to mesh contraction?
24       A.  The medical literature shows that there isn't

Michael Karram, M.D.

1  any mesh contraction.
2  Q.  And that's your opinion?
3  A.  That's in the medical literature.
4  Q.  Okay.  Is it your opinion that mesh does not
5  become bunched up once it's implanted?
6  MR. WALKER:  Object to form.
7  A.  That's correct.
8  Q.  And it's your opinion that the medical
9  literature does not reference and evidence mesh becoming
10  bunched up once it's implanted?
11  A.  Mesh can become bunched up, but it's at the
12  time of implantation, not later on.
13  Q.  Is it your opinion that mesh retraction
14  happens after implantation?
15  A.  What's your definition of "mesh retraction"?
16  Q.  Is it your opinion, Doctor, that the medical
17  literature does not document mesh retraction related to
18  Prolift implants?
19  A.  How are you defining "retraction"?
20  Q.  If you'd just please answer my question,
21  Doctor.
22  A.  I don't have an answer to that, because I
23  don't know what you mean by "retraction."  Does it --
24  Q.  I'm not -- that's not my -- my turn, Doctor.

1  My question, specifically:  In your opinion,
2  does the medical literature reference mesh retraction
3  related to Prolift implants?
4  MR. WALKER:  Object to form.
5  Q.  Yes or no?
6  A.  In vivo, in vitro, in dogs, in rats?  What
7  literature are you referring to?
8  Q.  That's fair.
9  Doctor, does the medical literature studying
10  women who have undergone Prolift implants in vivo --
11  A.  Um-hmm.
12  Q.  -- does it reference mesh retraction?
13  A.  I think there are articles that will
14  reference that, yes.
15  Q.  But you disagree that that is an occurrence?
16  A.  I disagree.
17  Q.  Okay.  Have you ever treated a woman who's
18  suffered from mesh retraction?
19  A.  I can't answer that question.
20  Q.  Fine.  Have you ever treated a woman who
21  suffered mesh contraction?
22  A.  Again, I can't answer that question.
23  MR. WALKER:  Object to form.
24  Q.  Have you ever treated a woman who suffered

1  from bunched mesh?
2  MR. WALKER:  Object to form.
3  A.  Yes.
4  Q.  And what happens when the mesh becomes
5  bunched, after a Prolift procedure?
6  A.  It rolls in on itself because it probably
7  wasn't placed correctly.
8  Q.  Okay.  And that can lead to pain?
9  A.  That can lead to pain, yes.
10  Q.  And that can lead to removal of the mesh?
11  A.  Yes.
12  Q.  Which can be an invasive procedure?
13  A.  Correct.
14  Q.  And lead to --
15  A.  And, well, sometimes.
16  Q.  Okay.
17  A.  And sometimes it can be noninvasive, if you
18  consider using nonsurgical methods, which can help, or
19  noninvasive medicine -- or techniques, where you use --
20  remove it in the office.
21  I don't know if you would consider that
22  invasive.  I don't.
23  Q.  All right.  Sometimes bunched mesh can lead
24  to multiple removal surgeries; isn't that true?

1  A.  That's correct.
2  Q.  And sometimes, even after those multiple
3  surgeries, a woman still suffers from pain; isn't that
4  correct?
5  A.  There are some, yes.
6  Q.  Doctor, do you keep a case log of all the
7  patients you've perform surgery on?
8  A.  In my entire career?  No.
9  Q.  Doctor, do you have an understanding, today,
10  as to why the Prolift is no longer available?
11  A.  It would just be some -- a hypothetic, my
12  thought.  I don't know.  I don't know why, other than I
13  think the companies didn't want to deal with the legal
14  issues.  I think.  I don't know.  That's just my
15  opinion.  I don't know.
16  Q.  And on your reliance list, there's a number
17  of internal Ethicon documents, close to 500; right?
18  A.  Yes.
19  Q.  And in any of those documents, it didn't
20  discuss why the Prolift is no longer available?
21  A.  None that I saw.
22  Q.  Did any of those documents discuss a 522
23  order?
24  A.  I think so, yes.

11 (Pages 38 to 41)

Michael Karram, M.D.

Page 42

1    Q.   Okay.  Do you have an understanding as to
2  what a 522 order is?
3    A.   Yes.
4    Q.   Could you describe that, please?
5    A.   It's a more extensive trial to get a product
6  approved by the FDA.
7    Q.   And you've previously testified you're not a
8  regulatory expert; right?
9    A.   That is not -- that's correct, I'm not a
10  regulatory expert.
11    Q.   And that's true today; right?
12    A.   That's true, today, absolutely.
13    Q.   Doctor, in reaching your opinions today, is
14  the FDA's analysis of the studies regarding the safety
15  and the efficacy of the Prolift device -- are those --
16  is that analysis of those studies important to you?
17    A.   It is.
18    Q.   Do you think the FDA has scientists and
19  epidemiologists that are highly qualified to look at
20  that type of data?
21    A.   I'm sure they do.
22    Q.   And if the FDA reviewed the literature and
23  came to a conclusion that the safety and effectiveness
24  of Prolift had not been reached through that literature,

Page 43

1  would that be important to you?
2    MR. WALKER:  Object to form.
3    A.   It would.
4    Q.   Would you agree that the FDA's viewpoints as
5  to whether there's a need for more rigorous studies
6  regarding the safety and efficacy of Prolift -- is that
7  important?
8    MR. WALKER:  Object to the form.
9    A.   It is.
10    Q.   Did you take any of the FDA's analysis of the
11  medical literature regarding Prolift into account, when
12  you were forming your opinions here?
13    A.   I took the FDA notices into account, yes.
14    Q.   And you're talking about the public health
15  notices?
16    A.   That's correct.
17    Q.   Okay.  So if the FDA had requested Ethicon to
18  perform additional, more rigorous studies regarding the
19  Prolift procedure because the FDA concluded that the
20  current literature was insufficient to establish the
21  safety and efficacy, that would have been important to
22  your opinions here?
23    MR. WALKER:  Object to form.
24    A.   I think that would be important.  But it's

Page 44

1  not important to my opinions.
2    Q.   I don't understand.
3    It would be important to your opinions here
4  or --
5    A.   But -- yeah.  But it doesn't change my
6  opinion of the procedure, the device, and the
7  indications, and the use of it.
8    Q.   It might impact your opinions regarding the
9  medical literature, but it wouldn't impact your opinions
10  regarding your personal experience; is that fair?
11    A.   Yeah, that's fair.
12    Q.   Would you like to see that analysis, if it
13  existed?
14    A.   An FDA analysis of Prolift?
15    Q.   I'm sorry.  That was a bad question.
16    A.   Okay.
17    Q.   That's fair.
18    If the FDA did undertake an analysis of the
19  medical literature, regarding the safety and efficacy of
20  Prolift, and concluded that it was insufficient, would
21  you have liked to have seen that analysis --
22    MR. WALKER:  Object to form.
23    Q.   -- in preparing your report here?
24    A.   If that analysis existed, yes.

Page 45

1    Q.   Because it might inform your opinions
2  regarding the medical literature here; right?
3    MR. WALKER:  Object to form.
4    A.   Possibly.
5    Q.   Okay.  So, Doctor, is it your testimony,
6  today, that you don't know whether or not the FDA did
7  request Ethicon to perform additional studies on the
8  Prolift procedure?
9    A.   I'm not -- yeah, you're right, I don't know
10  that.
11    Q.   Okay.  And you don't know if Ethicon chose to
12  withdraw the Prolift from the market instead of doing
13  those studies?  You don't know that; right?
14    A.   I don't know that.
15    MR. WALKER:  Object to form.
16    Q.   If Ethicon did withdraw the Prolift instead
17  of doing the 522 studies, would you like to know that?
18    MR. WALKER:  Object to form.
19    A.   It would be hard, unless you understood the
20  context of what it was all about.  I mean, you know, to
21  do more studies is very expensive, and to get randomized
22  control trials and to recruit patients.  So it might not
23  just be because they don't want to do it because they
24  feel that the product isn't good; it might be that just

12 (Pages 42 to 45)

Michael Karram, M.D.

Page 46

1    from a financial and economic standpoint, they can't do
2    it. So...
3        Q.  But you don't know, because you haven't
4    reviewed --
5        A.  I don't know.
6        Q.  -- those documents?
7        A.  Yeah, I don't know.
8        Q.  So would you have liked to be able to review
9    those documents demonstrating the process and the
10   discussions, to see the full context of why the Prolift
11   was pulled from the market?
12       MR. WALKER:  Object to form.
13       A.  I don't think it really matters.  I mean,
14   they have to make a decision as a company.  Other
15   companies made a decision to move forward with their
16   mesh products and to go ahead and do the randomized
17   control trials.  And companies are doing that.
18       So, you know, to me, it's a company decision;
19   it's not -- it really doesn't have any relevance or --
20   on my decisions or my opinions.
21       Q.  Do you know if -- I probably know the answer.
22       But do you know if Ethicon tried to convince
23   the FDA to accept studies that already existed, rather
24   than doing new studies, as requested by the FDA?

Page 47

1        MR. WALKER:  Object to form.
2        A.  I don't know if that happened.  But I know
3    that's pretty standard in the industry.  When the FDA
4    asks for more information, then companies go back and
5    say, well, we have more information, look at these
6    studies, review this, and things like that.  So -- but
7    I'm not --
8        Q.  I'm sorry.
9        A.  Yeah, go ahead.
10       Q.  And you testified that other companies, in
11   fact, did do more studies; isn't that fair?
12       A.  Well, actually, AMS started to, and then they
13   pulled out.
14       Q.  Okay.
15       A.  So they do not have their 522 on Elevate
16   anymore, it's gone; and they don't have their capture
17   study, it's gone.
18       Q.  Doctor, you don't hold yourself out as an
19   expert in epidemiology, do you?
20       A.  For sure not.
21       Q.  When you cited data in your report from the
22   medical literature, was it important to you to approach
23   the issues in an objective fashion?
24       A.  It was.

Page 48

1        Q.  Okay.  And was it important for you to
2    approach the issues in a fair and balanced way, to give
3    a full picture of the important data?
4        MR. WALKER:  Object to form.
5        A.  I tried, yes.
6        Q.  Because that's important to you, as being an
7    objective expert; right?
8        A.  That's correct.
9        Q.  And would you agree that it was your
10   obligation to give both sides of the story, to the
11   extent both sides of the story were presented in an
12   article?
13       MR. WALKER:  Object to form.
14       A.  Correct.
15       Q.  You wouldn't want to cherry-pick only
16   favorable evidence from an article or ignore data that's
17   contrary to your opinion?
18       A.  No, definitely not.
19       Q.  Because that wouldn't be objective; right?
20       A.  Correct.
21       Q.  Doctor, in forming your opinions regarding
22   the Prolift device, did you rely on TVT data to form any
23   of your opinions regarding the safety and efficacy of
24   Prolift?

Page 49

1        A.  Only in the sense of cytotoxicity,
2    carcinogenesis, and some of the other products that are
3    mesh products that plaintiffs are saying cause problems.
4        Q.  So you're only relying upon TVT literature
5    regarding cytotoxicity and carcinogenesis?
6        A.  I'll tell you -- no.  I'll tell you exactly
7    what I'm relying on.
8        It would be degradation and particle loss.
9    It would be pore size and weight; malignant potential of
10   mesh; biocompatibility of mesh.  And that's it.
11       Q.  Cytotoxicity, carcinogenesis, degradation,
12   pore size and weight.  And what was the last --
13       A.  Biocompatibility of mesh.
14       Q.  Okay.  Doctor, you previously testified that
15   the TVT Prolene mesh is a different weave as compared to
16   the Gynecare Gynemesh PS; isn't that correct?
17       A.  It's a heavier mesh, yes.
18       Q.  Because it has a different weave; isn't that
19   correct?
20       A.  Um-hmm.
21       Q.  Which, necessarily, involves a different
22   amount of polypropylene filament that's woven together;
23   right?
24       A.  I'm not an expert, but I think so, yes.

13 (Pages 46 to 49)

Michael Karram, M.D.

Page 50

1    Q.  Okay.  And that means it's going to have a
2  different pore construction or geometry; wouldn't you
3  agree with that?
4    A.  It may change it, yes.
5    Q.  If it has a different weave, obviously it's
6  going to be a different --
7    A.  Correct.
8    Q.  -- design; right?
9    A.  Correct.
10    Q.  And so it's going to -- as you said, it has a
11  different weight; right?
12    A.  Yes.
13    Q.  Okay.  So do you still think it's reliable to
14  rely upon the TVT literature regarding pore size and
15  weight, when you're looking at the safety and efficacy
16  of the Prolift device?
17    A.  I think so.
18    Q.  Can you explain why you think a different
19  mesh with a different weave is relevant to the Prolene
20  mesh with a different weave, regarding pore size and
21  weight?
22    A.  Well, because the pore size is macroporous
23  and it's monofilament and it's a Type 1.  And so, even
24  though it's a little heavier, it reacts the same.

Page 51

1  Knitted mesh has a high porosity and -- just as I state
2  here.  So...
3    Q.  So, to you, any knitted mesh made of
4  polypropylene --
5    A.  Not necessarily.  In these two it does.
6    Q.  Okay.  And what analysis did you undertake to
7  come to that conclusion, that the TVT literature
8  regarding pore size and weight is relevant to the
9  Prolene mesh -- I'm sorry, to the Prolene Soft mesh used
10  in the Prolift device?
11    A.  The Prolift studies that ratify the mesh
12  properties.
13    Q.  Can you identify what Prolift studies
14  indicate that the TVT literature is relevant for these
15  biomechanical --
16    A.  Well, I don't think --
17    Q.  -- properties?
18    A.  -- it's the TVT literature.  It's the mesh
19  used in synthetic slings.
20    Q.  Okay.  And can you identify any studies, as
21  you sit here today, that indicate the biomechanical
22  properties of the TVT mesh is related to the Prolene
23  Soft mesh, regarding the safety and efficacy?
24    A.  I can't quote any now, no.

Page 52

1    Q.  Okay.  Do you know whether Ethicon internally
2  thought the TVT data and studies should not be
3  considered, regarding Prolift?
4      MR. WALKER:  Object to form.
5    A.  I do not.
6    Q.  Would you defer to Ethicon's viewpoint,
7  regarding the construction of the mesh and what evidence
8  is relevant?
9      MR. WALKER:  Object to form.
10    A.  I would.
11    Q.  If there were some analysis or documents that
12  existed discussing those very issues, would you have
13  liked to have seen those?
14    A.  Yes.
15    Q.  Because that could impact your opinions in
16  your report; isn't that fair?
17    A.  Possibly, yes.
18    Q.  Okay.  Do you know whether the FDA thought
19  that TVT data and studies should not be considered
20  regarding the Prolift?
21      MR. WALKER:  Object to form.
22    A.  No, I don't.
23    Q.  Again, would you defer to the FDA's viewpoint
24  on such matters?

Page 53

1    A.  I would.
2    Q.  And we discussed that the Prolift is no
3  longer available, but the TVT products are available on
4  the market still; right?
5    A.  That's correct.
6    Q.  Okay.  And the TVT products use a different
7  weave, which is Prolene; correct?
8    A.  Correct.
9    Q.  Okay.  Doctor, can you explain any of the
10  biomechanical differences between the Prolene mesh used
11  in the TVT and the Prolene Soft Gynemesh that's used in
12  the Prolift?
13    A.  I really can't.  I'm not a biomechanical --
14    Q.  You would defer --
15    A.  -- engineer.
16    Q.  -- to a biomechanical expert?
17    A.  Engineer, right.
18    Q.  And, likewise, you don't know the clinical
19  impacts of those biomechanical differences, do you?
20    A.  Only in comparison to patients that I've
21  treated with both of them.
22    Q.  Can you identify any evidence discussing or
23  evaluating the clinical impacts of the biomechanical
24  differences between the TVT products and the Prolift

14  (Pages 50 to 53)

Michael Karram, M.D.

Page 54

1  Gynemesh Prolene Soft?
2      A.  I can't, no.
3      Q.  Would you agree that the TVT implant uses a
4  much smaller piece of mesh, as compared to the Prolift
5  mesh?
6      A.  Yes.
7      Q.  Doctor, did you review any of the clinical
8  data regarding the Prolift product in those Ethicon
9  internal documents that are on your reliance list?
10     A.  Any clinical data?
11     Q.  You have a number of articles listed in your
12  literature section; correct?
13     A.  Right.
14     Q.  Okay.
15     A.  Right.
16     Q.  And then, aside from that data, is there --
17  do you have any understanding that you reviewed any of
18  the clinical data, aside from the publicly available
19  stuff, that was provided to you from the internal
20  Ethicon documents?
21     A.  No.
22     Q.  Would you have liked to review any of the
23  internal French TVM data, in reaching your opinions
24  here?

Page 55

1      A.  I've seen some of the TVM French material.
2  So I've reviewed some of that.
3      Q.  In the internal Ethicon documents or in the
4  published literature?
5      A.  In the published literature.
6      Q.  Would you have liked to have seen the
7  internal documents Ethicon has regarding those studies?
8      A.  I think the published literature's in
9  peer-reviewed journals, and it really doesn't matter.
10     Q.  But you don't know what's in those other
11  documents, do you?
12     A.  I do not.
13     Q.  How did you decide which studies to cite in
14  your report, Doctor?
15     A.  Oh, I tried to do a search of all the mesh
16  products that were out there, and specifically in
17  relationship to Prolift, and reviewed them all as best I
18  could.
19     Q.  Let me make sure I understand.
20     A.  Yeah.
21     Q.  So you have a number of scientific articles
22  listed on your reliance list?
23     A.  That's correct.
24     Q.  Okay.  But not all those articles are

Page 56

1  discussed in your report; right?
2      A.  Correct.
3      Q.  Okay.  And I'm not sure that would be even
4  feasible, honestly.
5          But how did you decide which articles to
6  discuss in your report?
7      A.  I guess I looked at the most scientific,
8  which would be the meta-analyses, the randomized control
9  trials, the trials that had large patient numbers, the
10  trials that were maybe done at one center or where you
11  could rely on the fact that the procedures are
12  reproducible.  But, yeah.  But it is mainly the more
13  scientific ones, the meta-analyses and the randomized
14  control trials.
15     Q.  So you tried to focus your review on Level 1
16  evidence, which is meta-analyses or systematic reviews?
17     A.  There you go.
18     Q.  Okay.  And RTCs; is that fair?
19     A.  Correct.
20     Q.  Okay.  And those are the studies you tried to
21  discuss in your report, because you felt those were more
22  informative on the issue as to the safety and efficacy
23  of the Prolift device --
24     A.  I think they --

Page 57

1      Q.  -- is that fair?
2      A.  -- carry a higher weight, yes.
3      Q.  And you didn't deliberately decide not to
4  cite studies in your report that were unfavorable to
5  Prolift; right?
6      A.  No.
7          MR. WALKER:  We've been going almost an hour.
8  Do you need a break?
9          (Brief recess taken.)
10  BY MR. BENTLEY:
11     Q.  Doctor, we're back from a short break.  Are
12  you ready to go?
13     A.  I am.
14     Q.  Okay.  Doctor, if you could please turn your
15  attention to your report, which I believe we marked as
16  Exhibit 1.
17     A.  Um-hmm.
18     Q.  On page 21, you have a section that begins,
19  "Adequacy of Company IFU and Patient Brochures."
20     A.  That's correct.
21     Q.  Do you see that?
22     A.  Yes.
23     Q.  Okay.  And in this section, you discuss
24  adequacy of the warnings; is that correct?

15 (Pages 54 to 57)

Michael Karram, M.D.

Page 58

1    A.  That's correct.
2    Q.  It's your opinion, that you intend to offer
3  to the jury, that Ethicon adequately warned doctors
4  regarding the complications of the Prolift device; is
5  that correct?
6    A.  Yes.
7    Q.  Okay.  And you explain, on page 22, that one
8  of the bases for your opinions is that although you're
9  not a regulatory expert, you've reviewed 21 CFR 801.
10    Do you see that?
11    A.  Yes.
12    Q.  Okay.  And how did you come to review 21 CFR
13  801, Section 109?
14    A.  I was looking for a -- some kind of a
15  document to support the fact that any pelvic floor
16  surgeon that has experience in pelvic floor surgery,
17  whether it's mesh or non-mesh, and he start -- he or she
18  starts to use any kind of products, does the company
19  have the responsibility to let them know of every
20  possible complication, even if they don't know the
21  complications exist or that these are well-known
22  complications.  And this is how I got to that document.
23    Q.  Okay.  And your reliance list actually
24  reflects that you looked at that subsection, 109; right?

Page 59

1    A.  Yes.
2    (Exhibit 3 marked for identification.)
3  BY MR. BENTLEY:
4    Q.  Okay.  I've just handed you what's been
5  marked as Exhibit 3.  And this is actually the entire --
6    A.  Yes.
7    Q.  -- CFR of that section.
8    A.  Okay.
9    Q.  And so you're testifying, today, that you
10  reviewed this entire CFR, not being a regulatory expert,
11  and honed in on, this is the applicable regulatory
12  requirement for labeling; is that --
13    A.  I did not read the whole thing.
14    Q.  Okay, thank you.
15    MR. WALKER:  Does that save you some time?
16    Q.  Doctor, you've testified that you do not
17  believe that that polypropylene and Prolene Soft mesh
18  degrades over time; is that correct?
19    A.  That's correct.
20    Q.  Okay.  And if you could turn your attention
21  to page 27 in your report --
22    A.  Right.
23    Q.  -- to the section called -- entitled
24  "Degradation and Particle Loss."

Page 60

1    And you begin, "There is no clinical
2  significance to claims of alleged particle loss and mesh
3  degradation over time."
4    So my question is, is there no degradation,
5  or there's no clinical significance to the degradation
6  that occurs?
7    A.  It says there's no clinical significance.
8    Q.  Okay.  So degradation does occur, but you
9  believe there's no clinical significance to it?
10    A.  All the literature that I saw and I know --
11  and AUGS and SUFU have looked at this, and they feel
12  that there's no clinical significance.  I don't know if
13  there's any real degradation, but I do know there's no
14  clinical significance -- or my opinion is, no clinical
15  significance.
16    (Exhibit 4 marked for identification.)
17  BY MR. BENTLEY:
18    Q.  Okay.  I'm going to hand you what's being
19  marked as Exhibit 4.  And this is an article from Arnaud
20  Clavé, entitled "Polypropylene as a reinforcement in
21  pelvic surgery is not inert: comparative analysis of 100
22  explants."
23    Do you see that?
24    A.  Yes.

Page 61

1    Q.  Okay.  And are you familiar with this
2  article?
3    A.  I think I've looked at it sometime in the
4  past, yes.
5    Q.  Okay.  I'll represent to you that it's, in
6  fact, on your reliance list.
7    A.  Yes.
8    Q.  And, just briefly, if you'll turn your
9  attention to page 265, in the top right.
10    A.  Okay.
11    Q.  You can see, there are pictures in two
12  columns; and, on the left, it says "Intact," and on the
13  right, it says "Degraded"?
14    A.  Okay.
15    Q.  Do you see that?
16    A.  I do.
17    Q.  Okay.  And it appears those are zoomed-in
18  photos, using scientific equipment to evaluate whether
19  or not there's degradation, and they've listed those
20  photos as "Degraded."
21    Do you see that?
22    A.  I see that.
23    Q.  Okay.  And if you'll turn back to the front
24  page of this article.  You'll see the second sentence --

Michael Karram, M.D.

Page 62

1    or we'll read the conclusions.
2         It says, "This is the first study to evaluate
3    synthetic implants using a vaginal approach for pelvic
4    floor reinforcement. This study provides evidence
5    contrary to published literature characterizing
6    polypropylene (PP) as inert in such applications."
7         Did I read that correct?
8    A. Yes.
9    Q. Okay. So these authors in this article,
10   Arnaud Clavé, that's on your reliance list, conclude
11   that there's actually evidence of degradation; is that
12   fair?
13        MR. WALKER: Object to form.
14   A. It says that they show, on these photos,
15   degradation in patients who have had explanted
16   polypropylene due to complications of the polypropylene,
17   yes.
18   Q. Okay. And Prolift is made from a Prolene
19   mesh, right; it uses a polypropylene?
20   A. Yes.
21   Q. And so what they're discussing is directly on
22   point to the question here of whether or not degradation
23   exists regarding polypropylene implants; is that
24   correct?

