IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>WAVE 3 CASES | |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SCOTT A. GUELCHER, PH.D.

Defendants Ethicon, Inc., Ethicon LLC and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Scott A. Guelcher, Ph.D. Dr. Guelcher's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum in Support of Motion to Exclude The Opinions and Testimony of Scott A. Guelcher, Ph.D., and also the following exhibits:

| Exhibit | Description |
|---|---|
| A | List of cases to which this motion applies; |
| B | *Huskey* 8/25/2014 Trial Transcript; |
| C | Guelcher 3/23/16 Deposition Transcript; |
| D | Mays 3/2/16 Deposition Transcript; |
| E | Priddy 3/8/16 Deposition Transcript; |
| F | Expert Report of Scott A. Guelcher, Ph.D.; |

| | |
|---|---|
| G | Guelcher 12/18/14 Deposition Transcript; |
| H | J. Blavias, *et al.*, *Safety Considerations for Synthetic Sling Surgery*, 18 Nat. Rev. Urology 17 (2015); |
| I | MacLean 9/29/15 Deposition Transcript; |
| J | *Perry* 2/3/15 Trial Transcript; |
| K | *Winebarger* Report; |
| L | Guelcher 9/15/15 Deposition Transcript; |
| M | S.A. Guelcher & R.F. Dunn, "Oxidative Degradation of Polypropylene Pelvic Mesh *In Vitro*," 26 (Supp. 1) Int'l Urogynecology J. 55, 56 (2015); |
| N | Iakovlev 9/14/15 Deposition Transcript; |
| O | P. Moalli, *et al.*, *Characterization of the Host Inflammatory Response Following Implantation of Prolapse Mesh in Rhesus Macaque*, 213(5) Am. J. Obstet. Gynecol. 668.e1-668e10 (Nov. 2015); |
| P | V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015); |
| Q | A. Imel, *et al.*, In Vivo *Oxidative Degradation of Polypropylene Pelvic Mesh*, 73 Biomaterials 131–41 (2015); |
| R | A. Clave, *et al.*, *Polypropylene As A Reinforcement In Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants*, 21 Int. Urogynecol. J. 261, 266 (2010); |
| S | A. J. Wood, *et al.*, *Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient*, 24 J. Mater. Sci. Mater. Med. 1113 (2013); |
| T | Shelby Thames Expert Report; |
| U | C.R. Costello, *et al.*, *Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants From a Single Patient*, 14 Surg. Innov. 168 (2007); |
| V | C.R. Costello, *et al.*, *Materials Characterization of Explanted Hernia Meshes*, 83B J. Biomed. Mater. Res Part B: Appl Biomater 44 (2007); |

| | |
|---|---|
| W | B. Fayolle, *et al.*, *Oxidation Induced Embrittlement in Polypropylene—A Tensile Testing Study*, 70 Polymer Degradation & Stability 333 (2000); |
| X | Guelcher 3/25/14 Deposition Transcript; |
| Y | T. Liebert, *et al.*, *Subcutaneous Implants of PP Filaments*, 10 J. Biomed. Mater. Res. 939 (1976); |
| Z | IR Microscopy of Explanted Prolene (Sept. 30, 1987), ETH.MESH.12831391–392; |
| AA | Seven Year Data for Ten Year Prolene Study (Oct. 15, 1992), ETH.MESH.07690752–756; |
| BB | Jordi 10/30/13 Deposition Transcript; and |
| CC | *Cardenas* 8/18/14 Trial Transcript. |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D.

Respectfully submitted,

ETHICON, INC., ETHICON LLC AND
JOHNSON & JOHNSON

*/s/ Philip J. Combs*
David B. Thomas (W.Va. Bar #3731)
Philip J. Combs (W.Va. Bar #6056)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
dthomas@tcspllc.com

4

                                              */s/ Christy D. Jones*  
Christy D. Jones  
BUTLER SNOW LLP  
1020 Highland Colony Parkway  
Suite 1400 (39157)  
P.O. Box 6010  
Ridgeland, MS 39158-6010  
Telephone:   601.985.4523  
christy.jones@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>WAVE 3 CASES | |

## CERTIFICATE OF SERVICE

I certify that on September 19, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Philip J. Combs*
David B. Thomas (W.Va. Bar #3731)
Philip J. Combs (W.Va. Bar #6056)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
dthomas@tcspllc.com