# EXHIBIT A

SCOTT GUELCHER CASES

| Case Name | Case Number |
|---|---|
| Allmon, Mary Loretta | 2:12cv02999 |
| Anderson, Elaine | 2:12cv02134 |
| Arnette, Rhonda & Anthony | 2:12cv02475 |
| Baez, Araceli Godoy | 2:12cv03078 |
| Baker, Dawn M. & Michael | 2:12cv02476 |
| Blake, Kathy L. | 2:12cv02943 |
| Braden (Combs), Linda G. & Greg Combs | 2:12cv02283 |
| Brooks, Mattie J. | 2:12cv02865 |
| Brusseau, Lottie Quay & Edward | 2:12cv02819 |
| Cole, Dion & Sheldon | 2:12cv02786 |
| Cooper, Rhonda K. Woods | 2:12cv02532 |
| Cordea, Dawn Huff | 2:12cv02934 |
| Cosgray, Ila Mae | 2:12cv02634 |
| Coward, Tammy & Johnny | 2:12cv02788 |
| Currie, Anne Miller | 2:12cv02955 |
| Didomizio, Katherine | 2:12cv02436 |
| Dotson, Kandy P. Hammack & Rick | 2:12cv02633 |
| Falcon, Cynthia R. & Raymond, Sr. | 2:12cv02446 |
| Fields, Janice & Don | 2:12cv02971 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Haddon, Judy F. | 2:12cv02200 |
| Jones, Sara Camille | 2:12cv03131 |
| Kidd, Kathy Jean & Phillip | 2:12cv02883 |
| Krauser, Debra A. & Stephen | 2:12cv03140 |
| Matthews, Donna Sue & Earl | 2:12cv02478 |
| Milan, Terri | 2:12cv02479 |
| Murphy, Donna B. | 2:12cv02485 |
| Page, Terry | 2:12cv02884 |
| Phillips, Joanne | 2:12cv02489 |
| Ramirez, Angelia Mancini & Manuel M. | 2:12cv02191 |
| Richard, Mary Frances & Joseph L. | 2:12cv02192 |
| Richmond, Tammy & Danny | 2:12cv03038 |
| Rutherford, Jamie B. Andrews & Steven | 2:12cv02959 |
| Sequino, Dawn Castigliego & David | 2:12cv02193 |
| Simpson, Brenda Kaye Gilley | 2:12cv02716 |
| Smallwood, Katherine Lawson & Henry, II | 2:12cv03124 |
| Smith, Julia Grace | 2:12cv03128 |
| Sweeney, Sandra | 2:12cv02880 |
| Taylor, Bonita | 2:12cv02601 |
| Taylor, Grethel | 2:12cv02975 |
| Thomas, Shari & Ronnie L. | 2:12cv03130 |
| Walker, Julia & Willis | 2:12cv02826 |
| Walker, Susan | 2:12cv02728 |
| Ward, Mary & Jeffrey | 2:12cv02198 |
| Warner, Leslie Hale | 2:12cv02199 |
| Watts, Nettie June | 2:12cv02823 |

SCOTT GUELCHER CASES

| Case Name | Case Number |
|---|---|
| Webb, Christine R. Roberts & Joseph | 2:12cv03136 |
| Williamson, Tabitha | 2:12cv02642 |
| Wooden, Brenda J. DeSheles & Barry | 2:12cv02951 |
| Yaletchko, Geraldine R. & John | 2:12cv02401 |