# EXHIBIT J

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF KERN

BEFORE THE HONORABLE LORNA H. BRUMFIELD, JUDGE

DEPARTMENT 17

| | |
|---|---|
| COLEEN M. PERRY AND PATRICK PERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>HUNG T. LUU, M.D.; JOHNSON & JOHNSON, a New Jersey corporation; ETHICON, INC., a New Jersey corporation; and DOES 1-60,<br><br>        Defendants. | Case No.<br>S-1500-CV-279123 LHB<br><br>VOLUME XIV<br><br>Pages 2429 - 2649 |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TRIAL - DAY FOURTEEN

February 3, 2015

Reported By:                      B. Suzanne Hull
                                         CSR No. 13495
                                         Official Reporter

Page 2558

1  because you can't predict. The changes can
2  happen, and you can't predict when and the
3  implications of those changes."
4      At Page 88 of Dr. Guelcher's deposition the
5  question is posed, quote, Line 2:
6      "In the paper by Jim Anderson, does he
7      state that macrophages in foreign body cells
8      continue to release the substances at the
9      site of the foreign body as years continue
10     to progress and they remain activated? Is
11     that conclusively stated in the paper?"
12     And the answer starts at Line 8, Your Honor,
13 but I am going to -- I am going to jump in here at
14 Line 15, quote:
15     "So what he is saying" --
16 Talking about Dr. Anderson.
17     -- "and then what his point is is as
18     long as the device is there, there is going
19     to be -- foreign body reaction is ongoing
20     and that these factors need to be considered
21     in the design of the medical device. That
22     is what he says."
23     I think this may be the last reference,
24 Your Honor. The question is posed at Page 229,
25 quote:
26     "But somebody at Ethicon would actually
27     have to have believed that this Cobalt study
28     you referenced and the solutions are what

Page 2559

1  actually occurs from macrophages at the
2  unknown concentration in the body."
3      There is a long answer, then another
4  question:
5      "The urethane catheters, were those
6      Ethicon products?
7      "No."
8      And he goes on to say:
9      "I think you have to ask the question
10     that when you are designing a biomedical
11     device, what is the material made of and is
12     that a problem?
13     "QUESTION: Well, there could be folks
14     at Ethicon who have relevant experience who
15     looked at the paper by Anderson and his
16     Cobalt solution and say that the test
17     actually looked like we represent the
18     foreign body reaction in the body."
19     And, again, he is talking about the
20 design -- the design of the -- of the mesh products,
21 Your Honor.
22     Additionally, in his designation as an
23 expert witness in the case, Your Honor, he states
24 that based upon his experience, education and
25 training, and review of pertinent information, he may
26 testify, A, the material characteristics of Ethicon's
27 Prolene® mesh used is TVTTM Abbrevo.
28     Material characteristics, Your Honor, are

Page 2560

1  design characteristics.
2      He goes on to say he will testify about the
3  body and the mesh inability leads to mesh
4  degradation, embrittlement, structural degradation,
5  and other changes. That is a design implication
6  opinion, Your Honor.
7      He talks about antioxidants, which we have
8  already discussed.
9      He goes on to say, quote:
10     "Ethicon's own internal studies found
11     degradation of the Prolene® but did not
12     consider the effects of the foreign body
13     reaction, which is known to produce reactive
14     oxygen species that are stronger oxidizers
15     than molecular oxygen in air."
16     Again, this is a design consideration that
17 Dr. Guelcher will testify about.
18     And, lastly, from his disclosure,
19 Your Honor, the -- he says that, quote:
20     "The mesh can lead to tissue damage and
21     destruction, chronic foreign body reaction
22     and chronic inflammatory response,
23     extrusion, inflammation and pain, making the
24     mesh in Ethicon's TVTTM Abbrevo not suitable
25     for its intended application as a permanent
26     implant for stress urinary incontinence."
27     It being not suitable, Your Honor, again,
28 is a design factor that a -- that a reasonable

Page 2561

1  manufacturer must consider before implementing that
2  product and putting it in a permanent human implant.
3      On the reliance list, Your Honor --
4      THE COURT: Why don't we talk about the Dunn
5  study.
6      MR. FREESE: The Dunn study?
7      THE COURT: Is it Dunn?
8      MR. CARTMELL: Dog.
9      MR. FREESE: Dog.
10     THE COURT: No. Not dog. The one that he
11 had -- had completed -- well, the one that wasn't
12 completed. The one that was mentioned in the motion
13 in limine.
14     MR. FREESE: Your Honor, can I let
15 Mr. Cartmell answer this because I was not at that
16 deposition. And I apologize, but I think Tom can
17 answer this better than I can.
18     MR. CARTMELL: If you don't mind,
19 Your Honor, we are not offering the results of his
20 testing.
21     THE COURT: Are you going to talk about it
22 at all?
23     MR. CARTMELL: No.
24     THE COURT: Okay. Very well then.
25     MR. SNELL: Your Honor, should I go ahead?
26     THE COURT: He is not done. Let him wrap it
27 up.
28     MR. FREESE: I am still making my record,

```
1   STATE OF CALIFORNIA    )
                           ) ss:
2   COUNTY OF KERN         )

3

4       I, B. Suzanne Hull, hereby certify that I, as
5   Official Reporter, Kern County Superior Court, was
6   present and took down correctly in stenotypy, to the
7   best of my ability, all the testimony and proceedings
8   in the foregoing-entitled matter; I further certify
9   that the pages reported and certified by me are
10  indicated with my name and CSR number at the bottom
11  of the page; and I further certify that the annexed
12  and foregoing is a full, true and correct statement
13  of such testimony.
14              Dated at Bakersfield, California, on
15  February 3, 2015.
16
17
18
19                          B. SUZANNE HULL
20              Official Reporter, CSR No. 13495
21
22
23
24
25
26
27
28
```