# EXHIBIT N

Vladimir Iakovlev, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                           AT CHARLESTON

 4

 5   IN RE: ETHICON, INC.,                    Master File No.

 6   PELVIC REPAIR SYSTEM PRODUCTS            2:12-MD-02327

 7   LIABILITY LITIGATION                     MDL 2327

 8   -----------------------------------

 9   THIS DOCUMENT RELATES TO CASE

10   CONSOLIDATION:

11   Terreski Mullins, et al., v.

12   Ethicon, Inc., et al.

13   Case No. 2:12-CV-02952

14   -----------------------------------

15

16

17                         DEPOSITION OF

18                    VLADIMIR IAKOVLEV, M.D.

19

20                            * * * *

21                  HIGHLY CONFIDENTIAL PORTION

22                            * * * *

23

24                     September 14, 2015

25                    9:00 a.m. - 5:05 p.m.
```

Vladimir Iakovlev, M.D.

```
 1   intentionally oxidized polypropylene by exposing it
 2   to some chemical solution?
 3           MR. ORENT:  Objection.
 4           THE WITNESS:  Yes, he did.
 5           BY MR. THOMAS:
 6       Q.  Did you ask him to have that mesh
 7   so that you could determine whether this
 8   intentionally oxidized polypropylene absorbed
 9   stain?
10           MR. ORENT:  Objection.
11           THE WITNESS:  No.
12           BY MR. THOMAS:
13       Q.  Why not?
14           MR. ORENT:  Objection.
15           THE WITNESS:  Because I'm doing my own
16   experiment and I believe I need to keep it for at
17   least a year and a half.
18           BY MR. THOMAS:
19       Q.  Did you discuss with Dr. Guelcher
20   the scope of his experiment?
21           MR. ORENT:  Objection.  At this point,
22   Counsel, I think you're getting into -- I think you
23   need to clarify whether your questions are in the
24   context of litigation or research.
25           To the extent it's in litigation it's
```

```
 1   covered by privilege and I would instruct the
 2   witness not to answer under the rules.  But to the
 3   extent that you're discussing research, I think
 4   that's fair game to discuss.
 5              BY MR. THOMAS:
 6         Q.   Okay.  From a research
 7   perspective, did you have any discussions with Dr.
 8   Guelcher about his experiment?
 9         A.   It's work in progress so it's
10   privileged to researchers, I guess, at this point.
11         Q.   Are you going to assert a
12   privilege for your research?
13         A.   For research information, yes.
14         Q.   Okay.  And you asserted a
15   litigation privilege, which I don't think is
16   appropriate -- I'm not arguing with you.  You said
17   there's no research privilege.  Now he's trying to
18   assert a research privilege?
19              MR. ORENT:  No, what I said was in
20   terms of legal -- in terms of legal privileges that
21   I can, that I have, that I have an attorney-client --
22   excuse me, a attorney work product under the Rule
23   26.
24              Rule 26 specifically allows for expert
25   witnesses to consult with one another under the
```

Vladimir Iakovlev, M.D.

```
1              CERTIFICATE OF REPORTER

2    CANADA                      )

3    PROVINCE OF ONTARIO         )

4

5    I, Judith M. Caputo, the officer before whom the

6    foregoing deposition was taken, do hereby certify

7    that the witness whose testimony appears in the

8    foregoing deposition was duly sworn by me; that the

9    testimony of said witness was taken by me in

10   shorthand, using Computer Aided Realtime, to the

11   best of my ability and thereafter reduced to

12   written format under my direction; that I am

13   neither counsel for, related to, nor employed by

14   any of the parties to the action in which the

15   deposition was taken, and further that I am not

16   related or any employee of any attorney or counsel

17   employed by the parties thereto, nor financially or

18   otherwise interested in the outcome of the action.

19

20

21   _____

22   Judith M. Caputo, RPR, CSR, CRR

23

24   Commissioner for taking

25   Oaths in the Province of Ontario
```