# EXHIBIT CC

August 18, 2014

Page 409

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss:   SUPERIOR COURT DEPARTMENT
                 OF THE TRIAL COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARIA CARDENAS,

         Plaintiff,
                              Civil No.
    v.                        MICV2012-02912

BOSTON SCIENTIFIC CORP.,
(d/b/a MANSFIELD SCIENTIFIC,
INC. & MICROVASIVE, INC.),
and JOHN DOE CORPORATIONS
1-50,

         Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

              TRIAL


BEFORE:  The Hon. Diane M. Kottmyer


         Monday, August 18th, 2014

              8:45 a.m.


Held At:

         Middlesex Superior Court
         200 Trade Center
         Woburn, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR #149108

1  THE COURT: Dr. Guelcher, just listen
2  to the question that's asked, and then counsel
3  will have an opportunity to ask you questions.
4  THE WITNESS: It's -- okay. I said
5  highly variable and it is variable, but I said I
6  prefer the word "predictable." Because it --
7  BY MR. ANIELAK:
8  Q. Just, sir --
9  THE COURT: Just -- no. If you would,
10 put a question to the witness.
11 MR. ANIELAK: Thank you.
12 BY MR. ANIELAK:
13 Q. The bottom line is that you don't have
14 data to correlate a specific complication to
15 degradation of the polypropylene material,
16 right? That's true?
17 A. I don't have those data, but I know
18 it's going to oxidize, and I know it's going to
19 get brittle and bad things can happen. I've not
20 measured that.
21 Q. Sir, you don't have data to correlate
22 a specific complication to degradation of the
23 material, right?
24 A. No, I don't have the data, but --

August 18, 2014

Page 664

C E R T I F I C A T E

1. I, MAUREEN O'CONNOR POLLARD, RMR, CLR, do hereby certify that the foregoing transcript is a true and accurate transcription of my stenographic notes taken on August 18th, 2014.

*Maureen O. Pollard*

MAUREEN O'CONNOR POLLARD, RMR, CLR
Realtime Systems Administrator
CSR #149108