# EXHIBIT A

# EXHIBIT A

This Motion and Memorandum of Law relate to the following plaintiffs:

| Civil Action No. | | |
|---|---|---|
| | *King v. Ethicon, Inc.* | *2:12-cv-02606* |
| | *Cole v. Ethicon, Inc.* | *2:12-cv-02786* |
| | *Currie v. Ethicon, Inc.* | *2:12-cv-02955* |
| | *Allmon v. Ethicon, Inc.* | *2:12-cv-02999* |
| | *Young v. Ethicon, Inc.* | *2:12-cv-03083* |