# EXHIBIT N

```
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF KERN
CASE NO. 1500-cv-279123 LHB
Assigned to the Honorable Lorna H. Brumfield
Reservation No.: 4676
_____
DEPOSITION OF BRIAN FLYNN, M.D.      January 7, 2015
_____

COLEEN M. PERRY,

Plaintiff,

vs.

HUNG T. LUU, M.D.; JOHNSON & JOHNSON, a New Jersey
corporation; ETHICON, INC., a New Jersey corporation;
and DOES 1-60,

Defendants.
_____

APPEARANCES:

    WAGSTAFF & CARTMELL, LLP
        By Jeffrey M. Kuntz, Esq.
        4740 Grand Avenue
        Suite 300
        Kansas City, Missouri  64112
            Appearing telephonically on behalf of
            Plaintiff.

    BUTLER SNOW, LLP
        By Nils B. (Burt) Snell, Esq.
        500 Office Center Drive
        Suite 400
        Fort Washington, Pennsylvania  19034
     and

    BOWMAN AND BROOKE, LLP
        By Barry J. Koopmann, Esq.
        150 South Fifth Street
        Suite 3000
        Minneapolis, Minnesota  55402
           Appearing on behalf of Defendants.

    Also present:  Sean Keith, Esq.
```

## Page 2

```
 1        Pursuant to Notice and the California Rules
 2   of Civil Procedure, the deposition of BRIAN FLYNN, M.D.,
 3   called by Plaintiff, was taken on Wednesday, January
 4   7, 2015, commencing at 1:37 p.m., at 1801 California
 5   Street, Suite 5100, Denver, Colorado, before Dianna
 6   L. Buckstein, Professional Shorthand Reporter and
 7   Notary Public within and for the State of Colorado.
 8
 9
10                      I N D E X
11
12   DEPOSITION OF BRIAN FLYNN
13   EXAMINATION BY:                      PAGE
14     Mr. Kuntz            5, 266, 269
15     Mr. Snell            235, 268, 271
16     Mr. Koopmann         --
17
18   EXHIBITS                   INITIAL REFERENCE
19   Exhibit 1  Rule 26 Expert Report     20
                of Brian J. Flynn
20
     Exhibit 2  Plaintiff's Second        42
21              Amended Notice of Oral
                and Videotaped Deposition
22              of Defendant Johnson &
                Johnson and Ethicon, Inc.'s
23              Expert Brian J. Flynn, M.D.
24   Exhibit 3  Chart of billing that     44
                totals $10,200.00
25
```

## Page 3

```
 1   EXHIBITS                    INITIAL REFERENCE
 2   Exhibit 4  Article entitled Surgical   52
                management of lower
 3              urinary mesh perforation
                after mid-urethral
 4              polypropylene mesh sling:
                mesh excision, urinary tract
 5              reconstruction and concomitant
                pubovaginal sling with
 6              autologous rectus fascia
 7   Exhibit 5  Master Consulting           96
                Agreement
 8
     Exhibit 6  Black binder                96
 9
     Exhibit 7  Black binder labeled        96
10              Records: Dr. Luu and
                Dr. Allen
11
     Exhibit 8  Orange folder of            96
12              documents
13   Exhibit 9  Black binder labeled        96
                Dr. Allen Deposition
14
     Exhibit 10 Black binder labeled        96
15              TVT-O Company Docs
16   Exhibit 11 Black binder labeled        96
                TVT-R RCTs
17
     Exhibit 12 Black binder labeled        96
18              TVT-R Materials
19   Exhibit 13 Black binder labeled        96
                Ethicon Pelvic Mesh
20              Litigation
21   Exhibit 14 Black binder               96
22   Exhibit 15 Black binder               96
23   Exhibit 16 Black binder labeled       96
                SUI Medical Literature
24
     Exhibit 17 Black binder labeled       96
25              TVT Company Docs
```

## Page 4

```
 1   EXHIBITS                    INITIAL REFERENCE
 2   Exhibit 18 Black binder labeled        96
                TVT-O RCTs
 3
     Exhibit 19 Deposition of Anju          96
 4              Mathur, M.D.
 5   Exhibit 20 Deposition of Eric          96
                Rovner, M.D.
 6
     Exhibit 21 CD labeled Ethicon          96
 7              Pelvic Mesh Litigation
 8   Exhibit 22 CD labeled Gyne-mesh:       96
                Medical Literature;
 9              SUI
10   Exhibit 23 CD labeled Mesh Materials   96
11   Exhibit 24 CD labeled Ethicon          96
                Gynecare Pelvic Mesh
12              Litigation
13   Exhibit 25 Silver thumb drive          96
14   Exhibit 26 Handwritten notes           96
15   Exhibit 27 Document entitled           96
                Flynn, Brian - Materials
16              List.XLSX, Medical
                Literature
17
     Exhibit 28 Black thumb drive           96
18
     Exhibit 29 Document entitled          192
19              Anatomy
20   Exhibit D1 Brian J. Flynn, MD,        236
                Summary of Opinions
21
     Exhibit D2 IME report by              237
22              Brian J. Flynn, M.D.
23
24
25
```

