IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                                          MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITYLITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

Pending before the court is Defendants Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC, and Cook Biotech Incorporated's Motion to Withdraw as Counsel filed on June 23, 2016, [ECF No. 2338]. In the motion, Douglas B. King and Jennifer L. Schuster request that Jennifer L. Schuster be allowed to withdraw as counsel in MDL No. 2327 and in each member civil action associated with MDL No. 2327. Douglas B. King of Wooden McLaughlin LLP states he will continue to represent the defendants in each member civil action in which Jennifer L. Schuster appeared as counsel. Mr. King does not appear as counsel in every case in which Ms. Schuster appears, therefore the court construes the Motion to Withdraw as Counsel as a Motion to Substitute and Withdraw Counsel. Also pending are Motions to Withdraw as Counsel that were filed in the individual cases, listed on Exhibit A attached hereto, requesting the same relief as the Motion to Withdraw as Counsel filed in the main MDL. The court also construes the Motions to Withdraw in the individual cases as Motions to Substitute and Withdraw Counsel. Finally, on August 17, 2016, defendants, Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC and Cook Biotech Incorporated, filed a Motion to Withdraw and Substitution of Counsel [ECF No. 2570]. In that motion, Douglas B. King, Jere A. Rosebrock, and Justin A. Kashman request that Justin A. Kashman be allowed to withdraw

as counsel and that Jere A. Rosebrock be substituted in place of Justin A. Kashman in MDL No. 2327 and in each member civil action associated with MDL No. 2327. Mr. King states in that motion that he will remain as counsel for the Cook Defendants. It is **ORDERED** that the construed Motion to Substitute and Withdraw as Counsel [ECF No. 2338] is **GRANTED** and the individual construed Motions to Substitute and Withdraw as Counsel, listed in Exhibit A, are **GRANTED**. It is further **ORDERED** that the Motion to Withdraw and Substitution of Counsel [ECF No. 2570] is **GRANTED**.

The Clerk is **DIRECTED** to substitute Jere A. Rosebrock on the main MDL and each individual member case associated with MDL 2327 in which Justin A. Kashman appears; to substitute Douglas B. King on the main MDL and each individual member case in MDL 2327 in which Justin A. Kashman and/or Jennifer L. Schuster appears as counsel of record; and, terminate Jennifer L. Schuster and Justin A. Kashman as counsel of record, both on the main master docket and in each individual member case associated with MDL 2327 in which Jennifer L. Schuster and/or Justin A. Kashman appear.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 19, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:12-cv-01728 | Dotson v. Ethicon, Inc. et al<br>*Case filed:* 05/29/2012 | 26 |
| 2:12-cv-02902 | Gilkey v. American Medical Systems, Inc. et al<br>*Case filed:* 07/10/2012 | 22 |
| 2:12-cv-02983 | Hart v. Cook Incorporated et al<br>*Case filed:* 07/11/2012 | 13 |
