IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

    MDL 2327
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc..[1] ("Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before July 1, 2017; if settlements are not finalized and dismissal orders are not submitted by July 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

---

[1] As used herein, "Ethicon" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc. as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket order filed at ECF NO. 2706, and send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

AGREED TO BY COUNSEL:

Plaintiff(s)

By authorized counsel:

*/s/ P. Leigh O'Dell*_____
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103
334-269-2343
leigh.odell@beasleyallen.com

*Counsel for Plaintiff(s)*

Defendants
By authorized counsel:

*/s/ Christy D. Jones*_____
Christy D. Jones
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158
601-948-5711
christy.jones@butlersnow.com

*Counsel for Defendants*

## BEASLEY ALLEN EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Abney, Mary | 2:14-cv-15491 |
| Ackley, Melanie | 2:13-cv-33027 |
| Adams, Virginia and John Adams | 2:14-cv-00665 |
| Adkins, Martha and H. ~~Glover~~ Grover Adkins | 2:13-cv-00178 |
| Adorno, Carmen A. and Sampher Adorno | 2:13-cv-20520 |
| Aguilar, Lourdes | 2:14-cv-11982 |
| Alano, Brenda and Michael Alano | 2:13-cv-02028 |
| Alber, Debra J. | 2:13-cv-21788 |
| Arcement, Rose M. and Larry J. Arcement | 2:15-cv-06940 |
| Augliera, Carol | 2:13-cv-06423 |
| Baggett, Cathy L. and Ken Baggett | 2:13-cv-06766 |
| Baker, Maryellen and James Baker | 2:13-cv-22593 |
| Balch, Amanda L. | 2:14-cv-19711 |
| Barber, Patricia A. and Virgil Barber | 2:14-cv-12304 |
| Barkentin, Andree A. | 2:16-cv-06003 |
| Barna, Lillian | 2:14-cv-24370 |
| Barr, Sylvia M. and Donald H. Barr | 2:14-cv-25619 |

| Name | Case Number |
|---|---|
| Barry, Jeanie and Terry Barry | 2:13-cv-27918 |
| Baxley, Wanda | 2:12-cv-06257 |
| Bergsrud, Karen E. and Robert Bergsrud | 2:13-cv-8239 |
| Bickle, Yorba Linda and Thomas R. Bickle | 2:12-cv-05226 |
| Bihlmeyer, Donna and Joe Bihlmeyer | 2:12-cv-02159 |
| Blackmon, Rebecca and Melvin Blackmon | 2:15-cv-03739 |
| Blanchard, Stephanie and St~~ep~~hven Blanchard | 2:12-cv-02429 |
| Bond, Evelyn A. and William A. Bond | 2:14-cv-26791 |
| Boykin, Linda J. and Johnny Boykin | 2:13-cv-00177 |
| Boylan, Patricia A. | 2:14-cv-24302 |
| Brasher, Josephine I. | 2:15-cv-11732 |
| Briggs, Minola G. | 2:13-cv-04910 |
| Brock, Nancy Lee | 2:14-cv-24357 |
| Brown, Leila and ~~Troy~~ David Brown | 2:14-cv-03252 |
| Brown, Pamela L. and Charles R. Brown | 2:14-cv-26795 |
| Brunsvold, Judy | 2:13-cv-000176 |
| Buetow, Sandy F. | 2:13-cv-03022 |
| Bumbalough, Mildred | 2:13-cv-03981 |
| Burns, Bonnie J. and William Burns | 2:13-cv-25371 |
| Busbee, Betty A. | 2:15-cv-13382 |
| Bygate, Heidi V. and Craig Bygate | 2:15-cv-03331 |
| Byrn, Amanda and Andrew Byrn | 2:13-cv-28021 |
| Callaghan, Susan | 2:14-cv-01783 |
| Cape, Christie Jo and David Cape | 2:15-cv-03903 |

