IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325

_____

THIS DOCUMENT RELATES TO:

*Vinson, et al., v. American Medical Systems, Inc., et al.*
*Civil Action No. 2:14-cv-13777*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On September 19, 2016 the plaintiffs and defendant American Medical
Systems, Inc., ("AMS") filed  a Joint Motion to Dismiss Defendant American Medical
Systems, Inc. with Prejudice [ECF No. 11]. In the joint motion the parties are seeking
dismissal of AMS as a defendant in this action with prejudice because all claims
against AMS have been compromised and settled, including all claims, counterclaims,
cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer
MDLs for this case [ECF No. 11]. After careful consideration, it is **ORDERED** that
the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further
**ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED.** Plaintiffs'
counsel states in the Motion to Transfer that an Amended Short Form Complaint will
be filed within 14 days of the filing of the Joint Motion. Plaintiffs' counsel is
**DIRECTED** to file an Amended Short Form Complaint within the time frame stated

in the motion. Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327.  The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  September 21, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE