# EXHIBIT D

# EXHIBIT C

## to Ethicon's Response in Opposition to Plaintiffs' Motion to Exclude Dr. Larry T. Sirls' TVT/TVT-O General Opinions

Larry T. Sirls, II, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2     SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

 3                     Master File No.

                       2:12-MD-02327

 4

       IN RE:  ETHICON, INC., PELVIC

 5     REPAIR SYSTEM PRODUCTS                MDL 2327

       LIABILITY LITIGATION           JOSEPH R. GOODWIN

 6                                     U.S. DISTRICT JUDGE
     _____

 7

 8

 9

10       The deposition of LARRY T. SIRLS, II, M.D.,

11       Taken at 41000 Woodward Avenue, Suite 200 East,

12       Bloomfield Hills, Michigan,

13       Commencing at 9:33 a.m.,

14       Thursday, July 21, 2016,

15       Before Cheryl McDowell, CSR-2662, RPR.

16

17

18

19

20

21

22

23

24
```

Golkow Technologies, Inc.                          Page 1 (1)

Page 14

1  Doctor Sirls, who put together this
2  binder for you?
3  A. That binder was put together by Butler Snow.
4  Q. Okay. And who chose the articles that went in this
5  binder?
6  A. I did.
7  Q. Okay. And did you communicate to Butler Snow which
8  articles you wanted included here?
9  A. Yeah. In my report we have these references, but
10  then there are additional references that are not in
11  my report that are in that folder.
12  Q. Okay. Is everything that's in here reflected in
13  your reliance list?
14  A. Yes.
15  Q. Okay.
16  A. It should be to the best of my knowledge, it should
17  be, yes.
18  Q. And in the process of putting together your report
19  in this binder, did Butler Snow suggest or direct
20  you to any articles that they published for you to
21  look at or to include in this binder specifically?
22  A. No.
23  Q. Looking at Exhibits 4 and 5, those are internal
24  Ethicon documents.

Page 15

1  Now, Doctor, you didn't have any access
2  to these documents prior to being retained by an
3  expert -- as an expert for Ethicon, correct?
4  A. Yes, correct.
5  Q. Okay. And these are documents that you reviewed in
6  connection with your expert report, correct?
7  A. These are documents that I reviewed to make me
8  understand the process and understand what was going
9  on within the company.
10    It is not part of my expert report. My
11  expert report is based on the literature.
12  Q. Okay. And the types of documents that you've given
13  me in Exhibits 4 and 5, those are not the types of
14  documents that you would customarily rely on to do
15  your work in your peer-reviewed publications,
16  correct?
17  A. These documents inform me, and I find them
18  interesting.
19  Q. Okay.
20  A. It is not something that I use for my report, for my
21  expert report.
22  Q. Okay. So I'm asking you something that's a little
23  bit different.
24    You as a clinician and academic publish a

Page 16

1  number of peer-reviewed articles, correct?
2  A. Yes.
3  Q. And you've published a number of peer-reviewed
4  articles on a wide variety of topics, correct?
5  A. Mostly pelvic reconstructive surgery.
6  Q. Okay. And lots of different subtopics, though,
7  within pelvic reconstructive surgery, correct?
8  A. Yes.
9  Q. And in publishing those articles and prior to
10  working as an expert for Ethicon, you've never
11  consulted internal industry or company documents for
12  any of the academic writings that you personally
13  have done, correct?
14  A. Prior to receiving these documents, I had not
15  reviewed documents like this in my academic work.
16  Q. Okay. And when were you provided with these
17  documents?
18  A. I don't know exactly. Probably seven to nine months
19  ago.
20  Q. Okay. And who selected these internal documents?
21  A. Butler Snow.
22  Q. Okay. And Butler Snow gave you a series it looks
23  like of about a hundred fifty or so internal
24  Ethicon documents, give or take a few, is that

Page 17

1  correct?
2  A. So some of these are internal documents. Some of
3  these are federal regulations. Some of these are
4  publications or abstracts or discussions. Some of
5  these are IFUs.
6    So there are a variety of different
7  materials in those books.
8  Q. Okay. I just want to make sure that I'm
9  conceptually getting that right.
10    Would it be fair to say that what's in
11  Exhibit 8 which are the medical articles, those are
12  the medical articles that you personally selected as
13  reliance for your report, is that right?
14  A. That's part of it, correct.
15  Q. Okay. And then what is included in 4 and 5 are
16  things that the lawyers for Ethicon gave you to
17  review in connection with your expert report, is
18  that right?
19  A. I want to clarify my earlier answer.
20  Q. Sure.
21  A. And that is that in this there are IFUs and things
22  that I had and was aware of and had read before they
23  were given to me.
24  Q. Okay.

Page 26

1  specific last summer, fall, and one for a TVT-O
2  specific that we'll discuss today.
3      Is that the entire --
4  A. To the best of my knowledge, yes.
5  Q. Okay. And what did you do to prepare for your
6     deposition today?
7  A. I reviewed my materials, my report, the binders you
8     see in front of me, met with Mr. Koopmann.
9  Q. Okay. How many hours did you prepare for your
10    deposition?
11 A. For the deposition?
12 Q. Yes.
13 A. Well, I'm probably -- so does that include reviewing
14    all of this?
15 Q. Uh-huh.
16 A. Okay. Include writing up a report?
17 Q. No. Anything you've done specifically to prepare
18    for sitting here today and answering questions.
19 A. Would that include reviewing the documents for the
20    case, correct?
21 Q. Whatever you did.
22 A. So my report, I probably spent close to ninety hours
23    on my report.
24 Q. Okay.

Page 27

1  A. Reviewing additional documents, and I haven't
2     tallied up, so I'm giving you a generality.
3  Q. Sure.
4  A. I could be off a little bit. Reviewing the binders
5     that we see in front of us, the literature,
6     et cetera, another seventy hours or so. And then
7     the case-specific medical records, probably in the
8     thirties that I've done with that, and then I've met
9     with Mr. Koopmann probably somewhere between fifteen
10    and twenty hours.
11 Q. Okay. So if I'm doing my math right, it looks like
12    you spent anywhere between two hundred and five
13    to -- let's say two hundred to two hundred and ten
