# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>THIS DOCUMENT APPLIES TO ALL<br>WAVE 3 CASES | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### PLAINTIFFS' MOTION FOR LEAVE TO LATE-FILE MOTION TO LIMIT THE OPINIONS AND TESTIMONY OF HARRY JOHNSON, JR., M.D.

Come now, the Plaintiffs, and submit *Plaintiffs' Motion for Leave to Late-File Motion to Limit the Opinions and Testimony of Harry Johnson, Jr., M.D.* Pursuant to LR Civ P 7.1 a supporting memorandum of law is not filed herewith.

Pursuant to Pretrial Order No. 210, *Daubert* motions in Wave 3 cases were due on September 19, 2016. Plaintiffs did not file their *Daubert* motion with respect to Defendants' designated general expert, Harry Johnson, Jr., M.D. (hereinafter "Dr. Johnson"), due to a misinterpretation of Dr. Johnson's designation. Because Defendants designated Dr. Johnson in only one (1) Wave 3 case (to the best of Plaintiffs' knowledge), Plaintiffs inadvertently thought this was a case-specific designation. Rather, Defendants did designate Dr. Johnson as a general expert, and Plaintiffs have just recently learned of their error. As such, Plaintiffs respectfully request the Court grant leave for Plaintiffs to late-file their general *Daubert* motion with respect to Dr. Johnson.

Plaintiffs assert Defendants will suffer no prejudice if this Motion is granted as Defendants designated Dr. Johnson as a general expert in the Mullins Consolidated Cases, and Plaintiffs filed a *Daubert* motion in the Mullins Consolidated Cases on the *same* expert report

1

that Dr. Johnson produced in Wave 3. As such, Plaintiffs propose to file the same motion (excepting case caption and list of cases to which the motion applies) they filed in the Mullins Consolidated Cases, as related to Dr. Johnson, in Wave 3. Moreover, Plaintiffs will consent to any needed extensions of time Defendants may need to respond to the Wave 3 motion, although Plaintiffs anticipate Defendants will simply re-file the response they filed to Plaintiffs' *Daubert* motion filed in the Mullins Consolidated Cases. For these additional reasons, Plaintiffs respectfully request the Court grant the instant Motion thereby granting leave to Plaintiffs to late-file their *Daubert* motion related to Dr. Johnson in Wave 3. A proposed form of order is included herewith.

Dated: September 27, 2016

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (CO Bar No. 36819)
John R. Crone (CO Bar No. 48284)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
Email: aimee.wagstaff@andruswagstaff.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 27, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

     /s/ Aimee H. Wagstaff
     ANDRUS WAGSTAFF, PC
     7171 W. Alaska Dr.
     Lakewood, CO 80226
     Telephone: (303) 376-6360