IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>THIS DOCUMENT APPLIES TO ALL WAVE 3 CASES | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO LATE-FILE MOTION TO LIMIT THE OPINIONS AND TESTIMONY OF HARRY JOHNSON, JR., M.D.

The Court having considered *Plaintiffs' Motion for Leave to Late-File Motion to Limit the Opinions and Testimony of Harry Johnson, Jr., M.D.*, any responses and replies thereto, herby FINDS the Motion to have merit and GRANTS the same. Plaintiffs are directed to file their Wave 3 *Daubert* motion related to Dr. Johnson immediately upon receipt of this Order. Moreover, Plaintiffs shall consent to any reasonable requests for time Defendants may require to draft and file their Response to the same.

_____     _____
Hon. Joseph R. Goodwin                                                Date

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360