## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Wanda Reddick<br>Susan Hewitt<br>Nereida Hernandez<br>Jeanette Montijo<br>Patricia Guerrero<br>Pamela Boutwell<br>Dora Cook<br>Karen Booth<br>Mae Harkey<br>Kristen Morrison<br>Ruth Eggert<br>Laura Cutright<br>Marilyn Duverger<br>Mary McClary<br>Dee Organ<br>Phyllis Smiley<br>Rosa Bacon<br>Judy Bayne<br>Katherine Anderson<br>Cynthia Burnett<br>Franchesca Carrasco<br>Patricia Dickerson<br>Kathy Thomas<br>Susan Zyla<br>Wanda Perry<br>Janyce Rodgers<br>Suzanne Smith<br>Judy Tyson<br>Susan Heath-Cox<br>Mattie Brown<br>Linda Fuchs<br>Kimberly Kuebler<br>Kristi Cooper<br>Vicki Weymouth<br>Barbara Burkett<br>Claudia Myers<br>Peggy Higginbotham<br>Roberta Hutcherson<br>Vicki Williams<br>Alvina Mosley<br>Rosa Threlfall<br>Nina Trimm<br>Cynthia Ruelle | Missouri Eastern | 4:16-cv-1462 | 2:16-cv-9201 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Lois Despres<br>Alberta Rowe<br>Margaret Wolf<br>Agnes Sanchez<br>Sonya Lentz<br>Elizabeth Humes<br>Clauda Crutcher<br>Dana Bailey<br>Joann Vest<br>Carolyn Turner<br>Donna Carpenter<br>Heather Hiatt<br>Barbara Farina<br>Lauren Rose<br>Patricia Fay Robinette<br>Alice Madden<br>Ellen Brown<br>Vonna Brandstatter<br>Kathleen Aguinage<br>Krista Brittin<br>Gena Snow<br>Debra Riegert | Missouri Eastern | 4:16-cv-1462 | 2:16-cv-9201 |