**Exhibit B**

I. **For Directly Filed Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No. _____
(Severed from Civil Action No. _____ )**

_____

**SHORT FORM COMPLAINT**

**II.  For All Other Cases:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.**

     **Plaintiffs,**

**v.**

**JOHNSON & JOHNSON, et al.,**

     **Defendants.**

**Civil Action No. _____
(Severed from SDWV Civil Action
No. _____ )**

**COMPLAINT AND JURY DEMAND**

2