IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCT LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs whose cases are listed on the attached Exhibit A, Defendant Coloplast Corp.[1] ("Coloplast"), and Defendant Mentor Worldwide LLC[2] ("Mentor") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims, and third-party claims. Accordingly, Plaintiffs, Coloplast and Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in these actions with prejudice, and terminate Coloplast and Mentor from the docket in these actions, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to prosecute these actions against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

Respectfully submitted,

*/s/ Lana K. Varney*
Lana K. Varney
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
512.474.5201 (phone)
512.536.4598 (fax)
lana.varney@nortonrosefulbright.com
*Attorney for Defendant Coloplast Corp.*


*/s/ Dustin B. Rawlin*
Dustin B. Rawlin
TUCKER ELLIS LLP
950 Main Street, Suite 1100
Cleveland, OH  44113
216.592.5000 (phone)
216.592.5009 (fax)
dustin.rawlin@tuckerellis.com
*Attorney for Defendant Mentor Worldwide LLC*


*/s/ G. Sean Jez*
G. Sean Jez
FLEMING NOLEN & JEZ
Suite 1600
2800 Post Oak Boulevard
Houston, TX 77056
713.621.7944 (phone)
713.621.9638 (fax)
sean_jez@fleming-law.com
*Attorney for Plaintiffs on Exhibit A*


Dated: September 29, 2016

**EXHIBIT A – FLEMING NOLEN & JEZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01088 | Mable Zeek, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-12520 | Sandy Glover v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ Lana K. Varney*_____
Lana K. Varney