**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCT LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice)

Pending in MDL 2327, 2:12-md-02327 [Docket #____], is a Joint Motion to Dismiss Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice filed by the plaintiffs, identified in Exhibit A, (attached hereto), Coloplast Corp.[1] ("Coloplast"), and Mentor Worldwide LLC[2] ("Mentor") seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims. Other defendants remain in this action, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast and Mentor with Prejudice is **GRANTED**. Defendants Coloplast and Mentor are **DISMISSED WITH PREJUDICE** as defendants in the actions listed in Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in the individual cases listed in Exhibit A.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

ENTER: _____, 2016

_____
Joseph R. Goodwin
United States District Judge

**EXHIBIT A – FLEMING NOLEN & JEZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01088 | Mable Zeek, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-12520 | Sandy Glover v. Ethicon, Inc., et al. |