# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-P and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis  
Barbara R. Binis  
REED SMITH  
Three Logan Square, Suite 3100  
1717 Arch Street  
Philadelphia, PA 19103  
215.851.8100 (phone)  
215.851.1420 (fax)  
bbinis@reedsmith.com  

/s/ Erik W. Legg  
Erik W. Legg (WVSB 7738)  
FARRELL, WHITE & LEGG PLLC  
P.O. Box 6457  
Huntington, WV 25772-6457  
304.522.9100 (phone)  
304.522.9162 (fax)  
ewl@farrell3.com  

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael A. London
Michael A. London
DOUGLAS & LONDON
6th Floor
59 Maiden Lane
New York, NY 10038
212.566.7500 (phone)
212.566.7501 (fax)
mlondon@douglasandlondon.com
*Attorney for Plaintiffs on Exhibit B*

/s/ James R. Dugan , II
James R. Dugan, II
DUGAN LAW FIRM
Suite 100
One Canal Place
365 Canal Street
New Orleans, LA 70130
504.648.0180 (phone)
504.648.0181 (fax)
jdugan@dugan-lawfirm.com
*Attorney for Plaintiff on Exhibit C*

/s/ Matthew John Morrison
Matthew John Morrison
HARRISON DAVIS STEAKLEY MORRISON
5 Ritchie Road
Waco, TX 76712
254.761.3300 (phone)
254.761.3301 (fax)
Matt@TheTrialLawyers.com
*Attorney for Plaintiff on Exhibit D*

/s/ Bill Robins, III
Bill Robins, III
HEARD ROBINS CLOUD & BLACK
Suite 200
300 Paseo de Peralta
Santa Fe, NM 87501
505.986.0600 (phone)
505.986.0632 (fax)
robins@heardrobins.com
*Attorney for Plaintiffs on Exhibit E*

/s/ James C. Klick
James C. Klick
HERMAN HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, LA 70113
504.581.4892 (phone)
504.561.6024 (fax)
jklick@hhklawfirm.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Thomas R. Kline
Thomas R. Kline
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19107
215.772.1000 (phone)
215/772-1359 (fax)
Tom.Kline@Klinespecter.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Les Weisbrod
Les Weisbrod
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214.987.0005 (phone)
214.987.2545 (fax)
lweisbrod@millerweisbrod.com
*Attorney for Plaintiffs on Exhibit H*

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW
Suite 2801
1101 Market Street
Philadelphia, PA 19107
215.923.9300 (phone)
215.923.9302 (fax)
dnast@nastlaw.com
*Attorney for Plaintiff on Exhibit I*

/s/ Ellen A. Presby
Ellen A. Presby
NEMEROFF LAW FIRM
Suite 450
2626 Cole Avenue
Dallas, TX 75204
214.774.2258 (phone)
214/393-7897 (fax)
ellenpresby@nemerofflaw.com
*Attorney for Plaintiffs on Exhibit J*

/s/ Michael G. Stag
Michael G. Stag
SMITH STAG
Suite 2800
365 Canal Street
New Orleans, LA 70130
504.593.9600 (phone)
504.593.9601 (fax)
mstag@smithstag.com
*Attorney for Plaintiffs on Exhibit K*

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Suite 208
3131 Briarpark Drive
Houston, TX 77042-3795
713.807.8400 (phone)
713.807.8423 (fax)
charles@howardnations.com
*Attorney for Plaintiffs on Exhibit L*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit M*

/s/ Everette S. Verhine
Everette S. Verhine
VERHINE & VERHINE
1013 Adams Street
Vicksburg, MS 39183
601.636.0791 (phone)
601.636.2718 (fax)
scott@verhine.biz
*Attorney for Plaintiffs on Exhibit N*

/s/ Ryan L. Thompson
Ryan L. Thompson
WATTS GUERRA CRAFT
Suite 525
5250 Prue Road
San Antonio, TX 78240
210.448.0500 (phone)
210.448.0501 (fax)
rlt-bulk@wattsguerra.com
*Attorney for Plaintiff on Exhibit O*

/s/ John T. Boundas
John T. Boundas
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2200 (phone)
713.643.6226 (fax)
jboundas@williamskherkher.com
*Attorney for Plaintiffs on Exhibit P*

Dated: October 4, 2016

## EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-07418 | Nancy Ruth Budde v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07634 | Pamela Joan Bell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07796 | Patricia E. Ash v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DOUGLAS & LONDON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-22838 | Diane Sylven, Steven Sylven v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – DUGAN LAW FIRM, LLC**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-06395 | Margaret Kerley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – HARRISON DAVIS STEAKLEY MORRISON, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26086 | Linda H. Turner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – HEARD ROBINS CLOUD LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10319 | Betty A. James, Joseph James v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |
| 2:13-CV-28161 | DyAnne L. Barksdale, Michael H. Barksdale v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-28163 | Bonnie Seratt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-20385 | Sandra Jackson, Rudolph Jackson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – HERMAN, HERMAN AND KATZ, LLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-02092 | Gwendolyn M. Olivier, Armand Olivier v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

**EXHIBIT G – KLINE & SPECTER, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25272 | Susan Casperson, Robert Casperson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – MILLER WEISBROD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-04330 | Linda H. Medeiros v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-20788 | Bunny Lee Maxwell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-26894 | Nancy Tulenko v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15499 | Carol S. Carter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT I – NASTLAW LLC**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-18007 | Maureen Rich v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT J – NEMEROFF LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26236 | Ramona J. Lemaster, Marvin Lemaster v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

# EXHIBIT K – SMITH STAG, LLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-04233 | Martha Turner, Walter Turner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT L – THE NATIONS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02753 | Lillie L. Brewer, Daniel Brewer v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:14-CV-04605 | Barbara A. Smith, Robert L. Smith Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT M – THE POTTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03572 | Janet Bowling, Robert Bowling v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-06645 | Tambrea Holden, Timothy L. Holden v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-05811 | Michelle Spencer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07532 | Grace Wesenberg, Kenneth Wesenberg v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT N – VERHINE & VERHINE PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00270 | Grace B. Dyrud, Keith Dyrud v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30948 | Dawn K. Wright, Timothy L. Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-11539 | Margie Timms, Clarence Timms v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT O – WATTS GUERRA CRAFT**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-15138 | Rosalinda Barrera v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT P – WILLIAMS KHERKLER HART BOUNDAS, LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-13729 | Faith Moreno, Victor Moreno v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22162 | Delores Harris, Jack Patrick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:13-CV-27933 | Christina Yolanda Phillips, Daniel Phillips v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis