**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-L and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael A. London
Michael A. London
DOUGLAS & LONDON
6th Floor
59 Maiden Lane
New York, NY 10038
212.566.7500 (phone)
212.566.7501 (fax)
mlondon@douglasandlondon.com
*Attorney for Plaintiffs on Exhibit B*

/s/ James R. Dugan , II
James R. Dugan, II
DUGAN LAW FIRM
Suite 1000
One Canal Place
365 Canal Street
New Orleans, LA 70130
504.648.0180 (phone)
504.648.0181 (fax)
jdugan@dugan-lawfirm.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Stewart J. Eisenberg
Stewart J. Eisenberg
EISENBERG ROTHWEILER WINKLER EISENBERG & JECK
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636 (phone)
215.546.0118 (fax)
Rita@erlegal.com
*Attorney for Plaintiffs on Exhibit D*

/s/ James C. Klick
James C. Klick
HERMAN HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, LA 70113
504.581.4892 (phone)
504/561-6024 (fax)
jklick@hhklawfirm.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Michael Gallant
Michael Gallant
KELLEY BERNHEIM & DOLINKSY
Fourth Floor
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202.379.0680 (phone)
202.379.0685 (fax)
mgallant@kbdattorneys.com
*Attorney for Plaintiff on Exhibit F*

/s/ Michael P. McGartland
Michael P. McGartland
MCGARTLAND LAW FIRM
Suite 500
1300 South University Drive
Fort Worth, TX 76107
817.332.9300 (phone)
817.332.9301 (fax)
mike@mcgartland.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Willard J. Moody , Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM
P. O. Box 1138
Portsmouth, VA 23705
757.393.6020 (phone)
757.399.3019 (fax)
will@moodyrrlaw.com
*Attorney for Plaintiffs on Exhibit H*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
Email: dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit I*

/s/ Michael G. Stag
Michael G. Stag
SMITH STAG
Suite 2800
365 Canal Street
New Orleans, LA 70130
504.593.9600 (phone)
504.593.9601 (fax)
mstag@smithstag.com
*Attorney for Plaintiffs on Exhibit J*

/s/ Andrew J. Fink
Andrew J. Fink
SOLIS LAW FIRM
5310 West Cermak Road
Cicero, IL 60804
708.795.0400 (phone)
708.652.4711 (fax)
transvaginal.mesh.solis@gmail.com
*Attorney for Plaintiffs on Exhibit K*

/s/ Ryan L. Thompson
Ryan L. Thompson
WATTS GUERRA CRAFT
Suite 525
5250 Prue Road
San Antonio, TX 78240
210.448.0500 (phone)
210.448.0501 (fax)
rlt-bulk@wattsguerra.com
*Attorney for Plaintiff on Exhibit L*

Dated:  October 5, 2016

**EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-03926 | Ruth N. Sexton v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-00258 | Doree Lea Myers v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-05184 | Laurie Virginia Stone v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DOUGLAS & LONDON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:14-cv-22838 | Diane Sylven, Steven Sylven v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – DUGAN LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-cv-06541 | Emily T. Leon, Andrew C. Leon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – EISENBERG ROTHWEILER WINKLER EISENBERG & JECK**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-24249 | Deborah Freiss-Zito, Anthony Zito v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

# EXHIBIT E – HERMAN, HERMAN & KATZ, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-02092 | Gwendolyn M. Olivier and Armand Olivier v. Johnson & Johnson, Ethicon, Inc., and American Medical Systems, Inc. |

**EXHIBIT F – KELLEY, BERNHEIM & DOLINSKY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-09446 | Raquel C. Sau v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – MCGARTLAND**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-29842 | Carolyn Lee Barrow, Dale Barrow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – MOODY LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04636 | Debra Orchard, Jeff Orchard v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-cv-11886 | Malinda Zapalac v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-17802 | Denise Ryan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT I – POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-03572 | Janet Bowling and Robert Bowling v. Ethicon, Inc., Johnson & Johnson & American Medical Systems, Inc. |

**EXHIBIT J – SMITH STAG**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-14734 | Teresa Earnest, Toby Earnest v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT K – SOLIS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-14634 | Betsy Abad v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC |
| 2:13-cv-15502 | Eduarda Flores de Sosa, Juan Sosa v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-17347 | Maria Solano, Guadencio Solano v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, American Medical Systems, Inc. |

**EXHIBIT L – WATTS GUERRA**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06697 | Virginia Ferrell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis