# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 3 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ROBERT ROGERS, M.D., FOR WAVE 3

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert response filed in relation to Robert Rogers, M.D., for Ethicon Wave 2, Dkt. [2488]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 2 response briefing.

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W. Va. Bar No. 3731)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800
dthomas@tcspllc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    */s/ Christy D. Jones*
                                    Christy D. Jones
                                    Butler Snow LLP
                                    1020 Highland Colony Parkway
                                    Suite 1400 (39157)
                                    P.O. Box 6010
                                    Ridgeland, MS  39158-6010
                                    (601) 985-4523
                                    christy.jones@butlersnow.com

                                    */s/ David B. Thomas*
                                    David B. Thomas (W. Va. Bar No. 3731)
                                    Thomas Combs & Spann, PLLC
                                    300 Summers Street, Suite 1380
                                    P.O. Box 3824
                                    Charleston, WV  25338-3824
                                    (304) 414-1800
                                    dthomas@tcspllc.com

33094299v1