Exhibit A

# EXHIBIT A

|    | Case | Civil Action Number |
|---|---|---|
| 1 | Angelia M. & Manuel M. Ramirez | 2:12-cv-02191 |
| 2 | Mary Frances & Joseph L. Richard | 2:12-cv-02192 |
| 3 | Dawn & David Sequino | 2:12-cv-02193 |
| 4 | Susan & Stanley Struckus | 2:12-cv-02194 |
| 5 | Mary & Jeffrey Ward | 2:12-cv-02198 |
| 6 | Leslie Warner | 2:12-cv-02199 |
| 7 | Judy Haddon | 2:12-cv-02200 |
| 8 | Nancy & Steve Russell | 2:12-cv-02201 |
| 9 | Grace & Edward Eack | 2:12-cv-02219 |
| 10 | Leslie & Eric Rodgers | 2:12-cv-02221 |
| 11 | Mattie & Ronnie Todd | 2:12-cv-02242 |
| 12 | Kathy & Joseph Birt | 2:12-cv-02251 |
| 13 | Patricia & Martin, Jr. Kuks | 2:12-cv-02257 |
| 14 | Charlotte A. & Troy Day | 2:12-cv-02264 |
| 15 | Norma J. & James Kustes | 2:12-cv-02265 |
| 16 | Frankie & Jimmy Miller | 2:12-cv-02266 |
| 17 | Edith A. & Roger Richardson | 2:12-cv-02267 |
| 18 | Tonya Rogers | 2:12-cv-02268 |
| 19 | Ruth & Anthony Coffman | 2:12-cv-02278 |
| 20 | Shannon O'Neal & James W. Hewatt | 2:12-cv-02279 |
| 21 | Linda & Greg Combs | 2:12-cv-02283 |
| 22 | Joyce Dobson | 2:12-cv-02298 |
| 23 | Barbara A. & Joseph R. Wilcox | 2:12-cv-02300 |
| 24 | Samantha L. Webb | 2:12-cv-02314 |
| 25 | Karen Conley | 2:12-cv-02315 |
| 26 | Helen Harper | 2:12-cv-02316 |
| 27 | Deborah Blankenship | 2:12-cv-02327 |
| 28 | Tammy & James, III Carroll | 2:12-cv-02328 |
| 29 | Mary Pritchett | 2:12-cv-02329 |
| 30 | Christina Tullier | 2:12-cv-02331 |
| 31 | Helen Van Wyck | 2:12-cv-02374 |
| 32 | Linda & Ralph Burroughs | 2:12-cv-02378 |
| 33 | Patricia Warren | 2:12-cv-02381 |
| 34 | Traci & Marty Goss | 2:12-cv-02382 |
| 35 | Deborah & John Greene | 2:12-cv-02386 |
| 36 | Geraldine & John Yaletchko | 2:12-cv-02401 |
| 37 | Mary & Keith Horton | 2:12-cv-02402 |
| 38 | Bonnie Odum | 2:12-cv-02404 |
| 39 | Janet Hawkins | 2:12-cv-02409 |
| 40 | Bonnie & Calvin Huggins | 2:12-cv-02412 |
| 41 | Norma & Larry Carroll | 2:12-cv-02414 |
| 42 | Kimberly Stevens | 2:12-cv-02424 |
| 43 | Stephanie & Steven Blanchard | 2:12-cv-02429 |

|    | Case | Civil Action Number |
|----|------|---------------------|
| 44 | Katherine Didomizio | 2:12-cv-02436 |
| 45 | Cynthia & Raymond, Sr. Falcon | 2:12-cv-02446 |
| 46 | Melissa Mincey | 2:12-cv-02448 |
| 47 | Rhonda & Anthony Arnette | 2:12-cv-02475 |
| 48 | Dawn & Michael Baker | 2:12-cv-02476 |
| 49 | Rhonda & Roger Harvey | 2:12-cv-02477 |
| 50 | Donna & Earl Matthews | 2:12-cv-02478 |
| 51 | Terri Milan | 2:12-cv-02479 |
| 52 | Donna Murphy | 2:12-cv-02485 |
| 53 | Francesca Bopp | 2:12-cv-02486 |
| 54 | Elisabeth Payne | 2:12-cv-02488 |
| 55 | Joanne Phillips | 2:12-cv-02489 |
