# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Brooks, Mattie J. | 2:12cv02865 |
| Cole, Dion & Sheldon | 2:12cv02786 |
| Denton, Shirley & Marvin | 2:12cv01719 |
| Richard, Mary Frances & Joseph L. | 2:12cv02192 |
| Smallridge, Audrey & Theron | 2:12cv02956 |
| Todd, Mattie & Ronnie | 2:12cv02242 |