# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: COLOPLAST CORP.
PELVIC SUPPORT SYSTEMS                                         MDL NO.  2387
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Barrett v. Johnson & Johnson*                                         Civil Action No. 2:13-cv-19979

## O R D E R

Pending before the court is plaintiff's Motion to Transfer, filed on October 5, 2016 [ECF No. 3].  In the motion, plaintiff requests that her case be transferred from *In re: Coloplast Corp., Pelvic Support Systems Products Liability Litigation,* 2:12-md-2387, MDL 2387, to *In re: Ethicon, Inc.*, *Pelvic Repair Systems Products Liability Litigation,* 2:12-md-2327, MDL 2327.  In support of the motion plaintiff states that the case has been erroneously assigned to the wrong MDL.  Plaintiff originally filed a Short Form Complaint on a Coloplast Short Form Complaint form but listed only Johnson & Johnson as a defendant.  Plaintiff has since filed an Amended Short Form Complaint on an Ethicon Amended Short Form Complaint.  It is **ORDERED** that the Motion to Transfer is **GRANTED**.

The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2387 and re-associate it with MDL 2327.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 7, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE