**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                         MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 3 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF          JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                                          JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
HOWARD JORDI, PH.D. FOR WAVE 3</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed against Howard Jordi, Ph.D. for Ethicon Wave 1, Dkt. 2186. Plaintiffs respectfully

request that the Court deny Defendants' motion, for the reasons expressed in the Wave 1

response briefing.

Dated: October 7, 2016                    Respectfully submitted,

                                         /s/  D. Renee Baggett
                                         Bryan F. Aylstock, Esq.
                                         Renee Baggett, Esq.
                                         Aylstock, Witkin, Kreis and Overholtz, PLC
                                         17 East Main Street, Suite 200
                                         Pensacola, Florida  32563
                                         (850) 202-1010
                                         (850) 916-7449 (fax)
                                         E-mail:  rbaggett@awkolaw.com

                                         /s/ Thomas P. Cartmell
                                         THOMAS P. CARTMELL
                                         Wagstaff & Cartmell LLP
                                         4740 Grand Avenue, Suite 300
                                         Kansas City, MO 64112
                                         816-701-1102
                                         Fax 816-531-2372
                                         tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

2