# EXHIBIT B

Jimmy W. Mays, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC., PELVIC          Master File No.
REPAIR SYSTEM PRODUCTS                  2:12-MD-02327
LIABILITY LITIGATION
                                        MDL NO. 2327
THIS DOCUMENT RELATES TO THE
FOLLOWING CASES IN WAVE 1 OF MDL        JOSEPH R. GOODWIN
200:                                    US DISTRICT JUDGE


Bonnie Blake, et al., v. Ethicon,
Inc., et al.,
Civil Action No. 2:12-cv-00995

Robin Bridges v. Ethicon, Inc.,
et al.,
Civil Action No. 2:12-cv-00651

Carey Beth Cole, et al., v.
Ethicon, Inc., et al.,
Civil Action No. 2:12-cv-00483

(Continued on next page)


                    - - -

              MARCH 2, 2016

                    - - -


        Deposition of JIMMY W. MAYS, PhD, held at
   Marco Island Marriott Beach Resort, South Collier
   Boulevard, Marco Island, Florida, commencing
   at 8:36 a.m., on the above date, before Joan L.
   Pitt, Registered Merit Reporter, Certified
   Realtime Reporter, and Florida Professional
   Reporter.

                    - - -



            GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com

Jimmy W. Mays, Ph.D.

| | Page 2 | | Page 4 |
|---|---|---|---|

**Page 2**

1 Angela Coleman, et al.,
   v. Ethicon, Inc., et al.,
2 Civil Action No. 2:12-cv-01267
3 Dina Destefano-Raston, et al.,
   v. Ethicon, Inc., et al.,
4 Civil Action No. 2:12-cv-01169
5 Dennis W. Dixon re: Estate of
   Virginia M. Dixon, Deceased
6 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-01081
7
   Karyn E. Drake, et al.,
8 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00747
9
   Paula Fisk v. Ethicon, Inc., et al.,
10 Civil Action No. 2:12-cv-00848
11 Pamela Free v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00423
12
   Teresa Georgilakis et al.,
13 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00829
14
   Louise Grabowski v. Ethicon, Inc., et al.,
15 Civil Action No. 2:12-cv-00683
16 Dawna Hankins v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00369
17
   Nancy Hooper et al.,
18 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00493
19
   Alfreda Lee, et al.,
20 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-01013
21
   Deborah Lozano, et al.,
22 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00347
23
24 (Continued on next page)

**Page 3**

1 Charlene Miracle v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00510
2
   Noemi Padilla v. Ethicon, Inc., et al.,
3 Civil Action No. 2:12-cv-00567
4 Jennifer Reyes, et al.,
   v. Ethicon, Inc., et al.,
5 Civil Action No. 2:12-cv-05664
6 Jennifer Sikes v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00501
7
   Carrie Smith v. Ethicon, Inc., et al.,
8 Civil Action No. 2:12-cv-00258
9 Isabel Swint, et al.,
   v. Ethicon, Inc., et al.,
10 Civil Action No. 2:12-cv-00786
11 Krystal Teasley, v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00500
12
   Susan Thaman v. Ethicon, Inc., et al.,
13 Civil Action No. 2:12-cv-00279
14 Kimberly Thomas v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00499
15
   Barbara J. Vignos-Ware, et al.,
16 v. Ethicon, Inc., et al.,
   Civil Action No. 2:12-cv-00761
17
   Cathy Warlick v. Ethicon, Inc., et al.,
18 Civil Action No. 2:12-cv-00276
19 Elizabeth Blynn Wilson Wolfe v. Ethicon, Inc., et
   al.,
20 Civil Action No. 2:12-cv-001286
21 Julie Wroble, et al.,
   v. Ethicon, Inc., et al.,
22 Civil Action No. 2:12-cv-00883
23
24

**Page 4**

1 APPEARANCES:
2   DOUGLAS C. MONSOUR, ESQUIRE
    Monsour Law Firm
3   404 North Green Street
    Longview, Texas 75601
4   903.758.5757
    doug@monsourlawfirm.com
5   Representing Plaintiffs
6   JIM M. PERDUE JR., ESQUIRE
    Perdue and Kidd
7   510 Bering Drive, Suite 500
    Houston, Texas 77057
8   713.520.2500
    jperduejr@perdueandkidd.com
9   Representing Plaintiffs
10
    CHAD R. HUTCHINSON, ESQUIRE
11  Butler Snow LLP
    1020 Highland Colony Parkway, Suite 1400
12  Ridgeland, Mississippi 39157
    601.985.4401
13  chad.hutchinson@butlersnow.com
    Representing Defendants
14
15
16
17
18
19
20
21
22
23
24

**Page 5**

1                  - - -
2              I N D E X
3                  - - -
4 Testimony of:  JIMMY W. MAYS, PhD
5
6    DIRECT EXAMINATION BY MR. HUTCHINSON          6
7
8
9         E X H I B I T   I N D E X
10
11 MAYS          DESCRIPTION          PAGE
12 No. 1   NOTICE TO TAKE DEPOSITION OF JIMMY MAYS     6
13 No. 2   FILE MATERIALS               7
14 No. 3   RULE 26 EXPERT REPORT OF JIMMY W. MAYS      12
15 No. 4   MEMO RE: PROLENE MICROCRACKING DATED   110
    NOVEMBER 5, 1984
16      ETH.MESH.15958452 - ETH.MESH.15958469
17 No. 5   ARTICLE - IN VIVO OXIDATIVE DEGRADATION   129
    OF POLYPROPYLENE PELVIS MESH, IMEL, ET
18 AL., BIOMATERIALS 73 (2-15) 131-141,
    ACCEPTED SEPTEMBER 9, 2015
19
   No. 6   SEVEN YEAR DOG STUDY             148
20
   No. 7   TABLE - BREAK STRENGTH (LBS.) AND %      159
21      ELONGATION
22
23
24

2 (Pages 2 to 5)

Jimmy W. Mays, Ph.D.

Page 6

1           ---
2           THE COURT REPORTER:  Raise your right hand,
3     please.  Do you swear or affirm the testimony you
4     give will be the truth, the whole truth, and nothing
5     but the truth?
6           THE WITNESS:  Yes.
7           THE COURT REPORTER:  Thank you.
8           JIMMY W. MAYS, PhD, called as a witness by the
9     Defendants, having been first duly sworn, testified
10    as follows:
11              DIRECT EXAMINATION
12    BY MR. HUTCHINSON:
13       Q.  Good morning.
14       A.  Good morning.
15       Q.  My name is Chad Hutchinson.  I'm counsel for
16    Ethicon and Johnson & Johnson.
17       Dr. Mays, you understand you're under oath?
18       A.  I do.
19       Q.  And do you understand you're giving testimony
20    subject to the penalty of perjury?
21       A.  Yes.
22       (Mays Exhibit No. 1 was marked for
23    identification.)
24

Page 7

1     BY MR. HUTCHINSON:
2        Q.  I've handed you what's been marked as Exhibit 1
3     to your deposition.  Have you seen that document before?
4        A.  Yes.
5        Q.  And that's a notice of deposition; correct?
6        A.  Correct.
7        Q.  And that notice lists all the cases in which
8     you're designated as an expert witness in this -- in
9     this litigation; correct?
10       A.  As far as I know, yes.
11       Q.  And you brought with you some documents today?
12       A.  I did.
13       Q.  And you're handing those documents to me.  It's
14    a file approximately 2 inches thick in a manila folder.
15    We'll mark it as Exhibit 2 to your deposition.
16       (Mays Exhibit No. 2 was marked for
17    identification.)
18    BY MR. HUTCHINSON:
19       Q.  What does this include?
20       A.  It's got the bill that I've submitted thus far
21    in this case and also the papers and documents that I've
22    reviewed in preparing for the depo today; not everything
23    I've seen, but everything I basically reviewed for
24    today.

Page 8

1        Q.  When you say it's not everything you've seen,
2     what do you mean by that?
3        A.  Well, I've got a whole electronic file of
4     documents that I've gone through.
5        Q.  Why did you choose to bring the documents in
6     Exhibit 2 today rather than the documents that you have
7     on the electronic file?
8        A.  I thought those were the most relevant to the
9     matter at hand.
10       Q.  Okay.  I see 49 hours on the invoice.  Does
11    that represent the total amount of time that you've
12    spent on the Ethicon litigation?
13       A.  No, that was as of the time I submitted that
14    bill, which I think was late December or maybe early
15    January.
16       Q.  Okay.  And so up until the time when you were
17    first retained, up until January 4, 2016, you spent 49.5
18    hours; correct?
19       A.  Correct.
20       Q.  All right.  And since January 4, 2016, up until
21    today, March 2, how many hours have you spent?
22       A.  Probably about 20.
23       Q.  So that's approximately 70 hours total that
24    you've spent?

Page 9

1        A.  Yes.
2        Q.  Thank you.  And do you still charge $300 an
3     hour for review and $500 an hour for testimony?
4        A.  Correct.
5        Q.  Doctor, you've been an expert witness before;
6     is that correct?
7        A.  Yes.
8        Q.  And you've been deposed at least twice as an
9     expert against Boston Scientific?
10       A.  Yes.
11       Q.  And you read those transcripts?
12       A.  Yes.  It's been a while, but I've read them.
13       Q.  And you stand by the testimony that you've
14    given?
15       A.  I do.
16       Q.  What's your area of expertise?
17       A.  I'm a polymer scientist.
18       Q.  Do you have a specialty as a polymer scientist?
19       A.  Well, I've been involved with polymers broadly.
20    I've worked in the industry for a while.  I've been at
21    the university since 1988.  I've got an affiliation with
22    Oak Ridge National Lab.  So I've worked broadly in the
23    area of polymer science, including polypropylene.
24       Q.  Do you have a specialty, sir?

3  (Pages 6 to 9)

Jimmy W. Mays, Ph.D.

Page 10

1    A. I would say my specialty is two things, polymer
2  synthesis and polymer characterization.
3    Q. You don't have a specialty in organic coatings,
4  do you?
5    A. No.
6    Q. Doctor, all the work that you've done in mesh
7  litigation has been for the plaintiffs; is that correct?
8    A. Yes.
9    Q. And you've been retained to offer opinions
10  against Boston Scientific?
11    A. Yes.
12    Q. And Ethicon?
13    A. Yes.
14    Q. What about AMS?
15    A. No.
16    Q. Bard?
17    A. No.
18    Q. Any other mesh manufacturers?
19    A. No.
20    Q. Any other polypropylene manufacturers?
21    A. Actually, I have been involved with litigation
22  involving polyolefins, including polypropylene, at one
23  point in time, but this was years ago.
24    Q. Was that a patent matter?

Page 11

1    A. It was a patent matter.
2    Q. When were you first contacted in this Ethicon
3  mesh litigation?
4    A. In this litigation, it was sometime in the fall
5  of last year.
6    Q. The fall of 2015?
7    A. Yes.
8    Q. And who contacted you?
9    A. I think it was Mr. Perdue initially.
10    Q. And what were you asked to do?
11    A. I was basically asked if I might be available
12  to work with them on this matter.
13    Q. And what did you tell them?
14    A. I said, "Yeah, I think I have time and can do
15  it."
16    Q. Did you ask any questions about the scope of
17  the engagement?
18    A. I really didn't, as I recall.
19    Q. Have you ever worked with Mr. Perdue before?
20    A. We worked together in the Boston Scientific
21  matter.
22    Q. What about Mr. Monsour? Have you ever worked
23  with him before?
24    A. Yes.

Page 12

1    Q. In what matters?
2    A. It was the same thing, Boston Scientific.
3        (Mays Exhibit No. 3 was marked for
4  identification.)
5  BY MR. HUTCHINSON:
6    Q. Doctor, I'll hand you what we'll mark as
7  Exhibit 3 to your deposition. That's a copy of your
8  expert report; correct?
9    A. Yes.
10    Q. And is it complete?
11    A. That's what I'm looking at.
12        It looks to be complete.
13    Q. Is it accurate?
14    A. Yes.
15    Q. Are you aware of any errors?
16    A. I caught a couple of typos, but they were just,
17  you know, nonconsequential-type things.
18    Q. Doctor, how many hours did you spend preparing
19  that report?
20    A. I could go back and review my bill and tell you
21  exactly, but it was something of the order of probably
22  30 hours actually preparing the report.
23    Q. Okay. So if we look at that bill that has 49
24  hours, that would be 30 hours preparing your report and

Page 13

1  19 hours reviewing documents and literature; correct?
2    A. Roughly that, yeah.
3    Q. Okay. Thank you.
4        Did you draft that report, sir?
5    A. I did.
6    Q. Did you have any assistance in drafting that
7  report?
8    A. No, I pecked it out with two fingers on my --
9  on my laptop.
10    Q. Did anybody have access to that document, sir,
11  during the drafting stage?
12    A. I did send it at the point when it was a full
13  draft, with references included, at that point I did
14  send it to the attorneys to have a look.
15    Q. Okay. But that expert report is your work and
16  your work only; correct?
17    A. Correct.
18    Q. And does that report contain all the opinions
19  that you intend to offer in this case?
20    A. Well, I can't say that with absolute certainty.
21  It might depend on what you ask me, but the gist of what
22  I plan to testify about is in this report.
23    Q. Okay. But when you began preparing that
24  report, did you intend to include all the opinions that

4 (Pages 10 to 13)

Jimmy W. Mays, Ph.D.

Page 14

1　you intend to assert against Ethicon and Johnson &
2　Johnson in this litigation?
3　　　A.　That was my intent, yes.
4　　　Q.　Doctor, did you review or rely on any documents
5　or literature other than what's contained in your
6　reliance list?
7　　　A.　As I mentioned, I certainly read a lot of
8　literature in preparing for this. I've worked in the
9　area of polypropylene for years, and things I've been
10　exposed to 30 years ago, I still rely on some of that
11　knowledge. Right? But basically what I relied on is in
12　the references listed at the end of this report.
13　　　Q.　A copy of your CV is included within that
14　report; correct?
15　　　A.　Correct.
16　　　Q.　And is that the most recent version of your CV?
17　　　A.　It changes often as new papers are published
18　and new presentations are made. Let me take a look at
19　it and I can tell you how up-to-date it is.
20　　　　This one is about a month old, so it's quite
21　up-to-date, but not perfect.
22　　　Q.　What would make it perfect?
23　　　A.　A couple of additional papers that were
24　submitted at the time have been accepted, and maybe one

Page 15

1　additional paper that's been submitted for publication.
2　　　Q.　What papers?
3　　　A.　Again, I'd have to go back and look.
4　　　Q.　Do the papers have anything to do with
5　polypropylene?
6　　　A.　They don't.
7　　　Q.　Anything to do with pelvic mesh?
8　　　A.　No.
9　　　Q.　Doctor, are you currently working on any
10　articles that you intend to submit for publication?
11　　　A.　Yes. I'm continually working on articles that
12　I plan to submit for publication.
13　　　Q.　Do they have anything to do with Prolene?
14　　　A.　No.
15　　　Q.　Pelvic mesh?
16　　　A.　No.
17　　　Q.　Doctor, Imel was the first publication where
18　you discussed pelvic mesh products; correct?
19　　　A.　Correct.
20　　　Q.　And you didn't do the hands-on testing on those
21　explants referenced in the Imel paper, did you?
22　　　A.　I did not.
23　　　Q.　Have you ever published anything regarding SUI
24　or POP?

Page 16

1　　　MR. MONSOUR: Objection. Form. Would you just
2　state those out for me?
3　　　Q.　Stress urinary incontinence or pelvic organ
4　prolapse.
5　　　A.　No.
6　　　Q.　Doctor, have you ever published any articles on
7　Prolene?
8　　　A.　I can't say with certainty that I haven't,
9　because I've been in the game a while. I worked for
10　Hercules, one of the largest polypropylene producers in
11　the world at that time, for five years, but I don't
12　explicitly recall anything.
13　　　Q.　Okay. And my question is specifically about
14　Prolene.
15　　　A.　I understand.
16　　　Q.　Okay. Doctor, have you ever given any
17　presentations regarding Prolene?
18　　　A.　Again I'll say the same thing I just said
19　regarding the publication. I've been in the area a long
20　time, I've worked with polypropylene before, but I don't
21　recall anything explicitly with Prolene.
22　　　Q.　Thank you. Doctor, is all your research
23　experience included on your CV?
24　　　A.　Yes, I think it's a good representation of my

Page 17

1　research experience.
2　　　Q.　Have you ever done any research regarding
3　Prolene?
4　　　A.　You mean laboratory experiments?
5　　　Q.　Yes, sir.
6　　　A.　No laboratory experiments. Literature
7　research, yes.
8　　　Q.　And, Doctor, since 2014 when you were deposed
9　in the Boston Scientific litigation, have you ever
10　worked with a medical device company specifically
11　regarding pelvic mesh products?
12　　　A.　I'm sorry. Could you repeat that?
13　　　Q.　Sure. Since 2014, have you ever worked with a
14　medical device company regarding pelvic mesh products?
15　　　A.　No.
16　　　Q.　And, Doctor, before litigation against Boston
17　Scientific, had the focus of your research interests
18　been on pelvic mesh?
19　　　A.　No.
20　　　Q.　Doctor, have you ever talked with any of the
21　plaintiffs in this litigation?
22　　　A.　No.
23　　　Q.　Have you ever talked with any of the
24　plaintiffs' family members or friends in this

5 (Pages 14 to 17)

Jimmy W. Mays, Ph.D.

Page 18

1  litigation?
2      A.  Not to my knowledge.
3      Q.  What about any of the doctors?
4      A.  No.
5      Q.  Other than attorneys, have you discussed your
6  opinions with anyone else?
7      A.  No.
8      Q.  None of your colleagues?
9      A.  No.
10     Q.  Any type of scientific organization?
11     A.  No.
12     Q.  Doctor, did you sign a confidentiality
13  agreement with respect to the documents you reviewed for
14  Ethicon?
15     A.  Yes.
16     Q.  Where is that?
17     A.  I don't know.
18     Q.  Would it be at your house, or your office,
19  rather?
20     A.  It probably would be in my office in Knoxville.
21     Q.  Do you advertise your services?
22     A.  I do not.
23     Q.  Would the time sheet that we have in the
24  collective Exhibit No. 2 reflect all the time that you

Page 19

1  spent in this litigation for Ethicon?
2      A.  This reflects the time I spent in this
3  litigation as of January 4 of this year.
4      Q.  All right.  Thank you.
5          Doctor, do you anticipate doing any additional
6  work or research in this Ethicon litigation?
7      A.  I'm not sure.
8      Q.  You don't have any plans to, sitting right
9  here, sitting here today?
10     A.  Not as I sit here.
11     Q.  Have you asked counsel for any information or
12  documents that you've not received yet that you believe
13  may be helpful?
14     A.  No.
15     Q.  I believe it's your testimony you're not an
16  expert in biomaterials?
17     A.  Well, I have worked in the area of
18  biomaterials.  I have considerable expertise in
19  polymeric biomaterials.
20     Q.  You are holding yourself out as an expert in
21  biomaterials; is that correct?
22     A.  Yes.
23     Q.  Are you an expert in biocompatibility?
24     A.  No.

Page 20

1      Q.  Are you an expert in female anatomy?
2      A.  No.
3      Q.  Doctor, based on your review of the documents,
4  you'll agree that Ethicon performed biocompatibility
5  testing on its Prolene?
6      A.  Yes.
7      Q.  And do you have any opinions whatsoever
8  regarding the biocompatibility testing of Prolene?
9      A.  I've already said I'm not an expert in
10  biocompatibility, but it seemed to be standard-type
11  biocompatibility testing.
12     Q.  And based upon your review, do you believe that
13  Ethicon appropriately did its biocompatibility testing?
14     A.  I -- as far as I can tell, they did.  What they
15  didn't do that I think they should have done is actually
16  performed clinical trials with the material in the
17  application in which it was intended.
18     Q.  Doctor, have you ever designed or participated
19  in a clinical trial regarding mesh?
20     A.  Not regarding mesh.
21     Q.  Have you ever designed or participated in any
22  type of clinical trial regarding Prolene?
23     A.  No.
24     Q.  Have you ever been involved in any clinical

Page 21

1  research regarding mesh?
2      A.  No.
3      Q.  Have you ever received any grants for studying
4  mesh in your positions at UT or UAB?
5      A.  No.
6      Q.  Have you ever designed pelvic mesh?
7      A.  No.
8      Q.  And you've never done any biomechanical testing
9  of pelvic mesh; correct?
10     A.  Correct.
11     Q.  Have you ever personally inspected a mesh
12  explant of any kind?
13     A.  Yes.
14     Q.  Would that be for the 11 explants in the Boston
15  Scientific litigation?
16     A.  Yes.
17     Q.  Anything else?
18     A.  Concerning polypropylene mesh?
19     Q.  Correct.
20     A.  I've certainly looked at literature that
21  describes it.
22     Q.  I'm talking about actually inspecting an actual
23  explant specimen.
24     A.  No, not other than those Boston Scientific

6  (Pages 18 to 21)

Jimmy W. Mays, Ph.D.

Page 22

1    materials.
2        Q.  And you've never personally inspected a mesh
3    explant of Prolene, have you?
4        A.  No.
5        Q.  Have you ever done any testing of a mesh
6    explant of Prolene?
7        A.  Not of Prolene.
8        Q.  And, Doctor, are you -- do you know what
9    medical products you're here and designated to testify
10   about and give opinions about?
11       A.  Yes, I do.  They're listed at the beginning of
12   my report.
13       Q.  Where do you see that?
14       A.  If you go over on page 4, under background, the
15   various Prolene mesh products are listed there.
16       Q.  Sir, do you know if all those products -- and
17   just for the record, we're looking at Prolene Mesh,
18   Gynemesh PS, Prolift, Prolift +M, Prosima, TVT-Secur --
19   I'm sorry -- Gynecare TVT System, TVT Retropubic, TVT-O
20   TVT-Abbrevo, TVT-Secur, and TVT-Exact; is that correct?
21       A.  I'm sorry.  Could you --
22       Q.  Is that the list of the medical --
23       A.  That is the list, yes.
24       Q.  And, Doctor, do you know if all those products

Page 23

1    are made up of 100 percent Prolene?
2        A.  It's my understanding that those materials are
3    made of Prolene, yes.
4        Q.  And 100 percent of Prolene?
5        A.  Well, Prolene is a formulation, so there's
6    additives in there.  It's polypropylene plus appropriate
7    additives.
8        Q.  But my question, sir, is it your testimony that
9    these products are made of 100 percent Prolene?
10       A.  Well, the mesh is in there, but there's also a
11   delivery device and packaging, so there are things other
12   than Prolene, but the mesh itself is Prolene.
13       Q.  Okay.  So, Doctor, is it your testimony that
14   the Prolift +M is made of 100 percent Prolene?
15       A.  No.  There could well be other things in some
16   of these materials, yes.
17       Q.  In the mesh?
18       A.  There could be biodegradable material, for
19   example.
20       Q.  Okay.  What other material other than Prolene
21   does Prolift +M consist of in the mesh?
22       A.  I'd have to go back and review that.
23       Q.  You don't know today?
24       A.  As I sit here, I can't say.

Page 24

1        Q.  Doctor, what about TVT-Secur, the mesh in
2    TVT-Secur?  Strike that.
3            Prosima.  Doctor, do you know what other
4    materials other than Prolene are in the mesh material in
5    Prosima?
6        A.  Not as I sit here.
7        Q.  Doctor, have you ever seen -- and when I say
8    "these medical devices," just so you and I are
9    communicating, I'm talking about the medical devices
10   that you're here to give testimony about.  Are we
11   communicating?
12       A.  Yes, sir.
13       Q.  Okay.  Doctor, have you ever seen these medical
14   devices?
15       A.  No.
16       Q.  Have you ever held them in your hands?
17       A.  No.  I've seen pictures, but that's as far as
18   it goes.
19       Q.  Doctor, have you ever held a piece of Prolene
20   in your hand?
21       A.  I very well could have with my years of
22   experience in polymer science.  Just as an example, our
23   polymer characterization lab at the University of
24   Tennessee, we perform a lot of outside analyses for

Page 25

1    companies, for individuals, and it's certainly possible
2    that some passed through at some time.
3        Q.  Doctor, sitting here today, can you ever recall
4    an instance where you've held a piece of Prolene in your
5    hand?
6        A.  No.
7        Q.  And, Doctor, have you ever done any hands-on
8    testing of Prolene?
9        A.  No.
10       Q.  Doctor, when is -- I want to go back to these
11   products, if you will, okay?
12       A.  Okay.
13       Q.  When's the first time you've ever heard of
14   these products?
15       A.  I've certainly heard of Prolene, having been in
16   the polypropylene game for a long time, but these
17   particular mesh products, I knew pelvic mesh was out
18   there, I may have heard the names, but they certainly
19   didn't stick.
20       Q.  When was the first time that you'd heard the
21   name of these products, sir?
22       A.  I would say, these products, at the time I got
23   involved in this litigation.
24       Q.  And that would have been in the fall of 2005?

7 (Pages 22 to 25)

Jimmy W. Mays, Ph.D.

Page 26

1    A.  2015.
2    Q.  Thank you, sir.  I like it when a scientist is
3  accurate.
4        Doctor, do you have any idea what the
5  indications are for these products?
6    A.  You mean the medical indications?
7    Q.  Yes, sir.
8    A.  Well, stress urinary incontinence, pelvic organ
9  prolapse.
10    Q.  Do you know how long these products have been
11  on the market?
12    A.  The exact date for these individual products, I
13  don't.
14    Q.  Do you know the physical dimensions of the mesh
15  in these individual products?
16    A.  No.
17    Q.  And, Doctor, do you know the weight of the mesh
18  in these individual products?
19    A.  No, not as I sit here.
20    Q.  Doctor, do you know a woman's lifetime risk of
21  developing SUI or POP?
22    A.  I don't.
23    Q.  Do you know the natural progression of the
24  disease?

Page 27

1    A.  No.
2    Q.  Do you know any of the nonsurgical options?
3    A.  No.
4    Q.  And, Doctor, all of your opinions contained in
5  your report, which was marked as Exhibit 3, refer to
6  these individual products; correct?
7    A.  Yes.
8    Q.  Doctor, do you know how many newtons of force
9  are placed on the mesh once it's in vivo?
10    A.  No.
11    Q.  Do you have any idea about how these individual
12  products are implanted in the body?
13    A.  I have some idea.
14    Q.  Have you ever -- certainly you've never
15  implanted any of these devices in the body?
16    A.  I have not.
17    Q.  Have you ever watched any videos regarding how
18  these devices were implanted in the body?
19    A.  Not videos, but I have seen pictures showing
20  how it's done, basically.
21    Q.  And do you know the differences in how these
22  individual products are implanted in the body?
23    A.  No.
24    Q.  What do you know about the manufacturing

Page 28

1  process Ethicon uses to make Prolene?
2    A.  Well, I know how the polypropylene is produced
3  and I know that the material is thin-mixed with various
4  additives, processing aids, antioxidants.
5    Q.  Anything else?
6    A.  Then it's extruded.  Fibers are produced by
7  passing through a spinneret.  Those fibers then get
8  woven into a mesh product.
9    Q.  Do you know at what temperature?
10    A.  The exact temperature of the extrusion, it
11  would have to be well above the melting temperature of
12  the polypropylene, which is 165 degrees C, so it's
13  something of the order of 200 degrees C.
14    Q.  Do you know where Prolene is made?
15    A.  The documentation I've seen leads me to believe
16  that it's made in Pennsylvania somewhere, near
17  Philadelphia.
18    Q.  And, Doctor, is the mesh that's contained in
19  these individual products, is it woven or knitted?
20    A.  It's actually knitted.
21    Q.  And what do you base that testimony on?
22    A.  Just documentation that I've reviewed.
23    Q.  Are you an expert in the manufacturing process
24  of pelvic mesh?

Page 29

1    A.  Well, I'm knowledgeable in the production of
2  polypropylene fibers.  When I was at Hercules, as I
3  mentioned earlier, I was there for five years right
4  after graduate school, for about three years of that
5  time I was technical liaison between Hercules' central
6  R & D center in Wilmington, Delaware, and Hercules'
7  fibers technical center in Oxford, Georgia, where they
8  produce polypropylene fibers on a massive scale.
9    Q.  Well, but do you hold yourself out as an expert
10  in the manufacturing process of pelvic mesh?
11    A.  I'm certainly knowledgeable about production of
12  polypropylene fibers.  Once it gets into the actual
13  knitting process and the exact geometry of these various
14  mesh products, I'm not an expert in those areas.
15    Q.  Doctor, you know the difference between
16  polypropylene and Prolene; correct?
17    A.  Yes.
18    Q.  And as a materials scientist, you'll agree that
19  polypropylene is chemically different than Prolene;
20  correct?
21    A.  Well, Prolene is mostly polypropylene.  It's
22  isotactic polypropylene, to be exact.
23    Q.  I understand.
24    A.  But it does contain additives, but those

8 (Pages 26 to 29)

Jimmy W. Mays, Ph.D.

Page 30

1    additives are present at a very low level.
2         Q.  But to be exact, polypropylene is chemically
3    different than Prolene; correct?
4         A.  Well, polypropylene as it's encountered in the
5    marketplace essentially always has these additives in
6    it.  Processing aids and antioxidants are always put
7    into polypropylene.
8         Q.  Right, but, Doctor, my question is more
9    specific.  Is it your testimony that polypropylene and
10   Prolene are chemically different or chemically the same?
11        A.  Prolene is a particular formulation of
12   polypropylene.
13        Q.  So they're chemically different; correct?
14        A.  There are additives added.
15        Q.  But they are chemically different?
16   Polypropylene is chemically different than Prolene;
17   correct?
18        A.  Well, Marlex versus Prolene, the base polymer
19   in both is isotactic polypropylene.  There may be
20   different additives in there.  There may be different
21   molecular weights of polypropylene use.  There may be
22   different molecular weight distributions of the
23   polypropylene that's used.  So Prolene is a particular
24   formulation of polypropylene.

Page 31

1         Q.  I understand that, Doctor, but Prolene has a
2    different chemical composition compared to pure
3    polypropylene; correct?
4         A.  Compared to pure polypropylene, that's correct.
5         Q.  Thank you.  And Prolene and polypropylene are
6    not identical from a chemical composition standpoint,
7    are they?
8         A.  Polypropylene is the major component in
9    Prolene.
10        Q.  Right, but they are not chemically identical,
11   are they, sir?
12        A.  The additives make them different.  Prolene has
13   the additives.  Pure polypropylene would not.
14        Q.  And you'd never teach your polymer students at
15   UT that Prolene and polypropylene have the same chemical
16   composition, would you?
17        A.  No, I would teach them that Prolene is an
18   isotactic polypropylene with a certain additive package
19   in it.
20        Q.  Let's talk about polypropylene specifically, if
21   you will.  You've studied polypropylene before, I take
22   it, as a scientist?
23        A.  Yes.
24        Q.  When did you begin doing that?

Page 32

1         A.  My biggest focus on polypropylene was when I
2    was at Hercules.  We performed a lot of analytical work
3    on polypropylene.  But I actually synthesized
4    polypropylene and polypropylene copolymers and
5    characterized the products when I was a graduate student
6    at the University of Akron in the very early 1980s.
7         Q.  Have you ever done any independent study or lab
8    work regarding the biocompatibility of polypropylene?
9         A.  Could you repeat that question?
10        Q.  Sure.  Have you ever done any independent study
11   or lab work regarding the biocompatibility of
12   polypropylene?
13        A.  What do you mean by "biocompatibility"?
14        Q.  Whether or not polypropylene is biocompatible
15   with the human body.
16        A.  You mean cell culture studies, things like
17   that?
18        Q.  Whether it's biocompatible with the human body.
19        A.  Well, I've examined explanted polypropylene and
20   seen degradation in the material.
21        Q.  Doctor, I may have asked you this.  If I did, I
22   apologize.  You've never designed a polypropylene
23   implant; correct?
24        A.  I have not.

Page 33

1         Q.  And -- well, let's talk about Prolene for a
2    minute.  Has any of the work that you've done as a
3    scientist involved Prolene other than the litigation
4    that we're here about today?
5         A.  As I said earlier, I've been involved with
6    polymers for a long time.  We've got our polymer
7    characterization lab at the university.  Something could
8    have passed through, but I don't recall it.
9         Q.  Thank you.  And, Doctor, have you ever done any
10   type of study to determine the biocompatibility of
11   Prolene?
12        A.  No.
13        Q.  And have you ever done any testing to determine
14   if Prolene degrades?
15        A.  Well, we've done studies to determine whether
16   or not polypropylene formulations degrade.
17        Q.  But, Doctor, my question is specifically about
18   Prolene.  Have you ever performed any testing to
19   determine if Prolene degrades?
20        A.  I've reviewed the literature, including the
21   literature in-house at Ethicon, where they observed what
22   they attributed as oxidative degradation.
23        Q.  Doctor, have you ever performed any -- strike
24   that.

9 (Pages 30 to 33)

Jimmy W. Mays, Ph.D.

Page 34

1    Have you personally performed any testing to
2  determine if Prolene degrades?
3    A.  We have performed testing to determine whether
4  or not polypropylene --
5    Q.  And I'm not -- I don't mean to cut you off, but
6  I am under a time limit.  I'm talking about Prolene.
7    Have you personally done any testing to
8  determine if Prolene degrades?
9    A.  We have tested polypropylene pelvic mesh.  That
10  was a Boston Scientific product.  But these materials
11  are 99.8 percent polypropylene.
12    Q.  And move to strike as nonresponsive.
13    Doctor, I'm asking you a specific question.  I
14  need a yes or no.  Have you personally performed any
15  testing to determine if Prolene degrades?
16    A.  We have tested polypropylene, but we have not
17  tested Prolene.
18    Q.  Thank you.  And, Doctor, you've not tested the
19  mechanical properties of Prolene, have you?
20    A.  We have not.
21    Q.  Doctor, have you done any tests on Prolene that
22  can be repeated and confirmed?  I'm talking about
23  Prolene, not polypropylene.
24    A.  Yeah.  We have not in my laboratory tested

Page 35

1  Prolene.
2    Q.  Doctor, have you ever done -- and when you say
3  you have not in your laboratory tested Prolene, would
4  that include a pristine piece of Prolene and also an
5  explanted piece of Prolene?
6    A.  Yeah, again, as I said earlier, we may have
7  characterized some material that was sent to us by
8  someone at some point, probably in terms of a molecular
9  weight analysis or something like that, but I don't
10  recall testing Prolene.
11    Q.  Doctor, have you ever personally seen a Prolene
12  explant that has degraded?
13    A.  I've seen pictures, but I haven't actually with
14  my own two eyes seen the degraded Prolene explant.
15    Q.  And, Doctor, with your own two eyes, have you
16  ever seen oxidated Prolene?
17    A.  With my own two eyes, I'd have to say no.
18    Q.  Doctor, with your own two eyes, have you ever
19  personally seen Prolene with embrittlement?
20    A.  No.
21    Q.  Have you ever with your own two eyes personally
22  seen Prolene that has a loss of mechanical properties?
23    A.  What do you mean by "loss of mechanical
24  properties"?

Page 36

1    Q.  A reduction in the physical properties.
2    A.  Which ones?
3    Q.  Any of them.
4    A.  Have I actually seen that material with my own
5  eyes?
6    Q.  Yes, sir.
7    A.  No.
8    Q.  Thank you.  And, in fact, Doctor, you've never
9  tested the durability of Prolene, have you?
10    A.  No.
11    Q.  You've never tested the tensile strength of
12  Prolene, have you?
13    A.  No.
14    Q.  You've never tested the toughness of Prolene,
15  have you?
16    A.  No.
17    Q.  You've never tested any type of physical
18  property of Prolene, have you?
19    A.  No.
20    Q.  You've never done any type of benchtop testing
21  of Prolene, have you?
22    A.  No.
23    Q.  And you've never done any root cause analysis
24  to determine if Prolene is defective, have you?

Page 37

1    A.  Yes, I think I have.
2    Q.  What?
3    A.  Basically, I reviewed extensive literature,
4  both Ethicon internal literature where they observed
5  degradation of explanted Prolene, and I also reviewed
6  extensive literature.  I could go through paper by
7  paper, if you like, and they observed degradation of
8  Prolene implants.
9    Q.  And we're going to get to that, but outside of
10  literature, Doctor, have you ever done any -- outside of
11  your literature review, have you ever done any type of
12  root cause analysis to determine if Prolene is
13  defective?
14    A.  We have explored the mechanism by which
15  polypropylene mesh degrades inside the body.
16    Q.  Okay.  And I'm sorry if my question wasn't
17  clear.  I was asking about Prolene.
18    So outside of literature, Doctor, have you ever
19  done any type of root cause analysis to determine if
20  Prolene is defective?
21    A.  What do you mean by "root cause analysis"?
22    Q.  Any type of analytical study to determine if
23  Prolene is defective.
24    A.  You mean actually perform experiments on

10  (Pages 34 to 37)

Jimmy W. Mays, Ph.D.

