# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 3 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## AMENDED NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING DR. TERI A. LONGACRE, M.D. FOR WAVE 3

Plaintiffs filed a Notice of Adoption [Dkt. 2783] in the Wave 3 cases identified in Exhibit A to their Notice adopting their Motion to Exclude or to Limit the Opinions and Testimony of Terri A. Longacre, M.D. and Supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Dr. Terri A. Longacre, M.D. for Ethicon Wave 1, Dkt. #2140. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 response briefing.

Dated: October 7, 2016

                                                        Respectfully submitted,

                                                        */s/ David B. Thomas*
                                                        David B. Thomas (W. Va. Bar No. 3731)
                                                        Thomas Combs & Spann, PLLC
                                                        300 Summers Street, Suite 1380
                                                        P.O. Box 3824
                                                        Charleston, WV  25338-3824
                                                        (304) 414-1800
                                                        dthomas@tcspllc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ David B. Thomas*
                                            David B. Thomas (W. Va. Bar No. 3731)
                                            Thomas Combs & Spann, PLLC
                                            300 Summers Street, Suite 1380
                                            P.O. Box 3824
                                            Charleston, WV  25338-3824
                                            (304) 414-1800
                                            dthomas@tcspllc.com