**EXHIBIT "A"**

| PLAINTIFF | CASE NO. |
|---|---|
| Allmon, Mary Loretta | 2:12cv02999 |
| Anderson, Elaine | 2:12cv02134 |
| Baez, Araceli Godoy | 2:12cv03078 |
| Baker, Dawn M. & Michael | 2:12cv02476 |
| Bartley, Susan D. | 2:12cv02921 |
| Berry, April M. Carter & Danny | 2:12cv03074 |
| Blackwell, Lydia M. & Douglas | 2:12cv03155 |
| Blake, Kathy L. | 2:12cv02943 |
| Booher, Stephanie & Davin | 2:12cv03076 |
| Braden (Combs), Linda G. & Greg Combs | 2:12cv02283 |
| Carroll, Norma & Larry | 2:12cv02414 |
| Castillo, Carmen Maria Del R. & Jose L. | 2:12cv03077 |
| Clones, Susan Elizabeth | 2:12cv02799 |
| Cooper, Rhonda K. Woods | 2:12cv02532 |
| Cordea (Cullipher), Dawn Huff | 2:12cv02634 |
| Cosgray, Ila Mae | 2:12cv02934 |
| Damron, Judy K. & Benny | 2:12cv03079 |
| Day, Charlotte A. & Troy | 2:12cv02264 |
| Denton, Shirley & Marvin | 2:12cv01719 |
| Dotson, Kandy P. Hammack & Rick | 2:12cv02633 |
| Douglas, Tina M. | 2:12cv02922 |
| Falcon, Cynthia R. & Raymond, Sr. | 2:12cv02446 |
| Farris, Diana N. | 2:12cv02776 |
| Fields, Janice & Don | 2:12cv02971 |
| Garcia, Yolanda & Edward G. | 2:12cv03080 |
| Gaylor, Geraldean Barnett | 2:12cv03163 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Haddon, Judy F. | 2:12cv02200 |
| Hensley, Glenna T. | 2:12cv03119 |
| Hill, Kimberly | 2:12cv02829 |
| Jones, Sara Camille | 2:12cv03131 |
| Kidd, Kathy Jean & Phillip | 2:12cv02883 |
| King, Gayle | 2:12cv02606 |
| Krauser, Debra A. & Stephen | 2:12cv03140 |
| Ludwig, Lori S. & Mark | 2:12cv03093 |
| Lyszcarz, Karen A. & Thomas F. | 2:12cv02689 |
| Madding, Linda | 2:12cv02512 |
| Martello, Kimberly & Glen A. | 2:12cv03122 |
| Mattingly, Deborah Lynn Smothers & Tony | 2:12cv03097 |
| Mincey, Melissa B. Barnes | 2:12cv02448 |
| Moosman, Donna J. & Joe | 2:12cv02805 |
| Murphy, Donna B. | 2:12cv02485 |
| Murphy, Michellyn Blackmon & Michael | 2:12cv02600 |

| | |
|---|---|
| Page, Terry | 2:12cv02884 |
| Phillips, Joanne | 2:12cv02489 |
| Ramirez, Angelia Mancini & Manuel M. | 2:12cv02191 |
| Richard, Mary Frances & Joseph L. | 2:12cv02192 |
| Richmond, Tammy & Danny | 2:12cv03038 |
| Robertson, Kathy Kathleen A. | 2:12cv02802 |
| Rutherford, Jamie B. Andrews & Steven | 2:12cv02959 |
| Sequino, Dawn Castigliego & David | 2:12cv02193 |
| Simpson, Brenda Kaye Gilley | 2:12cv02716 |
| Smallridge, Audrey & Theron | 2:12cv02956 |
| Smallwood, Katherine Lawson & Henry, II | 2:12cv03124 |
| Smith, Julia Grace | 2:12cv03128 |
| Soltanshahi, Victoria McMurphy | 2:12cv02688 |
| Stevens, Kimberly J. | 2:12cv02424 |
| Taylor, Bonita | 2:12cv02601 |
| Taylor, Grethel | 2:12cv02975 |
| Todd, Mattie & Ronnie | 2:12cv02242 |
| Toennies, Kathleen A. & Glennon | 2:12cv02687 |
| Van Wyck, Helen Redhead | 2:12cv02374 |
| Walker, Christine E. Laveers | 2:12cv03166 |
| Walker, Julia & Willis | 2:12cv02826 |
| Walker, Susan | 2:12cv02728 |
| Ward, Mary & Jeffrey | 2:12cv02198 |
| Warner, Leslie Hale | 2:12cv02199 |
| Watts, Nettie June | 2:12cv02823 |
| Webb, Christine R. Roberts & Joseph | 2:12cv03136 |
| Webb-Henson, Tammy | 2:12cv03123 |
| White, Kelly L. & John D. | 2:12cv03129 |
| Williamson, Tabitha | 2:12cv02642 |
| Wooden, Brenda J. DeSheles & Barry | 2:12cv02951 |
| Woosley, Tracy Miller & Kevin | 2:12cv03145 |
| Yaletchko, Geraldine R. & John | 2:12cv02401 |
| Young, Catherine L. & David | 2:12cv03083 |