## **EXHIBIT "A"**

| PLAINTIFF | CASE NO. |
|---|---|
| Damron, Judy K. and Benny | 2:12cv03079 |