# EXHIBIT A

Scott Guelcher

```
 1              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      AT CHARLESTON
 3   IN RE: ETHICON, INC., PELVIC    )
     REPAIR SYSTEM PRODUCTS          )
 4   LIABILITY LITIGATION            )
     _____ )
 5                                   )
     THIS DOCUMENT RELATES TO THE    )Master File No.
 6   FOLLOWING CASES IN WAVE 1 OF    )2:12-MD-02327
     MDL 200:                        )   MDL 2327
 7                                   )
     Marty Babcock v. Ethicon, Inc.  )JOSEPH R. GOODWIN
 8   Civil Action No. 2:12-cv-01052  )U.S. DISTRICT
                                     )JUDGE
 9   [Complete caption below]        )
    _____
10
11
12
13
14                       DEPOSITION OF
15                      SCOTT GUELCHER
16            Taken on behalf of the Defendants
17                    March 23, 2016
18                       8:51 a.m.
19
20
21
22              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

Scott Guelcher

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     AT CHARLESTON
 3   IN RE: ETHICON, INC., PELVIC      )
     REPAIR SYSTEM PRODUCTS            )
 4   LIABILITY LITIGATION              )
                                       )
     _____ )
 5                                     )
     THIS DOCUMENT RELATES TO THE      )Master File No.
 6   FOLLOWING CASES IN WAVE 1 OF      )2:12-MD-02327
     MDL 200:                          )   MDL 2327
 7                                     )
     Marty Babcock v. Ethicon, Inc.    )JOSEPH R. GOODWIN
 8   Civil Action No. 2:12-cv-01052    )U.S. DISTRICT
                                       )JUDGE
 9   Daphne Barker, et al. v.          )
     Ethicon, Inc., et al.             )
10   Civil Action No. 2:12-cv-00899    )
                                       )
11   Dorothy Baugher v. Ethicon,       )
     Inc., et al.                      )
12   Civil Action No. 2:12-cv-01053    )
                                       )
13   Harriet Beach v. Ethicon,         )
     Inc., et al.                      )
14   Civil Action No. 2:12-cv-00476    )
                                       )
15   Myra Byrd, et al. v. Ethicon,     )
     Inc., et al.                      )
16   Civil Action No. 2:12-cv-00748    )
                                       )
17   Fran Denise Collins v.            )
     Ethicon, Inc., et al.             )
18   Civil Action No. 2:12-cv-00931    )
                                       )
19   Dennis W. Dixon, Estate of        )
     Virginia M. Dixon,                )
20   Deceased v. Ethicon, Inc., et al.)
     Civil Action No. 2:12-cv-01081    )
21                                     )
     Lois Durham, et al. v.            )
22   Ethicon, Inc., et al.             )
     Civil Action No. 2:12-cv-00760    )
23                                     )
     Karen Forester, et al. v.         )
24   Ethicon, Inc., et al.             )
```

```
 1     A.      I'm really trying to answer it.  I
 2   mean, it's a chemical reaction.  It -- it -- it --
 3   PROLENE is polypropylene with antioxidants.  And
 4   the antioxidants can delay the reaction, but,
 5   eventually, it's going to happen.  So. . .
 6     Q.      At what rate -- excuse me.
 7     A.      Go ahead.  I -- I'm finished.
 8     Q.      At what rate does PROLENE undergo
 9   autoxidation in the body?
10     A.      I don't know the rate.  I've not
11   measured it.  But I wasn't really -- no.  I don't
12   know the rate that -- that thermal oxidation is
13   going to. . .
14     Q.      If we -- if we look at the summary of
15   opinions, Number 3 --
16     A.      Okay.
17     Q.      -- you discuss the dynamic environment
18   where polypropylene mesh is implanted.  Do you see
19   that opinion?
20     A.      Yes.
21     Q.      What scientific evidence do you have,
22   Dr. Guelcher, for chain scission having occurred
23   with PROLENE in vivo?
24             MR. BOWMAN:  Object to form.
```

```
 1                MR. BOWMAN:  Object to form.
 2                THE WITNESS:  I'd have to refresh
 3     myself with the documents.  I -- I -- I can't
 4     remember them.
 5     BY MR. HUTCHINSON:
 6        Q.      And as a material scientist, you'll
 7     agree that PROLENE has a different chemical
 8     composition than pure polypropylene, correct?
 9        A.      So PROLENE has two antioxidants, one
10     designed to prevent oxidation during
11     high-temperature processing, another during
12     storage.  There are flow additives designed to make
13     extrusion easier, calcium stearate, some
14     surfactants.  So there's other additives in there,
15     but those additives are added mainly for
16     manufacturing, in my understanding.
17        Q.      Right.  But PROLENE has a chemical
18     different composition -- strike that.
19                PROLENE has a different chemical
20     composition than pure PROLENE, correct?
21                MR. BOWMAN:  Object to form.
22     BY MR. HUTCHINSON:
23        Q.      I'm sorry.  PROLENE has a different
24     chemical composition than pure polypropylene,
```

1     Can you tell us the name of a patient,
2  who received any one of the nine products, who had
3  their mesh specifically removed because of
4  oxidation?
5     A.    Why would you remove a mesh for
6  oxidation?  You remove it for another complication.
7  I mean, it's not -- oxidation leads to
8  embrittlement and degradation.  So -- I mean,
9  they're -- they're removed because they become
10 embrittled.  They extrude.  They cause pain.  Not
11 because -- I mean, there's not -- you wouldn't --
12 I'm confused.  I'm sorry.  Go ahead.
13          MR. HUTCHINSON:  Move to strike as
14 nonresponsive.
15 BY MR. HUTCHINSON:
16    Q.    Doctor, I'm asking for a name of
17 somebody who received any one of these nine
18 products who had their mesh specifically removed
19 because of oxidation.  Can you tell us a name?  Yes
20 or no?  And then I'll move on.
21    A.    This is a strange question.  You
22 wouldn't remove a mesh for oxidation.  It's a very
23 early event.  I mean, I don't know that any of
24 these patients had it removed for oxidation.  Like

```
 1    resulting in a scar plate.  I should be more
 2    precise.
 3              There's the macrophages and other
 4    inflammatory cells, foreign body giant cells, that
 5    migrate into the mesh, adhere to the mesh, secrete
 6    reactive oxygen species, including hydroxyl
 7    radicles, that oxidize the polypropylene.  That --
 8    that -- that's in my report.  That's the -- that's
 9    the tissue response.  The primary components are
10    the fibroblasts and -- and with the collagen matrix
11    deposition and the -- and the macrophages.
12    BY MR. HUTCHINSON:
13       Q.     Doctor, can you tell us from a
14    physiological standpoint how oxidation causes pain
15    in a woman?
16       A.     Again, it's in my report.  Oxidation
17    leads to reduction of molecular weight,
18    embrittlement, and that can lead to cracking, which
19    can lead to erosions and pain.  It's hard plastic
20    in the pelvic floor.  That's going to cause pain.
21       Q.     And oxidation also leads to reduction
22    in physical properties, correct?
23              MR. BOWMAN:  Objection to form.
24              THE WITNESS:  What -- physical
```