# EXHIBIT B

# PAUL J. MICHAELS, M.D.

4214 Speedway, Austin, TX  78751
PHONE: (512) 808-6711          EMAIL: pauljmichaels@gmail.com

## PROFESSIONAL EXPERIENCE

February 2013 – Present
    Pathologist at Clinical Pathology Associates                                           Austin, TX
- Member of ~40 pathologist group that covers several major hospitals in the Central Texas region (including the Austin area and surrounding communities, San Marcos, and San Antonio)
- Anatomic pathology responsibilities include frozen sections, sign-out of complex surgical specimens, review of numerous outpatient biopsies, GYN and NON-GYN cytology, presentation at tumor board conferences, and performing hospital autopsies
- Clinical pathology responsibilities include peripheral blood smear and body fluid review, crystal identification, assessment of blood transfusion reactions and RBC antibody serology work-ups, TEG analysis, and evaluation of protein electrophoresis panels
- Director of the Fine Needle Aspiration Clinic at University Medical Center, Brackenridge (February 2013 – Present)
- Medical Director of North Austin CPL Stat Laboratory (April 2013 – Present)
- Medical Director of South Austin CPL Stat Laboratory (January 2014 – Present)
- College of American Pathologists (CAP) Inspections:
  - Team Leader (June 2014)

July 2006 – January 2013
    Pathologist at Laboratory Medicine Consultants/Aurora Diagnostics              Las Vegas, NV
- Member of a ~18 pathologist group that covered several hospitals in the southern Nevada and northwestern Arizona region
- Anatomic pathology responsibilities include frozen sections, sign-out of complex surgical specimens, review of numerous outpatient biopsies, GYN and NON-GYN cytology, coverage of outpatient FNA clinic, presentation at numerous tumor board conferences, and performing hospital autopsies
- Clinical pathology responsibilities include peripheral blood smear and body fluid review, crystal identification, assessment of blood transfusion reactions, protein electrophoresis and immunofixation analysis, and interpretation of various chemistry, lipid, coagulation, and serologic laboratory test panels
- Medical Director of MountainView Hospital Laboratory (January 2010 – January 2013):
  - Oversight of daily laboratory operations (~270 bed hospital)
  - Annual review of all laboratory policies
  - Member of the hospital Medical Executive Committee and Quality Council
- Laboratory Director of various ambulatory surgery centers, including:
  - Durango Surgery Center (February 2009 – January 2013)
  - Tenaya Surgery Center (January 2009 – January 2013)
  - Stonecreek Surgery Center (June 2008 – January 2013)
  - Las Vegas Regional Surgery Center (June 2007 – December 2007)
- Cytopathology Laboratory Director (August 2007 – January 2010)
  - Provided daily oversight of our centralized cytology laboratory for over 1,000 inpatient beds and numerous outpatient clinics in the surrounding community
  - Reviewed quarterly QA statistics, including NON-GYN/Surgical specimen correlation cases

- Cancer Conference Coordinator (January 2007 – December 2009) and Cancer Program Activity Coordinator (May 2007 – December 2009)
  - Reviewed all monthly cancer cases to assure compliance with Commission on Cancer standards
  - Provided oversight for all hospital Tumor Board conferences, including organization of the annual cancer conference assignments for all pathologists in the group
  - Attended bimonthly Sunrise Hospital Cancer Committee meetings
- College of American Pathologists (CAP) Inspections:
  - Team Leader (September 2009, August 2010)
  - Team Member (March 2007, September 2010)
- In 2012, was voted a "Top Doctor" in Pathology in Las Vegas, NV by Consumers' Checkbook of Washington, D.C., published in *Vegas Seven* magazine (2/23/2012).
  - Received the most mentions of any pathologist in the city

October 2004 – June 2006
    Locum Tenens Pathologist at North Shore Pathologists                    Salem, MA
- Independently performed autopsies that occurred during the weekends and holidays
- Prepared and signed-out (cosigned) the autopsy reports with an attending/supervising pathologist

