# Exhibit A

Updated 9/30/2015

# Brian J. Flynn, M.D.

Diplomat American Board of Urology, Female Pelvic Medicine Reconstructive Surgery
Fellowship Director of Reconstructive Urology
Co-Director Women's Pelvic Health and Surgery Clinic
Associate Professor of Surgery/Urology
University of Colorado Denver



## EDUCATION

**Fellowship**
**Female Pelvic Medicine and Reconstructive Urology,** July 2001-June 2002
**Duke University Medical Center**
Durham, North Carolina
Director: George D. Webster, M.B., FRCS

**Urology Residency**, July 1997-June 2001
**Geisinger Health System**
Danville, Pennsylvania
Chairman/Residency Director: Joseph J. Mowad, M.D.

**General Surgery Internship/Residency**, July 1995-June 1997
**Geisinger Health System**
Danville, Pennsylvania

**M.D.**, 1995
**Temple University School of Medicine**
Philadelphia, Pennsylvania

**B.S.**, 1991
**University of Rochester**
Rochester, New York
Major: Electrical Engineering
Concentration: Biomedical Engineering

## HONORS AND AWARDS

**University of Colorado**
• Faculty Teaching Award, Division of Urology, University of Colorado School of Medicine, 2013-2014
• 2014 AUA Victor A. Politano Award Nominee, this award is presented to an individual (urologist, basic scientist, researcher, biomedical engineer, etc.) for outstanding achievements in the field of urinary incontinence and for enhancing the treatment of incontinent patients.
• Best Doctor for Executives, Named Best Female Pelvic Medicine and Reconstructive Surgery Doctor, ColoradoBiz Magazine 2012
• Faculty Teaching Award, Division of Urology, University of Colorado School of Medicine, 2007-2008
• University of Colorado Hospital Leadership Award 2007
• Best Doctors.com 2007, 2008

**Duke University Medical Center**
Webster, G. D., Flynn, B. J. and Amundsen, C. L.: *Transvaginal uterosacral vault suspension for the treatment of vaginal vault prolapse.*
  • <u>Third Prize</u>: Video presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

**Geisinger Health System**
The Pfizer Scholars in Urology Award, June 30, 2000
Flynn, B. J., Mian, H. S., Cera, P. J., Kabler, R. L., Mowad, J. J., Cavanaugh, A. H. and Rothblum, L. I.: *Early molecular changes associated with partial bladder outlet obstruction.*
  • <u>First Prize Resident Essay</u>: 58th Annual Meeting of the Mid-Atlantic Section of the AUA, Rio Grande, Puerto Rico, October 2000.
  • <u>Resident Prize Essay</u>: 52nd Annual Meeting of the Northeastern Section of the AUA, Pittsburgh, Pennsylvania, September 2000.

Flynn, B. J. and Yap, W. T.: *Randomized trial to evaluate efficacy and cost of nalbuphine versus morphine in women after pubovaginal sling.*
  • <u>Resident Prize Essay</u>: 57th Annual Meeting of the Mid-Atlantic Section of the AUA, Hilton Head, South Carolina, October 1999.

Flynn, B. J., Mian, H. S., Mowad, J. J. and Kabler, R. L.: *Once-daily administration of gentamicin in the elderly with febrile urinary tract infections: Evaluation of efficacy, nephrotoxicity and cost.*
  • <u>Third Prize Resident Essay</u>: 54th Annual Meeting of the Mid-Atlantic Section of the AUA, Hot Springs, Virginia, September 1997.

## PROFESSIONAL MEMBERSHIPS

- American Urological Association, active member, 2001-present
- American Urological Association, South Central Section, active member, 2002- present
- Rocky Mountain Urological Society, President elect 2015-present, Treasurer/Secretary, 2013-2015, at-large board member 2011-2013
- Society of Genitourinary Reconstructive Surgeons, active member 2008-present, past board member, 2008- 2010
- Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction, active member 2009- present
- International Urogynecological Association, active member 2015- present

## MEDICAL LICENSURE AND CERTIFICATION

- Colorado Medical License
- DEA number
- Diplomat of the American Board of Urology, March 2004 – present
- Diplomat of the American Board of Urology, Subspecialty certification in
Female Pelvic Medicine and Reconstructive Surgery (FPM-RS), August 2014 - present

## HOSPITAL AFFILIATIONS

- University of Colorado Hospital, Denver, CO
- Denver Health Medical Center, Denver, CO
- The Children's Hospital of Colorado, Denver, CO
- Veterans Administration Hospital, Denver, CO

## ADMINISTRATIVE and SCHOLARLY ACTIVITIES

- AUA medical-legal Reviewer Panel member of Genitourinary Reconstructive cases 2014- present
- Colorado state representative to the South Central Section of the American Urologic Association, September 2007-2013
- Resident Essay Contest Judge, South Central Section of the American Urologic Association, September 2010-present
- President elect, Rocky Mountain Urologic Society, 2015-present
- Treasurer/Secretary, Rocky Mountain Urologic Society, 2013- 2015
- At-large board member, Rocky Mountain Urologic Society, 2011- 2013
- Director of Reconstructive Urology Fellowship, University of Colorado School of Medicine, July 2008-present
- Co-Practice Director of Women's Health and Surgery Clinic, University of Colorado Hospital, June 2013-present
- Practice Director of Bladder Health and Urodynamics Clinic, University of Colorado Hospital, June 2002-present
- Assistant Residency Director of Urology, University of Colorado School of Medicine, July 2006-June 2010

• University of Colorado Hospital, OR committee member, July 2005-June 2012
• Committee member, Seed Grant Funding, Department of Surgery, University of Colorado School of Medicine, 2003, 2004
• Life cycles lecturer, University of Colorado School of Medicine, 2007
• Cardiovascular, Pulmonary, Renal lecturer, University of Colorado School of Medicine, 2006 – Present
• Foundations of Doctoring, University of Colorado School of Medicine, 20013 - Present

## EDITORIAL ACTIVITIES

• Reviewer: *Canadian Journal of Urology, 2014-present*
• Reviewer: *The Journal of Urology, 2005-present*
• Reviewer: *International Urogynecology Journal, 2009-present*
• Reviewer: *Urology, 2004-present*
• Reviewer: BMC *Urology, 20012-present*
• Reviewer: *Neurourology & Urodynamics, 2011-present*
• Reviewer: *International Urology and Nephrology, 2014-present*
• Reviewer: *BJU International, 2003*
• Reviewer: *Clinical Anatomy, 2006*
• Reviewer: *Issues in Urology, 2006*

## RESEARCH ACTIVITIES

• COMIRB #13-2482: Improving bladder care for patients with multiple sclerosis. University of Colorado Denver. Co-investigator November 2013-present.
• Allergan 191622-117: BOTOX® for the Treatment of Urinary Incontinence due to Neurogenic DetrusorOveractivity in Patients with Multiple Sclerosis 191622-117. Industrial sponsorship, multi-institutional study, Allergan, Irvine, California. Principal investigator 2014-2015, amount = $147,500.
• Swan Valley Medical. COMIRB Protocol 14-0378: T-SPeC Suprapubic Catheter Device. Industrial sponsorship, single-institution study, Swan Valley Medical, Bigfork, Montana. Principal investigator 2014-2015, amount = 50 units donated to University of Colorado Hospital @ $695 = $34,750.
• Diabetic complications of Lower Urinary Tract Symptoms: Effect of Diabetes on bladder functions in a partial outlet obstructed mouse model. Seed Grant, Department of Surgery, University of Colorado Denver. Principal investigator 2009, amount = $25,000.
• Biochemical alterations in partial bladder outlet obstruction in mice: Upregulation of the MAP kinase pathways. Seed Grant, Department of Surgery, University of Colorado Health Sciences Center. Principal investigator 2006, amount = $50,000.
• Biochemical alterations in bladder outlet obstruction: The use of transgenic mice as an experimental Tool. Seed Grant, Department of Surgery, University of Colorado Health Sciences Center. Principal investigator 2005, amount = $50,000.
• Mechanisms of bladder hypertrophy due to bladder outlet obstruction. Dean' s academic research fund, University of Colorado Health Sciences Center. Principal investigator 2004, amount = $50,000.

