# Exhibit B

Brian Flynn, M.D.

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF KERN
CASE NO. 1500-cv-279123 LHB
Assigned to the Honorable Lorna H. Brumfield
Reservation No.: 4676

_____
DEPOSITION OF BRIAN FLYNN, M.D.    January 7, 2015
_____

COLEEN M. PERRY,
Plaintiff,
vs.
HUNG T. LUU, M.D.; JOHNSON & JOHNSON, a New Jersey
corporation; ETHICON, INC., a New Jersey corporation;
and DOES 1-60,
Defendants.

_____
APPEARANCES:
     WAGSTAFF & CARTMELL, LLP
          By Jeffrey M. Kuntz, Esq.
          4740 Grand Avenue
          Suite 300
          Kansas City, Missouri  64112
             Appearing telephonically on behalf of
             Plaintiff.
     BUTLER SNOW, LLP
          By Nils B. (Burt) Snell, Esq.
          500 Office Center Drive
          Suite 400
          Fort Washington, Pennsylvania  19034
      and

     BOWMAN AND BROOKE, LLP
          By Barry J. Koopmann, Esq.
          150 South Fifth Street
          Suite 3000
          Minneapolis, Minnesota  55402
             Appearing on behalf of Defendants.
     Also present:  Sean Keith, Esq.

Brian Flynn, M.D.

Page 2

1          Pursuant to Notice and the California Rules
2    of Civil Procedure, the deposition of BRIAN FLYNN, M.D.,
3    called by Plaintiff, was taken on Wednesday, January
4    7, 2015, commencing at 1:37 p.m., at 1801 California
5    Street, Suite 5100, Denver, Colorado, before Dianna
6    L. Buckstein, Professional Shorthand Reporter and
7    Notary Public within and for the State of Colorado.
8
9
10                    I N D E X
11
12   DEPOSITION OF BRIAN FLYNN
13   EXAMINATION BY:                      PAGE
14      Mr. Kuntz                   5, 266, 269
15      Mr. Snell              235, 268, 271
16      Mr. Koopmann                       --
17
18   EXHIBITS                     INITIAL REFERENCE
19   Exhibit 1  Rule 26 Expert Report        20
                of Brian J. Flynn
20
     Exhibit 2  Plaintiff's Second           42
21              Amended Notice of Oral
                and Videotaped Deposition
22              of Defendant Johnson &
                Johnson and Ethicon, Inc.'s
23              Expert Brian J. Flynn, M.D.
24   Exhibit 3  Chart of billing that        44
                totals $10,200.00
25

Brian Flynn, M.D.

```
                                                     Page 3
 1    EXHIBITS                            INITIAL REFERENCE
 2    Exhibit 4  Article entitled Surgical      52
                 management of lower
 3               urinary mesh perforation
                 after mid-urethral
 4               polypropylene mesh sling:
                 mesh excision, urinary tract
 5               reconstruction and concomitant
                 pubovaginal sling with
 6               autologous rectus fascia
 7    Exhibit 5  Master Consulting              96
                 Agreement
 8
      Exhibit 6  Black binder                   96
 9
      Exhibit 7  Black binder labeled           96
10               Records:  Dr. Luu and
                 Dr. Allen
11
      Exhibit 8  Orange folder of               96
12               documents
13    Exhibit 9  Black binder labeled           96
                 Dr. Allen Deposition
14
      Exhibit 10 Black binder labeled           96
15               TVT-O Company Docs
16    Exhibit 11 Black binder labeled           96
                 TVT-R RCTs
17
      Exhibit 12 Black binder labeled           96
18               TVT-R Materials
19    Exhibit 13 Black binder labeled           96
                 Ethicon Pelvic Mesh
20               Litigation
21    Exhibit 14 Black binder                   96
22    Exhibit 15 Black binder                   96
23    Exhibit 16 Black binder labeled           96
                 SUI Medical Literature
24
      Exhibit 17 Black binder labeled           96
25               TVT Company Docs
```

Brian Flynn, M.D.

Page 4

```
   1   EXHIBITS                              INITIAL REFERENCE
   2   Exhibit 18  Black binder labeled           96
                   TVT-O RCTs
   3
       Exhibit 19  Deposition of Anju              96
   4               Mathur, M.D.
   5   Exhibit 20  Deposition of Eric              96
                   Rovner, M.D.
   6
       Exhibit 21  CD labeled Ethicon              96
   7               Pelvic Mesh Litigation
   8   Exhibit 22  CD labeled Gyne-mesh:           96
                   Medical Literature;
   9               SUI
  10   Exhibit 23  CD labeled Mesh Materials       96
  11   Exhibit 24  CD labeled Ethicon             96
                   Gynecare Pelvic Mesh
  12               Litigation
  13   Exhibit 25  Silver thumb drive             96
  14   Exhibit 26  Handwritten notes              96
  15   Exhibit 27  Document entitled              96
                   Flynn, Brian - Materials
  16               List.XLSX, Medical
                   Literature
  17
       Exhibit 28  Black thumb drive              96
  18
       Exhibit 29  Document entitled             192
  19               Anatomy
  20   Exhibit D1  Brian J. Flynn, MD,           236
                   Summary of Opinions
  21
       Exhibit D2  IME report by                 237
  22               Brian J. Flynn, M.D.
  23
  24
  25
```

Brian Flynn, M.D.

Page 5

1                    P R O C E E D I N G S

2                    BRIAN FLYNN, M.D.,

3    being first duly sworn in the above cause, was

4    examined and testified as follows:

5                         EXAMINATION

6    BY MR. KUNTZ:

7        Q    Doctor, state your full name for the

8    record, please.

9        A    I'm Dr. Brian Joseph Flynn, M.D.

10       Q    And where do you currently work?

11       A    I work for the University of Colorado at

12   Denver.

13       Q    And you understand we're here to talk today

14   about the TVT Abbrevo as it related to Coleen Perry,

15   correct?

16       A    Correct.

17       Q    And you currently don't use the TVT

18   Abbrevo, right?

19       A    Incorrect.

20       Q    Okay.  When did you start using the TVT

21   Abbrevo after you stopped for a brief period of time?

22            MR. SNELL:  Objection to form.

23       A    I don't remember ever stopping.  I've used

24   the TVT Abbrevo starting in 2011.

25       Q    (By Mr. Kuntz)  And you use it currently?

Brian Flynn, M.D.

Page 6

1    **A**    It's one of the many procedures I perform

2  for stress incontinence, yes.

3    **Q**    How many did you put in in the year 2014?

4    **A**    I don't recall an exact number.

5    **Q**    Well, give me your best estimate.

6    **A**    Less than five.

7    **Q**    Okay.  How many did you put in in 2013?

8    **A**    2013, probably around 10.

9    **Q**    Okay.  What about 2012?

10   **A**    2012, at least 25.

11   **Q**    Okay.  And 2011?

12   **A**    That was my most common procedure in '11.

13 Probably around 50 or so.

14   **Q**    Why have you decreased your use of the TVT

15 Abbrevo?

16   **A**    I find the efficacy, meaning the success

17 rate of the procedure, in terms of dry rates are

18 higher with retropubic tapes in patients with

19 intrinsic sphincter deficiency, which accounts for a

20 large percentage of my patients.

21   **Q**    So you believe the TVT Retropubic product

22 works better as far as efficacy and success rates?

23          MR. SNELL:  Form.  It misstates.

24   **A**    Can you repeat the question?

25   **Q**    (By Mr. Kuntz)  Yeah.  Tell the jury what

Brian Flynn, M.D.

Page 7

1    "efficacy" means, Doctor.

2        **A**     Efficacy means the effectiveness -- the

3    cure rate.  So it's a number that reports the good

4    side of the outcome, how many people are dry by the

5    procedure.

6        **Q**     And you use the TVT Retropubic device now

7    because you believe the cure rate is better than for

8    -- than the TVT Abbrevo?

9            MR. SNELL:  Objection, form.  It misstates.

10       **A**     I believe that it has a higher success rate

11   in terms of dry rates.  So in a patient with

12   intrinsic sphincter deficiency, which is a more

13   severe type of stress urinary incontinence, which

14   accounts for a large percentage of my patients,

15   that's my preferred procedure.

16       **Q**     (By Mr. Kuntz)  How many TVT-Os did you

17   implant in 2014?

18       **A**     Meaning the TVT Obturator product?

19       **Q**     Correct.

20       **A**     Zero.

21       **Q**     Okay.  How many TVT-Os did you implant in

22   2013?

23       **A**     Zero.

24       **Q**     How many TVT-O products did you implant in

25   2012?

Brian Flynn, M.D.

Page 8

1      **A**    Zero.

2      **Q**    Is there a reason that you no longer use

3   the TVT-O, Obturator, product?

4      **A**    I prefer the TVT Abbrevo over the TVT

5   Obturator.  So once I started using TVT Abbrevo, I

6   stopped using TVT Obturator.

7      **Q**    And why do you prefer using the TVT Abbrevo

8   over the Obturator?

9      **A**    The procedure is very similar, and I find

10   it to be easier to perform, less trauma to the

11   tissue.  You don't have to perforate the obturator

12   membrane with the wing guide, and it leaves less mesh

13   in either leg.  Probably about 3 centimeters less

14   mesh in each hemipelvis.  So you leave about

15   6 centimeters less mesh in the patient.

16      **Q**    Why is it important to have less mesh left

17   in the patient after a mesh procedure?

18           MR. SNELL:  Form.

19      **A**    I think you want to have the optimal amount

20   of mesh, just enough to cure the problem but not too

21   much that you create other problems.

22      **Q**    (By Mr. Kuntz)  What other problems do you

23   create if there's too much mesh left in the patient?

24      **A**    Well, there could be a number of issues.

25   Primarily it occurs with prolapse kits, transvaginal

Brian Flynn, M.D.

Page 9

1   for instance, but if the mesh overlaps or the mesh is

2   bunched, it won't incorporate into the patient, so it

3   won't become part of them.

4       **Q**     Any other problems that can occur if too

5   much mesh is left in the patient after a mesh

6   procedure?

7       **A**     Well, you can have sequela from the mesh

8   not incorporating.

9       **Q**     And why -- what are the reasons why mesh

10  cannot incorporate?  What causes that?

11      **A**     There's a variety of factors, but the one

12  that I've seen primarily in my own practice is mesh

13  overlapping, so if the mesh is not lying flat.  If

14  you have mesh lying on mesh, then there's no

15  surrounding native tissue to grow into the pores.

16      **Q**     Before getting involved in this litigation

17  as a consultant, did you know that Ethicon sold the

18  TVT Obturator in both mechanical-cut mesh and

19  laser-cut mesh?

20      **A**     Yes.  I've been using the Ethicon products

21  since I started in practice, and I've used both

22  products.

23      **Q**     And how did you know what product you were

24  using was either laser-cut mesh or mechanical-cut

25  mesh?

Brian Flynn, M.D.

Page 10

1    **A**    Well, a number of ways.  First off, it's

2   labeled.  So if you look at the box, say, for classic

3   TVT, when they started offering classic TVT as

4   laser-cut, the last number would end in the letter L

5   to signify that it was laser-cut.

6          Additionally, when it got ordered, you were

7   asked which product you'd want to order.  So when you

8   had your person in the OR doing the ordering, they

9   would ask you that.

10          Also, you were detailed by the salesperson

11   in your area, and then certainly when you have the

12   mesh in your hand, you can look and feel some subtle

13   differences.

14    **Q**    So it's your testimony that -- let me ask

15   you this:  Do you -- you believe that when you hold

16   the mesh in your hand, you can tell a difference

17   between the laser-cut mesh and the mechanical-cut

18   mesh?

19    **A**    I can.

20    **Q**    Okay.  Do you believe -- have you ever

21   talked to doctors who've told you that they could not

22   find a difference in the mesh?

23          MR. SNELL:  Foundation, form.

24    **Q**    (By Mr. Kuntz)  Let me ask you this,

25   Doctor:  Have you ever told Ethicon that if you

Brian Flynn, M.D.

Page 11

1    change the mesh, that doctors wouldn't know the

2    difference?

3        **A**    I've never said a statement like that, no.

4        **Q**    Okay.  You understand you're under oath

5    today, and you've never made that statement?  That's

6    your testimony today?

7        **A**    Why don't you repeat the question so we're

8    clear.

9        **Q**    Have you ever told Ethicon that if you

10   changed the mesh, doctors would not know the

11   difference?

12           MR. SNELL:  Form.  Go ahead.

13       **A**    I don't -- I don't believe I ever said that

14   statement.

15       **Q**    (By Mr. Kuntz)  Okay.  How many of the

16   TVT-O meshes that you've placed in your career were

17   laser-cut mesh versus mechanical-cut mesh?

18       **A**    I would be approximating, but I used TVT-O

19   from 2004 to the time that TVT Abbrevo came out,

20   around 2010, 2011, and I believe laser-cut mesh was

21   offered in and around 2007 or '8.

22           So I would say for half of the time of

23   that, you know, eight years -- seven or eight years

24   that I was doing TVT-O, half of them were laser-cut,

25   half were mechanically-cut.

Brian Flynn, M.D.

Page 12

1    **Q**    Do you know that number for sure?

2    **A**    I'm just going by years.  So, you know,

3    some years I might have done more procedures than

4    other years, but if I'm just counting number of

5    years, then that would be my best approximation.

6    **Q**    And it's your testimony that when you were

7    ordering the laser-cut mesh -- strike that.

8              It's your testimony that when you were

9    ordering TVT Obturator products, you could choose on

10   the form whether you wanted laser-cut mesh or

11   mechanical-cut mesh?

12   **A**    I could direct the people who did the

13   ordering to -- to order what I would like to have,

14   yes.

15   **Q**    And what did you tell them that you would

16   like to have when you were ordering your TVT

17   Obturator products?

18   **A**    I told them I would like to use the

19   laser-cut mesh.

20   **Q**    So you prefer the laser-cut mesh over

21   mechanical-cut mesh in the TVT Obturator product?

22   **A**    Correct.

23   **Q**    And why do you prefer laser-cut mesh over

24   mechanical-cut mesh?

25   **A**    There's a --

Brian Flynn, M.D.

Page 13

1                MR. SNELL:  Form.  Go ahead.

2        **A**      There's a number of reasons, but primarily

3    I like the tissue-handling -- I should say the mesh-

4    handling characteristics better.  It -- it's easier

5    to deploy, and the ends are nontanged, which means

6    that they're sealed so there's less fraying at the

7    edges.

8        **Q**    (By Mr. Kuntz)  Anything else?

9        **A**      I believe that it maintains its form or

10   integrity better, so there's less deformation of the

11   laser-cut mesh.

12       **Q**      Anything else?

13       **A**      I think it's a little bit easier to see.  I

14   think the color blue is a little bit brighter for

15   whatever reason on the laser-cut mesh.

16       **Q**      Okay.  Anything else?

17       **A**      There may be something else I'm leaving

18   out, but those are the things that come to me

19   immediately.

20       **Q**      You have said that your detail person --

21   which is -- for the jury's standpoint means sales

22   rep, correct?

23       **A**      That's correct.

24       **Q**      Okay.  You said your detail person at

25   Ethicon had told you or informed you about Ethicon's

Brian Flynn, M.D.

Page 14

1   decision to sell laser-cut mesh and mechanical-cut

2   mesh.  Is that your testimony?

3          MR. SNELL:  Form.  Misstates the prior

4   testimony.

5       Q   (By Mr. Kuntz)  Well, let me ask you this:

6   You said you learned about laser-cut mesh from your

7   detail person.  Isn't that what you testified to,

8   Doctor?

9          MR. SNELL:  Same objection, form.  It

10  misstated the testimony.

11      A   He was one of many people.  There's other

12  people that informed me.

13      Q   (By Mr. Kuntz)  Okay.  Who were the other

14  people that informed you?

15      A   People within the company.

16      Q   And who were those people?

17      A   People in professional education, my local

18  sales person's manager and his manager.

19      Q   Who are the people within the company that

20  informed you?  Give me a name.

21      A   Well, the sales person -- I'm guessing --

22  around 2007 or '8 would have been John Fernandez or

23  Laura Hutto.  And then their manager was Marcus

24  Olderler.  Scott Jones is another person I know.

25      Q   Who's Scott Jones?

Brian Flynn, M.D.

Page 15

1     **A**     Scott Jones was also involved in

2   professional education.

3     **Q**     Was Scott Jones a national sales rep or

4   national sales leader for Ethicon?

5     **A**     I've known Scott in a lot of different

6   capacities.  He initially -- I knew him first when he

7   was the sales rep in Denver in and around 2004, and

8   then he became a regional manager, and then I believe

9   he moved into professional education.

10     **Q**     I mean, you'd agree he's a higher-up at

11   Ethicon now or was?

12           MR. SNELL:  Form, vague.  Go ahead.

13     **A**     Can you explain to me what you mean by

14   "higher-up."

15     **Q**     (By Mr. Kuntz)  Well, I mean, he's in upper

16   management at Ethicon, correct?

17     **A**     He -- he did, you know, advance to those

18   positions.  I don't know what his position is now,

19   but at least the last time I had contact with him, he

20   was in upper management.

21     **Q**     Okay.  Do you suspect -- or strike that.

22           Do you expect your detail person or sales

23   rep, as a practicing physician using Ethicon's

24   products, to inform you about things like difference

25   in the cuts of the mesh?

Brian Flynn, M.D.

Page 16

1          MR. SNELL:  Form, vague.  Go ahead.

2     **A**    I expect them to be familiar with the

3  products that they're offering to me.

4     **Q**    (By Mr. Kuntz)  Do you know if Dr. Luu, in

5  this case, was told -- ever told about a difference

6  between laser-cut mesh and mechanical-cut mesh?

7     **A**    I know that he went to a cadaver lab to

8  learn about the procedure.  I can't say definitively

9  whether or not that was brought up with him, but if

10  he was paying attention at the lab, I'm sure he would

11  have became aware of it.

12     **Q**    Do you know what lab he went to?

13     **A**    I don't know the exact lab, but I know that

14  he did go to a cadaver lab.  That's pretty standard

15  when people start doing new procedures, if they're

16  not familiar with them.

17     **Q**    But as you sit here today, you don't know

18  whether he knew the difference between laser-cut mesh

19  and mechanical-cut mesh, correct?

20          MR. SNELL:  Form and foundation as to

21  "difference."  Go ahead.

22     **A**    I reviewed his deposition, and I can't say

23  either way.  I don't remember him being asked that

24  question.

25     **Q**    (By Mr. Kuntz)  Have you read the sales

Brian Flynn, M.D.

1   rep's deposition in this case?

2       **A**    I don't know who the sales rep is.  So no,

3   I don't believe I've read their deposition.

4       **Q**    So that was a deposition that was not

5   provided to you by Ethicon's attorneys, correct?

6       **A**    You might have to say the name, or I can

7   tell you the depositions.  I'll just give you a list

8   of the ones that were provided to me.

9       **Q**    Okay.  Go ahead and give me a list.

10      **A**    This is just off the top of my head.  I

11  don't have it in front of me, but it is on the thumb

12  drive.

13          I've reviewed the depositions of Coleen

14  Perry; her husband, Mr. Perry.  I've reviewed the

15  deposition of Dr. Margolis, Dr. Rosenzweig, Dr. Helm,

16  Dr. Allen, Dr. Luu, I believe Dr. Singh, Dr. Marthur.

17  I've reviewed Dr. Guelcher -- I believe he's a

18  physician -- Guelcher -- at Vanderbilt University --

19  Doug Grier -- Dr. Doug Grier.

20          There may be a few others that I'm leaving

21  out, but those are the ones that immediately come to

22  mind.

23      **Q**    Have you read any depositions of any of the

24  Ethicon corporate employees?

25      **A**    I don't believe so.

Brian Flynn, M.D.

Page 18

1    **Q**    Okay.  Do you know if you were provided

2    with any depositions of any of the corporate

3    employees from Ethicon?

4    **A**    Not in this case.

5    **Q**    Okay.  What case have you reviewed those

6    depositions?

7    **A**    I was involved in the Lewis case, and I

8    would have to go back and look at my notes, but I

9    believe I may have reviewed a deposition from the

10   Lewis case, but I'm not certain.

11   **Q**    Okay.  You can agree with me that none of

12   the depositions -- well, strike that.

13         None of the corporate Ethicon depositions

14   formed the basis for any of your opinions in this

15   case, correct?

16   **A**    That's correct.

17   **Q**    In speaking of the Lewis case, you -- have

18   you reviewed your report that you submitted in

19   federal case for the Lewis case recently?

20   **A**    I have, and I have it in front of me here.

21   **Q**    Okay.  And you still stand by every

22   statement you make in that report, correct?

23   **A**    I would have to go through each individual

24   statement, but I'm very comfortable with that

25   document.

Brian Flynn, M.D.

Page 19

1      **Q**    Okay.  Well, you reviewed it recently to

2   prepare for this deposition, didn't you?

3      **A**    I did.  I read it this morning and last

4   evening.

5      **Q**    Okay.  And there was nothing that stood out

6   that you wanted to correct or change or felt was

7   inappropriate, correct?

8           MR. SNELL:  Form, compound.  Go ahead.

9      **A**    I would like to have a minute just to look

10   at that real quick before I make the answer to that

11   question.  So I'm opening up my folder here.

12           MR. SNELL:  You can take your time to look

13   at it, if you need to look at it.  It's not a memory

14   test.

15           Can we go off the record?  I've just got to

16   go use the restroom while he's reading or looking at

17   this report.

18           MR. KEITH:  We're going to go off the

19   record, Jeff.

20           MR. KUNTZ:  That's fine.

21           (Recess from 1:58 p.m. to 1:59 p.m.)

22           MR. KUNTZ:  Let's go ahead and mark -- mark

23   the Carolyn Lewis report as Exhibit No. 1.

24           MR. KEITH:  There's another exhibit sticker

25   on it.  Do you want me to go over the top of it or to

Brian Flynn, M.D.

Page 20

1  the side of it?  Does anybody have any suggestions?

2          MR. KUNTZ:  You can go over it.  It doesn't

3  matter.

4          MR. SNELL:  Yeah, I don't care.  Just put

5  it over it.

6          (Exhibit 1 was marked.)

7          MR. KEITH:  Okay.  It's been marked as

8  Exhibit 1.

9          MR. KUNTZ:  We're back on the record,

10  right?

11          MR. KEITH:  That's correct.

12     **Q**    (By Mr. Kuntz)  Dr. Flynn, you have

13  reviewed what has been marked Exhibit 1, which is

14  your Rule 26 Expert Report in the Carolyn Lewis case,

15  and you've had a chance to review that, correct?

16     **A**    Correct.

17     **Q**    Okay.  And is there any -- do you stand by

18  all the statements that have been made in this

19  report?

20     **A**    No.

21     **Q**    Okay.  What would you like to change about

22  this report?

23     **A**    On Page 3, Section B, like in boy, the very

24  last sentence, it says, "Currently I use TVT Exact

25  and TVT Obturator for the treatment of stress

Brian Flynn, M.D.

Page 21

1   incontinence."  That statement is not correct today.

2   It wasn't correct then.

3       **Q**    Okay.  And I take it you reviewed that

4   report several times before putting your signature at

5   the back of it and filing it in federal court,

6   correct?

7       **A**    Correct.

8           MR. SNELL:  Form and foundation, "filed."

9       **Q**    (By Mr. Kuntz)  And tell me now what you

10  want to change about that statement.

11      **A**    It should say, "Currently I use the TVT

12  Exact and TVT Abbrevo for treatment of stress

13  incontinence."

14      **Q**    Okay.  Did you have help writing this

15  report in the Carolyn Lewis case?

16          MR. SNELL:  Form.  Don't answer that.

17  Jeff, we have an agreement we don't ask those

18  questions in the federal court.  You know that.

19          I'm going to instruct the witness -- I'm

20  not going to let him answer that.  I don't ask --

21          (All speaking simultaneously.)

22          MR. SNELL:  I don't ask Margolis and your

23  experts about --

24          MR. KUNTZ:  Hey, Burt, calm down.  It was a

25  mistake.  I agree.

Brian Flynn, M.D.

Page 22

1          MR. SNELL:  Okay.

2          THE DEPONENT:  I'm not going to answer that

3    question.

4          MR. KUNTZ:  I withdrew the question.

5          MR. SNELL:  He withdrew it.

6          THE DEPONENT:  All right.

7    **Q**    (By Mr. Kuntz)  So at the time of that

8    report, you used the Exact and the TVT Abbrevo; you

9    did not use the TVT Retropubic or the TVT Obturator?

10   **A**    The word "Retropubic" is confusing, but TVT

11   Exact is a retropubic.  You may hear me today use

12   those words interchangeably, but TVT Classic and TVT

13   Exact are both retropubic tapes.

14   **Q**    And I understand that, Doctor.  Which one

15   of them do you use today?

16   **A**    I see.  I use the TVT Exact.

17   **Q**    Okay.  When is the last time you used the

18   TVT Retropubic?

19   **A**    Well, again, the TVT Exact is a retropubic.

20   Are you referring to TVT Classic?

21   **Q**    Right.  Let me clarify this.

22          There's no such thing as the TVT Classic,

23   Doctor.  There's a TVT Retropubic; there's the TVT

24   Exact; there's a TVT Obturator and the TVT Abbrevo.

25          I know people have put the term "Classic"

Brian Flynn, M.D.

Page 23

1    on the Retropubic, but I guess we can use

2    "Retropubic" and "Classic" interchangeably.

3            And my question is:  When did you stop

4    using the TVT Retropubic or Classic?

5        **A**    That would be when I started using the TVT

6    Exact.  So I was probably the first person in

7    Colorado to use the TVT Exact product.

8            I believe that was sometime around 2011 or

9    2012.  I don't remember the exact year, but when I

10   started using Exact, I stopped using Retropubic.

11       **Q**    Okay.  In your Lewis report, you also state

12   up until 2012, that you performed 900 stress urinary

13   incontinence procedures.

14           Do you see that in the report?

15       **A**    I do.

16       **Q**    And it also states that you used -- you

17   performed 535 TVT procedures between 2006 and 2012.

18   Do you see that?

19       **A**    Yes.

20       **Q**    So what are the other 365 procedures?

21       **A**    You want me to name all of them?

22       **Q**    Yes.

23       **A**    Okay.  So I'll use autologous rectus fascia

24   pubovaginal sling.  Allograft pubovaginal sling, so

25   that's Procedure No. 2.

Brian Flynn, M.D.

Page 24

1           I use -- artificial urinary sphincter would

2     be No. 3.  I also use transurethral bulking agents.

3     Specifically Macroplastique is a product I use.  And

4     Burch colposuspension.  Very few cases, but I have

5     done that.  That would be included in that other

6     number.

7           And when I speak to TVT procedures, that's

8     -- probably 500 out of the 535 are the Ethicon

9     product.  There's probably part of that 535 that was

10    from some of the other manufacturers.

11       **Q**   Okay.  And what other manufacturers'

12    products do you use or have you used?

13       **A**   American Medical Systems, Boston --

14       **Q**   Which products?

15       **A**   From American Medical Systems --

16       **Q**   Yes.

17       **A**   -- I have used Sparc, Monarc, RetroArc, and

18    MiniArc with -- are you speaking specifically to

19    incontinence?

20       **Q**   Yeah.  Let's keep it at that.

21       **A**   Yes.

22       **Q**   Have you used any Bard products?

23       **A**   I don't believe I've ever used any Bard

24    products.

25       **Q**   Have you ever used any Boston Scientific

Brian Flynn, M.D.

Page 25

1   products?

2       **A**     I have, and I still do.

3       **Q**     Which one?

4       **A**     I use the Boston Scientific Advantage Fit.

5       **Q**     Anything else --

6       **A**     No --

7       **Q**     -- I --

8       **A**     -- not for --

9               (All speaking simultaneously, and reporter

10              requested clarification.)

11              MR. KEITH:  Say that again, Jeff.

12      **Q**     (By Mr. Kuntz)  Anything else for SUI

13  treatments?

14      **A**     Nothing else for SUI treatments from Boston

15  Scientific.

16      **Q**     Is the MS Monarc product laser cut, Doctor?

17      **A**     I don't know the answer to that.  I've used

18  the American Medical Systems' products sparingly, so

19  I'm not as familiar with those products.

20      **Q**     Is the MiniArc -- do you know if any of the

21  products, the Sparc, Monarc, or MiniArc, are

22  laser-cut mesh?

23      **A**     Just looking at them, I don't believe they

24  are, but I don't know those products as well as I

25  know the Ethicon products.

Brian Flynn, M.D.

Page 26

1    **Q**    Have you ever consulted for AMS?

2    **A**    I have.

3    **Q**    Okay.  What years did you consult for them?

4    **A**    From around 2004 to 2010.

5    **Q**    You never consulted with them after 2010?

6    **A**    For female urology products?

7    **Q**    Correct.

8    **A**    Not for female urology.  I never really

9    consulted for female urology.  I was more of a

10   consultant on the male side.

11   **Q**    Did you ever receive payments or

12   reimbursements or any type of money from AMS after

13   2010?

14   **A**    I would have to go back and look at my

15   records, but I think two thousand -- either '10 or

16   2011 -- one of those two years was when I ended my

17   relationship with them.

18   **Q**    Do you keep records on your relationships

19   -- your consulting relationships with these different

20   manufacturers?

21   **A**    I keep some records, you know, for recent

22   years for tax purposes, but I don't -- I don't keep

23   all of my records.  No.  I hang on to important

24   documents that I give to my accountant, recent

25   documents.

Brian Flynn, M.D.

Page 27

1    **Q**    Okay.  But you do keep some of the

2    documents?

3    **A**    I do keep some of the documents, yes.

4    **Q**    And you keep those on your computer or in a

5    hard file?

6    **A**    Either/or.

7    **Q**    Okay.  Did you bring any of those documents

8    with you today?

9    **A**    I was able to find one contract, but that

10   wasn't a contract with American Medical Systems.

11   Most contracts I've received came in paper form, not

12   electronic form.

13   **Q**    Okay.  Do you keep those paper documents?

14   **A**    I went through everything in the last few

15   days, and what I've brought in to today's deposition,

16   I could only find one contract, and I do have that

17   with me today.

18   **Q**    Did you find any contracts that you have

19   with Ethicon?

20   **A**    Yes.  That's the contract I'm speaking of.

21   I couldn't locate anything from AMS or any of the

22   other venders.

23   **Q**    Okay.  And we'll get into that in a little

24   bit.

25              Do you keep other documents on your

Brian Flynn, M.D.

Page 28

1    computer?

2         **A**    Can you be more specific?

3         **Q**    Well, do you -- you obviously keep all the

4    e-mails that you have between Ethicon and Johnson &

5    Johnson and your role as a consultant with them,

6    correct?

7              MR. SNELL:  Foundation, form.  It

8    misstates.

9         **A**    I keep very little in e-mail.  You know, I

10   respond to an e-mail, but I don't -- I don't archive

11   e-mails.

12        **Q**    (By Mr. Kuntz)  Okay.  So you don't keep a

13   folder of any e-mails of -- you don't have a folder

14   that says "Ethicon Consulting," and you don't keep

15   any of those e-mails anywhere?

16        **A**    I have a folder -- a folder, and I clear

17   out my folders periodically.  And I have brought all

18   e-mails that I have from Ethicon, and that is on the

19   USB.  It's in a folder listed "e-mails," and there's

20   about 20 e-mails in that folder.

21        **Q**    How far back do those e-mails go?  To what

22   year?  Is that just for the last year?

23        **A**    It goes back to around 2012 or so.

24        **Q**    Okay.

25        **A**    That's an approximate date.  It's about

Brian Flynn, M.D.

Page 29

1   two, maybe three years of e-mails.

2   **Q**   Do you have a consultant agreement with

3   Ethicon in 2012?

4   **A**   I don't believe so.

5   **Q**   Did you have a consultant agreement with

6   Ethicon in 2013?

7   **A**   No.

8   **Q**   Do you currently have a consulting

9   agreement with them?

10   **A**   I do not.

11   **Q**   Do you have a current -- do you currently

12   have a consulting agreement with any mesh

13   manufacturer?

14   **A**   I do not.

15   **Q**   Why is that?  I mean, did you stop -- why

16   did you stop deciding to consult with mesh

17   manufacturers?

18        MR. SNELL:  Form and foundation.  It

19   misstates.  Go ahead.

20   **A**   It was a mutual decision on both parties.

21   There just wasn't enough activity for it to really be

22   something that was interesting to me at that point.

23   **Q**   (By Mr. Kuntz)  And --

24   **A**   So Ethicon, American Medical Systems,

25   others, their prof ed events had decreased

Brian Flynn, M.D.

Page 30

1   significantly to the point that it really wasn't

2   anything that I was interested in doing anymore.

3       **Q**    Do you -- did you ever ask Ethicon why they

4   withdrew you as an expert in the Carolyn Lewis case?

5       **A**    I did.

6       **Q**    Okay.  And what were you told?

7            MR. SNELL:  I'm going to object.  He's not

8   allowed to answer that, Jeff.  We're not going to --

9            MR. KUNTZ:  I don't --

10            MR. SNELL:  Again, Jeff, you're doing stuff

11   that we agree we don't do.  We don't talk about

12   communications.  I'm frankly, you know, shocked that

13   you're asking this.

14            MR. KUNTZ:  Oh, Burt.  Give it up.

15            MR. SNELL:  Well, I'm going to instruct him

16   not to answer.  You know I'd never ask your people of

17   that.  People would have -- they would have a --

18            MR. KUNTZ:  -- never withdrew --

19            MR. SNELL:  -- heart attack.

20            MR. KUNTZ:  -- any of them.

21            MR. SNELL:  Yes, you have.

22            MR. KUNTZ:  So --

23            MR. SNELL:  Yes, you have.

24            MR. KUNTZ:  -- feel free to ask.

25            (All speaking simultaneously.)

Brian Flynn, M.D.

Page 31

1    **Q**    (By Mr. Kuntz)  When were you first trained

2    on the TVT-O procedure by Ethicon?

3    **A**    When or where?

4    **Q**    When.

5    **A**    When?  When I started using the products.

6    So I started using the product, you know, early in my

7    practice, 2004 -- in and around 2004.

8    **Q**    And you became a preceptor for them in two

9    thousand and -- December of 2004?

10    **A**    I don't know the exact date, but somewhere

11    in and around 2004.

12    **Q**    And you've authored instructional videos

13    for Ethicon for the Abbrevo, the Secur, and the

14    Prolift, correct?

15    **A**    Incorrect.

16    **Q**    Okay.  What products have you authored

17    instructional videos for?

18    **A**    On behalf of Ethicon, just Abbrevo.  I do

19    have videos on the other products, but they were for

20    scientific meetings, not for Ethicon.

21    **Q**    So did you prepare instructional videos for

22    scientific meetings for Secur and Prolift?

23    **A**    Yes.

24    **Q**    And what meetings did you prepare those

25    for?

Brian Flynn, M.D.

Page 32

1    **A**    They were presented at a variety of
2  meetings.

3    **Q**    Well, which ones?

4    **A**    American Urologic Association, the south
5  central section of the American Urologic Association,
6  I would have to go back and look at my CV, but I know
7  at least at those two meetings.

8    **Q**    And you understand that the Secur and the
9  Prolift are off the market?

10    **A**    I understand that those products are no
11  longer being offered.

12    **Q**    Okay.  What is your understanding as to why
13  those products are no longer being offered?

14    **A**    I believe it was a business decision that
15  Ethicon made.  They weren't popular products.

16    **Q**    Did you ever ask or have any discussions
17  with Ethicon why they decided to quit selling those
18  products?

19    **A**    You'd have to separate the two products.

20    **Q**    Okay.  Did you ever have discussions with
21  Ethicon why they stopped selling the TVT Secur?

22    **A**    Yes.

23    **Q**    What were those conversations?

24    **A**    That the product just was not a popular
25  product amongst their providers, and so they were

Brian Flynn, M.D.

Page 33

1   going to discontinue it.

2       **Q**    Anything else a part of those

3   conversations?

4       **A**    I believe that the FDA had mandated 522

5   studies on mini slings, and TVT Secur was included in

6   that, and that that wasn't something they were going

7   to pursue.

8       **Q**    Do you know what a 522 order is?

9       **A**    I do.

10      **Q**    Okay.  Did you review the 522 order related

11  to the TVT Secur issued by the FDA?

12      **A**    It wasn't sent to me.  I've never seen the

13  document.  I understand 522 concept in general, but

14  --

15      **Q**    Okay.  What's your -- what's -- did you

16  ever discuss the 522 concept with Ethicon?

17      **A**    No.

18      **Q**    Did they ever send you information related

19  to the 522 orders?

20      **A**    No.

21      **Q**    What is your understanding as to what a 522

22  order is?

23      **A**    522 study is a rigorous scientific study of

24  a product.  It's something that the federal

25  government mandates certain devices in certain

Brian Flynn, M.D.

Page 34

1   categories.  So you have different categories of

2   devices, and if a device is in, say, Category B, then

3   they need 522s.  If it's in the -- another category

4   may be a 510(k) study or process.

5        **Q**    Did you ever review Ethicon's response to

6   the 522 order?

7        **A**    I don't believe so.

8             MR. SNELL:  Form -- hold on.  Form, vague

9   as to the product you're referencing, Jeff.

10       **Q**    (By Mr. Kuntz)  Have you ever reviewed

11  Ethicon's response on the TVT Secur to the 522 order

12  issued by the FDA?

13       **A**    No.

14       **Q**    Have you ever seen any letters or responses

15  between Ethicon and the FDA related to the 522 orders

16  on the TVT Secur?

17       **A**    No.

18       **Q**    Did you ever ask Ethicon to see anything

19  related to the 522 orders on the TVT Secur and their

20  response?

21       **A**    No.

22       **Q**    Do you know what studies that Ethicon

23  proposed or submitted in response to the 522 order on

24  the TVT Secur to the FDA?

25       **A**    I don't know, no.

