# Exhibit A

Revised 7/25/2016

# CURRICULUM VITAE

# Marc Richard Toglia, M.D.

**ADDRESS:**

Work: 

**EDUCATION:**

| | | |
|---|---|---|
| 1985 | B.A. | Colgate University, Hamilton, NY (Biochemistry) Magna Cum Laude, Phi Beta Kappa |
| 1989 | M.D. | Vanderbilt University School of Medicine Nashville, TN |
| 1989-1993 | | Internship/Residency Department of Obstetrics and Gynecology University of Michigan Hospitals, Ann Arbor, MI |

**BOARD CERTIFICATION AND LICENSURE:**

| | |
|---|---|
| 1995 - Present | American Board of Obstetrics and Gynecology (Specialty) |
| 2013 - Present | Female Pelvic Medicine and Reconstructive Surgery (Subspecialty) |
| 1990 | Michigan State Medical License (# 4301054323) (expired) |
| 1993 | New York State Medical License (# 192471) (expired) |
| 1996 – Present | Pennsylvania State Medical License (# MD-059676-L) |

**CURRENT APPOINTMENTS**

2007 – Present    System Chief, Division of Female Pelvic Medicine and Reconstructive Surgery, Main Line Hospitals

2010 – Associate Professor of Obstetrics and Gynecology – Clinical and Educational Scholarship Track, Jefferson Medical College, Thomas Jefferson University Philadelphia, PA

2010 – Clinical Associate Professor – Lankenau Institute of Medical Research, Affiliate Clinical Faculty

1997 – Present    Medical Director, Urogynecology Associates of Philadelphia, Main Line Health Care

1999 – Present                Chief, Subdivision of Gynecology Riddle Memorial  Hospital


## HOSPITAL AFFILIATIONS

1999 – Present                Main Line Health System

## PREVIOUS APPOINTMENTS:

1993 – 1996                   Assistant Professor, Department of Obstetrics, Gynecology and Reproductive Medicine,
                              Division of Surgical Gynecology
                              Stony Brook Center for Pelvic Floor Disorders
                              State University of New York at Stony Brook School of Medicine
                              Stony Brook, New York

1996 – 1997                   Graduate Gynecology Associates
                              The Graduate Hospital, Philadelphia, PA
                              MedPartners, Inc.

1998 – 2010                   Assistant Clinical Professor of Obstetrics and Gynecology
                              Jefferson Medical College, Philadelphia, PA

1997 – 1999                   Riddle Memorial Hospital, Media, PA

## PROFESSIONAL SOCIETIES:

1993 – 96                     Association of Professors of Gynecologists and Obstetricians

1995                          Fellow, American College of Obstetricians and Gynecologist

1993                          American Urogynecologic Society (AUGS)

1995 -                        American Society For Colposcopy and Cervical Pathologists
                              (elected member)

2003 -                        Society of Gynecologic Surgeons (elected member)


## PROFESSIONAL SERVICE:

Chair, Committee for Coding and Reimbursement, American Urogynecologic
Society,                                                                                 2015 –

Vice Chair, Committee for Coding and Reimbursement

| | |
|---|---|
| American Urogynecologic Society  (AUGS) | 2012-2015 |
| Member, Committee for Coding and Nomenclature, American Urogynecologic  Society | 2000-2003 |
| Reappointed | 2008-2012 |
| Chairman, Membership Committee Society of Gynecologic Surgeons | 2009-2015 |
| Board of Directors, Society of Gynecologic Surgeons | 2009-Present |
| Director of Development, American Urogynecologic Society Foundation | 2010-2011 |
| Member, ACOG Committee of Health Economics and Coding AUGS Liason | 2012-Present |
| **Editorial Board, *Journal of Pelvic Medicine and Surgery*** | **2002 -2009** |
| **Section Editor, Female Pelvic Medicine & Reconstructive Surgery** | **2009-** |
| **Editorial Board, International Urogynecology Journal** | **2009-** |
| Ad Hoc Reviewer, *International Urogynecology Journal and Pelvic Floor Dysfunction* | 1994 –2009 |
| Ad Hoc Reviewer, *American Journal of Obstetrics and Gynecology* | 2002- |
| Ad Hoc Reviewer, *Journal of Reproductive Medicine* | 2002- |
| Ad Hoc Reviewer *International Journal of Gynecology and Obstetrics* | 2008- |
| Ad Hoc Reviewer *Journal of Lower Genital Tract Disease* | 2008- |

