## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff whose case is listed on the attached Exhibit A, Defendant Coloplast Corp.[1]
("Coloplast"), and Defendant Mentor Worldwide LLC[2] ("Mentor") advise the Court that they
have compromised and settled all claims between them in this action, including all
counterclaims, cross-claims, and third-party claims.  Accordingly, Plaintiff, Coloplast and
Mentor jointly move the court to dismiss Coloplast and Mentor as defendants in this action with
prejudice, and terminate Coloplast and Mentor from the docket in this action, parties to bear their
own costs.  Other defendants remain in this action, and plaintiff will continue to prosecute this
action against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast
A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C.,
Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast
Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast,
Inc.
[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor,
Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide,
L.L.C., and Mentor Worldwide, LLC.

Respectfully submitted,

*/s/ Lana K. Varney*
Lana K. Varney
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
512.474.5201 (phone)
512.536.4598 (fax)
lana.varney@nortonrosefulbright.com
*Attorney for Defendant Coloplast Corp.*


*/s/ Dustin B. Rawlin*
Dustin B. Rawlin
TUCKER ELLIS LLP
950 Main Street, Suite 1100
Cleveland, OH  44113
216.592.5000 (phone)
216.592.5009 (fax)
dustin.rawlin@tuckerellis.com
*Attorney for Defendant Mentor Worldwide LLC*


*/s/  Laura V. Yaeger*
Laura V. Yaeger
MORGAN & MORGAN
Suite 700
201 North Franklin Street
Tampa, FL 33602
813.318.5171 (phone)
813.222.4796 (fax)
lyaeger@forthepeople.com
*Attorney for Plaintiff on Exhibit A*


Dated: October 10, 2016

## EXHIBIT A – MORGAN & MORGAN

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-32636 | Audrey R. Hardee, et al. v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ Lana K. Varney*_____
Lana K. Varney