## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT A ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANT COLOPLAST CORP. WITH PREJUDICE**

Plaintiffs whose cases are listed on the attached Exhibit A and defendant Coloplast Corp.[1] ("Coloplast") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims, and third-party claims. Accordingly, they jointly move the court to dismiss Coloplast as a defendant in these actions with prejudice, and terminate Coloplast from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

Respectfully:

*/s/ Lana K. Varney*
Lana K. Varney
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard
Suite 1100
Austin, Texas 78701-4255
512.536.4594 (phone)
512.536.4598 (fax)
lana.varney@nortonrosefulbright.com
*Attorney for Defendant Coloplast Corp.*


*/s/  David Kuttles*
David Kuttles
Kelly A. Fitzpatrick
W. Mark Lanier
THE LANIER LAW FIRM
Sixth Floor
126 East 56th Street
New York, NY 10022
212.421.2800 (phone)
212.421.2878 (fax)
DXK@lanierlawfirm.com
kaf@lanierlawfirm.com
WML@lanierlawfirm.com
*Attorneys for Plaintiffs on Exhibit A*


Dated: October 10, 2016

## EXHIBIT A – THE LANIER LAW FIRM

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01587 | Linda Nolan Cardwell, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-11466 | Carolyn S. Taylor v. Ethicon, Inc., et al. |
| 2:13-cv-14171 | Pamela Elaine Ratcliff, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-17468 | Leslie M. Penny, et al. v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/  Lana K. Varney*
Lana K. Varney