IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>**ETHICON WAVE 3 CASES** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DEBRA FROMER, M.D. FOR WAVE 3

Come now, the Defendants, and hereby adopt and incorporate by reference Defendants' prior Daubert response in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2151 ("Defendants' Wave 1 Response") to Plaintiffs' Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Debra Fromer, M.D., ECF No. 2081 ("Plaintiffs' Wave 1 Motion").

This notice applies to all Wave 3 cases.

Defendants acknowledge that on August 31, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2702 (the "Order") GRANTING Plaintiffs' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court DENIED Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in all Wave 3 Cases for the reasons set forth in Defendants' Wave 1 Response and the Court's Order.

Where the Court otherwise GRANTED or RESERVED judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 3, but preserve their right to challenge the ruling on appeal.

October 11, 2016

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

/s/ Kelly S. Crawford
Kelly S. Crawford
Riker Danzig Scherer Hyland &
Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i>/s/  Kelly S. Crawford</i><br>Kelly S. Crawford