IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ELIZABETH KAVALER, M.D. FOR WAVE 3**

Come now, the Defendants, and hereby adopt and incorporate by reference Defendants' prior Daubert response in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2165 ("Defendants' Wave 1 Response") to Plaintiffs' Motion to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D., ECF No. 2005 ("Plaintiffs' Wave 1 Motion").

This notice applies to the Wave 3 cases identified in Exhibit A attached hereto (the "Wave 3 Cases").

Defendants acknowledge that on August 31, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2704 (the "Order") GRANTING Plaintiffs' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court DENIED Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 3 Cases for the reasons set forth in Defendants' Wave 1 Response and the Court's Order.

Where the Court otherwise GRANTED or RESERVED judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 3, but preserve their right to challenge the ruling on appeal..

October 11, 2016

Respectfully submitted,

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

*/s/ Kelly S. Crawford*
Kelly S. Crawford
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

# **EXHIBIT A**

|    | **WAVE 3 CASE NAME** | **CASE NO.** |
|----|----------------------|--------------|
| 1. | April Berry and Danny Berry v. Ethicon, Inc., et al. | 2:12-cv-03074 |
| 2. | Kathy Blake v. Ethicon, Inc. et al. | 2:12-cv-02943 |
| 3. | Terry Page v. Ethicon, Inc., et al. | 2:12-cv-02884 |
| 4. | Audrey Smallridge and Theron Smallridge v. Ethicon, Inc., et al. | 2:12-cv-02956 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      */s/ Kelly S. Crawford*
                                      Kelly S. Crawford