# Exhibit 2

Bruce Alan Rosenzweig, M.D.

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF KERN

```
COLEEN M. PERRY,              )
                              )
            Plaintiff,        )
                              )    CASE NO.
       -vs-                   )    S-1500-CV 279123 LHB
                              )
HUNG T. LUU, M.D.;            )
JOHNSON & JOHNSON,            )
a New Jersey corporation;     )
ETHICON, INC.,                )
a New Jersey corporation;     )
and DOES 1-60,                )
                              )
            Defendants.       )
```

    The deposition of BRUCE ALAN ROSENZWEIG, M.D., called by the Defendants for examination, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at the offices of Wexler Wallace LLP, Suite 3300, 55 West Monroe Street, Chicago, Illinois, on December 15, 2014, commencing at 9:41 a.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

Bruce Alan Rosenzweig, M.D.

Page 178

1    MR. SNELL: Yes. What time is it?
2    MR. CARTMELL: It's 3:00 basically.
3    MR. SNELL: Okay.
4        (WHEREUPON, a recess was had
5        from 2:55 to 3:23 p.m.)
6    BY MR. SNELL:
7    Q.    With regard to the Clavé paper, do you
8    know what methodology was used to determine which
9    of the 100 explants would ultimately be selected
10   for chemical analysis?
11   A.    I don't think that's described in the
12   paper.
13   Q.    Have you ever used a laser-cut mesh for
14   stress urinary incontinence treatment?
15   A.    No.
16   Q.    Have you ever used a laser-cut mesh for
17   pelvic organ prolapse treatment?
18   A.    Not that I'm aware of.
19   Q.    In your opinion which is better,
20   laser-cut mesh or mechanical-cut mesh?
21   A.    Well, both have problems. We know that
22   mechanical-cut mesh frays, has particle loss, ropes
23   and curls. Laser-cut mesh is stiffer.
24       Mechanical-cut mesh -- or laser-cut mesh
25   was made, as a -- as Dr. Kammerer said in his

Page 179

1    deposition, to save costs and not to fix any
2    perceived problem. And so both of them have
3    problems associated with them.
4    Q.    So, you believe that both mechanical-cut
5    mesh and laser-cut mesh are defective?
6    A.    Mechanical-cut mesh ropes, curls, frays.
7    Once you stretch it to a greater than 10 to 15%
8    elongation, it can undergo permanent elongation.
9    You can lose pore size.
10       Laser-cut mesh is stiff and therefore
11   you get the properties of stress shielding which
12   increases erosion, incontinence and pain.
13   MR. SNELL: Move to strike non-responsive.
14   BY MR. SNELL:
15   Q.    It's your opinion that both
16   mechanically-cut mesh and laser-cut mesh are
17   defective, correct?
18   MR. CARTMELL: Object; asked and answered.
19   BY THE WITNESS:
20   A.    I've described the problems associated
21   with both of them.
22   BY MR. SNELL:
23   Q.    And my question is --
24   MR. SNELL: Move to strike again.
25   MR. CARTMELL: He just said yes.

Page 180

1    MR. SNELL: I don't think he said yes.
2    MR. CARTMELL: Yes, he did.
3    BY MR. SNELL:
4    Q.    This is the simple question. In your
5    opinion both mechanically-cut mesh and laser-cut
6    mesh are defective? Yes or no.
7    A.    Yes, for the reasons I described.
8    Q.    So, if Dr. Luu would have opted to use a
9    mechanically-cut mesh you would have criticized
10   that mesh, correct?
11   A.    Well, Dr. Luu found in his experience a
12   10% erosion rate associated with the Abbrevo slings
13   that he used. So, in his series he had a fairly
14   significant erosion rate.
15   MR. SNELL: Move to --
16   BY THE WITNESS:
17   A.    Now --
18   MR. SNELL: Move to strike. Non-responsive.
19   BY MR. SNELL:
20   Q.    My question was straightforward. If
21   Dr. Luu would have used a mechanically-cut mesh you
22   would have still criticized that mesh, correct?
23   A.    If it was an Abbrevo?
24   Q.    If it was --
25   A.    Mechanical-cut Abbrevo?

Page 181

1    Q.    Or any type of mechanically cut stress
2    incontinence sling.
3    A.    It has problems with roping, curling and
4    fraying.
5    Q.    So, the answer is yes?
6    A.    To -- if it was a mechanical-cut mesh,
7    yes.
8    Q.    You mentioned the earlier TVT Secur
9    versus TVT-O study and the difference in the
10   exposure rate?
11   A.    That is correct.
12   Q.    What are the factors that could affect
13   that exposure rate seen in that study besides the
14   laser-cut mesh?
15   A.    In what respect?
16   Q.    In any respect.
17   MR. CARTMELL: Do you have the study?
18   MR. SNELL: He's the one who raised it. If
19   you have it.
20   MR. CARTMELL: No, he told you what the
21   exposure rate is. Now you've asked him to go to
22   the study and look at the data and what factors
23   could have influenced --
24   MR. SNELL: No.
25   MR. CARTMELL: -- the exposure rate. Produce

46 (Pages 178 to 181)