# Exhibit C

                              Denise M. Elser, M.D.

  1                IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
  2                         AT CHARLESTON
  3
     IN RE:  ETHICON, INC.       ) Master File No.
  4  PELVIC REPAIR SYSTEM        ) 2:12-MD-02327
     PRODUCTS LIABILITY          ) MDL 2327
  5  LITIGATION                  )
                                 ) JOSEPH R. GOODWIN
  6  _____ ) U.S. DISTRICT JUDGE
                                 )
  7  DIANNE M. BELLEW,           )
                                 )
  8              Plaintiff,      )
                                 )
  9       -vs-                   ) No. 13-CV-22473
                                 )
 10  ETHICON, INC., ET AL.,      )
                                 )
 11              Defendants.     )
     _____ )
 12
 13
 14              VIDEOTAPED DEPOSITION OF
 15
 16              DENISE M. ELSER, M.D.
 17
 18              September 16, 2014
 19
 20              Chicago, Illinois
 21
 22
 23
 24
 25

1    Q.    And have you used IFUs in your clinical
2  practice?
3      A.    I have.
4      Q.    And was it your testimony that you read
5  this IFU at the time that it came out and that when
6  you were using the Prolift device?
7      A.    Yes.
8      MR. SLATER:  Objection.
9  BY MR. COMBS:
10     Q.    You talked earlier about what are some
11  of the complications that are set forth in the IFU?
12     A.    It does talk about adverse reactions.
13  So, typically associated with surgical implantable
14  materials, infection potentiation, inflammation,
15  adhesion, fistula, erosion, extrusion and scarring
16  that results in implant contraction, besides injury
17  to vessels, nerves, bladder, urethra or bowel.
18     Q.    Now, Dr. Elser, can any of the
19  conditions that are set forth in this IFU lead to
20  the development of dyspareunia?
21     MR. SLATER:  Objection.
22  BY THE WITNESS:
23     A.    Yes.
24  BY MR. COMBS:
25     Q.    And is that a fact that would be known

Denise M. Elser, M.D.

```
 1   to pelvic floor surgeons?
 2        A.    Yes.
 3        MR. SLATER:  Objection.
 4   BY THE WITNESS:
 5        A.    Dyspareunia after pelvic surgery would
 6   be known to pelvic floor surgeons.
 7   BY MR. COMBS:
 8        Q.    And, in fact, that's a risk of any
 9   pelvic floor surgery, isn't it?
10        MR. SLATER:  Objection.
11   BY THE WITNESS:
12        A.    That would be a risk of any pelvic floor
13   surgery.
14   BY MR. COMBS:
15        Q.    And that would be -- that would be a
16   fact that would be known by any surgeon who was
17   doing pelvic floor reconstructive surgery, wouldn't
18   it?
19        A.    Yes.
20        MR. SLATER:  Objection.
21   BY MR. COMBS:
22        Q.    Now, Dr. Elser, have you had occasion to
23   talk with other surgeons regarding the Prolift IFU?
24        MR. SLATER:  Objection.
25   BY THE WITNESS:
```

Denise M. Elser, M.D.

```
 1
            I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2    Registered Professional Reporter and Certified
      Shorthand Reporter, do hereby certify:
 3            That previous to the commencement of the
      examination of the witness, the witness was duly
 4    sworn to testify the whole truth concerning the
      matters herein;
 5            That the foregoing deposition transcript
      was reported stenographically by me, was thereafter
 6    reduced to typewriting under my personal direction
      and constitutes a true record of the testimony
 7    given and the proceedings had;
              That the said deposition was taken
 8    before me at the time and place specified;
              That the reading and signing by the
 9    witness of the deposition transcript was agreed
      upon as stated herein;
10            That I am not a relative or employee or
      attorney or counsel, nor a relative or employee of
11    such attorney or counsel for any of the parties
      hereto, nor interested directly or indirectly in
12    the outcome of this action.
              It was requested before completion of
13    the deposition that the witness, DENISE M. ELSER,
      M.D., have the opportunity to read and sign the
14    deposition transcript.
15
                     _____
16                   CORINNE T. MARUT, Certified Reporter
17
              (The foregoing certification of this
18    transcript does not apply to any
      reproduction of the same by any means, unless under
19    the direct control and/or supervision of the
      certifying reporter.)
20
21
22
23
24
25
```