IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF REBECCA M. RYDER, M.D. FOR WAVE 3

Come now, the Defendants, and hereby adopt and incorporate by reference Defendants' prior Daubert response in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2154 ("Defendants' Wave 1 Response") to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Rebecca M. Ryder, M.D., ECF No. 2016 ("Plaintiffs' Wave 1 Motion").

This notice applies to the Wave 3 cases identified in Exhibit A attached hereto (the "Wave 3 Cases").

Defendants acknowledge that on August 25, 2016, the Court issued a Memorandum Opinion and Order, ECF No. 2653 (the "Order") GRANTING Plaintiffs' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court DENIED Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 3 Cases for the reasons set forth in Defendants' Wave 1 Response and the Court's Order.

Where the Court otherwise GRANTED or RESERVED judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 3, but preserve their right to challenge the ruling on appeal..

October 11, 2016

Respectfully submitted,

/s/  Christy D. Jones  
Christy D. Jones  
Butler Snow LLP  
1020 Highland Colony Parkway  
Suite 1400 (39157)  
P.O. Box 6010  
Ridgeland, MS 39158-6010  
(601) 985-4523  
christy.jones@butlersnow.com  

/s/ David B. Thomas  
David B. Thomas (W.Va. Bar #3731)  
Thomas Combs & Spann PLLC  
300 Summers Street  
Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 25338  
(304) 414-1807  
dthomas@tcspllc.com  

/s/  Kelly S. Crawford  
Kelly S. Crawford  
Riker Danzig Scherer Hyland & Perretti, LLP  
Headquarters Plaza  
One Speedwell Avenue  
Morristown, NJ 07962-1981  
(973) 451-8417  
kcrawford@riker.com  

COUNSEL FOR DEFENDANTS  
ETHICON, INC., ETHICON, LLC, AND  
JOHNSON & JOHNSON

## **EXHIBIT A**

|  | **WAVE 3 CASE NAME** | **CASE NO.** |
|---|---|---|
| 1. | Debra Krauser and Stephen Krauser v. Ethicon, Inc., et al. | 2:12-cv-03140 |
| 2. | Tabitha Williamson v. Ethicon, Inc., et al. | 2:12-cv-02642 |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                              */s/ Kelly S. Crawford*
                                                Kelly S. Crawford