# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                          AT CHARLESTON
       ------------------------------X
 4     IN RE:  ETHICON, INC.,        ) Master File No.
       PELVIC REPAIR SYSTEM PRODUCTS ) 2:12-MD-02327
 5     LIABILITY LITIGATION          )
                                     ) MDL-2327
 6     ------------------------------)
       THIS DOCUMENT RELATES TO THE  )
 7     FOLLOWING CASES IN WAVE 1 OF  ) JOSEPH R. GOODWIN
       MDL 200:                      ) U.S. DISTRICT JUDGE
 8                                   )
                                     )
 9     JULIE WROBLE                  ) Civil Action No.
                         Plaintiff   ) 2:12-cv-00883
10     vs.                           )
                                     )
11     ETHICON, INC., ET AL.         )
                         Defendant.  )
12                                   )
       ------------------------------X
13
14
15
16
17          DEPOSITION OF MARIA A. ABADI, M.D.
18                   New York, New York
19                   March 29, 2016
20
21     Reported by:
22     MARY F. BOWMAN, RPR, CRR
23
24
```

1  residents that circulate through or medical
2  students on the rotations and kind of
3  observe the practice of pathology?
4       A.   Yes.
5       Q.   Is that considered an actual
6  employed academic position with Einstein?
7       A.   No.  It is an affiliation.
8       Q.   So when it says "academic
9  appointments," that's really, you have an
10 affiliation in your practice with the
11 medical school, fair?
12      A.   Right.  It means that I don't get
13 paid by them, but I do work for them in
14 terms of teaching and participating in
15 committees and things of that nature.
16      Q.   And that's through the hospital?
17      A.   Yes.  The hospital is affiliated
18 to Albert Einstein, correct.
19      Q.   So your positions as of today are
20 the director of surgical pathology and
21 cytopathology at Jacobi Medical Center,
22 which is the hospital in the Bronx
23 affiliated with Albert Einstein Medical
24 School?

```
 1        A.    That is correct.
 2        Q.    And then you also serve, it
 3   appears, according to your CV, as the vice
 4   chair for North Bronx Healthcare Network
 5   department of pathology?
 6        A.    That is correct.
 7        Q.    What does that involve?
 8        A.    There are two hospitals.  One is
 9   Jacobi Medical Center, and the other one is
10   North Central Bronx.  So I am vice chair of
11   the two departments.
12              So we oversee the administrative
13   and the clinical functions of both
14   departments.
15        Q.    In your position as vice chair,
16   is that administrative?
17        A.    In part it is.  For the most
18   part, I do clinical work, but there is a
19   percentage of my time that goes into
20   administrative work.
21        Q.    Is your clinical work at Jacobi,
22   or do you have to travel?
23        A.    No.  Everything is at Jacobi,
24   centralized.
```

 1    origin.  So for the most part --

 2        Q.    In bigs?

 3        A.    In bigs.  So for the most part, I
 4    will be doing that.

 5              And then the following day we do,
 6    for example, cytology, and that includes
 7    Pap smears, OB/GYNs, and what we call
 8    fine-needle aspirations, and then I would
 9    go to another rotation.

10        Q.    Understood.

11              As I looked at your CV, which is
12    marked as Exhibit 2, you were board
13    certified in anatomic pathology in 1996?

14        A.    Yes.

15        Q.    Have you been recertified?

16        A.    I was grandfathered.  I was one
17    of the last groups that did not have to
18    take it again.

19        Q.    So you understand that currently
20    if you got board certified in anatomic
21    pathology, there would be an expectation to
22    retake the board certification exam every
23    ten years?

24        A.    Yes.  I know I was saved from

1      that.
2          Q.    You got under the wire in 1996?
3          A.    Yes.  I think it was around that
4      time, I think a little bit later, that the
5      American Board of Pathology decided to
6      change that.
7          Q.    So you have not engaged to be
8      recertified in anatomic pathology?
9          A.    Right.
10         Q.    You took the test in '96 and have
11     not taken it again?
12         A.    Yes.
13         Q.    Then you list board certified in
14     cytopathology, which you got in 1997, and I
15     don't know if there is a recertification.
16         A.    Right now, there is.  The same
17     thing happened with cytopathology.
18         Q.    You got in under the wire for
19     that one as well?
20         A.    Yes.  That means I'm old.
21         Q.    No, it doesn't.  It means you
22     took the test a while ago.
23               Do you know if there is any
24     effort to address, amongst the college,

1    accurate?

2        A.    That is accurate.

3        Q.    Your personal experience with

4    interpreting pathological samples that come

5    to you from a surgeon excising mesh, as

6    you, I think, have just said, is a couple

7    of years.  Is that accurate?

8        A.    That is correct.

9        Q.    Are we talking two or three a

10   year?

11       A.    Yes, about that.

12       Q.    Would that be true for the last

13   dozen years?

14       A.    Yes, it would be true back for

15   the last decade.

16       Q.    For the last decade, you would

17   see approximately two or three excised mesh

18   samples on an annual basis?

19       A.    Yes.

20       Q.    That's your personal experience

21   world?

22       A.    Yes, outside the litigation part.

23       Q.    In that personal experience, when

24   a mesh sample comes to you, as a

1    may have different properties?

2        A.    Yes.

3        Q.    They can have different pore

4    sizes?

5        A.    Correct.

6        Q.    They can have different weave

7    patterns?

8        A.    Yes.

9        Q.    They can have different thickness

10   or weight?

11       A.    Yes.

12       Q.    And the final product may have

13   different shapes, correct?

14       A.    Yes.

15       Q.    Are your opinions that are laid

16   out in your report opinions based on the

17   host tissue response to polypropylene mesh

18   in general?

19       A.    Well, the tissue samples that I

20   reviewed were from cases that used Prolene

21   Soft Mesh, and therefore, my opinions are

22   based on that.

23       Q.    So the opinions that you have

24   regarding the host tissue response are

1   based upon your personal review of five
2   cases of explanted materials of women who
3   were implanted with Prolene Soft Mesh?
4        A.   Yes.
5        Q.   And that was the samples that
6   were provided to you and you have
7   personally reviewed that you knew the
8   pathology was related or was sourced by
9   Prolene Soft?
10       A.   Yes.
11       Q.   Your personal experience, you
12  don't know if you have had any personal
13  experience with looking at pathology
14  samples of Prolene Soft Mesh, correct?
15            MR. COMBS:  Object to form.
16       A.   Right.  Well, I -- I don't -- I
17  didn't understand that last part, but in
18  regard to this, to your observations, yes.
19  The cases that I reviewed were provided by
20  Ethicon, and then yes, they were Prolene
21  Soft Mesh.
22       Q.   So the basis for your opinions
23  regarding the host tissue response to
24  Ethicon mesh is based on your personal

