# Exhibit B

October 2014

# CURRICULUM VITAE

**NAME:** Maria Alejandra Abadi, M.D.

**ADDRESS:**

**Residence:** ███████████

**Office:** Jacobi Medical Center
Department of Pathology, BE - 25
███████████

**PERSONAL DATA:**

**Date of Birth:** ███████

**Place of Birth:** ███████

**Citizenship:** U.S.A.

**EDUCATION**

**1983 – 1990**  "Luis Razetti" School of Medicine, Universidad Central de Venezuela, Caracas, Venezuela.
Degree: M.D.

**Post-graduate training:**

**1996 – 1997**  Fellow, Cytopathology, Department of Pathology, Memorial Sloan-Kettering Cancer Center, New York, New York

**1995 – 1996**  Fellow, Gynecological /Surgical Pathology, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York

**1994 – 1995**  Chief Resident, Anatomic Pathology, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York

I

October 2014

| | |
|---|---|
| **1992 -1995** | Resident, Anatomic Pathology, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York |
| **1991 - 1992** | Research Assistant. Department of Pathology, Albert Einstein College of Medicine, Bronx, New York |
| **1990 - 1991** | Rural Practice (General Medical Practice) Hospital "El Junquito". Estado Miranda, Venezuela. |

## PROFESSIONAL EMPLOYMENT AND HOSPITAL APPOINTMENTS

| | |
|---|---|
| **September 2005 - present** | Vice-chair, Department of Pathology North Bronx Health Care Network, Bronx, New York |
| **March 1998 - present** | Director of Surgical Pathology and Cytopathology, Jacobi Medical Center, Bronx, New York. |
| **1997 - present** | Attending Physician, Surgical Pathology and Cytopathology, Jacobi Medical Center, Bronx, New York. |
| **2012 – present** | Physician Affiliate Group of New York, P.C. (PAGNY) Jacobi Medical Center Local Governance Council Member |
| **1999 – present** | Chair, Performance Improvement, Department of Pathology Jacobi Medical Center, Bronx, New York |
| **2010 - present** | Perinatal Bereavement Committee Member, North Bronx Healthcare Network, Bronx, New York |
| **2013** | Member, Search Committee for the Chair of the Department of Obstetrics and Gynecology, Jacobi Medical Center, Bronx, NY |
| **2012** | Member, Search Committee for the Chair of the Department of Surgery, Jacobi Medical Center, Bronx, NY |
| **2006 – 2012** | Co-Chair, Patient Safety Committee, Jacobi Medical Center, Bronx, New York |
| **1997 – 1999** | Chair, Tissue Committee, Jacobi Medical Center, Bronx, New York |

II

October 2014

## ACADEMIC APPOINTMENTS

**July, 2008 - present**          Professor, Clinical, Department of Pathology
                                  Albert Einstein College of Medicine, Bronx, New York

**July, 2008 – present**          Associate Professor, Clinical, Department of Obstetrics and
                                  Gynecology and Women's Health
                                  Albert Einstein College of Medicine, Bronx, New York

**2002 – 2008**                   Associate Professor, Clinical. Department of Pathology
                                  Albert Einstein College of Medicine, Bronx, New York

**1997 – 2002**                   Assistant Professor, Clinical. Department of Pathology
                                  Albert Einstein College of Medicine, Bronx, New York

## MEDICAL SCHOOL COMMITTEES

**1998 – 2011**                   Co-Chair of the Committee on Admissions,
                                  Albert Einstein College of Medicine of
                                  Yeshiva University, Bronx, New York.

**1997 - 2011**                   Member of the Committee on Admissions,
                                  Albert Einstein College of Medicine of
                                  Yeshiva University, Bronx, New York.

**1999 -2005**                    Senator for the Department of Pathology
                                  Albert Einstein College of Medicine of
                                  Yeshiva University, Bronx, New York.

