# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ETHICON WAVE 3 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE IN OPPOSITION FOR DR. MAREENI STANISLAUS FOR WAVE 3

Comes now, the Defendants, including Ethicon, Inc., Ethicon LLC, and Johnson & Johnson, and hereby adopt and incorporate by reference the *Daubert* response in opposition and exhibits filed in relation to Dr. Mareeni Stanislaus for Ethicon's Wave 2 Cases [Doc. 2563, MDL General]. Defendants respectfully request that the Court deny Plaintiffs' motion here, for the reasons expressed in the Wave 2 response briefing.

Respectfully submitted,

**BUTLER SNOW LLP**

Dated: October 11, 2016

*s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

2

        *s/David B. Thomas*
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1807
dthomas@tcspllc.com

**Attorneys for Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson**

### CERTIFICATE OF SERVICE

I certify that on October 11, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

    *s/ Christy D. Jones*

2