# EXHIBIT B

March 2012

## CURRICULUM  VITAE
Larry T. Sirls, II, M.D.

1. Personal Data:

    1.  Larry Thomas Sirls, II

    2.  Business Address:    Comprehensive Urology



    3. Hospital Affiliation    William Beaumont Hospital, Royal Oak

    4. Title    Professor, Oakland University William Beaumont School of Medicine

    Director, Female Pelvic Medicine and Reconstructive Surgery

    5.  Business Phone/ Fax:

    6.  Home Address:

    7.  Date of Birth:

    8.  Place of Birth:

    9.  Citizenship:    USA

[Redacted]

2. Educational Background:

    High School:    Schafer High School, Southgate, Michigan: Graduated 1979

    University:    University of Detroit, Detroit, Michigan: BS (Biology), Suma Cum Laude, 1983.

    Medical School:  University of Michigan, School of Medicine, Ann Arbor, Michigan:  MD  1987.

3. Special Training:

    Internship:    1987-1988  (General Surgery) Henry Ford Hospital, Detroit, Michigan.

    Residency:    1989-1992  (Urology) Henry Ford Hospital, Detroit, Michigan.

    Fellowship:    1992-1993  (Female Urology and Urodynamics) Kaiser Permanente with Dr. Gary E. Leach and Dr. Philippe E. Zimmern, Los Angeles, California.

4. <u>Honors and Awards</u>:
- Academic All American High School Wrestler, 1979
- Key Award for Academic Excellence, University of Detroit, 1982 & 1983
- Biology Award for Academic Excellence, University of Detroit, 1983
- Alpha Epsilon Delta Award for Highest GPA, University of Detroit, 1983
- Summa Cum Laude, University of Detroit, 1983
- House Officer Award for Teaching Excellence in Student Medical Education, Henry Ford Hospital, 1988
- Honorable Mention, Outstanding Graduating Resident, Henry Ford Hospital, 1992
- Senior Staff Award for Teaching Excellence in Student Medical Education, Henry Ford Hospital, 1994

<u>Research and Essay Competitions</u>:

First Prize, Robert V. Danto Memorial Cancer Research Award, American College of Surgeons, Michigan Chapter, June, 1990. <u>"Chromosomal Changes in Transitional Cell Carcinoma of the Bladder"</u>. Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and V. Ramesh Babu.

Second Prize, Residents Competition, Michigan Urologic Society, May, 1990. <u>"Chromosomal Changes in Transitional Cell Carcinoma of the Bladder"</u>. Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and V. Ramesh Babu.

Second Prize, Residents Competition, Michigan Urologic Society, May, 1991. <u>"Applied Photodynamic Therapy to the Prostate"</u>. Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and  Fred W. Hetzel

Second Prize, Residents Competition, Basic Laboratory Award, Michigan Urologic Society, May, 1992. <u>"Photophysics of Interstitial Photodynamic Therapy"</u>. Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and Fred W. Hetzel

First Prize, Urodynamic Society Essay Competition, Clinical Research Division, May, 1993. "<u>Transurethral Incision of the Prostate (TUIP): An Objective and Subjective Evaluation of Long Term Efficacy</u>". L.T. Sirls, K. Ganabathi, P.E. Zimmern, and G.E. Leach.

First Prize, Lasers in Surgery and Medicine, Urology Section April, 1993. <u>"Visual Laser Assisted Prostatectomy (VLAP) under Local Analgesia using the Urolase Right Angle Laser Fiber"</u>. Larry T. Sirls, Gary E. Leach, K. Ganabathi and Philippe E. Zimmern.

First Prize, Urodynamic Society Essay Competition, Clinical Research Division, May, 1995. "<u>Lack of Correlation of the American Urologic Association Symptom 7 Score with Objective Urodynamic Data</u>". L.T. Sirls, J. K. Jay and A. K. Kirkemo

5.  Society Memberships:

    1. American Urologic Association
    2. North Central Section of American Urologic Association
    3. Fellow, American College of Surgeons
    4. Michigan Urologic Society
    5. The Urodynamic Society (Full member)
    6. American Association of Clinical Urologists
    7. American Medical Association
    8. Oakland County Medical Society
    9. Michigan State Medical Society
    10. The Ormand Society

6.  Licensure:

    1. State of Michigan  (Since 1987)

7.  Certification:
    1. American Board of Urology, passed Part I, 6-92
    2. National Board of Medical Examiners, 1988
    3. ACLS, 1987, 1992
    4. Microsurgery Course, 1989
    5. Extra corporeal Shock Wave Lithotripsy, 1990
    6. Laser Course
    7. Board Certified, American Urologic Association, March, 1995.

8.  Bibliography:

    8 A). Scientific articles published:

(1)  "Transurethral Incision of the Prostate (TUIP): An Objective and Subjective Evaluation of Long Term Efficacy". L.T. Sirls, K. Ganabathi, P.E. Zimmern, D. Roskamp, G. Wolde-Tsadik and G.E. Leach.  J. Urol., **150**: 1615, 1993.

(2) "L N S C 3: A proposed Classification System for Female Urethral Diverticulum". G.E. Leach, L.T. Sirls, K. Ganabathi, and P.E. Zimmern. Neuro Urol and Urodyn., **12**: 523, 1993.

(3) "Outpatient Visual Laser Assisted Prostatectomy under Local Anesthesia".  Gary E. Leach, Larry T. Sirls, K. Ganabathi, Deborah Roskamp and Roger Dmochowski. Urology, **43**:149, 1994.

(4) "Efficacy of Limited Evaluation and Aggressive Medical Management in Multiple Sclerosis: Review of 113 patients".   Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.  J. Urol., **151**:946,1994.

(5) "Use of Right Angle Laser Fiber to Control Refractory Prostatic Bleeding: A Report of Three Cases". Steven Kurtz, Larry T. Sirls, and Gary E. Leach.  J. Urol., **152**:920, 1994.

(6) "Interstitial Photodynamic Therapy of the Prostate: A Canine Feasibility Study". S. Shetty, Q. Chen, L.T. Sirls, F. Hetzel, B.J. Miles and J.C. Cerny.  Surgical Forum, **XLV**: 815, 1994.

(7) "Success of Modified Pereyra Bladder Neck Suspension Determined by Outcome Analysis".  Howard Korman, Larry T. Sirls and Aaron K. Kirkemo.  J. Urol. **152**:1463, 1994.

(8) "Incision cervico-prostatique: Evaluation objective et subjective de l'efficacite a long terme". L.T. Sirls, K. Ganabathi, P.E. Zimmern, D. Roskamp, G. Wolde-Tsadik and G.E. Leach.  Journal d'Urologie. **100**:249, 1994.

(9) "Review Article: Female Urethral Diverticula". K. Ganabathi, R. Dmochowski, L.T. Sirls,  P. E. Zimmern and G.E. Leach. Prog Urol **5**: 335-351, 1995.

(10)  "Is Study Methodology the Most Important Factor in Reported Outcome After Modified Pereyra Bladder Neck Suspension? " L.T. Sirls, C. Keoleian,  H. Korman  and A. K. Kirkemo. J. Urol. **154**:5, 1732-1735, 1995.

(11)  "Intravesical Thiotepa Induced Interstitial Cystitis".  JM Choe, LT Sirls and A Kirkemo.  Urology, **46**:5, 729-730, 1995.

(12) "Investigation of Men with Urinary Incontinence: Part I: Clinical Evaluation and Imaging". K. Ganabathi, R. Dmochowski, L.T. Sirls,  P. E. Zimmern and G.E. Leach. Hollister Monographs on the Diagnosis and Treatment of  Pelvic Floor      Dysfunction. Hollister Inc. (in press).

(13) "Four Corner Bladder Neck Suspension:  Subjective and Objective appraisal of results".  R. Dmochowski, K. Ganabathi, L.T. Sirls, P.E. Zimmern and G. E. Leach.  J. Urology 49 (1), 35-40, 1997.

