# EXHIBIT A

# LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF NEERAJ KOHLI, M.D., M.B.A. APPLIES

1. *April M. Berry, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03074 (Prolift Anterior; TVT Obturator)

2. *Sara Camille Jones, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-03131 (TVT-Obturator)

3. *Debra A. Krauser, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03140 (TVT)

4. *Brenda Simpson, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-02716 (TVT-Obturator)

5. *Katherine Lawson Smallwood, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03124 (TVT)

6. *Christine R. Webb, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03136 (TVT-Obturator)

.