# Exhibit E-2

ACCEPTED MANUSCRIPT

effects upon the vagina than did Gynemesh PS, [12-14] the present study observed a higher ratio of M2 to M1 phenotype (macrophage polarization) and increased anti-inflammatory cytokine IL-10 in the lighter but not in the heavier mesh implanted vagina. Similar findings of improved material integration and remodeling associated with increased M2 macrophage populations have been observed in a number of other studies such as those in cardiac, dermal, and orthopedic applications of implantable materials of both biologic and synthetic origin. [18,22-25] In a recent study, [18] fifteen biologically derived surgical meshes were examined for both histologic outcomes and macrophage polarization profile at 14 and 35 days post-implantation in a partial thickness rodent abdominal wall defect model. The study showed that the number of M2 cells and the M2:M1 ratio at 14 days post-implantation were strongly correlated with semi-quantitative scoring of the histomorphologic appearance of the site of implantation at 14 days and were also predictive of the downstream histologic outcome at 35 days post-implantation. Taken together, this suggests that materials which elicit a higher percentage of M2 cells at the tissue interface may be associated with improved tissue integration and fewer complications in the long term.

There were a number of limitations of the present study. First, only one time point was examined, representing a cross sectional snapshot of a highly dynamic inflammatory process. It should also be noted that, due to the presence of an absorbable component poliglecaprolactone 25), the mesh burden associated with the UltraPro mesh and the local composition of the material is also dynamic. Thus, the host response to UltraPro may have a transient component which is not present in the other mesh materials. While statistically significant differences were observed between materials at 90 days, the magnitude of these differences was relatively small. Evaluation of macrophage phenotype at earlier times may have yielded larger differences, but is

ACCEPTED MANUSCRIPT

likely not possible in a primate model due to cost and ethical considerations. Second, only one marker of M1 and M2 macrophage phenotypes was used in the present study. It is well known that macrophage phenotype occurs along a spectrum between M1 and M2 with multiple intermediate phenotypes. [21] While this represents the first such attempt to measure macrophage polarization in response to material implantation within the vagina, future studies are needed to better define both the phenotype and the function of the cells participating in the host response to implanted mesh to better understand their impact upon tissue integration versus degradation and the occurrence of complications in the long term. [34,35] Third, the present study describes a macrophage centered approach to the evaluation of the host response at the mesh-tissue interface. Future analyses could specifically evaluate the inflammatory reaction as a function of distance from the mesh surface or within pore spaces. This may be particularly important given that additional cell types, including a notable presence of T-lymphocytes, was observed with increasing distance from the mesh surface. Lastly, only mesh introduced by sacrocolpopexy was examined in the present study. Future studies should examine whether there are differences in the host response between mesh introduced by sacrocolpopexy versus transvaginally, and attempt to correlate the findings to the differences in rates of complications which have been observed for these two procedures.

In conclusion, the host response to polypropylene mesh consists predominantly of macrophages polarized to a pro-inflammatory M1 phenotype at 12 weeks post-surgery. However, implantation of lighter weight, higher porosity mesh generally attenuated the pro-inflammatory M1 response. These findings correlate with those of a previous study demonstrating that lighter weight, higher porosity mesh was also associated with fewer negative effects upon vaginal tissue quality. This suggests that the chronic M1 pro-inflammatory

16

response to mesh may drive tissue degradation eventually leading to mesh exposures over time similar to what is observed clinically; however, additional work is required to establish a causal relationship. An improved scientific understanding of the mechanisms of the host response to synthetic mesh materials placed in the vagina has the potential to significantly affect the design of next generation mesh materials, inform clinical practices and improve outcomes in pelvic floor repair.

**CLINICAL IMPLICATIONS**

- Regardless of mesh type or textile properties, the host response to mesh consists of predominantly of M1 pro-inflammatory macrophages.
- Implantation of lighter weight, higher porosity mesh generally attenuated the pro-inflammatory response, suggesting a link between mesh burden and the host inflammatory response.
- These findings correlate with those of a previous study demonstrating that lighter weight, higher porosity mesh was also associated with fewer negative effects upon vaginal tissue quality.
- This suggests that the chronic M1 pro-inflammatory response to mesh may drive tissue degradation eventually leading to mesh exposures over time similar to what is observed clinically.

