# Exhibit G

Joye Lowman, M.D.

```
 1           IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      AT CHARLESTON
 3
 4   IN RE:  ETHICON, INC.,          MASTER FILE NUMBER
     PELVIC REPAIR SYSTEM            2:12-MD-02327
 5   PRODUCTS LIABILITY
     LITIGATION                      MDL 2327
 6
                                     JOSEPH R. GOODWIN
 7                                   U.S. DISTRICT JUDGE

     _____
 8
     GENERAL TVT OPINIONS
 9   OF JOYE LOWMAN, M.D.
10
11
12
13                    DEPOSITION OF
14                  JOYE LOWMAN, M.D.
15
16                   June 24, 2016
17                     9:10 a.m.
18
19             600 Peachtree Street, NE
20                    Suite 5300
21              Atlanta, Georgia 30308
22
23      Thomas R. Brezina, CRR, RMR, CCR-B-2035
24
```

Joye Lowman, M.D.

```
 1   those products, no.

 2       Q       Was there any organized discussion as to

 3   what the appropriate or what would be the best

 4   alternative means of treatment for patients as a

 5   result of those withdrawals?

 6               MR. RUMANEK:  Objection to form.

 7               THE WITNESS:  No.

 8   BY MR. THOMPSON:

 9       Q       Doctor, in your report you indicated that

10   you have placed approximately 800 TVT and TVT-O

11   devices.  Is that correct?  I'm at page 2.

12       A       Yes.

13       Q       And do you use both TVT and TVT-O?

14       A       No.

15       Q       What do you use --

16       A       The TVT.

17       Q       -- currently?  Did you ever use TVT-O?

18       A       I have used it before, yes.

19       Q       And is there a reason why you exclusively

20   use TVT today?

21               MR. RUMANEK:  Objection to form.

22               THE WITNESS:  Yes.  The retropubic route

23          has a lower risk of pelvic pain and groin pain

24          and has a higher success rate --
```

```
 1   BY MR. THOMPSON:

 2        Q        I see.

 3        A        -- than obturator slings.

 4        Q        And was there a date that you can point

 5   to that that was the date that you felt that the

 6   evidence that you have just recited was sufficient for

 7   you to not use TVT-O anymore?

 8                 MR. RUMANEK:  Objection to form.

 9                 THE WITNESS:  No.

10   BY MR. THOMPSON:

11        Q        That was just over -- if I went to 2010,

12   were you still using both?

13        A        No.

14        Q        If I went to 2008?

15        A        No.

16        Q        I see.  So while you were either in

17   residency or fellowship, you made that determination?

18        A        That's correct.

19        Q        And are you -- like I say, you described

20   your position as an -- and in my mind I have sort of a

21   supervisory thought process, but I guess the question

22   is, your personal decision that the TVT is superior to

23   the TVT-O, is that transmitted to other physicians who

24   may be within your department?  I mean, is this a --
```