# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Damron, Judy K. & Benny | 2:12cv03079 |
| Reed, Ronda L. Salas | 2:12cv03082 |