Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES ONLY TO: THE WAVE 1 CASES IDENTIFIED IN EXHBIT A TO ETHICON'S MOTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE THE**
**OPINIONS AND TESTIMONY DR. DUNN PH.D.**

Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Russell Dunn, Ph.D., ("the Motion" or "Ethicon's Motion"), is fundamentally flawed in that it manipulates testimony to make it appear as though Dr. Dunn is not qualified, or that he otherwise does not have the requisite knowledge, to offer the product design and risk assessment opinions put forth in his report. On the contrary, Dr. Dunn is more than qualified to offer the opinions set forth in his Wave 1 report. Moreover, he relies upon not only his own vast experience, but also thousands of pages of Ethicon's internal documents, over 25 depositions (and exhibits thereto) of Ethicon employees involved in the design and launch of all of Ethicon's mesh products at issue, every internal polymer failure analysis study ever performed on anything made of Prolene (that has been produced), the design history files and technical files of all products involved in this litigation, and the ample, relevant peer-reviewed literature on polymer failure analysis and the principles of device design and risk analysis.[1]

---

[1] Ex. A, Dunn Report; *see also* Ex. D, Dunn Reliance List.

1

Ethicon's Motion expends a great deal of effort trying to make it appear as though Dr. Dunn did not review or rely on these materials to form his opinions—but this is simply not the case.  Ethicon does not raise a single legitimate criticism of Dr. Dunn's opinions in these cases; instead, the arguments are based on a faulty understanding of medical device manufacturers' risk management systems and risk analyses.  The Motion also spends most of its length cherry-picking out-of-context testimony and then twisting those statements to make it appear as though Dr. Dunn is unqualified and that his opinions are unsupported.  At its core, Ethicon's arguments show a lack of understanding of the principles of device design and risk management, and how the relevant standards from the International Organization for Standardization ("ISO") are applied.

Dr. Dunn's opinions are separated into two sections: (1) Polymer Failure Opinions; and (2) Product Design Opinions.[2]  His Polymer Failure Opinions are unchallenged, and there is no basis to exclude those opinions.  Moreover, Dr. Dunn's opinions and methodology have not changed since he was vetted to testify by this Court in the *Huskey* litigation.[3]  He should be allowed to testify in this Wave as well.

This Court has allowed the kind of expert testimony that Ethicon seeks to exclude here on several occasions.[4]  This Court has routinely held that experts with qualifications similar to Dr. Dunn's are permitted to offer general causation opinions based upon: (1) the peer-reviewed scientific literature, (2) their education and experience, and (3) their review of SEM images and

---

[2] *See* Ex. A, Dunn Report
[3] *Huskey v. Ethicon, Inc.*, 29 F. Supp. 3d 691, 710-711 (S.D. W. Va. 2014).
[4] *See, e.g., Huskey*, 29 F. Supp. 3d 691; *Cisson v. C.R. Bard, Inc.*, No. 2:11-cv-00195 2013 U.S. Dist. LEXIS 149976, (S.D. W.V. Oct. 18, 2013); *Mathison* v. *Boston Sci. Corp.*, No. 2:13-cv-05851, 2015 U.S. Dist. LEXIS 59047 (S.D. W. Va. May 6, 2015).

other relevant evidence—and there is no reason why the Court should reverse its previous rulings (and the other progeny of *Daubert*) in the present case.[5]

## STANDARD OF LAW

Under Rule 702 of the Federal Rules of Evidence, as interpreted by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), an expert witness may be qualified by "knowledge, skill, experience, training or education." Fed. R. Evid. 702. The witness's testimony also must represent "scientific knowledge," meaning that it is supported by appropriate validation; and it must assist the jury, meaning that it must be relevant. *United States v. Dorsey*, 45 F.3d 809, 813 (4th Cir. 1995).

The Court's focus in a *Daubert* inquiry should be solely on the expert's "principles and methodology, not on the conclusions that they generate." *Md. Cas. Co. v. Therm-O-Disc, Inc.*, 137 F.3d 780, 783 (4th Cir. 1998). Notably, "the Supreme Court itself viewed *Daubert* as a *liberalization*, not a tightening, of the rules controlling admission of expert testimony." *Cavallo v. Star Enterprise*, 100 F.3d 1150, 1158 (4th Cir. 1996) (emphasis added). Further, "exclusion is the least favored means of rendering questionable scientific evidence ineffective." *Id.*

## ARGUMENT

### I. DR. DUNN'S OPINIONS ARE RELEVANT AND RELIABLE

Ethicon's arguments to exclude the testimony of Dr. Dunn are not supported by any legal precedent, and are actually undermined by the prior ruling of this Court. Indeed, Dr. Dunn was vetted and allowed to testify in *Huskey,* where this Court held: "[an] expert's testimony must help the jury to 'understand the evidence or to determine a fact in issue.' Fed. R. Evid. 702. This testimony assists the jury in determining whether Ethicon was negligent in designing the TVT-O.

---

[5] *Id.*

3

Therefore, Ethicon's motion to exclude Dr. Dunn's risk assessment opinions is DENIED."[6]  Dr. Dunn's opinions are similarly relevant to the ultimate question of liability that the jury will be asked to decide in these Wave cases; and they are reliably based in the scientific method and are otherwise sound under FRE 702 and *Daubert*.

### 1. Dr. Dunn is qualified to render his opinions.

#### a. Dr. Dunn is an expert in utilizing the FMEA, and his FMEA opinions are uncontested.

Ethicon repeatedly argues that Dr. Dunn is not qualified to offer opinions regarding its quality systems or its risk analyses for mesh products, but those arguments are fundamentally flawed.[7]  Ethicon argues that Dr. Dunn must be an expert in biomaterials, medicine, pathology, and seemingly every other field that may have contributed to the design and quality systems for the meshes at issue.[8]  But these arguments ignore the specific field of scientific inquiry where Dr. Dunn has expertise—and the field in which he offers opinions in these cases—product design. For example, Ethicon argues that Dr. Dunn would need to be an expert in biomaterials to opine on the mechanism by which Prolene oxidizes *inside the body*.  But his expertise is in device design, and he is not testifying about how Prolene oxidizes inside the body—he is testifying that the Failure Modes and Effects Analysis ("FMEA") for the products in question are not being utilized correctly, and those opinions are not challenged.  Dr. Dunn is unquestionably an expert in how devices are designed and how their safety is maintained with risk analyses as part of a larger risk management plan.

---

[6] *Huskey v. Ethicon, Inc.*, 29 F. Supp. 3d 691, 710 (S.D. W. Va. 2014).
[7] *See* Def's Motion, generally.
[8] Def's Motion at 2-4, 6, 8, 13, 14, 16, 17, and 20.

**b.** **ISO 14971 is an international standard covering risk management for medical device manufacturers—and risk analysis, such as Ethicon's FMEA risk analysis is only one part of the risk management process.**

Dr. Dunn explains in his report that every product manufacturer needs a risk management plan in place for every product sold.[9]  ISO 14971 is an international standard that covers risk *management* for medical devices. *In part*, ISO 14971 describes standards for how a risk *analysis* for a medical device should be performed—but a risk analysis is only one component of a larger risk management plan.[10]  It is the Standard Operating Procedure ("SOP") at Ethicon to utilize the FMEA risk analysis to assess, investigate, and mitigate every potential risk before (and after) any medical device is launched.[11]  Dr. Dunn does not offer an opinion on every aspect of Ethicon's risk management plan under ISO 14971, but instead he only offers his opinion on whether Ethicon followed its FMEA risk analysis.  Dr. Dunn's opinion is that Ethicon is not following the requirements of the FMEA risk analysis for the devices at issue, and because the FMEA is not being performed correctly, the requirements of the larger risk management plan are also not being satisfied.[12]

None of these facts are disputed in Ethicon's Motion; however, Plaintiffs' believe this clarification is necessary, as Ethicon's arguments seem to confuse the broader issue of risk *management* with Dr. Dunn's more specific opinions regarding FMEA risk *analysis*.

---

[9] Ex. A, Dunn Report at 21.

[10] *Id.*

[11] *Id.* at 19.

[12] To be clear, ISO 14971 provides standards for how to create and maintain a risk management plan specific to medical devices—and ISO 14971 also requires that a risk analysis be put in place for every medical device as part of a risk management plan. Ex. A, Dunn Report at 21.  The FMEA is a mode of risk analysis that encompasses all of the standards imposed by ISO 10993—including the need to test for degradation and oxidation. *Id.*  Dr. Dunn is an expert at applying and utilizing FMEAs and does not need to be an expert in biomaterials, medicine, pathology, or complaint handling to hold his opinions. *Id.*

### c. The FMEA is the only risk analysis used at Ethicon and Dr. Dunn is an uncontested expert in utilizing it.

Ethicon's Motion ignores the fact that the SOP at Ethicon is to use the FMEA for every medical device that it produces, and that there is no other mode of risk analysis that Ethicon will use for its risk management.  There is only the FMEA.  Instead, Ethicon argues that the risk analysis standards outlined in ISO 10993 are controlling:

> ISO 14971 "specifically direct[s] that the reader refer to ISO 10993 for guidance on the general principles for biological evaluation, or biocompatibility, of medical devices.  This expressly includes risk analysis concerning the "chemical nature of the materials" and the "influence of biodegradation."[13]

Yet the Motion acknowledges that the FMEA is a recommended mode for medical device risk analysis by ISO 14971:

> ISO 14971 defines a "risk analysis" as a "[s]ystematic use of available information to identify hazards and to estimate risk."  Nowhere in ISO 14971 is there any requirement that risk analysis be documented in any particular format. Note 2 under Section 4.1 of ISO 14971 references merely as examples "some risk analysis techniques are described in Annex G." An FMEA format is but one of the sample techniques listed in Annex G.[14]

Ethicon's Motion misses the point of what product design entails—and what actually happens internally at Ethicon—which is to require that the FMEA is used to assess the risks associated with in all of its products.[15]

### d. Dr. Dunn opines that the FMEA was not utilized properly for the devices at issue.

Dr. Dunn has opined that the FMEA was not properly used to identify or mitigate potential risks associated with Prolene's oxidation and degradation of the pelvic mesh products at issue.[16]  The FMEA *requires* that every potential failure mode be described, investigated and

---

[13] Def's Motion at 4, citations omitted.
[14] Def's Motion at 8, citation omitted.
[15] Ex. A, Dunn Report at 19.
[16] *Id.*

mitigated, both before a product is launched and while it is on the market.[17]  Under the rules for

utilizing the FMEA risk analysis for medical devices, every potential failure mode is to be

recorded in the FMEA and investigated, it is a living document.[18]

As Dr. Dunn explained, it is of no consequence if the medical device manufacturer

*believes* if the failure mode will lead to clinical complications or not; the potential failure mode

*must* be described in the FMEA, and then investigated, no matter what.[19]  Oxidation of Prolene,

however, is not described as a potential failure in any of the FMEA documents associated with

the products at issue.[20]  This is true despite the fact that the available literature states that

polypropylene blends can oxidize and lose their mechanical properties, and Ethicon even

performed several internal oxidation studies that concluded Prolene oxidizes and degrades after

implantation.[21]  As such, oxidation *should* be described in the FMEA, but it is not.[22]  Indeed, if

the FMEA had identified oxidation as a potential failure mode, the FMEA process would require

that an investigation take place into how or if mesh oxidation can injure women implanted with

these products. [23]  And since the FMEA risk analysis portion of the larger risk management plan

is not functioning as it should, the risk management plan is broken for the same reason.[24]

### 2.  Dr. Dunn's oxidation-related opinions are within his area of expertise.

Dr. Dunn's opinions on the inherent chemical nature of polypropylene to oxidize, and on

how Ethicon's devices were not designed with this fact in mind, are central to the jury

understanding the defective nature of the products at issue.  The science is sufficiently settled on

---

[17] *Id*. at 21-23.
[18] *Id.*
[19] *Id.*
[20] *Id*.
[21] *Id.* at 28-31.
[22] *Id.*
[23] *Id*.
[24] *Id*.

this issue, and it is not even challenged in Ethicon's Motion.  Polypropylene must be stabilized against oxidation in order for it to have any use at all, and the Polymer Failure opinions offered by Dr. Dunn, which include his reliance on all of the internal oxidation studies performed, are not being challenged *at all* in Ethicon's Motion.

Instead, Ethicon only takes issue with Dr. Dunn's opinions on Product Design and Risk Analysis.  And to be clear, Dr. Dunn's opinions on Product Design and Risk Assessment are, in part, based on what he has seen internally with regard to Prolene's *in vivo* oxidation studies as well as the specific findings and design activities taken by the Ethicon employees who developed these products.[25]

### 3.  Ethicon's Motion is intentionally confusing and cumbersome.

Ethicon's Motion is almost entirely based on misleading statements and inaccurate paraphrasing of testimony that only serve to confuse the issues present.  Fundamentally, all of Ethicon's complaints are grounds for cross-examination, not exclusion.  *See In re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Prods. Liab. Litig.*, No. 3:11-MD-2244-K 2014 U.S. Dist. LEXIS 97798, at *45 (N.D. Tex. July 18, 2014).  But while Ethicon's contentions may be relevant for cross-examination, simply putting words into an expert's mouth is not a grounds for exclusion.

For example, Ethicon states: "Dr. Dunn admits that he is not qualified to opine whether Prolene does in fact undergo oxidative degradation in the body."[26]  Dr. Dunn has never held himself out as being an expert about how the human body reacts with Prolene to oxidize it, but Dr. Dunn does make it clear in his report (and in the actual testimony cited by Ethicon) that he is an expert on polymer failure and analysis, as well as an expert on device design and risk

---

[25] Ex. A, Dunn Report at 19-30.
[26] Def's Motion at 3.

assessment.[27]  As such, Dr. Dunn's opinions only focus on device design and polymer failure

analysis.  The Motion continues: "Dr. Dunn has no expertise relating to biocompatibility.  In

fact, he does not even know what a biocompatibility risk assessment is."[28]  Again, Dr. Dunn has

never held himself out as an expert in biocompatibility, specifically,  and a biocompatibility risk

assessment is only part of the larger framework of device design and risk assessment where Dr.

Dunn has expertise.  As he testified:

> Q. Have you considered any of Ethicon's biocompatibility risk assessments?
> A. Yes. I've looked at their biocompatibility testing. I've looked at a lot of their
> testing. I'm telling you they did not consider oxidative degradation in this risk
> analysis. And that's clearly evident by the listing of questions that I provided in
> my report.[29]

Ethicon's entire Motion is based on inconsistencies similar to what is described above.

Plaintiffs will address each of the arguments below (in the order they are made in Ethicon's

Motion), but Dr. Dunn's opinions are clearly stated in his report. And the documents,

depositions, clinical literature and other support that he relied upon to form those opinions are

also detailed therein.  There is absolutely nothing in Ethicon's Motion that takes away the

relevance and reliability of the opinions that Dr. Dunn has put forth for these Wave 1 cases.[30]

## II.   PLAINTIFFS' RESPONSE TO DEFENDANT'S ARGUMENTS

### A.  Dr. Dunn is qualified to render his opinions.

#### 1.   Dr. Dunn has the requisite knowledge to offer his opinions on device design and polymer failure analysis.

Ethicon misstates Dr. Dunn's opinions to fit the arguments made against him.  He has

not, and will not, provided an opinion as to how Ethicon's Prolene undergoes oxidation inside

the body, but he is an expert in the same chemical analyses that Ethicon used internally to

---

[27] *Id*.
[28] *Id.*
[29] Ex. B, Dunn 03/2016 Deposition at 115:3-10.
[30] *See* Ex. A, Dunn Report, generally; *see also* Ex. D, Dunn Reliance List

conclude that Prolene degrades inside the body.[31]  And while Ethicon is correct that it is Dr. Dunn's opinion that the use of Prolene in this application is the result of failures in the FMEA risk analysis and risk management plan,[32] Ethicon incorrectly states that Dr. Dunn does not have the requisite knowledge to assess the design and quality systems involved.[33]

As Dr. Dunn's report states: "[the SOP] at Ethicon is to employ a Failure Modes and Effects Analysis to assess and mitigate these potential risks before any product is launched and while it is on the market.  This SOP was not followed properly with respect to the Prosima, Prolift and Prolift+M devices."[34]  Ethicon does not question Dr. Dunn's expertise in dealing with FMEAs, nor does it deny that its SOP is to employ the FMEA as the mode of risk assessment for all of its products.  The only question put forth is to his qualifications in regards to *performing the tests* required by the FMEA and, evidently, ISO 10993.  But regardless of whether he is qualified to perform those tests, he still has expertise in both product design and in utilizing FMEAs.

### 2.  The Ethicon FMEA risk analysis upon which Dr. Dunn opines comports with ISO 14971's requirements.

Ethicon argues that Dr. Dunn has never designed a medical device following ISO 14971 and ISO 10993, and that he did not follow these standards properly in making his assessment that oxidation and degradation were not considered in the development of the products at issue.[35]  But as Dr. Dunn explained to defense counsel, everything in ISO 14971 and ISO 10993 regarding a consideration of biocompatibility and chemical degradation is addressed in the FMEA risk

---

[31] Def's Motion at 2; *see also* Ex. C, Dunn 11/2015 Deposition at 43:10-58:15; *see also* Ex. A, Dunn Report.
[32] *Id.*
[33] Def's Motion at 3-4.
[34] Ex. A, Dunn Report at 19.
[35] Def's Motion at 4-5.

analysis. [36]  There is no need for Dr. Dunn to return to the ISO standards to form his opinions

because those standards specifically state that the FMEA contains everything that a medical

device risk analysis needs.  As his report states:

> Ethicon uses the recommendations in ISO 14971 as guidance for its risk analysis
> for medical devices, including the use of the failure mode and effects analysis, but
> the use of the FMEA is also mandated by internal SOP to provide a "methodology
> for evaluating and analyzing risks resulting from potential failure modes, with the
> objective of eliminating or minimizing these risks to an acceptable level with the
> current state of technology."[37]

Moreover, Ethicon's argument that Dr. Dunn needs to be an expert in medical device

design or biocompatibility to offer his opinions has no merit.  ISO 14971 is an international

standard that describes how to perform a risk analysis on a medical device—but there are many

modes of risk analyses—and one way is to use the FMEA.  If Ethicon had chosen *another* risk

analysis besides the FMEA—one that was somehow specific to medical device design—then

Ethicon's arguments may have had some merit.  But Ethicon's internal SOP *mandates* that the

FMEA is the risk analysis to be used for all of the devices it sells.  This is exactly the area where

Dr. Dunn has extensive experience and expertise, and his testimony should not be excluded.

### 3. Dr. Dunn is qualified to opine on the deficiencies in Ethicon's quality systems because they are due to failures in the FMEA.

Ethicon points out that Dr. Dunn opines that there are no defined or written standards

when it comes to addressing quality systems for the design of medical devices.[38]  Dr. Dunn is not

only correct on this point, he explained why at his deposition; namely: because every medical

device manufacturer is different, there is no way to control the SOP of every manufacturer, and

instead only guidelines are provided.[39]  Moreover, his opinion is supported by the Code of

---

[36] Ex. C, Dunn 11/2015 Deposition at 186:9-23.
[37] Ex. A, Dunn Report at 21.
[38] Def's Motion at 6.
[39] Ex. C, Dunn 11/2015 Deposition at 19:12-22:4.

Federal Regulations ("CFR") (cited to in Ethicon's Motion)[40]—which does not lay out any specific standards in regards to how a quality system should be implemented. Instead, the CFR only states what a quality system should entail, and nothing detailing the day-to-day operations of the quality system is described.[41]

As previously explained, however, Ethicon internally *mandates* that the FMEA risk analysis is used with all of the products that it sells. And the FMEA requires that Ethicon take all of the available information from the field about potential failure modes and then apply them back into to the FMEA, making it a living document.[42] For decades, the literature has reported oxidation and degradation for polypropylene materials—*and* Ethicon has confirmed that Prolene oxidizes and degrades *in vivo*—yet, to this day, the FMEA for the devices at issue have no mention of an oxidation failure mode.[43] Dr. Dunn's opinions on Ethicon's quality systems being deficient are clearly relevant and reliable, and they should not be excluded.

### 4. Dr. Dunn is an expert on the FMEA and on analyzing polymer failure modes, not biocompatibility.

Ethicon also repeatedly argues that Dr. Dunn needs to be a biomaterials expert to opine about device design, but that is not the case where he is not providing a biomaterials opinion. Dr. Dunn does not need to be an expert in biocompatibility to assess if Ethicon is properly utilizing the FMEA. As stated above (and in his report), it is Dr. Dunn's opinion that the information from the field regarding an oxidative failure mode was never taken into account in

---

[40] Def's Motion at 6.
[41] https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm?CFRPart=820&showFR=1&subpartNode=21:8.0.1.1.12.2 (last accessed 5/8/16).
[42] Ex. A, Dunn Report at 30-31.
[43] *Id*.

the FMEA for these products—and that if Ethicon ever had, they would have found another suitable material for this application.[44]

## B.  Dr. Dunn's opinions are reliable.

### 1.  Dr. Dunn is qualified to offer his criticisms of the FMEA utilized for these products.

#### a. Ethicon SOP mandates the FMEA be used.

Ethicon's argument that Dr. Dunn misapplied ISO 14971 is wrong.[45]  In fact, it is Ethicon who misconstrues ISO 14971 in its Motion.  As explained above, and as discussed in Dr. Dunn's report, ISO 14971 is an international standard for how to create and maintain a risk management plan for medical devices.  ISO 14971 is an international standard, not a kind of risk analysis or risk management plan.  Ethicon has its own risk management plan in place—which seeks to comport with the international standard—and part of that plan is to utilize the FMEA as its mode of risk analysis for each of its products.  These facts are never challenged in Ethicon's Motion.

#### b.The FMEA was not properly utilized in the products at issue.

Ethicon next asserts that because Dr. Dunn misapplies ISO 14971, he refuses to go beyond the FMEA, and he ignores the biocompatibility analyses performed on the products at issue.[46]  Again, Ethicon's arguments on this point are either misdirection, or they are simply mistaken.  ISO 14971 is a guideline for what any risk management plan must contain, including a medical device risk analysis. The FMEA is a risk analysis that comports with everything that ISO 14971 requires.  And the FMEA is the risk analysis that Ethicon *mandates* be used in all of its products.  Any argument that Dr. Dunn's opinions are invalid because he is following the

---

[44] Def's Motion at 8-9; *see also* Ex. A, Dunn Report.
[45] Def's Motion at 8-11.
[46] *Id*. at 12-14

FMEA, *which is Ethicon's chosen risk analysis that comports with ISO 14971*, is at odds with itself.

> **2. Dr. Dunn does not agree that additional oxidation testing of Prolene mesh should have been skipped because ISO 14971 and 10993 caution that unnecessary testing should be avoided.**

Ethicon asserts that it did not need to test if or how Prolene's *in-vivo* oxidation would harm women implanted with vaginal mesh. In doing so, however, Ethicon is simply disagreeing with, and not undermining the scientific reliability of, Dr. Dunn's opinions. Dr. Dunn fully agrees with every recommendation stated in ISO 14971, but Ethicon's arguments fail to grasp the concept that the FMEA comports with every standard for a medical device risk analysis that is described in ISO 14971—which includes the need for any biocompatibility testing or analysis described in ISO 10993.[47]

What Dr. Dunn disagrees with is Ethicon's argument that the Prolene meshes used in these pelvic applications did not need further testing after Ethicon found oxidative degradation occurring on Prolene *in vivo*.[48] Ethicon argues that these ISO standards "caution that unnecessary testing should be avoided"—but Ethicon is perfectly willing to implant these pelvic mesh products without understanding the effect that oxidative degradation has inside the female pelvis.[49] All of Dr. Dunn's well-supported opinions are in direct opposition to that argument. And it is not the Court's role on a *Daubert* motion to determine which side is correct. *Westberry v. Gislaved Gummi AB*, 178 F.3d 257, 261 (4th Cir. 1999).

---

[47] *See* Def's Motion, generally.
[48] Ex. A, Dunn Report at 19.
[49] Def's' Motion at 15.

### 3. Dr. Dunn is not a medical doctor, and he is not trying to associate clinical harm with Prolene's *in vivo* oxidation.

Ethicon's argument that Dr. Dunn is not qualified to testify regarding the clinical complications associated with the Prolene in Ethicon's mesh products seeks to confuse the issues in this case. Dr. Dunn does not provide any opinions on the clinical harm of the oxidative process, or the results of the degradation process *in vivo*.[50] Dr. Dunn will defer to other experts to speak to the clinical complications of Prolene oxidation and degradation inside the body.

### 4. Dr. Dunn is not a biomaterials expert.

Similarly, as explained above, Dr. Dunn has not and will not hold himself out as a biomaterials expert who is capable of testifying about how the body reacts with and oxidizes Prolene meshes.

### 5. ISO 14971 is a standard not a mode of risk analysis.

As explained above, ISO 14971 is an international standard that describes how to create and maintain a risk management plan for medical device manufacturers, including the requirement that every medical device have a risk analysis to maintain its safety, Ethicon mandates that the FMEA be used for its risk management plan to properly function. Dr. Dunn is an expert on device design, risk management, and risk analysis—those opinions are never questioned in Ethicon's Motion. Instead, Ethicon argues that Dr. Dunn should have assessed the risk/benefit analyses for these products to properly assess the health of its risk management plan.[51] And although Ethicon is correct that a risk/benefit analysis is part of a risk management plan, the point has nothing to do with the issues present. Dr. Dunn's opinions are focused on how the FMEA risk analyses were not properly utilized and because of that, the risk management plan is not properly functioning.

---

[50] *See* Ex. A, Dunn report, generally.
[51] Def's Motion at 19.

### C.  Dr. Dunn's opinions are not unfairly prejudicial.

As explained above, in *Huskey*, this Court held that an "expert's testimony must help the jury to 'understand the evidence or to determine a fact in issue.' Fed. R. Evid. 702. This testimony assists the jury in determining whether Ethicon was negligent in designing the TVT-O. Therefore, Ethicon's motion to exclude Dr. Dunn's risk assessment opinions is DENIED."[52]

In an attempt to counter-act this established probative value, Ethicon simply argues that Dr. Dunn is wrong about the occurrence of oxidative degradation, and that he has not studied how much time it takes to occur.[53]  First, Ethicon's assertion that Dr. Dunn is wrong, and oxidative degradation simply does not occur, is not the type of question that the Court should answer on a Daubert motion.  *Westberry,*, 178 F.3d at 261. Second, with regard to the timing of that oxidative degradation, that question is, at best, a  subject of cross-examination—it does not require the exclusion of Dr. Dunn's opinions. *Edwards v. Ethicon, Inc.,* No. 2:12-cv-09972 2014 U.S. Dist. LEXIS 92316, 4 (S.D. W. Va. July 8, 2014); *see also Pugh*, 361 Fed. Appx. at 456 (Any weaknesses in the underpinnings of an expert's opinion go to the opinion's weight, rather than its admissibility).  As such, neither of these arguments raise the type of "unfair prejudice" that would call for the exclusion of Dr. Dunn's opinions under Rule 403.

### D.  Dr. Dunn will not testify about Ethicon's state of mind.

Ethicon correctly points out that this Court has previously excluded expert testimony regarding a corporation's knowledge or state of mind.[54]  Dr. Dunn does not intend to do so in these cases.  However, as this Court has previously ruled: "an expert may testify as to a review of internal corporate documents solely for the purpose of explaining the basis for his or her

---

[52] *Huskey v. Ethicon, Inc*., 29 F. Supp. 3d 691, 710-711 (S.D. W. Va. 2014).
[53] Def's Motion at 19-20.
[54] Def's Motion at 13-14.

opinions."[55]  Dr. Dunn only intends to testify as to Ethicon corporate documents at trial for the purpose of explaining how the results of Ethicon's internal studies are consistent with his opinions in this case.

## **CONCLUSION**

For the reasons stated herein, Plaintiffs respectfully request that the Court DENY Ethicon's Motion to Exclude the Testimony of Dr. Russell Dunn in its entirety.

This 9th  Day of May, 2016          By:          /s/ Michael H. Bowman

Edward A. Wallace
Mark R. Miller
Michael H. Bowman
Wexler Wallace
55 W. Monroe St. Ste. 3300
Chicago, IL 60603
Phone: (312) 346-2222
eaw@wexlerwallace.com
mrm@wexlerwallace.com
mhb@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com

---

[55] *Huskey v. Ethicon., Inc.*, 29 F. Supp. 3d 691, 702-703 (S.D. W. Va. 2014).

Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esq.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 9, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

By:     <u>/s/ Michael H. Bowman_____</u>

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO WAVE 1 CASES | Master File No. 2:12-MD-02327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## EXPERT REPORT OF POLYMER CHEMICAL TECHNOLOGIES, LLC OF

## DR. RUSSELL DUNN, M.S., Ph.D., P.E.

### I. QUALIFICATIONS

*Russell F. Dunn, Ph.D. P.E.*

I received my Bachelor's and Master's degree in chemical engineering from Auburn University in 1984 and 1988 respectively and my Ph.D. in chemical engineering from Auburn University in 1994. I wrote my dissertation on the Synthesis of Optimal Heat-Induced and Energy-Induced Separation Networks for Waste Minimization. I have been a Registered Professional Engineer in the State of Florida since 2003.

I am the President and Founder of Polymer Chemical Technologies, LLC, which I formed in 2004. Through this company I have been involved in well over 140 projects focusing on process and product design issues, process and product safety and polymer product analysis. I have also established a polymer analysis lab through this company. I have written in excess of 200 technical reports on polymer failure analysis and product and process design through this company in response to client needs and several of these reports were studies of polypropylene-based products. Many of these technical reports have included an assessment of the safety analysis that was conducted be the manufacture on their product design.  Much of the work conducted through Polymer Chemical Technologies to date addresses design issues for large chemical and polymer manufacturing clients.

