**EXHIBIT B**

Jerry G. Blaivas, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF
 2             WEST VIRGINIA AT CHARLESTON
                      - - -
 3
 4   IN RE: ETHICON, INC.,      :Master File No.
     PELVIC REPAIR SYSTEM       :2:12-MD-0237
 5   PRODUCTS LIABILITY         :
     LITIGATION                 :MDL No. 2327
 6   ----------------------------------------------
     THIS DOCUMENT RELATES TO :JOSEPH R. GOODWIN
 7   THE CASES LISTED BELOW   :U.S. DISTRICT JUDGE
     ----------------------------------------------
 8
     Mullins, et al. V. Ethicon, Inc., et al.
 9   2:12-cv-02952
     Sprout, et al. V. Ethicon, Inc., et al.
10   2:12-cv-07924
     Iquinto v. Ethicon, Inc., et al.
11   2:12-cv-09765
     Daniel, et al. V. Ethicon, Inc., et al.
12   2:13-cv-02565
     Dillon, et al. V. Ethicon, Inc., et al.
13   2:13-cv-02919
     Webb, et al. V. Ethicon, Inc., et al.
14   2:13-cv-04517
     Martinez v. Ethicon, Inc., et al.
15   2:13-cv-04730
     McIntyre, et al. V. Ethicon, Inc., et al.
16   2:13-cv-07283
     Oxley v. Ethicon, Inc., et al. 2:13-cv-10150
17   Atkins, et al. V. Ethicon, Inc., et al.
     2:13-cv-11022
18   Garcia v. Ethicon, Inc., et al. 2:13-cv-14355
     Lowe v. Ethicon, Inc., et al. 2:13-cv-14718
19   Dameron, et al. V. Ethicon, Inc., et al.
     2:13-cv-14799
20
21             SEPTEMBER 17, 2015
               JERRY G. BLAIVAS, M.D.
22
23           GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph|917.591.5672 fax
24              deps@golkow.com
```

Jerry G. Blaivas, M.D.

```
1    CAPTION CONTINUED:
2
3    Vanbuskirk, et al. V. Ethicon, Inc., et al.
     2:13-cv-16183
4    Mullens, et al. V. Ethicon, Inc., et al.
     2:13-cv-16564
5    Shears, et al. V. Ethicon, Inc., et al.
     2:13-cv-17012
6    Javins, et al. V. Ethicon, Inc., et al.
     2:13-cv-18479
7    Barr, et al. V. Ethicon, Inc., et al.
     2:13-cv-22606
8    Lambert v. Ethicon, Inc., et al.
     2:13-cv-24393
9    Cook v. Ethicon, Inc., et al. 2:13-cv-29260
     Stevens v. Ethicon, Inc., et al.
10   2:13-cv-29918
     Harmon v. Ethicon, Inc., et al. 2:13-cv-31818
11   Snodgrass v. Ethicon, Inc., et al.
     2:13-cv-31881
12   Miller v. Ethicon, Inc., et al. 2:13-cv-32627
     Matney, et al. V. Ethicon, Inc., et al.
13   2:14-cv-09195
     Jones, et al. V. Ethicon, Inc., et al.
14   2:14-cv-09517
     Humbert v. Ethicon, Inc., et al.
15   2:14-cv-10640
     Gillum, et al. V. Ethicon, Inc., et al.
16   2:14-cv-12756
     Whisner, et al. V. Ethicon, Inc., et al.
17   2:14-cv-13023
     Tomblin v. Ethicon, Inc., et al.
18   2:14-cv-14664
     Schepleng v. Ethicon, Inc., et al.
19   2:14-cv-16061
     Tyler, et al. V. Ethicon, Inc., et al.
20   2:14-cv-19110
     Kelly, et al. V. Ethicon, Inc., et al.
21   2:14-cv-22079
     Lundell v. Ethicon, Inc., et al.
22   2:14-cv-24911
     Cheshire, et al. V. Ethicon, Inc., et al.
23   2:14-cv-24
24
```

Jerry G. Blaivas, M.D.

1  some of the PROLENE® mesh before
2  to place it?  I'm not sure what
3  you're talking about.
4  BY MR. SNELL:
5      Q.  Have you ever placed a TVT?
6      A.  No.
7      Q.  Every Ethicon branded
8  PROLENE® polypropylene sling you placed
9  were slings that you hand cut, correct?
10     A.  Correct.
11     Q.  And you hand cut them at a 2
12 centimeter wide strip, correct?
13     A.  Correct.
14     Q.  And those are the slings --
15 synthetic slings, that you've done,
16 correct?
17     A.  That's correct.
18     Q.  Okay.  And you testified
19 that you would place those -- strike
20 that.
21         You changed your testimony,
22 and you testified that you placed those
23 at the bladder neck, correct?
24         MS. FITZPATRICK:  Objection.

1  attempt to ascertain what was the rate
2  specific to serious infection?
3       A.   No.  But we decide -- no.
4  But I think that -- no, is the answer to
5  your question.
6       Q.   And when you say "serious
7  infection," what do you mean by that?
8       A.   Really, we were talking
9  about life-threatening sepsis or
10 infections that require -- retropubic
11 infections that are either life
12 threatening or require multiple
13 operations to remove.
14           Some of them were, like,
15 thigh infections -- just for example,
16 thigh infections after transobturator
17 slings were used that required three,
18 four, five operations to deal with the
19 infection and remove the mesh.
20           So these were the most
21 serious infections, is what this was
22 talking about.
23      Q.   0.1 percent, you would
24 consider that rare?

Jerry G. Blaivas, M.D.

