# EXHIBIT F

# Accepted Manuscript



Host Response to Synthetic Mesh in Women with Mesh Complications

Alexis L. Nolfi, BS, Bryan N. Brown, PhD, Rui Liang, MD, Stacy L. Palcsey, BS, Michael J. Bonidie, MD, Steven D. Abramowitch, PhD, Pamela A. Moalli, MD/PhD

PII:            S0002-9378(16)30049-7

DOI:           10.1016/j.ajog.2016.04.008

Reference:     YMOB 11039

To appear in:  *American Journal of Obstetrics and Gynecology*

Received Date: 4 January 2016

Revised Date:  31 March 2016

Accepted Date: 8 April 2016

Please cite this article as: Nolfi AL, Brown BN, Liang R, Palcsey SL, Bonidie MJ, Abramowitch SD, Moalli PA, Host Response to Synthetic Mesh in Women with Mesh Complications, *American Journal of Obstetrics and Gynecology* (2016), doi: 10.1016/j.ajog.2016.04.008.

This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

ACCEPTED MANUSCRIPT

Submit to AJOG

1    HOST RESPONSE TO SYNTHETIC MESH IN WOMEN WITH MESH COMPLICATIONS

2    Alexis L. NOLFI BS[1,2,4], Bryan N. BROWN PhD [1,2,4], Rui LIANG MD[1,3], Stacy L. PALCSEY
3    BS[1], Michael J. BONIDIE MD[3], Steven D. ABRAMOWITCH PhD[2], Pamela A. MOALLI
4    MD/PhD[1,2,3]

5    1.   Magee-Womens Research Institute, Pittsburgh, PA

6    2.   Department of Bioengineering, University of Pittsburgh, Pittsburgh, PA

7    3.   Department of Obstetrics, Gynecology, and Reproductive Sciences, School of Medicine,

8         University of Pittsburgh, Pittsburgh, PA

9    4.   McGowan Institute for Regenerative Medicine, University of Pittsburgh, Pittsburgh, PA

10   DISCLOSURE
11   Moalli: cooperative research agreement ACELL
12   Abramowitch: cooperative research agreement ACELL
13   Other authors report no conflict of interest
14
15   This work was supported by National Institutes of Health awards R01 HD061811 and
16   K12HD043441. The content is solely the responsibility of the authors and does not necessarily
17   represent the official views of the National Institutes of Health. The funding source had no
18   involvement in the study design, collection of data, analysis of data, interpretation of data,
19   writing of the report, or the decision to submit for publication.

20   These findings were presented at the American Urogynecologic Society (AUGS) /International
21   Urogynecological Association (IUGA) Joint Scientific Meeting, Washington, DC, July 22-26,
22   2014 and the 36th Annual Meeting of American Urogynecologic Society PFD Week, Seattle,
23   WA, October 13-17, 2015.

24   Corresponding author:
25   Pamela M. Moalli
26   Magee Women Research Institute
27   Department of Obstetrics and Gynecology
28   204 Craft Ave.
29   Pittsburgh, PA 15219
30   Phone: 412-641- 6052
31   Fax: 412-641-5290
32   Email: pmoalli@mail.magee.edu

33   Word Count

34   Abstract: 444; main text: 2912

ACCEPTED MANUSCRIPT

35  CONDENSATION

36  A persistent macrophage response was observed in mesh tissue complexes excised from women
37  with mesh complications months to years following implantation, with differences observed in
38  biochemical markers for exposure vs pain.

39  SHORT VERSION OF TITLE

40  Vaginal macrophage profile in women with mesh complications.

41

ACCEPTED MANUSCRIPT

42 ABSTRACT

43 Background: In spite of good anatomical and functional outcomes, urogynecologic

44 polypropylene meshes used to treat pelvic organ prolapse and stress urinary incontinence are

45 associated with significant complications, most commonly mesh exposure and pain. Few studies

46 have been performed that specifically focus on the host response to urogynecologic meshes. The

47 macrophage has long been known to be the key cell type mediating the foreign body response.

48 Conceptually, macrophages responding to a foreign body can be broadly dichotomized

49 into M1 pro-inflammatory and M2 pro-remodeling subtypes. A prolonged M1 response is

50 thought to result in chronic inflammation and the formation of foreign body giant cells with

51 potential for ongoing tissue damage and destruction. While a limited M2 predominant response

52 is favorable for tissue integration and ingrowth, excessive M2 activity can lead to accelerated

53 fibrillar matrix deposition, resulting in fibrosis and encapsulation of the mesh.

54 Objectives: To define and compare the macrophage response in patients undergoing a mesh

55 excision surgery for the indication of pain versus a mesh exposure.

56 Study design: Patients scheduled to undergo a surgical excision of mesh for pain or exposure at

57 Magee-Womens Hospital were offered enrollment. Twenty-seven mesh-vagina complexes

58 removed for the primary complaint of a mesh exposure (N=15) vs pain in the absence of an

59 exposure (n=12) were compared to 30 full thickness vaginal biopsies from women undergoing

60 benign gynecologic surgery without mesh. Macrophage M1 pro-inflammatory versus M2 pro-

61 remodeling phenotypes were examined via immunofluorescent labeling for cell surface markers

62 CD86 (M1) vs CD206 (M2) and M1 vs M2 cytokines via enzyme-linked immunosorbent assay

63 (ELISA). The amount of matrix metalloproteinase-2 (MMP-2) and matrix metalloproteinase-9

ACCEPTED MANUSCRIPT

64 (MMP-9) proteolytic enzymes were quantified by zymography and substrate degradation assays,

65 as an indication of tissue matrix degradation. Statistics were performed using one-way ANOVA

66 with appropriate post hoc tests, t-tests, and Fisher's Exact test.

