# Exhibit F

**From:** Dang, Jiyoung M <jiyoung.dang@fda.hhs.gov>
**Sent:** Fri, 10 Aug 2007 18:34:04 GMT
**To:** Lisa, Bryan [ETHUS]
**CC:** Krause, David <david.krause@fda.hhs.gov>; Dang, Jiyoung M <jiyoung.dang@fda.hhs.gov>
**Subject:** RE: K071512 S01

---

Dear Bryan,

We have reviewed your add-to-file (A01) document for K013718. We have determined that the shape changes made to the orginally cleared Gynemesh are siginificant and did require the submission of a 510(k). However, we have decided that rather than have you submit a new 510(k), we will include this add-to-file as an amendment to K071512. The information you have provided in your add-to-file has now been logged in as K071512/A01 and will be reviewed as part of K071512.

Thank you,
Jiyoung


Jiyoung M. Dang, Ph.D.
Biomedical Engineer
Plastic & Reconstructive Surgery Devices Branch
Division of General, Restorative & Neurological Devices
FDA/CDRH/ODE
9200 Corporate Blvd., HFZ-410
Rockville, MD  20850
240.276.3555 (phone)
240.276.3733 (fax)
jiyoung.dang@fda.hhs.gov


THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW AND IT SHOULD NOT BE DISSEMINATED, DISTRIBUTED, OR COPIED TO PERSONS NOT AUTHORIZED TO RECEIVE SUCH INFORMATION. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized.  If you have received this document in error, please notify the sender immediately eitber by e-mail (jiyoung.dang@fda.hhs.gov) or phone (240-276-3555).

**HIGHLY CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                       ETH.MESH.00080934