# Exhibit A

**DONALD R. OSTERGARD, M.D.**

Place of Birth:                              Los Angeles, California

Marital Status:            Widowed

EDUCATION:                 1956-1959        Undergraduate(Chemistry)
                                            University of California
                                            (Los Angeles)

                           1959-1963        Medical
                                            University of California
                                            (San Francisco)

                           1960             B.S. Medical Sciences
                           1963             M.A. Anatomy
                           1963             M.D.

                           1963-1964        Rotating Internship
                                            Los Angeles County Harbor
                                            General Hospital

                           1964-1968        Residency in Obstetrics
                                            and Gynecology
                                            Los Angeles County Harbor

                                            General Hospital

ACCOMPLISHMENTS:

During his gynecological and urogynecological career, Dr. Ostergard has been the
first to accomplish the following:  Found the American Urogynecological Society with
4 others; found the *International Urogynecology Journal*; participate in the founding
of the International Urogynecological Association; establish a urogynecological
fellowship training program; publish textbooks in urogynecology and urodynamic
tracings; offer postgraduate preceptorships in urogynecology; publish the concept of
latent incontinence coexisting with prolapse; publish the clinical significance of
the pressure urethra; North American to publish on the use of microtransducer
catheters for the study of the surgical treatment of stress incontinence; North
American to publish on the use of microtransducers to study detrusor overactivity;
publish on mutifocal carcinoma of the female genitalia and also on the
pathophysiological changes of cryosurgery on the uterine cervix; publish the clinical
effects of cryosurgery for benign disease of the uterine cervix; publish the clinical
effects of cryosurgery for genital warts; establish and publish a clinical training
program in women's health for nurses and midwives as nurse practitioners; establish a
clinical training program in women's health for physician assistants; and publish a
textbook for training nurse practitioners and physician assistants in women's health.

Military Service:          1964-1970        California Army National Guard

Research Fellowship:       1966-1967        USPHS Research Fellowship in
                                            Reproductive Biology (8 months)

DONALD R. OSTERGARD, M.D.

| Honors: | 1963 | Alpha Omega Alpha Honor |
|---|---|---|
| | 1964 | Intern of the year, First Honorable Mention |
| | | Recipient of 1972 Essay Award,Los Angeles OB/GYN Society |
| | | Session Chairman, International Congress of Cryosurgery, Vienna,Austria,June,1972 |
| | 1988 | Session Chairman, FIGO International Congress Rio de Janeiro, Brazil |
| | 1988 | Listed in Best Doctors in America, Good House-keeping Magazine |
| | 1992 | President,Scientific Session,Invited Lectures, III Congreso National de Urologia Gynecologica, Guadalajara,Jalisco, Mexico |
| | 1992 | Urogynecologic Society Prize Paper, Rejection of Suburethral Gore-tex Sling, Bent AE, Ostergard DR |
| | 1992 | American Uro-gynecological Society Meeting Moderator, Scientific Section - Cambridge, Massachusetts, August 27-30, 1992 |
| | 1993 | Honorary President, Transcongress Course:  Diagnostic Methods in Urogynecology - National Mexican Congress of Urogynecology |
| | 1993 | Scientific Session Chairman, 18th Annual Meeting of International Urogynecological Association, Nimes, France |
| | 1993 | Don Ostergard Gynecologic Society Established by Post-Urogynecology Fellows |
| | 1994 | Invited Professor to lecture to the 5th Congress Nacional de Uro-logia Ginecologica, Morelia, Michoacan, Mexico, May 1994 |

3                                                    DONALD R. OSTERGARD, M.D.

| | |
|---|---|
| 1994 | Moderator, Scientific Session, International Urogynecological Association, "Behavioral Therapy," Toronto, Ontario, Canada |
| 1994 | Moderator, Scientific Sessions, The American Urogynecologic Society, September 21, 1994, Toronto, Ontario, Canada |
| 1994 | Invited Speaker, Scientific Session, International Urogynecological Association, "Education Standards in Urogynecology", Toronto, Ontario, Canada. |
| 1994 | Invited Speaker, Harbor-UCLA Women's Health Care Programs 25th Anniversary Harbor-UCLA Medical Center, Torrance |
| 1995 | Invited professor to 6th Congress Nacional De Urologia Ginecologica, Monterrey, Nuevo Leon, Mexico |
| 1995 | Munzer Family Award for excellence in education |
| 1995 | Life Fellowship in Los Angeles Co Obstetrics/Gynecology Society. |
| 1996 | Chairman of Scientific Session & Moderator or Symposium, International Urogynecological Association 21st Annual Meeting, Vienna, Sept 1996. |
| 1996 | Moderator, Scientific Session American Urogynecologic Society, 17th Annual Scientific Meeting, New Orleans, LA, October 1996. |
| 1996 | Listed in "Physicians, Rate Thyselves," complied for The Best Doctors in America: Pacific Region 1996-1997, Los Angeles magazine |
| 1997 | Listed in "Best Doctors for Women", Good Housekeeping Magazine August |
| 1999 | Visiting professor, Sloane Academic Assembly, New York, NY - June |
| 2000 | Honorary President, XI National Congress of Urogynecology, Mexican Urogynecology Society, Cancun, Mexico |
| 2003 | Member Medical Advisory Board, InfoMed Fax Newsletter - Eli Lilly |

4                                                    DONALD R. OSTERGARD, M.D.

|  |  |  |
|---|---|---|
|  | 2005 | Nominee for Excellence in Health Care Award – ABC7 television |
|  | 2008 | Invited state of the art lecture at the International Continence Society annual meeting in Cairo, Egypt regarding new mesh procedures. |
|  | 2007 | Received Life Time Achievement Award from the International Urogynecology Association |
|  | 2011 | Received the Jack Robertson Life Time Achievement Award from the American Urogynecologic Society |
| BOARD CERTIFICATION: | 1970 | American Board of Obstetrics and Gynecology |
| APPOINTMENTS: |  |  |
| Faculty | 1968-1974 | Assistant Professor, Department of Obstetrics and Gynecology UCLA School of Medicine |
| Faculty | 1974-1979 | Associate Professor, Department of Obstetrics and Gynecology UCLA School of Medicine |
| Faculty | 1979-2011 | Professor, Professor Emeritus of Obstetrics and Gynecology, University of California, Irvine |
| Faculty | 2011-2013 | Clinical Professor of Obstetrics, Gynecology and Women's Health, University of Louisville, School of Medicine, Louisville, KY |
| Harbor General Hospital/ UCLA Medical Center | 1969-1979 | Director, Abnormal Cytology Program |
|  | 1969-1976 | Director, domestic and Latin American Women's Health Care Specialist Training Programs for Nurses and Paramedical Personnel and International Consultation |
|  | 1976-1979 | Chief of Gynecology and Gynecologic Urology |
|  | 1977-1979 | Director, Fellowship Training Programs in Urogynecology |
|  | 2013-present | Attending Physician |
| Women's Hospital |  |  |

5                                          DONALD R. OSTERGARD, M.D.

| | | |
|---|---|---|
| Long Beach Memorial Medical Center | 1979-2006 | Associate Medical Director for Gynecology |
| | 1979-2011 | Director, Urogynecology Fellowship Training Program |
| | 2006-2011 | Director, Gynecologic Education |
| University of California, Irvine College of Medicine | 1979-2006 | Director, Fellowship Training Program in Urogynecology, Pelvic and Laser Surgery |
| University of Louisville, School of Medicine | 2011-2013 | Female Pelvic Medicine and Reconstructive Surgery Faculty |
| | 1969-1974 | Member:  Executive Committee and Board of Directors, Acting Chairman and Chairman of Board of Directors (1971-1974), Los Angeles Regional Family Planning Council, Inc. |
| | 1970-2006 | Medical Director, Long Beach Family Planning Clinic |
| | 1971-1974 | Member:  Task Force on Family Planning Services, American Public Health Association |
| | 1977-1978 | Member: Board of Directors, Los Angeles Coastal Cities Unit, American Cancer Society |
| | 1978-1979 | Member: Board of Directors, Area 23 PSRO |
| | 1983-1993 | Medical Director, Memorial Women's Medical Group |
| | 1994 | International Scientific Committee Member, CIREP Foundation (Center for Incontinence and Pelvic Rehabilitation) Buenos Aires, Argentina |
| Consultant Positions: | 1969-1975 | Consultant to various groups for Family Planning, Nurse Practitioners and Physician Assistant Training, Domestic and Latin American Consultant to NIH and USPHS for Cancer Control and other aspects of health. |
| | 1973-1975 | Consultant to the American Public Health Association and U.S. Agency for International Development in |

6                                          DONALD R. OSTERGARD, M.D.

|  |  | the following countries:  Guatemala, Honduras, Nicaragua, El Salvador, Costa Rica, Panama, Mexico, Pakistan, Turkey, Cameroon, and Thailand. |
|---|---|---|
| Sabbatical Leave: | 1976-1977 | For the study of Gynecologic Urology. |
| Journals: | Reviewer | Journal of Clinical Chemistry American Journal of Obstetrics Obstetrics and Gynecology. |
|  | Editorial Board | Urogyneacologia Journal of Gynecologic Surgery |
|  | Editor In Chief | International Urogynecology Journal (Honorary 2002) |
|  | Consultant | The Medical Letter |
|  | Member Editorial Review Board | Annals in Obstetrics and Gynecology |
|  | Advisory Board | International Correspondence Society of Obstetricians & Gynecologists |
|  | Corresponding Editor | Urogin (Mexico) |
| Societies: | Life Fellowship | Los Angeles Obstetrical and Gynecological Society |
|  | Fellow | Long Beach Obstetrical and Gynecological Society |
|  | Fellow | American College of Obstetricians and Gynecologists |
|  | Member 1972-1993 | American Society for Colposcopy and Colpomicroscopy |
|  | Member | International Continence Society |
|  | Member | The Urodynamics Society |
|  | Member | International Urogynecologic Association     President     1985-1988 |
|  | Founding Member | American Uro-Gynecologic Society     Secretary-Treasure 1979-1982     Vice-President     1982-1983     President     1984-1985     Member     1979-Present     Urogynecology Fellowship     Directors Committee     Chairman     1992-1998     Member, Board of Directors     1996-1998 |

| | |
|---|---|
| Founding Member | The Urogynecology and Pelvic Floor Research Society, 1994 |
| Honorary Member | Orange County Obstetrical and Gynecological Society |
| Honorary Member | Pacific Northwest Obstetrical and Gynecological Society |
| Honorary Member | Costa Rican Urological Society |
| Honorary Member | Mexican Urogynecology Society |
| Honorary Member | Argentine Federation of Obstetrics and Gynecology Societies (FASGO) |
| 1964-1977 | American Fertility Society |
| 1968-1978 | Pacific Coast Fertility Society |
| 1970-1977 | International Family Planning Research Association, Inc., 1974-1976 |
| 1971-1973 | American Public Health Association |
| 1968-1973 | Society for Cryobiology |
| 1967-1973 | Society for Contemporary Medicine and Surgery |
| 1970-1977 | American Association of Planned Parenthood Physicians |
| 1974-1975 | Member of Executive Committee and Western Regional Representative |
| 1975-1977 | Pan American Medical Association |

SCIENTIFIC EXHIBITS:

1. "Cryosurgery of the Uterine Cervix", Duane E. Townsend, M.D., and Donald R. Ostergard, M.D., as presented to ten national and local medical meetings during 1967 to 1973. First Prize and Honorable Mention at two of these meetings.

2. "International Women's Health Care Specialist Training Program", John R. Marshall, M.D., Donald R. Ostergard, M.D., John E. Gunning, M.D., et al, as presented to three national and local medical meetings during 1974-1975.

3. "Urodynamics in Gynecology", Donald R. Ostergard, M.D., David B. Herbert, M.D., Narender N. Bhatia, M.D., et al, as presented to American College of Obstetricians and Gynecologists Meeting, 29th Annual Clinical Meeting, April 27-30, 1981.

