# EXHIBIT A

Curriculum Vitae
**Konstantin Walmsley, Board Certified in Urology, #14764**
November 20, 2015

<u>Address:</u>  Urology Group of New Jersey
777 Bloomfield Avenue
Glen Ridge, NJ 07028
(973)725-9096

<u>Date and Place of Birth:</u>  April 29, 1970; Philadelphia, PA

<u>Marital Status:</u>  Married; one daughter, one son

<u>Education:</u>

| | |
|---|---|
| 1988 | Diploma, Collegiate High School for Boys, New York, NY |
| 1992 | B.A., Honors in Chemistry, University of Pennsylvania, Philadelphia, PA |
| 1997 | M.D., Vanderbilt University Medical College, Nashville, TN |

<u>Training and Employment:</u>

| | |
|---|---|
| Spring 1988 | Research Assistant, Dept. of Surgical Metabolism, Memorial Sloan-Kettering Cancer Center, New York, NY Sponsor:  Nadarajen Vidylingum, PhD |
| Fall 1989 | Research Assistant, Dept. of Neurosurgery, Graduate Hospital, Philadelphia, PA Sponsor: William J. O'Connor, MD |
| Summer 1993 | Research Fellow, Dept. of Physiology, Diabetes Summer Fellowship, Nashville, TN Sponsor: Alan D. Cherrington, PhD |
| 1993-1994 | Anatomy and Problem-Based-Learning Tutor Department of Pathology Vanderbilt University, Nashville, TN |
| 1993-1994 | MCAT Instructor Stanley H. Kaplan, Nashville, TN |
| 1995-1996 | Howard Hughes Medical Institute–NIH Research Scholar, Laboratory of Tumor Immunology and Biology National Cancer Institute, National Institutes of Health, Bethesda, MD Sponsors:  Jeffrey Schlom, PhD |
| 1996-1997 | Research Assistant, Dept. of Urology Vanderbilt University Medical College Sponsor:  Robert J. Matusik, PhD |

| | |
|---|---|
| 6/22/97<br>-6/30/98 | Assistant Surgeon<br>New York Presbyterian Hospital-Cornell, New York, NY |
| 7/1/98<br>-6/30/99 | Clinical Associate in Surgery<br>New York Presbyterian Hospital-Cornell, New York, NY |
| 7/1/99<br>-6/30/03 | Clinical Associate in Urology<br>New York Presbyterian Hospital-Cornell and Memorial Sloan-Kettering Cancer Center, New York, NY |
| 7/1/03-<br>6/30/04 | Clinical Instructor in Female Urology and Voiding Dysfunction<br>New York Presbyterian Hospital-Columbia, New York, NY<br>Director of Urodynamics and Department of Urology<br>Helen Hayes Hospital, West Haverstraw, NY |
| 8/15/04-<br>present | Associate Urologist and Clinical Instructor<br>Urology Group of New Jersey, Glen Ridge, NJ |

Fellowships and Awards:

| | |
|---|---|
| 1988 | National Merit Scholarship Semifinalist |
| 1992 | Phi Lambda Upsilon Member (Chemistry Honors Society) |
| 1991 | Quarterfinalist, Henley Royal Regatta |
| 1992 | Silver Medalist, Lightweight Varsity National Rowing Championships |
| 1992 | B.A. awarded with honors for senior thesis |
| 1993 | Diabetes Research Summer Fellowship |
| 1993-1997 | Microbiology and Immunology Honors Society |
| 1994-1997 | Candy Robinson Scholarship Society |
| 1995-1996 | Howard Hughes Medical Institute<br>National Institutes of Health Research Scholar |
| 1997 | John L. Shapiro Award for Excellence in Pathology |
| 2002 | Honorable Mention, Research Section, Ferdinand C. Valentine Urology Residents Essay Contest, New York, NY |
| 2003-2004 | Fellow in Female Urology and Voiding Dysfunction<br>Preceptor: Steven A. Kaplan, MD |
| 2006-present | Top Doctor, NJ Monthly Magazine |
| 2007-present | Top Urologist, Consumers' Research Council of America |
| 2009-2010 | Vice President, Medical Staff, Mountainside Hospital, Montclair, NJ |
| 2011-2012 | President, Medical Staff, Mountainside Hospital, Montclair, NJ |
| 2012-2014 | Chairman, Board of Trustees, Hackensack University Medical Center-Mountainside, Montclair, NJ |
| 2013-present | Chairman, Department of Surgery, Hackensack University Medical Center-Mountainside, Montclair, NJ |
| 2013-present | Chairman, Credentialing Committee, Hackensack University Medical Center-Mountainside, Montclair, NJ |