Page 63

1         MR. WALKER: Object to form.
2    A. Not necessarily, because they didn't explant
3    anybody who was not having a complication.
4    Q. Okay. So is it your opinion that
5    complications are more likely to have degradation?
6    A. Possibly. But, again, I'm not a
7    biomechanical whatever.
8    Q. Okay.
9    A. But --
10   Q. And if, in fact, the complications were tied
11   to degradation, then there would be clinical
12   significance; is that true?
13   A. Or, vice versa, the complication caused the
14   degradation.
15   Q. Okay. So does this article impact your
16   opinion that there's no clinical significance of
17   degradation?
18   A. No.
19   Q. Based on the evidence in this article, would
20   you agree that there is evidence of degradation in
21   polypropylene implants?
22   A. This article suggests that, yes.
23   Q. Okay. And you don't have any reason to
24   discount or critique this article, as you sit here

Page 64

1    today?
2    A. No, other than understand that it's from
3    explanted complicated patients, yes -- no.
4    Q. And, in your report, you don't provide any
5    reason or description of why you discounted this
6    evidence; is that correct?
7    A. Because it was explanted complicated
8    patients. That's why.
9         MR. BENTLEY: I'm going to move to strike as
10   nonresponsive.
11   BY MR. BENTLEY:
12   Q. Doctor, in your report, do you provide any
13   analysis or criticism of this article?
14   A. Yes.
15   Q. In your report, what page do you cite --
16   A. Oh. I don't -- no, I don't. In my opinion,
17   I do.
18   Q. Okay. So let me just --
19   A. Okay.
20   Q. -- rephrase it.
21   A. Okay.
22   Q. In your report, you don't disclose any
23   critique or analysis of why this article --
24   A. No.

Page 65

1    Q. -- demonstrating degradation --
2    A. Sorry.
3    Q. -- is not accurate?
4    A. No, I don't.
5         (Exhibit 5 marked for identification.)
6    BY MR. BENTLEY:
7    Q. Doctor, I'm going to hand you what's being
8    marked as Exhibit 5. This is an article by Vladimir
9    Iakovlev, entitled "Degradation of polypropylene in
10   vivo: A microscopic analysis of meshes explanted from
11   patients."
12        Do you see that?
13   A. I do.
14   Q. Are you familiar with this article?
15   A. Again, I think I've seen this. And it's
16   probably on my reliance list, yes.
17   Q. And I'll represent to you that there's a
18   number of articles on your reliance list from Iakovlev.
19   A. Yes.
20   Q. Okay. And, just briefly, if I could turn
21   your attention to page 10.
22   A. Okay.
23   Q. There's a section entitled "Clinical
24   significance of polypropylene degradation."

17 (Pages 62 to 65)

Michael Karram, M.D.

Page 66

1     Do you see that?
2     A. I do.
3     Q. Okay. And the authors in this article
4  discuss a number of clinically significant events, such
5  as, this second full paragraph, they start, "The
6  clinical descriptions provided with the specimens
7  indicated that in many cases mesh-related complications
8  developed several years after mesh implantation."
9     Did I read that correct?
10    A. You did.
11    Q. And that's similar to what we've discussed
12  earlier, that these complications can, in fact, occur
13  many years after the implant; is that correct?
14    A. That's correct.
15    Q. Okay. Further down, they state, "As we
16  showed, the degraded layer becomes thicker over time
17  while its cracking indicated brittleness and loss of
18  flexibility."
19    Did I read that correct?
20    A. Yes.
21    Q. Okay. In the last sentence in that
22  paragraph, the authors state, "Degradation-related
23  stiffening of the mesh is expected to increase over
24  time."

Page 67

1     Did I read that correctly?
2     A. You did.
3     Q. And if the mesh became stiffer over time,
4  that could have a clinical impact for the patient; isn't
5  that correct?
6     MR. WALKER: Object to form.
7     A. Possibly, yes.
8     Q. Okay. And the next paragraph begins,
9  "Another clinically important aspect of degradation is
10  the potential for bacterial colonization of the fissures
11  within the degraded material."
12    Did I read that correctly?
13    A. Yes.
14    Q. And, of course, that's another clinically --
15  a potential clinical impact from the degradation; is
16  that correct?
17    A. Or from the reason the complication occurred,
18  yes.
19    Q. Right. Which would be a clinically
20  significant result; right?
21    A. Again, you're saying that the degradation
22  occurred, caused the complication. And I'm saying,
23  since this was a mesh that was explanted from somebody
24  who had a complication, there might have been something

Page 68

1  that caused the complication, for the mesh to degrade.
2     Q. Could you give me examples, so I understand,
3  of what complication it -- would happen to cause
4  degradation?
5     A. If you have an exposed mesh and you get a
6  severe infection and the infection is of a certain
7  bacterial type, it could cause a problem with the mesh.
8     Q. Gotcha. And then, lastly, the next
9  paragraph, second sentence, "The debris from prosthetic
10  joints is well-known to cause tissue necrosis,
11  inflammation and fibrosis around the joints. For
12  polypropylene meshes, we observed occasional particles
13  of degraded polypropylene in the surrounding tissue and
14  macrophages."
15    A. Where are you again? I'm sorry.
16    A. We're on the same page, on 10.
17    A. On 10. Same page. Right. Okay.
18    Q. We're looking at the --
19    A. 9, 10. Okay, got it --
20    Q. -- one, two, three -- fourth --
21    A. Yep.
22    Q. -- full paragraph --
23    A. Yeah.
24    Q. -- discussing the third clinical impact --

Page 69

1     A. Yes.
2     Q. -- potential impact of degradation --
3     A. I got it, um-hmm.
4     Q. -- second sentence. They're discussing the
5  debris from the prosthetic joints is well known to cause
6  tissue necrosis, inflammation and fibrosis around the
7  joints.
8     That's talking about hip implants, I think.
9  Is that fair?
10    A. I think, yes.
11    Q. Okay. But the next sentence, they state,
12  "For polypropylene meshes, we observed occasional
13  particles of degraded polypropylene in surrounding
14  tissue and macrophages."
15    Did I read that correctly?
16    A. You did.
17    Q. Okay. So if the mesh is degrading and
18  floating around, that -- these authors say that could be
19  a clinical impact; is that correct?
20    MR. WALKER: Object to form.
21    A. They're not saying that. They're saying it
22  was a clinical impact in joints. They observed
23  occasional particles, but they don't really say there's
24  a clinical impact.

18  (Pages 66 to 69)

Michael Karram, M.D.

Page 70

1       Q.  Right.  But it's under their section entitled
2   "Clinical significance of polypropylene degradation" --
3       A.  I don't think you can assume that.
4       Q.  I'm sorry.  What's the section header title
5   for that section --
6       A.  "Clinical significance of polypropylene
7   degradation."  But they're talking about joints.
8           MR. BENTLEY:  Move to strike from what
9       they're talking about.
10  BY MR. BENTLEY:
11      Q.  Doctor, if you could please turn to page 5 of
12  your report, which is marked as Exhibit 1.
13      A.  Okay.
14      Q.  You're discussing your opinions and the bases
15  for your opinions.  And you say that one of the bases is
16  from meetings and literature put out by AUGS and ACOG;
17  is that correct?
18      A.  That's correct.
19      Q.  Okay.  And I think, in your last deposition
20  regarding the TVT-O, you actually, in fact, discuss one
21  of those position statements from these organizations;
22  isn't that correct?
23      A.  That's correct.
24      Q.  Okay.  And you're familiar with the ACOG and

Page 71

1   AUGS Position Statement No. 513, published in December
2   of 2011, aren't you?
3       A.  If you can show it to me and let me read it.
4       Q.  I'll represent to you that this is on your
5   reliance list.
6       A.  I'm sure it is.
7           (Exhibit 6 marked for identification.)
8   BY MR. BENTLEY:
9       Q.  We're marking this as Exhibit 6.
10      A.  Yes.
11      Q.  Okay.  And you're familiar with this article;
12  isn't that correct?
13      A.  I am.
14      Q.  In the abstract, ACOG and AUGS state, in
15  their second sentence, "Based on the currently available
16  limited data, although many patients undergoing mesh
17  augmented vaginal repairs heal well without problems,
18  there seems to be a small but significant group of
19  patients who experience permanent and life-altering
20  sequelae, including pain and dyspareunia, from the use
21  of vaginal mesh."
22          Did I read that correctly?
23      A.  You did.
24      Q.  Okay.  So it seems like these organizations,

Page 72

1   ACOG and AUGS, are talking about life-altering sequelae;
2   isn't that correct?
3       A.  That's correct.
4       Q.  Okay.  So the evidence does reflect there are
5   life-altering complications from these devices; correct?
6           MR. WALKER:  Object to form.
7       A.  In their opinion, if they -- whatever they
8   define as life-altering.  But, yes, that is correct.
9       Q.  Okay.  And is one of your opinions for why
10  you believe that Ethicon adequately warned of the
11  complications associated with Prolift, because you feel
12  that doctors already know all these complications?
13          MR. WALKER:  Object to form.
14      A.  I feel that surgeons that are performing
15  pelvic organ prolapse surgery are aware of all these
16  complications, yes.
17      Q.  You would hope that they are; isn't that
18  correct?
19      A.  No, I would think they would be.
20      Q.  Okay.  If you could look at the first
21  paragraph --
22      A.  Um-hmm.
23      Q.  -- third sentence, the ACOG and AUGS note
24  that "Surgeons who perform those procedures may have

Page 73

1   questions related to the FDA's notification."
2           Isn't that correct?
3       A.  Correct.
4       Q.  And that notification was in response to the
5   complications of these devices; isn't that correct?
6       A.  It was.
7       Q.  And these organizations that you rely upon
8   are stating that maybe doctors might need some more
9   information; is that fair?
10      A.  Yes.
11      Q.  Okay.  And this is like we discussed.  You're
12  well-positioned to be well-versed in the literature;
13  right?
14      A.  Um-hmm.
15      Q.  And some doctors might --
16      A.  I hope.
17      Q.  -- might not be as well-versed in the
18  literature; right?
19          MR. WALKER:  Object to form.
20      A.  Possibly, yes.
21      Q.  And that's what these organizations right
22  here are noting, is that some doctors would like some
23  more information; right?
24          MR. WALKER:  Object to form.

19 (Pages 70 to 73)

Michael Karram, M.D.

Page 74

1    A.  Right.
2    Q.  If you could turn to page 2.  You can see,
3  under the section titled "What outcome data exists for
4  vaginal placement of synthetic mesh for pelvic organ
5  prolapse," the second paragraph, the last sentence, they
6  say, "Although the risk of mesh erosion varied, it was a
7  risk that did not exist for native tissue repairs."
8         You would agree with that; right?
9    A.  No, I would not --
10    Q.  You think --
11    A.  -- agree with that.
12    Q.  -- the risk of mesh erosion existed for
13  native tissue repair?
14    A.  I would say, risk of synthetic material
15  during native tissue repair can occur.
16    Q.  Just to be clear, you're saying that the risk
17  of mesh erosion exists with native tissue repair?
18    A.  In some native tissue repairs, yes.
19    Q.  So you dis --
20    A.  Not mesh, but synthetic material.
21    Q.  I don't understand.  I'm sorry.
22    A.  Okay.
23    Q.  Let me rephrase.
24    A.  Okay.

Page 75

1    Q.  So the last sentence of this section states,
2  "Although the risk of mesh erosion varied, it was a risk
3  that did not exist for native tissue repairs."
4         My question for you, Doctor:  Do you agree
5  with AUGS' and ACOG's statement right there?
6    A.  Well, if you don't use mesh, then there's no
7  risk for mesh -- whatever you're talking about -- for
8  mesh erosion.
9    Q.  So you agree with their statement?
10    A.  Yes.
11    Q.  Okay.
12    A.  Yes.
13    Q.  Thank you.
14         And in the next paragraph, the last sentence,
15  they state, "In this review, the rate of reoperation to
16  correct complications, as well as the total reoperation
17  rate, was highest for vaginal mesh kits compared with
18  vaginal native tissue and abdominal repairs, despite
19  shorter overall follow-up."
20         Did I read that correctly?
21    A.  Yes.
22    Q.  Okay.  And you would agree with that,
23  wouldn't you?
24    A.  You'd have to quantify that.

Page 76

1    Q.  Well, the quantity is, the rate of total
2  reoperation rate, they're saying, is higher for
3  mesh-based repairs --
4    A.  How do you quantify "reoperation," though?
5  That's the question.  If somebody has a small piece of
6  mesh removed from her vagina in the office, is that a
7  reoperation?  Right?
8    Q.  Right.  If they're doing --
9    A.  Or does she go to the OR?
10    Q.  I'm sorry.  So are you disagreeing or
11  agreeing with ACOG and AUGS' statement, as presented to
12  you?
13    A.  I know the study they're quoting.  It's the
14  Diwadkar study.  And, yes, if you look at all the
15  reasons why the mesh was removed, then, yes, there were
16  more reoperations, if you consider an office procedure a
17  reoperation.  Yes.
18    Q.  So you agree with this statement --
19    A.  Yes.
20    Q.  -- here?  Okay.  Thank you.
21    A.  Yes.
22    Q.  Doctor, if you could turn your attention to
23  page 3.
24    A.  Okay.

Page 77

1    Q.  On the left column, at the bottom of the
2  page, these committees are discussing that "Pelvic pain,
3  groin pain, and dyspareunia can occur with pelvic
4  reconstructive surgery regardless of the use or nonuse
5  of mesh."
6         And that's your position; right?
7    A.  That's correct.
8    Q.  Okay.  And they continue, though, "However, a
9  complication unique to mesh is erosion (also described
10  as exposure extrusion), which seems to be the most
11  common complication, and may sometimes present several
12  years after the index procedure."
13         You would agree with that; right?
14    A.  I do.
15    Q.  Okay.  And they continue there, "Increasing
16  reports of vaginal pain associated with changes that can
17  occur with mesh (contraction, retraction or shrinkage)
18  that result in taut sections of mesh."
19         Did I read that correctly?
20    A.  You did.
21    Q.  And that's what we were previously
22  discussing, that, in fact, mesh can contract; isn't that
23  correct?
24    A.  That's what they say, yes.

20  (Pages 74 to 77)

Michael Karram, M.D.

Page 78

1    Q.  And do you disagree with that?
2    A.  I do.
3    Q.  Okay.  And anywhere in your report, do you
4  discuss your disagreement with this position statement?
5    A.  With this position statement, itself?
6    Q.  Yes.
7    A.  No.  I just --
8    Q.  Anywhere in your report, do you discuss why
9  you think that the medical literature evidencing mesh
10  contraction, as referenced in ACOG and AUGS' statement
11  right here -- do you discuss, anywhere in your report,
12  that mesh contraction doesn't exist?
13    A.  Well, let's see.
14      MR. WALKER:  If I could point the doctor in
15    the right direction?
16      MR. BENTLEY:  Sure.
17      MR. WALKER:  Page 27.
18      THE WITNESS:  Okay.  Um-hmm.
19      MR. WALKER:  I think, in that first full
20    paragraph, Doctor.
21  BY MR. BENTLEY:
22    Q.  Doctor, counsel has directed your attention
23  to page --
24    A.  Yes.

Page 79

1    Q.  -- 27, the first --
2    A.  Right.
3    Q.  -- full paragraph.
4    A.  Right.
5    Q.  And my question was:  Anywhere in your
6  report, do you discuss your disagreement with the
7  existence of mesh contraction, as evidenced in this
8  position statement by AUGS and ACOG?
9    A.  This paragraph addresses that.  But I don't
10  specifically address this para -- this AUGS statement --
11    Q.  Can you please --
12    A.  -- this --
13    Q.  -- direct your attention to where you discuss
14  that mesh contraction doesn't exist?
15    A.  Okay.
16    Q.  Well, counsel can probably revisit that on
17  redirect.
18      As you sit here today, can you explain to me
19  why you disagree with ACOG's --
20    A.  Because I don't think the mesh contracts.  I
21  think the tissue around the mesh contracts.
22    Q.  Resulting in shrinkage?
23    A.  No.  Shrinkage would mean that the mesh
24  actually changes, goes from 6 centimeters to

Page 80

1  3 centimeters.  And it doesn't, it stays the same --
2    Q.  Okay.  If you can --
3    A.  -- by contracture --
4    Q.  -- draw your attention down to the next
5  paragraph.
6    A.  Okay.
7    Q.  You'll see, at the end of that paragraph,
8  "One ultrasound study evaluating women at three months
9  after anterior vaginal mesh placement" --
10    A.  Um-hmm.
11    Q.  -- "found severe contraction or shrinkage
12  defined as a decrease of more than 50 percent of the
13  size of the mesh in 9.3 percent of patients."
14      Would that count as shrinkage to you, a
15  reduction of 50 percent of the mesh?
16    A.  At three months, it would count as shrinkage.
17  But there are other studies that have followed them out
18  later, that did not show shrinkage.  And I would assume
19  this shrinkage was due to implantation technique.
20      MR. BENTLEY:  Move to strike after the
21    nonresponsive answer.
22  BY MR. BENTLEY:
23    Q.  In the next paragraph, they continue, "Based
24  on the currently available limited data, although many

Page 81

1  patients who undergo mesh augmented vaginal repairs heal
2  well without problems, there seems to be a small but
3  significant group of patients who experience permanent
4  and life-altering sequelae, including pain and
5  dyspareunia, from the use of vaginal mesh."
6      Did I read that correctly?
7    A.  You did.
8    Q.  And again, this is another piece of medical
9  literature that you relied upon; correct?
10    A.  That's correct.
11    Q.  That's evidencing life-altering problems with
12  these products; isn't that correct?
13      MR. WALKER:  Object to form.
14    A.  That's correct.
15    Q.  Okay.  You simply disagree with their
16  statement?
17    A.  I disagree.
18    Q.  Okay.  And in your report, you don't discuss
19  your disagreement with that statement from ACOG and
20  AUGS; correct?
21    A.  No.
22    Q.  Okay.  As you sit here today, can you explain
23  why you don't believe that there's life-altering
24  problems with these complications --

21  (Pages 78 to 81)

Michael Karram, M.D.

Page 82

1    A.  Because I --
2    Q.  -- as evidenced by this position statement?
3    A.  Because I've seen these patients and I've
4  seen them over and over and over again; and you can --
5  they can get treated; and there are many patients that
6  don't have life-altering.  So it depends on how you
7  define "life-altering."
8    Q.  Okay.  So just based on your personal
9  experience treating women, you haven't seen it, so
10  that's why you disagree with the medical literature?
11    A.  No.  Based on my education, training, and
12  experience, yes.
13    Q.  But the rest of your opinions in your report
14  are based upon the medical literature; correct?
15    A.  And my education, experience, and training.
16    Q.  Right.  But you can't, as you sit here today,
17  provide any reason as to why you disagree with medical
18  literature that you rely upon, other than your personal
19  experience, including your training and experience and
20  education?
21    A.  This isn't medical literature.  This is a
22  committee opinion.  It's not medical literature.
23  Medical literature is a meta-analysis, randomized
24  control trial, prospective cohort, retrospective cohort.

Page 83

1  The list goes on.  This is a committee opinion.
2    Q.  And in your last deposition, you actually
3  relied upon a committee opinion from these very
4  organizations; isn't that correct?
5    A.  I relied on a statement -- position
6  statement.  That's different than a committee opinion.
7    Q.  And this committee opinion's actually a
8  review of the medical literature; isn't that correct?
9    A.  In 2004.
10    Q.  Do you want to read the front page to correct
11  your date?
12    A.  It says since 2004.  Oh, I'm sorry, 2011.
13  Okay.  My --
14    Q.  Right.  And this is a review --
15    A.  My mistake.
16    Q.  -- of the medical literature --
17    A.  Correct.
18    Q.  -- about up to the point when Prolift was
19  withdrawn; isn't that correct?
20    A.  Well, let's see.
21    (Off-the-record comments between Mr. Bentley
22    and the court reporter.)
23  BY MR. BENTLEY:
24    Q.  Withdraw.

Page 84

1    Doctor, as you sit here today, can you please
2  explain why you're discounting the conclusions of ACOG
3  and AUGS, regarding the existence of evidence
4  demonstrating life-altering complications associated
5  with these products?
6    A.  Because, in looking at their references that
7  they looked at, there are many other references that
8  contradict what they're saying.
9    Q.  What references are you referring to that
10  state there's no existence of life-altering
11  complications related to these products?
12    A.  I don't know if there's a definition of
13  "life-altering."  So we can go back to that, but...
14    Q.  But this statement uses that terminology;
15  correct?
16    A.  This statement uses that terminology --
17    Q.  And you indicate --
18    A.  -- in their --
19    Q.  -- in your report that these statements and
20  these organizations are important to your opinions;
21  correct?
22    A.  They are.
23    Q.  Okay.  Doctor, is one of the reasons that you
24  feel that the risk-benefit profile for Prolift is

Page 85

1  beneficial is because you feel that native tissue
2  repairs weren't as efficacious as the Prolift?
3    A.  In some people's hands, yes.
4    Q.  And is that based upon some earlier evidence,
5  that native tissue repair wasn't as efficacious --
6    A.  Yes.
7    Q.  -- as hopeful?
8    And, in fact, you discuss that information in
9  your report; isn't that correct?
10    A.  I do.
11    Q.  Okay.  And are you aware that some scientists
12  went back and reevaluated that data and, in fact, found
13  native tissue repair was more efficacious than
14  previously thought?
15    MR. WALKER:  Object to form.
16    A.  That's not necessarily correct.  But, yes --
17    Q.  Are you aware that --
18    A.  -- they did -- I am aware that they went back
19  and looked at objective and subjective data --
20    Q.  And they found that native --
21    A.  -- and they quantified it.  It doesn't
22  necessarily mean that it's any better.  It just means
23  that if the patient had a native tissue repair and she
24  had a recurrence of her prolapse, but it didn't bother

22 (Pages 82 to 85)

Michael Karram, M.D.

Page 86

1    her, then they considered that a positive result and
2    that she didn't need a reoperation.  That's what that
3    study was about.
4         Q.  If you could please turn your attention to
5    page 4 of this committee opinion reviewing the medical
6    literature regarding --
7         A.  Okay.
8         Q.  -- this product.  You can see, on the top
9    left, it states, "A 2001 randomized trial of three
10   methods of anterior wall repair, including native
11   tissue, ultralateral anterior colporrhaphy, and
12   absorbable vaginal mesh, reported success rates (based
13   on anatomic success definitions) of only 30 to
14   46 percent"?
15        A.  Correct.
16        Q.  And they have a citation that says "Study
17   No. 22," which is the Weber --
18        A.  The Weber study.
19        Q.  -- study, 2001.
20        A.  That's correct.
21        Q.  And you actually cite to the Weber study in
22   your report --
23        A.  I do.
24        Q.  -- on page 10?

Page 87

1         A.  I do.
2         Q.  And then the authors of ACOG and AUGS go on
3    to continue that "These low success rates were
4    frequently cited as a reason why innovations such as
5    vaginal mesh were needed to decrease failure rates."
6         And we just discussed that; correct?
7         A.  Correct.
8         Q.  Okay.  And they continue, "The original data
9    from this study were recently reanalyzed using modern
10   outcome measures (a composite of anatomic outcomes and
11   subjective success), and the revised success rates for
12   the three arms of this RCT" -- randomized control trial
13   -- "were comparable, with 89 percent of women having no
14   objective prolapse beyond the hymen."
15        Did I read that correctly?
16        A.  You did.
17        Q.  And would you agree then an 89 percent
18   success rate is pretty good?
19        MR. WALKER:  Object to form.
20        A.  In the hands of one surgeon, yes.
21        Q.  Okay.  But the Weber study was using a
22   database that wasn't just one surgeon; isn't that
23   correct?
24        A.  It was -- no, it was a group of surgeons at

Page 88

1    the Cleveland Clinic, I think.  But --
2         Q.  Right.  Not just one surgeon; right?
3         A.  Well, but you can't -- you can't extrapolate
4    that to the general population.  Native tissue repairs
5    are all done differently.  If I do a native tissue
6    repair and you do a native tissue repair, if you're a
7    pelvic floor surgeon, we're going to do it differently.
8         Q.  Okay.
9         A.  Okay?  So there's no standardization of
10   native tissue repairs.
11        Q.  If you can draw your attention to the next
12   section, Doctor --
13        A.  Um-hmm.
14        Q.  -- entitled "Who are the best patients for
15   transvaginally placed mesh?"  Second sentence, "Pelvic
16   organ prolapse vaginal mesh repair should be reserved
17   for high-risk individuals in whom the benefit of mesh
18   placement may justify the risk, such as individuals with
19   recurrent prolapse (particularly of the anterior
20   compartment)" -- which we discussed; correct?
21        A.  Correct.
22        Q.  "...or with medical comorbidities that
23   preclude more invasive and lengthier open and endoscopic
24   procedures."

Page 89

1         Would you agree with that, also?
2         A.  I would agree with that.
3         Q.  Okay.  So you would agree with the author's
4    statement here, that mesh kits such as Prolift should be
5    reserved for high-risk patients?
6         A.  I do.
7         Q.  Okay.  Doctor, are you aware that Anne Weber,
8    the author of these original native tissue repair
9    studies, has actually written reports in this very
10   litigation?
11        MR. WALKER:  Object to form.
12        A.  For the plaintiff?
13        Q.  Yes.
14        A.  Yes.
15        Q.  Have you read her reports?
16        A.  I skimmed it.
17        Q.  Are you aware that her reports discussing
18   this very issue are contrary to your opinions, using her
19   very data?
20        A.  Yes.
21        Q.  That doesn't impact your opinion?
22        A.  Yes.
23        Q.  It does impact your opinions?
24        A.  Oh, no.  No, I'm sorry, it doesn't.  But I'm

23 (Pages 86 to 89)

Michael Karram, M.D.