## Page 5

```
 1              P R O C E E D I N G S
 2               BRIAN FLYNN, M.D.,
 3   being first duly sworn in the above cause, was
 4   examined and testified as follows:
 5                    EXAMINATION
 6   BY MR. KUNTZ:
 7       Q   Doctor, state your full name for the
 8   record, please.
 9       A   I'm Dr. Brian Joseph Flynn, M.D.
10       Q   And where do you currently work?
11       A   I work for the University of Colorado at
12   Denver.
13       Q   And you understand we're here to talk today
14   about the TVT Abbrevo as it related to Coleen Perry,
15   correct?
16       A   Correct.
17       Q   And you currently don't use the TVT
18   Abbrevo, right?
19       A   Incorrect.
20       Q   Okay.  When did you start using the TVT
21   Abbrevo after you stopped for a brief period of time?
22           MR. SNELL:  Objection to form.
23       A   I don't remember ever stopping.  I've used
24   the TVT Abbrevo starting in 2011.
25       Q   (By Mr. Kuntz)  And you use it currently?
```

Page 62

 1   A   Yes.
 2   Q   And what do you recall about those
 3   documents, or what documents did you review?
 4   A   I can't remember the specific documents
 5   without having them in front of me, but just in
 6   general, that people were at least opening up the
 7   discussion on what key opinion leaders and others
 8   thought about how to tension it.  Should it be
 9   tensioned the same or differently.
10   Q   Do you recall reviewing any documents that
11   physicians -- or strike that.
12       Do you recall reviewing any documents in
13   forming your opinion in this case about Ethicon
14   employees having concerns about tensioning with
15   laser-cut mesh?
16   A   I think that there was some awareness.  I
17   guess you could use the word "concern."  There was
18   discussion, like I mentioned, that it's something
19   that people who instruct on the procedure were
20   wondering what they should be telling their students.
21   Q   Is there any -- you had talked about easier
22   to deploy and tensioning -- I think you said looser
23   with the laser-cut mesh are things you taught at
24   cadaver labs, correct?
25   A   Those were comments that I would make to

Page 63

 1   people who would ask me advice about it.  I can't say
 2   for sure it occurred at a cadaver lab.  It could have
 3   occurred at other Ethicon events or at scientific
 4   meetings or just, you know, amongst -- conversation
 5   with colleagues in other specialties at the hospitals
 6   that I work at.
 7   Q   What do you tell your students at
 8   University of Colorado about laser-cut mesh versus
 9   mechanical-cut mesh?
10   A   Well, at this point, it's not a
11   conversation we really have because all we've been
12   using is laser-cut mesh really since it became
13   available.
14       So it's more of a historic conversation.
15   That probably would be beyond what a student would be
16   interested in, but it was conversations that I had,
17   you know, when there was a transition period.
18       So during those years, say, from '7 to like
19   '10 or '11, it would be a conversation, but once we
20   had a group of residents who only had experience with
21   the laser-cut, that's all they knew.  They really
22   didn't need to understand tensioning mechanically-cut
23   because it was something that I wasn't using in my
24   practice; hence, they wouldn't be using.
25   Q   Is the TVT Exact laser-cut mesh?

Page 64

 1   A   It is, yes.
 2   Q   Is -- do you believe laser-cut mesh is
 3   better than mechanical-cut mesh?
 4   A   I would say it's different.  I prefer it,
 5   but I don't think there's any scientific studies to
 6   say it's superior.
 7   Q   Do you -- have you read any deposition of
 8   Ethicon employees that believe that the laser-cut
 9   mesh is superior to the mechanical-cut mesh?
10       MR. SNELL:  Foundation objection.  Go
11   ahead.
12   Q   (By Mr. Kuntz)  I guess you haven't read
13   any internal depositions from any Ethicon employees?
14   A   No.  I've just seen bits and pieces from
15   depositions.  Some of them in the form of exhibits
16   that were put in front of me in other depositions
17   that I've given, and then some of the in-house
18   documents that I have in front of me, they -- but no,
19   I don't have a lot of that information.  I wasn't
20   privy of a lot of that information.
21   Q   Did you ever, in forming your opinions,
22   think, "Hey, maybe I want to read what the internal
23   Ethicon employees, scientists, and medical directors
24   were saying about the issues in this case"?
25       MR. SNELL:  Objection, form, compound.

Page 65

 1   A   No.  I don't think that's really my role in
 2   this case.  I'm not a materials science expert, and I
 3   think there's other people that are experts for
 4   Ethicon that can probably speak to it better than me.
 5   Q   (By Mr. Kuntz)  Speak to what better than
 6   you?
 7   A   Speak to the biomechanical data, if there's
 8   any differences.  I'm aware of differences that I see
 9   grossly with my naked eye when I have the material in
10   front of me, you know, how the edges are smoother on
11   the mechanically-cut, how the mesh is -- appears to
12   be brighter or bluer.
13       You know, those are things that I see, you
14   know, in my practice and when I'm implanting a mesh.
15   Q   So you believe other people are suited to
16   talk about the scientific or differences between
17   laser-cut mesh and mechanical-cut mesh as opposed to
18   you?
19       MR. SNELL:  Objection.  It misstates.
20   A   I'm stating I'm prepared to answer
21   questions as a physician and a clinician with respect
22   to laser-cut and mechanically-cut, but I'm not an
23   employee of Ethicon.  I didn't develop the mesh.
24       I feel there's people better in the company
25   to explain those differences than I am, yes.  I'm not

17 (Pages 62 to 65)