| 2:12-cv-06032 | Desvignes v. Ethicon, Inc. et al<br>*Case filed:* 09/28/2012 | 43 |
| 2:12-CV-08573 | Gibbs et al v. Ethicon, Inc. et al<br>*Case filed* 12/06/2012 | 19 |
| 2:13-cv-01963 | Bell v. Boston Scientific Corporation et al<br>*Case filed:* 02/05/2013 | 17 |
| 2:13-cv-02509 | Hawks v. Ethicon, Inc. et al<br>*Case filed:* 02/13/2013 | 16 |
| 2:13-cv-04306 | Hutchens v. Cook Incorporated et al<br>*Case filed:* 03/06/2013 | 13 |
| 2:13-cv-06012 | Barton et al v. Boston Scientific Corporation et al<br>*Case filed:* 03/22/2013 | 16 |
| 2:13-cv-07476 | Howard et al v. Boston Scientific Corporation et al<br>*Case filed:* 04/09/2013 | 12 |
| 2:13-cv-07607 | Hicks et al v. Cook Incorporated et al<br>*Case filed:* 04/10/2013 | 11 |
| 2:13-cv-09490 | Hogue et al v. Coloplast Corp. et al<br>*Case filed:* 04/30/2013 | 14 |
| 2:13-cv-10085 | Beagle et al v. Ethicon, Inc. et al<br>*Case filed:* 05/03/2013 | 15 |
| 2:13-cv-11036 | Bierschwale v. American Medical Systems, Inc. | 14 |
| 2:13-cv-13664 | Bonilla et al v. Ethicon, Inc. et al<br>*Case filed:* 06/06/2013 | 19 |
| 2:13-cv-13977 | Bowman v. Cook Incorporated et al<br>*Case filed:* 06/11/2013 | 14 |
| 2:13-cv-14062 | Brown v. Boston Scientific Corporation et al<br>*Case filed:* 06/11/2013 | 10 |
| 2:13-cv-14115 | Holland et al v. Cook Group, Inc. et al<br>*Case filed:* 06/12/2013 | 22 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:13-cv-14223 | Heiser v. Cook Incorporated et al<br>*Case filed:* 06/13/2013 | 20 |
| 2:13-cv-14357 | Elliot-Mercer v. Cook Incorporated et al<br>*Case filed:* 06/14/2013 | 38 |
| 2:13-cv-15552 | Bartlett et al v. Cook Group, Inc. et al<br>*Case filed:* 06/25/2013 | 22 |
| 2:13-cv-15576 | Burroughs v. Cook Incorporated et al<br>*Case filed:* 06/25/2013 | 28 |
| 2:13-cv-15587 | Dyson v. Cook Incorporated et al<br>*Case filed:* 06/25/2013 | 18 |
| 2:13-cv-15588 | Barrett v. Cook Incorporated et al<br>*Case filed:* 06/25/2013 | 22 |
| 2:13-cv-15592 | Davis v. Cook Incorporated et al<br>*Case filed:* 06/25/2013 | 27 |
| 2:13-cv-15701 | Ainsworth et al vs. Cook Group, Inc. et al<br>*Case filed:* 06/25/2013 | 21 |
| 2:13-cv-16274 | Byler et al v. Ethicon, Inc. et al<br>*Case filed:* 06/28/2013 | 17 |
| 2:13-cv-16275 | Camac v. Cook Incorporated et al<br>*Case filed:* 06/28/2013 | 37 |
| 2:13-cv-16295 | Bray v. Boston Scientific Corporation et al<br>*Case filed:* 06/28/2013 | 14 |
| 2:13-cv-17354 | Hughes v. Cook Incorporated et al<br>*Case filed:* 07/05/2013 | 26 |
| 2:13-cv-17971 | Holober v. Ethicon, Inc. et al<br>*Case filed:* 07/09/2013 | 12 |
| 2:13-cv-18561 | Ashcroft v. Cook Incorporated et al<br>*Case filed:* 07/10/2013 | 24 |
| 2:13-cv-18647 | Crockett et al v. Cook Incorporated et al<br>*Case filed:* 07/10/2013 | 18 |
| 2:13-cv-18894 | Barton et al v. Cook Incorporated et al<br>*Case filed:* 07/10/2013 | 14 |
| 2:13-cv-19130 | Harper v. Cook Incorporated et al<br>*Case filed:* 07/11/2013 | 17 |
| 2:13-cv-19162 | Craft et al v. Cook Medical, Inc. et al<br>*Case filed:* 07/11/2013 | 18 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:13-cv-19227 | Gaither v. C. R. Bard, Inc. et al<br>*Case filed:* 07/11/2013 | 20 |
| 2:13-cv-19535 | Corbitt v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 12 |