| | |
|---|---|
| Carden, Evelyn ~~G~~ F. ~~and Jerry L. Carden~~ | 2:14-cv-23890 |
| Carter, Terri and Gregory Carter | 2:13-cv-00175 |
| Casali, Constance | 2:13-cv-03429 |
| Casey, Edna Elaine and Charles Casey | 2:12-cv-09103 |
| Chappell, Othell | 2:13-cv-29247 |
| Christensen, Patricia L. and Donald ~~D.~~ Christensen | 2:14-cv-18387 |
| Clark, Amy Lynn and Corey Clark | 2:15-cv-10481 |
| Clemonds, Mary A. | 2:14-cv-12403 |
| Cobb, Cheryl D. | 2:13-cv-07927 |
| Cobb, Cornelia B. | 2:14-cv-26801 |
| Cochran, Covena and Jeffery Cochran | 2:12-cv-07755 |
| Cofiell, Bonnie | 2:13-cv-00173 |
| Collins, Elizabeth and Claude Michael | 2:16-cv-01372 |
| Conner, Ruby and Paul A. Conner, Jr. | 2:14-cv-10947 |
| Connor, Debbie and Peter Connor | 2:12-cv-04951 |
| Contino, Jeanine and Joseph Contino | 2:13-cv-05084 |
| Cooke, Linda L. | 2:14-cv-12392 |
| Cooper, Joyce F. and Bobby R. Cooper | 2:15-cv-16541 |
| Covey, Marcy | 2:14-cv-10366 |
| Crapps, Brenda Fay and William C. Crapps | 2:13-cv-07855 |
| Crow, Norma W. | 2:15-cv-07826 |
| Crowe, Rowena K. and Robert H. Crowe | 2:15-cv-13014 |
| Crowley-Graham, Janet | 2:14-cv-26803 |
| Dahms, Dorothy nad Ronald Dahms | 2:14-cv-25057 |

| | |
|---|---|
| Dankenbring, E. Jeanette and William Dakenbring | 2:13-cv-24727 |
| Davidson, Cynthia and Mills W. Davdson, Jr. | 2:15-cv-11698 |
| Davis, Jeannine C. | 2:14-cv-11744 |
| Davis, Sheila D. and Gerald Davis | 2:13-cv-09877 |
| Delashaw, Ouida and Bobby Delashaw | 2:14-cv-11740 |
| Diaz, Cindy | 2:13-cv-21927 |
| Dill, Julie | 2:15-cv-07974 |
| Dillow, Betty | 2:13-cv-06428 |
| Dixon, Verdelle | 2:14-cv-00671 |
| Doyle, Andrea | 2:14-cv-09947 |
| Dulaney, Ruby | 2:14-cv-20937 |
| Duren, Jerry Charlene | 2:14-cv-29563 |
| Edwards, Cheryl Ann and Randall Edwards | 2:13-cv-29245 |
| Elder-Ortega, Katherine and Alberto ~~Elder-~~Ortega | 2:13-cv-09883 |
| Elmarr, Norma | 2:16-cv-01807 |
| Farmer, Gracie | 2:13-cv-22348 |
| Ferguson, Roxy | 2:13-cv-02968 |
| Fernandez, Mercedes and Gonzalo Fernandez | 2:14-cv-13344 |
| Fitzwater, Patricia | 2:14-cv-28707 |
| Flanigan, Iris and Earl David Flanigan | 2:12-cv-01524 |
| Flinn, Sharon and William Flinn | 2:13-cv-32331 |
| Ford, Kathleen M. | 2:13-cv-00172 |
| Fountain, Sharron and Robert Fountain | 2:13-cv-32332 |
| Francisco, Josephine | 2:15-cv-11757 |
| Frankemolle, Patricia and John Frankemolle | 2:13-cv-21101 |