14    hours total drafting your report, doing the
15    case-specific report, reviewing your medical
16    records, and reviewing the documents for the
17    deposition, is that about right?
18 A. Somewhere in there.
19 Q. Okay. And we've had marked now the most current
20    copy of your CV.
21       And is this a complete and accurate
22    statement of your educational background and your
23    training?
24 A. Yes.

Page 28

1  Q. Okay. Now, you did a fellowship with Doctor Zimmern
2     in Los Angeles from 1992 to 1993, is that correct?
3  A. The lead, the lead physician in the fellowship was
4     Gary Leach. Phillippe Zimmern was an associate.
5  Q. Okay. And how closely did you work with
6     Doctor Zimmern at that time?
7  A. Very closely.
8  Q. Do you currently have a teaching appointment at any
9     educational institution?
10 A. I am the fellowship director at Beaumont Health for
11    female pelvic medicine and reconstructive surgery.
12    I direct urology research for the residency program
13    in the same institution. I'm a professor in urology
14    at Oakland University William Beaumont School of
15    Medicine.
16 Q. Okay. And do you currently act as a peer reviewer
17    for any medical journal?
18 A. Yes.
19 Q. And what medical journal is that?
20 A. The Journal of Urology, the Urology, Neurourology,
21    Urodynamics, Female Pelvic Medicine and
22    Reconstructive Surgery.
23 Q. Okay. Now, you offer your opinions in this case as
24    a clinician and a medical doctor, correct?

Page 29

1  A. Clinician, medical doctor, academician.
2  Q. Okay. And it's based largely on your clinical
3     experience, correct?
4  A. Clinical experience, literature, discussions with
5     friends, colleagues, meetings, et cetera.
6  Q. And you're not holding yourself out as an expert
7     with regard to the material science of
8     polypropylene, correct?
9  A. I have done a lot of literature review on the
10    material science. It's very important in my
11    practice because I use these materials, and I would
12    say that I am a clinical expert in the use of these
13    materials, their outcomes, their complications,
14    et cetera.
15 Q. Okay. Now, you gave a deposition before, correct?
16 A. Yes.
17 Q. And have you reviewed that deposition in preparation
18    for your deposition here today?
19 A. No.
20       MS. FITZPATRICK: Okay. So why don't we
21    go ahead and mark this as Exhibit 9.
22       (Sirls TVT-9 marked and attached.)
23 BY MS. FITZPATRICK:
24 Q. Go ahead and take a look at that, Doctor. I'd like

|  | Page 30 |
|---|---|
| 1 | you to look at page forty-two, line seven through |
| 2 | ten. |
| 3 | And you were asked at that time: You |
| 4 | don't hold yourself out as an expert with regard to |
| 5 | material science of polypropylene mesh, is that |
| 6 | correct? And you answered correct. |
| 7 | Are you changing your testimony today? |
| 8 | A. Yes, I am. |
| 9 | Q. Okay. And tell me what you've done between December |
| 10 | 12th, excuse me, December 14th, 2012, and today that |
| 11 | changed you from not being an expert about material |
| 12 | science with regard to polypropylene mesh and to now |
| 13 | holding yourself out as an expert on that specific |
| 14 | topic. |
| 15 | A. So during this deposition, this one that we're |
| 16 | talking about, it's the first time I've been |
| 17 | involved in the process like this, and I was naive |
| 18 | and really did not understand the questions so well. |
| 19 | In that time it's been three and a half |
| 20 | years. These products have come under much more |
| 21 | scrutiny, and I have gone to the literature, talked |
| 22 | to my friends, et cetera, gone to meetings, and have |
| 23 | become much more educated with regard to these |
| 24 | materials. |

|  | Page 31 |
|---|---|
| 1 | So I state that I am a clinical expert in |
| 2 | the use and clinical evaluation and outcomes of |
| 3 | these products. |
| 4 | Q. Okay. Well, what I'm trying to get at is I |
| 5 | understand that you're here as a clinician to talk |
| 6 | about the use and the medical outcomes that come |
| 7 | with using specifically the TVT and the TVT-O |
| 8 | device, correct? |
| 9 | A. Yes. |
| 10 | Q. What I'm trying to get at is beyond that, those |
| 11 | clinical opinions that you hold and that you've |
| 12 | reported here, do you hold yourself out specifically |
| 13 | as someone who is an expert in the material of |
| 14 | polypropylene itself? |
| 15 | A. I have reviewed thousands of pages of documents in |
| 16 | preparation, and I have reviewed quite a bit on |
| 17 | degradation, FDA regulations, preparation, |
| 18 | et cetera. |
| 19 | I think that I probably know more about |
| 20 | the use of these products than many of the engineers |
| 21 | who write these reports because I'm the one who's |
| 22 | putting them in patients and evaluating their |
| 23 | outcomes. So, yeah, I feel I'm extremely well |
| 24 | versed and expert in using these products. |

|  | Page 32 |
|---|---|
| 1 | Q. Okay. But I'm not asking you whether you're an |
| 2 | expert in the use of the products and whether you're |
| 3 | an expert in the clinical outcomes and implanting |
| 4 | them in women. |
| 5 | Maybe let me ask you this. How many |
| 6 | different kinds of polypropylene are there in the |
| 7 | world? |
| 8 | A. So polypropylene is a polymer that I want to make |
| 9 | sure I understand your question. |
| 10 | Do you mean how many makers are there? |
| 11 | Q. How many different types? |
| 12 | A. I don't understand your question. |
| 13 | Q. Do you know that there's different grades of |
| 14 | polypropylene? |
| 15 | A. What do you mean by different grades? |
| 16 | Q. This is what I'm actually trying to get at. It |
| 17 | seems to me from your expert report that you are an |
| 18 | expert sitting here to tell me about the clinical |
| 19 | implications and uses of polypropylene mesh |
| 20 | products, particularly the TVT and the TVT-O, in |
| 21 | women. That's what I got from your expert report, |
| 22 | okay? |
| 23 | What I'm trying to get at is whether you |
| 24 | are also an expert on the chemical and physical |

|  | Page 33 |
|---|---|
| 1 | properties of polypropylene, polypropylene material |
| 2 | generally, not in a clinical setting, but just |
| 3 | there's people who specialize in polymers and |
| 4 | plastics. |
| 5 | Are you one of those people? |
| 6 | A. I don't specialize in polymers and plastics. |