| 56 | Martha & Kenneth Brown | 2:12-cv-02498 |
| 57 | Janie L. & Clarence J. Moret | 2:12-cv-02501 |
| 58 | Barbara Hatfield | 2:12-cv-02509 |
| 59 | Debbie & James E. Howard | 2:12-cv-02511 |
| 60 | Linda Madding | 2:12-cv-02512 |
| 61 | Shirley L. & George W. Knight | 2:12-cv-02515 |
| 62 | Rhonda Cooper | 2:12-cv-02532 |
| 63 | Brandy & Jeffrey Swinney | 2:12-cv-02539 |
| 64 | Deborah L. & David K. Slone | 2:12-cv-02544 |
| 65 | Carla J. Thorpe | 2:12-cv-02546 |
| 66 | Pamela & Jackie Lee, Sr. Harvey | 2:12-cv-02556 |
| 67 | Alice Sue Wilkin | 2:12-cv-02563 |
| 68 | Patsy & Howard Mays | 2:12-cv-02565 |
| 69 | Dorothy Hunt | 2:12-cv-02575 |
| 70 | Tammy & Bryon Jackson | 2:12-cv-02576 |
| 71 | Patricia & Floyd Marks | 2:12-cv-02577 |
| 72 | Mary Clayborne | 2:12-cv-02579 |
| 73 | Wanda Clayborne | 2:12-cv-02580 |
| 74 | Anita Fisher | 2:12-cv-02581 |
| 75 | Kathleen & Albert Young Flynn | 2:12-cv-02582 |
| 76 | Rhonda & Billy Garner | 2:12-cv-02583 |
| 77 | Trina Hill | 2:12-cv-02584 |
| 78 | Michellyn & Michael Murphy | 2:12-cv-02600 |
| 79 | Bonita Taylor | 2:12-cv-02601 |
| 80 | Nancy & Darryl Rivers | 2:12-cv-02602 |
| 81 | Rhonda T. Brantley | 2:12-cv-02605 |
| 82 | Gayle King | 2:12-cv-02606 |
| 83 | Kandy P. & Rick Dotson | 2:12-cv-02633 |
| 84 | Ila Cosgray | 2:12-cv-02634 |
| 85 | Tabitha Williamson | 2:12-cv-02642 |
| 86 | Lori & Duane Morse | 2:12-cv-02657 |

|     | Case | Civil Action Number |
| --- | --- | --- |
| 87 | Nancy Parks | 2:12-cv-02660 |
| 88 | Joyce & William Thomas | 2:12-cv-02662 |
| 89 | Debbie & Charles Tomlinson | 2:12-cv-02663 |
| 90 | Robin & Jack Webb | 2:12-cv-02669 |
| 91 | Judy Wiley | 2:12-cv-02670 |
| 92 | Deborah & Steven Ray, Jr. Young | 2:12-cv-02672 |
| 93 | Kathleen & Glennon Toennies | 2:12-cv-02687 |
| 94 | Victoria Soltanshahi | 2:12-cv-02688 |
| 95 | Karen A. & Thomas F. Lyszcarz | 2:12-cv-02689 |
| 96 | Barbara Lawyer-Johnson | 2:12-cv-02690 |
| 97 | Antoinette & Ronnie James | 2:12-cv-02696 |
| 98 | Shelia L. Bracato | 2:12-cv-02697 |
| 99 | Martha M. & James Stevenson | 2:12-cv-02700 |
| 100 | Brenda Simpson | 2:12-cv-02716 |
| 101 | Susan Walker | 2:12-cv-02728 |
| 102 | Alberta Clark | 2:12-cv-02734 |
| 103 | Sara & Terrance Bell | 2:12-cv-02741 |
| 104 | Jennifer & Hilario Aguilar | 2:12-cv-02742 |
| 105 | Emma G. Honeycutt | 2:12-cv-02746 |
| 106 | Sharon K. & Timothy T. Carrell | 2:12-cv-02751 |
| 107 | Dorothy F. Foust | 2:12-cv-02752 |
| 108 | Monica Lynn & James Charles Bauernfeind | 2:12-cv-02768 |
| 109 | Diana N. Farris | 2:12-cv-02776 |
| 110 | Teresa Alltop | 2:12-cv-02782 |
| 111 | Dion & Sheldon Cole | 2:12-cv-02786 |
| 112 | Tammy & Johnny Coward | 2:12-cv-02788 |