Page 38

1  Prolene?  No.
2      Q.  Doctor, have you ever performed any type of
3  accelerated aging tests for Prolene?
4      A.  No.
5      Q.  Doctor, you've cleaned mesh before, have you
6  not?
7      A.  Yes.
8      Q.  Have you personally been involved in that
9  process?
10     A.  Yes, I have.
11     Q.  And was that with the 11 explants in Boston
12 Scientific?
13     A.  Yes.
14     Q.  Have you ever personally cleaned Prolene mesh?
15     A.  No.
16     Q.  Have you ever been involved in any type of
17 cleaning protocols for Prolene mesh?
18     A.  With developing the cleaning protocol?
19     Q.  For Prolene mesh.  Not polypropylene.  Prolene
20 mesh.
21     A.  No, we haven't cleaned Prolene mesh.
22     Q.  And -- but you haven't been involved in any
23 cleaning protocols for Prolene mesh; correct?
24     A.  There's an ASTM protocol, and that's what we

Page 39

1  use when we clean polypropylene.
2      Q.  Right, but I'm asking about your personal
3  experience, Doctor.  You've never been involved in any
4  cleaning protocols for Prolene mesh; correct?
5      A.  No.  Correct.
6      Q.  Doctor, look back at Exhibit 1 for me, please.
7  That's a notice of deposition?
8      A.  Yes.
9      Q.  I'll represent to you that you're designated in
10 28 different lawsuits.  Does that look about right?
11     A.  That looks about right.
12     Q.  Do you know what -- and each lawsuit represents
13 the name of a plaintiff that received a Prolene implant;
14 correct?
15     A.  Correct.
16     Q.  Do you know what product these 28 women
17 received?
18     A.  All I know is it was Prolene, a Prolene-based
19 mesh.
20     Q.  You never reviewed medical records?
21     A.  No.
22     Q.  Never talked to any of the doctors?
23     A.  No.
24     Q.  Never inspected any of the explants from these

Page 40

1  28 women?
2      A.  No.
3      Q.  Have you ever even seen the explants from these
4  28 women?
5      A.  No.
6      Q.  Do you know if any exist?
7      A.  I don't.
8      Q.  Do you know why their mesh was removed?
9      A.  Because they had a problem.  It's not ethical
10 to take mesh out if a person's not having a problem with
11 it.
12     Q.  What do you base that on?
13     A.  It's a horribly invasive surgery.
14     Q.  What problem did Bonnie Blake have, Doctor,
15 that required her mesh to be removed?
16     A.  I don't know.
17     Q.  And, Doctor, what problem did Robin Bridges
18 have that required her mesh to be removed?
19     A.  The specific complaints of the individuals, I
20 don't know.
21     Q.  And, Doctor, do you know the specific reasons
22 why any of the 28 plaintiffs' mesh were removed?
23     A.  As I said before, because they were having a
24 problem with it.

Page 41

1      Q.  But my question is:  Do you know the specific
2  reason why any of these 28 plaintiffs' mesh was removed?
3      A.  No, I don't.
4      Q.  You don't know when these 28 plaintiffs' meshes
5  were implanted, do you?
6      A.  I do not have those records, no.
7      Q.  And you don't know when they were explanted?
8      A.  No.
9      Q.  Do you know how many pieces of an explant was
10 removed?
11     A.  No.
12     Q.  And do you know if these 28 plaintiffs'
13 explants were stored in formalin?
14     A.  No.
15     Q.  You would agree that if explants exist for
16 these 28 plaintiffs, that would be an important piece of
17 evidence in this litigation; correct?
18     A.  That would be, yes.
19     Q.  And would you like to review those explants?
20     A.  Sure.
21     Q.  And have you asked the plaintiffs' lawyers for
22 the permission to review those explants?
23     A.  I have not.
24     Q.  Why not?

11 (Pages 38 to 41)

Jimmy W. Mays, Ph.D.

Page 42

1      A.  Well, I might very well at some point in time.
2   The first step was to get familiar with the case and
3   file my report.
4      Q.  Doctor, have you ever seen any type of
5   histology slides from any of these 28 plaintiffs?
6      A.  Not to my knowledge.
7      Q.  Would you review histology slides if they were
8   available?
9      A.  I'd certainly look at them.
10     Q.  Have you asked for them?
11     A.  I have not.
12     Q.  Doctor, have you ever performed -- strike that.
13         Fair to say that you've never performed any
14  type of analytical testing on the explants of these 28
15  plaintiffs; correct?
16     A.  Correct.
17     Q.  You've never done any type of SEM, FTIR, DSC,
18  EDS, GPC on these plaintiffs' explants; correct?
19     A.  Correct.
20     Q.  Doctor, have you -- strike that.
21         I think we talked about this earlier, but it's
22  undisputed that degradation affects the physical
23  properties of mesh; correct?
24     A.  Yes.

Page 43

1      Q.  And you've never performed any physical or
2   mechanical testing on the explants of these 28
3   plaintiffs; correct?
4      A.  Correct.
5      Q.  That would include tensile strength,
6   elongation, toughness, or Young's modulus; correct?
7      A.  Correct.
8      Q.  Also, we would include creep, stress,
9   relaxation, and fatigue; correct?
10     A.  Correct.
11     Q.  You've not done any of that?
12     A.  Correct.
13     Q.  Doctor, the tests, the analytical tests that we
14  just talked about, the SEMs, the FDIRs, those show
15  oxidation; correct?
16     A.  Yes.
17     Q.  And have you done any type of testing
18  whatsoever on these 28 plaintiffs to show oxidation?
19     A.  I have not.
20     Q.  And, Doctor, can you make any type of
21  prediction about whether or not the mesh from these 28
22  plaintiffs will oxidize?
23     A.  Yes, I can.
24     Q.  And what do you base that on?

Page 44

1      A.  My experience with polypropylene, my
2   characterization of polypropylene-based meshes.
3      Q.  Do you base --
4      A.  The literature that Ethicon has in-house going
5   back to the early '80s where they again and again see
6   evidence of oxidative degradation of polypropylene
7   implants.
8      Q.  Doctor, you've never personally run any type of
9   oxidation tests on Prolene; correct?
10     A.  To my knowledge, not on Prolene.
11     Q.  And you've never done a molecular weight test?
12     A.  We've done a lot of molecular weight tests.
13     Q.  On Prolene?
14     A.  As I said earlier, we may have in the polymer
15  characterization lab at some time, but I don't recall
16  explicitly doing molecular weight determinations on
17  Prolene.
18     Q.  Okay.  And you would have done that by GPC;
19  correct?
20     A.  Yes.  It's not the only way to determine
21  molecular weight, but it's a very common way to do it.
22     Q.  And, Doctor, those analytical testing
23  techniques were available to you at your lab at UT;
24  correct?

Page 45

1      A.  We have those techniques available, yes.
2      Q.  And, Doctor, when I asked you could you make
3   any prediction about whether or not the mesh from these
4   28 plaintiffs will oxidize, do you -- are you supporting
5   that opinion on any literature specifically about
6   Prolene?
7      A.  Yes.
8      Q.  What literature?
9      A.  Okay.  Let's look in my report.
10     Q.  And I'm not talking about polypropylene.  I'm
11  talking about Prolene.  Okay?
12     A.  Okay.
13         MR. MONSOUR:  Just so you know, I've seen you
14  look at your watch about 20 times, we're not going
15  to hold your feet to the fire on three hours.  I
16  mean, if you need some more time, let us know.
17  Within reason, but just let us know.
18         MR. HUTCHINSON:  I appreciate it.
19         MR. MONSOUR:  Don't worry.
20     A.  The Reference 20 in my report, this is
21  Jongebloed, I guess that's how you say it, and Worst,
22  they reported an SEM study on a Prolene suture that had
23  been implanted in the human eye for one year, and they
24  reported that both Prolene loops showed severe

Jimmy W. Mays, Ph.D.

Page 46

1  degradation of the surface layer.
2       Then Mary, et al., in 1998, that's Reference 21
3  in my report, they looked at polypropylene, Prolene
4  sutures used in vascular surgery, and the explanted
5  suture showed visible evidence of surface stress
6  cracking.
7       Costello, et al., those are two papers from
8  2007.
9       Q.  And did those -- but my question, sir, is about
10 Prolene.  Did those Costello papers reference Prolene?
11      A.  Yes.
12      Q.  Okay.  All right.  Other than Jongebloed -- and
13 you spell that J-o-n-g-e-l-b-o-e-d [sic] --
14      A.  I'm not sure we're pronouncing it right.  Who
15 knows?
16      Q.  -- Mary and Costello --
17      A.  Yeah, there's two Costello papers.
18      Q.  Correct.  Any other literature that you're
19 supporting your opinions on?
20      A.  Actually, Clave reports analysis of 100
21 explants, these were pelvic meshes from various
22 suppliers, but they're really not explicit about where
23 they came from, but it may well be that there are some
24 Ethicon materials in there.

Page 47

1       Q.  But you don't know for sure, do you, sir?
2       A.  Not in the case of Clave.
3       Q.  Okay.  Thank you.
4       A.  I haven't seen firm evidence.  But then I've
5  also got the internal Ethicon documents.
6       Q.  We're going to get to those in a minute, but
7  I'm talking about the peer-reviewed literature.  Okay?
8       A.  Okay.
9       Q.  So we'll get to those in a minute, but let's
10 stick with the peer-reviewed literature.
11      A.  Okay.
12      Q.  Jongebloed, Mary, and Costello are the only
13 literature regarding Prolene that you base your opinions
14 on; is that correct?
15      A.  Yes.
16      Q.  Okay.  And, Doctor, I forgot to ask you about
17 this earlier, but when we were talking about physical
18 and mechanical property testing, you'll agree that
19 mechanical properties and the evaluation of mechanical
20 properties is relevant when determining whether or not
21 mesh degrades?
22      A.  I don't think it's necessarily relevant.  One
23 can determine if a material is degrading by
24 spectroscopic means, chemical changes in the material,

Page 48

1  or one could look at molecular weight changes in the
2  material.  If chains are being broken, degradation is
3  happening.
4       Those changes manifest themselves in changes in
5  mechanical properties, but they're not the direct
6  observation of the degradation process.  You're
7  measuring the consequences of degradation with those
8  studies.
9       Q.  Doctor, but, nevertheless, evaluating
10 mechanical properties and physical properties are an
11 important part in your analysis of whether or not a
12 material degrades; correct?
13      A.  No.  As I just said, degradation can be
14 established with spectroscopy, with microscopy, with gel
15 permeation chromatography, with light scattering, and
16 other molecular methods.
17      Q.  Can degradation be established by reduction in
18 physical properties?
19      A.  If one measures a material and sees a reduction
20 in mechanical properties, again, just speaking
21 generically about mechanical properties at this point,
22 if one sees a change, then one might suspect degradation
23 is taking place, yes.
24      Q.  All right.  And just so the record's clear,

Page 49

1  degradation can be established by reduction in physical
2  properties; correct?
3       A.  No, molecular level degradation needs
4  spectroscopy or molecular weight measurements.
5  Mechanical properties -- changes in mechanical
6  properties are merely an outcome of the chemical
7  changes.  They're not direct.
8       Q.  Doctor, would you ever tell your students at UT
9  to disregard the results of physical properties when
10 making a determination of whether or not a polymer has
11 degraded?
12      A.  Well, if they had that material at hand,
13 certainly they would factor it into the analysis, but
14 it's not the direct analysis of whether or not a
15 material has degraded.
16      Q.  I understand that, sir, but you will agree that
17 it is one piece of the puzzle on whether or not a
18 polymer has degraded; correct?
19      A.  It's a piece of the puzzle, but it's a
20 secondary piece of the puzzle.  It's not a primary one.
21      Q.  Doctor, do you have any evidence that any of
22 these 28 plaintiffs experienced any type of chronic pain
23 related to Prolene?
24      A.  No direct evidence, but they had their mesh

13 (Pages 46 to 49)

Jimmy W. Mays, Ph.D.

Page 50

1 taken out, and I assume they had problems with it, or
2 they wouldn't be suing Ethicon.
3     Q. That's an assumption on your part; correct?
4     A. It is. It is.
5     Q. And, Doctor, can you identify by name a single
6 person who has had a failure of their mesh for the
7 reasons that you outline in your report?
8     A. I would say that oxidative degradation is at
9 the heart of the problems that all of these people had
10 with the mesh and it's the reason that there's multiple
11 mesh companies with thousands of lawsuits around.
12 People are having problems with polypropylene mesh.
13 It's fundamentally the wrong material to make a pelvic
14 mesh out of.
15     Q. Doctor, can you identify by name a single
16 person who has had a failure of their mesh for the
17 reasons outlined in your report?
18     A. Again, all these people --
19     Q. I'm just asking for a name.
20     A. All of these people, Bonnie Blake, Robin
21 Bridges, Carey Beth Cole, these people had problems with
22 their mesh.
23     Q. How did Bonnie Blake's mesh fail?
24     A. Oxidative degradation is at the core of what's

Page 51

1 happening to these materials inside the human body.
2     Q. And, Doctor, my question is: If you've not
3 reviewed Bonnie Blake's explant, how can you tell the
4 jury that Bonnie Blake's explant failed because of
5 oxidative degradation?
6     A. We have examined explants, to the extent that
7 we could lay our hands on them, and there's indication
8 of oxidative degradation in all the ones that we've
9 seen.
10     Q. I understand that, but you've never examined
11 Bonnie Blake's explant, have you?
12     A. I have not.
13     Q. And, Doctor, can you identify by name a person
14 who has had mesh removed because of specifically
15 degradation?
16     A. Well, again, it's what I'm saying. There's
17 this list of women here, and they had problems with
18 their mesh. And polypropylene is fundamentally
19 susceptible to oxidative degradation. It's inherent to
20 its chemical structure.
21     Q. Doctor, can you identify the name of a person
22 who has had their mesh specifically removed because of
23 degradation?
24     A. I believe oxidative degradation is behind all

Page 52

1 of these removals, so every individual listed here.
2     Q. Okay. And, Doctor, how do you know that Bonnie
3 Blake's mesh was removed because of degradation without
4 reviewing the medical records?
5     A. It's made out of polypropylene. Polypropylene
6 is attacked inside the human body with strong oxidizing
7 agents.
8     Q. Does Bonnie Blake have any mesh that's made out
9 of Prolene?
10     A. I have to assume that her mesh was made out of
11 Prolene because she's suing Ethicon.
12     Q. Do you know if Bonnie Blake has mesh that's
13 made out of Prolene?
14     A. I think it's a logical conclusion to reach.
15     Q. My question is: Do you know, sir, whether or
16 not Bonnie Blake has mesh that's made out of Prolene?
17     A. I have not reviewed her medical records. Okay?
18     Q. But my question is: Do you know if Bonnie
19 Blake has mesh that's made out of Prolene? Yes or no?
20     A. Yes.
21     Q. And what do you base that on?
22     A. The fact that she's suing Ethicon.
23     Q. Doctor, you're not a clinician?
24     A. I'm not.

Page 53

1     Q. And you haven't -- have you ever reviewed a
2 medical record that says the surgeon is removing Prolene
3 mesh as a result of degradation?
4     A. I don't review medical records normally. I'm a
5 polymer scientist. I'm a polymer chemist. The
6 chemistry of polymers, the characterization of polymers,
7 is my thing. I'm not a medical doctor.
8     Q. I understand that, Doctor, but my question is:
9 Have you ever reviewed a medical record that says a
10 surgeon is removing Prolene mesh as a result of
11 degradation?
12     A. I have not.
13     Q. Doctor, have you done anything whatsoever to
14 explain how the alleged effects of degradation have
15 caused clinical harm to any of these 28 plaintiffs?
16     A. Well, my report describes what happens to the
17 properties of polypropylene when they undergo
18 degradation, and it's the mechanical mismatch between
19 the degraded implants and the soft tissue that surrounds
20 it that's the root cause of these problems.
21     Q. Do you know the symptoms that any of these 28
22 plaintiffs were complaining about?
23     A. Individual symptoms will vary, but pain is a
24 very common one.

14 (Pages 50 to 53)

Jimmy W. Mays, Ph.D.

Page 54

1    Q.  Do you -- but do you know the specific symptoms
2    of these 28 plaintiffs in these cases that you're
3    designated as an expert in?
4    A.  No, I don't.
5    Q.  And, Doctor, are you qualified to teach
6    students at UT how degradation can cause clinical harm?
7    A.  Yes, I am.  I've taught a lot of biomedical
8    students in the past.
9    Q.  And, Doctor, have you ever taught any students
10   at UT that degradation causes clinical harm?
11   A.  Certainly I have done that, yes.
12   Q.  And, Doctor, have you ever taught any of your
13   students at UT how Prolene causes clinical harm?
14   A.  Explicitly with Prolene, no, but with a variety
15   of biomaterials, whether it's bone cement or what have
16   you.  Degradation is a bad thing.
17   Q.  And, Doctor, have you ever taught your students
18   at UT anything about Prolene?
19   A.  Yes.  I teach them about polypropylene, and
20   Prolene is made of polypropylene.
21   Q.  Doctor, have you ever taught your students
22   about Prolene specifically?
23   A.  Specifically by name, Prolene, no, but
24   isotactic polypropylene with the usual package of

Page 55

1    additives, such as processing aids and antioxidants,
2    yes.
3    Q.  Doctor, I know that you've worked for --
4    against, rather -- Boston Scientific.  Have you ever
5    done any type of analytical testing of pelvic mesh
6    explants other than in Boston Scientific?
7    A.  No.
8    Q.  And, Doctor, are you -- did you perform any
9    type of physical property testing of the pelvic explants
10   in the Boston Scientific litigation?
11   A.  We measured the materials by spectroscopy, we
12   did GPC, we looked at the materials with
13   thermogravimetric analysis, SEM with EDS, but we did not
14   measure mechanical properties of those materials.
15   Q.  Why not?
16   A.  We were interested in determining what caused
17   the degradation of those materials once we noted the
18   degradation, and we used spectroscopy and GPC to do it.
19   As I mentioned earlier, those are the primary tools that
20   one would use to get direct evidence of degradation and
21   to identify what's causing the degradation.
22   Q.  Doctor, you'll agree that the adherence to
23   protocols and controls is the hallmark of good science?
24   A.  Yes.

Page 56

1    Q.  And, Doctor, are you aware that a West Virginia
2    federal judge ruled that your testing of the Boston
3    Scientific products was unreliable and excluded it?
4    A.  That's correct, but those data were eventually
5    published in the top biomaterials journal in the world
6    after undergoing, not only rigorous peer review, but
7    also the paper was reviewed for merit by the editorial
8    advisory board because the work was done under
9    litigation, for litigation purposes.
10   Q.  Doctor, have you ever done any type of testing
11   of mesh explants that's been admitted in a court?
12   A.  Not yet.
13   Q.  In the Boston Scientific, Doctor -- I'm sorry.
14   Strike that.
15       In the Boston Scientific litigation, you
16   testified that you're not an expert in the design of
17   surgical mesh.  Do you stand by that?
18   A.  I'm not an expert in the design of surgical
19   mesh.  I'm an expert in the polymers that the surgical
20   meshes are made of, whether they're polypropylene,
21   polyethylene terephthalate, polyvinylidene fluoride.
22   I'm knowledgeable broadly about polymer chemistry and
23   characterization of polymers.
24       MR. MONSOUR:  At the end of this, you're going

Page 57

1    to have to spell, probably, a few of those.
2        THE WITNESS:  We'll do that.
3        MR. HUTCHINSON:  Yeah.
4        THE WITNESS:  We'll do that.
5    BY MR. HUTCHINSON:
6    Q.  But -- I'm sorry.  You're not an expert in the
7    design of surgical mesh?
8    A.  Actually designing the mesh, the geometry, the
9    shape, no, I'm not.
10   Q.  And, Doctor, you testified in Boston Scientific
11   that polypropylene meshes should not be available to
12   doctors to treat SUI or POP.  Do you recall that?
13   A.  Yes.
14   Q.  And do you stand by that?
15   A.  Yes, I do.
16   Q.  Doctor, you testified that polypropylene
17   vaginal mesh is a very bad idea.  Do you stand by that?
18   A.  I do.
19   Q.  And you've never shared those views with any
20   physicians at UT; is that right?
21   A.  Yes, I have.
22   Q.  When did you do that?
23   A.  I did that late summer/early fall of last year.
24   Q.  And you did that after you were cross-examined

15 (Pages 54 to 57)

Jimmy W. Mays, Ph.D.

Page 58

1  about that; correct?
2      A.  Yeah, I did.
3      Q.  Doctor, have you ever told the doctors at UT
4  that Prolene mesh should not be used to treat SUI or
5  POP?
6      A.  I cautioned them about polypropylene mesh
7  broadly.
8      Q.  Okay.  But my question is specifically about
9  Prolene.  Have you ever told the doctors at UT that
10 Prolene mesh should not be used to treat SUI or POP?
11     A.  When I told them that polypropylene mesh should
12 not be used, that it's a bad idea, that it's susceptible
13 to degradation inside the human body, they should know
14 that Prolene is polypropylene-based pelvic mesh, just
15 like Marlex is.
16     Q.  But, Doctor, have you ever told doctors at UT
17 that using Prolene mesh should not be done in treating
18 SUI or POP?
19     A.  Not yet.
20     Q.  Doctor, you testified in the Boston Scientific
21 litigation that you couldn't cite any literature that
22 states there's a clinical effect of degradation on a
23 patient.  Do you remember that?
24     A.  Yes, I do.

Page 59

1      Q.  And, Doctor, to this day, are you still unaware
2  of any literature that states there's a clinical effect
3  of degradation on the patient?
4      A.  No.  I've gone and reviewed literature.
5      Q.  And, Doctor, are you aware of any literature
6  that states there's a clinical effect of degradation on
7  the patient?
8      A.  Yes.
9      Q.  And what literature is that?
10     A.  The book by Williams is the key reference.
11     Q.  What's the name of the book?
12     A.  Let me find it.  It's in my reference list
13 here.
14         Yeah, it's Reference 44, Essential Biomaterials
15 Science.
16     Q.  And that's the key reference that you rely on?
17     A.  Yes.
18     Q.  Doctor, does the Williams book say anything at
19 all about the clinical effect of degradation of Prolene?
20     A.  I don't recall it calling out Prolene by name,
21 but it basically lays out that implants have to be
22 mechanically compatible with the tissue that they're
23 implanted in, and initially a polypropylene mesh,
24 including the Ethicon meshes, are supple and they move

Page 60

1  with this soft vaginal tissue, but as the oxidative
2  process takes place, the mesh stiffens, and then it can
3  no longer move with that material.
4         So you've got soft flesh moving and the mesh
5  isn't moving, so there's an abrasion, and this is a sort
6  of thing that can lead to the abrasions that are seen
7  with this mesh.
8      Q.  Doctor, stick with me.  Are you aware of any
9  literature that states there's a clinical effect of
10 Prolene degradation on a patient?  That's my question.
11     A.  I may have -- I may very well have seen that in
12 all of my literature review, but I can't call it out as
13 I sit here right at this moment.
14     Q.  And you didn't cite any reference in your
15 report that says there's a clinical effect of Prolene
16 degradation on a patient; correct?
17     A.  Actually, on thinking about it, I think this
18 Klinge article, Reference 42, calls this out.
19     Q.  And what does it say about the clinical effect
20 of Prolene degradation on a patient?
21         MR. MONSOUR:  I'm going to object to form.  Can
22 I ask you one question just for clarity's sake?  Are
23 you talking about polypropylene articles, or are you
24 talking --

Page 61

1         MR. HUTCHINSON:  Prolene.
2         MR. MONSOUR:  -- about, like, medical articles?
3         MR. HUTCHINSON:  I'm talking about any medical
4  article referring to Prolene, which is different
5  than polypropylene.
6  BY MR. HUTCHINSON:
7      Q.  Doctor, that's the question.
8         MR. MONSOUR:  You can answer.  You can answer.
9  The only thing I'm trying to get at is just -- you
10 can keep asking your question.
11     A.  You know, I'd have to go back and look at this
12 Reference 42 to make absolutely sure, but I believe that
13 one does call out Prolene by name.  I believe he was
14 actually a consultant with Ethicon at the time, and so
15 he was looking at their materials.
16     Q.  Doctor, in Boston Scientific you testified
17 you're not an expert in the biological response to
18 foreign bodies.  Do you stand by that?
19     A.  Well, I don't do research in that area day in
20 and day out, so I'm not a card-carrying expert in that
21 area, but I understand a bit about it, a bit about what
22 the body does to foreign matter when it's placed inside
23 it.  So I'm not -- I'm not ignorant about it.  I'm just
24 not --

16 (Pages 58 to 61)

Jimmy W. Mays, Ph.D.

Page 62

1    Q.  And, Doctor, you testified in the Boston
2  Scientific trial about degradation, didn't you?  About
3  degradation?
4    A.  Can you be more specific?
5    Q.  Well, in the Boston Scientific trial, when you
6  gave opinions -- strike that.
7      In the Boston Scientific litigation, did you
8  give opinions about degradation without knowing what
9  antioxidants were put into the product?
10    A.  I gave opinions about degradation of
11  polypropylene in general and about degradation of
12  polypropylene with antioxidants added, and I knew what
13  antioxidants were added, just as I know what
14  antioxidants were added to the Prolene.
15    Q.  And, Doctor, is it your testimony under oath
16  that you knew what antioxidants were added to Boston
17  Scientific's products before you gave opinions about
18  degradation?
19    A.  I did not know initially exactly what additives
20  were in there, but later on as I worked more on that
21  case I gained information on the antioxidants were
22  there.  The expert on Boston Scientific's side actually
23  denied that antioxidants were in there at the beginning.
24    Q.  Doctor, you'll agree with me that there's been

Page 63

1  a long-term effective use of Prolene in the human body?
2    A.  Yes.  I don't -- I don't condemn polypropylene
3  broadly as a biomaterial.  It has applications,
4  certainly, in sutures.  That's fine.  It's been used for
5  a long time there.
6    Q.  Do you condemn Prolene for use in the human
7  body?
8    A.  As a vaginal mesh, as a pelvic mesh, yes.
9    Q.  For a vaginal mesh only?
10    A.  There are issues with it in possibly other
11  applications, but I -- because it is degrading.  There
12  is oxidative degradation that's taking place in the
13  material.
14    Q.  Right, but my question is for vaginal mesh
15  only.
16    A.  Yes, I think -- I think Prolene is a very bad
17  idea for vaginal mesh.
18    Q.  And vaginal mesh only; correct?
19    A.  No, I wouldn't -- I wouldn't say that.  It
20  could extend to other applications.
21    Q.  Where else do you condemn the use of Prolene in
22  the human body?
23    A.  There may be issues with hernia mesh.
24    Q.  Where else?

Page 64

1    A.  I don't know.  That's all that comes to mind
2  now.
3    Q.  Doctor, since your deposition -- by the way,
4  the last time you were deposed was in December of 2014;
5  correct?
6    A.  In the Boston Scientific matter, yeah, I think
7  so.  That sounds about right.  But I've actually been
8  deposed in another matter since then.
9    Q.  Was it a matter relating to vaginal mesh?
10    A.  No.
11    Q.  What was it about?
12    A.  It was about surgical sealants.  It was a
13  patent dispute.
14    Q.  Have anything to do with polypropylene?
15    A.  No.
16    Q.  Doctor, since your last deposition in the mesh
17  litigation in 2014, have you undertaken any type of
18  investigation as to why there's been long-term effective
19  use of Prolene in the human body?
20    A.  Certainly I've read a lot of literature about
21  the use of Prolene as a biomaterial.  And, you know, a
22  little surface cracking caused by oxidation isn't a big
23  issue if you're using the material as a suture.  The
24  material can become stiffer and still perform.  The

Page 65

1  suture's put in; the body heals quickly.  Right?
2      But this mesh is designed to be a permanent
3  implant and it's designed to move with the body.  One
4  has to consider the function that the material is going
5  to be used for inside the body.
6    Q.  Doctor, you know that sutures, Prolene sutures,
7  are designed to be permanently implanted in the body,
8  don't you?
9    A.  Yes, I do.
10    Q.  And, Doctor, you know that hernia mesh is
11  designed to be permanently implanted in the body, don't
12  you?
13    A.  I do.
14    Q.  Doctor, since 2014, your last deposition, have
15  you found any scientific or medical literature that says
16  Prolene should not be used for mesh implants in the
17  human body?
18    A.  Actually, I have.  I've seen Ethicon's own
19  documentation, which indicates that Prolene is far from
20  an ideal material.
21    Q.  I'm asking you, sir, about scientific
22  literature, medical literature.
23    A.  Well, this is literature, internal literature,
24  but it's from Ethicon scientists.

17 (Pages 62 to 65)

Jimmy W. Mays, Ph.D.

1    Q.  Doctor, my question is about peer-reviewed
2  literature.  Have you seen any peer-reviewed literature
3  that says Prolene should not be used as mesh implants in
4  the human body?
5    A.  Well, I can go back to the Clave paper.  They
6  looked broadly at polypropylene meshes from a variety of
7  suppliers.
8    Q.  Did Clave conclude that Prolene mesh should not
9  be used in the human body?
10    A.  They've had issues with use of
11  polypropylene-based meshes.
12    Q.  But did they conclude that Prolene mesh should
13  not be used in the human body?
14    A.  Not explicitly.
15    Q.  Are you aware of any other article, Doctor?
16    A.  Costello.
17    Q.  That says -- that concludes -- my question is
18  specific.  Are you aware of any peer-reviewed literature
19  that says Prolene mesh should not be used in the human
20  body?
21    A.  I'm not aware of any literature that has that
22  exact statement in there.
23    Q.  Doctor, have you ever told the doctors at UT
24  that Prolene mesh should not be used for hernia repair?

1    A.  I cautioned them about use of polypropylene
2  mesh broadly, that the material is degrading, whether
3  it's hernia or pelvic.
4    Q.  But have you ever told doctors at UT that
5  Prolene mesh should not be used for hernia repair?
6    A.  Explicitly Prolene by name, no, but when I say
7  "polypropylene mesh," logically that includes the whole
8  range of manufacturers, including Prolene.
9    Q.  And, Doctor, have you concluded that -- have
10  you ever concluded that Prolene is toxic to the human
11  body?
12    A.  I have not.
13    Q.  Doctor, can you tell us the mechanism of action
14  by which oxidation causes pain in the human body?
15    A.  Yes, I can.  Oxidation in polypropylene takes
16  place in the amorphous regions of the polypropylene.
17  Polypropylene is really a composite.  It's about half
18  crystals.  That's what gives polypropylene its strength.
19    Q.  Well, I'm going to get to the -- we're actually
20  going to get to that in just a minute.  My question is
21  about how the mechanism of action of oxidation causes
22  pain in the human body.
23    A.  Okay.  Oxidation causes the mesh to stiffen.
24  The mesh is designed to be flexible and to move with the

1  soft pelvic tissue in a woman.  And being a mesh, tissue
2  grows into it, nerves grow into it, and when the
3  oxidative degradation occurs and the polypropylene
4  stiffens, the mesh can no longer move in concert with
5  that soft tissue that it's implanted in, so this creates
6  a sliding force or friction.
7    And in my report I liken it to taking fine
8  fishing line, which is basically what this mesh is,
9  polypropylene is widely used as fishing line, and
10  rubbing it across delicate skin.  If you've been fishing
11  and you've done that, it can hurt.  And that's what's
12  happening.  That's the root cause of the pain.
13    Q.  And, Doctor, in your fishing line example, if
14  the fishing line was oxidized, would it have cracks on
15  the outer layer?
16    A.  If it's oxidized, it will have cracks on the
17  outer layer.
18    Q.  And in your fishing line example, would those
19  cracks on the outer layer reduce physical properties of
20  the fishing line?
21    A.  Cracks can certainly reduce physical
22  properties.
23    Q.  It would reduce the toughness of the fishing
24  line?

1    A.  It would reduce toughness.
2    Q.  It would reduce the tensile strength of the
3  fishing line?
4    A.  It would reduce tensile strength if those
5  cracks were large enough.
6    Q.  Doctor, you know that Ethicon has a long
7  history of use of Prolene sutures, don't you?
8    A.  Yes.
9    Q.  Do you know how long the sutures have been on
10  the market?
11    A.  Many years.  Probably around 50 years.
12    Q.  And do you know if the sutures, Ethicon
13  sutures, were approved by FDA as safe and effective?
14    A.  I must assume that they were, yes.
15    Q.  Doctor, do you have any criticisms whatsoever
16  regarding Ethicon's Prolene sutures?
17    A.  No, I think the sutures are perfectly fine.
18    Q.  Doctor, is it your testimony that patients --
19  strike that.
20    Doctor, is it your opinion that every doctor
21  who uses a Prolene mesh product for pelvic floor repair
22  is committing malpractice?
23    A.  No.
24    Q.  Doctor, what about the surgeons, the implanting

18 (Pages 66 to 69)

Jimmy W. Mays, Ph.D.

Page 70

1    surgeons for these 28 plaintiffs, Ms. Bonnie Blake, all
2    the way down through Ms. Wroble, did these doctors
3    commit malpractice by using a Prolene implant in these
4    plaintiffs?
5        A.  I don't believe they did.  They used a product
6    that Ethicon represented to them was safe for use.
7        Q.  Doctor, do you know what "the gold standard"
8    means?
9        A.  I've certainly heard the term.
10       Q.  Have you ever heard or read that TVT is known
11   as the gold standard?
12       A.  I have read that.
13       Q.  And, Doctor, do you disagree with the doctors
14   and scientists who have called TVT the gold standard?
15           MR. MONSOUR:  Objection.  Form.
16       A.  Could you repeat the question?
17       Q.  Do you disagree with the doctors and scientists
18   who have called TVT the gold standard?
19           MR. MONSOUR:  Objection.  Form.
20       A.  They can certainly call it the gold standard.
21   That's fine.  That's their opinion.
22       Q.  Do you disagree with that?
23       A.  I do.  I'm an expert in the material that these
24   meshes are made of, and the mesh, in my opinion, is

Page 71

1    unsuitable for use in pelvic applications.
2        Q.  Doctor, is it your opinion that every person
3    who has had a Prolene vaginal mesh implant will
4    experience product failure?
5        A.  Not everyone will experience product failure.
6    People are different.  There can be -- you can put the
7    same mesh in two different people and they'll respond
8    differently.
9            But what I do believe is, if you leave that
10   mesh in there long enough, you will have oxidative
11   degradation of that mesh occurring, and it will stiffen.
12       Q.  And that would be for hernia repair too?
13       A.  Yes.
14       Q.  Doctor, how can you tell which particular
15   person will have product failure that have received a
16   Prolene vaginal mesh?
17       A.  I don't know.
18       Q.  And, Doctor, is it your opinion that every
19   person who has had a Prolene hernia mesh implant will
20   experience product failure?
21       A.  No.
22       Q.  Why not?
23       A.  Well, the record bears it out.  A lot of people
24   have these implants and they never experience problems,

Page 72

1    but there's a certain percentage of people that do.
2        Q.  Do you know that percentage?
3        A.  Well, I don't, and I'm not here to guess.
4        Q.  Okay.  Doctor, what would the gold standard be,
5    in your opinion, for the material used to treat pelvic
6    floor repair?
7        A.  From the literature I've reviewed, it looks
8    like polyvinylidene fluoride might be a better choice.
9        Q.  PVDF; is that correct?
10       A.  Yes.  It looks like PET might also be a better
11   choice.
12       Q.  And what does PET stand for?
13       A.  Polyethylene terephthalate.
14       Q.  And PVDF is polyvinylidene fluoride; correct?
15       A.  Yes.
16       Q.  And, Doctor, is it your testimony that -- which
17   one is -- well, let me back up.
18           Are you aware of any other materials that
19   should be used for pelvic floor repair other than PVDF
20   and PET?
21       A.  I think those are the ones that people have
22   done some studies on and they show some promising
23   results.
24       Q.  And is it your testimony that PVDF and PET are

Page 73

1    the safer alternatives than Prolene, Doctor?
2        A.  They're less susceptible to degradation inside
3    the human body.
4        Q.  Are they safer alternatives than Prolene,
5    Doctor?
6        A.  More studies would have to be carried out.
7        Q.  Can you testify to a reasonable degree of
8    scientific certainty whether or not PVDF and PET are
9    safer alternatives compared to Prolene?
10       A.  I can only say that they're less susceptible to
11   degradation inside the human body.
12       Q.  My question, sir, can you testify to a
13   reasonable degree of scientific certainty on whether or
14   not they are safer alternatives compared to Prolene?
15   Yes or no?
16       A.  No, I'd need more data.
17       Q.  Doctor, are you aware of any -- and, by the
18   way, which material are you advocating, PVDF or PET?
19       A.  I'm not really an advocate for any of these
20   materials.
21       Q.  Which materials do you believe would be safer
22   between PVDF and PET?
23       A.  I'm not here to testify about that.  I'm here
24   to testify that polypropylene, including Prolene, is a

19 (Pages 70 to 73)

Jimmy W. Mays, Ph.D.

1  bad choice.
2      Q.  Do you have an opinion, sir, to a reasonable
3  degree of scientific certainty on whether or not PVDF or
4  PET is a safer alternative?
5      A.  I think they're worth investigating.
6      Q.  Can you make a difference between the two?
7      A.  No.
8      Q.  Doctor, are you aware of any medical device on
9  the planet that's made out of PVDF for use in vaginal
10  reconstructive surgery?
11      A.  The actual product name?  I could go into some
12  of these papers and find out.  Would you like for me to?
13      Q.  Yeah, I'd like for you to --
14      A.  We can go to the Mary, for example.
15      Q.  My question, sir, are you aware of any mesh,
16  vaginal mesh, on the market that is made out of PVDF?
17      A.  I am not aware of one.
18      Q.  And, Doctor, you've never tested the
19  durability, the tensile strength, or the toughness of
20  PVDF or PET, have you?
21      A.  We have done some testing of PET for sure.
22      Q.  What about PVDF?
23      A.  I don't believe we have.
24      Q.  And, Doctor, would you ever give PVDF a

1  lifetime guarantee if it was implanted in a woman?
2      A.  I would need some more data before I would do
3  that.
4      Q.  Same for PET?
5      A.  Yes.
6      Q.  PVDF is a different chemical composition of
7  Prolene; correct?
8      A.  Yes.
9      Q.  So is PET?
10      A.  Yes.
11      Q.  And you've never done a study to determine
12  whether or not PVDF or PET is a safer alternative;
13  correct?
14      A.  I have not.
15      Q.  And are you aware of any literature that says
16  PVDF or PET is a safer alternative than Prolene?
17      A.  No.  As I said earlier, you asked me this
18  before, I said that I've seen literature that says
19  they're less susceptible to degradation inside the human
20  body.
21      Q.  You've never done a study to determine whether
22  or not tissue will adhere to PVDF, have you?
23      A.  I have not.
24      Q.  Okay.  And you understand that tissue is

1  comprised of proteins?
2      A.  Tissue's certainly got proteins in there.
3      Q.  And do you know the adhesion properties of PVDF
4  compared to Prolene?
5      A.  I haven't measured those, no.
6      Q.  Fair to say, based on your chemical background,
7  Doctor, that PVDF is a hybrid between polypropylene and
8  Teflon?
9      A.  I would characterize it as more of a hybrid
10  between polyethylene and Teflon.
11      Q.  Nevertheless, it's right in the middle; right?
12      A.  It's right in the middle, but that one methyl
13  group makes a big difference on polypropylene.
14      Q.  And, Doctor, you've -- strike that.
15          You've never designed a PVDF or PET implant of
16  any kind; correct?
17      A.  I have not.
18      Q.  Doctor, could any mesh product be reasonably
19  safe and effective for its intended use in the pelvic
20  floor region?
21      A.  Repeat that, please.
22      Q.  Could any mesh product be reasonably safe and
23  effective for use in the pelvic floor region?
24      A.  It's certainly possible, yes.