## EDUCATION/CLINICAL TRAINING

July 2005 – June 2006
    Cytopathology Fellowship, Massachusetts General Hospital/Harvard Medical School

June 2001 – June 2005
    Anatomic/Clinical Pathology Residency, Massachusetts General Hospital/Harvard Medical School
- Chief Resident, Anatomic Pathology (June 2004 – November 2004)
- Resident Representative for Mentoring, American Society of Cytopathology, Ethics and Conduct Committee (June 2004 – June 2006)

August 1996 – June 2001
    Doctorate of Medicine, University of California, Los Angeles
- Post Sophomore Fellowship in Anatomic/Clinical Pathology, Combined UCLA/Cedars Sinai Program (June 1998 – June 1999)
- Alpha Omega Alpha Honor Society (Elected 2001)

September 1992 – September 1995
    Bachelor of Science, University of California, Irvine
- Major in Biological Sciences with a Minor in Microbiology, *Cum Laude*
- Phi Beta Kappa Honor Society (Elected 1995)
- UC Regents Scholar (1992 – 1995)

## ACADEMIC APPOINTMENTS

June 2009 – June 2013
    Adjunct Associate Professor of Pathology, Touro University of Nevada, College of Osteopathic Medicine

June 2001 – June 2006
    Clinical Fellow in Pathology, Massachusetts General Hospital/Harvard Medical School

## MEDICAL LICENSURE AND CERTIFICATION

October 2006 – Present
    American Board of Pathology, Cytopathology (Time Limited, Recertified - March, 2015)

August 2005 – Present
    American Board of Pathology, Anatomic and Clinical Pathology (Time Unlimited)

December 2012 – Present
    Texas Medical Board (License # P5108)

December 2012 – Present
    California Medical Board (License # C55645)

August 2006 – Present
    Utah Medical Board (License # 6228782-1205)

June 2006 – Present
    Nevada Medical Board (License #11907)

June 2006 – Present
    Arizona Medical Board (License #35644)

October 2004 – June 2007
    Massachusetts Medical Board (License #223088)

## PROFESSIONAL ORGANIZATIONS

    Texas Medical Association (TMA)
    Travis County Medical Society (TCMS)
    Texas Society of Pathologists (TSP)
    American Society of Cytopathology (ASC)
    American Society of Clinical Pathology (ASCP)
    College of American Pathologists (CAP)
    United States and Canadian Academy of Pathology (USCAP)

## ACADEMIC PUBLICATIONS

Pusztaszeri M. Wang H, Cibas ES, Powers CN, Bongiovanni M, Ali S, Khurana KK, **Michaels PJ**, and Faquin WC. Fine-needle Aspiration Biopsy of Secondary Neoplasms of the Thyroid Gland: a Multi-institutional Study of 62 Cases. *Cancer Cytopathol* 2015;123:19-29.

Lewis Jr. BA, Zebrowski B, Yumiaco NS, **Michaels P**, and Erling M. Case Report of Paratesticular Liposarcoma with Metachronous Large Renal Cell Carcinoma. *Curr Urol* 2010;4:162-163.

Pitman MB, **Michaels PJ**, Deshpande V, Brugge WR, and Bounds BC. Cytological and Cyst Fluid Analysis of Small (<3 cm) Branch Duct Intraductal Papillary Mucinous Neoplasms Adds Value to Patient Management Decisions. *Pancreatology* 2008;8:277-84.

**Michaels PJ**, Brachtel EF, Bounds BC, Brugge WR, and Pitman MB. Intraductal Papillary Mucinous Neoplasms (IPMN) of the Pancreas: Cytologic Analysis and Correlation with Histologic Grade. *Cancer* 2006;108:163-73.

Steele DJ and **Michaels PJ**. Case Records of the Massachusetts General Hospital. Weekly Clinicopahtological Exercises. Case 40-2004- A 42-year-old Woman with Long-Standing Hematuria. *N Engl J Med* 2004;351:2851-9.