• Early molecular changes associated with partial bladder outlet obstruction. Mowad research fund, Geisinger Heath Center.  Principal investigator 1999, amount = $75,000.

## SCIENTIFIC ARTICLES

Anderson, K. M., Higuchi, T. T. and Flynn, B. J. *Evaluation and management of rectourethral fistulas after prostate cancer treatment.* Curr Bladder Dysfunct Rep. Accepted for publication 2015. PMID: XXXXXXXX.

Anderson, K. M., Higuchi, T. T, and Flynn, B. J.  *Management of the devastated posterior urethra and bladder neck: Refractory incontinence and stenosis.* Trans Androl and Urol, **4**, 60, 2015. PMID: XXXXXXXX.

Anderson, K., Davis, K. and Flynn, B. J.  *Urinary incontinence.* Med Clin North Am, 2015. PMID: 25700591.

Flynn, B. J., Larke, R. J, Knoll, P. B, Anderson, K. M, Siomos, V. J. and Windsperger, A. P: Prospective study of the Transurethral Suprapubic endo-Cystotomy (T-SPeC[®]): An 'inside-out' approach to suprapubic Catheter Insertion. Int Urol Nephrol, 2014. PMID: 25425440.

Nikolavsky, N., Blakely, S. A., Hadley, D. A., Knoll, P. B., Windsperger, A. P., Terlecki, R. P. and Flynn, B. J.: *Open reconstruction of the recurrent vesicourethral anastamotic stricture after radical prostatectomy.* Int Urol Nephrol, **46**, 2147, 2014. PMID: 25134944.

Hadley, D. A., Anderson, K., Knopick, C. R., Shah, K. and Flynn, B. J.: *Creation of a continent urinary channel in adults with neurogenic bladder: Long-term results with the monti and casale (Spiral Monti) procedures.*  Urology, **83**, 1176, 2014. PMID: 24612618.

Hinoul, P., Elzevier, H. W., Kirkemo, A., Patel, B. G., Flynn, B. J. and Walters, M. D. *A novel radiographic technique to asses implanted grafts in the female pelvis: a comparison of the Inside-Out and the Outside-In transobturator mid urethral sling positioning*.  FVV in Ob Gyn, **5**: 249, 2013. PMID: 24753952.

Pshak, T., Nikolavasky, D., Terlecki, R. T. and Flynn, B. J. *Is tissue interposition always necessary in transvaginal repair of benign, recurrent vesiscovaginal fistulae?*  Urology, **82**, 707, 2013.  PMID: 23830081.

Shah, K., Gilsdorf, D., Nikolavasky and D. Flynn, B. J. *Surgical management of lower urinary tract mesh perforation after mid-urethral polypropylene mesh sling: Mesh excision, urinary tract reconstruction and concomitant pubovaginal sling with autologous rectus* fasica.  Int Urogynecol J, **24,** 2111, 2013.  PMID: 23824269.

Karsh L. I., Egerdie R. B., Albala D. M. and Flynn B. J. *The transurethral suprapubic endo-cystostomy (T-SPeC®): A novel Suprapubic catheter insertion device*.

J Endourol., **27**: 880, 2013. PMID: 23488708.

Flynn, B. J. and Terlecki, R. T.: *The use of polypropylene mesh in incontinence and prolapse surgery: Indications for use, technical considerations and management of complications.* AUA Update Series, Lesson 14, volume 29 2010.

Henry, G. D., Graham, S. M., Cornell, R. J., Cleaves, M. A., Simmons, C. J., Vakalopoulos, I and Flynn, B. J.: *A multicenter study on the perineal versus penoscrotal approach for implantation of an artificial urinary sphincter: cuff size and control of male stress urinary incontinence*. J. Urol., **182**: 2404, 2009. PMID: 19762042

Myers, J. B., Dall'Era, J, Koul, S., Kumar, B., Khandrika, L., Flynn, B. J. and Koul, H. K..: *Biochemical alterations in partial bladder outlet obstruction in mice: Upregulation of the mitogen activated protein kinase pathways.* J. Urol**., 181**: 1926, 2008. PMID: 19237171

Myers, J. B. and Flynn, B. J.: *Modifications in artificial urinary sphincter placement.* Current Bladder Dysfunction reports, **3**:183, 2008.

Henry, G. D., Graham, S. M., Cleves, M. A., Simmons, C. J and Flynn, B. J.: *Perineal approach for artificial urinary sphincter implantation appears to control male stress incontinence better than the transscrotal approach*. J. Urol., **179**: 1475, 2008. PMID: 18295275

Flynn, B. J., Peterson, A. C. and Webster, G. D.: *Artificial Sphincter Update.* Contemporary Urology**,** 2008.

Flynn, B. J., Peterson, A. C. and Webster, G. D.: *Evaluation and management of intrinsic sphincter deficiency after radical prostatectomy.* AUA Update Series, Lesson **15.1,** 2007.

Flynn, B. J. and Webster, G. D.: *New advances in the treatment of post-prostatectomy incontinence.* Grand Rounds in Urology, **3**:9, 2004. PMID: 16985599

Flynn, B. J. and Webster, G. D.: *Evaluation and surgical management of intrinsic sphincter deficiency after radical prostatectomy.* Reviews in Urology, **10**:1, 2004.

Flynn, B. J., Delvecchio, F. C. and Webster, G. D.: *Perineal repair of pelvic fracture urethral distraction defect: experience in 120 patients during the last 10 years.* J. Urol., **170**: 1877, 2003. PMID: 14532797

Amundsen, C. L., Flynn, B. J. and Webster, G. D.: *Urethral erosion after synthetic and nonsynthetic pubovaginal sling: differences in management and continence outcome*. J. Urol., **170**: 134, 2003. PMID: 12796665

Miller, E. A, Amundsen, C. L. Toh, K. L., Flynn, B. J. and Webster, G. D.: *Preoperative urodynamic evaluation may predict voiding dysfunction in women undergoing pubovaginal sling.* J. Urol., **169**: 2234, 2002. PMID: 12771757

Amundsen, C. L., Flynn, B. J., and Webster, G. D.: *Anatomical correction of vaginal vault prolapse by uterosacral ligament fixation in women who also require a pubovaginal sling*. J. Urol., **169**: 1770, 2003. PMID: 12686830

Flynn, B. J. and Webster, G. D.: *Management of the apical vaginal defect*. Curr. Opin. Urol., **12**: 353, 2002. PMID: 12072658

Flynn, B. J., Mian, H. S., Cera, P. J., Kabler, R. L., Mowad, J. J., Cavanaugh, A. H. and Rothblum, L. I.: *Early molecular changes associated with partial bladder outlet obstruction*. Urology, **59**: 978, 2002 PMID: 12031398

Flynn, B. J. and Yap, W. T.: *Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of SUI: 2-year minimum follow-up*. J. Urol., **167**: 608, 2002. PMID: 11792928

Flynn, B. J., Myers, S. M., Cera, P. J. and Mowad, J. J.: Testicular torsion in an adolescent with fragile X syndrome Pediatrics, **109**: e16, 2002. PMID: 11773584

Flynn, B. J., Bourbeau, P. P., Cera, P. J., Scicchitano, L. M., Jordan, R. L. and Yap, W. T.: *Phaeohyphomycosis of the epididymis caused by Exophiala Jeanselmei*. J. Urol., **162**: 492, 1999. PMID: 10411068

## EDITORIALS

Flynn, B. J. The comparison of outcomes: The adjustable bulbourethral male sling and artificial urinary sphincter following prior artificial urinary sphincter erosions. Urol., 73: 1369, 2009.