Brian Flynn, M.D.

Page 35

1    **Q**    Do you have any idea what the FDA told

2    Ethicon about the adequacy of the studies they

3    submitted in response to the 522 order for the TVT

4    Secur?

5         MR. SNELL:  Foundation.  Go ahead.

6    **A**    No.

7    **Q**    (By Mr. Kuntz)  Same questions on the

8    Prolift.  Did you ever review the 522 order issued to

9    Ethicon on the Prolift?

10   **A**    No.

11   **Q**    Did you ever ask or did Ethicon ever show

12   you any of their responses to the 522 orders on the

13   Prolift?

14   **A**    No.

15   **Q**    Did you ever ask to see or do you know of

16   any of the studies that Ethicon submitted to the FDA

17   in an attempt to satisfy the 522 order on the

18   Prolift?

19   **A**    No.

20   **Q**    How many TVT Securs did you implant before

21   they went off the market?

22   **A**    More than 100.

23   **Q**    When's the last time you used the TVT

24   Secur, if you know?

25   **A**    Probably in and around 2010 or 2011.

Brian Flynn, M.D.

Page 36

1    **Q**    How did you know that the TVT Abbrevo uses

2    laser-cut mesh?

3    **A**    A number of ways.  It's labeled on the box

4    with the letter L, like I mentioned earlier.

5    Information from the sales rep and from the people in

6    professional education, from attendance at cadaver

7    labs in being faculty in those events, from

8    instructing other physicians on TVT Abbrevo, I was

9    very familiar with the product.

10    **Q**    Is it your testimony that the TVT Abbrevo

11    is marked with an L on the product ID sticker?

12    **A**    I would have to look at that.  I know it is

13    for the Retropubic and the Exact, I think, because

14    the products were being offered in both forms.

15    **Q**    Okay.

16    **A**    I want to take that back.  I don't know for

17    sure.  I'm speaking more to the Retropubic

18    procedures.  So I don't know with 100 percent

19    confidence if the Abbrevo has the L on the box.

20    **Q**    So if the L is not on the box for TVT

21    Abbrevo, a doctor, looking at that box before it

22    performed a TVT Abbrevo procedure, would not

23    necessarily know that it was laser-cut mesh?

24        MR. SNELL:  Objection, lacks foundation --

25    **A**    I would --

Brian Flynn, M.D.

Page 37

1          MR. SNELL:  -- improper hypothetically.  Go

2     ahead.

3       **A**    I would disagree with that.

4       **Q**    (By Mr. Kuntz)  And why?

5       **A**    Well, like I mentioned earlier, there's

6     many ways of communicating information.  The letter L

7     on the box was just one of many ways.  Other ways

8     would be through the sales person, through attendance

9     at professional educational events, from reading the

10    IFU.

11         So a physician has a responsibility to

12    obtain as much information as he or she can on a

13    product before using it.

14      **Q**    Dr. Flynn, does the TVT Abbrevo IFU state

15    that it's laser-cut mesh?

16      **A**    I would have to have the IFU in front of

17    me.

18      **Q**    So as you sit here -- let me ask you this:

19    Did you review the IFU in preparation for this

20    deposition today?

21      **A**    I did.

22      **Q**    Okay.  And you teach Abbrevo preceptor or

23    cadaver lab courses?

24      **A**    I did.

25      **Q**    But you don't know, as you sit here right

Brian Flynn, M.D.

Page 38

1   now, one way or another, whether the TVT Abbrevo IFU

2   states that the mesh is laser cut, correct?

3       **A**    Correct.

4       **Q**    Okay.  And you don't know if the box that

5   the TVT Abbrevo comes in states that it's laser-cut

6   mesh?

7       **A**    That's correct.

8       **Q**    And you can't tell me that every cadaver

9   lab or preceptorship or meeting -- that physicians

10  are told that the Abbrevo was laser cut as you sit

11  here today?

12      **A**    I can tell you the ones that I attended and

13  the ones that I instructed and lectured on, certainly

14  they were told, but I can't speak of labs that I

15  didn't attend.

16      **Q**    And you never attended, to your knowledge,

17  any classes that Dr. Luu was present at with regard

18  to either the TVT Abbrevo -- with the TVT Abbrevo?

19      **A**    I've never met Dr. Luu in any capacity, so

20  no.

21      **Q**    Ever talk to Dr. Luu?

22      **A**    No.

23      **Q**    Ever talk to Dr. Allen, who's involved in

24  this case?

25      **A**    No.

Brian Flynn, M.D.

Page 39

1      **Q**    Ever talk to Dr. Grier about his expert
2    opinions in this case?
3      **A**    I spoke to Dr. Grier last night.
4      **Q**    Okay.  What did you guys talk about?
5      **A**    He called me to wish me good luck.
6      **Q**    Okay.  Do you talk to him often?
7      **A**    A few times a year, three or four times a
8    year.
9      **Q**    Did you talk -- did you ever talk to
10   Dr. Grier about the IME you performed on Mrs. Perry?
11     **A**    No.
12     **Q**    Did you work on -- you provided a Summary
13   of Opinions sheet in this case.  You understand that
14   that lists 25 or 26 opinions?
15     **A**    Yes, I have that document in front of me.
16     **Q**    Did you prepare that yourself?
17     **A**    You would have to be more specific.
18     **Q**    Did you prepare the Summary of Opinions
19   sheet by yourself?  Did you write those opinions
20   yourself, or did you receive help from counsel?
21          MR. SNELL:  I'm going to object and
22   instruct not to answer.  I don't think we're doing
23   that here again, Jeff.
24     **Q**    (By Mr. Kuntz)  Okay.  Did you -- did you
25   prepare your report with Dr. Grier, your Summary of

Brian Flynn, M.D.

Page 40

1    Opinions report?

2        **A**    No.  I had seen Dr. Grier's Summary of

3    Opinions report before I prepared mine, so I was

4    aware of his, but we didn't directly communicate

5    about it.

6        **Q**    Okay.  When did you prepare your Summary of

7    Opinions report?

8        **A**    Yesterday.  I had been working on it, you

9    know, for months, but it was completed yesterday.

10   I've been working on this probably for six months.

11       **Q**    You've been working on preparing for this

12   deposition for six months?

13       **A**    On and off I've been receiving documents,

14   and I've had communication with Burt Snell over the

15   last six months.

16       **Q**    How many times have you met with Mr. Snell?

17       **A**    Face-to-face?

18       **Q**    Yes.

19       **A**    At least four or five times.

20       **Q**    How many times have you talked on the phone

21   with Mr. Snell?

22       **A**    Not including like e-mail or text?

23       **Q**    Yes.

24       **A**    Probably at least 20 times.

25       **Q**    Have you billed every time for those calls

Brian Flynn, M.D.

Page 41

1  and meetings?

2      **A**    Not for phone calls -- not for most phone

3  calls.  If it was just a phone call to organize a

4  meeting or to try to connect or find out when we'd be

5  meeting, you know, I would not.  If they were

6  scheduled -- you know, teleconferences at a scheduled

7  time and date, yes, I did.

8      **Q**    And we'll get into your billing in a little

9  bit.

10          Did you meet with any other lawyers that

11  are on the defense team for Mrs. Perry's case to

12  prepare for this deposition in the last six months?

13      **A**    Yes.

14      **Q**    Who else did you meet with?

15      **A**    Barry Koopmann.

16      **Q**    How many times?

17      **A**    Probably similar to Mr. Snell, about the

18  same number of phone calls and face-to-face

19  encounters.

20      **Q**    Were those -- was Mr. Snell at these, or

21  these are separate meetings and phone calls?

22      **A**    The phone calls were sometimes together,

23  sometimes separate.  The face-to-face meetings, I

24  believe all of them were at the same time.

25      **Q**    Okay.

Brian Flynn, M.D.

Page 42

1      **A**    So five meetings or so with Burt Snell and

2    Barry Koopmann.  Phone calls -- you know,

3    organizational phone calls were separate.  Scheduled

4    teleconferences were usually -- at least for a

5    percentage of the phone call -- at the same time.

6           MR. KUNTZ:  I'm going to go ahead and mark

7    as Exhibit 2 the depo notice.  Sean, do you have

8    that?

9           MR. KEITH:  I do.

10          (Exhibit 2 was marked.)

11          MR. KEITH:  All right.  That's been given

12   to the witness and counsel.

13          MR. KUNTZ:  Okay.  It's marked as

14   Deposition Exhibit No. 2, I believe.

15          MR. KEITH:  That's correct.

16     **Q**    (By Mr. Kuntz)  Doctor, did you review this

17   before today?

18     **A**    I have.

19     **Q**    When's the first time you looked at it?

20     **A**    The date I received it.

21     **Q**    Have you gone through and reviewed the

22   requests in Exhibit A and tried to comply with

23   Exhibit A?

24     **A**    To the best of my ability, yes.

25     **Q**    Okay.  And have you -- obviously, on No. 1,

Brian Flynn, M.D.

Page 43

1   you provided or brought with you an up-to-date CV?

2   **A**   I do.  Do you want me to submit that?

3   **Q**   No.  It's fine.

4   **A**   Okay.

5   **Q**   On Request No. 2 -- have you brought all

6   the documents in your possession, including CDs,

7   DVDs, and flash drives, and USB drives?  It sounds

8   like you have.

9   **A**   I have CDs.  I have DVDs.  I have USBs.  I

10  do not have any photographs.  I don't have any kind

11  of data bank.

12          Expected testimony, I have my Summary of

13  Opinions.  I have my opinions from the Lewis case.

14  So I believe I complied with No. 2.

15  **Q**   No. 3, it's the same documents that you've

16  brought to the deposition?

17  **A**   Yes, I have that.  Some in paper form; some

18  in electronic form.  There is some overlap between

19  the paper and the electronic.  In efforts to be as

20  complete as possible, I just brought both.

21  **Q**   Okay.  We talked about depositions.  I'm

22  going to jump ahead.

23          On Request No. 8, have you brought

24  documents that comply with that request?

25  **A**   I have two time sheets.  I have an attached

Brian Flynn, M.D.

Page 44

1    invoice on one of them.  Time sheets and time records

2    would be the same to me.  Billing records -- my only

3    billing record is the invoice.  So that's the same

4    document.

5        Q    And how much -- strike that.

6             What is the bill that you've submitted to

7    date that you brought with you?

8        A    Would you like me to go ahead and submit

9    that?

10       Q    Yeah.  Let's go ahead and mark that as

11   Exhibit No. 3.

12            MR. SNELL:  And I'm going to note for the

13   record that the witness did comply as requested.  And

14   I'm still waiting -- the bills and time sheets from

15   your experts, Jeff.  So I will make that record now.

16            MR. KEITH:  This is a two-page -- two

17   pages, Jeff.  I'm going to mark it as Exhibit 3.

18            (Exhibit 3 was marked.)

19       Q    (By Mr. Kuntz)  How much total time have

20   you billed to date, Doctor?

21       A    Well, what's reflected on those two

22   documents, there's an invoice time sheet that goes

23   from July through October, and that is 25 hours.  And

24   then the second invoice -- same exhibit -- is October

25   and November, and that is 19 hours.

Brian Flynn, M.D.

Page 45

1            I haven't completed my December time sheet

2     or invoice or January.

3       **Q**    Do you know approximately how much time

4     you've billed in December?

5       **A**    It's about the same.  I -- I -- probably

6     right around 18 to 20 hours.

7       **Q**    Do you keep itemizations for your billings

8     as to exactly what you were working on to generate

9     the hours?

10      **A**    I do, and that's reflected on these

11    exhibits.

12      **Q**    Okay.  How much time have you spent since

13    January in the last week or seven days preparing for

14    this case or billing on this case?

15      **A**    Can you repeat the question?  I haven't

16    submitted a bill for January.

17      **Q**    Right.  Approximately how -- and that was

18    my question.  How much time, approximately, that you

19    spent since the beginning of January on this case or

20    preparing for this deposition.

21      **A**    I see.  Probably in and around 10 to 15

22    hours.

23      **Q**    How much do you charge an hour for record

24    review and deposition time?

25      **A**    For record review, $400 an hour.  For an

Brian Flynn, M.D.

Page 46

1    in-person meeting, $500 an hour.  For a scheduled

2    teleconference, $400 an hour.  For a deposition, it

3    would be $600 an hour.

4        **Q**    Can we jump ahead to Request No. 10.  Did

5    you comply with that request?

6        **A**    No.

7        **Q**    Do you keep any of your time sheets or

8    invoices or records for all the consulting time that

9    you've done for Ethicon?

10       **A**    Only companies that I'm actively consulting

11   with.  So no.

12       **Q**    So you no longer have any -- any of these

13   documents that relate to your time consulting with

14   Ethicon from 2007 to 2011?

15       **A**    That's correct.  I have one contract that I

16   was able to locate, but I don't have any time sheets

17   or invoices or any of those documents.

18       **Q**    Do you have any of your e-mails that you

19   have sent back and forth with Ethicon employees about

20   consulting work?

21       **A**    I don't have any of them.  My personal

22   e-mail changed.  I used to be with hotmail.  Now I'm

23   with GMail, and I don't have access to hotmail

24   anymore.  That account has been closed.

25       **Q**    Your hotmail account has been closed?

Brian Flynn, M.D.

Page 47

1      **A**     Yeah.  It's probably been closed for at

2   least two to three years.

3      **Q**     Was there a point in time that you told

4   Ethicon to quit e-mailing you at your University of

5   Colorado e-mail and to e-mail you personally because

6   you were concerned about the University of Colorado's

7   policies on honorariums?  Do you remember that?

8      **A**     I do.

9            MR. SNELL:  Form.  Go ahead.

10     **A**     Yes.

11     **Q**     (By Mr. Kuntz)  Okay.  What is University

12   of Colorado's policy on honorariums?

13     **A**     The university policy -- starting in 2010,

14   they developed a conflict of interest policy.

15   There's no policy before 2010.

16     **Q**     Have you provided information to them about

17   your mesh consultation since 2010?

18            MR. SNELL:  Form, vague, "mesh

19   consultation."

20     **Q**     (By Mr. Kuntz)  I'm sorry.  Mesh

21   consultations.

22            Have you informed the University of

23   Colorado about all of the mesh companies you've been

24   working with since 2010?

25            MR. SNELL:  Form and foundation, vague.

Brian Flynn, M.D.

Page 48

1    **A**    Yes.  I informed them of the work I did in

2    2010 and, I believe, in 2011.  There was no activity

3    after those years, so there was nothing to inform

4    them of.

5    **Q**    (By Mr. Kuntz)  Okay.  You don't believe

6    you had a contract or were paid any money by mesh

7    companies in 2011?

8    **A**    I was paid in 2010.  I don't believe in two

9    thousand -- maybe in 2011.  I would have to look at

10   the exact -- my tax return for those two years, but I

11   can certainly say for 2012, '13, 2014 there was no

12   activity.

13   **Q**    Okay.  So you didn't receive any money for

14   doing your expert report in the Carolyn Lewis case in

15   2012?

16   **A**    Not directly from Ethicon.

17   **Q**    Okay.  Were you paid by Butler Snow to

18   perform the work in the Lewis case?

19   **A**    Yeah, by Butler Snow.

20   **Q**    Okay.  And you don't have a duty to report

21   to the University of Colorado outside litigation

22   consulting you're doing for medical device

23   manufacturers?

24   **A**    That's not part of the conflict of interest

25   policy, no.

Brian Flynn, M.D.

Page 49

1    **Q**    Is it part of the conflict of interest

2    policy for the AUA?  Do you know that?

3    **A**    To report medical-legal work?

4    **Q**    Yes.

5    **A**    Report it to whom?

6    **Q**    To the AUA or to the university.

7         MR. SNELL:  Objection, compound, form.  Go

8    ahead.

9    **Q**    (By Mr. Kuntz)  Let me ask you this,

10   Doctor:  Have you ever reviewed the AUA conflict of

11   interest policies?

12   **A**    Absolutely.  I have to update them

13   manually, and I'm actually listed as an expert

14   witness on the AUA expert witness registry.

15   **Q**    If you were paid money by a mesh company,

16   do you believe you have a duty to disclose that in

17   any type of publication you publish?

18   **A**    If it pertains to that product, yes.

19   **Q**    What if it's a company that makes products

20   about what the article is about?

21   **A**    You'd have to give me a more specific

22   example.

23   **Q**    You're saying it has to relate to the exact

24   product that the article is about?  Is that your

25   testimony?

Brian Flynn, M.D.

Page 50

1      **A**     Again, that's too vague.  I would need an

2   example.

3      **Q**     Well, if you were receiving products from a

4   company like AMS, who has female urology products --

5   and maybe your consulting was only for male urology

6   products and you were writing an article -- do you

7   have a duty to disclose a relationship with AMS?

8            MR. SNELL:  Objection, form, vague as to

9   "receiving products," and also foundation.

10     **A**     Are you saying receiving honorarium, Jeff?

11     **Q**     (By Mr. Kuntz)  Yes.

12     **A**     Yes.  So if you look at the update I wrote

13  for the American Urologic Association, I disclosed on

14  that document -- it's the first page -- my

15  relationship with AMS and Ethicon even though I

16  wasn't using any of AMS's products and I wasn't

17  consulting with them on female urology, just on male

18  urology.

19            So I really tried to stick to the policy,

20  and I update that annually on the Web site and in any

21  publication that I'm involved in.  I take that

22  seriously.

23     **Q**     So -- and I think you answered my question.

24            So if you were going to publish something

25  and you had any type of relationship with AMS or

Brian Flynn, M.D.

Page 51

1    Ethicon, you would make sure to disclose that in the

2    publication?

3              MR. SNELL:  Objection, form --

4      **A**    We would have --

5              (All speaking simultaneously, and reporter

6              requested clarification.)

7              MR. SNELL:  -- overbroad.

8      **A**    So what I responded to is:  You'd have to

9    cite the specific publication you're referring to for

10   me to give an appropriate answer.

11     **Q**    (By Mr. Kuntz)  Okay.  Well, you published

12   in 2013 an article with Shah and Gilsdorf, Surgical

13   Management of Lower Urinary Mesh Perforation.

14             You know that article, correct?

15     **A**    Correct.

16     **Q**    International Urogynecology Journal?

17     **A**    That's correct.

18     **Q**    And you don't disclose any relationships

19   with any mesh manufacturers in that article, correct?

20     **A**    Can we submit the article as an exhibit?

21     **Q**    We sure can.

22     **A**    Okay.

23             MR. KUNTZ:  Sean, it's in the back.  It's

24   in the folder Vaginal Sling Article.

25             MR. KEITH:  Okay.

Brian Flynn, M.D.

Page 52

1          MR. SNELL:  Do you have a copy for me?

2          MR. KEITH:  Yes.

3          MR. SNELL:  Okay.  Thank you.

4          MR. KEITH:  I've got it.  It's Exhibit 4,

5     Jeff.

6          (Exhibit 4 was marked.)

7          MR. KEITH:  It's published July 4, 2013.

8          MR. KUNTZ:  It should be received April 8,

9     2013.  Yeah, published July 4, 2013.  And that's

10    Exhibit No. 4, I believe.

11         MR. KEITH:  Exhibit 4, that's correct.

12    Let's make sure we keep up with all the exhibits.

13    That's the only thing -- because we've got a lot of

14    papers on this desk.

15         (Discussion off the record.)

16     **Q**    (By Mr. Kuntz)  And, Doctor, in this

17    article on the back page, it says "Conflict of

18    Interest" and it says "None," correct?

19     **A**    Correct.

20     **Q**    And my question is:  If you had a

21    relationship with Ethicon in 2013, it would require

22    you to disclose that in this article?

23         MR. SNELL:  Objection, lacks foundation.

24     **A**    Like I mentioned earlier, I wasn't

25    consulting with Ethicon on any of their female

Brian Flynn, M.D.

Page 53

1    urology products in 2013.  So I was very -- I'm very

2    comfortable with this disclosure, Jeff.

3        **Q**    (By Mr. Kuntz)  That's not my question.

4    I'm sure you are.

5            Were you working with AMS in 2013 or

6    receive any money from AMS in 2013?

7        **A**    No.

8        **Q**    Okay.  If you did receive money from AMS,

9    would you disclose that in the Conflict of Interest

10   section of this article or should you have?

11           MR. SNELL:  Compound, form.

12       **A**    So I'd have to look at what International

13   Urogynecology Journal requires.  Each journal has

14   their own standards.

15           The conflicts pertain to conflicts within

16   that article.  We're not obligated to list every

17   single relationship we have in the article, only

18   relationships that pertain to that article.

19           There's nothing in my relationships with

20   AMS or Ethicon that related to this article.

21       **Q**    (By Mr. Kuntz)  Okay.  I just thought you

22   testified earlier that you take it very serious and

23   you're very careful and you disclose everything, but

24   now you're saying it depends on the article, it

25   depends on the relationship, and it depends on the

Brian Flynn, M.D.

Page 54

1    guidelines of the publication.

2            Is that what you're telling me now?

3            MR. SNELL:  Objection, form, compound, also

4    misstates prior testimony -- go ahead -- and asked

5    and answered.  Go ahead.

6        **A**    Can you break the question down because

7    it's a complicated one?

8        **Q**    (By Mr. Kuntz)  Let me ask you this:  If

9    you were receiving money from AMS in 2013, do you

10   believe you had a duty to disclose that in this

11   article?

12           MR. SNELL:  Objection form, asked and

13   answered.

14       **A**    No, I don't.  And, again, I said I don't

15   have a relationship with them.  I didn't have a

16   relationship with them.  I wasn't using their female

17   urology products.  I wasn't consulting on the female

18   urology side; hence, there's no disclosure.

19       **Q**    (By Mr. Kuntz)  And I take it you don't

20   feel a need to disclose in publications that you are

21   consulting with Ethicon on litigation matters?

22       **A**    If the article was about medical-legal

23   matters, yes, I would disclose that, but if it was

24   about a scientific article, a procedure or a disease,

25   no.

Brian Flynn, M.D.

Page 55

1    **Q**    In 2013, you write in this article that

2    you, in the last six years -- so back in 2007, there

3    was an alarming increase --

4            (Reporter requested clarification.)

5            MR. KUNTZ:  Yes.  Sorry.

6    **Q**    (By Mr. Kuntz)  In this article, you would

7    agree that you write, "In the past six years, we have

8    seen an increase in the overall number of

9    transvaginal mesh complications.  Cases referred to

10   your center," correct?

11           MR. SNELL:  What page are you on, Jeff, so

12   we are all --

13           MR. KUNTZ:  Page 3.

14   **A**    I believe I did make a comment in those

15   regards.  There's a few statements around that

16   comment that explain that.

17   **Q**    (By Mr. Kuntz)  Well, you thought the

18   amount of complications that were coming in during

19   that six-year period were an alarming increase,

20   correct?

21   **A**    It was something that caused concern, yes.

22   **Q**    Why did it cause concern?

23   **A**    The ones involving the lower urinary tract

24   -- you can see Figure 2 in 2012, for instance, there

25   was almost 10.  And so that is something that is a

Brian Flynn, M.D.

Page 56

1    severe complication, and that was something that was

2    concerning.  I thought that physicians, the AUA,

3    gynecologists would want to know that.

4        **Q**    Can we go back to Exhibit A in the depo

5    notice.  Did you bring your copies of your 1099s?

6            MR. SNELL:  I'm sure we objected to that,

7    but we are not producing 1099s.  Your experts had not

8    produced any 1099s nor any billing records.  So we

9    will not be producing 1099s.

10           MR. KUNTZ:  Even better.

11       **Q**    (By Mr. Kuntz)  Doctor, with your 1099s,

12   you had some problems with Ethicon, didn't you, in

13   the past as to how they were reporting those to the

14   IRS?

15       **A**    You'd have to be specific about what you

16   mean by "problems."

17       **Q**    Well, did you give notification to the IRS

18   about Ethicon's billings to you on 1099s for

19   consultation work?

20       **A**    Ethicon was inconsistently issuing 1099s,

21   and so I didn't want to create a red flag with the

22   IRS.  So I just asked them to please issue me a 1099

23   so I know how much I made that year.

24       **Q**    Okay.  So -- well, were you issued 1099s in

25   both your personal Social Security and your LLC that

Brian Flynn, M.D.

Page 57

1  you bill through?

2  **A**   No.  That was the -- that was the concern,

3  that it wasn't being sent to -- it wasn't being

4  recorded under the right number.

5  **Q**   Okay.  So for several years income was

6  being reported -- or recorded under two different

7  numbers.  Is that the problem?

8  **A**   I wouldn't say several years.  I would say

9  for that year involved at least or maybe the previous

10  year.

11      I know that there was a concern when I

12  contacted them, and it had to be about a particular

13  year, but I don't -- I don't know if it was several

14  years.

15  **Q**   Okay.  So if we wanted to track down your

16  total income for a year, would we have to look under

17  both your Social Security number and your LLC tax ID

18  number?

19  **A**   I don't have an LLC.  I have never had an

20  LLC.

21  **Q**   Have you had a company that you do your

22  billings out of?

23  **A**   Yes.

24  **Q**   Okay.  And what's the name of that?

25  **A**   Flynn Consulting.

Brian Flynn, M.D.

Page 58

1     **Q**    Okay.  And how long has that been around?

2     **A**    Probably since 2007, 2008.  I don't know

3   the exact year.

4     **Q**    Is that who you still do your billings

5   through now?

6     **A**    That's correct.

7     **Q**    You've been a paid consultant for Ethicon

8   for over 10 years, correct?

9     **A**    Incorrect.

10    **Q**    Okay.  How long have you been a consultant

11  for Ethicon?

12    **A**    I mentioned earlier in the deposition from

13  2004 to around 2011.

14    **Q**    And you only have one consulting agreement

15  that you can find from -- I apologize.  What year

16  again?

17    **A**    It's 2011.  It was a contract that I have

18  here.  I can submit that if you'd like.

19         MR. KUNTZ:  Yeah.  Let's mark that as

20  Exhibit No. 5.

21         (Exhibit 5 was marked.)

22         MR. SNELL:  We've been going about an hour

23  and a half.  After this document, Jeff, can we take a

24  break?

25         MR. KUNTZ:  We can take one now.

Brian Flynn, M.D.

Page 59

1           (Recess from 2:52 p.m. to 3:13 p.m.)

2       **Q**    (By Mr. Kuntz)  Doctor, we're back on the

3   record after a short break.  I wanted to go back to

4   something we were talking about before.

5           You said you have taught or proctored TVT

6   Abbrevo training classes.

7       **A**    Yeah.  I was involved in a video that I did

8   for Ethicon that was part of training for TVT

9   Abbrevo.

10      **Q**    Okay.  Does that video discuss laser-cut

11  mesh?

12      **A**    No.  That video is just a procedural video

13  on how to do the procedure.  Nothing more than that.

14      **Q**    Okay.  So never in that video does it

15  discuss the Abbrevo being laser-cut mesh or any

16  difference between the two meshes?

17      **A**    Correct.

18      **Q**    Have you ever taught an Abbrevo class to

19  any surgeons that were about to use or using the TVT

20  Abbrevo product?

21      **A**    I work at a teaching institution.  I have

22  fellows and residents, medical students I teach every

23  day.  And yes, I mention to them laser cut,

24  mechanically cut.  It's a conversation I've had with

25  people that work around me.

Brian Flynn, M.D.

Page 60

1    **Q**    Okay.  And that wasn't exactly my question

2    about the "people that work around me."

3         Have you ever taught a class for Ethicon

4    about the TVT Abbrevo?

5    **A**    I'm uncertain.  I don't know when I -- I

6    mentioned I think the last event I did for Ethicon

7    was in and around 2010, and I don't remember the

8    exact content of those events, if it was TVT Abbrevo

9    or TVT Exact.

10   **Q**    Do you ever remember discussing or telling

11   surgeons at an Ethicon event about the differences of

12   laser-cut mesh and mechanical-cut mesh?

13   **A**    Not in a formal session.  When we would

14   have cadaver labs, you know, those conversations

15   would come up when we were instructing in small group

16   sessions.

17   **Q**    And what would you tell surgeons about

18   laser-cut mesh?

19   **A**    That there's some subtle differences in the

20   tensioning.

21   **Q**    What kind of subtle differences in the

22   tensioning are there between laser-cut mesh and

23   mechanical-cut mesh?

24   **A**    Oh, for one, that the laser-cut mesh was

25   easier to deploy.  So it was less likely -- you know,

Brian Flynn, M.D.

1    I should say it was easier just to insert and to get

2    it to lie correctly.  I would make that comment.

3            And then more specifically in terms of

4    tensioning, I would say that generally we tension it

5    slightly looser than we would do on mechanically-cut

6    mesh.

7    **Q**    Have you ever reviewed any documents from

8    Ethicon in preparation to form your opinions in this

9    case that talk about laser-cut mesh and the

10   deployment of it?

11   **A**    I have, and I have documents in the folder

12   I had in front of me in regards to some testing that

13   was done.

14   **Q**    Okay.  And I understand there's documents

15   related to testing, and we're going to get into that,

16   but do you specifically recall seeing any documents

17   related to the deployment of the laser-cut mesh?

18   **A**    I've read some comments, some memos --

19   intraoffice memos amongst employees, but I don't --

20   nothing was sent to me directly or -- you know, I

21   didn't receive a letter.  It didn't appear in a

22   PowerPoint presentation.

23   **Q**    Do you recall reviewing any specific

24   documents in this case while forming your opinions

25   about tensioning in laser-cut from Ethicon employees?

Brian Flynn, M.D.

Page 62

1    **A**    Yes.

2    **Q**    And what do you recall about those

3    documents, or what documents did you review?

4    **A**    I can't remember the specific documents

5    without having them in front of me, but just in

6    general, that people were at least opening up the

7    discussion on what key opinion leaders and others

8    thought about how to tension it.  Should it be

9    tensioned the same or differently.

10    **Q**    Do you recall reviewing any documents that

11    physicians -- or strike that.

12            Do you recall reviewing any documents in

13    forming your opinion in this case about Ethicon

14    employees having concerns about tensioning with

15    laser-cut mesh?

16    **A**    I think that there was some awareness.  I

17    guess you could use the word "concern."  There was

18    discussion, like I mentioned, that it's something

19    that people who instruct on the procedure were

20    wondering what they should be telling their students.

21    **Q**    Is there any -- you had talked about easier

22    to deploy and tensioning -- I think you said looser

23    with the laser-cut mesh are things you taught at

24    cadaver labs, correct?

25    **A**    Those were comments that I would make to

Brian Flynn, M.D.

Page 63

1    people who would ask me advice about it.  I can't say

2    for sure it occurred at a cadaver lab.  It could have

3    occurred at other Ethicon events or at scientific

4    meetings or just, you know, amongst -- conversation

5    with colleagues in other specialties at the hospitals

6    that I work at.

7        **Q**    What do you tell your students at

8    University of Colorado about laser-cut mesh versus

9    mechanical-cut mesh?

10       **A**    Well, at this point, it's not a

11   conversation we really have because all we've been

12   using is laser-cut mesh really since it became

13   available.

14            So it's more of a historic conversation.

15   That probably would be beyond what a student would be

16   interested in, but it was conversations that I had,

17   you know, when there was a transition period.

18            So during those years, say, from '7 to like

19   '10 or '11, it would be a conversation, but once we

20   had a group of residents who only had experience with

21   the laser-cut, that's all they knew.  They really

22   didn't need to understand tensioning mechanically-cut

23   because it was something that I wasn't using in my

24   practice; hence, they wouldn't be using.

25       **Q**    Is the TVT Exact laser-cut mesh?

Brian Flynn, M.D.

Page 64

1     **A**    It is, yes.

2     **Q**    Is -- do you believe laser-cut mesh is

3    better than mechanical-cut mesh?

4     **A**    I would say it's different.  I prefer it,

5    but I don't think there's any scientific studies to

6    say it's superior.

7     **Q**    Do you -- have you read any deposition of

8    Ethicon employees that believe that the laser-cut

9    mesh is superior to the mechanical-cut mesh?

10          MR. SNELL:  Foundation objection.  Go

11    ahead.

12     **Q**    (By Mr. Kuntz)  I guess you haven't read

13    any internal depositions from any Ethicon employees?

14     **A**    No.  I've just seen bits and pieces from

15    depositions.  Some of them in the form of exhibits

16    that were put in front of me in other depositions

17    that I've given, and then some of the in-house

18    documents that I have in front of me, they -- but no,

19    I don't have a lot of that information.  I wasn't

20    privy of a lot of that information.

21     **Q**    Did you ever, in forming your opinions,

22    think, "Hey, maybe I want to read what the internal

23    Ethicon employees, scientists, and medical directors

24    were saying about the issues in this case"?

25          MR. SNELL:  Objection, form, compound.

Brian Flynn, M.D.

Page 65

1    **A**    No.  I don't think that's really my role in

2    this case.  I'm not a materials science expert, and I

3    think there's other people that are experts for

4    Ethicon that can probably speak to it better than me.

5    **Q**    (By Mr. Kuntz)  Speak to what better than

6    you?

7    **A**    Speak to the biomechanical data, if there's

8    any differences.  I'm aware of differences that I see

9    grossly with my naked eye when I have the material in

10   front of me, you know, how the edges are smoother on

11   the mechanically-cut, how the mesh is -- appears to

12   be brighter or bluer.

13          You know, those are things that I see, you

14   know, in my practice and when I'm implanting a mesh.

15   **Q**    So you believe other people are suited to

16   talk about the scientific or differences between

17   laser-cut mesh and mechanical-cut mesh as opposed to

18   you?

19          MR. SNELL:  Objection.  It misstates.

20   **A**    I'm stating I'm prepared to answer

21   questions as a physician and a clinician with respect

22   to laser-cut and mechanically-cut, but I'm not an

23   employee of Ethicon.  I didn't develop the mesh.

24          I feel there's people better in the company

25   to explain those differences than I am, yes.  I'm not

Brian Flynn, M.D.

Page 66

1    a practicing engineer.  I'm not the inventor of the

2    mesh.  I didn't develop the mesh.  I didn't bring it

3    to market.  So I think those questions are better for

4    Ethicon than me.

5        Q    (By Mr. Kuntz)  Okay.  Do you believe that

6    the laser-cut mesh is stiffer than the mechanical-cut

7    mesh?

8        A    I think there's probably as much as 4 to 5

9    percent difference between the two meshes.  Like I

10   mentioned earlier, there's some subtle differences.

11   And so if that mesh is less elastic and doesn't have

12   the same amount of elongation, then you're going to

13   want to tension it looser.  That's how I feel, and

14   that's how I practice.

15       Q    So you do agree that the laser-cut mesh is

16   stiffer than the mechanical-cut mesh?

17            MR. SNELL:  Objection.  It misstates.

18       A    I'm not going to agree to that, no.

19       Q    (By Mr. Kuntz)  Okay.  So you -- okay.  So

20   you -- you disagree that the laser-cut mesh is

21   stiffer than the mechanical-cut mesh?  That's your

22   testimony?

23       A    My testimony is, there's not a clinically

24   significant difference, you know, one that reaches

25   significance.  It's less than 5 percent.  They're

Brian Flynn, M.D.

Page 67

1    subtle differences, and that's going to be my

2    testimony.

3        **Q**    Okay.  So your testimony under oath is that

4    there's no clinical difference between the laser-cut

5    and mechanical-cut mesh, correct?

6        **A**    Incorrect.

7        **Q**    Well, I thought that's what -- okay.  Let's

8    try this again because you keep changing around on

9    me, Doctor.  It's a really simple question, a

10   two-parter.

11            Do you believe the laser-cut mesh is

12   stiffer than the mechanical-cut mesh?  Yes or no?

13            MR. SNELL:  Objection, asked and answered.

14       **A**    Like I said earlier, no.

15       **Q**    (By Mr. Kuntz)  Do you believe that there

16   is clinical complications that are different with the

17   laser-cut mesh compared to the mechanical-cut mesh?

18       **A**    No.

19       **Q**    Do you believe that -- strike that.

20            Do you believe that the different -- strike

21   that.

22            Do you believe there's no clinical

23   significance between the laser-cut mesh and the

24   mechanical-cut mesh?

25            MR. SNELL:  Objection, asked and answered.

Brian Flynn, M.D.

Page 68

1     **A**     Correct.  I don't believe there's any

2    clinical significant difference between laser-cut and

3    mechanical-cut in my own practice or what's reported

4    in the literature or from conversation with

5    colleagues.

6     **Q**     (By Mr. Kuntz)  What literature are you

7    talking about?

8     **A**     There's just the volumes of records here I

9    have in front of me, my own personal review of the

10   medical literature.

11          I personally have never read an article in

12   the medical literature that shows any clinical

13   differences between laser-cut and mechanically-cut.

14    **Q**     Doctor, do you know if a study has ever

15   been performed to look at the differences between --

16   strike that.

17          Doctor, do you know if there's ever been a

18   clinical study performed to look at the differences

19   between laser-cut mesh and mechanical-cut mesh?

20    **A**     I'm not aware of that study, not a clinical

21   study.

22    **Q**     Have you ever seen any internal Ethicon

23   documents discussing the need for a clinical study to

24   determine the differences between laser-cut mesh and

25   mechanical-cut mesh?

Brian Flynn, M.D.

Page 69

1    **A**    No.

2    **Q**    Have you ever seen any documents from

3    Ethicon discussing clinical complications that arose

4    because of laser-cut mesh versus mechanical-cut mesh?

5    **A**    I have not.

6    **Q**    None of those documents, as you sit here

7    today, have been provided, if they exist, to you by

8    Ethicon's counsel?  You haven't reviewed them, have

9    you?

10            MR. SNELL:  Objection, foundation.

11   **A**    I have the documents that I have brought on

12   laser-cut and mechanically-cut.  We can go through

13   those, but I don't have anything that calls for a

14   trial or, you know, raises concern beyond the issues

15   I mentioned earlier.

16            The issues we mentioned earlier are subtle

17   differences with tensioning and --

18   **Q**    (By Mr. Kuntz)  Okay.