University/ Hospital Service:

| | |
|---|---|
| System Chief,  Division of Female Pelvic Medicine and Reconstructive Pelvic Surgery,  Main Line Health | 2002 – Present |
| Member,  Riddle Hospital,  Physician Leadership Committee | 2006 - 2012 |
| Member, Main Line Health OR Committee | 2010 – Present |
| Member, Medical Operations Committee (MOC) Riddle Hospital | 2012- 2014 |
| Member,  Riddle Physician SmartChart Transition Team | 2012 – 2014 |
| Chief, Subdivision of Gynecology, Riddle Memorial Hospital | 2002-2006 |
| Chief, Subdivision of Female Pelvic Medicine, Riddle Hospital | 2006-2012 |
| Director, Third Year Medical Student Clerkship in | 1994-1996 |

    Obstetrics and Gynecology, SUNY Stony Brook School of Medicine

Committee Member, Division of Education, Dept. of Obstetrics,    1994-1996
    Gynecology and Reproductive Medicine

Co-Director – Stony Brook Center for Pelvic Floor Disorders    1995-1996
Curriculum Review Committee, SUNY Stony Brook School of Medicine    1994-1996

New York State Primary Care Grant Working Group    1995-1996

**AWARDS AND HONORS:**

Stanton Fellowship, Colgate University    1985

University of Michigan Resident Research Day    1993
    **First Place**    "Pelvic Fluid Collections Following Hysterectomy
        and their Relationship to Febrile Morbidity".

Michigan Section of ACOG Resident's Paper Day    1993
    **Third Place**    "Pelvic Fluid Collections Following Hysterectomy
    and their Relationship to Febrile Morbidity".

**RESEARCH ACTIVITIES:**

Research Interests/Clinical Expertise:
    Urogynecology and reconstructive pelvic surgery

Past Clinical Research Projects:

1. Comparison of Raloxifene HCL, Continuous Hormone Replacement Therapy, and Placebo in Early Menopausal Women: Effects on Bone, Endometrium, Menopausal Symptoms, and Lipids (Protocol H3S-MC-GGHD).  Sponsor: Eli Lilly (Completed 1998)

2. A 12-Month Comparative Study on Raloxifene, Estrogen, and Placebo on the Postmenopausal Endometrium (Protocol H3S-MC-GGHG).  Sponsor: Eli Lilly (Completed 1998)

3. IMPACT 2001:Investigation and Measurement of Patient Acceptance in Clinical Treatment with Detrol LA.  Sponsor Pharmacia (ACET trial) (Completed 2001) (Primary Site Investigator)

4. ATIME: A trial in Menopause.  Sponsor Pharmacia (Completed 2002) (Primary Site Investigator)

5. A Randomized Double-Blind, Double-Dummy, Placebo-Controlled, Multicenter Assessing the Effects of Norethindrone Acetate and Ethinyl Estradiol in the Improvement of Moderate to Severe Age-Related Skin Changes in Postmenopausal Women Sponsor. Pfizer (Completed

20003) (Primary Site Investigator)

6. An Investigator-Blinded, Parallel Group Study to Compare the Saftely, Therapeutic Efficacy, and Vulvovaginal Symptomatic Relief of Miconazole Nitrate 16% Vaginal Ointment Plus Miconazole Nitrate (2%) External Vulvar Cream to Monistat 7 Vaginal Cream in the Treatment of Vulvovaginal Candidiasis. Protocol #CA-P-2296-2. Sponsor: Johnson and Johnson. (Completed 11/03) (Primary Site Investigator)

7. A Randomized, Placebo-Controlled, parallel Group, Multicenter Study to Assess Efficacy and Sagety of Daily Oral Administration of 5 and 10 mg Vesicare in Patients with Newly Diagnosed and Not Previously Treated Urgency of Overactive Bladder. (VENUS) Sponsor: Yamanouchi Pharma (2004) Published 2008 (Primary Site Investigator)

8. Study of Duloxetine HCl in Women of Different Demographic Characteristics and Co-Morbidities with Stress Urinary Incontinence: Evaluation of Efficacy and Safety – Protocol F1J-US-SBCD. Sponsor Eli Lilly (2004) (Primary Site Investigator)

9. An Open-Label Muticenter Study to Assess the Efficacy and Safety of Daily Oral Administration of 5 and 10 mg Vesicare in Patients Who Wish to Switch From Detrol LA for the Treatment of Overactive Bladder Symptoms – Protocol 905-UC-006. (VERSUS) Sponsor Yamanouchi Pharma 2004. Published 2008 Clinical Therapy.(Primary Site Investigator)