```
 1      review of five explanted materials that
 2      were specifically Prolene Soft Mesh.
 3          A.   Yes.
 4          Q.   The -- if you turn to page 13 of
 5      your report, the final conclusion you make
 6      in your report states that "regarding
 7      symptomatology, there is no direct
 8      correlation between histologic findings and
 9      clinical presentation due to the fact that
10      pain is a complex process influenced by
11      anatomical, chemical and psychosocial
12      factors."
13               Do you see that, Doctor?
14          A.   Yes, I do.
15          Q.   Now, we had talked before about
16      the ability to correlate histologic
17      findings with clinical history.  Do you
18      recall that conversation?
19          A.   Yes, I do.
20          Q.   And that at least in practice
21      before this litigation, you had seen
22      instances where there was an ability to
23      correlate histological findings with a
24      clinical presentation of erosion.
```

1    and described those findings then in
2    Appendix A?
3        A.    Right.  I also included pictures
4    of polypropylene that were not part of the
5    litigation.
6        Q.    Where is that?
7        A.    For example, figure 5 talks about
8    a polypropylene suture that was found in a
9    CABG, and it was not given to me by
10   Ethicon.
11       Q.    What is the source -- it looks
12   like 5, 6, are images related to a
13   polypropylene suture used in a coronary
14   artery bypass graft?
15       A.    Correct.
16       Q.    What is the source of that image?
17       A.    The source is an autopsy.
18       Q.    From where?
19       A.    From Jacobi Medical Center.  It
20   is a case of mine.
21       Q.    This was a case of yours?
22       A.    Correct.  That it is not --
23   independent from Ethicon, just to
24   illustrate that the reaction for the suture

1   is the same as the same mesh.  And that the

2   patient had a perfect CABG.  His cause of

3   death was unrelated to cardiac -- you know,

4   the bypass.

5           And there was the same Bard,

6   so-called Bard Dr. Iakovlev talks about,

7   you can see there it has no adverse

8   reaction to the patient.  Same like with

9   the inflammation; it is the same

10  inflammation that you see in the mesh.

11      Q.   This is inflammation of cardiac

12  tissue around a suture?

13      A.   Correct.

14      Q.   And is it you, Dr. Abadi, who is

15  comparing the inflammatory response to

16  cardiac tissue around a suture to the

17  experience of the response of female pelvic

18  tissue to a mesh?

19      A.   What I was trying to compare is

20  that polypropylene, regardless of whether

21  it is mesh or suture, has a very similar

22  reaction.

23      Q.   OK.

24      A.   So in other words, the -- when --

1    copy.

2    A.    It does.

3    Q.    But that's what it is?

4    A.    That's what it is.

5        MR. PERDUE:  All right.  With

6  that, I'll pass the witness.

7        Thank you, Doctor.

8        MR. COMBS:  Let's take a break

9  for a couple of minutes, and I hope it

10  will be brief, but I will have a few

11  questions.

12        (Recess)

13  EXAMINATION BY

14  MR. COMBS:

15    Q.    Dr. Abadi, you were asked dozens

16  of questions regarding your opinion

17  regarding clinical issues in this case.  Is

18  your role in this case to offer an opinion

19  on clinical issues?

20    A.    No.  I'm here to give opinions on

21  the pathological issues, meaning

22  histopathology.

23    Q.    And is what you have done in this

24  case, is reviewed the materials that are

1   set forth in your report and then reviewed

2   the tissue samples that have been provided

3   to you in this litigation?

4          MR. PERDUE:  Form.

5       A.   Correct.  I have reviewed all the

6   tissue materials in this litigation.

7       Q.   And for all of the cases in which

8   you have reviewed, was the histological

9   response the expected and intended reaction

10  to the mesh?

11         MR. PERDUE:  Form.

12      A.   Yes.  It is the expected

13  response.

14      Q.   Dr. Abadi, you were asked a

15  number of questions by Mr. Perdue regarding

16  the five cases that you reviewed.  You have

17  reviewed other materials in this litigation

18  as well, haven't you?

19      A.   Yes, I have.

20      Q.   And you have reviewed all of the

21  materials that are set forth in your

22  report?

23      A.   Yes, I have reviewed the

24  materials in my report and other materials

1      as well.

2           Q.    And that includes the materials
3      that you set forth in your bibliography at
4      pages 13 through 15 of your report?

5           A.    Correct.

6           Q.    Mr. Perdue asked you a number of
7      questions in which he characterized your
8      experience in reviewing pelvic meshes as
9      only having seen a handful of pelvic
10     meshes.  In fact, you have seen somewhere
11     between 20 and 30 in your clinical
12     practice, didn't you?

13                MR. PERDUE:  Form.

14          A.    Yes, I have.

15          Q.    Have you also seen hernia meshes?

16          A.    Yes, I have seen hernia meshes.

17          Q.    For how long?

18          A.    For the 20 years that I have been
19     practicing.

20          Q.    And is your opinion also based
21     upon your experience in the foreign body
22     response to those hernia meshes?

23                MR. PERDUE:  Form.

24          A.    Yes.  My opinions are based on