**2005 and 2007**                 Chair of the Ad Hoc Committee on Faculty Appointments
                                  and Promotions

## TEACHING ACTIVITIES

**2012 – present**                Endocrine Pathology Conference

**2004 – present**                Gynecologic Pathology Conference

                                  Jacobi Medical Center, Bronx, NY

October 2014

| | |
|---|---|
| **1997 - 2011** | Pathology Course Leader, Musculo-Skeletal Disorders, Albert Einstein College of Medicine, Bronx, New York. |
| **1993 -1996** | Coordinator and Instructor of Pathology Laboratory Sessions for Medical Students, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York. |
| **1995 - 1996** | Chief Resident of Educational Affairs, Department of Pathology, Albert Einstein College of Medicine, Bronx, New York. |

## BOARD CERTIFICATION

| | |
|---|---|
| **1997** | Board Certified in Cytopathology |
| **1996** | Board Certified in Anatomic Pathology |

## LICENSURE

| | |
|---|---|
| **1995 - present** | New York State Medical License |
| **1998 - present** | New York State Licensed Laboratory Director |

## PROFESSIONAL SOCIETY MEMBERSHIPS

| | |
|---|---|
| **2014** | Fellow, College of American Pathologists (CAP) |
| **1997 - present** | American Society for Cytopathology |
| **1997** | Memorial Sloan-Kettering Cancer Center Alumni Society |
| **1995** | Pathologists' Club of New York |
| **1995** | American Society of Clinical Pathologists |

IV

October 2014

## **AWARDS   AND HONORS**

| | |
|---|---|
| **2012** | New York City Health and Hospitals Corporation Doctor's day Award |
| **2005** | Inducted member of The Leo M. Davidoff Society for Excellence in Teaching, Albert Einstein College of Medicine, Bronx, New York. |
| **1996** | The Leo M. Davidoff Society Certificate of Distinction for Excellence in Teaching. Albert Einstein College of Medicine, Bronx, New York. |

## **LECTURES**

| | |
|---|---|
| **2002 - 2005** | Pediatric Grand Rounds, Jacobi Medical Center, Bronx, NY |
| **2000** | Greater New York Association of Cytotechnologists |
| **2000** | Memorial Sloan-Kettering Cancer Center, NY |
| **1995** | Mayo Clinic, Rochester, MN |

## **ADDITIONAL PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| **1998 and 2004** | Anatomic Pathology and Cytopathology Inspector for the College of American Pathologists (CAP). |

## **PUBLICATIONS**

## **ORIGINAL COMMUNICATIONS IN REVIEWED JOURNALS**

1) **Abadi MA**, Whitney G, Factor SM. Cardiac Pentastomiasis and Tuberculosis: The Worm-eaten Heart. Cardiovasc Pathol 5: 169-174, 1996.

2) Mukherjii T, **Abadi M**, Tsai T, Jones J, Lev-Gur M. Leiomyomata histopathology in patients treated with Leuprolide Acetate. J Gynecol Surg 12:251-256, 1996.

October 2014

3) **Abadi MA**, Abadi J. Actinomyces chorioamnionitis and pre-term labor in a twin pregnancy. A Case Report. AM J Obstet Gynecol 175: 1391-1392, 1996.

4) Fehmian C, Kress Y, Jones JG, **Abadi MA**. Adenosarcoma of the uterus with extensive smooth muscle differentiation; Ultrastructural study and review of the literature. Ultrastructural Pathology 21: 73–79, 1997.

5) **Abadi MA**, Burk RD, Ho GYF, Romney SL, Kadish AS. Stringent diagnostic criteria for histologic diagnosis of koilocytosis fail to eliminate overdiagnosis of HPV infection and cervical intraepithelial neoplasia grade I. Human Pathology 29: 54-59, 1998. Selected to be abstracted in the 1999 Year Book of Obstetrics and Gynecology, published by Mosby-Year Book, Inc.

6) **Abadi MA**, Zakowski MF. Cytologic diagnosis of metastatic soft tissue sarcomas in serous effusions. Cancer Cytopathology 84: 71-76, 1998.