(14) "Lack of Correlation between the AUA 7 Symptom Index and Urodynamic Bladder Outlet Obstruction." Larry T. Sirls, Aaron K. Kirkemo, Jonathan Jay. Neurol. Urodyn. 15:447-457, 1996.
:
(15) "High Energy Visual Laser Ablation Of The Prostate In Men With Urinary Retention: Pressure Flow Analysis". Larry T. Sirls M.D. and  Jong M. Choe M.D. Urology 48 (4), 584-588, 1996.

(16) "A New Injectable Bulking Agent For Treatment Of Stress Urinary Incontinence: Results Of A Multicenter, Randomized, Controlled, Double-Blind Study Of Durasphere".

Lightner, Calvosa, Anderson, Klimberg, Brito, Snyder, Gleason, Killion, Macdonald, Khan, Diokno, Sirls and Saltzstein.  Urology, 2001 Jul; 58 (1) 12-5.

(17)  "Long Term Results of the Femsoft Urethral Insert for the management of Female Stress Urinary Incontinence".  LT Sirls, I Nygaard, J Foote, and the Femsoft Study Group. Int. Urogyn Journ. April, 2002.

(18) "Reference Urodynamic Values for Stress Incontinent Women".  M. Albo, M Fitzgerald, et al., C.W. Nager, M.E. Albo, M.P. FitzGerald, S. McDermott, L. Wruck, S. Kraus, N. Howden, P. Norton, L. Sirls, E. Varner and, P. Zimmern for the Urinary Incontinence Treatment Networky Neurourol Urodyn 2007: 26 (3) 333-340.

(19)  "Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence". Albo, M, Richter H, Brubaker et al. N Engl J Med. 2007 May 24;356(21):2198.

(20) "Clinical and Demographic Factors Associated with Valsalva Leak Point Pressure among Women Undergoing Burch Bladder Neck Suspension or Autologous Rectus Fascial Sling Procedures"  Gary E. Lemack, Yan Xu, Linda Brubaker, Charles Nager, Toby Chai, Pamela Moalli, Stephen R. Kraus, Lindsey Kerr, Larry Sirls, Anne Stoddard, for the Urinary Incontinence Treatment. Network Neurourol Urodyn 2007;26(3):396-406

(21) "Urodynamic measures do not predict stress continence outcomes after surgery for stress incontinence in selected women". C. Nager, MP FitzGerald, S. Kraus, T. Chai, H. Zyczynski, L. Sirls, G. Lemack, LK Lloyd, H. Litman, A. Stoddard, J. Baker, W. Steers for the UITN. J Urol. 2008 April;179(5):1470-4

(22) "Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction After Burch Colposuspension Versus Pubovaginal Sling". Gary E. Lemack, Stephen Krauss, Heather Litman, Mary Pat FitzGerald, Toby Chai, Charles Nager, Larry Sirls, Halina Zyczynski, Jan Baker,  Keith Lloyd  and W. D. Steers for the Urinary Incontinence Treatment Network.  J Urol Vol. 180, 2076-2080, November 2008

(23) "Urodynamic Changes Associated with Successful Stress Urinary Incontinence Surgery: Is a Little Tension a Good Thing?" Stephen R. Kraus, Gary E. Lemack, Larry Sirls, Toby C. Chai, Linda Brubaker, Michael Albo, Wendy W. Leng, L. Keith Lloyd, Peggy Norton, Heather Litman J Urol. 2008;179(4):520-521.

(24) "Changes in Urodynamic Measures Two Years after Burch Colposuspension or Autologous Sling Surgery".  Stephen R. Kraus, Gary E Lemack, Holly E Richter, Linda Brubaker, Toby C Chai, Michael E Albo, Larry Sirls, Wendy W Leng, John Kusek Peggy Norton, and Heather Litman J Urol. 2008;179(4):521.

 (25) "Design of the Value of Urodynamic Evaluation (ValUE) Trial: A Randomized Trial of Preoperative Urodynamic Investigations". Charles W. Nager, Linda Brubaker, Firouz Daneshgari, Heather J. Litman, Kimberly J. Dandreo, Larry Sirls, Gary E. Lemack, Holly E. Richter, Wendy Leng, Peggy Norton, Stephen R. Kraus, Toby C. Chai,

Debuene Chang, Cindy L. Amundsen, Anne M. Stoddard, and Sharon L. Tennstedt for the Urinary Incontinence Treatment Network. Contemporary Clinical Trials 30 (2009) 531–539.

(26) "Challenges in designing a pragmatic clinical trial: the mixed incontinence – medical or surgical approach (MIMOSA) trial experience." Linda Brubaker, Pamela Moalli, Holly E Richter, Michael Albo, Larry Sirls, Toby Chai, Stephen R Kraus, Peggy Norton, Debuene Chang and Sharon L Tennstedt.  Clinical Trials 2009; 6: 355–364

(27)  "The Impact of Obesity on Urinary Incontinence Symptoms, Severity, Urodynamic Characteristics and Quality of Life".  Holly E. Richter, Kimberly Kenton, Liyuan Huang, Ingrid Nygaard, Stephen Kraus, Emily Whitcomb, Toby C. Chai, Gary Lemack, Larry Sirls, Kimberly J. Dandreo, Anne Stoddard. J Urol. 2010  183(2):622-8

(28) "Mixed Incontinence:  Comparing Definitions in Women Having Stress Incontinence Surgery". Linda Brubaker, Anne Stoddard, Holly Richter, Philippe Zimmern, Pamela Moalli, Stephen R. Kraus, ᵗ Peggy Norton, Emily Lukacz,  Larry Sirls, Harry Johnson, Mfor the Urinary Incontinence Treatment Network. Neurourol Urodynam 2010; 30(6)

(29)  "Patient Satisfaction with Stress Incontinence Surgery."  Kathryn L. Burgio, PhD, Linda Brubaker, MD, MS,  Holly E. Richter, PhD, MD, Clifford Y. Wai, MD, Heather J. Litman, PhD, Diane Borello France, PT, PhD, Shawn A. Menefee, MD, Larry T. Sirls, MD, Stephen R, Kraus, MD, Harry W. Johnson, MD, Sharon L. Tennstedt, PhD Neurourol Urodyn 2010 Nov:29(8): 1403-9

(30) "Urodynamics, the supine empty bladder stress test, and incontinence severity." Charles W. Nager, Stephen R. Kraus, Kim Kenton, Larry Sirls, Toby C. Chai, Clifford Wai, Gary Sutkin, Wendy Leng, Heather Litman, Liyuan Huang, Sharon Tennstedt, Holly E. Richter[1], for the Urinary Incontinence Treatment Network· Neurourol Urodyn, Neurourol Urodyn. 2010 Sep;29(7):1306-11.

(31) "Patient Satisfaction with Stress Incontinence Surgery" Kathryn L. Burgio, Linda Brubaker, Holly E. Richter, PhD, Clifford Y. Wai,  Heather J. Litman,  Diane Borello France, Shawn A. Menefee, Larry T. Sirls, Stephen R, Kraus, Harry W. Johnson, Sharon L. Tennstedt. Neurourol Urodyn 29:1403, 2010

(32) "Factors Associated With Quality Of Life In Women Undergoing Surgery For Stress Urinary Incontinence".  Larry T. Sirls,  Sharon Tennstedt,  Mike Albo, Toby Chai, Kim Kenton, Liyuan Huang,  Anne M Stoddard , Amy Arisco, E. Ann Gormley.  December 2010 (Vol. 184, Issue 6, Pages 2411-2415)

(33) "Retropubic versus Transobturator Midurethral Slings for Stress Incontinence." Richter HE, Albo  ME, Zyczynski HM, Kenton K, Norton P, Sirls LT, et al for the Urinary Incontinence Treatment Network  N Engl J Med 2010; 362: 2066-76.

(34) "Lessons from a patient Experience Surgery in a Randomized Surgical Trial of Treatment of Stress Urinary Incontinence in Women.". Philippe E. Zimmern, Kimberly J. Dandreo, Larry Sirls, Alice Howell, Lynn Hall, Judy Gruss Kathy Jesse, Tamara Dickinson, Caren Prather. Int Urogynecol J Pelvic Floor Dysfunct. 2011;22(10):1273-78. Oct 11.