REFERENCES

1. Subak LL, Waetjen LE, van den Eeden S, Thom DH, Vittinghoff E, Brown JS. Cost of pelvic organ prolapse surgery in the United States. Obstet gynecol. 2001;98:646-51.

2. Boyles SH, Weber AM, Meyn L. Procedures for pelvic organ prolapse in the United States, 1979-1997. Am J Obstet Gynecol. 2003;188:108-15.

3. Wu JM, Kawasaki A, Hundley AF, Dieter AA, Myers ER, Sung VW. Predicting the number of women who will undergo incontinence and prolapse surgery, 2010 to 2050. Am J Obstet Gynecol. 2011;205:230 e1-5.

4. Barber MD, Brubaker L, Burgio KL, et al. Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse: the OPTIMAL randomized trial. JAMA. 2014;311:1023-34.

5. Olsen AL, Smith VJ, Bergstrom JO, Colling JC, Clark AL. Epidemiology of surgically managed pelvic organ prolapse and urinary incontinence. Obstet gynecol. 1997;89:501-6.

6. Jonsson Funk M, Edenfield AL, Pate V, Visco AG, Weidner AC, Wu JM. Trends in use of surgical mesh for pelvic organ prolapse. Am J Obstet Gynecol. 2013;208:79 e1-7.

7. Altman D, Vayrynen T, Engh ME, et al. Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse. N Eng J Med. 2011;364:1826-36.

8. Diwadkar GB, Barber MD, Feiner B, Maher C, Jelovsek JE. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet gynecol. 2009;113:367-73.

9. Feiner B, Jelovsek JE, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a systematic review. BJOG. 2009;116:15-24.

10. Maher CM, Feiner B, Baessler K, Glazener CM. Surgical management of pelvic organ prolapse in women: the updated summary version Cochrane review. Int Urogynecol J. 2011;22:1445-57.

ACCEPTED MANUSCRIPT

11. (FDA) FaDA. Urogynecologic Surgical Mesh: Update of the Safety and Effictiveness of Transvaginal Placement for Pelvic Organ Prolapse.: FDA Administration E.

12. Feola A, Abramowitch S, Jallah Z, et al. Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh. BJOG. 2013;120:224-32.

13. Liang R, Abramowitch S, Knight K, et al. Vaginal degeneration following implantation of synthetic mesh with increased stiffness. BJOG. 2013;120:233-43.

14. Liang R, Zong W, Palcsey S, Abramowitch S, Moalli PA. Impact of prolapse meshes on the metabolism of vaginal extracellular matrix in rhesus macaque. Am J Obstet Gynecol. 2015 Feb;212(2):174.e1-7.

15. Mistrangelo E, Mancuso S, Nadalini C, Lijoi D, Costantini S. Rising use of synthetic mesh in transvaginal pelvic reconstructive surgery: a review of the risk of vaginal erosion. J Minim Invasive Gynecol. 2007 Sep-Oct;14(5):564-9.

16. Kohli N, Walsh PM, Roat TW, Karram MM. Mesh erosion after abdominal sacrocolpopexy. Obstet Gynecol. 1998 Dec;92(6):999-1004.

17. Brown BN, Badylak SF. Expanded applications, shifting paradigms and an improved understanding of host-biomaterial interactions. Acta Biomater. 2013;9:4948-55.

18. Brown BN, Londono R, Tottey S, et al. Macrophage phenotype as a predictor of constructive remodeling following the implantation of biologically derived surgical mesh materials. Acta Biomater. 2012;8:978-87.

19. Mantovani A, Sica A, Sozzani S, Allavena P, Vecchi A, Locati M. The chemokine system in diverse forms of macrophage activation and polarization. Trends Immunol. 2004;25:677-86.

ACCEPTED MANUSCRIPT

20. Mills CD, Kincaid K, Alt JM, Heilman MJ, Hill AM. M-1/M-2 macrophages and the Th1/Th2 paradigm. J Immunol. 2000;164:6166-73.

21. Mosser DM, Edwards JP. Exploring the full spectrum of macrophage activation. Nat Rev Immunol. 2008;8:958-69.

22. Madden LR, Mortisen DJ, Sussman EM, et al. Proangiogenic scaffolds as functional templates for cardiac tissue engineering. Proc Natl Acad Sci USA. 2010;107:15211-6.