Prior to founding Polymer Chemical Technologies, I worked as a Chemical Engineering Consultant for McSwain Engineering, Inc. for three years, and prior to that I worked at Solutia, formerly Monsanto Chemical Company from 1995 to 2001. At Monsanto I was a Research Specialist, specializing in Nylon Plastics, Polymer and Industrial Fibers technologies, a Senior Research Specialist and Research Team Leader in Nylon Plastics Technology and, finally, I was a Science Fellow and Research Team Leader. I also worked to Ampex Corporation from 1985-1989 where I was a Manufacturing Manager for three years and a Senior Engineer/Staff Engineer in Process and Product Development.

My academic appointments and teaching experience includes, Professor of the Practice in the Department of Chemical and Biomolecular Engineering at Vanderbilt University since 2011. At Vanderbilt, I co-teach three courses on Product and Process Design as well as two laboratory courses on Chemical Engineering Unit Operations. The design and laboratory courses include instruction on the entire design process, including instruction in Risk Analysis, Hazard and Operability Analysis (HAZOP) and Failure Mode and Effects Analysis (FMEA) with an emphasis on safe design. I am one of 2 design professors in the Chemical Engineering Department at Vanderbilt and I have recently established the Chemical Engineering Process Innovation Center at Vanderbilt that is a combined process and product laboratory facility along with a state-of-the-art design instruction facility where design, analysis, operation, and safety are all addressed throughout the chemical engineering students' junior and senior year of course instruction. I was an adjunct professor with the Department of Chemistry at the University of West Florida in 2006 where I taught one course in chemistry and two chemistry lab courses. In 2000, I developed and taught a Ph.D. course on process integration design at the Technical University of Denmark to a class of 20 doctoral engineering students from around the world. From 1990-1995, I was a Chemical Engineering Faculty Member at Auburn University, where I taught undergraduate courses in chemical engineering on Material Energy Balances and three chemical engineering laboratory courses.

I am author of numerous peer reviewed articles and book chapters regarding a variety of topics related to chemical engineering and materials science. I have taught courses on *"Nylon 6,6 Plastics and Polymers: Chemistry and Process Fundamentals," "Process Integration Technology for CLEANER Production: A Short Course on Energy Conservation and Waste Reduction Process Design, " "Process Integration Design Tools for Wastewater Reduction and Water Conservation in Chemical Process Industries," "Pollution Prevention through Process Integration," "An Introduction to Energy Integration Using Pinch Technology and Other Techniques," and "Optimal Design and Assessment of Waste-Management Processes."* I have also co-authored two presentations on polypropylene transvaginal mesh: "Oxidation and Degradation of Polypropylene Transvaginal Mesh", at the IUGA 2015 Annual Conference in Nice France and "Failure Analysis of Transvaginal Mesh Products – a Biomaterials Perspective Using Materials Science Fundamentals at the American Institute of Chemical Engineers 2014 Annual Meeting in Atlanta.

Specifically, my expertise (skill, knowledge, training, education, and experience) are applied in the follow key areas that are *reliable* and *relevant* to this case:

**Polymer Product Design, Manufacturing and Analysis Expertise**
- Have for worked full-time for major polymer manufacturers, including General Electric and Monsanto Chemical Company.
- Have worked as a design consultant to the chemical and polymer industry since establishing my company in 2004 and clients have included DuPont, Westlake Chemical, Ascend Performance Materials, Sabic Innovative Plastics, Celanese, Cerex Advanced Fabrics, Solutia, and others.
- Have taught and am currently teaching polymer product safety case studies (both medical and non-medical products) and safety analysis techniques, including FMEA, at Vanderbilt University.
- Instruct and grade multiple groups' FMEA of chemical products and processes over the past 5 years at Vanderbilt University.

**Risk Assessment Expertise, including Failure Mode and Effects Analysis**

- Led multi-functional industrial teams (over 60 managers, engineers, chemists, etc.) to identify the root cause of failure of entire polymer product line and authored the overall technical report.
- Have taught and am currently teaching polymer product safety case studies and safety analysis techniques, including FMEA, at Vanderbilt University.
- Instruct and grade multiple groups' FMEA of chemical products and processes over the past 5 years at Vanderbilt University.

**Polymer Product Failure Analysis Expertise:**
- Have applied the use of *microscopic* (*e.g.* Scanning Electron Microscopy), *chemical analysis* (*e.g.* Fourier Transform Infrared Spectroscopy) and *thermal analysis* (*e.g.* Differential Scanning Calorimetry) techniques for the identification of the root cause of polymer product failure for hundreds of polymer products/designs and have provided over 200 technical reports on polymer failure analysis.
- Have significant prior experience analyzing polypropylene product failures for many applications; these include polypropylene fibers woven into straps used as a support harness in commercially available deer stand kits, its use in child car seat components, in automotive speaker grills, in plastic chairs, and many other polymer products where the use of plastic is required.

The expertise listed above is relevant to all polymer products, whether they are used in any application, including medical ones where it is used as an implantable device or for single-use products like syringes. My experience, education and training and a complete list of my published articles are more fully summarized in my Curriculum Vitae attached to this report at Exhibit A.

## II. BACKGROUND

This report is an examination and assessment of the facts surrounding the Prolene-based pelvic mesh sold by Ethicon. In the course of my work, I analyzed and reviewed numerous depositions, exhibits, expert reports and discovery documents that were provided by counsel and at my request. These depositions, exhibits and discovery documents are identified in several indices at the end of this report.

The opinions expressed in this report are twofold. First, I present my opinions that were formed through using several industry standard polymer failure analyses, examining the use of Ethicon's polypropylene (PP) blend, Prolene, in the pelvic mesh application. Second, I present my opinions that were formed by utilizing several well-recognized product design methodologies, hazard control hierarchy and risk management principles and standards for Ethicon's Pelvic Organ Prolapse (POP) meshes utilized in the Prolift, Prolift +M, and Prosima devices.

Companies that manufacture all kinds of products, including Ethicon who manufactures medical devices, recognize both the need for and use of these kinds of analyses when designing products and performing risk management activities.

All of the opinions presented in this report focus only on the on the mesh utilized in Ethicon's Prolene-based pelvic mesh devices and they are presented to a reasonable degree of scientific certainty and within my fields of expertise. The Prolene-based mesh utilized in Ethicon's pelvic mesh devices is intended to be permanently implanted in a human body. As such, the mesh must be engineered to be as robust as possible for its intended purpose. In this report, I examine the fundamental flaws associated with the mesh's design.

## III. SUMMARY OF POLYMER FAILURE OPINIONS

1) It has been well known for many decades that all forms of PP are highly susceptible to oxidation caused by the presence of a tertiary hydrogen on the polymer's chain.  Oxidation and degradation of Ethicon's Prolene polypropylene is no exception.  The addition of antioxidants to the Prolene blend only prolongs the time to oxidize and degrade the underlying PP, and it cannot be considered inert.

2) The failure analysis of medical polymers is included within the larger framework of the failure analysis of all polymers.  The primary root cause of failure for PP used in medical products is oxidative degradation, leading to chain scission, embrittlement and ultimate failure.

3) Oxidative degradation and failure of PP components has been observed and published about since the polymer was first discovered.  Knowledge of these failures should have been extended when considering the use of PP in any medical product, especially one intended to be implanted for the lifetime of a patient.

4) Ethicon scientists applied several polymer failure analysis methodologies on Prolene fibers that included numerous forms of standard polymer testing that are part of my expertise (scanning electron microscopy, chemical analysis and thermal analysis).  Those scientists concluded numerous times, and beginning in the 1980's, that the root cause of cracked and degraded Prolene fibers was oxidative changes that were occurring *in vivo.*  Additional polymer failure analyses were not performed to study any potential for injury that stemmed from using Prolene as a base for their pelvic mesh products, despite the knowledge that these *in vivo* changes were apparent.

5) External consultants hired by Ethicon reported that oxidative degradation was a likely cause of polymer failure in its mesh devices in 2011.  This external review occurred over two decades after Ethicon's internal studies concluded that Prolene fibers were degrading inside the body.

6) The Prolene PP mesh used in Ethicon's pelvic mesh products is highly susceptible to oxidation and is, thus, prone to degradation after oxidation.   Identification of the oxidative degradation defect in Prolene was both foreseeable and avoidable.

## IV. POLYMER FAILURE OPINIONS

### 1.0 Polypropylene

### 1.1 Overview of Polypropylene

Polypropylene (PP) is a polymer that was introduced in the late 1950s. Polypropylene flakes and chips are generally manufactured from propylene gas, a component of natural gas. Polypropylene is generally formed by an addition reaction of the monomer propylene into polymers. After this polymerization occurs the fiber is typically melt-spun as filaments, where a single fiber strand is referred to as a monofilament.[1] The principle chemical structure of the polypropylene formed during this process is called "isotactic polypropylene" and it is shown below in Figure 1.



**Figure 1.  Polypropylene Chemical Structure[1]**

### 1.2 Modifications to Polypropylene

### 1.2.1 General Modifications Made to Polypropylene

Different polypropylene grades within each classification are available, and can be chosen dependent on the application and processing method. It is possible to tailor grades of polypropylene with specific molecular properties and additives during manufacturing or during the extrusion part of the melt spinning process. Some examples of additives often incorporated into polypropylene include antioxidants, neutralizing agents, antistatic agents, slip agents and UV stabilizers.[1] For example, antistatic additives can be added to help polypropylene surfaces resist dust and dirt. It is in this sense that the intended use of the polymer becomes critical; the more a manufacturer knows about the intended environment, the more a manufacturer can do to prolong the properties that the polymer is desired to keep.

### 1.2.1 Ethicon Prolene Polypropylene

Ethicon sells permanently implantable polypropylene-based meshes intended to treat Stress Urinary Incontinence ("SUI") and Pelvic Organ Prolapse ("POP").  The Prolene-based mesh, used as a component in Ethicon's devices to treat POP, that was examined for this report was made from using Ethicon's Prolene resin.

---

[1] Industrial Polymers, 2008, p. 74.
[2] Industrial Polymers, 2008, p. 74.

Prolene is Ethicon's proprietary blend of polypropylene that was originally developed for use as a suture material in the 1960's; it contains two antioxidants, Dilauralthiodipropionate (DLTDP) and Santonox R (which is a phenol)[2]. In addition, Prolene contains two lubricant additives and a colorant to enhance visibility.

### 1.3 Degradation of Polypropylene

All forms of PP are susceptible to oxidation (degradation) as shown in Table 1.[3] In fact, PP is reported to have the highest tendency for oxidative degradation when compared to other common commodity polymers as shown in Figure 2.[4]

Degradation of polypropylene occurs when the polymer is placed under certain kinds stress; these stresses can be environmental factors such as heat, light or mechanical influences, or these stresses can be more chemical in nature and take the form of acids, alkalis, or other oxidative species. The effect of these stresses can include the loss of tensile strength, changes to the appearance of the surface of the fibers, the polymer's color, and/or its shape. This degradation can be observed chemically by the appearance of hydroxyl and/or carbonyl bonds on the polypropylene that can be identified by the use of FTIR spectroscopy and/or X-ray photoelectron spectroscopy.[5]

---

[2] Eth.Mesh.02268619
[3] Applied Plastics Engineering Handbook, Processing and Materials, 2011, p. 44.
[4] Compositional and Failure Analysis of Polymers, 2000, p. 399.
[5] Compositional and Failure Analysis of Polymers, 2000, p. 398, 426.

**Table 1: Polypropylene Oxidative Resistance**[3]

### 3.5.2 Polypropylene

**3.5.2.1 Physical properties of polypropylene (Table 3.10)**

Table 3.10   Physical properties of polypropylene

|  | PP Homo | PP Copo | PP Impact |
|---|---|---|---|
| Optical | Transparent to opaque | Opaque | Opaque |
| $T_g$ (°C) | −5 | −20 | −35 |
| $H_2O$ Absorption | 0.01 | 0.01 | 0.01 |
| Oxidation resistance | Low, oxides readily | Low, oxides readily | Low, oxides readily |
| UV resistance | With stabilization high | With stabilization high | With stabilization high |



**Figure 14.3**   Tendency of various polymers to undergo oxidation

**Figure 2.  Tendency of Various Polymers to Undergo Oxidation**[5]

### 1.3.1 Mechanism of Oxidative PP Degradation

The mechanisms of thermal and oxidative PP degradation have been investigated by the scientific extensively since the 1960s and were well known at the time that Ethicon was designing its Prolene-based pelvic mesh products.  The oxidative behavior of PP described is independent of whether the polypropylene product is a medical device or a non-medical device.

The initial oxidative attack on PP will occur on the hydrogen in the tertiary carbon position; this attack is also the rate-controlling step in the polymer's oxidative process.  A detailed chemical explanation of polypropylene oxidative degradation is reported in literature and is summarized below in Figure 3, emphasizing the effect of the tertiary hydrogen on the susceptibility of polypropylene to chemical oxidation.  The chemical mechanism for polypropylene oxidation and degradation leads to the formation of hydroperoxide bond (COOH) formations (an intermediate) and ultimately carbonyl (C=O) bond formations.  Furthermore, polypropylene will exhibit autooxidation in the presence of a reactive oxygen species (ROS).



**Figure 3.  Oxidative Degradation of Polypropylene[6]**

### 1.3.1 Effect of Oxidative PP Degradation

The basic mechanism of this degradation has been identified as follows:

Oxidation in PP amorphous phase => chain scission => rupture of tie chains => loss of ductility.[5]

Furthermore, this loss of ductility through oxidative degradation leads to embrittlement of the polymer, micro-crack formation, crack propagation and ultimate polypropylene polymer fracture and fragmentation.

The key features of oxidative degradation, in terms of ultimate elongation, the amount of molecular weight loss that is critical for embrittlement, and in terms of the increased carbonyl (CO) and carboxyl (OH) groups, are summarized in Figure 4.

---

[6] Polypropylene: The Definitive User's Guide and Databook, Maier and Calafut, 1999, p. 6-7.



*Scheme 1.3*   Changes in material properties during aging of polymers

**Figure 4.  Effect of Oxidative Degradation of Polymers[7]**

In this Figure, and as discussed throughout this report, the *induction period* or *induction time* is defined as the period of time elapsed from when PP is first exposed to oxidation to the time when the polymer is transitioned to the ductile-brittle stage (also known as the embrittlement induction time, $t_{i,E}$), or the tangent on the concentration of carbonyl (or OH) groups formed on the surface of the polymer (spectrophotometric induction time, $t_{i,CO}$).

Fayolle has studied and reported this same effect on polypropylene in subcutaneous implants.[8]

Fayolle reported that at the induction time the reaction speeds up and becomes autocatalytic and with that, the concentration of carbonyl and OH groups on the surface of the PP increases dramatically.  It is in this context then, that the addition of antioxidant stabilizers to polypropylene can extend the life of the resulting polymer by prolonging the time before the embrittlement stage from occurring.

Experiments on PP degradation have often been performed under accelerated conditions, such as elevated temperatures, in order to complete the experiments in a convenient period of time.  However, it is important to note that the mechanism of oxidative degradation remains the same; that is, elevated temperature simply increases the rate of degradation according to the Arrhenius equation:

$$rate = A*e^{-EA/kT}$$

---

[7] Plastics Additives Handbook, Ch. 1 Antioxidants, Hans Zweifel, Ralph Maier and Michael Schiller, 2009, p. 6.
[8] Fayolle et al. Oxidation-induced embrittlement in polypropylene – a tensile testing study. Polym Degrad Stability 70:333-40, 2000

where A is the pre-exponential factor, $E_a$ is the activation energy, k is the Boltzmann constant, and T is the temperature.

As previously stated, the some of the consequences of polypropylene oxidation are:

- Polymer chain scission
- Loss of polymer molecular weight
- Embrittlement
- Loss of polymer strength (cracking and ultimate mechanical failure)
- Hydroperoxide (COOH) bond increase
- Carbonyl (C=O) bond increase

### *1.3 Prolene Polypropylene*

Ethicon uses the Prolene polypropylene for the mesh component of their transvaginal mesh products. The Prolene formulation has a polypropylene base resin purchased from Aristech and the polypropylene base resin portion comprises over 97% of the Prolene formulation. The remainder of the Prolene composition is comprised of small levels of two lubricants, two antioxidants and a colorant. Ethicon has been made aware of the specific risks inherent to using PP in an implantable medical device. One example of this is from the 2005 Material Safety Data Sheet (MSDS) that accompanied Ethicon's polypropylene; it stated:

> Section 10 (Stability and reactivity): Incompatibility: The following materials are incompatible with this product: *Strong oxidizers,* such as chlorine, *peroxides,* etc.[9] *(emphasis added)*

As previously stated, Ethicon has incorporated two antioxidants in their Prolene polypropylene, The specific antioxidants used in Prolene are Dilauralthiodipropionate (DLTDP) and Santonox R (which is a phenol)[10] First, the addition of these antioxidants in the Prolene formulation are evidence that this polypropylene is subject to oxidative degradation and must be protected from this effect. Second, the addition of these two anti-oxidants to the Prolene PP used in these pelvic meshes cannot render the material immune to oxidation. To the contrary, the correct proportion of these two anti-oxidants to maximize the time before PP embrittlement is shown in Figure 5 below.[11] Regardless of the fact that the ratios of these stabilizers are not in an optimal concentration in the Prolene material, even if it were, they would still eventually be depleted. When this occurs the PP is unprotected from oxidation. This is even more pronounced for a PP application that has a high surface area (per volume of the bulk), as it is with the mesh used in its products.

---

[9] ETH.MESH.05439518.
[10] Eth.Mesh.02268619
[11] Plastic Materials, John Brydson, 1999, p.261.



*Figure 11.8.* Synergistic effect of two antioxidants in polypropylene (DLTP=dilauryl thiodipropio-nate. MCPC–2,2′-methylenebis[6-(1-methylcyclohexyl-*p*-cresol)]. (After Leyland and Watts[8])

**Figure 5. Time to Embrittlement for PP Stabilized with
Phenol and/or DLTDP Antioxidants**

Furthermore, Ethicon's decades-old findings of Prolene's vulnerability to oxidative changes inside the body, particularly in regards to the surface of explanted Prolene fibers that were studied internally, are supported by the chemical nature of the polymer blend, the available scientific literature[12] and an external consultant's report.[13]

In fact, Ethicon employees and consultants have reported that "decreased polypropylene content and larger pore size mesh exhibited reduction in inflammation and fibrosis"; clearly linking increased amounts of PP to increased negative effects on the body.[14] Indeed, the chemical properties of PP's reactivity, and the internal findings on explanted fibers, are not addressed in the device's design nor are they explained to the physicians who implant Prolene or those that are implanted with it. Instead, the company specifically represents that Prolene does not change and that it does not lose mechanical properties after implantation in the device's Instructions for Use ("IFU") and physician training materials.[15]

All forms of PP are susceptible to oxidation caused by the presence of a tertiary hydrogen on the polymer's chain.[16] Degradation of Prolene polypropylene is no exception. *Prolene PP is not inert.*

---

[12] Eth.Mesh.12831391, Eth.Mesh.12831407, Eth. Mesh. 12831405
[13] Eth.Mesh.07192412, Eth.Mesh.07192929
[14] Eth.Mesh. 04037600
[15] Eth.Mesh.00156909
[16] Industrial Polymers, 2008, p. 74.

## Section 2.0 Polymer Product Failure Analysis:

### 2.1 Polymer Failure Analysis Applied to Medical Devices

Polymer failure analysis is a specific scientific discipline used by polymer scientists. Entire books have been written on the subject of polymer failure analysis and these sources contain numerous case studies covering a variety of polymer failures, including the failure of medical devices with one or more components made from a polymer(s).[17]

For example, Scheirs discusses the failure of a medical connector (Luer) that is used to attach intravenous lines and connect needles where the female Luer connector was found to be splitting, leaking, and cracking through polymer failure analysis.[18]   In the Moalli text, the authors have addressed a shelf life prediction model for irradiated polypropylene medical devices, specifically to address catastrophic failure that have been reported during the PP shelf life period, specifically from the oxidation and embrittlement of the outer surface of the PP device.  "A brittle layer is then formed and has the same effect as forming sharp notches on the sample, creating stress concentrations.  Once the notch reaches a critical size, failure occurs".[19]   Finally, Wright addressed the use of polypropylene for disposable medical products and clearly pointed out that PP "suffers from chain scission and severe post radiation oxidative degradation".[20]

Common themes found in these texts are:

- Failure analysis of *medical polymers* is included within the larger framework of failure analysis of any polymers.  Polymer expertise is required to identify the root cause of failure.
- Numerous polypropylene based medical products have exhibited polymer failures.
- The primary root cause of failure of the polypropylene medical products cited is indeed oxidative degradation leading to chain scission, embrittlement and ultimate failure.

Specific steps should be followed when conducting polymer failure analysis.  This protocol is cited in literature and one example showing the specific steps in this methodology is provided below in Figure 6.[21]   The intent of polymer failure analysis is to identify the root cause of polymer failure (see section 2.4 in this report).

---

[17] Plastics Failure: Analysis and Prevention, John Moalli, Editor, Plastics Design Library, 2001, 335pp.; Failure of Plastics and Rubber Products: Causes, Effects and Case Studies Involving Degradation, David Wright, 2001, Rapra Technology Limited, 371pp.; Compositional and Failure Analysis of Polymers: A Practical Approach, John Scheirs, 2000, John Wiley & Sons, 740pp.

[18] Compositional and Failure Analysis of Polymers: A Practical Approach, John Scheirs, 2000, p. 352.

[19] Plastics Failure: Analysis and Prevention, John Moalli, Editor, Shelf Life Failure Prediction for Irradiated Polypropylene Medical Devices, 2001, p. 201-207.

[20] Failure of Plastics and Rubber Products: Causes, Effects and Case Studies Involving Degradation, David Wright, 2001, p. 148.

[21] Characterization of Plastics in Failure Analysis, ASM Handbook, Vol. 11: Failure Analysis and Prevention, 2002, p. 437-459; Failure of Plastic Press Release Buttons in Automobile Seat Belts, 2005, R. F. Dunn, R. H. McSwain, T. Mills and B. Malone, *Engineering Failure Analysis*, 12, 81-98.



**Figure 6. Polymer Failure Analysis Protocol**

## 2.2 Microscopic Examination (Fractography) of Polymer Failures and Its Significance

Microscopic examination (stereo microscopy, scanning electron microscopy, etc.) of polymer failures is one of several critical steps in polymer failure analysis protocol. It is the third step shown previously in the failure analysis protocol provided in Figure 6. Again, this is specific field of polymer science called "fractography" and it focuses on microscopic features of polymer failures, generally at the fracture

surface. Entire books[22] are devoted to this subject and the American Society of Materials Handbook in Vol. 11 Failure Analysis and Prevention in their chapter on Fracture of Plastics has provided an overview article on this specific subject.[23] Microscopic examination, or fractography, is conducted on a failed polymer component regardless of what application the product was designed for. It does not matter if the polymer product was used in the body or outside the body; the microscopic examination technique and evaluation is the same.

Fractography is used to identify and analyze cracks. Specifically, polymers that crack and are under stress will exhibit crack propagation (crack growth), until ultimate polymer failure (fracture) occurs. Other polymer property changes, such as embrittlement, can occur prior to and contribute to ultimate failure. Microscopic examination of polymers is one of the techniques used to aid in the identification the root cause of polymer failure (see section 2.4).

## 2.3 Chemical and Thermal Analysis of Polymer Failures and Their Significance

Material analysis (chemical and thermal property analysis such as infrared spectroscopy, differential scanning calorimetry, etc.) of failed polymer components is one of several critical steps in polymer failure analysis protocol. It is the fourth step shown previously in the failure analysis protocol provided in Figure 6. This is specific field of polymer science called "fractography" and it focuses on features of polymer failures, generally at the fracture surface. Entire books[24] are devoted to this subject and the American Society of Materials Handbook in Vol. 11 Failure Analysis and Prevention in their chapter on Characterization of Plastics in Failure Analysis have provided an overview article of these techniques and how they can be used applied to polymer failure analysis.[25] Numerous chemical and thermal analysis techniques can be conducted, as required, on a failed polymer component regardless of what application the product was designed for. It does not matter if the polymer product was used in the body or outside the body; the material analysis is the same. Material analysis of polymers employs techniques that are used to aid in the identification the root cause of polymer failure (see section 2.4).

## 2.4 Identification of the Root Cause of Failure

Understanding how and why a polymer-based product failed is a crucial part of maintaining its safety and efficacy. This makes the need to understand the root cause of polymer failure paramount to maintaining a robust design.

> "The ultimate objective of a failure analysis is to ascertain the mode and cause of the failure, regardless of the material from which the part was fabricated…Reaching the objectives of the plastic failure analysis, namely, the determination of the mode and cause of failure, or expressed alternatively, evaluating how the part failed, requires a scientific approach and a broad knowledge of polymeric materials." "In many cases, a single cause cannot be identified, because multiple integrated factors may have contributed to the failure. All of the factors that affect the performance of a plastic component can be classified into one of four categories: material, design, processing, and service conditions.

---

[22] Polymer Microscopy, Second Edition, 1996, Linda C. Sawyer and David T. Grubb, 399pp.; An Atlas of Polymer Damage, Engel, Klingele, Ehrenstein, and Schaper, 1981, 256pp.; Fractography: Observing, Measuring and interpreting Fracture Surface Topography, Derek Hull, 1999, 366pp.
[23] Fracture of Plastics, ASM Handbook, Vol. 11: Failure analysis and Prevention, 2002, p. 650-661.
[24] Polymer Microscopy, Second Edition, 1996, Linda C. Sawyer and David T. Grubb, 399pp.; An Atlas of Polymer Damage, Engel, Klingele, Ehrenstein, and Schaper, 1981, 256pp.; Fractography: Observing, Measuring and interpreting Fracture Surface Topography, Derek Hull, 1999, 366pp.
[25] Fracture of Plastics, ASM Handbook, Vol. 11: Failure analysis and Prevention, 2002, p. 650-661.

These factors do not act independently on the component but instead act in concert to determine the performance properties of the plastic component."[26]

This approach is standard for studying all types of polymer failures and it is represented in Figure 7 below.[27]   It does not matter if the polymer product was used in the body or outside the body; these factors that affect the performance of a plastic component are the same.



**Figure 7. The Four Factors Influencing Plastic Part Performance**

### 3.0 Ethicon's Internal Polymer Failure Analysis Studies

**3.1 Ethicon Internal Studies Showed Oxidative Degradation of their Prolene Polypropylene**
Ethicon observed evidence of PP oxidation and degradation in their own internal studies starting in the 1980's.   At many points in time since first studying explanted material, Ethicon scientists have concluded that Prolene is vulnerable to oxidative changes inside the body—particularly in regards to the surface of the material.

- In 1982, Dr. Anthony Lunn reported in an internal Ethicon study that surface cracks were found on Prolene sutures explanted from vascular implants and ophthalmic implants.[28]   Specifically, this report evaluated the surface crack depth on these implants.  Surface cracks were found on sutures from both the vascular and ophthalmic implants.  Dr. Lunn pointed out that "crack depth does not vary systematically with implantation time; it does vary significantly from point to pint along the fiber length".
- In 1983, Ms. Barbara Matlaga and Drs. W. D. Sheffield and A. W. Fetter published in an internal Ethicon study on Prolene (polypropylene) microcracks.[29]   In this report, the authors noted that the "latest "human retrieval" specimens of Prolene suture showed surface microcracking.  They further reported that they could show slides of these cracks "at the next Prolene Microcrack Committee" meeting.  Furthermore, they concluded "surface cracking was noted on the Prolene sample from both explants.  Why the cracking occurred or it this condition contributed to the loss of breaking strength (54%) could not be determined from this type of examination".
- In 1984, Dr. Peter Moy reported in an internal Ethicon study that microcracking of explanted

[26] Characterization of Plastics in Failure Analysis, ASM Handbook, Vol. 11: Failure Analysis and Prevention, 2002, p. 437.
[27] Id. P. 438.
[28] ETH.MESH.12831405, ETH.MESH.15406978
[29] ETH.MESH.15955438

Prolene sutures from vascular grafts was observed[30].  Dr. Moy points out "a great body of literature exists regarding oxidative degradation of polypropylene in general as well as selective studies on the photo- and thermal-oxidation of polypropylene monofilaments".  He recommended further studies to examine "known oxidized Prolene samples".

- In 1985, a new Ethicon internal study was initiated where "twenty-four Beagle dogs were implanted in November 1985 with sutures made from four different polymers.[31] Each polymer suture type was implanted in six different locations (sites) in each dog.  One of the suture polymer materials included in this study was Prolene PP.  The study was referred to in Ethicon internal memos as the "*In Vivo* suture study".

- In 1987, Daniel F. Burkley, a Principal Scientist at Ethicon, examined Prolene sutures that were "carefully removed from human vascular graft explants".[32]  Sutures were examined that had been in the body for 2 years and 8 years, respectively.  Mr. Burkley conducted chemical analysis using infrared spectroscopy and also performed microscopic examination.  Sutures that were in the body for eight years "were severely cracked specimens".  Furthermore, Mr. Burkley stated that the surface of the sutures appears to be degraded polypropylene.  He further concludes that he observes no protein in the FTIR (Fourier Transform Infrared Spectroscopy) spectra of the explanted sutures and that the FTIR spectra show that scraped surface material is consistent with polypropylene that has been "degraded in an oxidative fashion".  He also observed changes in the DLTDP concentration, one of the antioxidants in Prolene, in the explanted Prolene sutures.  He specifically reports that there is "no DLTDP observed in the surface scraped (cracked regions)" and that "the observed DLTDP decreases with implant time".  Finally, Mr. Burkley also reported that the surface scrapings from the sutures that had been in the body for eight years (severely cracked) showed a melting point between 147-156$^{\circ}$C and that "this is the melting range previously observed for oxidatively degraded polypropylene."