```
 1    So that would eliminate a major
 2    cause, in my judgment, of
 3    subsequent erosion.
 4         I cited a paper in there,
 5    again, by -- I think this was by
 6    Osborn, where there's a 26-fold
 7    increase, 26-fold increase in the
 8    likelihood of subsequent erosion
 9    into the vagina or the bladder in
10    patients who have had a
11    perforation of the bladder or
12    urethra at the time of the
13    original surgery.
14         And, again, in my opinion
15    this is 100 percent, or
16    practically 100 percent
17    preventable.  So that's the
18    surgical technique, which is part
19    of the -- you know, part of the
20    procedure.
21         The second thing is, it
22    makes little sense to me to use
23    this, you know, bottoms-up
24    approach.  The bottoms-up approach
```

Jerry G. Blaivas, M.D.

1    that they use with the trocar
2    passage precludes any protection
3    of the bladder or urethra.
4         You just have to, for
5    practical purposes, hope that you
6    don't put the trocar into the
7    bladder, the urethra or, even
8    worse, the iliac artery of the
9    obturator, all of which -- every
10   one of those complications has
11   occurred.
12        And, in my judgment,
13   virtually never occurs, not once,
14   if you use the top-down approach.
15   I think it's not physically
16   possible.
17        So that's the second point
18   that I would change.
19        And the third point is that
20   the trocar itself is too big, too
21   thick and too pointed. You know,
22   that trocar gets -- it's very easy
23   to do significant damage to the
24   adjacent structures if the trocar

Jerry G. Blaivas, M.D.

```
 1         goes in the wrong place.
 2              So if you use a much smaller
 3         trocar -- I mean, I alluded to the
 4         fact before that I use a Stamey
 5         needle, which is very thin and
 6         very unlikely to do any major
 7         damage.  And if you pass it from
 8         above to below, the chances of
 9         injuring any adjacent organ is as
10         close to zero as you can get.
11              That's it.
12    BY MR. SNELL:
13         Q.    With regard to your
14    statement that you would dissect more
15    into the retropubic space --
16         A.    Yes.
17         Q.    -- what are the risks
18    attendant with doing more dissection and
19    deeper dissection into the retropubic
20    space?
21         A.    I don't think -- I don't
22    think there's any.  I mean, you're
23    doing -- you're doing with your finger
24    exactly the same thing that you're doing
```

Jerry G. Blaivas, M.D.

1  question was, how do I think it could be
2  improved.  And I think that would be a
3  great improvement.
4      Q.   Do you know whether or not a
5  top-down approach for TVT was ever
6  offered or made available to surgeons?
7      A.   I think -- no, I don't have
8  an independent recollection.
9      Q.   Do you know whether your
10 opinion that proceeding from the top down
11 as opposed to bottom up would lead to
12 less risk of urethral perforation and
13 other complications been has tested in
14 any randomized control trials?
15     A.   The technique that I'm
16 talking about has not, to my knowledge,
17 been done for this, so it hasn't been
18 tested.
19          But it's been done thousands
20 of times by me and other people that do
21 autologous slings.
22     Q.   Do you have that Ogah
23 Cochrane review that we were looking at
24 earlier that you cited in your review