67 Results: Twenty-seven mesh-vaginal tissue complexes were excised from 27 different women

68 with mesh complications - 15 incontinence midurethral slings and 12 prolapse meshes. Upon

69 histological examination, macrophages surrounded each mesh fiber in both groups, with

70 predominance of the M1 subtype. M1 and M2 cytokines/chemokines, MMP-9 (pro and active),

71 and MMP-2 (active) were significantly increased in mesh-vagina explants as compared to vagina

72 without mesh. Mesh explants removed for exposure had 88.4% higher pro-MMP-9 (p=0.035)

73 than those removed for pain. A positive correlation was observed between the profibrotic

74 cytokine IL-10 and the percentage of M2 cells (r=0.697, p=0.037) in the pain group.

75 Conclusion: In women with complications, mesh induces a pro-inflammatory response that

76 persists years after implantation. The increase in MMP-9 in mesh explants removed for exposure

77 indicates degradation while the positive association between IL-10 and M2 macrophages in mesh

78 explants removed for pain is consistent with fibrosis.

79

80

81 Keywords: cytokines, inflammatory response, macrophage phenotype, polypropylene mesh

4

ACCEPTED MANUSCRIPT

## INTRODUCTION

Over the past decade, lightweight, wide-pore polypropylene mesh has been increasingly used in the repair of pelvic organ prolapse and stress urinary incontinence. In spite of favorable anatomical and functional outcomes, mesh use has been associated with complications, most commonly mesh exposure through the vaginal epithelium and pain.[1] Studies of similar meshes used in hernia repair have demonstrated that all polypropylene meshes induce a prolonged inflammatory response at the site of implantation.[2-3] The magnitude and type of response is associated with the development of complications.[3-4] Although it is tempting to extrapolate these findings to meshes applied to the vagina, data suggests that the host response at these two sites is distinct.[5]

The host response following the placement of any foreign material into the body has been well described. Following the initial recruitment of neutrophils, macrophages become the primary immune cell involved in the clearance of debris and the initiation of the host response.[6-7] While this is an essential initial component of healing, the long term presence of activated inflammatory cells, such as macrophages at the mesh tissue interface, can negatively impact the ability of the mesh to function as intended.

Macrophages have been classified as having diverse and plastic phenotypes along a continuum between M1 (classically activated; pro-inflammatory) and M2 (alternatively activated; remodeling, homeostatic) extremes.[8-10] M1 macrophages are characterized by the secretion of reactive oxygen species, pro-inflammatory cytokines and chemokines, and can be identified via the cell surface marker CD86. Persistence of M1 macrophages can lead to tissue damage and destruction. In contrast, M2 macrophages secrete growth factors and anti-inflammatory immune modulators and can be identified by the cell surface marker CD206. M2

5

ACCEPTED MANUSCRIPT

105    macrophages participate in the constructive healing and remodeling phase of the foreign body

106    response resulting in tissue deposition and in growth.[8, 10-12] However, an overzealous M2

107    response can also lead to excess tissue deposition and fibrosis.[13] As such, macrophage

108    polarization and plasticity play an important and determinant role in tissue remodeling following

109    injury and the integration of biomaterials.[13-14] Limited data exists on the macrophage response

110    following implantation of urogynecologic meshes[15-16] particularly in regard to implantation in

111    the vagina.

112         The objective of the current study was to characterize the macrophage response present in

113    patients undergoing mesh excision surgery and to define differences in this response according to

114    the two most common complications - mesh exposure and pain[1] Mesh-tissue constructs from

115    women undergoing mesh excision surgery for the indication of pain and exposure were

116    compared to full thickness vaginal biopsies from women undergoing prolapse repairs using

117    morphological, biochemical, and immunological endpoints.

118

## MATERIALS AND METHODS

### Patient Acquisition

121         Patients scheduled to undergo surgical excision of mesh as part of a larger study (Magee

122    Mesh Biorepository IRB# 10090194) were offered enrollment.  For inclusion in the current

123    study, mesh had to be removed from the anterior or apical compartment for the primary

124    indication of exposure or pain.  Mesh exposure was defined as at least 2 mm of mesh visible

125    through the vaginal epithelium and pain was defined as mesh being removed for the primary

126    complaint of pain (with palpation, ambulation, or intercourse) without evidence of exposure.

127    Patients were excluded from the study if presenting with acute infection (fever, worsening pain,

6

ACCEPTED MANUSCRIPT

128 and pus in area of mesh) or erosion into the bowel or bladder. Patients were also excluded if they

129 were unable to provide informed consent, on chronic immunosuppressive therapy, or had an

130 autoimmune disorder. After consent was obtained, baseline demographic data were abstracted

131 from the electronic medical record including age, race/ethnicity, body mass index (BMI),

132 gravidity, parity, hormone use, menopausal status, and smoking status (Table 1). Menopausal

133 status was defined as: pre-menopausal (regular menstrual periods within the last 12 months) and

134 post-menopausal (no menstrual periods within the last 12 months). Hormone use was defined as

135 current use of systemic estrogen with or without progesterone or vaginal estrogen for $\geq$ to 3

136 months. Smoking was defined as current smoker (yes/no). Operative reports from the initial

137 mesh surgery were reviewed and the type of mesh recorded

138 On the day of surgery, the excised mesh-tissue complex was placed in a sterile specimen

139 container, immediately placed on ice, and sent for analysis.  Samples from mesh patients were

140 age, BMI, and menopausal status-matched to full thickness vaginal biopsies obtained from the

141 anterior vagina at the vaginal apex in mesh-naïve women with stage II or III prolapse with and

142 without incontinence undergoing pelvic surgery, as described previously (IRB # 0412054).[17]

143 This group of vaginal biopsies was selected as a control for the present study as there is evidence

144 that the vaginal biopsies from women with prolapse and incontinence have increased MMPs

145 relative to women with normal pelvic organ support.[18-19]

146 **Tissue Extract Acquisition and Histological Preparation**

147 Excised tissue-mesh complexes and non-mesh control tissues were extracted in high salt

148 extraction buffer as described previously.[20] Additional pieces of vagina-mesh-complexes and

7

ACCEPTED MANUSCRIPT

149  non-mesh control tissue were embedded into O.C.T. compound (Tissue-Tek®, Sakura Finetek

150  USA. Inc., Torrance, CA), flash frozen in liquid nitrogen, sectioned (7µm) and stored at -80°C.

**Cytokine and Chemokine Determination**

152  Quantification of cytokines IL-10, IL-4, TNF-α, IL-12p70, and IL-12p40p70 and

153  chemokines CXCL10 and CCL17 was performed using commercially available ELISA kits (Life

154  Technologies, Carlsbad, CA and R&D Systems, Minneapolis, MN, respectively). All samples

155  were run in duplicate or triplicate using 40ug total protein per sample per assay. A patient sample

156  that had been previously characterized for analyte amounts served as an internal control.