8                              DONALD R. OSTERGARD, M.D.


PUBLICATIONS

BOOKS:

1.    Ostergard DR, Editor:  Gynecologic Urology and Urodynamics:  Theory and
      Practice.  Williams and Wilkins, Baltimore, 1980.

2.    Ostergard DR, Editor:  Gynecologic Urology and Urodynamics:  Theory and
      Practice, Second Edition.  Williams and Wilkins, Baltimore, 1985.

3.    Ostergard DR and Bent AE, Editors:  Urogynecology and Urodynamics:
      Theory and Practice, Third Edition.  Williams and Wilkins, Baltimore, 1991.

4.    Sand, PK, Ostergard, DR:  Urodynamics and the Evaluation of Female
      Incontinence:  A Practical Guide, Springer-Verlag, London, 1995.

5.    Ostergard, DR and Bent, AE, Editors: Urogynecology and Urodynamics:  Theory
      and Practice, Fourth Edition, Williams and Wilkins, Baltimore, 1996.

6.    Ostergard, DR, Berman, ML, Yee, B:  Atlas of Gynecologic Surgery, W.B.
      Saunders, New York, NY, 2000.

      Ostergard, DR, Berman, ML, Yee, B: Atlante di Chirurgia Ginecologica. CIC
      Edizioni Internazionali (edizione italiana di G.Scarselli), Roma, 2000.

   7. Bent AE, Ostergard DR, Cundiff J, Swift SE, eds: Urogynecology and Pelvic Floor
      Dysfunction, Fifth Edition, Lippincott Williams & Wilkins, Philadelphia, PA,
      2003.

   8. Bent AE, Ostergard DR, Cundiff J, Swift SE, eds: Uroginecología y Disfunción
      del Piso Pélvico, Quinta edición, McGrall-Hill Interamericana, Mexico, 2004.


BOOK CHAPTERS, PEER REVIEWED:

1.    Townsend, DE, Ostergard, DR, and Hirose, F:  "The Effect of Cryosurgery on
      the Cervix Uteri, "in Rand, RW, et al (eds) S Natelson, A Scommegna,
      Charles C. Thomas, Publisher, 1968, pp 327-333.

2.    Townsend, DE, Ostergard, DR, Hirose, FM:  Cryosurgery for Gynecologic
      Disease, The Surgery Annual, P Cooper (ed) New York, Appleton, Century and
      Crofts, 1969.

3.    Ostergard, DR:  The Physiology and Clinical Importance of Amniotic Fluid, in
      Amniotic Fluid, John Wiley & Sons, Publisher, (ed) S Natelson, A Scommenga,
      MB Epstein, New York, 1974.

4.    Ostergard, DR:  Carcinoma of the Uterine Cervix.  Clinical Invasive Carcinoma:
      Clinical Features, Staging, Diagnosis and Pretreatment Evaluation.  In:
      Gynecologic Oncology, Malcolm Coppleson, (ed) Churchill Livingston, London,
      1980.

5.    Ostergard, DR:  Anatomy and Embryology of the Lower Urinary Tract.  In:
      Gynecologic Urology and Urodynamics:  Theory and Practice, Williams and
      Wilkins, Baltimore, 1980.

6.    Ostergard, DR:  The Neurology of Micturition and Integral Voiding Reflexes.
      In: Gynecologic Urology and Urodynamics:  Theory and Practice, Williams and
      Wilkins, Baltimore 1980.

9                                    DONALD R. OSTERGARD, M.D.

7.   Ostergard, DR, Hodgkinson, CP:  Selection of Patients for Incontinence
     Surgery.  In:  Gynecologic Urology and Urodynamics:  Theory and Practice,
     Williams and Wilkins, Baltimore, 1980.

8.   Ostergard, DR:  The Urethral Syndrome.  In:  Gynecologic Urology and uro-
     dynamics:  Theory and Practice, Williams and Wilkins, Baltimore, 1980.

9.   Ostergard, DR:  Pharmacology and the Effect of Drugs on the Lower Urinary
     Tract.  In:  Gynecologic Urology and Urodynamics:  Theory and Practice,
     Williams and Wilkins, Baltimore, 1980.

10.  Ostergard, DR, Hodgkinson, CP:  Retropubic Procedures for the Surgical
     Repair of Genuine Stress Incontinence.  In:  Gynecologic Urology and
     Urodynamics:  Theory and Practice, Williams and Wilkins, Baltimore, 1980.

11.  Ostergard, DR, Hodgkinson, CP:  Incontinence Surgery After Previous
     Operative Failures.  In:  Gynecologic Urology and Urodynamics:  Theory and
     Practice, Williams and Wilkins, Baltimore, 1980.

12.  McCarthy, TA, Ostergard, DR:  Office Urethroscopy.  In:  Gynecologic and
     Obstetric Urology, 2nd Edition, Herbert J Buchsbaum, (ed) WB Saunders,
     Philadelphia, 1982.

13.  Bhatia, NN, McCarthy, TA, Ostergard DR:  Urethral Diverticula:  Urethral
     Closure Pressure Profiles, a Preliminary Report.  In:  Female Incontinence,
     NR Zinner, and A Sterling, eds, 1982.  Progress in Clinical and Biological
     Research, Vol 78.

14.  Bent, AE, Ostergard, DR:  Urinary Incontinence.  Current Therapy in
     Obstetrics and Gynecology 2, Quilligan, EJ, Editor, Saunders, 1983.

15.  Ostergard, DR:  Pharmacology:  Theory.  In:  Clinical Gynecological Urology,
     Stuart L Stanton, ed CV Mosby Co, St Louis, pp 29-34, 1984.

16.  Bhatia, NN, Ostergard, DR:  Use of Ultrasound in Management of Stress
     Incontinence.  Clin of Diag Ultrasound.  Gynecologic Ultrasonography
     Edition:  Chapter 6, pp 73-83, 1984.

17.  Scotti, RJ and Ostergard, DR:  The Urethral Syndrome, Clin Obstet Gynec
     27:515-539 (Jun) 1984.

18.  Bowen, LW, Sand, PK, Ostergard, DR:  Interstitial Cystitis.  Gynecologi
     Urology    and Urodynamics:  Theory and Practice.  Ostergard, DR (editor).

19.  Sand, PK, Bowen, LW, Ostergard, DR:  Lower Urinary Tract Abnormalities in
     the Adolescent.  Gynecologic Urology and Urodynamics:  Theory and Practice.
     Ostergard, DR (editor).  Williams and Wilkins, 1985.

20.  Sand, PK, Bowen, LW, Ostergard, DR:  The Urinary Tract in Pregnancy, in
     Gynecology Urology and Urodynamics:  Theory and Practice.  Ostergard, DR
     (editor).  Williams and Wilkins, 1985.

21.  Ostergard, DR:  Embryology and Anatomy of the Female Bladder and Urethra.
     Gynecologic Urology and Urodynamics:  Theory and Practice.  Williams and
     Wilkens, 1985.

22.  Ostergard, DR:  Neurological Control of Micturition and Integral Voiding
     Reflexes.  Gynecologic Urology and Urodynamics:  Theory and Practice.
     Williams and Wilkins, 1985.

23.  Scotti, RJ and Ostergard, DR: Practical Guide for Triage of Patients with Lower Urinary Tract Symptoms. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

24.  Ostergard, DR, Hodgkinson, CP: Preoperative Evaluation of Patients for Incontinent Surgery. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

25.  Scotti, RJ and Ostergard DR: Urethral Syndrome. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

26.  Ostergard, DR: Effect of Drugs on Lower Urinary Tract. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

27.  Richardson, DA and Ostergard, DR: Anterior Vaginal Repair versus Retro-pubic Urethropexy: A Review of the Literature. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

28.  Ostergard, DR and Hodgkinson, CP: Retropubic Procedures for Surgical Repair of Genuine Stress Incontinence - Sling Operations. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

29.  Ostergard, DR and Hodgkinson, CP: Incontinence Surgery Subsequent to Operative Failures. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

30.  Cutner, LP and Ostergard, DR: Modified Pereyra Procedure: Vaginal Approach to Retropubic Urethropexy. Gynecologic Urology and Urodynamics: Theory and Practice. Williams and Wilkins, 1985.

31.  Ostergard, DR: Preoperative Workup for Urinary Incontinence. Gynecology and Obstetrics. Edited by H. Ludwig and K. Thomsen. Springer - Verlag Berlin Heidelberg, 1986.

32.  Ostergard, DR and Bent, AE: Urethrocystoscopy. Gynecologic Endoscopy: Pelviscopic Surgery and Laser Laparoscopy. Edited by Dr. Joseph Sanfilippo and Dr. Ronald Levine, 1989.

33.  Ostergard, DR and Bent, AE: Urogynecology, Danforth's Obstetrics and Gynecology, Sixth Edition, J.B. Lippincott Company, Philadelphia, 1990.

34.  Farrell, SA and Ostergard, DR: Choice of Surgical Procedure for Stress Incontinence. In: Benson JT, ed. Female Pelvic Floor Disorders: Investigations and Management. New York: Norton, 1992.

35.  Swift, SE, and Ostergard, DR: "Cryosurgery", in Ambulatory Gynecology, ed. Nichols, DH, Sweeny PJ. J.B. Lippincott, Philadelphia PA, 1992.

36.  Montella, JM, Ostergard, DR: Office Urethroscopy, in Gynecologic and Obstetric Urology, Third Edition, WB Saunders CO., 1993.

37.  Swift, SE, Ostergard, DR: "Evolution of Procedures for Stress Urinary Incontinence", Gynecologic Surgery, ed. Sanz, LE, Blackwell Scientific, Cambridge, MA, 1993.

38.  Jensen, JK, Ostergard, DR: Approach to Urogynecologic Problems in Elderly Females. In: Guia Practica de Urologia Ginecologica. Sociedad Mexicana de Urologia Ginecologica, 1994.

39.  Luber, KM and Ostergard, DR: Assessment of Female Patients: Routine

11                          DONALD R. OSTERGARD, M.D.

Procedures. _The Pelvic Floor, Investigations, Methods of Management_. Fribourg, Suisse: Vigot.

40.   Swift, SE and Ostergard, DR: "Cryosurgery" in _Ambulatory Gynecology_, Second edition, ed Nichols, DH, Sweeny PJ., J.A. Lippincott, Philadelphia PA, 1995

41.   Jensen, JK, Ostergard, DR:  Suprapubic Needle Cystoscopy:  A New Technique to Detect Iatrogenic Injuries to the Lower Urinary Tract.  In:  Szabo Z, Kernstein M, eds. _Surgical Technology International III_.  San Francisco:  Universal Medical Press, Inc, 1994.

42.   Noblett, KL, Ostergard, DR:  Gynecologic Disorders.  In: _Principles of Geriatric Medicine and Gerontology_. McGraw Hill, 1998.

43:   Wallach SJ, Ostergard DR: Etiologies of Pelvic Organ Prolapse. In: Atsuo Kondo, ed. _Female Pelvic Floor Pathology and Reconstructive Surgery._ Medical View, Japan, 2003.

44.   Wallach SJ, Ostergard DR: Urodynamic Assessment: Urethral Pressure Profilometry and PTR. In: Appell R, Raz S, Sand P, eds. _Female Urology, Urogynecology and Voiding Dysfunction._ Marcel-Dekker, Inc., NY, 2005.


BOOK CHAPTERS, OTHER:

1.   Ostergard, DR, Marshall, JR:  Physicians Assistants in Reproductive Oriented Women's Health Care, in _Paramedical Personnel in Family Planning - A Creative Partnership_, JE Moorehead, ed, The Pathfinder Fund Monograph Series, 1974, pp 23-35.

2.   Wallach, SJ, Ostergard, DR: Anatomia Pélvica Feminina, In: _Aplicações Clínicas da Urodinamica_, 3rd ed. Atheneu, 2001, pp 125-138.