Activities:

| | |
|---|---|
| 1979-1984 | Metropolitan Opera, Boy Soprano |
| 1989-1992 | Men's Varsity Lightweight Crew, University of Pennsylvania |
| 1993-1995 | Alcohol and Substance Abuse Program Big Brother, Nashville, TN |
| 1997-2003 | Cornell Urology Urinary Track Team, 13 marathons completed (personal record 3:04:59) |
| 2013-2015 | Completed four ultramarathons |

Abstracts and Presentations:

1.  "The Conducting and Thermal Properties of  Polyaniline Salts" Walmsley K. Honors Program in Chemistry, University of Pennsylvania, Philadelphia, PA, May 3, 1992.

2.  "The Vanderbilt Transplant Center: Results Between 1998 and 1993" Pinson CW, Walmsley K, Richie RE, Johnson JE, Frist W, Wolff SW. Poster presentation at the *American College of Surgeons*, San Francisco, CA, Oct. 12-14, 1993.

3.  "Evidence that the Brain is Directly Sensitive to Physiologic Levels of Plasma Insulin in Vivo" Walmsley K, Dunham BP, Davis SD, Shavers C,  Snead WP, Hastings JR, Cherrington AD. Poster Presentation at the *American Diabetes Association* Annual Meeting, New Orleans, LA, June 11-14, 1994.

4.  "Vago-Sympathetic Blockade Decreases Basal Hepatic Glucose Production in the Conscious Dog" Walmsley K, Neal DW, Hastings JR, Cherrington AD.  Poster presentation at the *American Diabetes Association* Annual Meeting, Atlanta, GA, June 10-13, 1995.

5.  "Generation of Human T-Cell Lines Specific for Prostate Specific Antigen Using an Oligo-Epitope Peptide"  Walmsley K, Correale P, Nieroda CN, Zaremba S, Tsang, KY, Schlom J. Podium presentation at the *Proceedings of the American Association of Cancer Research*, Washington, D.C., April 22-25, 1996  and *Class of 1995-1996 Scientific Presentations,* Howard Hughes Medical Institute-National Institutes of Health Research Scholars Program, Bethesda, MD, May 22, 1996.

6.  "CEA-Specific Cytotoxic T Cell Immunity in Phase I Clinical Trials Using a Recombinant CEA-Vaccinia Vaccine" Tsang KY, Zhu MZ, Nieroda CN, Correale P, Zaremba S, Walmsley K, Schmitz, J, Hamilton, J.  Podium presentation at the *Proceedings of the American Association of Cancer Research*, Washington, D.C., April 22-25, 1996.

7.  "The Inheritance of Varicoceles" Walmsley K, Goldstein M.  Poster presentation at the Annual Meeting of the *American Urologic Association,* Anaheim, CA, June 12-16, 2001. (an AUA CD-ROM top poster presentation).

8.  "Varicocele Management in the Pediatric Patient: Results with Microsurgical Varicicocelectomy" Walmsley K, Coleman J, Kelly C, Goldstein M,  Poppas DP.  Podium presentation at the Annual Meeting of *American Academy of Pediatrics*, San Francisco, CA, October 16-20, 2001.

9.  "Effects of Antibody to Transforming Growth Factor Beta in Unilateral Ureteral Obstruction of Mice Lacking the Gene for Inducible Nitric Oxide Synthase" Walmsley K, Seshun SV, Chen J, Ledbetter S, Vaughan ED, Poppas DP, Felsen D.  *Ferdinand C. Valentine Urology Residents Essay Meeting*, New York, NY, March 20, 2002.  Poster presentation at the Annual Meeting of the *American Urological Association*, Orlando, FL, May 25-30, 2002 (an AUA CD-ROM top poster presentation.