1  aware that it's different than hers --
2      Q.  Okay.
3      A.  -- yes.
4      Q.  If you could turn to the page in your report
5  -- to page 11 of Exhibit 1.
6      A.  Oh.
7      Q.  You had previously stated that you don't
8  believe that the ACOG AUGS position statement is helpful
9  evidence or reliable evidence; is that correct?
10          MR. WALKER:  Object to form.
11          MR. BENTLEY:  Strike that.
12  BY MR. BENTLEY:
13      Q.  Doctor --
14      A.  Are you talk --
15      Q.  -- how would you characterize the AUGS
16  position statement -- or the AUGS position statement, in
17  the levels of evidence?
18          Was it important enough to include in your
19  report?
20      A.  Yes.
21      Q.  Okay.  But they had some conclusions that
22  were contrary to your opinions here; isn't that correct?
23      A.  Are you talking about the AUGS position --
24      Q.  Yes.

1      A.  -- or are you talking about the ACOG
2  committee report?  You said the AUGS position.  I'm a --
3      Q.  Well, it's AUGS --
4      A.  -- little confused.
5      Q.  -- it's -- let me re-ask.
6      A.  But that's an ACOG committee bulletin.  So
7  it's from ACOG.  AUGS might have had some, you know,
8  effect in drafting it --
9      Q.  Right.
10      A.  -- but it's an ACOG, it's not an AUGS --
11      Q.  That's fair.
12      A.  -- position statement.
13      Q.  I appreciate that.
14      A.  That's fine.  So you're referring to this
15  one?
16      Q.  Yes, sir.
17      A.  Okay.
18      Q.  So let me rephrase that.  I'm sorry.
19      A.  Okay.
20      Q.  Was the ACOG 2011 committee opinion that we
21  just reviewed, dated December 2011, important enough for
22  you to include in your report?
23      A.  It was.
24      Q.  Okay.  But the authors had some contrary

1  conclusions to your opinions here; correct?
2      A.  That's correct.
3      Q.  Okay.  Doctor, on your report, on page 11,
4  you begin discussing the evidence regarding Gynemesh PS,
5  starting in 2002.  Do you see that?
6      A.  On page 11 of my report?
7      Q.  Yes.
8      A.  Yes.
9      Q.  Okay.
10      A.  Okay.
11      Q.  And then on the next page, you cite to a
12  number of studies, including the Nilsson 2013 study.
13          Do you see that?
14      A.  Yes, I do.
15      Q.  Okay.  And that's a study regarding the TVT
16  mesh; right?
17      A.  That's correct.
18      Q.  Okay.  And then you cite to the Ford Cochrane
19  Review, also --
20      A.  Um-hmm.
21      Q.  -- 2015?
22          And that's also another --
23      A.  Right.
24      Q.  -- study regarding the TVTs; right?

1      A.  Yes.
2      Q.  Okay.  Or midurethral slings; right?
3      A.  Midurethral, right.
4      Q.  And then, in the next paragraph, you cite to
5  a number of studies, all published before the Prolift
6  was available; isn't that correct?
7      A.  That's correct.
8      Q.  Okay.  And then turning the page, turning to
9  page 14, you begin discussing some of the Prolift data;
10  is that correct?
11      A.  That's correct.
12      Q.  And then, on page 15, your first full
13  paragraph states, "According to the latest Cochrane
14  Review," and you cite Maher 2013.
15          Do you see that?
16      A.  Yes.
17      Q.  And that's not a correct statement; isn't
18  that correct?  That was a horrible question.
19          Now, on page 15, you start out, "According to
20  the latest Cochrane Review Maher 2013..."
21      A.  Right.
22      Q.  That's not correct.  There's a more recent
23  Cochrane Review regarding mesh kits to treat prolapse;
24  isn't that correct?

24  (Pages 90 to 93)

Michael Karram, M.D.

Page 94

```
1          A.  I'm not aware of it, if it is.  If I cited
2    it...
3          Q.  If you could turn your attention to page 18.
4          A.  Right.
5          Q.  On the bottom of the page, you discuss, "In
6    the most recent Cochrane Review Maher 2016."
7               Do you see that?
8          A.  Ah, okay.
9          Q.  So --
10         A.  Yes.
11         Q.  -- your discussion on page 15 is not actually
12   of the latest Cochrane Review --
13         A.  That's correct.
14         Q.  -- isn't that correct?
15         A.  That's correct.  And it might be a type
16   error, I think.  A typing error.  It should be --
17         Q.  But if --
18         A.  But if it -- yeah.
19         Q.  If the data on page 15 is, in fact, from the
20   Maher 2013 Cochrane Review, that's actually outdated,
21   now, by the new 2016 Maher; isn't that correct?
22         A.  That's correct.
23         Q.  Okay.  And so you would like to update that,
24   maybe, to include the actual updated, most recent
```

Page 95

```
1    Cochrane Review that includes all of the current
2    evidence; isn't that correct?
3          A.  That's correct.
4              (Exhibit 7 marked for identification.)
5    BY MR. BENTLEY:
6          Q.  Okay.  And I'm going to hand you what's being
7    marked as Exhibit 7, which is the 2016 Maher Cochrane
8    Review.
9          A.  Okay.
10         Q.  Now, on page 18 of your report, you discuss a
11   number of findings from the 2016 Maher Review; isn't
12   that correct?
13         A.  Yes.
14         Q.  Okay.  And let's look at Exhibit 7, that we
15   just marked, which is the Maher Cochrane Review.
16             If you could turn to page 2.
17         A.  Now, wait a minute.  Can you go back?  What
18   did you say on the last one?
19         Q.  I was referencing --
20         A.  The Maher -- on page 16.
21         Q.  On page 8 -- well --
22         A.  Oh.
23         Q.  -- we agreed that page 15 is not --
24         A.  Yes, yes.
```

Page 96

```
1          Q.  -- the most recent --
2          A.  You said on page 16.  I'm sorry.
3              MR. WALKER:  18.
4          A.  18?  Okay.
5          Q.  Page 18 --
6          A.  Gotcha.
7          Q.  -- you discussed --
8          A.  Gotcha.
9          Q.  The --
10         A.  Yes.
11         Q.  And you provide a couple of --
12         A.  Right.
13         Q.  -- findings from --
14         A.  No, no, I thought we were on page 16.  I --
15         Q.  Okay.  And --
16         A.  -- wasn't looking.  Okay.
17         Q.  -- the findings you discuss in your report --
18         A.  Um-hmm, yes.
19         Q.  Well, let's look at the review.
20             So, on Exhibit 7, page 2 --
21         A.  Okay.
22         Q.  -- under "Authors' Conclusions" --
23         A.  Yes.
24         Q.  -- they begin, "While transvaginal permanent
```

Page 97

```
1    mesh is associated with lower rates of awareness of
2    prolapse, reoperation for prolapse, and prolapse on
3    examination than native tissue repair, it is also
4    associated with higher rates of reoperation for prolapse
5    or stress urinary incontinence or mesh exposure and
6    higher rates of bladder injury at surgery and de novo
7    stress urinary incontinence."
8              Did I read that correctly?
9          A.  You did.
10         Q.  Okay.  And we've discussed some studies that
11   found that similar finding, that there's a higher
12   reoperation rate if you include all of these different
13   surgical procedures that might happen after a Prolift
14   implant; isn't that correct?
15         A.  Correct.
16         Q.  Okay.  And they continue, "The risk-benefit
17   profile means that transvaginal mesh has limited utility
18   in primary surgery."
19             Did I read that correctly?
20         A.  You did.
21         Q.  And, Doctor, you would agree with that,
22   because you've previously testified that you think
23   Prolift is appropriate for some patients, but not
24   necessarily for all patients; isn't that correct?
```

25 (Pages 94 to 97)

Michael Karram, M.D.

Page 98

1    MR. WALKER:  Object to form.
2    A.  That's correct.
3    Q.  And they continue, "While it is possible that
4  in women with higher risk of recurrence the benefits may
5  outweigh the risks, there is currently no evidence to
6  support this position."
7    Did I read that correctly?
8    A.  Yes.
9    Q.  Now, you disagree with that sentence from
10 these authors; correct?
11   A.  Correct.
12   Q.  And nowhere in your report do you provide an
13 analysis or criticism of why you disagree with this
14 conclusion; isn't that correct?
15   A.  No.  But I think I support -- show other data
16 that contradicts that.
17   Q.  Okay.
18   A.  Okay?
19   Q.  If you could please turn your attention to
20 the next page.  Under the section "Key Results" --
21   A.  Yes.
22   Q.  -- the first paragraph, the second-to-last
23 sentence, they state, "If the reoperation rate for
24 prolapse urinary incontinence or mesh exposure after

Page 99

1  native tissue repair is assumed to be 5 percent, the
2  risk would be between 7 percent and 8 [sic] percent
3  after permanent mesh repair."
4    Did I read that correct?
5    A.  7 and 18 percent.
6    Q.  Right.  So they're saying that mesh kits,
7  like Prolift, have a higher reoperation rate --
8    A.  After permanent mesh repair.
9    MR. WALKER:  Object to form.
10   Q.  Is that correct?
11   A.  That's correct.  That's what it says.
12   Q.  Do you agree with that finding?
13   A.  Well, I don't agree with the fact that you
14 can assume reoperation rate with the native tissue
15 repair is 5 percent.
16   Q.  I appreciate that.  But my question is:  Do
17 you have any criticism or critique of their analysis, in
18 reviewing all of this medical literature that reach this
19 conclusion that --
20   A.  No.
21   Q.  -- we just read?
22   A.  No.
23   Q.  So you feel okay, assuming that they did
24 their calculations right, they looked at the evidence

Page 100

1  correctly, and this is what the data shows; is that
2  fair?
3    A.  Correct.
4    MR. WALKER:  Object to form.
5    Q.  And then they continue, "Eight percent of
6  women in the mesh groups required repeat surgery for
7  mesh exposure."
8    Is that correct?
9    A.  Where is that?
10   Q.  Very last sentence.  I'm sorry.  They
11 conclude that paragraph, "Eight percent" --
12   A.  Oh, yeah, it's written out.  I'm looking for
13 an "8."  Okay, I gotcha.
14   Q.  Did I read that correctly?
15   A.  Yes, you did.
16   Q.  Okay.  And again, you don't have any
17 criticisms of them reaching that finding based off the
18 data they looked at; right?
19   A.  No.
20   Q.  And this is, as we discussed, one of the
21 Level 1 evidence, a systematic review; correct?
22   A.  Correct.
23   Q.  This is the highest evidence you can get;
24 correct?

Page 101

1    The Cochrane Review group's very reputable;
2  correct?
3    A.  Yes.
4    Q.  And, in fact, you rely upon this group;
5  correct?
6    A.  Right.
7    Q.  And they looked at all the data and came to
8  these conclusions based off that data; isn't that
9  correct?
10   A.  That's correct.
11   Q.  And they have findings.  And you agree with
12 their findings, you just disagree with their
13 conclusions; correct?
14   A.  Correct.
15   Q.  Okay.  And nowhere in your report do you
16 provide an analysis of why you disagree with their
17 conclusions, other than you cite to some other evidence?
18   A.  Correct.
19   Q.  And, lastly, if you could turn your attention
20 to page 16, please.
21   A.  Of my report or --
22   Q.  I'm sorry, of the Cochrane --
23   A.  Cochrane?
24   Q.  Sorry.

26 (Pages 98 to 101)

Michael Karram, M.D.

Page 102

1    A.  Okay.
2    Q.  On 16, under Section 1.4.2...
3    A.  Got it.
4    Q.  On page 16, the authors of the Cochrane
5  Review have a section entitled "1.4.2 mesh Exposure."
6    A.  Okay.
7    Q.  And, here, they're looking at 19 RCTs, one to
8  three-year review.  Do you see that?
9    A.  Yes.
10    Q.  And we discussed, the RCTs are also in the
11  highest level of evidence; correct?
12    A.  They are.
13    Q.  And they looked at 19 of them.  And they
14  state, "While a woman undergoing a native tissue repair
15  has no risk of mesh exposure, overall, 134 out of 1,097,
16  or 12 percent, women in the transvaginal permanent mesh
17  groups had mesh exposure."
18        Did I read that correctly?
19    A.  Yes, you did.
20    Q.  Okay.  And they're just stating that after
21  they looked at 19 RTCs, they found that 12 percent of
22  the women had mesh exposure; correct?
23    A.  Correct.
24    Q.  Okay.  And then, as we were discussing

Page 103

1  earlier, down in Section 1.4.4 on that same page, they
2  state that "Surgery for mesh exposure was required in
3  8 percent of women, 100 out of 1227."
4        Did I read that correctly?
5    A.  Yes.
6    Q.  Okay.  And so of the, you know, 12 percent of
7  women that had erosion, 8 percent of all of the women,
8  overall, had to have surgery for that erosion; correct?
9    A.  Correct.
10    MR. WALKER:  I'm sorry, counselor, where was
11  the 8 percent?
12    MR. BENTLEY:  At the bottom of the page on
13  16, under 1.4.4.
14    MR. WALKER:  Got it.  Thanks.
15  BY MR. BENTLEY:
16    Q.  So, well over half of the women that had the
17  erosion had to have some sort of surgical revision
18  procedure to treat their --
19    A.  Correct.
20    Q.  And that's consistent with your review of the
21  medical literature; correct?
22    A.  Correct.
23    Q.  And you don't have any reason to doubt the
24  findings of the Cochrane Review, do you?

Page 104

1    A.  I do not.
2    Q.  Okay.  Doctor, if you could turn back to
3  Exhibit 1, your report.  On page 19 --
4    A.  Okay.
5    Q.  -- you have a section entitled "Mesh
6  Exposure."  Do you see that?
7    A.  Yes.
8    Q.  Okay.  And you start, "An overall mesh
9  explosive rate of 3 to 8 percent is an acceptable rate
10  by today's standards."
11        Did I read that correctly?
12    A.  Yes, you did.
13    Q.  And we just looked at the Cochrane Review
14  that found at least a 50 percent higher exposure rate;
15  correct?
16    A.  Correct.
17    Q.  What is your standard for determining what's
18  an acceptable rate of erosion?
19    A.  Just the medical literature and my experience
20  and education.
21    Q.  Okay.  And the Cochrane Review from 2016,
22  from this year, actually found at least a 50 percent
23  higher rate; isn't that correct?
24    A.  That's correct.

Page 105

1    Q.  Okay.  So would you like to update your
2  report, where you said that 3 to 8 percent is
3  acceptable?
4    A.  No, I don't go -- I'm not just looking at the
5  Cochrane; I'm looking at everything.  And most of the
6  randomized trials and most of the experts in the field
7  think that a 3 to 8 percent is acceptable in today's
8  standards.
9    Q.  So, if it was well above that, would it be
10  unacceptable?
11    A.  It would be above the standard.
12    Q.  Okay.  So if, in fact, the exposure rate was
13  12 percent, that would be above the standard by today's
14  standards?
15    A.  I would think so, yes.
16    Q.  Okay.  And the Cochrane Review actually
17  looked at 19 RCTs; correct?
18    A.  Correct.
19    Q.  Okay.  Doctor, if you could turn to page 21
20  in your report.  We briefly looked at this earlier, but
21  I forgot to ask.
22    A.  Okay.
23    Q.  Your section's entitled "Adequacy of company
24  IFU in patient brochures."

27 (Pages 102 to 105)

Michael Karram, M.D.

Page 106

1        Do you see that?
2    A.  Yes, I do.
3    Q.  Did you look at any patient brochures?
4    A.  I've seen them, yes.
5    Q.  Okay.  But in your report, do you discuss any
6    of their brochures or why you feel they're adequate?
7    A.  Patient brochures?
8    Q.  Yes.
9    A.  I didn't discuss them, no.  But I've used
10   them with patients.
11   Q.  Okay.
12   A.  And so I know of them and I've seen them.
13   And we used to used them in the courses.
14   Q.  Okay.  But you don't present or disclose any
15   opinions regarding the patient brochures in your report;
16   correct?
17   A.  Other than my experience with them has been
18   they're adequate.
19   Q.  Sure.  But in your report, you don't have a
20   single sentence discussing patient brochures, correct,
21   other than that section header?
22   A.  No.  No.  No.  Correct.
23   Q.  And like the legal regulatory requirements
24   for the IFUs, you haven't reviewed those same

Page 107

1    requirements for patient labeling; correct?
2        MR. WALKER:  Object to form.
3    A.  No.  I didn't even know there was regulation
4    for patient labeling.
5    Q.  And have you reviewed the Ethicon internal
6    standards for patient labeling?
7    A.  I have not.
8    Q.  Okay.  And have you reviewed Ethicon's
9    internal standards for what needs to go into an IFU?
10   A.  No.
11   Q.  Okay.  Doctor, do you have an understanding
12   of whether or not the mesh in the Prolift elicits a
13   foreign-body reaction in the body?
14   A.  It does.
15   Q.  Okay.  And does that continue for as long as
16   the implant is inside the woman's body?
17   A.  I don't think so, no.
18   Q.  You think the foreign-body reaction, at some
19   point, stops?
20   A.  It ends at about six to eight weeks.
21   Q.  Okay.  And what evidence are you relying upon
22   for that opinion?
23   A.  Some explanted evidence that was done in
24   rats, I think.

Page 108

1    Q.  And what study is that?
2    A.  It's a study that -- I think it was quoted
3    with -- what's his name -- I can't remember.  I do have
4    a study.  I don't know which one it is, but I do have a
5    study that gives you the reaction to mesh from
6    implantation to six to eight weeks, and at that point it
7    shows no foreign-body reaction.
8    Q.  So you haven't reviewed any documents from
9    Ethicon scientists discussing the existence of a chronic
10   and ongoing foreign-body reaction related --
11   A.  No.
12   Q.  -- to polypropylene implants?
13   A.  No.
14       MR. WALKER:  Object to form.
15   Q.  Would you have liked to have seen those
16   documents, if they exist?
17   A.  In the context of whatever they were
18   discussing.
19   Q.  Right.
20   A.  Yeah.
21   Q.  And would you agree that the foreign-body
22   reaction and the inflammatory processes that occurred --
23   those can lead to scarring and scar plating?
24       MR. WALKER:  Object to form.

Page 109

1    A.  That can, yes.
2    Q.  Do you have an understanding that the
3    foreign-body reaction, leading into the scar plating,
4    can lead to pain for a woman?
5        MR. WALKER:  Object to form.
6    A.  I don't think the scar plating is the cause
7    of pain, no.
8    Q.  Okay.  Do you know whether the amount of mesh
9    implanted impacts the intensity of the foreign-body
10   reaction?
11   A.  Well, the more mesh, the more foreign-body
12   reaction, yes.
13   Q.  So you would agree that with a bigger piece
14   of mesh, there's more foreign body reaction?
15   A.  Yes.
16   Q.  Which could potentially lead to more scar
17   plating; correct?
18       MR. WALKER:  Object to form.
19   A.  Yes.
20   Q.  Doctor, are you familiar with bridging
21   fibrosis?
22   A.  I am not.
23   Q.  You haven't reviewed any of the medical
24   literature regarding bridging fibrosis in mesh implants?

Golkow Technologies, Inc. - 1.877.370.DEPS

Michael Karram, M.D.

Page 110

1    A.  I haven't seen anything specific to bridging
2  fibrosis.
3    Q.  And you haven't reviewed any of Ethicon's
4  internal documents discussing bridging fibrosis and the
5  Prolift implant?
6    A.  No.
7    Q.  Doctor, if you could please turn to page 18
8  of your report.
9    A.  Do you mind if I stand while I talk to you?
10    Q.  Sure.
11    A.  Are you sure?
12    Q.  No video.
13    A.  What's that?
14    Q.  If you turn to 18 --
15    A.  I got it, yeah.
16    Q.  -- in your report.
17    A.  Okay.
18    Q.  Your first full paragraph, you state,
19  "Medical societies (ACOG, AUGS, SUFU, AUA, SGS) have all
20  put four favorable position statements in regards to
21  mesh used in pelvic organ prolapse."  Is that correct?
22    A.  Correct.
23    Q.  Okay.  And we just looked at a committee
24  opinion by ACOG.  Do you remember that?

Page 111

1    A.  Yes.
2    Q.  Okay.  And it was critical of using these
3  mesh-based kits such as Prolift; correct?
4    A.  Correct.
5    Q.  Okay.  So that opinion in your report isn't
6  entirely accurate; isn't that correct?
7    A.  That's correct.
8    Q.  Doctor, if you could please turn your
9  attention to page 20 in your report.
10    A.  Okay.
11    Q.  In that first paragraph, halfway through, you
12  state, "It's common knowledge for pelvic floor surgeons
13  that any surgery for stress urinary incontinence or
14  pelvic organ prolapse, with or without the use of mesh,
15  can potentially cause complications that can be
16  temporary or permanent, including, but not limited to,
17  pelvic pain, dyspareunia, or pain with sexual
18  intercourse, scarring, vaginal narrowing, leg/groin
19  pain, urinary retention, and other voiding problems."
20        Did I read that correctly?
21    A.  You did.
22    Q.  Okay.  And what's your basis for opining as
23  to what the common knowledge is of all pelvic floor
24  surgeons?

Page 112

1        MR. WALKER:  Object to form.
2    A.  Because pelvic floor surgeons learn from
3  training, from working with other pelvic floor surgeons,
4  from their experience, the medical literature, and their
5  experience with their patients.  And these are all
6  complications that can occur with any type of pelvic
7  organ prolapse.
8    Q.  Okay.  So you're not citing to any specific
9  study reviewing the general knowledge of surgeons; is
10  that fair?
11    A.  No.
12    Q.  Okay.  And you haven't --
13    A.  That's correct.
14    Q.  And you haven't undertaken any type of effort
15  to poll or take a survey of the other doctors; correct?
16    A.  No.
17    Q.  And we discussed that some surgeons have less
18  access to medical literature than you do; correct?
19        MR. WALKER:  Object to form.
20    A.  Maybe not less access, but knowledge of
21  medical literature.
22    Q.  Okay.
23    A.  Okay?
24    Q.  And so it would be fair to say that maybe

Page 113

1  some doctors don't have the same level of knowledge as
2  you might; isn't that fair?
3        MR. WALKER:  Object to form.
4    A.  That's correct.
5    Q.  Would you agree that Ethicon has access to
6  the best information regarding the frequency and
7  severity of complications related to its devices?
8        MR. WALKER:  Object to form.
9    A.  Not necessarily.
10    Q.  Would you agree that Ethicon has access to
11  all the medical literature that you might have access
12  to?
13    A.  Yes.
14    Q.  And Ethicon also has access to internal data;
15  is that correct?
16    A.  That's correct.
17    Q.  And Ethicon has access to adverse events that
18  are reported to its company from doctors like you;
19  correct?
20    A.  Correct.
21    Q.  Okay.  So Ethicon has access to a wealth of
22  information regarding the complications of its devices;
23  correct?
24        MR. WALKER:  Object to form.

29 (Pages 110 to 113)

Michael Karram, M.D.