| 2:13-cv-19794 | Case et al v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 22 |
| 2:13-cv-19932 | Fleming v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 26 |
| 2:13-cv-19948 | Enlow et al v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 27 |
| 2:13-cv-20197 | Baker et al v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 20 |
| 2:13-cv-20199 | Friend v. Cook Incorporated et al<br>*Case filed:* 07/12/2013 | 22 |
| 2:13-cv-20345 | Baldwin v. Cook Incorporated et al<br>*Case filed:* 07/13/2013 | 18 |
| 2:13-cv-20346 | Blythe v. Cook Incorporated et al<br>*Case filed:* 07/13/2013 | 27 |
| 2:13-cv-20352 | Gamble v. Cook Incorporated et al<br>*Case filed:* 07/13/2013 | 18 |
| 2:13-cv-20355 | Harris v. Cook Incorporated et al<br>*Case filed:* 07/13/2013 | 18 |
| 2:13-cv-20529 | Abraham v. Cook Incorporated et al<br>*Case filed:* 07/16/2013 | 9 |
| 2:13-cv-20623 | Daniel v. Ethicon, Inc., et al. | 10 |
| 2:13-cv-20698 | Gann v. Cook Incorporated et al<br>*Case filed:* 07/19/2013 | 28 |
| 2:13-cv-20913 | Compagna v. Cook Incorporated et al<br>*Case filed:* 07/24/2013 | 25 |
| 2:13-cv-21106 | Hymas et al v. Ethicon, Inc. et al<br>*Case filed:* 07/29/2013 | 13 |
| 2:13-cv-21107 | Jordan et al v. Ethicon, Inc. et al<br>*Case filed:* 07/29/2013 | 13 |
| 2:13-cv-21253 | Abarr v. Cook Incorporated et al<br>*Case filed:* 07/31/2013 | 16 |
| 2:13-cv-21289 | Benson v. Cook Group, Inc. et al<br>*Case filed:* 07/31/2013 | 15 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:13-cv-21339 | Fortschneider et al v. Cook Incorporated et al<br>*Case filed:* 08/01/2013 | 24 |
| 2:13-cv-21549 | Baker et al v. C. R. Bard, Inc. et al<br>*Case filed:* 08/07/2013 | 17 |
| 2:13-cv-21552 | Batchelor et al v. C. R. Bard, Inc. et al<br>*Case filed:* 08/07/2013 | 15 |
| 2:13-cv-22259 | Borders et al v. Johnson & Johnson et al<br>*Case filed:* 08/27/2013 | 22 |
| 2:13-cv-22443 | Howell v. Cook Incorporated et al<br>*Case filed:* 09/02/2013 | 21 |
| 2:13-cv-22644 | Commarata et al v. Ethicon, Inc. et al<br>*Case filed:* 09/06/2013 | 35 |
| 2:13-cv-24797 | Gonzalez v. American Medical Systems, Inc. et al<br>*Case filed:* 10/08/2013 | 27 |
| 2:13-cv-25471 | Buckberg v. Ethicon, Inc. et al<br>*Case filed:* 10/14/2013 | 11 |
| 2:13-cv-25475 | Hammond v. Ethicon, Inc. et al<br>*Case filed:* 10/14/2013 | 20 |
| 2:13-cv-25486 | Hoerig v. Ethicon, Inc. et al<br>*Case filed:* 10/14/2013 | 11 |
| 2:13-cv-25919 | Benefield et al v. Ethicon, Inc. et al<br>*Case filed:* 10/17/2013 | 13 |
| 2:13-cv-26453 | Clementz et al v. Cook Group, Inc. et al<br>*Case filed:* 10/23/2013 | 17 |
| 2:13-cv-27291 | Baker v. Cook Incorporated et al<br>*Case filed:* 10/30/2013 | 14 |
| 2:13-cv-28506 | Edwards v. American Medical Systems, Inc. et al<br>*Case filed:* 11/08/2013 | 9 |
| 2:13-cv-28635 | Butler et al v. Cook Biotech, Inc. et al<br>*Case filed:* 11/11/2013 | 12 |
| 2:13-cv-30022 | Engel v. Cook Incorporated et al<br>*Case filed:* 11/25/2013 | 19 |
| 2:13-cv-30126 | Henson v. Cook Incorporated et al<br>*Case filed:* 11/25/2013 | 15 |
| 2:13-cv-30140 | Baskett v. Cook Incorporated et al<br>*Case filed:* 11/25/2013 | 23 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:13-cv-30179 | Betties v. Boston Scientific Corporation et al<br>*Case filed:* 11/26/2013 | 13 |