| | |
|---|---|
| Frederick, Sarah | 2:16-cv-02524 |
| Fuhrman, Jean | 2:15-cv-12499 |
| Fulp-Yeakel, Nancy and Keith Fulp-Yaekel | 2:13-cv-33023 |
| Gardner, Elizabeth and George Gardner | 2:13-cv-04639 |
| George, Brenda Susan | 2:15-cv-12498 |
| Gibbs, Vearl | 2:13-cv-01726 |
| Goderstad, Mary Ann | 2:13-cv-24378 |
| Goeser, Cindy | 2:15-cv-13844 |
| Gower, Joan D. and John A. Gower | 2:13-cv-21267 |
| Gray, Floann P. | 2:12-cv-2426 |
| Green, Marilyn A. and Terry L. Green | 2:12-cv-4691 |
| Griffin, Brenda Lee | 2:13-cv-21436 |
| Gunderson, Phyllis and Wayne Gunderson | 2:14-cv-00678 |
| Hager, Lillian | 2:12-cv-06621 |
| Hall, Karen R. and Ralph Hall | 2:13-cv-22578 |
| Hamoud, Intissar | 2:13-cv-21923 |
| Hand, Wanda M. and Charles Hand | 2:12-cv-02079 |
| Harrelson, Sandra and Harrell L. Harrelson | 2:13-cv-21089 |
| Harris, Angela | 2:13-cv-30299 |
| Haupt, Evelyn R. | 2:14-cv-29159 |
| Heatherly, Linda | 2:12-cv-02807 |
| Hernandez, Alberta G. | 2:13-cv-23439 |
| Herndon, Stacey Lee and Don Herndon | 2:13-cv-00170 |
| Hesia, Margaret and Douglas Hesia | 2:13-cv-25103 |
| Higginbotham, Debra S. | 2:16-cv-00069 |
| Hilgenberg, Katheryn | 2:16-cv-05419 |

| | |
|---|---|
| ~~Katheryn J.~~ | |
| Hill, Mary Sue and Tommy Hill | 2:15-cv-06438 |
| Hines, Eugenia | 2:13-cv-10125 |
| Holcomb, Brenda L. and Trona R. Holcomb | 2:13-cv-25776 |
| Holmes, Ellen Marie and Stephen W. Holmes | 2:13-cv-08533 |
| Homsher, Amy | 2:13-cv-12408 |
| Horsley, Carolyn J. | 2:15-cv-11307 |
| Houlette, Shirley | 2:13-cv-12409 |
| Howell, LaTisha Dale | 2:13-cv-05238 |
| Howell, Patsy N. and Philip D. Howell | 2:15-cv-11733 |
| Hughes, Rosemary Ann | 2:13-cv-20632 |
| Hurt, Nancy and Allen Hurt | 2:13-cv-12411 |
| Infinger, Elizabeth and Anthony Infinger | 2:13-cv-05239 |
| Jameson, Sharon and George Jameson | 2:13-cv-19638 |
| Janda, Jean and Richard Janda | 2:15-cv-05496 |
| Jarman, Joyce H. and Kenneth Jarman | 2:15-cv-16355 |
| Jewell, Anita J. and Billy Jewell | 2:16-cv-01486 |
| Johnson, Maureen and William Johnson | 2:14-cv-23968 |
| Jones, Edith and Robert Jones | 2:13-cv-01003 |
| Jones, Eula M. | 2:13-cv-32976 |
| Jordan, Phyllis R. and Kenneth Jordan~~nda~~ | 2:13-cv-30638 |
| Joseph, Oralee | 2:13-cv-31598 |
| Kahlstorf, Renita and Daniel Kahlstorf | 2:12-cv-8586 |