| 7 | Q. Okay. |
| 8 | A. But I'm informed and educated about many of these |
| 9 | issues with polypropylene materials. |
| 10 | Q. Okay. Great. Tell me about the different grades of |
| 11 | polypropylene. |
| 12 | A. What I can tell you is that prolene mesh is |
| 13 | different than polypropylene because it's treated, |
| 14 | right, with antioxidants. |
| 15 | Q. And what are those antioxidants? |
| 16 | A. Santanox and DTL-DP. |
| 17 | Q. And tell me how a manufacturer decides what |
| 18 | concentration of antioxidants should be used in a |
| 19 | particular polypropylene product. |
| 20 | A. I don't know that. |
| 21 | Q. Okay. Tell me the difference between the |
| 22 | polypropylene that is used for an Ethicon product |
| 23 | versus a polypropylene that is used for a Boston |
| 24 | Scientific product. |

Page 42

1  A.  Our hospital has a policy on all material explants,
2      and it goes to the pathology lab and we get a
3      pathology report. They do not study the
4      polypropylene for degradation.
5  Q.  Okay. So in your clinical practice, you don't have
6      any experience in reviewing pathology or looking at
7      pathology microscopically for degradation, is that
8      right?
9  A.  I have not done it in my clinical practice on
10     materials that I've explanted.
11 Q.  Okay. Have you done it in another way in your
12     clinical practice?
13 A.  Clinical practice to me means reading the literature
14     and understanding things. So it's just in the
15     literature and discussions. That's where my
16     information's coming from.
17 Q.  Maybe this is where we're talking a little past each
18     other. Just by way of shorthand, when I talk about
19     your clinical practice, I'm talking about your
20     actual treatment of women, okay? When we talk about
21     your academic practice, I'm talking about your
22     knowledge of the literature and the articles you
23     write and all of that type of stuff. So I want to
24     focus solely on your clinical practice.

Page 43

1       There's nothing in your clinical practice
2      of treating women where you've done anything to
3      specifically look for or study degradation of
4      polypropylene mesh explants, correct?
5  A.  Correct.
6  Q.  And so your knowledge comes from reading somebody
7      else's articles in the medical and scientific
8      literature, is that right?
9  A.  Yes.
10 Q.  Okay. You started using the TVT device in 2005,
11     correct?
12 A.  Yeah. It may have been 2004. I'm sorry. It's in
13     that time period.
14 Q.  Okay. And prior to using a new medical device, you
15     personally as a physician would want to be convinced
16     that the device was safe and effective, correct?
17 A.  Yes.
18 Q.  Okay. And you wouldn't use personally a medical
19     device that didn't have a proven track record of
20     safety?
21 A.  Well, so that's where surgery is a little bit
22     different than, for example, medications that can be
23     powered and randomized in large studies. In surgery
24     we will often do procedures that do not have a large

Page 44

1      clinical experience because they're logical to us,
2      they're intuitive, and we think that it may be an
3      upgrade over what we're doing.
4          For example, I'm starting a study next
5      month where I'll be implanting a device that's never
6      been done before like this, and I'll be the first
7      one doing it. There's no data on that.
8  Q.  Okay. Is that part of a clinical trial?
9  A.  In that case it will be.
10 Q.  Okay. And that's a case where you tell the women or
11     men who are getting this new device that they are
12     part of a clinical trial, correct?
13 A.  That is correct.
14 Q.  And you'll tell them that they are getting a device
15     that doesn't have an established record of safety,
16     correct?
17 A.  That's correct.
18 Q.  And you'll tell them they are getting a device that
19     doesn't have an established record of efficacy,
20     correct?
21 A.  So let me also back up to your prior question on
22     safety. When we do these, we have typically very
23     similar things that have been done that have been
24     shown to be safe and effective. So we're not going

Page 45

1      in and doing something that we don't have a concept
2      of safety and efficacy for.
3          Similarly, when we do surgical implants,
4      from my first TVT or my first TOT, they were not in
5      a clinical trial, and I had to tell my patient,
6      look, this is my first one, but this is why I'm
7      doing this, it's logical.
8  Q.  And so with your first TVT and TVT-O that you did,
9      prior to implanting those devices, did you do a
10     review of the medical and scientific literature to
11     satisfy yourself that the procedures and the devices
12     were safe?
13 A.  Yeah, that's a really good question because, as you
14     know, the procedures were developed in '96, '97,
15     '98, and I did not put my first one until 2004,
16     2005. So I was very cautious and I waited and
17     watched the literature.
18         We're talking about TVT, right?
19 Q.  Yes.
20 A.  TOT was later, 2001, 2002, 2003. So, you know, I
21     was very cautious and watched the literature. So I
22     did do that exactly before, before I implanted it in
23     my first clinical patient, and I was very
24     comfortable.

Page 46

1  Q.  Okay.  So it was important to you that you had
2      scientific data before implanting the TVT device
3      into women, correct?
4  A.  Again, there are different degrees of comfort and
5      different amounts of data that are necessary before
6      a surgeon feels comfortable doing something.
7          But, yeah, typically before I'm going to
8      do it on my patient, I will have some literature,
9      some discussions, some meetings, some information
10     that makes me feel comfortable moving ahead.
11 Q.  And you did that with the TVT device, right?
12 A.  I did.
13 Q.  And you did that with the TVT-O device, right?
14 A.  I did.
15 Q.  What literature did you rely on to satisfy yourself
16     that the TVT was safe before you started using it?
17 A.  The literature that would have been published at
18     that time.  I don't recall what was published at
19     that time in that time period.  I was watching very
20     actively because I was skeptical, I was very
21     skeptical.