| 113 | Constance Fisher | 2:12-cv-02792 |
| 114 | Lisa & Patrick Fritz | 2:12-cv-02796 |
| 115 | Susan & Hubert Jones (SUSAN JONES IS DECEASED) | 2:12-cv-02797 |
| 116 | Tracey Ryan Smith | 2:12-cv-02798 |
| 117 | Susan Clones | 2:12-cv-02799 |
| 118 | Kathy Robertson | 2:12-cv-02802 |
| 119 | Donna & Hugh Snoddy | 2:12-cv-02803 |
| 120 | Janet & Larry Taulbee | 2:12-cv-02804 |
| 121 | Donna & Joe Moosman | 2:12-cv-02805 |
| 122 | Linda Heatherly | 2:12-cv-02807 |
| 123 | Jennifer D. & David C. Marshall | 2:12-cv-02809 |
| 124 | Selena & Chane Thompson | 2:12-cv-02814 |
| 125 | Karla A. Guidry | 2:12-cv-02816 |
| 126 | Cathy Lynn Stanley | 2:12-cv-02817 |
| 127 | Lottie & Edward Brusseau | 2:12-cv-02819 |
| 128 | Nettie Watts | 2:12-cv-02823 |
| 129 | Julia & Willis Walker | 2:12-cv-02826 |

|     | **Case**                          | **Civil Action Number** |
|-----|-----------------------------------|-------------------------|
| 130 | Kimberly Hill                     | 2:12-cv-02829           |
| 131 | Patricia & Stephen Caughorn       | 2:12-cv-02832           |
| 132 | Victoria Gutierrez                | 2:12-cv-02857           |
| 133 | Peggy S. Wollitz                  | 2:12-cv-02858           |
| 134 | Mattie J. Brooks                  | 2:12-cv-02865           |
| 135 | Bonnie S. & Robert G. Smith       | 2:12-cv-02876           |
| 136 | Lisa A. Russell                   | 2:12-cv-02879           |
| 137 | Sandra Sweeney                    | 2:12-cv-02880           |
| 138 | Kathy & Phillip Kidd              | 2:12-cv-02883           |
| 139 | Terry Page                        | 2:12-cv-02884           |
| 140 | Tymika Tunstall                   | 2:12-cv-02906           |
| 141 | Thelma & Harold Cole              | 2:12-cv-02908           |
| 142 | Susan D. Bartley                  | 2:12-cv-02921           |
| 143 | Tina M. Douglas                   | 2:12-cv-02922           |
| 144 | Dawn Cordea                       | 2:12-cv-02934           |
| 145 | Lillie R. & Ernest P. Miller      | 2:12-cv-02942           |
| 146 | Kathy Blake                       | 2:12-cv-02943           |
| 147 | Charlotte Ann Schaub              | 2:12-cv-02947           |
| 148 | Rhonda Mitchell                   | 2:12-cv-02949           |
| 149 | Inez & Carlton S. Creel           | 2:12-cv-02950           |
| 150 | Brenda J. & Barry Wooden          | 2:12-cv-02951           |
| 151 | Anne M. Currie                    | 2:12-cv-02955           |
| 152 | Audrey & Theron Smallridge        | 2:12-cv-02956           |
| 153 | Jamie & Steven Rutherford         | 2:12-cv-02959           |