1      Q.  And could you tell us what that composition
2  consists of?
3      A.  I can tell you what it's not, and that's
4  polypropylene.
5      Q.  Can you tell us what the composition should be,
6  sir?
7      A.  I cannot.
8      Q.  Can you tell us the thickness?
9      A.  No.
10      Q.  Can you tell us the weave?
11      A.  No.
12      Q.  Can you tell us the pore size?
13      A.  No.
14      Q.  Can you tell us the tensile strength?
15      A.  No.
16      Q.  Can you tell us the density?
17      A.  No.
18      Q.  Are you aware of anybody who has done a
19  design -- strike that.
20          Doctor, as a materials scientist, are you aware
21  of any material that's completely inert?
22      A.  No.
23      Q.  And, Doctor, are you aware of any product on
24  the market for treatment of stress urinary incontinence

Jimmy W. Mays, Ph.D.

Page 78

1  or pelvic organ prolapse that is completely inert?
2      A.  No.
3      Q.  Doctor, are you aware of any medical device in
4  the world that is completely inert?
5      A.  No.
6      Q.  Degradation.  How do you define degradation?
7      A.  Change in the chemical structure.
8      Q.  And it also means a loss of molecular weight;
9  correct?
10      A.  Well, again, we're back to where we were a
11  couple of times previously.  Degradation means a change
12  in structure.  It's detected with spectroscopy as
13  introduction of different chemical groups.  It can also
14  be detected in polymers by degradation, decrease in the
15  molecular weight.
16          Mechanical properties are a consequence of
17  the -- mechanical properties changes are a consequence
18  of these chemical changes.
19      Q.  Doctor, have you ever testified that
20  degradation means loss of molecular weight?
21      A.  That degradation means loss of molecular
22  weight?  Degradation of a polymer can certainly be loss
23  of molecular weight, but you could have oxidative
24  degradation of a material.  In its early stages, you're

Page 79

1  actually increasing the molecular weight because you're
2  incorporating oxygen into it.
3      Q.  Doctor, there must be a loss of molecular
4  weight for degradation to occur; correct?
5      A.  Must be a loss of?  Well, with polymers, if
6  you're talking about oxidative degradation of
7  polypropylene, you will see a reduction in molecular
8  weight.
9      Q.  Thank you.  And there must be -- there must be
10  a reduction in molecular weight for degradation for a
11  polymer; correct?  You can't have one without the other?
12      A.  Degradation?  Yes, you can.  You can have
13  chemical changes.  Remember, I defined degradation as
14  chemical changes in the polymer.  You could have
15  oxidation occurring at some level not to the point where
16  it actually starts to cleave the chain and you will see
17  increase in the molecular weight of the material.
18      Q.  But, Doctor, for oxidative degradation to
19  occur, there must be loss of molecular weight; correct?
20      A.  Yes, when oxidative degradation of
21  polypropylene occurs, there is degradation of molecular
22  weight.
23      Q.  And when oxidative degradation of Prolene
24  occurs, there must be loss of molecular weight; correct?

Page 80

1      A.  There will be reduction in molecular weight.
2  And I want to be specific about molecular weight.
3  Molecular weight is a term that gets tossed around
4  loosely a lot with polymers, but there are different
5  types of average molecular weights.
6      Q.  Right.
7      A.  Number average, weight average.
8      Q.  I'm going to get to those in just a minute.
9  But if oxidation occurs, you must have cleavage of the
10  polymer chain?
11      A.  Oxidative degradation of polypropylene does
12  lead to chain cleavage, that's correct.
13      Q.  And oxidative degradation of Prolene leads to
14  strong carbonyl bands present on FTIR that weren't there
15  before; correct?
16      A.  Correct.
17      Q.  And strong -- I'm sorry.
18          Oxidative degradation of Prolene leads to
19  reduced physical properties; correct?
20      A.  It changes physical properties.  It depends on
21  the particular one whether it's reduced or not.
22      Q.  And when the polymer chain is cleaved, there's
23  a reduction in physical properties; correct?
24      A.  Well, you have to specify which one.

Page 81

1      Q.  All right.  My question, sir, is the polymer
2  chain of Prolene.  When the polymer chain of Prolene is
3  cleaved, there will be a reduction in physical
4  properties?
5      A.  Again, it's which one?  Are you talking about
6  tensile strength?  Are you talking about compliance?
7  Are you talking about modules?
8      Q.  I'm talking about, actually, any physical
9  property.
10      A.  Well, the tensile strength when molecular
11  weight decreases will generally decrease.  Tensile
12  strength will decrease.  But if you have this oxidative
13  degradation occurring in the material, the modulus of
14  the material will actually increase, but the compliance
15  decreases.
16      Q.  Will toughness decrease when there's oxidative
17  degradation?
18      A.  Yes.  The material becomes embrittled.
19      Q.  And, Doctor, you know what toughness is, don't
20  you?
21      A.  I do.
22      Q.  And that's the area -- that's the area under
23  the curve under a stress-strain?
24      A.  That's one good measure of toughness, yes.

21 (Pages 78 to 81)

Jimmy W. Mays, Ph.D.

Page 82

1    Q.  In fact, that's probably the best measure of
2  toughness, isn't it?
3    A.  It's a great one, yes.
4    Q.  Okay.  And that's the one you teach your
5  students at UT?
6    A.  I certainly do, yes.
7    Q.  Okay.  And when a material increases in
8  toughness, what does that tell you about the property,
9  physical properties?
10   A.  It tells me it got tougher.
11   Q.  And when a material increases in toughness,
12 what does that tell you about whether or not degradation
13 has occurred?
14   A.  It would -- it might depend on the material.
15 You can't just make a broad, sweeping statement with
16 every material that it's going to be the same.
17   Q.  Okay.  What about Prolene?  What does that tell
18 you about the toughness of Prolene?
19   A.  It's known that when polypropylene oxidatively
20 degrades, it becomes embrittled.  So less tough, more
21 brittle.
22   Q.  And for Prolene, when -- if Prolene oxidatively
23 degrades, Prolene toughness will decrease; correct?
24   A.  Yes.

Page 83

1    Q.  Do you know Dr. Howard Jordi?
2    A.  I've heard the name.  I don't know him.
3    Q.  Do you know if he has ever found a loss of
4  molecular weight in an explant?
5    A.  I don't know.
6    Q.  We talked about this earlier, and if we did, I
7  apologize.  If there is a loss of molecular weight,
8  there is a decrease in toughness; correct?  Of Prolene?
9    A.  A decrease in molecular weight?
10   Q.  If there's a loss of molecular weight in
11 Prolene, there's a decrease in toughness of Prolene;
12 correct?
13   A.  Yes, there generally would be a decrease in
14 toughness with decrease in molecular weight, but it's
15 not that simple, because people have tried with
16 ultrahigh molecular weight polymers like polyethylene to
17 get the degree of crystallinity as high as possible
18 through processing tricks, and if you do that, you can
19 actually cause the material to become brittle.  So
20 processing plays a role.  I'm not trying to be
21 difficult.  It's just -- it's more complicated.
22   Q.  Doctor, are you aware of any peer-reviewed
23 literature that shows Prolene has lost molecular weight?
24   A.  You mean has actually been degraded?

Page 84

1    Q.  No, sir.  My question is:  Are you aware of any
2  peer-reviewed literature that shows Prolene has lost
3  molecular weight?
4    A.  You mean it's become lower molecular weight
5  after a degradation process?
6    Q.  My question is:  Are you aware of any
7  peer-reviewed literature that shows Prolene has lost
8  molecular weight specifically?
9    A.  Has lost molecular weight due to what?  That's
10 what I'm asking.
11   Q.  For any reason.
12   A.  If one just takes the material and puts it in
13 an extruder and keeps heating and shearing it, it's
14 going to lose molecular weight.
15   Q.  Right.  But my question is about peer-reviewed
16 literature.  Are you aware of any peer-reviewed
17 literature that shows Prolene has lost molecular weight
18 specifically?
19   A.  As I sit here, I don't know a paper with
20 Prolene specifically.
21   Q.  And are you aware of any studies that shows
22 Prolene has lost molecular weight?
23   A.  Again, your question is vague and I don't
24 understand your question.

Page 85

1    Q.  My question is, sir:  Are you aware of any
2  studies that shows Prolene has specifically lost
3  molecular weight?
4    A.  It has become reduced in molecular weight, one
5  average or the other, after some physical encounter?  As
6  I sit here, no.
7    Q.  And, Doctor, have you ever seen any type of
8  specific molecular weight tests that have been done on
9  Prolene?
10   A.  I saw a little bit of GPC data in some of the
11 internal Ethicon documents.
12   Q.  And what did it show?
13   A.  What they showed in that limited data was
14 marginal changes, small changes, in molecular weight.
15   Q.  Doctor, are you aware of any evidence to
16 confirm that these 28 plaintiffs' explants lost
17 molecular weight?
18   A.  I have not seen molecular weight data on
19 explants of these patients.
20   Q.  And, Doctor, have you seen any evidence to
21 confirm that these 28 patients' explants had a change in
22 the physical properties of their mesh?
23   A.  Just back to what I said earlier,
24 polypropylene, including Prolene, undergoes oxidative

Jimmy W. Mays, Ph.D.

1    degradation.
2        Q.  Doctor, we've talked about antioxidants
3    already?
4        A.  Yes.
5        Q.  Do you know the antioxidants that are added to
6    turn pure polypropylene into Prolene?
7        A.  Yes.  There's several additives that are put in
8    there.  I've actually got a document here that lists the
9    amounts of all of them, but there's Santonox, the
10   primary antioxidant, there's calcium stearate, a
11   processing aid, and there's a secondary antioxidant.  I
12   forget the name.  It's a long, complicated name.  You
13   probably wouldn't want to type it.
14       Q.  Dilauryl thiodipropionate?
15       A.  That's it.  That's it.
16       Q.  Doctor, do you know the concentration levels of
17   these antioxidants?
18       A.  Again, I would have to --
19       Q.  Excuse me -- that are -- do you know the
20   concentration levels of these antioxidants that are
21   added to make polypropylene Prolene?
22       A.  I could go and review it, but I can't off the
23   top of my head remember the exact amount.
24       Q.  Doctor, have you ever done a TGA analysis to

1    determine what antioxidants Prolene contains?
2        A.  I have not performed TGA on Prolene.
3        Q.  And, Doctor, have you ever done any type of TGA
4    analysis to determine whether or not antioxidants had
5    been depleted from Prolene?
6        A.  I have not.
7        Q.  You did that for Boston Scientific, didn't you?
8        A.  Yes.
9        Q.  Why didn't you do it here?
10       A.  Because I didn't have the explants.
11       Q.  That could have been -- you could have done
12   that by other means; correct?
13       A.  One could use an oxidation induction test.
14   That's an alternate way.
15       Q.  And that's something that you had available to
16   your lab at Tennessee?
17       A.  We did, yeah.  We could have done that.
18       Q.  And that's something you didn't do in this
19   case; correct?
20       A.  We didn't.
21       Q.  Doctor, you've never tested the effect of
22   antioxidants -- strike that.
23           You've never tested the effect antioxidants
24   have in vivo in Ethicon's Prolene, have you?

1        A.  No.
2        Q.  And you've never studied how long the
3    antioxidants in Prolene will delay oxidation in vivo;
4    correct?
5        A.  I've seen literature both internal to Ethicon
6    and peer-reviewed literature that shows degradation of
7    Prolene biomaterials after certain times of implantation
8    in the body, but I haven't tested it with my own hands.
9        Q.  And, Doctor, do you know the step in the
10   manufacturing process where these antioxidants are
11   added?
12       A.  Yes.  It's during the extrusion process.  These
13   pellets basically are produced by that process.
14       Q.  It's your testimony under oath that the pellets
15   are produced during the extrusion process?
16       A.  Well, the polypropylene comes out of the
17   reactor, and as I understand it, they then are
18   introducing the antioxidant into the material by a
19   mixing process, basically.
20       Q.  So my question is:  At what stage of the
21   manufacturing process are the antioxidants added?
22       A.  It's put in before the fibers are actually
23   spun.  It's in there in the polypropylene.
24       Q.  Is it put -- is it put before the fibers are

1    extruded?
2        A.  Yes, it's in there before the fibers are
3    extruded.
4        Q.  Doctor, you'll agree that these antioxidants
5    work in a synergistic manner; correct?
6        A.  You mean the two that are in?  Yeah, it's
7    common to use primary and secondary antioxidants.
8        Q.  But they work in a synergistic manner?
9        A.  Yes, they do.
10       Q.  Okay.  And, Doctor, do you know the rate at
11   which antioxidants from Prolene are depleted?
12       A.  Based on the literature that shows the
13   oxidation of the material, you can certainly tell when
14   depletion has occurred, because that's when you start to
15   see signs of oxidative degradation.
16       Q.  Right, but I'm talking about, Doctor, the rate
17   that antioxidants of Prolene are depleted.
18       A.  Under what conditions?
19       Q.  In vivo.
20       A.  The exact rate, some actual study of what's
21   happening to the concentration over time, I'm not aware
22   of.
23       Q.  And, Doctor, you're not aware of any
24   peer-reviewed literature that shows the rate the

Jimmy W. Mays, Ph.D.

Page 90

1  antioxidants are depleted, are you, in Prolene?
2     A.  The direct measure of the depletion at the
3  surface, which is where the antioxidant does its work,
4  I'm not aware of that exact data, that's correct.
5     Q.  And, Doctor, you've never done any -- you've
6  never done any time studies to determine the rate at
7  which the antioxidants of Prolene are depleted, have
8  you?
9     A.  We have not tested Prolene for that.
10     Q.  Doctor, I didn't see anything in your report
11  about leaching, or did I miss it?
12     A.  I did not have anything in there about
13  leaching.
14     Q.  Okay.  And if you don't have anything in your
15  report, is it fair for me to assume that you have no
16  opinions regarding leaching of antioxidants; correct?
17     A.  Well, certainly antioxidants can be leached out
18  of a material.
19     Q.  But my question is, sir:  Are you testifying to
20  a reasonable degree of scientific certainty in this
21  litigation on whether or not the antioxidants can leach
22  out of Prolene?
23     A.  Antioxidants on the surface can leach out.
24     Q.  And is that included in your -- is that opinion

Page 91

1  included in your report?
2     A.  No, but we talk about how the antioxidants are
3  depleted over time.
4     Q.  Why are none of your leaching -- strike that.
5        Why are none of your opinions regarding
6  leaching included in your expert report?
7     A.  I think leaching is a relatively minor cause of
8  depletion as opposed to the antioxidants simply being
9  used up doing their job.
10     Q.  Doctor, my question is:  Why did you not
11  include any opinions regarding leaching in your expert
12  report?
13     A.  I don't think they're really relevant here.
14  The oxidizing agents inside the body react with the
15  antioxidants on the surface of the fiber, and that's the
16  primary cause for depletion of the antioxidants, and
17  then the subsequent oxidative degradation process.
18     Q.  As a polymer scientist, you're familiar with
19  formalin; correct?
20     A.  Yes.
21     Q.  And you know that formalin extracts Santonox R;
22  correct?
23     A.  Yes.
24     Q.  And you know formalin extracts DLTDP; correct?

Page 92

1     A.  I believe it would, yes.
2     Q.  And, in fact, formalin is a good solvent;
3  correct?
4     A.  Yes.
5     Q.  Doctor, do you have any evidence that these 28
6  plaintiffs had a loss of antioxidants in their mesh?
7  Any data to confirm that their explants lost
8  antioxidants?
9     A.  When you put a material inside the human body,
10  you get the foreign body response, and that generates
11  strong oxidizing agents, and those oxidizing agents use
12  up the antioxidant.  The antioxidant's put in there to
13  preferentially react with oxidizing species and with
14  free radicals.
15     Q.  Doctor, can you tell us how any of these 28
16  plaintiffs' antioxidants -- strike that.
17        Can you tell us how any -- strike that.
18        Can you tell us the rate at which the
19  antioxidants of any of these 28 plaintiffs were
20  depleted?
21     A.  The exact rate, no.
22        MR. HUTCHINSON:  Can we take a quick break?
23        MR. MONSOUR:  Yes.
24        (Recess from 10:20 a.m. until 10:35 a.m.)

Page 93

1        MR. HUTCHINSON:  Back on the record.
2  BY MR. HUTCHINSON:
3     Q.  Doctor, is there anything about the testimony
4  you've given me you'd like to change?
5     A.  No.
6     Q.  Let's look at the expert report, Exhibit 3.
7     A.  Okay.
8     Q.  Page 2.  Middle paragraph.  It states you have
9  developed new biomaterials?
10     A.  Yes.
11     Q.  Are they sold to anyone right now, sir?
12     A.  No.  We've got a patent on a new orthopedic
13  bone cement.
14     Q.  Do they have a lifetime warranty?
15     A.  Well, as I say, we haven't actually made the
16  product, but --
17     Q.  You haven't made the product?
18     A.  We haven't made the commercial product.
19     Q.  Okay.  Well, but will this commercial product
20  have a lifetime warranty?
21     A.  I don't know.
22     Q.  Will it have any warranty at all?
23     A.  I don't know.
24     Q.  And it's a biomaterial product?

24 (Pages 90 to 93)

Jimmy W. Mays, Ph.D.

Page 94

1    A.  It's a biomaterial.
2    Q.  And what's it used for?
3    A.  It would be used for hip replacement surgeries,
4  knees.
5    Q.  And sitting here today, sir, do you have any
6  plans to give this hip implant that you're creating a
7  lifetime warranty?
8    A.  I have no plans one way or the other.
9    Q.  You only have one patent; correct?
10   A.  No.
11   Q.  I'm looking at the top of page 3.  It says "a
12  patent," which I think is singular.  How many patents do
13  you have?
14   A.  There's a list in here.  If you go to my CV,
15  it's after the publications.  There's a list of patents.
16  There's several issued patents there and there's a total
17  of 17 things listed in various stages.  It's right after
18  the publications but before the presentations start.
19        MR. MONSOUR:  Maybe next time we ought to
20  number at the bottom to make it easier.  This is
21  pretty long.
22        THE WITNESS:  That would make it easier.
23  BY MR. HUTCHINSON:
24   Q.  Doctor, none of those patents have anything to

Page 95

1  do with pelvic mesh; correct?
2    A.  Correct.
3    Q.  And, Doctor, looking at the top of page 3, it
4  says: "My work."  Are you there with me?
5    A.  Yes.
6    Q.  "My work in this area includes development of
7  novel bone cements, dental biomaterials, tissue
8  engineering, drug delivery systems, surgical sealants,
9  and polypropylene pelvic mesh."
10       Did I read that correctly?
11   A.  Yes.
12   Q.  And, Doctor, what development of polypropylene
13  pelvic mesh have you done?
14   A.  Well, actually, I was referring to the study
15  that we did on the materials.
16   Q.  Okay.  So you've never developed polypropylene
17  pelvic mesh, have you, sir?
18   A.  No, not actually developed it.
19   Q.  Is that a little misleading?
20   A.  Yeah, I probably was a little clumsy in terms
21  of how I phrased it.
22   Q.  Doctor, are you aware of any foreign body
23  material that will never oxidize?
24   A.  Any foreign body material which will never

Page 96

1  oxidize?  What do you mean by "foreign body material"?
2  Do you mean something that's being implanted in the
3  human body?
4    Q.  Yes.
5    A.  Maybe Teflon.
6    Q.  You said "maybe."  You don't sound too sure.
7    A.  I'm not sure.  The human body is pretty
8  aggressive.
9    Q.  Yeah.  And, in fact, Doctor, sitting here
10  today, can you tell us the name of one medical product
11  commercially available that will never oxidize in the
12  human body?
13   A.  No.
14   Q.  Doctor, turning to page 5, at the top, you
15  state: "This report focuses on" -- do you see that?
16   A.  Yes.
17   Q.  -- "degradation of polypropylene by
18  thermo-oxidative processes."
19       What do you mean by "thermo"?
20   A.  A combination of heat combined with oxygen.
21   Q.  And are you talking about a process of heat
22  initiated in the body?
23   A.  No, it's degradation of polypropylene by
24  thermo-oxidative processes and in vivo.  So they're two

Page 97

1  separate things.
2    Q.  Doctor, you're not telling the ladies and
3  gentlemen of the jury that Prolene oxidizes via thermal
4  means; correct?
5    A.  Well, polypropylene is susceptible to thermal
6  oxidative degradation.  You heat Prolene up in the
7  presence of oxygen and it will degrade.
8    Q.  Right.  But, Doctor, are you offering any
9  opinions on Prolene oxidizing in the human body as a
10  result of high temperatures?
11   A.  Not high temperature.  In the body, it's
12  obviously at body temperature, 37 degrees.
13   Q.  And, Doctor, have you proven using the
14  scientific method that Prolene oxidizes in the body at
15  37 degrees C?
16   A.  We've proven that polypropylene oxidizes inside
17  the body at 37 degrees C.
18   Q.  I understand.
19   A.  And Ethicon's own scientists have shown that
20  polypropylene oxidizes in vivo.
21   Q.  My question to you, Doctor, is:  Have you
22  personally proven using the scientific method that
23  Prolene oxidizes in vivo at 37 degrees C?
24   A.  I have not done the experiment with

25 (Pages 94 to 97)

Jimmy W. Mays, Ph.D.

Page 98

1  polypropylene, but as I say, the Ethicon people have,
2  and others have looked at degradation of Prolene
3  implants inside the body.
4      Q.  Doctor, turning to page 5, under summary of
5  opinions, No. 1, it discusses the chain scission and
6  diminished mechanical properties, reduced compliance and
7  brittleness.  Do you see that?
8      A.  Yes.
9      Q.  And as a polymer scientist, you know what solid
10  scientific data is, don't you?
11      A.  Yes.
12      Q.  In fact, you use that in your practice?
13      A.  Yes.
14      Q.  And using good scientific, solid data is good
15  science; right?
16      A.  Yes.
17      Q.  And, Doctor, are you aware of any solid
18  scientific data that shows where Prolene has diminished
19  physical properties?
20      A.  Yes.
21      Q.  What?
22      A.  It would be the papers of Costello.
23      Q.  Anyone else?
24      A.  Those are the primary ones that have looked at

Page 99

1  Prolene.
2      Q.  Right.  But, Doctor, I'm asking you for solid
3  scientific data.  Other than Costello, are you aware of
4  any solid scientific data that shows Prolene has
5  diminished physical properties?
6      A.  There's also data in Ethicon's own studies
7  where in one instance material retained only 54 percent
8  of its initial strength after oxidative degradation.
9      Q.  Doctor, you're talking about the 1983 document
10  from Ethicon?
11      A.  I'd have to look at it.  There's a couple of
12  1983 documents, but that sounds about right.
13      Q.  But when we're talking about the suture
14  retained only 54 percent of its original strength,
15  you'll agree that in that study only one explanted fiber
16  was tested?
17      A.  I'd have to look at that study to say.
18      Q.  Okay.  Do you have that study with you?
19      A.  I believe I do.
20          What was the number on that one?  I'd have to
21  go back to my report and track it down that way.
22      Q.  ETH.MESH.15955438?
23      A.  Okay.
24      Q.  Are you there with me, Doctor?

Page 100

1      A.  I am in that document, yes.
2      Q.  And, Doctor, you'll agree that only one
3  explanted fiber was tested, would you not?
4      A.  It was 5-0 Prolene from Specimen 2.
5      Q.  But one explanted fiber was tested; correct?
6      A.  They performed tests on one explanted fiber,
7  but there's no indication of how many times that might
8  have been tested.
9      Q.  And, Doctor, as a scientist, would you ever
10  rely on one data point in drawing conclusions for a
11  paper that you'd present to the American Chemical
12  Society?
13      A.  Well, my point is, they may have actually
14  tested that sample multiple times.
15      Q.  But my question to you, Doctor, and listen
16  closely to my question:  Would you ever rely, as a
17  scientist, on one data point in drawing a conclusion for
18  a paper that you'd present to the American Chemical
19  Society?
20      A.  I would rely on one data point, but I would
21  want more data, and what they show in this paper is
22  there's evidence of other fibers cracking.
23      Q.  And, Doctor, did you rule out that the fiber
24  had been damaged by a scalpel?  Did you rule that out?

Page 101

1      A.  You would think that they would not test
2  material that had been damaged by a scalpel.
3      Q.  How did you rule that out?
4      A.  I don't have the fiber to examine.
5      Q.  And you didn't rule that out that the fiber had
6  been damaged by a scalpel, had you?
7      A.  Well, I trust that Ethicon hires good
8  scientists who would be careful.
9      Q.  Did you rule out the fact that Ethicon's fiber
10  was damaged by a scalpel?
11      A.  I have no evidence that it was.
12      Q.  If you look at -- going back to your report, on
13  page 5, where we discussed chain scission, chain
14  scission produces carbonyl bands; correct?
15      A.  Chain scission in polypropylene accompanies the
16  formation of carbonyl bands.  It's not that chain
17  scission produces it, but --
18      Q.  And chain scission in Prolene accompanies the
19  formulation of carbonyl bands; correct?
20      A.  Yes.
21      Q.  In fact, Doctor, a carbonyl band from oxidation
22  is one of the most intensely absorbing functional groups
23  on FTIR; correct?
24      A.  Yes, it's one that's easy to see.

26 (Pages 98 to 101)

Jimmy W. Mays, Ph.D.

Page 102

1    Q. You can't miss it if there's oxidation; is that
2  right?
3    A. If there's oxidation, you'll see it, yes.
4    Q. And, in fact, it's a strong and tall peak on
5  the FTIR spectra; correct?
6    A. Yes.
7    Q. And do you know where oxidized -- strike that.
8      Do you know where on the reciprocal centimeter
9  range there would be a peak for oxidized Prolene?
10   A. Yeah, there's several different oxidized
11  species, but you see them, in general, around 1750,
12  roughly.
13   Q. And, Doctor, have you ever seen any literature
14  that confirms there's a peak at 1740 reciprocal
15  centimeters for oxidized Prolene?
16   A. Yes.
17   Q. And what paper is that?
18   A. Well, it's certainly there in the documents of
19  Ethicon, but I believe it's there also in the Costello
20  paper.
21   Q. Are you aware of any other peer-reviewed
22  literature other than Costello that confirms there's a
23  peak at 1750 reciprocal centimeters for oxidized
24  Prolene?

Page 103

1    A. For oxidized Prolene, I think that's the one.
2    Q. Costello is the one you're relying on?
3    A. Yeah. There's actually two Costello papers,
4  yeah.
5    Q. Doctor, have you ever seen carbonyl bands from
6  Prolene after it was implanted in vivo?
7    A. Well, as we just said, I've seen evidence
8  gathered by Ethicon scientists and also from Costello.
9    Q. But outside of the documents that you've
10  reviewed, the internal documents and peer-reviewed
11  literature, Doctor, have you ever seen an FTIR spectra
12  that has a carbonyl band at or around 1750 for oxidized
13  Prolene?
14   A. You mean with my -- something we generated in
15  the lab?
16   Q. Yes, sir.
17   A. No.
18   Q. With your own eyes.
19   A. No, we have not.
20   Q. And, Doctor, have you ever done an FTIR spectra
21  for Prolene?
22   A. For polypropylene, yes. For Prolene, no.
23   Q. Doctor, you had the equipment at your lab at UT
24  to do an FTIR spectra on Prolene, didn't you?

Page 104

1    A. Yes.
2    Q. In fact, that was something easy for you to do;
3  correct?
4    A. It is easy, yes.
5    Q. In fact, that's something you could have done;
6  correct?
7    A. Yes.
8    Q. Are you an expert in FTIR?
9    A. I would say I'm quite experienced with it. We
10  use it routinely to characterize polymers that we've
11  made.
12   Q. But do you hold yourself as an expert in FTIR?
13   A. Well, I'm not a person who's specialized in
14  spectroscopy my whole career, but we use it as a tool
15  routinely.
16   Q. Doctor, do you tell the students you teach at
17  UT that you're an expert in FTIR analysis?
18   A. I wouldn't classify myself as an expert.
19  There's certainly people that practice it day in and day
20  out that know more about it than I do.
21   Q. And, Doctor, do you know -- well, by the way,
22  FTIR is a way to confirm oxidation?
23   A. Yes.
24   Q. And do you know where on an FTIR spectra a

Page 105

1  functional group for DLTDP shows up?
2    A. There's one that comes in about 1740, in that
3  general vicinity, as well.
4    Q. Doctor, looking on page 5 of your report, it
5  says, No. 2: "The addition of antioxidants to the
6  Prolene polypropylene does not permanently prevent mesh
7  degradation."
8      Do you see that?
9    A. Yes.
10   Q. Doctor, have you proven that using the
11  scientific method?
12   A. Well, polypropylene routinely contains
13  antioxidants.
14   Q. But I'm talking about Prolene. Have you
15  proven, Doctor, that the addition of antioxidants to
16  Prolene does not permanently prevent mesh degradation,
17  by the scientific method?
18   A. It's there in the published peer-reviewed
19  literature and also in the Ethicon documents. As I keep
20  saying, we have not done the experiments on Prolene.
21   Q. Doctor, what's the longest time that you're
22  aware of where Prolene material has been used in the
23  body?
24   A. There were some seven-year studies I saw from

27 (Pages 102 to 105)

Jimmy W. Mays, Ph.D.

Page 106

1    Ethicon.
2        Q.  I'm talking about used in the body in a
3    clinical sense.
4        A.  I'd have to go back to some of the papers to
5    see, really, what the longest time was, but periods of
6    years.
7        Q.  Doctor, look at page 11 for me, please.  Down
8    at the middle, you have a sentence regarding -- that
9    starts with "macrophages."  Do you see that?
10       A.  Yes.
11       Q.  Doctor, do you know what amount of peroxides
12   are secreted in the body?
13       A.  I don't know the exact amount.
14       Q.  Do you know the amount of acids that are
15   secreted in the body?
16       A.  Exact amounts, no.
17       Q.  What about the amount of enzymes?
18       A.  Exact amounts, no.
19       Q.  Doctor, have you ever studied the amount of
20   peroxides, acids, or enzymes that are secreted in the
21   body?
22       A.  I have not.
23       Q.  Can you quantify the concentration of reactive
24   oxygen species produced by microphages?

Page 107

1        A.  It might be available in the literature if I
2    would go and look for it.  I suspect it is.
3        Q.  Can you quantify it, Doctor?
4        A.  As I sit here, no.
5        Q.  Have you ever looked for any type of
6    quantification of reactive oxygen species produced by
7    macrophages?
8        A.  I have not tried to quantify it, no.
9        Q.  Doctor, are you aware, sitting here today, of
10   any peer-reviewed literature where that's been
11   quantified?
12       A.  I am not, as I sit here, but it may very well
13   be there.  I suspect it is.
14       Q.  And when we talk about the concentration of
15   reactive oxygen species produced by macrophages, you'd
16   be guessing at the amount of how much is produced by the
17   body; correct?
18       A.  As I've said, I don't know the exact amount.
19       Q.  Okay.  Do you have -- do you have any idea?
20       A.  I can't give you a hard number, no.
21       Q.  Can you give me a best guess?
22       A.  I'm not here to guess.
23       Q.  Doctor, have you ever exposed Prolene to what
24   you would consider an appropriate amount of peroxides,

Page 108

1    acids, or enzymes to determine if it oxidizes?
2        A.  I have not.
3        Q.  Doctor, the amount of reactive oxygen species
4    in the body, how does that compare to 30 percent
5    hydrogen peroxide?
6        A.  I'm not sure.
7        Q.  Certainly, Doctor, you would expect that the
8    amount of reactive oxygen species in the body is going
9    to be much lower than 30 percent hydrogen peroxide,
10   wouldn't you?
11       A.  30 percent hydrogen peroxide is a pretty high
12   concentration.
13       Q.  And that's a high enough concentration that you
14   would expect something to happen to a material; correct?
15       A.  It depends on the material and the conditions
16   under which it's exposed.  If you look inside the human
17   body, you have not only hydrogen peroxide being
18   generated by this foreign body reaction, but you also
19   have oxidative enzymes.  So catalysts can accelerate the
20   process even if the concentration of the peroxide is
21   lower.  And there are also other highly reactive
22   species, like hypochlorous acid, that are generated by
23   this process.
24       Q.  And, Doctor, do you have any idea how much

Page 109

1    hypochlorous acid is found in the body in vivo?
2        A.  I can't quantify it.
3        Q.  And, Doctor, are you aware of any literature
4    whatsoever that quantifies the amount of hypochlorous
5    acid in the body?
6        A.  As I sit here, I'm not sure of it, but I might
7    be able to quantify it.
8        Q.  Have you ever looked for any literature,
9    Doctor, before today's deposition, that quantifies the
10   amount of hypochlorous acid found in the body?
11       A.  I have not set out to try to quantify it.
12       Q.  And have you ever looked in the literature to
13   determine how much hydrogen peroxide is found in the
14   body, the concentration level?
15       A.  Again, as I've already said, I haven't tried to
16   quantify it.
17       Q.  Thank you.  And, Doctor, these reactive oxygen
18   species that you're discussing on page 11 of your
19   report, are those stronger than nitric acid?
20       A.  Certainly under the conditions where there are
21   these enzymes present, these oxidative enzymes, they can
22   be very potent.
23       Q.  Doctor, do you have any opinion regarding how
24   much hydrogen peroxide would cause Prolene to oxidize?

28 (Pages 106 to 109)

Jimmy W. Mays, Ph.D.

Page 110

1    A.  Inside the body, or without?
2    Q.  Inside the body.
3    A.  I'm not sure what the minimum level is.
4    Q.  Do you have any opinion regarding how much
5  hydrogen peroxide would cause Prolene to oxidize outside
6  the body?
7    A.  Well, I could go to the study that the Ethicon
8  scientists carried out.
9    Q.  Before we do that, do you have an opinion?
10   A.  Could you be more specific?
11   Q.  Well, do you have an opinion about how much
12 hydrogen peroxide it takes to oxidize Prolene outside
13 the body?
14   A.  It depends on the exact conditions.  30 percent
15 hydrogen peroxide, under the conditions Ethicon used,
16 wasn't enough.
17   Q.  It was not enough?
18   A.  Over the time period that they carried out the
19 experiment.
20   Q.  And you're talking about the November 5, 1984,
21 memo?
22   A.  Yes, I think so.
23      (Mays Exhibit No. 4 was marked for
24 identification.)

Page 111

1  BY MR. HUTCHINSON:
2    Q.  We'll mark it as Exhibit 4.  This is a document
3  that you received before you rendered your opinions; is
4  that right?
5    A.  Yes.
6    Q.  And, in fact, you relied upon this document in
7  reaching your opinions, didn't you, sir?
8    A.  Yes.
9    Q.  And there at the top, on page 3, it states:
10 "Prolene sutures in 30 percent hydrogen peroxide
11 solution after a year's time at room temperature do not
12 produce visible surface cracking on any of the fibers."
13     Did I read that correctly?
14   A.  Yes.
15   Q.  And, in fact, Doctor, this shows that Prolene
16 is exposed to 30 percent hydrogen peroxide for a year
17 and didn't produce visible surface cracks; is that
18 right?
19   A.  That's what it says.
20   Q.  Sir, how do you account for the fact -- strike
21 that.
22     How do you account for that in reaching your
23 conclusion that hydrogen peroxide oxidizes Prolene?
24   A.  As I said before, it's not hydrogen peroxide in

Page 112

1  the laboratory, but it's hydrogen peroxide and other
2  oxidizing agents generated in vivo where there's also
3  oxidative enzymes present.
4      In fact, if we continue on page 3 to the next
5  paragraph in this same article, it says:  "Infrared
6  spectroscopic examination of Prolene explants, however,
7  do show the presence of oxidative end products.  While
8  the combination of a proportionally small but severely
9  oxidized surface and" --
10   Q.  Doctor, I'm not going to --
11     MR. MONSOUR:  Let him finish.
12   A.  -- yeah -- "a small but severely oxidized
13 surface and an unaffected core has not been duplicated
14 in laboratory oxidation studies, the possibility of a
15 highly specific in vivo oxidation process remains.  The
16 kinetic features of such a process may deviate from
17 conventional oxidation and would be difficult to predict
18 or duplicate in an artificial environment."
19   Q.  Doctor, my question to you is:  Is hydrogen
20 peroxide in a lab different than hydrogen peroxide in
21 the body?
22   A.  Yes, because inside the body it's not just
23 hydrogen peroxide.
24   Q.  I understand that, but --

Page 113

1    A.  It's other things.
2    Q.  Let's focus on hydrogen peroxide first.
3    A.  Yes, sir.
4    Q.  Hydrogen peroxide is hydrogen peroxide is
5  hydrogen peroxide, regardless of the environment;
6  correct?
7    A.  H2O2, yes.
8    Q.  Thank you.  Doctor, can you explain why the
9  30 percent hydrogen peroxide ate away the cap of the
10 vial?
11   A.  It was a material that was more susceptible to
12 degradation.
13   Q.  And, Doctor, the cap of the vial was Bakelite;
14 correct?  Top paragraph.
15   A.  Yes.
16   Q.  And, Doctor, do you know what Bakelite --
17 strike that.
18     Do you know what a Bakelite cap is made of?
19   A.  I think it's some sort of phenolic resin, is it
20 not?
21   Q.  And, Doctor, can you explain why the hydrogen
22 peroxide solution ate away the cap of the vial but did
23 not produce visible cracks in the Prolene?
24   A.  Because it's chemically different and it's a

29 (Pages 110 to 113)

Jimmy W. Mays, Ph.D.