**Michaels PJ**, Espejo ML, Kobashigawa J, Alejos JC, Burch C, Takemoto S, Reed EF, and Fishbein MC. Humoral Rejection in Cardiac Transplantation: Risk Factors, Hemodynamic

Consequences and Relationship to Transplant Coronary Artery Disease. *J Heart Lung Transpl* 2003;1:58-69.

**Michaels PJ**, Fishbein MC, and Colvin RB. Humoral Rejection in Human Transplantation. *Springer Semin Immunopathol* 2003;25:119-140.

Marchevsky AM, Lau SK, Khanafshar I, Ockhart C, Phan A, **Michaels PJ**, and Fishbein MC. Internet Teleconferencing Method for Telepathology Consultations from Lung and Heart Transplant Patients. *Hum Pathol* 2002;33:410-4.

**Michaels PJ**, Kobashigawa J, Laks H, Azarbal A, Espejo ML, Chen L, and Fishbein MC. Differential Expression of RANTES Chemokine, TGF-β, and Leukocyte Phenotype in Acute Cellular Rejection and Quilty B Lesions. *J Heart Lung Transpl* 2000;20:407-16.

**Michaels PJ**, Kobashigawa J, Child JS, and Fishbein MC. Chronic Right Sided Myocarditis Mimicking Arrhythmogenic Right Ventricular Dysplasia. *Hum Pathol* 2000;31:618-21.

Marchevsky A, Lockhart C, Phan A, **Michaels PJ**, and Fishbein MC. Web-Based Teleconferencing Techniques as Inexpensive Tools for Transplant Patients. *Lab Invest* 2000;80:37A.

**Michaels PJ** and Mautz WJ. Effects of Inhaled Ozone and Formaldehyde on Tracheal Epithelial Secretion of Rats Exposed During Rest and Exercise. *Journal of Undergraduate Research in the Biological Sciences* 1995;25:779-90.

## PRESENTATIONS

INVITED TALKS:
April 2015
*"The Surgical Pathology of Dysphonia"* for the Masters Program in Speech and Language Pathology at University of the Pacific, Stockton, California.

January 2014
*"Cytology From Sin City"* at University of Colorado, Denver, Department of Pathology and Laboratory Medicine. Invited Grand Rounds Speaker.
*"Cytology Jeopardy"* at University of Colorado, Denver, Department of Pathology and Laboratory Medicine. Invited Unknown Conference for Residents.

March 2013
*"Confounding Metastatic Breast Cancer Controversy"* presented at the 23rd Annual National Interdisciplinary Breast Center Conference for the National Consortium of Breast Centers. Planet Hollywood Resort & Casino. Las Vegas, Nevada.

March 2012
Panelist for *"Interesting Cases: What Would You Have Done?"* presented at the 22nd Annual National Interdisciplinary Breast Center Conference for the National Consortium of Breast Centers. Paris Las Vegas Hotel & Casino. Las Vegas, Nevada.

November 2010
*"Cytology From Sin City 2"* at Massachusetts General Hospital and Brigham and Women's Hospital, Departments of Pathology, Harvard Medical School.

February 2009
*"Cytology From Sin City"* at Massachusetts General Hospital, Brigham and Women's Hospital, and Beth Israel Deaconess, Departments of Pathology, Harvard Medical School.

December 2003

*"Thin Basement Membrane Nephropathy and Alport Syndrome"* at Massachusetts General Hospital, Clinicopathologic Conference (Published in *N Engl J Med*), Harvard Medical School.

PLATFORM PRESENTATIONS:

**Michaels PJ**, Brachtel EF, Bounds BC, Brugge WR, and Pitman MB. Intraductal Papillary Mucinous Neoplasm (IPMN) of the Pancreas: Cytologic Analysis and Correlation with Histologic Grade. Annual Meeting of United States and Canadian Academy of Pathology. March 2004. Vancouver, British Columbia, Canada.