## INSTRUCTIONAL VIDEOS

Knoll, P., Siomos, V., Pshak, T., Larke, R. and Flynn, B.J.: *An Innovative Inside-Out Approach to Suprapubic Catheter Insertion in the Obese Patient with a Neurogenic Bladder: The Transurethral Suprapubic Endo-Cystostomy Device*. Annual Meeting of the SCS of the AUA, State-of-the-art-lecture, Rancho Mirage, California, October 2014.

Larke, R, Siomos, V and Flynn, B.J.: *An Innovative Inside-Out Approach to Suprapubic Catheter Insertion in the Obese Patient with a Neurogenic Bladder: The Transurethral Suprapubic Endo-Cystostomy Device*. World Congress Endourology, New Orleans LA, October 2013. Abstract ID: 13-544

Flynn, B. J., Carlsen, S. and Pshak, T.: *Initial experience with TVT (transvaginal tape) secur: an 8 cm midurethral polypropylene sling for the treatment of female SUI.*  AUA, abstract, 2009.

Flynn, B. J., Terlecki, R. and Pshak, T.: *Total pelvic floor reconstruction utilizing Prolift™: A Polypropylene mesh reinforced pelvic floor repair and vaginal vault suspension.* SUFU, 2009.

Flynn, B. J., Carlsen, S. and Pshak, T.: Total pelvic floor reconstruction utilizing *Prolift™ a polypropylene mesh reinforced pelvic floor repair and vaginal vault suspension.*  J. Urol., 179: 667, abstract V1942, 2009.

Flynn, B. J., Carlsen, S. and Pshak, T.: *Initial experience with pelvic floor reconstruction utilizing Prolift™: Polypropylene mesh reinforced pelvic floor repair and vaginal vault suspension.*  SCAUA, abstract V70, 2007.

Webster, G. D., Flynn, B. J. and Guralnick, M. L.: *Implantation of the artificial urinary sphincter (AUS) using the* transcorporal *approach.*  J. Urol., suppl., **167**: 289, abstract V1140, 2002.

Webster, G. D., Amundsen, C. L. and Flynn, B. J.: *Transvaginal uterosacral vault suspension for the treatment of vaginal vault prolapse.*  J. Urol., suppl., **167**: 289, abstract V1138, 2002.

Flynn, B. J. and Yap, W. T.: *Risks and benefits of using allogenic fascia for pubovaginal slings.*  J. Endourol., suppl. 1, **12**: S251, abstract V9-3, 1998.

Flynn, B. J. and Yap, W. T.: *Analysis of pubovaginal slings in 105 consecutive patients with stress urinary incontinence.*  J. Endourol., suppl. 1, **12**: S251, abstract V9-2, 1998.

## TEXTBOOK CHAPTERS

Windsperger, A. P. and Flynn, B. J.  *Urodynamics Equipment – What the Clinician Needs to Know to Set up the Lab.* In Practical Urodynamics for the Clinician. Springer, 2015.

Flynn, B. J. and Knoll, P.  *Urethral Stricture.* In Conn's Current Therapy 2014. Elsevier, 2015.

Flynn, B. J. and Shah, K.  *Urethral Stricture.* In Conn's Current Therapy 2013. Elsevier, 2014.

Flynn, B. J. and Hadley, D.  *Urethral Stricture.* In Conn's Current Therapy 2013. Elsevier, 2013.

Flynn, B. J. and Hadley, D.  *Urethral Stricture.* In Conn's Current Therapy, 63rd Eds. Elsevier, 2010.

Flynn, B. J.  *Repair of ureterovaginal fistula*. In: Hinman's Atlas of Urologic Surgery, 3rd ed.  Elsevier, 2008.

Flynn, B. J. and Hadley, D.  *Urethral Stricture*. In Conn's Current Therapy, 62nd Eds. Elsevier, 2008.

Carlsen, S. N. and Flynn, B. J. *Urinary diversion*.  In: McIntyre, R. C., Steigmann, G. V. and Eiseman, B., 5th Eds.  Surgical Decision Making, W.B Sanders, 2004.

Flynn, B. J. and Webster, G. D. *Urethral stricture and disruption*.  In: Graham, S. D., Keane, T. E. and Glenn, J., 6th Eds.  Glenn's Urologic Surgery. Lippincott, Williams and Wilkins, 2003.

## INVITED PRESENTATIONS

*Voiding dysfunction and neurogenic bladder: Contemporary management.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*New advances in the treatment of overactive bladder.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Female SUI.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Pelvic organ prolapse.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Anterior and posterior urethral reconstruction.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Ureteral reconstruction.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Bladder augmentation and urinary diversion.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Benign prostatic hyperplasia.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Urodynamics.* 2015 SMU/CMUN/AUA lessons in Urology Course, Mexico City, Mexico, August 2015.

*Contemporary management of male voiding dysfunction.* Curso-Taller Del Manejo

Quirurgico De La Hiperplasia, Hospital Central Militar, Mexico City, Mexico, August 2015.

*Surgical management of anterior urethral stricture disease: New techniques for urethroplasty*. Catterdra Di Urologia Universita di Roma Tor Vergata International Urology Symposium, Rome, Italy, June 2015.

*Surgical management of iatrogenic injury to the ureter, bladder and urethra*. Catterdra Di Urologia Universita di Roma Tor Vergata International Urology Symposium, Rome, Italy, June 2015.

*Male Incontinence: Management of Complications Post Implantation*. Annual Meeting of the AUA, International Russian-Speaking Urological Society (iRUS), New Orleans, Louisiana, May 2015.

*Transvaginal Mesh Multidistrict Litigation Update.* RMUS Annual Meeting, Denver, CO, April 2015.

*Vaginal mesh update 2015.* Annual Meeting of SUFU, Plenary Session, Scottsdale, AZ, February 2015.

*Reconstruction of the upper urinary tract: Tricks of the Trade.* Annual Meeting of SUFU, Breakout Session, Scottsdale, AZ, February 2015.

*Surgical management of anterior urethral stricture disease: New techniques for urethroplasty.* 35th Annual Ralph E. Hopkins Urology Seminar at Jackson Hole, Jackson Hole, Wyoming, January 2015.

*State-of-the-Art Lecture: Surgical management of transvaginal mesh complications: Mesh pain, infection, exposure and perforation*. Annual Meeting of the SCS of the AUA, State-of-the-art-lecture, Rancho Mirage, California, October 2014.

*Critical discussion: Mesh removal in the lower urinary tract – Techniques*. Annual Meeting of the AUA, Plenary Session, Orlando, Florida, May 2014.

*Surgical management of SUI: Non-mesh based repairs*. Portuguese Urology Program, Orlando, Florida, May 2014.