19   **A**    -- you know, those conversations.

20   **Q**    And so you prepared -- you've prepared for

21   six months for this deposition.  You've met with

22   lawyers -- two lawyers five times and had

23   approximately 20 phone calls, and you've never seen

24   any Ethicon internal documents to discuss the concern

25   about clinical complications of laser-cut mesh?

Brian Flynn, M.D.

Page 70

1          MR. SNELL:  Objection, vague.  It

2     misstates.

3      **A**    That's correct.  I have not seen documents

4     from Ethicon that discuss complications from

5     laser-cut versus mechanically-cut.

6      **Q**    (By Mr. Kuntz)  Do you agree in general

7     that it's better to have a less stiff mesh in an SUI

8     product?

9      **A**    That's overly vague.  I can't agree one way

10    or the other.  There's an optimal amount of

11    stiffness.  There's an optimal amount of tension.

12    And you don't want it too loose; you don't want it

13    too tight.  And it's something that we deal with

14    every day in our practice.

15     **Q**    And I'm not talking about tensioning,

16    Doctor.  I'm asking you a very simple question.

17          Do you believe it's better to have a less

18    stiff mesh as opposed to a rigid mesh?

19          MR. SNELL:  Objection, form, asked and

20    answered.

21     **A**    I would say no.  My answer is no.

22     **Q**    (By Mr. Kuntz)  Okay.  And so you would

23    disagree with any person who made a statement that

24    it's better to have a less stiff mesh for an SUI

25    product?

Brian Flynn, M.D.

Page 71

1          MR. SNELL:  Objection, lacks foundation,

2    vague.

3      **A**    It would depend on the context of the

4    conversation.  I think that -- tensioning and

5    stiffness, those two things go hand in hand, and

6    there's an optimal amount of tension, and that

7    optimal amount of tension comes from characteristics

8    of the mesh.

9          If the mesh is too elastic, it's not going

10   to work.  If it's too stiff, potentially it can cause

11   complications.  So you have to find the right

12   balance.

13     **Q**    (By Mr. Kuntz)  So would you agree -- you

14   keep talking about tensioning.

15         Would you agree that the forces applied to

16   a mesh during implantation and tensioning can relate

17   to the stiffness?

18         MR. SNELL:  Objection, form, overbroad as

19   application.

20     **A**    I would say that tensioning and the mesh

21   characteristics -- in terms of stiffness or

22   elongation, elasticity, those things go hand in hand.

23   They're very closely associated with one another.

24     **Q**    (By Mr. Kuntz)  Do you agree that a stiffer

25   mesh can cause more erosion?

Brian Flynn, M.D.

Page 72

1    **A**    Can you define the word "erosion"?

2    **Q**    What's your definition of "erosion,"

3    Doctor?

4    **A**    I don't use the word "erosion" anymore.  I

5    try to follow the ICS and IUGA classification and

6    terminology with respect to mesh implants.

7    **Q**    Do you understand --

8           (Reporter requested clarification.)

9    **Q**    (By Mr. Kuntz)  Do you understand Ethicon

10   still uses the word "erosion," Doctor?

11   **A**    I think everyone still uses the word, but

12   it's a word that we're trying to avoid using.

13   **Q**    Okay.  Have you told Ethicon that they need

14   to take that out of their IFU or internal documents

15   that go to doctors, the word "erosion"?

16   **A**    I have not.

17   **Q**    Okay.  Would you agree that a stiffer mesh

18   can cause more exposures?

19           MR. SNELL:  Objection, form, vague.

20   **A**    I -- I think if it was extreme, yes.

21   **Q**    (By Mr. Kuntz)  Okay.  Do you have any

22   idea, as you sit here today, why Ethicon switched

23   from mechanical-cut mesh to laser-cut mesh?

24   **A**    My general understanding was that that's

25   what some of the competing products had done, and

Brian Flynn, M.D.

Page 73

1    they were receiving positive feedback from

2    physicians, and so it was something that physicians

3    wanted.

4        **Q**    And why did physicians want laser-cut mesh

5    over mechanical-cut mesh?

6        **A**    I think there's this general understanding

7    that if the edges look smoother and they're

8    nontangled, then there would be less exposure, less

9    pain, less perforation if the edges were smoother.

10   So that's why physicians wanted that.

11       **Q**    Do you have any idea, as you sit here

12   today, about any other reasons why Ethicon switched

13   from mechanical-cut mesh to laser-cut mesh?

14       **A**    No.  I don't have any other reasons beyond

15   trying to meet the needs of their physicians.

16       **Q**    Tell me exactly how the tensioning of the

17   mesh for laser-cut differs from that with

18   mechanically-cut mesh.

19       **A**    So what I mentioned earlier is the -- my --

20   at least -- own personal initial impressions were,

21   that I was going to tension the mesh looser with

22   laser-cut than with mechanically-cut since there was

23   less deformity and less potential for elongation,

24   that the mesh would be less likely to loosen over

25   time.

Brian Flynn, M.D.

Page 74

1      **Q**    Doctor, you believe that dyspareunia

2   increases in the use with laser-cut mesh versus

3   mechanical-cut mesh, don't you?

4           MR. SNELL:  Objection.  It misstates.  It

5   lacks foundation.

6      **A**    I would not agree to that statement.

7      **Q**    (By Mr. Kuntz)  Okay.  You've never made

8   that statement in the past to Ethicon?

9      **A**    I don't believe so, no.

10     **Q**    If you've made that statement to Ethicon in

11  the past, then it was wrong, correct?

12     **A**    I don't believe I ever made that statement.

13  That --

14     **Q**    Do you remember having discussions with

15  Ethicon about laser-cut versus mechanical-cut mesh?

16          MR. SNELL:  Form, vague as to application.

17     **Q**    (By Mr. Kuntz)  Have you had meetings with

18  engineers and medical directors?

19          MR. SNELL:  Same objection.  Foundation

20  now.  Also form as to application.

21     **A**    No, I don't remember having any

22  conversations that I had personal concerns over the

23  laser-cut mesh.

24     **Q**    (By Mr. Kuntz)  Okay.  Especially as it

25  relates to dyspareunia, correct?  You don't remember

Brian Flynn, M.D.

1    that conversation?

2            MR. SNELL:  Same objections, asked and

3    answered.

4       **A**    I don't believe the conversation -- ever

5    had it.  It's not that I don't remember it.  I didn't

6    have that conversation with Ethicon.

7       **Q**    (By Mr. Kuntz)  Even better.  Thanks.

8            Have you ever talked to any physicians that

9    has concerns with laser-cut mesh?

10      **A**    What I mentioned earlier is that physicians

11   would ask me how I would tension laser-cut mesh

12   versus mechanically-cut.

13           It was a question that I had received in

14   various programs or in my own practice.  And what I

15   told them is that I was generally going to tension it

16   looser.

17           The reason I felt that way is, I had

18   experience with the Boston Scientific Advantage Fit.

19   I had experience with AMS Sparc.

20           And so, you know, I was just trying to find

21   the right balance.  I feel there were subtle

22   differences in tensioning, and I -- that was just my

23   own personal feelings about that, and I would give

24   people my own anecdotal experience in that.  It was

25   nothing scientific.  It was just from my own clinical

Brian Flynn, M.D.

Page 76

1    experience.

2        Q    And that wasn't my question, but my

3    question was:  Have you ever had any physicians tell

4    you that they were having problems with the laser-cut

5    mesh?

6        A    No.

7        Q    I want to go back to -- I think we marked

8    as Exhibit 4 or 5 your consulting agreement with

9    Ethicon.

10       A    Okay.

11       Q    And that -- and I apologize.  That's your

12   2011 contract?

13       A    That's a 2011 contract.

14       Q    Okay.  Did you have a contract with them in

15   2004 as well?

16       A    I believe I had contracts with them during

17   the period of time I was consulting.  Each year the

18   contract came for renewal.

19       Q    So you had a contract every year with them,

20   a consulting agreement from 2004 to 2011?

21       A    I would say for the most part it was a

22   continuous relationship.  There may have been some

23   short gaps, but yes.

24       Q    Okay.  Do you have any idea, as you sit

25   here today, how much those contract amounts called

Brian Flynn, M.D.

Page 77

1    for for each particular year?

2             MR. SNELL:  Objection, form, vague, "called

3    for."

4        **A**    I could read from the 2011 one.  I can't

5    remember before '11, but I don't think the amounts

6    changed a whole lot over the years.

7             So what's listed on the 2011 contract is

8    probably fairly representative of that time period.

9        **Q**    (By Mr. Kuntz)  And the 2011 contract has a

10   maximum amount of $50,000.  Do you see that?

11       **A**    I thought it was 75,000, but I have to find

12   it in this contract.  So I'm flipping through the

13   contract right now.

14            (Pause.)

15       **A**    There's the daily per diem rates.  There's

16   an hourly rate.  There's probably a maximum in here

17   somewhere.  I'm just not seeing it immediate.

18   There's numbers on travel expenses.

19       **Q**    Do you know how much you were paid by

20   Ethicon in 2011?

21       **A**    I don't know the amount.

22       **Q**    Do you know the amount you were paid by

23   Ethicon in 2004?

24       **A**    No.

25       **Q**    Do you know the amount that you were paid

Brian Flynn, M.D.

Page 78

1   by Ethicon in 2005?

2       **A**   No.

3       **Q**   Have you ever been paid over $100,000 in

4   one year by Ethicon?

5       **A**   Never.

6       **Q**   Ever?

7       **A**   Never ever.

8       **Q**   If there were any documents -- internal

9   documents from Ethicon that state that, do you

10  believe those would be wrong?

11      **A**   That would be correct.

12      **Q**   Okay.  Do you think reports to the

13  government and Medicare payment systems about amounts

14  paid for each year would be wrong?

15      **A**   That's a question for Ethicon.  I don't

16  know how they did their reporting, but I know I never

17  made more than $100,000 in a single year.

18      **Q**   Okay.  Have you ever made over $50,000 in a

19  single year from Ethicon?

20      **A**   I don't recall.

21      **Q**   Do you know how much you made from Ethicon

22  in 2005?

23      **A**   No.

24      **Q**   2007?

25      **A**   No.

Brian Flynn, M.D.

Page 79

1    **Q**    2008?

2    **A**    No.

3    **Q**    2009?

4    **A**    Yes.

5    **Q**    Why do you know 2009?

6    **A**    The University of Colorado, when they

7    started their conflict of interest policy in 2009 and

8    2010, they asked us to report that.  So I remember

9    preparing that for the years 2009 and 2010.

10   **Q**    And what did you report to them in 2009?

11   **A**    I believe it was around $1,000.

12   **Q**    Were you required by University of Colorado

13   in 2009 to report to them the total amount you had

14   been paid by Ethicon for consulting work?

15   **A**    No.  The policy began in 2010, but they had

16   a period of time where they encouraged people to

17   offer previous relationships as well.

18   **Q**    Okay.  And so in 2009, you reported to the

19   University of Colorado that you had made $1,000 from

20   Ethicon?

21   **A**    I believe that's what I told them.

22   **Q**    Do you have any idea what you made in 2010?

23   **A**    It was somewhere around 21- or $22,000.

24   **Q**    And that's what you reported to the

25   University of Colorado?

Brian Flynn, M.D.

Page 80

1    **A**    That's correct.

2    **Q**    What about 2011?

3    **A**    I don't believe I reported anything.  I

4    don't believe I made anything in 2011 and on, from

5    those years forward.

6    **Q**    Okay.  So it's your belief you weren't paid

7    anything from Ethicon in 2011?

8    **A**    I have to go back and look at the exact

9    record, but I was paid for doing the TVT Abbrevo

10   video, and that was the last consulting project, the

11   video that I did with them.  So it was either 2010 or

12   2011.

13   **Q**    Okay.  This is a really dumb question.

14   There's not another Brian Flynn at the University of

15   Colorado, is there?

16   **A**    There is, but I'm the only Brian Flynn

17   who's a physician there.

18   **Q**    Okay.  How much did you charge Ethicon for

19   all your work on the Carolyn Lewis case?

20   **A**    I'd have to go back and look at the

21   invoices, but it was a similar amount of work to this

22   case.  So my best estimate would be somewhere between

23   15- and $20,000.

24   **Q**    Okay.  Have you ever reviewed any Ethicon

25   internal documents that they call you one of their

Brian Flynn, M.D.

Page 81

1   key surgeons?

2       **A**    I believe I saw that in an exhibit from a

3   previous deposition.

4       **Q**    Have you ever reviewed any documents that

5   Ethicon calls you one of their go-to people?

6       **A**    I'm not familiar with that document.

7       **Q**    Okay.  How many events do you think you've

8   attended since 2004 up until -- your time consulting

9   for Ethicon ending in 2011 do you think you've

10  attended on behalf of Ethicon?

11          MR. SNELL:  Objection, form and foundation,

12  vague also.

13      **A**    So can you define the word "event"?

14      **Q**    (By Mr. Kuntz)  Well, let's start -- how

15  many dinners have you been to with Ethicon over that

16  seven-year period?

17      **A**    In terms of me being the speaker of the

18  dinner program or an attendee?

19      **Q**    The attendee.

20      **A**    As an attendee --

21      **Q**    Yes.

22      **A**    -- probably 15 to 20.

23      **Q**    Okay.  How many -- if you just had to

24  guess, how many different states have you been to on

25  behalf of Ethicon for dinners or preceptorships or

Brian Flynn, M.D.

Page 82

1    speaker engagements?

2        **A**    How many different states?

3        **Q**    Yes.

4        **A**    Yes.  Okay.  Well, I was a preceptor in the

5    western United States.  That's where most of my

6    activity was.  So Colorado, Arizona, Nevada,

7    California.  And then if there was a summit, I

8    attended one in Florida and one in Baltimore,

9    Maryland.  And I've been to the home office in New

10   Jersey.

11       **Q**    How many times have you been there?

12       **A**    I've been to Somerville, New Jersey, to the

13   J&J probably once or twice.  And we were at events,

14   you know, on the campus in neighboring conference

15   centers.  I wasn't in the lab.  I wasn't in the

16   actual, you know, buildings or -- it was a summit

17   that I attended in New Jersey.  It was in New

18   Brunswick, which is just right next-door.

19            And then there was a hospital that they

20   would do activity at with Dr. Labib Riachi that I

21   attended.  I believe that's maybe in Hackensack.

22       **Q**    How many summits have you been to for

23   Ethicon?

24       **A**    Three or four.

25       **Q**    So 15 to 20 dinners, three to four summits

Brian Flynn, M.D.

Page 83

1    you think?

2            MR. SNELL:  Objection, asked and answered.

3        A    Dinners that I was an attendee or lunch?

4    That might -- some of those might have been -- 15 to

5    20 lunch or dinners and then the three to four

6    summits.

7        Q    (By Mr. Kuntz)  And were those all in New

8    Jersey?

9        A    No.  No.  The dinners were usually at

10   meetings that I would have been attending anyway, and

11   the summits were at various locations.

12       Q    How many different advisory boards have you

13   been on for Ethicon?

14       A    Just one.

15       Q    Do you remember what year that was?

16       A    It was 2010.  Maybe 2009.  One of those

17   years.  Either '9 or '10.

18       Q    How many speaking engagements have you been

19   to for Ethicon?

20            MR. SNELL:  Form, vague, "been to."

21       A    As the speaker?

22       Q    (By Mr. Kuntz)  Yeah.

23       A    Probably 5 to 10.

24       Q    Have you ever traveled overseas for

25   Ethicon?

Brian Flynn, M.D.

Page 84

1      **A**    No.

2      **Q**    Did you keep any of your PowerPoints where

3  you were the speaker?

4      **A**    Yes.

5      **Q**    Did you bring those with you today?

6      **A**    I have.

7      **Q**    Okay.  Do you agree that Ethicon has to

8  have final approval over your PowerPoints before you

9  speak?

10           MR. SNELL:  Objection.  Form as to scope.

11     **A**    No, I don't agree with that.

12     **Q**    (By Mr. Kuntz)  Do you agree that you've

13 given Ethicon your permission to use your name and

14 bio to promote its products?

15           MR. SNELL:  Objection, foundation.

16     **A**    I disagree with that.

17     **Q**    (By Mr. Kuntz)  You disagree with that

18 statement?

19     **A**    I disagree that I gave them permission to

20 use my name to promote their products.

21     **Q**    Okay.  How many company sales training

22 presentations have you attended?

23     **A**    As an attendee?

24     **Q**    Yeah.

25           MR. SNELL:  I'm going to object as vague as

Brian Flynn, M.D.

Page 85

1    to which company you're talking about.

2            MR. KUNTZ:  Ethicon.

3            MR. SNELL:  Okay.  Then I'll withdraw that

4    objection.  Go ahead.

5        **A**    Three to four.

6        **Q**    (By Mr. Kuntz)  How many product review

7    meetings with Ethicon have you attended?

8        **A**    Well, that was the function of the advisory

9    board.  So those two things are one and the same.  I

10   believe we met annually, and we would have occasional

11   conference calls maybe once or twice a year.

12       **Q**    How many cadaver courses or preceptorships

13   have you ran for Ethicon?

14       **A**    I never ran any.  I was never the director

15   of any of those.

16       **Q**    How many did you teach at?

17       **A**    I would say 10 to 15.

18       **Q**    Did I ask you how many product advisory

19   boards you had been a part of?

20       **A**    Just one for Ethicon.

21       **Q**    Have you been involved with any product

22   research teams with Ethicon?

23       **A**    I'm not certain what you mean by "research

24   team."

25       **Q**    Have you ever heard the term "product

Brian Flynn, M.D.

Page 86

1    evaluation teams"?

2         **A**    No.

3         **Q**    Have you ever performed any of these

4    things, advisory boards, training presentations,

5    dinners, with AMS?

6         **A**    Not for female urology.

7         **Q**    For what, male urology products?

8         **A**    Artificial urinary sphincter and male

9    sling.

10        **Q**    Okay.  Have you ever attended any events

11   for Boston Scientific as it relates to female urology

12   products?

13        **A**    I've been to a dinner, but I've never been

14   to any cadaver labs or anything as it relates to

15   professional education.

16        **Q**    How many events do you think you've been to

17   on the male urology products for AMS?

18        **A**    As an attendee or as a speaker?

19        **Q**    Either/or.  Total number of events that

20   you've attended or as a speaker.  I mean combined.

21   Let's just take them one at a time.  As an attendee.

22        **A**    As an attendee, three or four.

23        **Q**    What about as a speaker?

24        **A**    5 to 10.

25        **Q**    What about for Bard?  Have you attended any

Brian Flynn, M.D.

Page 87

1   events for Bard female urology products?

2   **A**   No.

3   **Q**   Do you do any consulting work with any drug

4   companies?

5   **A**   Not at this point.

6   **Q**   What have you done in the past?

7   **A**   From 2004 to 2008 or '9, I did some work

8   for Pfizer and for Astellas.

9   **Q**   What products?

10   **A**   Drugs for overactive bladder.  Pfizer's

11   drug was Toviaz.  Astellas's drug was VESIcare.

12   Currently I am involved in a clinical trial for

13   Allergan, looking at Botox.

14   **Q**   Do you agree with this statement:  A

15   financial conflict of interest exists when an

16   individual is in or may reasonably be perceived to be

17   in a position to gain or suffer financial loss as a

18   result of an action?

19       MR. SNELL:  Objection, form, vague, lacks

20   foundation.

21   **A**   Yeah, I can't agree with that statement.

22   It's too vague.

23   **Q**   (By Mr. Kuntz)  So you've never heard that

24   statement before?

25   **A**   I've heard that statement commonly,

Brian Flynn, M.D.

Page 88

1   actually, and it's a statement that I think is very

2   poorly written.

3       **Q**    Do you know where that statement comes

4   from?

5       **A**    It comes from a number of professional

6   societies and medical schools.

7       **Q**    Why do you think it's poorly written?

8       **A**    It's not clear.  I think that there's so

9   many different scenarios that exist that you would

10  really need to have some well-defined case studies

11  describing each scenario to see how people would view

12  that.

13      **Q**    Are you a member of the American Board of

14  Urology?

15      **A**    I am.

16      **Q**    Have you reviewed their conflict of

17  interest statements?

18      **A**    I have.

19      **Q**    Okay.  Do you agree that they say

20  relationships between industry and opinion leaders

21  should be disclosed?

22          MR. SNELL:  Objection, foundation.  Form as

23  to -- it sounds like it's incomplete.  The document,

24  I would assume, speaks for itself, too.

25      **A**    Yeah, I think I said earlier in the

Brian Flynn, M.D.

Page 89

1    deposition each event needs to be looked at

2    individually, whether it's a scientific article, it's

3    a meeting, it's a presentation.

4            I probably fill out a conflict of interest

5    statement almost weekly.  It's that common from that

6    many different sources.  So it's something that I'm

7    well aware of, and they're all written and looked at

8    differently.  So that's my statement.

9    **Q**    (By Mr. Kuntz)  Do you tell your patients

10   when you're going to implant an Ethicon product in

11   them, that you consulted with them for seven years in

12   the past?

13   **A**    I tell them I have a long-standing

14   relationship with Ethicon.  I don't use the word

15   "consult."  Most patients don't understand what that

16   means.

17   **Q**    Do you tell them that you've been paid

18   money by Ethicon?

19   **A**    I tell them that I work with them and that

20   I stand behind their products and I have a lot of

21   confidence in their products.

22   **Q**    Do you have a duty to go back and

23   supplement amounts made in years for University of

24   Colorado the numbers you submitted are incorrect?

25           MR. SNELL:  Objection, improper

Brian Flynn, M.D.

Page 90

1   hypothetically, calls for a legal conclusion.

2       **A**    I think we've been through that.

3   Everything before 2010 I have no responsibility.

4   Around 2010 into '11 is when the policy came into

5   place.  I'm very comfortable with what I've disclosed

6   to them.

7       **Q**    (By Mr. Kuntz)  And your 1099s would tell

8   us really how much you made from Ethicon in those

9   years, wouldn't it, Doctor?

10          That's the only documents we know what you

11  report to the government and what Ethicon reports to

12  the government as to what you made in those years

13  from Ethicon, correct?

14      **A**    Incorrect.

15      **Q**    Okay.  How else do you know?

16      **A**    I don't really know.  I mentioned earlier

17  that the 1099s were being issued inconsistently, and

18  that was something I tried to make Ethicon aware of

19  because many of us didn't know exactly what we were

20  making.

21      **Q**    Well, somebody knows exactly how much you

22  were making, correct?

23          MR. SNELL:  Objection, foundation.

24      **Q**    (By Mr. Kuntz)  You pay taxes on it with a

25  1099.  You have to tell the government what you made

Brian Flynn, M.D.

Page 91

1    from Ethicon, correct?

2        **A**    Incorrect.

3        **Q**    So you don't have to report to the

4    government your total income from Ethicon in a given

5    year?

6            MR. SNELL:  Objection, form, calls for a

7    legal conclusion.

8        **A**    I have an obligation to tell the government

9    what I feel I made, and that's hard when you don't

10   receive a 1099.  That's what I was trying to voice to

11   Ethicon.

12       **Q**    (By Mr. Kuntz)  Did you ultimately receive

13   1099s from Ethicon that were appropriate and

14   accurate?

15       **A**    Not for all of those years involved.

16       **Q**    Did you have any role in the marketing of

17   TVT Abbrevo?

18       **A**    I had a role in making the video.  That was

19   my role in the TVT Abbrevo.  That was my role.

20       **Q**    So all you did with TVT Abbrevo was make

21   the video?

22       **A**    Well, I helped with the narration on the

23   video, you know, describing key procedural steps.

24   That was my position on TVT Abbrevo.  That was my

25   role in the project.

Brian Flynn, M.D.

Page 92

1    **Q**    Do you know how much Ethicon makes on each

2   Abbrevo it sells?

3    **A**    I know the list price, but I don't know

4   what their margin is.

5    **Q**    You've never reviewed any documents from

6   Ethicon that discuss their profit margins on the TVT

7   Abbrevo?

8    **A**    Never.

9    **Q**    How much money do you make on each Abbrevo

10   that you put in?

11        MR. SNELL:  Objection, foundation.  Go

12   ahead.

13    **A**    That would depend on the insurer.

14    **Q**    (By Mr. Kuntz)  Okay.  Well, how about for

15   -- well, what private insurance do you take?

16    **A**    We take United.  We take Rocky Mountain

17   Health Plan.  We see some Kaiser, Aetna, Cigna.

18    **Q**    Okay.  Do you have any idea, on any of

19   those, what prices you charge or what you make on

20   each Abbrevo you put in?

21        MR. SNELL:  Form and foundation as to "you

22   charge."

23    **A**    University of Physicians, Incorporated,

24   submits the bill, and the bill -- typically just for

25   the surgical portion of the procedural, the surgeon's

Brian Flynn, M.D.

Page 93

1   fee is around $3,000.  Typically we receive 6- to

2   $700 for the procedure.

3       Q     (By Mr. Kuntz)  You still believe the Burch

4   procedure is still within the standard of care,

5   correct?

6       A     Correct.

7       Q     You believe pubovaginal slings are still

8   within the standard of care?

9       A     Yes.

10      Q     And do you still teach Burch and

11  pubovaginal sling at the University of Colorado?

12      A     Pubovaginal sling.  Burch, I do such a

13  limited number of them that it's difficult for me to

14  teach that.

15      Q     Do they still teach the Burch procedure at

16  Duke University?

17      A     I believe so.

18      Q     Do they still teach pubovaginal slings at

19  Duke University?

20      A     I believe so.

21      Q     And you'd agree with me that there's many

22  medical schools and universities throughout the

23  United States that still teach the Burch and

24  pubovaginal sling?

25            MR. SNELL:  Foundation objection.  Go

Brian Flynn, M.D.

Page 94

1    ahead.

2        **A**    You'd have to tell me which years.  I think

3    in recent years people are starting to relearn, if

4    you will, or teach those procedures again.

5            There was a big gap of probably about 10 to

6    15 years where residents and fellows weren't learning

7    those procedures because they weren't really being

8    taught or they were being done in such few numbers

9    that it was hard for people to feel comfortable doing

10   those procedures after graduation.

11       **Q**    (By Mr. Kuntz)  But today, as we sit here

12   now, there's numerous medical schools that are

13   teaching the Burch and pubovaginal sling, correct?

14           MR. SNELL:  Objection, asked -- sorry.

15   Object to form, asked and answered.

16       **A**    In 2014, I believe that people are learning

17   those procedures.

18       **Q**    (By Mr. Kuntz)  Right.  Well, the medical

19   school that you trained at and went to still teaches

20   both, correct?

21       **A**    Well, I did my fellowship at Duke

22   University.  I didn't do medical school there.  I

23   went to medical school at Temple University, and I

24   don't have as close ties to Temple.  So I'm not aware

25   of what they do at Temple University at this point.

Brian Flynn, M.D.

Page 95

1    **Q**    But Duke University still teaches the Burch

2    and pubovaginal sling?

3    **A**    I would agree with that.

4    **Q**    And they still offer the Burch and

5    pubovaginal sling?

6           MR. SNELL:  Objection, foundation, vague.

7    **A**    I suspect they do.  I have no reason to

8    believe they don't.

9    **Q**    (By Mr. Kuntz)  What are all the hospitals

10   you have current privileges at?

11   **A**    All of them are in Colorado, and all of

12   them are within our network.  It's -- the University

13   of Colorado Hospital, that's where I spend 95 percent

14   of my time.  Veterans Administration Hospital in

15   Denver.  The Denver Health Medical Center, which is

16   in Denver.  It's a public hospital in Denver.  And

17   then The Children's Hospital of Colorado.

18   **Q**    Have you ever had your privileges revoked

19   or suspended or limited in any way?

20   **A**    No.

21   **Q**    Have you ever been sued for malpractice?

22   **A**    Yes.

23   **Q**    How many times?

24   **A**    At least two or three times.

25   **Q**    Any of those cases involve pelvic mesh?

Brian Flynn, M.D.

Page 96

1      **A**    No.

2             MR. SNELL:  Jeff, can we take another break

3   whenever you get to a good stopping point.  Our food

4   has been here for a while.

5             MR. KUNTZ:  No, that's fine.  Take a break.

6             (Recess from 4:06 p.m. to 4:45 p.m.)

7             (Exhibits 6 through 28 were marked.)

8      **Q**    (By Mr. Kuntz)  Doctor, I think when we

9   left off you were telling me about your malpractice

10   claims and said none had involved pelvic mesh.

11      **A**    Personal malpractice claims against me?

12      **Q**    Yes.

13      **A**    That's correct.

14      **Q**    What were the issues in the three

15   malpractice cases against you?

16      **A**    The first case was a case that a guy had

17   some issues with the way his penis looked after an

18   urethroplasty operation.  That was a male patient,

19   and they never followed through with the lawsuit.  So

20   nothing came of that.

21             Second case was a patient who we -- it

22   really wasn't a lawsuit, but we did reach settlement.

23   We settled with the patient before there ever was a

24   lawsuit, and that was a patient who had complications

25   from insertion of an artificial urinary sphincter

Brian Flynn, M.D.

Page 97

1    device.

2          Third case was a patient that had alleged

3    that there was a delay in diagnosis of cancer, and he

4    never pursued the case.  He filed it but never

5    pursued it.

6      **Q**    Prior to using the TVT Retropubic device,

7    what devices did you use to treat stress urinary

8    incontinence?

9      **A**    So you're speaking of what I did from 2002

10   to 2004 at my own practice?

11     **Q**    Correct.

12     **A**    I used the American Medical Systems Sparc.

13   I used the American Medical Systems BioArk.  I used

14   the allograft fascia and autologous fascia to do

15   pubovaginal sling.  And I did bulking agents using

16   collagen.

17         MR. KEITH:  Jeff, let's stop and go off the

18   record for one second.

19         (Discussion off the record.)

20     **Q**    (By Mr. Kuntz)  Did you ever use the

21   Protegen device, Doctor?

22     **A**    No.  That existed before I had graduated.

23     **Q**    I want to talk about revisions performed by

24   you.  How many mesh revisions did you perform in the

25   year 2014?

Brian Flynn, M.D.

Page 98

1    **A**    2014.  So in this past year?

2    **Q**    Yes.

3    **A**    Somewhere in and around 40 to 50.

4    **Q**    Did you do, actually, any revisions where
5    you removed the entire mesh?

6    **A**    Yes.

7    **Q**    How many?

8    **A**    About four or five.

9    **Q**    Were these all your patients or patients
10   that were referred to you?

11   **A**    This year I would say probably 99 percent.
12   So if the number was 50, I would say 47 or 48 were
13   referred to me.

14   **Q**    Did the referring -- well, strike that.

15         To your knowledge, did the implanting
16   physicians, who put that mesh in, know you were doing
17   revision or removal surgeries on their patients?

18   **A**    Most of them did.

19   **Q**    How do you know that?

20   **A**    I communicated with them by phone, by fax,
21   by e-mail, by written communication in terms of
22   getting a referral from them for the problem and
23   sending communication back to them.

24         The ones that I didn't have communication
25   with were usually someone who maybe moved into the

Brian Flynn, M.D.

Page 99

1   area and their original surgery was out of state and

2   I didn't know that referring physician or have any

3   relationship with them.

4       **Q**   Do you know how many TVT Abbrevos that

5   you've revised or removed?

6       **A**   In 2014?

7       **Q**   In 2014.

8       **A**   Maybe one or two.

9       **Q**   How many revisions did you perform in 2013

10  of all the SUI products?

11      **A**   Somewhere around 40.

12      **Q**   Do you know how many of those were TVT

13  products?

14      **A**   The whole family of products?

15      **Q**   Yeah, the whole family of products.

16      **A**   Probably about one-quarter of them.  So 10.

17      **Q**   And I don't think I asked this.  The same

18  question.  2004 (sic) after -- from the 50 revisions

19  you did, do you know how many were out of the TVT

20  line of products?

21      **A**   In 2014?

22      **Q**   Yes.

23      **A**   Well, I'd like to be clear on that.  I

24  would say each year it was -- about 25 percent were

25  Ethicon products, and of the 50, I'm speaking of all

Brian Flynn, M.D.

Page 100

1    transvaginal mesh, both for prolapse, as well as for

2    incontinence.

3        **Q**    So your 50 revisions in 2014 included

4    slings and POP products?

5        **A**    That's correct.

6        **Q**    Do you know how many were slings versus

7    POP?

8        **A**    It's about 50/50.  So let's say 25 for POP;

9    25 for sling surgery.  In really all of the years,

10   that's been a pretty consistent number.

11       **Q**    Okay.  So for every year, it's been about

12   half and half POP -- half POP revisions and half

13   sling revisions?

14       **A**    Yes.

15       **Q**    In 2013, you did 40 revisions you think.

16   How about in 2012?

17       **A**    Less than that.  Maybe 30 or so.  38, 35.

18   It's in that article that I published in

19   International Urogynecology.  There's a bar graph --

20   not a bar graph.  There's a scatter plot, if you

21   will, showing it.  If I can refer to that, I can give

22   you more precise numbers.

23            So I'm opening that up, and I believe we

24   marked it as Exhibit 4.  So let's look at -- well,

25   the data goes to 2012.  It looks like there was a

Brian Flynn, M.D.

Page 101

1    total of 50.

2          So I would say from 2012, 2013, 2014 it's

3    plateaued.  I've been doing about 50 cases a year for

4    the last three years.

5      **Q**    Have the number of revisions in

6    complications increased in the last three years?

7          MR. SNELL:  Objection, compound.

8      **A**    No.

9      **Q**    (By Mr. Kuntz)  Okay.  So you believe there

10   are the same amount of mesh complications in, say,

11   2011 as there is in 2014?

12     **A**    2012, '13, and '14 I believe are the same.

13   2011, I have 40.  2012, there was 50.  And then

14   that's where it plateaued at 2012.

15     **Q**    What about 2010?

16     **A**    2010, it looks like there's around 26, 27.

17     **Q**    2009?

18     **A**    Similar amount.  27, maybe 28.

19     **Q**    2008?

20     **A**    2008, it was around 18.

21     **Q**    Have you ever performed a revision surgery

22   because the patient was reporting pain?

23     **A**    Yes.  That's the primary reason.

24     **Q**    Okay.  Have you ever done a revision

25   surgery because the patient was reporting

Brian Flynn, M.D.

Page 102

1    dyspareunia?

2      **A**    Yes.

3      **Q**    Have you ever performed a revision surgery

4    because the patient suffered an erosion?

5      **A**    Exposure through the vaginal wall?

6      **Q**    An exposure through the vaginal wall.

7      **A**    Yes.

8      **Q**    What do you believe Mrs. Perry had?

9      **A**    She had an exposure through the vaginal

10   wall, vaginal mesh exposure.

11     **Q**    Are you doing as many surgeries now to

12   treat mesh complications as you are implanting

13   meshes?

14     **A**    No.

15     **Q**    What do you think the ratio is?

16     **A**    For incontinence or prolapse?

17     **Q**    Incontinence.

18     **A**    With respect to incontinence, I would say

19   in 2014, you know, we did 50 mesh revisions, 25 for

20   incontinence, 25 for prolapse.  And I probably did in

21   and around 80 to 100 SUI surgeries.  So that ratio

22   would be close to two to one, I guess.

23     **Q**    And is that incontinence surgeries with a

24   mesh device that are 80 to 100?

25     **A**    No.  50 percent of my incontinence

Brian Flynn, M.D.

Page 103

1    surgeries involve mesh.  50 percent don't.

2    **Q**    Okay.  So we can say 40 to 50 SUI mesh

3    placements a year and 25 revisions of mesh SUI

4    surgeries a year?

5    **A**    Yeah.  So still at around two to one.  Say

6    25 SUI mesh sling revisions and 50 or so primary

7    implants.

8    **Q**    And you obviously believe all those

9    revision surgeries you did were medically necessary,

10   correct?

11   **A**    I felt strongly about the indication, and

12   the patients desired me to do the surgery, so yes.

13   **Q**    Did you know whether any of those patients

14   were involved in litigation against a mesh

15   manufacturer?

16   **A**    Yeah.  I'm aware of at least, say, 8 or 10

17   patients.

18   **Q**    And you performed surgery on them because

19   you thought it was medically necessary and not

20   because of a lawsuit, correct?

21         MR. SNELL:  Objection, form, asked and

22   answered.  It misstates.

23   **A**    I felt that the indications were valid.

24   **Q**    (By Mr. Kuntz)  When did you start teaching

25   mesh complications courses at society organizations

Brian Flynn, M.D.

Page 104

1  or conventions?

2      **A**     I've given lectures.  I haven't taught

3  courses.  I think there's a big difference between

4  those two things.

5      **Q**     Okay.  Well, when did you start giving

6  lectures?

7      **A**     I'm going to look at my CV to give you the

8  exact date.  So if I have a moment here.

9          (Pause.)

10      **A**     It looks like somewhere in and around 2008.

11      **Q**     Is the first time you gave a lecture on the

12  treatment of mesh complications?

13      **A**     Yes.  I've given lectures previous on

14  complications from other type of surgeries more

15  related to male incontinence, but specific for, you

16  know, female prolapse and incontinence surgery

17  procedures involving mesh, 2008.

18      **Q**     Have you ever given any lectures on

19  long-term mesh -- or strike that.

20          Have you ever given any lectures on

21  complications related to the Burch procedure?

22      **A**     Yes.

23      **Q**     And when was that?

24      **A**     That was the same lecture.  So that lecture

25  was entitled Surgical -- or I'm sorry --

Brian Flynn, M.D.

Page 105

1   Complications of Prolapse and Incontinence Surgery, a

2   Step-wise Approach, Jackson Hole Seminars, February

3   2006.  That was one lecture.

4       **Q**    Where was that -- who was that lecture for?

5       **A**    That was --

6            MR. SNELL:  Form, compound.  Go ahead.

7       **A**    -- a group of urologists at a meeting in

8   Jackson Hole, Wyoming.  Probably about 80 to 100

9   people in attendance.