10. A randomized trial comparing tension-free vaginal tape (TVT) to the TVT-SECUR for the surgical treatment of stress urinary incontinence: SECURITY. Cleveland Clinic / Data Collecting Center. Completed 2011, Published 2012 (Primary Site Investigator)

| | |
|---|---|
| Medical School | Research Assistant, Department of Endocrinology, Vanderbilt University Medical Center. Designed and conducted clinical studies involving use of LHRH Antagonists as a potential male contraceptive (Summer 1987) |
| | Research Assistant, Howard Hughes Medical Institute, Department of Molecular Biology, Vanderbilt University Medical Center. Designed a bacterial vector to be used in recombinant DNA research studying the function of the protein calmodulin (Summer 1986) |
| Undergraduate | Research Assistant Department of Gastroenterology, Duke University Medical Center (Summers 1982-1985) |
| | Research Assistant, Department of Pediatrics, Duke University Medical Center (Summer 1982). |

**PUBLICATIONS:**

Peer Reviewed Journal Articles:

1. Kortz WJ, Schirmer BD, Mansbach CM, Shelburne F, Toglia MR and Quarfordt SH.. Hepatic uptake of chylomicrons and triglyceride emulsions in rats fed diets of differing fat content. *J. Lipid Res* 1984;25:799-804.

2. Pavlou S, Wakefield G, Schlechter NL, Lindner J, Souza KH, Kamilaris TC, Konidaris S, Rivier J, Vale WW and Toglia MR. Prolonged administration of a luteinizing-hormone releasing hormone antagonist suppresses pituitary and gonadal function in normal men. *J Clin. Endo* 1989;68C2:446-54.

3. Hurd WW, Toglia MR, Smith YR. Laparoscopic irrigation using a prewarmed pressurized system. *J of Laparoendosc Surgery* 1993;3:573-575.

4. Toglia MR and Pearlman MD. Pelvic fluid collections following hysterectomy and their relationship to febrile morbidity. *Obstet Gynecol* 1994;83:766-70.

5. Toglia MR and DeLancey JOL. Anal Incontinence and the Obstetrician Gynecologist. *Obstet Gynecol* 1994;84;4(2):731-40.

6. Toglia MR and Weg JG. Venous Thromboembolism during Pregnancy. *N Engl J Med* 1996;335:108-114.

7. Toglia MR and Schaffer JI. Tubo-ovarian abscess formation in users of intrauterine devices remote from insertion: A report of three cases. *Infect Dis Obstet Gynecol* 1996;4:85-88.

8. Elkins TE, Toglia MR. Progress in the clinical management of pelvic organ prolapse. Adv in Urol. 1996;9:301-322.

9. Toglia MR, Coburn K, Pearl ML. Evaluation of Colposcopic Skills in an Obstetrics and Gynecology Residency Training Program. *J Lower Genital Tract Disease* 1997;1:5-8.

10. Toglia MR, Nolan TE. Venous Thromboembolism during pregnancy: A current review of diagnosis and management. *Obstet Gynecol Survey* 1999;54:29-41.

11. Delancey JOL, Toglia MR, Perucchini D. Internal and external anal sphincter anatomy as it relates to midline obstetric lacerations. *Obstet Gynecol* 1997;90:924-7.

12. Toglia MR. Pathophysiology of Anorectal Disorders. Obstet and Gynecol Clin North Am 1998 Dec; 25(4):771-781.

13. Toglia MR, Nolan TE. Morbidity and mortality rates of elective gynecologic surgery in elderly women. *Am J of Ob Gyn* 2003;189:1584-1587.

14. Toglia MR. Urinary retention associated with a primary outbreak of genital herpes simplex. *J Pelvic Med Surg* 2004;10:331-333.

15. Toglia MR, Selmer C. A Case of Clostridium Difficile After Antibiotic Prophylaxis for Neurostimulator Implantation. J Pelvic Med Surg 2006;12:41-43.

16. Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture.  Am J Obstet Gynecol 2008; 198:600.e1-600.e4.

17. .Karram MM, Toglia MR, Serels SR, Andoh M, Fakhoury A, Forero-Schwanhaeuser S. Treatment with Solifenacin Increases Warning Time and Improves Symptoms of Overactive Bladder:  Results from VENUS, a Randomized, Double-Blind, Placebo-Controlled Trial. . Urology 2009:73;14-18, 2009

18. Toglia MR, Fagan MJ. Pyometria complicating LeFort Colpocleisis. Int J Urogynecol J 2009;20:361

19. Toglia MR, Serels SR, Laramee C, Karram M, Nandy I, Andoh M, Seifeldin R, Forero-Schwanhaeuser. Solifenacin for Overactive Bladder**:** Patient-Reported Outcomes from a Large Placebo-Controlled Trial. PostGraduate Medicine 2009;121:2062-2066.