```
 1    what is my experience on foreign body

 2    reaction, not only related to the mesh, the

 3    pelvic meshes, but in general.  Hernias,

 4    foreign bodies, sutures, et cetera.

 5         Q.    Now, you just mentioned sutures.

 6    During your practice as a pathologist, have

 7    you had the opportunity to view tissue

 8    samples that have contained sutures?

 9         A.    Yes, I have.

10         Q.    Approximately how many?

11         A.    Oh, many.  I could not tell you

12    how many.  But sutures are constant in our

13    hospital.

14         Q.    More than a thousand?

15         A.    More than a thousand, absolutely.

16               MR. PERDUE:  Form.

17         Q.    And were many of the sutures made

18    of polypropylene?

19         A.    Yes.

20         Q.    And is the histological response

21    in terms of the inflammation elicited the

22    same regardless of what type of

23    polypropylene that's been implanted?

24               MR. PERDUE:  Form.
```

1       A.      Yes, the type of inflammation is
2    the same.
3       Q.      Dr. Abadi, you were asked
4    questions regarding whether degradation has
5    a clinical impact.  Do you remember those
6    questions?
7       A.      Yes, I do.
8       Q.      Now, in the cases that you have
9    reviewed, there is polypropylene that
10   Dr. Iakovlev claims is degraded, isn't
11   there?
12      A.      Correct.
13      Q.      And have you reviewed the
14   histological response to the polypropylene
15   that he claims is degraded?
16      A.      Yes, I have.
17      Q.      What is that histological
18   response?
19      A.      Well, the histologic response is
20   the same in all these cases.  It is the
21   same chronic inflammation, focal foreign
22   body reaction.
23              So whether he says it is degraded
24   or not, the response, the histologic

```
 1                   CERTIFICATE

 2       STATE OF NEW JERSEY )

 3                           )ss:

 4       COUNTY OF UNION     )

 5             I, MARY F. BOWMAN, a Registered

 6       Professional Reporter, Certified

 7       Realtime Reporter, and Notary Public

 8       within and for the State of New Jersey,

 9       do hereby certify:

10             That MARIA A. ABADI, M.D., the

11       witness whose deposition is

12       hereinbefore set forth, was duly sworn

13       by me and that such deposition is a

14       true record of the testimony given by

15       such witness.

16             I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage and that I

19       am in no way interested in the outcome

20       of this matter.

21             In witness whereof, I have

22       hereunto set my hand this 1st day of

23       April, 2016.

24                            _____
```