7) Fennelly G, Khan S, **Abadi MA**, Wild TF, Bloom BR. Mucosal DNA Vaccine Immunization against measles with a highly attenuated *Shigella flexneri* vector. Journal of Immunology 162 (3): 1603-1610, 1999.

8) **Abadi MA**, Barakat R, Saigo PE. Tamoxifen effect on cervicovaginal epithelium in breast cancer patients. Acta Cytologica 44 (2): 141-146, 2000. Selected to be abstracted in the 2001 Year Book of Obstetrics and Gynecology, published by Mosby-Year Book, Inc.

9) Tucker A, **Abadi M**, Levgur M. Relationship between clinical parameters and histological features in patients with adenomyosis. Obstetrics and Gynecology 95 (5): 688-691, 2000.

10) Kilic G, **Abadi MA**. Jejunal adenocarcinoma presenting as a primary ovarian carcinoma. Gynecologic Oncology 78, 255-258, 2000.

11) Cardillo M, Hagan R, **Abadi MA**. CD4 T cell count and squamous intraepithelial lesions in Human Immunodeficiency Virus-infected women. Cancer Cytopathology 93:111-114, 2001.

12) Gatscha RM, **Abadi MA**, Babore S, Chhieng DC, Miller MJ, Saigo PE. Smears diagnosed as ASCUS: Interobserver variation and follow-up. Diagnostic Cytopathology. 25 (2): 138-140, 2001.

13) Kadish AS, Timmins P, Wang Y, Ho GYF, Burk RD, Ketz J, He W, Romney SL, Johnson A, Angeletti R, **Abadi MA**, and The Albert Einstein Cervix Dysplasia Clinical Consortium. Regression of cervical intraepithelial neoplasia and loss of human papillomavirus (HPV) infection is associated with cell-mediated immune responses to an HPV type 16E7 peptide. Cancer Epidemiol Biomarkers Prev 11 (5): 483-488, 2002.

14) Zee SY, Wang Q, Jones CM, **Abadi MA**.  Fine needle aspiration cytology of dermatofibrosarcoma protuberans presenting as a breast mass: a case report.  Acta Cytologica 46; 741-743, 2002.

October 2014

15) Jenny-Avital ER, **Abadi MA**. Initiation of successful highly active antiretroviral therapy after cryptococcal infection in patients with HIV-1 infection: Evidence for an immune reconstitution cryptococcosis syndrome. Clinical Infectious Diseases, electronic edition 35; 128-133, 2002 (www.journals.uchicago.edu/CID/journal/home.htlm).

16) Bruck LR, Zee SY, Poulus B, Carroll D, **Abadi, MA**. Detection of cervical human papillomavirus infection by in-situ hybridization in fetuses of women with squamous intra-epithelial lesions. Journal of Lower Genital Tract Disease 9 (2); 114 – 117, 2005.

17) Burns T, **Abadi M**, Pirofski L. Modulation of the lung inflammatory response to serotype 8 Pneumococcal infection by a human immunoglobulin M monoclonal antibody to serotype 8 capsular polysaccharide. Infection and Immunity 73(8); 4530 – 4538, 2005.

18) Marks M, Burns T, **Abadi M**, Seyoum B, Thornton J, Tuomanen E, Pirofski L. The influence of neutropenia on the course of serotype 8 pneumococcal pneumonia in mice. Infection and Immunity 75(4); 1586-1597, 2007.

19) Friedman A, **Abadi M**, Wu K, McCann T, Fisher M, Abadi J. An unusual ulcer in an 8-year old girl. Dermatology Online Journal 16(2); 6, 2010.

20) Wieland DL, Reimers LL, Wu E, Nathan LM, Gruenberg T, **Abadi M**, Einstein MH. Performance of Implementing Guideline-Driven Cervical Cancer Screening in an Inner City Hospital System. J Low Genit Tract Dis 15(4): 296-302, 2011.