(35) "Preoperative Voiding Detrusor Pressures do not predict Stres Incontinence Surgery Outcomes". A. Kirby, C. Nager, H. Litman, MP FitzGerald, S. Kraus, P. Norton, L. Sirls, L. Rickey, T. Wilson, K. Dandreo, J. Shepherd, P. Zimmern. Int Urogynecol J Pelvic Floor Dysfunct. 2010;22(6):657-63.2010/12/15, Dec 10.

(36) "Perineal Surface Electrodes do not Demonstrate Expected Relaxatoin During Normal Voiding". NagerA. Kirby, C Nager, M Fitzgerald, P Zimmern, K Dandreo, H Litman, L Sirls, S Kraus, L Rickey, P Norton, T Wilson. Neurourology and urodynamics 2011/05/12, May 10.

(37) "Five Year Continence Rates, Satisfaction and Adverse Events of Burch Urethropexy and Fascial Sling Surgery for Urinary Incontinence". L Brubaker, H. Richter, P. Norton, M. Albo, H. Zyczynski, T. Chai, P. Zimmern, S. Kraus, , L. Sirls, J. Kusek, A. Stoddard, S. Tennstedt, E. Gormley.  J Urol 2012 Feb 15. [Epub ahead of print

(38) "Risk Factors for Urinary Tract Infection following incontinence surgery." I. Nygaard, L. Brubaker, T. Chai, A. Markland, S. Menefee, L. Sirls, G. Sutkin, P. Zimmern, A. Arisco, S. Tennstedt, A. Stoddard, L. Huang  Int Urogynecol J. 2011 Oct;22(10):1255-65. Epub 2011 May 11

(39) "Demographic and Clinical Predictors of Treatment Failure one year after Midurethral Sling Surgery". H. Richter, H. Litman, E. Lukacz, L. Sirls, L. Rickey, P. Norton, G. Lemack, S. Kraus, P. Moalli, MP Fitzgerald, K. Dandreo, L. Huang, J. Kusek for the UITN  Obstet Gynecol. 2011 Apr;117(4):913-921

(40) " Adverse Events over Two years after Retropubic or Transobturator Misurethral Sling Surgery: Findings from the Trial of Midurethral sling (TOMUS) study".  L. Brubaker, P. Norton, M. Albo, T. Chai; K. Dandreo, K. Lloyd, J. Lowder, L. Sirls, G. Lemack, A. Arisco, Y. Xu, J. Kusek  Am J Obstet Gynecol. 2011 Nov;205(5):498.e1-6. Epub 2011 Jul 20.

(41) "Baseline Urodynamic Predictors of Treatment Failure one Year after Midurethral Sling Surgery".  C. Nager, L. Sirls, H. Litman, H. Richter, I. Nygaard, T. Chai, S. Kraus, H. Zyczynski, K. Kenton, L. Huang, J. Kusek, G. Lemack  J Urol. 2011 Aug;186(2):597-603. Epub 2011 Jun 16.

(42) "Condition Specific Quality of Life 24 Months After Retropubic and Transobturator Sling Surgery for Stress Urinary Incontinence." L Sirls, S Tennstedt, E Lukacz, L Rickey, S Kraus, A Markland, K Kenton, P Moalli, Y Hsu, Liyuan Huang, A Stoddard.  FPM&RS in press.

(43)   "<u>Design of the Value Urodynamic Evaluation (ValUE) Trial: A Non-inferiority Randomized Trial of Preoperative Urodynamic Investigations</u>". C. Nager, L. Brubaker, F. Daneshgari, H. Litman, K. Dandreo, L. Sirls, G. Lemack, H. Richter, W. Leng, P. Norton, S. Kraus, T. Chai, D. Chang, C. Amundsen, A. Stoddard, S. Tennstedt.  Contemp Clin Trials. 2009 Nov;30(6):531-9. Epub 2009 Jul 25

(44)   "<u>Patient Related Factors Associated with Long-Term Urinary Continence After Burch Colposuspension and Pubovaginal Fascial Sling Surgeries</u>".  Holly E. Richter, Linda Brubaker, Anne M. Stoddard, Yan Xu, Halina M. Zyczynski, Peggy Norton, Larry T. Sirls et al.,  J Urol, in press.

(45)   "<u>Perioperative experience of pelvic organ prolapse repair with the prolift® and elevate® vaginal mesh procedures.</u>" Gregory P McLennan MD, Larry T Sirls MD, Kim A Killinger MSN, Dmitriy Nikolavsky MD,  Judith A Boura MS, Melissa C Fischer MD, Kenneth M Peters MD.  Int Urogyn J, in press.

(46)   "<u>Factors associated with vaginal mesh exposure after using the elevate<sup>®</sup> and prolift<sup>®</sup> prolapse repair systems.</u>"  Gregory P McLennan MD, Larry T Sirls MD, Kim A Killinger MSN, Miriam Bentley-Taylor MD, Judith A Boura MS.  FPM&RS, in press.


8 C). Book Chapters

(1)   <u>Transvaginal Needle Suspension</u>. Larry T. Sirls and Gary E. Leach. For Leach, G., ed. Atlas of Urologic Clinics of North America **2**:13, 1994.

(2)   <u>Four Corner Bladder Neck Suspension</u>. Philippe E. Zimmern, Gary E. Leach and Larry T. Sirls.  For Leach, G., ed. Atlas of Urologic Clinics of North America **2**:29, 1994.

(3)   <u>Pubovaginal Sling Procedures</u>.  Larry T. Sirls and Gary E. Leach.  For  Leach, G., ed. Atlas of Urol. Clin. No. Am. **2**:61, 1994.

(4)  <u>Operative Management of Female Urethral Diverticula</u>.  K. Ganabathi, Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.  For McGuire, EJ., ed.  Advances in Urology **7**:199, 1994.

(5)   <u>Management Of Urinary Incontinence</u>.  Larry T. Sirls, K. Ganabathi, Philippe E. Zimmern and Gary E. Leach.  For Stein, B., Caldamone A, Smith J eds. Clinical Urologic Practice. NY.: Norton, 1995, 579-610.

(6) <u>Operative Management of Female Urethral Diverticula</u>.  K Ganabathi, LT Sirls, PE Zimmern and GE Leach.  In McGuire, E. ed. Advances in Urology, Chicago, Mosby, 1994: 199-228.

(7)  Fascia Lata Pubovaginal Sling. Larry T. Sirls and Gary E. Leach.  For  Raz, S., ed. Female Urology, Philadelphia, Saunders, 1996: 376-381.

(8)  Vesico Vaginal Fistula Repair.  K. Ganabathi, Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.  For McAninch, J., ed. Reconstructive Urology, Philadelphia, Saunders, 1996: 311-326.

(9)  The Incontinence History and Physical Examination.  Larry T. Sirls, and Jong M. Choe.  For O'donnell, P., ed. Urinary Incontinence.  Chicago, Moseby, 1997:119-124.

(10) Transurethral Vaporization of the Prostate. Brian J. Miles and Larry T. Sirls.  For Kirby, McConnell, and others, eds.  Benign Prostatic Hyperplasia. Chicago, Moseby, 1998: 250-259.

(11) Vesico Vaginal Fistula.  Larry T. Sirls and Gary E. Leach.  For Erlich R, and Alter G, eds. Plastic and Reconstructive Surgery. Philadelphia, Saunders, 1998: 250-259.

(12) Geriatric Urinary Incontinence.  Larry T. Sirls and Thomas Rashid.  For Oreopoulis, A.  Proceedings in Geriatric Urology and Nephrology, 1999: 9(2), 87-99.

(13) Surgery for prolapse : Section iii.  Enterocele and rectocele/perineorrhaphy.  Larry T. Sirls and Matthew Rutman, *Vaginal Surgery for Incontinence and Prolapse* edited by PE Zimmern, P Norton, F Haab & C Chapple  Springer-Verlag (London) Ltd

(14) The Measurement of Urinary Symptoms, Health related Quality of Life and Outcomes of Treatment for Urinary Incontinence.  Larry T. Sirls, MD, FACS Female Urology"  Editors Shlomo Raz, MD and Larissa V. Rodriguez, MD.