23. Rao AJ, Gibon E, Ma T, Yao Z, Smith RL, Goodman SB. Revision joint replacement, wear particles, and macrophage polarization. Acta biomater. 2012;8:2815-23.

24. Sussman EM, Halpin MC, Muster J, Moon RT, Ratner BD. Porous implants modulate healing and induce shifts in local macrophage polarization in the foreign body reaction. Ann Biomed Eng. 2014;42:1508-16.

25. Brown BN, Ratner BD, Goodman SB, Amar S, Badylak SF. Macrophage polarization: an opportunity for improved outcomes in biomaterials and regenerative medicine. Biomaterials. 2012;33:3792-802.

26. Feola A, Barone W, Moalli P, Abramowitch S. Characterizing the ex vivo textile and structural properties of synthetic prolapse mesh products. Int Urogynecol J. 2013;24:559-64.

27. Maher C, Feiner B, Baessler K, Schmid C. Surgical management of pelvic organ prolapse in women. Cochrane Database Syst Rev. 2013;4:CD004014.

28. Wolf MT, Dearth CL, Ranallo CA, et al. Macrophage polarization in response to ECM coated polypropylene mesh. Biomaterials. 2014;35:6838-49.

29. Feola A, Abramowitch S, Jones K, Stein S, Moalli P. Parity impacts vaginal mechanical properties and collagen structure in rhesus macaques. Am J Obstet Gynecol. 2010;203:595.e1-595.e8.

ACCEPTED MANUSCRIPT

30. Conze J, Rosch R, Klinge U, et al. Polypropylene in the intra-abdominal position: influence of pore size and surface area. Hernia. 2004;8:365-72.

31. Klinge U, Junge K, Stumpf M, Ap AP, Klosterhalfen B. Functional and morphological evaluation of a low-weight, monofilament polypropylene mesh for hernia repair. J Biomed Mater Res. 2002;63:129-36.

32. Klinge U, Klosterhalfen B, Birkenhauer V, Junge K, Conze J, Schumpelick V. Impact of polymer pore size on the interface scar formation in a rat model. J Surg Res. 2002;103:208-14.

33. Klinge U, Park JK, Klosterhalfen B. 'The ideal mesh?'. Pathobiology. 2013;80:169-75.

34. Brown BN, Sicari BM, Badylak SF. Rethinking regenerative medicine: a macrophage-centered approach. Front Immunol. 2014;5:510.

35. Murray PJ, Allen JE, Biswas SK, et al. Macrophage activation and polarization: nomenclature and experimental guidelines. Immunity. 2014;41:14-20.

**TABLES**

**Table 1.** Mechanical and structural characteristics associated with each mesh.

|  | **Gynemesh (Ethicon)** | **UltraPro (Ethicon)** | **Restorelle (Coloplast)** |
|---|---|---|---|
| Weight (g/m2) | 44 | 31 | 19 |
| Pore Size (μm) | 2240 | 4000+* | 2370 |
| Porosity (%) | 64±2.1 | 69 ± 1.8 | 78 ± 3.0 |
| Stiffness (N/mm) | 28±2.7 | 22±2.8 | 11±0.89 |

*UltraPro contained a resorbable component (poliglecaprolactone 25) in addition to polypropylene allowing it to have very large pores (4mm) when this component is resorbed. Values reported with resorbable component dissolved.
Adapted from references #12 and 26.

**Table 2.** Demographic data collected (age, weight, gravidity and parity).

| Groups | Age, y[a] | Parity[b] | Weight, kg[a] | POP-Q stage[b] |
|---|---|---|---|---|
| **Sham** | 12.6 ± 2.8 | 3 (2, 6) | *7.3 ± 1.4 | 0 (0, 1) |
| **Gynemesh** | 12.9 ± 2.2 | 4 (3.8, 5) | 8.2 ± 1.6 | 0 (0, 0) |
| **UltraPro** | 13.0 ± 2.2 | 3.5 (2, 5.8) | 7.8 ± 1.4 | 0 (0, 0.25) |
| **Restorelle** | 13.8 ± 1.7 | 5 (3, 5.5) | *10.0 ± 2.8 | 0.5 (0, 1.3) |
| **P value**[c] | 0.780 | 0.970 | 0.042 | 0.700 |