- In 1987, a meeting was held to discuss the study previously cited above from that year.[33]  Dr. Satya Garg published meeting minutes.  In the meeting minutes, Dr. Garg reported:

  - Scanning electron microscopy showed that "explants with 7-9 years of residence time showed cracking"
  - Mr. Burkley examined the 2 and 8 year samples using IR spectroscopy.  IR analysis showed "no proteinaceous material could be detected on either of the samples."
  - "The surface of the 8 year sample could be easily scraped off.  The material scraped from the cracked surface regions of the 8 year sample showed IR bands indicative of oxidation.  The same material exhibited a melting range of 147-156$^{\circ}$C which had been earlier assigned to oxidatively degraded polypropylene".
  - "Mr Burkley is planning to look at the remaining dry explants by IR.  He will also try to see the relationship between the amount of stabilizers added to the polymer and degradation and cracking."

- In 1990, Elke Lindemann wrote an internal Ethicon five year report on the "*In Vivo* suture study".  Specifically, five of the dogs were euthanized and the suture implants were removed for scanning electron microscopy examination.  She concluded "out of seven Prolene explants, two revealed cracking".  She further concluded that "after 5 years in vivo the PVDF suture was the only explanted material from five dogs that did not show any surface damage due to degradation."[34]  This is consistent with the potential for oxidative degradation previously shown

---

[30] ETH.MESH.15958453
[31] ETH.MESH.11336474
[32] ETH.MESH.12831391
[33] ETH.MESH.12831407, ETH.MESH.15406846-15406999, ETH.MESH.15406978, ETH.MESH.15955438-15955473, ETH.MESH.15958336-15958469, ETH.MESH.15958470-15958477, ETH.MESH.15958336-15958469, ETH.MESH.
[34] ETH.MESH.11336474

in Figure 2 of this report.

- In 1990, Elke Lindemann, Eugene Muse, and Daniel Burkley, wrote an internal Ethicon seven year report on the "*In Vivo* suture study".[35]  Specifically, four of the dogs were euthanized and the suture implants were removed for scanning electron microscopy examination.  These Ethicon scientists concluded in this report that "the 7 year *in vivo* results generally substantiated the five year findings".  The group further concluded that "degradation in Prolene is still increasing and PVDF, even though a few cracks were found, is still by far the most surface resistant in-house made suture in terms of cracking".  Again, this is consistent with the potential for oxidative degradation previously shown in Figure 2 of this report.

- In 1999, Robert Rousseau, an Ethicon Staff Engineer in Suture Technologies, became the Project Leader for a "Prolene Mesh Improvement" project.  Even at that time there was no consideration to change the material of construction from Prolene PP.[36]

## 3.2 Ethicon Failed to Investigate the Root Cause of Prolene Mesh Failures

Ethicon observed the oxidative degradation of their Prolene polypropylene as early as the 1980's.  One example of this is from the 2005 Material Safety Data Sheet (MSDS) that accompanied Ethicon's polypropylene; it stated:

> Section 10 (Stability and reactivity): Incompatibility: The following materials are incompatible with this product: *Strong oxidizers,* such as chlorine, *peroxides,* etc.[37] *(emphasis added)*

As explained previously, as long as there is a source of oxygen, all polypropylene will be susceptible to oxidative changes, whether the polymer is implanted in a human being or if it is being stored at room temperature. The MSDS warning and the risks inherent to using a polypropylene-based mesh in the human body have not been addressed, which is to the detriment of all of those who have been implanted with this mesh.

This potential for oxidative degradation of Prolene polypropylene mesh was again reiterated to Ethicon in June 2011 through a technical review "Investigating Mesh Erosion in Pelvic Floor Repair."[38]  This technical review was performed by PA Consulting Group at the request of Ethicon.

Furthermore, Ethicon's internal Prolene explant studies that employed industry-standard failure analyses and other evidence of oxidation should have led to the need for performing more testing on Prolene's reactivity before implanting their pelvic mesh into women.

At no time that I am aware has the potential failure mode of "oxidative degradation" of the Prolene-based mesh component of Ethicon's pelvic mesh products ever been considered and documented as a potential failure mode.    As an illustration of the root cause of failure and the defective nature of these meshes, a summarized diagram is given below in Figure 8.

---

[35] ETH.MESH.09888187
[36] ETH.MESH.02608450
[37] ETH.MESH.05439518
[38] ETH.MESH.03750936-03750937



**Figure 8. The Four Factors Influencing Plastic Part Performance Applied to Prolene-Based Mesh**

### 3.3 Ethicon's Pelvic Mesh Products that Contain a Prolene-Based PP mesh are Defective

The Ethicon's pelvic mesh products are of a defective design since they contain Prolene-based meshes, a material that is highly susceptible to oxidation. All mesh components in every pelvic mesh device have this flaw. The potential for oxidation of Prolene polypropylene is common knowledge in the scientific community and the internal studies indicated that this was indeed occurring inside the body and that it resulted in polypropylene fiber embrittlement, cracking and a loss of fiber strength. Failure to account for this potential for polymer failure has resulted in the implantation of defective devices in patients. Identification of this defect in the mesh component of these products was both foreseeable and avoidable.

## V. SUMMARY OF PRODUCT DESIGN OPINIONS

1) As part of its device design process, Ethicon performs risk management activities to ensure that any risks associated with its products are either designed out of the product or that those risks are mitigated as much as possible.  The Standard Operating Procedure ("SOP") at Ethicon is to employ a Failure Modes and Effects Analysis to assess and mitigate these potential risks before any product is launched and while it is on the market.  This SOP was not followed properly with respect to the Prosima, Prolift and Prolift+M devices.

2) Ethicon did not prior to product launch, or has not to date, considered oxidative degradation as a potential failure mode for their Prolene PP Gynemesh products.  This is in direct contradiction of polymer literature on polypropylene oxidation, Ethicon's own internal studies, vendor MSDS sheets and external consultant studies.

3) Ethicon has not investigated the oxidative degradation of its Prolene polypropylene in their Prosima, Prolift and Prolift+M product's risk analysis. Had this potential failure mode been considered, it would have led to an evaluation of the risk of injury associated with this type of failure and would also have led to testing that assessed both the frequency and severity of it.  Because of this, known risks of the Prosima, Prolift and Prolift+M products are not being mitigated to those who implant or are implanted with any of these products.

4) The risk analysis associated with oxidative degradation of the Prolene-based component of the Prosima, Prolift and Prolift+M devices was not adequately measured or assessed in terms of possible failure modes, frequency of occurrence, in terms of changes to mechanical properties, and in terms of the potential for harm caused prior to when this product was placed on the market; these deficiencies are lacking to this day.

5) The design of the Prosima, Prolift and Prolift+M devices was faulty in that Ethicon knew of a specific design defect before it ever launched these products: the high susceptibility of its Prolene PP to oxidatively degrade.  Yet the design of the Prosima, Prolift and Prolift+M devices did not eliminate or mitigate the resulting risk of harm to the implantee.

6) The Prolene polypropylene mesh used in the Prosima, Prolift and Prolift+M devices is a defective design.  Identification of the oxidative degradation design defect in these products was both foreseeable and avoidable.

## VI. PROSIMA, PROLIFT AND PROLIFT+M PRODUCT DESIGN OPINIONS

### 1.0 Product Design

### 1.1 Phases of Product Design[39]

Different companies may have various descriptions for each phase of the product design and development process, but Robert Cooper's The Stage-Gate - Product-Development Process (SGPDP) captures the essence of this process and provides a roadmap to transform ideas into products that meet a consumer need. The typical phases may include:

(1) *Concept.* This phase includes idea generation, the development of a superior product concept, an identification of customer needs, market assessment, and the development of a risk assessment. The goal is to define the product and build the business model.

(2) *Feasibility.* This phase includes validating the superior product concept, building a business case, updating the market assessment, examining the health-safety concerns. Deliverables include product performance, a product prototype, and a case for the economic value of the product in the face of competition.

(3) *Design.* The objective during this phase is to fully develop the product and finalize the design. The deliverables include the product specification, a feasibility of the manufacturing, updating of market assessment, competitive analysis, and health and safety. The health and safety aspect are evaluated through an overall *Risk Management Plan.* A key component of the Risk Management Plan is an assessment of potential risks associated with product failures. This risk is addressed using a risk estimation tool such as Hazard/Risk analysis, *Failure Modes and Effects Analysis (FMEA),* or Fault Tree Analysis (FTA).

(4) *Verification.* This phase involves proving that the design meets all the requirements of the product. Testing at various levels of the design is conducted along a rigorous outline to assure the product meets the design requirements. All results are documented.

(5) *Manufacturing.* The goal is to develop a process to manufacture the product that meets the product specifications set in the design phase. A quality-assurance plan should be implemented and tested. The product is sampled and tested to assure it meets the design specifications.

(6) *Product Field Activity.* This phase involves monitoring and validating product performance and function in the field, assessing the product's success in achieving the intent of the design, analyzing field data, analyzing success and failure data, and documenting everything. This includes establishing and maintaining a functioning Quality System that obtains, tracks, and trends information regarding the product's function in the field (in this case after implantation). This information is then analyzed and fed back into the product's FMEA so that a decision can made regarding whether changes are warranted to the FMEA in design, warnings or if other remediating actions are required.

---

[39] Product and Process Design Principles: Synthesis, Analysis and Evaluation, 3rd Edition, Seider, Seader, Lewin and Widalgo, 2009, 728pp.; Reliable Design of Medical Devices, Third Edition, Richard C. Fries, 2013, 471pp.

*1.2 Risk Management Plan and Failure Mode and Effects Analysis*

**1.2.1 The Risk Management Plan**

The Risk Management Plan outlines the specific risk assessment and risk minimization activities (if needed) associated with a product. The primary purpose of a Risk Management Plan is to proactively and systematically describe a set of specific safety monitoring and evaluation activities designed to identify, characterize, and minimize and/or prevent risks that may occur with the use of a particular product. After a product receives approval and is made available to patients, the Risk Management Plan continues to be updated as additional information becomes available that impacts the safety profile or benefit/risk balance of the product.

Specific instructions for risk management of medical devices can be found in ISO 14971 Medical Devices – Application of risk management to medical devices.[40]  Ethicon uses the recommendations in ISO 14971 as guidance for its risk analysis for medical devices, including the use of the failure mode and effects analysis, [41] but the use of the FMEA is also mandated by internal SOP to provide a "methodology for evaluating and analyzing risks resulting from potential failure modes, with the objective of eliminating or minimizing these risks to an acceptable level with the current state of technology."[42]

Basic Elements of a Risk Management Plan:

• Identifies the important established or potential risks on the basis of non-clinical, clinical and post-marketing data

• Outlines how the risks will be monitored for further evaluation (e.g. by conducting additional studies, monitoring of existing databases)

• Specifies how the risk will be mitigated through a risk minimization plan. This plan describes a set of activities for minimizing the identified or potential risks of a product in order to optimize the benefit/risk balance.

Ethicon has stated that the risk analysis part of their Risk Management Plan to was intended for the:

- "identification of known or foreseeable hazards (such as oxidative degradation of Prolene polypropylene)

- identification of risks for hazardous situations" [43]

Oxidative degradation of the Prolene polypropylene was a foreseeable hazard based solely on the oxidative degradation properties of polypropylene that have been well documented outside the body for several decades.

Under this Risk Management Plan, oxidative degradation of Prolene polypropylene was a foreseeable hazard based solely on the oxidative degradation properties of polypropylene that have been well

---

[40] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.
[41] ETH.MESH.22007225
[42] ETH.MESH.03742864
[43] ETH.MESH.22007254

documented outside the body for several decades.  In addition, and as discussed later and in more detail in this report, Ethicon performed several internal studies that concluded Prolene polypropylene oxidized and degraded while inside the body—many years before the Prosima device was first marketed.  This means that the foreseeable and known hazards associated with using Prolene polypropylene in the Prosima mesh were apparent before it was ever used for its intended purpose—making the design of the Prosima defective according to standards set forth in Ethicon's Risk Management Plan.

## 1.2.2 Failure Mode and Effects Analysis

This type of analysis, Failure Modes and Effects Analysis ("FMEA"), began in the 1940s by the U.S. military and was further developed by the aerospace and automotive industries. NASA was one of the first organizations that used the FMEA on a regular basis. It was instituted in NASA after space shuttle challenger incident in 1986.

An FMEA is a step-by-step systematic safety analysis that is conducted by a team comprised of members having diverse and overlapping expertise for identifying all possible potential mode of failures in a design. "Failure modes" means the ways, or modes, in which something might fail. Failures are any errors or defects, especially ones that affect the customer, and can be potential or actual. "Effects analysis" refers to studying the consequences of those failures.

The FMEA also encompasses the identification of the potential cause of these failure modes, an estimate of their severity, their potential occurrence rate (frequency), as well as the potential for these failures to be detected. For an FMEA to work, all of these must be identified to ensure that the product's design is as robust as possible. Thereafter, the product's design process requires that the manufacturer attempt to mitigate the risks identified in the FMEA prior to marketing the product. This can occur through re-design, by way of instructions, by warning about the hazards, by training the product's users, or by any other means necessary.

As part of the FMEA process, and in order to design the product to be as robust as possible, it is crucial that manufacturers obtain inputs from many types of engineering designers, as well as those intended to use the product and other related professionals.  Specifically, ISO 14971 provides the following guidelines concerning the qualification of the personnel involved in the FMEA generation:

> "It is most important to get people with the expertise necessary to perform risk management tasks. The risk management process requires people with expertise in areas such as:
>
> - how the medical device is constructed;
> - how the medical device works;
> - how the medical device is produced;
> - how the medical device is actually used;
> - how to apply the risk management process.
>
> In general, this will require several representatives from various functions or disciplines, each contributing their specialist knowledge. The balance and relation between individuals performing risk management tasks should be considered."[44]

---

[44] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.

 As an example, a specialized *medical doctor* would have more expertise on:
- how the medical device works;
- how the medical device is actually used

and a specialized *chemical engineer/polymer engineer* would have more expertise on:
- how the medical device is constructed (e.g. polymer materials and properties);
- how the medical device is produced (manufacture of base PP polymer and Prolene fibers used in the Gynemesh);

and a specialized safety professional would have expertise on:

- how to apply the risk management process

As an example, Ethicon included the following personnel expertise as part of their design FMEA team for their Prolift device:[45]

- Gynecare R&D Project Leader
- Design Quality Engineer
- Packaging R&D Engineer
- Medical Director
- Design Quality Engineer
- Operation Integration Project Manager
- Medical Affairs Manager
- Equipment Engineer
- Process Engineer
- Process Engineer
- Quality Engineer

My expertise overlaps with Quality Engineers with expertise in FMEA's, an R&D Project Leader and Process Engineer.  Several of Ethicon's design FMEA analysis did not have this depth of expertise on the safety analysis team.[46]  It is unknown to me at this time if any of these individuals had sufficient polymer engineering background to understand the properties of polypropylene.

While there is often overlap between these medical, polymer and safety expertise, it is imperative that all of these skills are an integral part of the FMEA team that is conducting the risk analysis.  The ISO 14971 standard clearly recognizes that the appropriate analysis of any potential failures requires a multi-discipline team and certainly not just medical doctors who have little, to no, polymer product training and polymer chemistry and property assessment.

The FMEA is not the end of a manufacturer's obligation to ensure that its products work as intended and are safe for their use. Instead, the FMEA is considered a living document that must be modified to take into account any additional risks or failure modes that are identified once a product has been placed on the market. To do this, product manufacturers create cyclical and redundant quality systems that monitor their products and feed information about any potential or additional risks that are encountered during their manufacture and use. After any information about a product's failure is gathered, it is then analyzed by the manufacturer who identifies the root cause of the product's failure. If and when an

---

[45] ETH.MESH.12288401, ETH.MESH.00876900
[46] Id.

additional risk is identified—that risk must be added to the original FMEA. This information regarding potential additional failure modes includes all information that can be learned from returned products (breakage, loss of components) as well as complaints of product failure and adverse events.

This evaluation and analysis process then repeats itself for every complaint or product failure for the entire life of the product. If properly employed, the FMEA is a powerful tool that will create and maintain a robust product design and it will help ensure that the product is on the market is safe and effective, that known and knowable risks will be identified, and warned about or mitigated.

It is crucial that the manufacturer obtain input from many types of professionals when developing the FMEA. A *Design FMEA* (D-FMEA)[47] is conducted during the design phase of product development and a *Process FMEA* (P-FMEA)[48] is conducted on the manufacturing process for a new product.   An *Application FMEA*[49] is used to assess the specific steps associated with the use of a new product.

The Design FMEA is the critical safety assessment that is conducted by a manufacturer on a new product and this assessment evaluates each of the individual components that make up a product system. This includes such components as a trocar, a mesh(es), sheath covers, packaging, etc. when evaluating a transvaginal medical device used for SUI treatment.   A manufacturer will systematically evaluate the safety of each component of the device along with any interactions between components, when conducting the Design FMEA.   *The Design FMEA is the specific safety assessment that should include the potential failure mode of oxidative degradation for the mesh component of these mesh products.*

An FMEA requires the identification of all potential failure modes for a particular product. For each potential failure mode an estimate is made of its severity (S), of its occurrence rate (O) and its ability to be detected (D). Each of these rankings (S, O, & D) is typically on a scale of 1-10.

Examples of severity ranking criteria found in *Guidelines for Failure Mode & Effects Analysis for Medical Devices* and in ISO 14971 and these examples are provided in Tables 9 and 10, respectively.

---

[47] *Guidelines for Failure Mode & Effects Analysis for Medical Devices,* Chapter 11.
[48] *Id.* at Chapter 12
[49] *Id.* at Chapter 13

**Table 9.** *Guidelines for Failure Mode & Effects Analysis for Medical Devices*

**Severity Ranking – Example 1**

Table 11-1: Suggested Severity Ranking for D-FMEA (1-10 qualitative scale)

| Effect | Rank | Criteria |
|---|---|---|
| None | 1 | No effect. |
| Very Slight | 2 | Negligible effect on product performance. User not affected. |
| Slight | 3 | Slight effect on product performance. Non-vital faults will be noticed most of the time. |
| Minor | 4 | Minor effect on product performance. User slightly dissatisfied. |
| Moderate | 5 | Reduced performance with gradual performance degradation. User dissatisfied. |
| Severe | 6 | Product operable and safe but performance degraded. User dissatisfied. |
| High Severity | 7 | Product performance severely affected. User very dissatisfied. |
| Very High Severity | 8 | Product inoperable but safe. User very dissatisfied. |
| Extreme Severity | 9 | Product failure resulting in hazardous effects highly probable. Compliance with government regulations in jeopardy. |
| Maximum Severity | 10 | Product failure resulting in hazardous effects almost certain. Non-compliance with government regulations. |

50

**Table 10.** *Guidelines for Failure Mode & Effects Analysis for Medical Devices*

**Severity Ranking – Example 2**

Table D.3 — Example of five qualitative severity levels

| Common terms | Possible description |
|---|---|
| Catastrophic | Results in patient death |
| Critical | Results in permanent impairment or life-threatening injury |
| Serious | Results in injury or impairment requiring professional medical intervention |
| Minor | Results in temporary injury or impairment not requiring professional medical intervention |
| Negligible | Inconvenience or temporary discomfort |

51

Likewise, examples of occurrence and detection ranking criteria found in *Guidelines for Failure Mode & Effects Analysis for Medical Devices* are shown in respectively in Tables 11 and 12 below.

---

[50] *Guidelines for Failure Mode & Effects Analysis for Medical Devices,* Chapter 11.
[51] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.

**Table 11.** *Guidelines for Failure Mode & Effects Analysis for Medical Devices*

**Occurrence Ranking**

*Table 11-2: Suggested Occurrence Ranking for D-FMEA (1-10 qualitative scale)*

| Occurrence | Rank | Criteria |
|---|---|---|
| Extremely Unlikely | 1 | Failure highly unlikely. |
| Remote Likelihood | 2 | Rare number of failures likely. |
| Very Low Likelihood | 3 | Very few failures likely. |
| Low Likelihood | 4 | Few failures likely. |
| Moderately Low Likelihood | 5 | Occasional failures likely. |
| Medium Likelihood | 6 | Medium number of failures likely. |
| Moderately High Likelihood | 7 | Moderately high number of failures likely. |
| High Likelihood | 8 | High number of failures likely. |
| Very High Likelihood | 9 | Very high number of failures likely. |
| Extremely Likely | 10 | Failure almost certain. |

**Table 12.** *Guidelines for Failure Mode & Effects Analysis for Medical Devices*

**Detection Ranking**

*Table 11-3: Suggested Detection Ranking for D-FMEA (1-10 qualitative scale)*

| Detection | Rank | Criteria |
|---|---|---|
| Extremely Likely | 1 | Can be corrected prior to engineering prototype. |
| Very High Likelihood | 2 | Can be detected and corrected prior to engineering design release. |
| High Likelihood | 3 | Has high effectiveness. |
| Moderately High Likelihood | 4 | Has moderately high effectiveness. |
| Medium Likelihood | 5 | Has medium effectiveness. |
| Moderately Low Likelihood | 6 | Has moderately low effectiveness. |
| Low Likelihood | 7 | Has low effectiveness. |
| Very Low Likelihood | 8 | Has lowest effectiveness in each applicable category. |
| Remote Likelihood | 9 | Is unproven, unreliable or unknown. |
| Extremely Unlikely | 10 | No design technique available or known, and/or none is planned. |

A Risk Priority Number (RPN) is assigned by multiplying the rankings for severity, occurrence and detection (RPN = Severity x Occurrence x Detection); therefore, an RPN is between 1-1000. The following are some key criteria when using an FMEA safety analysis:

• "An RPN greater than or equal to 100 indicates that there might be a high risk item."[52]

• "When the severity is very high (8-10), special attention must be given to ensure that the risk is addressed through existing design controls or corrective/preventive actions, regardless of the RPN."[53]

• "The severity can only be reduced through a change in the design. If such a design is attainable, the failure can possibly be eliminated."[54]

• "In the absence of any data on the probability of occurrence of harm, it is not possible to reach any risk estimate, and it is usually necessary to evaluate the risk on the basis of the nature of the harm alone. If it can be concluded that the hazard is of little practical consequence, the risk can be judged to be acceptable and no risk control measures are necessary. However, for significant hazards, that is, hazards which could inflict harm of high severity such as those noted above, no level of exposure can be identified that corresponds to a risk so low that there is no need to bother about it. In such cases, the risk estimate should be made on the basis of a reasonable worst-case estimate of probability."[55]

Although all three (severity, occurrence and detection) are important, special attention should be paid to severity.  The FMEA also documents current knowledge and actions about the risks of failures, for use in continuous improvement. It is used during design to prevent failures and it is later used for control, before and during ongoing operation of the process. Ideally, FMEA begins during the earliest conceptual stages of design and continues throughout the life of the product or service.

Risk control to design for inherent safety of a medical device can be achieved by: [56]

- eliminating a particular hazard,

- reducing the probability of occurrence of the harm

or

- reducing the severity of the harm.

The proper way for Ethicon to completely eliminate the hazard of oxidative degradation of the Prolene PP mesh component of its pelvic mesh products is to use a suitable polymer, other than Prolene-polypropylene, that is not highly susceptible to oxidative degradation.

## 1.2.3 Ethicon Safety Analysis and Design FMEA for Its Prosima, Prolift and Prolift+M POP Products Containing Prolene PP Mesh

Ethicon uses Prolene PP in the form of knitted monofilaments as part of the mesh component of its Prosima, Prolift and Prolift+M products.  Ethicon has conducted Design FMEA's on their Prosima, Prolift and Prolift+M products.  As part of Ethicon's safety analysis of these mesh products, they first developed a Qualitative and Quantitative Characteristics Worksheet to answer a number of critical

---

[52] *Guidelines for Failure Mode & Effects Analysis for Medical Devices,* p. 15-1.
[53] *Id* at p. 6-8.
[54] *Id* at p. 6-4.
[55] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.
[56] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.

questions about the product characteristics, including the mesh component.  This worksheet serves to guide Ethicon employees and scientists in the creation of their design FMEA for each product.   Some key questions from this worksheet that were not addressed correctly (answered as N/A or "not applicable") in order to consider oxidative degradation of the Prolene PP mesh are:[57]

- Are there any environmental factors that could influence safety/function of the device?  N/A

- Are those components contacting biological materials compatible? N/A

- What is the effect of temperature on the system performance?  N/A

- What is the effect of atmospheric gas concentration on system performance? N/A

- Is the device susceptible to environmental influences? N/A

- Do shipping temperatures affect device safety or functionality? N/A

- Does storage temperatures, humidity, or light affect device safety or functionality? N/A

- Does variation in the operating temperature, humidity, or light affect the device output or safety? N/A

- Is there any delayed or long-term user effect? N/A

All of these questions were answered incorrectly when properly considering the oxidative degradation properties of Prolene PP.  All of these answers to their Qualitative and Quantitative Characteristics Worksheet as part of their safety analysis indicate that Ethicon did not and has not considered the oxidative degradation as a potential failure mode for these Gynemesh products.  This is in direct contradiction of polymer literature on polypropylene oxidation, Ethicon's own internal studies, vendor MSDS sheets and external consultant studies.

Furthermore, Ethicon's design history files for the Prosima, Prolift and Prolift+M products provide a listing of potential hazards that is included as part Ethicon's safety analysis documents.[58]  With the inclusion of this list in the design history files, Ethicon is asserting that this list was used to guide their safety analysis of these products.  Key hazards included in this list are

- *Degradation*

- *Lack of adequate determination of end of device life*

- *Loss of mechanical integrity*

- *Likelihood of storage outside prescribed environmental conditions*

All of these suggested hazards for consideration should have triggered Ethicon's evaluation of oxidative degradation of their Prolene PP-based mesh used in their Prosima, Prolift and Prolift+M products.

---

[57] ETH.MESH.01962174-01962190, ETH.MESH.21989844-21990004, ETH.MESH.01154126-001154142
[58] ETH.MESH.21989844-21990004

Finally, and as a consequence of this inadequate safety analysis, Ethicon did not initially and has not to date considered oxidative degradation in any of its design FMEA's, which are their formal safety assessment document for the Prosima, Prolift and Prolift+M products.  Again, the omission of oxidative degradation of Prolene PP fibers in the design FMEA's of these products is in direct contradiction of polymer literature on polypropylene oxidation, Ethicon's own internal studies, vendor MSDS sheets and external consultant studies.  It is worth noting that all severities associated with failure of the mesh component as a result of any failure mode that was considered all result in high severities (8-10 on a 10 point scale).[59]  Ethicon's description of their scale for severity rankings is included as Table 13 below.[60]  Again, this indicates that Ethicon assesses that any failure of the mesh component of these devices results in severe harm to the implantee based on Ethicon's own assessment.

**Table 13.** *Ethicon's Severity Ranking for Prolift+M dFMEA*

**FMEA SEVERITY RANKING SCALE**

NOTE:    (F) denotes functional impact        (A) denotes appearance impact

| RANKING | DEGREE OF IMPACT |
|---|---|
| 1 | Improbable/Minor: Not perceptible or noticeable.<br>(F) The consequences will not have any perceptible impact on the performance of the medical device.<br>(A) The user will not notice the consequence. |
| 2-3 | Insignificant/Low, Negligible, Nuisance, Noticeable<br>(F) Nuisance but likely negligible.<br>(A) The user will probably notice only a minor negative impact on the medical device. |
| 4-5 | Moderately Significant/Dissatisfaction<br>(A&F) The user will notice a negative impact as failure occurs, such as difficult to apply, difficult to use, discomfort, etc.<br>(F) Partial loss of medical device operation or performs at a reduced level; possible gradual performance degradation. |
| 6-7 | Significant/High Annoyance<br>(A&F) The failure causes greater annoyance to the user, such as creates pain.<br>(F) Partial system function is lost, but the medical device can still be used without any safety concern. |
| 8 | Extreme/Very High:  System function is lost<br>(F) The medical device cannot be used, but failure does not create a safety, non-compliance or regulatory issue. |
| 9 | Almost catastrophic: Hazardous with warning<br>(F) Medical device failure involves safety, non-compliance and/or regulatory issue.  The user is forewarned that medical device failure is occurring. |
| 10 | Catastrophic: Hazardous without warning<br>(F) Medical device failure involves safety, non-compliance and/or regulatory issue.  The user is NOT forewarned that medical device failure is occurring. |

ISO 14971 Medical Devices – Application of risk management to medical devices provides the necessary guidance for conducting the risk analysis of a new medical device.  Furthermore, ISO 14971 clearly lists *chemical degradation* as one of its examples of initiating events and circumstances in ***Annex E: Examples of hazards, foreseeable sequences of events and hazardous situations***.  This was not considered by Ethicon in their FMEA.  Furthermore, ***Annex C: Questions that can be used to identify medical device characteristics that could impact on safety*** lists the following questions that should have further influenced Ethicon to fully assess chemical degradation of the Prolene polypropylene mesh used in their products.