**Zymographic Analyses**

158  Samples containing 30µg total protein were analyzed in duplicate by substrate

159  zymography according to manufacturer's instructions (Novex, Life Technologies, Carlsbad,

160  CA).  For quantification of active and pro-enzyme forms of MMP-2, band density was measured

161  with ImageJ Software (National Institute of Health, Bethesda, MD), and measurements were

162  normalized to an internal control.

**MMP-9 activity assay**

164  Endogenous MMP-9 activity was measured using a Fluorokine E Human Active MMP-9

165  kit (R&D systems, Minneapolis, MN).  For each experiment, 20 µg of protein from each sample

166  was tested in duplicate.  Fluorescence was read using a Spectramax M2 spectrophotometer

167  (Molecular Devices, Sunnyvale, CA) at an excitation wavelength of 320 nm and an emission

168  wavelength of 405 nm. Data was analyzed using a four-parameter regression curve (Masterplex

169  ReaderFit, Miraibio, San Francisco, CA) and normalized to nanogram active MMP-9 per mg

170  protein in each sample.

8

ACCEPTED MANUSCRIPT

**Immunofluorescent Labeling**

Tissue sections were quadruple-labeled for pan-macrophage marker CD68, M1 macrophage marker CD86, M2 macrophage marker CD206, and nuclear marker 4',6-diamidino-2-phenylindole (DAPI) as described[15] and imaged using a Nikon ECLIPSE 90i upright microscope (Nikon USA, Melville, NY). For mesh-vagina complexes, six 200X images were acquired over two locations within the tissue. Three images were taken in an area of a mesh fiber (defined as a single fiber of polypropylene not immediately adjacent to other fibers) and three additional images were taken in the area of a mesh knot (defined as three or more single fibers immediately adjacent to each other). For control patients, six 200X images were taken over two areas of each tissue. For each image, two trained technicians counted the number of total cells and the number of cells co-expressing either CD68 and CD86 or CD68 and CD206 to define the M1 and M2 macrophage population, respectively. For each field the M2:M1 ratio was calculated as described in Wolf et al [21] by using the formula (raw number of M2 macrophages+1)/(raw number of M1 macrophages +1) to avoid division by 0 in samples with no cells present.

**Statistical Analysis**

Power analysis showed 8 samples in each group were necessary to reach statistical significance for cytokines using previously obtained IL-10 values in vaginal extracts from non-human primate with and without Gynemesh PS implanted via sacrocolpopexy. [15] Statistical analysis was performed with SPSS 21 (IBM, Armonk, NY). For demographic data, a one-way ANOVA with Tukey *post hoc* testing, Kolmogorov-Smirnov tests, and Fisher's Exact tests with significance level $\alpha$=0.05 was used. For the biochemical endpoints of mesh patients vs. control patients and for the complication exposure vs. pain, a two-tailed Student's independent samples t-test was performed. For histological endpoints comparing areas of a mesh fiber to a mesh knot,

9

ACCEPTED MANUSCRIPT

194    a paired-sample t-test was used ($\alpha=0.05$), and when comparing tissue removed for exposure vs.

195    pain, an independent-sample t-test was used ($\alpha=0.05$). Pearson's correlations were used to

196    correlate cytokines with histologic findings.

197

**RESULTS**

198

**Demographic Data**

199

200    Twenty-seven mesh-vaginal tissue complexes were excised from 27 women - 15

201    incontinence midurethral slings and 12 prolapse meshes. Four of the 27 meshes were implanted

202    via abdominal sacrocolpopexy and the remainder were inserted transvaginally.  There were no

203    differences in patient age, race/ethnicity, BMI, gravidity, parity, hormone use, menopausal

204    status, smoking status, or duration of mesh implantation (all $p>0.05$, Table 1). In addition, there

205    were no differences in patient demographics or experimental endpoints when separated by

206    prolapse meshes vs midurethral slings. The specific meshes that were excised are listed in Table

207    2. Mesh type was not found in 3 meshes removed for pain and 1 mesh removed for exposure.

208    Meshes were explanted from 4.5 to 93 months following the index surgery.

**Biochemical Endpoints**

209

210    All M1 pro-inflammatory and M2 pro-remodeling cytokines and chemokines were

211    increased in mesh explants as compared to non-mesh tissue (Table 3), indicating a robust, active

212    and ongoing host response to polypropylene long after implantation.  Examination of the pro-

213    remodeling cytokines IL-4 and IL-10 showed a 1.18 fold increase ($p=0.011$) and 1.45 fold

214    increase ($p=0.016$), respectively, in mesh-vagina explants vs. control. Pro-inflammatory

215    cytokines TNF-$\alpha$, IL-12p40p70, and IL-12p70 had a 2.13 fold increase ($p<0.001$), a 2.19 fold

216    increase ($p<0.001$), and a 1.22 fold increase ($p=0.001$), respectively, in mesh explants vs.

10

ACCEPTED MANUSCRIPT

217   controls. The pro-inflammatory chemokine CXCL10 and the pro-remodeling chemokine CCL17

218   were 3.38 fold increased (p=0.016) and 7.26 fold increased (p<0.001) relative to control,

219   respectively.  Comparison of the ratio of the M2 pro-remodeling cytokines (IL-10 + IL-4) to the

220   M1 pro-inflammatory cytokines (TNF-α + IL-12p70) revealed a decrease in mesh explants as

221   compared to controls (p=0.003), indicating a shift towards a pro-inflammatory profile.