JOURNAL ARTICLES, PEER REVIEWED:

1.   Ostergard, DR, Townsend, DE, and Hirose, FM:  The Treatment of Chronic Cervicitis by Cryotherapy: A Preliminary Report, _Cryobiology_ 4:97 (Sept-Oct) 1967.

2.   Ostergard, DR, Morton, DG:  Multifocal Carcinoma of the Female Genitals, _Amer J Obset & Gynec_ 99:1006 (Dec) 1967.

3.   Ostergard, DR, Townsend, DE:  The Treatment of Malignant Melanoma of the Female Urethra by Cryosurgery Combined with Radical Vulvectomy and Anterior Exenteration:  A Case Report, _Obstet Gynec_ 31:75 (Jan) 1968.

4.   Ostergard, DR, Townsend, DE:  The Use of Freon for the Cryosurgical Treatment of Chronic Cervicitis:  A Preliminary Report, _J. Cryosurgery_ 1:67 (June) 1968.

5.   Ostergard, DR, Townsend, DE and Hirose, FM:  The Treatment of Chronic Cervicitis by Cryotherapy, _Amer J Obstet Gynec_ 102:426 (Oct) 1968.

6.   Ostergard, DR, Bryon, RL:  The Symptomatic Pelvic Lymphocyst: Problems in Differentiation from Recurrent Carcinoma, _Obstet Gynec_ 32:677 (Nov) 1968.

7.   Ostergard, DR, Townsend DE, and Hirose, FM:  A Comparison of Electro-cauterization and Cryosurgery for the Treatment of Chronic Cervicitis, _Obstet Gynec_ 33:58 (Jan) 1969.

12                                        DONALD R. OSTERGARD, M.D.

8.   Ostergard, DR, Townsend, DE, and Hirose, FM:  The Long Term Effects of
     Cryosurgery of the Uterine Cervix, J Cryosurgery 2:17 (Feb) 1969.

9.   Ostergard, DR, Townsend, DE:  The Cryosurgical Treatment of Vulvar Condyloma
     Acuminata, Cryobiology 5:340 (Mar-Apr) 1969.

10.  Byron, RL, Ostergard, DR:  Sartorius Muscle Interposition for the Treatment
     of the Radiation Induced Vaginal Fistula, Amer J Obstet Gynec 104:104
     (May) 1969.

11.  Honda, K, Ostergard DR, Kushinsky, S:  Gas Chromatographic Analysis of
     Estrogens: Estriol in Late Pregnancy, Amer J Obstet Gynec 104:528 (June)
     1969.

12.  Perrin, LE, Ostergard, DR, Mishell, Jr., DR:  The Use of Hyperbaric Oxygen
     in the Treatment of Clostridial Septicemia Complicating Septic Abortion:
     Report of a Case, Amer J Obstet Gynec 106:666 (Mar) 1970.

13.  Ostergard, DR:  The Physiology and Clinical Importance of Amniotic Fluid:
     A Review, Obstet Gynec Surv 25:297 (Apr) 1970.

14.  Ostergard, DR, Bradley, JG:  Septic Incomplete Abortion:  A Retrospective
     Study of Twenty Years Experience, Obstet Gynec 35:709 (May) 1970.

15.  Bradley, JG, Ostergard, DR:  Septic Threatened Abortion:  A Retrospective
     Study of Twenty Years Experience, Obstet Gynec 35:714 (May) 1970.

16.  Ostergard, DR, Parlow, AF, Townsend, DE:  The Effect of Acute Castration on
     Serum FSH and LH in the Human Female, J Clin Endo Metab 31:43 (July) 1970.

17.  Ostergard, DR:  A comparison of Two Antibiotic Regimens in the Treatment of
     Septic Abortion, Obstet Gynec 36:473 (Aug) 1970.

18.  Ostergard, DR, Contopoulos, AN:  A Technique for Selective Fetal Hypophys-
     ectomy in utero, Amer J Obstet Gynec 108:322 (Sept) 1970.

19.  Townsend, DE, Ostergard, DR, Hirose, FM, Mishell, Jr., DR:  Abnormal
     Papanicolaou Smears:  Evaluation by Colposcopy, Biopsies and Endocervical
     Curettage, Amer J Obstet Gynec 108:429 (Oct) 1970.

20.  Townsend, DE, Ostergard, DR:  Cryocauterization for Preinvasive Cervical
     Neoplasia, J Repro Med 6:171 (Apr) 1971.

21.  Gondos, B, Townsend, DE, Ostergard, DR:  Cytologic Diagnosis of Squamous
     Dysplasia and Carcinoma of the Cervix, Amer J Obstet Gynec 11:107 (May) 1971.

22.  Ostergard, DR, Gondos, B:  The Incidence of False Negative Cervical Cytology
     as Determined by Colposcopically Directed Biopsies, Acta Cytol 15:292
     (May-June) 1971.

23.  Ostergard, DR, Kushinsky, S:  Urinary Estriol as an Indicator of Fetal Well
     Being, Obstet Gynec 38:74-78 (July) 1971.

24.  Ostergard, DR, Broen, EM, Marshall, JR:  A Training Program for Allied
     Health Personnel in Family Planning and Cancer Screening, J Repro Med
     7:40-41 (July) 1971.

25.  Townsend, DE, Ostergard, DR, Lickrish, GM:  Cryosurgery for Benign Disease
     of the Cervix, J Obstet Gynec Brit Comm 78:667-670 (July) 1971.

26.  Ostergard, DR:  Cryosurgery in the Treatment of Abnormal Cervical Lesions, An Invitational Symposium, _J Repro Med_ 7:147-168 (Oct) 1971.

27.  Broen, EM, Ostergard, DR:  Toulidine blue and Colposcopy for Screening and Delineation of Vulvar Neoplasia, _Obstet Gynec_ 38:775-778 (Nov) 1971.

28.  Ostergard, DR, Broen, EM:  The Dalkon Shield:  A Clinical Evaluation, _Contraception_ 4:313-371 (Nov) 1971.

29.  Veltman, LL, Ostergard, DR:  Thrombosis of Vulvar Varicosities During Pregnancy:  Report of a Case, _Obstet Gynec_ 39:55-56 (Jan) 1972.

30.  Ostergard, DR, Broen, EM, Marshall, JR:  The Family Planning Specialist, _Clin Obstet Gynec_ 15:370-378 (June) 1972.

31.  Ostergard, DR, Broen, EM, Marshall, JR:  The Family Planning Specialist as ] a Provider of Health Care Services.  _Fertility Sterility_ 23:505-507 (July) 1972.

32.  Gondos, B, Marshall D, Ostergard DR:  Endocervical Cells in Cervical Smears, _Amer J Obstet Gynec_ 114:833-834 (Nov 15) 1972.

33.  Ostergard, CM, Ostergard DR:  Are Registered Nurses the Best Family Planning Specialist Recruits?, _J Obstet Gynec Neonatal Nursing_ 2:64-66 (Jan/Feb) 1973.

34.  Ostergard, DR, Broen, EM:  The Insertion of Intrauterine Devices by Physicians and Paramedical Personnel, _Obstet Gynec_ 41:257-258 (Feb) 1973.

35.  Ostergard, DR, Gondos, B:  Outpatient Therapy of Preinvasive Cervical Neoplasia:  Selection of Patients Using Colposcopy, _Am J Obstet Gynec_ 115:783-785 (Mar) 1973.

36.  Ostergard, DR:  Estriol in Pregnancy, _Ob-Gyn Survey_ 28:215-231 (Apr) 1973.

37.  Ostergard, DR:  The Role of Colposcopy in Gynecologic Practice.  Epitomes of Progress in Obstetrics and Gynecology.  _Calif Med_ 119:66 (Jul) 1973.

38.  Ostergard, DR:  Intrauterine Contraception in Nulliparas with the Dalkon Shield, _Amer J Obstet Gynec_ 116:1088-1092.

39.  Gondos, B, Ostergard DR:  Cytologic Evaluation Following Cryosurgical Treatment for Severe Dysplasia and Carcinoma In Situ, _J Repro Med_ 11:67-70 (Aug) 1973.

40.  Ostergard, DR:  The Cervical Relaxant Properties of Prostaglandin E2, _Prostaglandins_ 4:701-2 (Nov) 1973.

41.  Ostergard, DR:  The Potential for Paramedical Personnel in Family Planning: An Analysis Based on the Department of Health, Education and Welfare Five Year Plan for Family Planning Services, _Amer J Public Health_ 64:27-31 (Jan) 1974.

42.  Ostergard, DR:  Intrauterine Contraception in Multiparas with the Dalkon Shield, _Am J Obstet Gynec_ 119:1033-1037 (Aug 15) 1974.

43.  Ostergard, DR:  The Dalkon Shield Intrauterine Device.  A Review of Current Status.  _J Repro Med_ 14:64-67, 1975.

44.  Ostergard, DR:  A Comparison of Event Rates in Nulligravid and Nulliparas Women Using the Small Dalkon Shield for Intrauterine Contraception,

14                          DONALD R. OSTERGARD, M.D.

Contraception 11:61-68, 1975.

45.  Ostergard, DR, Gunning, JE, Marshall JR:  Training and Function of a Women's Health Care Specialist:  A Physician's Assistant or Nurse Practitioner in Obstetrics and Gynecology, Amer J Obstet Gynec 121:1029-1037 (Apr 15) 1975.

46.  Gunning, JE, Ostergard, DR:  The Value of Screening Procedures for the Detection of Vaginal Adenosis, Obstet Gynec 47:268-271 (Mar) 1976.

47.  Ostergard, DR:  A Prospective Comparison of the Cooper T 200 and the Small Dalkon Shield for Intrauterine Contraception in Nulligravid Women, J Repro Med 17:172-174 (Sept) 1976.

48.  Ostergard, DR:  The Effect of Age, Gravidity and Parity on the Cervical Squamocolumnar Junction, Amer J Obstet Gynec 129:59-60 (Sept) 1977.

49.  Ostergard, DR:  The Neurological Control of Micturition and Integral Voiding Reflexes, Ob-Gyn Survey 34:417-423 (Jun) 1979.

50.  Ostergard, DR:  The Effect of Drugs on the Lower Urinary Tract, Ob-Gyn Survey 34:424-432 (Jun) 1979.

51.  Ostergard, DR, Nieburg, R:  Evaluation of Abnormal Cervical Cytology During Pregnancy with Colposcopy, Amer J Obstet Gynec 134:756-758 (Aug) 1979.

52.  Ostergard, DR: The Effect of Pregnancy on the Cervical Squamocolumnar Junction, Amer J Obstet Gynec 134:759-760 (Aug) 1979.

53.  Ostergard, DR:  Bladder Pillar Block Anesthesia for Urethral Dilatation in Women, Amer J Obstet Gynec 136:187-188 (Jan) 1980.

54.  Ostergard, DR, McCarthy, TA:  Diagnostic Procedures in Female Urology, Amer J Obstet Gynec 137:401-411 (Jun) 1980.

55.  Ostergard, DR: DES Related Vaginal lesions, Clin Obstet Gynec 24:379-384 (Jun) 1980.

56.  Ostergard, DR:  The Prediction of Clearance of Cervical Intraepithelial Neoplasia by Conization, Obstet Gynec 56:77-80, 1980.

57.  Ostergard, DR:  Cryosurgical Treatment of Cervical Intraepithelial Neoplasia by Conization, Obstet Gynec 56:231-233 (Aug) 1980.

58.  White, RD, McQuown, D, McCarthy, TA, Ostergard, DR:  Real Time Ultrasono-graphy in the Evaluation of Urinary Stress Incontinence, Amer J Obstet Gynec 138:235-237 (Sept) 1980.

59.  Ostergard, DR:  Endocervical Strip Biopsy Instrument:  An Alternative to Endocervical Curettage.  Obstet Gynec 56:658-660 (Nov) 1980.