10. "Urodynamic Classification of Overactive Bladder" Flisser AJ, Walmsley K, and Blaivas JG. Podium presentation at the Annual Meeting of the *American Urological Association*, Orlando, FL, May 25-30, 2002.

11. "Sexual Function in Ethnically Diverse Men with Category III Prostatitis/ Chronic Pelvic Pain Syndrome." Okeke Z, Walmsley K, Te AE, and Kaplan SA. Podium presentation at the Annual Meeting of the *American Urological Association*, San Francisco, CA, May 8-13, 2004.

12. "Use of Muscarinic Receptor Antagonists as Monotherapy in Men with Lower Urinary Tract Symptoms who Failed Therapy with Alpha Blockers." Walmsley K, Kaplan SA, and Te AE. Podium presentation at the Annual Meeting of the *American Urological Association*, San Francisco, CA, May 8-13, 2004.

13. "The Diagnosis and Management of BPH." Grand Rounds, Mountainside Hospital, March 8, 2005.

14. "Overactive Bladder and Urinary Incontinence-Treatment Options in the 21st Century." Grand Rounds, Mountainside Hospital, February 6, 2006.

15. "PSA Screening in the 21st Century: The New State of the Art." Grand Rounds, Mountainside Hospital, September 8, 2007.

16. "Updates in the Diagnosis and Treatment of Prostate Enlargement." Grand Rounds, Mountainside Hospital, March 11, 2010.

17. "Hypogonadism: Prevalence, Diagnosis, and Treatment Options." Grand Rounds, Hackensack University Medical Center, April 4, 2013.

Publications:

1. Correale P, Walmsley K, Nieroda, C, Zaremba S, Zhu M, Schlom J, and Tsang KY.  In vitro generation of human cytotoxic T lymphocytes specific for peptides derived from prostate-specific antigen  *J Natl Cancer Inst* **89(4):** 293-300.

2. Davis SN, Dunham B, Walmsley K, Shavers C, Neal D, Williams P, Cherrington AD.  Brain of the conscious dog is sensitive to to physiological changes in circulating insulin  *Am J Physiol* **272(4 Pt 1):** E567-575

3. Correale P, Walmsley K, Zaremba S, Zhu M, Schlom J, Tsang KY.  Generation of human cytolytic T lymphocyte lines directed against prostate-specific antigen (PSA) employing a PSA oligoepitope peptide  *J Immunol* **161(6):** 3186-3194.

4. Walmsley K, Te AE.  Localized prostate blocks in minimally invasive procedures, *Urologix* 2003, **(3):** 4-6.

5. Flisser AJ, Walmsley K, Blaivas JG. Urodynamic classification of overactive bladder. *J Urol* 2003 **169(2):** 529-533.

6. Walmsley K, Staskin DR. Nocturia: When is it not related to overactive bladder? *Curr Urol Rep.* 2003 **4(6):** 441-445.

7. Walmsley K, Kaplan SA. Transurethral microwave thermotherapy for benign prostate hyperplasia: separating truth from marketing hype. *J Urol.* 2004 Oct;172(4 Pt 1):1249-55.

8. Walmsley K, Gjertsen CK, Kaplan SA. Medical management of BPH- An update. Manuscript pending for *AUA Update Series*.

9. Gjertsen CK, Walmsley K, and Kaplan SA. Benign prostatic hyperplasia: now we can begin to tailor treatment. *Cleve Clin J Med.* 2004 Nov;71(11):857, 860, 863-5.

10. Raman JR, Walmsley K, and Goldstein M.  Inheritance of varicoceles. *Urol* 2005 Jun;65(6):1186-9.

11. Kaplan SA, Walmsley K, and Te AE. Tolterodine extended release attenuates lower urinary tract symptoms in men with benign prostatic hyperplasia. J Urol 2005 Nov; 174(6): 2273-5.

12. Walmsley K. Genetics in Prostate Cancer. Radiation Oncology Newsletter of Mountainside Hospital 2009 Sept; 1(10): 1-2.