Page 114

1    A.  Correct.
2    Q.  Would you agree that it would be reasonable
3  for a company like Ethicon to share that information
4  with doctors, in case they don't have your level of
5  knowledge regarding the complications of these devices?
6        MR. WALKER:  Object to form.
7    A.  They did.  I think they did.
8        MR. BENTLEY:  I'm sorry, I'm going to move to
9  strike.
10       THE WITNESS:  Okay.
11  BY MR. BENTLEY:
12   Q.  That wasn't exactly my question, though.
13   A.  Oh.
14   Q.  Doctor, would you agree that it would be
15  reasonable for a company like Ethicon to share that
16  information with doctors, in case those doctors don't
17  have your level of knowledge regarding the complications
18  of devices like Prolift?
19       Would you agree that that would be
20  reasonable, for Ethicon to share that information?
21       MR. WALKER:  Object to form.
22   A.  Yes.
23   Q.  Would you agree that it would be reasonable
24  for Ethicon to share that information with doctors via

Page 115

1  the IFU or via a dear-healthcare-provider letter?
2        MR. WALKER:  Object to form.
3    Q.  Would that be reasonable?
4    A.  I don't think they need to put it in the IFU.
5        MR. BENTLEY:  Sorry, I move to strike as
6  nonresponsive.  Let me re-ask the question.
7  BY MR. BENTLEY:
8    Q.  Would you agree that it would be reasonable
9  for a company like Ethicon to share that information via
10  the IFU or a dear-healthcare-provider, or some other way
11  to get the information out to doctors, in case not all
12  doctors had access to the information such as you?
13       MR. WALKER:  Object to form.
14   Q.  Would that be reasonable?
15   A.  Yes.
16   Q.  Okay.  And, ultimately, that information
17  regarding the complications, that's important to
18  patients because that involves safety; isn't that
19  correct?
20   A.  That's correct.
21   Q.  And that's important for the informed consent
22  for the patient to make an informed decision, so they
23  know what the risks are and what the true risks or
24  complications regarding the device is, before they

Page 116

1  choose to undergo a procedure to have one of these
2  devices permanently implanted; isn't that correct?
3        MR. WALKER:  Object to form.
4    A.  Correct.
5    Q.  And if patients don't have that information,
6  they can't make an informed consent; isn't that correct?
7        MR. WALKER:  Object to form.
8    A.  That's correct.
9    Q.  Doctor, you offer opinions as to the adequacy
10  of the warnings provided by Ethicon; isn't that correct?
11   A.  That's correct.
12   Q.  And you've reviewed the IFUs; isn't that
13  correct?
14   A.  That's correct.
15   Q.  Do you understand that there's been multiple
16  drafts of IFUs for the Prolift devices?
17   A.  I do.
18   Q.  Do you know what --
19       MR. WALKER:  Object to form.
20       I'm sorry.  Drafts, are you referring to
21  actual IFUs or drafts of --
22       MR. BENTLEY:  I'll clear that.
23  BY MR. BENTLEY:
24   Q.  Doctor, do you understand that there's been

Page 117

1  multiple versions or iterations of final Prolift IFUs
2  that Ethicon's released?  Do you understand that there's
3  been multiple versions of it?
4    A.  Yes.
5    Q.  And do you know which versions of the IFU
6  you've reviewed to reach your --
7    A.  At one time or another --
8    Q.  -- opinions in this case?
9    A.  -- I've reviewed all of them.
10   Q.  Okay.  And so is your opinion that all of the
11  IFUs adequately warn doctors?
12   A.  I think the earlier IFUs had less warnings
13  than the later IFUs.
14   Q.  And, ultimately, Ethicon decided to add more
15  warning information; is that correct?
16   A.  That's correct.
17   Q.  And you would agree, that was reasonable?
18   A.  I would agree that was reasonable, yes.
19   Q.  And that could be helpful for patient safety;
20  correct?
21       MR. WALKER:  Object to form.
22   A.  Yes.
23   Q.  Okay.  And if Ethicon actually had the
24  information available when it first put out the Prolift

30 (Pages 114 to 117)

Michael Karram, M.D.

Page 118

1    IFU, regarding those complications and safety
2    information -- if Ethicon had that information from the
3    very beginning, should Ethicon have put that information
4    in the IFU from the very beginning?
5          MR. WALKER:  Object to form.
6       A.  Any information that they had that was
7    scientific, yes.
8       Q.  Okay.  So let me clean that up.
9       A.  Okay.
10      Q.  Through time, Ethicon released a number of
11   updated Prolift IFUs; correct?
12      A.  That's correct.
13      Q.  And we've discussed that, ultimately, Ethicon
14   added more information regarding those warnings into the
15   IFU; correct?
16      A.  That's correct.
17      Q.  And if Ethicon had had the information
18   regarding those complications and that safety data from
19   the very beginning, would you agree that Ethicon should
20   have put that information in the very first IFU?
21         MR. WALKER:  Object to form.
22      A.  If they had the information, yes.
23      Q.  Doctor, do you think it's helpful for doctors
24   if information regarding the appropriate patient for the

Page 119

1    Prolift procedure had been conveyed to them from
2    Ethicon?
3          MR. WALKER:  Object to form.
4       A.  Patient selection?  No.
5       Q.  Bad question.
6          We discussed, today, that you don't believe
7    that the Prolift device is the appropriate device for
8    every patient for a primary surgery; correct?
9          MR. WALKER:  Object to form.
10      A.  That's correct.
11      Q.  If Ethicon also had that same belief, that
12   the Prolift was not appropriate for every patient
13   suffering from prolapse, do you think it would have been
14   helpful for Ethicon to get that information out to
15   doctors?
16         MR. WALKER:  Object to form.
17      A.  Yes .
18      Q.  Do you know, as you sit here today, whether
19   or not Ethicon internally believed that Prolift was not
20   appropriate for all patients?
21      A.  Yes.
22      Q.  What's your understanding as to Ethicon's
23   position on the appropriateness of the Prolift device
24   for patients?

Page 120

1       A.  Patients who were high risk, for patients who
2    are high risk for failure or recurrences, or advanced
3    prolapse patients or patients who were, from a physical
4    standpoint, a native tissue repair, and a large open
5    repair would be detrimental to their health.  Just
6    clinical aspects like that.  Yes.
7       Q.  It's your testimony that that was Ethicon's
8    understanding of who the appropriate patient was for
9    Prolift; is that correct?
10      A.  That --
11         MR. WALKER:  Object to form.
12      A.  Yes, that's my understanding.
13      Q.  And you agree that that information should
14   have been put out there by Ethicon; correct?
15         MR. WALKER:  Object to form.
16      A.  It was.
17      Q.  I'm sorry.  I'm just striking out.
18      A.  Well, you asked me.
19      Q.  Sorry.
20      A.  Because I was the one that put it out.  When
21   I give these courses, that's what I told the doctors.
22   So it was out there.
23      Q.  Appreciate that.
24      A.  I appreciate that.

Page 121

1       Q.  I'm going to re-ask.
2       A.  Okay.
3       Q.  Can you agree that it would have been
4    reasonable for Ethicon to put that information out there
5    to doctors, regarding which patients the Prolift was
6    appropriate for?
7       A.  Yes.
8       Q.  Yes.  Okay.
9       A.  Okay.
10         MR. BENTLEY:  Doctor, thank you.  That's all
11   the questions I have.
12             EXAMINATION
13   BY MR. WALKER:
14      Q.  Doctor, let's begin --
15      A.  Let's do it.
16      Q.  -- where we ended.
17      A.  Yes, redirect.
18      Q.  All right.
19      A.  Famous words.
20      Q.  Doctor, I direct your attention to page 21 of
21   your report.
22         THE WITNESS:  Do they get -- do you get to
23   keep my articles that I brought?
24         THE REPORTER:  I do.  I will give you the

Michael Karram, M.D.

Page 122

1    originals back when I finalize --
2        THE WITNESS:  Oh, okay.
3    BY MR. WALKER:
4        Q.  I direct your attention to page 21 --
5        A.  Okay.
6        Q.  -- of your report.
7        A.  Got it.
8        Q.  Specifically, the last paragraph.
9        A.  Um-hmm.
10       Q.  Doctor, you opine, in your report, that the
11   Prolift IFU, in addition to other materials, adequately
12   describes the risks that are specifically unique to
13   Prolift; is that correct?
14       MR. BENTLEY:  Objection.
15       A.  That's correct.
16       Q.  And, Doctor, what is the basis for your
17   opinion that the Prolift IFU adequately describes the
18   risks that are specific or unique to Prolift?
19       MR. BENTLEY:  Objection.
20       A.  Based on the possible risks associated with
21   Prolift, itself, I think they elicit them correctly.
22   And based on the fact that any other pelvic organ
23   prolapse can have other risks, and they don't have to
24   list those if -- it should be common knowledge with

Page 123

1    pelvic floor surgeons, which I think it is.
2        Q.  And are your reasons for thinking that
3    fleshed out on page 22 of your report?
4        A.  It is.
5        MR. BENTLEY:  Objection.
6        Q.  One of the documents that you mention on
7    page 21 is the Surgeon's Resource Monograph for Prolift;
8    correct?
9        A.  That's correct.
10       MR. WALKER:  I'd like to mark that.  I'm
11   going to mark this as Exhibit 8.  And I only have
12   one copy.  I'm going to look on with you.
13       THE WITNESS:  All right.
14       MR. WALKER:  I've only got one copy.
15       (Exhibit 8 marked for identification.)
16   BY MR. WALKER:
17       Q.  If you'll turn the page.  And then, on the
18   third page, I think, essentially -- do you see that
19   third page?
20       A.  Yes.
21       Q.  First of all, are you familiar with the
22   Surgeon's Monograph that you're holding?
23       A.  I am.
24       MR. BENTLEY:  Objection, beyond the scope.

Page 124

1        A.  I am.
2        Q.  And how are you familiar with it?
3        A.  This was used for some of the teaching
4    programs that we had with cadaver labs.
5        Q.  And was this a document that Ethicon provided
6    to doctors not employed by the company?
7        A.  Yes.
8        MR. BENTLEY:  Objection, leading, scope.
9        Q.  And how do you know that?
10       A.  Because I saw them hand it out.
11       Q.  And does this document contain information
12   about appropriate patient selection for a Prolift
13   procedure?
14       MR. BENTLEY:  Objection.
15       A.  It does.
16       Q.  And does this document contain information
17   about the risks or complications that are -- that can be
18   associated with the Prolift device?
19       MR. BENTLEY:  Objection, leading.
20       A.  Yes.
21       Q.  And is this a document that you reviewed and
22   relied upon in forming your opinions about the adequacy
23   of the information Ethicon provided to the medical
24   community?

Page 125

1        MR. BENTLEY:  Objection.
2        A.  Yes.
3        Q.  That's all for that document --
4        A.  Okay.
5        Q.  -- Doctor.
6        I direct your attention to page 14 of your
7    report.
8        A.  Okay.
9        Q.  Do you remember being asked questions about
10   the success rates --
11       A.  Yes.
12       Q.  -- of Prolift?
13       A.  I'm sorry.  Yes.
14       Q.  And, Doctor, you have a chart on page 14 of
15   your report; is that correct?
16       A.  That's correct.
17       Q.  What information does this chart contain?
18       A.  This chart contains information from some
19   randomized control trials that show the number of
20   patients and the compartments that were treated with the
21   Prolift procedure, mesh anatomical cure, native
22   anatomical cure, and the clinical significance.
23       Q.  And how many different studies are reflected
24   in this chart?

32  (Pages 122 to 125)

Michael Karram, M.D.

Page 126

1    A.  Nine.
2    Q.  And are these all studies that you have
3    reviewed and --
4    A.  They are.
5    Q.  -- relied upon?
6    A.  They are.
7    Q.  And what are the findings of these studies,
8    in terms of the anatomic curative mesh versus native
9    tissue repair?
10   A.  They all were higher in the mesh repair
11   versus the native tissue repair.
12   Q.  I'm going to turn your attention to page 16
13   of your report, Doctor.
14   A.  Um-hmm.
15   Q.  Strike that.  Let's go to page 15.
16   A.  Okay.
17   Q.  There was testimony about the two different
18   Cochrane Reviews.
19   A.  Right.
20   Q.  Do you remember that?
21   A.  Yes.
22   Q.  And you're citing, here, from a Cochrane
23   Review in 2013; is that correct?
24   A.  That's correct.

Page 127

1    Q.  And that's after Prolift was
2    decommercialized; correct?
3    MR. BENTLEY:  Objection.
4    A.  Correct.
5    Q.  And, Doctor, based on this meta-analysis,
6    what was the failure rate of Prolift compared to native
7    tissue or traditional repair?
8    A.  I'm not seeing that on this.
9    Q.  Oh, I'm sorry.  I'm looking --
10   A.  It just has cure rate and then mesh exposure
11   rate.
12   Q.  I'm sorry.  I looking -- I'm not referring
13   you to the chart.
14   A.  Oh, I'm sorry.
15   Q.  I'm sorry.  Looking --
16   A.  Okay.
17   Q.  Looking --
18   A.  Okay.  Okay.
19   MR. WALKER:  Can you repeat the question?
20   THE REPORTER:  (Q) And, Doctor, based on this
21   meta-analysis, what was the failure rate of
22   Prolift compared to native tissue or traditional
23   repair?
24   A.  I think that's from the Altman.

Page 128

1    BY MR. WALKER:
2    Q.  You're correct.
3    A.  The Altman study.  Okay.  The Altman study
4    has a randomized control trial with Prolift and native
5    tissue.  The failure rate with Prolift was 39 percent
6    and the failure, with traditional, 65 percent.  And that
7    reached statistical significance.
8    Q.  And you were initially asked some questions,
9    I believe, regarding, you know, when you would want to
10   use a Prolift to treat a patient prolapse.
11   Do you remember those types of questions?
12   A.  I do.
13   Q.  Why would a doctor like yourself choose to
14   use a synthetic mesh product like Prolift instead of
15   just relying on native tissue repair?
16   MR. BENTLEY:  Objection.
17   A.  Under certain circumstances, a synthetic mesh
18   repair would probably be safer for a patient.
19   Q.  And, Doctor --
20   A.  And if we feel that there is a higher risk
21   for a recurrence or a failure, then this would help.
22   Q.  And how does Prolift help mitigate against
23   the risk of a higher likelihood of recurrence?
24   MR. BENTLEY:  Objection.

Page 129

1    A.  With native tissue repair, you're using
2    tissue that could already be damaged from previous
3    whatever -- whatever issues that the patient had that
4    caused her to develop the prolapse, whether it was
5    childbirth or other surgeries, or anything like that.
6    So by adding a synthetic reinforcement, you are now
7    recreating a new support structure.
8    Q.  And, Doctor, do you remember being asked
9    questions about the ideal rate of erosion?
10   A.  I do.
11   Q.  And I believe the reference was made in your
12   report to 8 percent being the ceiling, in terms of the
13   ideal rate of erosion.  Do you recall that?
14   A.  3 to 8 percent, yes.
15   Q.  If you'll turn to page 16 of your report,
16   Doctor.
17   A.  Okay.
18   Q.  Does your report cite any medical literature
19   that documents an erosion rate in Prolift below
20   8 percent?
21   MR. BENTLEY:  Objection.
22   A.  Yes.
23   Q.  And what are those pieces of medical
24   literature?

33 (Pages 126 to 129)

Michael Karram, M.D.

Page 130

1    A.  The Altman study had a 3.2 percent,
2  De Landsheere study had a 2.5 percent, and the
3  Benbouzoid had a 5.3 percent.
4    Q.  And then, Doctor, have there been any
5  long-term studies that have looked at Prolift?
6    A.  There have been.
7    Q.  Did you review and rely upon any of those, in
8  formulating your opinions and drafting your report?
9    A.  I did.
10   Q.  Specifically, which ones?
11   A.  There's a seven-year follow-up and -- the
12  Maher follow-up.
13   Q.  What was the conclusion of the Maher
14  follow-up of seven years?
15   A.  Their conclusions were, "Women undergoing
16  transvaginal mesh prolapse surgery using synthetic graft
17  continue to have positive objective and subjective
18  outcomes leading to significantly improved quality of
19  life at five-year follow-up."
20       MR. BENTLEY:  What exhibit was that from?
21       MR. WALKER:  It was just from his report,
22  page 17.  Bottom of 16 and page 17.
23  BY MR. WALKER:
24   Q.  Doctor, do you remember being asked questions

Page 131

1  about the relevance of TVT, TVT-O, and TVT literature,
2  in formulating your opinions about the biocompatibility
3  of mesh?
4    A.  Yes.
5    Q.  Doctor, would you agree that TVT and TVT-O
6  are made of Prolene?
7    A.  Yes.
8    Q.  And would you also agree that Prolift is also
9  made of Prolene, just in a different construction?
10       MR. BENTLEY:  Objection.
11   A.  Yes.
12   Q.  So why, then, do you believe that the TVT
13  literature is relevant, in terms of whether or not the
14  Prolift mesh is suitable in terms of its
15  biocompatibility?
16       MR. BENTLEY:  Objection.
17   A.  Because it's made from the same material.
18   Q.  From your review of the medical literature,
19  what opinions have you formed regarding the
20  biocompatibility of the mesh in Prolift?
21   A.  I think it's biocompatible.
22   Q.  And upon what do you base that opinion?
23   A.  On the medical literature and studies that
24  I've cited here.

Page 132

1       MR. BENTLEY:  Objection, vague.
2    Q.  Doctor, do you remember being shown the Clavé
3  study, regarding degradation of polypropylene?
4    A.  Yes.
5    Q.  And, Doctor, is the Clavé article a
6  meta-analysis?
7    A.  No.
8    Q.  Is it a randomized control trial?
9    A.  No.
10       MR. BENTLEY:  Leading.
11   Q.  And do you remember being shown, Doctor, the
12  article on degradation of polypropylene in vivo by
13  Vladimir Iakovlev and Scott Guelcher?
14   A.  Yes.
15   Q.  Doctor, are you familiar with either of these
16  two authors?
17   A.  Personally, no.
18   Q.  And in terms of your consultation in these
19  cases, are you familiar --
20   A.  Yes.
21   Q.  -- with these individuals?
22   A.  Yes.
23   Q.  How so?
24   A.  I have read their articles or reviewed some

Page 133

1  of their publications.
2    Q.  And do you recall either reviewing or seeing
3  any expert reports from Dr. Iakovlev?
4       MR. BENTLEY:  Leading.
5    A.  No.
6    Q.  Are you aware that Dr. Iakovlev and
7  Dr. Guelcher are designated experts for the plaintiffs
8  in the mesh litigation?
9       MR. BENTLEY:  Leading.
10   A.  Actually, I am now aware Iakovlev is, I
11  think.  I knew that one.
12   Q.  And, Doctor, if you could -- do you have that
13  exhibit in front of you?
14   A.  No.  I can get it.  What exhibit is it?
15   Q.  I frankly don't remember.
16   A.  Okay.  Iakovlev.  Got it.
17   Q.  Doctor, if you'll turn to page 11.
18   A.  Um-hmm.
19   Q.  Do you see the section titled
20  "Acknowledgments"?
21   A.  Yes.
22   Q.  Doctor, do either of these two doctors
23  disclose, in this article, that they are paid experts
24  for the plaintiffs --

Michael Karram, M.D.

Page 134

1          MR. BENTLEY:  Objection.
2     Q.  -- in the mesh litigation?
3     A.  No.
4     Q.  And the date of this article is rather
5     recent, correct, Doctor?
6          MR. BENTLEY:  Objection.
7     A.  July 2015, yes.
8     Q.  In your review of the medical literature, are
9     you aware of any meta-analysis looking at Prolene mesh
10    products that has concluded that Prolene degrades in any
11    kind of clinically meaningful way?
12         MR. BENTLEY:  Objection.
13    A.  No.
14    Q.  Are you aware of any randomized control trial
15    that has concluded that Prolene mesh degrades in any
16    kind of clinically meaningful way?
17         MR. BENTLEY:  Objection.
18    A.  No.
19    Q.  In your practice, have you seen degradation
20    of Prolene cause any clinically significant outcomes in
21    your patients?
22         MR. BENTLEY:  Objection.
23    A.  No.
24    Q.  Have you reviewed or seen any medical

Page 135

1     literature that comes to the conclusion that degradation
2     of Prolene actually causes any kind of clinical harm in
3     any circumstance?
4          MR. BENTLEY:  Objection.
5     A.  No.
6     Q.  And that's, Doctor, after reviewing a
7     multitude of meta-analysis and randomized control trials
8     relating to both TVT and Prolift?
9          MR. BENTLEY:  Objection.
10    A.  Correct.
11    Q.  And, Doctor, you've seen, in the Clavé study
12    and the article by Iakovlev, the word "polypropylene"
13    used --
14    A.  Yes.
15    Q.  -- throughout; is that correct?
16    A.  Yes.
17    Q.  And we've also talked about how the mesh
18    products by Ethicon are made of Prolene; correct?
19         MR. BENTLEY:  Objection.
20    A.  That's correct.
21    Q.  Do you know what the difference is between
22    polypropylene and Prolene?
23    A.  Yes.
24    Q.  And what is that difference?

Page 136

1     A.  Polypropylene -- they have added oxidizing
2     agents to the polypropylene.
3     Q.  It's late.  I think you got that --
4     A.  Oh.
5     Q.  -- convoluted.
6     A.  Maybe the other way.  Yeah, you're right.
7     Q.  Let's try that again.
8          What is the difference between polypropylene
9     and Prolene?
10         MR. BENTLEY:  Objection.
11    A.  Polypropylene has the oxidate -- the
12    oxidizing agents added to it.
13    Q.  Doctor, do you remember reviewing any
14    internal company documents that reflected the
15    ingredients of Prolene?
16    A.  Yes.
17    Q.  And do you recall how anti-oxidizing
18    ingredients were added to Prolene?
19    A.  Prolene, to get polypropylene.
20         MR. BENTLEY:  Objection.
21    A.  Right.  Isn't that what I said?
22         MR. BENTLEY:  Objection.
23         THE WITNESS:  Objection.  Can I breathe, or
24    you are you going to object to that, too?

Page 137

1          MR. WALKER:  It's late.  It's late.  We're
2     almost there.
3          THE WITNESS:  Okay.
4     BY MR. WALKER:
5     Q.  You were asked a number of questions about
6     Ethicon's decision to decommercialize Prolift.  Do you
7     recall that?
8     A.  I do.
9     Q.  And I believe you testified that their
10    decision to decommercialize Prolift doesn't impact any
11    of your opinions regarding the safety and efficacy of
12    Prolift.  Is that correct?
13         MR. BENTLEY:  Objection.
14    A.  That's correct.
15    Q.  Why is that?
16    A.  Because all my patients that I have implanted
17    with Prolift or have seen with Prolift have done very,
18    very well.  So I have a positive result with it.
19    Q.  Does Ethicon's decision, in 2012, to
20    decommercialize Prolift, have any bearing on the
21    integrity of the data that's reflected in the medical
22    literature that you've reviewed?
23         MR. BENTLEY:  Objection.
24    A.  No.

35 (Pages 134 to 137)

Michael Karram, M.D.

Page 138

1    Q.  Doctor, you were asked a number of questions
2  about life-altering complications.  Do you remember
3  that?
4    A.  Very vividly.
5    Q.  Doctor, is it fair to say that complications
6  can be either short-term or long-term?
7    A.  Yes.
8       MR. BENTLEY:  Objection.
9    Q.  And are potential lifelong complications
10  something that's unique to Prolift surgery?
11      MR. BENTLEY:  Objection.
12   A.  No.
13   Q.  And how do you know that?
14   A.  I know that because I've seen lifelong
15  complications from traditional repairs and other repairs
16  that we do that are not mesh.
17   Q.  Doctor, you were asked questions about the
18  frequency of complications.
19   A.  Yes.
20   Q.  Do you remember that?
21   A.  Yes.
22   Q.  Is there more data in the medical literature
23  regarding the frequency of complications for native
24  tissue repair or for the Prolift procedure?

Page 139

1       MR. BENTLEY:  Objection.
2    A.  Is there more -- repeat the question again.
3    Q.  Do you know if -- I'll slightly rephrase it.
4    A.  Okay.
5    Q.  Do you know if there's more data in the
6  medical literature, regarding the frequency of
7  complications of native tissue repair or Prolift
8  surgery?
9       MR. BENTLEY:  Objection.
10   A.  I do not.
11   Q.  Okay.  You talked earlier about
12  standardization that came with mesh kits like Prolift.
13  Do you remember that?
14   A.  Yes.
15   Q.  And what is the relationship between the
16  standardization of mesh kits and surgery to the quality
17  of the data that you can gather from those procedures?
18   A.  It's much more accurate and scientific,
19  because now you're comparing two exactly same procedures
20  versus theoretically comparing the same procedures.
21   Q.  Do you remember, Doctor, being asked
22  questions about mesh shrinkage --
23   A.  Yes.
24   Q.  -- or contraction?

Page 140

1    A.  Yes.
2    Q.  And you testified, I believe, that you are
3  not of the opinion that the mesh, itself, shrinks; is
4  that correct?
5       MR. BENTLEY:  Objection.
6    A.  Yes.
7    Q.  And what is the basis for that opinion?
8    A.  Studies that have looked at ultrasounds after
9  mesh implantation over a long period of time and showed
10  no change in the size of the mesh.
11   Q.  Doctor, I believe you said that if there is
12  anything happening in terms of shrinkage or contraction,
13  it's a function of tissue and not of the mesh; is that
14  accurate?
15      MR. BENTLEY:  Objection.
16   A.  That's accurate.
17   Q.  And what is your basis for saying that tissue
18  contraction, as opposed to mesh contraction, is taking
19  place?
20      MR. BENTLEY:  Objection.
21   A.  Because studies have showed that the mesh
22  does not change in shape or size, but the tissue, when
23  it incorporates into the mesh, will cause some scarring
24  and some contraction.  The tissue.

Page 141

1    Q.  I want to go back to the topic of
2  complications that are unique to mesh.
3       Is pelvic pain, in your opinion, Doctor, a
4  complication that is unique to Prolift?
5       MR. BENTLEY:  Objection.
6    A.  No.
7    Q.  Is dyspareunia a complication that is unique
8  to Prolift?
9    A.  No.
10   Q.  Is scarring a complication that is unique to
11  Prolift?
12      MR. BENTLEY:  Objection.
13   A.  No.
14   Q.  Is infection a complication that is unique to
15  Prolift?
16      MR. BENTLEY:  Same objection.
17   A.  No.
18   Q.  And, Doctor, with what types of pelvic floor
19  surgeries can those complications I just asked you about
20  occur?
21   A.  Any pelvic floor surgery.
22   Q.  So when we're talking about complications
23  that are unique to mesh, what are you referring to?
24   A.  Erosions and extrusions.

36 (Pages 138 to 141)

Michael Karram, M.D.