| 2:13-cv-30376 | Burleson v. Cook Incorporated et al<br>*Case filed:* 11/27/2013 | 12 |
| 2:13-cv-30963 | Burnett et al v. C. R. Bard, Inc. et al<br>*Case filed:* 12/04/2013 | 12 |
| 2:13-cv-31028 | Davis v. Ethicon, Inc. et al<br>*Case filed:* 12/04/2013 | 9 |
| 2:13-cv-31585 | East v. American Medical Systems, Inc. et al<br>*Case filed:* 12/09/2013 | 12 |
| 2:13-cv-31735 | Cooley v. Cook Incorporated et al<br>*Case filed:* 12/10/2013 | 9 |
| 2:13-cv-33155 | Jones v. C. R. Bard, Inc. et al<br>*Case filed:* 12/23/2013 | 12 |
| 2:13-cv-33298 | Boegler v. C. R. Bard, Inc. et al<br>*Case filed:* 12/26/2013 | 10 |
| 2:13-cv-33516 | Brett v. C. R. Bard, Inc. et al<br>*Case filed:* 12/27/2013 | 12 |
| 2:13-cv-33733 | Johnson v. Cook Incorporated et al<br>*Case filed:* 12/30/2013 | 14 |
| 2:13-cv-33997 | Ivicsics v. American Medical Systems, Inc. et al<br>*Case filed:* 12/31/2013 | 9 |
| 2:14-cv-00530 | Armijo v. Ethicon, Inc. et al<br>*Case filed:* 01/06/2014 | 14 |
| 2:14-cv-00594 | Carl v. Cook Incorporated et al<br>*Case filed:* 01/07/2014 | 15 |
| 2:14-cv-00731 | Cingolani et al v. Cook Incorporated et al<br>*Case filed:* 01/08/2014 | 25 |
| 2:14-cv-01428 | Davis et al v. Cook Incorporated et al<br>*Case filed:* 01/13/2014 | 35 |
| 2:14-cv-01714 | Chandler v. Cook Incorporated et al<br>*Case filed:* 01/14/2014 | 22 |
| 2:14-cv-01770 | Gilbreth v. American Medical Systems, Inc. et al<br>*Case filed:* 01/14/2014 | 12 |
| 2:14-cv-02958 | Clementi v. Boston Scientific Corporation et al<br>*Case filed:* 01/17/2014 | 11 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:14-cv-03626 | Gerrans v. Boston Scientific Corporation et al<br>*Case filed:* 01/21/2014 | 11 |
| 2:14-cv-03849 | Gallagher v. Cook Incorporated et al<br>*Case filed:* 01/22/2014 | 12 |
| 2:14-cv-04038 | Harmon et al v. Boston Scientific Corporation et al<br>*Case filed:* 01/23/2014 | 16 |
| 2:14-cv-04096 | Adams v. Ethicon, Inc. et al<br>*Case filed:* 01/23/2014 | 10 |
| 2:14-cv-05910 | Benson v. American Medical Systems, Inc. et al<br>*Case filed:* 01/30/2014 | 10 |
| 2:14-cv-06003 | Brinkley et al v. Cook Incorporated et al<br>*Case filed:* 01/30/2014 | 28 |
| 2:14-cv-06146 | Cameron v. Ethicon, Inc. et al<br>*Case filed:* 01/30/2014 | 10 |
| 2:14-cv-06203 | Hicks v. Cook Incorporated et al<br>*Case filed:* 01/31/2014 | 16 |
| 2:14-cv-07592 | Gwaltney v. Cook Incorporated et al<br>*Case filed:* 02/04/2014 | 15 |
| 2:14-cv-07723 | Baca v. Cook Incorporated et al<br>*Case filed:* 02/05/2014 | 21 |
| 2:14-cv-09823 | Adams v. Cook Incorporated et al<br>*Case filed:* 02/12/2014 | 24 |
| 2:14-cv-09993 | Canty et al. v. Boston Scientific Corporation et al | 12 |
| 2:14-cv-10154 | Harmon v. C. R. Bard, Inc. et al<br>*Case filed:* 02/13/2014 | 11 |
| 2:14-cv-10234 | Fizel v. C. R. Bard, Inc. et al<br>*Case filed:* 02/14/2014 | 11 |
| 2:14-cv-10235 | Hickam v. C. R. Bard, Inc. et al<br>*Case filed:* 02/14/2014 | 13 |
| 2:14-cv-10464 | Harrison et al v. Cook Medical, Inc.<br>*Case filed:* 02/17/2014 | 26 |
| 2:14-cv-10465 | Barnett v. Cook Medical, Inc.<br>*Case filed:* 02/17/2014 | 26 |