| Name | Case Number |
|---|---|
| Kellett, Joy and Donald Kellett | 2:13-CV-24104 |
| Kelley, Ursula | 2:13-cv-04273 |
| Kinney, Vivian | 2:14-cv-29169 |
| Kishbaugh, Mary and Kerry Kishbaugh | 2:13-cv-32235 |
| Kransky, Karen | 2:13-cv-33040 |
| Large, Kelly A. | 2:15-cv-04332 |
| Leap, Susan D. and Jackson L. Leap | 2:15-cv-07579 |
| Lindell, Virginia | 2:12-cv-3905 |
| Loftin, Mary | 2:12-cv-8583 |
| Lomax, Esther B. | 2:14-cv-00480 |
| Lujan, Lisa and James Lujan | 2:12-cv-7900 |
| Luke, Janie and Harvey Luke | 2:15-cv-08857 |
| Lute, Vada D. | 2:14-cv-30298 |
| Lyons, Frances | 2:13-cv-6044 |
| Martin, Nancy | 2:13-cv-04038 |
| Martin, Susan and John Martin | 2:13-cv-04039 |
| Massey, Donna and Charles Massey | 2:12-cv-00880 |
| Maxwell, Nancy E. and Ronald Maxwell | 2:14-cv-22786 |
| McAlpin, Dixie | 2:14-cv-29171 |
| McCauley, Sheila and Doyle McCauley | 2:13-cv-21176 |
| McDougal, Diane | 2:15-cv-12664 |
| McKibbin, Debra and William McKibbin | 2:13-cv-32437 |
| McKinney, Elizabeth | 2:13-cv-24203 |
| McReynolds, Marilyn and Cecil McReynolds | 2:14-cv-11465 |
| Medina, Beatrice | 2:15-cv-11532 |
| Metcalf, Judy | 2:15-cv-12463 |
| Mettler, Ruth | 2:14-cv-29177 |
| Miller, Martha | 2:15-cv-12649 |
| Miller, Phyllis | 2:15-cv-12651 |

| | |
|---|---|
| Mills, Lee Ann | 2:14-cv-25494 |
| Mills, Patricia W. and Roy Mills, Sr. | 2:13-cv-26994 |
| Milton, Gladys V. | 2:13-cv-28012 |
| Mitchell, Ada | 2:14-cv-30753 |
| Montgomery, Wendy and Kevin Montgomery | 2:14-cv-26982 |
| Moore, Charlotte | 2:14-cv-22160 |
| Moore, Tammy | 2:15-cv-11683 |
| Nancy L. Walters (obo Lora L. Morris, deceased) | 2:13-cv-28565 |
| Morris, Nancy | 2:14-cv-23842 |
| Mullenix, Lorene and Clarence Mullenix | 2:14-cv-30762 |
| Munns, Virginia | 2:14-cv-30758 |
| Neff, Autumn | 2:12-cv-09132 |
| Nelson, Patsy | 2:15-cv-13114 |
| Norton, Kristi | 2:15-cv-12652 |
| Oaks, Shirley | 2:15-cv-05408 |
| Oliver, Connie Sue | 2:16-cv-04334 |
| Oppenheim, Wendy | 2:15-cv-12351 |
| Osburn, Shirley and Larry Osburn | 2:13-cv-21237 |
| Page, Sylvia and James L. Page | 2:14-cv-10932 |
| Palin, Paula J. | 2:13-cv-04040 |
| Parker, Dorothy | 2:14-cv-30766 |
| Parker, Valerie L. | 2:13-cv-31700 |
| Patrick, Susan and Warren O. Patrick, Jr. | 2:12-cv-06693 |
| Pearson, Wilma Jean and Robert George Pearson | 2:13-cv-31701 |
| Pellicone, Maria | 2:13-cv-31702 |
| Peterson, Aura E. | 2:15-cv-12355 |
| Petty, Marta L. and Stanley G. Petty | 2:14-cv-10933 |
| Pickett, Peggy | 2:14-cv-24990 |

| | |
|---|---|
| Pittman, Patricia | 2:13-cv-04041 |
| ~~Pittsley, Marilyn M. and William Pittsley~~ | ~~2:13-cv-14065~~ |
| Poteet, Hester | 2:14-cv-20372 |
| Price, Linda Ann | 2:12-cv-06692 |