22         But, let's see.  It was Nilsson, Ulmsten,
23     and then the people in the states.  Who were the
24     early TVT people?  Maybe Dennis Miller, maybe Vince

Page 47

1      Lucente.  I don't recall who were the major
2      publishers in that time period.
3          Also at the meetings, the meetings are
4      very important for us.  People come up, they give
5      their presentation, we're able to talk informally,
6      and that helps me quite a bit.
7  Q.  Okay.  And did you receive information from Ethicon
8      prior to using the TVT?
9  A.  So what I would have done is I would have had to had
10     some training by Ethicon and/or some mentoring by
11     Ethicon before doing that.  I would have gone to a
12     cadaver lab or would have gone to a surgeon's home
13     site and observed or done both.
14         I apologize.  I don't recall because it's
15     just been so long ago.  But I recall doing all of
16     these things, cadaver labs, visiting surgeons,
17     watching them do them.
18         I had done a lot of surgeries, so I was
19     pretty comfortable with these techniques.  We use
20     trocars all the time when we do slings and other
21     things.
22 Q.  I'm asking you specifically, though, about Ethicon.
23 A.  Okay.
24 Q.  Okay.  What information did you receive from Ethicon

Page 48

1      prior to implanting your first TVT?
2  A.  So what the information I probably would have
3      received from Ethicon at that time would have been
4      probably a booklet or a slide deck on the procedure.
5      Of course, there's the IFU.
6          And primarily it's the literature, my
7      friends.  I don't rely as much on slide decks, IFUs,
8      as I do on these other sources of information.
9  Q.  Okay.  But you do look at the information, I think
10     you previously testified that you look at the
11     information the medical device manufacturer would
12     give you prior to implanting their product, correct?
13 A.  Yeah.  It may not be important to me, but, yeah, I
14     look at it.
15 Q.  And you would expect that Ethicon would fully
16     disclose to you all of the risks that it knew of, it
17     knew were associated with the TVT product, correct?
18         MR. KOOPMANN:  Object to form.
19         THE WITNESS:  As a surgeon who had done,
20     I don't know, a thousand slings before I did my
21     first TVT, I really don't need Ethicon telling me
22     the risks and complications of sling procedures.
23     They would have to tell me something that would not
24     commonly be known to me.

Page 49

1  BY MS. FITZPATRICK:
2  Q.  So a medical device -- so your testimony is a
3      medical device manufacturer does not have a
4      responsibility to tell physicians who are using its
5      product of the risks it knows are associated with
6      the product, is that what you're saying?  There's no
7      obligation to do that?
8          MR. KOOPMANN:  Object to form.
9  BY MS. FITZPATRICK:
10 Q.  I mean, they either have to tell you or they don't.
11     I just want to know which one you think it is.
12 A.  I think that they should tell us risks that would
13     not commonly be known to surgeons and that would be
14     unique to their device.
15 Q.  And you realize, Doctor, that not everybody who's
16     used a TVT has the same level of experience
17     implanting a thousand slings before they started
18     using a TVT device, correct?
19 A.  Probably.
20 Q.  And not every physician has the opportunity that you
21     do to go to all of these meetings and to meet with
22     all of your colleagues, correct?
23 A.  I'm not sure.  Probably.
24 Q.  Okay.  And you realize that where you practice and

Page 54

1  the mid-urethral sling which is why the whole world
2  went to mid-urethral slings.
3  Q. Your hands are not everybody's hands, though,
4     correct?
5  A. Yes.
6  Q. And you recognize there are reported complications
7     that are unique to mesh slings that are not reported
8     in association with fascial slings, correct?
9  A. Those complications in my mind would be entirely
10    mesh related --
11 Q. Okay.
12 A. -- and nothing else.
13 Q. And nobody -- not everybody has the same results
14    with polypropylene mid-urethral slings that you
15    have, correct?
16 A. Interestingly, as I look at the meta-analyses, the
17    data that I see is pretty consistent with my
18    experience.
19 Q. Okay. So you're pretty middle of the road, you get
20    the same results that other people do, is that
21    right?
22 A. Yeah. I would say that my results are similar to
23    what we see in the very large studies.
24 Q. Okay.

Page 55

1  A. Some, you know, some differences, but --
2  Q. Well, we will -- I want to look at some of those in
3     a little bit.
4  A. Okay.
5  Q. But before we get there, so you do fascial slings.
6        What retropubic slings do you use?
7  A. I use the TVT Exact.
8  Q. And what obturator slings do you use?
9  A. I use the Abbrevo.
10 Q. And the Abbrevo is a different or a modified version
11    of the TVT-O, is that right?
12 A. I look at the Abbrevo as an upgraded product. When
13    you come out, when you have experience and you have
14    time to reflect and think about the technologies,
15    the next generation is often slightly improved over
16    the first. So --
17 Q. Is the Abbrevo an updated improvement over the
18    traditional TVT-O in your opinion?
19 A. I like the Abbrevo. It's my sling of choice now for
20    many, many reasons. In fact, it's my primary sling
21    of choice. I prefer that over retropubic slings.
22       But if the Abbrevo were off the market
23    tomorrow and all we had was TVT-O, I would use that.
24 Q. Okay. Well, let's say how many sling surgeries do

Page 56

1     you do a year?
2  A. I'm not sure. A hundred. I don't know. Two
3     hundred. I'm not sure.
4  Q. Okay. Let's try to just break it down. How many
5     roughly percentage-wise if you can give me, how many
6     of the slings that you implant are the Abbrevo?
7  A. So my obturator approach, it's about ninety percent
8     of what I do.
9  Q. Okay. And about how many are the retropubic?
10 A. The remaining. Well, maybe nine percent to probably
11    one percent, maybe two percent fascial slings at
12    this time.
13 Q. Okay. And you agree with me the fascial sling is
14    within the standard of care even though it's not
15    your preferred surgical intervention, correct?
16 A. Yes.