| 154 | Trudy M. & Dale R. Usey           | 2:12-cv-02960           |
| 155 | Janice & Don Fields               | 2:12-cv-02971           |
| 156 | Grethel Taylor                    | 2:12-cv-02975           |
| 157 | Margaret Polly                    | 2:12-cv-02979           |
| 158 | Leslie Elder                      | 2:12-cv-02987           |
| 159 | Shannon L. Smith                  | 2:12-cv-02989           |
| 160 | Susan & Simon Thomas Grizzle      | 2:12-cv-02991           |
| 161 | Vicki & Randall Trammell          | 2:12-cv-02994           |
| 162 | Katy Sue & Daniel Wilson          | 2:12-cv-02997           |
| 163 | Mary Allmon                       | 2:12-cv-02999           |
| 164 | Deborah & Robert Kisell           | 2:12-cv-03013           |
| 165 | Sharita Malone                    | 2:12-cv-03037           |
| 166 | Tammy & Danny Richmond            | 2:12-cv-03038           |
| 167 | April & Danny Berry               | 2:12-cv-03074           |
| 168 | Delilah & Walter Bishop           | 2:12-cv-03075           |
| 169 | Stephanie & Davin Booher          | 2:12-cv-03076           |
| 170 | Carmen & Jose L. Castillo         | 2:12-cv-03077           |
| 171 | Araceli Baez                      | 2:12-cv-03078           |
| 172 | Judy K. & Benny Damron            | 2:12-cv-03079           |

|  | **Case** | **Civil Action Number** |
|---|---|---|
| 173 | Yolanda & Edward G. Garcia | 2:12-cv-03080 |
| 174 | Phyllis A. King | 2:12-cv-03081 |
| 175 | Ronda L. Reed | 2:12-cv-03082 |
| 176 | Catherine L. & David Young | 2:12-cv-03083 |
| 177 | Mary Diana Book | 2:12-cv-03085 |
| 178 | Mary Cox | 2:12-cv-03087 |
| 179 | Shirlene Franklin | 2:12-cv-03091 |
| 180 | Lori & Mark Ludwig | 2:12-cv-03093 |
| 181 | Deborah & Tony Mattingly | 2:12-cv-03097 |
| 182 | Melissa Moore | 2:12-cv-03108 |
| 183 | Carol Noffsinger | 2:12-cv-03118 |
| 184 | Glenna T. Hensley | 2:12-cv-03119 |
| 185 | Kimberly & Glen A. Martello | 2:12-cv-03122 |
| 186 | Tammy Webb-Henson | 2:12-cv-03123 |
| 187 | Katherine & Henry, II Smallwood | 2:12-cv-03124 |
| 188 | Jeannie Holland | 2:12-cv-03125 |
| 189 | Julia Smith | 2:12-cv-03128 |
| 190 | Kelly L. & John D. White | 2:12-cv-03129 |
| 191 | Shari & Ronnie L. Thomas | 2:12-cv-03130 |
| 192 | Sara Camille Jones | 2:12-cv-03131 |
| 193 | Christine & Joseph Webb | 2:12-cv-03136 |
| 194 | Debra & Stephen Krauser | 2:12-cv-03140 |
| 195 | Tracy & Kevin Woosley | 2:12-cv-03145 |
| 196 | Lydia & Douglas Blackwell | 2:12-cv-03155 |
| 197 | Floreen Leland | 2:12-cv-03161 |
| 198 | Joann S. Bradley | 2:12-cv-03162 |
| 199 | Geraldean Gaylor | 2:12-cv-03163 |
| 200 | Christine Walker | 2:12-cv-03166 |