Page 114

1  material that's even more susceptible to oxidative
2  degradation by hydrogen peroxide than is the Prolene.
3      Q.  And, Doctor, let's look at page 11.
4          MR. MONSOUR:  Of the report or of the document?
5          MR. HUTCHINSON:  I'm sorry.  Of the report.  My
6  bad.
7      Q.  You write in the third paragraph:  "Degradation
8  starts at the surface of the implant where it's in
9  contact with its surroundings."
10         Do you see that?
11     A.  Where are we now?
12     Q.  Page 11.  Third paragraph.  Or, actually, it's
13 the first paragraph under "effect of polypropylene
14 degradation."
15     A.  I see it, uh-huh.
16     Q.  And, Doctor, you write:  "Degradation starts at
17 the surface of the implant."
18         Do you see that?
19     A.  Yes.
20     Q.  And if this occurs with Prolene, you would
21 expect to see a reduction in physical properties?
22     A.  Yes, once the degradation proceeds to some
23 level, you would see a change in the physical properties
24 of the material.

Page 115

1      Q.  Okay.  And you'd never expect to see an
2  increase in physical properties with degradation?
3      A.  Certain properties could be improved with
4  oxidation.
5      Q.  What properties -- what physical properties
6  would be improved with oxidative degradation occurring
7  in the body?
8      A.  It might improve solvent resistance.  It might
9  improve something else.  I just hate to say never.
10     Q.  I understand that, but my question to you is,
11 Doctor:  Would you ever expect to see an increase in
12 physical properties if a material is degraded
13 oxidatively in vivo?
14     A.  For example, with Prolene, you see an
15 improvement in modulus.  If you're looking for
16 stiffness, you can stiffen the material by an oxidative
17 degradation process.
18     Q.  Doctor, let's look on page 13 of your report.
19 At the very bottom, it states -- well, at the bottom of
20 page 13, you discuss Santonox R and DLTDP.  Do you see
21 that?
22     A.  Yes, I do.
23     Q.  And at the bottom of 13, you say:  "Neither of
24 these antioxidants," i.e., Santonox R or DLTDP," is

Page 116

1  designed to protect Prolene from attack."
2          Do you see that?
3      A.  I do.
4      Q.  And, Doctor, if that's true, how do you account
5  for the fact that Prolene sutures have been used since
6  the 1960s?
7      A.  Well, they can be used and they can have some
8  degradation, but as we said earlier, the suture, it just
9  has to hold a wound closed and the wound heals around it
10 and it's basically done its job.  It can have cracking
11 in it, and it can stiffen, and that's okay.
12         That's different from a pelvic mesh where the
13 mesh has to be flexible to move with the soft tissue.
14     Q.  The attack that you reference is by reactive
15 oxygen species; correct?
16     A.  Yes.
17     Q.  And reactive oxygen species, they possess a
18 free radical?
19     A.  They generate radicals, yes.
20     Q.  And -- well, but they possess a free radical,
21 don't they, sir?
22     A.  Well, if you consider hydrogen peroxide to be a
23 reactive oxygen species, it's H2O2, it does not have a
24 radical in there, but if you heat it up or expose it to

Page 117

1  appropriate conditions, then it can form free radicals.
2      Q.  Well, a reactive oxygen species has a nonbonded
3  electron that wants to bond to something, doesn't it?
4      A.  Well, you could consider it to be a reactive
5  oxygen species, even that H2O2, in its molecular form.
6  It's still a reactive oxygen-containing species.
7      Q.  Right, but a free radical is not bonded, is it,
8  sir?
9      A.  A free radical has an unpaired electron, that's
10 right.
11     Q.  Okay.  And an unpaired electron means that it's
12 not bonded; correct?
13     A.  That's right.
14     Q.  Okay.  And a free radical is a free radical is
15 a free radical, regardless of the origin?
16     A.  Well, there are all sorts of different free
17 radicals with all different sorts of reactivity and
18 stability, depending on how you want to look at it.
19 They're not all the same.
20     Q.  Is there any difference between a free radical
21 formed in the body and one that's formed in the
22 extrusion or heating process?
23     A.  There may well be different things that are
24 formed.

30  (Pages 114 to 117)

Jimmy W. Mays, Ph.D.

Page 118

1    Q.  Santonox R and DLTDP are free radical
2  scavengers, aren't they?
3    A.  Actually, Santonox preferentially reacts with
4  the oxygen-containing species, but the -- what's it
5  called? --
6    Q.  DLTDP?
7    A.  -- that guy is a free radical scavenger.
8    Q.  Okay.  And it's your testimony that Santonox R
9  is not a free radical scavenger?
10    A.  Well, it primarily works by reacting with the
11  oxygen itself.
12    Q.  But is it a free radical scavenger, sir?
13    A.  At some level, yes.
14    Q.  Thank you.  And, in fact, that's their job is
15  to remove free radicals that want to bond?
16    A.  That's certainly part of their job, yes.
17    Q.  And, at a minimum, you'll agree that Santonox R
18  and DLTDP are designed to retard the formation of free
19  radicals?
20    A.  Yes.
21    Q.  Okay.  And, Doctor, do you have a solution for
22  what types of antioxidants should be used to prevent
23  oxidation in the pelvic floor region?
24    A.  I simply don't think that there's adequate

Page 119

1  antioxidants out there to render polypropylene
2  permanently stable to oxidative effects inside the body.
3    Q.  And, Doctor, do you have an alternative to
4  DLTDP or Santonox R to prevent oxidizing degradation?
5    A.  I don't think there's an antioxidant package
6  out that that will do it, as I just said.  You can try
7  to add more, but the antioxidants themselves have
8  toxicity issues.
9    Q.  And, Doctor, you have no opinion on the
10  concentration levels of Santonox R or DLTDP, do you?
11    A.  Well, in general, if you're trying to prevent
12  the oxidative degradation, more is better, but the human
13  body, the fact that it's to be used inside the body and
14  the fact that the Santonox and the DLTDP come with MSDS
15  sheets that have cautions regarding their use in the
16  body, might cause one not to put as much as possible in
17  there.
18    Q.  Do you have an opinion, sir, on whether or not
19  Ethicon's Prolene material has too much or too little
20  Santonox R and DLTDP as far as concentration levels are
21  concerned?
22    A.  Too much or too little for what?
23    Q.  To prevent oxidation.
24    A.  There's not enough in there to prevent

Page 120

1  oxidative degradation inside the body for the lifetime
2  of an implant.
3    Q.  Okay.  And how much antioxidants should be put
4  in there to prevent lifetime degradation of an implant?
5    A.  There would have to be more.
6    Q.  Can you tell us that concentration level?
7    A.  I cannot tell you the exact concentration
8  level.  One would have to do experiments.
9    Q.  And you've not done any of those experiments;
10  correct?
11    A.  No, and I don't think Ethicon has either.
12    Q.  And if you'd look at page 14 of your report,
13  you cite Liebert?
14    A.  Yes.
15    Q.  I presume you'd consider Liebert authoritative?
16    A.  Yes.
17    Q.  And you'll agree that there was no loss of
18  molecular weight with the fiber that Liebert studied
19  that had antioxidants in it?
20    A.  Not under the conditions that they carried out
21  the study.
22    Q.  Thank you.  And, Doctor, you will also agree
23  that the fiber with antioxidants showed no changes in
24  molecular weight?

Page 121

1    A.  They did observe changes in molecular weight.
2    Q.  Of the fiber with antioxidants?
3    A.  But that was for a fiber without antioxidants
4  in there.
5    Q.  But for the fiber with antioxidants, there was
6  no change in molecular weight; correct?
7    A.  They did not detect any, that's correct.
8    Q.  Right.  And, in fact, sir, the fiber with
9  antioxidants showed no lowering of the glass transition
10  temperature, did it?
11    A.  I would have to go back and look at that.
12    Q.  Liebert didn't do any cleaning of the fibers,
13  did he?
14    A.  I don't recall that Liebert did cleaning.
15  Again, I'd have to look at the paper.
16    Q.  Sir, do you know if Liebert even used Prolene?
17    A.  As I recall, Liebert was using a Pro-fax
18  polypropylene, and I know Pro-fax pretty well, because
19  that was a Hercules polypropylene.
20    Q.  But, Doctor, you can't testify under oath that
21  Liebert used a Prolene product, can you?
22    A.  No.
23    Q.  Turning to page 15, Jongebloed, we've talked
24  about that; right?

31 (Pages 118 to 121)

Jimmy W. Mays, Ph.D.

Page 122

1    A.  Yes.
2    Q.  Doctor, that's -- it was a suture implanted in
3  the eye for six and a half years?
4    A.  Yes, the first study was.
5    Q.  And you'll agree that UV light causes
6  degradation?
7    A.  UV light can cause degradation, yes.
8    Q.  Doctor, do you believe that there were hydrogen
9  peroxides in the eye that caused degradation of the
10  sutures?
11    A.  There certainly could have been, yes.
12    Q.  And you'll agree that the eye is full of
13  proteins, wouldn't you?
14    A.  There's proteins in the eye.
15    Q.  In fact, that's what builds up on contacts?
16    A.  Yes.
17    Q.  That's what you've seen in your work?
18    A.  Yes.
19    Q.  The authors didn't do any SEM or FTIR analyses,
20  did they?
21    A.  They did SEM analysis.
22    Q.  But they didn't do any FTIR, did they?
23    A.  Again, we could go back and look at the paper.
24  I don't recall any.

Page 123

1    Q.  Okay.  Let's look at -- continuing on page 15,
2  at the bottom, you cite the Mary article?
3    A.  Yes.
4    Q.  And we've talked about Mary already; is that
5  right?
6    A.  Yes.
7    Q.  And, Doctor, you'll agree that the authors in
8  Mary did not recognize 1740 as a wavelength for DLTDP?
9    A.  I don't know that, but I have no evidence that
10  they explicitly pointed that out.
11    Q.  Well, did the study -- did the Mary study, sir,
12  recognize a 1740 wavelength for DLTDP?
13    A.  I did not see that called out in there.
14    Q.  And, in fact, sir, if -- how would you know
15  that -- first of all, Prolene has DLTDP in it, doesn't
16  it?
17    A.  Yes, it does.
18    Q.  And if the Mary article did not have a
19  wavelength at 1740 reciprocal centimeters for DLTDP, how
20  in the world do you know it's Prolene that they were
21  looking at?
22    A.  I'm not sure I follow you.
23    Q.  Okay.  Well, the FTIR analysis in Mary did not
24  show a peak at 1740 reciprocal centimeters?

Page 124

1    A.  Can we look in there?
2    Q.  Absolutely.
3    A.  They did carry out a cleaning study.
4    Q.  My question is, sir:  The FTIR analysis in Mary
5  did not show a peak at 1740 reciprocal centimeters for
6  the DLTDP wavelength; correct?
7    A.  They measured the absorbance at 1740.
8    Q.  Yes, sir, but did they recognize that
9  wavelength for DLTDP, is my question?
10    A.  They did not, but they had cleaned the sample,
11  and that would remove surface antioxidants.  Plus, the
12  sutures had been in the body for two years, which would
13  also deplete antioxidants present at the surface.
14    Q.  The authors in Mary didn't compare the
15  elongation of Prolene to PVDF, did they?
16    A.  Compare the elongation of the Prolene and the
17  PVDF?
18    Q.  That's correct.
19    A.  PVDF?  I don't see the comparison.
20    Q.  Doctor, on page 20 of your expert report,
21  there's an SEM photograph?
22    A.  Yes.
23    Q.  That's not a -- that's not a Prolene product,
24  is it?  Top of page 20.

Page 125

1    A.  Let me see.  That's from Lefranc, and that's
2  actually from Clave's study, so Clave obtained the
3  polypropylene vaginal meshes from a variety of
4  manufacturers, and so it could be, but it may not be.
5    Q.  You can't testify to a reasonable degree of
6  scientific certainty that the photograph on the top of
7  page 20 is a Prolene product, can you?
8    A.  No, I can't.
9    Q.  And, Doctor, on page 21 of your expert report,
10  you discuss plasticization?
11    A.  Yes.
12    Q.  Do you believe that the Prolene implants on
13  these 28 plaintiffs plasticized in vivo?
14    A.  I believe there is the possibility that some
15  plasticization could take place during the process
16  inside the body, along with oxidative degradation.
17    Q.  And, Doctor, is it your opinion to a reasonable
18  degree of scientific certainty that the implants in
19  these 28 plaintiffs plasticized?
20    A.  There certainly could have been some
21  plasticization of those implants.
22    Q.  Is that a yes?
23    A.  Yes, I believe it could happen.
24    Q.  What effect does plasticization have on the

32 (Pages 122 to 125)

Jimmy W. Mays, Ph.D.

Page 126

1  physical properties of Prolene?
2      A.  That will actually soften the material.
3      Q.  And it softens it by a small molecule being
4  absorbed into it?
5      A.  That's correct.
6      Q.  You've never tested plasticization, have you,
7  sir?
8      A.  Well, I've actually encountered plasticization
9  in the course of my career, but I haven't tested it
10  with --
11     Q.  Prolene?
12     A.  -- directly with Prolene.
13     Q.  Thank you.  And, Doctor, page 25, in the full
14  paragraph in the middle, where you discuss the waxy
15  scrapings, do you see that?
16     A.  Yes.
17     Q.  Now, Bracco, which is one of your references,
18  that shows that cyclohexane extracts nonpolar fatty
19  acids, correct?
20     A.  Correct.
21     Q.  And nonpolar fatty material would be a
22  contaminant of Prolene, would it not?
23     A.  It could be a contaminant in there, yes.
24     Q.  And the presence of nonpolar fatty material

Page 127

1  would lower a melting point, would it not, sir?
2      A.  It would not lower the melting point.  It would
3  not get into the crystalline region of the material.  It
4  would get into the amorphous material and lower its
5  class transition temperature.
6      Q.  Doctor, on page 26 of your expert report, you
7  discuss a material safety data sheet.  Do you see that?
8      A.  Okay.  We're on page 26 now, at the top.  Okay.
9      Q.  Yes, sir.
10     A.  Yes.
11     Q.  And I may have asked you this earlier and I've
12  forgotten.  Have you ever developed or designed a
13  polypropylene product?
14     A.  I have synthesized polypropylene.
15     Q.  And what did the -- when you say "synthesized,"
16  what did you do?
17     A.  Made it from small molecule precursors by the
18  polymerization process.
19     Q.  For a medical product?
20     A.  Not for a medical product.
21     Q.  For what type of product?
22     A.  Research.  R & D.
23     Q.  And, Doctor, you state here at the top of page
24  26 that the MSDS should not be used with strong

Page 128

1  oxidizers.  Did I read that correctly?
2      A.  No, the MSDS sheet states that polypropylene is
3  incompatible with strong oxidizers.
4      Q.  Sorry.  You said "incompatible"?
5      A.  Yeah, polypropylene is incompatible with strong
6  oxidizers.
7      Q.  Do you have that material safety data sheet
8  with you, sir?
9      A.  Yes.
10     Q.  That's the Sunoco material safety data sheet;
11  is that right?
12     A.  Yes, it's Sunoco.  At least I did have it.
13         There we go.
14     Q.  And it states that polypropylene is
15  incompatible with strong oxidizers, on page 4?  That's
16  what you wrote in your report; right?
17     A.  Yeah, on page 4, it says:  "The following
18  materials are incompatible with this product."
19     Q.  And if you -- I'm sorry --
20     A.  It lists a variety of strong oxidizers.
21     Q.  Right.  And, Doctor, if you look at page 5, it
22  says:  "No epidemiological studies or case reports
23  suggest any serious chronic health hazards from
24  long-term exposure to polypropylene."

Page 129

1          Did I read that correctly?
2      A.  No.  Actually, it says:  "No epidemiological
3  studies or case reports suggest any serious chronic
4  health hazards from long-term exposure to polypropylene
5  decomposition products below the irritation level."
6      Q.  Why didn't you quote that in your report,
7  Doctor?
8      A.  Well, I very well could have quoted that.
9      Q.  Why did you not quote that, Doctor?
10     A.  My report is basically about oxidative
11  degradation of polypropylene.
12         (Mays Exhibit No. 5 was marked for
13  identification.)
14  BY MR. HUTCHINSON:
15     Q.  I'll hand you what we'll mark as Exhibit 5 to
16  your deposition.  This is a copy of peer-reviewed
17  literature that you're one of five authors on; is that
18  right?
19     A.  Yes.
20     Q.  And, Doctor, before we start this, let me ask
21  you this:  If you were going to submit an article to
22  your peers at the American Chemical Society about the
23  degradation of polyurethane, you'd want to study a
24  polyurethane product; right?

Jimmy W. Mays, Ph.D.

Page 130

1    A.  Yes.
2    Q.  Okay.  None of these products that are
3  referenced in the Imel article are Prolene, are they,
4  sir?
5    A.  These particular polypropylenes are isotactic
6  polypropylene of the Marlex variety.  Prolene is an
7  isotactic polypropylene.
8    Q.  But I'm not talking about the chemistry,
9  Doctor.  I'm asking you whether or not your study used
10  Prolene products.  Yes or no?
11    A.  No, we used polypropylene from Marlex.  Marlex
12  polypropylene.
13    Q.  In fact, Doctor, your study did not even
14  study -- strike that.
15    Your study didn't even discuss Prolene
16  products, did it?
17    A.  We do mention Ethicon products at several
18  points in here.  If you look on page 1, the last
19  paragraph, we're talking about Costello, References 9
20  and 10.  They studied explanted polypropylene hernia
21  meshes from CR Bard and Ethicon.
22    Q.  I'm not talking about the literature.  I'm
23  talking about Prolene products.
24    A.  As I've already said, the polypropylene samples

Page 131

1  that we characterized in this work were explanted Marlex
2  samples.
3    Q.  Doctor, page 1, under the abstract, it says:
4  "SEM revealed the formation of transverse cracking on
5  the fibers which generally, but with some exceptions,
6  increased with implantation time."
7    Do you see that?
8    A.  Yes.
9    Q.  And, Doctor, it's well-known that proteins
10  adhere to biomaterials within seconds; is that right?
11    A.  Yes.
12    Q.  And, Doctor, what did you do to rule out an
13  increased layer of proteins building up over
14  implantation time?
15    A.  Yeah.  We did a couple of things.  We cleaned
16  the materials before we performed the FTIR by using a
17  bleach solution.  That's the ASTM protocol for cleaning
18  up the material.
19    Also, that's what was done by Dr. Gajanan, I
20  guess, the gentleman who provided the explanted Prolene
21  samples to Ethicon scientists that they then studied
22  with FTIR.
23    So we cleaned the materials up to remove the
24  tissue, the proteins that were on there.

Page 132

1    Also, when we examined the materials under the
2  SEM, we used EDS.  EDS is spectroscopy that detects
3  whether certain elements are there.  So by looking for
4  the presence of oxygen, we could see where oxidation had
5  taken place on the fiber.  If we saw oxygen and
6  nitrogen, the nitrogen would tell us that we could have
7  proteins there.
8    Q.  Doctor, on page 1, the first sentence under
9  "introduction" says:  "Polypropylene has been used for
10  hernia repair since 1958."
11    Do you see that?
12    A.  Yes, sir.
13    Q.  How do you reconcile the fact that Prolene mesh
14  has been used since 1958 in hernia repair with your
15  opinions regarding oxidation?
16    A.  Well, again, as I've said before, I don't
17  condemn polypropylene universally as a biomaterial, and
18  that includes Prolene polypropylene.  It has uses.
19    This oxidative degradation is occurring for
20  polypropylenes inside the human body, but you can have
21  some oxidative degradation in a suture or some oxidative
22  degradation in a hernia mesh and not have a problem.  I
23  think a pelvic mesh, because of how the mesh is supposed
24  to function inside the body, it's a different material.

Page 133

1    Q.  And, Doctor, on page 132 you cite Lefranc;
2  correct?
3    A.  I'm sorry.  On page --
4    Q.  132.
5    A.  Yes.
6    Yes, I see that now.
7    Q.  Lefranc didn't do any testing, did he?
8    A.  He did not.
9    Q.  He just recited the literature that was out
10  there?
11    A.  It's a review article, basically.
12    Q.  And, Doctor, page 134 states that the samples
13  were preserved in glass jars of formalin?
14    A.  Yes.
15    Q.  And this is where you're talking about the 11
16  explants of Boston Scientific patients?
17    A.  Yes.
18    Q.  And do you know how long these explants were
19  preserved in formalin?
20    A.  I can't recall as I sit here.  I think I did
21  see that information at some point.
22    Q.  And, Doctor, you'll agree that the explants had
23  protein on them before they were put in the glass jars
24  of formalin?

34 (Pages 130 to 133)

Jimmy W. Mays, Ph.D.

Page 134

1    A.  Yes.
2    Q.  And, Doctor, did you consider the chemical
3  reaction between formalin and protein in its formation
4  of a new polymer?
5    A.  No, we basically removed the tissue that was on
6  there with the bleach treatment.
7    Q.  Doctor, what effect does formalin have on
8  tissue?
9    A.  The detailed interaction between formalin and
10  tissue I'm not familiar with.
11    Q.  And, Doctor, you'll agree that formaldehyde, or
12  formalin -- strike that.
13       You'll agree that formalin and proteins
14  crosslink to form a new polymer?
15    A.  I don't know that.
16    Q.  And, Doctor, do you know whether or not
17  formalin and protein create a polymer that acts as a
18  hard casing around the fiber?
19    A.  We saw absolutely no evidence to support that.
20  In fact, we have strong evidence to shoot down that
21  theory.  We simply did not see that.
22    Q.  And, Doctor, you'll agree that formaldehyde and
23  proteins chemically bond to form a new polymer?
24    A.  I don't see any evidence of that happening in

Page 135

1  this case, so I don't agree.
2    Q.  I'm asking you as a materials scientist.  Is it
3  your opinion that formaldehyde and proteins do not
4  chemically bond to form a new polymer?
5    A.  I don't know of a situation where that occurs.
6  You'd have to show me the literature.
7    Q.  Doctor, can you draw out the chemical structure
8  of a polymer?
9    A.  Yes.
10    Q.  Can you draw out the chemical structure of a
11  formaldehyde and protein polymer?
12    A.  I'm not really sure how that interaction would
13  occur.  It would depend on what kind of protein you're
14  talking about and what kind of functional groups were
15  present on it.
16    Q.  Doctor, if you look on page 134 -- well, before
17  we move there, Doctor, you will agree that formaldehyde
18  fixes tissue; correct?
19    A.  Yes, I've heard that said, yes.
20    Q.  In fact, you'll agree that formaldehyde makes
21  tissue hard enough so that it could be sliced in the
22  microtoming process when creating histology slides;
23  you'll agree with that?
24    A.  Yes, I'll agree with that.

Page 136

1    Q.  And you would agree that formaldehyde is a
2  fixation agent, wouldn't you?
3    A.  Yes, I would agree with that.
4    Q.  All right.  And formaldehyde, if it fixes
5  something on a slide, that means that it makes that
6  biological material hard; correct?
7    A.  Yes.
8    Q.  Okay.  Doctor, if you look at page 134, you
9  discuss the cleaning of these explanted specimens.  Do
10  you see that?  Middle of page 134.
11    A.  Yes, I see that now.
12    Q.  And you followed ISO 12891?
13    A.  Yes.
14    Q.  And that's not a protocol for cleaning
15  polypropylene, is it?
16    A.  It's a protocol for cleaning polyethylene.  I
17  looked for an ASTM or ISO protocol for cleaning
18  polypropylene, and I couldn't find one.  And
19  polypropylene is chemically very similar to
20  polyethylene.
21       Also, I'll add, this is the same method that
22  Professor Gajanan, or however his name is pronounced,
23  used when he had Prolene explanted samples.  He cleaned
24  them with the same bleach treatment before he provided

Page 137

1  them to Dr. Buckley of Ethicon.
2    Q.  Doctor, are you aware of any ISO protocol
3  specifically for cleaning polypropylene or Prolene?
4    A.  I was not able to find one for polypropylene or
5  Prolene.
6    Q.  And, Doctor, are you aware of any protocol
7  whatsoever to remove a protein-formaldehyde polymer?
8    A.  I haven't explicitly looked for it, but when we
9  did our SEM with EDS, we found clean regions with only
10  carbon and oxygen, no protein present on the material.
11    Q.  Doctor, you only did one cycle of cleaning;
12  correct?
13    A.  Yes.
14    Q.  And you only did 24 hours?
15    A.  Yes, that's correct.
16    Q.  Why did you choose 24 hours?
17    A.  Because it was standard protocol.  It's what we
18  saw in the ISO standard.  It's what we saw that others
19  had used in the literature when they cleaned up
20  polypropylene explants.
21    Q.  And you only used sodium hypochlorite and not
22  an enzyme; correct?
23    A.  That's correct.
24    Q.  Why didn't you use an enzyme?

35 (Pages 134 to 137)

Jimmy W. Mays, Ph.D.

Page 138

1    A.  Because this seemed to be the best protocol to
2  use.
3    Q.  Doctor, did this protocol clean 100 percent of
4  the biological residue off the fibers?
5    A.  As I keep saying, our SEM with EDS can tell us
6  where clean regions are and where they're not.  There
7  were regions which were not completely clean, that's
8  correct.
9    Q.  And, Doctor, you followed extensively by
10  rinsing?
11    A.  Yes.
12    Q.  With water?
13    A.  Yes.
14    Q.  What was the temperature of the water?
15    A.  Room temperature.
16    Q.  Why wasn't that included in your report?
17    A.  Didn't seem relevant.  You can't include
18  everything in the report.
19    Q.  Did you do any sonication?
20    A.  We did not sonicate.
21    Q.  Did you use distilled water?
22    A.  Yes.
23    Q.  Was the water changed out?
24    A.  Yes.

Page 139

1    Q.  Why wasn't that included in the report?
2    A.  Again, when you're publishing a peer-reviewed
3  paper, you can't include every single detail.
4    Q.  Was the water tested at all, sir?
5    A.  We used deionized water.
6    Q.  Okay.  But my question is:  Was the water
7  tested?
8    A.  We have a conductivity meter connected to it,
9  and it has to pass a certain standard for deionization.
10    Q.  Was the water tested, sir, to determine if any
11  proteins were removed?
12    A.  No, we did not.
13    Q.  Was the water tested, sir, to determine if any
14  polypropylene was removed?
15    A.  No.
16    Q.  Doctor, what FTIRs -- I'm sorry.  Strike that.
17    Were FTIRs done on pristine polypropylene?
18    A.  Yes.
19    Q.  And that was done to determine what the spectra
20  looks like?
21    A.  Yes.
22    Q.  Why did y'all do FTIRs on pristine
23  polypropylene?
24    A.  Because we wanted the baseline.  We wanted to

Page 140

1  look at the polypropylene with no oxidation, just as it
2  comes out of the package.
3    Q.  Doctor, are you aware that you can go to the
4  library and get the spectra of polypropylene without
5  having to do a spectra?
6    A.  Of course we know that.
7    Q.  And, Doctor, were FTIRs done before the
8  cleaning process to confirm the presence of proteins?
9    A.  We did not.
10    Q.  And, Doctor, why not?
11    A.  Well, it was clear just visually that protein
12  was on there.
13    Q.  And, Doctor, were FTIRs done after the cleaning
14  process to confirm the complete removal of protein?
15    A.  Yes, FTIRs were run.
16    Q.  And, Doctor, were FTIRs done after the cleaning
17  process to confirm that you were analyzing completely
18  clean polypropylene fibers?
19    A.  FTIR was done on the clean fibers.  We used the
20  SEM with EDS to look at the materials, and we could see
21  that we had done a very good job of cleaning, although
22  we could in some instances find regions where there was
23  still some tissue there.
24    Q.  Doctor, is this the only cleaning process that

Page 141

1  you used to remove the protein-formaldehyde polymer?
2    A.  Yes, this is the process we used.
3    Q.  And, Doctor, sitting here today, is this the
4  first time you've ever heard of the formation of a
5  protein-formaldehyde polymer when those two agents
6  interact?
7    A.  I'm not familiar with the exact structure of
8  what's being formed there.  I know you use formaldehyde
9  and formalin to fix tissue.
10    Q.  My question, though, is:  Sitting here today,
11  is this the first time that you've ever heard of the
12  formation of a protein and formaldehyde polymer?
13    A.  I'm not familiar with what you're referring to
14  there.
15    Q.  All right.  But my question is:  Today,
16  March 2, 2016, is this the first time that you've ever
17  heard of the formation of a protein-formaldehyde
18  polymer?
19    A.  Yes.
20    Q.  And, Doctor, you can't testify to a reasonable
21  degree of scientific certainty that all the protein was
22  removed from these fibers, can you?
23    A.  Well, it's all summarized in our report here.
24  We did see some regions that contained biological tissue

36 (Pages 138 to 141)

Jimmy W. Mays, Ph.D.

Page 142

1   on the material even after the cleaning process, but we
2   observed a lot of areas where there was damaged surface
3   of the fiber and we only saw carbon and oxygen present.
4       Q.   And, Doctor, for the biological tissue that was
5   present, that was on the mesh explants; right?
6       A.   Yes.
7       Q.   And you put those mesh explants into a vacuum,
8   didn't you?
9       A.   Yes.
10      Q.   And, in fact, you put them into a vacuum oven,
11  didn't you?
12      A.   Yes.
13      Q.   And how long were they put into the vacuum
14  oven?
15      A.   They were in that vacuum oven overnight.
16      Q.   At what temperature were they in the vacuum
17  oven?
18      A.   At room temperature, as it indicates on page
19  134.
20      Q.   But the purpose of putting them in a vacuum
21  oven was to dry them; correct?
22      A.   Correct.
23      Q.   And that would have dried any type of
24  protein-formaldehyde polymer; correct?

Page 143

1       A.   Yes, it would have dried whatever was there,
2   yes.
3       Q.   In fact, it would have dried that
4   protein-formaldehyde fiber -- strike that.
5           It would have dried that formaldehyde-protein
6   polymer on the fiber itself, wouldn't it?
7       A.   If it were there, it would have dried it, yes.
8       Q.   Doctor, on page 134 of your report -- I'm
9   sorry -- of your article, in the right-hand side, it
10  says: "Previous published work has shown that
11  preservation of explanted samples in formalin did not
12  alter the structure and chemistry."
13          Do you see that?
14      A.   Yes, I see that.
15      Q.   You cite Bracco; correct?
16      A.   Yes.
17      Q.   In fact, Bracco did not analyze Prolene in his
18  article, did he?
19      A.   No.
20      Q.   Doctor, on page 135, you discuss EDS; is that
21  right?
22      A.   Yes.
23      Q.   And EDS, that can only determine elements
24  present, not compounds; right?

Page 144

1       A.   That's correct.
2       Q.   And, in fact, a formaldehyde-protein polymer
3   would be a compound, wouldn't it?
4       A.   It would.
5       Q.   And it wouldn't be detected by EDS, would it?
6       A.   Well, it would have nitrogen in there because
7   that's always in proteins, and it would have carbon in
8   there, and it would have oxygen in there.
9       Q.   But, in fact, sir, nitrogen is the hardest
10  thing to find on an EDS, isn't it?
11      A.   You can find nitrogen in there.
12      Q.   Is it hard to find on EDS, sir?
13      A.   No.  We found it readily.  In the SEM with EDS,
14  we see nitrogen readily.
15      Q.   EDS cannot tell you or determine the origin of
16  the element, can it?
17      A.   Only that the element's there.
18      Q.   Can't tell you where oxygen came from, can it?
19      A.   Only that it's there.
20      Q.   And if oxygen is present, sir, that means you
21  can be looking at biological material?
22      A.   No.  If you've got only carbon and oxygen
23  present, that's strongly suggestive of an oxidative
24  process.  Also, we see chain cleavage of these

Page 145

1   materials.  If you're seeing carbon and oxygen and
2   nitrogen, then you've got biological material.
3       Q.   Biological material such as protein contains
4   nitrogen -- I'm sorry -- oxygen, doesn't it?
5       A.   Yes, but you would see nitrogen too.
6       Q.   Doctor, on page 138, you state, at the bottom:
7   "FTIR shows peaks."
8           Do you see that?
9       A.   Let's see.
10      Q.   Bottom of page 138.
11      A.   On the left side?
12      Q.   Yes, sir.
13      A.   Okay.  I see -- under the discussion?
14      Q.   Yep.
15      A.   Okay.
16      Q.   My question is:  How can you distinguish a
17  carbonyl band at 1740 as a result of oxidation and
18  carbonyl bands of ketones, aldehydes, and carboxylic
19  acids in the same range?
20      A.   All those peaks show up in that same general
21  regime.
22      Q.   And how can you distinguish between them, sir?
23      A.   It's relatively difficult to do.
24      Q.   Can you distinguish them, sir?

37 (Pages 142 to 145)

Jimmy W. Mays, Ph.D.

Page 146

1    A.  I wouldn't say it's impossible, but it's
2  difficult.
3    Q.  Can you, as an expert in this litigation,
4  distinguish between those peaks, sir?
5    A.  Between the ketone, aldehyde, and carboxylic
6  acid?
7    Q.  And oxidation.  Can you distinguish between all
8  those peaks on a FTIR spectra?
9    A.  Oxidative degradation gives a mixture of
10  products, and all of these contain the carbonyl, and so
11  you have overlapping peaks, so it's hard to resolve them
12  and really tell exactly how much you have of one versus
13  how much you have of the other.
14    Q.  My question is:  Yes or no, can you distinguish
15  between all these peaks?
16    A.  Well, you're going to have to ask me a more
17  clear question that I can really understand.
18    Q.  You as an expert in this mesh litigation, can
19  you distinguish between the peaks of oxidation, ketones,
20  aldehydes, or carboxylic acids?
21    A.  Well, oxidation gives ketones, aldehydes, and
22  carboxylic acids, so, you know, these are three
23  different oxidative degradation products.
24    Q.  I'm sorry, but are you testifying that

Page 147

1  oxidation causes ketones?
2    A.  Yes.
3    Q.  Are you testifying that oxidation causes
4  aldehydes?
5    A.  Yes.
6    Q.  And can you tell, sir, as an expert in this
7  mesh litigation, can you distinguish between the peaks
8  of aldehydes, ketones, or carboxylic acids?
9    A.  In the case where they're all being formed and
10  there's a mixture of them, they're overlapping and
11  they're so close together, we didn't even try to
12  deconvolute the peaks and separate out how much of one
13  we have versus the other.
14    Q.  Doctor, on page 140:  "Antioxidants are
15  preferentially consumed by the oxidizing species."
16    Do you see that?
17    A.  Yes.
18    Q.  And you can't tell us the rate that is
19  consumed; correct?
20    A.  Not the exact, right, no.
21    Q.  And, Doctor, can you tell us the point in time,
22  a specific point in time when the oxidizing agents --
23  I'm sorry -- the antioxidants are consumed?
24    A.  Well, if you go over and look on the next page,

Page 148

1  that's page 141, at Figure 8, what we're seeing in those
2  materials is the fiber cracking, which is a strong sign
3  of oxidation in these materials, and we see that
4  cracking is occurring, you know, after a year in most of
5  the samples.  Not all of them, but most of the samples
6  show cracking after a year.  So I would say sometime
7  around a year is a good ballpark.
8    Q.  But you can't tell us a specific time; correct?
9    A.  I can tell you about a year.  And it's going to
10  vary from individual to individual, as we talked about
11  earlier.  You put the same mesh in two different women
12  and they might respond differently to it.  Bodies are
13  different.
14    Q.  Doctor, did you review the Ethicon's seven-year
15  dog study?
16    A.  Yes, I saw that document.
17    (Mays No. 6 was marked for identification.)
18  BY MR. HUTCHINSON:
19    Q.  Hand you what we'll mark as Exhibit 6.  And,
20  Doctor, this is a document you relied on; is that right?
21    A.  I have seen this document.
22    Q.  And you relied on it; correct?
23    A.  Yes.
24    Q.  Did you notice anything -- what did you notice

Page 149

1  about the change in mechanical or physical properties of
2  the sutures after they'd been implanted for seven years?
3    A.  Again, you'd have to take me back to that.
4  I've seen so many of these documents.
5    Q.  Well, Doctor, before we go from that, without
6  looking at -- without looking at the specific data
7  points, what do you recall about the physical properties
8  of the sutures analyzed in the seven-year dog study?
9    A.  I don't recall the specifics of the mechanical
10  properties.  I just remember that there were indications
11  of oxidation.
12    Q.  Did you look, sir, when you reviewed the
13  Burkley dog study, or the seven-year dog study, did you
14  look to see what the results of the physical property
15  testing were?
16    A.  I looked at it, but I can't remember at this
17  point as I sit here.
18    Q.  Doctor, let's look at page 221.  It's
19  ETH.MESH.221.  Are you there with me?
20    A.  I am there.
21    Q.  And we have two computations of molecular
22  weight, weighted average molecular weight, number
23  average molecular weight?
24    A.  I think we're looking at different pages.

38 (Pages 146 to 149)

Jimmy W. Mays, Ph.D.

Page 150

1     MR. MONSOUR:  I think we've got different
2  pages.  My page looks like -- 221 looks like this.
3  Oh, there's a second 221 in the back.  We were
4  at 336221.  You're at 888221.  Okay.  Gotcha.
5     MR. HUTCHINSON:  Always put the good stuff in
6  the back.
7     MR. MONSOUR:  Of course.
8  BY MR. HUTCHINSON:
9     Q.  Are you there with me, Doctor?
10    A.  Yes, I'm there.
11    Q.  Have you seen this particular page with the dog
12 study before today?
13    A.  I have seen this before, yes.
14    Q.  And did you account for this in reaching your
15 opinions?
16    A.  What do you mean by did I "account" for it?
17    Q.  Did you consider this particular page 221 when
18 reaching your opinions?
19    A.  Yes.
20    Q.  And you will agree that the molecular weight
21 differences are very, very small; correct?
22    A.  Could you show me which ones you're referring
23 to?
24    Q.  The ones discussing current Prolene 4/0 suture

Page 151

1  compared to Dog Site 3 and Dog Site 2.  Do you see that?
2  Down at the bottom.
3     A.  Yes.
4     Q.  And what do you notice about the change of
5  molecular weight, Doctor?
6     A.  I notice that those are not changing very much.
7     Q.  And that was done by GPC; correct?
8     A.  Yeah, I would assume so.  That's how these
9  values are normally derived.
10    Q.  And, in fact, at the bottom, under conclusions,
11 it says:  "Comparison of 7-year explants to current
12 Prolene indicate no molecular weight degradation."
13       Did I read that correctly?
14    A.  That's what it says.
15    Q.  Any reason to dispute that, Doctor?
16    A.  Well, I would need to have more details about
17 what they did, because they're also carrying out
18 intrinsic viscosity measurements here, these IV
19 measurements, and it's not clear to me whether they're
20 deriving these MW values from that IV measurement.
21 That's commonly done.
22       And maybe they're getting these number average
23 molecular weights from GPC.  I simply don't know.  They
24 don't clearly tell me where these values are coming

Page 152

1  from.
2     Q.  Well, have you made any efforts to find out
3  more details?
4     A.  This is all I've had to date.
5     Q.  Have you made any efforts to find out more
6  details, sir?
7     A.  I haven't.  This is what I had at the time I
8  prepared my report.  If they have more data, I would
9  love to see it.
10    Q.  But sitting here today, Doctor, with all the
11 data that you have so far, do you have any reason to
12 dispute that Dr. Burkley found no molecular weight
13 degradation?
14    A.  Based on what I see in this document, I cannot
15 tell how these values were derived, and what I will say
16 is one has to do the GPC analysis carefully.  It's
17 difficult to perform high temperature GPC.  We happen to
18 be experts in it.  We've had years and years of
19 experience in it.
20       And it's the Z average molecular weight which
21 is most sensitive to degradation, and then the weight
22 average molecular weight is sensitive to degradation as
23 well.  The number average molecular weight is not
24 sensitive to degradation.