**Michaels PJ**, Kobashigawa J, Laks H, Azarbal A, Espejo ML, Chen L, and Fishbein MC. Differential Expression of RANTES Chemokine and Leukocyte Phenotype in Acute Cellular Rejection and Quilty B Lesions. 20th International Society of Heart and Lung Transplantation Annual Meeting. April, 2000. Osaka, Japan.

Kakkis JL, **Michaels PJ**, Ma JP, Ke B, Kupiec-Weglinski J, Imagawa DK, and Busuttil RW. Pravastatin Prolongs Rat Survival after Orthotopic Liver Transplantation by Decreasing the Expression of β2-Glycoprotein-1 and Proinflammatory Cytokines. World Congress of the Transplantation Society. July 12-17, 1998. Montreal, Quebec, Canada.

POSTER PRESENTATIONS:

**Michaels PJ**, Bounds BC, Brugge WR, Lewandrowski K, Pitman MB. The Clinical Utility of Cyst Fluid Analysis in Conjunction with Cytological Evaluation in the Preoperative Characterization and Subclassification of Pancreatic Mucinous Cysts. 52nd American Society of Cytopathology Annual Meeting. November, 2004. Chicago, IL.

**Michaels PJ**, Brachtel EF, Bounds BC, Brugge WR, and Pitman MB. Intraductal Papillary Mucinous Neoplams (IPMN) of the Pancreas: Cytologic Analysis and Correlation with Histologic Grade. Massachusetts General Hospital Clinical Research Day. June, 2004. Boston, MA.

**Michaels PJ**, Kobashigawa J, Espejo ML, Alejos JC, Burch C, and Fishbein MC. Humoral Rejection in Cardiac Transplantation: Recent UCLA Experience. Sixth Banff Conference on Allograft Pathology. April, 2001. Banff, Canada.

Marchevsky A, Lockhart C, Phan A, **Michaels PJ**, and Fishbein MC. Web-based Teleconferencing Techniques as Inexpensive Tools for Transplant Patients. 2000 Annual Meeting of United States and Canadian Academy of Pathology. March, 2000. New Orleans, LA.

Kakkis JL, Schmit P, **Michaels PJ**, and Thompson J. Management of Gallstone Disease During Pregnancy in the Era of Laparoscopic Cholecystectomy. The Southwestern Surgical Congress. April, 1999. Coronado, CA.

Kakkis JL, **Michaels PJ**, Ke B, Zhao D, Kato H, Imagawa D, Kupiec-Weglinski JW, and Busuttil RW. Treatment with Pravastatin Ameliorates Rejection and Improves Survival in Liver Transplanted Rats. International Congress on Immunosuppression. December 1998. Orlando, FL.

Kakkis JL, **Michaels PJ**, Gornbein J, Terasaki P, Imagawa D, Busuttil R. Multivariate Analysis of Risk Factors in 1,008 Orthotopic Liver Transplant Recipients Reveals Significant Influence of Panel Reactive Antibody on Patient and Graft Survival. Annual Meeting of the American College of Surgeons, October 1998. Orlando, FL.

Kakkis JL, **Michaels PJ**, Ma JP, Ke B, Kupiec-Weglinski J, Imagawa DK, and Busuttil RW. Pravastatin-induced Survival in Rat Orthotopic Liver Transplantation is Accompanied by Diminished Expression of β2-Glycoprotein-1 and Proinflammatory Cytokines. American Society of Transplant Physicians. May, 1998. Chicago, IL.

**Michaels PJ**, Ma J, Zhao D, Imagawa D, Busuttil R, and Kakkis JL. Pravastatin Treatment is Associated with Downregulation of TGF-$\beta$ and TNF-$\alpha$ in Liver Transplanted Rats. 1997 Short Term Training Program Poster Session. Los Angeles, CA.

Kakkis JL, **Michaels PJ**, Ma JP, Ke B, Zhao D, Imagawa DK, and Busuttil RW. Analysis of Genetic Modifications in Liver Transplanted Rats Utilizing Messenger RNA Differential display. American Society of Transplant Surgeons. May, 1997. Chicago, IL.