*Surgical management of POP: Non-mesh based repairs*. Portuguese Urology Program, Orlando, Florida, May 2014.

*Urethral reconstruction: Tricks of the trade.* Annual Meeting of SUFU, Breakout Session, Miami, FL, February 2014.

*Transvaginal mesh 2013: The good, the bad, and the ugly.* Perspectives in Urology, Scottsdale, Arizona, January 2014.

*Management of male stress urinary incontinence: Slings and sphincters.* Perspectives in Urology, Scottsdale, Arizona, January 2014.

*Surgical management of anterior urethral stricture disease: New techniques for Urethroplasty.* Perspectives in Urology, Scottsdale, Arizona, January 2014.

*Surgical management of female SUI: Back to the future (retropubic tapes and pubovaginal sling).* Perspectives in Urology, Scottsdale, Arizona, January 2014.

*Management of complications of pelvic surgery*. Geisinger Medical Center Visiting Professorship, Danville, Pennsylvania, June 2013.

*Management of complications of prostate cancer therapy*. Geisinger Medical Center Visiting Professorship, Danville, Pennsylvania, June 2013.

*Moderator: Challenging cases in male reconstructive urology.* Annual Meeting of the Russian Speaking Urology, San Diego California, May 2013.

*Moderator: Challenging cases in female reconstructive urology.* Annual Meeting of the Russian Speaking Urology, San Diego California, May 2013.

*Panel Moderator: Challenging cases in pelvic organ prolapse repair.* Rocky Mountain Urologic Society, Denver, Colorado, April 2013.

*Transvaginal Mesh 2013: The good (retropubic tapes), the bad (TV mesh kits) and the ugly (morbidity and lawsuits)!* Rocky Mountain Urologic Society, Denver, Colorado, April 2013.

*How I manage transvaginal mesh complications: Mesh exposure and urinary tract erosion.* Rocky Mountain Urologic Society, Denver, Colorado, April 2013.

*Transvaginal mesh for POP repair: Proper use, patient selection and management of complications.* NYU School of Medicine. Surgical, Pharmacological and Technological Advances in Adult and Pediatric Urology, State-of-the Art, New York, New York, December 2011.

*Female urology update:* Annual Meeting of the Portuguese Speaking Urology, Washington, D.C, May 2011.

*Panel discussion: Neuromodulation in office-based practices.* Rocky Mountain Urologic Society, Denver, Colorado, March 2011.

*Panel moderator: Post-prostatectomy incontinence.* Rocky Mountain Urologic Society, Denver, Colorado, March 2011.

*Panel moderator: Male stress urinary incontinence,* SUFU Annual Meeting, Plenary Session, Phoenix, Arizona, March 2011.

*The management of recalcitrant bladder neck contraction and incontinence following radical prostatectomy.* AUA, Plenary Session, San Francisco, California, May 2010.

*The spectrum of stress urinary incontinence 2010.* Arizona Urologic Society, Phoenix, Arizona, April 2010.

*Treatment of Complex Voiding Dysfunction: Strictures and Incontinence:* SUFU Annual Meeting, breakout session, St. Petersburg, Florida, February 2010.

*Female urology "potpourri."* Perspectives in Urology: Point-Counterpoint, Phoenix, Arizona, November 2009.

*The spectrum of stress urinary incontinence surgery 2009.* Perspectives in Urology: Point-Counterpoint, Phoenix, Arizona, November 2009.

*Management of the devastated posterior urethra after prostate cancer therapy.* Pierce Memorial Lecture, Wayne State University, Detroit, Michigan, October 2009.

*The spectrum of SUI surgery 2009.* 3rd Annual Collaborative Perspectives on Pelvic Floor Surgery, San Francisco, California, August 2009.

*What are the components necessary to develop good clinical trials design? Male SUI.* NIDDK New Research Directions in Urinary Incontinence Symposium, Bethesda, Maryland, January 2009

*Challenges in male incontinence.* Societe Internationale d'Urologie World Uro-Oncology Update, Santiago, Chile, November 2008.

*Use of mesh in pelvic floor reconstruction.* New Mexico Urologic Society, Albuquerque, New Mexico, October 2008.

*Non-surgical Management of post-prostatectomy incontinence.* SUNA (Society of Urologic Nurses), Denver, Colorado, September 2008.

*Complications of prolapse and incontinence surgery: Prevention and management.* Rocky Mountain Urologic Society, Denver, Colorado, July 2008.

*Management of the obliterated outlet after prostate cancer therapy.* University of Utah, Urology Grand Rounds, Salt Lake City, Utah, June 2008.

*Surgical therapy for recurrent SUI and pelvic organ prolapse.* Utah Urologic Society, Salt Lake City, Utah, June 2008.

*New advances in surgical therapy for SUI and pelvic organ prolapse.*  Evergreen Hospital Gynecology Grand Rounds, Kirkland, Washington, June 2008.

*Review of trauma, reconstructive urology and urinary diversion.*   2008 AUA Highlights, Plenary Session, Orlando, Florida, May 2008.

*Management of the devastated posterior urethra after prostate cancer therapy.* Madigan Army Hospital, Urology Grand Rounds, Tacoma, Washington, March 2008.

*Complications of prolapse and incontinence surgery: Prevention and management.* Madigan Army Hospital, Urology Grand Rounds, Tacoma, Washington, March 2008.

*New Advances in surgical therapy for SUI and pelvic organ prolapse.*  Puget Sound Urology Society, Tacoma, Washington, March 2008.

*Troubleshooting the male incontinence prosthetics.*  Post graduate review course: Evaluation and management of male urinary incontinence, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, September 2007.

*AUA 2007 highlights of Female Urology, Neurourology, Urodynamics and Reconstructive Urology.*  Washington University Urology 10th Annual AUA Highlights Conference, St. Louis, Missouri, June 2007.

*The midurethral sling update.*  Utah Urologic Conference, Salt Lake City, Utah, March, 2007.

*Management of anterior and posterior urethral strictures.*  Utah Urologic Conference, Salt Lake City, Utah, March, 2007.

*Practical urodynamics.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2006.

*Pubovaginal sling using the transvaginal tape obturator system (TVT-O) for all types of SUI: Preliminary results.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2006.

*Bulbar urethral stricture disease: A Stepwise approach to management.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2006.

*Complications of prolapse and incontinence surgery: A stepwise approach.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2006.

*New advances in the treatment of overactive bladder.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2006.

*Surgical management of SUI: The transobturator approach*.  University of New Mexico Grand Rounds, Albuquerque, New Mexico, June 2005.

*New advances in the treatment of male overactive bladder*.  New Mexico Urological Society, Albuquerque, New Mexico, June 2005.

*New advances in the treatment of post-prostatectomy incontinence*.  Female Urology and Voiding Dysfunction in Your Practice, Fort Lauderdale, Florida, February 2005.

*Office evaluation of urinary incontinence and pelvic organ prolapse*.  Female Urology and Voiding Dysfunction in Your Practice, Fort Lauderdale, Florida, February 2005.

*Surgical management of SUI: The biological pubovaginal sling*.  Female Urology and Voiding Dysfunction in Your Practice, Fort Lauderdale, Florida, February 2005.

*Surgical management of SUI: The midurethral sling debate*.  Female Urology and Voiding Dysfunction in Your Practice, Fort Lauderdale, Florida, February 2005.