10      **Q**    (By Mr. Kuntz)  Who sponsored the lecture?

11      **A**    There's no sponsor.  It's -- it's a

12  scientific meeting, a seminar.  It's a seven-day

13  meeting.  That was one of six talks I gave there as

14  an invited speaker.  It wasn't sponsored by industry.

15      **Q**    Did you bring that lecture with you today?

16      **A**    I believe that's on the USB.

17      **Q**    What do you believe the long-term

18  complications for the Burch procedure are?

19      **A**    Probably the biggest one would be voiding

20  dysfunction.  So the Burch procedure could be too

21  tight, and then that could lead to urethral

22  obstruction, which results in urinary retention,

23  bladder incomplete emptying, and eventual bladder

24  decompensation.

25      **Q**    What else?

Brian Flynn, M.D.

Page 106

1    **A**    Other risks with the procedure could be
2    suture perforation through the vaginal wall, suture
3    perforation into the urethra or into the bladder.
4    There can be wound-related complications, wound
5    dehiscense, seroma, hernia, wound pain.
6           If the procedure is done laproscopically,
7    there could be laproscopic-related complications from
8    trocars, such as bowel injury, injuries related to
9    the CO2 insufflation into the abdomen.  But the main
10   ones center around voiding dysfunction.
11   **Q**    Do you believe that chronic or long-term
12   dyspareunia is a risk with the Burch procedure?
13   **A**    I would say it's a very small risk, but
14   yes, it's a risk.
15   **Q**    Do you have any literature to support that
16   it is a risk?
17   **A**    I don't have anything in front of me.  Let
18   me take a look at my Summary of Opinions.
19          I don't -- I think it would be rare, but,
20   you know, if you had a suture perforate through the
21   vaginal wall, then potentially that could cause
22   dyspareunia.  That seems logical to me.
23   **Q**    As you sit here today, you don't have any
24   literature on your Summary of Opinions and you can't
25   recall any that talks about chronic or long-term

Brian Flynn, M.D.

1    dyspareunia being a risk of the Burch procedure --

2            MR. SNELL:  Objection, form.

3        **Q**    (By Mr. Kuntz)  -- correct?

4            MR. SNELL:  Objection, form.  It misstates.

5        **A**    I don't have that in my Summary of

6    Opinions, and I can't think of an article offhand,

7    no.

8        **Q**    (By Mr. Kuntz)  Okay.  Do you believe that

9    chronic, long-term pain is a risk of the Burch

10   procedure?

11       **A**    Potentially, yes.

12       **Q**    Do you have any literature to support your

13   opinion or can you cite me any literature to support

14   your opinion that chronic pain is a risk of the Burch

15   procedure?

16           MR. SNELL:  If you need to go through your

17   materials, you can go through them.

18       **A**    I'm going to just take a look at my

19   materials here.

20       **Q**    (By Mr. Kuntz)  Okay.

21           MR. KEITH:  Just for the record, he's

22   looking through materials that are contained in the

23   orange folder, which is Exhibit 8, I think.

24           (Pause.)

25       **A**    I don't -- I don't see anything in front of

Brian Flynn, M.D.

Page 108

1    me in terms of an article on Burch reporting

2    dyspareunia.

3        **Q**    (By Mr. Kuntz)   And I think we talked about

4    that before, but my question was:  Show me any

5    literature you brought or relied on or remember

6    reading that chronic, long-term pain is a risk

7    associated with the Burch procedure.

8        **A**    Okay.  I can't produce that.

9        **Q**    Okay.

10        MR. SNELL:  You can go through your

11    materials, if you want to, and take your time.  He's

12    asking for a specific article.

13        **Q**    (By Mr. Kuntz)   Doctor, did you review

14    every single document you brought with you today or

15    that was supplied to you by plaintiff's counsel?

16        **A**    I have, but, you know, it's been over a

17    six-month period, as I mentioned earlier, and there's

18    probably well over 4- or 500 articles in front of me

19    here.  So I'm sorry if I'm a little slow in producing

20    things.

21        **Q**    No.  That's all right.  And you reviewed

22    all of those articles -- 4- or 500 articles, and they

23    form the basis of your opinion in the -- I think you

24    told me 45 -- 55 hours you spent reviewing this case,

25    you reviewed all 400 articles?

Brian Flynn, M.D.

Page 109

1      **A**      No.  Some of the --

2             MR. SNELL:  Hold on.  Objection.  It

3      misstates.  Also, asked and answered.  Go ahead.

4      **A**      Some of the articles are articles that I've

5      had for years and articles that I may have already

6      been familiar with well before I agreed to be an

7      expert in this case.

8      **Q**      (By Mr. Kuntz)  Have you ever told -- when

9      you're giving lectures or teaching at AUGS, that

10     there's papers out there that suggest that with the

11     Burch procedure, you can have long-term, chronic

12     pain?

13     **A**      I wouldn't have referenced the Burch

14     procedure specifically, but certainly I've mentioned

15     that long-term, chronic pain or dyspareunia is a risk

16     of any incontinence and prolapse surgery.

17     **Q**      Do you have any literature to specifically

18     support those opinions, that long-term dyspareunia or

19     chronic pain are associated with the Burch procedure?

20     You can't cite me any as we sit here in your depo

21     today?

22     **A**      That's correct.

23     **Q**      Okay.  And you would agree with me that

24     chronic pain can be associated with the implantation

25     mesh SUI device, correct?

Brian Flynn, M.D.

Page 110

1          MR. SNELL:  Objection, form.  Go ahead.

2      **A**     Incorrect.

3      **Q**     (By Mr. Kuntz)  You don't believe that

4   long-term pain is an adverse risk associated with the

5   placement of mesh?

6          MR. SNELL:  Objection, form, application.

7   It misstates the prior testimony.  Go ahead.

8      **A**     I believe the issue is with transient pain

9   and then pain related to exposure or perforation

10   that's untreated.

11      **Q**     (By Mr. Kuntz)  So do you -- I mean, can

12   you answer my question, Doctor?  Do you believe

13   there's long-term pain associated with the placement

14   of mesh SUI devices?

15          MR. SNELL:  Objection, form, asked and

16   answered.

17      **A**     Yeah, I believe I've already answered that.

18   So I'm not going to answer that again.

19      **Q**     (By Mr. Kuntz)  Well, what's the answer to

20   the question?

21      **A**     My answer was that I think if it's

22   associated with a complication -- if the mesh is

23   associated with the complication, then you can have

24   long-term pain, but I think the way you stated that

25   was overly broad.

Brian Flynn, M.D.

Page 111

1            So, you know, mesh implants, in general, I

2    don't find associated with chronic pain.  If someone

3    has a foreign body in the urinary tract, then that

4    can cause them pain.

5       Q    What if somebody has an exposure through

6    their vaginal wall, can they have long-term pain?

7       A    If it's untreated, yes.

8       Q    Does the University of Colorado have a

9    center set up to deal with mesh complications?

10      A    We have physicians that see patients with

11   those issues, but we don't have a dedicated center.

12      Q    Do you advertise for those sort of

13   complications on your Web site?

14      A    We list on our Web site what procedures we

15   perform, but we don't -- I wouldn't consider it an

16   advertisement.

17      Q    Do you know of any university centers in

18   the United States who are now refusing to use mesh

19   products?

20           MR. SNELL:  Objection, foundation.

21      A    I have heard that Mayo Clinic maybe, but

22   it's -- it wasn't from personal communication with

23   any colleagues there.  Just, you know, what I've

24   heard through various people.

25      Q    (By Mr. Kuntz)  Have you heard of any

Brian Flynn, M.D.

Page 112

1    centers that are refusing now to use mesh?

2            MR. SNELL:  Objection, vague as to

3    application.

4        **A**    Yeah.

5        **Q**    (By Mr. Kuntz)  Well, Doctor, you go to

6    AUGS meetings and a lot of society meetings, and you

7    talk to colleagues all the time, don't you?

8        **A**    I do go to some AUGS meetings, but I am a

9    urologist by trade.  I tend to go to -- SUFU and AUA

10   are the meetings I more regularly attend.  I maybe go

11   to AUGS once every four or five years.

12       **Q**    Okay.  Any meetings you go to, have you

13   ever had discussions with anybody about major US

14   universities who are no longer using mesh?

15       **A**    No.

16       **Q**    Okay.  Have you ever heard that from

17   anybody?

18       **A**    Yeah.

19           MR. SNELL:  Form -- hold on.  Form, vague,

20   overbroad.

21       **A**    I did hear that about the Mayo Clinic, but

22   that wasn't at a meeting.

23       **Q**    (By Mr. Kuntz)  So is the Mayo Clinic the

24   only institution you've heard about that has stopped

25   using mesh?

Brian Flynn, M.D.

Page 113

1           MR. SNELL:  Objection, form, overbroad,

2    lacks foundation as to "Mayo Clinic stopping using

3    mesh" in general.

4       **Q**    (By Mr. Kuntz)  Let me ask you this,

5    Doctor:  Have you ever seen any internal Ethicon

6    documents that talk about different centers in the

7    U.S. that have stopped using mesh?

8       **A**    No.

9           MR. SNELL:  Objection, form.  Overbroad as

10   to application, just "mesh."

11      **A**    I have not.

12      **Q**    (By Mr. Kuntz)  Okay.  Are you aware of any

13   countries in the world that have stopped using mesh?

14          MR. SNELL:  Same objection.

15      **A**    No.

16      **Q**    (By Mr. Kuntz)  Have you ever done any

17   research to see if there are centers in the United

18   States who have stopped using mesh?

19          MR. SNELL:  Same objection, "mesh," vague.

20      **A**    I'm aware of research and articles looking

21   at practice patterns of physicians.

22      **Q**    (By Mr. Kuntz)  And what articles are

23   those?

24      **A**    I believe Howard Goldman did a study

25   looking at practice patterns in the United States,

Brian Flynn, M.D.

Page 114

1    and I don't have the article in front of me right

2    now, but I have reviewed that recently, where it had

3    mentioned that as many as 95 percent of physicians

4    performing mid-urethral sling, in terms of those

5    physicians who treat stress urinary incontinence, as

6    opposed to only 5 percent of physicians doing the

7    Burch procedure or other more traditional procedures.

8        **Q**    Do you know when that study was published?

9        **A**    I believe that's fairly recent.  In 2014,

10   in International Urogynecology Journal, I believe.

11       **Q**    And did you read any of the study sites in

12   that paper as to where they came up with that number?

13       **A**    I would have to go back and look at that

14   again to see where he got that number, but I believe

15   it was either from survey data or from looking at the

16   Medicare data.

17       **Q**    Have you ever reviewed the Clemons article

18   that's cited in the AUGS position statement?

19       **A**    I'd have to see that article.  I may have.

20   I'm familiar with Dr. Clemons, and I'm familiar with

21   the AUGS statement, but I'm not certain which article

22   you're referring to.

23       **Q**    Well, I'm talking about the Clemons article

24   that you list in your Summary of Opinions and that's

25   cited in the AUGS statement.  Have you reviewed that

Brian Flynn, M.D.

Page 115

1   article?

2       **A**     Yeah.   The article from 2013?

3       **Q**     Yes.

4       **A**     Yes.

5       **Q**     Okay.   Were you aware that Scotland has

6   suspended the use of all mesh, including synthetic --

7   or strike that.

8              Are you aware that Scotland has suspended

9   the use of all mesh even for SUI products?

10              MR. SNELL:   Foundation objection.   Go

11   ahead.

12       **A**     I'm familiar with the N-I-C-E, the NICE

13   data --

14       **Q**     (By Mr. Kuntz)   Right.

15       **A**     -- but I'm not familiar specific to what

16   they're doing in Scotland but maybe the UK as a

17   whole.

18       **Q**     So you're familiar with the NICE

19   guidelines?

20       **A**     I am.

21       **Q**     And you've read those thoroughly?

22       **A**     I've read them, yes.

23       **Q**     And I think they support some of your

24   opinions in this case that the mid-urethral sling is

25   the gold standard?

Brian Flynn, M.D.

Page 116

1      **A**     That's correct.

2      **Q**     And you've relied on that document to

3    support that opinion, correct?

4      **A**     Correct.

5      **Q**     And which NICE guidelines did you review?

6    When were they issued?

7      **A**     Let me go ahead and pull it out of the

8    orange folder here.

9      **Q**     Sure.

10          MR. KEITH:  Doc, tell me what exhibit

11    number that orange folder is so we're clear.  It's on

12    the front of the orange folder.

13          THE DEPONENT:  Eight.

14          MR. KEITH:  Eight.  Okay.

15      **A**     But now I'm going into Exhibit 6.  This is

16    one of the black binders, and Exhibit 6 starts out

17    with the AUGS statement, then goes into the NICE

18    2013, Urinary Incontinence -- The Management of

19    Urinary Incontinence, issued September 2013.

20      **Q**     (By Mr. Kuntz)  But no knowledge, as we sit

21    here today, that Scotland suspended the use of --

22          (Reporter requested clarification.)

23      **Q**     (By Mr. Kuntz)  But today -- as we sit here

24    today, you've never been provided or have no

25    knowledge about Scotland's decision to suspend the

Brian Flynn, M.D.

Page 117

1    use of all mesh, including that mesh in stress

2    urinary incontinence products?

3            MR. SNELL:  Objection, foundation.  Go

4    ahead.

5        **A**    I'm not aware specific of what Scotland's

6    position is.  So that's correct.  I'm not aware of

7    it.  I shouldn't say -- I'm unaware of that, sir.

8        **Q**    (By Mr. Kuntz)  Do you believe the Abbrevo

9    product uses the transobturator approach?

10       **A**    Certainly.

11       **Q**    And would you agree that there's a lack of

12   long-term outcome data for transobturator-approach --

13           MR. SNELL:  Objection, form.

14       **Q**    (By Mr. Kuntz)  -- slings?

15       **A**    I would disagree.

16       **Q**    You disagree with that statement?

17       **A**    I do.  I disagree with that statement.

18       **Q**    Okay.  Do you disagree with the statement

19   in the AUGS position statement that says, "Data is

20   only good for up to one year"?

21           MR. SNELL:  Objection, form and foundation.

22   It misstates the document.

23       **Q**    (By Mr. Kuntz)  Well, let's pull it out.

24       **A**    Okay.  Let's pull it out.  I'm aware of

25   Dr. de Leval's data going out more than three years

Brian Flynn, M.D.

Page 118

1    for TVT obturator.

2        Q    Have you ever seen any internal documents

3    from Ethicon talking about the deficiencies or

4    problems with Dr. de Leval's TVT-O studies?

5        A    No.

6        Q    Those weren't provided to you?

7             MR. SNELL:  Form objection --

8        A    I don't have --

9             MR. SNELL:  -- foundation.

10       A    I don't have those.

11       Q    (By Mr. Kuntz)  So no documents discussing

12   the decision in Dr. de Leval's TVT-O studies were --

13   formed the basis for your opinions in this case,

14   correct?

15       A    Correct.

16       Q    Do you have the AUGS statement in front of

17   you?

18       A    The position statement on restriction of

19   surgical options for pelvic floor disorders.

20       Q    Let me find the right one.  The 2014

21   position statement.

22            I apologize.  I can't find my copy.  I have

23   to find it.  Give me one second.  Do you guys have a

24   copy of it there?

25            MR. SNELL:  Which one were you talking

Brian Flynn, M.D.

Page 119

1   about, Jeff?  You said the --

2            MR. KUNTZ:  The AUGS --

3            MR. SNELL:  -- two thousand --

4            MR. KUNTZ:  -- one.  14, position

5   statement.  The one you used in every trial a hundred

6   times.

7            MR. SNELL:  Let's see if I have it.  I

8   don't know which one that is.  I'm trying to see if

9   we have one printed out here.  The problem is, we've

10  got like -- he's got like a million documents all

11  over this table, and it's kind of getting

12  unmanageable with all this crap here.

13           MR. KUNTZ:  Well, I will get one on the

14  break.

15           MR. KEITH:  I don't have one in the folder,

16  do I, or the box?

17           MR. KUNTZ:  I thought we did, but maybe

18  not.  Maybe it didn't make its way in there.

19           MR. SNELL:  The AUGS/SUFU statement -- the

20  position statement --

21           MR. KUNTZ:  Yeah.

22           MR. SNELL:  -- that's the one you want?

23           MR. KUNTZ:  Yeah.

24           MR. SNELL:  Okay.

25           MR. KUNTZ:  Yeah.  I'm going to have to get

Brian Flynn, M.D.

Page 120

1    my copy, so I'll come back to it.

2        **Q**    (By Mr. Kuntz)  Doctor, do you believe --

3    and I think you state in your opinions that the TVT

4    Abbrevo is the gold standard?

5        **A**    I believe I said that the TVT is the gold

6    standard, the family.  I think that the TVT Abbrevo

7    is an obturator sling, and it can be included in that

8    conversation.

9        **Q**    What's your definition of "gold standard"?

10       **A**    "Gold standard" is probably an overutilized

11   term, but it's not the standard of care.  It's

12   probably just reflective of what's done most commonly

13   and what's the most reliable procedure.

14       **Q**    Doesn't gold standard mean there's only one

15   thing that can be the gold standard?

16       **A**    Not necessarily.

17       **Q**    Okay.  So you believe that the TVT Classic

18   or Retropubic is the gold standard, you believe the

19   TVT Abbrevo is the gold standard, you believe the TVT

20   Obturator is the gold standard, and you believe the

21   TVT Exact is the gold standard, correct?

22       **A**    I believe that those are all effective

23   procedures similar to what's stated in the SUFU/AUGS

24   statement, that I believe that the mid-urethral

25   sling, both retropubic and transobturator, have been

Brian Flynn, M.D.

Page 121

1    extensively studied.  They're safe and effective,

2    reliable treatments.

3            I know that from the literature, and I know

4    that from my own practice.

5      **Q**    How many studies have there been done on

6    the TVT Abbrevo?

7      **A**    I know of at least seven to eight good

8    studies that have been done.

9      **Q**    And what studies -- are those studies you

10   brought with you?

11     **A**    I have copies of them, yeah, and they've

12   been submitted on the -- on the USB, but, you know,

13   for --

14     **Q**    Do you believe that the AUGS statement

15   applies to the TVT Abbrevo?

16     **A**    I do because I believe the TVT Abbrevo

17   meets the criteria of the transobturator sling.

18     **Q**    Okay.  You would agree with me that the

19   AUGS statement only applies to full-length slings,

20   correct?

21           MR. SNELL:  Form, misstates.

22     **Q**    (By Mr. Kuntz)  Do you know that one way or

23   the other?

24     **A**    I believe in their justification -- in

25   Statement No. 3, it says, "Full-length mid-urethral

Brian Flynn, M.D.

Page 122

1   slings."

2      **Q**    And do you believe that TVT Abbrevo is a

3   full-length sling?

4      **A**    I believe it's in its own category, really,

5   but it's a transobturator sling that courses through

6   all the necessary structures in the obturator

7   foramen.

8            So what doesn't it do?  It doesn't go into

9   the fat and skin maybe like a TVT Obturator

10  full-length.

11     **Q**    Doctor, that's not my question.  Do you

12  think the TVT Abbrevo is a full-length sling?

13     **A**    I would have to --

14     **Q**    That's a "yes" or "no" question.

15     **A**    All right.  No.  I would say no.

16          MR. SNELL:  Objection, form.

17     **Q**    (By Mr. Kuntz)  No --

18          MR. SNELL:  He can answer how he wants.

19  It's not a "yes" or "no."

20          MR. KUNTZ:  Oh, yes, it is.

21     **Q**    (By Mr. Kuntz)  You just said "no" -- the

22  answer to the question is "no," correct, Doctor?

23          MR. SNELL:  Same objection, asked and

24  answered.

25     **Q**    (By Mr. Kuntz)  I asked you --

Brian Flynn, M.D.

Page 123

1              MR. KUNTZ:  No, Burt.  Absolutely not.  It

2     is a "yes" or "no" question.

3        **Q**    (By Mr. Kuntz)  Is the TVT Abbrevo a

4     full-length sling, Doctor?

5              MR. SNELL:  Objection, form, asked and

6     answered.  Go ahead.

7        **A**    I said no.  I would like to say that, you

8     know, it's a 12-centimeter sling.  I think it's

9     plenty long.

10       **Q**    (By Mr. Kuntz)  Okay.  So what is the

11    length of the TVT Abbrevo?

12       **A**    12 centimeters.

13       **Q**    Okay.  What is the length of a TVT-O?

14       **A**    Out of the box or what's left in the

15    patient?

16       **Q**    Both.

17       **A**    Out of the box is 45 centimeters.  What's

18    typically left in the patient is around 18

19    centimeters, somewhere between 15 and 18 centimeters.

20       **Q**    Do you know -- do you know how Ethicon

21    defines -- strike that.

22             Do you have any knowledge as to what --

23    strike that again.  I apologize.

24             Do you have any idea of what Ethicon's

25    definition of "mini sling" is?

Brian Flynn, M.D.

Page 124

1      **A**    I believe they followed what the FDA said.

2    Mini slings need 522s, and that would be the TVT

3    Secur.  So 8 centimeters or less.

4      **Q**    Okay.  So you believe Ethicon's definition

5    of "mini sling" is 8 centimeters or less?

6      **A**    That's my general understanding of it.

7      **Q**    Have you ever seen any internal documents

8    where Ethicon defines what they believe to be the

9    parameters of a mini sling?

10     **A**    No.

11     **Q**    Have you ever reviewed any Ethicon

12   documents that called the Abbrevo a mini sling?

13     **A**    No.

14     **Q**    You would agree that the safety and

15   effectiveness of mini slings for female SUI has not

16   been adequately demonstrated?  Is that a fair

17   statement?

18          MR. SNELL:  Objection, form, vague,

19   foundation.

20     **Q**    (By Mr. Kuntz)  Let me ask you this,

21   Doctor:  Have you ever been on the FDA Web site to

22   see what they say about mini slings?

23     **A**    I've read the FDA, PHN, and the update.

24   I'm aware of those statements.

25     **Q**    Okay.  Are you aware of the FDA statement

Brian Flynn, M.D.

Page 125

1    that says, "The safety and effectiveness of mini

2    slings for female SUI has not been adequately

3    demonstrated"?

4        **A**    Yes.

5        **Q**    Okay.  Do you agree with the FDA on that

6    statement?

7        **A**    Yes.

8        **Q**    You no longer use the TVT Retropubic,

9    correct?

10            MR. SNELL:  Objection, form, asked and

11   answered.

12       **A**    Yeah.

13       **Q**    (By Mr. Kuntz)  You still believe the TVT

14   Retropubic is the gold standard, and you don't use

15   it, right, Doctor?

16       **A**    I use the TVT Exact, and that's a

17   retropubic tape.  And I feel that that is part of

18   that family of products that we mentioned that are,

19   you know, mid-urethral slings, either retropubic or

20   transobturator.

21            I put it all together.  I don't try to

22   separate these products the way you are trying to do.

23       **Q**    And that's my point.  The AUGS statement is

24   talking about many different products, and it doesn't

25   separate them, does it?

Brian Flynn, M.D.

Page 126

1      **A**     The AUGS statement says both retropubic and

2    transobturator.  I think that's where they try to

3    have the separation, between retropubic and

4    transobturator.

5      **Q**     And transobturator full-length sling,

6    correct?

7      **A**     The statement says, "Full-length

8    mid-urethral slings."

9      **Q**     Okay.  Do you know any of the authors of

10   the AUGS position statement?

11     **A**     I do.

12     **Q**     Did you know that Dr. Goldman has had

13   consulting agreements with Ethicon in the past?

14          MR. SNELL:  Foundation objection.  Go

15   ahead.

16     **A**     I've interacted with Dr. Goldman at Ethicon

17   events.  So I would assume that he had a relationship

18   if he was at the same events I was at.

19     **Q**     (By Mr. Kuntz)  Did you know that

20   Dr. Miller had previous consulting agreements and

21   relationships with Ethicon?

22     **A**     I was aware that he had consulted with

23   Boston Scientific, but I didn't know about Ethicon.

24     **Q**     Do you know Dr. Rovner has had financial

25   dealings and dealings with Ethicon?

Brian Flynn, M.D.

Page 127

1           MR. SNELL:  Form, foundation.  Go ahead.

2      **A**    I have reviewed Dr. Rovner's deposition,

3  and I did see that in his deposition.

4      **Q**    (By Mr. Kuntz)  Did you also see in

5  Dr. Rovner's deposition where he's now doing more

6  mesh revisions and complication surgeries than he is

7  implanting meshes?

8      **A**    I don't recall that statement.

9      **Q**    Would that surprise you?

10          MR. SNELL:  Foundation, form.

11     **A**    I know that he has experience with that.  I

12  was part of a plenary session at the AUA this past

13  year with Dr. Rovner and Dr. Sendor Herschorn.  The

14  three of us did a session at the AUA in the spring of

15  this year.

16          So I'm familiar with him doing complication

17  surgery, but I don't know what percentage that is of

18  his overall practice.

19     **Q**    (By Mr. Kuntz)  You don't recall reading

20  that in his deposition one way or another?

21     **A**    I don't recall reading that one way or

22  another.

23     **Q**    I'm going to ask you about a few products,

24  and tell me which one you believe is the gold

25  standard.  Mechanical-cut mesh TVT Retropubic.  Gold

Brian Flynn, M.D.

1   standard?

2          MR. SNELL:  Form objection, vague.

3      **A**    I can't answer that.

4      **Q**    (By Mr. Kuntz)  Why not?

5      **A**    Because I think I mentioned earlier there's

6   more than one gold standard.  That's a family of

7   products that go across various manufacturers that

8   are part of that gold standard.

9          So if you ask me that question about any

10  mid-urethral transobturator or retropubic

11  polypropylene Type 1 mesh, I would say it's a gold

12  standard that meets the criteria of a mid-urethral

13  sling as defined by the AUA, by AUGS, and by NICE.

14     **Q**    Have you ever seen any AUA documents that

15  suggest that there's not adequate evidence to suggest

16  which procedure for SUI treatment is the best?

17         MR. SNELL:  Form, vague.

18     **A**    I think the AUA takes a very balanced

19  approach.  I think they -- if you look at the '98

20  article and then in 2008, they look across all

21  procedures, including the Burch, bladder neck slings,

22  pubovaginal slings.  And I think they -- they are

23  very careful to just present the data in terms of

24  what the risks and benefits are.

25     **Q**    (By Mr. Kuntz)  So do you believe the AUA

Brian Flynn, M.D.

Page 129

1  thinks that mid-urethral slings are the gold standard

2  for SUI treatment?

3      **A**    I would say that the AUA endorses that

4  procedure and is very comfortable standing behind

5  that procedure.  They put out a position statement in

6  those regards, so they are supportive of the

7  procedure.

8      **Q**    Do they believe it's the gold standard?

9      **A**    I don't think they use that terminology,

10  but none of the professional societies use the

11  statement "gold standard."

12      **Q**    So AUGS doesn't use "the gold standard" in

13  their last position statement?  Is that your

14  understanding?

15      **A**    I would have to read every word of it

16  again, but it says, "Both retropubic" --

17          (Reporter asked the deponent to slow down.)

18      **A**    "Full-length mid-urethral slings both" --

19          (Reporter asked the deponent to slow down.)

20      **A**    So I'll slow down and repeat that just for

21  the court reporter.

22          You know, "FDA clearly stated that

23  polypropylene mid-urethral sling is safe and

24  effective in the treatment of SUI."

25      **Q**    (By Mr. Kuntz)  With information up to one

Brian Flynn, M.D.

Page 130

1    year, correct?

2       **A**    No, I believe the information goes well

3    beyond one year.

4       **Q**    What's your basis for that opinion, Doctor?

5       **A**    That basis is on my review of over 75

6    randomized trials and over 2,000 articles in the

7    medical literature over the last 15 years.

8       **Q**    Tell me which 2,000 of those articles apply

9    to the product at issue in this case, the TVT

10   Abbrevo.

11      **A**    So if we want to start with TVT Abbrevo

12   articles, we can start with the --

13      **Q**    Let's strike that.

14            You agree that there's not 1,000 studies

15   that address the TVT Abbrevo, correct?

16            MR. SNELL:  Objection, form, vague,

17   "address."

18      **A**    There's not 1,000 studies on TVT Abbrevo.

19      **Q**    (By Mr. Kuntz)  Yeah.  There's how many?

20      **A**    8 to 10.

21      **Q**    Okay.  Are any of those 8 to 10 studies

22   long-term randomized controlled trials?

23      **A**    Well, I believe the Waltregny 2012 study

24   has three-year data.  So that's -- I consider three

25   years a longer long-term.

Brian Flynn, M.D.

Page 131

1    **Q**    Is that the paper he published

2   with de Leval?

3    **A**    I know de Leval had a separate publication

4   in 2011.  Let me see if de Leval was a coauthor on

5   that.

6         (Pause.)

7    **A**    I don't know the answer, if de Leval was

8   part of that.  I don't have the article in front of

9   me.

10    **Q**    Okay.  Did you read de Leval's three-year

11   publication or study?

12    **A**    Comparing TVT Abbrevo to TVT Obturator,

13   yes.

14    **Q**    Have you read his original study tracking

15   -- three-year study tracking his modified TVT-O,

16   which was the -- supposedly the Abbrevo?

17         MR. SNELL:  Form and foundation.

18    **A**    I've read the study where

19   Professor de Leval compares TVT Abbrevo to TVT

20   Obturator.  That's the study I'm referring to.

21    **Q**    (By Mr. Kuntz)  Did you know that his

22   one-year study related to that comparison was

23   initially rejected by publications?

24    **A**    I wasn't aware of that, but that's not

25   uncommon.

Brian Flynn, M.D.

Page 132

1    **Q**    So you didn't know that, right?

2    **A**    I have no way of knowing that, no.

3    **Q**    Do you know how many products in that study

4    were laser-cut versus mechanical-cut mesh?

5    **A**    Well, all of the TVT Abbrevo products would

6    have been laser-cut.  That's how that product was

7    offered from the beginning.

8    **Q**    So that's your understanding, that all the

9    Abbrevo's in that study was laser-cut mesh?

10    **A**    That's my general understanding.

11    **Q**    Have you ever seen any documents or been

12    provided any documents by Ethicon's counsel

13    suggesting otherwise?

14    **A**    No.

15    **Q**    Was that a single-center study; do you

16    know?

17    **A**    I suspect it was, but I don't know for

18    sure.

19    **Q**    Have you ever seen any documents from

20    Ethicon that Dr. de Leval was concerned that it was a

21    single-center study?

22    **A**    No.

23    **Q**    Do you know how many patients in the

24    three-year follow-up underwent a physical exam at the

25    last follow-up?

Brian Flynn, M.D.

Page 133

1    **A**    A physical exam?

2    **Q**    Yes.

3    **A**    I don't know the exact number.

4    **Q**    Okay.  Do you know in the one-year study --

5         MR. SNELL:  You can ask for the study.

6    Jeff, do you have the study you can provide to him,

7    or do you want us to take a break and find it?

8         MR. KUNTZ:  Take a break and find it, but

9    he --

10        MR. SNELL:  Look, Jeff.  He's got literally

11   hundreds of pages and all kinds of stuff over here.

12        MR. KUNTZ:  That's great, but he just

13   brought up the study on his own for support of his

14   opinion.  So I'm asking him about it, and he doesn't

15   know the answer to them.

16   **Q**    (By Mr. Kuntz)  So as we --

17        MR. SNELL:  He said he's looked --

18        (By Mr. Kuntz)  -- sit here right now --

19        MR. SNELL:  -- at hundreds of papers.

20        (All speaking simultaneously, and reporter

21        requested clarification.)

22        MR. SNELL:  You asked him to look at a

23   specific data point.  I mean, we will find the study

24   and --

25        MR. KUNTZ:  He brought up the study on his

Brian Flynn, M.D.

Page 134

1  own as support, and I asked him basic questions about

2  them, and he doesn't know about them.  So if --

3          MR. SNELL:  That's a mischaracterization.

4          MR. KUNTZ:  -- you want to go get them and

5  show them to him, go for it.

6          MR. SNELL:  Let's take a break so he can

7  get the papers out -- the articles.

8          MR. KEITH:  All right.  Let's go off the

9  record.

10         (Recess from 5:45 p.m. to 6:08 p.m.)

11         MR. KUNTZ:  Okay.  We're back on the

12  record?

13         MR. KEITH:  Yes.

14         MR. KUNTZ:  Let me find my note.  Hold on

15  one second.  Are you guys ready?

16         MR. KEITH:  Yeah.

17    **Q**    (By Mr. Kuntz)  Dr. Flynn, we were talking

18  about the de Leval study.

19    **A**    Yes.

20    **Q**    Have you ever reviewed any documents from

21  Ethicon related to deficiencies in Dr. de Leval's

22  study?

23         MR. SNELL:  Form, vague, "deficiencies."

24    **A**    No, I have not.

25    **Q**    (By Mr. Kuntz)  Did you review his study

Brian Flynn, M.D.

Page 135

1    over the break?

2        **A**    I located the study.  I've reviewed it

3    previous.  I just couldn't locate it.  Now I've

4    located the one-year and the three-year data.

5        **Q**    Do you know how many patients in that study

6    -- well, strike that.

7             You would agree with me that that wasn't

8    the exact Abbrevo product that was studied in that

9    series, correct?

10            MR. SNELL:  Form, vague.

11       **A**    Are you speaking to the one-year data or

12   the three-year data?

13            MR. KUNTZ:  One-year data.

14       **A**    One-year data.  I'm aware that this study

15   evaluates the original procedure versus the modified

16   procedure.

17       **Q**    (By Mr. Kuntz)  Do you know what the

18   modified procedure is that was used in that case?

19       **A**    It was a shortened tape.  The first

20   modification related to the shortening of the tape to

21   12 centimeters.  This was carried out directly in the

22   operating room.  The suture loop was added to it.

23   That was another modification.

24       **Q**    Do you believe the modified product used in

25   this one-year study is the same product that was

Brian Flynn, M.D.

Page 136

1   eventually sold as the Abbrevo?

2   **A**   I believe it represents the same product.

3   **Q**   Is it the exact same product?

4        MR. SNELL:  Form, asked and answered.

5   **A**   I believe it represents it.  I believe that

6   the study was well done.

7   **Q**   (By Mr. Kuntz)  Do you believe there was a

8   washout curve in this study?

9   **A**   I'm not certain what you mean by "washout."

10  **Q**   Have you reviewed any documents discussing

11  a washout curve related to de Leval's expertise in

12  this study?

13       (Pause.)

14  **A**   I don't see the word "washout" used in the

15  article.  I'm going through it right now.

16  **Q**   Do you recall reviewing any internal

17  Ethicon documents about a washout curve related to

18  this study?

19  **A**   No.

20  **Q**   Do you know how many of the modified

21  products use laser-cut mesh versus mechanical-cut

22  mesh?

23  **A**   Well, I believe I said earlier that I

24  thought that all of them were laser-cut.  And over

25  the break, I did look at some data to say that it may

Brian Flynn, M.D.

Page 137

1    have been half and half.

2        **Q**    Okay.  And were you shown that data by

3    Mr. Snell?

4        **A**    No.  I remember reading that in

5    Dr. Rosenzweig's deposition.  And so I looked at

6    Dr. Rosenzweig's deposition, and he's referring to, I

7    believe, an internal Ethicon e-mail where they made

8    reference about it being 50/50.

9        **Q**    But prior to reading plaintiff's expert

10   deposition on the break, you did not know that half

11   the products were mechanical-cut mesh that were used

12   in that study for the modified product?

13           MR. SNELL:  Objection.  It misstates.

14       **A**    I wasn't aware of it until I read the

15   deposition.  I don't think it states in this de Leval

16   article.

17       **Q**    (By Mr. Kuntz)  Okay.  So without the

18   benefit of Dr. Rosenzweig's deposition or any

19   internal documents from Ethicon, a physician out in

20   the public who found this article would have no idea

21   that half of the products used in the modified

22   products were mechanical-cut mesh, would they?

23           MR. SNELL:  Objection, form.  It misstates,

24   foundation.

25       **A**    Yeah.

Brian Flynn, M.D.

Page 138

1    **Q**    (By Mr. Kuntz)  Do you understand the
2  question, Doctor?

3    **A**    Yeah, I do.  I would say if they just
4  looked at this article alone, the article doesn't
5  state that, but there's a lot of other ways that they
6  could have been made aware of the --

7    **Q**    Like --

8    **A**    -- the laser-cut.

9    **Q**    You tell me one way a doctor reading that
10  study would know that half the products were
11  mechanical-cut mesh.

12    **A**    Well, I wasn't speaking specific to the
13  article.  I was speaking to the product in general
14  and their awareness before using the product.

15    **Q**    Would you be surprised if Dr. Luu testified
16  that he did not know anything about laser-cut mesh
17  prior to the time he implanted Mrs. Perry?

18    **A**    Yes.

19    MR. SNELL:  Form, vague.  Go ahead.

20    **A**    I would be surprised.  Dr. Luu went to the
21  cadaver lab.  Dr. Grier attended the lab.  There were
22  other preceptors there.  I think there was
23  opportunity for that discussion to happen.

24    **Q**    (By Mr. Kuntz)  You've testified earlier
25  there's a thousand studies to support this product,

Brian Flynn, M.D.

Page 139

1    the TVT Abbrevo.  Is that true?

2        **A**    I was speaking about the family of TVT

3    products.

4        **Q**    Okay.  But you would agree there's not a

5    thousand studies to support the TVT Abbrevo?

6            MR. SNELL:  Form.  It misstates.

7        **A**    I'm not going to agree to that statement.

8        **Q**    (By Mr. Kuntz)  How many of those thousand

9    studies use laser-cut mesh that's used in the

10   Abbrevo?  Have you ever done that analysis?

11       **A**    Yeah, I have, and I believe if you just

12   break down the literature, you know, by five-year

13   periods, it'd probably match the transition from

14   mechanical-cut to laser-cut.