20. Toglia MR. Pathophysiology of Anal Incontinence,  Constipation, and Defecatory Dysfunction. Obstet Gynecol Clin N Am 2009;36:659-671.

21. Toglia MR, Ostergard DR, Appell RA, Andoh M, Fakhoury A, Hussain IF, Solifenacin for overactive bladder: secondary analysis of data from VENUS based on baseline continence status. Int Urogynecol J 2010;21:847-854.

22. Scott R. Serels, Marc R. Toglia, Sergio Forero-Schwanhaeuser, Weizhong He.  Impact of Solifenacin on Diary-Recorded and Patient-Reported Urgency in Patients with Severe Overactive Bladder (OAB) Symptoms. Curr Med Res Opin 2010;26(10):2277-85.

23. Barber MD, Weidner AC, Sokol AI, Amundsen CL, Jelovsek JE, Karram MM, Ellerkman M, Rardin CR, Iglesia CB, Toglia M. Single Incision Mini-Sling Compared with Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstet Gynecol 2012:119:328-37.

24. Toglia MR What is the role of innovative minimally invasive surgery in today's medicine? Int Urogynecol J 2012; **10.1007/s00192-011-1618-6**

Book Chapters:

1. Toglia MR, Elkins TE. Management of rectovaginal fistulas and the disrupted anal sphincter. In: <u>Gynecologic Surgery</u>. Mann WJ, Stovall TG. (eds.). Churchill Livingstone, New York, NY. 1996. p.745-782.

2. DeLancey JOL, Toglia MR. Repair of chronic third and fourth degree obstetric lacerations. In: <u>Reoperative Gynecologic and Obstetric Surgery</u>. Second Edition Nichols DH (ed.). Mosby-Year Book, Inc., St. Louis, MO. 1997. p. 382-394.

3. Toglia MR. Management of Venous Thromboembolism during Pregnancy. In: <u>Emergency Care of the Woman</u>. Pearlman, MD, Tintinalli, JE (ed) McGraw-Hill, New York, NY. 1998. p. 183-190.

4. Toglia MR. Venous Disease and Thromboembolism. In: <u>Cherry and Merkatz's Complications of Pregnancy</u>. Fifth Edition. Cohen WR (ed.). Lippincott Williams and Wilkins. Baltimore, MD. 1999 p. 267-276

5. Toglia MR. Evaluation of Colorectal Dysfunction. In: <u>Ostergard's Urogynecology and Pelvic Floor Dysfunction</u>. Fifth Edition. Bent A, Ostergard D, Cundiff G, Swift S (eds.). Lippincott Williams Wilkins. Philadelphia, PA. 2002. 205-219.

6. Toglia MR. Deep Venous Thrombosis and Pulmonary Embolism in Pregnancy. In: Obstetric and Gynecologic Emergencies: Diagnosis and Management. Pearlman MD, Tintinalli JE, Dyne PL (eds) McGraw-Hill, New York, NY. 2004. 147-154.

7. Toglia MR. Gynecologic Emergencies. In: <u>Geriatric Emergency Medicine</u>. Meldon S, Ma OJ, Woolard R. (eds) McGraw Hill, New York, NY 2004:251-258.

8. Toglia MR. Evaluation of Colorectal Dysfunction. In: <u>Ostergard's Urogynecology and Pelvic Floor Dysfunction</u>. Sixth Edition. Bent A, Ostergard D, Cundiff G, Swift S (eds.). Lippincott Williams Wilkins. Philadelphia, PA. 2008

BOOKS

Weber AM, Brubaker L, Schaffer J, Toglia MR.  <u>Office Urogynecology</u>. McGraw-Hill, New York, NY. 2004.

<u>Other Publications:</u>

1. Toglia MR, Parisi VP. Deep vein thrombosis (letter). *N Engl J Med* 1995;332:1447. Discussion 1448 1995 May 25.

2. Toglia MR. Anal incontinence: An Underrecognized, Underreported problem: *The Female Patient* 1996;21:27-58.

3. Toglia MR, Weg JG. Venous Thromboembolism in Pregnancy (letter) N Engl J Med 1996;335:1846-1847.

4. Toglia MR. Rectovaginal Fistula Repair: Closure for a troubling condition. OBG Management 2001;13:16-24.

5. Toglia MR. Rectovaginal, anovaginal, and colovesical fistulas.  www.uptodate.com

6. Toglia MR. Surgical Management of the Disrupted Anal Sphincter.  www.uptodate.com

7. Toglia MR. Repair of Episiotomy and Perineal Lacerations Associated with Childbirth. www.uptodate.com

**ABSTRACTS AND RESEARCH PRESENTATIONS:**

"Assessment of Colposcopic Skills in a Residency Training Program." American Society of Colposcopists and Cervical Pathologists Biennial Meeting, Orlando, Florida. March 1996