21) Ho GYF, Einstein MH, Romney SL, Kadish AS, **Abadi M**, Magdy M, Basu J, Thysen B, Reimers L, Prabhudas RP, Trim S, Soroudi N, The Albert Einstein Cervix Dysplasia Clinical Consortium, Burk RD. Risk Factors for Persistent Cervical Intraepithelial Neoplasia Grades and 2 Managed by Watchful Waiting. J Low Genit Tract Dis 15(4): 268-275, 2011.

22) Gross RL, Brucker, J, Bahce-Altuntas A, **Abadi, MA**, Lipoff,, Kotlyar D, Barland P, Putterman C. A Novel Cutaneous Vasculitis Syndrome Induced By Levimasole-Contaminated Cocaine. Clinical Rheumatology. Clin Rheumatol 30(10):1385-92, 2011.

23) Jim B, Ghanta M, Qipo A, Ying F, Chuang PY, Cohen HW, **Abadi M**, Thomas DB, He JC. Dysregulated nephrin in diabetic nephropathy of type 2 diabetes: A cross sectional study. PLoS One. 7(5): e36041. doi:10.1371/journal.pone.0036041, 2012.

24) Schefflein J, Umans H, Ellenbogen D, **Abadi M**. Sea Urchin Spine Arthritis in the Foot. Skeletal Radiology 41 (10) 1327-1331, 2012.

25) Xia Y, Campbell S, Broder A, Herlitz L, **Abadi M**, Wu P, Michaelson J, Burkly L, Putterman C. Inhibition of the TWEAK/Fn14 pathway attenuates renal disease in nephrotoxic serum nephritis. Clinical Immunology 145, 108-121, 2012.

26) Madshah MB, Riaz H, Korsten MA, Dhala A, Park YH, **Abadi M**, Badshah MB. . Gastro-Intestinal Stromal Tumor (GIST) complicating a Colonic Interposition: A Novel Case Report. BMC Research Notes 2014, 7:604 . DOI: 10.1186/1756-0500-7-604.

27) Handa P, Sun D, Leibman J, **Abadi M** Goldberg A,. Granulomatous Mastitis: Changing clinical and imaging features with image-guided biopsy correlation. European Radiology 24(10) 2404-2411, 2014.

28) Schickman R, Leibman AJ, Handa P, Kornmehl A, **Abadi M**. Mesenchymal Breast Lesions. Clinical Radiology. In press.

## BOOKS, CHAPTERS IN BOOKS, AND REVIEW ARTICLES

Factor SM, **Lamberti-Abadi MA**, Abadi J. Handbook of Pathology and Pathophysiology of Cardiovascular Disease. Kluwer Academic Publishers. 2002.

Breining D, **Abadi MA**, Jones JG. Outline and Atlas of Gynecologic Pathology. Cytolink ®.http://www.cytology.com/GYNCD/GYNREV.HTM. © 1996 - 2000.

## ABSTRACTS

1) Jones J, **Abadi M**, Checkik D, Vuolo M. Microvessel density (MVD) in colloid, tubular and medullary carcinomas of the breast. Poster Presentation at the 84th. Annual Meeting of the United States and Canadian Academy of Pathology. Toronto, Canada, March, 1995.

2) **Abadi MA**, Feller E, Jones JIG. C-Fos, C-Jun and Lactoferrin Expression in Endometrioid Carcinomas Vs Serous and Clear Cell Carcinomas. Poster Presentation at the 85th. Annual Meeting of the United States and Canadian Academy of Pathology. Washington DC, March, 1996.

3) Mukherjii T, **Abadi M**, Tsai T, Jones J, Lev-Gur M. Leiomyomata histopathology in patients treated with Leuprolide Acetate. Poster Presentation at the Annual Meeting of the Society of Reproductive Medicine. Seattle, Washington, October, 1995.

4) **Abadi MA**, Burk RD, Ho GYF, Romney SL, Kadish AS. Stringent diagnostic criteria for histologic diagnosis of koilocytosis fail to eliminate overdiagnosis of HPV infection and cervical intraepithelial neoplasia grade I. Platform Presentation at the 85th. Annual Meeting of the United States and Canadian Academy of Pathology. Washington DC, March, 1996.