9. Papers Presented at Scientific Meetings

**1990**
(1) "Chromosomal Changes in Transitional Cell Carcinoma of the Bladder".
Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and V. Ramesh Babu
Presented at:  a). Michigan Chapter of AUA Residents Competition, May, 1990
                   b). American College of Surgeons, Michigan Chapter, Residents
                      Competition, June, 1990.
                   c). North Central Section of AUA, Colorado Springs, October, 1990

**1991**
(1) "Cytogenetic Basis of Urothelial Neoplasia".  Larry T. Sirls, Brian J. Miles and V. Ramesh Babu.
Presented at:  a). Michigan Chapter of AUA, April, 1991.

(2) "Applied Photodynamic Therapy to the Prostate".  Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and  Fred W. Hetzel.
Presented at:  a). Michigan Chapter of AUA, Residents Day Competition, May 1991.

9

(3) "Chromosomal Changes in Transitional Cell Carcinoma of the Bladder".
Larry T. Sirls, Brian J. Miles, Riad N. Farah, Joseph C. Cerny and V. Ramesh Babu
Presented at:  a). AUA, June 1991, Toronto, Canada.

(4) "Interstitial Dosimetry in the Application of Photodynamic Therapy to the Prostate".
Larry T. Sirls, Brian J. Miles, Riad N. Farah, Joseph C. Cerny  and Fred W. Hetzel
Presented at:  a). North Central Section of AUA, October 1991, Scottsdale, Arizona.

(5) "Applied Interstitial Photodynamic Therapy to the Dog Prostate Gland".
Larry T. Sirls, Brian J. Miles, Joseph C. Cerny and Fred W. Hetzel
Presented at:   a). North Central Section of AUA, October 1991, Scottsdale, Arizona.


**1992**
(1) "Photophysics of Interstitial Photodynamic Therapy".  Larry T. Sirls, Brian J. Miles,
Joseph C. Cerny and Fred W. Hetzel
Presented at:   a). Michigan Chapter of AUA, June, 1992
                       b). Society of University Urology Residents, June, 1992

 (2) "The Long-Term Results of Formal Cystocele Repair".  Philippe E. Zimmern,
Kumaresan Ganabathi, Larry T. Sirls and Gary E. Leach.
Presented at:   a).Western Section  AUA,  October 1992, Maui.

(3) "A Proposed Classification System for Female Urethral Diverticula".
Gary E. Leach,  Philippe Zimmern, Larry T. Sirls and Kumaresan Ganabathi.
Presented at:   a).Western section AUA, October 1992, Maui.

(4) "Etiology and Management of Type III Stress Urinary Incontinence in Elderly
Women".  Kumaresan Ganabathi, Larry T. Sirls, Debbie Roskamp, Philippe Zimmern
and Gary E. Leach.
Presented at:   a).Western Section AUA, October 1992, Maui.

(5) "The Artificial Urinary Sphincter:  Experience with 55 Men".  Kumaresan Ganabathi,
Larry T. Sirls, Philippe Zimmern and Gary E. Leach.
Presented at:   a).Western Section AUA, October 1992, Maui.

(6) "Long Term results of TURP and TUIP". Larry Sirls
"Perspectives On BPH", Gary E. Leach, Roger Hadley, John Kabalin and
Larry T. Sirls.
Seminar at:  a). Western Section AUA, October 1992, Maui.

(7)  Film;  "Laser Assisted Prostatectomy Under Local Anesthesia", Gary E. Leach, Larry
T. Sirls, Kumaresan Ganabathi and Philippe E. Zimmern
"Perspectives On BPH", Western Section, AUA, 1992.

**1993**

(1) "Visual Laser Assisted Prostatectomy (VLAP) using Urolase Right Angle Fiber: Preliminary results with 60 watts Protocol". John N. Kabalin and Harcharan S. Gill, Stanford, CA; Gary E. Leach, Kumaresan Ganabathi and Larry T. Sirls, Los Angeles CA; Robert S. Cowles, Athens GA; Alan J. Wein and  Gregory A. Broderick, Philadelphia, PA.
Presented at:   a). AUA, San Antonio, 1993.
                b). Western Section AUA, Palm Desert, 1993.


 (2) "Comparison of Periurethral Teflon Injection for Female Type II and Type III Stress Urinary Incontinence". Larry T. Sirls, Deborah A. Roskamp,        Kumaresan Ganabathi and Gary E. Leach.
Presented at:   a). AUA, San Antonio, 1993.
                b). Western Section AUA, Palm Desert, 1993.
**1993**  Papers Presented at Scientific Meetings (cont.)


(3)"Visual Laser Assisted Prostatectomy (VLAP) under Local Analgesia using Urolase Right Angle Laser Fiber".  Gary E. Leach, Larry T. Sirls, Kumaresan        Ganabathi, and Philippe E. Zimmern.
Presented at:   a). AUA, San Antonio, 1993.
                b). Lasers in Surgery and Medicine, New Orleans, 1993.


 (4) "Urodynamic Findings in 54 Women with Urethral Diverticulum: Clinical Significance and Management".  Gary E. Leach, Kumaresan Ganabathi, Larry T. Sirls, Deborah A. Roskamp and Philippe E. Zimmern.
Presented at:   a). AUA, San Antonio, 1993.
                b). Western Section AUA, Palm Desert, 1993.


(6) "Intravesical Oxybutynin Chloride for Refractory Incontinence from Uninhibited Detrusor Contractions". Larry T. Sirls, Donald L. Weese, Deborah A. Roskamp, Kumaresan Ganabathi, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). The Urodynamic Society, San Antonio, 1993.


 (7) "A Critical Appraisal of Surgical Management of Peyronies Disease: Plaque Incision and Synthetic Grafting in Potent Men". K. Ganabathi, Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). AUA, San Antonio, 1993
                b). Western Section AUA, Palm Desert, 1993.


(8) "Transurethral Incision of the Prostate (TUIP): An Objective and Subjective Evaluation of Long Term Efficacy". L.T. Sirls, K. Ganabathi, P. E. Zimmern, D. Roskamp, G. Wolde-Tsadik and G. E. Leach.
Presented at:   a). The Urodynamic Society; Presented as First Prize Winner, The Urodynamic Society Essay Competition, Clinical Research Division, San Antonio, 1993.
                b).  AUA, San Antonio, 1993.

(9) "Photodynamic Therapy in Treatment of Prostate Cancer Using a Canine Model".  Q. Chen, S. D. Shetty, L.T. Sirls, D. Schultz, J. Cerny, and F. Hetzel.
Presented at:   a). Lasers in Surgery and Medicine, New Orleans, 1993.


 (11) "Urologic Management of Multiple Sclerosis: A Review of 113 Patients".
Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). North Central Section AUA, 1993


(12)    "Transurethral Incision of the Prostate: Long Term Results". Larry T. Sirls, K. Ganabathi, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). Western Section AUA, Palm Desert, 1993.


**1993**  Papers Presented at Scientific Meetings (cont.)

 (13)    "Comparison of Abdominal Fascia Lata and Fascia Lata Pubovaginal Sling for Type III Stress Urinary Incontinence: With Emphasis on Patient Satisfaction". Larry T. Sirls, Roger Dmochowski, K. Ganabathi, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). Western Section AUA, Palm Desert, 1993.


(14)    "Correction of Female Distal Urethral Obstruction by Vaginal Flap Posterior Urethroplasty".  Douglas Darlin, Philippe E. Zimmern, Larry T. Sirls, Deborah Roskamp and Gary E. Leach.
Presented at:   a). Western Section AUA, Palm Desert, 1993.


(15) "The Studer Neobladder: A Videourodynamic Evaluation".  Larry T. Sirls, Philippe E. Zimmern, Roger Dmochowski, K. Ganabathi and Gary E. Leach.
Presented at:   a). Western Section AUA, Palm Desert, 1993.


 (16)    "Efficacy of Limited Evaluation and Aggressive Medical Management in 
Multiple Sclerosis: Review of 113 patients".   Larry T. Sirls, Philippe E. Zimmern and Gary E. Leach.
Presented at:   a). Western Section AUA, Palm Desert, 1993.