[a] Mean ± SD, [b] Median (first quartile, second quartile), [c] Comparison of overall P value among groups, * Denotes statistical significance between groups (P<0.05)

ACCEPTED MANUSCRIPT

Table 3. Total number of cells and percent surface marker postive cells in a 20X field.

| Treatment (Gynemesh) | Total Number of Cells (per 20X field) | % of Positive Cells (per 20X field) |
|---|---|---|
| **CD45** | 514±121 | 21.4±5.4 |
| **CD68** | 510±108 | [c]10.5±3.9 |
| **CD3** | 510±114 | [d]7.3±1.7 |
| **CD20** | 509±109 | 3.0±1.2 |
| **CD117** | 508±121 | 0.2±0.2 |
| **P value** | 1.00[a] | <0.001[b] |

[a] Comparison of p-value among groups, significant difference if p<0.05; b Comparison between CD68, CD3, CD20, and CD117, [c] Significance seen between CD68 and CD20 and CD68 and CD117; [d] Significance seen between CD3 and CD20 and CD3 and CD117.

Table 4. total number of cells, percent of positive cells and ratio of m2/m1 macrophages seen in a 20X field (fiber)

| Total Number of Cells, Percent of Positive Cells and Ratio of M2/M1 Macrophages in a 20x Field (Fiber) | | | | |
|---|---|---|---|---|
| Treatment | Total Number of Cells | % of M1 Positive Cells | % of M2 Positive Cells | Ratio M2/M1 |
| **Sham** | 696±370 | [b]0.8±0.7 | [b]0.1±0.0 | - |
| **Gynemesh** | 642±215 | 6.8±2.8 | 3.5±2.2 | [c]0.52±0.14 |
| **UltraPro** | 768±232 | 7.3±2.6 | 4.6±1.5 | 0.66±0.08 |
| **Restorelle** | 610±291 | 7.0±3.7 | 4.6±2.1 | 0.67±0.09 |
| **P value**[a] | 0.700 | <0.001 | <0.001 | <0.001 |

[a] Comparison of p-value among groups, significant difference if p<0.05; [b] Significance seen between Sham and Gynemesh, Sham and UltraPro and Sham and Restorelle; [c] Significance seen between Gynemesh and UltraPro and Gynemesh and Restorelle

23

Table 5. Total number of cells, percent of positive cells and ratio of m2/m1 macrophages seen in a 20X field (knot)

| Total Number of Cells, Percent of Positive Cells and Ratio of M2/M1 Macrophages in a 20x Field (Knot) | | | | |
|---|---|---|---|---|
| Treatment | Total Number of Cells | % of M1 Positive Cells | % of M2 Positive Cells | Ratio M2/M1 |
| Sham | 679±327 | [a]0.1±0.1 | [a]0.1±0.0 | - |
| Gynemesh | 630±230 | 8.3±4.7 | 4.4±2.3 | 0.57±0.11 |
| UltraPro | 722±214 | 9.2±2.8 | 5.3±1.0 | 0.61±0.18 |
| Restorelle | 575±104 | 8.4±2.6 | 4.9±1.8 | 0.60±0.11 |
| P value[e] | 0.620 | <0.001 | <0.001 | <0.001 |

[a] Comparison of p-value among groups, significant difference if $p<0.05$; [a] Significance seen between Sham and Gynemesh, Sham and UltraPro and Sham and Restorelle

Table 6. Correlation between percentage of positive cells and mesh area in a 20X image

| Correlation Between Percentage of Positive Cells and Mesh Area in a 20X Image | | | |
|---|---|---|---|
| | % M1 Cells vs. Area Correlation Coefficient | P value | % M2 Cells vs. Area Correlation Coefficient | P value |
| Gynemesh | 0.39 | 0.006 | 0.44 | 0.002 |
| UltraPro | 0.35 | 0.015 | 0.23 | 0.113 |
| Restorelle | 0.24 | 0.098 | 0.22 | 0.136 |
| All Mesh | 0.30 | 0.001 | 0.23 | 0.006 |