[59] ETH.MESH.12288401-12288405
[60] ETH.MESH.02134781-02134783

C.2.2 Is the medical device intended to be implanted?
Factors that should be considered include *the location of implantation*, the characteristics of the patient population, age, weight, physical activity, *the effect of ageing on implant performance, the expected lifetime of* the implant, the reversibility of the implantation.

C.2.4 What *materials or components are utilized* in the medical device or are used with, or are *in contact with, the medical device*? Factors that should be considered include:
− *compatibility with relevant substances;*
− *compatibility with tissues or body fluids;*

C.2.21 Are there any *delayed or long-term use effects*?
Factors that should be considered include ergonomic and cumulative effects. Examples could include pumps for saline that corrode over time, mechanical fatigue, loosening of straps and attachments, vibration effects, labels that wear or fall off, *long term material degradation*.

## 2.0 Ethicon Quality Systems and Risk Assessment

## 2.1 Ethicon Failed to Provide Feedback to Their FMEA

As part of the design process, design engineers and other members of a design team must use the FMEA and other tools available to them to assess all foreseeable issues with the launch and sale of the product. Using these tools ensures that the procedures in place and quality systems are robust enough to appropriately handle, investigate, and proactively address any issues that relate to their devices.

The evidence in this case demonstrates that the design documents did not contemplate several FMEA issues and that Ethicon did not have an adequate quality system in place to address complaint handling, investigation, and appropriate responses to patient complications and other issues as they relate to oxidative and other changes to the meshes found in these POP products.[61] As a result, Ethicon was not appropriately funneling information into the FMEA process, thus failing to meet basic requirements thereof, which places implantees at risk for failures that are not being assessed or mitigated by the company. This is a fundamental breakdown of how an FMEA risk analysis is conducted, and an FMEA created for medical devices is no different;[62] [63]failing to adequately assess and monitor potential failure modes of any engineered product is a flaw to ensuring the safety and efficacy of that device.

In addition, long-term storage of the raw material used to create these meshes prior to extruding the monofilament fibers poses substantial oxidation concerns. As a supplier of permanently implantable medical devices, by failing to control its resin and eventual processing of these meshes with respect to polypropylene's inherent tendency to oxidize, Ethicon has failed to account for the risk associated with its degradation during manufacturing and storage for all those who buy, implant or are implanted with these products.

All of these things and more are evidence that the Quality Systems at Ethicon are inadequate.

---

[61] ETH.MESH. 00259473, ETH.MESH.00302411, ETH.MESH.00349122; ETH.MESH.05644163; ETH.MESH.02157879; ETH.MESH.02017169; ETH.MESH.03924557; ETH.MESH.00870466; ETH.MESH.07429428; ETH.MESH.02134849; ETH.MESH.04038032; ETH.MESH.21989844
[62] ISO 14971 Medical Devices – Application of risk management to medical devices, Second edition, 2007-10-01.
[63] ETH.MESH.03742864

**2.2 Ethicon Internal Studies Showed Oxidative Degradation of their Prolene Polypropylene**

Ethicon observed evidence of PP oxidation and degradation in their own internal studies starting in the 1980's. At many points in time since first studying explanted material, Ethicon scientists have concluded that Prolene is vulnerable to oxidative changes inside the body—particularly in regards to the surface of the material as previously discussed in the polymer failure analysis part of this report.

**2.3 Ethicon Failed to Update the Prosima, Prolift and Prolift+M's Risk Assessment with Known Failure Modes.**

Ethicon observed the oxidative degradation of their Prolene polypropylene as early as the 1980's. As explained previously, as long as there is a source of oxygen, all polypropylene will be susceptible to oxidative changes, whether the polymer is implanted in a human being or if it is being stored at room temperature. This potential for oxidative degradation of Prolene polypropylene mesh was again reiterated to Ethicon through a technical review "Investigating Mesh Erosion in Pelvic Floor Repair.[64] This technical review was performed by PA Consulting Group at the request of Ethicon.

Furthermore, Ethicon's internal Prolene explant studies and other evidence of oxidation should have made the company aware that it had additional obligations to perform more testing before implanting these POP products into women. At no time that I am aware has the potential failure mode of "oxidative degradation" of the Prolene component of the Prosima, Prolift and Prolift+M products ever been considered and documented in Ethicon's failure mode and effects analysis.

**2.4 Ethicon's Prosima, Prolift and Prolift+M Devices are Defective Designs**

The Prosima, Prolift and Prolift+M device are defective designs since they each contain Prolene polypropylene, a material that is highly susceptible to oxidation. All mesh components in every Prosima, Prolift and Prolift+M device have this design flaw. Ethicon was aware of the potential for oxidation degradation of Prolene polypropylene and their own internal studies and testing indicated that this degradation was indeed occurring. Ethicon was aware that this resulted in polypropylene fiber embrittlement and cracking and a loss of fiber strength. Furthermore, Ethicon did not initially, or at any later point, include the oxidation of the mesh component of their Prosima, Prolift and Prolift+M devices after implantation as part of their safety analysis (FMEA) of these products. Failure to do this has resulted in the implantation of defective devices in patients. Identification of this design defect in the mesh component of the Prosima, Prolift and Prolift+M products was both foreseeable and avoidable.

## VII. FACTS OR DATA CONSIDERED IN FORMING OPINIONS

The opinions and the bases for those opinions are set forth above. In addition to my knowledge, skill training and experience as an engineer, the following depositions of Ethicon employees and the exhibits thereto were supplied to me: Cliff Volpe, Piet Hinoul, David Robinson, Sunny Rah, Aaron Kirkemo,

---

[64] ETH.MESH.03750936-03750937

Sean O'Bryan, Scott Ciarrocca, Vincenza Zaddem, Elizabeth Vailhe, Christophe Vailhe, Joerg Holste, Boris Batke, Daniel Burkley, Thomas Barbolt, Brigitte Hellhammer, Juergen Trzewik, Martin Weisberg, Axel Arnaud, Dan Smith, Prof Thomas Muehl, Dr. Bernd Klosterhalfen, Kevin Ong, Whenxin Zheng, Daniel Sexton, and Jeffrey Brent.

I have also considered the following material identified in Exhibit B.

In addition, the following reports were supplied to me: Dr. Howard Jordi, Dr. Scott Guelcher, Prof Thomas Muehl, Prof. Bernd Klosterhalfen, Thomas Barbolt, Dr. Wenxin Zheng, and B. Todd Heniford, M.D. The findings of these experts are consistent with my opinions.

## VIII.  EXHIBITS WHICH I PLAN TO USE AS A SUMMARY OF OR IN SUPPORT OF OPINIONS

All the Exhibits which I plan to use as summary of or in support of my opinions have not yet been determined, but they include, but are not limited to:

1) Exhibits extracted from the materials I have reviewed;

2) Excerpts from learned treatises and literature;

3) Materials listed above;

Any additional materials to be used will be timely disclosed.

## IX.  COMPENSATION AND TIME

A fee schedule for work on this case is attached as Exhibit C.

## X.  LISTING OF CASES IN WHICH TESTIMONY HAS BEEN GIVEN IN THE LAST FIVE YEARS

Please see Exhibit D.

_Russell F. Dunn_
_____
Russell F. Dunn, Ph.D., P.E.
President

Polymer & Chemical
Technologies, LLC

February 1, 2016

EXHIBIT B

1    degradation in this analysis.

2    BY MR. DAVIS:

3        Q.        Have you considered any of Ethicon's

4    biocompatibility risk assessments?

5        A.        Yes.  I've looked at their

6    biocompatibility testing.  I've looked at a lot of

7    their testing.  I'm telling you they did not

8    consider oxidative degradation in this risk

9    analysis.  And that's clearly evident by the

10   listing of questions that I provided in my report.

11       Q.        Do you know who Thomas Barbolt is?

12       A.        Yes.  I've heard his name.

13       Q.        I mean, I saw his name listed at the

14   very end of your report, among a lot of other

15   names.

16       A.        Yes.

17       Q.        Your report on the second-to-last page

18   says that you were supplied a number of

19   depositions, correct?

20       A.        Yes.  Some time ago, yes.

21       Q.        Did you read any of those depositions

22   in connection with your preparation of your current

23   report?

24       A.        At some point I have.

25       Q.        Well, which ones did --

EXHIBIT C

1          Because products are used in different

2     applications.  You would have to test it in a

3     similar circumstance to that application.

4          Q.     Well, just make sure this is clear.

5               Do you know of any written standard

6     adopted by the medical device industry for testing

7     a medical device for oxidative degradation effects?

8          A.     Well, you keep saying a "standard," and

9     I would say that no such thing would exist.  And

10    that doesn't preclude a company from being

11    responsible for testing for that effect.

12         Q.     Okay.  I notice in your report you talk

13    about Ethicon's quality systems.

14               Do you recall that?

15         A.     Yes, I do.

16         Q.     And are there any written standards for

17    quality systems for medical device manufacturers?

18         A.     I understand that you want to use the

19    term "standard."

20               There are guidelines and there are

21    principles that are taught for quality systems.

22    There are standards that have to do with risk

23    analysis that would apply to medical devices, and

24    that would affect some of the quality systems.

25         Q.     Well --

1      A.      What you are referring to would be

2    something very specific that can't be applied

3    across many different companies that are all

4    operating in different ways.

5            But there are things outside of

6    standards.  There are engineering principles and

7    there are guidelines provided.  You just keep using

8    the word "standards."  And standards are not

9    written for the quality systems, as -- as you've

10   talked about, other than the ISO 14971 that has

11   implications on quality.

12     Q.      Okay.  We'll get back to ISO 14971.

13     A.      Uh-huh.

14     Q.      I do have some questions about that.

15           But, aside from that written standard,

16   do you know of any other written standards specific

17   to the medical device manufacturing industry for

18   quality systems, just specific to that industry?

19     A.      I don't know that I've looked at --

20   specifically for a standard for quality systems for

21   medical devices.

22     Q.      So, when you express your opinions in

23   this case regarding Ethicon's quality systems,

24   what -- it sounds like you're just relying on some

25   general principles that you go by in your

1    profession?

2                MR. BOWMAN:  Object to form.

3    BY MR. DAVIS:

4       Q.      Let me -- let me strike that and ask it

5    over.

6                Just please explain to me the standards

7    or the guidelines that you applied in this case,

8    the principles that you applied in this case in

9    developing an opinion that Ethicon's quality

10   systems were less than satisfactory.

11      A.      Okay.  The -- the -- the implication

12   you've made is that, when we're designing or when

13   you have quality systems, that all goes back to

14   standards.

15               I teach all of the chemical engineering

16   seniors at Vanderbilt University, and I teach a

17   course called "Product and Process Design."  It is

18   not a course on standards.  We have a full textbook

19   of guidelines and principles.  It is not built on

20   standards.  It's built on engineering fundamentals

21   and principles that we follow in designing products

22   and having quality systems.

23               And even courses that you take on

24   quality and quality engineering are not based on

25   standards.  We teach engineering principles.  And

1    to suggest that, if it's not in a standard, it's --

2    it's not scientific or it's not based on scientific

3    principles, does not represent what standards are

4    intended for.

5         Q.      Okay.  Have you ever heard of 21 CFR

6    Part 820?

7         A.      I don't know.

8         Q.      Okay.  I mean, you don't know what it

9    is, do you?

10        A.      Not from memory.

11        Q.      Okay.

12        A.      I know it's Code of Federal

13   Regulations, and 21 represents the department that

14   it would be associated with.  I can't recall -- 19

15   is OSHA.  I can't recall which particular division

16   that is of the Code of Federal Regulations.  I

17   don't have that one memorized --

18        Q.      Well --

19        A.      -- whether I've seen it or not.

20        Q.      I'm sorry.  I apologize.  I interrupted

21   you.

22                Were you through?

23        A.      Yes.

24        Q.      Okay.  Well, with respect to the Code

25   of Federal Regulations, you mentioned OSHA.

1    the body?

2       A.       I agree that I am qualified to tell you

3    the effects of oxidative degradation on the polymer

4    itself and how it changes the polymer properties.

5    And I agree that Dr. Guelcher is the expert that I

6    work with who can tell you the effect on the body.

7       Q.       Well, I appreciate that.  But I just

8    have a very simple question.  If you'll just answer

9    it, I'll move on.

10               Will you agree that you personally are

11   not qualified to evaluate the effects or potential

12   effects of oxidative degradation of Prolene on the

13   body, the human body?

14      A.       I -- I will reiterate that I can -- I

15   am qualified to talk about the changes in the

16   polymer properties --

17      Q.       That's not my question.  I'm sorry to

18   interrupt you, but. . .

19      A.       I would defer that to Dr. Guelcher.

20      Q.       So the answer to my question?  Yes?

21      A.       No, the answer to your question is to

22   an extent.

23      Q.       Well -- okay.

24      A.       I know you think it's a simple

25   question, but, if I don't think it's a simple

Russell F. Dunn, Ph.D., P.E.

1    question, then we disagree.

2         Q.      Do you know what fault class the

3    potential failure mode of oxidative degradation of

4    Prolene in the body would be?

5         A.      The fault class --

6         Q.      Yes.

7         A.      -- is -- if I'm not mistaken, that is a

8    specific term that -- classification that Ethicon

9    has come up with.

10        Q.      Well, what classification is it?

11        A.      Doesn't matter to me.  That's not part

12   of the failure mode and effects analysis.  Once you

13   get the risk priority number, you don't have to put

14   in a fault class.  You've got severity, you've got

15   occurrence, you've got detection.

16               If a company wants to further define it

17   and put it in a fault class, that's something

18   they're doing internally.

19        Q.      What -- what is the severity ranking,

20   in your view, for oxidative degradation as a

21   failure mode in Prolene?

22        A.      Okay.  I'm going to back up one more

23   step.  And I'm going to tell you that, as I teach

24   the students and the students work in groups and do

25   failure mode and effects analysis, I can tell you

Russell F. Dunn, Ph.D., P.E.

1    what my severity ranking -- you come up with that

2    ranking collectively with expertise from a lot of

3    different areas.

4              You're asking me to rank it just with

5    my background and experience, and I'm telling you

6    that's not how a safety analysis or a failure mode

7    and effects analysis takes place.

8              In fact, if you look at the top of

9    Ethicon documents, you'll see that it's a whole

10   team that's in there and talking.  So it would be a

11   team that's sitting around that would say, how do

12   we want to rank that severity?  And we would have a

13   discussion on what is that effect and what

14   implications would it have.

15             I can tell you what happens to the

16   polymer, and I would hope that a medical -- a

17   medical device person or a medical doctor would

18   say, oh, if the polymer gets hard and brittle, I

19   see the harm as being the following.

20        Q.     While I'm on that Exhibit 7, I

21   noticed -- I'm just trying to make sure I

22   understand all the documents you reviewed.

23             Look at the last page of Exhibit 7.

24             MR. BOWMAN:  Is that the FMEA?

25             MR. DAVIS:  Yes.

1              THE WITNESS:  Yeah.  I got it.  I've

2    got it here.

3              Yes?

4    BY MR. DAVIS:

5        Q.      I just saw that list of documents.

6              Did you review all those documents?

7        A.      I don't know.

8        Q.      Well, I mean, did you -- well, okay,

9    let me ask this about Exhibit 7:  Did you sit down

10   and read the entire dFMEA, Exhibit 7?

11       A.      I believe I did.

12       Q.      Well, the reason I ask, is I notice --

13   if you look at your report, you have a -- you have

14   a table, Table 5.

15             Can you look at Table 5 in your report?

16       A.      Yes.

17       Q.      Is that an excerpt from Exhibit 7?

18       A.      It is indeed.

19       Q.      Okay.

20       A.      And you will find the entire Exhibit 7

21   in my footnote --

22       Q.      Okay.

23       A.      -- notebook.

24       Q.      Okay.  Well, I mean, I've -- I've read

25   some of your prior testimony where you've indicated

1    that you've gotten to where you can read these

2    FMEAs and -- fairly quickly and go to the heart of

3    what you're looking for.

4              Is that a fair assessment?

5    A.      I believe I can, yes.

6    Q.      Okay.  What I'm trying to say, is that

7    what you did in this case?  Did you simply pick up

8    Exhibit 7 and -- and search for all the references

9    to mesh?

10   A.      Well, it -- the spreadsheet was set up

11   by Ethicon that you could search by component.

12   Because the mesh component -- while I looked at the

13   other components, while the mesh component is the

14   component comprised of polypropylene and the

15   component that I'm interested in, I looked at the

16   other areas, but I very specifically looked at

17   mesh.

18              Because, if you're going to consider

19   oxidative degradation of the mesh, it wouldn't be

20   listed on another component; it would be listed on

21   mesh.

22   Q.      And that's what I'm trying -- I'm just

23   trying to understand.  Was there any reason for you

24   to read the entire dFMEA, Exhibit 7, or did you

25   simply get on the native version and search for

1    mesh?

2      A.      No.  I -- okay.  So I read the entire

3    FMEA at least from a component standpoint in

4    looking at the various components and whether or

5    not that related to something I needed to look

6    across the row at.

7      Q.      Okay.  Well -- and, again, I'm just

8    trying to -- looking back at the last page of this.

9              As an example -- I'm trying to

10   understand, like, did you ever -- did you read that

11   page, for instance, in your work on this case?

12     A.      Did I see this page?  Yes, I saw this

13   page.

14     Q.      And did you read this page?  Did it

15   matter to you?

16              MR. BOWMAN:  Object to form.

17              THE WITNESS:  Did it matter to me?

18   BY MR. DAVIS:

19     Q.      Did it have any significance to you?

20              MR. BOWMAN:  Same objection.

21              THE WITNESS:  I -- it had significance

22   insofar as it states that it's documents referenced

23   in the body of the FMEA.

24   BY MR. DAVIS:

25     Q.      Okay.  I'm -- I'm just trying to

1    understand, for instance, did you try to then go

2    find or ask for all these documents, or not?

3        A.      Not that I recall, because these were

4    referenced in the FMEA, and what I was interested

5    in was what was not included in the FMEA.

6        Q.      Okay.  Do you have any experience in

7    developing quality systems for medical devices?

8        A.      Well, the FMEAs -- that's a hard

9    question for me to answer.  I haven't -- I teach

10   FMEAs, and I teach it to students who end up

11   working in all kinds of areas.  So -- I haven't

12   applied it in a specific company, but I teach these

13   concepts to students that go out and work for

14   medical companies and. . .

15       Q.      Have you ever taught about how to

16   develop quality systems specifically for medical

17   devices?

18       A.      I teach generically how to do product

19   and process design, and it's applied by chemical

20   engineers to numerous industries.  I don't teach

21   about a specific industry.

22       Q.      What -- what does "design controls"

23   mean?  I mean specifically for medical devices.

24       A.      It would be parameters that you

25   establish that you want to control those

1    characteristics.

2        Q.      Okay.  What -- what are the design

3    controls generally accepted for medical devices?

4        A.      It would be different for different

5    medical devices.

6        Q.      Can you -- can you just tell me what

7    some of the design controls are for medical

8    devices?

9        A.      Oh.  Well -- so, if I talked about the

10   mesh component, because that's the component that

11   I'm looking at for the medical device for the

12   Prosima, certain design controls would be things

13   like the weave, the diameter of the fiber, the

14   density.

15       Q.      That --

16       A.      You're shaking your head no.

17       Q.      Maybe we're on a different wavelength,

18   because I'm asking you -- the process, the process

19   of design controls, in designing and developing a

20   medical device.  Can you tell me what the design

21   control processes are?

22       A.      You're going to have to ask a -- I

23   don't know what you're asking exactly.

24       Q.      That's fair enough.

25               Do you have any experience in

1    maintaining a quality system for medical devices in

2    particular?

3        A.      It's no different for medical devices

4    than other devices.

5        Q.      So is the answer you don't have any

6    specific experience for medical devices, or you do?

7    Either you do or you don't.

8        A.      I've never manufactured medical

9    devices.

10       Q.      So you've never had any experience in

11   maintaining a quality system for medical devices;

12   is that correct?

13       A.      But I maintain that the quality systems

14   I've been involved in in my work career are the

15   same as those types of systems you'd put in place

16   for medical devices.

17       Q.      With that explanation, is the answer

18   yes?

19       A.      Ask the question again now.

20       Q.      Have you ever had any experience in

21   maintaining a quality system for a medical device

22   in particular?

23       A.      Not specifically for a medical device,

24   but quality systems that I've maintained and been

25   involved in in manufacturing operations are -- are

1    the same or very similar.

2       Q.      Have you ever had any experience in

3    auditing quality systems for medical devices?

4       A.      Not specifically medical devices.  Only

5    other polymer-based products.

6       Q.      And can you give me an overview of how

7    you performed your audits?

8       A.      Of other polymer products?

9       Q.      Yes.

10      A.      Sure.  You -- you asked a question

11   before that I guess I misinterpreted about design

12   controls.  So -- in auditing polymer-based products

13   that I've been involved in and that we would

14   manufacture, we had certain specifications or

15   criteria, what I would call design controls.

16   Certain parameters that you could measure that you

17   were trying to target in the manufacturing process.

18             In -- in trying it maintain a quality

19   system, you would go and pull random samples and

20   test those versus your design controls.

21      Q.      Okay.

22      A.      If I'm understanding the question

23   correctly.

24      Q.      Now, do you have any experience in

25   preparing any design controls for medical devices?

1    For the design and development of medical devices,

2    that is.

3        A.      Not specifically for medical devices;

4    only for other polymer-based products.

5        Q.      Okay.  And what were those design

6    controls?

7        A.      For other polymer-based products?

8        Q.      Yes.

9        A.      They varied, depending on what the

10   product was.

11       Q.      Okay.  I know it's your testimony, your

12   opinion, that Ethicon's Prolene is subject to

13   oxidative degradation.

14              I'd like to follow up on that and ask

15   you, are there any degradation products of the

16   oxidative degradation of Prolene?

17       A.      Not typically.  It -- the oxidative --

18   oxygen -- it -- it -- it depends on how it

19   oxidizes.  I need to be careful with that, because

20   there's different oxidizing agents that can react

21   with it.  And, depending on the oxidizing agent

22   that reacts with it, I think there can be some

23   potential for byproducts.

24              In general, oxygen is attaching from

25   some type of reactive oxygen species or even oxygen

1    from the air, and it breaks the chain, the long

2    chain length of the polypropylene, into shorter

3    chains.

4        Q.      In that case, let's focus on Prolene in

5    the body specifically.

6        A.      Okay.

7        Q.      Are there -- I know you've given the

8    opinion that, in the body, there is oxidative

9    degradation going on of the Prolene.

10               So I want to know, are there any

11   degradation products resulting from the oxidation

12   that -- degradation that you believe is occurring?

13               MR. BOWMAN:  Object to form.

14               THE WITNESS:  Can you point to in my

15   report where I say that it's oxidizing in the body?

16               You said I said that it oxidized in the

17   body.  That's what -- there are reactive oxygen

18   species in the body, but that specifically -- that

19   oxidative mechanism inside the body is specifically

20   what Dr. Guelcher reports on.

21   BY MR. DAVIS:

22       Q.      Okay.  You don't have an opinion as to

23   whether Prolene oxidizes in the body --

24               MR. BOWMAN:  Object to form.

25

```
 1    BY MR. DAVIS:

 2         Q.      -- is that correct?

 3         A.      No, that's not correct.

 4         Q.      Okay.  Do you -- is it your opinion

 5    that Prolene, after implantation in the human body,

 6    is undergoing oxidative degradation?

 7                  MR. BOWMAN:  Object to form.

 8                  THE WITNESS:  Yes.

 9    BY MR. DAVIS:

10         Q.      Okay.  And where is that in your

11    report?  I thought a minute ago you said -- you

12    said it's not in your report.

13         A.      It's not.  I don't offer that as an

14    opinion, and I'm not going to testify on that.  But

15    you asked if I believed that's happening.  And,

16    yes, I do believe that's happening.

17         Q.      Okay.

18         A.      But, the actual mechanism for how it's

19    happening -- I say that because I've read

20    Dr. Guelcher's report.

21         Q.      Okay.  But -- so -- my question then --

22    follow-up -- is, will you agree that it's not

23    within your expertise to evaluate whether Ethicon's

24    Prolene is undergoing oxidative degradation after

25    implantation in the body?
```

```
 1                    MR. BOWMAN:  Object to form.
 2                    THE WITNESS:  Not the way that you
 3      worded that question, no, I don't agree with that.
 4      BY MR. DAVIS:
 5           Q.      How did you -- how would you word it?
 6           A.      I'm not wording the question.  I'm
 7      answering your question.  So if you want to read it
 8      back, I'll answer it specifically.
 9           Q.      Okay.  What expertise do you have to
10      evaluate whether Ethicon's Prolene is undergoing
11      oxidative degradation within the human body?
12           A.      Okay.
13                    MR. BOWMAN:  Object to form.
14                    THE WITNESS:  I have expertise of what
15      Prolene does outside the body and how it oxidizes.
16      I have expertise on testing for oxidation.
17      BY MR. DAVIS:
18           Q.      Outside the body, right?
19           A.      Outside the body, or even something
20      that was inside the body and then was taken out of
21      the body.  The testing is the same for that.
22                    So I have expertise on testing even
23      something that's come out of the body -- you asked
24      if I had any expertise to see if it's oxidized in
25      the body.  You can take explants and you can do
```

1    testing and you can see if oxidation has occurred.

2    And I have expertise in doing that and evaluating

3    that.

4        Q.      Have you done it in this case?

5        A.      I do not have explants in this case,

6    no.

7        Q.      Okay.  Do you know who the -- the name

8    of the plaintiffs in this case are?

9        A.      Jasso.

10       Q.      Okay.  Do you know anything about her?

11       A.      I do not.

12       Q.      Do you know what she had implanted in

13   her?

14       A.      I don't have any specific information

15   about the plaintiff.  I'm assuming it's a Prosima

16   because that's what I was asked to evaluate for

17   this case.  But I was not asked to evaluate the

18   effect in her body.

19       Q.      Did you ask if any explants were

20   available relating to Ms. Jasso?

21               By the way, I believe it's pronounced

22   YAH-so.

23       A.      Jasso.

24       Q.      I may be wrong, but. . .

25       A.      I don't recall if I asked that or not.

1      Q.      Okay.

2              MR. LITZENBURG:  I don't know if I can

3      help to shortcut this at all, but Dr. Dunn will not

4      be offered for any case-specific testimony --

5              MR. DAVIS:  Okay.

6              MR. LITZENBURG:  -- plaintiff specific.

7              MR. DAVIS:  Thank you.

8      BY MR. DAVIS:

9      Q.      Dr. Dunn, do you have any expertise on

10     what occurs to Prolene within the body?

11             MR. BOWMAN:  Object to form.

12             THE WITNESS:  Yes.

13     BY MR. DAVIS:

14     Q.      What is that expertise?

15     A.      That, if it does oxidize, I know what

16     the effect is on the polymer, the properties that

17     it changes on the polymer, the molecular weight,

18     the flexibility, that it goes from being ductile to

19     being brittle, that it cracks, that it flakes.

20     Q.      Well, but you started that with the

21     word "if" it oxidizes, right?

22     A.      Let's read back what your question was.

23             Can -- what was the last question I was

24     asked?

25             (Whereupon the following question was

1    chemically in published literature, such as the

2    fact that polypropylene has been known to oxidize

3    for decades.  So I agree.

4        Q.      In fact, you -- in your own report,

5    you -- you point out that polypropylene has been

6    extensively studied since the 1960s, right?

7        A.      Outside the body, yes.

8        Q.      Okay.

9                Now, do you see where, at the bottom of

10   page 3 of 6, the FDA goes on to explain that, in

11   analyzing the need for biocompatibility testing,

12   you should follow ISO 10993?  Do you understand

13   that?

14       A.      Yes.

15       Q.      And do you also --

16       A.      Can -- I just want to point out one

17   more time that biocompatibility and -- and chemical

18   degradation were in different categories in the

19   FMEA, and everything associated with

20   biocompatibility that we're talking about was not

21   in the category that I am discussing.

22               So continue on.

23       Q.      Because you're saying that oxidative

24   degradation is a chemical process, as opposed to --

25   as opposed to going to biocompatibility?