222   Pro- and active MMP-9 were 2.85 fold increased (p<0.0001) and 2.91 fold increased

223   (p<0.0001) respectively, in mesh explants as compared to controls. While proMMP-2 was

224   similar in complexes with and without mesh, active MMP-2 was 2.08 fold increased (p=0.038).

225   Pro-MMP-9 was 1.88 fold higher with  exposure than pain (p=0.036). No statistical

226   difference was observed for active MMP-9 (p=0.067). Values for individual cytokines and

227   chemokines and for levels of pro- and active MMP2 did not differ based on indication for mesh

228   removal (Table 4).

229   **Immunofluorescent Labeling**

230   Mesh tissue complexes demonstrated a marked but highly localized foreign body

231   response characterized by the presence of CD68+ cells (macrophages) surrounding each mesh

232   fiber. In areas where mesh fibers were in close proximity, the host response to neighboring fibers

233   overlapped increasing the magnitude of the response.  Labeling with the M1-specific surface

234   marker CD86 and the M2-specific marker CD206 demonstrated that control tissues contained

235   few or no macrophages, as opposed to tissue-mesh-complexes in which CD68+CD86+ pro-

236   inflammatory M1 macrophages were concentrated around mesh fibers (Figure 1, Table 5). Mesh

237   explants contained a higher number of total cells/200X field when compared to controls (682.46

11

ACCEPTED MANUSCRIPT

238   ± 142.61 vs 441.63 ± 126.13 cells, p<0.001) and a lower ratio of M2:M1 macrophages (0.260 ±

239   0.161 vs 1.772 ± 1.919, p=0.001), supporting an ongoing pro-inflammatory response.

240      In mesh explants, no differences in the number of macrophages present or the

241   macrophage phenotype was observed when data was stratified based on indication for mesh

242   removal (Table 6). However, when comparing areas containing a mesh fiber vs. a mesh knot in

243   individual samples, the area of a mesh knot had a total cell density that was 1.23 fold increased

244   (p=0.037). Within the area of a mesh knot, the number of M1 macrophages was 2.00 fold

245   increased (p=0.003), the percentage of M1 macrophages (as a function of total cells) was 1.59

246   fold increased (p=0.004), the number of M2 cells was 2.27 fold increased (p<0.001), and

247   percentage of M2 macrophages was 1.77 fold increased (p=0.002) as compared to a single mesh

248   fiber (Table 7) suggesting that the host response was proportional to the amount of material in

249   contact with the host. No significant difference was observed in the ratio of M2:M1

250   macrophages in the area of a mesh knot vs a mesh fiber. A positive correlation between IL-10

251   and the percentage of pro-remodeling/pro-fibrotic M2 cells (r=0.697, p=0.037) in the pain group

252   was observed that was not present in the exposure group. In the exposure group, a positive

253   correlation was observed between the pro-inflammatory cytokine IL-12p40p70 and percentage of

254   pro-inflammatory M1 macrophages (r=0.584, p=0.059), which did not reach statistical

255   significance. This correlation was not observed in the pain group.

256   **COMMENT**

257      A persistent foreign body response was observed in mesh tissue complexes excised from

258   women requiring surgical excision of mesh months to years after mesh implantation. The host

259   response was characterized by a predominance of macrophages with an increase in both pro-

12

ACCEPTED MANUSCRIPT

260  inflammatory and pro-remodeling cytokines/chemokines along with increased tissue degradation

261  as evidenced by increased MMP-2 and MMP-9. Mesh-tissue complexes removed for mesh

262  exposure had increased pro-MMP-9 indicating a pro-inflammatory and tissue destruction type

263  response.  In contrast, in mesh-tissue complexes removed for pain, the percentage of M2

264  macrophages (involved in tissue remodeling and fibrosis [22-24]) positively correlated with the

265  amount of the anti-inflammatory/pro-fibrotic cytokine IL-10 consistent with tissue deposition

266  and encapsulation.

267      The presence of macrophages, elevated cytokines, chemokines and MMPs in tissue-mesh

268  complexes excised from patients with exposure or pain suggests that polypropylene mesh elicits

269  an ongoing host inflammatory response. [7]  Importantly, the presence of macrophages was limited

270  to the area immediately surrounding the mesh fibers with each fiber eliciting an independent

271  reaction, the magnitude of which appeared to be proportional to the number of fibers in a given

272  area. This points to the importance of maintaining meshes in a flat (as opposed to folded)

273  configuration to minimize the amount of material per area and choosing meshes in which the

274  spaces between fibers (pores) are wide enough that the host response to two adjacent fibers does

275  not overlap. [25]

276      In mesh-tissue complexes removed for exposure, pro-MMP9 was increased as compared

277  to mesh removed for pain, suggesting a degenerative process. Studies of hernia meshes in animal

278  models have shown that persistent inflammation with a prolonged release/activation of MMPs

279  can lead to the degeneration of mesh-implanted tissues resulting in a deterioration in structural

280  and mechanical integrity. [26-27] In a nonhuman primate model, Gynemesh PS caused a decrease in

281  key structural proteins (collagen and elastin) and increased MMP activity leading to thinning of

282  the underlying and associated tissues and a deterioration of mechanical properties. [20, 28-29]

13

ACCEPTED MANUSCRIPT

283   Gynemesh PS has a highly unstable geometry when loaded resulting in pore collapse and

284   increasing stiffness of the product. [30-31] As virtually all meshes removed from women with

285   complications have evidence of deformation and pore collapse, [32-36] mesh exposure may

286   represent a mechanical phenomenon in which altered mesh geometries result in increased mesh

287   stiffness which in turn, leads to a degenerative response as a result of stress shielding and

288   ongoing destructive inflammation.