60.  Bhatia, NN, Ostergard DR:  Urodynamic Effects of Retropubic Urethropexy in Genuine Stress Incontinence.  Amer J Obstet Gynec 140:936-941 (Aug) 1981.

61.  Bhatia, NN, McCarthy, TA, Ostergard, DR:  Instruments and Methods:  Urethral Pressure Profiles of Women with Urethral Diverticula.  Obstet Gynec 58:375-378 (Sept) 1981.

62.  Hebert, DB, Ostergard, DR:  Vesical Instability.  Urodynamic Parameters by Microtip Transducer Catheters.  Obstet Gynec 60:331-337 (Sept) 1982.

63.  Bhatia, NN, Ostergard, DR:  Urodynamics in Women with Stress Urinary Incontinence.  Obstet Gynec 60:552-559 (Nov) 1982.

DONALD R. OSTERGARD, M.D.

64. Hebert, DB, Francis, LN, Ostergard, DR:  Significance of Urethral Vascular Pulsations in Genuine Stress Urinary Incontinence.  Amer J Obstet Gynec 144:7 828-835 (Dec) 1982.

65. Bent, AE, Richardson, DA, Ostergard DR:  Diagnosis of Lower Urinary Tract Disorders in Postmenopausal Patients.  Amer J Obstet Gynec 145:218-222 (Jan) 1983.

66. Richardson, DA, Bent, AE, Ostergard DR:  The Effect of Uterovaginal Prolapse on Urethrovesical Pressure Dynamics.  Amer J Obstet Gynec 146:901-905, 1983.

67. Alvarez, RS, Richardson, DA, Bent, AE, Ostergard, DR:  Central Nervous System Toxicity Related to Prolonged Metronidazole Therapy.  Amer J Obstet Gynec 145:640-641 (Mar) 1983.

68. Richardson, DA, Bent, AE, Ostergard DR, Cannon D:  Delayed Reaction to the Dacron Buttress Used in Urethropexy.  J Reprod Med 29:689-692 (Sept) 1984.

69. Bowen, LW, Sand, PK, Ostergard, DR:  Toxic Shock Syndrome Following Co 2 Laser of Genital Tract Condyloma Acuminatum.  Am J Obstet Gynec 154:145-146.

70. Sand, PK, Bowen LW, Ostergard, DR:  Voiding Dysfunction in the Adolescent.  Obstet Gynec Surv 41:342-347 (Jun) 1986.

71. Scotti, RJ, Bergman, A, Bhatia, NN, Ostergard, DR:  Urodynamic Changes in Urethrovesical Function after Radical Hysterectomy.  Obstet Gynec 68:111-120 (July) 1986.

72. Sand, PK, Bowen, LW, Blischke, SO, Ostergard, DR:  Evaluation of Male Consorts of Women with Genital Human Papilloma Virus Infection.  Obstet Gynec 68:679-681 (Nov) 1986.

73. Sand, PK, Bowen, LW, Ostergard, DR:  Uninhibited Urethral Relaxation:  An unusual cause of incontinence.  Obstet Gynec 68:645-648 (Nov) 1986.

74. Bhatia, NN, Ostergard, DR, McQuown, D:  Ultrasonography in Urinary Incontinence.  Urology 29:90-94 (Jan) 1987.

75. Sand, PK, Shen, W, Bowen, LW, Ostergard, DR:  Cryotherapy for the Treatment of Intraurethral Condyloma Acuminatum. J Urol 137:874-6 (May) 1987.

76. Francis, LN, Sand, PK, Hamrang, K, Ostergard, DR:  A Urodynamic Appraisal of Success and Failure After Retropubic Urethropexy.  J Reprod Med 32:693-696 (Sept) 1987.

77. Sand, PK, Bowen, LW, Panganiban, R, Ostergard, DR:  The Low Pressure Urethra as a Factor in Failed Retropubic Urethropexy.  Obstet Gynec 69:399-402 (Mar) 1987.

78. Sand, PK, Hill, RC, Ostergard, DR:  Supine Urethroscopic and Standing Cystometry as Screening Methods for the Detection of Detrusor Instability.  Obstet Gynec 70:57-60 (July) 1987.

79. Sand, PK, Bowen, LW, Ostergard, DR, Nakanishi, AM:  Hysterectomy and Prior Incontinence Surgery as Risk Factors for Failure of Retropubic Urethropexy.  J Reprod Med 33:171-174 (Feb) 1988.

80.   Sand, PK, Hill, RC, Ostergard, DR:  The Incontinence History as a Predictor of Detrusor Instability.  <u>Obstet Gynec</u> 71:257-260 (Feb) 1988.

81.   Horbach, NS, Blanco, JS, Ostergard, DR, Bent, AE, Cornella, JL:  A Suburethral Sling Procedure with Polytetrafluoroethylene for the Treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure.  <u>Obstet Gynec</u> 71:648-652 (April) 1988.

82.   Bent, AE, Ostergard, DR:  Recurrent Stress Incontinence:  Causes and Treat-ment in the Female Patient.  <u>Post Graduate Medicine</u> 83:113-117 (May) 1988.

83.   Sand, PK, Bowen, LW, Ostergard, DR, Brubaker, LT, Panganiban, R:  The Effect of Retropubic Urethropexy on Detrusor Stability.  <u>Obstet Gynec</u> 71:8181-822 (June) 1988.

84.   Ostergard, DR:  Education and Training in Urogynecology.  <u>Int Urogynec J,</u> initial copy, 1:21-22 (October) 1988.

85.   Summitt, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Correlation of Preoperative Q-tip Tests with Success Using a Suburethral Sling Procedure for Stress Urinary Incontinence and Low Urethral Closure Pressure, <u>Int Urogynec J</u>, 1:29, (October) 1988.

86.   Sand, PK, Brubaker, L, Bowen, LW, Ostergard, DR, Panganiban, R:  The Effect of Retropubic Urethropexy on Detrusor Stability.  <u>Int Urogynec J</u>, 1:33, (October) 1988.

87.   Sand, PK, Pierson, CA, Ostergard, DR, Atad, J, Panganiban, R:  The Correlation Between Pad Tests and Urodynamics.  <u>Int Urogynec J</u>, 1:35, (October) 1988.

88.   Scotti, RJ, Ostergard, DR, Guillaume, AA, Kohatisu, KE:  Predictive Value of Dynamic Urethroscopy in Urethral Syndrome, Genuine Stress Incontinence and Vesical Instability, <u>Int Urogynec J</u>, 1:42, (October) 1988.

89.   Bowen, LW, Sand, PK, Ostergard, DR, Franti, CE:  Unsuccessful Burch Retropubic Urethropexy.  A Case Controlled Urodynamic Study.  <u>Am J Obstet Gynec</u> 160:452-458 (Feb) 1989.

90.   Richardson, DA, Scotti, RJ, Ostergard, DR:  Surgical Management of Uterine Prolapse in Young Women.  <u>J of Repro Med</u> 34:388-392 (June) 1989.

91.   Sand, PK, Bowen, LW, Ostergard, DR, Bent, AE, Panganiban, R:  Cryosurgery Versus Dilation and Massage for the Treatment of the Urethral Syndrome <u>J of Repro Med</u> 34:499-504 (Aug) 1989.

92.   Cornella, JL, Bent, AE, Ostergard, DR, Horbach, NS:  A Prospective Study Utilizing Transdermal Scopolamine in the Treatment of Detrusor Instability. <u>Urology</u> 35:96-97 (Jan) 1990.

93.   Summitt, RL, Jr., Bent, AE, Ostergard, DR:  The Pathophysiology of Genuine Stress Incontinence, <u>Int Urogynecol J</u> 1:12-18 (March) 1990.

94.   Bent, AE, Ostergard, DR:  Endometrial Ablation with the Neodymium:YAG Laser. <u>Obstet Gynecol</u> 75:923-925 (June) 1990.

95.   Scotti, RJ, Ostergard, DR, Guillaume, AA, Kohatsu, KE:  Predictive Value of Urethroscopy Compared to Urodynamics in the Diagnosis of Genuine Stress Incontinence.  <u>J of Repro Med</u> 35:7720776 (Aug) 1990.

96.   Sand, PK, Bowen, LW, Ostergard, DR:  The Effects of a Filling Catheter

17                         DONALD R. OSTERGARD, M.D.

During Urodynamics.  *Int Urogynec J* 1:124-27 (Sept) 1990.

97.   Summit, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Stress Incontinence and Low Urethral Closure Pressure.  *J Repro Med* 35:877-880 (Sept) 1990.

98.   Cornella, JL, Ostergard, DR:  Needle Suspension Procedures for Urinary Stress Incontinence:  A Review and Historical Perspective.  *Obstet Gynec Surv* 45:805-816 (December) 1990.

99.   Sand, PK, Bowen, LW, Ostergard, DR:  The Prognostic Significance of Augmentation of Urethral Closure Pressure and Functional Length.  *Int J Gynecol Obstet* 33:135-139, 1990.

100.  Summit, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Suburethral Sling Procedure for Genuine Stress Incontinence and Low Urethral Closure Pressure: A Continued Experience.  *Int Urogynec J* 3(1):18-21, 1992.

101.  Summit, RL, Jr, Stovall, TG, Bent, AE, Ostergard, DR:  Urinary Incontinence: Correlation of History and Brief Office Evaluation with Multichannel Urodynamic Testing, *Am J Obstet Gynec* 166(6):1835-1844 (June) 1992.

102.  Bent, AE, Sand, PK, Ostergard, DR, Brubaker, LT:  Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability.  *In Urogynec J* 4:232-236, 1993.

103.  Swift, SE, Ostergard, DR:  Effects of Progesterone on the Urinary Tract. *Int Urogynec J* 4:232-236, 1993.

104.  Bent, AE, Ostergard, DR, Zwick-Zaffuto, M:  Tissue Reaction to Gore-Tex (tm) Suburethral Sling for Incontinence: Clinical and Histologic Study. *Amer J Obstet Gynec* 169:1198-1204, 1993.

105.  Scotti, RJ, Ostergard, DR:  Predictive Value of Urethroscopy in Genuine Stress Incontinence and Vesical Instability.  *Int Urogynec J* 4:(5) 255-258, 1993.

106.  Jensen, JK, Neilsen, FR, Jr., Ostergard, DR:  The Role of Patient History in the Diagnosis of Urinary Incontinence.  *Obstet Gynec* 83:(5) 904-910, 1994.

107.  Summit, RL, Sipes, DR II, Bent, AE, Ostergard, DR:  Evaluation of Pressure Transmission Ratios in Women with Genuine Stress Incontinence and Low Urethral Pressure:  A Comparative Study, *Obstet Gynecol* 83:6 984-988, 1994.

108.  Horbach, NS, Ostergard, DR:  Predicting Intrinsic Urethral Sphincter Dysfunction in Women with Stress Urinary Incontinence.  *Obstet Gynecol* 84:2 188-192, (August) 1994.

109.  Swift, SE, Ostergard, DR:  Vaginal Wall Retropubic Urethropexy:  Results at One Year Follow-up, *Int Urogynec J*. 5:291-295,1994.

110.  Swift, SE, Ostergard, DR: A Comparison of Stress Leak-Point Pressure and Maximal Urethral Closure Pressure in Patients with Genuine Stress Incontinence. *Obstet Gynec* 85:5:(1):704-708 (May) 1995.

111.  Weinberger, MW, Ostergard, DR:  Long-term Clinical and Urodynamic Evaluation of the Polytetrafluoroethylene Suburethral Sling for Treatment of Genuine Stress Incontinence.  *Obstet Gynecol* 86(1):92-96, (July) 1995.