Page 142

```
1        Q.  And in terms of erosions and extrusions, can
2    you have those complications in a native tissue repair
3    utilizing sutures?
4        A.  That's correct.
5            MR. BENTLEY:  Objection.
6        A.  Yes.
7            MR. WALKER:  Were almost done.  I'm making
8    sure I got everything.
9            That's all I have.  Thank you.
10           FURTHER EXAMINATION
11   BY MR. BENTLEY:
12       Q.  Doctor, you discussed the Altman study.  Do
13   you remember that?
14       A.  Yes.
15       Q.  Do you know that the Altman study was
16   included in the 2016 Cochrane Review?
17       A.  Yes.
18       Q.  And the Altman study is a lower level of
19   evidence, as compared to systematic reviews like the
20   2016 Cochrane Review; correct?
21       A.  Yes.
22       Q.  And, in fact, the 2016 Cochrane Review is a
23   higher level of evidence than the De Landsheere study
24   and the Benbouzoid study; correct?
```

Page 143

```
1        A.  Correct.
2        Q.  Doctor, you were asked some questions about
3    the Iakovlev study.  Do you remember that?
4        A.  Yes.
5        Q.  And if you'd just look at the second-to-last
6    page.  You were asked whether there were some
7    disclosures by the authors.
8            Under "Acknowledgments," do you see that the
9    authors, in fact, disclosed that they're working as
10   consultants in this litigation?
11       A.  "Others provided expert opinions for
12   medicolegal cases in matters related to polypropylene
13   mesh."
14       Q.  You'd agree, they made an accurate and honest
15   disclosure; correct?
16       A.  That's what it says here, yeah.
17       Q.  So other than that, do you have any other
18   reason to discount their findings in this peer-reviewed
19   published article?
20       A.  Other than what we talked about earlier.
21       Q.  As you sit here today, can you tell the jury
22   any reason why you discount the findings in this
23   article -- specifically in this article?
24       A.  That it's not a randomized control trial,
```

Page 144

```
1    yes.
2            MR. BENTLEY:  Thank you, Doctor.  I have no
3    further questions.
4            MR. WALKER:  Okay.  We're done.
5            THE REPORTER:  Signature, Doctor?
6            THE WITNESS:  Yes, ma'am.
7
8
9
10
11           ---
12   DEPOSITION CONCLUDED AT 9:30 P.M.
13           ---
14
15
16
17
18
19
20
21
22
23
24
```

Page 145

```
1        C E R T I F I C A T E
2    State of Ohio      :
                        : SS
3    State at Large     :
4        I, Teresa A. Moore, RPR, CRR, the undersigned,
5    a duly commissioned notary public within and for the
6    State of Ohio, do hereby certify that before the giving
7    of his aforesaid deposition, MICHAEL KARRAM, M.D. was by
8    me first duly sworn to depose the truth, the whole truth
9    and nothing but the truth; that the foregoing is the
10   deposition given at said time and place by MICHAEL
11   KARRAM, M.D.; that said deposition was taken in all
12   respects pursuant to stipulations of counsel; that I am
13   neither a relative of nor employee of any of their
14   parties or their counsel, and have no interest whatever
15   in the result of the action.
16       IN WITNESS WHEREOF, I have hereunto set my
17   hand and official seal of office on this 5th day of
18   July, 2016.
19
20
21
         TERESA A. MOORE
22       Notary Public - State of Ohio
         My Commission expires: 06/17/21
23
24
```

37 (Pages 142 to 145)

Michael Karram, M.D.

INSTRUCTIONS TO WITNESS

1
2
3       Please read your deposition
4   over carefully and make any necessary
5   corrections.  You should state the reason
6   in the appropriate space on the errata
7   sheet for any corrections that are made.
8       After doing so, please sign
9   the errata sheet and date it.
10      You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14      It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

ACKNOWLEDGMENT OF DEPONENT

1
2
3
4       I,_____, do
5   hereby certify that I have read the
6   foregoing pages, and that the same is
7   a correct transcription of the answers
8   given by me to the questions therein
9   propounded, except for the corrections or
10  changes in form or substance, if any,
11  noted in the attached Errata Sheet.
12
13
14  _____
15  MICHAEL KARRAM, M.D.        DATE
16
17
18  Subscribed and sworn
    to before me this
19  _____ day of _____, 20____.
20  My commission expires:_____
21
22  _____
23  Notary Public
24

- - - - - -
E R R A T A
- - - - - -

1
2
3
4   PAGE LINE CHANGE
5   ____ ____ _____
6       REASON: _____
7   ____ ____ _____
8       REASON: _____
9   ____ ____ _____
10      REASON: _____
11  ____ ____ _____
12      REASON: _____
13  ____ ____ _____
14      REASON: _____
15  ____ ____ _____
16      REASON: _____
17  ____ ____ _____
18      REASON: _____
19  ____ ____ _____
20      REASON: _____
21  ____ ____ _____
22      REASON: _____
23  ____ ____ _____
24      REASON: _____

38  (Pages 146 to 149)

**A**

abdominal 75:18
able 46:8
abnormality 9:18
  13:7
abreast 29:21
absent 36:19
absolutely 34:11
  42:12
absorbable 7:20
  8:5,8 86:12
abstract 71:14
accept 46:23
acceptable 104:9
  104:18 105:3,7
access 112:18,20
  113:5,10,11,14,17
  113:21 115:12
accommodate 9:21
account 43:11,13
accurate 65:3
  111:6 139:18
  140:14,16 143:14
  146:20
ACKNOWLED...
  148:2
Acknowledgments
  133:20 143:8
ACOG 3:18 70:16
  70:24 71:14 72:1
  72:23 76:11 78:10
  79:8 81:19 84:2
  87:2 90:8 91:1,6,7
  91:10,20 110:19
  110:24
ACOG's 75:5
  79:19
action 28:11
  145:15
active 24:22
actual 37:8 94:24
  116:21
add 117:14
added 118:14
  136:1,12,18
adding 34:20 129:6

addition 122:11
additional 35:9,11
  43:18 45:7
address 79:10
addresses 79:9
adequacy 57:19,24
  105:23 116:9
  124:22
adequate 106:6,18
adequately 58:3
  72:10 117:11
  122:11,17
advanced 29:3
  120:2
advantage 17:17
advantageous 13:9
adverse 22:17 23:7
  23:8,13 113:17
aforesaid 145:7
age 4:2
agents 136:2,12
agree 9:6 14:3 30:1
  30:6 35:13 36:11
  36:14 43:4 48:9
  50:3 54:3 63:20
  74:8,11 75:4,9,22
  76:18 77:13 87:17
  89:1,2,3 97:21
  99:12,13 101:11
  108:21 109:13
  113:5,10 114:2,14
  114:19,23 115:8
  117:17,18 118:19
  120:13 121:3
  131:5,8 143:14
agreed 95:23
agreeing 76:11
Ah 94:8
ahead 46:16 47:9
al 1:10
alleged 60:2
alternative 27:14
Altman 127:24
  128:3,3 130:1
  142:12,15,18
American 1:17
  11:3,5

amount 9:7 21:13
  49:22 109:8
AMS 11:7 13:1,10
  13:22 14:11 15:2
  17:16 18:2 25:11
  47:12
analysis 3:14,17
  42:14,16 43:10
  44:12,14,18,21,24
  51:6 52:11 60:21
  64:13,23 65:10
  98:13 99:17
  101:16
anatomic 86:13
  87:10 126:8
anatomical 9:17
  125:21,22
anatomy 24:12
  26:4
anesthetic 31:5
Angela 1:9
Anne 89:7
annual 18:22
answer 19:20 37:14
  38:20,22 39:19,22
  46:21 80:21
answers 148:7
anterior 11:4 23:20
  80:9 86:10,11
  88:19
anterior-only
  13:21
anti-oxidizing
  136:17
anybody 63:3
anymore 47:16
anytime 31:4
apical 13:15
Apogee 11:1 13:16
  13:17
APPEARANCES
  2:1
appears 61:17
applicable 59:11
applications 62:6
appreciate 37:10
  91:13 99:16

120:23,24
approach 47:22
  48:2 62:3
appropriate 14:5,7
  35:23 97:23
  118:24 119:7,12
  119:20 120:8
  121:6 124:12
  146:6
appropriateness
  119:23
approved 42:6
Approximately
  17:3
area 10:2
arms 87:12
Arnaud 3:12 60:19
  62:10
article 48:12,16
  60:19 61:2,24
  62:9 63:15,19,22
  63:24 64:13,23
  65:8,14 66:3
  71:11 132:5,12
  133:23 134:4
  135:12 143:19,23
  143:23
articles 39:13
  54:11 55:21,24
  56:5 65:18 121:23
  132:24
aside 54:16,18
asked 120:18 125:9
  128:8 129:8
  130:24 137:5
  138:1,17 139:21
  141:19 143:2,6
asking 23:20 24:3
asks 47:4
aspect 67:9
aspects 120:6
associated 31:7,11
  34:21 72:11 77:16
  84:4 97:1,4
  122:20 124:18
assume 70:3 80:18
  99:14

assumed 99:1
assuming 99:23
attached 146:12
  148:11
attend 16:9,13,18
attendant 34:9
attended 16:20
attending 16:4
attention 57:15
  59:20 61:9 65:21
  76:22 78:22 79:13
  80:4 86:4 88:11
  94:3 98:19 101:17
  111:9 121:20
  122:4 125:6
  126:12
attorney 4:7
  146:16
AUA 110:19
augment 6:8
augmented 6:5,19
  6:23 8:18 71:17
  81:1
AUGS 3:18 60:11
  70:16 71:1,14
  72:1,23 79:8,10
  81:20 84:3 87:2
  90:8,15,16,23
  91:2,3,7,10
  110:19
AUGS' 75:5 76:11
  78:10
author 89:8
author's 89:3
authors 62:9 66:3
  66:22 69:18 87:2
  91:24 98:10 102:4
  132:16 143:7,9
Authors' 96:22
available 5:10,24
  6:10 8:2,9,13,14
  10:13,21 14:23
  15:4 24:24 27:7
  28:7 32:18,19
  41:10,20 53:3,3
  54:18 71:15 80:24
  93:6 117:24

Avaulta 14:15
aware 72:15 85:11
    85:17,18 89:7,17
    90:1 94:1 133:6
    133:10 134:9,14
awareness 97:1

**B**

back 6:6 8:11 18:11
    26:14,15,18 47:4
    57:11 61:23 84:13
    85:12,18 95:17
    104:2 122:1 141:1
bacterial 67:10
    68:7
bad 36:16 37:14
    44:15 119:5
balanced 48:2
Bard 7:3 14:15
base 131:22
based 17:11 24:15
    63:19 71:15 80:23
    82:8,11,14 85:4
    86:12 100:17
    101:8 122:20,22
    127:5,20
bases 58:8 70:14,15
basis 18:22 111:22
    122:16 140:7,17
bearing 137:20
becoming 21:13
    38:9
began 5:2,11,24
    8:11 14:10,11
    15:1 16:16 29:23
beginning 118:3,4
    118:19
begins 57:18 67:8
behalf 2:2,8 22:24
belief 119:11
believe 4:14 57:15
    59:17 60:9 72:10
    81:23 90:8 119:6
    128:9 129:11
    131:12 137:9
    140:2,11
believed 119:19

believes 33:1
Benbouzoid 130:3
    142:24
beneficial 85:1
benefit 88:17
benefits 27:8,13,24
    28:22 98:4
Bentley 2:3 3:5 4:5
    4:6,12,19 12:9,10
    19:22 22:2 23:22
    24:1 31:3 37:1,3
    37:10,18 57:10
    59:3 60:17 64:9
    64:11 65:6 70:8
    70:10 71:8 78:16
    78:21 80:20,22
    83:21,23 90:11,12
    95:5 103:12,15
    114:8,11 115:5,7
    116:22,23 121:10
    122:14,19 123:5
    123:24 124:8,14
    124:19 125:1
    127:3 128:16,24
    129:21 130:20
    131:10,16 132:1
    132:10 133:4,9
    134:1,6,12,17,22
    135:4,9,19 136:10
    136:20,22 137:13
    137:23 138:8,11
    139:1,9 140:5,15
    140:20 141:5,12
    141:16 142:5,11
    144:2
best 14:1 55:17
    88:14 113:6
better 13:15 35:24
    85:22
beyond 87:14
    123:24
big 9:10
bigger 109:13
biocompatibility
    49:10,13 131:2,15
    131:20
biocompatible

131:21
biologic 6:7
biomechanical
    51:15,21 53:10,13
    53:16,19,23 63:7
bladder 97:6
bodies 36:23
body 36:24 37:7
    107:13,16 109:14
Boston 7:4 14:14
bother 85:24
bottom 77:1 94:5
    103:12 130:22
bovine 6:7
bowel 31:6 32:3
break 57:8,11
breathe 136:23
bridging 109:20,24
    110:1,4
Brief 57:9
briefly 61:8 65:20
    105:20
brittleness 66:17
brochures 57:19
    105:24 106:3,6,7
    106:15,20
brought 121:23
Brown 1:17
bulletin 91:6
bunched 38:5,10
    38:11 40:1,5,23
busier 20:1
business 34:1
BUTLER 2:10

**C**

C 145:1,1
cadaver 15:18
    124:4
calculate 19:11
calculates 19:16
calculations 99:24
calculator 19:11
call 9:11
called 59:23
candidate 28:9
capture 47:16

carcinogenesis
    49:2,5,11
care 24:5,6
career 5:24 8:13
    18:12 19:24 21:24
    41:8
carefully 146:4
carry 35:10 57:2
case 1:11 9:22 16:2
    33:8 41:6 114:4
    114:16 115:11
    117:8
cases 21:16 66:7
    132:19 143:12
causation 3:8 4:15
cause 49:3 68:3,7
    68:10 69:5 109:6
    111:15 134:20
    140:23
caused 63:13 67:22
    68:1 129:4
causes 37:9 135:2
ceiling 129:12
center 56:10
centimeters 79:24
    80:1
certain 68:6 128:17
Certified 1:16
certify 145:6 148:5
CFR 3:11 58:9,12
    59:7,10
change 44:5 50:4
    140:10,22 147:4
changed 19:24
changes 77:16
    79:24 146:11
    148:10
characterize 90:15
characterizing
    62:5
CHARLESTON
    1:3
chart 125:14,17,18
    125:24 127:13
cherry-pick 48:15
childbirth 129:5
choose 116:1

128:13
chose 45:11
chronic 108:9
Cincinnati 1:18
circumstance
    135:3
circumstances
    128:17
citation 86:16
cite 29:11 55:13
    57:4 64:15 86:21
    92:11,18 93:4,14
    101:17 129:18
cited 47:21 87:4
    94:1 131:24
citing 112:8 126:22
claims 60:2
Clavé 3:12 60:20
    62:10 132:2,5
    135:11
clean 4:14,21 118:8
clear 12:7 34:2
    74:16 116:22
Cleveland 88:1
Clinic 88:1
clinical 24:11 53:18
    53:23 54:7,10,18
    60:1,5,7,9,12,14
    60:14 63:11,16
    65:23 66:6 67:4
    67:15 68:24 69:19
    69:22,24 70:2,6
    120:6 125:22
    135:2
clinically 66:4 67:9
    67:14,19 134:11
    134:16,20
close 19:18 41:17
Cochrane 3:19
    92:18 93:13,20,23
    94:6,12,20 95:1,7
    95:15 101:1,22,23
    102:4 103:24
    104:13,21 105:5
    105:16 126:18,22
    142:16,20,22
cohort 82:24,24

colonization 67:10
Colony 2:10
Coloplast 7:3
Colorado 2:5
colporrhaphy
86:11
column 77:1
columns 61:12
come 28:11 51:7
58:12
comes 22:6 135:1
comments 83:21
commission 145:22
148:20
commissioned
145:5
committee 82:22
83:1,3,6,7 86:5
91:2,6,20 110:23
committees 77:2
common 24:18
77:11 111:12,23
122:24
community 124:24
comorbidities
88:22
companies 7:2
10:17,22 13:5
41:13 46:15,17
47:4,10
company 16:1
46:14,18 57:19
58:18 105:23
113:18 114:3,15
115:9 124:6
136:14
comparable 87:13
comparative 3:14
60:21
compared 13:10
30:17 49:15 54:4
75:17 127:6,22
142:19
comparing 139:19
139:20
comparison 53:20
compartment

88:20
compartments
125:20
complaints 24:13
complete 9:11
completely 18:24
complicated 64:3,7
complication 22:5
22:9,13,18 33:1
33:20 34:5,13,17
35:16,17 36:12
58:20 63:3,13
67:17,22,24 68:1
68:3 77:9,11
141:4,7,10,14
complications 20:3
20:7,12,19,24
21:9,17 23:9
26:20 27:2 31:17
31:21 32:22 33:5
33:14,17,19,24
34:6 36:2,6,9 58:4
58:21,22 62:16
63:5,10 66:7,12
72:5,11,12,16
73:5 75:16 81:24
84:4,11 111:15
112:6 113:7,22
114:5,17 115:17
115:24 118:1,18
124:17 138:2,5,9
138:15,18,23
139:7 141:2,19,22
142:2
component 7:20
8:5,8 15:21
composite 87:10
conclude 62:10
100:11
concluded 43:19
44:20 134:10,15
144:12
conclusion 42:23
51:7 98:14 99:19
130:13 135:1
conclusions 62:1
84:2 90:21 92:1

96:22 101:8,13,17
130:15
conferences 16:21
confused 91:4
consent 29:8 32:23
115:21 116:6
consider 34:16
35:15,17 40:18,21
76:16
considered 52:3,19
86:1
considering 19:2
considers 33:20
34:17
consistent 19:23
103:20
construction 11:7
50:2 52:7 131:9
consultants 143:10
consultation
132:18
contain 124:11,16
125:17
contains 125:18
context 45:20
46:10 108:17
continue 15:2 77:8
77:15 80:23 87:3
87:8 97:16 98:3
100:5 107:15
130:17
Continuing 19:20
contract 36:24
77:22
contraction 36:11
36:20 37:5,9,20
37:21,23 38:1
39:21 77:17 78:10
78:12 79:7,14
80:11 139:24
140:12,18,18,24
contracts 36:14,22
79:20,21
contracture 80:3
contradict 84:8
contradicts 98:16
contrary 48:17

62:5 89:18 90:22
91:24
control 45:22 46:17
56:8,14 82:24
87:12 125:19
128:4 132:8
134:14 135:7
143:24
conversation 27:9
conveyed 119:1
convince 46:22
convoluted 136:5
copy 4:14,21
123:12,14
correct 4:16 5:17
5:21 6:10,11 7:17
8:15,20,21 9:3,4
12:21,22 13:1,2
14:23,24 15:12
16:7,17,24 18:6
23:5 27:15,16,22
30:5,13,15 31:9
32:5,11 34:15
38:7 40:13 41:1,4
42:9 43:16 48:8
48:14,20 49:16,19
50:7,9 53:5,7,8
54:12 55:23 56:2
56:19 57:20,24
58:1,5 59:18,19
62:7,24 64:6 66:9
66:13,14,19 67:5
67:16 69:19 70:17
70:18,22,23 71:12
72:2,3,5,8,18 73:2
73:3,5 75:16 77:7
77:23 81:9,10,12
81:14,20 82:14
83:4,8,10,17,19
84:15,21 85:9,16
86:15,20 87:6,7
87:23 88:20,21
90:9,22 92:1,2,17
93:6,7,10,11,17
93:18,22,24 94:13
94:14,15,21,22
95:2,3,12 97:14

97:15,24 98:2,10
98:11,14 99:4,10
99:11 100:3,8,21
100:22,24 101:2,5
101:9,10,13,14,18
102:11,22,23
103:8,9,19,21,22
104:15,16,23,24
105:17,18 106:16
106:20,22 107:1
109:17 110:21,22
111:3,4,6,7
112:13,15,18
113:4,15,16,19,20
113:23 114:1
115:19,20 116:2,4
116:6,8,10,11,13
116:14 117:15,16
117:20 118:11,12
118:15,16 119:8
119:10 120:9,14
122:13,15 123:8,9
125:15,16 126:23
126:24 127:2,4
128:2 134:5
135:10,15,18,20
137:12,14 140:4
142:4,20,24 143:1
143:15 148:7
corrections 146:5,7
148:9
correctly 40:7 67:1
67:12 69:15 71:22
75:20 77:19 81:6
87:15 97:8,19
98:7 100:1,14
102:18 103:4
104:11 111:20
122:21
counsel 78:22
79:16 145:12,14
counselor 103:10
count 80:14,16
couple 96:11
course 67:14
courses 16:22,23
106:13 120:21

**court** 1:1 83:22
146:20
**cover** 10:2
**cracking** 66:17
**critical** 111:2
**criticism** 64:13
98:13 99:17
**criticisms** 100:17
**critique** 63:24
64:23 99:17
**CRR** 145:4
**curative** 126:8
**cure** 125:21,22
127:10
**current** 43:20 95:1
**currently** 71:15
80:24 98:5
**cut** 6:20 9:2,5
**cytotoxicity** 49:1,5
49:11

**D**

**D** 2:3
**damaged** 129:2
**data** 42:20 47:21
48:3,16,22 52:2
52:19 54:8,10,16
54:18,23 71:16
74:3 80:24 85:12
85:19,19 87:8
89:19 93:9 94:19
98:15 100:1,18
101:7,8 113:14
118:18 137:21
138:22 139:5,17
**database** 22:22
23:1,7,13 87:22
**date** 83:11 134:4
146:9 148:15
**dated** 91:21
**Daugherty** 1:9,9
**day** 15:17 16:14
145:17 148:19
**days** 15:13,15,16
15:16 19:7 146:16
**de** 97:6 130:2
142:23

**deal** 36:6 41:13
**dealing** 26:4
**dear-healthcare-...**
115:1,10
**debris** 68:9 69:5
**December** 71:1
91:21
**decide** 55:13 56:5
57:3
**decided** 117:14
**decision** 27:10,19
46:14,15,18
115:22 137:6,10
137:19
**decisions** 46:20
**decommercialize**
137:6,10,20
**decommercialized**
127:2
**decrease** 80:12
87:5
**deemed** 146:19
**defect** 6:21 7:8 9:21
**defects** 13:21
**Defendants** 2:8
**defer** 52:6,23 53:14
**define** 34:8 72:8
82:7
**defined** 80:12
**defining** 38:19
**definitely** 48:18
**definition** 37:21
38:15 84:12
**definitions** 86:13
**degradation** 3:15
49:8,11 59:24
60:3,4,5,8,13
61:19 62:11,15,22
63:5,11,14,17,20
65:1,9,24 67:9,15
67:21 68:4 69:2
70:2,7 132:3,12
134:19 135:1
**Degradation-rela...**
66:22
**degrade** 68:1
**degraded** 61:13,20

66:16 67:11 68:13
69:13
**degrades** 59:18
134:10,15
**degrading** 69:17
**deliberately** 57:3
**demonstrating**
46:9 65:1 84:4
**Denver** 2:5
**depend** 5:8 9:9,17
13:22
**dependent** 13:6
**depends** 7:7 24:9
24:12 26:3,3
34:23 82:6
**DEPONENT** 148:2
**depose** 145:8
**deposed** 4:3
**deposing** 146:16
**deposition** 1:13 4:8
4:22,23 36:3
70:19 83:2 144:12
145:7,10,11 146:3
146:13,17,19
**deps@golkow.com**
1:24
**describe** 28:23 42:4
**described** 6:15
77:9
**describes** 122:12
122:17
**description** 64:5
**descriptions** 66:6
**design** 13:11 50:8
**designated** 133:7
**despite** 75:18
**determining**
104:17
**detrimental** 120:5
**develop** 129:4
**developed** 66:8
**device** 22:19 23:11
23:14 42:15 44:6
48:22 50:16 51:10
56:23 58:4 115:24
119:7,7,23 124:18
**devices** 5:16,17

72:5 73:5 113:7
113:22 114:5,18
116:2,16
**difference** 11:24
31:14 135:21,24
136:8
**differences** 12:12
53:10,19,24
**different** 7:2 9:24
11:8,21 12:3
49:15,18,21 50:2
50:5,6,11,18,19
50:20 53:6 83:6
90:1 97:12 125:23
126:17 131:9
**differently** 88:5,7
**direct** 79:13 121:20
122:4 125:6
**directed** 78:22
**direction** 78:15
**directly** 23:2 62:21
**dis** 74:19
**disagree** 39:15,16
78:1 79:19 81:15
81:17 82:10,17
98:9,13 101:12,16
**disagreeing** 76:10
**disagreement** 78:4
79:6 81:19
**disclose** 64:22
106:14 133:23
**disclosed** 143:9
**disclosure** 143:15
**disclosures** 143:7
**discount** 63:24
143:18,22
**discounted** 64:5
**discounting** 84:2
**discuss** 28:10 29:8
29:15 30:23 31:22
32:12,21 36:1
41:20,22 56:6,21
57:23 66:4 70:20
78:4,8,11 79:6,13
81:18 85:8 94:5
95:10 96:17 106:5
106:9

**discussed** 4:22
14:22 36:9 53:2
56:1 66:11 73:11
87:6 88:20 96:7
97:10 100:20
102:10 112:17
118:13 119:6
142:12
**discussing** 28:24
29:6 33:17 52:12
53:22 62:21 68:24
69:4 70:14 77:2
77:22 89:17 92:4
93:9 102:24
106:20 108:9,18
110:4
**discussion** 94:11
**discussions** 46:10
**DISTRICT** 1:1,2
1:10
**DIVISION** 1:3
**Diwadkar** 76:14
**doctor** 4:6 5:2 12:7
12:14 17:10 20:17
20:22 22:4,9,13
22:16 27:12 28:17
34:9 36:3,9 37:12
38:16,21,24 39:9
41:6,9 42:13 45:5
47:18 48:21 49:14
53:9 54:7 55:14
57:11,14 59:16
64:12 65:7 70:11
75:4 76:22 78:14
78:20,22 84:1,23
88:12 89:7 90:13
92:3 97:21 104:2
105:19 107:11
109:20 110:7
111:8 114:14
116:9,24 118:23
121:10,14,20
122:10,16 125:5
125:14 126:13
127:5,20 128:13
128:19 129:8,16
130:4,24 131:5

Michael Karram, M.D.