| 2:14-cv-10567 | Christian et al v. Cook Incorporated et al<br>*Case filed:* 02/18/2014 | 24 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:14-cv-10568 | Guzman et al v. Cook Incorporated et al<br>*Case filed:* 02/18/2014 | 13 |
| 2:14-cv-10871 | Jackson et al v. Cook Incorporated et al<br>*Case filed:* 02/21/2014 | 20 |
| 2:14-cv-11144 | Garvey v. Cook Incorporated et al<br>*Case filed:* 02/26/2014 | 19 |
| 2:14-cv-11154 | Herod et al v. Cook Incorporated et al<br>*Case filed:* 02/26/2014 | 10 |
| 2:14-cv-11800 | Brown et al v. Cook Incorporated et al<br>*Case filed:* 03/07/2014 | 23 |
| 2:14-cv-11828 | Burnett et al v. Cook Incorporated et al<br>*Case filed:* 03/07/2014 | 10 |
| 2:14-cv-11871 | Finch v. Cook Incorporated et al<br>*Case filed:* 03/10/2014 | 9 |
| 2:14-cv-12320 | Abernathy et al v. Boston Scientific Corp. et al<br>*Case filed:* 03/14/2014 | 21 |
| 2:14-cv-13424 | Bunch et al v. Cook Incorporated et al<br>*Case filed:* 03/28/2014 | 14 |
| 2:14-cv-13430 | DeCanter et al v. Cook Incorporated et al<br>*Case filed:* 03/28/2014 | 23 |
| 2:14-cv-13433 | Findling et al v. Cook Incorporated et al<br>*Case filed:* 03/28/2014 | 18 |
| 2:14-cv-13440 | Ingram et al v. Cook Incorporated et al<br>*Case filed:* 03/28/2014 | 20 |
| 2:14-cv-13946 | Hunt v. Cook Incorporated et al<br>*Case filed:* 04/03/2014 | 18 |
| 2:14-cv-14751 | Conti et al v. C. R. Bard, Inc. et al<br>*Case filed:* 04/15/2014 | 9 |
| 2:14-cv-14785 | Holloway v. Cook Incorporated et al<br>*Case filed:* 04/16/2014 | 14 |
| 2:14-cv-15073 | Baker et al v. Cook Incorporated et al<br>*Case filed:* 04/21/2014 | 25 |
| 2:14-cv-15208 | Beasley et al v. Cook Incorporated et al<br>*Case filed:* 04/23/2014 | 15 |
| 2:14-cv-15272 | Collins et al v. Cook Incorporated et al<br>*Case filed:* 04/24/2014 | 18 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:14-cv-15540 | Jackson v. Cook Incorporated et al<br>*Case filed:* 04/30/2014 | 13 |
| 2:14-cv-16166 | Cornejo v. Ethicon, Inc. et al<br>*Case filed:* 05/09/2014 | 8 |
| 2:14-cv-16232 | Christensen et al v. Boston Scientific Corporation et al<br>*Case filed:* 05/12/2014 | 11 |
| 2:14-cv-16509 | Friedman v. Cook Incorporated et al<br>*Case filed:* 05/16/2014 | 17 |
| 2:14-cv-16531 | Harris et al v. Cook Incorporated et al<br>*Case filed:* 05/16/2014 | 16 |
| 2:14-cv-16926 | Eliopolous et al v. C. R. Bard, Inc. et al<br>*Case filed:* 05/27/2014 | 12 |
| 2:14-cv-17187 | Jackson v. Cook Incorporated et al<br>*Case filed:* 05/29/2014 | 11 |
| 2:14-cv-17221 | Caldwell v. Boston Scientific Corporation et al<br>*Case filed:* 05/29/2014 | 10 |
| 2:14-cv-17832 | Cavey v. Ethicon, Inc. et al<br>*Case filed:* 06/06/2014 | 10 |
| 2:14-cv-18572 | Clifford v. Cook Incorporated et al<br>*Case filed:* 06/17/2014 | 19 |
| 2:14-cv-18822 | Ferguson v. Cook Incorporated et al<br>*Case filed:* 06/19/2014 | 13 |
| 2:14-cv-18868 | Gallawa v. Cook Incorporated et al<br>*Case filed:* 06/19/2014 | 18 |
| 2:14-cv-19074 | Block et al v. Ethicon, Inc. et al<br>*Case filed:* 06/22/2014 | 11 |
| 2:14-cv-19102 | Cummings v. C. R. Bard, Inc. et al<br>*Case filed:* 06/22/2014 | 11 |
| 2:14-cv-19378 | Blanton et al v. Cook Incorporated et al<br>*Case filed:* 06/25/2014 | 24 |