17 Q. All right. So you offered a report on the TVT-O
18    specifically.
19       What are the differences between the
20    TVT-O and the Abbrevo product that you use?
21 A. So, first of all, let me just qualify that. In our
22    field we tend to -- TVT-O has become kind of a very
23    generic term. So sometimes I'll say TVT-O and what
24    I mean is obturator sling.

Page 57

1  Q. Okay.
2  A. Okay. Just to qualify that.
3  Q. Okay. That's fair enough.
4        I want to talk very specifically about
5     not TOT, not the transobturator slings generally but
6     the Ethicon TVT-O device.
7  A. Okay.
8  Q. Okay. So the difference between the Ethicon TVT-O
9     device and the Ethicon Abbrevo device.
10 A. Yes.
11 Q. What are the differences?
12 A. The differences are first that the Abbrevos or
13    Abbrevos are all laser-cut mesh.
14       That's not as important to me clinically.
15    The most important thing to me clinically is it's a
16    shorter length.
17 Q. And having a shorter length, it doesn't go as far
18    out into the groin and thigh, correct, as the
19    traditional TVT-O?
20 A. Correct.
21 Q. Okay. And what in your opinion is the advantage of
22    having the shorter length of the Abbrevo versus the
23    TVT-O?
24 A. That's actually a really important issue, and the

Page 58

1  concern is groin pain, and clinically, I see this
2  very infrequently but I still worry about it because
3  this is a quality of life procedure, and I'm trying
4  to make sure my patients are happy when we're done.
5      And although I see, again, I would say
6  extremely infrequent groin pain that lasts more than
7  a few weeks, if I can try and minimize that by
8  having a mesh band that does not go through the
9  adductor muscle group, then that's intuitive to me.
10 Q. Do you believe that the -- so your primary reason is
11 you believe that there's a decrease in the chance of
12 a long-term groin pain in a woman.
13     Is that sort of my layperson's
14 interpretation of what you're saying?
15 A. So it was really an intellectual decision because
16 clinically I was not seeing problems with groin
17 pain. I mean, it was very, very infrequent. We
18 talk about it in the literature, we see it in
19 conferences, and it had my attention. The numbers
20 are very low, but I worry about it. You worry.
21 That's what I do.
22     So when the shorter mesh came out, I
23 looked at it, I said this is logical. Maybe if I
24 have one patient in a thousand who has that

Page 59

1  complication and I can prevent that one patient in a
2  thousand from having it, I'd like to do that.
3  Q. Okay. And is there anything else that recommends
4  the Abbrevo over the TVT-O device to you?
5  A. No.
6  Q. Okay. Do you even implant the TVT-O at all, or do
7  you just use the Abbrevo at this point?
8  A. At this point I use the Abbrevo. If we don't have
9  it, I'll use a TVT-O.
10 Q. Okay. And when did you change from the TVT-O to the
11 Abbrevo?
12 A. I'm sorry. I'm not sure. A few years ago, a couple
13 few years ago.
14 Q. Okay. Now, so a woman comes in to see you and she
15 needs a surgical intervention for stress urinary
16 incontinence. You offer her three potential
17 procedures, the Abbrevo, the TVT Exact, and the
18 fascial sling.
19     Those are your three options, is that
20 right?
21 A. Well, there's another surgical option that's
22 periurethral injection.
23     But we're -- I'm assuming that we're
24 talking about a patient with simple, straightforward

Page 60

1  stress incontinence, and if that's the case, those
2  are the three procedures we discuss.
3  Q. Okay. And why do you use the TVT Exact over just
4  the TVT-O?
5  A. There's two scenarios where I might do that. Number
6  one is if the patient has had a prior mid-urethral
7  sling, there's some data, not great data, but
8  there's some data that argues that a retropubic
9  vector improves overcomes over the obturator vector
10 in that specific subgroup.
11     The second reason would be if the patient
12 has dyspareunia or pelvic pain, and what I would do
13 in that patient is on exam, I would feel their
14 pelvic floor muscles, and if they have any evidence
15 of pelvic floor muscle pain or discomfort, I would
16 not use an obturator sling in that patient.
17 Q. Okay. I think I misspoke. I was going to ask you
18 that question too, so you already gave me that.
19     Why would you use a TVT Exact over the
20 TVT-R?
21 A. I thought you said TVT-O.
22 Q. I apparently did. I just misspoke.
23 A. Okay.
24 Q. So --

Page 61

1  A. TVT-R. I like the curve of the trocar and the hand
2  movement, but that's personal preference. I've used
3  them both.
4      Some people really like the big trocar.
5  They feel they can guide it easier and have more
6  control over it. I happen to like the other trocar.
7  It's just personal preference.
8  Q. Okay. And so let's go back to the question that I
9  asked and you answered. The primary reason -- I
10 just want to get this in my mind. A woman comes in
11 to you for a surgical intervention, okay?
12     Is your -- generally your first
13 recommendation that they have the Abbrevo sling, and
14 you only go to the TVT Exact or the fascial sling if
15 there's some kind of reason why you don't think that
16 the Abbrevo is particularly suited for that woman,
17 is that right?
18 A. Yeah. There are a few things that I look at, but if
19 there are none of the risk factors that I am
20 considering, my first choice is an inside-out
21 obturator sling which is the Abbrevo.
22 Q. Okay. And the risk factors that you discussed were
23 women who already have some type of pelvic floor or
24 pelvic muscle discomfort or dyspareunia, is that

Page 62

1   right?
2   A. Yes.
3   Q. And is there any other risk factor that you can
4       identify for me that would have you recommend the
5       Exact over the Abbrevo?
6   A. Yes. That is in a patient who will have had prior
7       mid-urethral sling, and those patients, again,
8       there's some literature, mostly case series and
9       things, not great, no Level I evidence, that argues
10      that the retropubic vector in those patients may be
11      better than the obturator vector, but studies like
12      that, you know, that are not large they've been
13      proven wrong before.
14          For example, you know, when we looked at
15      the retropubic versus the obturator sling, one of
16      the big issues was if a patient has ISD, if they