Page 153

1       So I don't know enough about where these values
2  came from and the protocol that they use to speculate,
3  and I don't want to speculate.
4     Q.  I understand, Doctor, but in all fairness,
5  these values do not support your opinions, do they?
6     A.  I don't know enough about these values to be
7  able to say whether they're valid or not.
8     Q.  But my question is, Doctor, the values that are
9  on this sheet of paper, do these values support your
10 opinions; yes or no?
11    A.  These values here show similar number average
12 molecular weights and similar weight average molecular
13 weights.
14    Q.  And do these values, Doctor, support your
15 opinions; yes or no?
16    A.  It's impossible for me to say.  It really is.
17 I'd have to know more.  GPC calibration can change over
18 time.  We ran our controls at the same time we were
19 running the explanted studies.  I don't know that they
20 did this here.  I simply don't have enough data.
21    Q.  Doctor, do you have any explanation whatsoever
22 why Dr. Burkley found no loss of molecular weight?
23    A.  I don't know whether his conclusion is valid or
24 not.  I don't see enough data here for me to make a

39 (Pages 150 to 153)

Jimmy W. Mays, Ph.D.

Page 154

1  decision.
2      Q.  Do you have any reason to believe that these
3  sutures were plasticized?
4      A.  It is possible that polypropylene does undergo
5  some plasticization inside the body.
6      Q.  And, Doctor, plasticization would improve
7  toughness, wouldn't it?
8      A.  Plasticization would soften the material.
9      Q.  But it would improve toughness?  I'm asking
10  about toughness.  I'm not asking about softening the
11  material.  Toughness.
12      A.  Plasticization at a reasonable level would
13  probably improve the toughness of the material.
14      Q.  Okay.  And, Doctor, if toughness of the
15  material improves, then we can rule out degradation,
16  can't we?
17      A.  That's not strictly true.
18      Q.  But, Doctor, as a general rule, you will agree
19  that as toughness improves, degradation can be ruled
20  out; correct?
21      A.  I would not make a general statement about
22  that.  I'd have to consider the specific material.
23      Q.  Doctor, would that be consistent with the
24  principles of polymerization that you used to teach your

Page 155

1  students with at UT?
2      A.  Plasticization has nothing to do with the
3  principles of polymerization.
4      Q.  Would that be consistent with anything you've
5  ever discussed with your students at UT about whether or
6  not plasticization can improve toughness?
7      A.  Plasticization --
8      Q.  I'm sorry.  Strike that.
9      Doctor, turn to the last page of the Burkley
10  dog study with me, please.
11      A.  All right.
12      Q.  Doctor, you will see breaking strength at the
13  top.  Do you see that?
14      A.  Yes.
15      Q.  And, by the way, did you ever consider this
16  data summary when reaching your opinions, Doctor?
17      A.  I saw this, so, yeah, I considered it.
18      Q.  Okay.  And do the data shown here on page 183,
19  do the data support your opinions that the sutures
20  degraded via oxidation?
21      A.  I see the breaking strength of Prolene staying
22  roughly the same.  It would be nice to see some error
23  bars on this.  The elongation percent of Prolene
24  actually decreased a bit in Year 2 but seemingly

Page 156

1  increased in the third year.  But I have no idea how
2  many samples were here.  Is this a case of a single
3  sample?
4      Q.  Doctor, my question is:  Does the data shown on
5  page ETH.MESH.183 support your opinions that Prolene
6  degrades; yes or no?
7      A.  It's impossible for me to say.
8      Q.  You can't answer that question one way or the
9  other?
10      A.  I can't.
11      Q.  And, Doctor, why can you not answer that
12  question one way or the other?
13      A.  I'd have to know more details about the study.
14      Q.  And have you made any efforts to find out more
15  details about the study?
16      A.  I have not.
17      Q.  And, Doctor, you will agree that -- let's look
18  at breaking strength.  Prolene changed from baseline
19  percentage, at Year 7, it decreased 5 percent; correct?
20      A.  The breaking strength of Prolene, yes.
21      Q.  Yes.  And, in fact, the elongation percentage
22  of Prolene increased, from baseline, at Year 7,
23  111 percent; correct?
24      A.  That's what this says, but how many samples?

Page 157

1      Q.  Doctor, let's look at the Young's modulus.
2  That's just another name for stiffness, isn't it?
3      A.  Modulus is related to stiffness of the
4  material.
5      Q.  And stiffness of Prolene at Year 7 decreased
6  70 percent; correct?
7      A.  That's what this says.
8      Q.  And, Doctor, do you have any reason to believe
9  that these values are wrong?
10      A.  I'm very suspicious of these values, yes.
11      Q.  Do you have any reason to believe the values
12  are wrong, though, Doctor?  I'm not asking if you're
13  suspicious.
14      A.  I need more data to really draw a firm
15  conclusion.
16      Q.  You can't tell us if these values are wrong or
17  right, can you?
18      A.  I can tell you I don't believe them.
19      Q.  And why don't you believe them?
20      A.  Because they're not realistic.
21      Q.  Which one is not realistic?
22      A.  And they're not supported.
23      Q.  Which one is not realistic?  Which figure?  Of
24  the -5 percent, 111, or 70 --

40 (Pages 154 to 157)

Jimmy W. Mays, Ph.D.

Page 158

1    A.  I simply --
2    Q.  -- hold on just a minute, the court reporter is
3  going to get made at us -- which figure do you not
4  believe is realistic, Doctor?
5    A.  I simply cannot place faith in anything in this
6  table.  I'd have to know more about it.
7    Q.  Okay.  And, Doctor, if you can't place faith in
8  any data in this particular paper, or page, 183, can you
9  place faith in any particular page in this dog study?
10    A.  Can you show me which one?
11    Q.  No, that's my question.  My question stands.
12    A.  You know, mechanical testing of material like
13  polypropylene has to be done carefully.  You need to
14  test multiple samples.  You need to follow a protocol.
15  I don't really see enough of the protocol here to be
16  able to evaluate it.
17        These data have not stood the scrutiny of peer
18  review, to my knowledge.  If they're peer-reviewed and
19  somebody looked at them, I would accept them, but you're
20  asking me to accept a table of data where I don't even
21  know how many times the test was run, and so I can't
22  comment, I can't accept it.
23    Q.  Well, Doctor, if you can't rely on the page
24  that gives the test data, you can't rely on the

Page 159

1  conclusions of the dog study, can you?
2    A.  There may be some things in here that I think
3  are adequately documented.
4    Q.  My question is a yes or no, and I need a yes or
5  no.  If you can't rely on the page that gives the test
6  data, you can't rely on the conclusions of the dog
7  study, can you; yes or no?
8    A.  Yes.
9    Q.  Yes, I'm right?
10    A.  Yes, I agree with you.
11        (Mays Exhibit No. 7 was marked for
12  identification.)
13  BY MR. HUTCHINSON:
14    Q.  Doctor, handing you what we'll mark as Exhibit
15  No. 7 to your deposition.  Here we have a toughness
16  curve; right?
17    A.  Yes.
18    Q.  And we have breaking strength as the Y axis and
19  elongation as the X axis; correct?
20    A.  Yeah, this is kind of a peculiar way to present
21  the data.
22    Q.  And, Doctor, this shows that toughness -- well,
23  strike that.
24        You can see the red where the breaking strength

Page 160

1  and the elongation is plotted out at Time 0; is that
2  right?
3    A.  It says it's plotting break strength --
4    Q.  Break strength and elongation at Time 0.
5    A.  -- versus elongation, but break strength has to
6  do with the material actually breaking.  So how do you
7  measure break strength when the material continues to
8  elongate?  These sort of data are normally presented
9  stress versus strain.  That's where you get toughness.
10    Q.  I understand.  And, in fact, stress and strain
11  is another word for breaking strength and elongation,
12  isn't it?
13    A.  No.  Breaking means failure of the sample.
14  Stress is force per unit area.  Now, percent of
15  elongation, elongation and strain, I'll agree they're
16  very related.
17    Q.  Elongation and strain; correct?
18    A.  Yeah, they're definitely related.
19    Q.  And breaking strength and stress are related,
20  aren't they?
21    A.  Well, a breaking strength is the ultimate
22  tensile strength of a material.
23    Q.  Until it breaks; correct?
24    A.  Yes.

Page 161

1    Q.  And then if you --
2    A.  But how can you plot it down here where it
3  hasn't broken?
4    Q.  Just stay with me and my questions, Doctor.
5  Okay?
6    A.  Okay.
7    Q.  If you look at this, this plots out at Year 0
8  the elongation and breaking strength data points from
9  the seven-year dog study; correct?  At Year 0, under
10  red?
11    A.  It shows elongation 37 percent and that it
12  broke at 1.68 pounds.
13    Q.  And that's the exact data that was found in the
14  Burkley dog study; correct?
15    A.  This looks familiar, yes.
16    Q.  And, Doctor, when we look at Year 7 on
17  Exhibit 7, that shows the elongation at 1.6 pounds and
18  the breaking strength -- I'm sorry, strike that.
19        At Year 7, do you see Year 7 --
20    A.  Yes.
21    Q.  -- it shows breaking strength at 1.6 pounds; is
22  that right?
23    A.  That's what it says, yes.
24    Q.  And it shows 78 percent elongation; correct?

41 (Pages 158 to 161)

Jimmy W. Mays, Ph.D.

Page 162

1    A.  That's what it shows.
2    Q.  And if we look at the area under the curve for
3  Year 7, it's much greater than at Time 0; correct?
4    A.  The area under the curve is greater, yes.
5    Q.  And, in fact, it almost doubled, didn't it?
6    A.  That would be about right, yes.
7    Q.  And, Doctor, what does this tell you about
8  toughness when you look at the physical and mechanical
9  properties of the sutures?
10   A.  Again, I would have to know more about this
11 test.  Was it performed 10 times and this is an average?
12 Was it a single run?  I would have to know more.  I
13 can't just take this plot out of context and draw
14 conclusions on it.
15   Q.  Doctor, a nick in a fishing line wouldn't
16 increase toughness, would it?
17   A.  No.
18   Q.  Doctor, can you explain -- first of all, do you
19 agree that the data from the seven-year dog study shows
20 an increase in toughness of the sutures?
21   A.  I don't know enough to establish the validity
22 of this data and exactly what was done.
23   Q.  You can't answer that question yes or no?
24   A.  No.

Page 163

1    Q.  You can't answer that question one way or the
2  other, can you?
3    A.  No.
4    Q.  Doctor, I see in your -- I see in your CV that
5  you have an interest in charged polymers; is that
6  correct?
7    A.  Yes.
8    Q.  You're an expert on charged polymers?
9    A.  Well, we've done a fair bit of work with
10 charged polymers.
11   Q.  You know enough about them to talk about them
12 intelligently, don't you?
13   A.  I think so.
14   Q.  And you'll agree that polypropylene is
15 nonionic?
16   A.  That's correct.
17   Q.  So is Prolene?  Prolene is nonionic?
18   A.  Correct.
19   Q.  It doesn't have an ionic charge one way or the
20 other; is that right?
21   A.  That's right.
22   Q.  And polypropylene is hydrophobic?
23   A.  Yes.
24   Q.  And polypropylene is pH neutral?

Page 164

1    A.  Yes.
2    Q.  And so is Prolene?
3    A.  Yes.
4    Q.  And if Prolene does not have an ionic charge,
5  then that means a material will not -- or a compound
6  will not bind to it; correct?
7    A.  That's not necessarily so.
8    Q.  Why not?
9    A.  A lot of materials bind to other materials
10 where there's no charge present.
11   Q.  Well, Prolene is neither acidic nor basic; is
12 that right?
13   A.  That's correct.
14   Q.  And a dye staining to Prolene requires an
15 acidic group or a basic group to bond with it, doesn't
16 it?
17   A.  To bond with it.
18   Q.  To bond with it; correct?
19   A.  It might bond through some other mechanism.  It
20 might bond through a carbonyl that's been introduced by
21 oxidation.  There's some level of residual double bonds
22 in polypropylene as an impurity, and it might add across
23 that double bond.
24   Q.  Doctor, based on the chemistry, will oxidized

Page 165

1  Prolene show any color if subjected to a staining
2  process?
3    A.  Oxidized Prolene could very well show color.
4    Q.  How so?
5    A.  By interacting with the dye.
6    Q.  And with a chemical interaction?
7    A.  It could be physical.  It could be chemical.
8    Q.  All right.  Describe the chemical reaction for
9  me, please, sir.
10   A.  There might be some functional group on the dye
11 that might react with the carboxylic acid group.
12   Q.  Let's talk about hematoxylin.  Are you familiar
13 with hematoxylin?
14   A.  I'm really not familiar with hematoxylin.
15   Q.  Any reason to dispute it's a positive compound?
16   A.  I simply don't know one way or the other.
17   Q.  And I want you to assume for purposes of this
18 question that hematoxylin is a positive compound.  Okay?
19   A.  Positively charged?
20   Q.  Correct.
21   A.  Okay.
22   Q.  If it's positively charged, will it bind to
23 Prolene?
24   A.  It might.

42 (Pages 162 to 165)

Jimmy W. Mays, Ph.D.

Page 166

1  Q.  How so?
2  A.  I simply would need to know more about its
3  structure.
4  Q.  But my question is:  How so, sir?
5  A.  You know, it might just do it through
6  hydrophobic group interactions.  Hydrophobic things bind
7  to hydrophobic things all the time.
8  Q.  Can you testify to a reasonable degree of
9  scientific certainty whether or not hematoxylin will
10  bind to Prolene?
11  A.  I simply don't know.
12  Q.  And, Doctor, can you testify to a reasonable
13  degree of scientific certainty whether eosin will bind
14  to Prolene?
15  A.  I simply don't know.
16  Q.  You will agree that there must be a chemical
17  reaction between the dye and Prolene for there to be
18  stain in color; correct?
19  A.  I don't think it necessarily has to be a
20  chemical reaction.  It could just be a physical
21  phenomenon.  Hydrogen bonding or something like that
22  could do it.
23  Q.  Can you testify to that to a reasonable degree
24  of scientific certainty?

Page 167

1  A.  Yes.
2  Q.  Have you ever attempted to stain a Prolene?
3  A.  I have not.
4  Q.  Have you ever seen Prolene hold any type of
5  color?
6  A.  I have not.
7  Q.  Doctor, before we wrap up, I want to ask you
8  one question.  Does the pelvic region have more reactive
9  oxygen species than the abdomen?
10  A.  I don't know.
11  Q.  And have you ever seen a study comparing the
12  two areas of the body?
13  A.  In terms of?
14  Q.  The concentration level of reactive oxygen
15  species.
16  A.  No.
17  Q.  Your alma mater is University of Southern
18  Mississippi?
19  A.  Yes, I did my undergraduate studies there.
20  Q.  Proud of your education?
21  A.  Yes.
22  Q.  Did you study at the Shelby Freland Thames
23  School of Polymer Science?
24  A.  It wasn't there when I was there.

Page 168

1  Q.  You'll agree that that's one of the best
2  polymer science schools in the country, wouldn't you,
3  sir?
4  A.  It's a good one.  The one I did my PhD at is,
5  arguably, number one.
6  Q.  Were you a student of Dr. Thames?
7  A.  I was not.
8  Q.  Do you know him?
9  A.  I did.
10  Q.  Do you have an opinion of him?
11  A.  Yes.
12  Q.  And what's your opinion of his polymer science
13  expertise?
14  A.  I think he's a good paint chemist.
15  Q.  Anything else?
16  A.  That's all.
17  Q.  Do you intend to offer any opinions regarding
18  this litigation that we've not already discussed or
19  contained in your expert report?
20  A.  I may.  My expert report contained the issues
21  at the time I wrote it, but I may become aware of
22  additional information.  I may get samples to test.  Who
23  knows?
24  Q.  Doctor, going back to Exhibit 7, you can't

Page 169

1  explain why toughness increased, can you?
2  A.  I'm not convinced that toughness did increase.
3  Q.  Can you explain, Doctor, why toughness
4  increased in Exhibit 7; yes or no?
5  A.  No, I can't.
6  Q.  Thank you.  Have you understood all my
7  questions?
8  A.  Most of them.  I tried to ask for clarification
9  when I didn't.
10  Q.  And did I give you clarification at that time?
11  A.  In most instances, yes.
12  Q.  Is there one particular question that sticks
13  out in your mind that I asked that you simply don't
14  understand?
15  A.  No.  You kept asking about improvement of
16  properties as a very generic, and, you know, sometimes
17  when one property improves, another property diminishes.
18  So I was a little confused by that, but I think we got
19  through it.
20  Q.  That's exactly what we saw in the Burkley dog
21  study when we look at page 183.  We saw one property
22  decrease, such as breaking strength, and one property
23  increase, such as elongation; correct?
24  A.  That's what that page says, but I don't -- I'm

43 (Pages 166 to 169)

Jimmy W. Mays, Ph.D.

| Page 170 |
| --- |

1  unable to really evaluate that data with what I have at
2  hand.
3      MR. HUTCHINSON:  I don't have any further
4  questions.  Thank you for your time.  Questions?
5      MR. MONSOUR:  We're done.
6      MR. HUTCHINSON:  Thank you.
7      (Whereupon, the deposition concluded at
8  12:17 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

| Page 171 |
| --- |

1          C E R T I F I C A T E
2
3      I, JOAN L. PITT, Registered Merit Reporter,
4  Certified Realtime Reporter, and Florida Professional
5  Reporter, do hereby certify that, pursuant to notice,
6  the deposition of JIMMY W. MAYS, PhD, was duly taken on
7  March 2, 2016, at 8:36, before me.
8          The said JIMMY W. MAYS, PhD, was duly sworn by
9  me according to law to tell the truth, the whole truth,
10  and nothing but the truth, and thereupon did testify as
11  set forth in the above transcript of testimony.  The
12  testimony was taken down stenographically by me.  I do
13  further certify that the above deposition is full,
14  complete, and a true record of all the testimony given
15  by the said witness.
16
17      _____
18      JOAN L. PITT, RMR, CRR, FPR
19
20      (The foregoing certification of this transcript
21  does not apply to any reproduction of the same by any
22  means, unless under the direct control and/or
23  supervision of the certifying reporter.)
24

| Page 172 |
| --- |

1          INSTRUCTIONS TO WITNESS
2
3
4      Please read your deposition over carefully and
5  make any necessary corrections.  You should state the
6  reason in the appropriate space on the errata sheet for
7  any corrections that are made.
8
9      After doing so, please sign the errata sheet
10  and date it.  It will be attached to your deposition.
11
12      It is imperative that you return the original
13  errata sheet to the deposing attorney within thirty (30)
14  days of receipt of the deposition transcript by you.  If
15  you fail to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24

| Page 173 |
| --- |

1          - - - - - -
2          E R R A T A
3          - - - - - -
4  PAGE  LINE  CHANGE
5  ____ ____ _____
6      REASON: _____
7  ____ ____ _____
8      REASON: _____
9  ____ ____ _____
10     REASON: _____
11  ____ ____ _____
12     REASON: _____
13  ____ ____ _____
14     REASON: _____
15  ____ ____ _____
16     REASON: _____
17  ____ ____ _____
18     REASON: _____
19  ____ ____ _____
20     REASON: _____
21  ____ ____ _____
22     REASON: _____
23  ____ ____ _____
24     REASON: _____

44 (Pages 170 to 173)

Jimmy W. Mays, Ph.D.

Page 174

1            ACKNOWLEDGMENT OF DEPONENT

2

3       I, _____, do hereby

4   acknowledge that I have read the foregoing pages,

5   1 - 175, and that the same is a correct transcription of

6   the answers given by me to the questions therein

7   propounded, except for the corrections or changes in

8   form or substance, if any, noted in the attached Errata

9   Sheet.

10

11

12   _____   _____

13   JIMMY W. MAYS, PhD      DATE

14

15

16

17

18   Subscribed and sworn to before me this

19   _____ day of _____, 20___.

20   My Commission expires: _____

21

22   _____

     Notary Public

23

24

Page 175

1           LAWYER'S NOTES

2   PAGE  LINE

3   _____ _____ _____

4   _____ _____ _____

5   _____ _____ _____

6   _____ _____ _____

7   _____ _____ _____

8   _____ _____ _____

9   _____ _____ _____

10   _____ _____ _____

11   _____ _____ _____

12   _____ _____ _____

13   _____ _____ _____

14   _____ _____ _____

15   _____ _____ _____

16   _____ _____ _____

17   _____ _____ _____

18   _____ _____ _____

19   _____ _____ _____

20   _____ _____ _____

21   _____ _____ _____

22   _____ _____ _____

23   _____ _____ _____

24   _____ _____ _____

## A

abdomen 167:9
able 109:7 137:4
153:7 158:16
abrasion 60:5
abrasions 60:6
absolute 13:20
absolutely 61:12
124:2 134:19
absorbance 124:7
absorbed 126:4
absorbing 101:22
abstract 131:3
accelerate 108:19
accelerated 38:3
accept 158:19,20
158:22
accepted 5:18
14:24
access 13:10
accompanies
101:15,18
account 111:20,22
116:4 150:14,16
accurate 12:13
26:3 172:16
acid 108:22 109:1,5
109:10,19 146:6
165:11
acidic 164:11,15
acids 106:14,20
108:1 126:19
145:19 146:20,22
147:8
acknowledge 174:4
acknowledgment
174:1
action 1:8,10,12 2:2
2:4,6,8,10,11,13
2:15,16,18,20,22
3:1,3,5,6,8,10,11
3:13,14,16,18,20
3:22 67:13,21
acts 134:17
actual 21:22 29:12
74:11 89:20

add 119:7 136:21
164:22
added 30:14 62:12
62:13,14,16 86:5
86:21 88:11,21
addition 105:5,15
additional 14:23
15:1 19:5 168:22
additive 31:18
additives 23:6,7
28:4 29:24 30:1,5
30:14,20 31:12,13
55:1 62:19 86:7
adequate 118:24
adequately 159:3
adhere 75:22
131:10
adherence 55:22
adhesion 76:3
admitted 56:11
advertise 87:14
advisory 56:8
advocate 73:19
advocating 73:18
affiliation 9:21
affirm 6:3
agent 136:2
agents 52:7 91:14
92:11,11 112:2
141:5 147:22
aggressive 96:8
aging 38:3
ago 10:23 14:10
agree 20:4 29:18
41:15 47:18 49:16
55:22 62:24 89:4
99:15 100:2
118:17 120:17,22
122:5,12 123:7
133:22 134:11,13
134:22 135:1,17
135:20,23,24
136:1,3 150:20
154:18 156:17
159:10 160:15
162:19 163:14

166:16 168:1
agreement 18:13
aid 86:11
aids 28:4 30:6 55:1
akron 32:6
al 1:7,7,9,11,11 2:1
2:1,3,3,6,7,8,9,11
2:12,13,14,16,17
2:18,19,20,21,22
3:1,2,4,4,6,7,9,9
3:11,12,14,15,16
3:17,19,21,21
5:18 46:2,7
aldehyde 146:5
aldehydes 145:18
146:20,21 147:4,8
alfreda 2:19
alleged 53:14
alma 167:17
alter 143:12
alternate 87:14
alternative 74:4
75:12,16 119:3
alternatives 73:1,4
73:9,14
american 100:11
100:18 129:22
amorphous 67:16
127:4
amount 8:11 86:23
106:11,13,14,17
106:19 107:16,18
107:24 108:3,8
109:4,10
amounts 86:9
106:16,18
ams 10:14
analyses 24:24
122:19
analysis 35:9 36:23
37:12,19,21 46:20
48:11 49:13,14
55:13 86:24 87:4
104:17 122:21
123:23 124:4
152:16

analytical 32:2
37:22 42:14 43:13
44:22 55:5
analyze 143:17
analyzed 149:8
analyzing 140:17
anatomy 20:1
angela 2:1
answer 61:8,8
156:8,11 162:23
163:1
answers 174:6
anticipate 19:5
antioxidant 86:10
86:11 88:18 90:3
92:12 119:5
antioxidants 28:4
30:6 55:1 62:9,12
62:13,14,16,21,23
86:2,5,17,20 87:1
87:4,22,23 88:3
88:10,21 89:4,7
89:11,17 90:1,7
90:16,17,21,23
91:2,8,15,16 92:6
92:8,12,16,19
105:5,13,15
115:24 118:22
119:1,7 120:3,19
120:23 121:2,3,5
121:9 124:11,13
147:14,23
anybody 13:10
77:18
apologize 32:22
83:7
appearances 4:1
application 20:17
applications 63:3
63:11,20 71:1
apply 171:21
appreciate 45:18
appropriate 23:6
107:24 117:1
172:6
appropriately

20:13
approved 69:13
approximately
7:14 8:23
area 9:16,23 14:9
16:19 19:17 61:19
61:21 81:22,22
95:6 160:14 162:2
162:4
areas 29:14 142:2
167:12
arent 118:2 160:20
arguably 168:5
article 5:17 60:18
61:4 66:15 112:5
123:2,18 129:21
130:3 133:11
143:9,18
articles 15:10,11
16:6 60:23 61:2
artificial 112:18
asked 11:10,11
19:11 32:21 41:21
42:10 45:2 75:17
127:11 169:13
asking 34:13 37:17
39:2 50:19 61:10
65:21 84:10 99:2
130:9 135:2 154:9
154:10 157:12
158:20 169:15
assert 14:1
assistance 13:6
assume 50:1 52:10
69:14 90:15 151:8
165:17
assumption 50:3
astm 38:24 131:17
136:17
ate 113:9,22
attached 172:10
174:8
attack 116:1,14
attacked 52:6
attempted 167:2
attorney 172:13

**attorneys** 13:14
  18:5
**attributed** 33:22
**authoritative**
  120:15
**authors** 122:19
  123:7 124:14
  129:17
**available** 11:11
  42:8 44:23 45:1
  57:11 87:15 96:11
  107:1
**average** 80:5,7,7
  85:5 149:22,23
  151:22 152:20,22
  152:23 153:11,12
  162:11
**aware** 12:15 56:1
  59:5 60:8 66:15
  66:18,21 72:18
  73:17 74:8,15,17
  75:15 77:18,20,23
  78:3 83:22 84:1,6
  84:16,21 85:1,15
  89:21,23 90:4
  95:22 98:17 99:3
  102:21 105:22
  107:9 109:3 137:2
  137:6 140:3
  168:21
**axis** 159:18,19

**B**
**b** 5:9
**back** 12:20 15:3
  23:22 25:10 39:6
  44:5 61:11 66:5
  72:17 78:10 85:23
  93:1 99:21 101:12
  106:4 121:11
  122:23 149:3
  150:3,6 168:24
**background** 22:14
  76:6
**bad** 54:16 57:17
  58:12 63:16 74:1

114:6
**bakelite** 113:13,16
  113:18
**ballpark** 148:7
**band** 101:21
  103:12 145:17
**bands** 80:14 101:14
  101:16,19 103:5
  145:18
**barbara** 3:15
**bard** 10:16 130:21
**bars** 155:23
**base** 28:21 30:18
  40:12 43:24 44:3
  47:13 52:21
**based** 20:3,12 76:6
  89:12 152:14
  164:24
**baseline** 139:24
  156:18,22
**basic** 164:11,15
**basically** 7:23
  11:11 14:11 27:20
  37:3 59:21 68:8
  88:13,19 116:10
  129:10 133:11
  134:5
**beach** 1:17
**bears** 71:23
**began** 13:23
**beginning** 22:11
  62:23
**believe** 19:12,15
  20:12 28:15 51:24
  61:12,13 70:5
  71:9 73:21 74:23
  92:1 99:19 102:19
  122:8 125:12,14
  125:23 154:2
  157:8,11,18,19
  158:4
**benchtop** 36:20
**bering** 4:7
**best** 82:1 107:21
  138:1 168:1
**beth** 1:11 50:21

**better** 72:8,10
  119:12
**big** 64:22 76:13
**biggest** 32:1
**bill** 7:20 8:14 12:20
  12:23
**bind** 164:6,9
  165:22 166:6,10
  166:13
**biocompatibility**
  19:23 20:4,8,10
  20:11,13 32:8,11
  32:13 33:10
**biocompatible**
  32:14,18
**biodegradable**
  23:18
**biological** 61:17
  136:6 138:4
  141:24 142:4
  144:21 145:2,3
**biomaterial** 63:3
  64:21 93:24 94:1
  132:17
**biomaterials** 5:18
  19:16,18,19,21
  54:15 56:5 59:14
  88:7 93:9 95:7
  131:10
**biomechanical**
  21:8
**biomedical** 54:7
**bit** 61:21,21 85:10
  155:24 163:9
**blake** 1:7 40:14
  50:20 52:8,12,16
  52:19 70:1
**blakes** 50:23 51:3,4
  51:11 52:3
**bleach** 131:17
  134:6 136:24
**blynn** 3:19
**board** 56:8
**bodies** 61:18
  148:12
**body** 27:12,15,18

27:22 32:15,18
  37:15 51:1 52:6
  58:13 61:22 63:1
  63:7,22 64:19
  65:1,3,5,7,11,17
  66:4,9,13,20
  67:11,14,22 73:3
  73:11 75:20 88:8
  91:14 92:9,10
  95:22,24 96:1,3,7
  96:12,22 97:9,11
  97:12,14,17 98:3
  105:23 106:2,12
  106:15,21 107:17
  108:4,8,17,18
  109:1,5,10,14
  110:1,2,6,13
  112:21,22 115:7
  117:21 119:2,13
  119:13,16 120:1
  124:12 125:16
  132:20,24 154:5
  167:12
**bond** 117:3 118:15
  134:23 135:4
  164:15,17,18,19
  164:20,23
**bonded** 117:7,12
**bonding** 166:21
**bonds** 164:21
**bone** 54:15 93:13
  95:7
**bonnie** 1:7 40:14
  50:20,23 51:3,4
  51:11 52:2,8,12
  52:16,18 70:1
**book** 59:10,11,18
**boston** 9:9 10:10
  11:20 12:2 17:9
  17:16 21:14,24
  34:10 38:11 55:4
  55:6,10 56:2,13
  56:15 57:10 58:20
  61:16 62:1,5,7,16
  62:22 64:6 87:7
  133:16

**bottom** 94:20
  115:19,19,23
  123:2 145:6,10
  151:2,10
**boulevard** 1:18
**bracco** 126:17
  143:15,17
**break** 5:20 92:22
  160:3,4,5,7
**breaking** 155:12,21
  156:18,20 159:18
  159:24 160:6,11
  160:13,19,21
  161:8,18,21
  169:22
**breaks** 160:23
**bridges** 1:9 40:17
  50:21
**bring** 8:5
**brittle** 82:21 83:19
**brittleness** 98:7
**broad** 82:15
**broadly** 9:19,22
  56:22 58:7 63:3
  66:6 67:2
**broke** 161:12
**broken** 48:2 161:3
**brought** 7:11
**buckley** 137:1
**building** 131:13
**builds** 122:15
**burkley** 149:13
  152:12 153:22
  155:9 161:14
  169:20
**butler** 4:11
**butlersnow** 4:13

**C**
**c** 4:2 28:12,13
  97:15,17,23 171:1
  171:1
**calcium** 86:10
**calibration** 153:17
**call** 60:12 61:13
  70:20

**called** 6:8 70:14,18
118:5 123:13
**calling** 59:20
**calls** 60:18
**cant** 13:20 16:8
23:24 60:12 79:11
82:15 86:22 102:1
107:20 109:2
121:20 125:5,8
133:20 138:17
139:3 141:20
144:18 147:18
148:8 149:16
154:16 156:8,10
157:16 158:7,21
158:22,23,24
159:5,6 162:13,23
163:1 168:24
169:5
**cap** 113:9,13,18,22
**carbon** 137:10
142:3 144:7,22
145:1
**carbonyl** 80:14
101:14,16,19,21
103:5,12 145:17
145:18 146:10
164:20
**carboxylic** 145:18
146:5,20,22 147:8
165:11
**cardcarrying** 61:20
**career** 104:14
126:9
**careful** 101:8
**carefully** 152:16
158:13 172:4
**carey** 1:11 50:21
**carrie** 3:7
**carried** 73:6 110:8
110:18 120:20
**carry** 124:3
**carrying** 151:17
**case** 7:21 13:19
42:2 47:2 62:21
87:19 128:22

129:3 135:1 147:9
156:2
**cases** 1:5 7:7 54:2
**casing** 134:18
**catalysts** 108:19
**cathy** 3:17
**caught** 12:16
**cause** 36:23 37:12
37:19,21 53:20
54:6 68:12 83:19
91:7,16 109:24
110:5 119:16
122:7
**caused** 53:15 55:16
64:22 122:9
**causes** 54:10,13
67:14,21,23 122:5
147:1,3
**causing** 55:21
**cautioned** 58:6
67:1
**cautions** 119:15
**cell** 32:16
**cement** 54:15 93:13
**cements** 95:7
**center** 29:6,7
**centimeter** 102:8
**centimeters** 102:15
102:23 123:19,24
124:5
**central** 29:5
**certain** 31:18 72:1
88:7 115:3 132:3
139:9
**certainly** 14:7
21:20 25:1,15,18
27:14 29:11 42:9
49:13 54:11 63:4
64:20 68:21 70:9
70:20 76:2,24
78:22 82:6 89:13
90:17 102:18
104:19 108:7
109:20 118:16
122:11 125:20
**certainty** 13:20

16:8 73:8,13 74:3
90:20 125:6,18
141:21 166:9,13
166:24
**certification**
171:20
**certified** 1:19 171:4
**certify** 171:5,13
**certifying** 171:23
**chad** 4:10,13 6:15
**chain** 79:16 80:10
80:12,22 81:2,2
98:5 101:13,13,15
101:16,18 144:24
**chains** 48:2
**change** 48:22 78:7
78:11 85:21 93:4
114:23 121:6
149:1 151:4
153:17 173:4
**changed** 138:23
156:18
**changes** 14:17
47:24 48:1,4,4
49:5,7 78:17,18
79:13,14 80:20
85:14,14 120:23
121:1 174:7
**changing** 151:6
**characterization**
10:2 24:23 33:7
44:2,15 53:6
56:23
**characterize** 76:9
104:10
**characterized** 32:5
35:7 131:1
**charge** 9:2 163:19
164:4,10
**charged** 163:5,8,10
165:19,22
**charlene** 3:1
**charleston** 1:2
**chemical** 31:2,6,15
47:24 49:6 51:20
75:6 76:6 78:7,13

78:18 79:13,14
100:11,18 129:22
134:2 135:7,10
165:6,7,8 166:16
166:20
**chemically** 29:19
30:2,10,10,13,15
30:16 31:10
113:24 134:23
135:4 136:19
**chemist** 53:5
168:14
**chemistry** 53:6
56:22 130:8
143:12 164:24
**choice** 72:8,11 74:1
**choose** 8:5 137:16
**chromatography**
48:15
**chronic** 49:22
128:23 129:3
**cite** 58:21 60:14
120:13 123:2
133:1 143:15
**civil** 1:8,10,12 2:2,4
2:6,8,10,11,13,15
2:16,18,20,22 3:1
3:3,5,6,8,10,11,13
3:14,16,18,20,22
**clarification** 169:8
169:10
**claritys** 60:22
**class** 127:5
**classify** 104:18
**clave** 46:20 47:2
66:5,8 125:2
**claves** 125:2
**clean** 39:1 137:9
138:3,6,7 140:18
140:19
**cleaned** 38:5,14,21
124:10 131:15,23
136:23 137:19
**cleaning** 38:17,18
38:23 39:4 121:12
121:14 124:3

131:17 136:9,14
136:16,17 137:3
137:11 140:8,13
140:16,21,24
142:1
**clear** 37:17 48:24
140:11 146:17
151:19
**clearly** 151:24
**cleavage** 80:9,12
144:24
**cleave** 79:16
**cleaved** 80:22 81:3
**clinical** 20:16,19,22
20:24 53:15 54:6
54:10,13 58:22
59:2,6,19 60:9,15
60:19 106:3
**clinician** 52:23
**close** 147:11
**closed** 116:9
**closely** 100:16
**clumsy** 95:20
**coatings** 10:3
**cole** 1:11 50:21
**coleman** 2:1
**colleagues** 18:8
**collective** 18:24
**collier** 1:17
**colony** 4:11
**color** 165:1,3
166:18 167:5
**com** 1:24 4:4,8,13
**combination** 96:20
112:8
**combined** 96:20
**come** 119:14
**comes** 64:1 88:16
105:2 140:2
**coming** 151:24
**commencing** 1:18
**comment** 158:22
**commercial** 93:18
93:19
**commercially**
96:11