*The tension-free midurethral sling: Retropubic approach*.  Female Urology and Voiding Dysfunction in Your Practice, Fort Lauderdale, Florida, February 2005.

*New advances in the treatment of post-prostatectomy incontinence*.  Perspectives in Urology, Phoenix, Arizona, November 2004.

*Surgical management of stress urinary incontinence: The midurethral sling debate*. Perspectives in Urology, Scottsdale, Phoenix, November 2004.

*Procedure selection for bulbar and posterior urethroplasty*.  University of New Mexico Grand Rounds, Albuquerque, New Mexico, April 2004.

*Office evaluation and management of urinary incontinence*.  New Mexico Urological Society, Albuquerque, New Mexico, April 2004.

*Office evaluation of urinary incontinence and pelvic organ prolapse*.  Jackson Hole Seminars, Jackson Hole, Wyoming, February 2004.

*Minimally invasive sling therapy*.  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2004.

*Procedure selection for bulbar urethroplasty*.  Jackson Hole Seminars, Jackson Hole, Wyoming, February 2004.

*Transvaginal approach to vaginal vault prolapse*.  Jackson Hole Seminars, Jackson Hole, Wyoming, February 2004.

*Salvaging continence in men with prior AUS implantation: Management of urethral erosion, urethral atrophy and AUS infection*.  Jackson Hole Seminars, Jackson Hole, Wyoming, February, 2004.

*Delayed management of pelvic fracture urethral distraction defect.*  Jackson Hole Seminars, Jackson Hole, Wyoming, February 2004.

*Male incontinence and voiding dysfunction*.  49th Annual Family Practice Review, Denver, Colorado, November, 2003.

*Procedure selection for bulbar urethroplasty.*  Perspectives in Urology, Scottsdale, Arizona, November 2003.

*Management of urinary incontinence following radical prostatectomy*.  Perspectives in Urology, Scottsdale, Arizona, November 2003.

*Minimally invasive therapies for stress urinary incontinence*.  Perspectives in Urology, Scottsdale, Arizona, November 2003.

*Hypospadiology: the modern era*.  Hypospadias and Epispadias Association, Denver, Colorado, April 2003.

*Management of SUI and vaginal vault prolapse*.  Perspectives in Urology, Scottsdale, Arizona, November 2002.

*Modern management of posterior urethral stricture and defect*.  Perspectives in Urology, Scottsdale, Arizona, November 2002.

*Management of post-prostatectomy incontinence.  Which procedure to choose?*  Perspectives in Urology, Scottsdale, Arizona, November 2002.

*Incontinence and voiding dysfunction*.  Emerging Issues in Men's Health, Chicago, Illinois, December 2002.

## ABSTRACT PRESENTATIONS

Anderson, K. M., Cooper, C., Nikolavasky, D. and Flynn, B. J.: *Transected vs. Non-transected bulbar urethroplasty results in similar stricture resolution rate in primary repair of bulbar urethral strictures*.
  • Poster presentation, Annual Meeting of the SCS of the AUA, Scottsdale, Arizona, October 2015.

Anderson, K. M., Knoll, P., Wesfall, N., Shah, K. and Flynn, B. J.: *Surgical management of ICS/IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications: 8-year review of 82 patients from a single center.*

• Podium presentation, Annual Meeting of the SCS of the AUA, Scottsdale, Arizona, October 2015.

Knoll, P., Westfall, N., Anderson, K. and Flynn, B. J.: *Early experience with robotic assisted laparoscopic sacrocolpopexy (RALS) with allograft fascia in patients with prior mesh complications.*
    • Poster presentation, International Urogynecologic Association (IUGA) 40th Annual Meeting, Nice, France June 2015.

Knoll, P., Westfall, N., Anderson, K. and Flynn, B. J.: *Surgical management of lower urinary tract perforation following prior mesh prolaspe repair: Mesh excision and urinary tract reconstruction.*
    • Poster presentation, International Urogynecologic Association (IUGA) 40th Annual Meeting, Nice, France June 2015.

Anderson, K. M., Cooper, C., Nikolavasky, D. and Flynn, B. J.: *Transected vs. Non-transected bulbar urethroplasty results in similar stricture resolution rate in primary repair of bulbar urethral strictures.* Abstract ID: 15-6321, J Urol XX, p. eXX.
    • Podium presentation, Annual Meeting of the AUA, New Orleans, Louisiana, May 2015.

Anderson, K. M., Knoll, P., Wesfall, N., Shah, K. and Flynn, B. J.: *Surgical management of ICS/IUGA class 1-4 transvaginal mesh (TVM) prolapse kit complications: 8-year review of 82 patients from a single center.* Abstract ID: 15-6399, J Urol XX, p. eXX.
    • Podium presentation, Annual Meeting of the AUA, New Orleans, Louisiana, May 2015.

Knoll, P., Westfall, N., Anderson, K. and Flynn, B. J.: *Early experience with robotic assisted laparoscopic sacrocolpopexy (RALS) with allograft fascia in patients with prior mesh complications.*
    • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2015.

Knoll, P., Westfall, N., Anderson, K. and Flynn, B. J.: *Surgical management of lower urinary tract perforation following prior mesh prolaspe repair: Mesh excision and urinary tract reconstruction.*
    • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2015.

Anderson, K., Knoll, P., Shah, K., Westfall, N. and Flynn, B. J.: *Surgical management of ICS/IUGA class 1-4 transvaginal mesh (TVM) prolapse complications: 8-year review of 82 patients from a single center.*
    • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2015.

Kenny, M. C., Windsperger, A. P., Flynn, B. J. and Higuchi, T. T.: *Management of pubic osteomyelitis following radiation therapy for prostate cancer.*
    • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2015.

Anderson, K. M., Knoll, P., Wesfall, N., Shah, K. and Flynn, B. J.: *8-year of surgical management of ICS/IUGA category 1-4 transvaginal mesh complications following prolpase kits.*
  • Poster presentation Annual Meeting of SUFU, Scottsdale, AZ, February 2015.

Windsperger, A., Larke, R., Higuchi, T., Maroni, P. and Flynn, B. J.: *Open surgical management of retroperitoneal fibrosis: A single institution 11-year experience.*
  • Podium presentation, Annual Meeting of the SCS of the AUA, Rancho Mirage, California, October 2014.

Windsperger, A., Larke, R., Higuchi, T., Maroni, P. and Flynn, B. J.: *Ileal ureteral replacement for complex ureteral strictures: A single institution 11-yeay experience.*
  • Podium presentation, Annual Meeting of the SCS of the AUA, Rancho Mirage, California, October 2014.

Windsperger, A., Wesfall, N., Knoll, P. and Flynn, B. J.: *Early experience with robotic-assisted sacrocolpopexy (RALS) with allograft fascia lata in patients with prior mesh complications.*
  • Podium presentation, Annual Meeting of the SCS of the AUA, Rancho Mirage, California, October 2014.

Wesfall, N., Shah, K., Knoll, P., Windsperger, A. and Flynn, B. J.: *Surgical management of lower urinary tract mesh perforation after treatment for pelvic organ prolapse: Mesh excision and urinary tract reconstruction.*
  • Podium presentation, Annual Meeting of the SCS of the AUA, Rancho Mirage, California, October 2014.

Larke, R., Knoll, P., Siomos, V., Windsperger, A. and Flynn, B. J.: *The first United States series using the transurethral suprapubic endo-cystotomy device for suprapubic catheter insertion.*
  • Poster presentation, Annual Meeting of the SCS of the AUA, Rancho Mirage, California, October 2014.