15           So all literature involving products before

16   '06 would involve mechanical.  After '06, it would be

17   more preferential towards laser.  So I would think it

18   would be half and half.

19       **Q**    Doctor, you're guessing about that.

20   Nowhere in any of those studies after 2006 does it

21   say whether laser-cut or mechanical-cut mesh is used,

22   correct?

23           MR. SNELL:  Form and foundation too.

24       **A**    I think it mentions specifically, at least

25   for the brand of products after their investigation,

Brian Flynn, M.D.

Page 140

1 once it's an aftermarket study -- if you know what

2 the product is aftermarket, that's disclosed, and

3 that's something that you could be aware of.

4    **Q**    (By Mr. Kuntz)  Doctor, have you ever been

5 told by Ethicon or seen any documents what percentage

6 of products being used in the U.S. are mechanical-cut

7 versus laser-cut mesh?

8    **A**    I could speak of 2014, and I would say

9 virtually all mid-urethral slings involving the

10 Ethicon product line, Boston Scientific product line,

11 and any of the popular products involve laser-cut

12 mesh.  That's what I can state.

13    **Q**    Do you have any idea percentage-wise how

14 many -- or what percentage of TVT Obturator products

15 sold in the United States use laser-cut mesh versus

16 mechanical-cut mesh?

17    **A**    In 2014?

18    **Q**    Yes.

19    **A**    I don't use the TVT Obturator product right

20 now, so I don't know the exact number, but I would

21 think that it would be -- the majority would be

22 laser-cut.

23    **Q**    Okay.  And what about in 2013?

24    **A**    Similar answer.  I would say after -- in

25 2011, most of the products were laser-cut.

Brian Flynn, M.D.

Page 141

1   **Q**    And I want to ask you -- in all the studies

2   that you're talking about after 2007, is there

3   anywhere in any of those studies where it says

4   "laser-cut mesh is used versus mechanical-cut mesh"?

5   **A**    I think the products are identified in the

6   aftermarket studies.  And so if you're familiar with

7   the product, you would be familiar with how it's cut.

8   **Q**    But for example, if we're looking at a

9   study that talks about TVT-O in, say, 2009, you know

10  Ethicon was using both mechanical-cut mesh and

11  laser-cut mesh at that time, correct, in the TVT-O?

12  **A**    That was probably the transition period.

13  **Q**    And none of those studies distinguish

14  whether the TVT-O they were using in the study or

15  comparing to another product are laser-cut TVT-Os or

16  mechanical-cut TVT-Os, do they?

17          MR. SNELL:  Objection, foundation.

18  **A**    I believe we've been through this quite a

19  bit, but I believe that the laser-cut mesh is being

20  used commonly in 2014.  There was a transition period

21  that we mentioned, and then before 2006, it was

22  mechanical-cut.

23  **Q**    (By Mr. Kuntz)  Okay.  So what year do you

24  think that all the products started becoming

25  laser-cut mesh?

Brian Flynn, M.D.

Page 142

1              MR. SNELL:  Form.  It misstates.

2      **A**    TVT Abbrevo has always been laser-cut.  TVT

3  Exact, laser-cut.  The Retropubic product, there were

4  options for that, similar to the Obturator.  TVT

5  Secur I also believe was always laser-cut.

6              So those are statements that I'm confident

7  in.

8      **Q**    (By Mr. Kuntz)  Okay.  I guess we're not

9  seeing eye to eye here.

10             How would I know if I went and looked at a

11  TVT-O study -- say it was comparing TVT-O to TVT

12  Retropubic in 2009.  How would I know whether the

13  product that they were using in TVT-O was laser-cut

14  or mechanical-cut mesh?

15     **A**    I don't know the answer to that.

16     **Q**    There's no way to tell, is there?

17             MR. SNELL:  Form.

18     **A**    There's ways of telling.  You can discuss

19  the article with a Ethicon representative.  If you

20  know the authors, you can speak to them.  If it lists

21  the years that the meshes were implanted, you can get

22  a general idea.  Some of the things we've been

23  talking about, but --

24     **Q**    (By Mr. Kuntz)  But that's not -- okay.

25             Doctor, they are still using mechanical-cut

Brian Flynn, M.D.

Page 143

1   mesh and laser-cut mesh in the TVT-O today.  Did you

2   know that?

3       **A**    No.  I'm not using the TVT-O products.  So

4   I'm not as well studied on that currently.

5       **Q**    Okay.  Do you have any idea how many TVT-O

6   laser-cut meshes were sold in 2008 versus TVT-O

7   mechanical-cut mesh?

8       **A**    I don't know the numbers, no.

9       **Q**    Have you ever looked at any sales numbers

10  comparing the sales of TVT-O mechanical-cut mesh

11  versus TVT-O laser-cut mesh for any years from 2007

12  to 2014?

13      **A**    I've never reviewed the sales numbers for

14  any of these products.

15      **Q**    Okay.  So if I'm a doctor and I go pull a

16  study and it's comparing a product against TVT-O,

17  there's no way for me to know whether it's

18  mechanical-cut or laser-cut being used in the TVT-O

19  unless I ask Ethicon, correct?

20          MR. SNELL:  Form and foundation, asked and

21  answered.

22      **A**    There's other sources beyond Ethicon.  The

23  authors I had mentioned, and then, you know, there's

24  certain products that were exclusively offered as

25  laser-cut like Abbrevo.

Brian Flynn, M.D.

Page 144

1            So there's things that you can infer.  You
2    can look at -- if you go to the cadaver lab, if you
3    attended prof ed events, if you spoke with Ethicon,
4    yes.  So there's multiple sources.

5       **Q**    (By Mr. Kuntz)  Do you agree that the only
6    other TVT devices Ethicon has sold that has a mesh
7    length of less than 45 centimeters is no longer on
8    the market?

9            MR. SNELL:  Objection, form.

10      **A**    I don't think I can possibly be familiar
11   with all the products Ethicon has ever offered, but I
12   know they have 45-centimeter mesh and they have a
13   12-centimeter mesh.

14      **Q**    (By Mr. Kuntz)  Do you believe that the
15   Abbrevo is safe and effective for the treatment of
16   stress urinary incontinence in overweight and obese
17   women?

18      **A**    I believe obesity is a risk factor for
19   surgery in general, but certainly the product can be
20   used in that population.

21      **Q**    Correct.  And you implant the TVT Abbrevo
22   in obese women, correct?

23      **A**    I have.

24      **Q**    And there's no contraindication not to use
25   the TVT Abbrevo in obese women, correct?

Brian Flynn, M.D.

Page 145

1    **A**    Correct.

2    **Q**    Do you have an opinion whether the Prolene

3    mesh used in the TVT Abbrevo degrades?

4    **A**    I do.

5    **Q**    What is that opinion?

6    **A**    That I don't believe it -- I don't believe

7    it degrades.  I don't see that --

8    **Q**    How do you -- how do you define

9    "degradation"?

10    **A**    How do I define it?

11    **Q**    Yes.

12    **A**    That would be gross visual deterioration of

13    the product, a broken product, you know, inside the

14    patient.

15    **Q**    So if you went in to remove a mesh and you

16    saw it as broken or brittle or falling apart, you

17    would define that as degradation?

18    **A**    I said broken.  I didn't say brittle.  I

19    said broken.

20    **Q**    Okay.  And what do you mean by "broken"?

21    **A**    The mesh no longer in one piece, separated.

22    **Q**    Okay.  Have you ever seen any degraded mesh

23    in any of your explant or revision surgeries?

24    **A**    It's not something I've seen on any of my

25    explantation surgeries.

Brian Flynn, M.D.

Page 146

1    **Q**    Do you have any background in polymer

2    chemistry?

3    **A**    I have as much as any other physician in my

4    position, but I'm not a chemist.

5    **Q**    Are you -- have you done any bench research

6    on polypropylene?

7    **A**    No.

8    **Q**    Have you done any lab research on

9    polypropylene?

10    **A**    No.

11    **Q**    Never published any opinions that

12    polypropylene does not degrade in the human body?

13    **A**    That's not a comment I've made

14    specifically.

15    **Q**    Have you ever looked at any of the mesh

16    you've explanted under a microscope?

17    **A**    Yes.

18    **Q**    And none of the mesh that you've looked at

19    under the microscope has shown what you call

20    degradation?

21    **A**    I don't look under SEM.  We're just looking

22    under standard microscopes on H&E preparations.  So

23    it's just a standard preparation that any hospital

24    would use when sending a specimen for gross or

25    microscopic analysis.

Brian Flynn, M.D.

Page 147

1    **Q**    Have you ever reviewed any SEM photos of

2    explants that showed degradation?

3    **A**    I'm aware of an article in the literature

4    that shows SEM photos, but I've never prepared any

5    SEM photos of any explants that I've been involved

6    in.

7    **Q**    What article?

8    **A**    Well, there's the Clave article, and I

9    think his articles are referenced by a number of

10   other authors.

11   **Q**    Any other articles that you've read on

12   degradation besides Clave?

13   **A**    Well, there's the Costello case report.

14   There's other articles looking at degradation of

15   biological graphs.  There's the Patel article.  I

16   believe Ostergard is involved in that article.  I've

17   read editorials authored in rebuttal to the Clave

18   article.

19   **Q**    Anything else?

20   **A**    Just to repeat that, the Goldman rebuttal,

21   the Clave article, the Costello article.

22   **Q**    Have you ever reviewed any internal Ethicon

23   documents that discuss degradation in the Prolene

24   mesh?

25   **A**    No, I have not.

Brian Flynn, M.D.

Page 148

1    **Q**    Have you ever reviewed any internal test

2  performed by Ethicon on its Prolene search -- sutures

3  that discussed degradation?

4    **A**    Can you repeat the question?

5    **Q**    Have you ever reviewed any internal test

6  performed by Ethicon on its Prolene sutures that

7  discussed degradation?

8    **A**    I'm not aware of that.  I know that --

9         MR. SNELL:  Jeff, I don't think that

10  Guelcher's exhibits have been finalized by the court

11  reporter.  So whenever they are, we will get them to

12  him, but I don't think he's had those yet.

13         MR. KUNTZ:  Well, I'm not talking about

14  Guelcher's exhibits, Burt.  I'm talking about many

15  other documents that have been around way before

16  Guelcher was involved in this litigation.

17    **Q**    (By Mr. Kuntz)  So my question is:  Have

18  you reviewed any internal studies from Ethicon that

19  discuss degradation?  Simple question.

20    **A**    My quick answer is no.

21    **Q**    Okay.  Do you know what the TVT Abbrevo IFU

22  says about degradation?

23    **A**    I don't believe it comments on degradation.

24    **Q**    Okay.

25         MR. SNELL:  Do you have a copy of the IFU

Brian Flynn, M.D.

Page 149

1    that you can bring out?

2       **Q**    (By Mr. Kuntz)  Well, Doctor, you reviewed

3    the IFU in preparation for your deposition, correct?

4       **A**    Correct.

5       **Q**    You've used it many times and looked at it

6    before using the Abbrevo product, correct?

7       **A**    Correct.

8       **Q**    And you have no idea, as you sit here

9    today, what the IFU Abbrevo says about degradation,

10   correct?

11      **A**    Let me just pause while I get the IFU out.

12      **Q**    Look at the bottom of Page 8 of the IFU.

13          (Discussion off the record.)

14          MR. KEITH:  He's looking for it, Jeff.

15          MR. KUNTZ:  It's in our folder, the first

16   folder, Sean.

17          MR. KEITH:  All right.  Do you got it?

18   What exhibit is that notebook that you're looking at?

19   Exhibit 15.  Jeff, what did you tell him -- he's got

20   the IFU.  Where did you tell him to look?

21          MR. KUNTZ:  Bottom of Page 8.

22      **A**    Okay.  Under the section Adverse Reactions?

23      **Q**    (By Mr. Kuntz)  Under the section Actions,

24   the last sentence.

25      **A**    "The material's not absorbed, nor is it

Brian Flynn, M.D.

Page 150

1    subject to degradation or weakening by the action of

2    tissue enzymes."

3        **Q**    You agree that the Ethicon TVT IFU --

4    Abbrevo IFU says that the mesh is not subject to

5    degradation?

6            MR. SNELL:  Objection, form, foundation.

7    The document speaks for itself.  Incomplete

8    statement.

9        **Q**    (By Mr. Kuntz)  Did you know that before

10   today, Doctor?

11       **A**    I knew before today that the whole family

12   of TVT products do not degrade.  Yes, I knew that

13   before today.

14       **Q**    Okay.  And what do you base that opinion

15   on?

16       **A**    That's based on over 10 years of implanting

17   Type I polypropylene mesh from a variety of

18   manufacturers.  I've been in one practice in one town

19   for my entire professional career outside of

20   residency and fellowship.

21           I have patients that I followed in my own

22   personal practice for as long as I've been in

23   practice.  So I feel that --

24       **Q**    Have you ever had to look for any research

25   that talks about degradation of polypropylene meshes

Brian Flynn, M.D.

Page 151

1   and the clinical significance related to the

2   degradation?

3       **A**      I'm constantly reviewing the literature,

4   and I'm on alert, always looking for new things that

5   might become knowledgeable to me.  Things -- new

6   discoveries.

7               So yeah, I have a scientifically

8   inquisitive mind, and I read the literature, and if

9   there's something new, then I'm going to look at

10  that.

11      **Q**      Okay.  Have you been provided by Ethicon

12  any articles or abstracts that suggests that

13  degradation occurs with these meshes and causes

14  clinical complications?  Have you ever seen any

15  articles in those regards?

16      **A**      That have been provided to me by Ethicon?

17  Well, if you're speaking to the Clave article, I was

18  aware of that before --

19      **Q**      I'm not talking about Clave.

20      **A**      Okay.

21      **Q**      Let me ask you this --

22      **A**      Sure.

23      **Q**      -- from either Ethicon or your own

24  research, have you ever seen any articles that talk

25  about degradation of meshes and clinical

Brian Flynn, M.D.

Page 152

1    complications therefrom?

2            MR. SNELL:  Objection, form, overbroad,

3    vague as to which mesh.

4        **A**    Yeah, I -- I'm aware of some ex vivo

5    studies that discuss mesh that have been explanted

6    and then pristine pieces of mesh that have never been

7    implanted, but I'm not aware of any clinical

8    correlations in those papers.

9        **Q**    (By Mr. Kuntz)  Okay.  So you have never

10   seen any papers that talk about a clinical

11   correlation between degradation?

12       **A**    Not provided to me by Ethicon.  You may be

13   speaking to the Patel paper -- if you'd like, we can

14   look at that -- and some of the opinions and the

15   rebuttals to those hypotheses, but they're not

16   clinical studies.

17           If you're talking about clinical studies,

18   you're talking about Type I -- or Level I data,

19   certainly there's no studies of that level of

20   evidence.

21       **Q**    So do you only rely on Type I-level

22   evidence when you're determining what product to use?

23       **A**    I prioritize the evidence that's important.

24   So if there is Type I evidence -- Level I evidence --

25   excuse me -- Level I evidence, I'm going to look at

Brian Flynn, M.D.

Page 153

1    that more strongly, but if there's no Level I or II

2    and it's a problem -- that I have patients that have

3    that problem and need treatment, I'll go to the

4    highest level of evidence that I can find.

5        **Q**    Right.  You'd agree that de Leval's one-

6    and three-year study on the modified -- what became

7    the Abbrevo is not Level I evidence, correct?

8            MR. SNELL:  Objection, foundation.

9        **A**    I'm aware that his three-year study

10   randomized patients.  It wasn't multi-study --

11   multi-center -- excuse me, but it was a randomized

12   controlled trial, and it had an adequate number of

13   patients.

14           The level of evidence in that trial, I

15   would agree it wasn't Level I.

16           (Reporter requested clarification.)

17       **A**    Was not Level I.

18       **Q**    (By Mr. Kuntz)  When we're talking about

19   the gold standard, who makes the decision as to

20   whether a product is gold standard or not?

21       **A**    I don't think it's any one -- one person.

22   It's a consensus amongst professional societies,

23   amongst community standards.

24           It may vary based on geographic region or

25   country based on what's available and what's feasible

Brian Flynn, M.D.

Page 154

1   to that medical community.

2        Q     Do you believe that Burch is still the gold

3   standard for the treatment of stress urinary

4   incontinence?

5        A     I believe it's an effective procedure, but

6   it's certainly not the most popular procedure, and I

7   don't believe it's -- I think the gold standard -- I

8   wouldn't use that word with the word "Burch," but I

9   think it's an acceptable procedure.

10       Q     Do you define "gold standard" as the most

11  popular procedure?

12             MR. SNELL:  Objection, form, asked and

13  answered.

14       A     I think that the gold standard procedure

15  isn't always the most popular procedure, but it

16  usually is.  But there's oftentimes -- you know, the

17  word "terminal procedure" is often the most

18  efficacious procedure, but it might not be a

19  procedure that's readily performed by a wide variety

20  of physicians.

21             So gold standard, it's usually the most

22  popular procedure, but it's not necessarily the most

23  popular.

24       Q     (By Mr. Kuntz)  Do you think you have to

25  have valid RCTs for a product to become the gold

Brian Flynn, M.D.

Page 155

1  standard?

2     **A**     No.  You're only measuring the product

3  across other procedures within that category.  So,

4  you know, for some diseases and some surgeries, it's

5  a prevalent enough problem that there would be RCTs

6  for less common diseases, less common problems, less

7  complications.  There may never be an RCT.

8     **Q**     Okay.  So you believe that the

9  mechanical-cut mesh TVT is the gold standard,

10  correct?

11     **A**     Mechanical-cut?

12     **Q**     Mesh.

13     **A**     No.  I believe Type I macroporous

14  polypropylene mesh is the most commonly used type of

15  mid-urethral sling, and I believe the mid-urethral

16  sling is the gold standard, but I don't differentiate

17  between laser- and mechanically-cut.  It seems very

18  arbitrary.

19     **Q**     Okay.  So you believe any mid-urethral

20  sling that uses an amid Type I macroporous

21  classification for its mesh is the gold standard,

22  right?

23     **A**     I believe that that's appropriate for

24  mid-urethral slings, and the mid-urethral sling is

25  the gold standard for stress urinary incontinence.

Brian Flynn, M.D.

Page 156

1   **Q**    And we're talking about full-length

2   mid-urethral slings, correct?

3           MR. SNELL:  Objection, form.  It misstates.

4   **A**    If we go back to the AUA statement and the

5   SUFU statement, both transobturator and retrobubic

6   full-length mid-urethral slings.

7   **Q**    (By Mr. Kuntz)  Okay.  Is that -- what AUA

8   statement are you basing it on?  The November 2011

9   one?

10   **A**    Let me go ahead and pull that up.  Yeah.

11   The 2011 American Urologic Position on the Use of

12   Vaginal Mess for Surgical Treatment of Stress Urinary

13   Incontinence.  We've marked that as Exhibit 6.

14           MR. KEITH:  It's an article in Exhibit 6.

15   **Q**    (By Mr. Kuntz)  Let me ask you this,

16   Doctor:  Do you agree with this statement:  The level

17   of evidence supporting the universal use of any

18   single SUI surgical procedure for the treatment of

19   all patients with SUI is poor?

20   **A**    Can you repeat the question?

21   **Q**    The level of evidence supporting the

22   universal use of any single SUI surgical procedure

23   for the treatment of all patients with SUI is poor?

24   **A**    No.  I would disagree with that.

25   **Q**    Okay.  Because you believe mid-urethral

Brian Flynn, M.D.

1  slings are the number one choice and the gold

2  standard?

3  **A**    I believe that, and I believe the

4  professional societies believe that, and I believe 95

5  percent of practicing urologists and urogynecologists

6  believe that.

7  **Q**    Okay.  Have you ever talked to Dr. Rovner?

8  Does he believe that?

9  **A**    Dr. Rovner?  Certainly.  He is one of the

10  authors on the statement for SUFU.  He's the

11  president of -- former president of SUFU.  So I

12  believe he's quite familiar with that.

13  **Q**    Okay.  Did you ever get a copy of the AUGS

14  statement when we were on break?

15  **A**    I believe we always had the statement.

16       MR. SNELL:  I think you already covered

17  that.

18       MR. KUNTZ:  Well, no, because you wanted

19  him to see it, Burt.

20  **Q**    (By Mr. Kuntz)  Let me ask you this about

21  --

22       MR. SNELL:  He had it -- he pulled it for

23  you, I think, or maybe I'm mis --

24  **Q**    (By Mr. Kuntz)  Just answer this question.

25  Do you agree or disagree with this statement, Doctor:

Brian Flynn, M.D.

Page 158

1    The safety and effectiveness of multi-incision slings

2    --

3              MR. SNELL:  Hold on.  You've got to --

4         Q    (By Mr. Kuntz)  -- is well established --

5              (All speaking simultaneously, and reporter

6              requested clarification.)

7              MR. KEITH:  She can't keep up with you,

8    Jeff.

9         Q    (By Mr. Kuntz)  Do you agree with this

10   statement:  The safety and effectiveness of

11   multi-incision slings is well established in clinical

12   trials that followed patients for up to one year?

13        A    Let me have you repeat that one more time.

14        Q    The safety and effectiveness of

15   multi-incision slings is well established in clinical

16   trials that followed patients for up to one year.

17        A    Yes, I would agree that the efficacy and

18   safety is well established.

19        Q    For only up to one year?

20        A    No.  Beyond one year, but I think that --

21   you asked up to one year, yes.  If you asked me two

22   years, I would say yes.  Three years, I would say

23   yes.

24        Q    How many years would you say it's been

25   studied for?

Brian Flynn, M.D.

Page 159

1    **A**    Well, if you look at the Nilsson paper,
2    it's been studied for as many as 17 years.

3    **Q**    Have you looked at any of the raw data from
4    the Nilsson study?

5    **A**    What do you mean by "raw data"?

6    **Q**    Any of the patient-level data.

7         MR. SNELL:  Form, vague.  Go ahead.

8    **A**    I can get the article out and look at the
9    article, but I'm not -- I don't have his spreadsheet,
10   if that's what you're asking me.

11   **Q**    (By Mr. Kuntz)  Do you know how many
12   patients were in the original cohort for the Nilsson
13   17-year data?

14   **A**    I know that he did lose an expected
15   percentage of patients over the 17-year follow-up.  I
16   think at the end of the follow-up, there might have
17   been half of the cohort left.

18   **Q**    Okay.

19        MR. SNELL:  You can get the article and
20   pull it out and look at it.  So let's not guess.  If
21   you want to get it, get it.

22   **A**    We're going to go ahead and pull that
23   article.

24   **Q**    (By Mr. Kuntz)  Well, you -- let me tell
25   you this -- ask you this:  You would agree that the

Brian Flynn, M.D.

Page 160

1   Nilsson study did not deal with the laser-cut mesh

2   placed in the obturator space, correct?

3       **A**    Correct.  Nilsson study involved TVT

4   Retropubic, also known as TVT Classic.

5            MR. KEITH:  What exhibit is that?

6            THE DEPONENT:  This is Exhibit No. 16.

7            MR. SNELL:  Do you just want to use that

8   copy there?

9            THE DEPONENT:  Yeah.

10      **A**    So it says, "78 percent of potentially

11  assessable women were evaluated either by clinic

12  visit or by telephone interview."  78 percent.

13      **Q**    (By Mr. Kuntz)  So there were no physical

14  examinations on a good percentage of those women, but

15  they were interviews over the phone, correct?

16           MR. SNELL:  Objection, form, vague, "good

17  percentage."

18      **A**    Of the 58 women who were available, 46

19  women visited the clinic, 12 were interviewed by

20  telephone.  So the -- you know, the majority -- you

21  know, more than 75 percent were examined.

22      **Q**    (By Mr. Kuntz)  Do you know how many

23  patients were lost at follow-up at the 17-year time

24  period?

25      **A**    11 women died.  So they were lost to

Brian Flynn, M.D.

Page 161

1   follow-up, I guess.  16 women could not be contacted.

2   So of the 79 women that were remaining, 16 could not

3   be contacted.  Five women had impaired mental

4   capacity.  So the number went from 90 to 79 to 58

5   over 17 years.

6   **Q**   Do we know why -- do you know why any of

7   the women died or how they died?

8   **A**   I believe they died of natural causes, but

9   this is not a cancer study.  So, you know, I don't

10  think that's as important.  With cancer studies, we

11  usually look at cancer-free survival versus

12  disease-free survival.

13  **Q**   Doctor, do you believe that the Prolene

14  mesh and the TVT Abbrevo is lightweight mesh?

15  **A**   Like we mentioned earlier, TVT Abbrevo Type

16  I by the mid-classification macroporous -- you can

17  use the word "lightweight" if you want.

18  **Q**   What's your definition of "lightweight

19  mesh"?

20  **A**   Lightweight mesh, in my mind, would be only

21  relevant compared to products in its category.  So if

22  you look at the Pam Moalli paper, she studies the

23  lightweight meshes.  That would include TVT mesh.

24          So meshes that are more than 75 microns in

25  pore size and weigh less than 100 grams per meter

Brian Flynn, M.D.

Page 162

1  squared.

2      **Q**    So less than 100 grams per meter squared

3  you consider lightweight?

4      **A**    I would.  Let me get the Moalli paper out

5  just to be certain of that number.  And we could

6  submit that as an exhibit.

7           MR. KEITH:  It's probably part of an

8  exhibit already.

9      **A**    Yeah, it's probably part of the exhibit.

10           MR. KEITH:  Is that in the orange folder?

11           THE DEPONENT:  No.  I don't have it in the

12  orange folder.

13           MR. SNELL:  It might be in this one here

14  (indicating).

15           MR. KEITH:  Jeff, I'm going to go to the

16  restroom.  You can keep going.

17           MR. SNELL:  Why don't we take a break.

18  I've got to use the restroom, too.

19           MR. KEITH:  I'm sorry.  I didn't want to --

20           MR. SNELL:  It's okay.

21           THE DEPONENT:  No, that's all right.

22           MR. KUNTZ:  We're not taking a -- can we

23  wait until after this line of questioning?

24           MR. SNELL:  Yeah, that's fine.  Go ahead.

25      **Q**    (By Mr. Kuntz)  What do you define --

Brian Flynn, M.D.

Page 163

1              MR. SNELL:  Hold on.  He's looking for the

2    Moalli paper.

3        **Q**    (By Mr. Kuntz)  Let me ask you this:  Is

4    the Moalli paper your sole basis of the definition of

5    what lightweight mesh is, Doctor?

6        **A**    No.  It's one of many criteria or papers I

7    use.

8        **Q**    What are the other papers --

9        **A**    I like to look at the Dietz paper, and then

10   --

11       **Q**    -- for definitions --

12              (All speaking simultaneously, and reporter

13              requested clarification.)

14       **Q**    (By Mr. Kuntz)  -- for definitions of mesh?

15       **A**    I think for characterization of the meshes

16   in terms of pore size, stiffness, breaking strengths,

17   all those things are important factors that one

18   consider.

19       **Q**    What Moalli paper are you looking at?

20       **A**    We're looking from Exhibit No. 16.

21       **Q**    What's the year on it?

22       **A**    The year is 2008.  International

23   Urogynecology Journal, 2008, Pamela Moalli.

24       **Q**    Have you read any other of Pam Moalli's

25   newer articles?  Are those on your reliance list?

Brian Flynn, M.D.

1      **A**     Yeah.  I've looked at her recent article

2   looking at carcinogenesis -- or I should say the lack

3   of -- with respect to polypropylene mesh.

4      **Q**     What do you define as a medium-weight mesh?

5           MR. SNELL:  Form, vague as to application.

6      **A**     I don't have a definition for that.  It's

7   not a term I use.

8      **Q**     (By Mr. Kuntz)  Okay.  So you've never seen

9   Ethicon use that term?

10          MR. SNELL:  Objection, form, vague as to

11   application.

12     **Q**     (By Mr. Kuntz)  What do you define as a

13   heavyweight mesh, Doctor?

14          MR. SNELL:  Objection, form, vague as to

15   application, asked and answered.

16     **Q**     (By Mr. Kuntz)  What do you consider a

17   heavyweight mesh used for stress urinary

18   incontinence?

19     **A**     I don't believe there are any on the

20   market.  There's some historic meshes that we can

21   speak to.

22     **Q**     What's the heaviest weight you know of in a

23   mesh used for SUI treatment?

24     **A**     Historically or currently?

25     **Q**     Let's start with historically.

Brian Flynn, M.D.

Page 165

1     **A**    Well, historically, I know that products

2   such as Gore-Tex, Mersilene, or heavier-weight

3   meshes.  So many of the Type II, Type III, Type IV

4   meshes from the amid classification I would consider

5   heavyweight meshes.

6     **Q**    Okay.  Anything else?  What about Marlex?

7     **A**    Yeah.  Marlex would be a mesh that I'm not

8   as familiar with.  I know it was a polypropylene

9   mesh, but I believe the pore size on that mesh and

10   the size of the fibers, specifically the mils were

11   thicker than -- than on polypropylene or Prolene mesh

12   or Gynecare TVT mesh.

13     **Q**    Doctor, I'm talking about two different

14   things.  I'm not talking about pore size.  I'm

15   talking about weight right now.  Do you understand

16   that?

17     **A**    I do.

18         MR. SNELL:  Objection, form.  Go ahead.

19     **A**    But I think when you're going to ask me to

20   classify lightweight, heavyweight, mid-weight -- I

21   don't look just at the weight.  I look at the mil

22   fiber; I look at the pore size; I look at the mesh

23   thickness, the porosity.

24         I believe most people when they speak of

25   light- and heavyweight meshes, they're referring to a

Brian Flynn, M.D.

Page 166

1   lot more than just the weight.

2      **Q**    (By Mr. Kuntz)  Well, you said lightweight

3   mesh is less than 100 grams.  That's a weight

4   measurement, correct?

5      **A**    I said it's right around 100 grams.  So,

6   you know, 100 grams to me is a lightweight mesh.

7      **Q**    What about -- what is a heavyweight mesh?

8      **A**    A heavyweight mesh?  I think that you would

9   probably be looking at something that's microporous.

10     **Q**    What about weight?  I'm not talking about

11  pore size, Doctor.

12          MR. SNELL:  Objection, form.  He's

13  testified as to how he considers it.

14     **Q**    (By Mr. Kuntz)  What is -- do you have any

15  idea what the literature calls heavyweight,

16  lightweight, or medium-weight, Doctor?

17          MR. SNELL:  Objection, form, vague as to

18  application.

19     **Q**    (By Mr. Kuntz)  What does Pam Moalli call a

20  heavyweight mess?  How many grams?

21          MR. SNELL:  Same objection, vague as to

22  application.

23     **Q**    (By Mr. Kuntz)  Let me ask you this,

24  Doctor:  Do you think that the weight of mesh change

25  when it's used in one place of the body versus the

Brian Flynn, M.D.

Page 167

1    other?  Is that your opinion?

2       **A**    I think that the weight of the meshes are

3    only relevant to the body part they're used in and

4    when compared to products in that category.

5            So lightweight, heavyweight might have

6    different criteria for hernia than it does for SUI

7    than it does for POP.

8       **Q**    Okay.  So a mesh could be lightweight --

9    strike that.

10           A mesh could be heavyweight for hernia use

11   but lightweight for stress urinary incontinence use

12   or for a POP mesh.  Is that what you're saying?

13      **A**    Absolutely.  Someone who is considered

14   heavy in one part of the country might be considered

15   thin in another part.

16      **Q**    What are you talking about?  Are you

17   talking about other parts of the country or the body?

18      **A**    Other parts of the country, other parts of

19   the world.  So I think it's all relative in the eyes

20   of the beholder.

21      **Q**    Do you believe that a mesh can be

22   heavyweight for a hernia mesh but then if that same

23   mesh is used for stress urinary incontinence, it can

24   be a different weight?

25           MR. SNELL:  Objection, form, asked and

Brian Flynn, M.D.

Page 168

1   answered.

2      **A**    The weight stays the same.  How we

3   characterize it and how we describe it and

4   characterize it is what's different.

5          So to give an example of mesh that is

6   considered heavyweight for prolapse would probably be

7   considered lightweight for hernia.  Hernia meshes in

8   general are going to be much heavier.  The mil fibers

9   are larger.  The pore sizes are different.  The mesh

10  overall size surface area is going to be much larger.

11         So, you know, it's hard to compare across

12  those three processes:  hernia, POP, and SUI.  So the

13  weight doesn't change, but how we characterize it

14  does.

15     **Q**    (By Mr. Kuntz)  Do you believe that mesh in

16  the abdomen acts the same way as mesh in the pelvic

17  floor?

18         MR. SNELL:  Form, vague, "acts."

19     **A**    Yeah.  Can you be more specific on "acts"?

20     **Q**    (By Mr. Kuntz)  Have you ever seen any

21  Ethicon documents discussing how mesh acts or reacts

22  in the abdomen as it's compared to the pelvic floor?

23  Is it the same?

24         MR. SNELL:  Objection, form, compound.

25     **A**    Yeah.  Again, I'm not going to answer that

Brian Flynn, M.D.

Page 169

1   with the word "same."  You'd have to give me examples

2   in terms of how the body reacts or how -- the forces

3   that are applied to the mesh.

4       **Q**    (By Mr. Kuntz)  You can't answer that

5   question?

6       **A**    No, I can't answer that question, not --

7       **Q**    Have you ever seen --

8       **A**    -- the way you asked it.

9              (All speaking simultaneously, and reporter

10             requested clarification.)

11      **Q**    (By Mr. Kuntz)  Have you ever seen any

12  discussion about that issue in any Ethicon internal

13  documents?

14             MR. SNELL:  Objection, form, vague, "that

15  issue."  It relates back to the previous objection.

16      **A**    Yeah.  I mean, that's -- you're asking me

17  to speculate there, and I'm not going to do that.

18      **Q**    (By Mr. Kuntz)  So you haven't seen any

19  documents that discuss that issue, right, Doctor?

20             MR. SNELL:  Same objection, "that issue,"

21  vague.  It relates back to the previous objection.

22      **A**    All of the professional educational

23  materials that have been provided to me, comments I

24  made at meetings, slide shows that I presented, all

25  understanding that I've ever had with mid-urethral

Brian Flynn, M.D.

Page 170

1  tapes across various manufacturers, Obturator,

2  Retropubic, full-length or mini, they're all

3  lightweight.

4          I've never used anything but a lightweight

5  mesh for SUI.  That's all anybody has ever used for

6  the last 15 years.

7    **Q**    (By Mr. Kuntz)  Okay.  Have --

8    **A**    Heavyweight mesh -- you're bringing up --

9          (All speaking simultaneously.)

10   **A**    You are bringing up a conversation from the

11  1980s.

12   **Q**    (By Mr. Kuntz)  Have you ever reviewed any

13  Ethicon internal documents that calls the Prolene

14  mesh used in the TVT line of products heavyweight?

15   **A**    No.

16   **Q**    Have you ever reviewed any literature that

17  calls the Prolene mesh in the TVT line of products

18  heavyweight?

19          MR. SNELL:  Objection, form, vague.

20   **A**    Can you repeat the question?

21   **Q**    (By Mr. Kuntz)  Have you ever reviewed any

22  literature that calls the Prolene mesh in the TVT

23  line of products heavyweight?

24   **A**    I'm sure Dr. Ostergard and others like him

25  -- experts that you guys use have called it

Brian Flynn, M.D.

Page 171

1  heavyweight, but I don't think that in any of the

2  Ethicon material and in any of the RCTs has the mesh

3  ever been called heavyweight.

4      **Q**    You agree that lightweight mesh is better

5  than heavyweight mesh for SUI slings, correct?

6          MR. SNELL:  Objection, form, vague.

7      **A**    Incorrect.

8      **Q**    (By Mr. Kuntz)  Explain why you think that

9  a heavyweight mesh could be better than a lightweight

10  mesh for SUI treatment.

11          MR. SNELL:  Objection.  It misstates

12  testimony opinion.

13      **A**    What I mentioned earlier in the deposition,

14  what I'll mention again now is that there's an

15  optimal pore size, there's an optimal weight, there's

16  an optimal stiffness, and it's a matter of finding

17  the right balance.

18          And so extremes in either direction are not

19  going to be optimal.  You want to find a balance.  So

20  if the mesh is too lightweight, it's going to not

21  provide enough support to the urethra; it's going to

22  be completely infective.

23          So, you know, there's an extreme to how

24  light you can make a mesh, and if it's too light,

25  it's not going to be effective.  So I think that the

Brian Flynn, M.D.

Page 172

1    mesh characteristics of the Gynecare TVT are ideal.

2    **Q**    (By Mr. Kuntz)  Do you agree that there

3    should not be any heavyweight meshes for SUI sling

4    products on the market today?

5         MR. SNELL:  Form, foundation, vague.

6    **A**    Can you repeat the question?

7    **Q**    (By Mr. Kuntz)  Do you agree that there

8    should be no heavyweight meshes in SUI slings on the

9    market today?

10        MR. SNELL:  Objection, form, vague,

11   foundation.

12   **A**    You'd have to give me a number on what you

13   consider heavyweight, but the heavyweight meshes I'm

14   aware of that have been used historically haven't

15   been used since the 1980s, early 1990s.

16   **Q**    (By Mr. Kuntz)  Did you tell me what your

17   definition of "heavyweight mesh" is?  How many grams?

18        MR. SNELL:  Objection, form, asked and

19   answered.

20        MR. KUNTZ:  I don't think he's ever

21   answered it.

22        MR. SNELL:  He told you he looks at beyond

23   just the number.  He's told you that three times, I

24   think.

25   **A**    If you want an answer, I've defined

Brian Flynn, M.D.

Page 173

1  lightweight, and Gynecare TVT is lightweight.  Pore

2  size greater than 75 microns.  In fact, the pore size

3  is over 1,300 microns, and the weight is 100 grams,

4  which is nearly the same weight of any other products

5  in its category.