Toglia, MR Pearl ML. Assessment of colposcopic skills in a residency training program. J Lower Genital Tract Disease 1997:1:25. (abstract)

Perioperative morbidity and mortality of elective gynecologic surgery in elderly women. Society of Gynecologic Surgeons Annual Meeting, Anaheim, CA March 4, 2003.

Toglia, MR Nolan, TE. Morbidity and Mortality of Elective Gynecologic Surgery in the Elderly Woman. J Pelvic Med & Surg. 2003;9:Suppl: S4.

Appell R, Toglia M, Andoh M. The effects of solifenacin in continent and incontinent patients with overactive bladder. European Urology Supplements. 2007;6(2):274. European Association of Urology (EAU), 22nd Annual Congress, March 21-24, 2007,  Berlin, Germany

Toglia MR, D Ostergard, M Andoh, I Hussain. Solifenacin Improves Urgency Outcomes in Incontinent and Continent Patients with Overactive Bladder. Obstetrics and Gynecology. April 2007;109(4) Suppl:55S-56S.   American College of Obstetricians and Gynecologists (ACOG), 55th Annual Clinical Meeting, May 5-9, 2007, San Diego, California, USA

Toglia M, Andoh M, Hussain I. Solifenacin Improved Warning Time Significantly Compared to Placebo in Patients with Overactive Bladder. Neurourology and Urodynamics. September 15, 2006;25(6):499-672. International Continence Society (ICS), 36th Annual Meeting, November 27-December 1, 2006, Christchurch, New Zealand

 Toglia M, Andoh M, Hussain I. Solifenacin Improves Urgency Symptoms as Assessed by Voiding Diaries and Patient-Reported Outcomes (PRO) in Patients with Overactive Bladder. Neurourology and Urodynamics. September 15, 2006;25(6):499-672. International Continence Society (ICS), 36th Annual Meeting, November 27-December 1, 2006, Christchurch, New Zealand

Ostergard DR, Toglia MR, Hussain IF. Urgency outcomes for continent and incontinent patients when treated with solifenacin for overactive bladder. Presented at the Western Section of American Urologic Society, October 30 2007.  Scottsdale AZ.

Appell R, Toglia M, Andoh M. The effects of Solifenacin in Continent and Incontinent Patients with Overactive Bladder. Presented at European Association of Urology Annual Meeting 2007 Berlin, Germany. Eur Urol Suppl 2007;6(2):274.

Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. September 12, 2007. Presented at the American Urogynecology Society Meeting. Hollywood, FLA.

Toglia MR, Zinner N, Forero-Schwanhaeuser S. Solifenacin use in the elderly: Safety and efficacy data from VERSUS.. Presented at ACOG annual Meeting, May 5th, 2008. New Orleans, LA

Toglia M, Karram M, Laramee C, Ferraro-Schwanhaeuser S. Patients with severe overactive bladder symptoms: Impact of Solifenacin on urgency and other symptoms. Presented at AUGS annual meeting, September 4th 2008. Chicago, IL.

Barber, MD, Weidner, A, Sokol AI, Amundsen C, Jelovsek JE, Karram MM, Ellerkmann M, Rardin C, Iglesia C Toglia MR. A blinded multi-center randomized trial comparing TVT-SECUR "U" to the tension-free vaginal tape (TVT) for the surgical treatment of stress urinary incontinence. Presented at IUGA Annual Meeting, 6/29/11, Lisbon, Portugal. Awarded: ***Axel Ingelman-Sundberg Award for Best Abstract***

Barber, MD, Weidner, A, Sokol AI, Amundsen C, Jelovsek JE, Karram MM, Ellerkmann M, Rardin C, Iglesia C Toglia MR. A blinded multi-center randomized trial comparing TVT-SECUR "U" to the tension-free vaginal tape (TVT) for the surgical treatment of stress urinary incontinence. Presented at AUGS Annual Scientific Meeting, September 15 2011. ***Awarded Best Clinical/Surgical Paper***

## COMMUNITY HONORS:

"Top Doctor"          Mainline Today Magazine 2000, 2005 - 2016

"Top Doctor"          Philadelphia Magazine 2005 - 2016

Top Doctors in America          U.S. News and World Report 2011 - 2016