5) **Abadi MA**, Ho GYF, Burk RD, Romney SL, Kadish AS. Novel Scoring system for histologic diagnosis of HPV infection: Correlation with molecular hybridization and viral load. Poster Presentation at the 86th. Annual Meeting of the United States and Canadian Academy of Pathology. Orlando, Florida, March, 1997.

6) **Abadi MA**, Barakat R, Saigo PE. Tamoxifen effect on cervicovaginal epithelium in breast cancer patients. Platform Presentation at the 45th Annual Scientifc Meeting of the American, Society of Cytopathology. Boston, Massachusetts, November, 1997.

October 2014

7) **Abadi MA**, Zakowski MF. Cytologic diagnosis of metastatic soft tissue sarcomas in serous effusions. Poster Presentation at the 45th Annual Scientific Meeting of the American Society of Cytopathology. Boston, Massachusetts, November, 1997.

8) **Abadi MA** Lin O, Jones WB, Saigo PE. Expression of MIB-1 and BCL-2 in choriocarcinomas: An immunohistochemical study. Poster presentation at the 86th. Annual Meeting of the United States and Canadian Academy of Pathology. Boston, Massachusetts, March, 1998.

9) Lin O, **Abadi MA**, Jones WB, Saigo PE. MDR-1 gene and p53 as prognostic markers in choriocarcinomas. Poster presentation at the 86th. Annual Meeting of the United States and Canadian Academy of Pathology, 1998.

10) Tucker A, **Abadi M**, Levgur M. Relationship between clinical parameters and histological features in patients with adenomyosis. Oral presentation at the 16th World Congress on Fertility and Sterility. The 54th Annual Meeting of the American Society for Reproductive Medicine. San Francisco, CA, October, 1998.

11) Gatscha RM, **Abadi MA**, Babore S, Chhieng DC, Miller MJ, Saigo PE. Smears diagnosed as ASCUS: Interobserver variation and follow-up. Poster presentation at the 46th Annual Scientific Meeting of the American Society of Cytopathology. Nashville, Tennessee, November 1998. Recipient of the Cytotechnologist Scientific Presentation Award.

12) Cardillo M, Hagan R, **Abadi M**. CD4 T cell count and squamous intraepithelial lesions in Human Immunodeficiency Virus-infected women. Poster presentation at the 47th Annual Scientific Meeting of the American Society of Cytopathology. Sacramento, CA, November, 1999.

13) **Abadi MA**, Hagan R, Wang QI. The significance of ASCUS in pregnancy: A Study of 366 smears. Poster presentation at the 48th Annual Scientifc Meeting of the American Society of Cytopathology. Philadelphia, PA, November 2000.

14) **Abadi MA**, Wang QI, Abadi J. Fine needle aspiration and immune-reconstitution in HIV/AIDS. Poster presentation at the 50th Annual Scientifc Meeting of the American Society of Cytopathology. Salt Lake City, Utah, November 2002.

15) Tran D, Cardillo M, Abadi J , **Abadi MA**. A pilot study of cytologic abnormalities in a cohort of postmenopausal women at high risk for human papillomavirus (HPV) infection. Poster presentation at the 50th Annual Scientifc Meeting of the American Society of Cytopathology. Salt Lake City, Utah, November 2002.

16) Bruck LR, Zee SY, Poulus B, Carroll D, **Abadi, MA**.  Detection Of Cervical Human Papillomavirus Infection By In-situ Hybridization In Fetuses Of  Women With Squamous Intraepithelial Lesions. Oral presentation at the 2004 Biennial Meeting Course of the American Society for Colposcopy and Cervical Pathology. Lake Buena Vista, Florida, March 2004.

October 2014

17) **Abadi MA**, Kra J, Bruck LR.  Detection of Human Papillomavirus in the Fetal Larynx.  24th International HPV Meeting. Beijing, China, November 2007.