**1994**
(1) "Visual Laser Assisted Prostatectomy (VLAP) under Local Anesthesia".
Gary E. Leach, Larry T. Sirls, Roger Dmochowski, Kumaresan Ganabathi, and Philippe E. Zimmern.
Presented at:   Biomedical Optics (SPIE), Los Angeles, 1994


(2) "Success of Transvaginal Bladder Neck Suspension Part I: An Outcomes Analysis".
Aaron K. Kirkemo, Howard Korman and Larry T. Sirls.
Presented at: National Institute of Diabetes and Digestive and Kidney Diseases, Bethesda, Maryland, 1994

(3) "Success of Transvaginal Bladder Neck Suspension Part II: Lack of Correlation between Retrospective Review and Questionnaire Based Outcomes Analysis".  Larry T. Sirls, Charles Keoleian, Howard Korman and Aaron Kirkemo.
Presented at: National Institute of Diabetes and Digestive and Kidney Diseases, Bethesda, Maryland, 1994

 (4) "The Studer Neobladder: A Videourodynamic Evaluation". Philippe E. Zimmern, Larry T. Sirls, K. Ganabathi, John Kaswick and Gary E. Leach.
Presented at: Society Internationale D'Urologie, 23rd Congress September 1994, Sydney, Australia.

(5) "Interstitial Photodynamic Therapy for the Treatment of Prostate Cancer: A Canine Feasibility Study." Joseph C. Cerny, Sugandh D. Shetty, Larry T. Sirls, Qun Chen, Fred Hetzel.
Presented at: Society Internationale D'Urologie, 23rd Congress September 1994, Sydney, Australia.

(6)  "Fee Analysis of Laser Ablation of the Prostate versus Transurethral Prostatectomy." Larry T. Sirls, David Fugate, Aaron Kirkemo and Joseph C. Cerny.  North Central Section of AUA, November 1994, Boca Raton, FL.

(7) "Does the AUA 7 Symptom Score Predict Urodynamic Obstruction?"  Larry T. Sirls, Aaron Kirkemo and Jonathan Jay. North Central Section of AUA, November 1994, Boca Raton, FL.

(8) "Office Based Diagnostic Algorithm for Evaluation of  Anterior Vaginal Wall and Periurethral Masses."  Charles Keoleian, Larry T. Sirls, and Aaron Kirkemo. North Central Section of AUA, November 1994, Boca Raton, FL.

(9) "Lower Urinary Tract Necrosis Secondary to Thrombotic Complications of Oral Contraceptives." Aaron Kirkemo and Larry T. Sirls. North Central Section of        AUA, November 1994, Boca Raton, FL.

(10) "Trasvaginal Bladder Neck Suspension: Is Study Methodology the Critical Factor in Reported Success Rates?" Charles Keoleian, Larry Sirls, Howard Korman and Aaron Kirkemo. North Central Section of AUA, November 1994, Boca Raton, FL.

**1995**
(1) "Fee Analysis of Laser Ablation of the Prostate versus Transurethral Prostatectomy." Larry T. Sirls, David Fugate, Aaron Kirkemo and Joseph C. Cerny. Lasers in Surgery and Medicine, San Diego, April, 1995.

(2) "Visual Laser Assisted Prostatectomy: Detailed Urodynamic Evaluation of Low Power Coagulation and High Power Ablation". Larry T. Sirls, James Flanagan, Aaron Kirkemo, Gary E. Leach, and Brett Trochman. Lasers in Surgery and        Medicine, San Diego, April, 1995.

(3) "Detailed Cost Analysis of Laser Ablation of the Prostate versus Transurethral Prostatectomy." Larry T. Sirls, David Fugate, Aaron Kirkemo and Joseph C. Cerny. AUA, Las Vegas, April, 1995.

(4) "Does the AUA 7 Symptom Score Predict Urodynamic Obstruction?" Larry T. Sirls, Aaron Kirkemo and Jonathan Jay. AUA, Las Vegas, April 1995.

**1995** Papers Presented at Scientific Meetings (cont.)

(5) "Is Study Methodology The Most Important Factor In Reported Outcome After Modified Pereyra Bladder Neck Suspension?" Larry Sirls, Charles Keoleian, Howard Korman and Aaron Kirkemo. Urodynamic Society, Las Vegas, 1995.

(6) "Lack Of Correlation Of The American Urologic Symptom 7 Index With Urodynamic Bladder Outlet Obstruction" Larry T. Sirls, Aaron Kirkemo and Jonathan Jay. Presented as First Prize, Clinical Essay Contest, Urodynamic Society, Las Vegas, 1995.

(7) "Interstitial Photodynamic Therapy For The Prostate:  A Canine Feasibility Study". Sugandh D. Shetty, Larry T. Sirls, Qun Chen, Fred Hetzel, Joseph C. Cerny; AUA, Las Vegas, April, 1995.

(8) "Is Study Methodology The Most Important Factor In Reported Outcome After Modified Pereyra Bladder Neck Suspension?" Larry Sirls, Charles Keoleian, Howard Korman and Aaron Kirkemo. International Continence Society, Sydney, Australia, 1995.

(9) " Complex Urodynamic Assessment of Visual Laser Ablation of the Prostate in Men in Urinary Retention." J Choe, LT Sirls, AK Kirkemo, H Stricker and T Stewart.  North Central Section  AUA, Minneapolis, 1995.

(10) "Baseline Status of Continence and Sexual Function in Men Referred for Suspicion of Prostate Cancer".  AK Kirkemo, LT Sirls, H Stricker, SD Shetty, D Burks and Y Robens-Paradis.  North Central Section AUA, Minneapolis, 1995.

(11) "A New Procedure (High Midline Levator Myorraphy) for Treating Vaginal Vault Prolapse Concurrently with Bladder Neck Suspension Procedures". LT Sirls, TS Stewart, AK Kirkemo, JM Choe.  North Central Section AUA, 1995.

**1996**
(1) "Periurethral Collagen Injection in Non-neurogenic Male Incontinence: Efficacy and Cost".   Larry T. Sirls, Ron Glinski, Aaron Kirkemo, David Burks and Tom Stewart. American Urologic Association, Orlando, 1996.

14

(2) "Baseline Incontinence and Impotence Rates in Men with Newly Diagnosed Prostate Cancer".  A Kirkemo, S Shetty, LT Sirls, H Stricker and D Burks. American Urologic Association, Orlando, 1996.

(3) "High Midline Levator Myorraphy for Vaginal Vault Prolapse: A Simplified Procedure".  T Stewart, LT Sirls, A Kirkemo and J Choe. American Urologic Association, Orlando, 1996.

(4) " Urodynamic Assessment of Visual Laser Ablation of the Prostate in Men with Urinary Retention". Larry T. Sirls, J Choe, A Kirkemo and T Stewart. American Urologic Association, Orlando, 1996.

**1997**
(1) "Primary Bladder Outlet Obstruction in the Female".  Larry T. Sirls, Christopher Stiff, Ananias Diokno.  North Central Section AUA, Tuscon, 1996.

**1998**
(1)"Efficacy and Safety of Duloxetine in Stress Urinary Incontinence Patients".  J. Mulcahay, A Kirkemo, j Blaivas, G Wahle, L Sirls, et al.  7th European Urological Winter Forum, Davos, Switzerland, 1998.

**1999**
(1)     "Femsoft Urethral Insert for the Management of Female Stress Urinary Incontinence." Larry T. Sirls, Christopher Steidle, Joel Kaufman and the Study Group.
        a.  Urodynamic Society, Dallas, May 1999
        b.  International Continence Society, Denver, Sugust, 1999
        c.  North Central Section AUA, Chicago, October, 1999

**2000**
(1) "Cost Analysis and Perioperative Morbidity of Pubovaginal Sling versus Burch BNS".  Brian Stork, Larry Sirls.  AUA, Atlanta, May 2000.

(2) "Validated Questiionnare as Predictor of Outcomne for Urethral Diverticulum". Kandis Rivers, Linda Harris, Aaron Kirkemo, Larry Sirls, AUA, Atlanta, May 2000.

(3) "Levator Myorraphy: A Multi-institutional Analysis of Outcome".  P. Zimmern, G Leach, L. Sirls, K Ganabathi. AUA, Atlanta, May 2000.