**Table 7.** Individual and ratio values of anti- and pro-inflammatory cytokines

| Individual and Ratio Values of Anti- and Pro-inflammatory Cytokines | | | | | |
|---|---|---|---|---|---|
| Groups | IL-10[a] | IL-4[a] | TNF-α[a] | IL-12p70[a] | (IL-10+IL-4)/(TNF-α+IL-12p70)[b] |
| Sham | 1.30±0.31 | 0.33±0.01 | 0.38±0.11 | 0.26±0.06 | 2.58±0.52 |
| Gynemesh | 1.03±0.20 | 0.29±0.08 | 0.33±0.12 | 0.27±0.05 | *2.17±0.78 |
| UltraPro | 1.12±0.22 | 0.27±0.11 | 0.28±0.15 | 0.23±0.07 | 3.01±0.90 |
| Restorelle | 1.27±0.22 | 0.263±0.05 | 0.26±0.05 | 0.30±0.15 | *3.36±0.60 |
| P value[c] | 0.014 | 0.358 | 0.084 | 0.386 | 0.004 |

[a] pg/μg total protein, mean ± standard deviation; [b] unitless, mean ± standard deviation; [c] comparison of overall P value among groups, * Denotes statistical significance between groups (P<0.05)

**FIGURE LEGENDS**

**Figure 1:** Representative histologic section (hematoxylin and eosin) taken from Sham (A) and Gynemesh (B) groups. The top panel contains a full view of the histologic section at 10X magnification (scale bar = 250 µm). Bottom panel shows higher magnification images of the subepithelial connective tissues, muscularis layer and the adventitia (A) or mesh-tissue interface (B) (20x magnification, scale bar = 100 µm). The histomorphologic appearance of the response to Gynemesh was characteristic of the response observed in all mesh implanted groups. A dense population of mononuclear and multinucleated giant cells can be observed at the mesh-tissue interface, decreasing in number with increasing distance from the mesh surface. Box in (B) indicates a mesh knot, and arrow indicates a mesh fiber.

**Figure 2:** Immunofluorescent labeling of cells participating in the host response to implanted mesh. Antibodies for CD45 (pan-leukocyte), CD68 (macrophage), CD3 (T lymphocyte), CD20 (B lymphocyte), and CD117 (mast cell) markers were used (red). DAPI (blue) was used to label nuclei. Positively labeled cells were predominantly located at the mesh surface, with fewer cells with increasing distance. All images at 40X magnification, scale bar = 100 µm.

**Figure 3:** Immunofluorescent labeling with antibodies to CD68 (Pan-macrophage, red), CD86 (M1 macrophage, orange), CD206 (M2 macrophage, green) and DAPI (nuclei, blue) is shown. Few positive cells were observed in sham-operated animals (not shown). Predominance of the M1 macrophage response was observed in Gynemesh PS, UltraPro and Restorelle groups. Combined fluorescent channels are shown in the top panel, and individual channels in the bottom panel. All images at 20X magnification, scale bars = 100 µm.







ACCEPTED MANUSCRIPT

Table III: Antibodies used in immunofluorescence labeling

| Primary Antibody | | | | |
|---|---|---|---|---|
| Name | Dilution | Catalog Number | Clonality | Company |
| Rabbit Anti-CD45 | 1:600 | ab10558 | Polyclonal | abcam |
| Mouse Anti-CD68 | 1:100 | ab955 | Monoclonal | abcam |
| Rabbit Anti-CD3 | 1:50 | A0452 | Polyclonal | DAKO |
| Rabbit Anti-CD20 | 1:50 | ab27093 | Polyclonal | abcam |
| Rabbit Anti-CD117 | 1:50 | ab32363 | Monoclonal | abcam |
| Rabbit Anti-CD86 | 1:150 | ab53004 | Monoclonal | abcam |
| Goat Anti-CD206 | 1:150 | sc-34577 | Polyclonal | Santa Cruz |
| **Secondary Antibody** | | | | |
| Name | Dilution | Catalog Number | Wavelength | Company |
| Alexa 594 Donkey anti-Mouse | 1:100 | A21203 | 590/617 | Invitrogen |
| Alexa 568 Donkey anti- Rabbit | 1:50 (CD3, CD20 & CD117) 1:200 (CD45) | A10042 | 578/603 | Invitrogen |
| Alexa 488 Donkey anti- Goat | 1:250 (CD206) | A11055 | 488/519 | Invitrogen |
| Alexa 647 Donkey anti- Rabbit | 1:250 (CD86) | A31573 | 650/668 | Invitrogen |