EXHIBIT D

**LITERATURE**

| Author | Name | Journal Citation |
|--------|------|------------------|
| Achimsky, L. | Kinetic Study of the Thermal Oxidation of Polypropylene. | Polymer Degradation and Stability 57:231-240 (1997). |
| Alajmo F | Polypropylene Suture Fracture2 | Ann Thorac Surg 1985 39.4: 400 |
| Aldrete V | Polpropylene Suture Fracture | Ann Thorac Surg 1984 Mar; 37(3):264 |
| Altman AJ, Gorn RA, et al | The breakdown of polypropylene in the human eye:  is it clinically significant? | Ann Ophthalmol 1986 May; 18(5) 182-5 |
| Anderson | Cellular interactions with biomaterials: in vivo cracking of pre-stressed Pellethane | |
| Anderson JM, et al | Foreign Body Reaction to Biomaterials | Semin Immunol 2008 April; 20(2): 86-100 |
| Apple DJ, Mamalis N, et al | Biocompatibility of implant materials:  a review and scanning electron microscopic study | J Am Intraocul Implant Soc 1984 Winter; 10(1):53-66 |
| Bachman, S, Ramshaw, B | Prosthetic Material in Ventral Hernia Repair:  How Do I Choose? | Surg Clin N Am 88 (2008) 101-112 |
| Barbolt TA | Biology of polypropylene/polygiactin 910 grafts | Int Urgynecol J (2006) 17; S26-S30 |
| Berrocal J, Clave' H, et al | Conceptual advances in the surgical management of genital prolapse  The TVM technique emergence | J Gynecol Obstet Biol Reprod 2004: 33:577-587 |
| Binnebosel M, et al. | Biocompatibility of prosthetic meshes in abdominal surgery | Semin Immunopathol. 2011; 33:235-243 |
| Calhoun TR, Kitten DM | Polypropylene suture -- Is it safe? | J Vasc Surg 1986; 4:98-100 |
| Chanda et al | Industrial Polymers | Hardcover 2008 |
| Clarke KM, Lantz GC, et al | Intestine Submucosa and Polypropylene Mesh for Abdominal Wall Repair in Dogs | Journal of Surgical Research 60, 107-114 (1996) |
| Clave', A., et al | Polypropylene as a Reinforcement in Pelvic Surgery in Not Inert:  Comparative Analysis of 100 Explants. | Int Urogyn J 2010; 21:261-270 |
| Claymen HM | Polypropylene | Opthalmology 1981 88:959-976 |
| Cobb, W., et al. | The Argument for Lightweight Polyropylene Mesh in Hernia Repair | Surgical Innovation 2005, 12(1):T1-T7 |
| Cobb, WS, et al | Textile Analysis of Heavy Weight, Mid-Weight, and Light Weight Polypropylene Mesh in a Porcine Ventral Hernia Model | J Surg Research 136, 1-7 (2006) |
| Coda A | Structural alterations of prosthetic meshes in humans | Hernia (2003) 7: 29–34 |
| Cornel G | Fracture of Polypropylene Suture | Ann Thorac Surg 1982; 33:641 |
| Cosson M, et al | Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal materia;? | Int Urogynecol J (2003) 14: 169-178 |
| Costello CR, et al | Materials Characterization of Explanted Polypropylene Hernia Meshes | J Biomed Mater Res Part B: Appl Biomater 83B: 44-49, 2007 |

**LITERATURE**

| Author | Name | Journal Citation |
|---|---|---|
| Costello, C., et al | Characertization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient. | Surgical Innovation. 2007; 14(3): 168-176 |
| Cozad MJ, et al | Materials characterization of explanted polypropylene, polyethylene terephthaiate, and expanded polytetrafluoroethylene composites: Spectral and thermal analysis | J Biomed Mater Res Part B: Appl Biomater 94B: 455-462, 2010 |
| Das N | Review Article: Microbial Degradation of Petroleum Hydrocarbons Contaminant: An Overview | Journal of Biotechnology Research International, Volume 2011, Article ID 941810 |
| de Tayrac, R. & Letouzey, V. | Basic science and clinical aspects of mesh infection in pelvic floor reconstructive surgery. | Int Urogynecol J, 22(7), 775-780. doi: 10.1007/s00192-011-1405-4. |
| Drews RC | Polypropylene in the human eye | Am Intra-Occular Implant Soc J 1983 Spring 9:137-142 |
| Falconer, C., et al | Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women | Int Uyrogynecol J (2001) (Suppl 2):S19-S23 |
| Fayolle B, Audouin L, et al | Macroscopic heterogeneity in stabilized polypropylene thermal oxidation | Polymer Degradtion and Stability 77 (2002) 515-522 |
| Fayolle B, Audouin L, et al | Oxidation induced embrittlement in polypropylene -- a tensile testing study | Polymer Degradation and Stability 70 (2000) 333-340 |
| Fayolle, et al | Initial steps and embrittlement in the thermal oxidation of stabilised polypropylene films | Polymer Degradation and Stability 75 (2002) 123-129 |
| Feola A,  Moalli PA, et al | Stress-Shielding the mpact of Mesh Stiffness on Vaginal Function | Female Pelvic Med Reconstr. Surgery (2011) 17(5): S54-S110 |
| Feola, A. | Deterioration in biomechanical properties of the vagina following implantation of a high-stiffness prolapse mesh | BJOG An International Journal of Obstetrics and Gynaecology 2013 |
| Frostling, H, et al | Analytical, occupational and toxicologic aspects of the degradation products of polypropylene plastics | Scand J Work Environ Health 1984; 10(3):163-169 |
| Goretzlehner U, Mullen A | PVDF as an implant material in urogynaecology | Translation of German article accepted for publishing:  Journal "Biomateriallen" ISSN 1616-0177 |
| Greenwald D, Shumway S, et al | Mechanical Comparison of 10 Suture Materials Before and After in Vivo Incubation | J Surg Research 1994; 56:372-377 |
| Guidoin R, Chakfe N | Aneurysmal Deteroration of Arterial Substitutes | Current Therapy in Vascular Surgery 2: 324-328 |
| Hafeman AE, et al | Characterization of the degradation mechanisms of lysine-derived aliphatic poly (ester urethane) scaffolds | Biomaterials 32 (2011) 419-429 |

**LITERATURE**

| Author | Name | Journal Citation |
|---|---|---|
| Heniford, B.T. | """"The benefits of lightweight meshes in Ventral Hernia Repair in Ventral Hernia Repair"""" | Video produced by Ethicon. 2007 |
| Hilton, P., et al | Postural Perineal Pain Associated With Perforation of the Lower Urinary Tract Due to Insertion of a Tension-Free Vaginal Tape | BJOG (2003) 110: 79-82 |
| Hiltz, A. | Oxidative Degradation of Unstabilized Polypropylene. | Textile Research J. 35:716-724 (1965). |
| Hinoul P, Bonnet P, Krofta L, et al | An anatomic comparison of the original versus a modified inside-out transobturator procedure | Int.Urogynecol J(2011) 22(8) 997-1004 |
| Hinoul P, Vervest HAM, et al | A Randomized, Controlled Trial Comparing an Innovative Single Incision Sling With an Established Transobturator Sling to Treat Female Stress Urinary Incontinence | The Journal of Urology, Vol. 185, 000, April 2011 |
| Hiren, P, Osterguard DR, et al | Polypropylene mesh and the host response | Int Urogynecol J (2012) 23:669-679 |
| Hoff | Thermal Oxidation of Polypropylene in the Temperature Range of 120-280C | J Appl Polym Sci 29:465-80,1984 |
| Huber A, et al | Histopathologic hosts response to polypropylene-based surgical mesh materials in a rat abdominal wall defect model | J Biomed Mater Res Part B: Appl Biomater 100B: 709-717, 2012 |
| Iakovlev V, Mekel G, Blaivas J | Pathological Findings of Transvaginal Polypropylene Slings Explanted for Late Complications: Mesh Is Not Inert | ICS.org abst 228 Study St Michael's Hospital, Univ. Toronto |
| Iakovlev VV, Carey ET, Steege J | Pathology of Explanted Transvaginal Meshes | International Journal of Medical, Health, Pharmaceutical and Biomedical Engineering Vol:8 No:9, 2014 |
| Iakovlev | In vivo degradation of surgical polypropylene meshes: A Finding overlooked for decades | Virchows Arch (2014) 465 (Suppl 1):S1–S379 |
| Iakovlev | Explanted surgical meshes: what pathologist and industry failed to do for 50 years | Virchows Arch (2014) 465 (Suppl 1):S1–S379 |
| Iakovlev, V., Guelcher, S., and Bendavid, R. | Degradation of Polypropylene In Vivo: A Microscopic Analysis of Meshes Explanted from Patients. | Journal of Biomedical Materials Research: Part B - Applied Biomaterials. Manuscript ID: JBMR-B-15-0208.R1 (Accepted for Publication July 30, 2015). |
| Jongebloed, WL, et al. | Degradation of Polypropylene in the Human Eye: A Sem-Study | Doc Ophthalmol,Vol 64, No. 1, pp. 143-152, 1986 |
| K. Junge, et al. | Elasticity of the anterior abdominal wall and impact for reparation of incisional hernias using mesh implants. | Hernia (2001) 5:113-118 |

| Author | Name | Journal Citation |
|---|---|---|
| Kausch HH | The Effect of Degradation and Stabilization of the Mechanical Properties of Polymers Using Polypropylene Blends as the Main Example | Macromol Symp 2005, 225: 165-178 |
| Klinge U, et al | Shrinking of Polypropylene Mesh in vivo:  An Experimental Study in Dogs* | Eur J Surg 1998; 164: 965-969 |
| Klinge U, Klosterhalfen B, et al | PVDF as a new polymer for the construction of surgical | Biomaterials 23 (2002) 3487-3493 |
| Klosterhalfen B and Klinge U. | The lightweight and large porous mesh concept for hernia repair | Expert Rev. Med. Devices, 2005; 2(1) |
| Lacoste, J. et al. | Surface and bulk analyses of the oxidation of polyolefins. | Polymer Degradation and Stability 49 (1995) 21-28 |
| Lacoste, J. et al. | Gamma-, Photo-, and Thermally-Initiated Oxidation of Isotactic Polypropylene. | J. Polm. Sci. A. Polym. Chem 31:715-722 (1993). |
| Liebert T., et al | Subcutaneous Implants of Polypropylene Filaments | J Biomed Mater Res. 1976; 10:939-951 |
| Lithner D | Environmental and Health Hazards of Chemicals in Plastic Polymers and Products | University of Gothernburg Publishing |
| Martin JR, et al | A porous tissue engineering scaffold selectively degraded by cell-generated reactive oxygen species | Biomaterials 35 (2014) 3766-3776 |
| Mary, Celine, et al | Comparison of the In Vivo Behavior of the Polyvinylidene Floride and Polypropylene Sutures Used In Vascular Surgery | ASAIO Journal 1998: 199-206 |
| Moalli J, Editor | Plastics Failures, Analysis and Prevention | 2001, Chapters 1 and 6 |
| Ostergard DR | Degradation, infection and heat effects on polypropylene mesh for pelvic implantation:  what was known and when it was known | Int Urgynecol J (2011) 22:771-774 |
| Oswald JF, Turi E | The Deterioration of Polypropylene By Oxidative Degradation | Polymer Engineering and Science 5 (1965) 152-158 |
| P. Bahadur, N.V. Sastry | Principles of Polymer Science | Principles of Polymer Science, 2nd Edition |
| Pandit AS, Henry, JA | Design of surgical meshes -- an engineering perspective | Technology and Health Care 12 (2004) 51-65 |
| Postlehwait RW | Long-Term Comparative Study of Nonabsorbably Sutures | Ann Surg (1970) 171(6): 892-898 |
| Postlethwait RW | Five Year Study of Tissue Reaction to Synthetic Sutures | Ann Surg 190(1):54-57 (1979) |
| Rene' de la Rie E | Polymer Stabilizers.  A Survey With Reference to Possible Applications in the Conservation Field | Studies in Conservation 33 (1988) 9-22 |
| Silva, RA, et al | Degradation Studies of Some Polymeric Biomaterials: Polypropylene (PP) and Polyvinylidene Difluoride (PVDF) | Materials Science Forum Vols. 539-543 (2007): 573-576 |
| Sternschuss, G, et al | Post-Implantation Alternations of Polypropylene in the Human | J Uro 2012;188: 27-32 |

**LITERATURE**

| Author | Name | Journal Citation |
|---|---|---|
| Szarnicki RJ | Polypropylene Suture Fracture | Ann Thorac Surg 1985 April; 39(4):400 |
| Tzartzeva K, Lingam D, et al | In-Depth Nano-Investigation of Vaginal Mesh and Tape Fiber Explants in Women | Study:  UT SW Med Center, UT Dallas |
| Williams D. | Review Biodegradation of surgical polymers | Journal of Materials Science. 1982; 17:1233-1246 |
| Williams DF | There is no such thing as a biocompatible material | Biomaterials 35 (2014) 10009-10014 |
|  | EB-405, The Durability of Polypropylene Geotextiles for Waste Containment Application | Available at www.geotextile.com |
| CAW/TCA | Health, Safety and Environment Fact Sheet: Hazardous Substances - Plastics | Available at www.caw.ca |
|  | Applied Plastics Engineering Handbook, Processing and Materials | 2011 |
| Scheirs | Compositional and Failure Analysis of Polymers | 2000 |
|  | Polypropylene: The Definitive User's Guide and Databook | Harcover 1998 |
| A Imel, T Malmgren, M Dadmun, S. Gido, J Mays | In vivo oxidative degradation of polypropylene pelvic mesh. | Biomaterials 73:131-141, 2015 |
|  | Plastics Additives Handbook 6th Edition | Hardcover 2009 |
| Brydson | Plastic Materials | 1999 |
| Klinge U, Junge K, Stumpf M, Ap AP, Klosterhalfen B. | Functional and morphological evaluation of a low-weight, monofilament polypropylene mesh for hernia repair. | J Biomed Materials 21 Res. 2002;63:129-36. |
| Klinge U, Park JK, Klosterhalfen B | 'The ideal mesh?' | Pathobiology. 2013;80:169-75. |

**DOCUMENTS**

| DATE | DOCUMENT | BATES BEG | BATES END |
|------|----------|-----------|-----------|
| | TVT Abbrevo IFU | ETH.MESH.02341203 | |
| 9/22/1987 | Lab Notebook pages from 1987 Study of Human | DEPO.Eth.Mesh.00000 | |
| | Guidoin Explant Report | Depo.eth.mesh.00004 755 | |
| | ASTM Standard Test Method for Stiffness of Fabrics | Designation: D 1388 – 96 (Reapproved 2002) | |
| 0/0/2010 | Richter NEJM article | Eth. Mesh.02594075 | |
| | | ETH.MESH . 00219861 | |
| | | ETH.MESH . 00748451 | |
| | | ETH.MESH . 00836161 | |
| | | ETH.MESH . 00870466 | |
| | | ETH.MESH . 01154126 | |
| | | ETH.MESH . 01962174 | |
| | | ETH.MESH . 02134849 | |
| | | ETH.MESH . 02157879 | |
| | | ETH.MESH . 02227368 | |
| | | ETH.MESH . 02282833 | |
| | | ETH.MESH . 03987419 | |
| | | ETH.MESH . 04013853 | |
| | | ETH.MESH . 04038032 | |
| | | ETH.MESH . 05644163 | |
| | Risk Assessment | ETH.MESH . 06195201 | ETH.MESH.06195205 |
| | | ETH.MESH . 06372356 | |
| | | ETH.MESH . 07726704 | |
| | | ETH.MESH . 07928207 | |

**DOCUMENTS**

|  |  |  |  |
|---|---|---|---|
|  |  | ETH.MESH . 07930355 |  |
|  | Braskem MSDS | ETH.MESH . 10630803 | ETH.MESH.10630808 |
|  |  | ETH.MESH . 11298411 |  |
|  |  | ETH.MESH . 11298469 |  |
|  |  | ETH.MESH . 11298478 |  |
|  |  | ETH.MESH . 11298489 |  |
|  |  | ETH.MESH . 11298513 |  |
|  |  | ETH.MESH . 13345921 |  |
|  |  | ETH.MESH . 14234636 |  |
|  |  | ETH.MESH . 14234651 |  |
|  |  | ETH.MESH . 14237478 |  |
|  | Mesh Safety Report | ETH.MESH . 14442958 | ETH.MESH.14442976 |
|  |  | ETH.MESH . 21989844 |  |
|  |  | ETH.MESH . 21989844 |  |
| 0/0/2012 | Barber article | Eth.Mesh .10282645 |  |
| 8/23/2007 | Zaddem V email re macroporous - lower limit of pore size | ETH.MESH.00000272 | ETH.MESH.00000272 |
| 8/9/2005 | Selman 2005 Performance and Development Plan Summary | ETH.MESH.00000298 | ETH.MESH.00000364 |
| 9/22/1987 | Lab Notebook pages Re Prolene Explants | ETH.MESH.00000367 | ETH.MESH.00000368 |
| 11/22/2007 | Performance Qualificagtion Protocol:  Gynecare Prolift +M Sous-Ensemble | ETH.MESH.00000428 | ETH.MESH.00000428 |
| 3/5/2009 | Interim report mesh explants pelvic floor repair | Eth.Mesh.00006636 |  |
| 04/??/08 | Klosterhalfen Interim report mesh explants pelvic floor repair | ETH.MESH.00006636 | ETH.MESH.00006636 |
|  | Presentation:  Stand & Deliver Pelvic Floor Repair | ETH.MESH.00006796 | ETH.MESH.00006809 |
| 11/18/2008 | Pelvic Floor Repair Online Training Course Second Draft Content Document | ETH.MESH.00008072 | ETH.MESH.00008072 |
|  | Annotated Prolift +M List of potential claims | ETH.MESH.00008631 | ETH.MESH.00008631 |
|  | Cosson, et al, Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int. Urogynecol J (2003) 14: 169-178 | Eth.Mesh.00015598 | Eth.Mesh.00015607 |
| 12/8/2003 | 510(k) Summary | ETH.MESH.00019863 | ETH.MESH.00019924 |
| 11/28/2005 | 510(k) premarket notification letter | ETH.MESH.00019925 | ETH.MESH.00020019 |
|  | Gynecare Prolift Pelvic Floor Repair System presentation | ETH.MESH.00033325 | ETH.MESH.00033385 |
|  | Dr Lucent session transcript | ETH.MESH.00067356 | ETH.MESH.00067363 |
|  | Medical Device Risk Management Plan - Revision Hx for PR602-003 Rev 13 | ETH.MESH.00070187 | ETH.MESH.00070211 |

**DOCUMENTS**

| 1/5/2010 | Timoner Fortin, S email chain re Prosima learning's at preceptor sites EMEA | ETH.MESH.00077727 | ETH.MESH.00077732 |
|---|---|---|---|
| 3/7/2007 | Flatow J email chain re Lightning 510(k) requirements list | ETH.MESH.00078537 | ETH.MESH.00078539 |
| 6/29/2010 | Clinical Study Report A Prospective, Multi-centre Study to Evaluate the Clinical Performance of the Gynecare Prolift +M Pelvic Floor Repair System as a Device for Pelvic Organ Prolapse | ETH.MESH.00080795 | ETH.MESH.00080924 |
| ??/??/07 | Prolift +M IFU | ETH.MESH.00081133 | ETH.MESH.00081139 |
| 11/9/2010 | 11/9-11/2010 AAGL Meeting PPT Presentation. | Eth.Mesh.00107688 | |
| 11/9/2011 | AAGL Las Vegas meeting brochure | ETH.MESH.00107688 | ETH.MESH.00107688 |
| | TVT Professional Education Program | ETH.MESH.00156909 | ETH.MESH.00156938 |
| ??/??/06 | No bigger than your palm - brochure | ETH.MESH.00158289 | ETH.MESH.00158293 |
| | Memorandum re Copy review submission compliance | ETH.MESH.00159473 | ETH.MESH.00159473 |
| 5/4/2007 | Gynecare TVT Secur System:  Key Technical Points | ETH.MESH.00163952 | ETH.MESH.00163960 |
| 4/18/2006 | CER Weisberg - Laser Cut Mesh | ETH.MESH.00167104 | ETH.MESH.00167110 |
| 2/8/2002 | Design Validation Strategy Version 1 | ETH.MESH.00199408 | ETH.MESH.00199413 |
| 11/24/2005 | Team conference call notes | ETH.MESH.00208897 | ETH.MESH.00208897 |
| 11/10/2009 | Mini TVT-O Team Meeting | Eth.Mesh.00211038 | Eth.Mesh.00211041 |
| 11/10/2009 | Mini TVT-O Team Meeting Agenda | ETH.MESH.00211038 | ETH.MESH.00211041 |
| 1/8/2002 | Barbolt memo to D'Aversa re Biocompatibility Risk Assessment for Prolene | ETH.MESH.00220333 | ETH.MESH.00220336 |
| 5/14/2001 | TVT-O Design History Book 5 of 7 | ETH.MESH.00222779 | ETH.MESH.00223267 |
| | TVT-O Design History Book 5 of 7 | Eth.Mesh.00222779 | |
| 5/14/2001 | TVT-O Design History Book 1 of 7 | ETH.MESH.00259047 | ETH.MESH.00259514 |
| | TVT-O Design History Book 1 of 7 | Eth.Mesh.00259047 | |
| 12/15/2003 | Product Design Safety Assessment Revision 2 | ETH.MESH.00259473 | ETH.MESH.00259503 |
| 5/29/2003 | Study description Chart | ETH.MESH.00260020 | ETH.MESH.00260021 |
| 4/14/2003 | Smith,D email chain re Mulberry update | ETH.MESH.00260591 | ETH.MESH.00260592 |
| 0/0/2003 | Email re: lack of clinical data | Eth.Mesh.00260591 | |
| 6/9/2003 | O'Bryan S email re Mulberry stage gate action item closed | ETH.MESH.00261584 | ETH.MESH.00261585 |
| | PPT Presentation titled "The Science of What's Left Behind: Evidence & Follow-Up of Mesh Use for SUI." | Eth.Mesh.00271641 | |
| | Nick Franco Naples, FL Presentation:  The Science of "What's Left Behind"... Evidence & Follow-Up of Mesh Used for SUI | ETH.MESH.00271641 | ETH.MESH.00271641 |
| 11/21/2005 | Email re: GREAT NEWS FOR TVT LASER CUT MESH! | Eth.Mesh.00301741 | Eth.Mesh.00301742 |
| 11/21/2005 | Lamont D email chain re Great News for TVT Laser Cut Mesh | ETH.MESH.00301741 | ETH.MESH.00301742 |
| 2/24/2006 | Lamont D Memo re TVT Laser Cut Mesh Risk Analysis Summary | ETH.MESH.00302105 | ETH.MESH.00302106 |
| 2/20/2007 | Lamont D email chain re Complaint Summaries | ETH.MESH.00303084 | ETH.MESH.00303085 |
| 3/5/2008 | Lamont D email chain re Gynemesh issue | ETH.MESH.00303944 | ETH.MESH.00303945 |

**DOCUMENTS**

| 4/29/2008 | Lamont D email chain re Post Launch Reviews | ETH.MESH.00304013 | ETH.MESH.00304014 |
|---|---|---|---|
| | | ETH.MESH.00308747 | |
| 3/3/2008 | Robinson D email chain re Quality issue with a batch of gynemesh | ETH.MESH.00328895 | ETH.MESH.00328901 |
| | - DFMEA | ETH.MESH.00335080 | ETH.MESH.00335080 |
| 12/18/2008 | Lisa B email chain re TVT Patient Brochure Fair Balance EPI Changes | ETH.MESH.00339083 | ETH.MESH.00339084 |
| 02/??/02 | 5 Years of Proven Performance | ETH.MESH.00339437 | ETH.MESH.00339442 |
| 4/1/2009 | Email re: TVT-Mini Clinical Support. | Eth.Mesh.00346227 | |
| 4/1/2009 | Lisa B email re TVT-Mini clinical support | ETH.MESH.00346277 | ETH.MESH.00346277 |
| | Excel Spreadsheet of Pain associated with TVT-O. | Eth.Mesh.00354725 | |
| | Spreadsheet re TVT-O pain | ETH.MESH.00354725 | ETH.MESH.00354725 |
| ??/??/10 | pg from Minimally invasive synthetic suburethral sling operation for SUI in women | ETH.MESH.00355087 | ETH.MESH.00355087 |
| | | ETH.MESH.00360799 | |
| | Revision Hx for PR800-012 Rev 11 | ETH.MESH.00363605 | ETH.MESH.00363625 |
| 1/28/1998 | 510(k) clearance letter | ETH.MESH.00371496 | ETH.MESH.00371594 |
| 2/1/2006 | Global Regulatory Strategy GYNECARE TVT - Laser Cutting Project | ETH.MESH.00394544 | ETH.MESH.00394553 |
| 5/6/2005 | London Brown A email re Laser-cut Mesh | ETH.MESH.00526473 | ETH.MESH.00526474 |
| 6/23/2006 | St. Hilaire P email chain re LCM - Launch Strategy EMEA | ETH.MESH.00526484 | ETH.MESH.00526487 |
| 5/22/2007 | Smith D email chain re TVT Secur EU Experts meeting - feedback & future action | ETH.MESH.00527832 | ETH.MESH.00527836 |
| 9/27/2010 | Shah N email chain re Textile supplier | ETH.MESH.00528621 | ETH.MESH.00528626 |
| 11/18/2003 | Wesiberg Memo to File re Mesh Fraying for TVT Devices | ETH.MESH.00541379 | ETH.MESH.00541380 |
| 10/18/2010 | Caro-Rosado L email chain re Lab results orf Mesh roping evaluation | ETH.MESH.00544657 | ETH.MESH.00544658 |
| 5/18/2006 | Cantimbuhan R email re design transfer checklist dicussion, 05/16/06 | ETH.MESH.00554680 | ETH.MESH.00554680 |
| 2/15/2006 | Flatow J email chain re DVer protocol for particle loss | ETH.MESH.00584291 | ETH.MESH.00584292 |
| 6/6/2006 | Fournier H re New Standards for Urethral Slings | ETH.MESH.00584488 | ETH.MESH.00584494 |
| 6/6/2006 | Fournier H re New Standards for Urethral Slings | ETH.MESH.00584491 | ETH.MESH.00584497 |
| 2/19/2004 | Email thread re: Prolene Mesh. | Eth.Mesh.00584714 | |
| 2/19/2004 | Kammerer G email chain re Prolene Mesh | ETH.MESH.00584714 | ETH.MESH.00584715 |
| 4/19/2004 | Kammerer G email re Ultrasonic Slitting of Prolene Mesh for TVT | ETH.MESH.00584811 | ETH.MESH.00584813 |
| 3/10/2006 | Next Generation Mesh Discussion Agenda | ETH.MESH.00585672 | ETH.MESH.00585673 |
| 5/9/2006 | Email re: Particle Loss on TVT | Eth.Mesh.00585802 | |
| 5/9/2006 | Kammerer G email re Particle loss of TVT | ETH.MESH.00585802 | ETH.MESH.00585802 |
| 6/12/2006 | Kammerer G email chain re TVT LCM - particle loss (reimbursement submission) | ETH.MESH.00585842 | ETH.MESH.00585843 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 1/20/2006 | Kammerer G email chain re TVT - TVT-O specifications | ETH.MESH.00585906 | ETH.MESH.00585909 |
| 2/13/2006 | Kammerer G email chain re TVM discussions | ETH.MESH.00585937 | ETH.MESH.00585939 |
| 3/28/2007 | Performance Evaluation Technical Report | ETH.MESH.00593165 | ETH.MESH.00593189 |
| | PPT Slides "TVT Abbrevo U.S. Launch Overview." | Eth.Mesh.00632655 | |
| | U.S. Launch Overview | ETH.MESH.00632655 | ETH.MESH.00632655 |
| | | ETH.MESH.00684368 | |
| 12/19/2005 | Mahar K mail chain re Lazer cut mesh | ETH.MESH.00687819 | ETH.MESH.00687822 |
| 12/19/2005 | Mahar K email chain re Lazer cut mesh | ETH.MESH.00687819 | ETH.MESH.00687822 |
| 12/21/2005 | Honjnoski P email chain re CER - LCM | ETH.MESH.00700344 | ETH.MESH.00700345 |
| 10/5/2006 | Hernandez J email re TVT LCM Early EU Feedback | ETH.MESH.00746204 | ETH.MESH.00746208 |
| ??/??/06 | Product Pointer | ETH.MESH.00746209 | ETH.MESH.00746209 |
| | Surgeon Evaluation Questions for Laser Cut Mesh | ETH.MESH.00746210 | ETH.MESH.00746212 |
| 11/9/2010 | TVT Classif IFU Revision Project Design Requirements Waiver Rationale Memo | ETH.MESH.00748213 | ETH.MESH.00748213 |
| 5/15/2008 | Prolift +M FDA Clearance Letter | ETH.MESH.00748451 | ETH.MESH.00748803 |
| 8/23/2005 | Final Report, PSE Accession Number 05-0395, Project Number 67379 | ETH.MESH.00749504 | ETH.MESH.00749517 |
| 3/9/2006 | Interim Report Test and Control ARticle Material Characterization Program | ETH.MESH.00750766 | ETH.MESH.00750769 |
| 11/21/2005 | Process Qualification Completion Report Version 1 | ETH.MESH.00752863 | ETH.MESH.00752893 |
| | RMR - TVT-S | ETH.MESH.00752921 | ETH.MESH.00752925 |
| | Risk Management Report Revision History for RMR-0000021 | ETH.MESH.00752928 | ETH.MESH.00752932 |
| | TVT Secur Harm/Hazards Table | ETH.MESH.00752933 | ETH.MESH.00752934 |
| 12/17/2008 | Osman R email chain re 2008 Budget Spend | ETH.MESH.00772228 | ETH.MESH.00772229 |
| 12/17/2008 | Osman R email chain re Updated Fair Balance for TVT Brochure | ETH.MESH.00772231 | ETH.MESH.00772232 |
| | Presentation:  Gynecare TVT Secur Project Overview PLT REview | ETH.MESH.00826057 | ETH.MESH.00826067 |
| 4/12/2007 | Thunder Meeting Minutes | ETH.MESH.00832555 | ETH.MESH.00832556 |
| 1/22/2008 | Thunger Meeting Minutes | ETH.MESH.00832562 | ETH.MESH.00832564 |
| | Arnaud, Robinson presentation:  Characteristics of Synthetic Materials Used in Prolapse and Incontinence Surgery | ETH.MESH.00838428 | ETH.MESH.00838469 |
| 8/31/2007 | Robinson D email chain re Asking TVT Complication? - Fraying | ETH.MESH.00844331 | ETH.MESH.00844335 |
| 8/31/2007 | Robinson D email Chain re Asking TVT Complication? - Fraying | ETH.MESH.00844341 | ETH.MESH.00844344 |
| 5/27/2008 | Risk Benefit Analysis TVT-S | ETH.MESH.00853802 | ETH.MESH.00853806 |
| 1/22/2004 | Presentation:  Sales Training Launch Meeting Gynecare TVT Obturator System | ETH.MESH.00857821 | ETH.MESH.00857923 |
| | Luscombe presentation:  Top Ten Reasons to Pursue Gynecare TVT Obturator System | ETH.MESH.00857891 | ETH.MESH.00857893 |