289   While the mechanism for developing pain following mesh implantation is not clear, mesh

290   deformation (contraction, retraction, or shrinkage) is also frequently observed in meshes

291   removed for pain. [32, 34, 36-38] In normal wound healing, as inflammation resolves and remodeling

292   begins, some amount of tissue contraction occurs with the formation of a scar. [38] In the presence

293   of a permanent foreign body, the implant is surrounded with a fibrotic capsule since it cannot be

294   degraded. For hernia meshes, if the fibers are too close (<1mm), the fibrotic response to

295   neighboring fibers overlaps, or "bridges," resulting in "bridging fibrosis" or encapsulation of the

296   mesh. [25] As myofibroblasts constitute the primary cellular component of the fibrotic capsule,

297   when a mesh becomes encapsulated, the resulting contraction or "shrinkage" may place tension

298   on adjacent tissues resulting in pain.  Indeed, mesh shrinkage (50-70%) has been described to

299   occur following transvaginal insertion of prolapse meshes. [32-37] In the present study, in meshes

300   removed for pain, IL-10, a cytokine that, in increased amounts, has been associated with

301   fibrosis, [39-42] positively correlated with the percentage of M2 polarized macrophages

302   (remodeling/fibrotic phenotype), supporting an ongoing remodeling/fibrotic process involved in

303   at least one mechanism leading to pain.

304   A major limitation of the current study is that it was not possible to include a control group

305   of mesh-tissue complexes obtained from women who underwent mesh implantation without a

ACCEPTED MANUSCRIPT

306 complication. As such, the current study does not assess the inflammatory response to prolapse
307 mesh in women with a good outcome and focuses only upon the inflammatory response in the
308 setting of complications. Our strict inclusion criteria resulted in a limited sample size which
309 limits the generalizability of the data especially in regards to the impact of variables such as age,
310 length of time of mesh implantation, and hormone use.  All patients enrolled in the current study
311 completed the Pelvic Pain Scale (PPS) and a number of other validated questionnaires, the
312 analysis of which is pending and will be the focus of a future manuscript.  Finally, it is our
313 practice to remove as much mesh as possible in patients presenting with a mesh complication;
314 therefore, we cannot guarantee that the mesh undergoing analysis was at the exact site of the
315 complication, regardless of whether it was removed for an exposure or pain.

316     In conclusion, the findings of present study suggest that the two major mesh
317 complications - exposure and pain - are associated with a marked pro-inflammatory response that
318 persists years after mesh implantation.  In addition, different mechanisms for mesh exposure and
319 pain may be associated with differential macrophage activation.  Future studies will focus on the
320 specific risk factors that predispose to specific types of mesh complications.

321 **AUTHOR CONTRIBUTIONS**

322 A.L.N. acquiring samples, conducting experiments, writing the manuscript, and analyzing data;
323 B.B. analyzing data and writing the manuscript; R.L acquiring data, analyzing data, and writing
324 the manuscript; S.P acquiring samples, and conducting experiments; M.B. acquiring data and
325 analyzing data; S.A. acquiring data and analyzing data; P.A.M. designing research studies,
326 analyzing data, and writing the manuscript.

327 **ACKNOWLEDGEMENT**

15

ACCEPTED MANUSCRIPT

328    Funding from R01 HD061811 (P.A.M) and K12 HD043441 (B.N.B)

329

330    **REFERENCES**

331    1.      FS C. UPDATE on Serious Complications Associated with Transvaginal Placement of

332    Surgical Mesh for Pelvic Organ Prolapse. In: FDA, editor.July 2011.

333    2.      Cervigni M, Natale F. The use of synthetics in the treatment of pelvic organ prolapse.

334    Curr Opin Urol. 2001;11(4):429-35.

335    3.      Klinge U, Klosterhalfen B, Muller M, Schumpelick V. Foreign body reaction to meshes

336    used for the repair of abdominal wall hernias. Eur J Surg. 1999;165(7):665-73.

337    4.      Cobb WS, Kercher KW, Heniford BT. The argument for lightweight polypropylene mesh

338    in hernia repair. Surgical innovation. 2005;12(1):63-9.

339    5.      Pierce LM, Rao A, Baumann SS, Glassberg JE, Kuehl TJ, Muir TW. Long-term

340    histologic response to synthetic and biologic graft materials implanted in the vagina and

341    abdomen of a rabbit model. Am J Obstet Gynecol. 2009;200(5):546 e1-8.

342    6.      Anderson JM. Biological Responses to Materials. Annu Rev Mater Res. 2001;31:81-110.

343    7.      Anderson JM, Rodriguez A, Chang DT. Foreign body reaction to biomaterials. Semin

344    Immunol. 2008;20(2):86-100. PMCID: 2327202.

345    8.      Mantovani A, Sica A, Sozzani S, Allavena P, Vecchi A, Locati M. The chemokine

346    system in diverse forms of macrophage activation and polarization. Trends Immunol.

347    2004;25(12):677-86.

348    9.      Mills CD, Kincaid K, Alt JM, Heilman MJ, Hill AM. M-1/M-2 macrophages and the

349    Th1/Th2 paradigm. J Immunol. 2000;164(12):6166-73.

350    10.     Mosser DM, Edwards JP. Exploring the full spectrum of macrophage activation. Nat Rev

351    Immunol. 2008;8(12):958-69. PMCID: 2724991.

16

ACCEPTED MANUSCRIPT

352   11.     Brown BN, Badylak SF. Expanded applications, shifting paradigms and an improved

353   understanding of host-biomaterial interactions. Acta Biomater. 2013;9(2):4948-55.

354   12.     Gundra UM, Girgis NM, Ruckerl D, et al. Alternatively activated macrophages derived

355   from monocytes and tissue macrophages are phenotypically and functionally distinct. Blood.

356   2014;123(20):e110-22. PMCID: 4023427.

357   13.     Murray PJ, Wynn TA. Protective and pathogenic functions of macrophage subsets. Nat

358   Rev Immunol. 2011;11(11):723-37. PMCID: 3422549.

359   14.     Brown BN, Sicari BM, Badylak SF. Rethinking regenerative medicine: a macrophage-

360   centered approach. Front Immunol. 2014;5:510. PMCID: 4219501.