112.  Swift, SE, Ostergard, DR:  Evaluation of Current Urodynamic Testing Methods in
      the Diagnosis of Genuine Stress Incontinence.  Obstet Gynecol 86:(1):85-91,
      (July) 1995

113.  Sand, PK, Richardson, DA, Ostergard, DR, et al:  Pelvic Floor Electrical
      Stimulation in the Treatment of Genuine Stress Incontinence:  A Multicenter,
      Placebo-Controlled Trial, Am J Obstet Gynec 173: 72-79, (July) 1995.

114.  Handa, VL, Jensen, JK, Ostergard, DR:  The Effect of Patient Position on
      Proximal Urethral Mobility.  Obstet Gynecol 86:273-276 (August) 1995.

115.  Handa VL, Jensen JK, Ostergard DR. Federal Guidelines for the Management
      of Urinary Incontinence in Adults: Which Patients Should be Referred for
      Urodynamic Testing? Int Urogynec J. 6:198-203, 1995.

116.  Farrell, SA, Bent, AE, Cholhan, HJ, Ostergard, DR:  Urethral Closure Pressure
      Profiles in the Standing Position:  Are They Necessary?  Int Urogynec J, 6:6
      343-345, 1995.

117.  Weinberger, ME, Ostergard, DR:  Postoperative Catheterization, Urinary
      Retention,and Permanent Voiding Dysfunction Following Polytetrafluoroethylene
      Suburethral Sling Placement.  Obstet Gynecol. 8:50-54 (January) 1996.

118.  Handa, VL, Harris, TA, Ostergard, DR:  Protecting the Pelvic Floor: Obstetric
      Management to Prevent Incontinence and Pelvic Organ Prolapse  Obstet Gynecol
      88:3 470-478 (September) 1996.

119.  Handa, VL, Jensen JK, Germain, MM, Ostergard, DR:  Banked Human Fascia Lata for
      the Suburethral Sling Procedure:  A Preliminary Report.  Obstet Gynecol. 88:6
      1045-1049 (December) 1996.

120.  Swift, SE, Rust, PF, Ostergard, DR: Intrasubject Variability of the Pressure-
      Transmission Ratio in Patients with Genuine Stress Incontinence. Int Urogynec
      J,7:6, 312-316, 1996.

121.  Noblett, KL, Jensen, JK, Ostergard, DR:  The Relationship of Body Mass Index
      to Intra-abdominal Pressure as Measured by Multichannel Cystometry. Int
      Urogyn J, 8:323-326, 1997.

122.  Handa, VL, Jensen, JK, Ostergard, DR:  Stress Urinary Incontinence at Rest.
      Int Urogynec J.10:290-294, 1999.

123.  Cassidenti, AP, Ostergard, DR: Multichannel Urodynamics: Ambulatory Versus
      Standard Urodynamics. Curr Opin Obstet Gynecol. 11:485-487, 1999.

124.  Lose G, Ostergard DR.  Medical Technology Assessment and Surgery for Stress
      Incontinence.  Int Urogyn J 10:351, 1999.

125.  Huggins, ME, Bhatia NN, Ostergard DR: Urinary Incontinence: Newer Pharma-
      cotherapeutic Trends. Curr Opin Obstet Gynecol, 15:419-427, 2003.

126.  Le TH, Ostergard DR, Bhatia NN, Huggins ME: Newer pharmacologic options in the
      management of overactive bladder syndrome.  Curr Opin Obstet Gynecol, 17:495-
      506   ctober) 2005.

127.  Le TH, Kon L, Bhatia NN, Ostergard DR: Update on the utilization of grafts in
      pelvic reconstruction surgeries.  Curr Opin Obstet Gynecol, 19:1-10, 2007.

128.  Toglia MR, Ostergard DR, Appell RA, Andoh M, Fakhoury A, Hussain IF.
      Solifenacin for overactive bladder: secondary analysis of data from VENUS based
      on baseline continence status.  Int Urogyn J 21:847-54, 2010.

19                                       DONALD R. OSTERGARD, M.D.

129.  Ostergard DR. Polypropylene Mesh Grafts in Gynecology.  <u>Obstet Gynec</u> 116:962-966, 2010.

130.  Ostergard DR. Vaginal Mesh Grafts and the Food and Drug Administration.  <u>Int Urogyn J</u> 21:1181-1183, 2010.

131.  Lucente V, Ostergard D, Davila GW, He W, Forero-Schwanhaeuser S.  Efficacy of solifenacin on symptom bother and health-related quality of life in patients with acute, early chronic and late chronic overactive bladder: secondary analysis of data from VOLT.  <u>Fem Pelvic Med Recon Surg</u> 16:320-326, 2010.

132.  Ostergard DR.  Degradation, Infection and Heat Effects on Polypropylene Mesh for Pelvic Implantation:  What was known and when it was known. <u>Int Urogyn J</u> 22:771, 2011.

133.  Ostergard DR.  Mentors in urogynecology: Reflections on my career as a urogynecologist.  Int Urogyn J. 23:15-7, 2012.

134.  Ostergard DR.  Evidence based medicine for polypropylene mesh use compared to native tissue vaginal prolapse repair.  <u>Urology</u> 79:12-15, 2012.

135.  Sternschuss G, Ostergard DR, Patel H.  Post-Implantation alterations of polypropylene in the human.  <u>J Urol</u> 2012;May 12 (epub ahead of print)

136.  Patel H, Ostergard DR, Sternschuss G.  Polypropylene Mesh and the Host Response.  <u>Int Urogyn J</u> 23:669-79, 2012.

137.  Deprest J, Slack M, Cervigni M, Ostergard D.  A standardized description of graft-containing meshes and recommended steps before the introduction of medical devices for prolapse surgery: consensus of the 2nd IUGA Grafts round table.  Int Urogyn J 23:Suppl 1:S15-16, 2012.

138.  Azadi A, **Ostergard DR**, Dassel M, Yeganeh T, P Heyl.  22 Weeks Pregnancy in Rudimentary Horn of Uterus. Journal of Gynecologic Surgery, August 2013.

139.  Ostergard DR, Azadi A.  To mesh or not to mesh with polypropylene: Does carcinogenesis in animals matter?  Int Urogyn J 2014; Epub 11 March 2014

140.  Francis SL, Agrawal A, Azadi A, Ostergard DR, Deveneau NE.  Robotic Burch Colposuspension: A Surgical Case and Instructional Video.  Int Urogyn J 2015;26:148-148.

141.  Devaneau NE, Greenstein M, Mahalingashetty A, Herring NR, Lipetskaia L, Azadi A, Ostergard DR, Francis SL.  Surface and bony landmarks for sacral neuromodulation: a cadaveric study.  Int Urogyn J 26:263-268, 2015.

142.  Azadi A.........Ostergard D.  <u>Morphologic Evaluation of Post-implant Monofilament Polypropylene Mesh Utilizing a Novel Technique with Scanning Electron Microscopy Quantification.</u>  Surg Rech Int 2015;26:169.

JOURNAL ARTICLES, OTHER:

1.    Ostergard, DR:  The Dalkon Shield, <u>The Medical Letter</u> 14:97-98 (Dec) 1972.

2.    Buster, JE, Ostergard, DR:  Current Status of Plasma Estriol in the Assessment of Pathological Pregnancies, <u>Ob-Gyn Digest</u> 15:33-38 (Feb) 1973.

3.    Ostergard, DR:  Lower Urinary Tract Symptoms: The Role of the Urethra.

20                          DONALD R. OSTERGARD, M.D.

The Female Patient 4:30-34 (Oct) 1979.

4.   Ostergard, DR:  Pharmacology of the Lower Urinary Tract, Contemp Ob-Gyn
     17:41 (Feb) 1981.

5.   Bent, AE and Ostergard, DR:  Urgency Incontinence.  Gynecologic Urology
     Society Newsletter (June) 1982.

6.   Richardson, DA and Ostergard, DR:  Evolution of Surgery for Stress Urinary
     Incontinence.  Contemp Ob-Gyn 21:52-64 (Mar) 1983.

7.   Bent, AE and Ostergard, DR:  Why Women are Prone to Incontinence.
     Comtemp Ob-Gyn 83-104 (Jan) 1984.

8.   Francis, LN, Ostergard, DR and Westermoe, K:  Treatment of Vaginal Inversion
     with Sacrospinous Fixation.  The Female Patient 10:123-125 (Apr) 1985.

9.   Sand, PK, Bowen, LW, Ostergard, DR:  Laser Therapy:  Guide to New Outpatient
     Gynecologic Procedures - A Primer on Laser Use in Gynecology.  The Female
     Patient 10:91-108 (Oct) 1985.

10.  Ostergard, DR, Bent, AE:  Abdominal Approach for Surgical Correction of

     Genuine Stress Incontinence.  Obstet Gynecol Forum, Vol II, No. 6, (Nov-Dec)
     1988.

11.  Ostergard, DR:  Vestibulitis:  A Cause of Dyspareunia, Med Aspects of Human
     Sexuality 36-39 (March) 1990.

12.  Cholhan, HJ, Ostergard, DR:  The Abdominal Retropubic Urethropexy -- The
     Optimal Surgical Approach.  OB Gyn Report Vol. 2 #3, Summer 1990.

13.  Cholhan, HJ, Ostergard, DR:  Urinary Tract Infections in Postmenopausal
     Women.  Clinical Advances in the Treatment of Infections 4:1-3 (October) 1990.

14.  Appell, RA, Ostergard, DR:  Practical Urodynamics.  Illustrated Medicine 2:2,
     1992.

15.  Ostergard, DR:  The International Urogynecology Journal:  Four Years of
     Progress (editorial).  Int Urogynec J. 4:333-334, 1993.

16.  Ostergard, DR, Jensen, JK:  Treatment of Recurrent Endometriosis, International
     Correspondence Society of Obstetricians & Gynecologists Collected Letters,
     31(11); 9-10, 1993.

17.  Jensen JK, Ostergard, DR.  Treatment of Menorrhagia and Dysmenorrhea in the
     Face of Anti-phospholipid Syndrome, International Correspondence Society of
     Obstetricians & Gynecologists Collected Letters, Vol 35(8):11,1994.

18.  Ostergard, DR:  The International Nature of Urogynecology (editorial)
     Urogynaecologia International J. 8:3, 107-108, 1994.

19.  Ostergard, DR:  Urogynecology and Pelvic Reconstructive Surgery:  Office
     Preoperative Evaluation of the Incontinent Female.  Int J of Gynecol Obstet:
     49:S43-S47, (July) 1995.

20.  Resnick, NM, Blaivas, JG, Ostergard, DR:  Practical Pointers on Urinary
     Incontinence.  Patient Care 29: 103-131, (Oct 15) 1995.

21.  Jensen, JK, Ostergard DR:  Avoiding Complications During Operative
     Hysteroscopy.  The Female Patient 21:15-24, 1996.

21                    DONALD R. OSTERGARD, M.D.

22.    Jensen, JK, Ostergard, DR:  Female Retropubic Anatomy for Gynecologic Surgery.
       The Female Patient 1:33-37, 1996.

23.    Ostergard, DR: Primary Slings for Everyone with Genuine Stress Incontinence?
       The Argument Against (editorial). Int Urogynec J. 8:6, 321-322, 1997.

24.    Ostergard, DR: Lessons from the Past: Directions for the Future
       Do New Marketed Surgical Procedures and Grafts Produce Ethical, Personal
       Liability and Legal Concerns for Physicians?  Int Urogyn J 18:591-8, 2007.


CONFERENCE PROCEEDINGS PAPERS, OTHER:

1.     Ostergard, DR:  A Developmental Training Program for Family Planning
       Specialists.  Proceedings of the December 3, 1971 Meeting of the California
       Interagency Council on Family Planning.

2.     Ostergard, DR, Broen, EM, Marshall, JR:  Family Planning and Cancer
       Screening Services as Provided by Paramedical Personnel:  A Training
       Program, Advances in Planned Parenthood, Vol. VII, pp 59-61, 1972,
       Editors: AJ Sobrero and RM Harvey, ICS 246, Excerpta Medica, Amsterdam.