Page 154

132:2,5,11,15
133:12,17,22
134:5 135:6,11
136:13 138:1,5,17
139:21 140:11
141:3,18 142:12
143:2 144:2,5
**doctors** 30:1,6,18
58:3 72:12 73:8
73:15,22 112:15
113:1,18 114:4,16
114:16,24 115:11
115:12 117:11
118:23 119:15
120:21 121:5
124:6 133:22
**document** 1:8
38:17 58:15,22
124:5,11,16,21
125:3
**documents** 41:17
41:19,22 46:6,9
52:11 54:9,20
55:3,7,11 108:8
108:16 110:4
123:6 129:19
136:14
**dogs** 39:6
**doing** 7:7 26:17
32:22 34:24 45:12
45:17 46:17,24
76:8 146:8
**doubt** 103:23
**Dr** 28:4 133:3,6,7
**drafting** 91:8 130:8
**drafts** 116:16,20,21
**draw** 32:16 80:4
88:11
**due** 37:12 62:16
80:19
**duly** 4:3 145:5,8
**dyspareunia** 31:8
32:4 71:20 77:3
81:5 111:17 141:7

---

**E**

**E** 145:1,1 147:1

**earlier** 66:12 85:4
103:1 105:20
117:12 139:11
143:20
**early** 18:11
**East** 1:17
**economic** 46:1
**educated** 30:16
**educating** 27:13
**education** 17:13,14
82:11,15,20
104:20
**effect** 91:8
**effective** 28:4
**effectiveness** 42:23
**efficacies** 85:2,5
85:13
**efficacy** 42:15 43:6
43:21 44:19 48:23
50:15 51:23 56:22
137:11
**effort** 112:14
**eight** 20:16,18
100:5,11 107:20
108:6
**either** 13:3,4
132:15 133:2,22
138:6
**elderly** 24:21
**Elevate** 11:4,14
17:16 47:15
**elicit** 122:21
**elicits** 107:12
**Email** 2:6,12
**employ** 6:1,16
**employed** 124:6
**employee** 145:13
**ended** 121:16
**endoscopic** 88:23
**ends** 107:20
**engineer** 53:15,17
**entail** 25:11,12
**entire** 9:12 41:8
59:5,10
**entirely** 111:6
**entitled** 59:23
60:20 65:9,23

---

70:1 88:14 102:5
104:5 105:23
**epidemiologists**
42:19
**epidemiology**
47:19
**equipment** 61:18
**erosion** 31:7 74:6
74:12,17 75:2,8
77:9 103:7,8,17
104:18 129:9,13
129:19
**erosions** 32:3
141:24 142:1
**errata** 146:6,9,12
146:15 148:11
**error** 94:16,16
**ESQ** 2:3,9
**essentially** 123:18
**establish** 43:20
**estimate** 18:15,21
20:11,21 21:15,16
25:7,9,18
**et** 1:10
**Ethicon** 1:5,10 7:3
15:11,12 16:22,23
30:13 41:17 43:17
45:7,11,16 46:22
52:1 54:8,20 55:3
55:7 58:3 72:10
107:5 108:9 113:5
113:10,14,17,21
114:3,15,20,24
115:9 116:10
117:14,23 118:2,3
118:10,13,17,19
119:2,11,14,19
120:14 121:4
124:5,23 135:18
**Ethicon's** 52:6
107:8 110:3 117:2
119:22 120:7
137:6,19
**evaluate** 61:18 62:2
**evaluating** 53:23
80:8
**event** 22:17

---

**events** 23:7,8,13
66:4 113:17
**everting** 9:12
**everybody** 33:20
**everybody's** 24:7
**evidence** 38:9
48:16 52:7 53:22
56:16 62:4,11
63:19,20 64:6
72:4 84:3 85:4
90:9,9,17 92:4
95:2 98:5 99:24
100:21,23 101:17
102:11 107:21,23
142:19,23
**evidenced** 79:7
82:2
**evidences** 27:1
**evidencing** 78:9
81:11
**exact** 17:22
**exactly** 33:12 36:15
49:6 114:12
139:19
**examination** 3:4,5
4:4 97:3 121:12
142:10
**examined** 4:3
33:10
**example** 29:16 30:8
**examples** 68:2
**exhibit** 3:8,10,11
3:12,15,18,19,20
4:11,14,18,24
57:16 59:2,5
60:16,19 65:5,8
70:12 71:7,9 90:5
95:4,7,14 96:20
104:3 123:11,15
130:20 133:13,14
**EXHIBITS** 3:6
**exist** 5:20 37:6
58:21 74:7 75:3
78:12 79:14
108:16
**existed** 44:13,24
46:23 52:12 74:12

---

**existence** 79:7 84:3
84:10 108:9
**exists** 62:23 74:3,17
**expected** 66:23
**expensive** 45:21
**experience** 7:19
17:12 26:22 29:10
44:10 58:16 71:19
81:3 82:9,12,15
82:19,19 104:19
106:17 112:4,5
**expert** 42:8,10
47:19 48:7 49:24
53:16 58:9 59:10
133:3 143:11
**experts** 105:6
133:7,23
**expires** 145:22
148:20
**explain** 13:8 50:18
53:9 58:7 79:18
81:22 84:2
**explant** 63:2
**explanted** 3:17
62:15 64:3,7
65:10 67:23
107:23
**explants** 3:14 60:22
**explosive** 104:9
**exposed** 68:5
**exposure** 77:10
97:5 98:24 100:7
102:5,15,17,22
103:2 104:6,14
105:12 127:10
**extensive** 42:5
**extent** 48:11
**external** 17:17
**extrapolate** 19:8
88:3
**extrusion** 31:8
77:10
**extrusions** 32:4
141:24 142:1
**eyes** 28:17

---

**F**

---

Michael Karram, M.D.

Page 155

**F** 145:1
**fact** 11:20 33:13
    47:11 56:11 58:15
    61:6 63:10 66:12
    70:20 77:22 85:8
    85:12 94:19 99:13
    101:4 105:12
    122:22 142:22
    143:9
**fail** 146:18
**failed** 28:19
**failure** 28:5,6 87:5
    120:2 127:6,21
    128:5,6,21
**fair** 8:16 13:24 14:6
    17:10 18:4 20:17
    20:19 22:10,11,14
    24:8,17 27:10,11
    27:20 28:15,20
    29:21 30:20 31:12
    32:10 33:6 34:22
    37:15 39:8 44:10
    44:11,17 47:11
    48:2 52:16 56:18
    57:1 62:12 69:9
    73:9 91:11 100:2
    112:10,24 113:2
    138:5
**fairly** 19:23
**familiar** 61:1 65:14
    70:24 71:11
    109:20 123:21
    124:2 132:15,19
**family** 11:21 12:13
**Famous** 121:19
**fashion** 47:23
**favorable** 28:13,18
    48:16 110:20
**fax** 1:23
**FDA** 22:17,22,24
    42:6,18,22 43:13
    43:17,19 44:14,18
    45:6 46:23,24
    47:3 52:18
**FDA's** 42:14 43:4
    43:10 52:23 73:1
**feasible** 56:4

**feel** 17:16 36:10
    45:24 60:11 72:11
    72:14 84:24 85:1
    99:23 106:6
    128:20
**felt** 13:9 56:21
**fibrosis** 37:8 68:11
    69:6 109:21,24
    110:2,4
**field** 105:6
**filament** 49:22
**File** 1:5
**final** 117:1
**finalize** 122:1
**financial** 46:1
**find** 12:5
**finding** 97:11 99:12
    100:17
**findings** 95:11
    96:13,17 101:11
    101:12 103:24
    126:7 143:18,22
**fine** 26:17 31:16
    33:22 37:16 39:20
    91:14
**first** 4:2 8:22 10:11
    25:3,4 34:17 62:2
    72:20 78:19 79:1
    93:12 98:22
    110:18 111:11
    117:24 118:20
    123:21 145:8
**fissures** 67:10
**five** 18:20 20:16,18
**five-year** 130:19
**fleshed** 123:3
**flexibility** 66:18
**floating** 69:18
**floor** 19:1 35:8,8
    58:15,16 62:4
    88:7 111:12,23
    112:2,3 123:1
    141:18,21
**focus** 56:15
**follow** 26:12
**follow-up** 16:18
    75:19 130:11,12

130:14,19
**followed** 80:17
**follows** 4:3
**Ford** 92:18
**foregoing** 145:9
    148:6
**foreign** 109:14
**foreign-body**
    107:13,18 108:7
    108:10,21 109:3,9
    109:11
**forgot** 105:21
**form** 20:14,20 21:2
    21:11 22:20 23:15
    23:19 27:4,21
    30:3,9,14,19 33:7
    34:7,18 35:6,22
    36:4,13,21 38:6
    39:4,23 40:2 43:2
    43:8,23 44:22
    45:3,15,18 46:12
    47:1 48:4,13,22
    52:4,9,21 62:13
    63:1 67:6 69:20
    72:6,13 73:19,24
    81:13 85:15 87:19
    89:11 90:10 98:1
    99:9 100:4 107:2
    108:14,24 109:5
    109:18 112:1,19
    113:3,8,24 114:6
    114:21 115:2,13
    116:3,7,19 117:21
    118:5,21 119:3,9
    119:16 120:11,15
    148:10
**formed** 131:19
**forming** 43:12
    48:21 124:22
**formulating** 130:8
    131:2
**forward** 46:15
**found** 80:11 85:12
    85:20 97:11
    102:21 104:14,22
**four** 17:9 19:9,9,9
    26:14 110:20

**fourth** 1:17 68:20
**frankly** 133:15
**French** 54:23 55:1
**frequency** 32:12,16
    113:6 138:18,23
    139:6
**frequently** 87:4
**front** 61:23 83:10
    133:13
**Frost** 1:16
**full** 15:16,17 46:10
    48:3 66:5 68:22
    78:19 79:3 93:12
    110:18
**function** 140:13
**further** 3:5 66:15
    142:10 144:3

<hr>

**G**
**gather** 139:17
**gbentley@zonies...**
    2:6
**general** 1:11 3:8
    4:8,15 23:22 88:4
    112:9
**generally** 23:21
**geometry** 50:2
**give** 14:18 21:12,15
    21:16 27:17 29:10
    31:13 48:2,10
    68:2 120:21
    121:24
**given** 145:10 148:8
**gives** 108:5
**giving** 145:6
**go** 8:11 19:19 33:24
    35:14 46:16 47:4
    47:9 56:17 57:12
    76:9 84:13 87:2
    95:17 105:4 107:9
    126:15 141:1
**goes** 11:15 36:22
    79:24 83:1
**going** 4:13,20,23
    9:12 18:11 20:14
    23:24 28:6 29:4
    37:10,13 50:1,6

50:10 57:7 60:18
    64:9 65:7 88:7
    95:6 114:8 121:1
    123:11,12 126:12
    136:24
**GOLKOW** 1:22
**good** 26:1 28:8 29:4
    34:24 45:24 87:18
**GOODWIN** 1:9
**gotcha** 68:8 96:6,8
    100:13
**gotten** 20:1
**graft** 130:16
**great** 1:17 8:6 28:9
**Greg** 4:6
**GREGORY** 2:3
**groin** 77:3
**group** 71:18 81:3
    87:24 101:4
**group's** 101:1
**groups** 100:6
    102:17
**Guelcher** 132:13
    133:7
**guess** 56:7
**guessing** 29:18
**Gynecare** 7:2,9,22
    8:19 9:5 10:4
    11:8,20,21 12:12
    12:13,21,23 49:16
**Gynemesh** 7:12,13
    8:19 9:5,15 10:4
    12:12,21 49:16
    53:11 54:1 92:4

<hr>

**H**
**half** 103:16
**halfway** 111:11
**hand** 4:13,20 60:18
    65:7 95:6 124:10
    145:17
**handed** 59:4
**hands** 28:8 85:3
    87:20
**happen** 68:3 97:13
**happened** 33:12
    47:2

happening 140:12
happens 38:14 40:4
happy 24:4,7
hard 25:7 32:24
  33:3 45:19
harm 135:2
header 70:4 106:21
heal 71:17 81:1
health 43:14 120:5
heavier 12:17
  49:17 50:24
help 40:18 128:21
  128:22
helpful 90:8 117:19
  118:23 119:14
hemorrhage 31:6
hereunto 145:16
high 28:19 51:1
  120:1,2
high-risk 88:17
  89:5
higher 25:24 57:2
  76:2 97:4,6,11
  98:4 99:7 104:14
  104:23 126:10
  128:20,23 142:23
highest 75:17
  100:23 102:11
Highland 2:10
highly 42:19
hip 69:8
hold 47:18
holding 123:22
home 29:19
honed 59:11
honest 143:14
honestly 56:4
hope 30:21 72:17
  73:16
hopeful 85:7
horrible 93:18
hour 24:6 57:7
hours 37:13
hundred 17:24
  18:13
hymen 87:14
hypothetic 41:11

**I**

Iakovlev 3:15 65:9
  65:18 132:13
  133:3,6,10,16
  135:12 143:3
ideal 129:9,13
identification 4:11
  4:18 59:2 60:16
  65:5 71:7 95:4
  123:15
identify 51:13,20
  53:22
IFU 57:19 105:24
  107:9 115:1,4,10
  117:5 118:1,4,15
  118:20 122:11,17
IFUs 16:1 106:24
  116:12,16,21
  117:1,11,12,13
  118:11
ignore 48:16
iliococcygeus 13:18
impact 44:8,9
  52:15 63:15 67:4
  67:15 68:24 69:2
  69:19,22,24 89:21
  89:23 137:10
impacts 53:19,23
  109:9
imperative 146:14
implant 18:17
  31:12,22 36:19
  54:3 66:13 97:14
  107:16 110:5
implantation 38:12
  38:14 66:8 80:19
  108:6 140:9
implanted 20:7
  22:4,7 26:13 38:5
  38:10 109:9 116:2
  137:16
implants 36:12
  37:20 38:18 39:3
  39:10 62:3,23
  63:21 69:8 108:12
  109:24

important 34:14,15
  42:16 43:1,7,21
  43:24 44:1,3
  47:22 48:1,3,6
  67:9 84:20 90:18
  91:21 115:17,21
improved 130:18
include 20:13
  22:23 90:18 91:22
  94:24 97:12
included 142:16
includes 95:1
including 71:20
  81:4 82:19 86:10
  92:12 111:16
incontinence 97:5
  97:7 98:24 111:13
incorporates 37:7
  140:23
incorporation 37:8
increase 66:23
increased 35:1,10
  35:15
increases 34:21
Increasing 77:15
index 3:1 77:12
indicate 51:14,21
  84:17
indicated 66:7,17
indications 44:7
individual 24:12
individually 6:20
individuals 88:17
  88:18 132:21
industry 47:3
inert 3:14 60:21
  62:6
infection 31:6 68:6
  68:6 141:14
inflammation
  68:11 69:6
inflammatory
  108:22
inform 28:12 45:1
information 27:18
  32:17 47:4,5 73:9
  73:23 85:8 113:6

113:22 114:3,16
  114:20,24 115:9
  115:11,12,16
  116:5 117:15,24
  118:2,2,3,6,14,17
  118:20,22,24
  119:14 120:13
  121:4 124:11,16
  124:23 125:17,18
informative 56:22
informed 27:18
  29:8 32:23 115:21
  115:22 116:6
informed-consent
  28:24 30:22 32:13
ingredients 136:15
  136:18
initial 16:19 26:10
initially 5:6 8:12
  128:8
injury 31:6,7 32:3
  32:3 97:6
innovations 87:4
inside 107:16
INSTRUCTIONS
  146:1
insufficient 43:20
  44:20
Intact 61:12
integrity 137:21
intend 58:2
intensity 109:9
intercourse 111:18
interest 145:14
internal 41:17 54:9
  54:19,23 55:3,7
  107:5,9 110:4
  113:14 136:14
internally 52:1
  119:19
interrupt 12:6
invasive 40:12,22
  88:23
involved 15:18
involves 49:21
  115:18
issue 24:22 28:10

56:22 89:18
issues 41:14 47:23
  48:2 52:12 129:3
iterations 117:1

**J**

Jimmy 1:9
joint 27:10
joints 68:10,11
  69:5,7,22 70:7
JORDAN 2:9
jordan.walker@...
  2:12
JOSEPH 1:9
journals 55:9
JUDGE 1:10
July 134:7 145:18
June 1:19
jury 58:3 143:21
justify 88:18

**K**

KARRAM 1:13 3:3
  4:1 145:7,11
  148:15
keep 30:4 41:6
  121:23
Key 98:20
kind 6:22 35:19
  58:14,18 134:11
  134:16 135:2
kit 10:11 12:24
  14:5 18:10
kits 10:8,16,22,24
  12:24 13:5 14:11
  14:12 15:3 18:5
  24:24 25:24 75:17
  89:4 93:23 99:6
  111:3 139:12,16
knew 133:11
knitted 51:1,3
know 11:14 14:20
  17:22 19:7 22:12
  33:11,13,13 38:23
  40:21 41:12,12,14
  41:15 45:6,9,11
  45:13,14,17,20

46:3,5,7,18,21,21
46:22 47:2,2 52:1
52:18 53:18 55:10
58:19,20 60:10,12
60:13 72:12 76:13
84:12 91:7 103:6
106:12 107:3
108:4 109:8
115:23 116:18
117:5 119:18
124:9 128:9
135:21 138:13,14
139:3,5 142:15
**knowledge** 111:12
111:23 112:9,20
113:1 114:5,17
122:24
**knowledgeable**
30:7
**known** 23:9,9 69:5

**L**

**labeling** 59:12
107:1,4,6
**labs** 124:4
**lady** 24:21
**Landsheere** 130:2
142:23
**large** 13:12 56:9
120:4 145:3
**larger** 10:1 29:2
**lastly** 68:8 101:19
**late** 136:3 137:1,1
**latest** 93:13,20
94:12
**LAW** 2:4
**lawful** 4:2
**layer** 66:16
**lead** 40:8,9,10,14
40:23 108:23
109:4,16
**leading** 109:3
124:8,19 130:18
132:10 133:4,9
**learn** 112:2
**lecture** 16:21
**led** 16:9

**left** 61:12 77:1 86:9
**leg/groin** 111:18
**legal** 41:13 106:23
**lengthier** 88:23
**let's** 8:11 19:9
78:13 83:20 95:14
96:19 121:14,15
126:15 136:7
**letter** 115:1
**level** 56:15 100:21
102:11 113:1
114:4,17 142:18
142:23
**levels** 90:17
**LIABILITY** 1:6
**life** 34:1 130:19
**life-altering** 34:5,8
35:18,19,21 71:19
72:1,5,8 81:4,11
81:23 82:6,7 84:4
84:10,13 138:2
**life-changing** 33:5
33:24
**life-threatening**
33:14,23
**lifelong** 138:9,14
**ligament** 13:18,20
**lighter** 12:2,8
**liked** 44:21 46:8
52:13 54:22 55:6
108:15
**likelihood** 28:6
128:23
**likewise** 22:7 53:18
**limited** 23:3 71:16
80:24 97:17
111:16
**LINE** 147:4
**list** 3:10 4:21,24
41:16 54:9 55:22
58:23 61:6 62:10
65:16,18 71:5
83:1 122:24
**listed** 54:11 55:22
61:19
**literature** 16:2
17:12 27:1 29:9

29:12,15,19,22
30:2,5,7,17 32:18
32:20 33:16,19
37:4,23,24 38:3,9
38:17 39:2,7,9
42:22,24 43:11,20
44:9,19 45:2
47:22 49:4 50:14
51:7,14,18 54:12
55:4,5 60:10 62:5
70:16 73:12,18
78:9 81:9 82:10
82:14,18,21,22,23
83:8,16 86:6
99:18 103:21
104:19 109:24
112:4,18,21
113:11 129:18,24
131:1,13,18,23
134:8 135:1
137:22 138:22
139:6
**literature's** 55:8
**litigation** 1:6 4:7
89:10 133:8 134:2
143:10
**little** 12:2,17 50:24
91:4
**live** 15:20 16:3,5,9
16:12 34:1
**LLC** 1:17 2:4
**LLP** 2:10
**log** 41:6
**long** 26:12 107:15
140:9
**long-lasting** 33:23
**long-term** 130:5
138:6
**longer** 6:10 12:20
14:22 15:4 41:10
41:20 53:3
**look** 4:16 33:8 37:4
42:19 47:5 72:20
76:14 95:14 96:19
106:3 123:12
143:5
**looked** 56:7 58:24

60:11 61:3 84:7
85:19 99:24
100:18 101:7
102:13,21 104:13
105:17,20 110:23
130:5 140:8
**looking** 50:15
58:14 68:18 84:6
96:16 100:12
102:7 105:4,5
127:9,12,15,17
134:9
**loss** 49:8 59:24 60:2
66:17
**low** 87:3
**lower** 97:1 142:18

**M**

**M.D** 1:13 3:3 4:1
145:7,11 148:15
**ma'am** 144:6
**macrophages**
68:14 69:14
**macroporous**
11:17 50:22
**Maher** 3:19 93:14
93:20 94:6,20,21
95:7,11,15,20
130:12,13
**majority** 25:20
**making** 142:7
**malignant** 49:9
**managed** 23:9
33:22
**manufacturers**
14:13
**mark** 4:23 123:10
123:11
**marked** 4:11,13,18
57:15 59:2,5
60:16,19 65:5,8
70:12 71:7 95:4,7
95:15 123:15
**market** 45:12
46:11 53:4
**marking** 71:9
**Master** 1:5

**material** 55:1
67:11 74:14,20
131:17
**materials** 6:7
122:11
**math** 18:6
**matter** 55:9
**matters** 46:13
52:24 143:12
**MAUDE** 22:22,24
23:4,7,12
**maximum** 33:2
**MDL** 1:5
**mean** 23:23 38:23
45:20 46:13 79:23
85:22
**meaningful** 134:11
134:16
**means** 50:1 85:22
97:17
**measures** 87:10
**medical** 11:3,5
17:12 29:8,11,15
29:19,22 30:17
32:18,20 33:11,16
35:24 37:22,24
38:3,8,16 39:2,9
43:11 44:9,19
45:2 47:22 78:9
81:8 82:10,14,17
82:21,22,23 83:8
83:16 86:5 88:22
99:18 103:21
104:19 109:23
110:19 112:4,18
112:21 113:11
124:23 129:18,23
131:18,23 134:8
134:24 137:21
138:22 139:6
**medicine** 5:3 40:19
**medicolegal** 143:12
**meetings** 70:16
**mention** 123:6
**mentioned** 31:11
**mesh** 6:19,20,22
7:11 8:6,22 9:2,6

9:7,13,15,21 10:6
10:7,16,22 11:7,8
11:15,17,18,20
12:18,19 14:5
18:5,10,16 31:7
31:12,15,17,21
32:2 36:10,11,12
36:14,19,20,22,23
37:5,8,19,21,23
38:1,4,9,11,13,15
38:17 39:2,12,18
39:21 40:1,4,10
40:23 46:16 49:3
49:10,10,13,15,17
50:19,20 51:1,3,9
51:9,11,18,22,23
52:7 53:10 54:4,5
55:15 58:17 59:17
60:2 62:19 66:8
66:23 67:3,23
68:1,5,7 69:17
71:16,21 74:4,6
74:12,17,20 75:2
75:6,7,8,17 76:6
76:15 77:5,9,17
77:18,22 78:9,12
79:7,14,20,21,23
80:9,13,15 81:1,5
86:12 87:5 88:15
88:16,17 89:4
92:16 93:23 97:1
97:5,17 98:24
99:3,6,8 100:6,7
102:5,15,16,17
103:2 104:5,8
107:12 108:5
109:8,11,14,24
110:21 111:14
125:21 126:8,10
127:10 128:14,17
130:16 131:3,14
131:20 133:8
134:2,9,15 135:17
138:16 139:12,16
139:22 140:3,9,10
140:13,18,21,23
141:2,23 143:13

mesh-based 20:4
20:11,19,24 28:7
76:3 111:3
mesh-related 66:7
meshes 3:17 7:6,9
7:19,22 8:5,8,12
8:14 10:3 65:10
68:12 69:12
meta-analyses 56:8
56:13,16
meta-analysis
82:23 127:5,21
132:6 134:9 135:7
methods 40:18
86:10
MICHAEL 1:13
3:3 4:1 145:7,10
148:15
microscopic 3:16
65:10
mid 11:18
midurethral 93:2,3
mind 110:9
minimal 33:2
minute 95:17
Mississippi 2:11
mistake 83:15
mitigate 128:22
modern 87:9
Monarc 11:14
monofilament
11:18 50:23
Monograph 3:20
123:7,22
months 26:16 80:8
80:16
Moore 1:15 145:4
145:21
move 46:15 64:9
70:8 80:20 114:8
115:5
multiple 32:10
34:13 36:1,5,6
40:24 41:2 116:15
117:1,3
multitude 135:7
muscle 13:18