| 2:14-cv-19609 | Finch v. Boston Scientific Corporation et al<br>*Case filed:* 06/27/2014 | 10 |
| 2:14-cv-20242 | Coleman et al v. Cook Incorporated et al<br>*Case filed:* 07/02/2014 | 13 |
| 2:14-cv-20810 | Geoghegan v. Boston Scientific Corporation et al<br>*Case filed:* 07/08/2014 | 10 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:14-cv-21259 | Akins v. Cook Incorporated et al<br>*Case filed:* 07/09/2014 | 12 |
| 2:14-cv-21342 | Hampton et al v. Cook Incorporated et al<br>*Case filed:* 07/09/2014 | 11 |
| 2:14-cv-21869 | Houston v. C. R. Bard, Inc. et al<br>*Case filed:* 07/10/2014 | 13 |
| 2:14-cv-21901 | Botello et al v. Cook Incorporated et al<br>*Case filed:* 07/10/2014 | 11 |
| 2:14-cv-22092 | Fentress et al v. Cook Incorporated et al<br>*Case filed:* 07/10/2014 | 19 |
| 2:14-cv-22239 | Jordan v. Cook Incorporated et al<br>*Case filed:* 07/10/2014 | 16 |
| 2:14-cv-22479 | Darden et al v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 17 |
| 2:14-cv-22480 | Gone v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 13 |
| 2:14-cv-22485 | Henson v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 21 |
| 2:14-cv-22525 | Del Rio v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 20 |
| 2:14-cv-22561 | Baker v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 21 |
| 2:14-cv-22606 | Avila v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 15 |
| 2:14-cv-22685 | Dorman et al v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 15 |
| 2:14-cv-22707 | Brayfield v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 15 |
| 2:14-cv-22710 | Dobson et al v. Cook Incorporated et al<br>*Case filed:* 07/11/2014 | 22 |
| 2:14-cv-22972 | Francis et al v. Ethicon, Inc. et al<br>*Case filed:* 07/11/2014 | 9 |
| 2:14-cv-23759 | Alexander v. Cook Incorporated et al<br>*Case filed:* 07/16/2014 | 13 |
| 2:14-cv-24088 | Farris v. Cook Incorporated et al<br>*Case filed:* 07/25/2014 | 19 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:14-cv-24157 | Buford et al v. Cook Incorporated et al<br>*Case filed:* 07/30/2014 | 12 |
| 2:14-cv-24516 | Bruns et al v. Boston Scientific Corporation et al<br>*Case filed:* 08/08/2014 | 10 |
| 2:14-cv-24589 | Gardner et al v. Cook Incorporated et al<br>*Case filed:* 08/11/2014 | 28 |
| 2:14-cv-25036 | Garrison v. Cook Incorporated et al<br>*Case filed:* 08/25/2014 | 23 |
| 2:14-cv-25124 | Jackson v. Cook Incorporated et al<br>*Case filed:* 08/26/2014 | 15 |
| 2:14-cv-25647 | Hopper et al v. Cook Incorporated et al<br>*Case filed:* 09/10/2014 | 12 |
| 2:14-cv-29384 | Cruz et al v. Cook Incorporated et al<br>*Case filed:* 12/04/2014 | 12 |
| 2:14-cv-29387 | Finkbeiner et al v. Cook Incorporated et al<br>*Case filed:* 12/04/2014 | 12 |
| 2:14-cv-30414 | Buford v. Cook Incorporated et al<br>*Case filed:* 12/19/2014 | 12 |
| 2:14-cv-31298 | Goodell v. Cook Incorporated et al<br>*Case filed:* 12/30/2014 | 10 |
| 2:14-cv-31299 | Goodrum et al v. Cook Incorporated et al<br>*Case filed:* 12/30/2014 | 22 |
| 2:15-cv-00365 | Haggard et al v. Cook Incorporated et al<br>*Case filed:* 01/08/2015 | 21 |
| 2:15-cv-00487 | Griffin v. Cook Incorporated et al<br>*Case filed:* 01/09/2015 | 20 |