17      have severe leakage, is the retropubic sling tighter
18      or not than the obturator, and I have to say I
19      thought that it was, and I was in a group that
20      thought that it was. There's papers that said it
21      was, some papers said that it wasn't.
22          So when we did our large six hundred
23      patient prospective randomized trial and then we
24      evaluated those patients according to leak point

Page 63

1   pressures which is a severity of urethral
2   dysfunction, we found that both slings worked
3   exactly the same.
4       So that was the first really big study to
5   inform us as a field that the obturator sling works
6   as well as the retropubic sling in patients with
7   severe dysfunction, so that's not something that I
8   use.
9       Interestingly, when I go to the meetings,
10  everybody at the meetings will say retropubic slings
11  are tighter, and that's because they're not reading
12  the literature.
13 Q. Okay. So I want to go back to my question.
14     Dyspareunia, pelvic floor muscle dysfunction, that's
15     one risk factor that would have you recommend the
16     TVT-R to a small subgroup of your -- subpopulation
17     of your patients, right?
18 A. So the retropubic sling instead of an obturator?
19 Q. Right. Prior mid-urethral sling, you would go to a
20     retropubic over the obturator in that case, correct?
21 A. For now until that's proven to be wrong.
22 Q. Okay. Anything else, any other risk factors that
23     would have you recommend to a woman that she have a
24     retropubic as opposed to an Abbrevo device?

Page 64

1   A. Nothing that I can think of right now.
2   Q. Okay. And then you also do a very small number of
3       fascial slings, is that correct?
4   A. Yes.
5   Q. Are those ever -- do you ever recommend a fascial
6       sling to a patient?
7   A. I do.
8   Q. Okay. And in what candidates would you recommend a
9       fascial sling or a polypropylene mid-urethral sling?
10  A. So the brilliant thing about the mid-urethral sling
11      is that it's tension free. That was just a critical
12      advance, and it's changed. It's been the single
13      most important thing that has improved the side
14      effect profile of these procedures.
15          The fascial slings are placed at the
16      bladder neck, not the mid-urethra, and historically
17      they have been what we call compressive and which
18      means obstructive which means that the patients have
19      higher urgency rates and higher UTI rates, all of
20      which are proven in the literature.
21          So when I have a patient whose urethra is
22      mobile, it's moving, then I can put a mid-urethral
23      sling in them. The urethra moves, hits the sling,
24      and it works. Dynamic kinking is what we would call

Page 65

1   that in the literature.
2       But when a patient is scarred and the
3   urethra is not moving, then I have to take my sling
4   and I have to take my sling to the urethra and
5   compress it, and that, I'm going to place fascia
6   because we don't put mesh under tension. Mesh under
7   tension could erode into the urethra.
8       So a fascial sling is typically under a
9   little bit more compression, and what we know is
10  commonly we're obstructing these patients which
11  leads, again, to a whole another set of side effects
12  which sometimes for a patient is more bothersome
13  than their leakage in the first place. So it gets
14  to be a very tricky, tricky population.
15 Q. Okay. Now, regardless of what procedure you're
16     doing, the Abbrevo, the TVT Exact, or the fascial
17     sling, you discuss the options with your patients,
18     correct?
19 A. Yes.
20 Q. And you give them informed consent, correct?
21 A. Yes.
22 Q. And what -- let's start with the Abbrevo. What are
23     the risks that you tell your patients about that can
24     be associated with the use of the Abbrevo device?

|  | Page 90 |  | Page 92 |
|---|---|---|---|
| 1 | That is unique to this. | 1 | BY MS. FITZPATRICK: |
| 2 | Prolene may potentiate existing | 2 | Q. I'm not asking you that. I'm asking, you are a |
| 3 | infection. The next one's on obstruction. We know | 3 | clinician and a medical doctor. |
| 4 | that. Acute or chronic pain, any surgery we do can | 4 | A. Yeah. |
| 5 | do that. Voiding dysfunction, that goes up with the | 5 | Q. I'm not asking you -- there's no way you can know |
| 6 | bullet above. I don't know why they split that into | 6 | what Ethicon was thinking. |
| 7 | two different bullets. Pain with intercourse, we | 7 | A. Right. |
| 8 | know about that. Neuromuscular problems, again, | 8 | Q. I'm asking from a purely medical point of view, what |
| 9 | same idea. We know about that. Recurrence, | 9 | was known in the medical community about potential |
| 10 | bleeding, revisions, and then the last one, a | 10 | adverse reactions to the TVT device. Is there any |
| 11 | permanent implant that integrates into the tissue. | 11 | reason based on that body of knowledge that you have |
| 12 | So that is unique to this when they talk about mesh. | 12 | that any of these adverse reactions could not have |
| 13 | However, if I have to go in and take the | 13 | been identified in an IFU prior to 2015? |
| 14 | Burch sutures out that eroded into a bladder or | 14 | A. So, I apologize, but, you know, your question could |
| 15 | fascial sling is out that is obstructing, that can | 15 | not have -- I'm getting thrown off by that. |
| 16 | be a very difficult dissection as well. | 16 | Q. Is there anything new here that physicians didn't |
| 17 | Q. Let me ask you based on these adverse reactions that | 17 | know prior to 2015? |
| 18 | you just reviewed, is there any reason that you know | 18 | A. No. In fact, I would argue that we could probably |
| 19 | of from your medical and clinical point of view, any | 19 | still have the same four bullet points here, and I |
| 20 | reason that those adverse reactions that are | 20 | would still be comfortable with that. |
| 21 | identified in the post 2015 IFU could not have been | 21 | Q. Or we could also argue that each of these adverse |
| 22 | included in the pre-2015 IFU? | 22 | reactions could have made it into the earlier IFU |
| 23 | MR. KOOPMANN: Object to form, | 23 | because they were known as potential complications |
| 24 | foundation. | 24 | and adverse events with the TVT, right? It could |