**commission** 174:20
**commit** 70:3
**committing** 69:22
**common** 44:21
   53:24 89:7
**commonly** 151:21
**communicating**
   24:9,11
**companies** 25:1
   50:11
**company** 17:10,14
**compare** 108:4
   124:14,16
**compared** 31:2,4
   73:9,14 76:4
   151:1
**comparing** 167:11
**comparison** 124:19
   151:11
**compatible** 59:22
**complaining** 53:22
**complaints** 40:19
**complete** 12:10,12
   140:14 171:14
**completely** 77:21
   78:1,4 138:7
   140:17
**compliance** 81:6,14
   98:6
**complicated** 83:21
   86:12
**component** 31:8
**composite** 67:17
**composition** 31:2,6
   31:16 75:6 77:1,5
**compound** 144:3
   164:5 165:15,18
**compounds** 143:24
**comprised** 76:1
**computations**
   149:21
**concentration**
   86:16,20 89:21
   106:23 107:14
   108:12,13,20
   109:14 119:10,20

120:6,7 167:14
**concerned** 119:21
**concerning** 21:18
**concert** 68:4
**conclude** 66:8,12
**concluded** 67:9,10
   170:7
**concludes** 66:17
**conclusion** 52:14
   100:17 111:23
   153:23 157:15
**conclusions** 100:10
   151:10 159:1,6
   162:14
**condemn** 63:2,6,21
   132:17
**conditions** 89:18
   108:15 109:20
   110:14,15 117:1
   120:20
**conductivity** 139:8
**confidentiality**
   18:12
**confirm** 85:16,21
   92:7 104:22 140:8
   140:14,17
**confirmed** 34:22
**confirms** 102:14,22
**confused** 169:18
**connected** 139:8
**consequence** 78:16
   78:17
**consequences** 48:7
**consider** 65:4
   107:24 116:22
   117:4 120:15
   134:2 150:17
   154:22 155:15
**considerable** 19:18
**considered** 155:17
**consist** 23:21
**consistent** 154:23
   155:4
**consists** 77:2
**consultant** 61:14
**consumed** 147:15

147:19,23
**contact** 114:9
**contacted** 11:2,8
**contacts** 122:15
**contain** 13:18
   29:24 146:10
**contained** 14:5
   27:4 28:18 141:24
   168:19,20
**contains** 87:1
   105:12 145:3
**contaminant**
   126:22,23
**context** 162:13
**continually** 15:11
**continue** 112:4
**continued** 1:13
   2:23
**continues** 160:7
**continuing** 123:1
**control** 171:22
**controls** 55:23
   153:18
**conventional**
   112:17
**convinced** 169:2
**copolymers** 32:4
**copy** 12:7 14:13
   129:16
**core** 50:24 112:13
**correct** 7:5,6,9 8:18
   8:19 9:4,6 10:7
   12:8 13:1,16,17
   14:14,15 15:18,19
   19:21 21:9,10,19
   22:20 27:6 29:16
   29:20 30:3,13,17
   31:3,4 32:23
   38:23 39:4,5,14
   39:15 41:17 42:15
   42:16,18,19,23
   43:3,4,6,7,9,10,12
   43:15 44:9,19,24
   46:18 47:14 48:12
   49:2,18 50:3 56:4
   58:1 60:16 63:18

64:5 72:9,14 75:7
   75:13 76:16 78:9
   79:4,11,19,24
   80:12,15,16,19,23
   82:23 83:8,12
   87:12,19 88:4
   89:5 90:4,16
   91:19,22,24 92:3
   94:9 95:1,2 97:4
   100:5 101:14,19
   101:23 102:5
   104:3,6 107:17
   108:14 113:6,14
   116:15 117:12
   120:10 121:6,7
   124:6,18 126:5,19
   126:20 133:2
   135:18 136:6
   137:12,15,22,23
   138:8 142:21,22
   142:24 143:15
   144:1 147:19
   148:8,22 150:21
   151:7 154:20
   156:19,23 157:6
   159:19 160:17,23
   161:9,14,24 162:3
   163:6,16,18 164:6
   164:13,18 165:20
   166:18 169:23
   174:5
**corrections** 172:5,7
   174:7
**correctly** 95:10
   111:13 128:1
   129:1 151:13
**costello** 46:7,10,16
   46:17 47:12 66:16
   98:22 99:3 102:19
   102:22 103:2,3,8
   130:19
**couldnt** 58:21
   136:18
**counsel** 6:15 19:11
**country** 168:2
**couple** 12:16 14:23

78:11 99:11
   131:15
**course** 126:9 140:6
   150:7
**court** 1:1 6:2,7
   56:11 158:2
   172:16
**cr** 130:21
**cracking** 46:6
   64:22 100:22
   111:12 116:10
   131:4 148:2,4,6
**cracks** 68:14,16,19
   68:21 69:5 111:17
   113:23
**create** 134:17
**creates** 68:5
**creating** 94:6
   135:22
**creep** 43:8
**criticisms** 69:15
**crossexamined**
   57:24
**crosslink** 134:14
**crr** 171:18
**crystalline** 127:3
**crystallinity** 83:17
**crystals** 67:18
**culture** 32:16
**current** 150:24
   151:11
**currently** 15:9
**curve** 81:23 159:16
   162:2,4
**cut** 34:5
**cv** 14:13,16 16:23
   94:14 163:4
**cycle** 137:11
**cyclohexane**
   126:18

---
**D**
---
**d** 5:2,9 29:6 127:22
**damaged** 100:24
   101:2,6,10 142:2
**data** 56:4 73:16

75:2 85:10,13,18
90:4 92:7 98:10
98:14,18 99:3,4,6
100:10,17,20,21
127:7 128:7,10
149:6 152:8,11
153:20,24 155:16
155:18,19 156:4
157:14 158:8,17
158:20,24 159:6
159:21 160:8
161:8,13 162:19
162:22 170:1
**date** 1:18 26:12
152:4 172:10
174:13
**dated** 5:15
**dawna** 2:16
**day** 59:1 61:19,20
104:19,19 174:19
**days** 172:14
**deborah** 2:21
**deceased** 2:5
**december** 8:14
64:4
**decision** 154:1
**decomposition**
129:5
**deconvolute** 147:12
**decrease** 78:14
81:11,12,16 82:23
83:8,9,11,13,14
169:22
**decreased** 155:24
156:19 157:5
**decreases** 81:11,15
**deemed** 172:16
**defective** 36:24
37:13,20,23
**defendants** 4:13
6:9
**define** 78:6
**defined** 79:13
**definitely** 160:18
**degradation** 5:17
32:20 33:22 37:5

37:7 42:22 44:6
46:1 48:2,6,7,13
48:17,22 49:1,3
50:8,24 51:5,8,15
51:19,23,24 52:3
53:3,11,14,18
54:6,10,16 55:17
55:18,20,21 58:13
58:22 59:3,6,19
60:10,16,20 62:2
62:3,8,10,11,18
63:12 68:3 71:11
73:2,11 75:19
78:6,6,11,14,20
78:21,22,24 79:4
79:6,10,12,13,18
79:20,21,23 80:11
80:13,18 81:13,17
82:12 84:5 86:1
88:6 89:15 91:17
96:17,23 97:6
98:2 99:8 105:7
105:16 113:12
114:2,7,14,16,22
115:2,6,17 116:8
119:4,12 120:1,4
122:6,7,9 125:16
129:11,23 132:19
132:21,22 146:9
146:23 151:12
152:13,21,22,24
154:15,19
**degrade** 33:16 97:7
**degraded** 35:12,14
49:11,15,18 53:19
83:24 115:12
155:20
**degrades** 33:14,19
34:2,8,15 37:15
47:21 48:12 82:20
82:23 156:6
**degrading** 47:23
63:11 67:2
**degree** 73:7,13 74:3
83:17 90:20 125:5
125:18 141:21

166:8,13,23
**degrees** 28:12,13
97:12,15,17,23
**deionization** 139:9
**deionized** 139:5
**delaware** 29:6
**delay** 88:3
**delicate** 68:10
**delivery** 23:11 95:8
**denied** 62:23
**dennis** 2:5
**density** 77:16
**dental** 95:7
**depend** 13:21 82:14
135:13
**depending** 117:18
**depends** 80:20
108:15 110:14
**deplete** 124:13
**depleted** 87:5 89:11
89:17 90:1,7 91:3
92:20
**depletion** 89:14
90:2 91:8,16
**depo** 7:22
**deponent** 174:1
**deposed** 9:8 17:8
64:4,8
**deposing** 172:13
**deposition** 1:17
5:12 7:3,5,15 12:7
39:7 64:3,16
65:14 109:9
129:16 159:15
170:7 171:6,13
172:4,10,14,15
**deps** 1:24
**derived** 151:9
152:15
**deriving** 151:20
**describe** 165:8
**describes** 21:21
53:16
**description** 5:11
**design** 56:16,18
57:7 77:19

**designated** 7:8 22:9
39:9 54:3
**designed** 20:18,21
21:6 32:22 65:2,3
65:7,11 67:24
76:15 116:1
118:18 127:12
**designing** 57:8
**destefanoraston**
2:3
**detail** 139:3
**detailed** 134:9
**details** 151:16
152:3,6 156:13,15
**detect** 121:7
**detected** 78:12,14
144:5
**detects** 132:2
**determination**
49:10
**determinations**
44:16
**determine** 33:10,13
33:15,19 34:2,3,8
34:15 36:24 37:12
37:19,22 44:20
47:23 75:11,21
87:1,4 90:6 108:1
109:13 139:10,13
139:19 143:23
144:15
**determining** 47:20
55:16
**developed** 93:9
95:16,18 127:12
**developing** 26:21
38:18
**development** 95:6
95:12
**deviate** 112:16
**device** 17:10,14
23:11 74:8 78:3
**devices** 24:8,9,14
27:15,18
**didnt** 11:18 15:20
20:15 25:19 60:14

62:2 87:7,9,10,18
87:20 90:10 101:5
103:24 111:7,17
121:12 122:19,22
124:14 129:6
130:15 133:7
137:24 138:17
142:8,11 147:11
162:5 169:9
**difference** 29:15
74:6 76:13 117:20
**differences** 27:21
150:21
**different** 29:19
30:3,10,13,15,16
30:20,20,22 31:2
31:12 39:10 61:4
71:6,7 75:6 78:13
80:4 102:10
112:20 113:24
116:12 117:16,17
117:23 132:24
146:23 148:11,13
149:24 150:1
**differently** 71:8
148:12
**difficult** 83:21
112:17 145:23
146:2 152:17
**dilauryl** 86:14
**dimensions** 26:14
**diminished** 98:6,18
99:5
**diminishes** 169:17
**dina** 2:3
**direct** 5:6 6:11 48:5
49:7,14,24 55:20
90:2 171:22
**directly** 126:12
**disagree** 70:13,17
70:22
**discuss** 115:20
125:10 126:14
127:7 130:15
136:9 143:20
**discussed** 15:18

Jimmy W. Mays, Ph.D.

18:5 101:13 155:5
168:18
**discusses** 98:5
**discussing** 109:17
150:24
**discussion** 145:13
**disease** 26:24
**dispute** 64:13
151:15 152:12
165:15
**disregard** 49:9
**distilled** 138:21
**distinguish** 145:16
145:22,24 146:4,7
146:14,19 147:7
**distributions** 30:22
**district** 1:1,1,6
**division** 1:2
**dixon** 2:5,5
**dltdp** 91:24 105:1
115:20,24 118:1,6
118:18 119:4,10
119:14,20 123:8
123:12,15,19
124:6,9
**doctor** 9:5 10:6
12:6,18 14:4 15:9
15:17 16:6,16,22
17:8,16,20 18:12
19:5 20:3,18 22:8
22:24 23:13 24:1
24:3,7,13,19 25:3
25:7,10 26:4,17
26:20 27:4,8
28:18 29:15 30:8
31:1 32:21 33:9
33:17,23 34:13,18
34:21 35:2,11,15
35:18 36:8 37:10
37:18 38:2,5 39:3
39:6 40:14,17,21
42:4,12,20 43:13
43:20 44:8,22
45:2 47:16 48:9
49:8,21 50:5,15
51:2,13,21 52:2

52:23 53:7,8,13
54:5,9,12,17,21
55:3,8,22 56:1,10
56:13 57:10,16
58:3,16,20 59:1,5
59:18 60:8 61:7
61:16 62:1,15,24
64:3,16 65:6,10
65:14 66:1,15,23
67:9,13 68:13
69:6,15,18,20,20
69:24 70:7,13
71:2,14,18 72:4
72:16 73:1,5,17
74:8,18,24 76:7
76:14,18 77:20,23
78:3,19 79:3,18
81:19 83:22 85:7
85:15,20 86:2,16
86:24 87:3,21
88:9 89:4,10,16
89:23 90:5,10
91:10 92:5,15
93:3 94:24 95:3
95:12,22 96:9,14
97:2,8,13,21 98:4
98:17 99:2,9,24
100:2,9,15,23
101:21 102:13
103:5,11,20,23
104:16,21 105:4
105:10,15,21
106:7,11,19 107:3
107:9,23 108:3,7
108:24 109:3,9,17
109:23 111:15
112:10,19 113:8
113:13,16,21
114:3,16 115:11
115:18 116:4
118:21 119:3,9
120:22 121:20
122:2,8 123:7
124:20 125:9,17
126:13 127:6,23
128:21 129:7,9,20

130:9,13 131:3,9
131:12 132:8
133:1,12,22 134:2
134:7,11,16,22
135:7,16,17 136:8
137:2,6,11 138:3
138:9 139:16
140:3,7,10,13,16
140:24 141:3,20
142:4 143:8,20
145:6 147:14,21
148:14,20 149:5
149:18 150:9
151:5,15 152:10
153:4,8,14,21
154:6,14,18,23
155:9,12,16 156:4
156:11,17 157:1,8
157:12 158:4,7,23
159:14,22 161:4
161:16 162:7,15
162:18 163:4
164:24 166:12
167:7 168:24
169:3
**doctors** 18:3 39:22
57:12 58:3,9,16
66:23 67:4 70:2
70:13,17
**document** 1:5 7:3
13:10 86:8 99:9
100:1 111:2,6
114:4 148:16,20
148:21 152:14
**documentation**
28:15,22 65:19
**documented** 159:3
**documents** 7:11,13
7:21 8:4,5,6 13:1
14:4 18:13 19:12
20:3 47:5 85:11
99:12 102:18
103:9,10 105:19
149:4
**doesnt** 117:3
123:15 145:4

163:19 164:15
**dog** 5:19 148:15
149:8,13,13
150:11 151:1,1
155:10 158:9
159:1,6 161:9,14
162:19 169:20
**doing** 19:5 31:24
44:16 91:9 172:9
**dont** 10:3 15:6
16:11,20 18:17
19:8 23:23 26:13
26:22 33:8 34:5
35:9 40:7,16,20
41:3,4,7 44:15
45:19 47:1,22
53:4 54:4 59:20
61:19 63:2,2 64:1
65:8,11 69:7 70:5
71:17 72:3 74:23
81:19 83:2,5
84:19,23 90:14
91:13 93:21,23
96:6 98:10 101:4
106:13 107:18
116:21 118:24
119:5 120:11
121:14 122:24
123:9 124:19
132:16 134:15,24
135:1,5 149:9
151:23,24 153:1,3
153:6,19,20,23,24
157:18,19 158:15
158:20 162:21
163:12 165:16
166:11,15,19
167:10 169:13,24
170:3
**double** 164:21,23
**doubled** 162:5
**doug** 4:4
**douglas** 4:2
**dr** 6:17 83:1 131:19
137:1 152:12
153:22 168:6

**draft** 13:4,13
**drafting** 13:6,11
**drake** 2:7
**draw** 135:7,10
157:14 162:13
**drawing** 100:10,17
**dried** 142:23 143:1
143:3,5,7
**drive** 4:7
**drug** 95:8
**dry** 142:21
**dsc** 42:17
**due** 84:9
**duly** 6:9 171:6,8
**duplicate** 112:18
**duplicated** 112:13
**durability** 36:9
74:19
**dye** 164:14 165:5
165:10 166:17

### E

**e** 2:7 5:2,9,9 115:24
171:1,1 173:2
**earlier** 29:3 33:5
35:6 42:21 44:14
47:17 55:19 75:17
83:6 85:23 116:8
127:11 148:11
**early** 8:14 32:6
44:5 57:23 78:24
**easier** 94:20,22
**easy** 101:24 104:2,4
**editorial** 56:7
**eds** 42:18 55:13
132:2,2 137:9
138:5 140:20
143:20,23 144:5
144:10,12,13,15
**education** 167:20
**effect** 58:22 59:2,6
59:19 60:9,15,19
87:21,23 114:13
125:24 134:7
**effective** 63:1 64:18
69:13 76:19,23

**effects** 53:14 119:2
**efforts** 152:2,5
  156:14
**either** 120:11
**electron** 117:3,9,11
**electronic** 8:3,7
**element** 144:16
**elements** 132:3
  143:23 144:17
**elizabeth** 3:19
**elongate** 160:8
**elongation** 5:21
  43:6 124:15,16
  155:23 156:21
  159:19 160:1,4,5
  160:11,15,15,17
  161:8,11,17,24
  169:23
**embrittled** 81:18
  82:20
**embrittlement**
  35:19
**encounter** 85:5
**encountered** 30:4
  126:8
**engagement** 11:17
**engineering** 95:8
**environment**
  112:18 113:5
**enzyme** 137:22,24
**enzymes** 106:17,20
  108:1,19 109:21
  109:21 112:3
**eosin** 166:13
**epidemiological**
  128:22 129:2
**equipment** 103:23
**errata** 172:6,9,13
  174:8
**error** 155:22
**errors** 12:15
**esquire** 4:2,6,10
**essential** 59:14
**essentially** 30:5
**establish** 162:21
**established** 48:14

48:17 49:1
**estate** 2:5
**et** 1:7,7,9,11,11 2:1
  2:1,3,3,6,7,8,9,11
  2:12,13,14,16,17
  2:18,19,20,21,22
  3:1,2,4,4,6,7,9,9
  3:11,12,14,15,16
  3:17,19,21,21
  5:17 46:2,7
**eth** 5:16,16 99:22
  149:19 156:5
**ethical** 40:9
**ethicon** 1:3,7,9,11
  2:1,3,6,8,9,11,13
  2:14,16,18,20,22
  3:1,2,4,6,7,9,11
  3:12,14,16,17,19
  3:21 6:16 8:12
  10:12 11:2 14:1
  18:14 19:1,6 20:4
  20:13 28:1 33:21
  37:4 44:4 46:24
  47:5 50:2 52:11
  52:22 59:24 61:14
  65:24 69:6,12
  70:6 85:11 88:5
  98:1 99:10 101:7
  102:19 103:8
  105:19 106:1
  110:7,15 120:11
  130:17,21 131:21
  137:1
**ethicons** 65:18
  69:16 87:24 97:19
  99:6 101:9 119:19
  148:14
**evaluate** 158:16
  170:1
**evaluating** 48:9
**evaluation** 47:19
**eventually** 56:4
**evidence** 41:17
  44:6 46:5 47:4
  49:21,24 55:20
  85:15,20 92:5

100:22 101:11
  103:7 123:9
  134:19,20,24
**exact** 26:12 28:10
  29:13,22 30:2
  66:22 86:23 89:20
  90:4 92:21 106:13
  106:16,18 107:18
  110:14 120:7
  141:7 147:20
  161:13
**exactly** 12:21 62:19
  146:12 162:22
  169:20
**examination** 5:6
  6:11 112:6
**examine** 101:4
**examined** 32:19
  51:6,10 132:1
**example** 23:19
  24:22 68:13,18
  74:14 115:14
**exceptions** 131:5
**excluded** 56:3
**excuse** 86:19
**exhibit** 6:22 7:2,15
  7:16 8:6 12:3,7
  18:24 27:5 39:6
  93:6 110:23 111:2
  129:12,15 148:19
  159:11,14 161:17
  168:24 169:4
**exist** 40:6 41:15
**expect** 108:7,14
  114:21 115:1,11
**experience** 16:23
  17:1 24:22 39:3
  44:1 71:4,5,20,24
  152:19
**experienced** 49:22
  104:9
**experiment** 97:24
  110:19
**experiments** 17:4,6
  37:24 105:20
  120:8,9

**expert** 5:14 7:8 9:5
  9:9 12:8 13:15
  19:16,20,23 20:1
  20:9 28:23 29:9
  29:14 54:3 56:16
  56:18,19 57:6
  61:17,20 62:22
  70:23 91:6,11
  93:6 104:8,12,17
  104:18 124:20
  125:9 127:6 146:3
  146:18 147:6
  163:8 168:19,20
**expertise** 9:16
  19:18 168:13
**experts** 152:18
**expires** 174:20
**explain** 53:14 113:8
  113:21 162:18
  169:1,3
**explanation** 153:21
**explant** 21:12,23
  22:3,6 35:12,14
  41:9 51:3,4,11
  83:4
**explanted** 32:19
  35:5 37:5 41:7
  46:4 99:15 100:3
  100:5,6 130:20
  131:1,20 136:9,23
  143:11 153:19
**explants** 15:21
  21:14 38:11 39:24
  40:3 41:13,15,19
  41:22 42:14,18
  43:2 46:21 51:6
  55:6,9 56:11
  85:16,19,21 87:10
  92:7 112:6 133:16
  133:18,22 137:20
  142:5,7 151:11
**explicit** 46:22
**explicitly** 16:12,21
  44:16 54:14 66:14
  67:6 123:10 137:8
**explored** 37:14

**expose** 116:24
**exposed** 14:10
  107:23 108:16
  111:16
**exposure** 128:24
  129:4
**extend** 63:20
**extensive** 37:3,6
**extensively** 138:9
**extent** 51:6
**extracts** 91:21,24
  126:18
**extruded** 28:6 89:1
  89:3
**extruder** 84:13
**extrusion** 28:10
  88:12,15 117:22
**eye** 45:23 122:3,9
  122:12,14
**eyes** 35:14,15,17,18
  35:21 36:5 103:18

---
**F**

**f** 171:1
**fact** 36:8 52:22
  82:1 92:2 96:9
  98:12 101:9,21
  102:4 104:2,5
  111:6,15,20 112:4
  116:5 118:14
  119:13,14 121:8
  122:15 123:14
  130:13 132:13
  134:20 135:20
  142:10 143:3,17
  144:2,9 151:10
  156:21 160:10
  162:5
**factor** 49:13
**fail** 50:23 172:15
**failed** 51:4
**failure** 50:6,16 71:4
  71:5,15,20 160:13
**fair** 42:13 76:6
  90:15 163:9
**fairness** 153:4

Jimmy W. Mays, Ph.D.

**faith** 158:5,7,9
**fall** 11:4,6 25:24
  57:23
**familiar** 42:2 91:18
  134:10 141:7,13
  161:15 165:12,14
**family** 17:24
**far** 7:10,20 20:14
  24:17 65:19
  119:20 152:11
**fatigue** 43:9
**fatty** 126:18,21,24
**fax** 1:23
**fda** 69:13
**fdirs** 43:14
**features** 112:16
**federal** 56:2
**feet** 45:15
**female** 20:1
**fiber** 91:15 99:15
  100:3,5,6,23
  101:4,5,9 120:18
  120:23 121:2,3,5
  121:8 132:5
  134:18 142:3
  143:4,6 148:2
**fibers** 28:6,7 29:2,7
  29:8,12 88:22,24
  89:2 100:22
  111:12 121:12
  131:5 138:4
  140:18,19 141:22
**figure** 148:1 157:23
  158:3
**file** 1:3 5:13 7:14
  8:3,7 42:3
**find** 59:12 74:12
  136:18 137:4
  140:22 144:10,11
  144:12 152:2,5
  156:14
**fine** 63:4 68:7
  69:17 70:21
**fingers** 13:8
**finish** 112:11
**fire** 45:15

**firm** 4:2 47:4
  157:14
**first** 6:9 8:17 11:2
  15:17 25:13,20
  42:2 113:2 114:13
  122:4 123:15
  132:8 141:4,11,16
  162:18
**fishing** 68:8,9,10
  68:13,14,18,20,23
  69:3 162:15
**fisk** 2:9
**five** 16:11 29:3
  129:17
**fix** 141:9
**fixation** 136:2
**fixes** 135:18 136:4
**flesh** 60:4
**flexible** 67:24
  116:13
**floor** 69:21 72:6,19
  76:20,23 118:23
**florida** 1:18,19
  171:4
**fluoride** 56:21 72:8
  72:14
**focus** 17:17 32:1
  113:2
**focuses** 96:15
**folder** 7:14
**follow** 123:22
  158:14
**followed** 136:12
  138:9
**following** 1:5
  128:17
**follows** 6:10
**force** 27:8 68:6
  160:14
**foregoing** 171:20
  174:4
**foreign** 61:18,22
  92:10 95:22,24
  96:1 108:18
**forget** 86:12
**forgot** 47:16

**forgotten** 127:12
**form** 16:1 60:21
  70:15,19 117:1,5
  134:14,23 135:4
  174:8
**formaldehyde**
  134:11,22 135:3
  135:11,17,20
  136:1,4 141:8,12
**formaldehydepr...**
  143:5 144:2
**formalin** 41:13
  91:19,21,24 92:2
  133:13,19,24
  134:3,7,9,12,13
  134:17 141:9
  143:11
**formation** 101:16
  118:18 131:4
  134:3 141:4,12,17
**formed** 117:21,21
  117:24 141:8
  147:9
**formulation** 23:5
  30:11,24 101:19
**formulations** 33:16
**forth** 171:11
**found** 65:15 83:3
  109:1,10,13 137:9
  144:13 152:12
  153:22 161:13
**fpr** 171:18
**free** 2:11 92:14
  116:18,20 117:1,7
  117:9,14,14,15,16
  117:20 118:1,7,9
  118:12,15,18
**ireland** 167:22
**friction** 68:6
**friends** 17:24
**ftir** 42:17 80:14
  101:23 102:5
  103:11,20,24
  104:8,12,17,22,24
  122:19,22 123:23
  124:4 131:16,22

  140:19 145:7
  146:8
**ftirs** 139:16,17,22
  140:7,13,15,16
**full** 13:12 122:12
  126:13 171:13
**function** 65:4
  132:24
**functional** 101:22
  105:1 135:14
  165:10
**fundamentally**
  50:13 51:18
**further** 170:3
  171:13

---

**G**

**gained** 62:21
**gajanan** 131:19
  136:22
**game** 16:9 25:16
**gathered** 103:8
**gel** 48:14
**general** 62:11
  102:11 105:3
  119:11 145:20
  154:18,21
**generally** 81:11
  83:13 131:5
**generate** 116:19
**generated** 103:14
  108:18,22 112:2
**generates** 92:10
**generic** 169:16
**generically** 48:21
**gentleman** 131:20
**gentlemen** 97:3
**geometry** 29:13
  57:8
**georgia** 29:7
**georgilakis** 2:12
**getting** 151:22
**gist** 13:21
**give** 6:4 22:10
  24:10 62:8 74:24
  94:6 107:20,21

  169:10
**given** 9:14 16:16
  93:4 171:14 174:6
**gives** 67:18 146:9
  146:21 158:24
  159:5
**giving** 6:19
**glass** 121:9 133:13
  133:23
**go** 12:20 15:3 22:14
  23:22 25:10 37:6
  61:11 66:5 74:11
  74:14 86:22 94:14
  99:21 106:4 107:2
  110:7 121:11
  122:23 128:13
  140:3 147:24
  149:5
**goes** 24:18
**going** 37:9 44:4
  45:14 47:6 56:24
  60:21 65:4 67:19
  67:20 80:8 82:16
  84:14 101:12
  108:8 112:10
  129:21 146:16
  148:9 158:3
  168:24
**gold** 70:7,11,14,18
  70:20 72:4
**golkow** 1:23,24
**good** 6:13,14 16:24
  55:23 81:24 92:2
  98:14,14 101:7
  140:21 148:7
  150:5 168:4,14
**goodwin** 1:5
**gotcha** 150:4
**gpc** 42:18 44:18
  55:12,18 85:10
  151:7,23 152:16
  152:17 153:17
**grabowski** 2:14
**graduate** 29:4 32:5
**grants** 21:3
**great** 82:3

**greater** 162:3,4
**green** 4:3
**group** 76:13 105:1
164:15,15 165:10
165:11 166:6
**groups** 78:13
101:22 135:14
**grow** 68:2
**grows** 68:2
**guarantee** 75:1
**guess** 45:21 72:3
107:21,22 131:20
**guessing** 107:16
**guy** 118:7
**gynecare** 22:19
**gynemesh** 22:18

**H**

**h** 5:9
**h2o2** 113:7 116:23
117:5
**half** 67:17 122:3
**hallmark** 55:23
**hand** 6:2 8:9 12:6
24:20 25:5 49:12
129:15 148:19
170:2
**handed** 7:2
**handing** 7:13
159:14
**hands** 24:16 51:7
88:8
**handson** 15:20
25:7
**hankins** 2:16
**happen** 108:14
125:23 152:17
**happening** 48:3
51:1 68:12 89:21
134:24
**happens** 53:16
**hard** 107:20 134:18
135:21 136:6
144:12 146:11
**hardest** 144:9
**harm** 53:15 54:6,10

**54**:13
**hasnt** 161:3
**hate** 115:9
**havent** 16:8 35:13
38:21,22 47:4
53:1 76:5 88:8
93:15,17,18
109:15 126:9
137:8 152:7
**hazards** 128:23
129:4
**head** 86:23
**heals** 65:1 116:9
**health** 128:23
129:4
**heard** 25:13,15,18
25:20 70:9,10
83:2 135:19 141:4
141:11,17
**heart** 50:9
**heat** 96:20,21 97:6
116:24
**heating** 84:13
117:22
**held** 1:17 24:16,19
25:4
**helpful** 19:13
**hematoxylin**
165:12,13,14,18
166:9
**hercules** 16:10 29:2
29:5,6 32:2
121:19
**hernia** 63:23 65:10
66:24 67:3,5
71:12,19 130:20
132:10,14,22
**hes** 168:14
**high** 83:17 97:10
97:11 108:11,13
152:17
**highland** 4:11
**highly** 108:21
112:15
**hip** 94:3,6
**hires** 101:7

**histology** 42:5,7
135:22
**history** 69:7
**hold** 29:9 45:15
104:12 116:9
158:2 167:4
**holding** 19:20
**hooper** 2:17
**horribly** 40:13
**hour** 9:3,3
**hours** 8:10,18,21
8:23 12:18,22,24
12:24 13:1 45:15
137:14,16
**house** 18:18
**houston** 4:7
**howard** 83:1
**human** 32:15,18
45:23 51:1 52:6
58:13 63:1,6,22
64:19 65:17 66:4
66:9,13,19 67:10
67:14,22 73:3,11
75:19 92:9 96:3,7
96:12 97:9 108:16
119:12 132:20
**hurt** 68:11
**hutchinson** 4:10,13
5:6 6:12,15 7:1,18
12:5 45:18 57:3,5
61:1,3,6 92:22
93:1,2 94:23
111:1 114:5
129:14 148:18
150:5,8 159:13
170:3,6
**hybrid** 76:7,9
**hydrogen** 108:5,9
108:11,17 109:13
109:24 110:5,12
110:15 111:10,16
111:23,24 112:1
112:19,20,23
113:2,4,4,5,9,21
114:2 116:22
122:8 166:21

**hydrophobic**
163:22 166:6,6,7
**hypochlorite**
137:21
**hypochlorous**
108:22 109:1,4,10

**I**

**id** 15:3 23:22 35:17
42:9 61:11 73:16
74:13 99:11,17,20
106:4 121:15
153:17 154:22
156:13 158:6
**idea** 26:4 27:11,13
57:17 58:12 63:17
107:19 108:24
156:1
**ideal** 65:20
**identical** 31:6,10
**identification** 6:23
7:17 12:4 110:24
129:13 148:17
159:12
**identify** 50:5,15
51:13,21 55:21
**ignorant** 61:23
**ill** 12:6 16:18 39:9
129:15 135:24
136:21 160:15
**im** 6:15 9:17 12:11
15:11 17:12 19:7
20:9 21:22 22:19
22:21 24:9 29:1
29:11,14 34:5,6
34:13,22 37:16
39:2 45:10,10
46:14 47:7 50:19
51:16 52:24 53:4
53:5,7 56:13,18
56:19,22 57:6,9
60:21 61:3,9,20
61:23,23,23 65:21
66:21 67:19 70:23
72:3 73:19,23,23
80:8,17 81:8

83:20 84:10 89:16
89:21 90:4 94:11
96:7 99:2 104:9
104:13 105:14
106:2 107:22
108:6 109:6 110:3
112:10 114:5
123:22 128:19
130:8,9,22,22
133:3 134:10
135:2,12 139:16
141:7,13 143:8
145:4 146:24
147:23 150:10
154:9,10 155:8
157:10,12 159:9
161:18 165:14
169:2,24
**imel** 5:17 15:17,21
130:3
**imperative** 172:12
**implant** 32:23
39:13 65:3 70:3
71:3,19 76:15
94:6 114:8,17
120:2,4
**implantation** 88:7
131:6,14
**implanted** 27:12,15
27:18,22 41:5
45:23 59:23 65:7
65:11 68:5 75:1
96:2 103:6 122:2
149:2
**implanting** 69:24
**implants** 37:8 44:7
53:19 59:21 65:16
66:3 71:24 98:3
125:12,18,21
**important** 41:16
48:11
**impossible** 146:1
153:16 156:7
**improve** 115:8,9
154:6,9,13 155:6
**improved** 115:3,6

Jimmy W. Mays, Ph.D.

improvement 115:15 169:15
improves 154:15 154:19 169:17
impurity 164:22
inches 7:14
include 7:19 13:24 35:4 43:5,8 91:11 138:17 139:3
included 13:13 14:13 16:23 90:24 91:1,6 138:16 139:1
includes 67:7 95:6 132:18
including 9:23 10:22 33:20 59:24 67:8 73:24 85:24
incompatible 128:3 128:4,5,15,18
incontinence 16:3 26:8 77:24
incorporating 79:2
increase 79:17 81:14 115:2,11 162:16,20 169:2 169:23
increased 131:6,13 156:1,22 169:1,4
increases 82:7,11
increasing 79:1
independent 32:7 32:10
indicate 151:12
indicates 65:19 142:18
indication 51:7 100:7
indications 26:5,6 149:10
individual 26:12,15 26:18 27:6,11,22 28:19 52:1 53:23 148:10,10
individuals 25:1 40:19

induction 87:13
industry 9:20
inert 77:21 78:1,4
information 19:11 62:21 133:21 168:22
infrared 112:5
inherent 51:19
inhouse 33:21 44:4
initial 99:8
initially 11:9 59:23 62:19
initiated 96:22
inside 37:15 51:1 52:6 58:13 61:22 65:5 73:2,11 75:19 91:14 92:9 97:16 98:3 108:16 110:1,2 112:22 119:2,13 120:1 125:16 132:20,24 154:5
inspected 21:11 22:2 39:24
inspecting 21:22
instance 25:4 99:7
instances 140:22 169:11
instructions 172:1
intelligently 163:12
intend 13:19,24 14:1 15:10 168:17
intended 20:17 76:19
intensely 101:22
intent 14:3
interact 141:6
interacting 165:5
interaction 134:9 135:12 165:6
interactions 166:6
interest 163:5
interested 55:16
interests 17:17
internal 37:4 47:5 65:23 85:11 88:5

103:10
intrinsic 151:18
introduced 164:20
introducing 88:18
introduction 78:13 132:9
invasive 40:13
investigating 74:5
investigation 64:18
invoice 8:10
involved 9:19 10:21 20:24 25:23 33:3 33:5 38:8,16,22 39:3
involving 10:22
ionic 163:19 164:4
irritation 129:5
isabel 3:9
island 1:17,18
isnt 60:5 64:22 82:2 144:10 157:2 160:12
iso 136:12,17 137:2 137:18
isotactic 29:22 30:19 31:18 54:24 130:5,7
issue 64:23
issued 94:16
issues 63:10,23 66:10 119:8 168:20
iv 151:18,20
ive 7:2,20,21,23 8:3 8:4 9:12,19,20,20 9:21,22 14:8,9 16:9,19,20 20:9 21:20 24:17 25:15 28:15,22 32:19 33:5,20 35:13 45:13 47:4 54:7 59:4 64:7,20 65:18 70:9 72:7 75:18 83:2 86:8 88:5 103:7 107:18 109:15 126:8

127:11 130:24 132:16 135:19 149:4 152:4

**J**

j 3:15
january 8:15,17,20 19:3
jars 133:13,23
jennifer 3:4,6
jim 4:6
jimmy 1:17 5:4,12 5:14 6:8 171:6,8 174:13
joan 1:18 171:3,18
job 91:9 116:10 118:14,16 140:21
johnson 6:16,16 14:1,2
jongebloed 45:21 46:12 47:12 121:23
jongelboed 46:13
jordi 83:1
joseph 1:5
journal 56:5
jperduejr 4:8
jr 4:6
judge 1:6 56:2
julie 3:21
jury 51:4 97:3

**K**

karyn 2:7
keep 61:10 105:19 138:5
keeps 84:13
kept 169:15
ketone 146:5
ketones 145:18 146:19,21 147:1,8
key 59:10,16
kidd 4:6
kimberly 3:14
kind 21:12 76:16 135:13,14 159:20

kinetic 112:16
klinge 60:18
knees 94:4
knew 25:17 62:12 62:16
knitted 28:19,20
knitting 29:13
know 7:10 12:17 18:17 22:8,16,24 23:23 24:3 26:10 26:14,17,20,23 27:2,8,21,24 28:2 28:3,9,14 29:15 39:12,16,18 40:6 40:8,16,20,21 41:1,4,7,9,12 45:13,16,17 47:1 52:2,12,15,18 53:21 54:1 55:3 58:13 61:11 62:13 62:19 64:1,21 65:6,10 69:6,9,12 70:7 71:17 72:2 76:3 81:19 83:1,2 83:3,5 84:19 86:5 86:16,19 88:9 89:10 91:21,24 93:21,23 98:9 102:7,8 104:20,21 104:24 106:11,13 106:14 107:18 113:16,18 121:16 121:18 123:9,14 123:20 133:18 134:15,16 135:5 140:6 141:8 146:22 148:4 151:23 153:1,6,17 153:19,23 156:13 158:6,12,21 162:10,12,21 163:11 165:16 166:2,5,11,15 167:10 168:8 169:16
knowing 62:8