Knoll, P., Larke, R., Windsperger, A., Siomos V., Pshak T. and Flynn, B. J.: *The first United States series using the transurethral suprapubic endo-cystotomy device for suprapubic catheter insertion.* Abstract ID: NDP0320, Female Pelvic Med Reconstr Surg 20, p. S316.
  • Poster presentation, 14th annual IUGA (International Urogynecologic Association) Meeting, Washington, DC, July 2014.

Knoll, P. and Flynn, B. J.: *Has the FDA public health notification regarding complications from transvaginal mesh changed how I Manage SUI and POP? A single surgeon experience 2006-2014.* Abstract ID: NDP0071, Female Pelvic Med Reconstr Surg 20, p. S190.
  • Poster presentation, 14th annual IUGA (International Urogynecologic Association) Meeting, Washington, DC, July 2014.

Knoll, P., Shah, P., Windsperger, A. and Flynn, B.  J.:  *Surgical management of complications of transvaginal mesh prolapse kits in a single operation.* Abstract ID: NDP0302, Female Pelvic Med Reconstr Surg 20, p. S307.
  • Poster presentation, 14th annual IUGA (International Urogynecologic Association) Meeting, Washington, DC, July 2014.

Windsperger A., Larke R, Higuchi T., Maroni P. and Flynn, B. J.: *Ureteral reconstruction for benign stricture disease:  A single institution 11-year experience with simple and complex reconstructive techniques.* J Urol 191, p. e23.
  • Podium presentation, Annual Meeting of the AUA, Orlando, Florida, May 2014.

Siomos V., Pshak T. and Flynn, B. J.:  *An innovative inside-out approach to suprapubic catheter insertion in the obese patient with a neurogenic Bladder: The transurethral suprapubic endo-cystostomy device.*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Pshak T., Nikolavasky D., Terlecki R. and Flynn, B. J.:  *Is tissue interposition always necessary in transvaginal repair of benign, recurrent vesiscovaginal fistulae?*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Windsperger, A., Shah, K., Nikolavasky, D. and Flynn, B. J.:  *A novel combination of surgical techniques to resolve lower urinary tract erosion in a single operation: Near total transvaginal mesh excision, urinary tract reconstruction and concomitant repair with a biological graft.*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Larke, R., Siomos, V., Windsperger, A. and Flynn, B. J.: *The first United States series using the transurethral suprapubic endo-cystostomy device for suprapubic catheter insertion.*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Windsperger, A., Shah, K., Nikolavasky, D. and Flynn, B. J.: *Outpatient urethroplasty provides good outcomes for urethral stricture repair in patients with history of failed hypospadias repair.*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Windsperger, A., Shah, K., Nikolavasky, D. and Flynn, B. J.: *Bacteriological analysis of explanted transvaginal meshes.*
  • Poster presentation, RMUS Annual Meeting, Denver, CO, April 2014.

Shah, K., Windsperger A. and Flynn, B. J.:  *A novel combination of surgical techniques to resolve lower urinary tract erosion in a single operation: Near total transvaginal mesh excision, urinary tract reconstruction and concomitant repair with a biological graft.* Neuro Urol **33**, 257, 2014.
  • Poster presentation, Annual Meeting of SUFU, Miami, FL, February 2014.

Shah, K., Windsperger A. and Flynn, B. J.: *Analysis of eroded and non-eroded transvaginal meshes: Is there a difference in the microbiology?* Neuro Urol **33**, 193, 2014.
  • Poster presentation, Annual Meeting of SUFU, Miami, FL, February 2014.

Windsperger, A., Shah, K., Nikolavasky, D. and Flynn, B. J.: *Outpatient urethroplasty provides good outcomes for urethral stricture repair in patients with history of failed hypospadias repair.* Neuro Urol **33**, 255.
  • Poster presentation, Annual Meeting of SUFU, Miami, FL, February 2014.

Shah, K., Windsperger A. and Flynn, B. J.: *A novel combination of surgical techniques to resolve lower urinary tract erosion in a single operation: Near total transvaginal mesh excision, urinary tract reconstruction and concomitant repair with a biological graft.*
  • Poster presentation, AUGS 34th Annual Meeting, Las Vegas, NV, October 2013.

Shah, K., Windsperger A. and Flynn, B. J.: *Bacteriological analysis of explanted transvaginal meshes. Abstract.* ID: 1700140
  • Poster presentation, AUGS 34th Annual Meeting, Las Vegas, NV, October 2013.

Larke, R., Siomos, V. and Flynn, B. J.: *The first United States series using the transurethral suprapubic endo-cystostomy device for suprapubic catheter insertion.* Abstract ID: 13-1198
  • Poster presentation, World Congress Endourology, New Orleans LA, October 2013.

Shah, K., Nikolavasky, D. and Flynn, B. J.: *Outpatient urethroplasty provides good outcomes for urethral stricture repair in patients with history of failed hypospadias repair.*
  • Podium presentation, SCS of the AUA, San Chicago, Illinois, September 2013.

Shah, K., Nikolavasky, D. and Flynn, B. J.: *A novel combination of surgical techniques to resolve lower urinary tract erosion in a single operation: Near total transvaginal mesh excision, urinary tract reconstruction and concomitant repair with a biological graft.*
  • Podium presentation, SCS of the AUA, San Chicago, Illinois, September 2013.

Shah, K., Nikolavasky, D. and Flynn, B. J.: *Bacteriological analysis of explanted transvaginal meshes.*
  • Podium presentation, SCS of the AUA, San Chicago, Illinois, September 2013.

Shah, K., Nikolavasky, D. and Flynn, B. J.: *Bacteriological analysis of explanted transvaginal meshes.* Abstract ID: 13-5902
  • Poster presentation, Annual Meeting of the AUA, San Diego, CA, May 2013.

Hinoul, P., Kirkemo, A., Walters, M. D., Flynn, B. J. and Elzevier, H. W. *Inside-Out versus Outside-In transobturator trajectories for the treatment of female stress incontinence: radiographic considerations.*
- Poster presentation, Annual Meeting of the European Society for Gynaecological Endoscopy, Paris, France, September 2012.

Flynn, B. J.: *Has the FDA public health notification regarding complications from transvaginal mesh changed how I manage SUI and POP: A single surgeon experience 2006-2011.*
- Podium presentation, Annual Meeting of the SCS AUA, Colorado Springs, CO, October 2012.

Nikolavasky, D., Hadley, D.A. and Flynn, B. J.: *Reconstruction of the obliterated outlet following prostate cancer treatment.*
- Podium presentation, Annual Meeting of the SCS AUA, Colorado Springs, CO, October 2012.

Pshak T., Phillips, J. and Flynn, B. J.: *Transvaginal repair of primary versus recurrent vesicovaginal fistula: Is there a difference in outcome.*
- Podium presentation, Annual Meeting of the SCS AUA, Colorado Springs, CO, October 2012.

Nikolavasky, D., Hadley, D. A., Phillips, J. and Flynn, B. J.: *Outpatient Anterior Urethroplasty: Is it Feasible?*
- Moderated poster presentation, Annual Meeting of the AUA, Atlanta, Georgia, May 2012. Abstract #1204294

Flynn, B. J., Henry, G.D., Cornell, R.J., Simmons, C. J. and Carrion. R. E.: *Capsule-to capsule closure may have less urethral stricture rates than mucosa-to-mucosa closure for management of artificial urinary sphincter erosion: A preliminary five-center study.*
- Moderated poster presentation, Annual Meeting of the AUA, Atlanta, Georgia, May 2012. Abstract #1202062

Hadley, D.A., Phillips, J. and Flynn, B. J.: *Same-day surgery anterior urethroplasty: Patient satisfaction and cost analysis.*
- Podium presentation, Annual Meeting of the SCS AUA, San Antonio, Texas, September 2011.