6       It's the same weight as the Boston

7  Scientific mesh that Dr. Luu is using today.

8    **Q**   (By Mr. Kuntz)  What's your basis for

9  believing that the TVT Abbrevo mesh is lightweight?

10      MR. SNELL:  Objection, form, asked and

11  answered.

12   **A**   The basis is from information provided to

13  me from Ethicon, review of the scientific literature,

14  including the Moalli paper, review of meshes from

15  other products like Boston Scientific Obtryx II,

16  transobturator mid-urethral sling, which we have

17  here as an exhibit.  So it's certainly in the same

18  category as that mesh.

19      So if you're going to call one heavyweight

20  or one lightweight, those two meshes are married to

21  each other.

22      The AUGS/SUFU 2014 position statements -- I

23  can go on and on, but I think any reasonable surgeon

24  would consider Gynecare TVT Type I mesh to be

25  lightweight.

Brian Flynn, M.D.

Page 174

1    **Q**    (By Mr. Kuntz)  And, again, you -- you've

2  never seen any internal documents from Ethicon that

3  call the TVT Prolene mesh heavyweight, correct?

4         MR. SNELL:  Objection, form and foundation.

5    **A**    Yeah.  I haven't seen any internal

6  documents, but, again, I'm not aware of a lot of

7  these internal documents.

8         I don't work for Ethicon.  You know, I'm

9  aware of the scientific literature and the prof

10 education that they provide me.

11   **Q**    (By Mr. Kuntz)  Doctor, you do work for

12 Ethicon.  You have been consulted with them -- you

13 consulted with them for seven years.  So that's not

14 true.

15        My question is real simple.  You have

16 binders and binders and binders of documents there,

17 and you've been preparing for this depo for six

18 months.

19        Have you ever been given or reviewed any

20 documents internally from Ethicon that call the TVT

21 Prolene mesh heavyweight?

22        MR. SNELL:  Objection.  I'm going to move

23 to strike the attorney comment in the preceding --

24 leading up to the preceding question, and objection

25 as asked and answered on the question.  Form.  Asked

Brian Flynn, M.D.

Page 175

1    and answered about three times.  Go ahead.

2        **A**    I'm satisfied with my answers at this

3    point.  I'm not going to spend any more time on that.

4        **Q**    (By Mr. Kuntz)  Would it surprise you if

5    Ethicon had internal documents that called the TVT

6    Prolene mesh heavyweight?

7        **A**    You know, Ethicon is a corporation.  If you

8    want to speak to one person, there might be some

9    person who is less informed than others that may have

10   made that comment somewhere internally during a

11   private communication, but that's not something that

12   was taught.  That's not something that's in any of

13   the published literature or literature they share

14   with their physicians.

15           So it's an overly broad statement.  There

16   might be some employee somewhere -- some new sales

17   rep that may have mischaracterized the mesh.

18       **Q**    Okay.  Doctor, do you agree that physicians

19   should be made aware of all the significant safety

20   risks associated with the product in the IFU?

21           MR. SNELL:  Objection, form, vague.

22       **A**    It should be made aware by whom?

23       **Q**    (By Mr. Kuntz)  By Ethicon in the IFU.  Do

24   you agree that physicians should be made aware of all

25   the significant safety risks associated with the

Brian Flynn, M.D.

Page 176

1    product in the IFU?

2            MR. SNELL:  Objection, form and foundation,

3    vague, "all safety."

4        **A**    I believe that the physician has a personal

5    responsibility to read the IFU, and I believe that

6    most of their awareness of risk and benefits of

7    surgery come from their medical school, residency,

8    fellowship, training, and clinical practice.

9            MR. KUNTZ:  Okay.  That's not the answer to

10   my question.  I'll move to strike.

11       **Q**    (By Mr. Kuntz)  Do you agree or disagree

12   physicians should be made aware of all the

13   significant safety risks associated with the product

14   in the IFU?

15           MR. SNELL:  Objection, form, asked and

16   answered.

17       **Q**    (By Mr. Kuntz)  Do you agree or disagree?

18       **A**    I disagree.

19       **Q**    Okay.  Do you agree or disagree that a

20   manufacturer of a medical device that will be

21   implanted in a woman's body is required to disclose

22   all significant risks to doctors that come with the

23   use of the device?

24           MR. SNELL:  Objection, form, calls for a

25   legal conclusion.

Brian Flynn, M.D.

Page 177

1    **A**    I would disagree.

2    **Q**    (By Mr. Kuntz)  Do you agree or disagree?

3    The Warnings and Adverse Reaction section should

4    include all significant risks and complications

5    related to the use of the TVT.

6         MR. SNELL:  Objection, form, calls for a

7    legal conclusion, vague.

8    **A**    I'm going to disagree.

9    **Q**    (By Mr. Kuntz)  Do you agree or disagree

10   that an IFU should never exclude known hazards or

11   complications?

12        MR. SNELL:  Objection, form, vague.

13   **A**    I would disagree.

14   **Q**    (By Mr. Kuntz)  Do you agree that it would

15   be reasonable for physicians to know that the mesh in

16   the TVT product has been tested multiple times to be

17   severely or marked cytotoxic?

18        MR. SNELL:  Objection, form and foundation,

19   lacks foundation, calls for a legal conclusion, calls

20   for speculation.  Go ahead.

21   **A**    Can you repeat the question?

22   **Q**    (By Mr. Kuntz)  Agree that it would be

23   reasonable for physicians to know that the mesh in

24   the TVT product has been tested multiple times to be

25   severely or marked cytotoxic?

Brian Flynn, M.D.

Page 178

1          MR. SNELL:  Same objections, foundation,

2     form.

3     **A**     I don't know what you're asking me.  Are

4     you asking me that if it is cytotoxic, people should

5     know, or are you asking me is it cytotoxic?

6     **Q**     (By Mr. Kuntz)  I'm asking you if Ethicon

7     has testing that shows that if it's cytotoxic, that

8     should be put in the IFU and physicians should be

9     informed about it?

10          MR. SNELL:  Same objection, lacks

11     foundation, form, vague.

12     **A**     I would need to know more about the

13     cytotoxicity.  Is that in humans?  Is that in

14     benchwork?  Is that in rats?

15     **Q**     (By Mr. Kuntz)  Have you --

16     **A**     I can't answer that.

17     **Q**     Have you reviewed any testing from Ethicon

18     or been provided with any documents related to

19     cytotoxicity testing on the Prolene mesh?

20     **A**     Well, we have the material safety data

21     sheet that looks at polypropylene, and that's

22     something that we had in the exhibit -- in the orange

23     folder, Exhibit No. 8.

24     **Q**     Doctor, have you reviewed any testing that

25     talks about cytotoxicity of the Prolene mesh or not?

Brian Flynn, M.D.

Page 179

1     **A**    Yes.

2     **Q**    Okay.  And you're saying that information

3    is in the MSDS?

4     **A**    You know, "cytotoxicity" might not be the

5    right word, but it's an evaluation of the

6    composition, the hazardous identification, potential

7    health effects.

8     **Q**    Okay.  Let's just move on.

9     **A**    All right.

10     **Q**    Do you agree that the TVT IFU does not warn

11    that there is a chronic foreign body reaction as a

12    result of the TVT mesh?

13          MR. SNELL:  Objection, form, the document

14    speaks for itself.

15     **A**    Yeah.

16          MR. SNELL:  If you need to get the IFU out

17    --

18     **A**    Yeah.  Let's go back to the IFU.  Let me

19    get that out.

20          MR. KOOPMANN:  Exhibit 15.

21          THE DEPONENT:  15?

22          MR. KOOPMANN:  Right there (indicating).

23     **A**    Under Adverse Reactions, it speaks to

24    punctures, transient local irritation, transitory

25    foreign body response.  This response could lead in

Brian Flynn, M.D.

Page 180

1   extrusion, erosion, fistula formation, or

2   inflammation.

3          So they don't specify a time frame, but,

4   you know, I think that it's reasonable to understand

5   that it could be either acute or chronic.

6      **Q**    (By Mr. Kuntz)  But by that statement, you

7   believe that physicians would know that it's a

8   chronic foreign body reaction?

9      **A**    If someone results in having an erosion or

10  a fistula formation, yeah, those things are

11  representative of chronic problems.

12     **Q**    So if somebody has mesh permanently left in

13  their body and it's a chronic reaction, as you

14  suggest, a physician would know that?  Erosions can

15  happen anytime in the future, correct?

16     **A**    Can you repeat the question?

17     **Q**    You believe that that doesn't imply

18  transitory because erosions can happen at any time,

19  and, therefore, physicians would know that it's a

20  chronic foreign body reaction by that statement even

21  though it says "transitory"?

22     **A**    I think "transitory" is in the first

23  sentence.  The second sentence is a separate

24  sentence.  So I think that it could be transitory or

25  chronic.

Brian Flynn, M.D.

Page 181

1    **Q**    So why didn't they just place the words

2    "chronic" in there, Doctor?

3    **A**    I don't know.

4         MR. SNELL:  Objection, form, calls for

5    speculation.

6    **A**    I'm not going to speculate.

7    **Q**    (By Mr. Kuntz)  Okay.  Do you believe that

8    there's a chronic foreign body reaction to the mesh,

9    or do you believe it's transitory?

10   **A**    I believe in most instances it's

11   transitory.

12   **Q**    Okay.  But there are instances where it can

13   be chronic, correct?

14   **A**    Yeah, there are probably a small subset of

15   patients that can have a chronic reaction and where

16   you might see inflammatory cells.

17   **Q**    Do you agree that if Ethicon knew that the

18   TVT device was reasonably associated with

19   dyspareunia, it should have been included in the IFU?

20        MR. SNELL:  Objection, form and foundation.

21   **A**    I think that it's pretty clear, if you read

22   the IFU, that it warns about complications and injury

23   to surrounding structures and organs, nerve damage,

24   et cetera.  That's going to lead to dyspareunia.

25   **Q**    (By Mr. Kuntz)  Doctor, the words

Brian Flynn, M.D.

Page 182

1    "dyspareunia" never appear in the IFU, do they?

2          MR. SNELL:  Objection.  The document speaks

3    for itself as to what specific words appear in it.

4     **A**    Yeah.

5     **Q**    (By Mr. Kuntz)  Doctor, do the words

6    "dyspareunia" appear anywhere in the IFU?

7     **A**    No.  I don't see the word "dyspareunia."

8     **Q**    Is there anywhere in the IFU that tells a

9    patient or a doctor -- strike that.

10          Is there anywhere in the IFU that states

11   that one's partner can be injured by the mesh?

12          MR. SNELL:  Form and foundation.

13    **A**    I think that the IFU is a warning to

14   physicians about the precautions and adverse

15   reactions.

16          So the IFU is written for the physician.

17   It's not written for the patient.  It's not written

18   for the partner.

19    **Q**    (By Mr. Kuntz)  Doctor, do you think women

20   would want to know that their partner could be

21   injured from a product they're having implanted in

22   them?

23          MR. SNELL:  Objection, foundation, form,

24   calls for speculation.

25    **A**    I'm not going to answer that.

Brian Flynn, M.D.

Page 183

1    **Q**    (By Mr. Kuntz)  Why?

2    **A**    I think it calls for speculation.  I think

3    women want to know what's going to happen to them.

4    It's a rare patient that would have no pain but their

5    partner would have pain.

6              So I think the two things are connected.

7    If the patient has dyspareunia, the husband may have

8    pain as well.  It's an unpleasant experience for both

9    of them.

10    **Q**    Do you warn your patients that their

11    partners might have pain during sexual activity

12    before you implant a TVT device in them?

13    **A**    No, I don't.

14    **Q**    Have your consents changed over the years?

15    Do you have more stuff in your consent now than you

16    did in, say, 2005 for a TVT product?

17              MR. SNELL:  Form, vague.  Go ahead.

18    **A**    Yeah.  I follow what the FDA PHN has

19    recommended, and the document I prepared for the AUA,

20    I gave a list of bullet points that physicians should

21    share with their patients when providing informed

22    consent.  So yeah, it has evolved over time.

23    **Q**    (By Mr. Kuntz)  When you've been consulting

24    with Ethicon, have you ever asked them why they

25    haven't updated their IFU for the TVT products in

Brian Flynn, M.D.

Page 184

1   relation to the FDA PHNs?

2          MR. SNELL:  Objection, lacks foundation.

3   It misstates the evidence.

4      **A**    I have not had that conversation with them.

5   They're -- they're aware of the PHN as much as I am.

6   I don't need to advise them in regards to how to

7   respond to the PHN.

8      **Q**    (By Mr. Kuntz)  Do you agree if Ethicon

9   knew that the TVT device was reasonably associated

10  with chronic pain, it should be included in the IFU?

11         MR. SNELL:  Objection, foundation.

12     **A**    I feel the IFU is adequate.  It warns --

13     **Q**    (By Mr. Kuntz)  That's not my question,

14  Doctor.  I know --

15     **A**    -- of any --

16     **Q**    -- you think it's adequate.

17         (All speaking simultaneously, and

18         reporter requested clarification.)

19     **A**    Okay.

20     **Q**    (By Mr. Kuntz)  Agree or disagree.  If

21  Ethicon knew that the TVT device was reasonably

22  associated with chronic pain, it should have been

23  included in the IFU.  Do you disagree or agree with

24  that?

25         MR. SNELL:  Objection, form.

Brian Flynn, M.D.

Page 185

1     **A**     I think I've answered that, but I disagree

2     with that.

3            MR. SNELL:  Can we take a break at some

4     point, Jeff?

5            MR. KUNTZ:  Sure.

6            (Recess from 7:23 p.m. to 7:44 p.m.)

7     **Q**     (By Mr. Kuntz)  Doctor, I want to talk a

8     little bit more about the IFUs.

9     **A**     Yes.

10    **Q**     Do you agree that patients would like to

11    know the severity, frequency, or duration of the

12    adverse risks that are associated with the product?

13           MR. SNELL:  Objection, foundation, form,

14    compound.

15    **A**     Can you repeat the question?

16    **Q**     (By Mr. Kuntz)  Yeah.  I'll change it.

17           Do you agree that patients receiving a TVT

18    product would like to know the severity of the

19    adverse risks listed in the IFU?

20           MR. SNELL:  Objection, foundation, calls

21    for speculation, compound.

22    **A**     Are you asking me if that stuff should be

23    in the IFU, or are you asking me should doctors tell

24    patients that?

25    **Q**     (By Mr. Kuntz)  I'm asking:  Do you think

Brian Flynn, M.D.

Page 186

1    patients want to know that information?

2              MR. SNELL:  Same objections.

3       **A**    I think when talking to patients about

4    risks and benefits, if it's a risk that occurs

5    commonly, then patients -- physicians are going to

6    mention that to their patients.

7              Yeah, so I would agree patients want to

8    know, but I would disagree that that's a purpose of

9    the IFU.

10      **Q**    (By Mr. Kuntz)  Do you agree that a company

11   cannot avoid warning of an adverse event in the IFU

12   just because it is rare?

13             MR. SNELL:  Objection, form, calls for a

14   legal conclusion.

15      **A**    I would disagree.

16      **Q**    (By Mr. Kuntz)  Are you an expert in IFUs?

17      **A**    I've made contributions to IFUs, but I'm

18   not an expert in it.  No.  I think it's something

19   that's prepared by an in-house person within a

20   corporation, but I've made contributions in terms of

21   commentary.

22      **Q**    Have you ever reviewed any of the FDA

23   regulations on labeling?

24      **A**    No.

25      **Q**    Have you ever reviewed any of the FDA

Brian Flynn, M.D.

Page 187

1    guidelines on labeling?

2        **A**    No.

3        **Q**    Does Ethicon put the severity of adverse

4    risks in the IFU?

5        **A**    The severity of risks or the prevalence of

6    risks?

7        **Q**    Yes.

8        **A**    I don't see anything about prevalence.

9        **Q**    Okay.  Do you see anything in the IFU for

10   the TVT line of products talking about the duration

11   of the risks?

12       **A**    I don't see a specific time frame

13   mentioned.  It talks about transient leg pain lasting

14   24 to 48 hours.

15       **Q**    Nothing about chronic pain in the IFU, is

16   there?

17           MR. SNELL:  Objection, form, vague, asked

18   and answered.

19       **A**    Yeah, I mentioned earlier when I said,

20   "This response could result in extrusion, erosion,

21   fistula formation, or inflammation."

22           Many of those issues are chronic issues

23   that can happen over time or in a delayed fashion.

24   So I think it speaks to it.

25       **Q**    (By Mr. Kuntz)  The words "chronic pain"

Brian Flynn, M.D.

Page 188

1    never appear in the IFU, do they, Doctor?

2              MR. SNELL:  Objection, form.  Did you say

3    "the words 'chronic pain'"?

4              MR. KUNTZ:  Yes.

5              MR. SNELL:  All right.

6      **A**     Okay.  I don't see the word "chronic."  I

7    see the mention of -- about punctures to vessels,

8    nerves, bladder.

9              MR. KUNTZ:  I'll move to strike.

10     **Q**     (By Mr. Kuntz)  Are the words -- "chronic"

11   appear anywhere in the IFU?

12             MR. SNELL:  Objection, form.  The document

13   speaks for itself as to the words in it.

14     **Q**     (By Mr. Kuntz)  Doctor, do you know if the

15   word "chronic" appears anywhere in the IFU?

16     **A**     I don't see it in the IFU, the word

17   "chronic."

18     **Q**     How many times does the word "transitory"

19   appear in the IFU?

20     **A**     The word "transitory" appears under the

21   section Adverse Reactions.

22     **Q**     Do you agree or disagree that the IFU must

23   put adverse events in the context of severity and

24   frequency?

25             MR. SNELL:  Objection, form, asked and

Brian Flynn, M.D.

Page 189

1   answered.

2          MR. KUNTZ:  I didn't ask that exact

3   question.

4      **A**    Yeah, I'm going to disagree to that.

5      **Q**    (By Mr. Kuntz)  Okay.  Have you ever read

6   Pete Hinoul's trial testimony from the Batese

7   (phonetic) case?

8      **A**    No, I have not.

9      **Q**    Do you know who Pete Hinoul is?

10     **A**    Yeah.  I've authored a paper with Pete.  I

11  know him reasonably well.

12     **Q**    You examined Mrs. Perry on December 19th?

13     **A**    That's correct.

14     **Q**    And you would agree that Mrs. Perry

15  currently has pelvic pain?

16     **A**    Yeah, I would agree that she's had chronic

17  pelvic pain.

18     **Q**    And you agree that when you examined her,

19  you listed it as pain?

20          MR. SNELL:  Form, vague.  What pain are you

21  talking about?

22     **Q**    (By Mr. Kuntz)  Well, you examined her and

23  found pain in four different areas of the vagina,

24  correct, Doctor?

25     **A**    I'm looking at my examination right now,

Brian Flynn, M.D.

Page 190

1    and I see her describing pain -- one, two, three --

2    yeah, four different areas.

3        **Q**    So as of December 19th, you believe she has

4    pain in four different areas of her vagina?

5        **A**    That's what she told me.

6        **Q**    And, in fact, you have no reason not to

7    believe her, correct?

8            MR. SNELL:  Form.

9        **Q**    (By Mr. Kuntz)  Let me ask you this,

10   Doctor:  You're trained to determine whether patients

11   are being honest about pain, correct?

12       **A**    We receive very little training on that.

13       **Q**    But part of your job is to determine

14   whether patients are telling the truth about pain or

15   not --

16       **A**    Yes --

17       **Q**    -- correct?

18       **A**    -- that's correct.

19       **Q**    And you fill out a psychiatric part -- or

20   portion of your exam.  You state that she answers

21   questions appropriately within normal effects.

22           What does that mean?

23       **A**    It means that she was never extreme about

24   any of her answers.  She never seemed angry, never

25   seemed disturbed with me or confrontational.

Brian Flynn, M.D.

Page 191

1    **Q**    Do you believe she was telling the truth
2  about the pain that you noted in your IME?

3    **A**    I don't have an answer to that.

4    **Q**    You have to answer that question, Doctor.
5  Do you believe --

6         MR. SNELL:  No, he doesn't have to answer
7  -- he can answer it any way he wants.

8    **A**    It's very difficult to assess someone's
9  ability or inability to tell the truth based on one
10  exam.

11         If Coleen Perry was my patient, I would
12  eventually formulate an opinion over time, but it's
13  very difficult on a single exam to know if the
14  patient is telling the truth or not.

15    **Q**    (By Mr. Kuntz)  So -- and you're not
16  trained to tell whether patients are telling the
17  truth or not when you're doing a pain exam?

18    **A**    I mentioned we have little training in
19  that.  It comes down to a gut feeling, basically.
20  That's all it is.

21    **Q**    What's your gut feeling in this case?  Was
22  she telling the truth about her pain or not?

23    **A**    I haven't formulated an opinion on that.

24    **Q**    So you're going to give no opinion on that
25  at trial in this case?

Brian Flynn, M.D.

Page 192

1     **A**    I may give an opinion, but it's something

2    that I'm still struggling with to determine.

3     **Q**    Doctor, this is my only chance.  I am

4    entitled to know your full opinion right now on this

5    deposition as to what you're going to testify to at

6    trial or not.

7          Do you understand that?

8     **A**    What I'll testify in trial is:  When I

9    touched those four areas, she reported pain, and I

10   graded what that pain was.

11         I think it's going to be up to the jury to

12   determine whether or not she was telling the truth or

13   not.

14    **Q**    Are you going to offer an opinion as to

15   whether she was telling the truth or not?

16         MR. SNELL:  No.  He just told you the limit

17   of his opinion right there.

18    **Q**    (By Mr. Kuntz)  So you're going to say when

19   you examined her, when you touched those areas, she

20   reported those levels of pain?

21    **A**    That's correct.

22         MR. KUNTZ:  And, Sean, can you hand him the

23   diagram of the vagina and mark that as an exhibit.

24         MR. KEITH:  I can.  I can impress everybody

25   how quickly I can go to it.  That will be Exhibit 29.

Brian Flynn, M.D.

Page 193

1           (Exhibit 29 was marked.)

2           MR. KEITH:  This document that's here,

3     where does that go?  Does that go in Exhibit 8, that

4     orange folder?

5           THE DEPONENT:  This would go in the orange

6     folder, yes.

7           MR. KEITH:  Do you want to kind of get that

8     --

9           THE DEPONENT:  Sure.

10          MR. KEITH:  Everything that goes in

11    Exhibit 8, can we get that over there?  Do you have

12    anything, Burt?  Did you take anything from

13    Exhibit 8?

14          MR. SNELL:  No.  I just have my exhibit

15    over here that I hand marked and my documents.

16          MR. KEITH:  Those are yours.

17          MR. SNELL:  This is his.  I don't know what

18    this goes to.

19          MR. KEITH:  That goes in Exhibit 8.  I know

20    that for a fact.

21          (Discussion off the record.)

22      Q   (By Mr. Kuntz)  Doctor, I want you to mark

23    on Exhibit 9 the four areas that you reported pain in

24    her vagina in your IME.

25          MR. KEITH:  It's Exhibit 29, Jeff.  I'm

Brian Flynn, M.D.

Page 194

1    sorry.

2            MR. SNELL:  And to the extent you're not

3    able to accurately mark it or depict it in this

4    two-dimensional view, you should note that on the

5    record.  This isn't a drawing deposition.  It's a Q

6    and A deposition.  Do you understand me?

7            THE DEPONENT:  I do.

8        Q   (By Mr. Kuntz)  So go ahead and mark where

9    you believe she had pain along the midline of --

10           MR. SNELL:  Objection, form.  It misstates

11   the testimony.  His testimony was that that's where

12   she reported pain.

13           MR. KUNTZ:  Are you going to testify for

14   him, Burt, or object?

15           MR. SNELL:  In California, we have to make

16   actually substantive form objections.

17           MR. KUNTZ:  Oh.

18           MR. SNELL:  At least that's what Barry

19   keeps slapping me for.

20           MR. KEITH:  Barry is the quiet one at the

21   end of the table.

22           (Discussion off the record.)

23       A   Okay.  I've marked the -- Exhibit 29, the

24   four areas that I described in my physical exam.

25       Q   (By Mr. Kuntz)  Okay.  And what are those

Brian Flynn, M.D.

Page 195

1    four areas?

2       **A**    So the first area I marked was the

3    posterior scar and perineorrhaphy area, and that area

4    is labeled "Cyst and posterior scar: 8 out of 10."

5            The next area is X on the anterior wall

6    near the urethra, and that's labeled "Anterior wall:

7    5 out of 10."  And then there's an area on the right

8    lateral vaginal wall labeled "4 out of 10."  There's

9    an X there.  And then there's an X on the left

10   lateral wall labeled "4 out of 10."

11      **Q**    I want you to draw a line where the sling

12   was placed in her.

13           MR. SNELL:  I'm going to object to making

14   the witness do that on a two-dimensional document as

15   opposed to three-dimensional.

16           MR. KUNTZ:  You can object.  Go --

17           MR. SNELL:  This isn't a drawing

18   deposition.  You can ask him questions, but I'm going

19   to tell this witness not to draw something in

20   two-dimensional.

21      **Q**    (By Mr. Kuntz)  Doctor, go ahead and mark

22   where the sling was placed.

23      **A**    I've been instructed not to do that.  I'm

24   not going to do that.

25           MR. KUNTZ:  You can't instruct him not to

Brian Flynn, M.D.

Page 196

1  do that, Burt.  There's absolutely no basis for that

2  objection.

3          MR. SNELL:  You tell me where in California

4  it's proper to have a witness do a drawing at a

5  deposition.  A deposition is the question and answer

6  session.  He's --

7              (All speaking simultaneously, and reporter

8              requested clarification.)

9          MR. SNELL:  He has provided a full IME

10 report to you that describes all of his findings.

11         MR. KUNTZ:  Put a diagram in the IME, or

12 you can put him on the stand and have him draw on

13 whatever you want.  I will keep this deposition open

14 or sit here all night until he makes that drawing.

15         You cannot tell him not to make that

16 drawing where the sling goes on that diagram.  That's

17 an absolutely improper objection --

18         MR. SNELL:  That -- this diagram --

19             (All speaking simultaneously, and reporter

20             requested clarification.)

21         MR. SNELL:  The diagram --

22         MR. KEITH:  Let him finish.

23         MR. SNELL:  The diagram is not an adequate

24 depiction of her three-dimensionally.  You have this

25 printed out from some Web site.  I don't know where.

Brian Flynn, M.D.

Page 197

1    I think it's going to misconstrue his opinion and

2    testimony.

3              MR. KEITH:  Okay.  Go, Jeff.

4              MR. KUNTZ:  You can object all you want for

5    the record, and you can fix it with the judge, if you

6    believe that's the rule.  And you can ask him on

7    direct to show whatever diagram you want.  And if

8    this is used, you can redirect him.

9        **Q**   (By Mr. Kuntz)  Doctor, draw the line where

10   the sling went.

11             MR. SNELL:  He can mark an X where the

12   sling was, but I'm not telling him to draw a line

13   where the sling went because this thing is not in any

14   type of three-dimensional form.

15       **Q**   (By Mr. Kuntz)  Doctor, do you ever use

16   non-three-dimensional models or diagrams to show your

17   patients things?

18       **A**   I've brought an exhibit with me -- it's in

19   Exhibit 8 -- of some drawings that I use with my

20   patients when describing mid-urethral sling

21   procedures to them.  I'm going to go ahead and get

22   that out of the orange folder that's already been

23   marked as Exhibit 8.

24       **Q**   Great.  Mark where her sling went on that,

25   and then mark all the areas of pain on that diagram,

Brian Flynn, M.D.

Page 198

1    too.

2      **A**    Okay.  Great.

3           Well, on this document from Ethicon, you

4    know, there's already a picture of the sling.  I

5    mean, I can circle what the sling looks like, but

6    it's already marked on the drawings.

7      **Q**    Okay.  Show me the four areas of pain on

8    that drawing as well.

9      **A**    Okay.  This is glossy, so it's going to be

10   a little hard to mark up, but we'll see what we can

11   do.

12          MR. SNELL:  I'm going to object to the

13   depiction again.  It's not adequate.  It doesn't

14   demonstrate the areas of her colporrhaphy and

15   perineoplasty scarring.  So there you are.

16          MR. KEITH:  What page -- you're going to

17   mark it so we'll know clearly.  Jeff, he's in the --

18   what I would describe as a bound flip board, and it

19   doesn't have page numbers, does it, Doc?

20          THE DEPONENT:  The problem with me marking

21   this, is this is something I use in my practice.  I

22   really --

23          MR. SNELL:  He's not going to mark it.

24          THE DEPONENT:  I really don't care to

25   destroy it.

Brian Flynn, M.D.

Page 199

1          MR. SNELL:  You don't have to mark it up

2    then.

3          MR. KEITH:  Well, go make a copy of it

4    then.

5          MR. KUNTZ:  You don't have another copy of

6    it?

7          MR. SNELL:  Let me see if I can make a

8    copy.  That's a good point.

9          THE DEPONENT:  Okay.  We can make a copy of

10   it.

11         MR. KEITH:  Jeff, he has not marked on the

12   Exhibit 29 yet, and I don't want Burt leaving yet

13   until -- but I just want you to know he still hasn't

14   marked on Exhibit 29.

15         MR. SNELL:  Why don't you just ask -- I

16   don't have a problem if you have him mark like an X

17   where the sling was, but are you trying to ask him to

18   draw where the sling incision was?  Because you have

19   given him this 2-D model that I think an X is fine.

20         I have no problem with marking an X, but

21   trying to redraw an incision on this, that -- I have

22   a problem with that.

23         MR. KUNTZ:  That's not what I was saying,

24   Burt.  I was saying mark an X.  I'm not saying --

25         MR. SNELL:  Oh, okay.  Then if you want to

Brian Flynn, M.D.

Page 200

1   mark an X, then I'm okay with that.

2           (All speaking simultaneously.)

3           MR. KEITH:  Let him finish.

4           MR. KUNTZ:  I was asking where the sling

5   went.

6           MR. SNELL:  Okay.  I'm sorry.  I

7   misunderstood you.

8           MR. KUNTZ:  I'm not trying to say do a

9   freak'n, you know, artist rendition.

10          MR. SNELL:  That's fine.  That's fine.  I

11  misunderstood you.  Yeah.  Go ahead and mark an X

12  wherever the sling would have been, if you can.  If

13  you can't, I mean, you've got to tell us.

14     **A**   Well, the pen that Sean gave me was in

15  blue, so I'm going to mark in black just to try to

16  distinguish the pain and then the sling.

17          And instead of putting an X, why don't I

18  just draw like a couple little solid dots just to try

19  to distinguish.

20     **Q**   (By Mr. Kuntz)  Perfect.

21          MR. KEITH:  I'm looking at it.  Yeah.  Go

22  ahead and do that.  Okay.  So the doc drew four dots

23  across the --

24          THE DEPONENT:  Five.

25          MR. KEITH:  -- five dots from right to left

Brian Flynn, M.D.

Page 201

1  across the upper third of -- kind of where it says

2  "urethra," kind of in that area.  Drew five dots.  It

3  looks -- so --

4      **Q**    (By Mr. Kuntz)  And, Doctor, these are the

5  four areas that she reported pain to you during your

6  examination?

7      **A**    Yeah.  I'm going --

8          MR. SNELL:  Objection, form.

9      **A**    I'm going to continue to just draw this

10  out.  There's no picture of the obturator foramen,

11  but I'm just drawing how it would be lying inside the

12  body.

13          MR. KEITH:  He's talking about the sling at

14  this point.

15          MR. KUNTZ:  Gotcha.

16          MR. KEITH:  All right.  Jeff?

17          MR. SNELL:  Put that away.  Listen to his

18  questions.  I'll take care of that.

19      **Q**    (By Mr. Kuntz)  Doctor, you've marked the

20  four areas where you believe -- strike that.

21          You marked the four areas that she reported

22  pain?

23      **A**    Yes.

24      **Q**    And in your IME, you believe that she needs

25  certain treatment for her current pain conditions,

Brian Flynn, M.D.

Page 202

1    correct?

2            MR. SNELL:  Objection, vague.

3       **A**    I have assessment and opinions at the end,

4    if you want me to go through those.

5       **Q**    (By Mr. Kuntz)  Right.  What are the things

6    you believe she needs for treatment for her current

7    pain condition that you list on Page 8 of your IME?

8       **A**    So you're speaking to No. 2, pelvic pain?

9       **Q**    Correct.

10      **A**    She may consider pharmacologic therapy,

11   vaginal massage, vaginal suppositories, physical

12   therapy.  Tramadol is what she's using currently.

13      **Q**    So those are the treatments you believe she

14   needs for her current issues related to pain?

15           MR. SNELL:  Objection, form.  It misstates.

16      **A**    Those are some potential options that she

17   can consider.

18      **Q**    (By Mr. Kuntz)  Okay.  What type of

19   pharmacological therapy do you think she needs?

20           MR. SNELL:  Objection, form.  It misstates.

21      **A**    Pharmacologic therapy could include

22   nonsteroidal anti-inflammatory drugs.  The vaginal

23   suppositories could be a muscle relaxant.  For

24   instance, like Valium.  Pharmacologic therapy could

25   also include trigger point injection of an anesthetic

Brian Flynn, M.D.

Page 203

1    and a steroid.  Topical creams may be considered like

2    vaginal estrogen, lidocaine, jelly, lubricants.

3       **Q**    (By Mr. Kuntz)  What about vaginal massage?

4    How often do you think she should get vaginal

5    massage?

6            MR. SNELL:  Again, objection, form.  It

7    misstates his testimony.

8       **A**    I said that's something she can consider,

9    but I don't have a specific regimen for her.

10      **Q**    (By Mr. Kuntz)  What is vaginal massage?

11   Is that an invasive procedure?

12      **A**    No, I wouldn't consider it any more

13   invasive than, you know, a sexual encounter.

14      **Q**    What type of physical therapy do you

15   believe she should consider?

16      **A**    Physical therapy could include heat-based

17   therapy, ultrasonic therapy, electrical therapy with

18   TENS unit.

19           It may be directed at the vagina.  It can

20   be directed at her groin.  It can be directed at her

21   lower back, her SI joints.  So that might include

22   manipulation of the sacroiliac joints.  It might mean

23   vaginal adjustments or manipulation.

24           So there's a lot of overlap between massage

25   and therapy.  Generally if it's massage, it's

Brian Flynn, M.D.

Page 204

1   performed by a massage therapist.  If it's physical

2   therapy, I'm speaking to that provided by a licensed

3   physical therapist.

4       **Q**    Do you believe smoking is a

5   contraindication for the use of the TVT Abbrevo?

6       **A**    No.

7       **Q**    Do you put the TVT Abbrevo in smokers?

8       **A**    I discuss with them that it's a risk

9   factor, but if they accept the risk, then I'm

10  comfortable doing the surgery.

11      **Q**    What's the conversation you have with them

12  exactly?

13      **A**    Especially in today's environment, I go

14  over the risks and benefits of the procedure and I

15  try to help identify who may be an appropriate

16  candidate, who may not be an appropriate candidate.

17      **Q**    Do you -- in your consent or that risk

18  discussion, do you write those down in your consent?

19      **A**    I don't write it down in my consent.  I

20  don't write risk factors in the consent.  My consent

21  has the goals of the procedure, the risks of the

22  procedure, alternatives to the procedure, what

23  happens if you decide to do nothing.

24          You know, I discuss the anesthesia and

25  those risks, general medical risks, but I don't go

Brian Flynn, M.D.

Page 205

1    over risk factors of the surgery.  That's part of the

2    discussion.  The risk factors, that's not part of the

3    informed consent.  That might be part of my patient

4    counseling.

5        **Q**    Have you ever reviewed any documents from

6    Ethicon that state the TVT Abbrevo should not be used

7    in smokers?

8        **A**    I've never seen that stated anywhere in

9    their literature.

10       **Q**    Do you believe that Mrs. Perry's smoking

11   contributed to her erosion?

12               MR. SNELL:  Form.  It misstates prior

13   testimony.

14       **A**    I believe it's one of many factors that was

15   contributory.

16       **Q**    (By Mr. Kuntz)  Can you state to a

17   reasonable degree of medical certainty whether her

18   smoking contributed to her erosion?

19               MR. SNELL:  Objection, form.  It misstates.

20   He said she has an exposure, not an erosion.  That's

21   my form objection, if you want to clean it up.

22               MR. KUNTZ:  Okay.

23               MR. SNELL:  I'm just trying to help you out

24   because that's the only basis for my objection.

25       **Q**    (By Mr. Kuntz)  You don't believe "erosion"

Brian Flynn, M.D.

Page 206

1    is an appropriate term at all, do you, Doctor?

2        **A**    I believe it's a term that we use commonly,

3    but in written communications and in critical

4    discussions, I try to use the most accurate term.

5        **Q**    Well, shouldn't Ethicon use the most

6    accurate terms in their instructions for use and

7    promotional documents?

8        **A**    I think that, you know, you try to use

9    common language, you know, terms that can be

10   translated into multiple languages.  So it's a

11   difficult process.

12       **Q**    Do you believe that Ethicon should use the

13   accurate terms in their IFUs or promotional

14   materials?  Do you think it's appropriate for them to

15   use "erosion" when you don't use that word?

16       **A**    I didn't say I don't use that word.  I said

17   I didn't use that word in the IME.  I don't use that

18   in my publications, but it's a word that comes out of

19   my mouth at least every day.

20       **Q**    Okay.  Do you believe that Mrs. Perry's

21   smoking caused or contributed to her exposure?

22       **A**    Yes.

23       **Q**    And you can say that to a reasonable degree

24   of medical certainty?

25       **A**    Yes, I can.

Brian Flynn, M.D.

Page 207

1      **Q**     Do you believe Dr. Luu is below the

2   standard of care for implanting or prescribing the

3   TVT Abbrevo to a patient that smokes?

4      **A**     No, I don't believe that he fell below the

5   standard of care in offering this procedure to her.