18) White SR, Pellecchia A, **Abadi MA**.  Unexpected new primary neoplasia diagnosed during a staging procedure using Endoscopic Ultrasound-guided Fine Needle Aspiration. 58th American Society for Cytopathology Meeting. Boston, Massachusetts, November 2010.

19) Wieland DL, Reimers LL, Wu E, Nathan LM, Gruenberg T**, Abadi M**, Einstein MH. Performance of Implementing Guideline-Driven Cervical Cancer Screening in an Inner City Hospital System.  <u>Winner of the SGO Clinical Poster Award. Presented at the SGO 42nd Annual Meeting on Women's Cancer, March 6-9, 2011 at the Hilton Bonnet Creek and Waldorf Astoria Hotel in Orlando, Florida.</u>

20) Einstein MH, Belbin TJ, **Abadi MA**, Nathan LM, Goldberg GL, Strickler HD, Burk RD, Schlecht NF. Prospectively Identified Epigenetic Signatures that Predict Clinical Outcomes in CIN. Accepted as an Oral Presentation at the International Papillomavirus Meeting 2011 Berlin, Germany.

21) Callery R, Kumar S, McAndrew T, Simmons N, Isani S, Einstein MH, **Abadi M**. Quality assurance initiative to improve the performance of cytology and HPV testing for predicting clinically relevant disease in peri- and postmenopausal women with ASCUS.  Accepted as a Poster Presentation at the Society of Gynecologic Oncologists Annual Meeting 2012 Austin, TX.

22) Callery R, Kumar S, McAndrew T, Simmons N, Isani S, Einstein MH, **Abadi M.** Quality assurance initiative to improve prediction of clinically relevant disease in menopausal women with ASCUS. Accepted as a Poster Presentation at the 2012 ASCCP Biennal Scientific Meeting, San Francisco, CA. <u>Winner of the Best Poster Prize</u>.

23) Handa P, Sun D, Leibman J, Goldberg A, **Abadi M**. Granulomatous Mastitis: Changing clinical and imaging features with image-guided biopsy correlation. Accepted for Electronic Presentation at The 113th Annual Meeting of the American Roentgen Ray Society (ARRS) ,Washington, D.C.

24) Galindo R, Soe E, Bock I, Hoffman J, **Abadi M**; Wasserman L, Feldmesser M. Peritonitis due to Aspergillus niger in a patient with end-stage renal disease (ESRD) undergoing continuous ambulatory peritoneal dialysis (CAPD). Albert Einstein College of Medicine; New York University School Of Medicine  Case presentation, 3rd Annual Milford Fulop Poster Competition, May 8, 2013. Jacobi Medical Center, Bronx, NY.

25) Pollack, RN, **Abadi MA**, Schubart UK, Parathyroid carcinoma involving multiple parathyroid glands. Poster presentation. The Endocrine Society's 95th Annual Meeting & Expo June 15-18, 2013. San Francisco, CA.

26) Handa P, Leibman AJ, Kornmehl A and **Abadi M**. Unusual mesenchymal lesions of the breast: ultrasound features with radiologic-pathologic correlation. Poster presentation at 2014 The American Institute of Ultrasound in Medicine (AIUM)  Annual Convention, March 29-April 2, at the Caesars Palace, Las Vegas, Nevada.

October 2014

27) Leibman AJ, Handa P, Kornmehl A, Elbaum R, **Abadi M**. Unusual mesenchymal lesions of the breast: Imaging features with radiologic-pathologic correlation. Poster Presentation at the American Roentgen Ray Society Meeting, San Diego, May 2014.

28) Callery R, Kumar S, McAndrew T, Simmons N, Isani S, Einstein MH, **Abadi M.** Quality Assurance Initiative to improve the performance of cytology and HPV testing for predicting clinically relevant disease in peri- and postmenopausal women with ASCUS. Oral presentation at the Annual Science Day for Residents and Fellows. Montefiore Medical Center and Albert Einstein College of Medicine. June 10, 2014.