**2001**

(1) "Pubovaginal Sling: Questionnaire Based Outcomes Analysis Of Cadaveric Versus Autologous Fascia." Jeffrey M. Carey and Larry T. Sirls.
        a.  Japanese American Urologic assoc. Sapporo, Sept, 2001
        b.  NCC, Chicago, October 2001

15

(2)  "Periurethral Durasphere™ Injection Is Safe And Effective In Patients With Stress Urinary Incontinence At Increased Risk For Pubovaginal Sling"  Timothy L. Mulholland, Larry T. Sirls NCC, Chicago, October 2001.
  a.  Japanese American Urologic assoc. Sapporo, Sept, 2001
  b.  NCC, Chicago, October 2001


**2005**
  (1) "An anatomy primer for pelvic prolapse."  North Central Section American Urologic Association Meeting, Miami, Fla  Jan 2005

  (2) "Paravaginal cystocele repair with Dermis". W Tissot, L Sirls, .
North Central Section American Urologic Association Meeting, Miami, Fla  Jan
**2005**
   (3) "Paravaginal cystocele repair with Dermis".  W Tissot, L Sirls, .   American Urological Association Annual Meeting.  San Antonio,TX.  May 21-26, 2005.

  (4) "Pelvic Prolapse: New Surgical Techniques"   L Sirls,  Michigan Urologic Association Meeting. May, 2005

  (5) "Identifying Patients at Risk for Surgical Failure Of Stress Incontinence and Managing Them When They Occur."  L Sirls          Beaumont  Post Graduate Course October 2005

  (6) "Tunneling Procedures and New Trends in Prolapse Surgery".  L Sirls Beaumont  Post Graduate Course: Female Urology  October 2005

  (7) "Non-invasive Uroflowmetry and Filling Cystometry Values In a  Large Cohort of Women Undergoing Surgery for Pure or Predominant Stress Urinary Incontinence." Nager C1, Albo M1, Fitzgerald M P2, Wruck L3, McDermott S3, Norton P4, Krauss S5, Howden N6, Sirls L7, Varner E8, Zimmern P9, for the UIT N10 International Continence Society, Montreal, Canada.  August 28-Sept 2nd, 2005.

**2006**

  (1) "Demographic and Urodynamic Baseline Predictors of Valsalva Leak Point Pressure." Gary E. Lemack, Linda Brubaker, Charles Nager, Larry Sirls, Toby Chai, Pamela Moalli, Steve Krauss, Lindsey Kerr, Yan Xu for the Urinary Incontinence Treatment Network  American Urologic Association, San Diego, May, 2006.


**2007**

  (1) "Valsalva Leak Point Pressure and Detrusor Overactivity Do Not Predict, but Urodynamic Stress Incontinence Does Predict Continence Outcomes after Burch or

Pubovaginal Sling Procedures" C. Nager, T. Chai, K. Lloyd, M. FitzGerald, G. Lemack, J. Baker, L. Sirls, S. Kraus, A. Stoddard, H. Zyczynski, W. Steers for the UITN ICS, Rotterdam, August 2007

(1) "Preoperative urodynamic testing does not predict postoperative voiding dysfunction among women undergoing surgery for SUI: results from a prospective randomized trial comparing Burch versus pubovaginal sling". G. Lemack, S. Kraus, T. Chai, K. Llyod, L. Sirls, B. Steers, A. Stoddard, H. Zyczynski, J. Baker, MP Fitzgerald, C. Nager  SUFU Miami, February, 2008

(2) "Urodynamic Changes 24 Months After Burch Colposuspension and Autologous Fascia Pubovaginal Sling".  Stephen R Kraus[1], Gary E Lemack[2], Toby Chai[3], Holly Richter[4], Michael Albo[5], Linda Brubaker[6], Larry Sirls[7], Heather Litman[8], Peggy Norton[9], Wendy Leng[10] for the Urinary Incontinence Treatment Network[11]   American Urologic Association, Orlando, May 2008.

(3) "Preoperative urodynamic testing does not predict postoperative voiding dysfunction among women undergoing surgery for SUI: results from a prospective randomized trial comparing Burch versus pubovaginal sling". G. Lemack, S. Kraus, T. Chai, K. Llyod, L. Sirls, B. Steers, A. Stoddard, H. Zyczynski, J. Baker, MP Fitzgerald, C. Nager.  American Urologic Association, Orlando, May 2008

(4) "Mixed Incontinence:  Comparing Definitions in Women Having Stress Incontinence Surgery." L. Brubaker, A. Stoddard, H.E. Richter, P. Zimmern, P. Moalli, S. Kraus, P. Norton, E. Lukacz, L. Sirls, H. Johnson, and L. Nyberg, for the Urinary Incontinence Treatment Network.  AUGS, Chicago, September, 2008.

(5) "Urodynamic Stress Incontinence Predicts Continence Outcomes After Burch Or Pubovaginal Sling Procedures." H. Zyczynski[1], A. Stoddard[2], G. Lemack[3], J. Baker[4], M. FitzGerald[5], L. Sirls[6], C. Nager[7], T. Chai[8], K. Lloyd[9], S. Kraus[10], W. Steers[11], for the UITN[12]. AUGS, Chicago, September, 2008.

(6) "Preoperative urodynamic testing does not predict postoperative voiding dysfunction among women undergoing surgery for SUI: results from a prospective randomized trial comparing Burch versus pubovaginal sling." Gary E. Lemack, Stephen Krauss, Heather Litman, Marypat Fitzgerald, Toby Chai, Charles Nager, Larry Sirls, Halina Zyczynski, Jan Baker, Keith Lloyd, and WD Steers for the Urinary Incontinence Treatment Network  4th International Consultation on Incontinence, Paris, July 2008.

(7) "Urodynamic Measures Do Not Predict Stress Continence Outcomes after Surgery for Stress Urinary Incontinence in Selected Women." Charles W. Nager, MaryPat FitzGerald, Stephen R. Kraus,  Toby C. Chai,  Halina Zyczynski, Larry Sirls, Gary E. Lemack,  L. Keith Lloyd , Heather J. Litman, Anne M. Stoddard,  Jan Baker,  and William Steers,  for the Urinary Incontinence Treatment Network. 4th International Consultation on Incontinence, Paris, July 2008.

17

(8) "Reference Urodynamic Values For Stress Incontinent Women" Nager CW, Albo ME, FitzGerald MP, McDermott S, Wruck L, Kraus S, Howden N, Norton P, Sirls L, Varner E,  and Zimmern P for the Urinary Incontinence Treatment Network. 4th International Consultation on Incontinence, Paris, July 2008.

(9) "Results of the SISTEr Randomized Surgical Trial Comparing the Autologous Rectus Fascia Sling to the Burch Colposuspension". Albo, M.D., Richter, Ph.D., M.D., Brubaker, M.D., et. al., for the Urinary Incontinence Treatment Network. 4th International Consultation on Incontinence, Paris, July 2008.

(10) "Urodynamic Changes 24 Months After Burch Colposuspension and Autologous Fascia Pubovaginal Sling".  Stephen R Kraus[1], Gary E Lemack[2], Toby Chai[3], Holly Richter[4], Michael Albo[5], Linda Brubaker[6], Larry Sirls[7], Heather Litman[8], Peggy Norton[9], Wendy Leng[10] for the Urinary Incontinence Treatment Network[11]    4th International Consultation on Incontinence, Paris, July 2008.

(11)  "Urodynamic Changes Associated with Successful Stress Urinary Incontinence Surgery: A Little Tension is a Good Thing?" Stephen R Kraus[1], Gary E Lemack[2], Linda Brubaker[3], Toby Chai[4], Michael Albo[5], Heather Litman[6], Wendy Leng[7], Larry Sirls[8],L Keith Lloyd[9] and Peggy Norton[10] for the Urinary Incontinence Treatment Network[11]4th International Consultation on Incontinence, Paris, July 2008.

(12) "Mixed Incontinence:  Comparing Definitions in Women Having Stress Incontinence Surgery."  L. Brubaker, A. Stoddard, H.E. Richter, P. Zimmern, P. Moalli, S. Kraus, P. Norton, E. Lukacz, L. Sirls, H. Johnson, and L. Nyberg, for the Urinary Incontinence Treatment Network  ICS, Cario, October 2008.