**DOCUMENTS**

|  | | | |
|---|---|---|---|
|  | Internal Dan Smith memo – Gynecare board discussed risk of no clinical prior to launch, will proceed as no clinical needed | Eth.Mesh.00858080 | |
|  | Smith D Memo re Gynecare Board risk discussion before launch | ETH.MESH.00858080 | ETH.MESH.00858081 |
| 06/??/03 | Gynecare R&D Monthly Update - June | ETH.MESH.00858092 | ETH.MESH.00858093 |
| 3/4/2003 | Gynecare R&D Monthly Update - March | ETH.MESH.00858094 | ETH.MESH.00858095 |
|  | Gynecare R&D Monthly Update -- May | ETH.MESH.00858096 | ETH.MESH.00858097 |
| 6/3/2003 | Mulberry Weekly Meeting Minutes for 06/03/2003 | ETH.MESH.00858175 | ETH.MESH.00858177 |
|  | London Brown Memo to Smith re Mechanical Cut vs Laser Cut Mesh Rationale | ETH.MESH.00858252 | ETH.MESH.00858253 |
|  | Smith D Memo TVT Secur Lessons Learned Review | ETH.MESH.00858636 | ETH.MESH.00858641 |
|  | Where the market is heading | ETH.MESH.00858891 | ETH.MESH.00858891 |
| 6/1/2009 | Smith D email chain re Sample medio TVTO | ETH.MESH.00860142 | ETH.MESH.00860144 |
| 6/2/2003 | Smith D email re My notes from the Thursday evening presentation 5/22/03 and Friday's surgery | ETH.MESH.00862727 | ETH.MESH.00862728 |
| 2/27/2004 | Email re: 2 TVT Complaints concerning allegedly brittle mesh | Eth.Mesh.00863391 | Eth.Mesh.00863393 |
| 2/27/2004 | Smith D email chain re 2 TVT Complaints concerning allegedly brittle mesh | ETH.MESH.00863391 | ETH.MESH.00863393 |
| 3/9/2004 | Emails re: Complaint TVTO | Eth.Mesh.00863405 | Eth.Mesh.00863407 |
| 3/9/2004 | Luscombe B email chain re Complaint TVT-O | ETH.MESH.00863405 | ETH.MESH.00863407 |
| 7/24/2003 | Smith D email chain re TOVT developments | ETH.MESH.00864101 | ETH.MESH.00864102 |
| 8/15/2001 | Luscombe B email chain re Aug 11 program | ETH.MESH.00864131 | ETH.MESH.00864133 |
| 5/5/2004 | Smith D email chain re TVT-O | ETH.MESH.00864407 | ETH.MESH.00864408 |
| 9/8/2004 | Smith D email chain re Ongoing TVT-O Action Items | ETH.MESH.00864490 | ETH.MESH.00864492 |
| 9/14/2004 | Smith D email chain re Ongoing TVT-O Action Items | ETH.MESH.00864493 | ETH.MESH.00864496 |
| 3/2/2004 | Email re: Reminder on BLUE mesh! | Eth.Mesh.00865322 | Eth.Mesh.00865323 |
| 3/2/2004 | Owens C email chain re Reminder on BLUE mesh | ETH.MESH.00865322 | ETH.MESH.00865323 |
| 8/14/2007 | Thunder meeting minutes | ETH.MESH.00869908 | ETH.MESH.00869909 |
|  | | ETH.MESH.00869977 | |
| 6/2/2006 | Expert Meeting Minutes - Meshes for Pelvic Floor Repair | ETH.MESH.00870466 | ETH.MESH.00870476 |
| 6/6/2006 | Ethicon Expert Meeting Meshes for Pelvic Floor Repair | Eth.Mesh.00870466 | |
| 8/13/2006 | London Brown, A email chainre LIGHTning clinical strategy | ETH.MESH.00870481 | ETH.MESH.00870482 |
| 2/8/2006 | Yale M email chain re MHRA request - TVT (change to dying process) | ETH.MESH.00874032 | ETH.MESH.00874035 |
|  | | ETH.MESH.00876900 | |
| 1/18/2008 | Zaddem V email re 510(k) mesh data | ETH.MESH.00906445 | ETH.MESH.00906445 |
| 4/13/2005 | Sunoco, Inc MSDS | ETH.MESH.00918015 | ETH.MESH.00918019 |

DOCUMENTS

| | | | |
|---|---|---|---|
| | MSDS for Sunoco C4001 Polypropylene Homopolymer. | Eth.Mesh.00918015 | |
| 1/1/1970 | St Hilaire P re Bidirectional Elasticity Statement | ETH.MESH.00922443 | ETH.MESH.00922446 |
| | Weisberg M Final Draft CER | ETH.MESH.00998286 | ETH.MESH.00998291 |
| 12/13/2005 | St. Hilaire email chain re Clinical Expert Report Laser Cut Mesh | ETH.MESH.00998292 | ETH.MESH.00998293 |
| 6/22/2006 | Gadot, Harel email re LCM - Launch Strategy EMEA | ETH.MESH.00998347 | ETH.MESH.00998347 |
| 4/18/2006 | Weisberg M and Robinson D CER | ETH.MESH.00998349 | ETH.MESH.00998355 |
| 3/9/2007 | Smith D email chain re Draft of latest "cookbook"" after Germany trip | ETH.MESH.01000323 | ETH.MESH.01000329 |
| 6/4/2013 | Professional Education Index | ETH.MESH.01000449 | ETH.MESH.01000452 |
| 12/19/2006 | Robinson D email chain re TVT-S Cookbooks | ETH.MESH.01000731 | ETH.MESH.01000733 |
| 2/8/2005 | Final Report Ethicon Study No S04/2-2-1  A 3 month -re-clinical trial to assess the fixation force of a new TVT (TVTx) in the sheep model | ETH.MESH.01037530 | ETH.MESH.01037545 |
| | TVT and TVT-O Risk Management Report Rev. 1 | Eth.Mesh.01066916 | Eth.Mesh.01066932 |
| | TVT and TVT-O RMR Rev 1 | ETH.MESH.01066916 | ETH.MESH.01066932 |
| | Smith, Lond Brown presentation:  Gynecare TVT Secur | ETH.MESH.01150009 | ETH.MESH.01150059 |
| | | ETH.MESH.01154031 | |
| 6/6/2001 | Barbolt Memo to Ciarroca re Biocompatibility Risk Assessment for the TVT-L Device | ETH.MESH.01159961 | ETH.MESH.01159962 |
| 1/16/2001 | Dormier D email chain re Corporate Product Characterization December Monthly Report | ETH.MESH.01160507 | ETH.MESH.01160518 |
| | Marketing Brochure - Make Data and Safety Your Choice | ETH.MESH.01186068 | ETH.MESH.01186072 |
| 1/7/2009 | Kirkemo A email chain re My revised writeup of the DeLeval and Waltregny visit | ETH.MESH.01202101 | ETH.MESH.01202103 |
| 1/7/2009 | Kirkemo A email chain re My revised writeup of the DeLeval and Waltregny Visit | ETH.MESH.01202101 | ETH.MESH.01202103 |
| 11/14/2008 | Hinoul presentation:  The future of surgical meshes:  the industry's perspective | ETH.MESH.01203957 | ETH.MESH.01203998 |
| 11/14/2008 | Hinoul Austria Presentation:  The future of surgical meshes:  the industry's perspective | ETH.MESH.01203957 | ETH.MESH.01203957 |
| | TVT Abbrevo Risk Management Report Rev. 1 | Eth.Mesh.01212090 | Eth.Mesh.01212099 |
| | TVT-Abbrevo RMR Rev 1 | ETH.MESH.01212090 | ETH.MESH.01212099 |
| | Hutchinson Final Report An Exploratory 91-Day Tissue Reaction Study of Polypropylene-Based Surgical Mesh in Rats | ETH.MESH.01217925 | ETH.MESH.01217959 |
| | Revision History for dFMEA0000242 | ETH.MESH.01218019 | ETH.MESH.01218019 |
| | TVT Laser Cut Mesh Risk Management Report Rev. 1 | Eth.Mesh.01218099 | Eth.Mesh.01218103 |
| | TVT RMR Rev 1 | ETH.MESH.01218099 | ETH.MESH.01218103 |
| 4/5/2007 | State of Knowledge in "mesh shrinkage"--What we know | Eth.Mesh.01218361 | Eth.Mesh.01218367 |
| 4/5/2007 | Spychaj K memo re Shrinking meshes | ETH.MESH.01218361 | ETH.MESH.01218367 |
| 3/19/2003 | Final Test Report - Prolene | ETH.MESH.01218446 | ETH.MESH.01218449 |

**DOCUMENTS**

| 5/9/2006 | Flatow J email chair re Particle loss on TVT | ETH.MESH.01219629 | ETH.MESH.01219630 |
|---|---|---|---|
| 3/20/2006 | CPC-2006-0014, Completion Report for the Design Verification of TVT Laser Cut Mesh Particle Loss at 50%Elongation | Eth.Mesh.01219984 | |
| 3/20/2006 | Flatow Completion Report for Design Verification of TVT Laser Cut Mesh | ETH.MESH.01219984 | ETH.MESH.01219994 |
| 10/14/2003 | Kammerer G re Technical data on competitive meshes from Europe | ETH.MESH.01220710 | ETH.MESH.01220711 |
| 5/4/2006 | Kammerer G email re New Standards for Urethral Slings | ETH.MESH.01221024 | ETH.MESH.01221025 |
| 3/9/2006 | Kammerer G email chain re Elongation properties of LCM | ETH.MESH.01221618 | ETH.MESH.01221619 |
| 3/7/2006 | Weisberg, Robinson Clinical Expert Report | ETH.MESH.01221735 | ETH.MESH.01221740 |
| | Elongation Characteristics of Laser Cut Prolene Mesh for TVT | Eth.mesh.01222075 | Eth.mesh.01222079 |
| 2/28/2003 | Cirellli - Histological evaluation and Comparison of Mechanical Pull Out Strength of Prolene Mesh and Prolene Soft Mesh in a Rabbit Model | ETH.MESH.01222617 | ETH.MESH.01222654 |
| | Nilsson Podcase Transcript | ETH.MESH.01228079 | ETH.MESH.01228084 |
| 2/5/2008 | Robinson CER Gynecare Prolift+M | ETH.MESH.01259495 | ETH.MESH.01259509 |
| 6/28/2002 | Lawler T email re Polypropylene Mesh | ETH.MESH.01264260 | ETH.MESH.01264260 |
| 2/17/2011 | Zaddem V email re mesh pore size - tissue compliance and contraction | ETH.MESH.01264497 | ETH.MESH.01264498 |
| 3/14/2008 | Risk Management Report (Legacy) for TVT and TVT-O | Eth.Mesh.01265223 | Eth.Mesh.01265239 |
| | RMR TVT and TVT-O Rev 1 | ETH.MESH.01265223 | ETH.MESH.01265239 |
| | TVT and TVT-O Risk Management Report Rev. 2 | Eth.Mesh.01268264 | Eth.Mesh.01268277 |
| | RMR for TVT and TVT-O Revision History for RMR-0000044 | ETH.MESH.01268264 | ETH.MESH.01268277 |
| | TVT Laser Cut Mesh Risk Management Report Rev. 2 | Eth.Mesh.01310061 | Eth.Mesh.01310065 |
| | TVT Laser Cut RMR Rev 2 | ETH.MESH.01310061 | ETH.MESH.01310065 |
| | TVT Laser Cut Mesh Risk Management Report Rev. 3 | Eth.Mesh.01310476 | Eth.Mesh.01310481 |
| | TVT RMR Rev 3 | ETH.MESH.01310476 | ETH.MESH.01310481 |
| | | ETH.MESH.01316489 | |
| 5/14/2001 | Target Sheet Design History:  DH0263-DH0278 | ETH.MESH.01316727 | ETH.MESH.01316765 |
| 5/14/2001 | Target Sheet Design History:  DH0263-DH0278 | ETH.MESH.01317508 | ETH.MESH.01317613 |
| 4/25/2002 | DDSA Re-Evaluation for TVT | ETH.MESH.01317510 | ETH.MESH.01317514 |
| 7/12/2000 | TVT-2 needles Introducer Revision 8 | ETH.MESH.01317515 | ETH.MESH.01317524 |
| 5/14/2001 | TVT-O Design History Book 2 of 7 | ETH.MESH.01317769 | ETH.MESH.01318358 |
| | TVT-O Design History Book 2 of 7 | Eth.Mesh.01317769 | |
| 5/14/2001 | Target Sheet DH1017-DH1019(bk5) | ETH.MESH.01318359 | ETH.MESH.01318831 |
| | TVT-O Design History Book 4 of 7 | Eth.Mesh.01318359 | |
| 5/14/2001 | TVT-O Design History Book 6 of 7 | ETH.MESH.01318832 | ETH.MESH.01319499 |
| | TVT-O Design History Book 6 of 7 | Eth.Mesh.01318832 | |
| 5/14/2001 | TVT-O Design History Book 7 of 7 | ETH.MESH.01319500 | ETH.MESH.01320123 |

| | TVT-O Design History Book 7 of 7 | Eth.Mesh.01319500 | |
|---|---|---|---|
| 6/18/2007 | Volpe, Meier presentation:  Exploratory Program "Thunder" A Material designed for  pelvic floor | ETH.MESH.01405166 | ETH.MESH.01405166 |
| 1/3/2009 | Potential Failure Mode and Effects Analysis Chart Process FMEA | ETH.MESH.01407837 | ETH.MESH.01407857 |
| 3/21/2006 | Product Specification TVT-S Revision B | ETH.MESH.01410044 | ETH.MESH.01410047 |
| | Test Report No. B0086/02 Test for local effects after implantation | ETH.MESH.01424246 | ETH.MESH.01424290 |
| 7/11/2001 | 91-day intramuscular tissue reaction study conducted in rats. | Eth.Mesh.01425079 | ETH.MESH.01425113 |
| 2/27/2006 | Design Validation Report TVTSDVLPRD2 | ETH.MESH.01592178 | ETH.MESH.01592188 |
| | Ethicon Memo re: Prolene Pore Size | Eth.Mesh.01752532 | |
| | Ethicon R&C Memo re Mesh design argumentation issues | ETH.MESH.01752532 | ETH.MESH.01752535 |
| | Clinical Expert Report ULTRAPRO | ETH.MESH.01760853 | ETH.MESH.01760861 |
| 12/15/2006 | Arnaud A email re TVT-S Cookbooks | ETH.MESH.01770534 | ETH.MESH.01770534 |
| | TVT-Secur:  "Hammock" position - description for right-handed surgeon | ETH.MESH.01770535 | ETH.MESH.01770540 |
| | TVT-Secur:  "U" Position - description for right-handed surgeon | ETH.MESH.01770541 | ETH.MESH.01770546 |
| 12/20/2006 | Robinson emai chainl re TVT-S Cookbooks | ETH.MESH.01784428 | ETH.MESH.01784435 |
| | LCM CER | Eth.mesh.01784823 | Eth.mesh.01784828 |
| 1/17/2010 | Hinoul, P email chain re +M relaxation | ETH.MESH.01785259 | ETH.MESH.01785260 |
| 0/0/2010 | Hinoul email reporting meeting with Klosterhalfen | Eth.Mesh.01785259 | |
| 8/17/2010 | Clinical Expert Report TVT Abbrevo | ETH.MESH.01795909 | ETH.MESH.01795929 |
| | Abbrevo Clinical Expert Report | Eth.Mesh.01795909 | |
| | Draft Smith presentation:  The Mesh Story | ETH.MESH.01805985 | ETH.MESH.01806002 |
| 4/25/2002 | Test Report - Prolene | ETH.MESH.01808729 | ETH.MESH.01808741 |
| 12/14/2004 | Leibowitz B Memo re Comparison of Laser-Cut and Machine-Cut TVT Mesh to Meshes from Competitive Devices | ETH.MESH.01809080 | ETH.MESH.01809081 |
| 12/14/2004 | Leibowitz B Memo re Comparison of Laser-Cut and Machine-Cut TVT Mesh to Meshes from Competitive Devices (BE-2004-1641) | ETH.MESH.01809080 | ETH.MESH.01809081 |
| | London-Brown A Memto to Parisi, Mahar re VOC on new Laser Cut TVT Mesh | ETH.MESH.01809082 | ETH.MESH.01809083 |
| 11/29/2004 | Parisi P email re TVT Laser cut mesh business case | ETH.MESH.01811758 | ETH.MESH.01811758 |
| 12/10/2004 | Bell S email chain re VOC on Laser cut mesh | ETH.MESH.01811770 | ETH.MESH.01811772 |
| 6/20/2003 | Elbert K email chain re Design Control | ETH.MESH.01814371 | ETH.MESH.01814372 |
| | Work Instruction for New Product Design Control | ETH.MESH.01814384 | ETH.MESH.01814400 |
| 8/17/2004 | Burns J email chain re TVT-O Dr. Feagins case follow up | ETH.MESH.01815505 | ETH.MESH.01815513 |
| 6/17/2003 | Smith D email chain re Discussion 11th June 2003 | ETH.MESH.01815611 | ETH.MESH.01815613 |
| | Spreadhseet mesh characeristis | ETH.MESH.01816988 | ETH.MESH.01816989 |
| 5/9/2006 | Mesh Development Timeline | Eth.Mesh.01816990 | |
| ??/??/06 | Mesh development timeline | ETH.MESH.01816990 | ETH.MESH.01816990 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 7/31/2007 | Thunder Meeting minutes | ETH.MESH.01819505 | ETH.MESH.01819506 |
| 7/5/2009 | Robinson Literature Review - Pelvic Organ Prolapse Repair Procedures | ETH.MESH.01819528 | ETH.MESH.01819572 |
| 10/18/2006 | Smith D email chain re TVT-Secur | ETH.MESH.01822361 | ETH.MESH.01822363 |
| 3/25/2004 | Zaddem V email chain re disclosure questions | ETH.MESH.01988643 | ETH.MESH.01988644 |
| | Test Method Applicability/Suitability Rev History for FM-0000020 | ETH.MESH.01992234 | ETH.MESH.01992237 |
| 2/16/2011 | Biomechanical consideration for Pelvic floor mesh design | ETH.MESH.02010834 | ETH.MESH.02010855 |
| 12/2/2004 | Rousseau R email re umbilical hernia surgery sales contacts | ETH.MESH.02011199 | ETH.MESH.02011199 |
| 2/23/2007 | Ethicon Expert Meeting:  Meshes for Pelvic Floor Repair brochure | ETH.MESH.02017152 | ETH.MESH.02017158 |
| 03/??/01 | Hellhammer B Meshes in Pelvic Floor Repair Findings from literature reievw and interviews with surgeons | ETH.MESH.02017169 | ETH.MESH.02017190 |
| | | ETH.MESH.02017169 | |
| | Biocompatability of Prosima components final draft insert into 510k | ETH.MESH.02020023 | ETH.MESH.02020024 |
| 4/13/2005 | Sunco C4001 Polypropylene Homopolymer MSDS | ETH.MESH.02026591 | ETH.MESH.02026595 |
| ??/??/03 | Marketing brochure Gynemesh PS A New Mesh for Pelvic Floor Repair Early Clinical Experience | ETH.MESH.02053629 | ETH.MESH.02053632 |
| | | ETH.MESH.02053629 | |
| 5/21/2009 | Protocol  Study Title:  A Phase 2 Study to Evaluate the Safety ad Efficiacy of the Fibrin Pad Hemostatic Dressing in Trauma Patients Undergoing Re-Laprotomy after Initial Damages Control Surgery | ETH.MESH.02059212 | ETH.MESH.02059232 |
| 6/22/2001 | Scientific Advisory Panel on Pelvic Floor Repair Preliminary Minutes | ETH.MESH.02089392 | ETH.MESH.02089399 |
| 8/8/2006 | Holste Barbolt Mesh chara sign page | ETH.MESH.02091873 | ETH.MESH.02091873 |
| | Physician Post-Operative Questionnaire | ETH.MESH.02106803 | ETH.MESH.02106803 |
| 6/18/2008 | KOL Interview:  Carl G. Nilsson | ETH.MESH.02126222 | ETH.MESH.02126227 |
| 10/6/2008 | Barbolt, T. Mechanisms of Cytotoxicity for TVT Polypropylene | Eth.Mesh.02134271 | |
| | Memo to Rippy re Mechanisms of Cytotoxicity for TVT Polypropylene Mesh | ETH.MESH.02134271 | ETH.MESH.02134273 |
| 5/26/2000 | Corporate Product Characterization Product Safety Profile for PROLENE Mesh | Eth.Mesh.02134274 | |
| 5/26/2000 | Product Safety Profile | ETH.MESH.02134274 | ETH.MESH.02134279 |
| 12/5/2003 | Biocompatibility Risk Assessment for the Gynecare TVT | Eth.Mesh.02134312 | |
| 12/5/2003 | Memo re Biocompatibility Risk Assessment for the Gynecare TVT Obturator | ETH.MESH.02134312 | ETH.MESH.02134314 |
| | TVT Secur System Design Validation Report | ETH.MESH.02135955 | ETH.MESH.02135968 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 4/22/2009 | Holste J email chain re Question on Moncryl absorption | ETH.MESH.02148431 | ETH.MESH.02148432 |
| 06/??/09 | Intermediate Report - Prolapse Mesh Explants 6/2009 | ETH.MESH.02157879 | ETH.MESH.02157880 |
| 3/26/2008 | Robinson D email chain re UP | ETH.MESH.02170708 | ETH.MESH.02170709 |
| 6/24/2003 | Toddywala R email re Project Mulberry | ETH.MESH.02180737 | ETH.MESH.02180737 |
| 3/29/2004 | Memo from Jean de Leval, MD | Eth.Mesh.02180759 | |
| 3/29/2004 | de Leval J memo | ETH.MESH.02180759 | ETH.MESH.02180761 |
| 11/12/2004 | Email re: Mesh Fraying: Dr. EBERHARD Fraying: DR. EBERHARD letter | Eth.Mesh.02180826 | Eth.Mesh.02180827 |
| 11/12/2004 | Menneret D email chain re Mesh Fraying: Dr. Eberhard letter | ETH.MESH.02180826 | ETH.MESH.02180827 |
| 11/10/2004 | Sibylle B Memo to Menneret D re TVT blue | ETH.MESH.02180828 | ETH.MESH.02180830 |
| 10/18/2004 | Translation of PD Doctor Eberhard's letter | ETH.MESH.02180833 | ETH.MESH.02180833 |
| 4/22/2003 | Burkley D email chain re Pore size request | ETH.MESH.02183533 | ETH.MESH.02183536 |
| 4/3/2009 | Rathore O email chain re Analytical characterization - Optimization of STructure | ETH.MESH.02184435 | ETH.MESH.02184436 |
| 4/27/2010 | Flint J email chain re surface area | ETH.MESH.02185004 | ETH.MESH.02185004 |
| 2/16/2011 | Biomechanical consideration for Pelvic floor mesh design | ETH.MESH.02185584 | ETH.MESH.02185605 |
| 10/16/2007 | Arnold, K email chain re LIghtning - Mesh Strength Design Requirement | ETH.MESH.02195798 | ETH.MESH.02195799 |
| 2/5/2008 | Robinson CER Gynecare Prolift +M | ETH.MESH.02198933 | ETH.MESH.02198947 |
| 6/10/2008 | Batke B email chain re Bisphenol A (BPA) - Question | ETH.MESH.02207388 | ETH.MESH.02207389 |
| | Spreadsheet re Mesh characteristics | ETH.MESH.02212840 | ETH.MESH.02212842 |
| 08/??/10 | Presentation:  TOPA & SCION PA Alignment | ETH.MESH.02218268 | ETH.MESH.02218292 |
| | Presentation Script | ETH.MESH.02219162 | ETH.MESH.02219164 |
| | Rule 26 Expert Report of Howard Jordi, PhD in Carolyn Lewis case | ETH.MESH.02219202 | ETH.MESH.02220048 |
| | Meshes/Devices Chart | ETH.MESH.02227368 | ETH.MESH.02227368 |
| | Meshes/Devices | ETH.MESH.02227368 | ETH.MESH.02227368 |
| 1/13/2011 | TVT-O Marketing video | ETH.MESH.02229061 | ETH.MESH.02229061 |
| | Abbrevo marketing video | Eth.Mesh.02229061 | |
| | 2011 Article titled "An Anatomic Comparison of the Original Versus a Modified Inside-Out Transobturator Procedure." | Eth.Mesh.02234752 | |
| 10/25/2010 | Vellucci L email chain re Pelvic Floor Mesh | ETH.MESH.02252055 | ETH.MESH.02252057 |
| 2/3/2003 | Burkley D email chain re Athos:  Analytical Testing | ETH.MESH.02268613 | ETH.MESH.02268614 |
| 2/21/2003 | Dion, D email re Prolene additives and exposure | ETH.MESH.02268618 | ETH.MESH.02268618 |
| 1/23/2003 | Prolene Resin Manufacturing Specifications Letter | Eth.Mesh.02268619 | ETH.MESH.02268621 |
| 1/23/2003 | Prolene Resin Manufacturing Specs 1.23.03 | ETH.MESH.02268619 | ETH.MESH.02268621 |
| 2/26/2004 | Samon J email chain re mesh implants - user needs | ETH.MESH.02270823 | ETH.MESH.02270825 |
| | | ETH.MESH.02283781 | |
| 1/13/2005 | O'Bryan S email chain re IFU Prolift | ETH.MESH.02286052 | ETH.MESH.02286053 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| | Spreadsheet re matrix new material - improved mesh characteristics | ETH.MESH.02310498 | ETH.MESH.02310498 |
| | Landgreve S, Smith D, Trzewik J,Matrix - A powerful new tool in "Advanced Tissue Reconstruction: | ETH.MESH.02310501 | ETH.MESH.02310501 |
| 10/21/2008 | Pompilio S email re Information about FDA notification on use of mesh in pelvic surgery | ETH.MESH.02310653 | ETH.MESH.02310657 |
| | PPT Presentation titled "Tissue Reaction and Integration of Polypropylene-Based Surgical Mesh in Rats" by R.W. Hutchinson and Thomas Barbolt | ETH.MESH.02319001 | |
| 08/??/01 | TVT IFU | ETH.MESH.02340306 | ETH.MESH.02340369 |
| | TVT IFU | ETH.MESH.02340331 | ETH.MESH.02340335 |
| 2/11/2005 | TVT IFU | ETH.MESH.02340471 | ETH.MESH.02340503 |
| 10/13/2008 | TVT IFU | ETH.MESH.02340504 | ETH.MESH.02340567 |
| 12/16/2005 | TVT-S IFU | ETH.MESH.02340568 | ETH.MESH.02340755 |
| 3/7/2005 | TVT-O IFU 03/07/20050-005/19-2005 | ETH.MESH.02340756 | ETH.MESH.02340828 |
| | TVT-O IFU (3/7/2005-5/19/2005) | Eth.Mesh.02340756 | |
| 1/7/2004 | TVT-O IFU (1/7/2004-3/4/2005) | ETH.MESH.02340829 | ETH.MESH.02340901 |
| | TVT-O IFU (1/7/2004-3/4/2005) | Eth.Mesh.02340829 | |
| 5/12/2010 | TVT-O IFU (05/12/2012-present) | ETH.MESH.02340902 | ETH.MESH.02340973 |
| | TVT-O IFU (5/12/2010-present) | Eth.Mesh.02340902 | |
| 5/25/2005 | TVT-O IFU (05/25/2005-04/29/2008) | ETH.MESH.02340974 | ETH.MESH.02341046 |
| | TVT-O IFU (5/25/2005-4/29/2008) | Eth.Mesh.02340974 | |
| 4/23/2008 | TVT-O IFU (04/23/2008-05/07/2010) | ETH.MESH.02341047 | ETH.MESH.02341118 |
| | TVT-O IFU (4/23/2008-5/7/2010) | Eth.Mesh.02341047 | |
| | Prosima IFU | ETH.MESH.02341407 | ETH.MESH.02341410 |
| 4/23/2013 | IFU Index and Production Bates Range Chart | ETH.MESH.02341954 | ETH.MESH.02341954 |
| 4/25/2013 | IFU Index | ETH.MESH.02342194 | ETH.MESH.02342194 |
| | No mesh is the best . . . | ETH.MESH.02588170 | ETH.MESH.02588180 |
| | Trzewik, Meier presentation: Exploratory Program "Thunder" A new material designed for pelvic floor | ETH.MESH.02588182 | ETH.MESH.02588193 |
| 12/14/2010 | ERM team meeting minutes | ETH.MESH.02588977 | ETH.MESH.02588978 |
| 5/18/2011 | PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair | ETH.MESH.02589032 | ETH.MESH.02589079 |
| 11/24/2010 | TVT Abbrevo PPT Presentation. | Eth.Mesh.02596794 | |
| 11/24/2010 | TVT Abbrevo Dublin Meeting brochure | ETH.MESH.02596794 | ETH.MESH.02596794 |
| | | ETH.MESH.02612883 | |
| | Ultrasonic Slitting of PROLENE Mesh for TVT Feasibility Study | ETH.MESH.02614396 | ETH.MESH.02614517 |
| 1/3/2012 | Prosima 510(k) clearance letter | ETH.MESH.02658539 | ETH.MESH.02658542 |
| 6/16/2008 | Design Requirements Matrix Prolift+M /Lightning | ETH.MESH.02915783 | ETH.MESH.02915797 |
| | Study Notes | ETH.MESH.02992136 | ETH.MESH.02992137 |
| | Judi Gauld presentation:  Evidence to Support Innovation | ETH.MESH.02995494 | ETH.MESH.02995500 |