361   15.     Brown BN, Mani D, Nolfi AL, Liang R, Abramowitch S, Moalli PA. Characterization of

362   the host inflammatory response following implantation of prolapse mesh in rhesus macaque. Am

363   J Obstet Gynecol. 2015.

364   16.     Hill AJ, Unger CA, Solomon ER, Brainard JA, Barber MD. Histopathology of excised

365   midurethral sling mesh. Int Urogynecol J. 2015;26(4):591-5.

366   17.     Zong W, Stein SE, Starcher B, Meyn LA, Moalli PA. Alteration of vaginal elastin

367   metabolism in women with pelvic organ prolapse. Obstet Gynecol. 2010;115(5):953-61.

368   PMCID: 3042770.

369   18.     Chen BH, Wen Y, Li H, Polan ML. Collagen metabolism and turnover in women with

370   stress urinary incontinence and pelvic prolapse. Int Urogynecol J Pelvic Floor Dysfunct.

371   2002;13(2):80-7; discussion 7.

372   19.     Moalli PA, Shand SH, Zyczynski HM, Gordy SC, Meyn LA. Remodeling of vaginal

373   connective tissue in patients with prolapse. Obstet Gynecol. 2005;106(5 Pt 1):953-63.

ACCEPTED MANUSCRIPT

374   20.   Liang R, Zong W, Palcsey S, Abramowitch S, Moalli PA. Impact of prolapse meshes on

375   the metabolism of vaginal extracellular matrix in rhesus macaque. Am J Obstet Gynecol.

376   2015;212(2):174.e1-7.

377   21.   Wolf MT, Dearth CL, Ranallo CA, et al. Macrophage polarization in response to ECM

378   coated polypropylene mesh. Biomaterials. 2014;35(25):6838-49.

379   22.   Novak ML, Koh TJ. Macrophage phenotypes during tissue repair. Journal of leukocyte

380   biology. 2013;93(6):875-81. PMCID: 3656331.

381   23.   Venosa A, Malaviya R, Choi H, Gow AJ, Laskin JD, Laskin DL. Characterization of

382   Distinct Macrophage Subpopulations During Nitrogen Mustard-Induced Injury and Fibrosis. Am

383   J Respir Cell Mol Biol. 2015.

384   24.   Wynn TA, Barron L. Macrophages: master regulators of inflammation and fibrosis.

385   Semin Liver Dis. 2010;30(3):245-57. PMCID: 2924662.

386   25.   Orenstein SB, Saberski ER, Kreutzer DL, Novitsky YW. Comparative analysis of

387   histopathologic effects of synthetic meshes based on material, weight, and pore size in mice. The

388   Journal of surgical research. 2012;176(2):423-9.

389   26.   Jones JA, McNally AK, Chang DT, et al. Matrix metalloproteinases and their inhibitors

390   in the foreign body reaction on biomaterials. Journal of biomedical materials research Part A.

391   2008;84(1):158-66.

392   27.   Klinge U, Junge K, Stumpf M, Ap AP, Klosterhalfen B. Functional and morphological

393   evaluation of a low-weight, monofilament polypropylene mesh for hernia repair. J Biomed Mater

394   Res. 2002;63(2):129-36.

ACCEPTED MANUSCRIPT

395    28.    Feola A, Abramowitch S, Jallah Z, et al. Deterioration in biomechanical properties of the
396    vagina following implantation of a high-stiffness prolapse mesh. BJOG. 2013;120(2):224-32.
397    PMCID: 3530836.

398    29.    Liang R, Abramowitch S, Knight K, et al. Vaginal degeneration following implantation
399    of synthetic mesh with increased stiffness. BJOG. 2013;120(2):233-43. PMCID: 3531826.

400    30.    Barone W, Moalli P, Abramowitch S. Variable Porosity of Common Prolapse Mesh's
401    during Uni-Axial Loading.  34th Annual Meeting of American Urogynecologic Society; October
402    16-19; Las Vegas, NV2013. p. S56-7.

403    31.    Otto J, Kaldenhoff E, Kirschner-Hermanns R, Muhl T, Klinge U. Elongation of textile
404    pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring
405    incorporation in scar plates. Journal of biomedical materials research Part A. 2014;102(4):1079-
406    84.

407    32.    Caquant F, Collinet P, Debodinance P, et al. Safety of Trans Vaginal Mesh procedure:
408    retrospective study of 684 patients. J Obstet Gynaecol Res. 2008;34(4):449-56.

409    33.    Rogowski A, Bienkowski P, Tosiak A, Jerzak M, Mierzejewski P, Baranowski W. Mesh
410    retraction correlates with vaginal pain and overactive bladder symptoms after anterior vaginal
411    mesh repair. Int Urogynecol J. 2013;24(12):2087-92.

412    34.    Svabik K, Martan A, Masata J, El-Haddad R, Hubka P, Pavlikova M. Ultrasound
413    appearances after mesh implantation--evidence of mesh contraction or folding? Int Urogynecol J.
414    2011;22(5):529-33.

415    35.    Tunn R, Picot A, Marschke J, Gauruder-Burmester A. Sonomorphological evaluation of
416    polypropylene mesh implants after vaginal mesh repair in women with cystocele or rectocele.
417    Ultrasound Obstet Gynecol. 2007;29(4):449-52.

ACCEPTED MANUSCRIPT

418   36.    Velemir L, Amblard J, Fatton B, Savary D, Jacquetin B. Transvaginal mesh repair of

419   anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound

420   Obstet Gynecol. 2010;35(4):474-80.

421   37.    Eisenberg VH, Steinberg M, Weiner Z, et al. Three-dimensional transperineal ultrasound

422   for   imaging   mesh   implants   following   sacrocolpopexy.   Ultrasound   Obstet   Gynecol.

423   2014;43(4):459-65.

424   38.    Marschke J, Hengst L, Schwertner-Tiepelmann N, Beilecke K, Tunn R. Transvaginal

425   single-incision mesh reconstruction for recurrent or advanced anterior vaginal wall prolapse.