3.     Ostergard, DR, Broen, EM:  Clinical Experience with the Dalkon Shield, in
       Advances in Planned Parenthood, Vol. VII, pp 81-83, 1972.  Editors:
       AJ Sobrero and RM Harvey, ICS 246, Excerpta Medica, Amsterdam.

4.     Ostergard, DR:  Colposcopy and Cryosurgery for the Treatment of Preinvasive
       Cervical Neoplasia, in Latest Developments in Cryosurgery, Proceedings of
       the International Congress of Cryosurgery, Vienna, June 4-7, 1972, Verlag
       der Wiener Medizinischem Akademia, Vienna, 1972.

5.     Ostergard, DR, Broen, EM, Marshall, JR:  Family Planning and Cancer
       Screening as Provided by Paramedical Personnel, Proceedings of the Seventh
       World Congress on Fertility and Sterility, Excerpta Medica, ICS 278, 1973,
       pp 987-988.


ABSTRACTS (conference proceedings, other):

1.     Ostergard, DR, Townsend, DE, Hirose, FM:  The Treatment of Chronic
       Cervicitis by Cryotherapy, Cryobiology 3:362, 1967.

2.     Hirose, FM, Townsend, DE, Ostergard, DR:  The Histology of the Cervix
       Following Cryosurgery, Cryobiology 3:362, 1967.

3.     Ostergard, DR, Townsend, DE:  The Cryosurgical Treatment of Vulvar Condyloma
       Acuminata, Cryobiology 4:273, 1968.

4.     Townsend, DE, Ostergard, DR, Moyer, DL, Norum M:  Comparison of Freeze-Thaw-
       Induced Ultrastructural Changes of Normal and Neoplastic Human Ectocervical
       Epithelium, Cryobiology 4:273, 1968.

5.     Bradley, JG, Ostergard, DR:  Septic Threatened Abortion:  A Survey of Twenty
       Years Experience in a County Hospital, Inter J Obstet Gynec 8:  Abstract
       #64, 1970.

6.     Townsend, DE, Ostergard, DR:  Treatment of Cervical Dysplasia by Cryosurgery,
       Inter J Obstet Gynec 8: Abstract #120, 1970.

7.     Ostergard, DR, Kushinsky S:  Urinary Estriol as a Test of Fetal Well Being,

Excerpta Medica, International Congress Series 189: #210 Third International Congress of Hormonal Steroids, September, 1970.

8.    Broen, EM, Ostergard, DR:  Toluidine Blue and Colposcopy for Screening and Delineation of Vulvar Neoplasia, Obstet Gynec 37:637, 1971.

9.    Ostergard, DR, Parlow AF, Townsend, DE:  Acute Effect of Castration on Serum FSH and LH in Adult Women, Symposium on Gonadotropins in Endocrine Disorders of Human Reproduction, 1971.  (Collection of Abstracts p 35).

10.   Ostergard, DR:  A Development Training Program for Family Planning Specialists.  Proceedings of the December 3, 1971 Meeting of the California Interagency Council on Family Planning.

11.   Ostergard, DR, Broen, EM: The Family Planning Specialist, Abstracts of Main Sessions, VII World Congress on Fertility and Sterility, Excerpta Medica (#234-A) 1973.

12.   Ostergard, DR, Broen, EM, Marshall, JR:  Family Planning and Cancer Screening as Provided by Paramedical Personnel, Proceedings of the VII World Congress on Fertility and Sterility, Excerpta Medica, ICS 278:987-988, 1973.

13.   Ostergard, DR:  Cervical Colposcopy and the Abnormal Pap Smear, Excerpta Medica, ICS 396, VIII World Congress of Gynecology and Obstetrics, Mexico, D.F., 17-22 (October) 1976.

14.   Ostergard, DR, Bhatia, NN, McQuown, D:  Ultrasonography in the Evaluation of Urethrovesical Dynamics in Genuine Stress Incontinence and Detrusor Instability, Proceedings 10th Annual Meeting of the International Continence Society and Joint Meeting with the Urodynamics Society, (October 9-12),1980, Los Angeles, California.

15.   Ostergard, DR, Bhatia, NN, McCarthy, TA:  Urethral Pressure Profiles in Women with Urethral Diverticula, Proceedings 10th Annual Meeting of the International Continence Society and Joint Meeting with the Urodynamics Society, (October 9-12),1980, Los Angeles, California.

16.   Ostergard, DR, Bhatia, NN:  Urodynamic Effects of Retropubic Urethropexy in Genuine Stress Incontinence, Proceedings 10th Annual Meeting of the International Continence Society and Joint Meeting with the Urodynamics Society, (October 9-12),1980, Los Angeles, California.

17.   Ostergard, DR, Bhatia, NN:  Urodynamics in Genuine Stress Incontinence, Gynecologic Urology Society, Book of Abstracts, October 16, 1980, New Orleans, Louisiana.

18.   Ostergard, DR, Bhatia, NN:  Urodynamic Effects of Retropubic Urethropexy in Genuine Stress Incontinence, Gynecologic Urology Society, Book of Abstracts, October 16, 1980, New Orleans, Louisiana.

19.   Bent, AE, Richardson, DA, Ostergard, DR:  Diagnosis of Lower Urinary Tract Disorders in Postmenopausal Women, Annual Meeting, Society of Obstetricians and Gynecologists of Canada, Toronto, Ontario, Canada, (June), 1982.

20.   Bent, AE, Harris, LR, Richardson, DA, Ostergard, DR:  Urethral Closure Pressure Profile in Stress Incontinent and Non Stress Incontinent Women, Proceedings International Continence Society, Twelfth Annual Meeting, Leiden, The Netherlands, (Sept 2-4), 1982.

21.   Richardson, DA, Bent, AE, Ostergard, DR:  Comparison of Urodynamic Findings in Patients With and Without Prolapse Who Demonstrate Genuine Stress Incontinence, Proceedings International Continence Society, Twelfth

23                        DONALD R. OSTERGARD, M.D.

Annual Meeting, Leiben, The Netherlands, (Sept 2-4), 1982.

22.  Bent, AE, Harris, LR, Richardson, DA, Ostergard, DR:  Urethral Closure
     Pressure Profiles in Stress Incontinent and Continent Women, Proceedings
     Gynecologic Urology Society, Santa Barbara, California, (October 25-27), 1982.

23.  Richardson, DA, Bent, AE, Ostergard, DR:  The Effect of Uterovaginal
     Prolapse on Urethrovesical Pressure Dynamics, Proceedings Gynecologic
     Urology Society, Santa Barbara, California, October 25-27, 1982.

24.  Richardson, DA, Bent, AE, Ostergard, DR, Cannon, D:  Delayed Complications
     of the Stamey Needle Urethropexy, Proceedings Gynecologic Urology Society
     Santa Barbara, California, October 25-27, 1982.

25.  Bent, AE, Ostergard, DR: The Effect of Aging on Urethral Closure Pressure
     Profiles in Stress Incontinent and Continent Women, Proceedings Annual
     Meeting, Society of Obstetricians and Gynecologists of Canada, Vancouver,
     British Columbia, Canada, June, 1983.

26.  Bent, AE, Ostergard, DR:  The Effect of Aging on Urethral Closure Pressure
     Profiles in Stress Incontinent and Continent Women, Proceedings Gynecologic
     Urology Society, New Orleans, Louisiana, 1983.

27.  Cutner, LP, Ostergard, DR:  The Method of Pereyra Procedure, Proceedings
     Gynecologic Urology Society, New Orleans, Louisiana, 1983.

28.  Scotti, RJ, Ostergard, DR:  Urodynamic Changes in Urethrovesical Function
     After Radical Hysterectomy, Proceedings Gynecologic Urology Society,
     New Orleans, Louisiana, 1983.

29.  Scotti, RJ, Bergman, A, Bhatia, NN, Ostergard, DR:  Urodynamic Changes in
     Urethrovesical Function After Radical Hysterectomy.  Proceedings Gynecologic
     Urology Society, Palm Beach, Florida, 1984.

30.  Ostergard, DR:  Neuropharmacology, Proceedings Gynecologic Urology Society,
     Palm Beach, Florida, 1984.

31.  Scotti, RJ, Bergman, A, Bhatia, NN, Ostergard, DR:  Urodynamic Changes in
     Urethrovesical Function After Radical Hysterectomy.  Proceedings ACOG,
     Scottsdale, Arizona, 1984.

32.  Sand, PK, Bowen, LW, Ostergard, DR:  Uninhibited Urethral Relaxation:
     An Unusual Cause of Incontinence, Proceedings International Continence
     Society, London, England, September, 1985.

33.  Sand, PK, Bowen, LW, Ostergard, DR:  The Effect of a Filling Catheter
     During Urodynamics, Proceedings International Urogynaecological Association,
     Budapest, Hungary, September 1985.

34.  Bhatia, NN, Bergman, A, Scotti, RJ, Ostergard, DR:  Urinary Incontinence
     Following Radical Hysterectomy, Proceedings International Urogynaecological
     Association, Budapest, Hungary, September 1985.

35.  Pierson, CA, Meyer, CB, Ostergard, DR:  Vesical Instability:  A Stress
     Related Entity, Proceedings International Continence Society, London,
     England, September 1985.

36.  Sand, PK, Bowen, LW, Ostergard, DR:  The Effect of a Filling Catheter During
     Urodynamics, Proceedings Gynecologic Urology Society, San Diego, California,
     November 1985.

37.  Sand, PK, Bowen, LW, Ostergard, DR:  Uninhibited Urethral Relaxation:

24                                    DONALD R. OSTERGARD, M.D.

An Unusual Cause of Incontinence, Proceedings Gynecologic Urology Society, San Diego, California, November 1985.

38.   Sand, PK, Bowen, LW, Ostergard, DR:  The Low Pressure Urethra, Proceedings ACOG Annual Meeting, New Orleans, Louisiana, May 1986.

39.   Bowen, LW, Sand, PK, Ostergard, DR, et al:  Urodynamic Effects of a Vaginal Pessary in Women with Genital Prolapse, Proceedings ACOG Annual Meeting, New Orleans, Louisiana, May 1986.

40.   Bowen, LW, Sand, PK, Ostergard, DR, Franti, CE:  Unsuccessful Burch Retropubic Urethropexy:  A Case Controlled Urodynamic Study, Proceedings International Continence Society, Boston, Mass, September 1986.

41.   Sand, PK, Bowen, LW, Ostergard, DR:  The Low Pressure Urethra as a Factor in Failed Retropubic Urethropexy, Proceedings International Continence Society, Boston, Mass, September 1986.

42.   Bowen, LW, Sand, PK, Ostergard, DR, Franti, CE:  Urodynamic Effects of a Vaginal Pessary in Women with Genital Prolapse, Proceedings International Continence Society, Boston, Mass, September 1986.

43.   Sand, PK, Bowen, LW, Ostergard, DR, et al:  Hysterectomy and Prior Incontinence Surgery as Risk Factors for Failure of Retropubic Urethropexy, Proceedings Gynecologic Urology Society, Montreal, Canada, October 1986.

44.   Sand, PK, Hill, RC, Ostergard, DR:  Supine Urethroscopic and Standing Cystometry as Screening Methods for the Detection of Detrusor Instability, Proceedings Gynecologic Urology Society, Montreal, Canada, October 1986.

45.   Bowen, LW, Sand, PK, Ostergard, DR, et al:  Correlation of Urethroscopic Findings and Lower Urinary Tract Symptomatology, Proceedings Gynecologic Urology Society, Montreal, Canada, October 1986.

46.   Bowen, LW, Sand, PK, Ostergard, DR, et al:  Unsuccessful Burch Retropubic Urethropexy:  A Case Controlled Study, Proceedings Gynecologic Urology Society, Montreal, Canada, October 1986.