N
N 2:9
name 4:6 14:19
108:3
narrowing 111:18
native 6:5 8:18
14:7 25:12,19,20
26:1,8 28:3,5 29:4
31:14 74:7,13,15
74:17,18 75:3,18
85:1,5,13,20,23
86:10 88:4,5,6,10
89:8 97:3 99:1,14
102:14 120:4
125:21 126:8,11
127:6,22 128:4,15
129:1 138:23
139:7 142:2
necessarily 9:9
14:1 22:12 34:23
35:18 49:21 51:5
63:2 85:16,22
97:24 113:9
necessary 146:4
necrosis 68:10 69:6
need 8:7 31:8 32:5
43:5 57:8 73:8
86:2 115:4
needed 87:5
needs 107:9
neighborhood
17:23 18:7,12
20:15 21:4,19
neither 145:13
never 7:22 13:17
14:14,15 23:4
29:18
new 46:24 94:21
129:7
night 15:17
Nilsson 92:12
Nine 126:1
non-mesh 58:17
noninvasive 40:17
40:19
nonresponsive 37:2

37:11 64:10 80:21
115:6
nonsurgical 5:15
40:18
nonuse 77:4
normal 34:1
notary 145:5,22
148:22
note 72:23
noted 146:11
148:11
Notice 1:14
notices 43:13,15
notification 73:1,4
noting 73:22
novo 97:6
number 17:22 18:4
19:23 21:13,21,22
21:23 41:16 54:11
55:21 65:18 66:4
92:12 93:5 95:11
118:10 125:19
137:5 138:1
numbers 56:9

O
object 20:14,20
21:2,11 22:20
23:15,19 27:4,21
30:3,9,14,19 33:7
34:7,18 35:6,22
36:4,13,21 38:6
39:4,23 40:2 43:2
43:8,23 44:22
45:3,15,18 46:12
47:1 48:4,13 52:4
52:9,21 62:13
63:1 67:6 69:20
72:6,13 73:19,24
81:13 85:15 87:19
89:11 90:10 98:1
99:9 100:4 107:2
108:14,24 109:5
109:18 112:1,19
113:3,8,24 114:6
114:21 115:2,13
116:3,7,19 117:21

118:5,21 119:3,9
119:16 120:11,15
136:24
objection 122:14
122:19 123:5,24
124:8,14,19 125:1
127:3 128:16,24
129:21 131:10,16
132:1 134:1,6,12
134:17,22 135:4,9
135:19 136:10,20
136:22,23 137:13
137:23 138:8,11
139:1,9 140:5,15
140:20 141:5,12
141:16 142:5
objective 47:23
48:7,19 85:19
87:14 130:17
obligation 48:10
obliterative 6:4
8:18 24:5,17
observed 68:12
69:12,22
observing 16:15
obstructive 5:16
obviously 32:19
36:20 50:5
occasional 68:12
69:12,23
occur 31:10 32:6
60:8 66:12 74:15
77:3,17 112:6
141:20
occurred 67:17,22
108:22
occurrence 39:15
occurs 60:6
Off-the-record
83:21
offer 58:2 116:9
office 22:23,24
40:20 76:6,16
145:17
offices 1:16
official 145:17
Oh 12:9 20:15

55:15 64:16 83:12
89:24 90:6 95:22
100:12 114:13
122:2 127:9,14
136:4
**Ohio** 1:18 145:2,6
145:22
**okay** 4:20,24 5:1,10
5:14,20,23 6:9,12
7:1 8:17,22 9:5,14
10:3,9,10,16,24
11:2,19 12:19,23
13:8 14:17,21
15:1,6,18,21,24
16:12,18,23 18:8
19:15 20:2,15,17
20:22 21:7 22:16
24:8,10 25:6,14
27:12,23 29:6,13
29:18 31:18,20
35:24 36:7,8,18
37:17 38:4 39:17
40:8,16 42:1
43:17 44:16 45:5
45:11 47:14 48:1
49:14 50:1,13
51:6,20 52:1,18
53:6,9 54:14
55:24 56:3,18,20
57:14,23 58:7,12
58:23 59:4,8,14
59:20 60:8,18
61:1,5,10,14,17
61:23 62:9,18
63:4,8,15,23
64:18,19,21 65:20
65:22 66:3,15,21
67:8 68:17,19
69:11,17 70:13,19
70:24 71:11,24
72:4,9,20 73:11
74:22,24 75:11,22
76:20,24 77:8,15
78:3,18 79:15
80:2,6 81:15,18
81:22 82:8 83:13
84:23 85:11 86:7

87:8,21 88:8,9
89:3,7 90:2,21
91:17,19,24 92:3
92:9,10,15,18
93:2,8 94:8,23
95:6,9,14 96:4,15
96:16,21 97:10,16
98:17,18 99:23
100:13,16 101:15
102:1,6,20,24
103:6 104:2,4,8
104:21 105:1,12
105:16,19,22
106:5,11,14 107:8
107:11,15,21
109:8 110:17,23
111:2,5,10,22
112:8,12,22,23
113:21 114:10
115:16 117:10,23
118:8,9 121:2,8,9
122:2,5 125:4,8
126:16 127:16,18
127:18 128:3
129:17 133:16
137:3 139:4,11
144:4
**once** 12:23 38:5,10
**ones** 56:13 130:10
**ongoing** 108:10
**open** 88:23 120:4
**operate** 19:7
**operation** 26:9
**opine** 122:10
**opining** 111:22
**opinion** 34:4 35:9
36:23 37:5,7,19
37:22 38:2,4,8,13
38:16 39:1 41:15
44:6 48:17 58:2
60:14 63:4,16
64:16 72:7 82:22
83:1,3,6 86:5
89:21 91:20
107:22 110:24
111:5 117:10
122:17 131:22

140:3,7 141:3
**opinion's** 83:7
**opinions** 17:11
42:13 43:12,22
44:1,3,8,9 45:1
46:20 48:21,23
52:15 54:23 58:8
70:14,15 72:9
82:13 84:20 89:18
89:23 90:22 92:1
106:15 116:9
117:8 124:22
130:8 131:2,19
137:11 143:11
**opposed** 7:6 140:18
**options** 5:10,15,20
5:24 6:1
**order** 41:23 42:2
**organ** 5:17 72:15
74:4 88:16 110:21
111:14 112:7
122:22
**organizations**
70:21 71:24 73:7
73:21 83:4 84:20
**original** 87:8 89:8
146:15
**originals** 122:1
**outcome** 28:14
74:3 87:10
**outcomes** 87:10
130:18 134:20
**outdated** 94:20
**outside** 35:7
**outweigh** 98:5
**overall** 75:19
102:15 103:8
104:8
**oxidate** 136:11
**oxidizing** 136:1,12

**P**

**p.m** 1:19 144:12
**page** 3:2,7 57:18
58:7 59:21 61:9
61:24 64:15 65:21
68:16,17 70:11

74:2 76:23 77:2
78:17,23 83:10
86:5,24 90:4,5
92:3,6,11 93:8,9
93:12,19 94:3,5
94:11,19 95:10,16
95:20,21,23 96:2
96:5,14,20 98:20
101:20 102:4
103:1,12 104:3
105:19 110:7
111:9 121:20
122:4 123:3,7,17
123:18,19 125:6
125:14 126:12,15
129:15 130:22,22
133:17 143:6
147:4
**pages** 148:6
**paid** 133:23
**pain** 31:8 32:4 40:8
40:9 41:3 71:20
77:2,3,16 81:4
109:4,7 111:17,17
111:19 141:3
**para** 79:10
**paragraph** 66:5,22
67:8 68:9,22
72:21 74:5 75:14
78:20 79:3,9 80:5
80:7,23 93:4,13
98:22 100:11
110:18 111:11
122:8
**Parkway** 2:10
**partially** 7:20
**particle** 49:8 59:24
60:2
**particles** 68:12
69:13,23
**particularly** 88:19
**parties** 145:14
**passers** 17:18
**patient** 9:23 14:2
24:3 26:13 27:9
27:13,17,23 28:12
28:18,18,23 29:7

30:23 32:14,22
33:1 56:9 57:19
67:4 85:23 105:24
106:3,7,15,20
107:1,4,6 115:22
117:19 118:24
119:4,8,12 120:8
124:12 128:10,18
129:3
**patient's** 33:11
**patients** 3:17 15:20
20:3,6 25:19 26:8
26:23 27:5,8 29:9
29:19 30:24 31:23
33:21,22 41:7
45:22 53:20 62:15
64:3,8 65:11
71:16,19 80:13
81:1,3 82:3,5
88:14 89:5 97:23
97:24 106:10
112:5 115:18
116:5 119:20,24
120:1,1,3,3 121:5
125:20 134:21
137:16
**peer-reviewed** 55:9
143:18
**pelvic** 1:5 3:13 5:17
18:24 19:1 31:8
32:4 35:2,3,8,8
58:15,16 60:21
62:3 72:15 74:4
77:2,3 88:7,15
110:21 111:12,14
111:17,23 112:2,3
112:6 122:22
123:1 141:3,18,21
**pelvis** 35:5,7,7
**Pennsylvania**
15:10
**people** 30:10 33:14
**people's** 85:3
**percent** 18:20 19:5
19:6 20:10,16,18
20:23 21:4,5,8
25:5 80:12,13,15

86:14 87:13,17
99:1,2,2,5,15
100:5,11 102:16
102:21 103:3,6,7
103:11 104:9,14
104:22 105:2,7,13
128:5,6 129:12,14
129:20 130:1,2,3
**percentage** 18:15
21:22 25:1,8,18
26:8,11
**perform** 18:16,22
34:24 41:7 43:18
45:7 72:24
**performed** 17:21
18:2
**performing** 9:3
32:13 72:14
**Perigee** 11:1 13:17
**period** 140:9
**permanent** 71:19
81:3 96:24 99:3,8
102:16 111:16
**permanently** 116:2
**personal** 44:10
82:8,18
**personally** 16:20
22:21 132:17
**pessaries** 5:16
**ph** 1:23
**Phone** 2:5,11
**photos** 61:18,20
62:14
**phrase** 35:19,20
**physical** 120:3
**physicians** 27:6
**picture** 48:3
**pictures** 61:11
**piece** 54:4 76:5
81:8 109:13
**pieces** 129:23
**Pinnacle** 14:15
**place** 30:11 33:12
140:19 145:10
**placed** 40:7 88:15
**placement** 74:4
80:9 88:18

**plaintiff** 1:14 2:2
89:12
**plaintiffs** 4:7 49:3
133:7,24
**plan** 28:11
**plating** 108:23
109:3,6,17
**please** 38:20 42:4
57:14 70:11 79:11
84:1 86:4 98:19
101:20 110:7
111:8 146:3,8
**Plus** 6:17,19
**point** 8:13,19 62:22
78:14 83:18
107:19 108:6
**poll** 112:15
**polypropylene** 3:12
3:16 6:24 7:6
11:17 49:22 51:4
59:17 60:20 62:6
62:16,16,19,23
63:21 65:9,24
68:12,13 69:12,13
70:2,6 108:12
132:3,12 135:12
135:22 136:1,2,8
136:11,19 143:12
**population** 88:4
**porcine** 6:7
**pore** 49:9,12 50:2
50:14,20,22 51:8
**porosity** 51:1
**portion** 15:19
**position** 3:18 70:21
71:1 77:6 78:4,5
79:8 82:2 83:5
90:8,16,16,23
91:2,12 98:6
110:20 119:23
**positive** 86:1
130:17 137:18
**possible** 27:18 31:8
32:5 58:20 98:3
122:20
**Possibly** 45:4 52:17
63:6 67:7 73:20

**posterior** 11:4
13:16 23:20
**potential** 49:9
67:10,15 69:2
138:9
**potentially** 109:16
111:15
**PP** 62:6
**practice** 6:6,12
7:10 18:14,24
19:5,6 20:2,10,18
20:23 21:8 23:4
134:19
**practicing** 5:2,11
**preceptor** 16:10
**preclude** 88:23
**prefer** 36:3
**preference** 7:5 13:3
13:4 23:17
**preferred** 13:14
**preparing** 44:23
**present** 77:11
106:14
**presented** 8:19
48:11 76:11
**pretty** 47:3 87:18
**previous** 28:14,19
129:2
**previously** 4:22
14:22 42:7 49:14
77:21 85:14 90:7
97:22
**primary** 97:18
119:8
**prior** 10:18,19
15:23,23 16:4
**probably** 9:13
13:14 17:5,6,9,23
18:3,11,12 21:3
21:19 24:18 25:4
30:10,16 40:6
46:21 65:16 79:16
128:18
**problem** 24:6 68:7
**problems** 26:17
31:9 32:6 33:9
49:3 71:17 81:2

81:11,24 111:19
**procedure** 6:21 7:7
9:2,6 17:1,4 21:10
21:18 23:23 24:5
24:6,17,18 26:3,4
26:10 27:3,19,20
28:1 29:1,7 30:12
31:9 32:5,23 33:6
33:10,11,18 34:21
34:23,24 40:5,12
43:19 44:6 45:8
76:16 77:12
103:18 116:1
119:1 124:13
125:21 138:24
**procedures** 5:18
6:13,15,20 17:21
18:2,9 19:9 25:9
27:14 32:10 36:6
56:11 72:24 88:24
97:13 139:17,19
139:20
**process** 11:12
28:24 30:22 32:14
46:9
**processes** 108:22
**procidentia** 9:11
**proctor** 16:21
**proctoring** 30:12
**product** 10:6 12:17
13:10,14,23 14:1
17:16 20:8 22:4,8
25:11 26:13 27:14
28:7,8,13 29:23
42:5 45:24 54:8
86:8 128:14
**products** 1:6 10:7
11:7,21 12:14,20
15:2 18:2 20:4
46:16 49:2,3 53:3
53:6,24 55:16
58:18 81:12 84:5
84:11 134:10
135:18
**Professional** 1:15
**profile** 84:24 97:17
**programs** 124:4

**prolapse** 5:4,7,8,12
5:18 6:2,14 8:14
8:23 9:10,10 10:1
13:12 14:6,13
18:2,5,9,16,23
19:3,4,13,14 21:1
23:18 24:19 25:2
26:10 28:3,15
29:2 72:15 74:5
85:24 87:14 88:16
88:19 93:23 97:2
97:2,2,4 98:24
110:21 111:14
112:7 119:13
120:3 122:23
128:10 129:4
130:16
**Prolene** 7:15 11:20
11:22 12:13,19
49:15 50:19 51:9
51:9,22 53:7,10
53:11 54:1 59:17
62:18 131:6,9
134:9,10,15,20
135:2,18,22 136:9
136:15,18,19
**Prolift** 1:11 3:9,21
4:9,15 6:9 9:8,13
9:15,20 10:12,13
10:18,19,21 11:22
12:24 13:9,11,16
13:19 14:1,11,22
15:2,4 16:16,19
17:1,4,21 20:7
21:10,18 22:4,8
22:18 23:3 24:24
25:2,3 26:13,20
27:3,7,24 28:13
28:18 29:1,7,22
30:7,12,17 31:2
32:8,23 33:5,15
33:18 34:14 36:2
37:20 38:18 39:3
39:10 40:5 41:10
41:20 42:15,24
43:6,11,19 44:14
44:20 45:8,12,16

46:10 48:22,24
50:16 51:10,11,13
52:3,20 53:2,12
53:24 54:4,8
55:17 56:23 57:5
58:4 62:18 72:11
83:18 84:24 85:2
89:4 93:5,9 97:13
97:23 99:7 107:12
110:5 111:3
114:18 116:16
117:1,24 118:11
119:1,7,12,19,23
120:9 121:5
122:11,13,17,18
122:21 123:7
124:12,18 125:12
125:21 127:1,6,22
128:4,5,10,14,22
129:19 130:5
131:8,14,20 135:8
137:6,10,12,17,17
137:20 138:10,24
139:7,12 141:4,8
141:11,15
**Prolift-specific**
15:6
**Prolift+M** 8:1
**properties** 51:12
51:17,22
**propounded** 148:9
**proprietary** 11:12
**prospective** 82:24
**prosthetic** 68:9
69:5
**provide** 64:4,12
82:17 96:11 98:12
101:16
**provided** 54:19
66:6 116:10 124:5
124:23 143:11
**provides** 62:4
**PS** 7:13,14 8:19 9:6
9:15 10:4 12:12
12:21 49:16 92:4
**public** 43:14 145:5
145:22 148:22

**publications** 133:1
**publicly** 54:18
**published** 55:4,5,8
62:5 71:1 93:5
143:19
**pulled** 46:11 47:13
**purposes** 4:23
**pursuant** 1:14
145:12
**put** 15:11,12 36:23
70:16 110:20
115:4 117:24
118:3,20 120:14
120:20 121:4

---

**Q**

**qualified** 42:19
**quality** 130:18
139:16
**quantified** 85:21
**quantify** 32:24
33:3 75:24 76:4
**quantity** 76:1
**question** 34:19
36:15,16 37:14,15
38:20 39:1,19,22
44:15 60:4 62:22
75:4 76:5 79:5
93:18 99:16
114:12 115:6
119:5 127:19
139:2
**questions** 28:10
73:1 121:11 125:9
128:8,11 129:9
130:24 137:5
138:1,17 139:22
143:2 144:3 148:8
**quote** 51:24
**quoted** 108:2
**quoting** 76:13

---

**R**

**R** 1:9 145:1 147:1,1
**randomized** 45:21
46:16 56:8,13
82:23 86:9 87:12

105:6 125:19
128:4 132:8
134:14 135:7
143:24
**range** 29:16
**rate** 75:15,17 76:1
76:2 87:18 97:12
98:23 99:7,14
104:9,9,14,18,23
105:12 127:6,10
127:11,21 128:5
129:9,13,19
**rates** 29:16 86:12
87:3,5,11 97:1,4,6
125:10
**ratify** 51:11
**rats** 39:6 107:24
**RCT** 87:12
**RCTs** 102:7,10
105:17
**re-ask** 91:5 115:6
121:1
**reach** 99:18 117:6
**reached** 42:24
128:7
**reaching** 42:13
54:23 100:17
**reaction** 107:13,18
108:5,7,10,22
109:3,10,12,14
**reacts** 50:24
**read** 16:1,1 27:1
33:16,19 59:13
62:1,7 66:9,19
67:1,12 69:15
71:3,22 75:20
77:19 81:6 83:10
87:15 89:15 97:8
97:19 98:7 99:4
99:21 100:14
102:18 103:4
104:11 111:20
132:24 146:3
148:5
**Reading** 15:10
**ready** 57:12
**real** 60:13

**really** 21:12,14
29:4 33:13 46:13
46:19 53:13 55:9
69:23
**Realtime** 1:16
**reanalyzed** 87:9
**reason** 8:4 23:6
63:23 64:5 67:17
82:17 87:4 103:23
143:18,22 146:5
147:6,8,10,12,14
147:16,18,20,22
147:24
**reasonable** 114:2
114:15,20,23
115:3,8,14 117:17
117:18 121:4
**reasons** 76:15
84:23 123:2
**recall** 15:13 129:13
133:2 136:17
137:7
**receipt** 146:17
**receive** 15:6
**recess** 57:9
**reconstructive** 77:4
**record's** 12:7
**records** 33:11
**recreating** 129:7
**recruit** 45:22
**recurrence** 85:24
98:4 128:21,23
**recurrences** 120:2
**recurrent** 28:3
88:19
**redirect** 79:17
121:17
**reduction** 80:15
**reevaluated** 85:12
**refer** 37:23
**reference** 4:21 38:9
39:2,12,14 129:11
**referenced** 78:10
**references** 84:6,7,9
**referencing** 95:19
**referral** 22:8
**referred** 22:3,5

**referring** 39:7 84:9
91:14 116:20
127:12 141:23
**reflect** 72:4
**reflected** 125:23
136:14 137:21
**reflects** 58:24
**regarding** 4:9,15
29:22 30:17 32:23
42:14 43:6,11,18
44:8,10,19 45:2
48:21,23 49:5
50:14,20 51:8,23
52:3,7,20 54:8
55:7 58:4 62:23
70:20 84:3 86:6
92:4,15,24 93:23
106:15 109:24
113:6,22 114:5,17
115:17,24 118:1
118:14,18,24
121:5 128:9
131:19 132:3
137:11 138:23
139:6
**regardless** 33:2
77:4
**regards** 110:20
**Registered** 1:15
**regulation** 107:3
**regulatory** 42:8,10
58:9 59:10,11
106:23
**reinforcement** 3:13
60:20 62:4 129:6
**related** 20:3,11
21:9 23:10,13
31:21 33:15 34:14
36:2 37:20 38:17
39:3 51:22 73:1
84:11 108:10
113:7 143:12
**RELATES** 1:8
**relating** 135:8
**relationship** 55:17
139:15
**relative** 145:13

released 117:2
118:10
relevance 46:19
131:1
relevant 50:19 51:8
51:14 52:8 131:13
reliable 50:13 90:9
reliance 3:10 4:21
4:24 41:16 54:9
55:22 58:23 61:6
62:10 65:16,18
71:5
relied 81:9 83:3,5
124:22 126:5
rely 48:22 50:14
56:11 73:7 82:18
101:4 130:7
relying 49:4,7
107:21 128:15
remainder 25:8
remember 10:14
108:3 110:24
125:9 126:20
128:11 129:8
130:24 132:2,11
133:15 136:13
138:2,20 139:13
139:21 142:13
143:3
removal 40:10,24
remove 40:20
removed 76:6,15
reoperation 75:15
75:16 76:2,4,7,17
86:2 97:2,4,12
98:23 99:7,14
reoperations 76:16
repair 1:5 8:14 9:8
9:14,16 14:8 21:1
25:13,19,21 26:2
26:9,10 28:4,5
29:4,5 31:14
34:13 74:13,15,17
85:5,13,23 86:10
88:6,6,16 89:8
97:3 99:1,3,8,15
102:14 120:4,5

126:9,10,11 127:7
127:23 128:15,18
129:1 138:24
139:7 142:2
repairing 6:21 7:8
repairs 6:3,4,5,5,8
6:23 8:18 71:17
74:7,18 75:3,18
76:3 81:1 85:2
88:4,10 138:15,15
repeat 26:9 34:13
100:6 127:19
139:2
repeated 36:1
rephrase 37:16
64:20 74:23 91:18
139:3
report 3:8 4:15
17:10 44:23 47:21
52:16 55:14 56:1
56:6,21 57:4,15
59:21 64:4,12,15
64:22 70:12 78:3
78:8,11 79:6
81:18 82:13 84:19
85:9 86:22 90:4
90:19 91:2,22
92:3,6 95:10
96:17 98:12
101:15,21 104:3
105:2,20 106:5,15
106:19 110:8,16
111:5,9 121:21
122:6,10 123:3
125:7,15 126:13
129:12,15,18
130:8,21
reported 22:16,21
22:24 23:4,6
86:12 113:18
reporter 1:16
83:22 121:24
127:20 144:5
reports 77:16 89:9
89:15,17 133:3
represent 61:5
65:17 71:4

representing 4:7
reproducible 56:12
reputable 101:1
request 45:7
requested 43:17
46:24
require 9:13
required 100:6
103:2
requirement 59:12
requirements
106:23 107:1
reserved 88:16
89:5
Resource 3:20
123:7
respect 5:23 7:9
37:12
respects 145:12
response 73:4
responsibility
58:19
rest 82:13
result 33:5 67:20
77:18 86:1 137:18
145:15
Resulting 79:22
results 8:6 26:1
28:8 98:20
retention 111:19
retraction 38:13,15
38:17,19,23 39:2
39:12,18 77:17
retrospective 82:24
return 146:15
review 3:19 17:12
30:2 46:8 47:6
54:7,22 56:15
58:12 75:15 83:8
83:14 92:19 93:14
93:20,23 94:6,12
94:20 95:1,8,11
95:15 96:19
100:21 101:1
102:5,8 103:20,24
104:13,21 105:16
126:23 130:7