| 2:15-cv-01167 | Alvarez v. Cook Incorporated et al<br>*Case filed:* 01/28/2015 | 14 |
| 2:15-cv-02091 | Bridges et al v. Ethicon, Inc. et al<br>*Case filed:* 02/23/2015 | 9 |
| 2:15-cv-02382 | Cason et al v. Boston Scientific Corporation et al<br>*Case filed:* 03/02/2015 | 10 |
| 2:15-cv-03423 | Chipps v. C. R. Bard, Inc. et al<br>*Case filed:* 03/20/2015 | 12 |
| 2:15-cv-03667 | Hardison v. Cook Incorporated et al<br>*Case filed:* 03/25/2015 | 19 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:15-cv-04049 | Crowell v. Ethicon, Inc. et al<br>*Case filed:* 04/02/2015 | 11 |
| 2:15-cv-04496 | Collinsworth v. Boston Scientific Corporation et al<br>*Case filed:* 04/14/2015 | 10 |
| 2:15-cv-04882 | Clark v. C. R. Bard, Inc. et al<br>*Case filed:* 04/16/2015 | 9 |
| 2:15-cv-05068 | Craft et al v. Cook Incorporated et al<br>*Case filed:* 04/22/2015 | 10 |
| 2:15-cv-05128 | Cunningham et al v. Boston Scientific Corporation et al<br>*Case filed:* 04/23/2015 | 10 |
| 2:15-cv-05164 | Bolling et al v. Boston Scientific Corporation et al<br>*Case filed:* 04/23/2015 | 9 |
| 2:15-cv-05207 | Brown et al v. Cook Incorporated et al<br>*Case filed:* 04/27/2015 | 8 |
| 2:15-cv-05434 | Gibbins et al v. Ethicon, Inc. et al<br>*Case filed:* 04/29/2015 | 9 |
| 2:15-cv-05545 | Cross v. Cook Incorporated et al<br>*Case filed:* 05/01/2015 | 11 |
| 2:15-cv-06861 | Colp v. Cook Incorporated et al<br>*Case filed:* 05/28/2015 | 6 |
| 2:15-cv-06862 | Babione v. Cook Incorporated et al<br>*Case filed:* 05/28/2015 | 7 |
| 2:15-cv-06866 | Chelala v. Cook Incorporated et al<br>*Case filed:* 05/28/2015 | 6 |
| 2:15-cv-06869 | Fuller et al v. Cook Incorporated et al<br>*Case filed:* 05/28/2015 | 9 |
| 2:15-cv-06881 | Huebner v. Cook Incorporated et al<br>*Case filed:* 05/28/2015 | 6 |
| 2:15-cv-06977 | Hannah v. Boston Scientific Corporation et al<br>*Case filed:* 06/01/2015 | 11 |
| 2:15-cv-07002 | Johnson v. Cook Incorporated et al<br>*Case filed:* 06/01/2015 | 7 |
| 2:15-cv-07108 | Elliott et al v. Ethicon, Inc. et al<br>*Case filed:* 06/02/2015 | 9 |

EXHIBIT A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:15-cv-07323 | Blesener v. Cook Incorporated et al<br>*Case filed:* 06/04/2015 | 7 |
| 2:15-cv-08207 | Allen v. Cook Incorporated et al<br>*Case filed:* 06/23/2015 | 11 |
| 2:15-cv-08776 | Jordan v. Boston Scientific Corporation et al<br>*Case filed:* 06/29/2015 | 10 |
| 2:15-cv-09188 | Freeman et al v. Boston Scientific Corporation et al<br>*Case filed:* 07/02/2015 | 15 |
| 2:15-cv-09653 | Hayward v. Cook Incorporated et al<br>*Case filed:* 07/09/2015 | 9 |
| 2:15-cv-09739 | Crowder et al v. C. R. Bard, Inc. et al<br>*Case filed:* 07/09/2015 | 11 |
| 2:15-cv-11218 | Byrd v. Cook Incorporated et al<br>*Case filed:* 07/15/2015 | 6 |
| 2:15-cv-11634 | Alvarez et al v. Ethicon, Inc. et al<br>*Case filed:* 07/29/2015 | 15 |
| 2:15-cv-11791 | Barnes v. Cook Incorporated et al<br>*Case filed:* 08/05/2015 | 8 |
| 2:15-cv-11793 | Gluckhertz et al v. Cook Incorporated et al<br>*Case filed:* 08/05/2015 | 8 |
| 2:15-cv-11796 | Flores et al v. Cook Incorporated et al<br>*Case filed:* 08/05/2015 | 7 |
| 2:15-cv-11798 | Harris v. Cook Incorporated et al<br>*Case filed:* 08/05/2015 | 7 |