|  | Page 91 |  | Page 93 |
|---|---|---|---|
| 1 | THE WITNESS: So my understanding when | 1 | have gone either way? |
| 2 | you look at both federal regulations and guidelines | 2 | A. But this is just, I mean, I don't know who selected |
| 3 | on IFUs, it has to be something that is unique, that | 3 | these things. We don't have blood clot on here. We |
| 4 | is unique to the procedure and not commonly known. | 4 | could have gotten into blood clot. |
| 5 | And that's kind of where the whole | 5 | Q. We could go down to the other adverse reactions as |
| 6 | argument is here is that these things are commonly | 6 | well. |
| 7 | known. The only thing that is unique here are the | 7 | A. Yeah. |
| 8 | ones that specifically deal with mesh. We know | 8 | Q. I'm just asking you, Doctor, I don't care which IFU |
| 9 | removing it's hard, but mesh exposure is unique to | 9 | you like better. |
| 10 | these products, yes. | 10 | A. Okay. |
| 11 | BY MS. FITZPATRICK: | 11 | Q. I'm just asking you, is there any reason that you |
| 12 | Q. It's not my question. | 12 | know of based on your knowledge of the medical and |
| 13 | A. I'm sorry. | 13 | scientific literature that what Ethicon chose to put |
| 14 | Q. Is there any reason based on your medical | 14 | into its IFU in 2015 could not have been |
| 15 | knowledge and your clinical knowledge, is there | 15 | incorporated into an earlier version of the IFU |
| 16 | any reason why any or all of these adverse | 16 | based on medical and scientific knowledge? That's |
| 17 | reactions that are identified in the 2015 IFU | 17 | all. |
| 18 | could not have been listed in the pre-2015 IFU? | 18 | A. You know, it's the could not. It's like a double |
| 19 | Are these new things that people didn't know about | 19 | negative. |
| 20 | until 2015? | 20 | So, so are you saying that Ethicon could |
| 21 | MR. KOOPMANN: Object to form. | 21 | have put these in earlier IFUs, is that a simpler |
| 22 | THE WITNESS: So I can't really comment | 22 | way of saying it? |
| 23 | on what the people at Ethicon were thinking when | 23 | Q. Could Ethicon have put these adverse events into |
| 24 | they -- | 24 | early IFUs? |

Page 126

1   weight? Do you recall that?
2  A.  So there's the Amid study which is the original
3      study on pore size, Type I, Type II, Type III, Type
4      IV.
5          I also looked at Pam Moalli's paper from
6      2008 --
7  Q.  And is it your --
8  A.  -- and many other articles and documents looking at
9      pore size.
10 Q.  That Moalli paper that you just referenced, that
11     contains a table in it that lists the density and
12     pore size of various incontinence slings?
13 A.  Yes.
14 Q.  And that's something you've reviewed?
15 A.  Yes.
16 Q.  You testified earlier today that you've explanted
17     some polypropylene mesh slings or portions of some
18     polypropylene mesh slings, is that right?
19 A.  That's correct.
20 Q.  And when you had occasion to do that, did you look
21     at the mesh that you explanted?
22 A.  Yes.
23 Q.  In that gross examination of the mesh, did you
24     observe any degradation?

Page 127

1  A.  It looked normal to me.
2  Q.  And does your outcomes with your patients in whom
3      you've implanted a mid-urethral polypropylene sling
4      like the TVT or TVT-O inform your opinion about
5      whether or not the mesh in those slings degrades?
6  A.  Yeah.  I find it just, I find it so interesting to
7      read these internal documents on mesh degradation
8      because it was a surprise to me and because
9      clinically I just have not seen any evidence of this
10     at all.
11         We have long-term studies looking at
12     patients looking at their clinical outcome, clinical
13     outcome meaning continued improvement in symptoms
14     but also meaning lack of progression of scar tissue,
15     pain, discomfort, et cetera.  So I just don't see
16     any clinical evidence that this is an issue.
17 Q.  There was some discussion earlier about what
18     literature you relied on at the time that you
19     started to use the TVT and at the time that you
20     started to use the TVT-O.
21         Do you recall that generally?
22 A.  Yes, yes.
23 Q.  Did you also rely on the TVT literature that existed
24     as something that made you feel comfortable that the

Page 128

1      TVT-O devices was safe and effective when you
2      started using the TVT-O?
3  A.  Yeah.  So when the TVT-O came out, the idea was that
4      it's the exact same mesh, it's the exact same
5      location, it's just a different way of getting it
6      there, and we were very comfortable with that.
7  Q.  Do you offer the Burch procedure as a stress urinary
8      incontinence treatment to your patients today?
9  A.  I do not.
10 Q.  Why not?
11 A.  So we did a large prospective randomized trial on
12     Burch, and it just, it's not, it's not durable.
13     It's not effective.  So when I would do it before,
14     it was only when we were in the abdomen, and it was
15     there, it was easy, we were in the abdomen, we would
16     do a Burch.
17         But now when they're in the abdomen, if
18     they need an anti-incontinence procedure, I'd do a
19     mid-urethral sling.  So I'll let them finish in the
20     belly, close, then I'll go vaginally and I will do
21     mid-urethral sling because they're more effective,
22     and I think that they have a better safety profile.
23 Q.  Have you actually seen lower rates of groin pain or
24     leg pain with your TVT Abbrevo patients than you did

Page 129

1      with your TVT-O patients?
2  A.  No.  I really haven't.  I haven't formally studied
3      it, but anecdotally in my, just evaluation of my
4      patients, I have not seen that.  We do look at these
5      patients when we do our trials.
6          I don't have a prospective sling database
7      but I have retrospective sling databases, and we
8      have not seen a difference.
9  Q.  Does the TVT Abbrevo use the exact same mesh as the
10     TVT-O?
11 A.  No.  The Abbrevo is a laser-cut mesh.
12 Q.  But apart from the cutting technique, is it the same
13     mesh?
14 A.  Yes, it's the same mesh.
15 Q.  And there's laser-cut TVT-O mesh, correct?
16 A.  There is, that's correct.
17 Q.  In addition to mechanically cut TVT-O devices?
18 A.  That's correct.
19 Q.  But the mesh in the TVT Abbrevo and the TVT-O is the
20     same polypropylene?