**knowledge** 14:11
18:2 42:6 44:10
158:18
**knowledgeable**
29:1,11 56:22
**known** 70:10 82:19
**knows** 46:15
168:23
**knoxville** 18:20
**krystal** 3:11

**L**

**l** 1:18 171:3,18
**lab** 9:22 24:23 32:7
32:11 33:7 44:15
44:23 87:16
103:15,23 112:20
**laboratory** 17:4,6
34:24 35:3 112:1
112:14
**ladies** 97:2
**laptop** 13:9
**large** 69:5
**largest** 16:10
**late** 8:14 57:23
**law** 4:2 171:9
**lawsuit** 39:12
**lawsuits** 39:10
50:11
**lawyers** 41:21
175:1
**lay** 51:7
**layer** 46:1 68:15,17
68:19 131:13
**lays** 59:21
**lbs** 5:20
**leach** 90:21,23
**leached** 90:17
**leaching** 90:11,13
90:16 91:4,6,7,11
**lead** 60:6 80:12
**leads** 28:15 80:13
80:18
**leave** 71:9
**lee** 2:19
**lefranc** 125:1 133:1

133:7
**left** 145:11
**level** 30:1 49:3
79:15 109:14
110:3 114:23
118:13 120:6,8
129:5 154:12
164:21 167:14
**levels** 86:16,20
119:10,20
**liability** 1:4
**liaison** 29:5
**library** 140:4
**liebert** 120:13,15
120:18 121:12,14
121:16,17,21
**lifetime** 26:20 75:1
93:14,20 94:7
120:1,4
**light** 48:15 122:5,7
**liken** 68:7
**limit** 34:6
**limited** 85:13
**line** 68:8,9,13,14,18
68:20,24 69:3
162:15 173:4
175:2
**list** 14:6 22:22,23
51:17 59:12 94:14
94:15
**listed** 14:12 22:11
22:15 52:1 94:17
**listen** 100:15
**lists** 7:7 86:8
128:20
**literature** 13:1 14:5
14:8 17:6 21:20
33:20,21 37:3,4,6
37:10,11,18 44:4
45:5,8 46:18 47:7
47:10,13 58:21
59:2,4,5,9 60:9,12
64:20 65:15,22,22
65:23,23 66:2,2
66:18,21 72:7
75:15,18 83:23

84:2,7,16,17 88:5
88:6 89:12,24
102:13,22 103:11
105:19 107:1,10
109:3,8,12 129:17
130:22 133:9
135:6 137:19
**litigation** 1:4 7:9
8:12 10:7,21 11:3
11:4 14:2 17:9,16
17:21 18:1 19:1,3
19:6 21:15 25:23
33:3 41:17 55:10
56:9,9,15 58:21
62:7 64:17 90:21
146:3,18 147:7
168:18
**little** 64:22 85:10
95:19,20 119:19
119:22 169:18
**llp** 4:11
**logical** 52:14
**logically** 67:7
**long** 16:19 25:16
26:10 33:6 63:5
69:6,9 71:10
86:12 88:2 94:21
133:18 142:13
**longer** 60:3 68:4
**longest** 105:21
106:5
**longterm** 63:1
64:18 128:24
129:4
**longview** 4:3
**look** 12:23 13:14
14:18 15:3 39:6
39:10 42:9 45:9
45:14 48:1 61:11
93:6 99:11,17
101:12 106:7
107:2 108:16
114:3 115:18
117:18 120:12
121:11,15 122:23
123:1 124:1

128:21 130:18
135:16 136:8
140:1,20 147:24
149:12,14,18
156:17 157:1
161:7,16 162:2,8
169:21
**looked** 21:20 46:3
55:12 66:6 98:2
98:24 107:5 109:8
109:12 136:17
137:8 149:16
158:19
**looking** 12:11
22:17 61:15 94:11
95:3 105:4 115:15
123:21 132:3
144:21 149:6,6,24
**looks** 12:12 39:11
72:7,10 139:20
150:2,2 161:15
**loops** 45:24
**loosely** 80:4
**lose** 84:14
**loss** 35:22,23 78:8
78:20,21,22 79:3
79:5,19,24 83:3,7
83:10 92:6 120:17
153:22
**lost** 83:23 84:2,7,9
84:17,22 85:2,16
92:7
**lot** 14:7 24:24 32:2
44:12 54:7 64:20
71:23 80:4 142:2
164:9
**louise** 2:14
**love** 152:9
**low** 30:1
**lower** 84:4 108:9
108:21 127:1,2,4
**lowering** 121:9
**lozano** 2:21

**M**

**m** 1:18 2:5 4:6

22:18 23:14,21
92:24,24 170:8
**macrophages** 106:9
107:7,15
**major** 31:8
**making** 49:10
**malpractice** 69:22
70:3
**manifest** 48:4
**manila** 7:14
**manner** 89:5,8
**manufacturers**
10:18,20 67:8
125:4
**manufacturing**
27:24 28:23 29:10
88:10,21
**march** 1:15 8:21
141:16 171:7
**marco** 1:17,18
**marginal** 83:4
**mark** 7:15 12:6
111:2 129:15
148:19 159:14
**marked** 6:22 7:2,16
12:3 27:5 110:23
129:12 148:17
159:11
**market** 26:11 69:10
74:16 77:24
**marketplace** 30:5
**marlex** 30:18 58:15
130:6,11,11 131:1
**marriott** 1:7
**mary** 46:2,16 47:12
74:14 123:2,4,8
123:11,18,23
124:4,14
**massive** 29:8
**master** 1:3
**mater** 167:17
**material** 20:16
23:18,20 24:4
28:3 32:20 35:7
36:4 47:23,24
48:2,12,19 49:12

49:15 50:13 60:3
63:13 64:23,24
65:4,20 67:2
70:23 72:5 73:18
77:21 78:24 79:17
81:13,14,18 82:7
82:11,14,16 83:19
84:12 88:18 89:13
90:18 92:9 95:23
95:24 96:1 99:7
101:2 105:22
108:14,15 113:11
114:1,24 115:12
115:16 119:19
126:2,21,24 127:3
127:4,7 128:7,10
131:18 132:24
136:6 137:10
142:1 144:21
145:2,3 154:8,11
154:13,15,22
157:4 158:12
160:6,7,22 164:5
**materials** 5:13 22:1
23:2,16 24:4
29:18 34:10 46:24
51:1 55:11,12,14
55:17 61:15 72:18
73:20,21 77:20
95:15 128:18
131:16,23 132:1
135:2 140:20
145:1 148:2,3
164:9,9
**matter** 8:9 10:24
11:1,12,21 61:22
64:6,8,9
**matters** 12:1
**mays** 1:17 5:4,11
5:12,14 6:8,17,22
7:16 12:3 110:23
129:12 148:17
159:11 171:6,8
174:13
**mdl** 1:4,5
**mean** 8:2 17:4 26:6

32:13,16 34:5
35:23 37:21,24
45:16 83:24 84:4
89:6 96:1,2,19
103:14 150:16
**means** 47:24 70:8
78:8,11,20,21
87:12 97:4 117:11
136:5 144:20
160:13 164:5
171:22
**measure** 55:14
81:24 82:1 90:2
160:7
**measured** 55:11
76:5 124:7
**measurement**
151:20
**measurements** 49:4
151:18,19
**measures** 48:19
**measuring** 48:7
**mechanical** 34:19
35:22,23 43:2
47:18,19,19 48:5
48:10,20,21 49:5
49:5 53:18 55:14
78:16,17 98:6
149:1,9 158:12
162:8
**mechanically** 59:22
**mechanism** 37:14
67:13,21 164:19
**medical** 17:10,14
22:9,22 24:8,9,13
26:6 39:20 52:4
52:17 53:2,4,7,9
61:2,3 65:15,22
74:8 78:3 96:10
127:19,20
**melting** 28:11
127:1,2
**members** 17:24
**memo** 5:15 110:21
**mention** 130:17
**mentioned** 14:7

29:3 55:19
**merely** 49:6
**merit** 1:19 56:7
171:3
**mesh** 5:16,16,17
10:6,18 11:3 15:7
15:15,18 17:11,14
17:18 20:19,20
21:1,4,6,9,11,18
22:2,5,15,17
23:10,12,17,21
24:1,4 25:17,17
26:14,17 27:9
28:8,18,24 29:10
29:14 34:9 37:15
38:5,14,17,19,20
38:21,23 39:4,19
40:8,10,15,18,22
41:2 42:23 43:21
45:3 47:21 49:24
50:6,10,11,12,14
50:16,22,23 51:14
51:18,22 52:3,8
52:10,12,16,19
53:3,10 55:5
56:11,17,19 57:7
57:8,17 58:4,6,10
58:11,14,17 59:23
60:2,4,7 63:8,8,9
63:14,17,18,23
64:9,16 65:2,10
65:16 66:3,8,12
66:19,24 67:2,5,7
67:23,24 68:1,4,8
69:21 70:24 71:3
71:7,10,11,16,19
74:15,16 76:18,22
85:22 92:6 95:1,9
95:13,17 99:22
105:6,16 116:12
116:13 132:13,22
132:23,23 142:5,7
146:18 147:7
148:11 149:19
156:5
**meshes** 41:4 44:2

46:21 56:20 57:11
59:24 66:6,11
70:24 125:3
130:21
**meter** 139:8
**method** 97:14,22
105:11,17 136:21
**methods** 48:16
**methyl** 76:12
**microcracking**
5:15
**microphages**
106:24
**microscopy** 48:14
**microtoming**
135:22
**middle** 76:11,12
93:8 106:8 126:14
136:10
**mind** 64:1 169:13
**minimum** 110:3
118:17
**minor** 91:7
**minute** 33:2 47:6,9
67:20 80:8 158:2
**miracle** 3:1
**misleading** 95:19
**mismatch** 53:18
**mississippi** 4:12
167:18
**mixing** 88:19
**mixture** 146:9
147:10
**modules** 81:7
**modulus** 43:6
81:13 115:15
157:1,3
**molecular** 30:21,22
35:8 44:11,12,16
44:21 48:1,16
49:3,4 78:8,15,20
78:21,23 79:1,3,7
79:10,17,19,21,24
80:1,2,3,5 81:10
83:4,7,9,10,14,16
83:23 84:3,4,8,9

84:14,17,22 85:3
85:4,8,14,17,18
117:5 120:18,24
121:1,6 149:21,22
149:23 150:20
151:5,12,23
152:12,20,22,23
153:12,12,22
**molecule** 126:3
127:17
**moment** 60:13
**monsour** 4:2,2
11:22 16:1 45:13
45:19 56:24 60:21
61:2,8 70:15,19
92:23 94:19
112:11 114:4
150:1,7 170:5
**monsourlawfirm**
4:4
**month** 14:20
**morning** 6:13,14
**move** 34:12 59:24
60:3 65:3 67:24
68:4 116:13
135:17
**moving** 60:4,5
**msds** 119:14
127:24 128:2
**multiple** 50:10
100:14 158:14
**mw** 151:20

**N**

**n** 5:2,9
**name** 6:15 25:21
39:13 50:5,15,19
51:13,21 54:23
59:11,20 61:13
67:6 74:11 83:2
86:12,12 96:10
136:22 157:2
**names** 25:18
**nancy** 2:17
**national** 9:22
**natural** 26:23

**near** 28:16
**necessarily** 47:22
  164:7 166:19
**necessary** 172:5
**need** 34:14 45:16
  73:16 75:2 151:16
  157:14 158:13,14
  159:4 166:2
**needs** 49:3
**neither** 115:23
  164:11
**nerves** 68:2
**neutral** 163:24
**never** 21:8 22:2
  27:14 31:14 32:22
  36:8,11,14,17,20
  36:23 39:3,20,22
  39:24 42:13,17
  43:1 44:8,11
  51:10 57:19 71:24
  74:18 75:11,21
  76:15 87:21,23
  88:2 90:5,6 95:16
  95:23,24 96:11
  115:1,9 126:6
**nevertheless** 48:9
  76:11
**new** 14:17,18 93:9
  93:12 134:4,14,23
  135:4
**newtons** 27:8
**nice** 155:22
**nick** 162:15
**nitric** 109:19
**nitrogen** 132:6,6
  144:6,9,11,14
  145:2,4,5
**noemi** 3:2
**nonbonded** 117:2
**nonconsequentia...**
  12:17
**nonionic** 163:15,17
**nonpolar** 126:18,21
  126:24
**nonresponsive**
  34:12

**nonsurgical** 27:2
**normally** 53:4
  151:9 160:8
**north** 4:3
**notary** 174:22
**noted** 55:17 174:8
**notes** 175:1
**notice** 5:12 7:5,7
  39:7 148:24,24
  151:4,6 171:5
**novel** 95:7
**november** 5:15
  110:20
**number** 80:7 94:20
  99:20 107:20
  149:22 151:22
  152:23 153:11
  168:5

---

## O

**oak** 9:22
**oath** 6:17 62:15
  88:14 121:20
**object** 60:21
**objection** 16:1
  70:15,19
**observation** 48:6
**observe** 121:1
**observed** 33:21
  37:4,7 142:2
**obtained** 125:2
**obviously** 97:12
**occur** 79:4,19
  135:13
**occurred** 82:13
  89:14
**occurring** 71:11
  79:15 81:13 115:6
  132:19 148:4
**occurs** 68:3 79:21
  79:24 80:9 114:20
  135:5
**offer** 10:9 13:19
  168:17
**offering** 97:8
**office** 18:18,20

**oh** 150:3
**okay** 8:10,16 12:23
  13:3,15,23 16:13
  16:16 23:13,20
  24:13 25:11,12
  37:16 44:18 45:9
  45:11,12 46:12
  47:3,7,8,11,16
  52:2,17 58:8
  67:23 72:4 75:24
  82:4,7,17 89:10
  90:14 93:7,19
  95:16 99:18,23
  107:19 115:1
  116:11 117:11,14
  118:8,21 120:3
  123:1,23 127:8,8
  130:2 136:8 139:6
  145:13,15 150:4
  154:14 155:18
  158:7 161:5,6
  165:18,21
**old** 14:20
**once** 27:9 29:12
  55:17 114:22
**ones** 36:2 51:8
  72:21 98:24
  150:22,24
**opinion** 45:5 69:20
  70:21,24 71:2,18
  72:5 74:2 90:24
  109:23 110:4,9,11
  119:9,18 125:17
  135:3 168:10,12
**opinions** 10:9
  13:18,24 18:6
  20:7 22:10 27:4
  46:19 47:13 62:6
  62:8,10,17 90:16
  91:5,11 97:9 98:5
  111:3,7 132:15
  150:15,18 153:5
  153:10,15 155:16
  155:19 156:5
  168:17
**opposed** 91:8

**options** 27:2
**order** 12:21 28:13
**organ** 16:3 26:8
  78:1
**organic** 10:3
**organization** 18:10
**origin** 117:15
  144:15
**original** 99:14
  172:12
**orthopedic** 93:12
**ought** 94:19
**outcome** 49:6
**outer** 68:15,17,19
**outline** 50:7
**outlined** 50:17
**outside** 24:24 37:9
  37:10,18 103:9
  110:5,12
**oven** 142:10,14,15
  142:17,21
**overlapping** 146:11
  147:10
**overnight** 142:15
**oxford** 29:7
**oxidated** 35:16
**oxidation** 43:15,18
  44:9 64:22 67:14
  67:15,21,23 79:15
  80:9 87:13 88:3
  89:13 101:21
  102:1,3 104:22
  112:14,15,17
  115:4 118:23
  119:23 132:4,15
  140:1 145:17
  146:7,19,21 147:1
  147:3 148:3
  149:11 155:20
  164:21
**oxidative** 5:17
  33:22 44:6 50:8
  50:24 51:5,8,19
  51:24 60:1 63:12
  68:3 71:10 78:23
  79:6,18,20,23

  80:11,13,18 81:12
  81:16 85:24 89:15
  91:17 97:6 99:8
  108:19 109:21
  112:3,7 114:1
  115:6,16 119:2,12
  120:1 125:16
  129:10 132:19,21
  132:21 144:23
  146:9,23
**oxidatively** 82:19
  82:22 115:13
**oxidize** 43:22 45:4
  95:23 96:1,11
  109:24 110:5,12
**oxidized** 68:14,16
  102:7,9,10,15,23
  103:1,12 112:9,12
  164:24 165:3
**oxidizers** 128:1,3,6
  128:15,20
**oxidizes** 97:3,14,16
  97:20,23 108:1
  111:23
**oxidizing** 52:6
  91:14 92:11,11,13
  97:9 112:2 119:4
  147:15,22
**oxygen** 79:2 96:20
  97:7 106:24 107:6
  107:15 108:3,8
  109:17 116:15,17
  116:23 117:2,5
  118:11 132:4,5
  137:10 142:3
  144:8,18,20,22
  145:1,4 167:9,14
**oxygencontaining**
  117:6 118:4

---

## P

**p** 170:8
**package** 31:18
  54:24 119:5 140:2
**packaging** 23:11
**padilla** 3:2

Jimmy W. Mays, Ph.D.

**page** 1:13 2:23 5:11
22:14 93:8 94:11
95:3 96:14 98:4
101:13 105:4
106:7 109:18
111:9 112:4 114:3
114:12 115:18,20
120:12 121:23
123:1 124:20,24
125:7,9 126:13
127:6,8,23 128:15
128:17,21 130:18
131:3 132:8 133:1
133:3,12 135:16
136:8,10 142:18
143:8,20 145:6,10
147:14,24 148:1
149:18 150:2,11
150:17 155:9,18
156:5 158:8,9,23
159:5 169:21,24
173:4 175:2
**pages** 149:24 150:2
174:4
**pain** 49:22 53:23
67:14,22 68:12
**paint** 168:14
**pamela** 2:11
**paper** 15:1,21 37:6
37:7 56:7 66:5
84:19 100:11,18
100:21 102:17,20
121:15 122:23
139:3 153:9 158:8
**papers** 7:21 14:17
14:23 15:2,4 46:7
46:10,17 74:12
98:22 103:3 106:4
**paragraph** 93:8
112:5 113:14
114:7,12,13
126:14 130:19
**parkway** 4:11
**part** 48:11 50:3
118:16
**participated** 20:18

20:21
**particular** 25:17
30:11,23 71:14
80:21 130:5
150:11,17 158:8,9
169:12
**pass** 139:9
**passed** 25:2 33:8
**passing** 28:7
**patent** 10:24 11:1
64:13 93:12 94:9
94:12
**patents** 94:12,15,16
94:24
**patient** 58:23 59:3
59:7 60:10,16,20
**patients** 69:18
85:19,21 133:16
**paula** 2:9
**peak** 102:4,9,14,23
123:24 124:5
**peaks** 145:7,20
146:4,8,11,15,19
147:7,12
**pecked** 13:8
**peculiar** 159:20
**peer** 56:6 158:17
**peerreviewed** 47:7
47:10 66:1,2,18
83:22 84:2,7,15
84:16 88:6 89:24
102:21 103:10
105:18 107:10
129:16 139:2
158:18
**peers** 129:22
**pellets** 88:13,14
**pelvic** 1:3 15:7,15
15:18 16:3 17:11
17:14,18 21:6,9
25:17 26:8 28:24
29:10 34:9 46:21
50:13 55:5,9
58:14 63:8 67:3
68:1 69:21 71:1
72:5,19 76:19,23

78:1 95:1,9,13,17
116:12 118:23
132:23 167:8
**pelvis** 5:17
**penalty** 6:20
**pennsylvania** 28:16
**people** 50:9,12,18
50:20,21 71:6,7
71:23 72:1,21
83:15 98:1 104:19
**percent** 23:1,4,9,14
34:11 99:7,14
108:4,9,11 110:14
111:10,16 113:9
138:3 155:23
156:19,23 157:6
157:24 160:14
161:11,24
**percentage** 72:1,2
156:19,21
**perdue** 4:6,6 11:9
11:19
**perdueandkidd** 4:8
**perfect** 14:21,22
**perfectly** 69:17
**perform** 24:24
37:24 55:8 64:24
152:17
**performed** 20:4,16
32:2 33:18,23
34:1,3,14 38:2
42:12,13 43:1
87:2 100:6 131:16
162:11
**period** 110:18
**periods** 106:5
**perjury** 6:20
**permanent** 65:2
**permanently** 65:7
65:11 105:6,16
119:2
**permeation** 48:15
**permission** 41:22
**peroxide** 108:5,9
108:11,17,20
109:13,24 110:5

110:12,15 111:10
111:16,23,24
112:1,20,20,23
113:2,4,4,5,9,22
114:2 116:22
**peroxides** 106:11
106:20 107:24
122:9
**person** 50:6,16
51:13,21 71:2,15
71:19 104:13
**personal** 39:2
**personally** 21:11
22:2 34:1,7,14
35:11,19,21 38:8
38:14 44:8 97:22
**persons** 40:10
**pet** 72:10,12,20,24
73:8,18,22 74:4
74:20,21 75:4,9
75:12,16 76:15
**ph** 1:23 163:24
**phd** 1:17 5:4 6:8
168:4 171:6,8
174:13
**phenolic** 113:19
**phenomenon**
166:21
**philadelphia** 28:17
**photograph** 124:21
125:6
**phrased** 95:21
**physical** 26:14 36:1
36:17 42:22 43:1
47:17 48:10,18
49:1,9 55:9 68:19
68:21 80:19,20,23
81:3,8 82:9 85:5
85:22 98:19 99:5
114:21,23 115:2,5
115:12 126:1
149:1,7,14 162:8
165:7 166:20
**physicians** 57:20
**pictures** 24:17
27:19 35:13

**piece** 24:19 25:4
35:4,5 41:16
49:17,19,20
**pieces** 41:9
**pitt** 1:19 171:3,18
**place** 48:23 60:2
63:12 67:16
125:15 132:5
158:5,7,9
**placed** 27:9 61:22
**plaintiff** 39:13
**plaintiffs** 4:5,9 10:7
17:21,24 40:22
41:2,4,12,16,21
42:5,15,18 43:3
43:18,22 45:4
49:22 53:15,22
54:2 70:1,4 85:16
92:6,16,19 125:13
125:19
**plan** 13:22 15:12
**planet** 74:9
**plans** 19:8 94:6,8
**plasticization**
125:10,15,21,24
126:6,8 154:5,6,8
154:12 155:2,6,7
**plasticized** 125:13
125:19 154:3
**plays** 83:20
**please** 6:3 39:6
76:21 106:7
155:10 165:9
172:4,9
**plot** 161:2 162:13
**plots** 161:7
**plotted** 160:1
**plotting** 160:3
**plus** 23:6 124:11
**point** 10:23 13:12
13:13 35:8 42:1
48:21 79:15
100:10,13,17,20
127:1,2 133:21
147:21,22 149:17
**pointed** 123:10

Jimmy W. Mays, Ph.D.

**points** 130:18 149:7
  161:8
**polyethylene** 56:21
  72:13 76:10 83:16
  136:16,20
**polymer** 9:17,18,23
  10:1,2 24:22,23
  30:18 31:14 33:6
  44:14 49:10,18
  53:5,5 56:22
  78:22 79:11,14
  80:10,22 81:1,2
  91:18 98:9 134:4
  134:14,17,23
  135:4,8,11 137:7
  141:1,5,12,18
  142:24 143:6
  144:2 167:23
  168:2,12
**polymeric** 19:19
**polymerization**
  127:18 154:24
  155:3
**polymers** 9:19 33:6
  53:6,6 56:19,23
  78:14 79:5 80:4
  83:16 104:10
  163:5,8,10
**polyolefins** 10:22
**polypropylene** 5:17
  9:23 10:20,22
  14:9 15:5 16:10
  16:20 21:18 23:6
  25:16 28:2,12
  29:2,8,12,16,19
  29:21,22 30:2,4,7
  30:9,12,16,19,21
  30:23,24 31:3,4,5
  31:8,13,15,18,20
  31:21 32:1,3,4,4,8
  32:12,14,19,22
  33:16 34:4,9,11
  34:16,23 37:15
  38:19 39:1 44:1,6
  45:10 46:3 50:12
  51:18 52:5,5

53:17 54:19,20,24
  56:20 57:11,16
  58:6,11 59:23
  60:23 61:5 62:11
  62:12 63:2 64:14
  66:6 67:1,7,15,16
  67:17,18 68:3,9
  73:24 76:7,13
  77:4 79:7,21
  80:11 82:19 85:24
  86:6,21 88:16,23
  95:9,12,16 96:17
  96:23 97:5,16,20
  98:1 101:15
  103:22 105:6,12
  114:13 119:1
  121:18,19 125:3
  127:13,14 128:2,5
  128:14,24 129:4
  129:11 130:6,7,11
  130:12,20,24
  132:9,17,18
  136:15,18,19
  137:3,4,20 139:14
  139:17,23 140:1,4
  140:18 154:4
  158:13 163:14,22
  163:24 164:22
**polypropyleneba...**
  44:2 58:14 66:11
**polypropylenes**
  130:5 132:20
**polyurethane**
  129:23,24
**polyvinylidene**
  56:21 72:8,14
**pop** 15:24 26:21
  57:12 58:5,10,18
**pore** 77:12
**positions** 21:4
**positive** 165:15,18
**positively** 165:19
  165:22
**possess** 116:17,20
**possibility** 112:14
  125:14

**possible** 25:1 76:24
  83:17 119:16
  154:4
**possibly** 63:10
**potent** 109:22
**pounds** 161:12,17
  161:21
**practice** 98:12
  104:19
**precursors** 127:17
**predict** 112:17
**prediction** 43:21
  45:3
**preferentially**
  92:13 118:3
  147:15
**prepared** 152:8
**preparing** 7:22
  12:18,22,24 13:23
  14:8
**presence** 97:7
  112:7 126:24
  132:4 140:8
**present** 30:1 80:14
  100:11,18 109:21
  112:3 124:13
  135:15 137:10
  142:3,5 143:24
  144:20,23 159:20
  164:10
**presentations**
  14:18 16:17 94:18
**presented** 160:8
**preservation**
  143:11
**preserved** 133:13
  133:19
**presume** 120:15
**pretty** 94:21 96:7
  108:11 121:18
**prevent** 105:6,16
  118:22 119:4,11
  119:23,24 120:4
**previous** 143:10
**previously** 78:11
**primarily** 118:10

**primary** 49:20
  55:19 86:10 89:7
  91:16 98:24
**principles** 154:24
  155:3
**pristine** 35:4
  139:17,22
**probably** 8:22
  12:21 18:20 35:8
  57:1 69:11 82:1
  86:13 95:20
  154:13
**problem** 40:9,10,14
  40:17,24 132:22
**problems** 50:1,9,12
  50:21 51:17 53:20
  71:24
**proceeds** 114:22
**process** 28:1,23
  29:10,13 38:9
  48:6 60:2 84:5
  88:10,12,13,15,19
  88:21 91:17 96:21
  108:20,23 112:15
  112:16 115:17
  117:22 125:15
  127:18 135:22
  140:8,14,17,24
  141:2 142:1
  144:24 165:2
**processes** 96:18,24
**processing** 28:4
  30:6 55:1 83:18
  83:20 86:11
**produce** 29:8
  111:12,17 113:23
**produced** 28:2,6
  88:13,15 106:24
  107:6,15,16
**producers** 16:10
**produces** 101:14,17
**product** 28:8 34:10
  39:16 62:9 69:21
  70:5 71:4,5,15,20
  74:11 76:18,22
  77:23 93:16,17,18

93:19,24 96:10
  121:21 124:23
  125:7 127:13,19
  127:20,21 128:18
  129:24
**production** 29:1,11
**products** 1:3 15:18
  17:11,14 22:9,15
  22:16,24 23:9
  25:11,14,17,21,22
  26:5,10,12,15,18
  27:6,12,22 28:19
  29:14 32:5 56:3
  62:17 112:7 129:5
  130:2,10,16,17,23
  146:10,23
**profax** 121:17,18
**professional** 1:19
  171:4
**professor** 136:22
**progression** 26:23
**prolapse** 16:4 26:9
  78:1
**prolene** 5:15 15:13
  16:7,14,17,21
  17:3 20:5,8,22
  22:3,6,7,15,17
  23:1,3,4,5,9,12,12
  23:14,20 24:4,19
  25:4,8,15 28:1,14
  29:16,19,21 30:3
  30:10,11,16,18,23
  31:1,5,9,12,15,17
  33:1,3,11,14,18
  33:19 34:2,6,8,15
  34:17,19,21,23
  35:1,3,4,5,10,11
  35:14,16,19,22
  36:9,12,14,18,21
  36:24 37:5,8,12
  37:17,20,23 38:1
  38:3,14,17,19,19
  38:21,23 39:4,13
  39:18 44:9,10,13
  44:17 45:6,11,22
  45:24 46:3,10,10

47:13 49:23 52:9
52:11,13,16,19
53:2,10 54:13,14
54:18,20,22,23
58:4,9,10,14,17
59:19,20 60:10,15
60:20 61:1,4,13
62:14 63:1,6,16
63:21 64:19,21
65:6,16,19 66:3,8
66:12,19,24 67:5
67:6,8,10 69:7,16
69:21 70:3 71:3
71:16,19 73:1,4,9
73:14,24 75:7,16
76:4 79:23 80:13
80:18 81:2,2
82:17,18,22,22,23
83:8,11,11,23
84:2,7,17,20,22
85:2,9,24 86:6,21
87:1,2,5,24 88:3,7
89:11,17 90:1,7,9
90:22 97:3,6,9,14
97:23 98:2,18
99:1,4 100:4
101:18 102:9,15
102:24 103:1,6,13
103:21,22,24
105:6,14,16,20,22
107:23 109:24
110:5,12 111:10
111:15,23 112:6
113:23 114:2,20
115:14 116:1,5
119:19 121:16,21
123:15,20 124:15
124:16,23 125:7
125:12 126:1,11
126:12,22 130:3,6
130:10,15,23
131:20 132:13,18
136:23 137:3,5
143:17 150:24
151:12 155:21,23
156:5,18,20,22

157:5 163:17,17
164:2,4,11,14
165:1,3,23 166:10
166:14,17 167:2,4
**prolenebased**
39:18
**prolift** 22:18,18
23:14,21
**promising** 72:22
**pronounced** 136:22
**pronouncing** 46:14
**properties** 34:19
35:22,24 36:1
42:23 47:19,20
48:5,10,10,18,20
48:21 49:2,5,6,9
53:17 55:14 68:19
68:22 76:3 78:16
78:17 80:19,20,23
81:4 82:9 85:22
98:6,19 99:5
114:21,23 115:2,3
115:5,5,12 126:1
149:1,7,10 162:9
169:16
**property** 36:18
47:18 55:9 81:9
82:8 149:14
169:17,17,21,22
**proportionally**
112:8
**propounded** 174:7
**prosima** 22:18 24:3
24:5
**protect** 116:1
**protein** 133:23
134:3,17 135:11
135:13 137:10
140:11,14 141:12
141:21 145:3
**proteinformalde...**
137:7 141:1,5,17
142:24 143:4
**proteins** 76:1,2
122:13,14 131:9
131:13,24 132:7

134:13,23 135:3
139:11 140:8
144:7
**protocol** 38:18,24
131:17 136:14,16
136:17 137:2,6,17
138:1,3 153:2
158:14,15
**protocols** 38:17,23
39:4 55:23
**proud** 167:20
**proven** 97:13,16,22
105:10,15
**provided** 131:20
136:24
**ps** 22:18
**public** 174:22
**publication** 15:1,10
15:12,17 16:19
**publications** 94:15
94:18
**published** 14:17
15:23 16:6 56:5
105:18 143:10
**publishing** 139:2
**pure** 31:2,4,13 86:6
**purpose** 142:20
**purposes** 56:9
165:17
**pursuant** 171:5
**put** 30:6 62:9 65:1
71:6 86:7 88:22
88:24,24 92:9,12
119:16 120:3
133:23 142:7,10
142:13 148:11
150:5
**puts** 84:12
**putting** 142:20
**puzzle** 49:17,19,20
**pvdf** 72:9,14,19,24
73:8,18,22 74:3,9
74:16,20,22,24
75:6,12,16,22
76:3,7,15 124:15
124:17,19

| **Q** |
| --- |

**qualified** 54:5
**quantification**
107:6
**quantified** 107:11
**quantifies** 109:4,9
**quantify** 106:23
107:3,8 109:2,7
109:11,16
**question** 16:13 23:8
30:8 32:9 33:17
34:13 37:16 41:1
46:9 51:2 52:15
52:18 53:8 58:8
60:10,22 61:7,10
63:14 66:1,17
67:20 70:16 73:12
74:15 81:1 84:1,6
84:15,23,24 85:1
88:20 90:19 91:10
97:21 100:15,16
112:19 115:10
124:4,9 139:6
141:10,15 145:16
146:14,17 153:8
156:4,8,12 158:11
158:11 159:4
162:23 163:1
165:18 166:4
167:8 169:12
**questions** 11:16
161:4 169:7 170:4
170:4 174:6
**quick** 92:22
**quickly** 65:1
**quite** 14:20 104:9
**quote** 129:6,9
**quoted** 129:8

| **R** |
| --- |

**r** 1:5 4:10 29:6
91:21 115:20,24
118:1,8,17 119:4
119:10,20 127:22
171:1 173:2,2
**radical** 116:18,20

116:24 117:7,9,14
117:14,15,20
118:1,7,9,12
**radicals** 92:14
116:19 117:1,17
118:15,19
**raise** 6:2
**ran** 153:18
**range** 67:8 102:9
145:19
**rate** 89:10,16,20,24
90:6 92:18,21
147:18
**reach** 52:14
**reaching** 111:7,22
150:14,18 155:16
**react** 91:14 92:13
165:11
**reacting** 118:10
**reaction** 108:18
134:3 165:8
166:17,20
**reactive** 106:23
107:6,15 108:3,8
108:21 109:17
116:14,17,23
117:2,4,6 167:8
167:14
**reactivity** 117:17
**reactor** 88:17
**reacts** 118:3
**read** 9:11,12 14:7
64:20 70:10,12
95:10 111:13
128:1 129:1
151:13 172:4
174:4
**readily** 144:13,14
**realistic** 157:20,21
157:23 158:4
**really** 11:18 46:22
67:17 73:19 91:13
106:5 135:12
146:12,17 153:16
157:14 158:15
165:14 170:1

Jimmy W. Mays, Ph.D.