Hadley, D.A., Phillips, J. and Flynn, B. J.: *Surgical management of urethral complications following artificial urinary sphincter erosion.*
- Podium presentation, Annual Meeting of the SCS AUA, San Antonio, Texas, September 2011.

Hadley, D. A. and Flynn, B. J.: *Open reconstruction and urinary diversion following complications from prostate cancer treatment.*

• Moderated poster presentation, Annual Meeting of the AUA, Washington, D.C,
May 2011. Abstract #93

Hadley, D. A., Knopick, C. and Flynn, B. J.: *Creation of a continent urinary channel in
adults with neurogenic bladder using a single piece of bowel: Long-term results with the
Monti and Casale (Spiral Monti) procedures.*
• Moderated poster presentation, Annual Meeting of the AUA, Washington, D.C,
May 2011. Abstract #1149

Hadley, D. A. and Flynn, B. J.:  *Surgical algorithm for complex polypropylene mesh
complications: recurrent vaginal wall extrusion and urinary tract erosions.*
• Podium presentation, Annual Meeting of the AUA, Washington, D.C, May
2011. Abstract #1874

Hadley, D. A. and Flynn, B. J.: *Open reconstruction of vesicourethral anastomotic
stricture following open, laparoscopic, and robotic-assisted radical prostatectomy.*
• Podium presentation, Annual Meeting of the SUFU, Phoenix, Arizona, March
2011.

Hadley, D. A. and Flynn, B. J.: *Surgical management of urethral complications following
artificial urinary sphincter erosion.*
• Poster presentation, Annual Meeting of the SUFU, Phoenix, Arizona, March
2011.

Hadley, D. A. and Flynn, B. J.: *Management of polypropylene mesh complications) after
surgery for stress urinary incontinence and pelvic organ prolapse: Vaginal wall
extrusion and urinary tract erosion.*
• Podium presentation, Annual Meeting of the SC-AUA, Lewisburg, West
Virginia, September 2010.

Hadley, D. A., Knopick, C. and Flynn, B. J.: *Creation of a urinary channel in adults with
neurogenic bladder using a single piece of bowel: Long-term results with the Monti and
Casale (Spiral Monti) procedures.*
• Podium presentation, Annual Meeting of the SC-AUA, Lewisburg, West
Virginia, September 2010.

Dall'Era, J., Terlecki, R. and Flynn, B. J.: *Management of polypropylene mesh
complications (vaginal wall extrusion and urinary tract erosion) after surgery for stress
urinary incontinence and pelvic organ prolapse.*
• Podium presentation, Annual Meeting of the SUFU, St. Petersburg, Florida,
February 2010. Podium #25, Neurourology and Urodynamics, 2010.

Knopick, C. and Flynn, B. J.: *Creation of a urinary channel in adults with neurogenic
bladder using a single piece of bowel: Long-term results with the Monti and Casale
(Spiral Monti) procedures.*

• Podium presentation, Annual Meeting of the SUFU, St. Petersburg, Florida, February 2010. Podium #36, Neurourology and Urodynamics, 2010.

Flynn, B. J., Terlecki, R. and Pshak, T.: *Outcome analysis of transvaginal repair of primary versus recurrent vesicovaginal fistulas.*
    • Podium presentation, Annual Meeting of the SC-AUA, Phoenix, Arizona, October 2009.

Flynn, B. J., Terlecki, R. and Pshak, T.: *Efficacy and complications of TVT-secur in the management of stress urinary incontinence.*
    • Podium presentation, Annual Meeting of the SC-AUA, Phoenix, Arizona, October 2009.

Flynn, B. J. and Terlecki, R.: *Vaginal wall erosion of polypropylene mesh following anterior prolapse repair: comparing single versus double layer vaginal wall closure.*
    • Podium presentation, Annual Meeting of the SC-AUA, Phoenix, Arizona, October 2009.

Terlecki, R. P. and Flynn, B. J.: *Reconstruction of the obliterated outlet following open, laparoscopic and robotic-assisted radical prostatectomy.*
    • Podium presentation, Annual Meeting of the SC-AUA, Phoenix, Arizona, October 2009.

Terlecki, R.P. and Flynn, B. J.: *Vaginal wall erosion of polypropylene mesh following anterior prolapse repair: comparing single versus double layer vaginal wall closure.*
    • Podium presentation, AUGS 30th Annual Scientific Meeting Hollywood, Florida, September 2009. Female Pelvic Medicine & Reconstructive Surgery 2009.

Terlecki, R. P. and Flynn, B. J.: *Efficacy and complications of TVT-secur in the management of stress urinary incontinence.*
    • Poster presentation, AUGS 30th Annual Scientific Meeting Hollywood, Florida, September 2009. Female Pelvic Medicine & Reconstructive Surgery 2009.

Flynn, B.  J., Terlecki, R. and Pshak, T.: *Outpatient repair of vesicovaginal fistula via a transvaginal approach.*
    • Poster presentation, Annual Meeting of the SUFU, Las Vegas, Nevada, February 2009. Poster #29, Neurourology and Urodynamics 2009; 28(2):130

Flynn, B. J., Henry, G., Jones, L., Sandhu, J., Brady, J., Cornell, R., Kansal, N., Grahm, S. and Moon, D.: M*ulticenter study on the new inhibizone antibiotic coating for the artificial urinary sphincter*
    • Podium presentation, Annual Meeting of the SC-AUA, San Diego, California, September 2008.

Flynn, B. J., Pshak, T. and Dall'Era, J.: *Pubovaginal sling using the transvaginal tape obturator system (TVT-O) for all types of SUI: 1-year minimum follow-up*
  • Podium presentation, Annual Meeting of the SC-AUA, San Diego, California, September 2008.

Flynn, B. J., Henry, G. D., Cornell, R. J., Simmons, C. J. and Carrion. R. E.: M*ulticenter study of artificial urinary sphincter implantation technique perineal versus penoscrotal approach: Evaluation of cuff size and continence outcome*
  • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, September 2007.

Myers, J. B., Wilson, S. S. and Flynn, B. J.: *A technique of bladder neck closure combining prostatectomy, ilealcecal cystoplasty with catheterizable stoma and omentoplasty in patients with radio-necrosis of the prostate*
  • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, September 2007.

Flynn, B. J., Carlsen, S. and Pshak, T.: *Initial experience with pelvic floor reconstruction utilizing Prolift™: Polypropylene mesh reinforced pelvic floor repair and vaginal vault suspension.*
  • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, September 2007.

Dall'Era, J., Pshak, T. and Flynn, B. J.: *Management of recurrent vaginal wall and urinary tract polypropylene mesh erosion after midurethral tape: complete mesh explantation and concomitant pubovaginal sling with autologous rectus fascia.*
  • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, September 2007.

Henry, G. D., Cornell, R. J., Flynn, B. J., Simmons, C. J. and Carrion. R. E.: *A multicenter study on perineal versus penoscrotal approach for implantation of an artificial urinary sphincter:  Cuff size and control of male stress urinary incontinence*
  • Poster presentation, Annual Meeting of the AUA, Anaheim, California, May 2007.