6      **Q**     Do you believe Dr. Luu fell below the

7   standard of care in any respect in this case?

8      **A**     I have some serious concerns with the way

9   he performed the procedure with options that he

10   didn't offer her.  I have some concerns on her

11   evaluation, her workup, her procedure selection.  So

12   I have some concerns.

13          MR. SNELL:  We're not putting him up to say

14   he breached the standard of care, if that's what

15   you're asking.

16          MR. KUNTZ:  Right.

17      **Q**     (By Mr. Kuntz)  So you have no opinions

18   that he actually fell below the standard of care in

19   any respect?

20      **A**     I'm not going to offer that opinion, but I

21   do think that there were some things where the

22   procedure was done that may have led her to be more

23   likely to have an exposure.

24      **Q**     Well, Doctor, it's a real simple question.

25          Do you believe he fell below the standard

Brian Flynn, M.D.

Page 208

1    of care in any respect or not?

2        **A**    I'm not going to offer an opinion that he

3    fell below the standard of care.  So my answer would

4    be no.

5        **Q**    Are you going to offer an opinion that

6    Dr. Singh fell below the standard of care in any

7    respect?

8        **A**    Dr. Singh?

9        **Q**    Yes.

10       **A**    No.

11       **Q**    What literature do you rely on to support

12   your statement that 40 percent dyspareunia rate after

13   posterior colporrhaphy?

14       **A**    There is a number of articles.  The Jameson

15   article from 1996 is an important one.  The Arnold

16   article, the Karram article.

17            So I believe that the incidence is

18   somewhere between 20 and 46 percent.

19       **Q**    20 percent and 46 percent?

20       **A**    Somewhere in that range.

21       **Q**    Do you know -- in any of the cases that

22   reported 40 percent and 46 percent, did they plicate

23   the levators in those procedures?

24       **A**    It's hard to know exactly what were done in

25   some of the procedures.  The incidence is variable,

Brian Flynn, M.D.

Page 209

1  depending on the type of posterior colporrhaphy,

2  whether or not levators were plicated, whether or not

3  it was site specific, whether or not it was just a

4  plication, was the peroneal body involved.  So that's

5  at least the variability.

6     **Q**    Would you agree that if the levators were

7  plicated in those procedures or in those studies,

8  that the rate of dyspareunia would increase?

9           MR. SNELL:  Form, foundation.

10    **A**    Yeah.  I don't plicate the levators, and I

11  think that's something that you have to be careful

12  about.

13    **Q**    (By Mr. Kuntz)  And you don't plicate the

14  levators because it would increase the rate of

15  dyspareunia or the chances of dyspareunia, correct?

16    **A**    It would depend on the patients, but on

17  most patients, I don't.  On older patients who are

18  not sexually active, plicating the levators would

19  improve your outcome in terms of not having recurrent

20  prolapse.

21           So it's individualized to the patient,

22  depending on what their goals are for the procedure.

23    **Q**    That wasn't my question, Doctor.

24           Would plicating the levators increase the

25  chance for dyspareunia and increase the rates of

Brian Flynn, M.D.

Page 210

1    dyspareunia?

2        **A**    The answer would be yes.

3        **Q**    Okay.  And Dr. Luu did not plicate the

4    levators in his posterior colporrhaphy in this case,

5    did he?

6        **A**    I'm going to get Dr. Luu's operative report

7    out.

8        **Q**    You don't -- you don't know as we sit here

9    right now?

10       **A**    I don't believe he did, but I want to be

11   certain of that, as I'm going to make testimony to

12   that.

13           MR. KEITH:  He's looking at Exhibit No. --

14   what do you think it is, Doc?

15           THE DEPONENT:  Seven.

16           MR. KEITH:  He is looking at Exhibit No. 7.

17       **A**    Okay.  So I have Dr. Luu's operative report

18   in front of me.  It's part of Exhibit 7 and at the

19   very -- that's Dr. Allen's.  I think I've got it.

20           So when describing the posterior repair,

21   there's not a lot of detail, but Dr. Luu says that

22   the endopelvic fascia was reinforced with 2-0 Vicryl.

23   Posterior vaginal mucosal incision.  Re-approximated

24   with 2-0 Vicryl running-locking.  Bulbocavernosus

25   muscle was re-approximated  with 2-0 Vicryl.

Brian Flynn, M.D.

Page 211

1           None of those structures I would consider

2    as part of the levator complex.  A levator complex,

3    in terms of the muscle, is the iliococcygeus and

4    pubococcygeus muscles.

5        **Q**     (By Mr. Kuntz)  So is -- the answer to my

6    question is:  You agree that he did not plicate the

7    levators?

8           MR. SNELL:  Form.

9        **A**     I agree.

10       **Q**     (By Mr. Kuntz)  Okay.  Would you agree that

11   Dr. Luu's procedure was a site-specific repair?

12          MR. SNELL:  Form.

13       **A**     No, I disagree with that.

14       **Q**     (By Mr. Kuntz)  You disagree with that?

15       **A**     Yeah.  He never mentions any -- finding any

16   specific defects.  He did a compensatory repair.

17   That's the type of repair he did.

18       **A**     Are you speaking to the posterior wall?

19       **Q**     Yes.

20          MR. SNELL:  Where are these articles at?

21   Do you have them?

22       **Q**     (By Mr. Kuntz)  Do you agree with me the

23   posterior repair -- or I guess you -- strike that.

24          You disagree that the posterior repair on

25   Mrs. Perry by Dr. Luu was a site-specific repair?

Brian Flynn, M.D.

Page 212

1    **A**    Yeah, I disagree with that.

2    **Q**    Okay.  Do you believe that the TVT Abbrevo

3    mesh contributed in any way to her current

4    conditions?

5    **A**    No, I don't believe it's contributed to her

6    current condition.

7    **Q**    Okay.  So the mesh that eroded -- the TVT

8    Abbrevo mesh did not contribute to any of her current

9    injuries, correct, in your opinion?

10   MR. SNELL:  Objection, form.  He just

11   answered that, asked and answered.

12   **Q**    (By Mr. Kuntz)  Okay.  But her smoking

13   contributed to it, correct?

14   **A**    Her smoking contributed to the wound

15   dehiscense that she had anteriorly.

16   **Q**    So that's a "yes"?

17   MR. SNELL:  Objection.  It misstates.

18   **A**    No.  It's not a "yes."  The smoking

19   contributed to the healing abnormality that existed

20   in her.

21   **Q**    (By Mr. Kuntz)  Did you note in Dr. Singh's

22   deposition, what he testified to, about the healing

23   of her wound two months after the procedure?

24   **A**    Yeah, I'm familiar with the time line and

25   what Dr. Singh had testified.  I believe he was the

Brian Flynn, M.D.

Page 213

1   only physician up until that point that ever examined

2   her after Dr. Luu's surgery.  So we'll have to go on

3   Dr. Singh's testimony.

4       **Q**    Okay.  And if he believes that two months

5   after the procedure his exam showed that she was

6   healed, do you disagree with that?

7           MR. SNELL:  If you need to get his records,

8   get his records out.

9       **A**    At eight weeks, Dr. Singh saw her at four

10  weeks and then again at eight weeks.  And sometime in

11  and around that -- after that eight-week visit, she

12  saw Dr. Singh, and he noted there was a mesh

13  exposure.

14          So I would say somewhere between that

15  second postop visit -- probably within a few days

16  Coleen Perry complained of pain when she had sexual

17  intercourse.

18      **Q**    (By Mr. Kuntz)  That's not even close to my

19  question, Doctor.

20          Do you know one way or another what

21  Dr. Singh said about Mrs. Perry's healing issues?

22          MR. SNELL:  We have the records, I think,

23  here.  Get the records.

24      **A**    Let me go ahead and get Dr. Singh's

25  deposition in front of me.

Brian Flynn, M.D.

Page 214

1      **Q**    (By Mr. Kuntz)  Do whatever you want.

2           When you were reviewing and preparing for

3    this deposition and forming your opinions in this

4    case, did you take into account what Dr. Singh said

5    about Mrs. Perry's healing condition?

6      **A**    Yeah, I took into my opinion Dr. Singh's

7    reports.  I did read his office notes.

8           MR. SNELL:  I might have his records on

9    this.

10          MR. KOOPMANN:  I do.

11          MR. SNELL:  Do you have hard copies?

12          MR. KEITH:  What are we looking for?

13          MR. SNELL:  Dr. Singh's records.  I don't

14   know if we -- if those are printed out in a hard

15   copy.  Do you see any records over there?

16          MR. KEITH:  No.

17          (Discussion off the record.)

18          THE DEPONENT:  We could open up one of the

19   CDs that's marked as an exhibit.

20          MR. SNELL:  That's a good idea.  Hold on.

21          (Discussion off the record.)

22          (Mr. Keith left the room.)

23     **Q**    (By Mr. Kuntz)  Okay.  What is your

24   understanding as to Dr. Singh's opinion on

25   Mrs. Perry's healing issues?

Brian Flynn, M.D.

Page 215

1      **A**     You know, the notes are hard to read.

2    They're handwritten.  With that said, I'm looking at

3    the March 24, 2011 visit.  That's one day post-op.

4    He didn't examine her that day.  He saw her just to

5    remove the Foley catheter.

6            April 4, 2011, it says, "Cuff healing," and

7    that's on April 4th.  So I'm not sure what he's

8    describing as the cuff because she didn't have a

9    hysterectomy, but he says, "Cuff healing."

10           On April 15th, she's still having

11   yellowish, abnormal discharge -- yellowish discharge

12   less than before.

13           (Mr. Keith entered the room.)

14     **A**    Physical exam.  It says, "Normal

15   discharge."  It looks like it says, "Incision

16   stable."

17           And then we jump to May 16, 2011.  It says,

18   "No evidence of mesh erosion.  Stitches intact."  So

19   that's -- three months after surgery I guess there's

20   still stitches there.

21     **Q**    (By Mr. Kuntz)  So, Doctor, do you know by

22   any of the information you reviewed in this case and

23   provided to you by defense counsel what Dr. Singh's

24   opinion is with respect to Mrs. Perry's healing

25   issue?  Yes or no?

Brian Flynn, M.D.

Page 216

1          MR. SNELL:  Form, vague.

2      **A**    I don't believe Dr. Singh formulated an

3  opinion on why she had a healing abnormality.

4      **Q**    (By Mr. Kuntz)  Do you know if Dr. Singh

5  formulated an opinion that she did not have a healing

6  issue?  Do you know one way or the other?

7      **A**    I know he was concerned about the diet she

8  was on.

9      **Q**    That's not my question.  We're talking

10  about the healing issue, Doctor.

11          Do you know one way or another, as we sit

12  here today, as you have been prepared to offer your

13  opinions in this case, whether Dr. Singh had an

14  opinion or not whether she had healing issues that

15  led to her erosion?

16          MR. SNELL:  Objection, form, asked and

17  answered.

18      **A**    I don't believe he had an opinion.

19      **Q**    (By Mr. Kuntz)  Okay.  Do you know whether

20  Dr. Singh had an opinion whether Mrs. Perry's diet or

21  weight loss led to her exposure?

22      **A**    I know that he was concerned about her

23  weight loss, but I don't believe he stated in his

24  deposition or in the medical record that that was the

25  cause.

Brian Flynn, M.D.

Page 217

1    **Q**    And you do believe that her rapid weight

2    loss and diet was partly -- part of the cause of her

3    erosion, correct?

4    **A**    Correct.

5         MR. SNELL:  Form.  Hold on.  Form as to

6    "erosion."

7    **Q**    (By Mr. Kuntz)  You believe that her rapid

8    weight loss and diet led to her exposure, correct?

9    **A**    Correct.

10    **Q**    And do you know whether Dr. Singh had an

11    opinion as to whether her weight loss and diet led to

12    her exposure?

13    **A**    I believe we answered that, but I think he

14    was concerned about the 19-pound weight loss, and

15    that was in and around the time he discovered the

16    exposure, but I don't believe he offered an opinion

17    that that was the cause.

18    **Q**    If he offered an opinion -- okay.  So you

19    disagree with Dr. Singh then?

20         MR. SNELL:  Objection, foundation, form.

21    **A**    Disagree with what statement that he made?

22    **Q**    (By Mr. Kuntz)  You say that the weight

23    loss and diet led to her exposure or contributed to

24    it.  Dr. Singh says it did not.  Do you disagree with

25    Dr. Singh?

Brian Flynn, M.D.

Page 218

1            MR. SNELL:  Objection, foundation.

2      **A**    Dr. Singh never stated one way or another.

3      **Q**    (By Mr. Kuntz)  Okay.  If Dr. Singh did, in

4  fact, state that he never had a concern that her

5  fluctuation of weight could have caused a problem

6  with her implant, do you disagree with that

7  statement?

8      **A**    I would then, yes.

9      **Q**    Okay.  And if Dr. Singh stated that he does

10  not believe that her healing issues related to her

11  exposure or contributed to her exposure, you would

12  disagree with Dr. Singh?

13      **A**    I would, yes.

14      **Q**    Okay.  And he was the person there treating

15  her at the time that these issues were taking place,

16  correct?

17      **A**    That's correct, but Dr. Singh is not a

18  surgeon.  He doesn't even perform surgery.

19            MR. KUNTZ:  Move to strike.

20      **Q**    (By Mr. Kuntz)  Tell me exactly what the

21  hCG diet is.

22      **A**    The hCG is human chorionic gonadotropin.

23  It's a popular diet these days amongst women.  It's a

24  diet that I know a number of institutions have

25  concerns about.

Brian Flynn, M.D.

Page 219

1          So the effect of that diet in treating

2     obesity is something that causes nutritionists/

3     dietitians concern.   I think it would be described as

4     a fad diet.

5          **Q**    How is the hCG diet administered?

6          **A**    Administered?

7          **Q**    Yeah.

8          **A**    I believe that they get either a shot or an

9     infusion of the hormone.

10         **Q**    Is it intermittent or continuous?

11         **A**    It would be intermittent.

12         **Q**    Do you believe that Mrs. Perry had enough

13    hormones to avoid the catabolic state?   Do you have

14    an opinion on that one way or another?

15         **A**    I believe that her body was put in a

16    catabolic state by the hCG diet.   That's my opinion.

17         **Q**    What evidence do you have to support that

18    she was in a catabolic state?

19         **A**    That would be based on the review of the

20    records of her weight loss.   It would be based on her

21    complaints to Dr. Singh, that she felt light-headed;

22    she had blurred vision; she just was not feeling

23    well, having headaches.

24         **Q**    Are you critical of Dr. Singh's decision to

25    offer Ms. Perry the hCG diet after her mesh implant?

Brian Flynn, M.D.

Page 220

1    **A**    Yes, I'm concerned about that.

2    **Q**    Do you believe that Dr. Singh fell below

3    the standard of care in prescribing the hCG diet

4    after her implant?

5         MR. SNELL:  Objection, form.  He's already

6    testified he's not saying he's below the standard of

7    care.

8    **A**    I don't believe he was below the standard

9    of care, but it's certainly not something I would

10   have prescribed.

11   **Q**    (By Mr. Kuntz)  Do you have any idea the

12   types of proteins and vitamins that Mrs. Perry was

13   using while she was on the hCG diet?

14   **A**    I am aware that she was getting vitamin C

15   infusions, amongst other things.

16   **Q**    What hormones was Mrs. Perry on when she

17   was on the hCG diet?

18   **A**    Well, she has hypothyroidism.  And so she

19   was getting thyroid replacement.  That's something

20   that she had been on chronically at the

21   recommendation of Dr. Mathur.  Also progesterone.  I

22   believe that she had been on that for quite some time

23   at the recommendation of Dr. Mathur.

24   **Q**    Do you have any literature on your reliance

25   list that supports that cysts can spontaneously

Brian Flynn, M.D.

Page 221

1    appear and disappear within weeks?

2        **A**    I don't believe I have it on my reliance

3    list, but I think that's common knowledge in terms of

4    surgical scars and wound healing.

5        **Q**    So you believe that she had a cyst that

6    could appear and disappear within weeks, correct?

7        **A**    Yeah.  I think that that's very common.

8    These go through cycles where they may drain

9    spontaneously and then reoccur.

10       **Q**    Okay.  So like today, she might not have

11   that cyst, correct?

12       **A**    That's a possibility.

13       **Q**    Okay.  And did anybody ever -- before the

14   time you did your IME -- ever note this cyst in any

15   of the records you reviewed for Mrs. Perry?

16       **A**    I don't see any note, but I don't know if

17   anybody ever looked at the posterior wall after

18   Dr. Allen.

19       **Q**    Did Dr. Allen ever notice a cyst in her

20   posterior wall?

21       **A**    No.

22       **Q**    Did Dr. Margolis, in his IME, note a cyst

23   in her posterior wall?

24            MR. SNELL:  Objection, form.  He didn't

25   note anything on the wall.  I'm going to -- that's

Brian Flynn, M.D.

Page 222

1   just incomplete.

2       **A**    I don't believe he examined the posterior

3   --

4           MR. SNELL:  Calls for speculation.

5       **A**    -- wall.

6           MR. SNELL:  Calls for speculation.

7       **Q**    (By Mr. Kuntz)  Safe to say of all the

8   depositions, all the records you've reviewed in this

9   case, you're the only person to ever note this

10  disappearing/appearing cyst?

11          MR. SNELL:  Objection, form.  It

12  mischaracterizes the doctor's opinion and description

13  of the cyst.  Go ahead.

14      **Q**    (By Mr. Kuntz)  Doctor, you're the only

15  person in this case of all the doctors that have ever

16  treated Mrs. Perry that have noted this cyst,

17  correct?

18      **A**    Correct.

19      **Q**    And it's your testimony that this cyst can

20  appear and disappear and reappear, correct?

21          MR. SNELL:  Objection, form.  I think that

22  misstates again.

23      **A**    It would be nice to examine her, you know,

24  multiple times, you know, over time; but I know, at

25  least when I examined her on December 19th,

Brian Flynn, M.D.

Page 223

1    unequivocally I detected a cyst along the posterior

2    colporrhaphy perineorrhaphy scar.

3       **Q**    (By Mr. Kuntz)  And do you believe at one

4    time that her husband was suffering injury from the

5    mesh exposure?

6            MR. SNELL:  Objection, form, foundation,

7    "suffering."

8       **A**    I believe the husband had complaints.  I

9    wouldn't characterize it as an injury.

10      **Q**    (By Mr. Kuntz)  Okay.  So he had

11    complaints.  What were his complaints of?

12      **A**    He had mentioned that he felt like he was

13    scratched.

14      **Q**    Have you ever seen any internal Ethicon

15    documents or complaints from patients related to a

16    husband being scratched on the penis during sex

17    because of mesh exposures?

18      **A**    No, I'm not aware of that.

19      **Q**    Do you know how often those have been

20    reported to Ethicon, those types of injuries?

21            MR. SNELL:  Objection, form, "injury."  It

22    mischaracterizes.

23      **Q**    (By Mr. Kuntz)  Okay.  Doctor, do you think

24    an abrasion on a man's penis is an injury?

25      **A**    As much as, you know, a little cut on your

Brian Flynn, M.D.

Page 224

1   face from shaving.  I mean, it depends on how you

2   describe the word "injury."  I think that's a very

3   strong description.

4       **Q**   What would you classify -- what would you

5   call a scrape or abrasion on the penis?  How would

6   you classify that?

7       **A**   I would use those exact words, "a scrape"

8   or "an abrasion."

9       **Q**   Okay.

10      **A**   I don't believe anybody ever examined that.

11  I don't see any medical records to support that that

12  ever happened.  I don't see that he was ever examined

13  by his physician to document that there was an

14  abrasion.

15      **Q**   Do you think he's telling the truth when he

16  says that?

17      **A**   I have some concerns about his

18  truthfulness.

19      **Q**   So you think he's lying?

20          MR. SNELL:  Form.  It misstates.  Go ahead.

21      **A**   I think that that complaint is something

22  that he either read on the Internet or was fed to

23  him.

24      **Q**   (By Mr. Kuntz)  You have no basis for

25  making that statement, do you?

Brian Flynn, M.D.

Page 225

1    **A**    I made the statement, so I must have some

2    basis for it.

3    **Q**    Did he report those injuries before or

4    after this lawsuit was filed?

5    **A**    That's hard to know.  I believe that it was

6    afterwards, but I can only go on his deposition.  Who

7    did he report the injuries to?

8    **Q**    Doctor, do you know if he reported any of

9    these injuries or Mrs. Perry reported any of those

10   injuries prior to the time this lawsuit was filed?

11   Yes or no?

12        MR. SNELL:  Form objection.  It misstates,

13   "injuries" again.  Compound as to him or Mrs. Perry.

14   **A**    I can see in the medical record, on

15   November 10, 2014, from Dr. Allen, that it was

16   mentioned to Dr. Allen.  It says, "Husband complains

17   of some abrasion."

18   **Q**    (By Mr. Kuntz)  Did you see it anywhere

19   else in her records prior to 2014?

20   **A**    I would like to go to Dr. Singh's record

21   and look at Dr. Singh's record to see if that was

22   mentioned, when Mrs. Perry was referred to Dr. Allen

23   when the exposure was discovered.

24        MR. KEITH:  And for the record, the doctor

25   is looking at Burt's computer, which has Dr. Singh's

Brian Flynn, M.D.

Page 226

1    records opened.

2        **A**    So there's a note on September 7th.  It

3    says, "Complains of feeling something sticking out of

4    her vagina.  Patient had TOT 3-2011."

5        **Q**    (By Mr. Kuntz)  What date is that record?

6        **A**    This is a note from Dr. Singh, September 7,

7    2011.  "Physical exam:  Mesh erosion 2 centimeters at

8    anterior wall."

9        **Q**    In any event, you think that Mr. Perry was

10   seeded with this information about having an abrasion

11   on his penis?

12            MR. SNELL:  Objection, form.  It misstates.

13       **A**    What I'm going to state is that I don't see

14   that he brought that complaint up or that it's ever

15   noted in the medical record until November 10, 2014.

16       **Q**    (By Mr. Kuntz)  Okay.  You don't have an

17   opinion in this case to a medical degree of --

18   reasonable degree of medical certainty about her

19   current condition or her current incontinence

20   condition, correct?

21       **A**    Do I have an opinion about a current

22   incontinence condition?  Is that the question?

23       **Q**    Yes.

24       **A**    Okay.  What I said in my IME is that her

25   urinary incontinence is unspecified, meaning

Brian Flynn, M.D.

Page 227

1  uncharacterized.

2     **Q**    So you can't say what it is one way or the

3  other, correct, to a reasonable degree of medical

4  certainty?

5         MR. SNELL:  Objection.  It misstates.

6     **A**    What do you mean by "one way or another"?

7     **Q**    (By Mr. Kuntz)  You believe that you need

8  to do more testing and urodynamics need to be done in

9  order to determine her current state of incontinence?

10    **A**    If she was my patient, that's what I would

11  do next.

12    **Q**    And when you performed your cough procedure

13  to determine incontinence, it's inconclusive because

14  she might have voided immediately before the exam,

15  correct?

16    **A**    That's --

17        MR. SNELL:  Form.

18    **A**    The cough test would only rule things in.

19  It doesn't rule it out.

20    **Q**    (By Mr. Kuntz)  Did you tell her to use the

21  restroom before her exam?

22    **A**    I asked her if she would like to use the

23  restroom.  I didn't tell her to use the restroom.

24    **Q**    And you'd agree you have to have at least

25  200 ccs in the bladder for the cough test to be

Brian Flynn, M.D.

Page 228

1    representative, correct?

2        **A**    There's a lot of pitfalls to the cough

3    test.  I would agree to that.

4        **Q**    Did you do that test when she was standing

5    up or laying down?

6        **A**    She was laying down.

7        **Q**    And she did use the restroom prior to the

8    procedure, correct?

9        **A**    Correct.

10           MR. SNELL:  I'm going to note on the record

11   an objection as to the questioning of this witness as

12   to the cough test only as if he was given the option

13   of doing urodynamics because plaintiff's counsel

14   insisted that the exam only consist of a history, a

15   physical exam, and plaintiff's counsel did not give

16   the opportunity for any type of urodynamic testing.

17           MR. KUNTZ:  Are you done testifying?

18           MR. SNELL:  No, no, no.  I'm not

19   testifying.  I'm just making my record, Jeff.  That's

20   all I'm doing.  Go ahead.

21           MR. KUNTZ:  A lot more than that.  You know

22   that, but that's all right.

23           MR. SNELL:  No, no, no.  That's purely a

24   record statement.  Go ahead.

25       **Q**    (By Mr. Kuntz)  What literature can you

Brian Flynn, M.D.

Page 229

1  point to that discusses cysts that disappear and

2  reappear, Doctor?

3         MR. SNELL:  Objection, form, asked and

4  answered.

5     **A**    What literature?  I think you can look at

6  multiple Web sites, textbooks.  It's well described

7  that you can have cysts in a prior scar and an

8  incision.

9         MR. KUNTZ:  I'm almost done.

10        MR. SNELL:  Okay.

11    **Q**    (By Mr. Kuntz)  What do you believe to be

12  the exposure rates for the TVT Abbrevo?

13    **A**    I would say less than 3 percent.

14    **Q**    And what do you base that on?

15    **A**    That would be based on my own personal

16  experience with the device, review of the medical

17  literature, review of the articles that we mentioned

18  earlier that speak to TVT Abbrevo:  de Leval,

19  Waltregny, Tommaselli.  I have them listed in my

20  Summary of Opinions.

21        MR. SNELL:  Go ahead and --

22    **Q**    (By Mr. Kuntz)  Have you ever looked at any

23  of the exposure rates for the TVT-S studies since we

24  know it uses the laser-cut mesh?

25    **A**    Yeah.  I believe the exposure rate for

Brian Flynn, M.D.

Page 230

1    TVT-S is probably about the same.  I think the whole

2    family of products have about the same erosion,

3    exposure, perforation, whatever word you want to use,

4    healing abnormalities.

5            I think the complications with the

6    exception of bladder perforation are the same across

7    all the products.

8    **Q**   So do you believe the whole TVT line of

9    products roughly has the same exposure rate of 3

10   percent?

11   **A**   Yeah, 3 percent is probably the highest

12   number I've seen.  I've seen it as low as .5 percent.

13   **Q**   So 3 percent is the highest exposure rate

14   you've seen for the TVT line of products?

15   **A**   Yeah, yes.

16   **Q**   What about erosion rate?

17   **A**   Well, I'm speaking to exposure, and I think

18   that -- you know, again, that word "erosion" is a

19   tricky one.  I would say if you're meaning urinary

20   tract erosion, now known as urinary tract

21   perforation, it would be somewhere around .5 percent

22   or even less.

23   **Q**   Okay.  Give me one second.

24          Do you agree that you're one of the biggest

25   sling users in Colorado?

Brian Flynn, M.D.

Page 231

1              MR. SNELL:  Objection, form, "sling users."

2        **A**     I realize I have a busy practice in female

3    pelvic medicine and reconstructive surgery with

4    respect to my colleagues in this state.

5        **Q**     (By Mr. Kuntz)  Do you agree with Ethicon's

6    assessment, that you're a big advocate of the

7    Abbrevo?

8        **A**     I don't know how they would -- how they

9    characterized me, but certainly I stood behind the

10   product.  I did the video.  You know, I taught the

11   procedure.  So that would probably qualify me as an

12   advocate.

13       **Q**     Right.  And you've stood behind the TVT

14   Secur and Prolift in the same way, and they're now

15   off the market, correct?

16       **A**     I was a preceptor for those products, and I

17   did videos and studies of papers, abstracts, et

18   cetera.

19       **Q**     How many depositions have you given in your

20   career in medical-legal work?

21       **A**     In the last five years?

22       **Q**     No.  Ever.

23       **A**     Ever.  Somewhere around, I would say, seven

24   or eight.  I'm guessing on the exact number.  Less --

25   certainly less than 15.  Probably less than 10.

Brian Flynn, M.D.

Page 232

1    **Q**    Were any of those in mesh cases?

2    **A**    In recent years, yes.

3    **Q**    Did you testify as an expert witness in

4    those cases?

5    **A**    No.  I've -- this is the first time I've

6    given deposition as an expert witness.

7    **Q**    Is the Lewis case and this case the only

8    two cases you've been designated as an expert

9    witness?

10    **A**    That's correct.

11    **Q**    Okay.  Have you ever testified on behalf of

12    an injured plaintiff in a lawsuit?

13    **A**    The majority --

14          MR. SNELL:  Form.  Objection, form, "on

15    behalf," vague.

16    **A**    I've testified as a treating physician.

17    I've done that a number of times for my patients.

18    **Q**    (By Mr. Kuntz)  On your Summary of Opinions

19    sheet, did I ask you, did you look at Dr. Grier's

20    when you were drafting this?

21          MR. SNELL:  Yeah, you already asked him

22    about this.  This is all asked and answered.  Go

23    ahead.

24    **Q**    (By Mr. Kuntz)  Is that a "yes" or "no"?

25    **A**    I reviewed Dr. Grier's exhibits, including

Brian Flynn, M.D.

Page 233

1    his Summary of Opinions.

2       Q    And you'd agree that some of your summary

3    of opinions are exactly the same as his summary of

4    opinions?

5            MR. SNELL:  Objection, form.  Go ahead.

6       A    Doug and I had similar practices, and we

7    think very similarly about this product.  So yeah, I

8    agree that a lot of the statements are similar to

9    Doug, and they're similar to what 95 percent of

10   urologists and urogynecologists would say.

11      Q    (By Mr. Kuntz)  And that's based on the

12   AUGS statement and the papers cited in the AUGS

13   statement?

14           MR. SNELL:  Objection, form.

15      A    AUGS statements, conversation with

16   colleagues.

17      Q    (By Mr. Kuntz)  You've never determined an

18   amount or a percentage of your colleagues that you

19   talked to as to 95 percent?  You don't know that, do

20   you, Doctor?

21      A    I wouldn't know the exact number, but I

22   could easily say that the overwhelming majority of

23   colleagues that do what I do use mid-urethral mesh

24   slings.

25      Q    You've never done any research to see any

Brian Flynn, M.D.

Page 234

1  institution or doctors who are now not doing slings,

2  have you?

3      **A**   Me, personally, have I done a study?

4      **Q**   Yes.

5      **A**   No, I haven't surveyed people around the

6  country, no.

7      **Q**   And the only institution you can mention on

8  record that you know might not be using slings is the

9  Mayo Clinic, correct?

10      **A**   And I don't even know if that's correct.

11  It may just be hearsay.  I've heard people talk about

12  that, but I've had patients that have gone there that

13  have had mesh implanted within the last few years.

14  So I don't even know if the statement is even true.

15      **Q**   All right.  Who's your dean or your boss at

16  the University of Colorado?

17      **A**   Who's our dean?

18      **Q**   Yeah.  Who's in charge of your department?

19      **A**   Well, the dean of the medical school is

20  Dick Krugman.

21      **Q**   Okay.  Who's in charge of conflict of

22  interest in your department there?

23      **A**   Well, ultimately the dean is.

24      **Q**   Okay.  Do you know the name of any of your

25  medical students or patients that you've talked to

Brian Flynn, M.D.

1    and discussed the differences between laser-cut mesh

2    and mechanical-cut mesh in your training sessions?

3        **A**    Not medical students or residents, but I

4    could speak to my fellows.  Those are the individuals

5    that I have the closest relationship with.

6        **Q**    Did you ever do a PowerPoint?  Do any of

7    your PowerPoints that you have used with them or

8    presentations discuss the difference between

9    laser-cut mesh and mechanical-cut mesh?

10       **A**    No.

11       **Q**    Okay.  But it's your testimony that you

12   tell them the differences between laser-cut mesh and

13   mechanical-cut mesh?

14       **A**    We have discussions about that, but it's

15   not a really big point that I emphasize to them one

16   way or another.

17           And like I mentioned earlier in the

18   deposition, it was mostly during the transition

19   years, you know, in and around 2009, 2010, somewhere

20   around then when the transitioning was happening.

21           It's less relevant these days because all

22   we've used is laser-cut mesh for the last three to

23   four years.

24       **Q**    Okay.  Do you know what -- the percentage

25   of physicians in the United States that are using

Brian Flynn, M.D.

Page 236

1    mechanical-cut versus laser-cut mesh?

2        **A**    I don't know the exact number, but I know

3    people that use the Boston Scientific products and

4    the Ethicon products use the laser-cut mesh.

5            MR. KUNTZ:  Okay.  I don't have any more

6    questions.

7            MR. SNELL:  All right.  Let's take a break.

8    I might have some questions, not too many, though.

9            (Recess from 9:02 p.m. to 9:07 p.m.)

10                        EXAMINATION

11   BY MR. SNELL:

12       **Q**    Doctor, you have before you your Summary of

13   Opinions; is that correct?

14       **A**    That's correct.

15       **Q**    Did we mark that as an exhibit?

16       **A**    It's been marked as part of the Exhibit 8.

17           MR. SNELL:  I want to mark it separately as

18   Flynn D1, just so it gets a separate designation.

19           (The deponent handed Mr. Keith a document.)

20           MR. SNELL:  He already has a copy.

21           MR. KEITH:  He's giving it to me to mark.

22           MR. SNELL:  Oh, okay.  Well, here.  Give it

23   to me.  I'll mark it.

24           MR. KEITH:  So it no longer is contained in

25   Exhibit 8.  It's its own exhibit.

Brian Flynn, M.D.

Page 237

1             (Exhibit D1 was marked.)

2       **Q**    (By Mr. Snell)  Doctor, I've handed you

3   Exhibit Flynn D1, and identify this document, please,

4   for the record.

5       **A**    This is Brian J. Flynn's Summary of

6   Opinions, Coleen Perry versus Ethicon and Johnson &

7   Johnson.  This is a document that I prepared in

8   preparation for this document.

9       **Q**    And does this document contain a summary of

10  your opinions?

11      **A**    It does.

12      **Q**    Do you hold these opinions to a reasonable

13  degree of medical and scientific certainty?

14      **A**    Yes.

15      **Q**    Was your independent medical examination of

16  Mrs. Perry marked?

17      **A**    Not separately.  It was part of 8, similar

18  to this Summary of Opinions.

19            MR. SNELL:  I'm going to mark as Flynn D2 a

20  copy of the IME.

21            (Exhibit D2 was marked.)

22      **Q**    (By Mr. Snell)  And, Doctor, I've marked

23  your report of your December 19, 2014 IME as Flynn

24  D2; is that correct?

25      **A**    That's correct.

Brian Flynn, M.D.

Page 238

1    **Q**    And in that report, do you set forth your

2    interactions and the medical examination of

3    Mrs. Perry?

4    **A**    Yes.

5    **Q**    Do you identify your opinions flowing from

6    your medical examination in that document as well?

7    **A**    Can you repeat the question?

8    **Q**    Sure.  Do you set forth your opinions and

9    conclusions in that document with regard to

10   Mrs. Perry?

11   **A**    At the end of the document, I have my

12   assessment and opinions, yes.

13   **Q**    Do you hold those opinions and assessments

14   to a reasonable degree of medical certainty?

15   **A**    I do.

16   **Q**    Let's start on some topics that were

17   recently covered by plaintiff's counsel.

18        Plaintiff's counsel just asked you recently

19   about your statement that 95 percent of pelvic

20   surgeons -- or the vast majority of them use mesh

21   slings TVT mid-urethral slings.

22        MR. KEITH:  Is Jeff on the line?

23        MR. KUNTZ:  Yeah, I'm here.

24   **Q**    (By Mr. Snell)  Does Paragraph No. 10 of

25   your summary identify different surveys of AUGS and

Brian Flynn, M.D.

Page 239

1    AUA that speak to how commonly mid-urethral slings

2    are used by your contemporary surgeons?

3            MR. KUNTZ:  Objection, compound.

4      **A**    Can you repeat the question?

5      **Q**    (By Mr. Snell)  Does Paragraph 10 of your

6    list of opinions set forth different AUGS and AUA

7    surveys that speak to whether or not the majority of

8    surgeons were using TVT, TVT-O, TVT Abbrevo, and

9    other synthetic mid-urethral slings?

10           MR. KUNTZ:  Objection.

11     **A**    Yes.

12           (Mr. Keith left the room.)

13     **Q**    (By Mr. Snell)  Your testimony that 3

14   percent is the higher rate of exposure that you've

15   seen based on the data, is that based on your review

16   of various Cochrane reviews and other meta-analyses

17   that look across large bodies of studies as to

18   exposure rate?

19           (Mr. Keith entered the room.)

20     **A**    Where that number comes from is, I tried to

21   give the most conservative estimate of the

22   complications.  Cochrane review is one of them.  I

23   will say -- my own personal experience -- it's much

24   lower than that.

25     **Q**    (By Mr. Snell)  You were asked some

Brian Flynn, M.D.

Page 240

1    questions about the 1-by-1-centimeter cyst that you

2    found in Mrs. Perry's vagina at the time of your IME.

3        **A**    Yes.

4        **Q**    Is the occurrence of cysts something that's

5    generally known in the medical community?

6        **A**    Vaginal cysts?

7        **Q**    Yes.  That they can appear and then over

8    time disappear?

9        **A**    Certainly.

10       **Q**    Is that general medical knowledge to

11   surgeons who do vaginal inspections?

12       **A**    It is.

13       **Q**    You were asked some questions about

14   Mrs. Perry's husband and his claim -- and the claim

15   that he had an abrasion.

16            First of all, are you aware of Mrs. Perry's

17   husband claiming any injuries in this case?

18       **A**    I don't believe that he's a complainant in

19   this case.  I believe he gave a deposition.  He's a

20   witness, but I don't believe he has his own separate

21   lawsuit.

22       **Q**    You referenced earlier the November 2014

23   record from Dr. Allen where it noted that Mrs. Perry

24   apparently told Dr. Allen that her husband had a

25   penile abrasion.

Brian Flynn, M.D.