## 2009

(1)Results of the SISTEr Randomized Surgical Trial Comparing the Autologous Rectus Fascia Sling to the Burch Colposuspension.  Albo, Richter, Brubaker, Norton, Kraus, Zimmern, Chai, Zyczynski, Tennstedt, Nager, Llod, FitzGerald, Lemack, Johnson, Leng, Stoddard, Menefee, Varner, Kenton, Moalli, Sirls, Dandreo, Kusek, Nyberg, Steers for the UITN.  NIDDK Symposium on Urinary Incontinence January, 2009

(2)Urodynamic Changes Associated with Successful Stress Urinary Incontinence Surgery: A Little Tension is a Good Thing? S. Kraus, G. Lemack, L. Brubaker, T. Chai, M. Albo, H. Litman, W. Leng, L. Sirls, LK Lloyd, P. Norton for the UITN. NIDDK Symposium on Urinary Incontinence January, 2009

(3)Urodynamic Changes 24 Months after Burch Colposuspension and Autologous Fascia Publvaginal Sling. S. Kraus, G. Lemack, T. Chai, H. Richter, M. Albo, L. Brubaker, L. Sirls, H. Litman, P. Norton, W. Leng for the UITN NIDDK Symposium on Urinary Incontinence January, 2009

(4) "<u>Single Institution Experience Of Peri-Operative And Short-Term Complications With The Prolift Repair System For Pelvic Organ Prolapse.</u>" Larry T. Sirls M.D., Fadi Eliya M.D., Pradeep Nagaraju M.D., Kenneth Peters M.D., Kim A. Killinger R.N., Keith Mullins B.S., and Paul Thomas. Society for Urodynamics and Female Urology, Las Vegas, February 2009

(5) "<u>Peri Operative Complications And Symptom Outcomes After Pelvic Organ Prolapse Repair With The Prolift</u>[®]<u> System</u>." Larry T. Sirls M.D., Fadi Eliya M.D., Pradeep Nagaraju M.D., Kenneth Peters M.D., Kim A. Killinger R.N., Keith Mullins B.S., and Paul Thomas American Urologic Association, Chicago, May 2009

(6) "<u>Securing Anterior Prolift To The Sacrospinous Ligament: Optimizing Apical Support With Procedure Modifications</u>" Pradeep Nagaraju, MD, Larry T. Sirls, MD, Kim A. Killinger, MSN, Fadi Eliya, MD, Keith Mullins, BS, Paul Thomas and Kenneth M. Peters, MD, American Urogynecologic Society, Holywood, Florida, September 2009.

(7) "<u>Lessons from a Patient Experience Survey in a Randomized Surgical Trial of Treatment of Stress Urinary Incontinence in Women.</u>" Philippe E. Zimmern, Kimberly J. Dandreo, Larry Sirls, Alice Howell, Lynn Hall, Judy Gruss Kathy Jesse, Tamara Dickinson, Caren Prather. International Continence Society, San Francisco, September 2009.

(8) "<u>The Impact of Obesity on Urinary Incontinence Symptoms, Severity, Urodynamic Characteristics and Quality of Life</u>". Holly E. Richter PhD, MD Kimberly Kenton, MD, MS, Liyuan Huang, MSc Ingrid Nygaard, MD, MS, Stephen Kraus, MD Emily Whitcomb, MD Toby C. Chai, MD Gary Lemack, MD Larry Sirls, MD Kimberly J. Dandreo, MSc Anne Stoddard, ScD
  a.International Continence Society, San Francisco, September 2009.
  b. American Urogynecologic Society, Holywood, Florida, September 2009.

(9) "<u>Urodynamics, the supine empty bladder stress test, and incontinence severity.</u>" Charles W. Nager, Stephen R. Kraus, Kim Kenton, Larry Sirls, Toby C. Chai, Clifford Wai, Gary Sutkin, Wendy Leng, Heather Litman, Liyuan Huang, Sharon Tennstedt, Holly E. Richter[1], for the Urinary Incontinence Treatment Network
  a. International Continence Society, San Francisco, September 2009.
  b. American Urogynecologic Society, Holywood, Florida, September 2009.

(10) "<u>Mixed Incontinence: Comparing Definitions in Women Having Stress IncontinenceSurgery</u>". Linda Brubaker, MD, Anne Stoddard, ScD , Holly Richter, PhD MD , Philippe Zimmern, MD, Pamela Moalli, PhD MD , Stephen R. Kraus, MD , Peggy Norton, MD, Emily Lukacz, MD Larry Sirls, MD , Harry Johnson, MD for the Urinary Incontinence Treatment Network. American Urogynecologic Society, Hollywood, Florida, September 2009

19

(11) "Complications Associated With A Mesh Based System For Repair Of Pelvic Organ Prolapse". Fadi Eliya M.D., Larry T. Sirls M.D., Pradeep Nagaraju M.D., Kim A. Killinger M.S.N, Keith Mullins B.S., Paul Thomas and Kenneth M. Peters M.D. North Central Section, AUA, Scottsdale, November 2009.

**2010**

(1) "Risk Factors For Urinary Tract Infection After Stress Incontinence Surgery". I. Nygaard, L. Brubaker, T. Chai, A. Markland, S. Menefee, L. Sirls, G. Sutkin, P. Zimmern, A. Arisco, L. Huang, S. Tennstedt, A. Stoddard AUGS 2010

(2) "Baseline Predictors of One Year Treatment Failure of Retropubic and Transobturator Midurethral Sling Procedures for Stress Urinary Incontinence." Holly E. Richter, Heather J. Litman, Emily Lukacz, Peggy Norton, Stephen Kraus, Pamela Moalli , Mary Pat Fitzgerald, Gary Lemack, Leslie Rickey, Larry Sirls, Kim Dandreo, Liyuan Huang and John W. Kusek for the Urinary Incontinence Treatment Network  AUGS San Francisco, June 2010

(3) "Retropubic versus Transobturator Midurethral Slings for Stress Incontinence" H Richter, M Albo, H Zyczynski,  K Kenton, P Norton, L Sirls, M.D., Et al for the Urinary Incontinence Treatment Network* AUA San Francisco, May 2010

(4) Long-term Follow-up of the Burch and  Fascial Sling  in the SISTEr Trial (E-SISTEr)   UITN authors  AUA San Francisco, May 2010

(5) Quality Of Life In Women With Stress Urinary Incontinence Seeking Surgery L Sirls, S. Tennstedt,  Mike Albo, Toby Chai, Kim Kenton, Liyuan Huang, Amy Arisco, E. Ann Gormley.  AUA San Francisco, May 2010

(6) A Randomized Equivalence Trial of Retropubic vs Transobturator Slings for Stress Incontinence  M Albo, H Richter, H Zyczynski, K Kenton, P Norton,  L Sirls, et al for the Urinary Incontinence Treatment Network* AUA San Francisco, May 2010

(7)  Single  Institution  Experience  of   Peri−operative  and  Short−term Complications with the Prolift Repair System for Pelvic Organ Prolapse Larry T. Sirls MD, Fadi Eliya MD, Pradeep Nagaraju MD, Kenneth Peters MD, Kim A Killinger RN, Keith Mullns BS and Paul Thomas.  AUA San Francisco, May 2010

(8) Complications And Symptom Outcomes After Pelvic Organ Prolapse Repair With The Prolift[®] System.  Larry T. Sirls Md, Fadi Eliya Md, Pradeep Nagaraju Md, Kenneth Peters Md, Kim A Killinger RN, Keith Mullns BS and Paul Thomas. SUFU St Petersberg, Fl February, 2010

(9) Perineal Surface Electromyography To Measure Urethral And Pelvic Floor Activity Does Not Typically Demonstrate Expected Relaxation During Normal Voiding

Kirby A, Nager C, Litman H, FitzGerald M, Kraus S, Norton P, Sirls L, Rickey L, Wilson T, Dandreo K, Zimmern P. AUGS San Francisco, June 2010

(10) Preoperative Voiding Detrusor Pressures And Stress Incontinence Surgery Outcomes. Kirby A, Nager C, Litman H, FitzGerald M, Kraus S, Norton P, Sirls L, Rickey L, Wilson T, Dandreo K, Zimmern P. AUGS San Francisco, June 2010

(11) Risk Factors for Urinary Tract Infecton after Stress Incontinence Surgery. I. Nygaard, L. Brubaker, T. Chai, A. Markland, S. Menefee, L. Sirls, G. Sutkin, P. Zimmern, A. Arisco, L. Huang1, S. Tennstedt1, A. Stoddard. AUGS San Francisco, June 2010

(12) "The Elevate System For Anterior & Apical Vaginal Prolapse." Larry T. Sirls & Dmitriy Nikolavsky. American Urologic Association ,Washington DC, 2010

## 2011

10. Scientific Films

(1) "Transvaginal Repair of Stress Urinary Incontinence Associated with a Large Cystocele". Philippe E. Zimmern, Gary E. Leach, Larry T. Sirls and Kumaresan Ganabathi.
Presented at: a). AUA, San Antonio, 1993.