**DOCUMENTS**

| 8/25/2008 | Draft - Presentation:  T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage Gate:  Discovery Initiation | ETH.MESH.03021946 | ETH.MESH.03021970 |
|---|---|---|---|
| | Presentation:  FDA REview R&D | ETH.MESH.03032928 | ETH.MESH.03032944 |
| 2/16/2011 | Holste email chain re Prosima +M clin strat | ETH.MESH.03146492 | ETH.MESH.03146493 |
| 8/12/2007 | Project plan Prosima M project lightning | ETH.MESH.03294572 | ETH.MESH.03294581 |
| 5/1/2006 | Kammerer G email chain re French Standard on TVT & Meshes (Comments required) | ETH.MESH.03358217 | ETH.MESH.03358224 |
| 3/6/2006 | Kammerer G Memo to Weisbert and Robinson re Elongation Characteristics of Laser Cut PROLENE Mesh for TVR | ETH.MESH.03358398 | ETH.MESH.03358402 |
| | | ETH.MESH.03360387 | |
| 3/16/2004 | Smith D email chain re TVTO training Carmel Ramage | ETH.MESH.03364540 | ETH.MESH.03364544 |
| ??/??/09 | TVT IFU | ETH.MESH.03427878 | ETH.MESH.03427946 |
| | Chart of pain associated with TVT-O. | Eth.Mesh.03454726 | |
| 10/12/2005 | Holloway ltt Ethicon France re fraying | ETH.MESH.03535750 | ETH.MESH.03535750 |
| 11/22/2005 | Process Qualification Completion Report | ETH.MESH.03648795 | ETH.MESH.03648810 |
| | Revision History for FM-0000167 | ETH.MESH.03652924 | ETH.MESH.03652955 |
| | Table re Raw data for force to achieve elongation | ETH.MESH.03658980 | ETH.MESH.03658980 |
| 9/10/2009 | Ng W email chain re August 2009 YTD Travel & Consulting spend | ETH.MESH.03699545 | ETH.MESH.03699546 |
| | Weisberg Clinical Expert Report Gynecare TVT Secur System | ETH.MESH.03714599 | ETH.MESH.03714614 |
| 10/14/2011 | Polypropylene Mesh for Pelvic Floor Repair - Focus on Mesh Exposure Road to Improvement - Bailhe | ETH.MESH.03719177 | ETH.MESH.03719195 |
| 3/12/2012 | Smith D email chain re tape position at rest | ETH.MESH.03731339 | ETH.MESH.03731340 |
| | Revision History (PR602-003) | ETH.MESH.03742571 | ETH.MESH.03742597 |
| 5/10/2013 | Bentley G email chain re Production of Policy before design 30(b)(6) deposition | ETH.MESH.03742864 | ETH.MESH.03742865 |
| | PA Consulting | ETH.MESH.03750903 | ETH.MESH.03750950 |
| | Spreadsheet product characteristics | ETH.MESH.03751168 | ETH.MESH.03751175 |
| | Table comparing meshes | ETH.MESH.03751168 | ETH.MESH.03751168 |
| 5/18/2010 | TVT Abbrevo Launch Planning Stage Gate PLT brochure | ETH.MESH.03753682 | ETH.MESH.03753682 |
| | Abbrevo Launch PPT Wanted to meet unmet demand of less persistent pain with Obturator | Eth.Mesh.03753682 | |
| 8/8/2003 | Email re: Transient Leg Pain with MULBERRY | Eth.Mesh.03803462 | |
| 8/8/2003 | Angelini L email chain re Transient Leg Pain with Mulberry | ETH.MESH.03803462 | ETH.MESH.03803465 |
| | Hellhammer Meshes in Pelvic Floor Repair - Findings from literature review and conversations/interviews with surgeons | ETH.MESH.03904451 | ETH.MESH.03904480 |
| 6/6/2001 | Emails re TVT recommendation from Dr. Alex Wang | Eth.Mesh.03905472 | |

**DOCUMENTS**

| 6/6/2001 | Weisberg, M email chain re TVT recommendation from Dr. Alex Wang | ETH.MESH.03905472 | ETH.MESH.03905472 |
|---|---|---|---|
| 9/18/2005 | Weisberg M email chain re clinical expert report | ETH.MESH.03905619 | ETH.MESH.03905621 |
| 10/14/2002 | "Confidential - Trans-Obturator TVT - Procedure In-Out" by Axel Arnaud | Eth.Mesh.03907327 | Eth.Mesh.03907330 |
| 10/17/2002 | Arnaud Memo "Confidential Trans-Obturator TVT-Procedure In-Out" | ETH.MESH.03907327 | ETH.MESH.03907330 |
| 5/1/2002 | Document titled: "Second Generation TVT" by Axel Arnaud | Eth.Mesh.03907468 | |
| 5/1/2002 | "Second Generation TVT" by Axel Arnaud | ETH.MESH.03907468 | ETH.MESH.03907469 |
| 6/6/2003 | LeTreguilly L email chain re TVT Serious complication | ETH.MESH.03907853 | ETH.MESH.03907854 |
| 4/27/2005 | Evans P email re Prolene v Polypropylene | ETH.MESH.03908707 | ETH.MESH.03908708 |
| 8/21/2000 | ARnaud A email chain re Pelvic floor repair Procedural Strategy | ETH.MESH.03909708 | ETH.MESH.03909713 |
| 10/13/2002 | Email re: Soft Prolene | Eth.Mesh.03910183 | ETH.MESH.03910193 |
| 10/13/2002 | Arnaud email chain re Soft Prolene | ETH.MESH.03910183 | ETH.MESH.03910185 |
| 11/26/2002 | Arnaud A email chain re Mini TVT - mesh adjustment | ETH.MESH.03910418 | ETH.MESH.03910421 |
| 7/21/2004 | Arnaud A email chain re TVT Erosion | ETH.MESH.03910799 | ETH.MESH.03910800 |
| 5/25/2003 | Arnaud A email re Follow up Mulberry | ETH.MESH.03910890 | ETH.MESH.03910892 |
| 2/20/2003 | Email re: TVT complications (an Prof. Hausler) | Eth.Mesh.03911107 | Eth.Mesh.03911108 |
| 2/20/2003 | Arnaud A email chain re TVT complications (an Prof. Häusler) | ETH.MESH.03911107 | ETH.MESH.03911108 |
| 2/20/2003 | Arnaud, A email chain re TVT complication (an Prof. Hausler) | ETH.MESH.03911107 | ETH.MESH.03911108 |
| 8/14/2003 | Arnaud A email chain re Transient Leg Pain with Mulberry | ETH.MESH.03911390 | ETH.MESH.03911394 |
| 1/31/2006 | Email re: TVT-TVT-O Specifications | Eth.Mesh.03911712 | |
| 1/31/2006 | Arnaud A email chain re TVT - TVT-O Specifications | ETH.MESH.03911712 | ETH.MESH.03911715 |
| 1/8/2007 | Arnaud A eail re TVT Cookbooks | ETH.MESH.03912639 | ETH.MESH.03912639 |
| | Draft re TVT-S IFU | ETH.MESH.03912647 | ETH.MESH.03912651 |
| 4/14/2005 | Toddywala, R email chain re Ultrapro | ETH.MESH.03915567 | ETH.MESH.03915572 |
| 4/12/2005 | Kammerer, G email chain re Ultrapro | ETH.MESH.03915588 | ETH.MESH.03915590 |
| 4/15/2008 | 04/15/2008 Notes | ETH.MESH.03916716 | ETH.MESH.03916727 |
| 1/7/2009 | Hinoul P email chain re My revised writeup of the DeLeval and Waltregny visit | ETH.MESH.03916905 | ETH.MESH.03916913 |
| 11/28/1999 | Bianchi R email chain re TVT event | ETH.MESH.03917309 | ETH.MESH.03917312 |
| 10/18/2002 | Email re Gynemesh | ETH.MESH.03918067 | ETH.MESH.03918068 |
| 3/26/2003 | Arnaud A email re Mulberry | ETH.MESH.03919404 | ETH.MESH.03919405 |
| 12/19/2006 | Robinson D email chain re TVT Secur | ETH.MESH.03921499 | ETH.MESH.03921500 |
| 12/5/2006 | Smith D email chain re TVT-SECUR follow up on conference call | ETH.MESH.03921580 | ETH.MESH.03921583 |
| 11/30/2006 | Gotter R email re The more procedures the more problems | ETH.MESH.03921612 | ETH.MESH.03921612 |
| 10/3/2007 | Beveridge A email re AMS mini Arc | ETH.MESH.03922261 | ETH.MESH.03922261 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 6/6/2007 | Beveridge A email chain re TVT Secure & Nice | ETH.MESH.03922405 | ETH.MESH.03922406 |
| 1/16/2007 | Robinson D email chain re TVT Secur procedural steps | ETH.MESH.03922950 | ETH.MESH.03922951 |
| 1/16/2007 | "Confidential: History of TVT Secur | ETH.MESH.03922953 | ETH.MESH.03922953 |
| 1/10/2007 | Robinson D email chain re Report from Austria | ETH.MESH.03922966 | ETH.MESH.03922967 |
| 6/6/2000 | Hellhammer B - Meshes in Pelvic Floor Repair Findings from literature review and conversations/interviews with surgeons | ETH.MESH.03924557 | ETH.MESH.03924586 |
| | | ETH.MESH.03924557 | |
| | Meeting Notes | ETH.MESH.03926030 | ETH.MESH.03926031 |
| 1/16/2007 | "Confidential: History of TVT-O" by Axel Arnaud | Eth.Mesh.03932909 | Eth.Mesh.03932911 |
| | History of TVT-O | ETH.MESH.03932909 | ETH.MESH.03932911 |
| | The history of TVT | ETH.MESH.03932912 | ETH.MESH.03932914 |
| 2/20/2006 | Buchon X email chain re Pr Cosson | ETH.MESH.03938897 | ETH.MESH.03938898 |
| 4/3/2012 | deLeval J email re Alerte TVT Abbrevo | ETH.MESH.03941617 | ETH.MESH.03941618 |
| 4/3/2012 | Hinoul P email chain re Alerte TVT Abbrevo | ETH.MESH.03941621 | ETH.MESH.03941622 |
| 9/13/2006 | Prolene Resin Testing | ETH.MESH.03949361 | ETH.MESH.03949365 |
| 3/1/2012 | Batke B email chain re AGES Pelvic Floor Conference - Gala Dinner Invitation | ETH.MESH.04015102 | ETH.MESH.04015104 |
| 4/13/2005 | Holste, J email chain re Ultrapro | ETH.MESH.04020134 | ETH.MESH.04020137 |
| 1/13/2005 | Report - Analysis of Competitors meshes:  Dynamesh, Dynamesh Light, Dynamesh IPOM | ETH.MESH.04036976 | ETH.MESH.04036981 |
| | Innovations in Mesh Development Boris Batke | ETH.MESH.04037600 | ETH.MESH.04037600 |
| 2/29/2012 | Jamiolkowski D email chair re Your Professional Opinion | ETH.MESH.04038180 | ETH.MESH.04038181 |
| 10/??/00 | TVT Update Success & Complications - Bernard Jacquetin | ETH.MESH.04044797 | ETH.MESH.04044800 |
| 6/18/2008 | Carl G. Nilsson Interview | ETH.MESH.04048515 | ETH.MESH.04048520 |
| 6/25/2008 | KOL Interview:  Carl G. Nilsson | ETH.MESH.04048515 | ETH.MESH.04048515 |
| 05/26/???? | Michele Meschia Presentation:  The evolution of slings for SUI | ETH.MESH.04058175 | ETH.MESH.04058209 |
| | 5/26-27 PPT Presentation titled "The Evolution of Slings for SUI." | Eth.Mesh.04058175 | |
| 8/4/2009 | Fujihara M email re SUI & PFR New Competitor Identified in Brazil | ETH.MESH.04066979 | ETH.MESH.04066980 |
| 2/2/2009 | Meeting Agenda "AE and complication of the Isings | ETH.MESH.04081189 | ETH.MESH.04081190 |
| 2/9/2009 | Meeting Agenda by Meng Chen re "AE and complication of the slings" | Eth.Mesh.04081189 | Eth.Mesh.04081190 |
| 1/29/2009 | Email re: TVT IFUs on tape extrusion, exposure and erosions | Eth.Mesh.04093125 | |
| 1/29/2009 | Chen M email re TVT IFUs on tape extrusion, exposure and erosion | ETH.MESH.04093125 | ETH.MESH.04093125 |
| 1/9/2007 | Gadot H email chain re Report from Austria | ETH.MESH.04204341 | ETH.MESH.04204342 |
| 12/??/06 | Womens Health - Monthly Report December 06 | ETH.MESH.04204343 | ETH.MESH.04204343 |
| | PDP Design Control Revision History for PR800-011 | ETH.MESH.04316544 | ETH.MESH.04316562 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 3/21/2006 | Process Specificagtion Gynecare TVT Secure | ETH.MESH.04385192 | ETH.MESH.04385197 |
| 7/19/1996 | Product Safety Profile - Prolene | ETH.MESH.04447134 | ETH.MESH.04447142 |
| 3/5/2012 | CDMA Meeting Minutes - 2012 | ETH.MESH.04548236 | ETH.MESH.04548242 |
| 3/20/2012 | Hinoul P email chain re Polypropylene Mesh | ETH.MESH.04937874 | ETH.MESH.04937876 |
| 4/2/2012 | Hinoul P email chain re Prof de Leval - TVT Abbrevo | ETH.MESH.04938298 | ETH.MESH.04938299 |
| 2/28/2006 | Corporate Product Characterization Plan for Gynecare TVT-S | ETH.MESH.04939027 | ETH.MESH.04939035 |
| 7/18/2005 | Corporate Product Characterization Plan for Gynecare TVT S | ETH.MESH.04939148 | ETH.MESH.04939157 |
| 7/16/2010 | Holste, Jophnson Memo to Leslie Young re Preclinical Efficacy Assessment for Ethicon Gynecare Gynemesh | ETH.MESH.04940233 | ETH.MESH.04940233 |
| | Holste presentation: Lightweight Mesh Developments | ETH.MESH.04941016 | ETH.MESH.04941049 |
| 4/18/2005 | Klosterhalfen B email re Ultrapro vs Prolene Soft Mesh | ETH.MESH.04945496 | ETH.MESH.04945496 |
| 2/3/2012 | Email thread re: A few things. | Eth.Mesh.05107016 | |
| 2/3/2012 | Cheng, K email chain re a few things | ETH.MESH.05107016 | ETH.MESH.05107017 |
| | Spreadsheet of Ethicon product positioning for various products. | Eth.Mesh.05109369 | |
| | Spreadsheet re product positioning | ETH.MESH.05109369 | ETH.MESH.05109398 |
| 1/20/2010 | Holste email chain re Tissue reaction ULTRAPRO | ETH.MESH.05127423 | ETH.MESH.05127430 |
| 11/7/2005 | Patire-Singer W email chain re TVT Records | ETH.MESH.05220458 | ETH.MESH.05220464 |
| 4/7/2006 | TVT IFU | ETH.MESH.05222673 | ETH.MESH.05222705 |
| 7/1/2010 | TVT Abbrevo 510(k) Clearance and Application | Eth.Mesh.05224295 | |
| 7/1/2010 | TVT Abbrevo 510(k) Clearance and Application | ETH.MESH.05224295 | ETH.MESH.05224391 |
| 9/8/2000 | TVT-IFU | ETH.MESH.05225354 | ETH.MESH.05225385 |
| | TVT IFU | ETH.MESH.05225380 | ETH.MESH.05225384 |
| | Meier presentation: Mesh Properties - How important are they? | ETH.MESH.05237872 | ETH.MESH.05237910 |
| 4/8/2009 | Hinoul email chain re Tensile Properties of POP Mesh | ETH.MESH.05238373 | ETH.MESH.05238374 |
| 4/9/2009 | Jones, S email re Tensile Properties of POP Mesh | ETH.MESH.05238382 | ETH.MESH.05238384 |
| | Article on pp change in sheep model | ETH.MESH.05240144 | ETH.MESH.05240144 |
| | Presentation Wissenschaftliche Grundlagen adn klinsche Evidenz von Netz-Implantaten | ETH.MESH.05243697 | ETH.MESH.05243704 |
| 12/21/2004 | Holste email chain re TVT Next generation Questions | ETH.MESH.05245392 | ETH.MESH.05245397 |
| 1/3/2006 | Smith D email chain re REsults of TVTx prelinical trial | ETH.MESH.05246116 | ETH.MESH.05246122 |
| 3/10/2005 | Next Generation Mesh Discussion - Agenda | ETH.MESH.05246527 | ETH.MESH.05246528 |
| 6/16/1999 | 28-day intramuscular tissue reaction study of TVT Mesh conducted in rats. | Eth.Mesh.05315240 | ETH.MESH.05215295 |
| 1/8/2014 | Deposition Subject Matter table | ETH.MESH.05315240 | ETH.MESH.05315279 |
| 11/7/2002 | Lab Notebook Histology Processing and Tissue Inventory Record | ETH.MESH.05316755 | ETH.MESH.05316755 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 11/6/2011 | Miller D email chain re Prolift professional education | ETH.MESH.05337217 | ETH.MESH.05337220 |
| | Operating Procedure for Failure Modes and Effects Analsis | ETH.MESH.05432198 | ETH.MESH.05432224 |
| | Applied Science & Technology Performance Evaluation Abstract  Biaxial testing of two commonly used Ethicon meshes | ETH.MESH.05442973 | ETH.MESH.05442975 |
| | Operating Procedure for Optical Evaluation to Determine Porosity of Mesh Samples Using the Nikon Stereomicroscope and Image-Pro Plus Image Analysis System | ETH.MESH.05443059 | ETH.MESH.05443064 |
| | Temocin - Pore Size Measurement of Surgical Mesh Products | ETH.MESH.05443077 | ETH.MESH.05443085 |
| 3/13/2006 | Holste J email chair re Mesh and Tissue Contraction in Animal | ETH.MESH.05446127 | ETH.MESH.05446128 |
| 7/6/2007 | Email thread re: How Inert is polypropylene? | Eth.Mesh.05447475 | |
| 7/6/2007 | Engel D email chain re How inert is polypropylene? | ETH.MESH.05447475 | ETH.MESH.05447476 |
| | SEM Images for Ten Year PROLENE Study | Eth.Mesh.05453719 | ETH,MESH.05453727 |
| 10/15/1992 | Seven Year Data for Ten Year Prolene Study | ETH.MESH.05453719 | ETH.MESH.05453727 |
| 8/1/2006 | Trzweik J email chain re Fotos cadevar lab | ETH.MESH.05454207 | ETH.MESH.05454214 |
| 1/18/2003 | Ethicon Surgeon Panel Meeting Agenda, Notes | ETH.MESH.05455878 | ETH.MESH.05455898 |
| ??/??/06 | 2006 Johnson Medal Nomination Ultrapro Loghtweight mesh product line | ETH.MESH.05457602 | ETH.MESH.05457609 |
| 8/20/2012 | Vellucci, ltr re Ethicon ceases to commenrcialize prosima | ETH.MESH.05467804 | ETH.MESH.05467804 |
| 4/13/2005 | Barbolt, T email chain re Ultrapro | ETH.MESH.05469908 | ETH.MESH.05469912 |
| 11/??/08 | Batke presentation:  Ultrapro Plug Tokyo | ETH.MESH.05478745 | ETH.MESH.05478780 |
| 10/??/03 | Lightweight Mesh Value Proposition | ETH.MESH.05479410 | ETH.MESH.05479410 |
| 11/10/2004 | Presentation by Boris Batke (Ethicon R&D): The (clinical) argument of lightweight mesh in abdominal surgery | Eth.Mesh.05479411 | |
| 11/10/2004 | PPT Presentation by Boris Batke: "The (Clinical Argument of Lightweight Mesh in Abdominal Surgery." | Eth.Mesh.05479411 | |
| 11/10/2004 | Presentation by Boris Batke:  The (clinical) argument of lightweight mesh in abdominal surgery | ETH.MESH.05479411 | ETH.MESH.05479411 |
| | TVT and TVT-O RMR Rev 2 | ETH.MESH.05479411 | ETH.MESH.05479424 |
| 5/30/2011 | Spreadsheet listing microporous, medium and macroporous meshes | Eth.Mesh.05479535 | |
| | Product Spreadsheet | ETH.MESH.05479535 | ETH.MESH.05479535 |
| 3/1/2011 | Presentation: ETHICON Polypropylene Mesh Technology | Eth.Mesh.05479717 | |
| 03/??/11 | Boris Batke presentation: ETHICON Polypropylene Mesh Technology | ETH.MESH.05479717 | ETH.MESH.05479717 |
| 10/2/2003 | Ultrapro Mesh Pricing Committee Presentation | ETH.MESH.05483362 | ETH.MESH.05483362 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 12/1/2007 | Sponsored Research Contract The Curators of the University of Missouri | ETH.MESH.05489861 | ETH.MESH.05489867 |
| | Scientific Sgtatement Helhammer, Kohler, Holste, Shrinking Meshes? | ETH.MESH.05495419 | ETH.MESH.05495422 |
| 2/27/2006 | Design Requirements Matrix | ETH.MESH.05502894 | ETH.MESH.05502928 |
| | Clinical Infection Risk Assessment for Bynecare TVT Universal | ETH.MESH.05505944 | ETH.MESH.05505946 |
| 12/19/2006 | Smith D email chain re TVT-S Cookbooks | ETH.MESH.05519476 | ETH.MESH.05519481 |
| | RMR TVT Secur | ETH.MESH.05534013 | ETH.MESH.05534017 |
| 11/1/2004 | Smith D email chain re Update from Oct 27 cadaver lab | ETH.MESH.05548122 | ETH.MESH.05548123 |
| 11/1/2004 | Smith D email re Update from Oct 27 cadaver lab | ETH.MESH.05548122 | ETH.MESH.05548123 |
| 4/29/2005 | Komamycky P email chain re Bio compatibility samples | ETH.MESH.05549096 | ETH.MESH.05549100 |
| 3/11/2005 | Holste J email chain re Infection resk implantation TVT U | ETH.MESH.05549189 | ETH.MESH.05549191 |
| 4/29/2005 | Email re: Biocompatibility samples | Eth.Mesh.05549696 | Eth.Mesh.05549700 |
| 4/7/2005 | Gynecare Detail Drawings | ETH.MESH.05554367 | ETH.MESH.05554371 |
| 4/4/2011 | Vellucci, L email re coupld of things | ETH.MESH.05572810 | ETH.MESH.05572810 |
| 2/28/2005 | Batke B email chain re UltraPro sizing | ETH.MESH.05585063 | ETH.MESH.05585066 |
| 7/9/2007 | Wohlert S email chain re How inert is polypropylene? | ETH.MESH.05588123 | ETH.MESH.05588126 |
| 8/27/2008 | e-mail from Barbara Schudt to Dr. K. Junge re Ductus deferens Stdue | ETH.MESH.05588132 | ETH.MESH.05588135 |
| 4/23/2001 | Hellhammer B email chain re Vypro Pelvic Floor Repair PD 00/3 | ETH.MESH.05642489 | ETH.MESH.05642491 |
| | | eth.mesh.05642725 | |
| | Pelvic Floor Repair -- Surgeon's Feed-back on Mesh Concept | ETH.MESH.05644163 | ETH.MESH.05644171 |
| 5/8/2011 | PA Consulting Group Report:  Investigating Mesh Erosion in Pelvic Floor Repair | ETH.MESH.05701011 | ETH.MESH.05701058 |
| 5/18/2011 | PA Consulting Presentation: "Investigating Mesh Erosion in Pelvic Floor Repair." | Eth.Mesh.05701011 | |
| 6/21/2011 | Schmitt K email chain re Classification of Meshes - UPDATE | ETH.MESH.05718101 | ETH.MESH.05718108 |
| 8/21/1973 | 28-day tissue reaction study conducted in rabbits. | ETH.MESH.0575607 | ETH.MESH.0575613 |
| 1/16/2011 | Presentation by Boris Batke | Eth.Mesh.05916450 | |
| | Boris Batke Presentation:  Chronic Pain Prevention/future--Bioengineer's point of view | ETH.MESH.05916450 | ETH.MESH.05916450 |
| | Presentation:  Solving the Device Design Puzzle | ETH.MESH.05918082 | ETH.MESH.05918116 |
| 5/4/2004 | Schiaparelli J email re Marlex Experience | ETH.MESH.05918776 | ETH.MESH.05918776 |
| 4/17/2003 | Batke B email re Literature list Lightweight Meshes | ETH.MESH.05920530 | ETH.MESH.05920530 |
| 7/20/2007 | Email re: Defining light weight mesh | Eth.Mesh.05920616 | Eth.Mesh.05920617 |
| 7/20/2007 | Chomiak M email re Defining light weight mesh | ETH.MESH.05920616 | ETH.MESH.05920617 |
| 2/12/2008 | Koehler P email chain re Dr. Schumpelick | ETH.MESH.05920618 | ETH.MESH.05920621 |
| 11/15/1999 | Asset  Purchase Agreement | ETH.MESH.05972834 | ETH.MESH.05972866 |

**DOCUMENTS**

| 4/2/2012 | Hinoul P email chain re Alerte TVT Abbrevo | ETH.MESH.05998811 | ETH.MESH.05998812 |
|---|---|---|---|
| 5/10/2012 | Hinoul P email chain re Alerte TVT Abbrevo | ETH.MESH.05998835 | ETH.MESH.05998836 |
| 4/2/2006 | Mahar K email chain re Laser Cut Mesh Positioning | ETH.MESH.06040171 | ETH.MESH.06040173 |
| 1/16/2004 | Smith D email re Dedications | ETH.MESH.06164409 | ETH.MESH.06164410 |
| ??/??/10 | R&D Co-Op Welcome Guide Spring 2010 | ETH.MESH.06260647 | ETH.MESH.06260671 |
| 8/26/2011 | Karl J email chain re Braskem. . . A LIttle History | ETH.MESH.06261965 | ETH.MESH.06261967 |
| 07/??/1995 | Prolene Mesh Polypropylene Technical File | ETH.MESH.06398793 | ETH.MESH.06398932 |
| 7/0/1995 | PROLENE Technical File. | Eth.Mesh.06398827 | |
| | | ETH.MESH.06401339 | |
| 5/5/2005 | Seppa K Memo re Performance Evaluation of TVT U Prolene Mesh:  Mechanical Cut versus Laser Cut STudy (LIMS#BE-2005-1920) Version 3 | ETH.MESH.06696367 | ETH.MESH.06696379 |
| | Performance Evaluation Technical Report | Eth.mesh.06696367 | Eth.mesh.06696379 |
| | Design FMEA:  TVT Laser Cut Mesh Prlject spreadsheet | ETH.MESH.06696593 | ETH.MESH.06696598 |
| 8/27/2008 | CE Mark Technical File PMH-2008-01 | ETH.MESH.06851860 | ETH.MESH.06852464 |
| | Presentation:  TVT Obturator System | ETH.MESH.06856958 | ETH.MESH.06856981 |
| | Presentation:  TVT-Bridge Retaining Leadership | ETH.MESH.06857406 | ETH.MESH.06857417 |
| 1/29/2009 | Smith D email chain re TVT-O resin Minute Jan 31th | ETH.MESH.06858146 | ETH.MESH.06858147 |
| | Test method for the Thickness of Mesh Revision Hisitory TM403-145 | ETH.MESH.06858314 | ETH.MESH.06858318 |
| | Dodd presentation:  TVT:  Insights into the Making of a Revolution | ETH.MESH.06859904 | ETH.MESH.06859931 |
| 8/8/2007 | Hocknell J email chain re Adventures with TVT Secur | ETH.MESH.06861426 | ETH.MESH.06861429 |
| ??/??/07 | Presentation Competitive Produce Update | ETH.MESH.06861473 | ETH.MESH.06861549 |
| 04/??/08 | Presentation:  Matrix Material  A powerfu new tool in Advanced Tissue Reconstruction | ETH.MESH.06867612 | ETH.MESH.06867630 |
| 1/16/2007 | Juraschek R email chain re shrinkage review | ETH.MESH.06868377 | ETH.MESH.06868382 |
| 8/18/2004 | Human Cadaver Wetlab Report/Results Draft | ETH.MESH.06869750 | ETH.MESH.06869753 |
| 2/14/2003 | Due Diligence Growth Opportunity Outline re Project Mulberry Next generation TVT | ETH.MESH.06873447 | ETH.MESH.06873458 |
| 0/0/2003 | Due Diligence Memo | Eth.Mesh.06873447 | |
| 8/17/2004 | Burns J email chain re TVT-O | ETH.MESH.06881576 | ETH.MESH.06881580 |
| 6/22/2004 | Burns J email re Gynecare TVT Obturator Global Launch Update - Issue 4 | ETH.MESH.06881589 | ETH.MESH.06881591 |
| 8/18/2004 | Mahar K email re Dr. Jensen Follow UP | ETH.MESH.06884516 | ETH.MESH.06884517 |
| 9/8/2004 | Campbell S email chain re Ongoing TVT-O Action Items | ETH.MESH.06884726 | ETH.MESH.06884727 |
| 2/19/2004 | Smith D email re TVT-O recognition Submission | ETH.MESH.06892171 | ETH.MESH.06892172 |
| | Presentation:  Evaluation of UltraPro Meshes | ETH.MESH.06893952 | ETH.MESH.06893961 |
| 9/13/2010 | CRS for TVT-O | ETH.MESH.06917699. | ETH.MESH.06917704. |
| 11/10/2009 | Lanza J email chain re Preread for Web Conference | ETH.MESH.06921060 | ETH.MESH.06921077 |