426   Arch Gynecol Obstet. 2014.

427   39.    Desmouliere A, Chaponnier C, Gabbiani G. Tissue repair, contraction, and the

428   myofibroblast. Wound Repair Regen. 2005;13(1):7-12.

429   40.    Gerber JS, Mosser DM. Reversing lipopolysaccharide toxicity by ligating the

430   macrophage Fc gamma receptors. J Immunol. 2001;166(11):6861-8.

431   41.    Mosser DM. The many faces of macrophage activation. Journal of leukocyte biology.

432   2003;73(2):209-12.

433   42.    Sziksz E, Pap D, Lippai R, et al. Fibrosis Related Inflammatory Mediators: Role of the

434   IL-10 Cytokine Family. Mediators Inflamm. 2015;2015:764641. PMCID: 4495231.

435

ACCEPTED MANUSCRIPT

436    **Table 1.** Descriptive statistics of study population.

437

| | Mesh complications (n=27) | | | |
|---|---|---|---|---|
| | Mesh exposure (n=15) | Pain (n=12) | Prolapse (n=30) | P-value |
| Age[a] (years) | 56.1 ± 8.0 | 52.1 ± 9.7 | 52.9 ± 9.2 | 0.527 |
| BMI[a] | 30.8 ± 5.9 | 27.3 ± 3.3 | 28.5 ± 4.0 | 0.158 |
| Gravidity[b] | 3.0 (2.0, 4.0) | 3.5 (2.0, 5.75) | 2.0 (2.0, 3.0) | 0.644 |
| Parity[b] | 2.0 (2.0, 3.0) | 3.0 (2.0, 5.0) | 2.0 (2.0, 3.0) | 0.899 |
| Time implanted (months)[a] | 36.9 ± 30.3 | 30.9 ± 18.0 | NA | 0.527 |
| Menopausal status[c] | | | | |
| pre-menopausal | 2(13%) | 3(25%) | 12(40%) | |
| post-menopausal | 13(87%) | 9(75%) | 18(60%) | 0.190 |
| Smoking[c] | | | | |
| nonsmoker | 12(80%) | 9(75%) | 27(90%) | |
| smoker | 3(20%) | 3(25%) | 3(10%) | 0.713 |
| Race/ethnicity[c] | | | | |
| white | 15(100%) | 12(100%) | 29(97%) | |
| Indian | 0 | 0 | 1(3%) | |
| other | 0 | 0 | 0 | 1.000 |
| Hormonal Usage[c] | | | | |
| Yes | 7(47%) | 7(58%) | 7(23%) | |
| No | 8(53%) | 5(42%) | 23(77%) | 0.077 |

438    a.   values given as mean ± standard deviation
439    b.   values given as median (25 percentile, 75 percentile)
440    c.   values given as number of patients (percentage)
441
442
443
444
445
446

21

ACCEPTED MANUSCRIPT

447   **Table 2**. Excised mesh brand and type categorized by mesh complications. Of the 27 patients

448   enrolled in this study, mesh brand information was not able to be determined for 4 of the

449   patients.

| Mesh device | Removal due to exposure (n=15) | Removal due to pain (n=12) |
|---|---|---|
| AMS Monarc TOT | 1 | 0 |
| AMS Perigee | 1 | 0 |
| Bard Ajust Single Incision Sling (SIS) | 0 | 1 |
| Bard Soft Mesh | 0 | 1 |
| Boston Scientific Lynx TVT | 1 | 1 |
| Boston Scientific Obtryx TOT | 1 | 0 |
| Boston Scientific Solyx mini sling | 0 | 1 |
| Boston Scientific Uphold | 1 | 0 |
| Caldera Desara Sling System for SUI | 1 | 0 |
| Coloplast Novasilk | 1 | 0 |
| Gynecare Prolift mesh kit | 1 | 1 |
| Gynecare Gynemesh PS | 4 | 0 |
| Gynecare TVT Secur | 1 | 2 |
| Gynecare TVT | 1 | 1 |
| Gynecare TOT | 0 | 1 |
| Original medical records not available | 1 | 3 |

22

ACCEPTED MANUSCRIPT

450    **Table 3.** Distribution of Biomarkers by Study Group.

| | Mesh complications (exposure + pain) (n=27) | Prolapse control (n=30) | P-Value |
|---|---|---|---|
| **Cytokines & Chemokines*** | | | |
| IL-4 | $3.316 \pm 0.860$ | $2.800 \pm 0.567$ | 0.011 |
| IL-10 | $17.738 \pm 9.957$ | $12.218 \pm 5.932$ | 0.016 |
| TNF-$\alpha$ | $15.963 \pm 6.392$ | $7.487 \pm 2.224$ | 0.000 |
| IL-12p40p70 | $28.519 \pm 16.437$ | $13.029 \pm 7.227$ | 0.000 |
| IL-12p70 | $2.070 \pm 0.471$ | $1.691 \pm 0.291$ | 0.001 |
| CXCL10 | $62.534 \pm 71.835$ | $18.492 \pm 61.065$ | 0.016 |
| CCL17 | $33.940 \pm 38.156$ | $4.674 \pm 3.681$ | 0.000 |
| **Proteases** | | | |
| Pro-MMP-2[⊥] | $1.192 \pm 0.851$ | $1.324 \pm 0.971$ | 0.601 |
| Active MMP-2[⊥] | $1.521 \pm 1.636$ | $0.733 \pm 0.783$ | 0.038 |
| Pro-MMP-9[γ] | $3.496 \pm 2.643$ | $1.226 \pm 1.715$ | 0.000 |
| **M2/M1 cytokines & chemokines** | | | |
| (IL-4+IL-10)/ (TNF-$\alpha$ +IL-12p70) | $1.209 \pm 0.562$ | $1.633 \pm 0.486$ | 0.003 |
| CCL17/CXCL10 | $0.852 \pm 0.921$ | $0.661 \pm 0.597$ | 0.364 |