47.   Horbach, NS, Blanco, JS, Ostergard, DR, Bent, AE, Cornella JL:  A Suburethral Sling Procedure with Polytetrafluorethylene for the Treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure: A Preliminary Report, Poster Presentation, ACOG, Las Vegas, Nevada, April 1987.

48.   Ostergard, DR, Horbach, NS, Bent, AE, Cornella, JL:  Gore-Tex Sling Procedure for the Treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressures, Proceedings International Urogynaecological Association, San Francisco, California, August 1987.

49.   Horbach, NS, Bent, AE, Cornella, JL, Ostergard, DR:  The Low Pressure Urethra in Patients with Genuine Stress Incontinence:  Clinical and Urodynamic Characteristics, Proceedings American Urogynecologic Society Annual Meeting, San Francisco, California, September 1987.

50.   Sand, PK, Bowen, LW, Ostergard, DR, Bent, AE, Panganiban, R:  Cryosurgery versus Dilatation and Massage for the Treatment of the Urethral Syndrome, Proceedings American Urogynecologic Society Annual Meeting, San Francisco, California, September 1987.

51.   Horbach, NS, Blanco, JS, Ostergard, DR, Bent, AE, Cornella, JL:  A Suburethral Sling Procedure with Polytetrafluorethylene for the Treatment of Genuine Stress Incontinence in Patients with Low Urethral Closure Pressure: A Preliminary Report, Proceedings American Urogynecologic Society, San

Francisco, California, September 1987.

52.   Ostergard, DR:  The Unstable Bladder:  Medical, Psychological, Electronic
      and Surgical Therapy, Proceedings International Symposium on Urogynecology,
      Zagreb, Yugoslavia, May 1987.

53.   Ostergard, DR:  The Urethral Syndrome - New Concepts in Diagnosis and
      Therapy, Proceedings International Symposium on Urogynecology, Zagreb,
      Yugoslavia, May 1987.

54.   Ostergard, DR, Horbach, NS, Bent, AE, Cornella, JL:  Gore-Tex Sling
      Procedure for the Treatment of Genuine Stress Incontinence in Patients with
      Low Urethral Closure Pressures, Proceedings International Symposium on
      Urogynecology, Zagreb, Yugoslavia, May 1987.

55.   Sand, PK, Bowen, LW, Ostergard, DR, et al:  The Effect of Retropubic
      Urethropexy on Detrusor Instability, Proceedings ACOG District VI Junior
      Fellows Meeting, Chicago, Illinois, September 1987.

56.   Scotti, RJ, Ostergard, DR, Guillaume, A, Kohatsu, KE:  Predictive Value of
      Dynamic Urethroscopy in Urethral Syndrome, Genuine Urinary Stress
      Incontinence and Vesical Instability, Proceedings American College of
      Obstetricians and Gynecologists, Boston, Mass, May 1988.

57.   Horbach, NS, Ostergard, DR, Bent, AE, Cornella, JL:  Complications of
      Suprapubic Catheter Drainage of the Bladder, Poster Presentation ACOG,
      Boston, Mass, May 1988.

58.   Pierson, CA, Sand, PK, Ostergard, DR, et al:  The Correlation Between
      12 Hour Pad Tests, Urodynamic and Subjective Grading of Incontinence,
      Abstracts Annual Meeting of the International Continence Society, Oslo,
      Norway, September 1988.

59.   Sand, PK, Bowen, LW, Ostergard, DR:  The Prognostic Significance of
      Augmentation of Urethral Closure Pressure and Functional Length,
      Proceedings American Urogynecological Society, Charleston, South
      Carolina, November 1988.

60.   Sand, PK, Brubaker, L, Bowen, LW, Ostergard, DR, Panganiban, R:  The
      Effect of Retropubic Urethropexy on Detrusor Stability,
      Proceedings American Urogynecological Society, Charleston, South
      Carolina, November 1988.

61.   Scotti, RJ, Ostergard, DR, Guillaume, AA, Kohatisu, KE:  Predictive Value of
      Dynamic Urethroscopy in Urethral Syndrome, Genuine Stress Incontinence and
      Vesical   Instability,   Proceedings  American  Urogynecological  Society,
      Charleston, South Carolina, November 1988.

62.   Summit, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Correlation of
      Preoperative Q-tip Tests with Success Using a Suburethral Sling Procedure
      for Stress Urinary Incontinence and Low Urethral Closure Pressure, Proceedings
      American Urogynecological Society, Charleston, South Carolina, November
      1988.

63.   Cornella, JL, Bent, AE, Ostergard, DR, Horbach, NS:  A Prospective Study
      Utilizing Transdermal Scopolamine in the Treatment of Detrusor Instability,
      Proceedings American Urogynecological Society, Charleston, South Carolina,
      November 1988.

64.   Sand, PK, Pierson, CA, Ostergard, DR, Atad, J, Panganiban, R:  The
      Correlation Between Pad Tests and Urodynamics.  Proceedings American
      Urogynecological Society, Charleston, South Carolina, November 1988.

26                                        DONALD R. OSTERGARD, M.D.

65.  Summitt, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Correlation of
     Preoperative Q-tip Tests with Success Using a Suburethral Sling Procedure
     for Stress Urinary Incontinence and Low Urethral Closure Pressure,
     Int Urogynec J, 1:29, October 1988.

66.  Sand, PK, Brubaker, L, Bowen, LW, Ostergard, DR, Panganiban, R:  The
     Effect of Retropubic Urethropexy on Detrusor Stability.  Int Urogynec J,
     1:33, October 1988.

67.  Sand, PK, Pierson, CA, Ostergard, DR, Atad, J, Panganiban, R:  The
     Correlation Between Pad Tests and Urodynamics.  Int Urogynec J,1:33,Oct 1988.

68.  Scotti, RJ, Ostergard, DR, Guillaume, AA, Kohatisu, KE:  Predictive Value of
     Dynamic Urethroscopy in Urethral Syndrome, Genuine Stress Incontinence and
     Vesical Instability, Int Urogynec J, 1:42, October 1988.

69.  Bent, AE, Sand, PK, Ostergard, DR:  Transvaginal Electrical Stimulation in
     the Treatment of Genuine Stress Incontinence and Detrusor Instability.
     Proceedings International Continence Society, September 1989.

70.  Summitt, RL, Jr, Bent, AE, Ostergard, DR, Harris, TA:  Suburethral Sling
     Procedure for Genuine Stress Incontinence and Low Urethral Closure Pressure:
     A Continued Experience, Proceedings 37th Annual Clinical Meeting American
     College of Obstetricians and Gynecologists, May 22-25, 1989, Atlanta,
     Georgia.

71.  Scotti, RJ, Ostergard, DR, Guillaume, AA, Kohatsu, KE:  Predictive Value of
     Dynamic Urethroscopy in Urethral Syndrome, Genuine Stress Incontinence and
     Vesical Instability, Proceedings 38th Annual Clinical Meeting American
     College of Obstetricians and Gynecologists, May 7-10, 1990, San Francisco,
     California.

72.  Ostergard, DR:  Surgery for Urinary Incontinence.  Proceedings Annual American
     College of Obstetricians and Gynecologists Clinical Meeting, May 4-5, 1991,
     New Orleans, Louisiana.

73.  Preacher, JF, Luber, KM, Ostergard, DR, Bent, AE:  Vaginal Wall Retropubic
     Urethropexy and Vaginal Retropubic Urethropexy.  Twelfth Annual Meeting
     American Uro-Gynecologic Society, October 23-26, 1991.

74.  Sand, PK, Utrie, J, Summit, R, Jr., Ostergard, DR:   The  Effect  of  a
     Suburethral Sling on Detrusor Instability.   18th  Annual  Meeting  of  the
     International Uro-Gynecologic Association, Nimes, France, September 1993.

75.  Swift, SE, Ostergard, DR:  Retropubic Vaginal Urethropexy: Results of One
     Year Follow-up.  Poster Abstract-Scientific Meeting of the American Uro-
     Gynecology Society and the Urodynamics Society, San Antonio, Texas, October
     1993.

76.  Jensen, JK, Nielsen, FR., Jr., Ostergard, DR:  The Role of Patient History
     in the Diagnosis of Urinary Incontinence.   Poster Abstract - Scientific
     Meeting of the American Uro-Gynecologic Society and the Urodynamics Society.
     San Antonio, Texas, October 1993.

77.  Sand, PK, Richardson, DA, Staskin, DR, Ostergard, DR, Swift, SE, Appell, RA,
     Whitmore, KE, Lavin, PT: Pelvic Floor Stimulation in the Treatment of Genuine
     Stress Incontinence: A Multicenter, Placebo Controlled Trial.  Poster Abstract
     - Symposium on Women's Urological Health Research, Bethesda, Maryland, March
     1994.

78.  Sand, PK, Richardson, DA, Staskin, DR, Ostergard, DR, Swift, SE, Appell, RA,
     Whitmore, KE, Lavin, PT: Pelvic Floor Stimulation in the Treatment of Genuine

Stress Incontinence: A Multicenter, Placebo Controlled Trial.  International Continence Society Annual Meeting, Prague, Czech Republic, Printed in Neurology & Urodynamics, August 1994.

79.   Sand, PK, Richardson, DA, Staskin, DR, Ostergard, DR, Swift, SE, Appell, RA, Whitmore, KE, Lavin, PT: Pelvic Floor Stimulation in the Treatment of Genuine Stress Incontinence:  A Multicenter, Placebo Controlled Trial.  American Uro-Gynecologic Society Annual Meeting and International Urogynecological Association Meeting, Toronto, Canada, September 1994.

80.   Handa, VL, Jensen, JK, Ostergard, DR:  Potential Stress Incontinence in Severe Vaginal Vault Prolapse:  The Economic Impact of Preoperative Urodynamics.  Poster Abstract. American Uro-Gynecologic Society Annual Meeting, Toronto, Canada, September 1994.

81.   Handa, VL, Jensen, JK, Ostergard, DR:  The Federal Incontinence Guidelines do not Adequately Triage Women With Symptoms of Stress Incontinence.  Annual Scientific Meeting of the American Urogynecologic Society, Toronto, Canada, September 1994.

82.   Handa, VL, Jensen, JK, Ostergard, DR:  The Effect of Patient Position on Urethral Mobility.  Poster Abstract.  Annual Scientific Meeting of the American Urogynecologic Society, Toronto, Canada, September 1994.

83.   Jensen, JK, Downes, J, Handa, VL, Ostergard, DR:  Changes in Detrusor Over-activity Following Surgical Correction of Severe Pelvic Prolapse.  Annual Scientific Meeting of the American Urogynecologic Society, Toronto, Canada, September 1994.

84.   Swift, SE, Ostergard, DR, Miller, MC, III:  Comparison of Stress Leak Point Pressure and Maximal Urethral Closure Pressure in Patients with Genuine Stress Incontinence.  Annual Scientific Meeting of the American Urogyneco-logic Society, Toronto, Canada, September 1994.

85.   Weinberger, ME, Ostergard, DR:  Postoperative Catheterization, Urinary Retention, and Voiding Dysfunction Following Suburethral Sling Replacement, Annual Scientific Meeting of the American Urogynecologic Society, Toronto, Canada, September 1994.

86.   Swift, SE, Ostergard, DR:  Evaluation of Current Urodynamic Testing Methods in the Diagnosis of GSI.  Annual Scientific Meeting of the American Urogyne-cologic Society, Toronto, Canada, September 1994.

87.   Sand, PK, Ostergard, DR:  Urethral-Hymenal Fusion: Effects on Urinary Symptomatology.  Annual Scientific Meeting of the American Urogynecologic Society, Toronto, Canada, September 1994.

88.   Germain, MN, Handa, VL, Jensen, JK, and Ostergard, DR: Supine Urine Leakage as a Predictive Test for Intrinsic Sphincter Deficiency.  Poster Abstract. American Urogynecologic Society 16th Annual Scientific Meeting, Seattle, Washington, October 1995.