131:18 134:8
142:16,20,22
reviewed 42:22
46:4 54:17 55:2
55:17 58:9 59:10
91:21 106:24
107:5,8 108:8
109:23 110:3
116:12 117:6,9
124:21 126:3
132:24 134:24
137:22
reviewing 86:5
99:18 112:9 133:2
135:6 136:13
reviews 56:16
126:18 142:19
revised 87:11
revision 103:17
revisit 79:16
Ridgeland 2:11
right 5:2 8:11
19:20 20:13 21:12
24:2,14,21 25:11
25:16 31:2 32:2
35:5 36:20 40:23
41:17 42:8,11
45:2,9,13 48:7,19
49:23 50:8,11
53:4,17 54:13,15
56:1 57:5 58:24
59:22 61:9,13
62:19 67:19,20
68:17 70:1 73:13
73:18,21,23 74:1
74:8 75:5 76:7,8
77:6,13 78:11,15
79:2,4 82:16
83:14 88:2,2 91:9
92:16,23,24 93:2
93:3,21 94:4
96:12 99:6,24
100:18 101:6
108:19 121:18
123:13 126:19
136:6,21
rigorous 43:5,18

risk 28:19 35:1,10
35:13 74:6,7,12
74:14,16 75:2,2,7
88:18 98:4 99:2
102:15 120:1,2
128:20,23
risk-benefit 84:24
97:16
risks 23:9 27:8,13
30:23 31:5,5,7,11
31:13 32:13,17
34:9,21 98:5
115:23,23 122:12
122:18,20,23
124:17
rolls 40:6
RPR 145:4
RTCs 56:18 102:21

___

S

sacrocolpopexies
6:4
sacrocolpopexy
25:15
sacrospinous 13:17
13:19
safer 128:18
safety 42:14,23
43:6,21 44:19
48:23 50:15 51:23
56:22 115:18
117:19 118:1,18
137:11
sanitary 24:22
save 59:15
saw 22:13 33:12
41:21 60:10
124:10
saying 49:3 67:21
67:22 69:21,21
74:16 76:2 84:8
99:6 140:17
says 60:7 61:12,13
62:2,14 83:12
86:16 99:11
143:16
scar 108:23 109:3,6

109:16
scarring 32:4
    108:23 111:18
    140:23 141:10
scientific 7:4 14:14
    55:21 56:7,13
    61:18 118:7
    139:18
scientists 42:18
    85:11 108:9
scope 123:24 124:8
Scott 132:13
seal 145:17
search 55:15
second 61:24 66:5
    68:9 69:4 71:15
    74:5 88:15
second-to-last
    98:22 143:5
section 3:11 54:12
    57:18,23 58:13
    59:7,23 65:23
    70:1,4,5 74:3 75:1
    88:12 98:20 102:2
    102:5 103:1 104:5
    106:21 133:19
section's 105:23
sections 77:18
see 8:7 26:14,15,17
    36:10 44:12 46:10
    57:21 58:10 60:23
    61:11,15,21,22,24
    65:12 66:1 74:2
    78:13 80:7 83:20
    86:8 92:5,13
    93:15 94:7 102:8
    104:6 106:1
    123:18 133:19
    143:8
seeing 127:8 133:2
seek 22:8
seen 27:5 33:21
    44:21 52:13 55:1
    55:6 65:15 82:3,4
    82:9 106:4,12
    108:15 110:1
    134:19,24 135:11

137:17 138:14
selection 119:4
    124:12
sense 49:1
sentence 61:24
    66:21 68:9 69:4
    69:11 71:15 72:23
    74:5 75:1,14
    88:15 98:9,23
    100:10 106:20
sequelae 71:20
    72:1 81:4
serious 33:17,21
    34:16,17 35:16,17
set 145:16
seven 130:14
seven-year 130:11
severe 33:2 68:6
    80:11
severity 32:21,24
    33:3 113:7
sexual 111:17
sexually 24:22
SGS 110:19
shape 140:22
share 114:3,15,20
    114:24 115:9
she'd 28:9
sheet 146:7,9,12,15
    148:11
short 57:11
short-term 138:6
shorter 75:19
show 29:16 62:14
    71:3 80:18 98:15
    125:19
showed 66:16
    140:9,21
shown 132:2,11
shows 37:24 100:1
    108:7
shrinkage 77:17
    79:22,23 80:11,14
    80:16,18,19
    139:22 140:12
shrinks 140:3
sic 99:2

sides 48:10,11
sign 146:8
Signature 144:5
significance 60:2,5
    60:7,9,12,14,15
    63:12,16 65:24
    70:2,6 125:22
    128:7
significant 66:4
    67:20 71:18 81:3
    134:20
significantly
    130:18
signing 146:10
similar 9:1 66:11
    97:11
simply 81:15
single 106:20
sir 91:16
sit 51:21 63:24
    79:18 81:22 82:16
    84:1 119:18
    143:21
situation 9:1 24:9
    24:11 28:13
situations 9:20
    13:9 14:4
six 26:15,15 107:20
    108:6
sixteen 19:10
size 9:10 29:2,3
    49:9,12 50:14,20
    50:22 51:8 80:13
    140:10,22
skimmed 89:16
slightly 139:3
slings 19:2 20:13
    21:6 51:19 93:2
small 71:18 76:5
    81:2
smaller 13:21 54:4
SNOW 2:10
So-and-So 28:4
societies 110:19
Soft 7:15 11:22
    51:9,23 53:11
    54:1 59:17

sold 18:10
somebody 28:2
    67:23 76:5
sorry 6:18 7:14
    12:6 21:21 22:1
    32:1 44:15 47:8
    51:9 65:2 68:15
    70:4 74:21 76:10
    83:12 89:24 91:18
    96:2 100:10
    101:22,24 103:10
    114:8 115:5
    116:20 120:17,19
    125:13 127:9,12
    127:14,15
sort 103:17
SOUTHERN 1:2
space 146:6
special 30:11
specific 7:11 9:6
    29:11 32:8 110:1
    112:8 122:18
specifically 23:14
    27:24 31:19,22
    32:2 33:8 39:1
    55:16 79:10 122:8
    122:12 130:10
    143:23
specify 12:7
specimens 66:6
spend 21:8
SS 145:2
SSC 8:18
stage 29:3
stand 110:9
standard 47:3
    104:17 105:11,13
standardization
    88:9 139:12,16
standards 104:10
    105:8,14 107:6,9
standpoint 46:1
    120:4
start 6:6 58:17 66:5
    93:19 104:8
started 10:3 12:23
    25:3 47:12

starting 92:5
starts 58:18
state 51:1 66:15,22
    69:11 71:14 75:15
    84:10 98:23
    102:14 103:2
    110:18 111:12
    145:2,3,6,22
    146:5
stated 90:7
statement 3:18
    14:3 71:1 75:5,9
    76:11,18 78:4,5
    78:10 79:8,10
    81:16,19 82:2
    83:5,6 84:14,16
    89:4 90:8,16,16
    91:12 93:17
statements 70:21
    84:19 110:20
states 1:1 75:1 86:9
    93:13
stating 73:8 102:20
statistical 128:7
stayed 19:23 29:21
stays 80:1
stiffening 66:23
stiffer 67:3
stipulations 145:12
stops 107:19
story 48:10,11
stratosphere 35:14
Street 1:17 2:4
stress 97:5,7
    111:13
strike 37:1,11 64:9
    70:8 80:20 90:11
    114:9 115:5
    126:15
striking 120:17
strong 13:19
structure 129:7
studies 42:14,16
    43:5,18 45:7,13
    45:17,21 46:23,24
    47:6,11 51:11,13
    51:20 52:2,19

55:7,13 56:20
57:4 80:17 89:9
92:12 93:5 97:10
125:23 126:2,7
130:5 131:23
140:8,21
**study** 47:17 62:2,4
76:13,14 80:8
86:3,16,18,19,21
87:9,21 92:12,15
92:24 108:1,2,4,5
112:9 128:3,3
130:1,2 132:3
135:11 142:12,15
142:18,23,24
143:3
**studying** 39:9
**stuff** 54:19
**subject** 146:10
**subjecting** 34:12
**subjective** 85:19
87:11 130:17
**Subpoena** 1:14
**Subscribed** 148:18
**subsection** 58:24
**subsequent** 35:2
**subsequently** 10:5
12:24
**substance** 148:10
**success** 29:16 86:12
86:13 87:3,11,11
87:18 125:10
**successful** 28:14
**suffer** 6:13 21:9
**suffered** 5:3,7,11
6:2 21:17 22:18
33:4 39:18,21,24
**suffering** 18:23
20:3,6,19,24 27:2
119:13
**suffers** 41:3
**SUFU** 60:11 110:19
**suggests** 63:22
**suitable** 131:14
**Suite** 1:18 2:4,10
**support** 5:16 13:15
58:15 98:6,15

129:7
**sure** 12:9 24:20
26:21 30:10 33:9
42:21 47:20 55:19
56:3 71:6 78:16
106:19 110:10,11
142:8
**surface** 10:1
**surgeon** 58:16
87:20,22 88:2,7
**Surgeon's** 3:20
123:7,22
**surgeons** 72:14,24
87:24 111:12,24
112:2,3,9,17
123:1
**surgeries** 16:12,16
18:15,22 19:13,14
25:2,10 34:13
35:3,4,10,15 36:2
40:24 41:3 129:5
141:19
**surgery** 3:13 16:5,9
23:10 28:14,19
31:5 34:10 35:2
35:12,12,14 41:7
58:16 60:21 72:15
77:4 97:6,18
100:6 103:2,8
111:13 119:8
130:16 138:10
139:8,16 141:21
**surgical** 5:18,23
6:1,13 14:1,12
15:3 23:18 97:13
103:17
**surrounding** 68:13
69:13
**survey** 112:15
**suture** 11:15
**sutures** 142:3
**sworn** 4:3 145:8
148:18
**symptoms** 5:9
**synthetic** 6:19,22
7:9 8:12,14,22
10:3 18:10,16

31:7 51:19 62:3
74:4,14,20 128:14
128:17 129:6
130:16
**SYSTEM** 1:5
**systematic** 56:16
100:21 142:19
**Systems** 11:3,5

**T**

**T** 145:1,1 147:1
**tailor** 24:15
**take** 9:2 29:19
43:10 112:15
**taken** 1:14 57:9
145:11
**takes** 24:6
**talk** 31:16 90:14
110:9
**talked** 135:17
139:11 143:20
**talking** 11:16 27:7
43:14 69:8 70:7,9
72:1 75:7 90:23
91:1 141:22
**taught** 16:23
**taut** 77:18
**teach** 17:1,3
**teaching** 124:3
**technique** 80:19
**techniques** 40:19
**TECHNOLOGI...**
1:22
**tell** 14:19 27:23
31:1,4 49:6,6
143:21
**temporary** 111:16
**Teresa** 1:15 145:4
145:21
**term** 35:24
**terminology** 84:14
84:16
**terms** 126:8 129:12
131:13,14 132:18
140:12 142:1
**testified** 42:7 47:10
49:14 59:16 97:22

137:9 140:2
**testifying** 59:9
**testimony** 45:5
120:7 126:17
**thank** 14:9 22:1
59:14 75:13 76:20
121:10 142:9
144:2
**Thanks** 103:14
**theoretically**
139:20
**thicker** 66:16
**thing** 19:8 59:13
**things** 47:6
**think** 6:6 8:24
10:15 11:13,16
13:24 14:16 16:14
20:21 21:5 23:10
23:16 28:9 32:24
34:14,15,16 35:11
35:19,23 39:13
41:13,14,24 42:18
43:24 46:13 49:24
50:13,17,18 51:16
55:8 56:24 61:3
65:15 69:8,10
70:3,19 72:19
74:10 78:9,19
79:20,21 88:1
94:16 97:22 98:15
105:7,15 107:17
107:18,24 108:2
109:6 114:7 115:4
117:12 118:23
119:13 122:21
123:1,18 127:24
131:21 133:11
136:3
**thinking** 123:2
**third** 68:24 72:23
123:18,19
**thirty** 146:16
**thought** 14:4 23:16
31:24 41:12 52:2
52:18 85:14 96:14
**three** 5:20 16:14,15
16:15 17:9,23

18:13 19:8 21:4
68:20 80:8,16
86:9 87:12
**three-year** 102:8
**tied** 63:10
**time** 12:20 14:10
15:1,3 25:5 30:2
32:19 34:20 35:12
38:12 59:15,18
60:3 66:16,24
67:3 117:7 118:10
140:9 145:10
**times** 9:22 17:3
19:9,10
**tissue** 6:5 14:8
25:12,19,21 26:1
26:8 28:3,5 29:5
31:14 68:10,13
69:6,14 74:7,13
74:15,17,18 75:3
75:18 79:21 85:1
85:5,13,23 86:11
88:4,5,6,10 89:8
97:3 99:1,14
102:14 120:4
126:9,11 127:7,22
128:5,15 129:1,2
138:24 139:7
140:13,17,22,24
142:2
**title** 70:4
**titled** 74:3 133:19
**today** 4:8 5:21 6:9
6:12,22 7:10
14:21 18:14,18,21
23:17 25:22,24
41:9 42:11,12,13
45:6 51:21 59:9
64:1 79:18 81:22
82:16 84:1 119:6
119:18 143:21
**today's** 104:10
105:7,13
**Todd** 1:17
**told** 31:24 120:21
**top** 61:9 86:8
**topic** 141:1

**total** 9:7,8,16 18:4
21:22,23 75:16
76:1
**tough** 30:4
**Tower** 1:18
**tracks** 23:13
**tract** 31:6 32:3
**traditional** 6:3 8:17
127:7,22 128:6
138:15
**training** 15:7,9,13
15:16,17,22 16:18
16:19 17:11 82:11
82:15,19 112:3
**transcript** 146:17
146:19
**transcription** 148:7
**transition** 10:5
**transvaginal** 96:24
97:17 102:16
130:16
**transvaginally**
88:15
**treat** 5:6,11 6:1,13
8:23 14:6,13 18:5
18:16,22 20:2,6
20:18 22:5 23:24
24:18 25:2 26:8
28:15 36:2 93:23
103:18 128:10
**treated** 21:17,24
22:9,17 39:17,20
39:24 53:21 82:5
125:20
**treating** 5:3 13:7
20:11,24 21:8
82:9
**treatment** 24:15
**treatments** 23:18
**trial** 42:5 82:24
86:9 87:12 128:4
132:8 134:14
143:24
**trials** 45:22 46:17
56:9,9,10,14
105:6 125:19
135:7

**tried** 29:24 46:22
48:5 55:15 56:15
56:20
**trocar** 17:17
**true** 22:15 25:22,23
40:24 42:11,12
63:12 115:23
**truth** 145:8,8,9
**try** 37:14 136:7
**Tuesday** 1:18
**turn** 38:24 57:14
59:20 61:8,23
65:20 70:11 74:2
76:22 86:4 90:4
94:3 95:16 98:19
101:19 104:2
105:19 110:7,14
111:8 123:17
126:12 129:15
133:17
**turning** 93:8,8
**TVM** 54:23 55:1
**TVT** 11:20 12:13
12:17,20 48:22
49:4,15 50:14
51:7,14,18,22
52:2,19 53:3,6,11
53:24 54:3 92:15
131:1,1,5,12
135:8
**TVT-O** 4:22 70:20
131:1,5
**TVTs** 92:24
**twelve** 19:10
**two** 13:5 15:15,16
15:16 17:23 18:13
19:7 21:4,5 26:14
37:13 51:5 61:11
68:20 126:17
132:16 133:22
139:19
**type** 5:8 7:7 11:18
42:20 50:23 68:7
94:15 112:6,14
**types** 128:11
141:18
**typical** 9:14

**typically** 26:12
**typing** 94:16

_____

**U**

**U.S** 1:10
**ultimately** 115:16
117:14 118:13
**ultralateral** 86:11
**ULTRAPRO** 7:23
**ultrasound** 80:8
**ultrasounds** 140:8
**um-hmm** 13:13
16:6,8 39:11
49:20 57:17 69:3
72:22 73:14 78:18
80:10 88:13 92:20
96:18 122:9
126:14 133:18
**unacceptable**
105:10
**undergo** 26:9 27:19
29:1,7 36:1 81:1
116:1
**undergoing** 28:23
71:16 102:14
130:15
**undergone** 39:10
**undersigned** 145:4
**understand** 4:9
11:24 33:4 44:2
55:19 64:2 68:2
74:21 116:15,24
117:2
**understanding**
7:10 9:19 11:6,9
11:11,19 12:11
17:20 18:1,8
20:23 21:7 23:12
25:1 26:7,19 41:9
42:1 54:17 107:11
109:2 119:22
120:8,12
**understood** 45:19
**undertake** 44:18
51:6
**undertaken** 112:14
**unfavorable** 57:4

**unique** 24:12 36:10
36:11 77:9 122:12
122:18 138:10
141:2,4,7,10,14
141:23
**UNITED** 1:1
**update** 94:23 105:1
**updated** 94:24
118:11
**Uphold** 14:16
**urinary** 31:6 32:3
97:5,7 98:24
111:13,19
**urogynecology**
19:1
**use** 5:17 6:13,19,22
8:1,4 10:16,21,24
13:22 14:5,7
18:16 36:3 40:19
44:7 53:6 58:18
71:20 75:6 77:4
81:5 111:14
128:10,14
**uses** 54:3 62:19
84:14,16
**usually** 19:8 22:6
24:11,21
**utility** 97:17
**utilizing** 142:3

_____

**V**

**v** 1:9
**vagina** 76:6
**vaginal** 9:12 35:4
62:3 71:17,21
74:4 75:17,18
77:16 80:9 81:1,5
86:12 87:5 88:16
111:18
**vague** 132:1
**varied** 74:6 75:2
**vault** 9:12
**versa** 63:13
**versions** 117:1,3,5
**versus** 9:15 27:20
126:8,11 139:20
**vice** 63:13

**video** 1:13 15:21
16:4 110:12
**videos** 16:2
**viewed** 28:17
**viewpoint** 52:6,23
**viewpoints** 43:4
**VIRGINIA** 1:2
**vitro** 39:6
**vividly** 138:4
**vivo** 3:16 39:10
65:10 132:12
**vivo,in** 39:6
**Vladimir** 3:15 65:8
132:13
**voiding** 111:19

_____

**W**

**wait** 95:17
**Walker** 2:9 3:4
12:6 19:17 20:14
20:20 21:2,11,21
22:1,20 23:15,19
27:4,21 30:3,9,14
30:19 31:2 33:7
34:7,18 35:6,22
36:4,13,21 38:6
39:4,23 40:2 43:2
43:8,23 44:22
45:3,15,18 46:12
47:1 48:4,13 52:4
52:9,21 57:7
59:15 62:13 63:1
67:6 69:20 72:6
72:13 73:19,24
78:14,17,19 81:13
85:15 87:19 89:11
90:10 96:3 98:1
99:9 100:4 103:10
103:14 107:2
108:14,24 109:5
109:18 112:1,19
113:3,8,24 114:6
114:21 115:2,13
116:3,7,19 117:21
118:5,21 119:3,9
119:16 120:11,15
121:13 122:3

123:10,14,16
127:19 128:1
130:21,23 137:1,4
142:7 144:4
**wall** 86:10
**want** 19:8,12 27:17
31:16 37:1 41:13
45:23 48:15 83:10
128:9 141:1
**wanted** 36:10
**warn** 117:11
**warned** 58:3 72:10
**warning** 117:15
**warnings** 57:24
116:10 117:12
118:14
**wasn't** 36:15 40:7
85:5 87:22 96:16
114:12
**watch** 15:21
**watched** 15:23 16:4
**way** 48:2 115:10
134:11,16 136:6
**Wazee** 2:4
**we'll** 37:4 62:1
**we're** 4:8,23 26:4
57:11 68:16,18
71:9 88:7 137:1
141:22 144:4
**we've** 33:21 57:7
66:11 97:10
118:13 135:17
**wealth** 113:21
**weave** 12:3,4 49:15
49:18 50:5,19,20
53:7
**weaving** 11:12
**Weber** 86:17,18,21
87:21 89:7
**week** 19:7,9
**weeks** 26:14,15,15
107:20 108:6
**weight** 12:2,8,17
49:9,12 50:11,15
50:21 51:8 57:2
**well-known** 58:21
68:10

**well-positioned**
73:12
**well-versed** 73:12
73:17
**went** 8:17 13:17,18
13:19 22:13 85:12
85:18
**weren't** 8:12 85:2
**WEST** 1:2
**WHEREOF**
145:16
**wish** 24:20
**withdraw** 45:12,16
83:24
**withdrawn** 83:19
**Witness** 4:2 19:18
21:23 37:17 78:18
114:10 121:22
122:2 123:13
136:23 137:3
144:6 145:16
146:1
**woman** 21:17 22:7
22:17 34:12 39:17
39:20,24 41:3
102:14 109:4
**woman's** 107:16
**women** 5:3,6,11 6:1
6:13 18:23 20:18
20:24 21:9 22:3
27:2 33:4,9,17
34:4 36:1 39:10
80:8 82:9 87:13
98:4 100:6 102:16
102:22 103:3,7,7
103:16 130:15
**word** 135:12
**words** 121:19
**work** 26:10
**working** 112:3
143:9
**wouldn't** 29:11
35:15 44:9 48:15
48:19 50:2 75:23
**woven** 49:22
**written** 89:9
100:12

**X**

**Y**

**yeah** 8:24 17:15
19:18,21 20:13
23:16 31:4 44:5
44:11 45:9 46:7
47:9 55:20 56:12
68:23 94:18
100:12 108:20
110:15 136:6
143:16
**year** 19:12,15
26:16,20 27:2
104:22
**yearly** 26:18
**years** 17:7 25:4
66:8,13 77:12
130:14
**Yep** 68:21

**Z**

**ZONIES** 2:4
**zoomed-in** 61:17

**0**

06/17/21 145:22

**1**

**1** 3:8 4:11,14 11:18
50:23 56:15 57:16
70:12 90:5 100:21
104:3
**1,097** 102:15
**1.4.2** 102:2,5
**1.4.4** 103:1,13
**10** 17:6 65:21 68:16
68:17,19 86:24
**100** 3:14 60:21
103:3
**1020** 2:10
**109** 3:11 58:13,24
**11** 90:5 92:3,6
133:17
**12** 102:16,21 103:6
105:13
**121** 3:4

**1227** 103:3
**123** 3:20
**134** 102:15
**14** 93:9 125:6,14
**1400** 2:10
**142** 3:5
**15** 17:6 93:12,19
94:11,19 95:23
126:15
**16** 95:20 96:2,14
101:20 102:2,4
103:13 126:12
129:15 130:22
**17** 130:22,22
**18** 94:3 95:10 96:3
96:4,5 99:5 110:7
110:14
**182** 19:17
**19** 102:7,13,21
104:3 105:17
**1900** 2:4

**2**

**2** 3:10 4:18,24 74:2
95:16 96:20
**2.5** 130:2
**2:12-cv-02076** 1:11
**2:12-MD-02327**
1:5
**20** 25:4 111:9
148:19
**200** 19:15,20
**2001** 86:9,19
**2002** 92:5
**2004** 83:9,12
**2006** 10:15
**2007** 10:15
**2011** 71:2 83:12
91:20,21
**2012** 137:19
**2013** 92:12 93:14
93:20 94:20
126:23
**2015** 92:21 134:7
**2016** 1:19 3:19 94:6
94:21 95:7,11
104:21 142:16,20

142:22 145:18
**203** 2:4
**21** 3:11 57:18 58:9
58:12 105:19
121:20 122:4
123:7
**22** 58:7 86:17 123:3
**2327** 1:5
**250** 18:5
**265** 61:9
**27** 59:21 78:17 79:1
**28** 1:19

**3**

**3** 3:11 59:2,5 76:23
80:1 104:9 105:2
105:7 129:14
**3.2** 130:1
**30** 21:19 25:5 86:13
146:16
**301** 1:17
**3300** 1:18
**375** 18:5
**39** 128:5
**39157** 2:11

**4**

**4** 3:8,10,12 60:16
60:19 86:5
**40** 21:20
**45202** 1:18
**46** 86:14

**5**

**5** 3:15 65:5,8 70:11
99:1,15
**5.3** 130:3
**50** 18:3 80:12,15
104:14,22
**500** 41:17
**513** 71:1
**522** 41:22 42:2
45:17 47:15
**59** 3:11
**5th** 145:17

**6**

Michael Karram, M.D.

**6** 3:18 71:7,9 79:24
**6:49** 1:19
**60** 3:12
**601-948-5711** 2:11
**65** 3:15 128:6

---
**7**

**7** 3:19 95:4,7,14
  96:20 99:2,5
**71** 3:18
**720-464-5300** 2:5
**75** 18:3

---
**8**

**8** 3:20 95:21 99:2
  100:13 103:3,7,11
  104:9 105:2,7
  123:11,15 129:12
  129:14,20
**80** 19:5,6
**801** 3:11 58:9,13
**80202** 2:5
**84** 6:6
**877.370.3377** 1:23
**89** 87:13,17

---
**9**

**9** 68:19
**9.3** 80:13
**9:30** 144:12
**90** 19:6
**917.591.5672** 1:23
**95** 3:19