21 A.  Yes, it's the same weave, monofilament.
22 Q.  It's the same weight or density?
23 A.  Same weight, same pore size.  It's a hundred grams
24     per liter squared.

Page 130

1  Q.  Does the mesh used in the two devices lay under the
2      urethra at the same spot?
3  A.  It does.  We do that on purpose.
4  Q.  Does the TVT Exact use the exact same mesh as the
5      TVT with the exception of the cutting technique?
6  A.  Yes, yes, it is.
7  Q.  But, again, with the TVT there's also laser-cut mesh
8      available, is that your understanding?
9  A.  That's correct.
10 Q.  And is the TVT Exact mesh the same weight and pore
11     size as the TVT mechanically cut mesh?
12 A.  Yes, it is.
13 Q.  And that mesh lays under the urethra at the same
14     place?
15 A.  Yes.
16 Q.  I'm going to ask you a couple of follow-up questions
17     about Exhibit 11 and 12.  11 is the TVT IFU before
18     2015, and 12 is the TVT IFU before 2015.
19 A.  Okay.  I have them both.
20 Q.  Which one do you have in front of you right now that
21     you're looking at?
22 A.  I have the TVT-O one.
23 Q.  Okay.  So if you look at the TVT-O marked as
24     Exhibit 12, there was some discussion earlier about

Page 131

1      the adverse reaction section.
2          Do you recall that?
3  A.  Yes.
4  Q.  Right above the adverse reaction section, there's a
5      section that says warnings and precautions, is that
6      right?
7  A.  Yes.
8  Q.  And if you look at the fifth bullet point from the
9      bottom of that list of warnings and precautions, it
10     says:  Transient leg pain lasting twenty-four to
11     forty-eight hours may occur and can usually be
12     managed with mild analgesics, is that correct?
13 A.  Correct, yes.
14 Q.  And then if you look at the Exhibit 11 which is the
15     TVT IFU, before 2015, you don't see that same
16     notation of transient leg pain, do you?
17 A.  That's correct.
18 Q.  So in that respect, would you agree that these TVT
19     and TVT-O IFUs before 2015 do set forth a different
20     risk profile?
21         MS. FITZPATRICK:  Objection.
22         THE WITNESS:  Yeah.  I apologize for
23     that.  I will tell you that the print is so small, I
24     can hardly see it even with my glasses on.

Page 132

1          However, I did not review that carefully
2      enough before talking about that this morning, and
3      it does clearly say that.
4  BY MR. KOOPMANN:
5  Q.  And the TVT-O IFU on the first page, one of the
6      things it says in a paragraph at the top of the
7      first substantive page I'll call it that says
8      English at the top, it says:  The device should be
9      used only by physicians trained in the surgical
10     treatment of stress urinary incontinence and
11     specifically in implanting the Gynecare TVT
12     obturator device, is that correct?
13 A.  Yes, that's correct.
14 Q.  And if you go to the TVT IFU marked as Exhibit 11,
15     it also says:  The device should be used only by
16     physicians trained in the surgical treatment of
17     stress urinary incontinence and specifically in
18     implanting the Gynecare TVT device, is that correct?
19 A.  Yes, that's correct.  And really, all these
20     decisions are not -- these decisions are all made by
21     the local hospitals, universities, et cetera, who do
22     privileging, chairman of the department.  That's how
23     we decide who can implant and who cannot implant.
24     It's a local decision made by the administrations

Page 133

1      and departments at the local hospitals.
2  Q.  Is the fact that data can change over time one of
3      the reasons surgeons continue to do studies and
4      systematic reviews and meta-analyses?
5  A.  Yeah, and I alluded to that in talking about how the
6      literature develops, and we learn more and more
7      things as time goes on.
8  Q.  And is a continuing review of the literature
9      something that surgeons do as part of their
10     practice?
11 A.  It's what we constantly do.  In fact, in programs
12     like ours, we have a journal club every month
13     specifically to look at the new literature to keep
14     ourselves updated.
15 Q.  Can a risk profile of a device change over time?
16 A.  Absolutely, especially as we learn more about it and
17     we're informed.
18 Q.  The additional adverse reactions and other adverse
19     reactions that counsel went over earlier with you in
20     the 2015 IFUs for the TVT and TVT-O which have been
21     marked as Exhibits 13 and 14 respectively, in your
22     opinion was there any reason that those additional
23     adverse reactions that were not seen in prior
24     versions of the IFU needed to be included in the

Page 158

1 products versus AMS products, and what you told me,
2 I did not do one at my institution but I
3 participated in the overall study.
4 A. Yeah. So, so we did not do it at Beaumont, you're
5 right. I participated in the study that pulled the
6 data and looked at it on the national level.
7 Q. Those weren't your patients, right?
8 A. Some of them were but not all of them, no.
9 Q. You didn't do it at Beaumont?
10 A. We did not do a study at Beaumont where we compared
11 Ethicon versus AMS or somebody else.
12 Q. And those are your patients who you haven't done a
13 study in your patients at Beaumont that compared
14 Ethicon to another manufacturer, right?
15 A. But what we did is we participated in the study that
16 compared AMS and Ethicon on a national level.
17 Q. Okay.
18 A. But not on a local level.
19     MS. FITZPATRICK: That's all that I have.
20 Thank you.
21
22     (Deposition concluded at 12:50 p.m.)
23
24

Page 159

1 STATE OF MICHIGAN   )
                      )SS.
2 COUNTY OF LIVINGSTON )
3         CERTIFICATE OF NOTARY PUBLIC
4             I certify that this transcript
5 is a complete, true, and correct record of the
6 testimony of the deponent to the best of my ability
7 taken on Thursday, July 21, 2016.
8             I also certify that prior to
9 taking this deposition, the witness was duly sworn
10 by me to tell the truth.
11             I also certify that I am not a
12 relative or employee of a party, or a relative or
13 employee of an attorney for a party, have a contract
14 with a party, or am financially interested in the
15 action.
16
17
18
19
20
     _____
21
     Cheryl McDowell, CSR-2662, RPR
22   Notary Public, Livingston County
     State of Michigan
23   Commission Expires September 13, 2019
24