**realtime** 1:19 171:4
**reason** 41:2 45:17
  50:10 84:11
  151:15 152:11
  154:2 157:8,11
  165:15 172:6
  173:6,8,10,12,14
  173:16,18,20,22
  173:24
**reasonable** 73:7,13
  74:2 90:20 125:5
  125:17 141:20
  154:12 166:8,12
  166:23
**reasonably** 76:18
  76:22
**reasons** 40:21 50:7
  50:17
**recall** 11:18 16:12
  16:21 25:3 33:8
  35:10 44:15 57:12
  59:20 121:14,17
  122:24 133:20
  149:7,9
**receipt** 172:14
**received** 19:12 21:3
  39:13,17 71:15
  111:3
**recess** 92:24
**reciprocal** 102:8,14
  102:23 123:19,24
  124:5
**recited** 133:9
**recognize** 123:8,12
  124:8
**reconcile** 132:13
**reconstructive**
  74:10
**record** 22:17 53:2,9
  71:23 93:1 171:14
**records** 39:20 41:6
  48:24 52:4,17
  53:4
**red** 159:24 161:10
**reduce** 68:19,21,23
  69:1,2,4

**reduced** 80:19,21
  85:4 98:6
**reduction** 36:1
  48:17,19 49:1
  79:7,10 80:1,23
  81:3 114:21
**refer** 27:5
**reference** 45:20
  46:2,10 59:10,12
  59:14,16 60:14,18
  61:12 116:14
**referenced** 15:21
  130:3
**references** 13:13
  14:12 126:17
  130:19
**referring** 61:4
  95:14 141:13
  150:22
**reflect** 18:24
**reflects** 19:2
**regarding** 15:23
  16:17,19 17:2,11
  17:14 20:8,19,20
  20:22 21:1 27:17
  32:8,11 47:13
  69:16 90:16 91:5
  91:11 106:8
  109:23 110:4
  119:15 132:15
  168:17
**regardless** 113:5
  117:15
**regime** 145:21
**region** 76:20,23
  118:23 127:3
  167:8
**regions** 67:16 137:9
  138:6,7 140:22
  141:24
**registered** 1:19
  171:3
**related** 49:23 157:3
  160:16,18,19
**relates** 1:5
**relating** 64:9

**relatively** 91:7
  145:23
**relaxation** 43:9
**relevant** 8:8 47:20
  47:22 91:13
  138:17
**reliance** 14:6
**relied** 14:11 111:6
  148:20,22
**rely** 14:4,10 59:16
  100:10,16,20
  158:23,24 159:5,6
**relying** 103:2
**remains** 112:15
**remember** 58:23
  79:13 86:23
  149:10,16
**removal** 140:14
**removals** 52:1
**remove** 118:15
  124:11 131:23
  137:7 141:1
**removed** 40:8,15
  40:18,22 41:2,10
  51:14,22 52:3
  134:5 139:11,14
  141:22
**removing** 53:2,10
**render** 119:1
**rendered** 111:3
**repair** 1:3 66:24
  67:5 69:21 71:12
  72:6,19 132:10,14
**repeat** 17:12 32:9
  70:16 76:21
**repeated** 34:22
**replacement** 94:3
**report** 5:14 12:8,19
  12:22,24 13:4,7
  13:15,18,22,24
  14:12,14 22:12
  27:5 42:3 45:9,20
  46:3 50:7,17
  53:16 60:15 68:7
  90:10,15 91:1,6
  91:12 93:6 96:15

  99:21 101:12
  105:4 109:19
  114:4,5 115:18
  120:12 124:20
  125:9 127:6
  128:16 129:6,10
  138:16,18 139:1
  141:23 143:8
  152:8 168:19,20
**reported** 45:22,24
**reporter** 1:19,19,20
  6:2,7 158:2 171:3
  171:4,5,23
**reports** 46:20
  128:22 129:3
**represent** 8:11 39:9
**representation**
  16:24
**represented** 70:6
**representing** 4:5,9
  4:13
**represents** 39:12
**reproduction**
  171:21
**required** 40:15,18
**requires** 164:14
**research** 16:22
  17:1,2,7,17 19:6
  21:1 61:19 127:22
**residual** 164:21
**residue** 138:4
**resin** 113:19
**resistance** 115:8
**resolve** 146:11
**resort** 1:17
**respect** 18:13
**respond** 71:7
  148:12
**response** 61:17
  92:10
**result** 53:3,10
  97:10 145:17
**results** 49:9 72:23
  149:14
**retained** 8:17 10:9
  99:7,14

**retard** 118:18
**retropubic** 22:19
**return** 172:12
**revealed** 131:4
**review** 9:3 12:20
  14:4 20:3,12
  23:22 37:11 41:19
  41:22 42:7 53:4
  56:6 60:12 86:22
  133:11 148:14
  158:18
**reviewed** 7:22,23
  18:13 28:22 33:20
  37:3,5 39:20 51:3
  52:17 53:1,9 56:7
  59:4 72:7 103:10
  149:12
**reviewing** 13:1
  52:4
**reyes** 3:4
**ridge** 9:22
**ridgeland** 4:12
**right** 6:2 8:20
  14:11 19:4,8 29:3
  30:8 31:10 39:2
  39:10,11 46:12,14
  48:24 57:20 60:13
  63:14 64:7 65:1
  76:11,11,12 80:6
  81:1 84:15 89:16
  93:11 94:17 97:8
  98:15 99:2,12
  102:2 111:4,18
  117:7,10,13 121:8
  121:24 123:5
  128:11,16,21
  129:18,24 131:10
  136:4 141:15
  142:5 143:21,24
  147:20 148:20
  155:11 157:17
  159:9,16 160:2
  161:22 162:6
  163:20,21 164:12
  165:8
**righthand** 143:9

**rigorous** 56:6
**rinsing** 138:10
**risk** 26:20
**rmr** 171:18
**robin** 1:9 40:17
  50:20
**role** 83:20
**room** 111:11
  138:15 142:18
**root** 36:23 37:12,19
  37:21 53:20 68:12
**roughly** 13:2
  102:12 155:22
**routinely** 104:10,15
  105:12
**rubbing** 68:10
**rule** 5:14 100:23,24
  101:3,5,9 131:12
  154:15,18
**ruled** 56:2 154:19
**run** 44:8 140:15
  158:21 162:12
**running** 153:19

**S**

**safe** 69:13 70:6
  76:19,22
**safer** 73:1,4,9,14,21
  74:4 75:12,16
**safety** 127:7 128:7
  128:10
**sake** 60:22
**sample** 100:14
  124:10 156:3
  160:13
**samples** 130:24
  131:2,21 133:12
  136:23 143:11
  148:5,5 156:2,24
  158:14 168:22
**santonox** 86:9
  91:21 115:20,24
  118:1,3,8,17
  119:4,10,14,20
**saw** 85:10 105:24
  132:5 134:19

137:18,18 142:3
148:16 155:17
169:20,21
**saying** 51:16
  105:20 138:5
**says** 53:2,9 60:15
  65:15 66:3,17,19
  75:15,18 94:11
  95:4 105:5 111:19
  112:5 128:17,22
  129:2 131:3 132:9
  143:10 151:11,14
  156:24 157:7
  160:3 161:23
  169:24
**scale** 29:8
**scalpel** 100:24
  101:2,6,10
**scattering** 48:15
**scavenger** 118:7,9
  118:12
**scavengers** 118:2
**school** 29:4 167:23
**schools** 168:2
**science** 9:23 24:22
  55:23 59:15 98:15
  167:23 168:2,12
**scientific** 9:9 10:10
  11:20 12:2 17:9
  17:17 18:10 21:15
  21:24 34:10 38:12
  55:4,6,10 56:3,13
  56:15 57:10 58:20
  61:16 62:2,5,7
  64:6 65:15,21
  73:8,13 74:3 87:7
  90:20 97:14,22
  98:10,14,18 99:3
  99:4 105:11,17
  125:6,18 133:16
  141:21 166:9,13
  166:24
**scientifics** 62:17,22
**scientist** 9:17,18
  26:2 29:18 31:22
  33:3 53:5 77:20

91:18 98:9 100:9
100:17 135:2
**scientists** 65:24
  70:14,17 97:19
  101:8 103:8 110:8
  131:21
**scission** 98:5
  101:13,14,15,17
  101:18
**scope** 11:16
**scrapings** 126:15
**scrutiny** 158:17
**sealants** 64:12 95:8
**second** 150:3
**secondary** 49:20
  86:11 89:7
**seconds** 131:10
**secreted** 106:12,15
  106:20
**see** 8:10 22:13 44:5
  79:7,16 89:15
  90:10 96:15 98:7
  101:24 102:3,11
  105:8 106:5,9
  114:10,15,18,21
  114:23 115:1,11
  115:14,20 116:2
  123:13 124:19
  125:1 126:15
  127:7 131:7 132:4
  132:11 133:6,21
  134:21,24 136:10
  136:11 140:20
  141:24 143:13,14
  144:14,24 145:5,8
  145:9,13 147:16
  148:3 149:14
  151:1 152:9,14
  153:24 155:12,13
  155:21,22 158:15
  159:24 161:19
  163:4,4
**seeing** 145:1 148:1
**seemingly** 155:24
**seen** 7:3,23 8:1 24:7
  24:13,17 27:19

28:15 32:20 35:11
35:13,14,16,19,22
36:4 40:3 42:4
45:13 47:4 51:9
60:6,11 65:18
66:2 75:18 85:7
85:18,20 88:5
102:13 103:5,7,11
122:17 148:21
149:4 150:11,13
167:4,11
**sees** 48:19,22
**sem** 42:17 45:22
  55:13 122:19,21
  124:21 131:4
  132:2 137:9 138:5
  140:20 144:13
**sems** 43:14
**send** 13:12,14
**sense** 106:3
**sensitive** 152:21,22
  152:24
**sent** 35:7
**sentence** 106:8
  132:8
**separate** 97:1
  147:12
**september** 5:18
**serious** 128:23
  129:3
**services** 18:21
**set** 109:11 171:11
**seven** 5:19 149:2
**sevenyear** 105:24
  148:14 149:8,13
  161:9 162:19
**severe** 45:24
**severely** 112:8,12
**shape** 57:9
**shared** 57:19
**shearing** 84:13
**sheet** 18:23 127:7
  128:2,7,10 153:9
  172:6,9,13 174:9
**sheets** 119:15
**shelby** 167:22

**shes** 52:11,22
**shoot** 134:20
**show** 43:14,18
  72:22 85:12
  100:21 112:7
  123:24 124:5
  135:6 145:20
  148:6 150:22
  153:11 158:10
  165:1,3
**showed** 45:24 46:5
  85:13 120:23
  121:9
**showing** 27:19
**shown** 97:19
  143:10 155:18
  156:4
**shows** 83:23 84:2,7
  84:17,21 85:2
  88:6 89:12,24
  98:18 99:4 105:1
  111:15 126:18
  145:7 159:22
  161:11,17,21,24
  162:1,19
**sic** 46:13
**side** 62:22 143:9
  145:11
**sign** 18:12 148:2
  172:9
**signs** 89:15
**sikes** 3:6
**similar** 136:19
  153:11,12
**simple** 83:15
**simply** 91:8 118:24
  134:21 151:23
  153:20 158:1,5
  165:16 166:2,11
  166:15 169:13
**single** 50:5,15
  139:3 156:2
  162:12
**singular** 94:12
**sir** 9:24 13:4,10
  17:5 22:16 23:8

24:12 25:21 26:2
26:7 31:11 36:6
46:9 47:1 49:16
52:15 65:21 73:12
74:2,15 77:6 81:1
84:1 85:1 90:19
93:11 94:5 95:17
103:16 111:7,20
113:3 116:21
117:8 118:12
119:18 121:8,16
123:11,14 124:4,8
126:7 127:1,9
128:8 130:4
132:12 139:4,10
139:13 144:9,12
144:20 145:12,22
145:24 146:4
147:6 149:12
152:6 165:9 166:4
168:3
**sit** 19:10 23:24 24:6
26:19 60:13 84:19
85:6 107:4,12
109:6 133:20
149:17
**site** 151:1,1
**sitting** 19:8,9 25:3
94:5 96:9 107:9
141:3,10 152:10
**situation** 135:5
**six** 122:3
**size** 77:12
**skin** 68:10
**sliced** 135:21
**slide** 136:5
**slides** 42:5,7 135:22
**sliding** 68:6
**small** 85:14 112:8
112:12 126:3
127:17 150:21
**smith** 3:7
**snow** 4:11
**society** 100:12,19
129:22
**sodium** 137:21

**soft** 53:19 60:1,4
68:1,5 116:13
**soften** 126:2 154:8
**softening** 154:10
**softens** 126:3
**sold** 93:11
**solid** 98:9,14,17
99:2,4
**solution** 111:11
113:22 118:21
131:17
**solvent** 92:2 115:8
**somebody** 150:19
**sonicate** 138:20
**sonication** 138:19
**sorry** 17:12 22:19
22:21 37:16 56:13
57:6 80:17 114:5
128:4,19 133:3
139:16 143:9
145:4 146:24
147:23 155:8
161:18
**sort** 60:5 113:19
160:8
**sorts** 117:16,17
**sound** 96:6
**sounds** 64:7 99:12
**south** 1:17
**southern** 1:1
167:17
**space** 172:6
**speaking** 48:20
**specialized** 104:13
**specialty** 9:18,24
10:1,3
**species** 92:13
102:11 106:24
107:6,15 108:3,8
108:22 109:18
116:15,17,23
117:2,5,6 118:4
147:15 167:9,15
**specific** 30:9 34:13
40:19,21 41:1
54:1 62:4 66:18

80:2 85:8 110:10
112:15 147:22
148:8 149:6
154:22
**specifically** 16:13
17:10 31:20 33:17
45:5 51:14,22
54:22,23 58:8
84:8,18,20 85:2
137:3
**specifics** 149:9
**specify** 80:24
**specimen** 21:23
100:4
**specimens** 136:9
**spectra** 102:5
103:11,20,24
104:24 139:19
140:4,5 146:8
**spectroscopic**
47:24 112:6
**spectroscopy** 48:14
49:4 55:11,18
78:12 104:14
132:2
**speculate** 153:2,3
**spell** 46:13 57:1
**spend** 12:18
**spent** 8:12,17,21,24
19:1,2
**spinneret** 28:7
**spun** 88:23
**stability** 117:18
**stable** 119:2
**stage** 13:11 88:20
**stages** 78:24 94:17
**stain** 166:18 167:2
**staining** 164:14
165:1
**stand** 9:13 56:17
57:14,17 61:18
72:12
**standard** 70:7,11
70:14,18,20 72:4
137:17,18 139:9
**standardtype**

20:10
**standpoint** 31:6
**stands** 158:11
**start** 89:14 94:18
129:20
**starts** 79:16 106:9
114:8,16
**state** 16:2 96:15
127:23 145:6
172:5
**statement** 66:22
82:15 154:21
**states** 1:1 58:22
59:2,6 60:9 93:8
111:9 115:19
128:2,14 133:12
**stay** 161:4
**staying** 155:21
**stearate** 86:10
**stenographically**
171:12
**step** 42:2 88:9
**stick** 25:19 47:10
60:8
**sticks** 169:12
**stiffen** 67:23 71:11
115:16 116:11
**stiffens** 60:2 68:4
**stiffer** 64:24
**stiffness** 115:16
157:2,3,5
**stood** 158:17
**stored** 41:13
**strain** 160:9,10,15
160:17
**street** 4:3
**strength** 5:20 36:11
43:5 67:18 69:2,4
74:19 77:14 81:6
81:10,12 99:8,14
155:12,21 156:18
156:20 159:18,24
160:3,4,5,7,11,19
160:21,22 161:8
161:18,21 169:22
**stress** 16:3 26:8

43:8 46:5 77:24
160:9,10,14,19
**stressstrain** 81:23
**strictly** 154:17
**strike** 24:2 33:23
34:12 42:12,20
56:14 62:6 69:19
76:14 77:19 87:22
91:4 92:16,17
102:7 111:20
113:17 130:14
134:12 139:16
143:4 155:8
159:23 161:18
**strong** 52:6 80:14
80:17 92:11 102:4
127:24 128:3,5,15
128:20 134:20
148:2
**stronger** 109:19
**strongly** 144:23
**structure** 51:20
78:7,12 135:7,10
141:7 143:12
166:3
**student** 32:5 168:6
**students** 31:14 49:8
54:6,8,9,13,17,21
82:5 104:16 155:1
155:5
**studied** 31:21 88:2
106:19 120:18
130:20 131:21
**studies** 32:16 33:15
48:8 72:22 73:6
84:21 85:2 90:6
99:6 105:24
112:14 128:22
129:3 153:19
167:19
**study** 5:19 32:7,10
33:10 37:22 45:22
75:11,21 89:20
95:14 99:15,17,18
110:7 120:21
122:4 123:11,11

Jimmy W. Mays, Ph.D.

124:3 125:2
129:23 130:9,13
130:14,15 148:15
149:8,13,13
150:12 155:10
156:13,15 158:9
159:1,7 161:9,14
162:19 167:11,22
169:21
**studying** 21:3
**stuff** 150:5
**subject** 6:20
**subjected** 165:1
**submit** 15:10,12
129:21
**submitted** 7:20
8:13 14:24 15:1
**subscribed** 174:18
**subsequent** 91:17
**substance** 174:8
**suggest** 128:23
129:3
**suggestive** 144:23
**sui** 15:23 26:21
57:12 58:4,10,18
**suing** 50:2 52:11,22
**suite** 4:7,11
**summarized**
141:23
**summary** 98:4
155:16
**summer** 57:23
**sunoco** 128:10,12
**supervision** 171:23
**supple** 59:24
**suppliers** 46:22
66:7
**support** 134:19
153:5,9,14 155:19
156:5
**supported** 157:22
**supporting** 45:4
46:19
**supposed** 132:23
**sure** 17:13 19:7
32:10 41:20 46:14

47:1 61:12 74:21
96:6,7 108:6
109:6 110:3
123:22 135:12
**surface** 46:1,5
64:22 90:3,23
91:15 111:12,17
112:9,13 114:8,17
124:11,13 142:2
**surgeon** 53:2,10
**surgeons** 69:24
70:1
**surgeries** 94:3
**surgery** 40:13 46:4
74:10
**surgical** 56:17,18
56:19 57:7 64:12
95:8
**surroundings**
114:9
**surrounds** 53:19
**susan** 3:12
**susceptible** 51:19
58:12 73:2,10
75:19 97:5 113:11
114:1
**suspect** 48:22 107:2
107:13
**suspicious** 157:10
157:13
**suture** 45:22 46:5
64:23 99:13 116:8
122:2 132:21
150:24
**sutures** 46:4 63:4
65:1,6,6 69:7,9,12
69:13,16,17
111:10 116:5
122:10 124:12
149:2,8 154:3
155:19 162:9,20
**swear** 6:3
**sweeping** 82:15
**swint** 3:9
**sworn** 6:9 171:8
174:18

**symptoms** 53:21,23
54:1
**synergistic** 89:5,8
**synthesis** 10:2
**synthesized** 32:3
127:14,15
**system** 1:3 22:19
**systems** 95:8

**T**

**t** 5:9 171:1,1 173:2
**table** 5:20 158:6,20
**take** 5:12 14:18
31:21 40:10 92:22
125:15 149:3
162:13
**taken** 50:1 132:5
171:6,12
**takes** 60:2 67:15
84:12 110:12
**talk** 31:20 33:1
91:2 107:14
163:11 165:12
**talked** 17:20,23
39:22 42:21 43:14
83:6 86:2 121:23
123:4 148:10
**talking** 21:22 24:9
34:6,22 45:10,11
47:7,17 60:23,24
61:3 79:6 81:5,6,7
81:8 89:16 96:21
99:9,13 105:14
106:2 110:20
130:8,19,22,23
133:15 135:14
**tall** 102:4
**taught** 54:7,9,12,17
54:21
**teach** 31:14,17 54:5
54:19 82:4 104:16
154:24
**teasley** 3:11
**technical** 29:5,7
**techniques** 44:23
45:1

**technologies** 1:23
**teflon** 76:8,10 96:5
**tell** 11:13 12:20
14:19 20:14 49:8
51:3 67:13 71:14
77:1,3,5,8,10,12
77:14,16 82:8,12
82:17 89:13 92:15
92:17,18 96:10
104:16 120:6,7
132:6 138:5
144:15,18 146:12
147:6,18,21 148:8
148:9 151:24
152:15 157:16,18
162:7 171:9
**telling** 97:2
**tells** 82:10
**temperature** 28:9
28:10,11 97:11,12
111:11 121:10
127:5 138:14,15
142:16,18 152:17
**temperatures**
97:10
**tennessee** 24:24
87:16
**tensile** 36:11 43:5
69:2,4 74:19
77:14 81:6,10,11
160:22
**terephthalate**
56:21 72:13
**teresa** 2:12
**term** 70:9 80:3
**terms** 35:8 95:20
167:13
**test** 44:11 87:13
101:1 158:14,21
158:24 159:5
162:11 168:22
**tested** 34:9,16,17
34:18,24 35:3
36:9,11,14,17
74:18 87:21,23
88:8 90:9 99:16

100:3,5,8,14
126:6,9 139:4,7
139:10,13
**testified** 6:9 56:16
57:10,16 58:20
61:16 62:1 78:19
**testify** 13:22 22:9
73:7,12,23,24
121:20 125:5
141:20 166:8,12
166:23 171:10
**testifying** 90:19
146:24 147:3
**testimony** 5:4 6:3
6:19 9:3,13 19:15
23:8,13 24:10
28:21 30:9 62:15
69:18 72:16,24
88:14 93:3 118:8
171:11,12,14
**testing** 15:20 20:5,8
20:11,13 21:8
22:5 25:8 33:13
33:18 34:1,3,7,15
35:10 36:20 42:14
43:2,17 44:22
47:18 55:5,9 56:2
56:10 74:21 133:7
149:15 158:12
**tests** 34:21 38:3
43:13,13 44:9,12
85:8 100:6
**texas** 4:3,7
**tga** 86:24 87:2,3
**thaman** 3:12
**thames** 167:22
168:6
**thank** 6:7 9:2 13:3
16:22 19:4 26:2
31:5 33:9 34:18
36:8 47:3 79:9
109:17 113:8
118:14 120:22
126:13 169:6
170:4,6
**thats** 7:5 8:23 12:7

12:11 15:1 24:17
28:18 30:23 31:4
38:24 39:7 45:21
46:2 50:3 52:8,12
52:16,19 53:20
56:4,11 59:16
60:10 61:7 63:4
63:12 64:1 67:18
68:11,12 70:21,21
74:9 77:3,21
80:12 81:22,22,24
82:1,4 84:9 86:15
86:15 87:14,15,18
89:14 90:4 91:15
96:2 101:24 103:1
104:5 107:10
108:13 111:19
114:1 116:4,11,12
117:9,13,21
118:14,16 121:7
122:2,15,17
124:18,23,23
125:1,1 126:5
128:10,15 131:17
131:19 136:14
137:15,23 138:7
144:1,7,23 148:1
151:8,14,21
154:17 156:24
157:2,7 158:11
160:9 161:13,23
162:1 163:16,21
164:7,13,20 168:1
168:16 169:20,24
**theory** 134:21
**theres** 23:5,10
38:24 46:17 50:10
51:7,16 58:22
59:2,6 60:5,9,15
62:24 64:18 72:1
80:22 81:16 83:10
83:11 86:7,9,10
86:11 94:14,15,16
94:16 99:6,11
100:7,22 102:1,3
102:10,14,22

103:3 104:19
105:2 112:2
118:24 119:5,24
122:14 124:21
147:10 150:3
164:10,21
**thermal** 97:3,5
**thermo** 96:19
**thermogravimetric**
55:13
**thermooxidative**
96:18,24
**theyll** 71:7
**theyre** 22:11 30:13
46:22 48:5 49:7
56:20 59:22 73:2
73:10 74:5 75:19
91:13 96:24
117:19 138:6
147:9,10,11
151:17,19,22
153:7 157:20,22
158:18 160:15,18
**theyve** 66:10
**thick** 7:14
**thickness** 77:8
**thing** 12:2 16:18
53:7 54:16 60:6
61:9 144:10
**things** 10:1 12:17
14:9 23:11,15
32:16 94:17 97:1
113:1 117:23
131:15 159:2
166:6,7
**think** 8:14 11:9,14
16:24 20:15 37:1
42:21 47:22 52:14
60:17 63:16,16
64:6 69:17 72:21
74:5 91:7,13
94:12 101:1 103:1
110:22 113:19
118:24 119:5
120:11 132:23
133:20 149:24

150:1 159:2
163:13 166:19
168:14 169:18
**thinking** 60:17
**thinmixed** 28:3
**thiodipropionate**
86:14
**third** 114:7,12
156:1
**thirty** 172:13
**thomas** 3:14
**thought** 8:8
**thousands** 50:11
**three** 29:4 45:15
146:22
**time** 8:11,13,16
10:23 11:14 14:24
16:11,20 18:23,24
19:2 25:2,13,16
25:20,22 29:5
33:6 34:6 42:1
44:15 45:16 61:14
63:5 64:4 89:21
90:6 91:3 94:19
105:21 106:5
110:18 111:11
131:6,14 141:4,11
141:16 147:21,22
148:8 152:7
153:18,18 160:1,4
162:3 166:7
168:21 169:10
170:4
**times** 45:14 78:11
88:7 100:7,14
158:21 162:11
**tissue** 53:19 59:22
60:1 68:1,1,5
75:22,24 95:7
116:13 131:24
134:5,8,10 135:18
135:21 140:23
141:9,24 142:4
**tissues** 76:2
**today** 7:11,22,24
8:6,21 19:9 23:23

25:3 33:4 94:5
96:10 107:9 141:3
141:10,15 150:12
152:10
**todays** 109:9
**told** 58:3,9,11,16
66:23 67:4
**tool** 104:14
**tools** 55:19
**top** 56:5 86:23
94:11 95:3 96:14
111:9 113:14
124:24 125:6
127:8,23 155:13
**tossed** 80:3
**total** 8:11,23 94:16
**tough** 82:20
**tougher** 82:10
**toughness** 36:14
43:6 68:23 69:1
74:19 81:16,19,24
82:2,8,11,18,23
83:8,11,14 154:7
154:9,10,11,13,14
154:19 155:6
159:15,22 160:9
162:8,16,20 169:1
169:2,3
**toxic** 67:10
**toxicity** 119:8
**track** 99:21
**transcript** 171:11
171:20 172:14,15
**transcription** 174:5
**transcripts** 9:11
**transition** 121:9
127:5
**transverse** 131:4
**treat** 57:12 58:4,10
72:5
**treating** 58:17
**treatment** 77:24
134:6 136:24
**trial** 20:19,22 62:2
62:5
**trials** 20:16

**tricks** 83:18
**tried** 83:15 107:8
109:15 169:8
**true** 116:4 154:17
171:14
**trust** 101:7
**truth** 6:4,4,5 171:9
171:9,10
**try** 109:11 119:6
147:11
**trying** 61:9 83:20
119:11
**turn** 86:6 155:9
**turning** 96:14 98:4
121:23
**tvt** 22:19,19 70:10
70:14,18
**tvtabbrevo** 22:20
**tvtexact** 22:20
**tvto** 22:19
**tvtsecur** 22:18,20
24:1,2
**twice** 9:8
**two** 10:1 13:8 35:14
35:15,17,18,21
46:7,17 71:7 74:6
89:6 96:24 103:3
124:12 141:5
148:11 149:21
167:12
**type** 18:10 20:22
33:10 36:17,20
37:11,19,22 38:2
38:16 42:4,14,17
43:17,20 44:8
49:22 55:5,9
56:10 64:17 85:7
86:13 87:3 107:5
127:21 142:23
167:4
**types** 80:5 118:22
**typos** 12:16

_____
**U**

**uab** 21:4
**uhhuh** 114:15

Jimmy W. Mays, Ph.D.

**ultimate** 160:21
**ultrahigh** 83:16
**unable** 170:1
**unaffected** 112:13
**unaware** 59:1
**undergo** 53:17
  154:4
**undergoes** 85:24
**undergoing** 56:6
**undergraduate**
  167:19
**understand** 6:17,19
  16:15 29:23 31:1
  49:16 51:10 53:8
  61:21 75:24 84:24
  88:17 97:18
  112:24 115:10
  146:17 153:4
  160:10 169:14
**understanding**
  23:2
**understood** 169:6
**undertaken** 64:17
**undisputed** 42:22
**unit** 160:14
**united** 1:1
**universally** 132:17
**university** 9:21
  24:23 32:6 33:7
  167:17
**unpaired** 117:9,11
**unreliable** 56:3
**unsuitable** 71:1
**uptodate** 14:19,21
**urinary** 16:3 26:8
  77:24
**use** 30:21 39:1
  55:20 63:1,6,21
  64:19,21 66:10
  67:1 69:7 70:6
  71:1 74:9 76:19
  76:23 87:13 89:7
  92:11 98:12
  104:10,14 119:15
  137:24 138:2,21
  141:8 153:2

**uses** 28:1 69:21
  132:18
**usual** 54:24
**ut** 21:4 31:15 44:23
  49:8 54:6,10,13
  54:18 57:20 58:3
  58:9,16 66:23
  67:4 82:5 103:23
  104:17 155:1,5
**uv** 122:5,7

**V**

**v** 1:7,9,11 2:1,3,6,8
  2:9,11,13,14,16
  2:18,20,22 3:1,2,4
  3:6,7,9,11,12,14
  3:16,17,19,21
**vacuum** 142:7,10
  142:13,15,16,20
**vaginal** 57:17 60:1
  63:8,9,14,17,18
  64:9 71:3,16 74:9
  74:16 125:3
**vague** 84:23
**valid** 153:7,23
**validity** 162:21
**values** 151:9,20,24
  152:15 153:1,5,6
  153:8,9,11,14
  157:9,10,11,16
**variety** 54:14 66:6
  125:3 128:20
  130:6
**various** 22:15 28:3
  29:13 46:21 94:17
**vary** 53:23 148:10
**vascular** 46:4
**version** 14:16
**versus** 30:18
  146:12 147:13
  160:5,9
**vial** 113:10,13,22
**vicinity** 105:3
**videos** 27:17,19
**views** 57:19
**vignosware** 3:15

**virginia** 1:1 2:5
  56:1
**viscosity** 151:18
**visible** 46:5 111:12
  111:17 113:23
**visually** 140:11
**vivo** 5:17 27:9
  87:24 88:3 89:19
  96:24 97:20,23
  103:6 109:1 112:2
  112:15 115:13
  125:13

**W**

**w** 1:17 2:5 5:4,14
  6:8 171:6,8
  174:13
**want** 25:10 80:2
  86:13 100:21
  117:18 118:15
  129:23 153:3
  165:17 167:7
**wanted** 139:24,24
**wants** 117:3
**warlick** 3:17
**warranty** 93:14,20
  93:22 94:7
**wasnt** 37:16 110:16
  138:16 139:1
  167:24
**watch** 45:14
**watched** 27:17
**water** 138:12,14,21
  138:23 139:4,5,6
  139:10,13
**wave** 1:5
**wavelength** 123:8
  123:12,19 124:6,9
**waxy** 126:14
**way** 44:20,21 64:3
  70:2 73:18 87:14
  94:8 99:21 104:21
  104:22 155:15
  156:8,12 159:20
  163:1,19 165:16
**weave** 77:10

**weight** 26:17 30:22
  35:9 44:11,12,16
  44:21 48:1 49:4
  78:8,15,20,22,23
  79:1,4,8,10,17,19
  79:22,24 80:1,2,3
  80:7 81:11 83:4,7
  83:9,10,14,16,23
  84:3,4,8,9,14,17
  84:22 85:3,4,8,14
  85:17,18 120:18
  120:24 121:1,6
  149:22,22,23
  150:20 151:5,12
  152:12,20,21,22
  152:23 153:12,22
**weighted** 149:22
**weights** 30:21 80:5
  151:23 153:12,13
**wellknown** 131:9
**west** 1:1 56:1
**weve** 33:6,15 44:12
  51:8 86:2 93:12
  97:16 104:10
  121:23 123:4
  150:1 152:18
  163:9 168:18
**whats** 7:2 9:16 14:5
  50:24 55:21 59:11
  68:11 89:20 94:2
  105:21 118:4
  141:8 168:12
**whatsoever** 20:7
  43:18 53:13 69:15
  109:4 137:7
  153:21
**whens** 25:13
**whos** 104:13
**widely** 68:9
**williams** 59:10,18
**wilmington** 29:6
**wilson** 3:19
**witness** 6:6,8 7:8
  9:5 57:2,4 94:22
  171:15 172:1
**wolfe** 3:19

**woman** 68:1 75:1
**womans** 26:20
**women** 39:16 40:1
  40:4 51:17 148:11
**word** 160:11
**work** 10:6 11:12
  13:15,16 19:6
  32:2,8,11 33:2
  56:8 89:5,8 90:3
  95:4,6 122:17
  131:1 143:10
  163:9
**worked** 9:20,22
  11:19,20,22 14:8
  16:9,20 17:10,13
  19:17 55:3 62:20
**working** 15:9,11
**works** 118:10
**world** 16:11 56:5
  78:4 123:20
**worry** 45:19
**worst** 45:21
**worth** 74:5
**wouldnt** 50:2 63:19
  63:19 86:13
  104:18 108:10
  122:13 136:2
  143:6 144:3,5
  146:1 154:7
  162:15 168:2
**wound** 116:9,9
**woven** 28:8,19
**wrap** 167:7
**write** 114:7,16
  147:16,21
**wroble** 3:21 70:2
**wrong** 50:13 157:9
  157:12,16
**wrote** 128:16
  168:21

**X**

**x** 5:2,9,9 159:19

**Y**

**y** 159:18
**yall** 139:22

Jimmy W. Mays, Ph.D.

| | | | | |
|---|---|---|---|---|
| **yeah** 11:14 13:2 | 91:18 94:6 97:2 | 46:20 138:3 | **138** 145:6,10 | **2007** 46:8 |
| 34:24 35:6 46:17 | 99:9 103:2 104:17 | **1020** 4:11 | **14** 120:12 | **2014** 17:8,13 64:4 |
| 57:3 58:2 59:14 | 105:21 109:18 | **11** 21:14 38:11 | **140** 147:14 | 64:17 65:14 |
| 64:6 74:13 87:17 | 110:20 115:15 | 106:7 109:18 | **1400** 4:11 | **2015** 5:18 11:6 26:1 |
| 89:6 95:20 96:9 | 119:11 129:17 | 114:3,12 133:15 | **141** 148:1 | **2016** 1:15 8:17,20 |
| 102:10 103:3,4 | 133:15 135:13 | **110** 5:15 | **148** 5:19 | 141:16 171:7 |
| 112:12 128:5,17 | 139:2 141:13 | **111** 156:23 157:24 | **15** 121:23 123:1 | **21** 46:2 125:9 |
| 131:15 151:8 | 145:1 146:16 | **12** 5:14 170:8 | **159** 5:20 | **215** 5:18 |
| 155:17 159:20 | 150:4,22 157:12 | **12891** 136:12 | **15955438** 99:22 | **221** 149:18,19 |
| 160:18 | 158:19 163:8 | **129** 5:17 | **15958452** 5:16 | 150:2,3,17 |
| **year** 5:19 11:5 19:3 | **youve** 8:1,11,24 9:5 | **12cv001286** 3:20 | **15958469** 5:16 | **2327** 1:4 |
| 45:23 57:23 | 9:8,13 10:6,9 | **12cv00258** 3:8 | **165** 28:12 | **24** 137:14,16 |
| 111:16 148:4,6,7 | 19:12 21:8 22:2 | **12cv00276** 3:18 | **17** 94:17 170:8 | **25** 126:13 |
| 148:9 155:24 | 25:4,13 27:14 | **12cv00279** 3:13 | **1740** 102:14 105:2 | **2500** 4:8 |
| 156:1,19,22 157:5 | 31:21 32:22 33:2 | **12cv00347** 2:22 | 123:8,12,19,24 | **26** 5:14 127:6,8,24 |
| 161:7,9,16,19,19 | 34:18 36:8,11,14 | **12cv00369** 2:16 | 124:5,7 145:17 | **28** 39:10,16 40:1,4 |
| 162:3 | 36:17,20,23 38:5 | **12cv00423** 2:11 | **175** 174:5 | 40:22 41:2,4,12 |
| **years** 10:23 14:9,10 | 39:3 42:13,17 | **12cv00483** 1:12 | **1750** 102:11,23 | 41:16 42:5,14 |
| 16:11 24:21 29:3 | 43:1,11 44:8,11 | **12cv00493** 2:18 | 103:12 | 43:2,18,21 45:4 |
| 29:4 69:11,11 | 51:2,10 55:3 | **12cv00499** 3:14 | **183** 155:18 156:5 | 49:22 53:15,21 |
| 106:6 111:11 | 57:19 60:4 68:10 | **12cv00500** 3:11 | 158:8 169:21 | 54:2 70:1 85:16 |
| 122:3 124:12 | 68:11 74:18 75:11 | **12cv00501** 3:6 | **19** 13:1 | 85:21 92:5,15,19 |
| 149:2 152:18,18 | 75:21 76:14,15 | **12cv00510** 3:1 | **1958** 132:10,14 | 125:13,19 |
| **yep** 145:14 | 87:21,23 88:2 | **12cv00567** 3:3 | **1960s** 116:6 | |
| **youd** 25:20 31:14 | 90:5,5 93:4 95:16 | **12cv00651** 1:10 | **1980s** 32:6 | **3** |
| 93:4 100:11,18 | 103:9 120:9 | **12cv00683** 2:15 | **1983** 99:9,12 | **3** 5:14 12:3,7 27:5 |
| 107:15 115:1 | 122:17 126:6 | **12cv00747** 2:8 | **1984** 5:15 110:20 | 93:6 94:11 95:3 |
| 120:12,15 129:23 | 141:4,11,16 | **12cv00761** 3:16 | **1988** 9:21 | 111:9 112:4 151:1 |
| 135:6 149:3 | 144:22 145:2 | **12cv00786** 3:10 | **1998** 46:2 | **30** 12:22,24 14:10 |
| **youll** 20:4 29:18 | 155:4 | **12cv00829** 2:13 | | 108:4,9,11 110:14 |
| 47:18 55:22 62:24 | | **12cv00848** 2:10 | **2** | 111:10,16 113:9 |
| 89:4 99:15 100:2 | **Z** | **12cv00883** 3:22 | **2** 1:3,8,10,12,15 2:2 | 172:13 |
| 102:3 118:17 | **z** 152:20 | **12cv00995** 1:8 | 2:4,6,8,10,11,13 | **300** 9:2 |
| 120:17 122:5,12 | | **12cv01013** 2:20 | 2:15,16,18,20,22 | **336221** 150:4 |
| 123:7 133:22 | **0** | **12cv01081** 2:6 | 3:1,3,5,6,8,10,11 | **3377** 1:23 |
| 134:11,13,22 | **0** 150:24 160:1,4 | **12cv01169** 2:4 | 3:13,14,16,18,20 | **35** 92:24 |
| 135:20,23 163:14 | 161:7,9 162:3 | **12cv01267** 2:2 | 3:22 5:13 7:14,15 | **36** 1:18 171:7 |
| 168:1 | | **12cv05664** 3:5 | 7:16 8:6,21 18:24 | **37** 97:12,15,17,23 |
| **youngs** 43:6 157:1 | **1** | **12md02327** 1:3 | 93:8 100:4 105:5 | 161:11 |
| **youre** 6:17,19 7:8 | **1** 1:5 5:12 6:22 7:2 | **13** 115:18,20,23 | 141:16 151:1 | **370** 1:23 |
| 7:13 19:15 22:9 | 39:6 98:5 130:18 | **131141** 5:18 | 155:24 171:7 | **39157** 4:12 |
| 24:10 39:9 46:18 | 131:3 132:8 | **132** 133:1,4 | **20** 8:22 45:14,20 | |
| 48:6 52:23 54:2 | 161:12,17,21 | **134** 133:12 135:16 | 92:24 124:20,24 | **4** |
| 56:16,24 57:6 | 174:5 | 136:8,10 142:19 | 125:7 174:19 | **4** 5:15 8:17,20 19:3 |
| 61:17 64:23 78:24 | **10** 92:24,24 130:20 | 143:8 | **200** 1:6 28:13 | 22:14 110:23 |
| 79:1,6 89:23 | 162:11 | **135** 143:20 | **2005** 25:24 | 111:2 128:15,17 |
| | **100** 23:1,4,9,14 | | | |

Jimmy W. Mays, Ph.D.

| | |
|---|---|
| 150:24<br>**404** 4:3<br>**42** 60:18 61:12<br>**44** 59:14<br>**4401** 4:12<br>**49** 8:10,17 12:23 | **877** 1:23<br>**888221** 150:4 |
| **5** | **9** |
| **5** 5:15,17 8:17<br>96:14 98:4 101:13<br>105:4 110:20<br>128:21 129:12,15<br>156:19 157:24<br>**50** 69:11 100:4<br>**500** 4:7 9:3<br>**510** 4:7<br>**520** 4:8<br>**54** 99:7,14<br>**5672** 1:23<br>**5757** 4:4<br>**591** 1:23 | **9** 5:18 130:19<br>**903** 4:4<br>**917** 1:23<br>**985** 4:12<br>**99** 34:11 |
| **6** | |
| **6** 5:6,12,19 148:17<br>148:19 161:17,21<br>**601** 4:12<br>**68** 161:12 | |
| **7** | |
| **7** 5:13,20 156:19,22<br>157:5 159:11,15<br>161:16,17,19,19<br>162:3 168:24<br>169:4<br>**70** 8:23 157:6,24<br>**713** 4:8<br>**73** 5:18<br>**75601** 4:3<br>**758** 4:4<br>**770057** 4:7<br>**78** 161:24<br>**7year** 151:11 | |
| **8** | |
| **8** 1:18 34:11 148:1<br>171:7<br>**80s** 44:5 | |