Flynn, B. J., Myers, J. and Mandler, T.: *Pubovaginal sling using the transvaginal tape obturator system (TVT-O) for all types of SUI: 1-year follow-up*
  • Podium presentation, Annual Meeting of the SC-AUA, Santa Fe, New Mexico, October 2006.

Flynn, B. J., Myers, J, Dall'Era, J, Koul, S. and Koul, H. K.: *Biochemical alterations in partial bladder outlet obstruction in mice: Upregulation of the MAP kinase pathways*
  • Poster presentation, Annual Meeting of the SC-AUA, Santa Fe, New Mexico, October 2006.

Flynn, B. J. and Myers, J.: *Pubovaginal sling using the transvaginal tape obturator system (TVT-O) for all types of SUI: Preliminary results*
  • Podium presentation, Annual Meeting of the SC-AUA, Austin, Texas, September 2005.

Myers, J. and Flynn, B. J.: *Surgical management of complex posterior urethral strictures and fistulae after prostate cancer therapy*
  • Podium presentation, Annual Meeting of the SC-AUA, Austin, Texas, September 2005.

Flynn, B. J., Myers, J, Dall'Era, J, Koul, S. and Koul, H. K.: *Characterization of a mouse model of partial bladder outlet obstruction*
  • Poster presentation, Annual Meeting of the SC-AUA, Austin, Texas, September 2005.

Mills, J. N. and Flynn, B. J.: *Management of urethral foreign body inserted 37 years prior to presentation*
  • Poster presentation, Annual Meeting of the SC-AUA, Dublin, Ireland, September 2004.

Peterson, A. C., Delvecchio, F. C., Flynn, B. J., Palminteri, E., Lazzeri, M., Guazzoni, G., Barbagli, G. and Webster, G. D.: *Dorsal onlay urethroplasty using penile skin: a multi-institutional review of long term results*
  • Podium presentation, 98th Annual Meeting of the AUA, Chicago, Illinois, April 2003.

Peterson, A. C., Delvecchio, F. C., Flynn, B. J., Palminteri, E., Lazzeri, M., Guazzoni, G., Barbagli, G. and Webster, G. D.: *Heroic measures may not always be necessary in extensive urethral stricture due to lichen sclerosis (balanitis xerotica obliterans)*
  • Podium presentation, 98th Annual Meeting of the AUA, Chicago, Illinois, April 2003.

Delvecchio, F. C., Peterson, A. C., Flynn, B. J. and Webster, G. D.: *Analysis of failures of perineal anastomotic urethroplasty for pelvic fracture urethral distraction defects in prepubescent males.*
  • Podium presentation, 98th Annual Meeting of the AUA, Chicago, Illinois, April 2003.

Peterson, A. C., Delvecchio, F. C., Flynn, B. J. and Webster, G. D.: *Evolving urethroplasty options for bulbar urethral stricture: A current rationale for procedure selection*
  • Podium presentation, 98th Annual Meeting of the AUA, Chicago, Illinois, April 2003.

Flynn, B. J. and Webster, G. D.: *Management of urinary incontinence and urethral stricture after artificial urinary sphincter (AUS) cuff erosion.*

    • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, October 2002.

Flynn, B. J., Delvecchio, F. C. and Webster, G. D.: *Perineal repair of posterior urethral stricture and defect: experience in 131 cases in 10 years*.
    • Podium presentation, Annual Meeting of the SC-AUA, Colorado Springs, Colorado, October 2002.
    • Podium presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

Flynn, B. J., Amundsen, C. L. and Webster, G. D.: *Continence outcome and management following urethral erosion of the pubovaginal sling*.
    • Podium presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

Flynn, B. J., Amundsen, C. L. and Webster, G. D.: *Correction of vault prolapse in women undergoing pubovaginal slings*.
    • Podium presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

Flynn, B. J., Webster, G. D. and Amundsen, C. L.: *Transvaginal uterosacral vault suspension for the treatment of vaginal vault prolapse*.
    • Video presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

Flynn, B. J., Webster, G. D. and Guralnick, M. L.: *Implantation of the artificial urinary sphincter (AUS) using the transcorporal approach*.
    • Video presentation, 97th Annual Meeting of the AUA, Orlando, Florida, May 2002.

Flynn, B. J. and Yap, W. T.: *Pubovaginal sling using allograft fascia lata versus autograft fascia for all types of SUI: 2-year minimum follow-up*.
    • Podium presentation, 96th Annual Meeting of the AUA, Anaheim, California, June 2001.
    • Podium presentation, 58th Annual Meeting of the Mid-Atlantic Section of the AUA, Rio Grande, Puerto Rico, October 2000.
    • Podium presentation, 52nd Annual Meeting of the Northeastern Section of the AUA, Pittsburgh, Pennsylvania, September 2000.

Mian, H. S., Flynn, B. J., Kabler, R. L., Mowad, J. J., Cavanaugh, A. H. and Rothblum, L. I.: *Expression of growth related proteins during bladder hypertrophy/hyperplasia*.
    • Poster presentation, 96th Annual Meeting of the AUA, Anaheim, California, June 2001.

Flynn, B. J., Mian, H. S., Cera, P. J., Kabler, R. L., Mowad, J. J., Cavanaugh, A. H. and Rothblum, L. I.: *Early molecular changes associated with partial bladder outlet obstruction*.

• Podium presentation, 58th Annual Meeting of the Mid-Atlantic Section of the AUA, Rio Grande, Puerto Rico, October 2000.
• Poster presentation, 52nd Annual Meeting of the Northeastern Section of the AUA, Pittsburgh, Pennsylvania, September 2000.
• Poster presentation, 95th Annual Meeting of the AUA, Atlanta, Georgia, May 2000.

Flynn, B. J. and Yap, W. T.: *Randomized trial to evaluate efficacy and cost of nalbuphine versus morphine in women after pubovaginal sling.*
• Podium presentation, 57th Annual Meeting of the Mid-Atlantic Section of the AUA, Hilton Head, South Carolina, October 1999.
• Abstract, 29th Annual Meeting of the ICS and the 24th Annual Meeting of the IUGA, Denver, Colorado, August 1999.

Flynn, B. J. and Yap, W. T.: *Risks and benefits of using allograft fascia lata for pubovaginal slings.*
• Poster presentation, 29th Annual Meeting of the ICS and the 24th Annual Meeting of the IUGA, Denver, Colorado, August 1999.
• Poster presentation, 94th Annual Meeting of the AUA, Dallas, Texas, May 1999.
• Podium presentation, 50th Annual Meeting of the Northeastern Section of the AUA, Toronto, Ontario, October 1998.
• Video presentation, 16th World Congress on Endourology and SWL, 14th Basic Research Symposium, New York, New York, September 1998.

Flynn, B. J. and Yap, W. T.: *Analysis of pubovaginal slings in 105 consecutive patients with stress urinary incontinence.*
• Podium presentation, Annual Meeting of the Northeastern Section of the AUA, Toronto, Ontario, October 1998.
• Video presentation, 16th World Congress on Endourology and SWL, 14th Basic Research Symposium, New York, New York, September 1998.

Flynn, B. J., Mian, H. S., Mowad, J. J. and Kabler, R. L.: *Once-daily administration of gentamicin in the elderly with febrile urinary tract infections: Evaluation of efficacy, nephrotoxicity and cost.*
• Podium presentation, Pennsylvania Sectional Meeting of the American College of Surgeons, Harrisburg, Pennsylvania, May 1998.

## REFERENCES
• Available upon request