Page 241

1          Do you recall that?

2     **A**    Which date?

3     **Q**    November 2014 --

4     **A**    Yes --

5     **Q**    -- the Allen record.

6     **A**    -- I recall that.

7     **Q**    Was there any mesh exposure found at that

8     time?

9     **A**    Not in November of 2014 on Dr. Allen's exam

10    or on my December 2014 exam.

11    **Q**    So if there was an abrasion to his penis,

12    as Mrs. Perry reported, do you believe it had

13    anything to do with the mesh?

14    **A**    I don't believe it had anything to do with

15    the mesh at that point.

16    **Q**    You were asked some questions about the

17    different studies you cite to in your report that

18    provided dyspareunia rates with posterior

19    colporrhaphy in excess of 20 percent.

20          Do you recall in general that topic at

21    Paragraph 34?

22    **A**    Yes.

23    **Q**    One of those articles is the Komesu article

24    that you say had a 57 percent postoperative

25    dyspareunia rate.

Brian Flynn, M.D.

Page 242

1          Do you see that?

2     **A**     I do.

3     **Q**     Do you remember you were asked about any --

4     whether some of these studies had levatorplasties

5     performed concomitantly in them?

6     **A**     I was asked about whether or not

7     levatorplasty would make it more likely or less

8     likely to have dyspareunia.

9     **Q**     I have here the Exhibit 25, your files that

10    you produced.  The Komesu article, Posterior Repair

11    and Sexual Function, is that the study you

12    referenced?

13    **A**     I referenced five studies, but that's one

14    of them.

15    **Q**     And for that one, if we look at the Result

16    section on the first page, tell me -- let's see.  It

17    talks about the PR group.  Is that the posterior

18    repair group?

19    **A**     Yeah.  No PR.  No posterior repair -- PR

20    group, posterior repair.

21    **Q**     And does this state, "None of the patients

22    had levatorplasty performed"?

23    **A**     That's a correct statement.

24    **Q**     And so in this study where there was a 57

25    percent postoperative dyspareunia rate, none of those

Brian Flynn, M.D.

Page 243

1    patients had levatorplasty; is that correct?

2              MR. KUNTZ:  Objection.

3        **A**    That's correct.

4        **Q**    (By Mr. Snell)  And you also cite to Karram

5    and Maher 2013, Tables 1 and 2, which you say shows

6    multiple studies documenting dyspareunia rates in

7    excess of 20 percent.

8        **A**    Yes.  Table 1 of that study, there is -- it

9    looks like nine studies listed in the incidents of

10   dyspareunia.  It ranges from a low of 8 percent to as

11   high as 45 percent.

12       **Q**    And then Table 2 has posterior vaginal

13   repair rates of dyspareunia.  That's what you also

14   referenced at Table 2?

15       **A**    Yeah, and that table pertains to

16   site-specific repair.

17       **Q**    And that's 19 percent, 46 percent, and

18   various different rates of dyspareunia, correct?

19       **A**    It looks like there's a wide range, like

20   Table 1, somewhere between 7 and 45 percent.

21       **Q**    And in that study at Page 1837, when

22   they're talking about site-specific defect repairs

23   and they're discussing the technique, they say,

24   "Traditional levatorplasty is avoided"; is that

25   correct?

Brian Flynn, M.D.

Page 244

1            MR. KUNTZ:  Objection.

2       **A**    I don't believe levatorplasty is considered

3    part of site-specific defect repair.

4       **Q**    (By Mr. Snell)  And in that study under

5    Site-Specific Defect Repair, it states, "Traditional

6    levatorplasty is avoided"; is that correct?

7       **A**    That's correct.

8       **Q**    And in that table -- it points to Table 2.

9    So even in the posterior colporrhaphies where they

10   avoid levatorplasty, is it your opinion that they can

11   still have significant dyspareunia rates?

12      **A**    Any posterior repair can give you

13   dyspareunia regardless of the technique.

14      **Q**    You were asked questions about the hCG

15   diet.  Does Paragraph 33 of your opinions state what

16   you found significant with regard to her healing

17   complication?

18      **A**    I think Paragraph 33, you know, speaks to

19   her use of the hCG diet as recommended by Dr. Singh,

20   side effects that she incurred such as light-

21   headedness, headaches, and blurred vision.

22            And I feel that that may have been due to

23   her catabolic state, and that catabolic state would

24   impair wound healing.  That was one of the factors

25   that I identified in contributing to her wound

Brian Flynn, M.D.

Page 245

1   dehiscense.

2       **Q**    Do you have an understanding as to the

3   number of calories that that diet would restrict

4   Mrs. Perry to?

5           MR. KUNTZ:  Objection, speculation.

6       **A**    I don't know the exact caloric restriction.

7   I would say probably less than -- less than 500.  You

8   know, it's coupled with off-label pregnancy hormone

9   injections.  So it's hard to say, but I mean, it's

10  somewhere around 500, but it did lead to a 19-pound

11  weight loss.

12      **Q**    (By Mr. Snell)  And would a 500-calorie

13  diet lead to a catabolic state?

14          MR. KUNTZ:  Objection.

15      **A**    In someone of her size and weight, yes.

16      **Q**    (By Mr. Snell)  And you believe that that

17  was a contributing factor to her mesh exposure, the

18  wound healing problem that she developed?

19      **A**    Yeah, I believe that is one of the factors

20  that I list, along with smoking and some of the other

21  factors that we've identified.

22          So she had, you know, multiple risk

23  factors:  weight loss, smoking, anterior vaginal wall

24  incision, her obesity.

25      **Q**    Let's go back.

Brian Flynn, M.D.

Page 246

1          Earlier in the deposition you were asked

2     about different ways a doctor could tell if a mesh

3     was laser-cut.  Let me ask you:  By looking -- just

4     looking at the TVT Abbrevo sling, itself, can you

5     tell it's laser-cut?

6     **A**     Yes, I can.

7     **Q**     Is that obvious to you as a physician?

8     **A**     If you're familiar with the

9     mechanically-cut and laser-cut, yes, I believe you

10    can see the differences.

11    **Q**     And do you believe there's any difference

12    -- any clinically significant difference between the

13    mechanical-cut and laser-cut meshes?

14          MR. KUNTZ:  Asked and answered.  I mean, we

15    have been through this about five times.  You stopped

16    me from asking.  I don't know why you need to ask it

17    again, but go ahead.

18    **A**     I don't believe there's any difference

19    based on my review of the literature, based on my own

20    personal experience.

21          If you look at the data from '98 to in and

22    around 2006 to the data from 2006 to current, the

23    wound complications, exposure rates, perforations are

24    essentially the same, as well as the efficacy of the

25    two products are the same.

Brian Flynn, M.D.

Page 247

1           So there was a lot of discussion, a lot of

2      strong personal opinions, but that's all it amounted

3      to be.

4      **Q**    (By Mr. Snell)  You were asked earlier

5      about whether there was any study or paper you can

6      point to that showed dyspareunia or longer-term pain

7      as a risk factor with Burch procedure.

8           Do you have a paper by Demirci as one of

9      the papers you reviewed?

10     **A**    I do, and it was part of --

11     **Q**    What's that part of?

12     **A**    -- Exhibit 8.

13     **Q**    Did that study report on whether any

14     patients who got the Burch had dyspareunia at some

15     follow-up of greater than one year?

16     **A**    Looking at the abstract, the dyspareunia

17     occurred in six patients out of the 220 patients.

18     **Q**    Was there any groin -- or pain -- any other

19     pain in that study?

20          MR. KUNTZ:  Objection, leading.

21     **A**    There was --

22     **Q**    (By Mr. Snell)  Hold on.  Withdrawn.

23          Was there any other type of pain documented

24     in that Burch study?

25          MR. KUNTZ:  Objection.

Brian Flynn, M.D.

Page 248

1      **A**     Yes, there was.

2      **Q**     (By Mr. Snell)  And what was it?

3      **A**     Groin pain and suprapubic pain.

4      **Q**     And what was the follow up in that study

5   for the two different parts?

6      **A**     4.5 years versus -- 1.5 year for Group 1.

7   4.5 years for Group 2.

8      **Q**     And in Paragraph 13 of your report, you

9   list pain, pelvic pain, groin pain, and dyspareunia

10  as risks of incontinence and prolapse surgery; is

11  that correct?

12     **A**     That's correct.

13     **Q**     And you state that those are basic

14  elemental surgical risks?

15     **A**     That's correct.

16     **Q**     Are those risks that surgeons would even

17  know of or should know of based on their medical

18  school, residencies, and surgical training?

19            MR. KUNTZ:  Objection.

20     **A**     I think there's a variety of ways

21  physicians obtain that information, but certainly

22  medical school, residency, fellowship, their own

23  personal practice is fundamental in formulating an

24  understanding of the risks and benefits of pelvic

25  surgery.

Brian Flynn, M.D.

Page 249

1    **Q**    (By Mr. Snell)  In Paragraph 14, you note

2    that, "Complications are known to occur and range

3    from not troubling to mild, moderate, or severe; and

4    they can be temporary or chronic, which is basic

5    surgical knowledge that all pelvic floor surgeons

6    would know or would be expected to know"; is that

7    correct?

8              MR. KUNTZ:  Objection.

9    **Q**    (By Mr. Snell)  Is that correct?

10   **A**    I would say that all surgeons, not just

11   pelvic surgeons -- all surgeons should be aware of

12   complications.  The very first thing we mention to

13   patients when we're doing informed consents, the

14   risks:  bleeding, infection, pain.  Those three

15   things can happen virtually with any surgeon.

16   **Q**    And is that basic elemental surgical

17   knowledge?

18             MR. KUNTZ:  Objection.

19   **A**    That's fundamental knowledge.

20   **Q**    (By Mr. Snell)  You were asked questions

21   about the gold standard, and I believe you testified

22   you believe that TVT, TVT Abbrevo, TVT-O are

23   considered, in your opinion, the gold standard or

24   within the gold standard.

25   **A**    Within the gold standard, yes.

Brian Flynn, M.D.

Page 250

1    **Q**    And of the gold standard slings, are there

2    any who have more data and study than the TVT mesh

3    family?

4    **A**    It's the most widely studied incontinence

5    procedure.

6            MR. KUNTZ:  Objection.  Are you talking

7    about TVT or TVT Abbrevo?

8            MR. SNELL:  You're not questioning here.  I

9    am.  I said the TVT family mesh.

10           MR. KUNTZ:  You told me I had to state the

11   reason for my objection.

12           MR. SNELL:  Okay.  Well, then state it

13   properly.  Don't ask him a question.

14           MR. KUNTZ:  All right.  Objection.

15           MR. SNELL:  I said TVT family of mesh.

16   **Q**    (By Mr. Snell)  Doctor, do you know if the

17   same mesh is used in --

18           MR. KUNTZ:  And I said that --

19   **Q**    (By Mr. Snell)  -- TVT --

20           (All speaking simultaneously, and reporter

21           requested clarification.)

22           MR. KUNTZ:  -- three different products.

23   Compound -- or four different products.  So which one

24   are you talking about for the most studied?

25   **Q**    (By Mr. Snell)  Doctor, do you know if the

Brian Flynn, M.D.

Page 251

1    same mesh is used in TVT Retropubic, TVT-O, and the

2    TVT Abbrevo?

3             MR. KUNTZ:  Objection.  It misstates the

4    evidence in the case.

5        **Q**   (By Mr. Snell)  The same polypropylene

6    mesh?

7        **A**   Yes.

8        **Q**   All right.  And for that TVT family of

9    meshes that's the same mesh, is there --

10            MR. KUNTZ:  Objection.

11       **Q**   (By Mr. Snell)  -- any other mesh in the

12   world that's been studied as much as that mesh?

13            MR. KUNTZ:  Objection, compound.  Are you

14   talking about TVT Abbrevo, TVT-O laser-cut, TVT

15   Retropubic laser-cut?

16            MR. SNELL:  I'm not worried about that.

17            MR. KUNTZ:  I know you're not --

18            MR. SNELL:  You're asking questions --

19            MR. KUNTZ:  -- worried about it --

20            (All speaking simultaneously, and

21            reporter requested clarification.)

22            MR. SNELL:  I'm going to object --

23            MR. KUNTZ:  -- the question the right way.

24            MR. SNELL:  Pose a form objection properly.

25   Quit asking him questions and asking questions that

Brian Flynn, M.D.

Page 252

1    mean nothing --

2            MR. KUNTZ:  It's okay to --

3            MR. SNELL:  Pose a proper objection.

4    That's it.

5            MR. KUNTZ:  I will.  Objection.  It's

6    compound because we don't know whether you're talking

7    about Abbrevo laser-cut, TVT-O laser-cut, TVT-O

8    mechanical-cut.

9            You told me under California rules I have

10   to give you the reason and the basis to correct your

11   question.  So it's compound because you're talking

12   about six different products.

13           MR. SNELL:  All right.

14           MR. KUNTZ:  So if you want to ask him

15   individually --

16           MR. SNELL:  No, no, no.  That's your basis.

17   Don't tell me how to ask my questions.  I'm asking

18   about the TVT family of mesh that this witness has

19   testified is the same, and in his opinion there's no

20   clinical difference for mechanical-cut and laser-cut.

21           So that's what I'm asking about.

22           MR. KUNTZ:  Objection.  We don't know which

23   product you're talking about.

24           MR. SNELL:  Okay.  I know what I'm talking

25   about, and I know what the witness is testifying to.

Brian Flynn, M.D.

Page 253

1              MR. KUNTZ:  I beg to differ, but that's all

2      right.

3         **Q**    (By Mr. Snell)  This mechanical-cut versus

4      laser-cut, that's not something you think is even

5      clinically relevant; is that correct or not?

6         **A**    Not at this point.

7         **Q**    And so for the TVT family of meshes,

8      whether they are laser-cut or mechanical-cut, is

9      there any other family of meshes that has been

10     studied as much as the TVT family of meshes?

11        **A**    No.

12        **Q**    And you have documents in your file in

13     probably one of these exhibits that show over 100

14     randomized controlled trials with the TVT family of

15     meshes?

16        **A**    That's correct.

17             MR. KUNTZ:  Objection.

18        **Q**    (By Mr. Snell)  In Paragraph 16, you

19     identify several long-term studies, you say, support

20     the safety and efficacy up to 17 years.  "Efficacy in

21     these studies is generally consistently in the 80 to

22     90 percent range with low complications and very few

23     late-term complications."

24             Did I read that correctly?

25        **A**    That's correct.

Brian Flynn, M.D.

Page 254

1    **Q**    Okay.

2          MR. KUNTZ:  Objection.

3    **Q**    (By Mr. Snell)  Are there any other meshes

4    besides the TVT family of mesh that has longer-term

5    data than that group of meshes?

6          MR. KUNTZ:  Objection.

7    **A**    For stress urinary incontinence?

8    **Q**    (By Mr. Snell)  Exactly.

9    **A**    There's no other product that has been

10   studied as extensively or for as long a duration as

11   the TVT SUI products.

12   **Q**    In Paragraph 21 -- you were asked some

13   questions about degradation, correct?

14   **A**    Correct.

15   **Q**    In Paragraph 21, you state that those

16   long-term clinical studies showing lasting success

17   are inconsistent with the degradation theory; is that

18   correct?

19   **A**    That's correct.

20   **Q**    And what do you mean by that?

21   **A**    Well, if you look at the -- more than 100

22   RCTs and more than 1,000 articles in the

23   peer-reviewed literature looking at clinical results

24   of TVT and if you ask me about my own personal

25   experience, there is no evidence of degradation in

Brian Flynn, M.D.

Page 255

1    the clinical literature.

2          The degradation theory that's been proposed

3    is related to mesh explants, and specifically the

4    conversation comes from a select number of articles

5    that have only been published in the last five years,

6    the Clave article that we mentioned earlier, Patel.

7    There's a Costello case report.

8      **Q**    You were asked some questions about -- in

9    the original TVT Abbrevo study about whether there

10   was some mechanically-cut, and I believe you

11   testified you saw in Dr. Rosenzweig's deposition a

12   reference to an e-mail or document from Pete Hinoul

13   that said maybe half were mechanical-cut and half

14   were laser-cut.

15         Do you recall that?

16     **A**    I recall that.

17         MR. KUNTZ:  Objection.

18     **Q**    (By Mr. Snell)  And do you recall whether

19   there were any exposures in that one-year data?

20     **A**    Not in the Hinoul study.

21         MR. KUNTZ:  Ooh, wow.

22     **Q**    (By Mr. Snell)  Do we have the de Leval

23   study here?

24     **A**    The one-year or the three-year?

25     **Q**    The one-year that Dr. Rosenzweig was

Brian Flynn, M.D.

Page 256

1    testifying about.

2        **A**    I'm going to go into the folder, the

3    labeled Exhibit 8.

4        **Q**    I think you had that in one of the other

5    folders, the big SUI folder.  Did you put it over

6    there (indicating)?  It was in the big one that had

7    all the tabs, I thought.

8            MR. KEITH:  Exhibit 16?

9            MR. SNELL:  Yeah, I think that might have

10   been it.  Let's see if this is the one.

11       **Q**    (By Mr. Snell)  Do you see in the de Leval

12   study where it states, "One patient in the original

13   TVT-O procedure developed a suburethral vaginal

14   exposure of the mesh."

15           Do you see that?

16       **A**    I do.

17       **Q**    And then, "No other mesh exposure

18   complications were observed during follow-up."  Do

19   you see that?

20       **A**    Yep.

21       **Q**    And if Dr. Rosenzweig opined that he

22   believed that this study showed that there was more

23   mesh exposure with a laser-cut mesh, would that study

24   support that opinion?

25       **A**    No, it would not.

Brian Flynn, M.D.

Page 257

1    **Q**    Earlier you pointed out in the Method

2   section of this paper that some of the -- with the

3   first modification, tape shortening was carried out

4   directly in the operating theater.

5    **A**    Yes.

6    **Q**    How would that be done?

7    **A**    Well, that can be carried out a variety of

8   ways.  You can feed a suture through the ends.  You

9   can mechanically cut the mesh at the edges with your

10  scissors.

11        There's obviously ways of shortening

12  meshes.  We alter meshes all the time when we implant

13  them to try to make them fit.  It's not one size fits

14  all.  Even on full-length slings we have to cut the

15  mesh where it exits the skin when we're deploying the

16  mesh.  So I think that's what de Leval is getting at.

17   **Q**    You were asked some questions about foreign

18  body response.  Do you recall, in general, that

19  topic?

20   **A**    I do.

21   **Q**    Is the foreign body response taught to

22  surgeons during their medical school and residencies

23  and training?

24   **A**    Yes.

25   **Q**    Is that common, elemental surgical

Brian Flynn, M.D.

Page 258

1    knowledge?

2        **A**    Yes.  I mean, you have classes and

3    pathology and histology, pathophysiology where you're

4    going to review those mechanisms, immunology.

5        **Q**    And when you testified earlier you believe

6    the IFU is adequate and there are certain things that

7    are already known or should be known by pelvic

8    surgeons, are you giving that opinion from the

9    perspective of a pelvic floor surgeon?

10       **A**    Yes.

11       **Q**    As the -- an intended user of the product,

12   the TVT Abbrevo?

13       **A**    That's correct.

14       **Q**    The one who would read the IFU and

15   understand the IFU; is that correct or not?

16       **A**    I think I mentioned earlier I think the

17   physician has a responsibility to educate themselves

18   on the products they're using.  The IFU is one of the

19   tools that's used for that.

20       **Q**    So earlier when you testified to Mr. Kuntz

21   that although a word like "dyspareunia" -- that word

22   wasn't in the IFU, there were adverse reactions that

23   to you, as a pelvic floor surgeon -- said to you,

24   these could lead to dyspareunia, is that -- were you

25   testifying from the perspective of a pelvic floor

Brian Flynn, M.D.

Page 259

1  surgeon?

2          MR. KUNTZ:  Objection.

3      **A**   Yes.

4      **Q**   (By Mr. Snell)  You were asked a question

5  about whether you offered to allow Mrs. Perry to

6  utilize the restroom before your IME.

7          Do you recall being questioned about that?

8      **A**   I do.

9      **Q**   Is that something you would offer your

10  patients, if they would like to use the restroom?

11      **A**   I want patients to be comfortable when I

12  examine them, so yeah, that's a standard part of my

13  practice with patients.  Entering the clinic often

14  we'll get a urine sample, and they'll empty their

15  bladder during those time periods.

16      **Q**   In Paragraph 18, you talk about the Boston

17  Science Obtryx SUI device.

18      **A**   Yes.

19      **Q**   And that's -- is that your understanding,

20  that that's the device that Dr. Luu testified he

21  uses?

22      **A**   Currently.

23      **Q**   What's the pore size of that device?

24      **A**   The pore size, I believe, is very similar

25  to the Ethicon device.

Brian Flynn, M.D.

Page 260

1    **Q**    Paragraph 18.

2    **A**    So the pore size is 1,182 microns or

3    micrometers.  The weight is 100 grams per meter

4    squared.

5    **Q**    And the TVT Abbrevo, is the pore size --

6    how does the pore size compare to the Boston

7    Scientific Obtryx?

8    **A**    Slightly larger at 1,379 micrometers.  The

9    weight is identical at 100 grams per meter squared.

10   **Q**    You were asked a question -- a couple of --

11   actually, quite a few questions about the edges of

12   the mechanical- and the laser-cut.

13         For which of those two meshes is the edge

14   of the mesh smoother?

15   **A**    Just to be clear, for the record, the

16   laser-cut mesh is smoother, meaning it has nontanged

17   edges -- those are often how the edges are described.

18   Smoother, nontanged -- where the mechanically-cut

19   mesh tends to have some fraying at the edges.

20   **Q**    The -- you were asked questions about AUGS,

21   AUA, and various statements.  Do you believe that the

22   TVT Abbrevo is a mid-urethral polypropylene sling

23   which is encompassed within those position

24   statements?

25   **A**    It's a --

Golkow Technologies, Inc. - 1.877.370.DEPS

Brian Flynn, M.D.

Page 261

1              MR. KUNTZ:  Objection.

2       **A**     It's a mid-urethral transobturator

3   polypropylene sling.

4       **Q**    (By Mr. Snell)  And is it standard of care?

5       **A**     I believe it's a commonly used product.

6   It's -- the whole family of products are part of the

7   standard of care, the most common procedures used.

8       **Q**     And do you believe that the TVT Abbrevo is

9   encompassed within those position statements and

10  guidelines?

11             MR. KUNTZ:  Objection.

12      **A**     I do.

13      **Q**    (By Mr. Snell)  And . . .

14             (Pause.)

15      **Q**     You were asked to draw or illustrate --

16  Exhibit 29 -- some different parts of the vagina and

17  where the sling was.  Do you recall that?

18      **A**     Yes.

19      **Q**     Is it your understanding or opinion that

20  the incision made at the anterior wall was a long,

21  single incision?

22      **A**     In my understanding from review of

23  Dr. Luu's operative report, is that there was one

24  single incision anteriorly that allowed placement of

25  the TVT Abbrevo, as well as the anterior

Brian Flynn, M.D.

Page 262

1   colporrhaphy.

2      **Q**    And the scoring that was noted to the

3   anterior wall -- first of all, let me back up.

4          Does an anterior colporrhaphy -- is part of

5   that procedure designed to cause scarring?

6      **A**    I think any surgery can cause scarring.

7   Some have that as a specific intent.  So the

8   scarification can lead to reinforcement and

9   fiberglass growth and infiltration and actually cause

10  strengthening of that area.

11     **Q**    And do you believe that the anterior

12  colporrhaphy caused scarring to her anterior vaginal

13  wall?

14     **A**    Yes.

15     **Q**    And the posterior colporrhaphy and the

16  perineoplasty, did they cause scarring to her vagina

17  as well?

18     **A**    To the posterior vagina and to the perineal

19  body, yes.

20     **Q**    In Dr. Allen's record of January 2012, it

21  states that, "Mrs. Perry stated her problem was that

22  her vagina felt too tight at the opening, and this is

23  what makes it painful for her to have sex."

24          Did I read that correctly?

25     **A**    Yes.  That's a statement directly from

Brian Flynn, M.D.

Page 263

1    Dr. Allen's note on November 11, 2012.

2        Q    And is that statement consistent or

3    inconsistent with your opinion that her posterior

4    colporrhaphy and the perineoplasty were the cause of

5    her pain?

6        A    That would be consistent with that opinion.

7        Q    And a little further down Mrs. Perry

8    reports that her husband got an abrasion.  Do you see

9    that?

10       A    I see that.

11       Q    And Dr. Allen advised the patient of

12   various different options at this time?

13       A    Yes.

14       Q    I believe you were asked questions about

15   inflammation or chronic inflammation.  Let me ask

16   you:  Do you have an opinion as to whether Mrs. Perry

17   had chronic inflammation in her vaginal tissues

18   before the TVT Abbrevo was put in?

19       A    Yes, I have an opinion in regards to that.

20       Q    What is that?

21       A    That she's had chronic inflammation in that

22   area that was based on previous evidence.

23       Q    And do you see the pathology report as to

24   whether it stated she had chronic inflammation in her

25   vaginal tissues?

Brian Flynn, M.D.

Page 264

1     **A**     Yeah.  That's based on my review of the

2     pathology report.  It's based on my review of the

3     medical records, her long-term history that she

4     reported pelvic pain, dyspareunia, other procedures

5     that she's had done, including what sounds like an

6     endometrial ablation using cryo.

7             So this is a patient that's had a long-term

8     history of pelvic floor disorders, including pelvic

9     pain and urinary incontinence.

10    **Q**     I think you were asked about some of the

11    longer-term data with the TV -- with the

12    transobturator TVT products.  Do you recall that?

13    **A**     Yes.

14    **Q**     And what's this exhibit plaintiff's counsel

15    marked?  So within Exhibit 8, do you have various

16    long-term transobturator TVT-O studies?

17    **A**     I do.

18    **Q**     And do you believe the TVT-O and the TVT

19    Retropubic studies are applicable to the TVT Abbrevo

20    studies?

21            MR. KUNTZ:  Objection.

22    **A**     Can you be more specific about the word

23    "applicable"?

24    **Q**     (By Mr. Snell)  Do you believe they are

25    relevant considering that you testified that they use

Brian Flynn, M.D.

Page 265

1    the same mesh?

2        **A**    Yes --

3             MR. KUNTZ:   Object.

4        **A**    -- I believe that's valuable information.

5        **Q**    (By Mr. Snell)   In the AUA statement, it

6    says, "Multiple case series and randomized control

7    trials attest to the efficacy of synthetic

8    polypropylene mesh slings at 5 to 10 years."

9             Did I read that correctly?

10       **A**    You did.

11       **Q**    Is that consistent or inconsistent with

12   your investigation of the longer-term data on the TVT

13   and the TVT-O Ethicon products?

14       **A**    I believe that the Ethicon products can be

15   included in that statement.  They meet the criteria

16   as defined by AUA and by AUGS and by SUFU.

17       **Q**    I just want to make sure we have one thing

18   clear, too.

19             In the IME report -- you were asked about

20   the pharmacologic therapy and vaginal massage and

21   those other potential modalities.

22             Do you recall that?

23       **A**    I do.

24       **Q**    And you say, "She may consider."  Is it

25   your opinion that these are things -- strike that.

Brian Flynn, M.D.

Page 266

1          It seemed to me that it was suggested that
2   these were recommendations that you were making that
3   she actually needed.  Is that inconsistent -- or
4   strike that.
5          When you say "She may consider
6   pharmacologic therapy," what did you mean by "may
7   consider"?
8          MR. KUNTZ:  Objection.
9      **A**    In my opinions, I'm just trying to offer
10  opinions for options that the patient may consider
11  going forward with her practitioners, Dr. Allen or
12  other future practitioners.
13     **Q**    (By Mr. Snell)  You weren't stating that
14  she needed to have those procedures?
15         MR. KUNTZ:  Objection, leading, asked and
16  answered.
17         MR. SNELL:  I just want to make sure we
18  have it correct.
19     **A**    I'm not saying what she needs or what she
20  doesn't need.
21         MR. SNELL:  Okay.  That was the last one I
22  had.  Thank you.
23                          EXAMINATION
24  BY MR. KUNTZ:
25     **Q**    Doctor, I have a few questions for you.

Brian Flynn, M.D.

Page 267

1           If you go back to your Summary of Opinions,

2    Item No. 16, where you list, I believe, 16 different

3    studies that support long-term data supporting the

4    TVT Abbrevo.

5        **A**    Yes.

6        **Q**    Do you see that?

7        **A**    I do.

8        **Q**    You would agree not one of those studies, A

9    through P, deals with the TVT Abbrevo, correct?

10          MR. SNELL:  Objection, form, "deals with,"

11   vague.

12          MR. KUNTZ:  Okay.  I'll restate it.

13       **Q**    (By Mr. Kuntz)  Well, tell me this.  Go

14   through these studies, A through P, and tell me which

15   one relates to the Abbrevo.

16          MR. SNELL:  Objection, form.

17       **A**    I believe all of them do.

18       **Q**    (By Mr. Kuntz)  And what's your basis for

19   that opinion?

20       **A**    My basis is that the TVT mesh across the

21   family of products is basically identical, whether

22   it's laser-cut or mechanically-cut.

23          So I think you can infer that the

24   experience with the other products can be applicable

25   to descriptions of the TVT Abbrevo or future products

Brian Flynn, M.D.

Page 268

1    that Ethicon may develop.  It's the same mesh.

2        **Q**    For example, Nilsson's 11-year follow-up

3    study and 17-year follow-up study you believe is

4    applicable to the TVT Abbrevo because it's the same

5    mesh clinically?

6        **A**    Correct.

7        **Q**    Okay.  And scientifically?

8        **A**    Correct.

9        **Q**    And so any study testing any type of TVT

10   Prolene mesh, whether it's mechanical-cut or

11   laser-cut mesh, can apply to any of the TVT line of

12   products; that's your testimony?

13           MR. SNELL:  Objection.  It misstates.

14       **A**    I think there's going to be an application.

15   There's going to be relevance.  Yes.

16       **Q**    (By Mr. Kuntz)  Okay.  Because laser-cut

17   mesh and mechanical-cut mesh are clinically the same?

18       **A**    That's my testimony.

19           MR. KUNTZ:  Okay.  No further questions.

20                        EXAMINATION

21   BY MR. SNELL:

22       **Q**    Doctor, you have seen where TVT-O and TVT

23   Abbrevo have been studied in the same study, and I

24   think you list some of them in Paragraph 26, the

25   Waltregny and de Leval.  We already talked about the

Brian Flynn, M.D.

Page 269

1    Tommaselli paper and the Shah study.

2            Do you recall those?

3    **A**    Yes.

4    **Q**    And was it your opinion that the efficacy

5    was essentially the same for the TVT Abbrevos and the

6    TVT-O?

7    **A**    Yes.

8    **Q**    And is that consistent or support for your

9    opinion that there is no real clinical significant

10   difference between mechanical- or laser-cut?

11   **A**    Yeah.  I think there's no difference

12   between laser-cut and mechanically-cut, and I don't

13   think there's a difference between full-length TVT

14   Obturator and the 12-centimeter TVT Abbrevo.

15           In my experience, the products behave

16   identically.

17   **Q**    Okay.

18           MR. KUNTZ:  Is that it?

19   **Q**    (By Mr. Snell)  And then TVT Secur, you

20   were asked about that product.  That's actually a

21   mini sling, correct?

22   **A**    TVT is an 8-centimeter sling, so I would

23   classify it as a mini sling.

24   **Q**    And that's also a single incision, correct?

25   **A**    That's single incision.

Brian Flynn, M.D.

Page 270

1    **Q**    It's put in differently than the TVT-O and

2    TVT Abbrevo?

3    **A**    TVT-O and TVT Abbrevo are multi-incision

4    slings.  TVT Secur was a single-incision sling.

5          MR. SNELL:  Okay.  That's all I have.

6                         EXAMINATION

7    BY MR. KUNTZ:

8    **Q**    And, Doctor, when you -- this is -- when

9    you were out talking to physicians, talking in

10   cadaver labs and training your students based on all

11   the knowledge you have from Ethicon, you tell them

12   that the laser-cut mesh and the mechanically-cut mesh

13   is the same and there's no clinical difference,

14   correct?

15   **A**    I do at this point, yes.

16         MR. KUNTZ:  Okay.  Thank you.  No further

17   questions.

18         MR. SNELL:  Thanks.

19         MR. KUNTZ:  Hopefully I will see you out in

20   California.

21         MR. SNELL:  Okay.  Thank you.

22         (Discussion off the record.)

23         MR. SNELL:  I'm going to make a statement

24   for the record.  I want everything marked that he

25   brought because everything he is relying on is in his

Brian Flynn, M.D.

Page 271

1   materials list brought here hard copy electronically.

2          So I just want it stated and everything

3   marked.  So I thought you were going through and

4   marking everything.  If there's things you didn't

5   mark, I need to know that because I'm going to mark

6   them.

7          MR. KEITH:  As counsel knows, it's a grand

8   amount of material, including much loose-leaf

9   material, but to the best of my knowledge and ability

10  as a lawyer that's been practicing for 20 years, I

11  believe that I marked everything that the doctor

12  brought.

13         Now, some of those things are loose and

14  they are contained within exhibits such as Exhibit

15  No. 8.  That's probably the most clear example of the

16  loose, but yes.

17         MR. SNELL:  I just want to make sure

18  everything he brought we marked.

19         MR. KEITH:  Well, I would suggest that you

20  go through and make sure it's all -- 1 through 29

21  because I trust you to do that.

22         MR. KUNTZ:  How are we going to get this

23  stuff copied?

24         MR. KEITH:  They're going to come pick it

25  up in the morning here, the court reporter.

Brian Flynn, M.D.

Page 272

```
 1              MR. KUNTZ:  Okay.  And they know we need a
 2   quick turnaround?
 3              MR. KEITH:  Can we go off the record?
 4              MR. KUNTZ:  Yeah.
 5              MR. SNELL:  Just one second just to make
 6   sure.
 7              MR. KEITH:  Let's go off the record.
 8              MR. SNELL:  Hold on.  I have one last
 9   question for Dr. Flynn.
10                          EXAMINATION
11   BY MR. SNELL:
12      Q    You brought all the materials here, your
13   reliance list, the CDs, documents, thumb drives, hard
14   copy materials that you're relying on?
15      A    Correct.
16              MR. SNELL:  Okay.  So we'll try to make
17   sure -- here counsel -- there's a lot of materials,
18   and we will try to make sure that everything gets
19   marked, and at this point we're up to 29 or 30
20   exhibits, right?  So I think that's everything.
21              MR. KUNTZ:  We need copies of thumb drives
22   and copies of everything, but somebody is coming to
23   pick those up to copy them tomorrow?
24              MR. KEITH:  That's correct.  Can we go off
25   the record?
```

Brian Flynn, M.D.

Page 273

1              MR. SNELL:  Sure.

2              (The deposition concluded at 9:59 p.m.,

3               January 7, 2015.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Brian Flynn, M.D.

Page 274

1    STATE OF COLORADO)

2                     )  ss.  REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4            I, Dianna L. Buckstein, do hereby certify

5    that I am a Professional Shorthand Reporter and

6    Notary Public within the State of Colorado; that

7    previous to the commencement of the examination, the

8    deponent was duly sworn to testify to the truth.

9            I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14           I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18           In witness whereof, I have affixed my

19   signature this 12th day of January, 2015.

20

         My commission expires November 25, 2017.

21

22

23           _____

             Dianna L. Buckstein

24           216 - 16th Street, Suite 600

             Denver, Colorado  80202

25

Brian Flynn, M.D.

Page 275

1          INSTRUCTIONS TO WITNESS

2

3              Please read your deposition

4    over carefully and make any necessary

5    corrections.  You should state the reason

6    in the appropriate space on the errata

7    sheet for any corrections that are made.

8              After doing so, please sign

9    the errata sheet and date it.

10             You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14             It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24

25

Brian Flynn, M.D.

Page 276

```
 1                    -  -  -  -  -  -

                     E  R  R  A  T  A

 2                    -  -  -  -  -  -

 3

 4     PAGE   LINE   CHANGE

 5     ____  ____   _____

 6        REASON:  _____

 7     ____  ____   _____

 8        REASON:  _____

 9     ____  ____   _____

10        REASON:  _____

11     ____  ____   _____

12        REASON:  _____

13     ____  ____   _____

14        REASON:  _____

15     ____  ____   _____

16        REASON:  _____

17     ____  ____   _____

18        REASON:  _____

19     ____  ____   _____

20        REASON:  _____

21     ____  ____   _____

22        REASON:  _____

23     ____  ____   _____

24        REASON:  _____

25
```

Brian Flynn, M.D.

Page 277

1

2          ACKNOWLEDGMENT OF DEPONENT

3

4               I,_____, do

5    hereby certify that I have read the

6    foregoing pages, and that the same is

7    a correct transcription of the answers

8    given by me to the questions therein

9    propounded, except for the corrections or

10   changes in form or substance, if any,

11   noted in the attached Errata Sheet.

12

13

14   _____

15    BRIAN FLYNN, M.D.              DATE

16

17

18   Subscribed and sworn

     to before me this

19   _____ day of _____, 20____.

20   My commission expires:_____

21

     _____

22   Notary Public

23

24

25

Brian Flynn, M.D.

Page 278

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      ____   ____   _____

 4      ____   ____   _____

 5      ____   ____   _____

 6      ____   ____   _____

 7      ____   ____   _____

 8      ____   ____   _____

 9      ____   ____   _____

10      ____   ____   _____

11      ____   ____   _____

12      ____   ____   _____

13      ____   ____   _____

14      ____   ____   _____

15      ____   ____   _____

16      ____   ____   _____

17      ____   ____   _____

18      ____   ____   _____

19      ____   ____   _____

20      ____   ____   _____

21      ____   ____   _____

22      ____   ____   _____

23      ____   ____   _____

24      ____   ____   _____

25      ____   ____   _____
```