(2) "Laser Assisted Prostatectomy under Local Anesthesia". Gary E. Leach, Larry T. Sirls, Kumaresan Ganabathi and Philippe E. Zimmern.
Presented at: a). Lasers in Surgery and Medicine, New Orleans, 1993.
b). Western Section AUA, Palm Desert, 1993.
c). North Central Section AUA, 1993.

(3) "Transvaginal Repair of Stress Urinary Incontinence Associated with a Moderate Cystocele Using the Four Corner Suspension Procedure". Philippe E. Zimmern, Gary E. Leach, Larry T. Sirls and K Ganabathi.
Presented at: a). Western Section AUA, Palm Desert, 1993.
b). North Central Section AUA, 1993.
c). Society Internationale Urologic, Sydney, Australia, 1994.
d). American Urologic Association, Las Vegas, 1995.

(4) "The Elevate System For Anterior & Apical Vaginal Prolapse." Larry T. Sirls & Dmitriy Nikolavsky. American Urologic Association ,Washington DC, 2010

11. Invited Speaking Engagements

(1) "Management of Female Incontinence. " Gary E. Leach, Larry T. Sirls, Jenelle Foote and Kumaresan Ganabathi

Postgraduate Course:  AUA, San Antonio, 1993
Presentations:
    a). Surgical Management of Type II Stress Urinary Incontinence
    b). Artificial Sphincter for Type III Stress Urinary Incontinence

(2) "Visual Laser Assisted Prostatectomy: Presentation and Panel Discussion".
Gary E. Leach, Larry T. Sirls, John Kabalin, Christopher Dixon and Robert
    Cowles.
Presented at:   a). AUA, San Antonio, 1993.

(3) "Stress Urinary Incontinence: Who to Evaluate and When to Treat?" Aaron K.
Kirkemo and Larry T. Sirls
Instructional Seminar   a). North Central Section AUA, 1993

(4) "Evaluation and Management of Enterocele and Vaginal Vault Prolapse"
Larry T. Sirls
Presented at:  Symposium on Urinary Incontinence,  Detroit, August  1993.

(5) "Post Prostatectomy Incontinence" . Larry T. Sirls
Presented at:  Symposium on Urinary Incontinence,  Detroit, August  1993.

(6) "Laser Prostatectomy, Current Concepts" .  Larry T. Sirls
Presented at:  Michigan State Medical Society, Detroit, October, 1993.

(7) "Laser Prostatectomy: Use of Power Density". Larry T. Sirls
Presented at: The John Ormond Society, Detroit, November, 1993.

(8) "Laser Prostatectomy: Current Concepts"  Larry T. Sirls
Presented at:  Baylor University Grand Rounds, February, 1994.

(9) " Controversies in the Management of Female Urinary Incontinence".  Larry T. Sirls
    Presented at:  Baylor University Grand Rounds, February, 1996.

(10) "Management of Female Incontinence ". Gary E. Leach, Larry T. Sirls, Philippe E.
Zimmern and Roger Dmochowski
Postgraduate Course:  AUA, San Antonio, 1994
Presentations:
    a). Periurethral Collagen Injection in Women
    b). Pubovaginal Sling Procedures

(11) "Management of Female Incontinence".  Gary E. Leach, Larry T. Sirls, Philippe E.
Zimmern and Roger Dmochowski
Postgraduate Course:  AUA, Las Vegas, 1995
    Presentation: Pubovaginal Slings

(12) "<u>Management of Female Incontinence</u>".  Gary E. Leach, Larry T. Sirls, Philippe E. Zimmern and Roger Dmochowski
<u>Postgraduate Course:</u>  AUA, Orlando, 1996
  Presentations:
    a) Non Surgical Treatment of Urinary Incontinence
    b) The Artificial Urinary Sphincter in Women
    c) Management of the Moderate Cystocele & Stress Urinary Incontinence.

(13) "<u>Management of Female Incontinence</u>".  Gary E. Leach, Larry T. Sirls, Philippe E. Zimmern and Roger Dmochowski
<u>Postgraduate Course:</u>  AUA, New Orleans, 1997
  Presentations:
    a) Retropubic Bladder Suspension
    b) Alternative Therapies for the management of Stress Urinary Incontienence

(14) "<u>Management of Female Incontinence</u>".  Gary E. Leach, Larry T. Sirls, Roger Dmochowski, Peter Sand
<u>Postgraduate Course:</u>  AUA, Dallas, 2000
  Presentations:
    a) Non Surgical Treatment of Urinary Incontinence

(15) "<u>Management of Female Incontinence</u>".  Gary E. Leach, Larry T. Sirls, Philippe E. Zimmern and Roger Dmochowski
<u>Postgraduate Course:</u>  AUA, Anaheim, 2001
  Presentations:
    a) How I do pubovaginal sling
    b) How To Start An Incontinence Clinic

## RESEARCH SUPPORT

### Ongoing Research Support

<u>NIH PFDN Protocol 17P01</u>   2010-2013
Anticholinergics vs. Botox Comparison Study: The ABC Trial
Efficacy and Impact of Botulinum Toxin A versus Anticholinergic Therapy for the Treatment of Bothersome Urge Urinary Incontinence
Role: PI

<u>NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)</u> 2000-2013

<u>NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)</u>

Extended Trial Of Mid-Urethral Slings (E-TOMUS) 2008-2010

Long term follow up of the prospective randomized trial of retropubic and trans obturator mid urethral sling procedures.
Role: PI

NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)

Value of Urodynamic Evaluation (ValUE)    2008-2010
Prospective randomized trial of the role of urodynamic testing in patients with stress predominant urinary incontinence electing surgical intervention.
Role: PI

NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)

Specimen Repository Protocol  2009-2013
Collection of blood and urine samples from patients in TOMUS and VALUE studies.
Role: PI

Cook Myosite - PIT-MDC1   2008-2011
Muscle Cell Mediated Therapy for Stress Urinary Incontinence:  An investigation of the Safety of 3 Different does of Autologous Muscle Derived Cells.
Role: Investigator

Allergan -191622-515-00     2006-2010
A Multicenter, Double-Blind, Randomized Placebo-Controlled, Parallel-Group Study of the Safety and Efficacy of a Single Treatment with Two Dose Levels of Botox (Botulinum Toxin Type A) Purified Neurotoxin Complex Followed by Treatment with Botox in Patients with Urinary Incontinence Due to Neurogenic Detrusor Overactivity
Role: Investigator

Allergan – 191622-094-00    2009-2011
A Multicenter, Long-term Follow-up Study of the Safety and Efficacy of Two Dose Levels of BOTOX (Botulinum Toxin Type A) Purified Neurotoxin Complex in Patients with Urinary Incontinence Due to Neurogenic Detrusor Overactivity
Role: Investigator

**Completed Research Support**

NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)

Mixed Incontinence: Medical Or Surgical Approach? (MIMOSA)  2008-2010
Role: PI

NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)
Stress Incontinence Surgical Treatment Trial (SISTEr) 2000-2005

Extended Stress Incontinence Surgical Treatment Efficacy Trial (E-SISTEr) 2004-2010

Role: Investigator

NIH NIDDK DK58231- Urinary Incontinence Treatment Network (UITN)
Trial Of Mid-Urethral Slings (TOMUS) 2006-2009
Role: PI