DOCUMENTS

| 9/10/2010 | TVTO-PA Clinical Strategy | ETH.MESH.06923868 | ETH.MESH.06923871 |
|---|---|---|---|
| 4/7/2004 | Pelekis M Memo re Risk Assessment for Laser Cutting of D'Art GynemeshPS Impalnts | ETH.MESH.07190442 | ETH.MESH.07190446 |
| 1/20/2011 | PA Consulting Group Mesh Erosion Interview - Surgeon meeting minutes | ETH.MESH.07192012 | ETH.MESH.07192014 |
| 11/1/2010 | JOe Robinson and Greg Berman Richter report re Investigation into mesh erosion in pelvic floor repair | ETH.MESH.07192033 | ETH.MESH.07192041 |
| 2/17/2011 | Meier P email re sales reps in Uk | ETH.MESH.07192242 | ETH.MESH.07192242 |
| 1/18/2011 | PA Consulting Group Mesh Erosion Interview— Pathology | Eth.Mesh.07192412 | |
| 1/18/2011 | PA Consulting Group Mesh Erosion Interview Memo | ETH.MESH.07192412 | ETH.MESH.07192414 |
| 5/18/2011 | Hinoul email chain re Forces in the pelvic floor | ETH.MESH.07192872 | ETH.MESH.07192872 |
| 6/22/2011 | Investigating Mesh Erosion in Pelvic Repair | ETH.MESH.07192929 | ETH.MESH.07192929 |
| | PA Consulting | ETH.MESH.07192929 | ETH.MESH.07192929 |
| 2/9/2011 | Vailhe C email re You have been selected - Forces on the pelvic floor - challenge to determine | ETH.MESH.07197998 | ETH.MESH.07197998 |
| 3/31/2011 | Vailhe C email chain re Thanks & pictures | ETH.MESH.07198250 | ETH.MESH.07198250 |
| 7/21/2011 | Vailhe, C email chain re Mesh erosion report | ETH.MESH.07198825 | ETH.MESH.07198828 |
| 1/16/2012 | Veilhe C email re Biomechanics of the pelvic floor | ETH.MESH.07200224 | ETH.MESH.07200224 |
| 2/1/2012 | Vailhe C email re Exposure Position Norderstedt 2012.pptx | ETH.MESH.07200381 | ETH.MESH.07200381 |
| 2/2/2012 | Presentation:  Mesh Exposure Ethicon Position | ETH.MESH.07200382 | ETH.MESH.07200410 |
| 3/12/2012 | Email re: Response to email from Clare Huntington 26 January 2012 regarding publication by Clave et al., Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants, Int. Urogynecol J (2010 21:261-270 | Eth.Mesh.07205369 | Eth.Mesh.07205370 |
| 3/12/2012 | Savidge, et al response to email from Huntington re Clave' publication | ETH.MESH.07205369 | ETH.MESH.07205370 |
| 3/6/2012 | Response to email from Clare Huntington 26 January 2012 with attached publication:  Polpropylene as a reinforcement in pelvic surgery is not inert:  comparative analysis of 100 explants", Int Urgynecol J (2010) 21:261-270 | ETH.MESH.07212397 | ETH.MESH.07212398 |
| | 510(k) Premarket Notification - Prosima | ETH.MESH.07215395 | ETH.MESH.07215575 |
| 3/1/2012 | Email re: Polypropylene mesh - study of 100 explants | Eth.Mesh.07226377 | Eth.Mesh.07226379 |
| 3/1/2012 | Vellucci, L email chain re Polypropylene Mesh | ETH.MESH.07226377 | ETH.MESH.07226379 |
| 3/7/2012 | Jaiolkowski D email chain re Inforation on Prolene Suture and Prolene Mesh | ETH.MESH.07226404 | ETH.MESH.07226405 |
| 5/13/2012 | de Leval J email chain re Alerte TVT Abbrevo | ETH.MESH.07318311 | ETH.MESH.07318313 |
| 2/23/2009 | Zipfel R email chain re Ultrapro mesh info | ETH.MESH.07383730 | ETH.MESH.07383731 |
| 0/0/2009 | Email to Pramudji from Ethicon employee Robert Zipfel | Eth.Mesh.07383730 | |

DOCUMENTS

| | | ETH.MESH.07429428 | |
|---|---|---|---|
| 3/6/2012 | Response to MHRA inquiry regarding inertness of polypropylene mesh | Eth.Mesh.07455220 | |
| | Literature Summary | ETH.MESH.07465373 | ETH.MESH.07465383 |
| 11/7/2001 | Memo re Biocompatibility Risk Assessment for TVT-AA-Revised | ETH.MESH.07469275 | ETH.MESH.07469281 |
| 8/19/1997 | Corporate Product Characterization Product Safety Profile | Eth.Mesh.07469425 | |
| 8/19/1997 | Product Safety Profile | ETH.MESH.07469425 | ETH.MESH.07469432 |
| | Biocompatability risk assessmetn - Prosima pelvic floor repair system -Mint | ETH.MESH.07506983 | ETH.MESH.07506985 |
| 10/15/1992 | Seven Year Data for Ten Year Prolene Study:  ERF 85-219 | ETH.MESH.07690752 | ETH.MESH.07690788 |
| 10/15/1992 | Seven Year Data for Ten Year PROLENE Study (and SEM images) | Eth.Mesh.07690752 | ETH.MESH.07690788 |
| | Annotated Notes | ETH.MESH.07726805 | ETH.MESH.07726817 |
| 11/28/2005 | Response to FDA Request for Add'l Information | ETH.MESH.07876820 | ETH.MESH.07876925 |
| | | eth.mesh.07902279 | |
| | Ethicon PPT Presentation titled "Scion PA Commercial Strategy." Notes that Abbrevo is "less mesh, less pain." | Eth.Mesh.07903520 | |
| | Presentation:  Sicon PA Commercial Strategy | ETH.MESH.07903520 | ETH.MESH.07903520 |
| 6/30/2011 | Affeld, T email chain re PS vs +M | ETH.MESH.07903682 | ETH.MESH.07903683 |
| 12/9/2010 | Irvin, M 12/08/2010 Post Call Notes | ETH.MESH.08041930 | ETH.MESH.08041931 |
| 12/12/2006 | Spychaj - State of the knowledge in "mesh shrinkage" -- What do we Know? | ETH.MESH.08168728 | ETH.MESH.08168733 |
| 10/1/1997 | Barbolt Memo to Robertson re Biocompatibility Risk Assessment for Proleen Polypropylene Mesh | ETH.MESH.08218336 | ETH.MESH.08218336 |
| 10/1/1997 | Barbolt memo to Robertson re Biocompatibility Risk Assessment for PROLENE Polypropylene Mesh | ETH.MESH.08218337 | ETH.MESH.08218351 |
| 6/27/2013 | Ex T-722 MItchell - Clinical Expert Report Gynecare Prolift +M | ETH.MESH.08315779 | ETH.MESH.08315810 |
| | | ETH.MESH.08315779 | |
| 8/26/2011 | Email thread re: Mini-slings vs. Standard Midurethral Slings!! | Eth.Mesh.08335798 | |
| 8/26/2011 | Stewart, E email chain re Mini-slings vs Standard Midurethral Slings | ETH.MESH.08335798 | ETH.MESH.08335799 |
| 5/1/2008 | Ward J and Muench T Technical memo Project NUVANCE Risk Assessment on Implant Cross Over | ETH.MESH.08385338 | ETH.MESH.08385342 |
| | PR602-003 version 5 - Work Instructions for Device Design Risk Management | ETH.MESH.08438961 | ETH.MESH.08438985 |
| 3/4/2008 | Ciarrocca 2007 Performance and Development Plan Summary for Daniel Smith | ETH.MESH.08474542 | ETH.MESH.08474546 |
| 3/8/2009 | Mauge Yeard End Performance Summary | ETH.MESH.08474547 | ETH.MESH.08474554 |
| 1/25/2010 | Decosta 2009 Performance and Development Plan Summary for Daniel Smith | ETH.MESH.08474555 | ETH.MESH.08474561 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 1/8/2011 | Decosta 2010 Performan and Development Plan Summary for Daniel Smith | ETH.MESH.08474562 | ETH.MESH.08474569 |
| 1/20/2012 | Decosta 2011 Performance and Development Plan Summary for Daniel Smith | ETH.MESH.08474570 | ETH.MESH.08474577 |
| 10/17/1997 | Eriksson Clinical Report - Scandinavian Multicenter Study of the Tension Free Vaginal Tape Procedure | ETH.MESH.08476335 | ETH.MESH.08476342 |
| | Revision Hx for PR800-011 Version 7 | ETH.MESH.08477464 | ETH.MESH.08477481 |
| 11/9/2010 | e-mail from David Krause to Peter Cecchini, November 10, 2010 | ETH.MESH.08516133 | ETH.MESH.08516134 |
| 1/9/2012 | Vailhe C email chain re Mes Exposure - Ethicon Position - Short List | ETH.MESH.08579092 | ETH.MESH.08579093 |
| | RMR - LCM Revision 2 | ETH.MESH.08792102 | ETH.MESH.08792106 |
| 7/29/2008 | Kadadkia R email chain re TVT LCM - launch delay due to OQ failure | ETH.MESH.09004550 | ETH.MESH.09004553 |
| | Elongation test data | ETH.MESH.09004554 | ETH.MESH.09004554 |
| | Elongation test data - delayed launch | ETH.MESH.09004555 | ETH.MESH.09004555 |
| 10/12/2006 | Savidge, S email chain re 510k Mint tests pending | ETH.MESH.09052531 | ETH.MESH.09052534 |
| 10/11/2010 | Destefano C email re CR approved TVT-Abbrevo Clinical Data Review Flashcard | ETH.MESH.09161482 | ETH.MESH.09161482 |
| | Abbrevo marketing documents | Eth.Mesh.09161482 Eth.Mesh.11434367 Eth.Mesh.11434264 | |
| | Abbrevo marketing video - script | Eth.Mesh.09170211 | |
| | Abbrevo marketing video script | ETH.MESH.09170211 | ETH.MESH.09170213 |
| 11/11/1998 | Rousseau R Memo re Meeting Minutes of Project Planning Meeting | ETH.MESH.09264884 | ETH.MESH.09264885 |
| 8/17/1998 | Rousseau Memo to Lessig re Prolene Mesh Re-Design Project | ETH.MESH.09264945 | ETH.MESH.09264946 |
| 6/23/1998 | Ellington L email re Prolene Mesh for TVT | ETH.MESH.09266657 | ETH.MESH.09266658 |
| 11/4/2005 | Rousseau, R email chain re Gynemesh PS w/Monocryl | ETH.MESH.09268506 | ETH.MESH.09268508 |
| 9/13/1999 | E-Mail discussing generations of mesh | Eth.Mesh.09275875 | |
| 9/13/1999 | Rousseau R email re samples of Prolene Mesh | ETH.MESH.09275875 | ETH.MESH.09275876 |
| | Prolene Mesh Improvement Project | ETH.MESH.09279097 | ETH.MESH.09279105 |
| 12/14/1998 | Memo to Rousseau re Biocomp Risk Assess Prolene | ETH.MESH.09279161 | ETH.MESH.09279161 |
| 5/18/2010 | Gynecare TVT Abbrevo Launch Planning Stage Gate PLT PPT Presentation. | Eth.Mesh.09294125 | |
| 5/18/2010 | TVT Abbrevo Launch Planning Stage Gate PLT | ETH.MESH.09294125 | ETH.MESH.09294125 |
| 12/2/1999 | Memo to R. Rousseau re Biocompatibility Risk Assessment for Soft PROLENE Mesh | ETH.MESH.09346419 | ETH.MESH.09346420 |
| | TVT Prolene Digital Photograph | ETH.MESH.09479067 | ETH.MESH.09479067 |
| 7/9/1992 | Lindemann 7 year prolene explants images | ETH.MESH.09557798 | ETH.MESH.09557818 |
| 10/1/1992 | Muse lab notebook notes re GPC of Polypropylene | ETH.MESH.09557819 | ETH.MESH.09557819 |

DOCUMENTS

| 10/15/1992 | Seven Year Data for Ten Year Prolene Study: ERF 85-219 | ETH.MESH.09557820 | ETH.MESH.09557856 |
|---|---|---|---|
| | Presentation:  When the implant worries the body | ETH.MESH.09645766 | ETH.MESH.09645779 |
| | Invention Disclosure | ETH.MESH.09651393 | ETH.MESH.09651401 |
| | Meier LIGHTning project presentation | ETH.MESH.09651966 | ETH.MESH.09651978 |
| | Presentation:  Today's vaginal implants do not consider the patients' biomechanical needs | ETH.MESH.09652185 | ETH.MESH.09652190 |
| 1/13/2010 | email transmitting absgtract of Jurgen Trzewik  "Applied Biomechanics -- Meeting the Customer Demands." | ETH.MESH.09653077 | ETH.MESH.09653079 |
| | Presentation Uniaxial test - theoretical considerations | ETH.MESH.09654601 | ETH.MESH.09654643 |
| 8/5/2009 | Trzewik J email re Def. stress shielding | ETH.MESH.09655947 | ETH.MESH.09655947 |
| 1/8/2009 | Presentation:  Biomechanical considerations | ETH.MESH.09656632 | ETH.MESH.09656644 |
| 4/13/2010 | Trzewik J email chain re laser cutting | ETH.MESH.09656790 | ETH.MESH.09656795 |
| | Internal chart from Ethicon researcher Spychaj's file stating the weight and pore size of Prolene mesh | Eth.Mesh.09671620 | |
| | Material specification spreadsheet | ETH.MESH.09671620 | ETH.MESH.09671620 |
| 6/18/2013 | Issue Report | ETH.MESH.09729161 | ETH.MESH.09729161 |
| 5/30/1985 | Protocol for 10 year in vivo study for Prolene Sutures in | Eth.Mesh.09888068 | |
| 5/30/1985 | Protocol for 10 year In Vivo Study | ETH.MESH.09888068 | ETH.MESH.09888143 |
| 10/15/1992 | Seven Year Data for Ten Year Prolene Study | ETH.MESH.09888187 | ETH.MESH.09888223 |
| | 7 Year Data | Eth.Mesh.09888187 | ETH.MESH.09888223 |
| 5/14/2001 | TVT-O Design History Book 3 of y | ETH.MESH.09908346 | ETH.MESH.09908660 |
| | TVT-O Design History Book 3 of 7 | Eth.Mesh.09908346 | |
| 5/8/2013 | Biocompatibility Risk Assessment Report for the GYNECARE TVT Product Family. | Eth.Mesh.09909830 | |
| 5/8/2013 | Biocompatibility Risk Assessment Report for Gynecare TVT Product Family | ETH.MESH.09909830 | ETH.MESH.09909882 |
| 11/13/2008 | Smith D memo:  Things to consider as we assess next steps for a next generation sling | ETH.MESH.09911296 | ETH.MESH.09911299 |
| 01/??/1998 | Angelini, Byca, Montanino Gynecare Europena Marketing Plan | ETH.MESH.10183005 | ETH.MESH.10183061 |
| 4/6/2011 | Hoffman S email chain re 6 weeks into Abbrevo Launch | ETH.MESH.10224489 | ETH.MESH.10224490 |
| 8/6/2011 | Email re: 6 Weeks into Abbrevo Launch. | Eth.Mesh.10224489 | |
| 12/9/2010 | Prine G email chain re TVT-Abbrevo Sales Literature and DVD now available | ETH.MESH.10237693 | ETH.MESH.10237695 |
| 0/0/2010 | Email discussing surgeon feedback for Abbrevo | Eth.Mesh.10237693 | |
| 4/6/2000 | 182-day intramuscular tissue reaction study  conducted in rats. | Eth.Mesh.10282451 | ETH.MESH.10282480 |

DOCUMENTS

| 4/10/2006 | An evaluation of the Gynecare TVT Tension-free support for incontinence and Gynecare TVT Obturator system tension-free support for incontinence with laser cut mesh  - Amendment 1 | ETH.MESH.10302268 | ETH.MESH.10302279 |
|---|---|---|---|
| | Xavier Buchon - An evaluation of the application of the Gynecare TVT Obturator system tension-free support for incontinence with laser cut mesh | ETH.MESH.10372554 | ETH.MESH.10372564 |
| | TVT-S RMR Rev 2 | ETH.MESH.10605402 | ETH.MESH.10605419 |
| 8/22/2013 | Hinoul request for meeting re TVT-S RMR followup | ETH.MESH.10606632 | ETH.MESH.10606632 |
| 8/29/2013 | Hackman L email chain re TVT-Secur RMR documents | ETH.MESH.10607066 | ETH.MESH.10607084 |
| 3/19/2997 | CER March 19 2007 Prosima | ETH.MESH.10623779 | ETH.MESH.10623792 |
| 12/27/2006 | Biocompatibility Risk Assessment | ETH.MESH.10624539 | ETH.MESH.10624551 |
| | Sunoco MSDS | ETH.MESH.10630809 | ETH.MESH.10630813 |
| 10/19/1982 | Prolene (polypropylene) Sutures:  Suface additive study - Tissue Respoinse, rate - Pilot Study - Final Report | ETH.MESH.10645237 | ETH.MESH.10645242 |
| 10/19/1983 | PROLENE (Polypropylene) Sutures: Surface Additive Study - Tissue Response. Rats - Pilot | Eth.Mesh.10645237 | |
| 2/24/2006 | Lamont D Memo re TVT Laser Cut Mesh (LCM) Risk Analysis Summary | ETH.MESH.10984358 | ETH.MESH.10984359 |
| | | ETH.MESH.11298502 | |
| 10/2/2013 | TVT-S RMR Rev 1 | ETH.MESH.11335589 | ETH.MESH.11335605 |
| 9/20/1988 | 2 Year Dog Study Interim Report | ETH.MESH.11336071 | ETH.MESH.11336088 |
| | 2 Year Dog Study Interim Report | Eth.Mesh.11336071 | ETH.MESH.11336088 |
| 8/10/1990 | Five Year Data for Ten Year In Vivo Suture Study | ETH.MESH.11336165 | ETH.MESH.11336177 |
| | 5 Year Data | Eth.Mesh.11336165 | ETH.MESH.11336177 |
| 10/19/1992 | Agarwal V memto to Cofone M re Interim report on physical testing | ETH.MESH.11336181 | ETH.MESH.11336183 |
| | Interim Report on the Physical Testing | Eth.Mesh.11336181 | ETH.MESH.11336183 |
| | Protocol of 10 year In vivo Dog Study | Eth.Mesh.11336184 | ETH.MESH.11336259 |
| | Seven Year Dog Sudy | ETH.MESH.11336184 | ETH.MESH.11336338 |
| 8/10/1990 | Five Year Report re Ten Year In Vivo Suture Study | ETH.MESH.11336474 | ETH.MESH.11336487 |
| | Risk Assessment Summary for Products in the Gynecare TVT Secur System - Revision Hx for 100146510 | ETH.MESH.11353422 | ETH.MESH.11353439 |
| 12/??/10 | TVT Abbrevo Patient Brochure | ETH.MESH.11434264 | ETH.MESH.11434272 |
| 1/1/2011 | TVT Abbrevo Selling Guide | ETH.MESH.11434367 | ETH.MESH.11434379 |
| 5/16/2011 | Bernal O email chain re TVT Abbrevo Eval | ETH.MESH.11445930 | ETH.MESH.11445931 |
| 0/0/2011 | Email regarding Abbrevo marketing | Eth.Mesh.11445930 | |
| | Analytical Characterization PPT Presentation | ETH.MESH.11488705 | ETH.MESH.11488724 |
| 3/31/2011 | Phillips K email re Prosima+M | ETH.MESH.11790162 | ETH.MESH.11790162 |
| | Analytical Chemistry Monthly Report | ETH.MESH.11921637 | ETH.MESH.11921648 |
| | Analytical Chemistry Monthly Report | ETH.MESH.11921649 | ETH.MESH.11921659 |

**DOCUMENTS**

| | | | |
|---|---|---|---|
| 11/0/2008 | Presentation: The future of surgical meshes: the industry's perspective | Eth.Mesh.1203957 | |
| | | eth.mesh.12288401 | |
| 8/10/1990 | Ten Year In Vivo Suture Study - Five Year Report | ETH.MESH.12729337 | ETH.MESH.12729350 |
| 10/10/1990 | Five Year Data for Ten Year PROLENE Study | Eth.Mesh.12729337 | ETH.MESH.12729350 |
| 9/30/1987 | Ethicon Prolene study of human explants | Eth.Mesh.12831391 | ETH.MESH.12831404 |
| 6/15/1982 | Melveger Memo re Crack Depth in Explanted Porlene Polypropylene Sutures | ETH.MESH.12831405 | ETH.MESH.12831406 |
| 11/12/1987 | Prolene Explants Study Meeting Minutes. | Eth.Mesh.12831407 | ETH.MESH.12831408 |
| 11/12/1987 | Memo re Prolene Explants Study Meeting Minutes 10/08/1987 | ETH.MESH.12831407 | ETH.MESH.12831408 |
| 5/3/2013 | Prosima CER | ETH.MESH.12897617 | ETH.MESH.12897678 |
| | | eth.mesh.12922032 | |
| 9/30/1987 | IR Microscopy of Explanted Prolene Received from Prof. R. Guidoin | ETH.MESH.13334286 | ETH.MESH.13334299 |
| 9/17/2013 | Hinoul email chain re TVT Secur CER for Risk analysis meetings | ETH.MESH.13456293 | ETH.MESH.13456299 |
| 8/20/2013 | Hackman L email chain re docs for TVT-S RMR | ETH.MESH.13574767 | ETH.MESH.13574785 |
| | DRM Prosima version 2 | ETH.MESH.13650299 | ETH.MESH.13650304 |
| | | ETH.MESH.14234628 | |
| 3/3/2004 | Copy Review Submission Form - Inside Gynecare Vol II, #5 | ETH.MESH.14416182 | ETH.MESH.14416221 |
| | Justification for Utilizing the Elasticity Test as the Elongation Requirements on TVT Laser Cut Mesh | ETH.MESH.14450438 | ETH.MESH.14450442 |
| ??/??/1987 | Prolene Explant Lab Notebook Pages and Images | ETH.MESH.15406846 | ETH.MESH.15406856 |
| | Prolene Explant Lab Notebook Pages and Images | Eth.Mesh.15406846 | Eth.Mesh.15406999 |
| N/A | Prolene Explant Lab Notebook Pages and Associated Documents | ETH.MESH.15406846 | ETH.MESH.15406999 |
| 1/20/1988 | List of Explants | ETH.MESH.15406978 | |
| 3/23/1983 | Matlaga memo to Lunn re Prolene Microcracks | ETH.MESH.15955438 | ETH.MESH.15955473 |
| | Prolene Explant Lab Notebook Pages and Images | Eth.Mesh.15955438 | Eth.Mesh.15955473 |
| 11/13/1984 | Memo to McDivitt J re Fourier Transform-Infared Examination of Prolene Microcrack and Photo-Oxidized Polypropylene | ETH.MESH.15958336 | ETH.MESH.15958395 |
| | Prolene Explant Lab Notebook Pages and Images | Eth.Mesh.15958336 | Eth.Mesh.15958469 |
| 3/17/1982 | Microscopic Examination of Prolene Suture and Dacron Graft Returned for Norfolk Surgical Group, Ltd (human retrieval). | ETH.MESH.15958396 | ETH.MESH.15958399 |
| 11/7/1984 | Prolene Polypropylene Suture Explant from Dr. Drewes | Eth.Mesh.15958405 | ETH.MESH.15958407 |
| 9/27/1984 | Prolene 7 Year Explant ERF Accession #84-533. | Eth.Mesh.15958408 | Eth.Mesh.15958409 |
| 3/25/1983 | Examination of 5/0 and 6/0 Cardiovascular Prolene Sutures Explanted after 2 to 6 years Implantation. | ETH.MESH.15958410 | ETH.MESH.15958432 |

DOCUMENTS

| | | | |
|---|---|---|---|
| 8/4/1984 | Examination of Ends of PREP and Prolene Sutures Reported to have Broken in Animals. | Eth.Mesh.15958433 | Eth.Mesh.15958444 |
| 3/11/1985 | Prolene Microcrack Experiments | ETH.MESH.15958445 | ETH.MESH.15958541 |
| 11/5/1984 | Prolene Microcracking | ETH.MESH.15958452 | ETH.MESH.15958469 |
| | Prolene Explant Lab Notebook Pages and Images | Eth.Mesh.15958470 | Eth.Mesh.15958477 |
| | Prolene Explant Lab Notebook Pages and Images | Eth.Mesh.15958478 | Eth.Mesh.15958524 |
| | Prolene Explant Lab Notebook Pages and Images | ETH.MESH.15958478 | ETH.MESH.15958480 |
| | Explant Images | ETH.MESH.15958525 | ETH.MESH.15958532 |
| | Prolene Explant Lab Notebook Pages and Images | ETH.MESH.15984870 | ETH.MESH.15984870 |
| 2/7/2008 | Kahlson H email chain re Conversion to Laset Cut TVT | ETH.MESH.16416002 | ETH.MESH.16416004 |
| | Explant Images | ETH.MESH.17775693 | ETH.MESH.17775734 |
| | | ETH.MESH.22007216 | |
| | | ETH.MESH.22007832 | |
| 7/6/2011 | Email re: pore classification | Eth.Mesh.5337217 | |
| | Chart re Prolene weight and pore size | Eth.Mesh.9671620 | |
| | Marketing Brochure Pelvic Organ Prolapse in Women: It's Common.  It's Treatable | ETH-00255 | ETH-00255 |
| ??/??/06 | GPS for Pelvic Floor Repair | ETH-00289 | ETH-00294 |
| ??/??/04 | Prolift IFU | ETH-00295 | ETH-00300 |
| 1/22/2008 | Lisa Memo re question for updated IFU | ETH-01754 | ETH-01756 |
| 2/28/2005 | Everett J Summary Memo for Revision C of the Gynecare PROLIFT Device Design Safety Assessment | ETH-03531 | ETH-03567 |
| 2/28/2005 | Everett Memo re Summary for Revision C of the Gynecare Prolift Device Safety Assessment | ETH-03534 | ETH-03570 |
| | PR602-003 Appendix VI - Device Design Safety Assessment Form | ETH-03558 | ETH-03558 |
| | | ETH-03568 | |
| 4/7/2008 | Pelekis Memo to Samon re Risk Assessment for Laser Ccutting of D'Art Gynemesh PS Implants | ETH-03883 | ETH-03889 |
| | | ETH-05945 | |
| | | ETH-06043 | |
| 1/14/2005 | Owens Clinical Expert Report Gynecare Prolift | ETH-07152 | ETH-07158 |
| | | ETH-07247 | |
| ??/??/06 | Stop coping. Start Living Patient Brochure | ETH-10187 | ETH-10202 |
| 1/18/2005 | Brown K email chain re Proposal for work with CBAT | ETH-18761 | ETH-18763 |
| | IFU illustrations | ETH-65881 | ETH-65881 |
| 6/14/2006 | Bonet G email chain re Mesh Microns | ETH-83454 | ETH-83454 |
| 1/26/2006 | Porosity Measurement of AMS Intepro Mesh | ETH-83788 | ETH-83788 |
| 4/14/2006 | Regina A email chain re TSM presentations | HMESH.ETH.00108021 | HMESH.ETH.00108024 |
| 8/31/2009 | Rauso J email chain Re shrinkage | HMESH.ETH.00110207 | HMESH.ETH.00110208 |
| 6/12/2012 | Fuchte L email re Ultrapro article in newspaper | HMESH.ETH.00129489 | HMESH.ETH.00129490 |

DOCUMENTS

|  | Walther C ltt Quentin re Discussions with patent department | HMESH_ETH_0037972 3 | HMESH_ETH_0037972 3 |
|  | Nylon MSDS | HMESH_ETH_0066036 9 | HMESH_ETH_0066041 1 |
| 11/1/1988 | Santonox R Antioxidant MSDS | N/A | N/A |
| 6/26/2007 | DLTDP MSDS | N/A | N/A |
| 10/5/2010 | DLTDP MSDS (2) | N/A | N/A |
| 4/24/2012 | Calcium Stearate MSDS | N/A | N/A |
| 5/21/2013 | Calcium Stearate MSDS (2) | N/A | N/A |
|  | MSDS for Calcium Stearate | N/A |  |
|  | MSDS for Dilauralthiodipropionate (DLTDP) | N/A |  |
|  | MSDS for Santonox R | N/A |  |
|  | MSDS for Procol LA-10 | N/A |  |
|  | MSDS for Copper phthalocyanate (CPC) Pigment | N/A |  |
|  | Sunoco MSDS 2006 | N/A |  |
|  | Sunoco MSDS 2004 | N/A |  |
|  | Marlex MSDS 2011 | N/A |  |
|  | Marlex MSDS 2001, 2003, 2004, 2007, 2008 | N/A |  |
|  | In Vitro degradation testing and related documents on polypropylene in collaboration with Dr. Russell Dunn | N/A |  |
| 6/22/2006 | Gadot, H EMEA Launch Strategy |  |  |