451    Data expressed as Mean ± Standard Deviation

452    [*]pg per 40µg protein, [⊥]arbitrary units, [γ]ng per 15µg total protein

23

Case 2:12-md-02327   Document 2947-6   Filed 10/11/16   Page 26 of 31 PageID #: 111327

ACCEPTED MANUSCRIPT

453   **Table 4.** Comparison of the profiles of cytokines, chemokines and MMP2 in vaginal tissue

454   excised for mesh exposure and pain.

| | Mesh: Exposure | Mesh: Pain | P-Value |
|---|---|---|---|
| **Cytokines & Chemokines[*]** | | | |
| IL-4 | 3.307 ± 0.973 | 3.328 ± 0.736 | 0.952 |
| IL-10 | 19. 323 ± 11.665 | 15.757 ± 7.308 | 0.342 |
| TNF-α | 15.954 ± 5.011 | 15.976 ± 8.039 | 0.994 |
| IL-12p40p70 | 31.739 ± 20.242 | 24.493 ± 9.235 | 0.231 |
| IL-12p70 | 2.040 ± 0.564 | 2.108 ± 0.342 | 0.705 |
| CXCL10 | 71.384 ± 86.873 | 51.472 ± 48.495 | 0.459 |
| CCL17 | 38.445 ± 49.238 | 28.312 ± 17.132 | 0.467 |
| **Proteases** | | | |
| Pro-MMP-2[⊥] | 0.965 ± 1.018 | 1.420 ± 0.606 | 0.200 |
| Active MMP-2[⊥] | 1.278 ± 0.887 | 1.764 ± 2.164 | 0.483 |
| Pro-MMP-9[γ] | 4.860 ± 3.464 | 2.586 ± 1.660 | 0.036 |
| Active MMP-9[γ] | 6.063 ± 4.674 | 3.578 ± 1.338 | 0.067 |
| **M2/M1 cytokines & chemokines** | | | |
| (IL-4+IL-10)/ (TNF-α +IL-12p70) | 1.266 ± 0.640 | 1.138 ± 0.462 | 0.551 |
| CCL17/CXCL10 | 0.864 ± 1.165 | 0.837 ± 0.529 | 0.937 |

455   Data expressed as Mean ± Standard Deviation

456   [*]pg per 40µg protein, [⊥]arbitrary units, [γ]ng per 15µg total protein

24

ACCEPTED MANUSCRIPT

457   **Table 5.** Macrophage phenotypes in vaginal tissue excised for mesh complications as compared

458   to tissue derived from prolapse women.

459

|  | Mesh complications (n=20) | Prolapse (n=24) | P-value |
|---|---|---|---|
| Total Nuclei | 682.46 ± 142.61 | 441.63 ± 126.13 | 0.000 |
| M1 cell count | 197.95 ± 97.15 | 0.889 ± 2.40 | 0.000 |
| % M1 cells | 28.06 ± 11.03 | 0.181 ± 0.469 | 0.000 |
| M2 cell count | 41.90 ± 20.33 | 1.067 ± 2.034 | 0.000 |
| % M2 cells | 6.15 ± 2.80 | 0.313 ± 0.756 | 0.000 |
| M2/M1 ratio | 0.260 ± 0.161 | 1.772 ± 1.919 | 0.001 |

460   Data expressed as Mean ± Standard Deviation

461
462
463

464

465

466

467

468

25

ACCEPTED MANUSCRIPT

469   **Table 6.**   Comparison of macrophage phenotypic profile in vaginal tissue excised for mesh

470   exposure and pain.

|  | Exposure (n=11) | Pain (n=9) | P-Value |
|---|---|---|---|
| Total Nuclei | 660.242 ± 130.892 | 709.615 ± 159.307 | 0.467 |
| M1 cell count | 167.008 ± 87.598 | 235.763 ± 99.497 | 0.124 |
| % M1 cells | 24.554 ± 10.669 | 32.344 ± 10.432 | 0.118 |
| M2 cell count | 40.296 ± 21.046 | 43.867 ± 20.494 | 0.706 |
| % M2 cells | 6.139 ± 3.157 | 6.164 ± 2.474 | 0.984 |
| M2/M1 ratio | 0.301 ± 0.206 | 0.210 ± 0.061 | 0.189 |

471   Data expressed as Mean ± Standard Deviation

472

26

ACCEPTED MANUSCRIPT

473    **Table 7.** Comparison of macrophage phenotypic profile in areas of mesh knots and fibers.

|  | Mesh knot (n=13) | Mesh fiber (n=13) | P-Value |
|---|---|---|---|
| Total Nuclei | 659.87 ± 133.57 | 536.77 ± 168.30 | 0.037 |
| M1 cell count | 197.79 ± 97.02 | 98.79 ± 58.79 | 0.003 |
| % M1 cells | 28.89 ± 11.63 | 18.13 ± 9.88 | 0.004 |
| M2 cell count | 47.08 ± 20.20 | 20.72 ± 13.24 | <0.0001 |
| % M2 cells | 7.17 ± 2.83 | 4.06 ± 2.45 | 0.002 |
| M2/M1 ratio | 0.303 ± 0.186 | 0.274 ± 0.139 | 0.715 |

474

475

476
477
478

27

ACCEPTED MANUSCRIPT

479 **FIGURE LEGENDS**

480 Figure 1. Immunofluorescent labeling of pan-macrophage marker CD68 (red), M1 pro-

481 inflammatory marker CD86 (orange), M2 pro-remodeling macrophage marker CD206 (green),

482 and DAPI (blue). A, a mesh-tissue section from a patient presenting with an exposure and

483 implanted with the AMS Perigee prolapse mesh for 93 months; B, a mesh-tissue section from a

484 patient presenting with pain and implanted with the Gynecare TVT Secur for 6 months; C,

485 control tissue from patients without graft implantation. A predominance of pro-inflammatory M1

486 macrophages surround mesh fibers (*) consistent with a prolonged immune response could be

487 observed in both A and B; however, this response is limited to the area immediately adjacent to

488 mesh fibers. Control tissue contained few or no macrophages as compared to mesh patient tissue.

489 Magnification 200X.

490

491