89.   Handa, VL, Jensen, JK, Germain, MM, Ostergard, DR.  Banked Human Fascia Lata for the Suburethral Sling Procedure in Incontinent Women, Presented at the 17th Annual Scientific Meeting.  The American Urogynecologic Society, New Orleans, Louisiana, October 4-7, 1996.

90.   Noblett KL, Jensen, JK, Ostergard, DR.  The Incidence of Urinary Symptoms in
      Relation to Pregnancy and Delivery in a Predominantly Hispanic Population:  A
      One-Year Follow-up.   Presented at the 17th Annual Scientific Meeting, The
      American Urogynecologic Society, New Orleans, Louisiana, October 4-7, 1996.

91.   Germain, MM, Jensen, JK, Handa, VL, Ostergard, DR.  Age as a Risk Factor in
      Surgical Repair of Genital Prolapse, Presented at the 17th Annual Scientific
      Meeting, The American Urogynecologic Society, New Orleans, Louisiana, October
      4-7, 1996.

92.   Noblett, KL, Jensen, JK, Ostergard, DR.  The Relationship of Body Mass Index to
      Intra-abdominal Pressure as Measured by Multichannel Cystometry, Poster
      presentation at the 17th Annual Scientific Meeting, The American Urogynecologic
      Society, New Orleans, Louisiana, October 4-7, 1996.

93.   Noblett, KL, Jensen JK, Germain, MM, Ostergard, DR: Relationship of Cystocele
      Grade to Bladder Volume Status and Patient Position, Presented at the 18th
      Annual Scientific Session, The American Urogynecologic Society, Tucson,
      Arizona,September 25-28, 1997.

94.   Noblett, KL, Saenz, R., Jensen, JK, Ostergard, DR: Cystitis Glandularis:
      Incidence, Presentation and Natural History in a Referral Population,
      Presented at the 19th Annual Scientific Meeting, The American Urogynecologic
      Society, Washington, D.C., November 12-15, 1998.

95.   Ostergard DR: Evaluation of Pelvic Floor Dysfunction Paravaginal Repair Using a
      Subvesical Sling, Presented at the XVI FIGO World Congress of Gynecology and
      Obstetrics, Washington D.C., September 3-8, 2000.

96.   Ostergard DR: New Target for Intervention: The Neurourology Connection,
      Proceedings from symposium held in conjunction with American Urogynecologic
      Society, Hollywood FL September 11-13, 2003. Published in Advanced Studies
      in Medicine, Johns Hopkins University School of Medicine, Vol.4, March 2004.

97.   Vincent Lucente, Donald Ostergard, G. Willy Davila, Sergio Forero-Schwanhaeuser:
      Patient-reported outcomes in 3 cohorts of patients defined by length of time as acute or chronic overactive
      bladder: an analysis of more than 2200 patients in the VESIcare Open-Label Trial (VOLT).  Presented at
      the International Continence Society Annual Meeting, Rotterdam, The Netherlands,  August 2007.

98.   Vincent Lucente Donald Ostergard, G. Willy Davila, Sergio Forero-
      Schwanhaeuser: Improvement in patient-reported outcomes in 3 cohorts of
      overactive bladder patients defined as acute or chronic by length of time with
      the condition: an analysis of patients in the VESIcare Open-Label Trial
      (VOLT). Presented to the American Urogynecology Society, Hollywood, Florida,
      September, 2007.

99.   Ostergard D, Dmochowski R, Hussain I: Significant improvement in urgency and
      patient-reported outcomes in overactive bladder patients treated with
      solifenacin.  Presented to the Western Section of the American Urological
      Association, Scottsdale, Arizona, October 2007.

100.  Ostergard DR, Toglia MR, Hussain IF. Urgency outcomes for continent and
      incontinent patients treated with solifenacin for overactive bladder (VESIcare
      Efficacy & Safety in PatieNts with Urgency Study). . Presented to the Western
      Section of the American Urological Association, Scottsdale, Arizona, October
      2007.

101.  Azadi A, Jasinski j, Francis SL, Deveneau N, Lei Z, Heyl A, Ostergard D.
      Scanning electron microscopy (SEM) of vaginal mesh removed due to pelvic pain.
      Fem Pelvic Med Recon Surg 2013;19:Supplement,Abstract,S99.

102.  Lipetskaia L, Deveneau N, Azadi A, Ostergard D, Francis SL. Low urinary tract
      dysfunction in endometrial cancer patients after robotic hysterectomy with

lymph node dissection. Fem Pelvic Med Recon Surg 2013;19:Supplement,Abstract, S150.

103. Deveneau N, Azadi A, Cornwell L, Lipeskaia L, Francis SL, Ostergard D. Anatomic variation of ureter in patients undergoing sacrocolpopexy: Case reports and review of the literature. Fem Pelvic Med Recon Surg 2013;19:Supplement,Abstract,S182.

104. Azadi A, Jasinski JB, Francis SL, Lipetskaia LV, Deveneau NE, Yehaneh T, **Ostergard DR**. Evaluation of Surgical Instrument Handling On Polypropylene Mesh Using Scanning Electron Microscopy (SEM). International Urogynecology Association. 38th Annual Meeting. Dublin, Ireland. May 2013.

105. Azadi A, **Ostergard DR**. Vaginal Mullerian Cyst Mimicking Cystocele. American Urogynecologic Society (AUGS). 33rd Annual Scientific Meeting. Chicago, IL. October 2012.

106. Azadi A**,** Cornwell LB, Diaz S, Lipetskaia L, **Ostergard DR**. The Effect of Body Mass Index (BMI) in Perioperative Outcomes in Patients Undergoing Robotic Assisted Sacrocolpopexy for Pelvic Organ Prolapse. International Urogynecological Association (IUGA). 37th Annual Meeting. Brisbane, Australia. September 2012.

107. Azadi A, Diaz S, Owings E, Lipetskaia L, Yeganeh T, Tate S, **Ostergard DR**. Universal Cystoscopy at the Beginning of Urogynecologic Procedures. American Urogynecologic Society (AUGS). 32nd Annual Scientific Meeting. Providence, RI. September 2011.

108. Azadi A, Francis SL, Taylor KC, Diaz S, Yeganeh, T, **Ostergard DR**. The Anatomical Outcome of Robotic Sacrocolpopexy for Treatment of Pelvic Organ Prolapse: A Comparison of Obese and Non-Obese Patients. International Urogynecology Association. 38th Annual Meeting. Dublin, Ireland. May 2013.

109. Azadi A, Cornwell LB, Diaz S, Lipetskaia L, **Ostergard DR**. The Effect of Body Mass Index (BMI) in Perioperative Outcomes in Patients Undergoing Robotic Assisted Sacrocolpopexy for Pelvic Organ Prolapse. American Association of Gynecologic Laparoscopists. 41st Global Meeting. Las Vegas, NV. November 2012.

110. Azadi A, Jasinski JB, Francis SL, **Ostergard DR.** Scanning electron microscopy (SEM) of vaginal mesh removed due to pelvic pain. American Urogynecology Association. 34th annual scientific meeting. Basic science interest group. Las Vegas, NV. October 2013.

MONOGRAPHS:

1. Ostergard, DR, Gunning, JE: Medical Procedure Manual for Women's Health

<u>Care Specialists</u>, University of California Press.  (Monograph).

2.    Ostergard, DR, et al:  <u>Syllabus for Women's Health Care Specialists</u>, University of California Press, 1973.

3.    Ostergard, DR: <u>Manual de Gineco-Obstetricia</u>, Editorial Pax-Mexico, Mexico City, 1975 (Spanish Translation of numbers 1 and 2).

FILMS, VIDEOTAPES & OTHER:

1.    "Gynecologic Urology Phase III (Urodynamics)", Donald R. Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1979.

2.    "Retropubic Urethropexy", Donald R. Ostergard, M.D., Narender N. Bhatia, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecological Urology, University of California, Irvine, 1980.

3.    "Distal Urethral Meatoplasty, Spence Procedure and Dissection of Urethral Diverticulum", Donald R. Ostergard, Narender N. Bhatia, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1982.

4.    "Urethroscopy", Alfred E. Bent, M.D. and Donald R. Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1982.

5.    "The Pereyra Procedure, A Modification", Larry P. Cutner, M.D. and Donald R. Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1983.

6.    "Evaluation of Urinary Incontinence", Larry P. Cutner, M.D. and Donald R. Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1983.

7.    "Sacrospinous Vaginal Vault Suspension", Donald R., Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California   and Division of Gynecologic Urology, University of California, Irvine, 1983.

8.    "Practical Applications of the Carbon Dioxide Laser in Gynecology", Peter K. Sand, M.D. and Donald R. Ostergard, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1985.

9.    "Laser Laparoscopy with KTP Laser", Donald R. Ostergard, M.D., and Alfred E. Bent, M.D., produced by Women's Hospital and Memorial Hospital Medical Center of Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1987.

10.   "YAG Laser in Gynecology", Donald R. Ostergard, M.D. and Alfred E. Bent, M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long Beach, California and Division of Gynecologic Urology, University of California, Irvine, 1987.

31                                  DONALD R. OSTERGARD, M.D.

11.    "Sling Procedure", Donald R. Ostergard, M.D. and Alfred E. Bent, M.D.,
       produced by Women's Hospital and Memorial Hospital Medical Center, Long
       Beach, California and Division of Gynecologic Urology, University of
       California,Irvine, 1987.

12.    "The Gore-Tex Sub-Urethral Sling Procedure", Donald R. Ostergard, M.D. and
       Hilary Cholhan, M.D., produced by Women's Hospital and Memorial Hospital
       Medical Center, Long Beach, California and Division of Urogynecology,
       University of California, Irvine, 1990.

13.    "Urogynecology Overview" - Postgraduate Targeted Education Series, Director
       Roger K. Freeman, M.D. and featuring Donald R. Ostergard, M.D. - Medical
       Economics Co. 1992.

14.    "Medical and Surgical Management of Urinary Incontinence,"  Donald R.
       Ostergard, M.D. (Author), W. Glenn Hurt, M.D. (Commentator) Produced by
       Cine'-Med for American College of Obstetricians and Gynecologists, 1993.

15.    "Burch Retropubic Urethropexy", Donald R. Ostergard, M.D. and Steven E. Swift,
       M.D., produced by Women's Hospital and Memorial Hospital Medical Center, Long
       Beach, California and Division of Urogynecology, University of Irvine, June 11,
       1993.

16.    "Sacrospinous Vaginal Vault Fixation", Donald R. Ostergard, M.D. and Steven
       Swift, M.D., produced by Women's Hospital and Memorial Hospital Medical Center,
       Long Beach, California and Division of Urogynecology, University of California,
       Irvine, June 24, 1993.

17.    "Urogynecology:  Evaluation and Treatment of Urinary Incontinence" Jeffrey S.
       Levy, M.D., Medical Director.  Featuring Bruce Rosenzweig, M.D., Donald R.
       Ostergard, M.D. and C.Y. Liu, M.D.  CD-ROM, IMR, Corporate Technology Ventures
       and Omnia, Inc. 1995.

18.    "Bilateral Sacrospinous Vaginal Vault Fixation", John B. Devine II, M.D.,
       Donald R. Ostergard, M.D., Laurus Medical Corporation, Sept. 1997.

19.    Ostergard DR: Advances in Therapies for Stress Urinary Incontinence(SUI)—Focus
       on the Female Patient, *MedScape*. Posted on-line May 30, 2003.

AUDIOCASSETTES:

       "Surgery for Urinary Incontinence", ACOG Update, Donald R. Ostergard, M.D.
       (Moderator), Arieh Bergman, M.D. and W. Glenn Hurt, M.D. (Discussants)
       published by Medical Information Systems, Inc. for the American College of
       Obstetricians and Gynecologists, 17:4, 1991.

msw/cv2006