# Exhibit 3

S. Abbas Shobeiri, M.D.

```
 1          IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    AT CHARLESTON
 3    --------------------------X
 4   IN RE: ETHICON, INC., PELVIC   Master File No.
     REPAIR SYSTEM PRODUCTS          2:12-MD-02327
 5   LIABILITY LITIGATION           MDL 2327
     --------------------------X
 6   THIS DOCUMENT RELATES TO THE   JOSEPH R. GOODWIN
     FOLLOWING CASES IN WAVE 1 OF   U.S. DISTRICT JUDGE
 7   MDL 200:
 8   Dorothy Baugher v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01053
 9
     Denise Sacchetti v. Ethicon, Inc., et al.
10   Civil Action No. 2:12-cv-01148
11   Sheri Scholl, et al. v. Ethicon, Inc.
     Civil Action No. 2:12-cv-00738
12
     Lisa Thompson, et al. v. Ethicon, Inc., et al.
13   Civil Action No. 2:12-cv-01199
14   Roberta Warmack, et al. v. Ethicon, Inc., et al
     Civil Action No. 2:12-cv-1150
15
     Rebecca Wheeler, et al. v Ethicon, Inc., et al.
16   Civil Action No. 2:12-cv-01088
17   Thelma Wright v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-01090
18   --------------------------X
19              VIDEOTAPED DEPOSITION OF
20              S. ABBAS SHOBEIRI, M.D.
21
22                 Fairfax, Virginia
23                 February 27, 2016
24      Reported by:  Denise D. Vickery, CRR/RMR
```

S. Abbas Shobeiri, M.D.

Page 2

1
2
3        February 27, 2016
4            10:06 a.m.
5
6
7  VIDEOTAPED DEPOSITION OF S. ABBAS SHOBEIRI, MD,
8  held at Gathering Room 3 of:
9
10
11  HYATT HOUSE MERRIFIELD
12  8296 Glass Aly
13  Fairfax, VA 22031
14
15
16
17  Pursuant to notice, before Denise D. Vickery,
18  Registered Merit Reporter, Certified Realtime
19  Reporter, and Notary Public in and for the
20  Commonwealth of Virginia.
21
22
23
24

Page 4

1                I N D E X
2
3  EXAMINATION OF S. ABBAS SHOBEIRI, MD      PAGE
4  By Mr. Ottaway                  6, 166
5  By Ms. Thompson                156, 171
6
7           E X H I B I T S
8           DEFENDANT'S
9  EXHIBIT  DESCRIPTION                PAGE
10  No. 1   Notice of Deposition          6
11  No. 2   References.                46
12       ETH.MESH.00632022 to 2026
13       ETH.MESH.02180759 to 0761
14       ETH.MESH.03364532 to 4535
15       ETH.MESH.03803462 to 3465
16       ETH.MESH.03928235
17       ETH.MESH.00860239 to 0310
18       ETH.MESH.02340756 to 0828
19       ETH.MESH.02340829 to 0901
20       ETH.MESH.02340902 to 0973
21  No. 3   Clinical Literature Reliance List  104
22       Pages 1 - 84, Pages 1 - 10
23
24       (Exhibits attached to transcript.)

Page 3

1            A P P E A R A N C E S
2
3  For the MDL Plaintiffs:
4  MOTLEY RICE LLC
5      26 Bridgeside Boulevard
6      Mt. Pleasant, SC 29464
7      512.695.1708
8  BY:  MARGARET THOMPSON, ESQ.
9      mthompsonmd@gmail.com
10
11
12  For the Ethicon Defendants:
13  FOLIART HUFF OTTAWAY & BOTTOM
14      Bank of Oklahoma Plaza
15      201 Robert S. Kerr Avenue, 12th Floor
16      Oklahoma City, OK 73102
17      405.232.4633
18  BY:  LARRY D. OTTAWAY, ESQ.
19      larryottaway@oklahomacounsel.com
20  BY:  AMY SHERRY FISCHER, ESQ.
21      amyfischer@oklahomacounsel.com
22
23  Also Present:
24      Michael Gay, Videographer

Page 5

1            P R O C E E D I N G S
2                - - -
3        THE VIDEOGRAPHER:  We are on the
4  record.  The time now is 10:06.
5        This marks the beginning of disk
6  No. 1 for the videotaped deposition
7  testimony of Dr. Abbas Shobeiri in the
8  matter of In re: Ethicon, Inc., Pelvic
9  Repair Systems Products Liability
10  Litigation.
11        This case is pending in the
12  United States District Court for the
13  Southern District of West Virginia at
14  Charleston, MDL No. 2327.
15        Today's date is February 27,
16  2016.  This deposition is being conducted
17  at 8296 Glass Aly, Fairfax, Virginia.
18        Will all attorneys present please
19  identify themselves and who they represent.
20        MR. OTTAWAY:  Larry Ottaway and
21  Amy Fischer here for Ethicon.
22        MS. THOMPSON:  Margaret Thompson
23  here for the MDL Plaintiffs.
24        THE VIDEOGRAPHER:  My name is

S. Abbas Shobeiri, M.D.

Page 6

1    Michael Gay.  I'm with Golkow Technologies.
2    Our court reporter today is Denise Vickery,
3    also with Golkow Technologies, and will now
4    swear in our witness.
5                       - - -
6             S. ABBAS SHOBEIRI, M.D.,
7    called for examination, and, after having been
8    duly sworn, was examined and testified as
9    follows:
10            THE VIDEOGRAPHER:  You may
11    proceed.
12            EXAMINATION
13   BY MR. OTTAWAY:
14       Q.   Would you state your name please for
15   the court and jury?
16       A.   Abbas Shobeiri.
17            (Document marked, for
18       identification purposes, as Defendant's
19       Exhibit No. 1.)
20   BY MR. OTTAWAY:
21       Q.   Dr. Shobeiri, my name is Larry
22   Ottaway.  I represent Ethicon.  For purposes of
23   your deposition here today, I've put in front of
24   you a document which I've marked as Defendant's

Page 7

1    Exhibit 1.
2            Have you seen that document before?
3        A.   No.  First time.
4        Q.   Okay.  The document asks on roughly
5    page 5 for you to bring documents with you today.
6            Have you brought any documents with
7    you today?
8        A.   No.  Except for this.
9        Q.   May I see what --
10       A.   Sure.
11       Q.   -- you brought?
12       A.   (Handing document).
13       Q.   Doctor, you understand we are here
14   today to take your deposition as an expert for
15   the plaintiffs regarding TVT-O.
16            Is that -- if I say "TVT-O," do you
17   know what I mean?
18       A.   Yes.
19       Q.   Okay.  Can you tell the ladies and
20   gentlemen of the jury what that abbreviation
21   stands for?
22       A.   It's tape TVT obturator,
23   tension-free vaginal tape obturator.
24       Q.   Okay.  And today I'm going to try to

Page 8

1    limit my questions to that product.
2            Fair enough?
3        A.   Fair.
4        Q.   So if I ask you a question, please
5    assume it's related to that.  And if it's not,
6    you tell me if you need to wander into another
7    area, and we'll know on the record then that
8    you're referring to that.  Okay?
9        A.   Yes.
10       Q.   Now, you're here today to testify
11   about Ethicon's TVT-O.
12            Have you also spent some time
13   reviewing other, what I'll call, obturator
14   products?
15       A.   Yes.
16       Q.   Have you written reports regarding
17   other TVT-O type products?
18            MS. THOMPSON:  Object to form.
19   BY MR. OTTAWAY:
20       Q.   When she does that, Doctor, you can
21   go ahead and answer the question, and it's only
22   if she tells you not to answer a question that
23   we'll have a discussion.
24            Fair enough?

Page 9

1        A.   Fair.
2        Q.   Okay.  So my question was:  Have you
3    written reports about other TVT-O products not
4    manufactured by Ethicon?
5        A.   No.
6        Q.   Expand that out a bit.
7            Have you written reports of TVT
8    products not of Ethicon's manufacture?
9            MS. THOMPSON:  Object to form.
10           THE WITNESS:  No.
11   BY MR. OTTAWAY:
12       Q.   No.  Okay.
13           Have you testified before about TVT
14   products generally?
15           MS. THOMPSON:  Object to form.
16           THE WITNESS:  What do you mean by
17       "TVT products"?
18   BY MR. OTTAWAY:
19       Q.   Transvaginal tape or mesh products.
20       A.   So you just changed question.
21           Or mesh?
22       Q.   Transvaginal tape or mesh.
23       A.   So vaginal mesh?
24       Q.   Yes.

S. Abbas Shobeiri, M.D.

Page 10

1    A.   Yes.
2    Q.   Okay.  And have that -- that
3  testimony been against or, no, relating to
4  products manufactured by Ethicon and other
5  manufacturers?
6    A.   Other manufacturers.
7    Q.   Okay.  Would those other
8  manufacturers include Boston Scientific?
9    A.   I believe so.
10   Q.   Bard?
11   A.   I believe so.
12   Q.   American Medical Systems?
13   A.   I don't recall, but probably.
14   Q.   Okay.  Have you ever rendered an
15 opinion in any of those cases that the products
16 were safe and effective?
17   A.   The vaginal mesh?
18   Q.   Yes.
19   A.   So you're asking me if I rendered an
20 opinion that vaginal mesh was safe and effective?
21   Q.   Yes.
22   A.   No.
23   Q.   Okay.  Do other manufacturers make
24 products similar to TVT-O, the product made by

Page 11

1  Ethicon?
2    A.   Could you expand on that?
3    Q.   Well, I'll try, and please
4  understand, Doctor, I'm not a physician.  So
5  you're going to have to give me the benefit of
6  the doubt when I ask some questions because I may
7  not know the terminology that you use.
8        Fair enough?
9        Tell me how you understand the TVT-O
10 product line differs from other transvaginal
11 meshes.
12   A.   So you're mixing up terminology now.
13 So that's confusing me because you're --
14   Q.   I don't want to confuse you.  I want
15 you to tell me what terminology you wish to use.
16   A.   Well, you just said compare TVT-O to
17 vaginal meshes; right?  So vaginal mesh is
18 produced to go under the bladder or the rectum,
19 and the TVT-O is a sling.
20   Q.   Okay.  And do they differ in the way
21 they are implanted?
22   A.   Some are.
23   Q.   Okay.  Tell me in your terminology
24 how those differ.

Page 12

1    A.   So could you be specific on which
2  mesh products you're talking about?
3    Q.   Well, let's talk about mid-urethral
4  slings.
5    A.   Okay.
6    Q.   And then the -- you knew what I
7  meant when I said TVT-O, the Ethicon product;
8  correct?
9    A.   Okay.
10   Q.   Tell me about how those differ in
11 the way they are implanted.
12   A.   So you want me to tell the
13 difference between TVT-O and mid-urethral slings?
14   Q.   Yes.
15   A.   Do you have a specific mid-urethral
16 slings that you want to --
17   Q.   No.  You can pick any one you want.
18   A.   So I'm just trying to think which
19 one.  So you want to compare it to TVT?
20   Q.   Sure.  If that's --
21   A.   All right.  So TVT is a retropubic
22 sling and TVT-O is an inside-out transobturator
23 sling.
24   Q.   So the difference in your mind

Page 13

1  between the two is the way they are implanted;
2  one is retropubic and the other is
3  transobturator?
4        MS. THOMPSON:  Object to form.
5        THE WITNESS:  The path they take.
6  BY MR. OTTAWAY:
7    Q.   The path they take.  Fair enough.
8        And can you explain to the ladies
9  and gentlemen of the jury the difference in the
10 path surgically that's taken between those two
11 types of devices?
12   A.   Yes.  The retropubic slings go
13 behind the pubic bone and then come out above the
14 pubic area, and the transobturator inside-out
15 slings go through the vagina and come through the
16 obturator -- obturator space and come through the
17 inner thigh.
18   Q.   Okay.  Now, you refer to the
19 transobturator inside-out.
20   A.   Uh-huh.
21   Q.   Is that --
22   A.   Yes.
23   Q.   -- the type we're talking about here
24 today?

S. Abbas Shobeiri, M.D.

Page 14

1    A.   We are talking about the TVT-O
2  product.
3    Q.   Right.  Which is an inside-out --
4    A.   Yes.
5    Q.   -- surgical technique?
6    A.   Yes.
7    Q.   Are there other transobturator
8  products which are inside-out?
9    A.   Slings?
10    Q.   Yes.
11    A.   Not exactly the same, but there are
12  -- there are some other ones.
13    Q.   And can you give me a list of the
14  ones you have in your mind when you say that?
15    A.   So, for example, the TVT-Secur.
16    Q.   Okay.
17    A.   You know, and the variation of the
18  TVT-O, which is the sort of next generation --
19  generation preview.  Those are some.
20    Q.   Now, is there also an outside-in
21  transobturator sling?
22    A.   Yes.
23    Q.   And who manufactures that product?
24    A.   Boston Scientific.  Mainly everybody

Page 15

1  pretty much.  Bard.
2    Q.   Okay.  Do you have an opinion about
3  whether the outside-in transobturator products
4  are safe and effective?
5    MS. THOMPSON:  Object to form.
6    THE WITNESS:  Could you narrow
7    down your question?  It's very broad.
8  BY MR. OTTAWAY:
9    Q.   Well, I'm not sure I can.
10    A.   Uh-huh.
11    Q.   Do you believe that transobturator
12  products that use the outside-in implantation
13  technique are safe and effective?
14    MS. THOMPSON:  Object to form,
15    and it's the combination of the "safe and
16    effective" in the same -- in the same.
17  BY MR. OTTAWAY:
18    Q.   You can divide that up if you want.
19    Do you believe they are safe?
20    A.   They have their own set of problems.
21    Q.   Have you ever testified that they
22  are safe?
23    A.   Not that I remember.
24    Q.   Have you held the opinion that they,

Page 16

1  in fact, are defective?
2    A.   You mean do I have an opinion about
3  it?
4    Q.   Yes.  Do you have an opinion about
5  it?
6    A.   They have their own set of problems.
7    Q.   I'm not sure that was an answer to
8  my question, Doctor.
9    A.   Uh-huh.
10    Q.   Do you have an opinion that they are
11  defective?
12    A.   Could you define "defective"?
13    Q.   Any way you want to use it.  In your
14  own terminology.
15    A.   So would I be using transobturator
16  tapes?  Is that what you're asking or --
17    Q.   Sure.  Go ahead if you want to
18  answer it that way.
19    A.   I think that generally we try to
20  restrict ourselves to the retropubic TVT type
21  products.
22    Q.   Okay.  So in your practice, you
23  don't use any transobturator products, whether
24  it's inside-out or outside-in.

Page 17

1    Fair statement?
2    A.   Well, I used to use TVT-O, but
3  patients had problems and I stopped it.  And I
4  used to use the transobturator tapes, and
5  patients had problems and I stopped it.
6    Q.   So the answer to my question is:
7  You do not use any transobturator product now?
8    A.   No, because the patients have
9  problems.
10    Q.   Okay.  Doctor, I appreciate and I'm
11  not trying to limit your answers, but if you
12  would answer my question, this would go quicker.
13    A.   Uh-huh.
14    Q.   Fair enough?
15    A.   Fair.
16    Q.   Okay.  When did you stop using
17  transobturator products, whether of the
18  inside-out surgical technique or outside-in
19  technique?
20    A.   The -- we used the transobturator
21  tapes -- I used the transobturator tapes when
22  they initially came out, and for me they had, you
23  know, issue with mesh erosion, which I didn't
24  like.  So we went to -- I went to TVT-O and that

S. Abbas Shobeiri, M.D.

Page 18

1  had its own complications, and we didn't like it.
2       So in terms of when we stopped it, I
3  probably stopped using TOTs -- I'm just going by
4  memory -- probably about five -- five years ago
5  or so, and I may have used TVT-O for about three
6  years or so before I stopped that.
7       Q.   When did the transobturator products
8  come on the market; do you remember?
9            MS. THOMPSON:  Object to form.
10           THE WITNESS:  Hmm.  Well, they
11      have been on the market probably as early
12      as 2000s, somewhere about that.
13  BY MR. OTTAWAY:
14      Q.   And as I understood your testimony,
15  you said you stopped using them in 2011 or so?
16      A.   Well, I switched to the TVT-O at
17  that point.
18      Q.   Okay.
19      A.   Yeah.
20      Q.   And how long did you use TVT-O after
21  2011 before you stopped using it?
22      A.   Hmm.  Probably about a few years,
23  three, four years.
24      Q.   So maybe 2013 or '14?

Page 19

1       A.   No, no.  We -- I think I -- so it
2  was sequential where we were -- where -- where I
3  was using TOTs probably up to 2010 or so and then
4  switched to TVT-O for a few years.
5       Q.   Again, so if you stopped using the
6  others and started using TVT-O by Ethicon in 2010
7  and used it for a couple of years, would your
8  testimony and best recollection be that you used
9  the TVT-O product up until about 2012 or '13?
10      A.   That's probably true.
11      Q.   All right.
12      A.   Let me see.  It's 2016 now.  Yeah.
13      Q.   Fair?
14      A.   Fair.
15      Q.   Okay.  And during the period of time
16  you used transobturator products in general --
17      A.   Uh-huh.
18      Q.   -- how many implants did you
19  perform?
20      A.   So we are talking about the TVT-O?
21      Q.   Any of the transobturator products,
22  and then I'll narrow it to TVT-O.
23           MS. THOMPSON:  And the
24      transobturator products?  Slings?

Page 20

1            MR. OTTAWAY:  Yes.
2            MS. THOMPSON:  Okay.
3            MR. OTTAWAY:  Yes, and I think
4       the doctor knows that's what I'm referring
5       to.  I asked him at the beginning of the
6       deposition to limit his testimony to the
7       TVT-O sling.
8            THE WITNESS:  Well, actually, I
9       was thinking about the same thing.
10  BY MR. OTTAWAY:
11      Q.   Good.  Okay.
12      A.   So, yeah, we still use the trans- --
13  I use the transobturator tapes infrequently.
14  Mainly use it in patients that I felt like they
15  may have had retropubic scarring or prior
16  surgeries where using the TVT would increase
17  their risk of bladder injury.
18           So I cannot give you a number in
19  terms of.  I would say the transobturator tapes
20  are probably more than 50.  Is that fair?
21      Q.   I'm having to rely on you, Doctor,
22  and your memory.
23           So somewhere around 50 you think?
24      A.   50?  It's probably fair to say more

Page 21

1  than 50.
2       Q.   More than 50.  Okay.
3            And of the 50, how many were TVT-O?
4       A.   Well, these were just probably TOTs.
5  So then -- then I switched to TVT-O.
6       Q.   Okay.  And how many TVT-O procedures
7  did you perform?
8       A.   Probably more than 30.
9       Q.   So roughly 50 and roughly 30, about
10  80 total?
11      A.   I'm guessing.  Could be more.
12      Q.   Give me the parameters, Doctor.  I
13  just -- I'm not trying to hold you to specific
14  number.
15      A.   Uh-huh.
16      Q.   I just want to know roughly your
17  best guess.
18      A.   Hmm.  I think it's fair to say I
19  have performed -- I performed more than 50 TOTs,
20  and it's fair to say that I performed more than
21  30, upwards of 50 TVT-Os.
22      Q.   Okay.  So that would take you
23  somewhere up around a hundred total?
24      A.   It's a good guess.

S. Abbas Shobeiri, M.D.

Page 22

1    Q.   All right.  Now, you stopped using
2  the TVT-O in 2012 or '13, roughly.
3    A.   Uh-huh.
4    Q.   Did the product remain on the market
5  and available to surgeons after you stopped using
6  it?
7    A.   I believe so.
8    Q.   In 2012 or 2013, as I recall your
9  resumé, you were at the -- in Oklahoma at an
10  institution, were you not?
11    A.   True.
12    Q.   What institution was that?
13    A.   At the University of Oklahoma.
14    Q.   And at the University of Oklahoma,
15  were there other physicians in your profession
16  and specialty that continued using TVT-O after
17  you stopped using it?
18    A.   Hmm.  Actually, my partners at the
19  university had reservations using TVT-O.  So they
20  never actually used TVT-O, and they are not using
21  TVT right now.
22    Q.   Okay.  So it's your testimony that
23  your partners at OU are not using TVT-O?
24    A.   They may have picked it up since

Page 23

1  then, but they were not using it before and I
2  doubt that they're using it now.
3    Q.   Okay.  How about people outside your
4  association partnership?
5    A.   Uh-huh.
6    Q.   In Oklahoma, were surgeons in your
7  specialty using TVT-O in Oklahoma while you were
8  there and after you stopped using it?
9    A.   Yeah, I'm sure they were because
10  we're getting a lot of their complications and
11  that was.  So I know that Ethicon was heavily
12  marketing it, and they -- they were using it in
13  the community.
14    Q.   Okay.
15    A.   We were getting the complications.
16    Q.   And you left Oklahoma when?
17    A.   In 2015.
18    Q.   Okay.  And where did you alight
19  after you left Oklahoma?
20    A.   Pardon me?
21    Q.   Where did you end up after you left
22  Oklahoma?
23    A.   Here.
24    Q.   And we're talking about here in the

Page 24

1  Washington, DC area?
2    A.   Northern Virginia.
3    Q.   Okay.
4    A.   I'm at the Inova Health Care.
5    Q.   Okay.  Tell me about Inova.  What is
6  Inova and your job with Inova?
7    A.   Inova is a mile down the road from
8  here.  When you drive down, you can see one of
9  their hospitals.  It's a hospital system with
10  five, six hospitals serving Northern Virginia.
11  It's the Northern Virginia campus for Virginia
12  Commonwealth University.
13       So I'm a professor of OB-GYN for
14  Virginia Commonwealth University.  I'm a
15  professor of OB-GYN at George Washington
16  University.  I'm a professor of OB-GYN at OU
17  still, and I'm a professor of cellular biology
18  and anatomy at OU still.
19    Q.   And does the Inova Hospital chain
20  that you've described have physicians in your
21  specialty who use TVT-O?
22    A.   No.
23    Q.   Okay.  Does the University of
24  Virginia Commonwealth have a hospital associated

Page 25

1  with it?
2    A.   I'm not aware of that.
3    Q.   Don't know one way or the other?
4    A.   It's in Richmond.  I haven't been
5  down there.
6    Q.   Okay.  And is TVT-O a product that
7  is available to surgeons to use in the Inova
8  Hospital chain?
9    A.   I know at Inova Fairfax Hospital
10  where we are it's not.
11    Q.   Okay.  Are you aware of the other
12  hospitals in the Inova chain?
13    A.   I have not seen it on our
14  inventory -- inventory.
15    Q.   Okay.  In the teaching situation
16  where you are, do you teach medical students
17  residents or fellows the surgical technique for
18  implanting transobturator devices?
19    A.   And what's the question?
20       MR. OTTAWAY:  Can you read that
21  one back to him?  I don't know that I can
22  ask it any better.
23       (The reporter read the record on
24  page 25 lines 15-18.)

S. Abbas Shobeiri, M.D.

Page 26

1      MS. THOMPSON: I'm going to
2   object to the form on that. Sorry I didn't
3   hit it the first time.
4      THE WITNESS: I'm not doing them,
5   so I cannot teach them. But, again, I may
6   elect to do one if there's a patient who,
7   for example, has had severe retropubic
8   scarring, ureteric implantation, cancer
9   radiation in that area where I think it's
10  the last choice that I have.
11  BY MR. OTTAWAY:
12     Q.   Are there -- are the students at the
13  Virginia Commonwealth Medical School taught how
14  to implant transobturator devices, whether by you
15  or someone else?
16     A.   Medical students are observers. So
17  we don't teach medical students how to implant
18  any devices.
19     Q.   Okay. Where do they learn that if
20  they don't learn it from you?
21     A.   They choose to do residency in
22  OB-GYN or urology, and then they learn it during
23  their residency.
24     Q.   Okay. So do I understand then that

Page 27

1   residents in your specialty learn how to implant
2   transobturator devices while at your institution?
3      MS. THOMPSON: Object to form.
4      THE WITNESS: No, they learn how
5   to do retropubic devices.
6   BY MR. OTTAWAY:
7      Q.   Okay. And retropubic devices only?
8      A.   As I said, they -- there may be a
9   few transobturators a year for whatever extreme
10  situation, but it's not the norm.
11     Q.   If your institution doesn't have
12  available to it TVT-O, how would you get it if
13  you decided you wanted to use it for a particular
14  patient?
15     A.   We won't.
16     Q.   Sorry?
17     A.   So you need to be clear with your
18  terminology. Are you using TOT and TVT-O
19  interchangeably?
20     Q.   Okay. You tell me. I don't want to
21  use things interchangeably that are confusing.
22  So you tell me.
23     A.   So --
24     Q.   Transobturator tape.

Page 28

1      A.   Uh-huh. It's very different with
2   TVT-O.
3      Q.   Okay. And you tell me the
4   difference that you perceive in the two.
5      A.   They take different paths.
6      Q.   Okay.
7      A.   The path for the TVT-O is inside-out
8   and the TOT is outside-in.
9      Q.   Okay.
10     A.   So they are different devices.
11     Q.   And do you -- do you prefer one over
12  the other?
13     A.   Well, I'm really not doing TVT-Os.
14  TVT-Os at Fairfax are available on the shelf, and
15  people are using it very sparingly.
16     Q.   Okay. How about TOTs?
17     A.   That's what I'm talking about, the
18  TOTs. There are no TVT-Os on the shelf --
19     Q.   Okay.
20     A.   -- at Fairfax.
21     Q.   I think we spoke over each other
22  there because I thought you said TVT-O was
23  available.
24      But what you were saying was TOT,

Page 29

1   that is the outside-in, is but TVT-O, the
2   inside-out, is not?
3      A.   I think the question you asked me
4   earlier was whether there's TVT available at
5   Fairfax. I said no. And you said is it
6   available anywhere on the system, and I say I
7   have not seen it on the inventory.
8      Q.   Okay. And how about TOT then?
9      A.   And what I answered was that TOT is
10  on the shelf, and we are using it very sparingly.
11     Q.   Okay. Let me ask you a few
12  questions, Doctor.
13      Do you hold any patents in medical
14  devices?
15     A.   No.
16     Q.   Have you ever designed a medical
17  device for surgical implantation?
18     A.   I have, but we have never -- I have
19  never gone down to really patent them.
20     Q.   Okay. Tell me about the device you
21  designed.
22     A.   Well, we didn't patent it but -- and
23  we didn't use it surgically. So, for example,
24  devising Q-tips used for measurement of POP-Q.

S. Abbas Shobeiri, M.D.

Page 30

1 Devising retractors to help during
2 sacrocolpopexies, you know.
3     Q.    Okay.  But those have not been used?
4     A.    Quite honestly, those are the things
5 I devised and by the time that I decided it would
6 be a good time to patent them, they -- somebody
7 else beat them to the market.
8     Q.    Have you ever designed a
9 mid-urethral sling?
10     A.    Have I ever designed a mid-urethral
11 sling?  Well, we -- we create -- I created
12 ultrasound Phantoms, and we did cut like sling
13 tapes that we implanted into the Phantoms.
14     Q.    Okay.  Well, I'm going to get into
15 your ultrasound opinions here in a minute, but
16 right now I'm asking:  Did you ever design for
17 use in a patient a mid-urethral sling?
18     A.    Well, are you talking about a
19 synthetic sling?
20     Q.    Sure.
21     A.    No, I have not designed a synthetic
22 sling that has gone to the market.
23     Q.    Okay.  And have you ever designed a
24 device which has been implanted into a patient

Page 31

1 that has been approved or vetted by the FDA?
2     A.    No.
3     Q.    Are you an expert in FDA regulatory
4 matters?
5     A.    I know a lot about FDA regulatory
6 matters.
7     Q.    My question was:  Do you consider
8 yourself an expert in FDA regulatory issues?
9     A.    Could you define "expert"?
10     Q.    You -- you're the one that mentioned
11 it.  I'm just asking you if you consider yourself
12 to be an expert in FDA regulatory matters.
13     A.    I know more than a lot of other
14 people.
15     Q.    Okay.  Have you worked -- been hired
16 by the FDA to work on regulatory issues?
17     A.    No.
18     Q.    Have you ever worked with a device
19 manufacturer to gain FDA approval for a medical
20 device?
21     A.    Yes.
22     Q.    Okay.  Tell me about that.
23     A.    I'm not sure if I can because we
24 signed confidentiality agreement.

Page 32

1     Q.    Well, obviously I don't want you to
2 violate a confidentiality agreement.
3     A.    Uh-huh.
4     Q.    But you're going to have to give me
5 some idea for whom, when, what in general was
6 involved.
7     A.    Hmm.  AMS.
8     Q.    Okay.  Tell me about what you did
9 for AMS in general.
10         MS. THOMPSON:  Only to the extent
11     that you can under your agreement.
12         THE WITNESS:  Well, we trialed
13     the -- we trialed TOPAS.
14 BY MR. OTTAWAY:
15     Q.    Trialed?  I'm sorry.  Trialed TOPAS?
16     A.    Uh-huh.  T-O-P-A -- is it S or Z?  I
17 don't know.  I think that's it.
18     Q.    Okay.  And what is TOPAS?
19     A.    It's a fecal incontinence product.
20     Q.    And does it involve any kind of
21 synthetic mesh?
22     A.    Yes.
23     Q.    Okay.  What kind of mesh product is
24 used in TOPAS that you were involved with?

Page 33

1     A.    Well, we -- it was their -- their
2 version of polypropylene.
3     Q.    And how is it -- how does it differ
4 from a polypropylene used in TVT-O if you know?
5     A.    It's just the way it's woven is
6 probably different.
7     Q.    Okay.  And tell me how the way it is
8 woven is different than TVT.
9     A.    So, for example, TVT-O when you
10 implant it and it frays and the little pieces of
11 mesh come undone, you can actually see it on your
12 hand.  That is, when you pull the sheet out, the
13 sling rolls into sort of tubular structure and,
14 you know, just as it gets stretched, the -- the
15 holes in the mesh are not as the size that they
16 were designed.  So -- so it's just different.
17     Q.    Okay.  And, again, how is it
18 different?  I'm -- I'm -- is it --
19     A.    So the TVT-O when you insert it,
20 when you take the plastic sheet out, you know, it
21 frays.  The little piece of mesh can come on your
22 hand and then it can also roll, and also it
23 stretches where the holes that are there sort of
24 become smaller.

S. Abbas Shobeiri, M.D.

Page 34

1    Q.   Right.  You told me that, but I want
2  to know how the polypropylene used in TOPAS
3  differs from the polypropylene used in TVT-O.
4    A.   It's just different design.
5    Q.   Okay.  And how is the design
6  different?
7    A.   The -- the weave is different.
8    Q.   Okay.  Weave.
9    A.   Uh-huh.
10   Q.   Anything else?
11   A.   I think that's mostly what
12  differentiates them, and also the -- just the way
13  it designed.  It's not -- doesn't stretch like
14  TVT-O.
15   Q.   Okay.  So its application is
16  different?
17   A.   No.  It's just woven differently, so
18  it wouldn't be as stretchy.
19   Q.   Does it differ -- differ in chemical
20  property?
21       MS. THOMPSON:  Object to form.
22       THE WITNESS:  The chemical
23  property.  The polypropylene?  When you say
24  "chemical property," like is it like made

Page 35

1    differently or --
2  BY MR. OTTAWAY:
3    Q.   Yes.
4    A.   -- what do you mean?
5       So, no, it's polypropylene and it's
6  just woven differently.
7    Q.   All right.  Is TOPAS on the market?
8    A.   It -- well, it has gone through its
9  FDA trial, and I believe it just got a hearing
10  recently.
11   Q.   Okay.  What exactly was your role in
12  the trial for TOPAS mesh?
13   A.   I studied the anatomical course of
14  the sling, both in cadavers and in live patients,
15  with ultrasound, and we did the trials.
16   Q.   Okay.  Were you involved in
17  preparing any written materials that were to
18  accompany or are to accompany TOPAS if it's
19  released to the market?
20   A.   Could you repeat that question?
21       MR. OTTAWAY:  Can you read that
22  back to him again?  I'm not sure I can ask
23  it any better.
24       (The reporter read the record on

Page 36

1  page 35 lines 16-19.)
2       THE WITNESS:  I haven't looked at
3  their final material but, I mean, we did
4  their anatomical studies.
5  BY MR. OTTAWAY:
6    Q.   Okay.  So is the answer to my
7  question you have or have not prepared written
8  materials that will go with the product if it is
9  released to the market?
10   A.   I gave them reports.  So what they
11  are using, it is their prerogative.
12   Q.   Okay.  Well, for example, have you
13  ever prepared a warning or IFU that would
14  accompany a device --
15   A.   No.
16   Q.   -- on the market?  No?
17   A.   No.
18   Q.   Okay.  Did you do that for or were
19  you asked to do that by AMS for TOPAS?
20       MS. THOMPSON:  Object to form.
21       THE WITNESS:  No.
22       Thanks.
23  BY MR. OTTAWAY:
24   Q.   Have you ever written a warning for

Page 37

1  any product?
2       MS. THOMPSON:  Object to form.
3       THE WITNESS:  Have I ever written
4  a warning for any products?  No.
5  BY MR. OTTAWAY:
6    Q.   Have you ever had any special
7  education about warnings and how they should be
8  written?
9       MS. THOMPSON:  Object to form.
10       THE WITNESS:  Well, I have read a
11  lot of IFUs and in medical school we, you
12  know, we learn about these things.
13  BY MR. OTTAWAY:
14   Q.   Well, other than your medical school
15  training and reading IFUs, have you had any
16  specialized training in the preparation or
17  dissemination of warnings?
18   A.   Could you expand on that?
19   Q.   Not really.
20   A.   Uh-huh.
21       MR. OTTAWAY:  You want to ask it?
22  Read the question again.
23       (The reporter read the record on
24  page 37 lines 14-17.)

S. Abbas Shobeiri, M.D.

Page 38

1    MS. THOMPSON:  Object to form.
2    THE WITNESS:  So like have I gone
3 to law school or --
4 BY MR. OTTAWAY:
5    Q.   I know you haven't been to law
6 school because I've read your resumé.
7    A.   Uh-huh.
8    Q.   My question stands as asked.  Can
9 you answer it?
10    A.   Besides the training I have had, I
11 have not had any other training.
12    Q.   So confined to what you learned in
13 medical school and in reading IFUs?
14    MS. THOMPSON:  Object to form.
15    THE WITNESS:  Yes.  I'm not a
16 lawyer.
17 BY MR. OTTAWAY:
18    Q.   Are you a member of the -- what I'll
19 refer to as -- AUGS?  If I say "AUGS," do you
20 know what I mean?
21    A.   Yes.
22    Q.   Okay.  What -- what, for the ladies
23 and gentlemen of the jury, is AUGS?
24    A.   The American Urogyne Society.

Page 39

1    Q.   How long have you been a member of
2 that organization?
3    A.   Probably close to 20 years.
4    Q.   Have you reviewed abstracts for that
5 organization and prepared programs for that
6 organization?
7    A.   Yes.
8    Q.   Are you a member of the American
9 College of Surgeons?
10    A.   Yes.
11    Q.   Gynecological surgeons.
12    What I will refer to as ACOG?
13    A.   They're different.  College of
14 Surgeons and ACOG are different.
15    Q.   And are you a member of both?
16    A.   Yes.
17    Q.   And when you say "ACOG," can you
18 tell the jury what you're referring to?
19    A.   American College of Obstetricians
20 and Gynecologists.
21    Q.   How long have you been a member of
22 ACOG?
23    A.   Probably 25 years.
24    Q.   Do you agree with me that stress

Page 40

1 urinary incontinence can and does adversely
2 affect the quality of life for women?
3    A.   I agree with you.
4    Q.   Do you agree with me that
5 mid-urethral slings are the standard of care for
6 the treatment of stress urinary incontinence?
7    MS. THOMPSON:  Object to form.
8    THE WITNESS:  The surgical
9 standard of care, yeah.
10 BY MR. OTTAWAY:
11    Q.   Okay.  Is that position shared by
12 the organizations we just mentioned of which you
13 are a member, AUGS and ACOG?
14    A.   I think those are the standard of
15 care, yeah.
16    Q.   And would you agree with me that
17 TVT-O is a type of mid-urethral sling?
18    A.   That's debatable whether it ends up
19 in mid-urethral or not.
20    Q.   Do you believe it's a mid-urethral
21 sling or not?
22    A.   I believe it's not placed
23 mid-urethral.
24    Q.   Okay.  Have either AUGS or ACOG

Page 41

1 taken a position that TVT-O is not a mid-urethral
2 sling?
3    A.   Let me correct myself.
4    In the TVT-O IFU, where they say to
5 make the incision does not facilitate putting the
6 sling in mid-urethral.  ACOG and AUGS support
7 mid-urethral slings.
8    Q.   Have ACOG or AUGS taken a position,
9 to your knowledge, indicating that TVT-O is not
10 within the category of mid-urethral slings?
11    A.   I believe they have not delineated
12 that.
13    Q.   All right.  We've been going about
14 45 minutes, Doctor.  Let's take a break.
15    And anytime you need to take a
16 break, by the way, if you'll just answer the
17 question on the table and tell me you need to
18 take a break, we'll do it at your convenience as
19 well.
20    Fair enough?
21    A.   That's great.
22    MR. OTTAWAY:  Okay.
23    THE VIDEOGRAPHER:  Time now is
24 10:49.  We are going off the record.

S. Abbas Shobeiri, M.D.

Page 42

1          (Recess - 10:49 a.m.
2          - 11:02 a.m.)
3          THE VIDEOGRAPHER:  The time now
4    is 11:02.  We are back on the record.
5    BY MR. OTTAWAY:
6    Q.    Doctor, just going back to cleaning
7    up a few things and we'll move on to another
8    topic.
9          We've established that both TOT,
10   transobturator tape, and TVT-O are still on the
11   market for treatment of stress urinary
12   incontinence; correct?
13         MS. THOMPSON:  Object to form.
14         THE WITNESS:  True.
15   BY MR. OTTAWAY:
16   Q.    And that you in the past have used
17   both?
18   A.    True.
19   Q.    Are you aware of any of your
20   patients that are still benefiting from TVT-O?
21   A.    So am I still aware of patients that
22   are benefiting from the TVT-O?
23         We saw some that came with problems,
24   you know, but then there are others who could be

Page 43

1    having problems and have gone to other
2    physicians.  But the ones who haven't had
3    problems, I'm assuming they have benefited from
4    it.
5    Q.    And we talked about the fact that
6    you would still occasionally use a transobturator
7    product if you felt in a particular patient that
8    the risk/benefit profile favored its use;
9    correct?
10   A.    If I'm, you know, if I'm 90 percent,
11   100 percent sure that they would get into the
12   bladder doing a retropubic approach, whether it's
13   synthetic device or whether it's patient's own
14   tissue, and that's the only alternative I have,
15   then that overweighs the risk/benefit ratio.
16   Q.    Okay.  And when was the last time
17   you made such a decision and used a
18   transobturator product?
19   A.    Probably three years ago.
20   Q.    Okay.  Now, when you're looking at
21   the risk/benefit profile of a transobturator
22   product versus a retropubic product, what are the
23   advantages of the transobturator approach,
24   whether it's inside-out or outside-in?

Page 44

1          MS. THOMPSON:  Object to form.
2          THE WITNESS:  The main risk that
3    we are trying to avoid is getting in the
4    patient's bladder, and as I said, I'm very
5    sure that that can be a problem that would
6    -- that would overweigh.  But most often I
7    can suture the tissue under the urethra to
8    do the same thing.
9          That's why I haven't really
10   needed to do a transobturator tape for the
11   past few years.
12   BY MR. OTTAWAY:
13   Q.    Is that the perceived benefit of a
14   transobturator approach is that you are more
15   likely to avoid injury to the bladder?
16   A.    Originally when they designed it,
17   that was their intent.
18   Q.    Okay.  Now, you've written a report
19   concerning TVT-O and it has been provided to me.
20         You remember doing that?
21   A.    Yes.
22   Q.    I think it's dated February the 1st
23   of this year or just a few weeks ago?
24   A.    True.

Page 45

1    Q.    When did you begin preparation of
2    that report?
3          MS. THOMPSON:  Object to form.
4    BY MR. OTTAWAY:
5    Q.    Again, Doctor, you're free to
6    answer.
7    A.    Probably four to six weeks before
8    that.
9    Q.    So late 2015 or early 2016?
10   A.    Hmm.  Probably.
11   Q.    Who asked you to prepare that
12   report?
13   A.    Motley Rice.
14   Q.    Okay.  So that report was prepared
15   solely for use in litigation.  It wasn't prepared
16   for any other reason?
17   A.    Yes.
18   Q.    As I understand it, you charge for
19   your services?
20   A.    Yes.
21   Q.    Charge being $750 an hour?
22   A.    Yes.
23   Q.    And $6,000 a day plus expenses for
24   testimony?

S. Abbas Shobeiri, M.D.

Page 46

1    A.   True.
2    Q.   So today are we on the $750 an hour
3  or the $6,000 a day plus expenses?
4    A.   6,000 divided by half because we'll
5  be utilizing half a day.
6    Q.   So $3,000 for half a day?
7    A.   Yes.
8    Q.   And did you prepare this report
9  yourself?
10   A.   Yes.
11   Q.   Okay.  It's got an Appendix B
12  associated with it, which is a list of reliance
13  materials.
14   A.   Hmm?
15   Q.   A list of reliance materials.
16   A.   Okay.
17   Q.   Did you assemble those yourself?
18   A.   The references?  Yes.
19   Q.   Okay.  Now, part of those references
20  are what I have marked as 2.
21       (Document marked, for
22    identification purposes, as Defendant's
23    Exhibit No. 2.)
24  BY MR. OTTAWAY:

Page 47

1    Q.   And for your benefit, Doctor, I will
2  tell you those are documents that have been
3  produced by Ethicon in this litigation.
4    A.   I'm just going over them.
5    Q.   Of course.  Take your time.
6    A.   (Reviewing document).  Yes.
7    Q.   How did you get those documents?
8    A.   It was sent to me.
9    Q.   By?
10   A.   Motley Rice.
11   Q.   Do you know how many documents have
12  been produced in this litigation by Ethicon?
13   A.   How many what?
14   Q.   Documents have been produced by
15  Ethicon in this litigation?
16   A.   Not really.
17   Q.   Did you go through additional
18  documents and cull those out, or were those the
19  documents that were provided to you?
20   A.   I went through all the documents
21  that was provided to me.  I went over this
22  because making sure that I had seen this before.
23   Q.   Okay.  And other than those
24  documents in front of you, have you reviewed any

Page 48

1  other documents produced by Ethicon in this
2  litigation?
3    A.   Not that I recall.
4    Q.   So as I understand it, those in
5  front of you are the ones you've reviewed and
6  you've reviewed no others?
7    A.   Unless I quoted them in my report.
8    Q.   Okay.  Those are the ones I think
9  you mention in your report.
10   A.   Then that's what it is.
11   Q.   Okay.  Now, you made no independent
12  effort to go through other documents produced by
13  Ethicon in this litigation?
14   A.   No.
15   Q.   Some of those documents were
16  originally in French.  I don't know whether you
17  speak French.  Do you?
18   A.   No.
19   Q.   Okay.  Who provided the translations
20  of those documents for you?
21   A.   I haven't skimmed over those.
22   Q.   Please, you're free to look at them
23  anytime you want.
24   A.   Hmm.  So this document you're

Page 49

1  talking about is on which page?  Are you talking
2  about this one?
3    Q.   There are two that are translated
4  from French into English in whole and part.
5    A.   Uh-huh.
6    Q.   I just wanted to know whether you
7  did the translations or who did them.
8    A.   That's how they came.
9    Q.   Okay.  And the literature portion of
10  Exhibit B, did you assemble that yourself?
11   A.   The ones that I have quoted?
12   Q.   Yes.
13   A.   Yes.
14   Q.   Okay.  When we talk about
15  literature, Doctor, is there a hierarchy of
16  literature that physicians rely upon, some more
17  reliable than others?
18   A.   Could you refine it?
19   Q.   Yeah, that was a terrible question.
20  You're right to ask me to repeat it.
21       If you as a physician review
22  literature, do you in your own mind differentiate
23  between, say, peer-reviewed random controlled
24  trials and individual case studies?

S. Abbas Shobeiri, M.D.

Page 50

1    A.   Each of them are valuable in their
2  own way.
3    Q.   Is there a hierarchy in your mind
4  that one is more reliable or better than another?
5    A.   I won't discount the case studies.
6  Because if you are talking about a problem that
7  is very major, so not all the side effects are
8  created equal, and you cannot judge them based on
9  numbers.
10   Q.   Okay.  And I'm glad you answered
11 that, Doctor, but my question was:  Is there a
12 hierarchy of those kinds of studies that you
13 consider one more reliable than another?
14   A.   Depends on your end point.
15   Q.   Okay.  Well, let's take an end point
16 of determining whether a medical device is safe
17 and effective.  Do you --
18       MS. THOMPSON:  Object to form and
19   asked and answered.
20 BY MR. OTTAWAY:
21   Q.   You're free to answer the question
22 if I can get it out, Doctor.
23       The question is pretty simple.  I'm
24 not trying to be difficult.

Page 51

1       Do you consider random controlled
2  trials more persuasive than individual case
3  studies as a general rule?
4    A.   Depends on your end point.
5       MS. THOMPSON:  If you can answer
6   -- if you can answer that question that
7   way.
8       THE WITNESS:  Yeah.  So, again,
9   it depends on your end point.
10 BY MR. OTTAWAY:
11   Q.   Okay.  Well, let's take the end
12 point of trying to determine whether a product is
13 safe and/or effective.
14       Do you distinguish in your mind
15 between those two types of articles?
16       MS. THOMPSON:  Object to form.
17   Combining the safe -- safety and
18   effectiveness.
19       THE WITNESS:  So one reason that,
20   for example, the TVT-O or the
21   transobturator approach was thought of or
22   envisioned was because there was bowel
23   injury associated with TVT type slings.
24       There are very few of them in the

Page 52

1  literature, and there are some in MAUDE
2  database of FDA.  So if you want to look at
3  numbers, you know, you cannot equate them.
4       You can have a side effect, you
5  can have a complication that is very bad,
6  and those few numbers really would sway you
7  to other things.  So it's just not by pure
8  numbers that you can go in terms of safety
9  of a device.
10 BY MR. OTTAWAY:
11   Q.   Okay.  Again, I appreciate your
12 answer, Doctor, I really do, but my question was
13 about the peer-reviewed literature.
14       MS. THOMPSON:  He answered the
15   question.
16       MR. OTTAWAY:  Counsel, are you
17   instructing him not to answer?
18       MS. THOMPSON:  No.  No.  I'll
19   object.  Asked and answered.
20       MR. OTTAWAY:  Thank you, counsel.
21 BY MR. OTTAWAY:
22   Q.   Go ahead, Doctor, I'm sorry.
23       In your mind, is there a hierarchy
24 of peer-reviewed literature, some of which you

Page 53

1  consider more important or persuasive than
2  others?
3    A.   Depends on your end point.
4    Q.   Okay.  Again, taking my end point,
5  do you consider one of those a random controlled
6  trial or an individual case study more
7  persuasive?
8       MS. THOMPSON:  Object to form.
9  BY MR. OTTAWAY:
10   Q.   You may answer.
11   A.   Each of them have values.
12   Q.   Okay.  And in your mind the same?
13   A.   I read them and they're all
14 important.
15   Q.   Okay.  And do you, for example,
16 Doctor, accept certain peer-reviewed journals as
17 authoritative?
18   A.   Pardon me?
19   Q.   Do you -- for example, the European
20 Journal of Obstetrics and Gynecology, do you
21 review that document?
22   A.   The American Journal for OB-GYN
23 or --
24   Q.   European Journal of Obstetrics and

Page 54

1  Gynecology.
2      A.   European Journal of OB-GYN?
3      Q.   Yes.
4      A.   What about them?
5      Q.   Is that a journal that you consider
6  authoritative?
7      A.   I have read their articles.
8      Q.   Okay.  And do you rely on them in
9  your practice?
10     A.   I would read the articles
11 critically.  And if you have an article to show
12 me, I can read them -- read it and tell you what
13 I think about it.  I may have reviewed a few
14 papers for them.
15     Q.   How about the American College of
16 Obstetrics and Gynecology, publications by them?
17 Do you consider those authoritative and reliable
18 generally?
19     A.   I'm a reviewer for them.
20     Q.   Okay.
21     A.   But that doesn't mean that some bad
22 papers don't make it into the journal.
23     Q.   That's why I said:  Generally do you
24 consider them to be a reliable reporting source?

Page 55

1      A.   You read each -- each report
2  critically, yeah.
3      Q.   Same true of the International
4  Journal of Gynecology?
5      A.   Absolutely.
6      Q.   Journal of Urology?
7      A.   Any journal you want to read the
8  article and judge it based on its merit and the
9  end point that you are trying to evaluate.
10     Q.   Practice bulletins issued by AUGS,
11 the organization we spoke of previously?
12          MS. THOMPSON:  Object to form.
13     What's the question?
14     BY MR. OTTAWAY:
15     Q.   Do you consider those to be
16 generally reliable and informative?
17          MS. THOMPSON:  Object to form.
18          THE WITNESS:  There are -- they
19     provide -- so you're talking about the
20     which one?  The ACOG bulletin?
21     BY MR. OTTAWAY:
22     Q.   AUGS.
23     A.   So AUGS.
24          MS. THOMPSON:  Object to form.

Page 56

1          THE WITNESS:  What about AUGS?
2     BY MR. OTTAWAY:
3      Q.   Do you consider their practice
4  bulletins to be generally reliable and
5  informative?
6          MS. THOMPSON:  Object to form.
7          THE WITNESS:  Does AUGS have
8     practice bulletin?
9     BY MR. OTTAWAY:
10     Q.   Do you know?
11     A.   I'm thinking that you're getting
12 ACOG and AUGS mixed up.
13     Q.   It's quite possible.  I get confused
14 all the time, Doctor, but I think my question
15 there was pretty specific.
16          Are you aware of AUGS issuing
17 practice bulletins?
18          MS. THOMPSON:  Object to form.
19          THE WITNESS:  They have
20     statements.
21     BY MR. OTTAWAY:
22     Q.   Okay.  And do you consider those
23 statements to be generally reliable and
24 informative?

Page 57

1          MS. THOMPSON:  Object to form.
2          THE WITNESS:  It would be
3     opinion.  Do you have a specific one that
4     you want me to look at?
5     BY MR. OTTAWAY:
6      Q.   I'm just asking in general.
7      A.   I would look at it and give you my
8  opinion.
9      Q.   Okay.  Do you agree that there is a
10 body of peer-reviewed literature containing
11 random controlled trials that finds that TVO is
12 safe and effective?
13          MS. THOMPSON:  Object to form.
14          THE WITNESS:  Do I agree that
15     there is a body of literature that shows
16     TVT-O is safe and effective?
17          Each article tells you something
18     different.  Some of them point to efficacy.
19     Some of them look at -- depending on how
20     they are designed, they may look at the
21     side effects of the device.  So it depends
22     on really how the study was designed.  You
23     cannot put all of them together.
24     BY MR. OTTAWAY:

S. Abbas Shobeiri, M.D.

Page 58

```
1      Q.   Can you answer my question?
2      A.   I just -- yes.
3      Q.   Are you aware of a body of
4  peer-reviewed literature that finds that TVOT is
5  safe and effective?
6           MS. THOMPSON:  Asked and answered
7      and object to form of the question.
8  BY MR. OTTAWAY:
9      Q.   TVT-O, yes.
10     A.   So is there specific literature you
11 want me to review or point at or --
12          Because one thing that I told you is
13 that you cannot look at all the complications
14 equally.  Some of them can be so horrendous that
15 that would be a bad safety issue.
16     Q.   So are you unable to answer my
17 question as asked?
18     A.   Could you repeat the question?
19     Q.   Ma'am, can you?  I hate to ask you
20 to do that again, but I'm not sure I can repeat
21 it exactly the same way.
22          (The reporter read the record on
23     page 58 lines 3-5.)
24 BY MR. OTTAWAY:
```

Page 59

```
1      Q.   TVT-O.
2           MS. THOMPSON:  And asked and
3      answered and object to the form and answer
4      it if you can.  If you can't, you can't.
5           THE WITNESS:  Then we can
6      proceed.
7  BY MR. OTTAWAY:
8      Q.   You cannot answer it?
9      A.   I answered it already.
10          MR. OTTAWAY:  Okay.  That's it.
11     Let's go off the record just a
12     second.
13          THE VIDEOGRAPHER:  Time now is
14     11:21.  We are going off the record.
15          (Recess - 11:21 a.m.
16          - 11:23 a.m.)
17          THE VIDEOGRAPHER:  Time now is
18     11:23.  We are back on the record.
19 BY MR. OTTAWAY:
20     Q.   Doctor, do you agree that pelvic
21 pain and pain with sex can result from any pelvic
22 floor surgery?
23          MS. THOMPSON:  Object to form.
24          THE WITNESS:  So pelvic pain?
```

Page 60

```
1           And pain with sex can?  So you cannot be
2      more specific about the surgery?
3           So generally when we do surgery,
4      we don't want any of those.
5  BY MR. OTTAWAY:
6      Q.   I understand and I didn't suggest
7  that you did.
8      A.   Yeah.
9      Q.   I merely ask if they can result
10 from.
11     A.   They shouldn't.  If it happens, you
12 wonder what went wrong.
13     Q.   Do you consent your patients to that
14 possibility before you perform surgery?
15          MS. THOMPSON:  Object to form.
16          THE WITNESS:  I consent my
17     patients that when they have surgery, they
18     can have any problem including, but not
19     limited to, death.
20 BY MR. OTTAWAY:
21     Q.   And do those problems include pelvic
22 pain or discomfort with intercourse?
23     A.   Yes, but then they would ask me
24 about the surgery I'm doing and they would ask me
```

Page 61

```
1  personally how much problem I've had with doing
2  that surgery, and I would give them a specific
3  replies.
4      Q.   Doctor, can those problems also
5  occur without surgery as a result of, say, aging?
6           MS. THOMPSON:  Object.
7  BY MR. OTTAWAY:
8      Q.   Lack of hormones?
9           MS. THOMPSON:  Object to form.
10          THE WITNESS:  So can somebody
11     have spontaneous pelvic pain because they
12     are getting older?
13 BY MR. OTTAWAY:
14     Q.   Is -- yes.
15     A.   Everything is possible, but that
16 would be very unusual.
17     Q.   Okay.  Are there comorbidities that
18 can cause pelvic pain and discomfort during
19 intercourse?
20     A.   So could you refine that question?
21     Q.   I'm not sure that I can.
22     A.   So describe comorbidities associated
23 with pelvic pain and discomfort with intercourse?
24          So when somebody has pelvic pain and
```

S. Abbas Shobeiri, M.D.

Page 62

1  pain with intercourse that affects their quality
2  of life, their relationship with their spouse,
3  their children, it probably decreases their
4  economic productivity.
5      Q.  Strike that as nonresponsive.
6          MS. THOMPSON:  I think the
7  question is comorbidities is --
8          MR. OTTAWAY:  Again, you don't
9  have to argue about it, counsel.
10         MS. THOMPSON:  -- is not the
11 right word to use.  He answered the
12 question using the word "comorbidities"
13 that can cause pelvic pain and discomfort.
14         MR. OTTAWAY:  Actually, he didn't
15 answer the question.  He described the
16 difficulties, but I move to strike.
17         MS. THOMPSON:  Okay.  Okay.
18         MR. OTTAWAY:  And the judge can
19 work all that out later.
20         MS. THOMPSON:  I'll ask.
21         MR. OTTAWAY:  We're not going to
22 work it out here today.
23         THE WITNESS:  So, again, yeah.
24 If you could give me a more specific

Page 63

1      question.  So the way --
2  BY MR. OTTAWAY:
3      Q.  Do people have complaints of pelvic
4  pain and discomfort during sex without ever
5  having any kind of surgery?
6      A.  So you're asking me what are the
7  other causes of pain with intercourse and pelvic
8  pain --
9      Q.  Yes.
10     A.  -- if somebody did not have surgery?
11     Q.  Yeah.
12     A.  Is that correct?
13     Q.  I'm asking you if people can have
14 complaints of those types and never had surgery.
15     A.  True.
16     Q.  Never had surgery involving mesh of
17 any type?
18     A.  True.  Depends on the kind of pain
19 that they have.
20     Q.  And when you look at a reason that
21 someone has those difficulties, do you consider
22 their presurgical complaints to be important in
23 that analysis?
24     A.  Well, it depends on the --

Page 64

1          MS. THOMPSON:  Object to form.
2          THE WITNESS:  Yeah.  It depends
3  on the location of the pain and where the
4  pain is.  So pelvic pain is a very global
5  term that you are using.  It means anywhere
6  in the pelvis.
7          Certainly if somebody had
8  mesh-type pain, that can become bigger and
9  become pelvic pain but, you know, you could
10 also have pain that started from the mesh.
11 BY MR. OTTAWAY:
12     Q.  Well, I think my question was,
13 Doctor:  Do you consider presurgical complaints
14 of pelvic pain and discomfort with intercourse
15 when you try to determine whether a surgery of
16 any type is a contributing factor to them?
17     A.  So if I saw a patient who has pain,
18 yes, I would ask them what kind of pain they have
19 before surgery.
20     Q.  And would that be an important
21 finding for you in determining a cause?
22     A.  Depends on where their pain is and
23 where it's coming from.  So, for example, the
24 patient who has endometriosis pain and they have

Page 65

1  stress urinary incontinence and they have
2  mesh-related pain as a consequence in the future,
3  they would have two sources of pain.
4      Q.  When you say vaginal agenesis,
5  a-g-e-n-e-s-i-s, what do you mean?
6      A.  Can I see where the word is?
7      Q.  Page 2 of your report.
8      A.  Can I have the report?
9      Q.  You can.  It's right there in front
10 of you, Doctor.  Yes, of course.  You're free to
11 refer to it whenever you want.
12     A.  So where are you looking at?
13     Q.  Bottom of page 2.
14     A.  Oh, agenesis.
15     Q.  I've spelled it because I was sure I
16 would mispronounce it.
17     A.  Sorry about that.
18     Q.  (Laugh).  Don't be sorry I
19 mispronounce something.  I'm the one that has to
20 be sorry about that.
21         I asked you what you mean when you
22 say it, though.
23     A.  When -- when the body is forming
24 between three, two, four weeks of gestation to

S. Abbas Shobeiri, M.D.

Page 66

1  somewhere about five months of gestation, you
2  basically have the Müllerian components of
3  mesonephric duct and paramesonephric duct that
4  have to migrate inside the body to form the
5  uterus and form the vagina.
6  And when those migrations of
7  embryologic tissue doesn't occur as programmed,
8  then you may have anomalies in the vaginal tract.
9  One of them being vaginal agenesis meaning the
10  vagina just doesn't form. So externally the
11  patient would look normal, but they would not
12  have a formed vagina.
13  Q. All right. Thank you. I just
14  wondered about that.
15  A. Thanks.
16  Q. Let's go to page 15. The very first
17  sentence. You see it there?
18  A. (Nods head).
19  Q. You've cited a number of references
20  for that sentence.
21  A. Which one?
22  Q. Footnote 3.
23  A. Which sentence?
24  Q. Very first sentence, page 15.

Page 67

1  A. "Includes vaginal discharge"?
2  Q. Yes. Well, the whole sentence, not
3  just...
4  A. Page 15. "Includes vaginal
5  discharge and bleeding." Is that the sentence?
6  Q. I sure hope we got the same report
7  here. Are you on page 15?
8  A. I am.
9  Q. The very first sentence.
10  MS. THOMPSON: Oh.
11  THE WITNESS: "The most common
12  complications."
13  BY MR. OTTAWAY:
14  Q. Yes, there you go. Got it?
15  A. Yeah.
16  Q. Okay. You see Footnote 3 there?
17  A. Okay.
18  Q. And then there is a string of
19  citations --
20  A. Uh-huh.
21  Q. -- for your opinion; correct?
22  A. Sure.
23  Q. All right. When, in your opinion,
24  did the medical literature begin to support these

Page 68

1  complications as being associated with mesh
2  procedures?
3  MS. THOMPSON: Object to form.
4  THE WITNESS: So when does the
5  medical literature support that? So what
6  was the question again?
7  BY MR. OTTAWAY:
8  Q. Well, Doctor, I'm not trying to be
9  tricky.
10  A. Yeah, I'm just not understanding the
11  question.
12  Q. You say the most common
13  complications associated with mesh procedures --
14  A. Uh-huh.
15  Q. -- as in our experience and as
16  reported in the medical literature are pain,
17  dyspareunia -- which means painful intercourse;
18  correct?
19  A. Uh-huh.
20  Q. Yes?
21  A. True.
22  Q. Erosion and de novo urinary tract
23  systems?
24  A. Uh-huh. True.

Page 69

1  Q. I want to know when those problems
2  were reported in the medical literature.
3  A. Well, these papers, you mean when
4  they were published? 2014 and 2015 and 2011.
5  Q. Okay. So 2011?
6  A. 2012. Yeah, there's a string of
7  them.
8  Q. Okay. And would you agree with me
9  that by those dates, it was known in the medical
10  literature that these complications, in your
11  phrase, were associated with mesh procedures?
12  MS. THOMPSON: Object to form.
13  THE WITNESS: These are some of
14  the references I took. Doesn't mean there
15  are -- there are not more of them --
16  BY MR. OTTAWAY:
17  Q. Oh.
18  A. -- or older ones or newer ones.
19  Q. In fact, there are references to
20  these potential complications in literature older
21  than 2011; correct?
22  A. True.
23  Q. Okay. So these were known to the
24  medical community, people in your profession, by

S. Abbas Shobeiri, M.D.

Page 70

1 a review of the medical literature prior to 2011;
2 correct?
3    A.   True.
4    Q.   Doctor, you discuss scarring.
5        Is scarring a potential with any
6 surgery?
7    A.   True.
8    Q.   You learned that in medical school?
9    A.   Probably.
10    Q.   In the TOPAS product you discussed,
11 is the mesh designed to have tissue in-growth?
12    A.   Is the mesh designed to have tissue
13 in-growth, question mark.
14        I think that's just a consequence of
15 placing mesh in any space.
16    Q.   And you understand that scar tissue
17 may result from that?
18    A.   That's the body response.
19    Q.   You understand that if the body
20 reacts to polypropylene, it may react to that
21 device?
22    A.   So there is inflammation and
23 scarring of the tissue.  True.
24    Q.   Okay.  And doctors have known that

Page 71

1 for a long time, haven't they?
2        MS. THOMPSON:  Object to form.
3        THE WITNESS:  That polypropylene
4    causes scarring and inflammation?  Or what
5    is "that"?  Could you question -- repeat
6    your question?
7 BY MR. OTTAWAY:
8    Q.   Doctors have known for a long time
9 that scar tissue can result from surgery;
10 correct?
11    A.   Our body goes through a cycle of
12 healing, some of which includes scarification.
13    Q.   Okay.
14    A.   That's body's first response to
15 heal.
16    Q.   And you teach your medical students
17 that if you implant a device, whether it's TOPAS
18 or any other device, you can have a reaction to
19 that device; correct?
20        MS. THOMPSON:  Object to form.
21        THE WITNESS:  True.
22 BY MR. OTTAWAY:
23    Q.   And these are things that are known
24 and reported in the literature and have been

Page 72

1 since before 2011; correct?
2        MS. THOMPSON:  Object to form.
3        THE WITNESS:  What things?  The
4    scarring?
5 BY MR. OTTAWAY:
6    Q.   Scarring, foreign body reaction.
7        MS. THOMPSON:  Object to form.
8        THE WITNESS:  Yes, the body forms
9    a scar.
10 BY MR. OTTAWAY:
11    Q.   I need to learn a little bit about
12 EVUS, E-V-U-S.  Is that how you pronounce that
13 acronym?
14    A.   Yes.  What page are you on?
15    Q.   It's all through there, Doctor.  You
16 can pick almost any page you want.
17        You know what I'm talking about when
18 I mention EVUS; correct?
19    A.   True.  Even though now we just
20 don't -- pretty much just say US, which is
21 ultrasound.
22    Q.   Okay.  What does EVUS stand for?
23    A.   EVUS is endovaginal ultrasound.
24    Q.   And this is a technique that you

Page 73

1 rely on?
2    A.   Well, when we do ultrasound, we --
3 when we say "EVUS," we are really talking about
4 multicompartmental ultrasound, which includes
5 transperineal and transvaginal probably.
6    Q.   And how long has EVUS been
7 available?
8    A.   Oh.  Well, endovaginal ultrasound
9 has been performed for years.  I don't know.
10 Probably goes back to 1950s.
11    Q.   Okay.  How about three-dimensional
12 endovaginal ultrasound?
13    A.   Probably that goes back to 15 years
14 at least.
15    Q.   Okay.  And have the organizations
16 we've previously discussed, AUGS or ACOG, adopted
17 three --
18        (Cell phone interruption.)
19        Do you need to take that?  Doctor,
20 let's go off the record if you need to.
21    A.   Not me.
22        THE VIDEOGRAPHER:  Time now is
23    11:40.  We are going off the record.
24        (Recess - 11:40 a.m.

S. Abbas Shobeiri, M.D.

Page 74

1          - 11:40 a.m.)
2          THE VIDEOGRAPHER:  Time now is
3     11:40.  We are back on the record.
4     BY MR. OTTAWAY:
5          Q.   Page 17 of your report.
6          A.   Sure.
7          Q.   I'll just read a sentence, and then
8     I want to ask you a question about it.
9          "Multiple publications have
10    determined that three-dimensional endovaginal
11    ultrasound is a reliable, reproducible, and
12    well-accepted method for assessing pelvic floor
13    conditions, including mesh complications."
14         Have I read that correctly?
15         A.   True.
16         Q.   Okay.  Now, my question is:  Have
17    AUGS or ACOG been among the organizations that
18    have determined that three-dimensional
19    endovaginal ultrasound is a reliable,
20    reproductive, and well-accepted method for
21    accessing -- assessing pelvic floor conditions,
22    including mesh complications?
23         MS. THOMPSON:  Object to form.
24         THE WITNESS:  I think to answer

Page 75

1     your question, International Urogyne
2     Association has determined that ultrasound
3     is the gold standard for endosphincter
4     imaging and so on and so forth.
5     BY MR. OTTAWAY:
6          Q.   Okay.  My question was AUGS and
7     ACOG.  You mentioned the international society.
8          A.   Uh-huh.
9          Q.   How about AUGS and ACOG?  How about
10    the answer to my question?
11         MS. THOMPSON:  Object to form.
12         THE WITNESS:  Have they released
13    a statement saying that?  That what?  That
14    exactly the sentence that we said?
15         The sentence is saying that there
16    are a lot of publications supporting its
17    use.
18    BY MR. OTTAWAY:
19         Q.   And my question is:  Are AUGS and
20    ACOG among them?
21         MS. THOMPSON:  Object to form.
22         THE WITNESS:  I have to review
23    it.
24    BY MR. OTTAWAY:

Page 76

1          Q.   You can't tell me the answer right
2     now?
3          MS. THOMPSON:  Well --
4          THE WITNESS:  I know you --
5          MS. THOMPSON:  -- AUGS and ACOG
6     aren't publications.
7          MR. OTTAWAY:  I'm just asking if
8     they got publications or positions.
9          MS. THOMPSON:  If you can't
10    answer the question, you don't answer.
11         THE WITNESS:  I know IUGA has
12    released a statement.  I have to review the
13    AUGS and ACOG, but they traditionally do
14    not release those kind of statements.
15    BY MR. OTTAWAY:
16         Q.   Okay.  You mentioned the
17    international society referring to ultrasound as
18    the gold standard?
19         A.   Yeah.
20         Q.   Is that the same phrase that the
21    organizations I just mentioned, AUGS and ACOG,
22    use to describe mid-urethral slings?
23         A.   So --
24         MS. THOMPSON:  Object to form.

Page 77

1          THE WITNESS:  So -- so I'm just
2     trying to wrap my brain around the question
3     you have.
4     BY MR. OTTAWAY:
5          Q.   Well, I'm glad I asked one that
6     required you to wrap your brain around it.
7          A.   I don't understand it.  So you -- we
8     were talking about ultrasound and IUGA, and then
9     you said something.
10         Q.   It's really not that difficult,
11    Doctor.
12         A.   Okay.
13         Q.   You told me that an organization and
14    you cited it -- the international society --
15    referred to this ultrasound as the gold standard;
16    correct?  Remember saying that?
17         A.   True.
18         Q.   Okay.  Have you heard that phrase,
19    that same phrase "gold standard" applied for the
20    use of mid-urethral slings to treat stress
21    urinary incontinence?
22         A.   By ACOG and AUGS?
23         Q.   Yes.
24         A.   I cannot recall.

S. Abbas Shobeiri, M.D.

Page 78

1    Q.   I think we've covered this before,
2    but I just want to make sure.
3         Exhibit 2 there.  Are those the only
4    Ethicon documents upon which you rely to support
5    the opinion at page 19 of your report?
6    A.   Go ahead.
7    Q.   It starts out "I reviewed Ethicon
8    documents."
9         Are those the only Ethicon documents
10   you reviewed to support that part of your
11   opinion?
12   A.   I believe so.
13   Q.   All right.  When you say "mesh
14   contraction," what do you mean?
15   A.   Mesh being smaller than it was
16   implanted.
17   Q.   Okay.  And when does the literature
18   first discuss that as a potential with
19   polypropylene mesh?
20   A.   Probably somewhere in 1950s, '60s
21   with mesh for hernia repair.
22   Q.   And mesh has been used --
23   polypropylene mesh has been used for years in
24   surgical situations, whether it's sutures or

Page 79

1    woven mesh or medical devices such as
2    mid-urethral slings?  Is that a true statement?
3    A.   It has been used for hernia repair
4    and has had complications, and people have tried
5    to move away from it into other type of products.
6    Q.   But that's been known, this
7    contraction issue you discuss, for many years in
8    the medical community to people who practice in
9    the profession that you do?
10        MS. THOMPSON:  Object to form.
11        THE WITNESS:  So do people know
12   that mesh contracts?
13   BY MR. OTTAWAY:
14   Q.   Yes.
15   A.   I think they are told that it
16   doesn't, and it depends on how much of the
17   literature they are reading and how critically
18   they are looking at the literature.
19   Q.   Okay.  Someone who looks at the
20   literature would be able to find support for that
21   proposition?
22   A.   That mesh contracts?
23   Q.   Yes.
24   A.   Yes.

Page 80

1    Q.   Okay.  If you go to page 5 of your
2    report, Doctor.
3    A.   Go ahead.
4    MR. OTTAWAY:  We're going to get
5    into some of your opinions.
6    How long have we been going,
7    Ms. Reporter?
8    THE VIDEOGRAPHER:  43 minutes.
9    MR. OTTAWAY:  43.  Let's go ahead
10   and take another break.  I told you we'd
11   break about every 45 minutes, and this is a
12   good time to do so.
13   THE WITNESS:  Okay.  Has it been
14   45 minutes?
15   MR. OTTAWAY:  It has.  Have you
16   been having fun and time flies when you're
17   having fun?
18   THE WITNESS:  Yeah, it's just --
19   that's fine.  We can take like five
20   minutes; right?
21   THE VIDEOGRAPHER:  Time now is
22   11:49.  We are going off the record.
23   (Recess - 11:49 a.m..
24   - 12:03 p.m.)

Page 81

1    THE VIDEOGRAPHER:  Time now is
2    12:03.  We are back on the record.  This is
3    the beginning of disk No. 2.
4    BY MR. OTTAWAY:
5    Q.   Dr. Shobeiri, I had referred you
6    when we broke to page 5 of your report, which is
7    titled "Summary of Opinions."
8    A.   Yes, sir.
9    Q.   Have you had a chance to review that
10   while we were on break?
11   A.   No.  I was actually looking at IFU.
12   Q.   Okay.  Well, I take it you're
13   familiar with these opinions?
14   A.   Yes.
15   Q.   And I want to ask you about them --
16   A.   Uh-huh.
17   Q.   -- one at a time.
18   A.   Sure.
19   Q.   Tell me about opinion number 1.
20   What is your opinion and upon what do you base
21   it?
22   A.   Mesh complications are unlike those
23   seen with the other pelvic surgery in terms of
24   onset, frequency, severity, character,

S. Abbas Shobeiri, M.D.

Page 82

1  responsiveness to treatment.
2          So in terms of TVT-O, the mesh arms
3  are going through a space that generally
4  obstetrician/gynecologists were not familiar
5  with. So the kind of problems that occurred in
6  terms of dealing with those problems, really
7  understanding the frequency, the severity, the
8  character of them, how to respond to, are very
9  difficult.
10     Q.  Okay. And --
11     A.  So traditional pelvic surgery,
12 complications that OB-GYNs were used to were, you
13 know, urethral injury or bladder injury or those
14 kind of things. So these are very unique type of
15 problems.
16     Q.  Okay. Tell me exactly what you
17 refer to when you say "complications."
18          MS. THOMPSON: Object to form.
19          THE WITNESS: Complications in
20          terms of TVT-O, we are talking about the
21          spaces traversing the response of local
22          tissue to mesh in that area, the proximity
23          of the sling arm to nerve vasculature that,
24          you know, were just unfamiliar territory.

Page 83

1  BY MR. OTTAWAY:
2     Q.  I'm really trying to understand,
3  Doctor, but you've kind of skipped down to what I
4  think would be number 6 or 7 or one of the
5  others.
6          Does this refer to TVT-O
7  specifically or mesh products in general?
8     A.  I think in terms --
9     Q.  Number 1.
10    A.  Yeah. In terms of this report, we
11 are talking about TVT-O.
12    Q.  Okay. And when you say "mesh" up
13 here in number 1, you mean TVT-O?
14    A.  I think we are talking -- saying
15 TVT-O mesh complications.
16    Q.  Okay. Thank you for that.
17         And why do you say they differ in
18 severity, frequency, and responsiveness to
19 treatment? I want to know the basis of those
20 opinions.
21    A.  Uh-huh. So because the mesh arms --
22 and all of these opinions really melt into each
23 other -- go through a space that OB-GYNs were not
24 traditionally familiar with.

Page 84

1     Q.  Are you talking about the --
2     A.  Obturator space.
3     Q.  -- obturator space?
4     A.  Yeah.
5     Q.  Okay.
6     A.  So in terms of frequency, they
7  didn't know how frequently that would occur. If
8  it occurred, in terms of severity, they didn't
9  know how severe it could be, what character to
10 expect, and how to respond to it.
11    Q.  Okay. And in your mind, is there a
12 difference between the inside-out and outside-in
13 technique for purposes of your criticism
14 number 1?
15    A.  Well, the TVT-O course is -- can be
16 unreliable and -- and they do travel tracts that
17 are different.
18    Q.  Okay. Tell me how that is.
19 Describe to me the different tracts, if you will,
20 and why that makes a difference, if it does, to
21 your opinion.
22    A.  Uh-huh. So, for example, I told you
23 with the TOTs at one point and the problem with
24 that was that, you know, you -- you had the

Page 85

1  ability to hug the bone as you were coming
2  around, but then the problem it posed was that it
3  would be too close either to the vaginal skin or
4  perforate the skin. So you have erosion problem,
5  and that was the problem that was recognized.
6          And potentially TVT-O going from
7  inside-out would alleviate that problem, but then
8  the trajectory of the needle going the other way
9  into the thigh to the mesh to a separate area.
10    Q.  Okay. And what did that have to do
11 with the onset frequency, severity, character of
12 the injury, or responsiveness to treatment?
13    A.  Well, you are putting the mesh close
14 to the anterior and posterior branches of the
15 obturator nerve. So you're -- you're operating
16 in a space that people are not used to, and
17 you're not really foreseeing that those nerves
18 are there and what the body response would be to
19 it in terms of pain. So that creates unique
20 problems.
21    Q.  Okay. And what -- how do those
22 problems manifest?
23    A.  Leg pain, groin pain, you know, and
24 the company thought that they would go away

S. Abbas Shobeiri, M.D.

Page 86

1  within the first 24 hours, 48 hours but, you
2  know, when they persist, they don't go away even
3  if after you try to remove the mesh.
4       Q.   Okay.  Have you reviewed
5  peer-reviewed literature which suggests that this
6  leg and groin pain is transitory?
7            MS. THOMPSON:  Object to form.
8  BY MR. OTTAWAY:
9       Q.   You can answer, Doctor.
10      A.   Have I reviewed?  So the -- yeah,
11 there is the data in the literature that as high
12 as like 25 percent of patients can have this pain
13 to begin with, and it sort of settles down to
14 somewhere about 3 percent that is persistent.
15      Q.   Okay.  Your second opinion -- have
16 you finished on number 1?
17      A.   Sure.
18      Q.   Okay.  Number 2.  Three-dimensional
19 endovaginal ultrasound is a reliable,
20 reproducible, etc.
21           Tell me what your opinion is there
22 and how it relates to TVT-O.
23      A.   Sure.  So pelvic floor ultrasound
24 has been used for many, many years and used to

Page 87

1  assess all sorts of pelvic floor condition from
2  birth-related trauma to prolapse to incontinence
3  to vaginal masses and cysts and mesh and that's
4  about it.
5       Q.   Okay.  And how does that relate to
6  TVT-O specifically?  If it does?
7       A.   Well, the ultrasound is -- shows you
8  what's under the skin.  So if you want to see
9  the -- where the TVT-O is, how it's traveling,
10 how -- how it's behaving inside the body, you can
11 see it.
12      Q.   All right.  And that kind of bleeds
13 into number 3, as I understand your testimony.
14           So tell me how this ultrasound
15 reveals important things, in your opinion, about
16 trends.
17      A.   So, again, ultrasound just shows you
18 what's under the skin.  You -- you do the
19 ultrasound and you see the sling, and you can
20 document where it's going and where its location
21 is.
22      Q.   And regarding TVT-O --
23      A.   Uh-huh.
24      Q.   -- specifically, take me down

Page 88

1  through your opinions and tell me what this
2  ultrasound tells you about that that's important
3  in forming your opinion.
4       A.   Sure.  Ultrasound would show me
5  where the TVT-O goes, whether it's lying down
6  flat, whether it's caught at, whether it's
7  mid-urethral, whether it's placed too high close
8  to the bladder.  It would show me really the --
9  granted that if all the physicians are educated
10 similarly on how to perform this procedure, does
11 the product actually end up being where it's
12 intended to be.  So --
13      Q.   And what have you found in that
14 regard?
15      A.   The -- again, it depends on the
16 patient.  You can see whether it's flat, it's
17 folding, whether it's prominent and its touching
18 the vaginal skin, whether it's lopsided.
19           So, again, when you read the
20 operative reports from physicians saying that
21 they -- they did the procedure exactly as they
22 were taught, and then you do the ultrasound and
23 you see that sling is traveling in really places
24 that you wouldn't expect, that would give you --

Page 89

1  give us an insight into the pathophysiology of
2  the patient's pain.
3       Q.   And, Doctor, have you reduced these
4  discussions you're having with me now about
5  this -- these findings on ultrasound to some sort
6  of paper?
7       A.   We do have --
8            MS. THOMPSON:  Object to form.
9            THE WITNESS:  -- in the
10           references, yes, there are papers that we
11           have published or they're out there.  Yeah.
12 BY MR. OTTAWAY:
13      Q.   And the reason I ask is because I
14 looked at your resumé and came up with a few, and
15 I wondered whether these had been reduced to
16 writing.  They're listed under your submissions.
17      A.   If they say "accepted" or "in
18 publication," then those are the ones you want to
19 look at.
20      Q.   Right.  There are several here
21 listed "In progress."  108, 109, and 111.
22      A.   I'm wondering if you have the old CV
23 or the new CV.
24      Q.   I wouldn't have a clue, Doctor.  I

S. Abbas Shobeiri, M.D.

1  have what --
2      A.  Does it have --
3      Q.  -- counsel provided me.
4      A.  Does it on top say updated what
5  date?
6      Q.  I can answer that question, but it's
7  at the bottom.
8      A.  I'm sorry.
9      Q.  And it says it was updated
10  February 1, 2016 at 8:01 a.m.
11      A.  So that means it's pretty recent.
12      Q.  Okay.  So my question, again, is:
13  There are three articles or three works here that
14  are attributed to you and Mr. Javadian?
15      A.  Javadian, yeah.
16      Q.  Javadian.  I want to pronounce it
17  correctly.
18          The first being "Ultrasonic
19  Predictors of Mesh Complications."  It says "In
20  progress."
21      A.  Okay.
22      Q.  The next one is "Transobturator Tape
23  Syndrome: Ultrasonic Predictors of Pain."  It
24  says "in progress."

1      A.  In progress.
2      Q.  And the third is "Public Health
3  Impact of Vaginal Mesh Complications on Women's
4  Health:  In progress."
5      A.  I know that one has been submitted.
6      Q.  Okay.  Submitted to whom?
7      A.  Probably American Journal of OB-GYN.
8      Q.  Okay.  And has it been accepted for
9  publication?
10      A.  I'm not sure.
11      Q.  So it exists in some form we can see
12  that's been submitted to a journal?
13          MS. THOMPSON:  Object to form.
14          And you can answer the question
15  but -- but --
16          THE WITNESS:  The one --
17          MS. THOMPSON:  -- but subject to
18  whatever the standard is for submitted
19  publications that have not yet been
20  published.
21          THE WITNESS:  Yeah.  We can -- we
22  can give you the Public Health impact paper
23  probably.  I will check with my counsel and
24  see how that goes.

1  BY MR. OTTAWAY:
2      Q.  Okay.  How about -- how about the
3  other two I mentioned, 108 and 109?
4      A.  The other two, they have probably
5  been submitted in abstract form.  I have to check
6  into it.
7      Q.  Okay.  And if they've been submitted
8  in abstract form, can they be provided to us as
9  well?
10      A.  Yeah, if they are.  I can -- I
11  cannot recall whether I have a confirmation of
12  submission yet.  But if they are not submitted
13  yet, they will be submitted.
14      Q.  Okay.  I'm sorry.  We were talking
15  about mesh findings on ultrasound and we were on
16  number 4 of your opinion, Doctor.
17      A.  Great.
18      Q.  I take it this mesh again refers to
19  TVT-O?
20      A.  Yes.
21      Q.  Okay.  It says "deformation."
22          What do you mean when you say
23  "deformation"?
24      A.  Deformation?  Well, it has been --

1  it's clarified in parens.  It says "flat,
2  folding, prominence, or convoluted."
3      Q.  And then it says "etc."  I want to
4  know what "etc." is.
5      A.  We looked at different sling
6  common -- common sort of sling presentations on
7  ultrasound.  And those are the four common ones,
8  but there were probably a few that do not fit in
9  those categories.  And those would be maybe
10  somebody who had their sling removed, and they
11  had a residual piece of sling mesh left in there
12  or --
13      Q.  Well, I noticed it goes on and talks
14  about residual mesh.
15      A.  Yes.  So that's probably one of the
16  examples.
17      Q.  Do you know anything else that fits
18  into the "etc." you can come up with today?
19      A.  So "etc." would be somebody who has
20  sling, you know, complication, TVT-O
21  complication.  Maybe they have a hematoma in the
22  area.  Or --
23      Q.  Okay.  I'm sorry.
24      A.  -- maybe they -- go ahead.

S. Abbas Shobeiri, M.D.

Page 94

1    Q.   No, you finish your answer.
2    A.   See if they have blood collection in
3 the area or maybe there's an abscess or such.
4 That would be "etc."
5    Q.   And are these findings limited to
6 TVT-O, or did they include all mid-urethral
7 slings?
8         MS. THOMPSON:  Object to form.
9         THE WITNESS:  These would be
10    transobturator slings.
11 BY MR. OTTAWAY:
12    Q.   Okay.  And where would I find this
13 findings or these findings published?
14    A.   Well, I think these are the ones
15 that you were asking about about submission.  So
16 when we submit them, they would be available in
17 abstract form.
18    Q.   Okay.  But you're not aware of any
19 current publication containing these findings?
20         MS. THOMPSON:  Object to form.
21         THE WITNESS:  They do -- they
22    could be in different publications, and
23    they could be in some of our other
24    publications that we have.

Page 95

1 BY MR. OTTAWAY:
2    Q.   Okay.  Can you cite me to any as we
3 sit here?
4    A.   So in -- there's a paper by Denson,
5 D-e-n-s-o-n.  So that probably would point you to
6 some of those patterns.
7    Q.   Are all of those contained in your
8 Exhibit B?  When I say "Exhibit B" I mean Exhibit
9 B to your report, which is your reliance
10 materials.
11         MS. THOMPSON:  Object to form.
12         THE WITNESS:  Probably that paper
13    is in there.
14 BY MR. OTTAWAY:
15    Q.   The next one is mesh contraction
16 defined as shrinkage or reduction in size.  You
17 list it as a well-known occurrence.
18    A.   Uh-huh.
19    Q.   When you say "well-known," does that
20 mean reported in the literature?
21    A.   It's reported in the literature.
22 Sure.  Yep.
23    Q.   Okay.  And that literature is
24 available to all physicians in your specialty?

Page 96

1    A.   Sure.
2    Q.   And do you teach your medical
3 students that that is an important part of their
4 education, when they're deciding whether to use a
5 device or not, to consult the medical literature
6 about that device?
7    A.   So am I teaching my medical students
8 that mesh contraction is important?
9    Q.   No.  What I asked you was:  Do you
10 teach your medical students that reference to
11 peer-reviewed literature is an important part of
12 their education when they go about trying to
13 decide whether to use a medical device or any
14 medical procedure?
15         MS. THOMPSON:  Object to form.
16         THE WITNESS:  We teach our
17    students and residents evidence-based
18    medicine.
19 BY MR. OTTAWAY:
20    Q.   Which means?  Which means?
21    A.   Which means we have the literature,
22 case reports, and learn to read it just because
23 within writing doesn't mean it's, you have to
24 take it.  You need to read it critically and you

Page 97

1 need to investigate and look at the evidence.
2    Q.   Now, number 6, I think this is where
3 you were telling me about what you referred to as
4 the wings; am I right?
5    A.   Sure.
6    Q.   Okay.  Tell me about that, please,
7 if we didn't get it all already.
8    A.   Sure.  The lateral portion of the
9 Gynecare TVT-O mesh devices are difficult, if not
10 impossible, to remove, even with the aid of
11 advanced imaging and the surgical skill and
12 result in seeing of comorbidity for patients.
13         So it goes to what we talked about
14 where the sling arms are going into a space that
15 is really unfamiliar to the general OB-GYNs or
16 general urologists who are doing these surgeries.
17         And when we go to remove the mesh
18 because of the pain, nerve entrapment, etc., as
19 the sling arm advances and goes behind the tissue
20 pubic rami it pretty much is turning behind the
21 wall, so to speak, and it's just hard to follow.
22    Q.   Anything else you need tell me about
23 number 6?
24    A.   Pardon me?

S. Abbas Shobeiri, M.D.

Page 98

1   Q.   Anything else you need to tell me
2  about opinion number 6?
3     A.   Well, the last sentence that it says
4  results in significant morbidity for the patient.
5  Once you have scarring around the nerve causing
6  the pain, a lot of times even if when you go and
7  remove the sling, the scarring is still there and
8  the pain may not be reduced, depending on when
9  the original sling was placed.
10    Q.   And do you reference specific
11 literature to support that opinion?
12        MS. THOMPSON:  Object to form.
13        THE WITNESS:  Am I citing a
14    specific reference for relating to that?  I
15    think it is in my references.  We can look
16    it up.
17 BY MR. OTTAWAY:
18    Q.   We'll do that at the next break,
19 Doctor, and you can tell me.  I don't want to
20 take your time here.
21        But if you do reference a specific
22 piece of literature to support number 6, I would
23 appreciate you finding it for me on the next
24 break, okay?

Page 99

1     A.   Do I have any of the papers with me?
2        Oh, no, I need the papers.  So those
3  are just the references.
4        Maybe, maybe not.  I have to look at
5  them.
6     Q.   Okay.  And if you find one, will you
7  advise --
8     A.   Sure.
9     Q.   -- Counsel here so she can advise
10 us?
11    A.   Sure.
12    Q.   Okay.  Number 7.  TVT-O is
13 associated with an unacceptably high rate of
14 chronic pain.
15        Tell me about that.  What do you
16 rely on to support that opinion?
17    A.   Sure.  So, again, you get to the
18 fact that you're operating in a space that causes
19 the kind of pain that is hard to get rid of --
20    Q.   Okay.
21    A.   -- and that's unacceptable.
22    Q.   Okay.  Now, are we talking about a
23 particular kind of pain here?
24    A.   We are talking about groin pain and

Page 100

1  the leg pain that the patients experience.
2     Q.   So it's groin and leg pain.
3        And do you have in your mind what an
4  acceptable rate of pain would be?
5        MS. THOMPSON:  Object to form.
6  BY MR. OTTAWAY:
7     Q.   You say this is "unacceptably high."
8        Do you have an opinion about what
9  would be acceptable, in your opinion?
10    A.   Acceptable rate --
11        MS. THOMPSON:  Object to form.
12        THE WITNESS:  -- of chronic pain
13    for me would be none.
14 BY MR. OTTAWAY:
15    Q.   Okay.  So anything above zero is an
16 unacceptably high rate of chronic pain to you?
17        MS. THOMPSON:  Object to form.
18        THE WITNESS:  I don't want my
19    patients to have any chronic pain.
20 BY MR. OTTAWAY:
21    Q.   Okay.  I'm just asking what your
22 opinion is here, Doctor.
23        Was my statement correct?
24    A.   My opinion is that if the patient

Page 101

1  walked into your office without chronic pain and
2  they're to take care -- they're to have their
3  urinary incontinence taken care of, they should
4  not walk away with chronic debilitating pain.
5     Q.   Is --
6     A.   So it's unacceptable.
7     Q.   Okay.  Any level?  Anything above
8  zero percent?
9     A.   If my patient walked into my office
10 and they had that surgery done, and they came to
11 me and they said they are having this pain, I --
12 I would take it very seriously.
13        And likely I would remove that sling
14 very quickly before the scarring sets in and she
15 has chronic pain.
16    Q.   Okay.  Number 9.
17        By the way, I'll tell you.  We
18 looked at your reference material.  We didn't see
19 the paper listed by Denson.
20    A.   Pardon me?
21    Q.   We didn't list -- see a paper listed
22 by the author you referenced.
23    A.   Oh, okay.  Well, you can -- it's
24 probably -- I'll find it for you.  That's fine.

S. Abbas Shobeiri, M.D.

Page 102

1    Q.  Okay.  9 and 10 kind of are related
2  to each other.  Tell me about those.
3    A.  So this is the same sort of thing
4  that we talked about.
5       If a patient walks into my office,
6  not having had this pain but purely for treatment
7  of urinary incontinence, and then they wake up
8  after the procedure, they have pain that
9  persists, given what I told you about the course
10 of unpredictive -- unpredictable course of the
11 slings that has been shown both in the literature
12 and can also be -- be seen by ultrasound, it's
13 safe to conclude that they're having a
14 device-related complication.
15    Q.  Again, Doctor, I'm going to ask you
16 if you're referencing there any specific
17 literature upon which you rely to support your
18 opinion.
19    A.  The -- I believe we have the
20 references in the list of references, I believe.
21    Q.  Okay.  So everything I would find in
22 your list of reliance materials in Exhibit B to
23 your report?
24    A.  Pardon me?

Page 103

1    Q.  Everything you rely on is contained
2  in Exhibit B to your report, which is your
3  reliance materials?
4       MS. THOMPSON:  Do you have
5  Exhibit B that he could --
6       MS. FISCHER:  Go off the record,
7  please.
8       MS. THOMPSON:  You don't have to
9  go off the record to mark an exhibit.
10      MS. FISCHER:  Are you refusing my
11 request to go off the record?
12      MS. THOMPSON:  Well, we're taking
13 a lot of breaks.
14      MS. FISCHER:  Two.  We've taken
15 two.  Are you refusing my request to go off
16 the record?
17      MS. THOMPSON:  No, I'm not
18 refusing.  I'm just suggesting if you're
19 going to do something that takes 10
20 seconds, it's probably more efficient to
21 stay on the record.
22      MS. FISCHER:  Are we off the
23 record or not?
24      MS. THOMPSON:  Yeah.  Go off the

Page 104

1  record.
2       THE VIDEOGRAPHER:  Time now is
3  12:32.  We are going off the record.
4       (Recess - 12:32 p.m.
5       - 12:32 p.m.)
6       THE VIDEOGRAPHER:  Time now is
7  12:32.  We are back on the record.
8       (Document marked, for
9  identification purposes, as Defendant's
10 Exhibit No. 3.)
11 BY MR. OTTAWAY:
12    Q.  Doctor, we are back on the record
13 and you've been handed an exhibit here, which is
14 a part of your report labeled "Reliance
15 Materials."
16      Can you go through there and
17 reference, if you can, the specific support for
18 the opinions we just discussed.
19      MS. THOMPSON:  Object to form.
20      Well, answer that question
21 however you want.
22      THE WITNESS:  So -- so what you a
23 handed me is a list of publications, you
24 know, that we have coded and it's just a

Page 105

1  list of it.  So what I require right now is
2  the actual articles for me to go through
3  and tell you where they are.
4  BY MR. OTTAWAY:
5    Q.  Doctor, they didn't give them to us
6  and, I mean, I guess they're available.
7       But do you have anything in your
8  mind right now, any specific article you're
9  referencing?
10      MS. THOMPSON:  And -- and you
11 also have to which opinion you're referring
12 to.
13      MR. OTTAWAY:  The same one we
14 were just discussing, counsel.  I haven't
15 moved on.
16      MS. THOMPSON:  Okay.  Which one
17 are we on?
18      MR. OTTAWAY:  I'm sorry.  Let's
19 go back.  I think it was 8 and 9.
20      THE WITNESS:  9 and 10.
21      MR. OTTAWAY:  9 and 10.  See, I
22 was pretty close.  The doctor knew all the
23 time.
24      MS. THOMPSON:  Okay.  Numbers 9

S. Abbas Shobeiri, M.D.

Page 106

1    and 10.
2         THE WITNESS:  So there are a lot
3    of articles supporting this.  I have to see
4    the actual articles to put it out for you.
5    BY MR. OTTAWAY:
6         Q.   Okay.  So you're not able to tell me
7    just looking at the --
8         A.   Yeah.  They --
9         Q.   -- exhibit I handed you?
10        A.   They are a lot of articles and there
11   are a lot of them that each of them looks at a
12   different point, and I'll be happy to give you
13   that information if I have the actual papers.
14        Q.   Okay.  Just keep going there,
15   Doctor, and I want to take all the other opinions
16   and ask you the same kind of thing.
17            Do you have any particular support
18   you're relying on for them, or is this just,
19   again, contained somewhere in your reliance
20   materials?
21        A.   For the what question?
22        Q.   The rest of them, 10 on.
23        A.   Yeah, I think they're all in the
24   references that we have given you.

Page 107

1         Q.   Okay.  You have an opinion, Doctor,
2    that the TVT-O is defective in design.
3            Exactly what defects in design do
4    you reference?
5         A.   Well, one thing we had talked about
6    earlier is just the weave of the mesh, where the
7    opening surgeon in the removal of the sheet, the
8    sling frays and so cords and so that would change
9    the properties of the mesh.
10        Q.   Okay.  Is that a -- is that a
11   function of it being made out of polypropylene?
12        A.   It's a function of design.
13        Q.   Okay.  Tell me the design function
14   that it results from.  Tell me what specifically
15   about the design you're critical of.
16        A.   Well, the fact that it's coils.
17   It's ropes.  It doesn't stay flat.  The way the
18   fact that it has edges that fray, you know.
19   Those are the design flaws.
20        Q.   Okay.  Does the -- is this a common
21   characteristic of all transobturator slings, both
22   inside-out and outside-in?
23            MS. THOMPSON:  Object to form.
24            THE WITNESS:  So you're asking if

Page 108

1    all of them do that?
2    BY MR. OTTAWAY:
3         Q.   Yes.
4         A.   No.  I mean, we have seen slings
5    that don't do that.
6         Q.   Okay.  Tell me who manufactured
7    those slings.
8         A.   Who manufactures the slings that
9    don't roll?
10        Q.   Yes.
11        A.   Well, for example, the -- most of
12   the TVT type slings that we look at, they don't
13   roll.  They sit straight.
14        Q.   Well, no.  My question was
15   specifically limited to transobturator slings.
16        A.   Well, the TVT-Os we have looked at,
17   they roll and they cause problems.  And I told
18   you we don't use TOTs anymore.
19        Q.   Okay.  Well, have you done a study,
20   though, of TOTs in the same way that you have
21   looked at TVT-Os to determine whether they roll,
22   fray, curl?
23        A.   Uh-huh.
24        Q.   Tell me what you found.

Page 109

1         A.   Well, the -- I think that both TOTs
2    and TVT-Os can behave the same to some degree.
3    The -- the ones that I have looked at have been
4    the TVT-O and the Bard product, and I know those
5    ones roll and cause issues.
6         Q.   Okay.  Any others that you've looked
7    at?
8         A.   There are some others, but off the
9    top of my head, I would say that we have looked
10   at some Boston Scientific products that also do
11   the same thing.  Their transobturators.  So those
12   are the three I can think of.
13        Q.   So TVT-O is not unique in that
14   regard?
15            MS. THOMPSON:  Object to form.
16            THE WITNESS:  The TVT-O probably
17   is not unique in that regard, and but we
18   are not using TOTs or TVT-Os.
19   BY MR. OTTAWAY:
20        Q.   Doctor, if you can go to page 26 of
21   your report.  Middle paragraph starts "There
22   are."  Are you with me?
23        A.   Sure.
24        Q.   Okay.  Tell me what in your opinion

S. Abbas Shobeiri, M.D.

Page 110

1 would have provided a safer alternative.
2     A.    Well, in our practice, we are
3 basically using the retropubic devices.  We're
4 using the TVT type devices.
5     Q.    TVT devices manufactured by Ethicon?
6     A.    Ethicon, Boston Scientific.  You
7 know, depends on what the hospital is providing
8 us.
9     Q.    So when you say "safer alternative,"
10 you mean retropubic TVT devices?
11     A.    Yeah, that's the --
12         MS. THOMPSON:  Object to form.
13         THE WITNESS:  Those are the safer
14     things.
15         MR. OTTAWAY:  You have to let her
16     get her objection out, Doctor.
17         Do you have an objection,
18     counsel?
19         MS. THOMPSON:  Object.  Yeah, I
20     object to form.
21         MR. OTTAWAY:  Thank you.
22 BY MR. OTTAWAY:
23     Q.    You may answer, Doctor.  I'm sorry.
24 If you can remember the question?

Page 111

1     A.    Yeah.  So we have -- we have moved
2 to the more retropubic slings.
3     Q.    Okay.
4     A.    And we don't have TVT-Os on the
5 shelf.
6     Q.    Okay.  And those include TVT devices
7 made by Ethicon?
8     A.    TVT devices by -- made by Ethicon.
9     Q.    Okay.  And when you say "safer
10 alternative," that's what you mean?
11         MS. THOMPSON:  Object to form.
12         THE WITNESS:  That's what we are
13     using now.
14 BY MR. OTTAWAY:
15     Q.    Okay.  Well, no.  I'm asking you if
16 that is the safer alternative you're referencing
17 at page 26 of your report?
18     A.    Yes.  We are avoiding transobturator
19 space and going to retropubic in appropriate
20 patients.
21     Q.    Okay.  Is there medical literature,
22 Doctor, of what you're aware in peer-reviewed
23 journals which suggests that TVT devices and
24 TVT-O devices are equivalent --

Page 112

1         MS. THOMPSON:  Object to form.
2 BY MR. OTTAWAY:
3     Q.    -- when it comes to safety and
4 efficacy?
5     A.    I'm aware of literature that say
6 they are not equivalent.
7     Q.    That wasn't my question again,
8 Doctor.
9         If you can answer my question.  I
10 appreciate your answer, but can you answer my
11 question?
12     A.    Yes, there is literature saying that
13 depending on the end point that they were looking
14 at, those end points are equivalent.
15     Q.    Okay.  Thank you.
16         I noticed here at the last page of
17 your report that you've already told us that
18 you've stopped using TVT-O; correct?
19     A.    Uh-huh.  True.
20     Q.    Are you aware of any academic center
21 currently using TVT-O?
22     A.    No, but that doesn't mean somebody
23 out there is not using it.
24     Q.    Have you made any effort to search

Page 113

1 and find out that information?
2     A.    The people I have talked to and the
3 people who are within my communication space are
4 not using it, but it doesn't mean somebody out
5 there is not.
6     Q.    Okay.  Even in an academic center?
7     A.    True.
8         MR. OTTAWAY:  How are we doing on
9     time, Mr. Videographer?
10         THE VIDEOGRAPHER:  Nine minutes
11     to go.
12         MR. OTTAWAY:  All right.  Good.
13     We'll finish out the nine minutes then.
14 BY MR. OTTAWAY:
15     Q.    You have reviewed the IFU for TVT-O,
16 Doctor?
17     A.    Yes, I did.
18     Q.    When you were performing TVT-O
19 surgeries, had you reviewed it prior to doing
20 them?
21     A.    Yes.
22     Q.    Did you also conduct your own review
23 of literature to determine how other people were
24 doing with the TVT-O or TOT device?

S. Abbas Shobeiri, M.D.

Page 114

1    A.   I believe when we started using
2  either of them, you know, we reviewed the
3  available literature and we read the IFU.
4    Q.   And that's why you say you practice
5  evidence-based medicine; correct?  Because that's
6  something you do, review the literature before
7  you start using a product?
8          MS. THOMPSON:  Object to form.
9          THE WITNESS:  We review the
10     literature and read the IFU before we use
11     the product.
12  BY MR. OTTAWAY:
13    Q.   But you don't do one to the
14  exclusion of the other; correct?
15    A.   True.
16    Q.   And you would expect other doctors
17  sharing your specialty to do the same.  True?
18          MS. THOMPSON:  Object to form.
19          THE WITNESS:  True.
20  BY MR. OTTAWAY:
21    Q.   Now, you talk about adverse
22  reactions that are listed in the IFU.
23    A.   What page?
24    Q.   I'm not trying to fool you here,

Page 115

1  Doctor.  It's page 24 of your report if you want
2  to go to it.
3    A.   Okay.
4    Q.   What adverse reactions are listed in
5  the IFU?
6    A.   So you want me to pull out the IFU?
7    Q.   You're free to refer to it, Doctor.
8  If you can't tell me without referring to it, of
9  course you can.
10    A.   Okay.  (Reviewing document).
11          So we have the warning and
12  precautions and the adverse reactions section.
13  What's your question about it?
14    Q.   For example, is nerve pain
15  mentioned?
16    A.   Yes.
17    Q.   We discussed scarring previously.
18          As a physician, did you know
19  scarring was a potential?
20    A.   Yes.
21    Q.   Did you know inflammatory or foreign
22  body reaction was a potential?
23    A.   With the TVT-O insertion?
24    Q.   Yes.

Page 116

1    A.   Well, the IFU says transitory local
2  irritation and transitory foreign body response,
3  which is what you expect the body to do when it's
4  healing.  So I really think that Ethicon
5  minimized the extent of the problems that was
6  occurring in the body.
7    Q.   And were those problems noted in the
8  literature to which you've referred?
9    A.   So the question is?
10    Q.   Well, you've talked about the IFU,
11  and I know you disagree with the way it's worded.
12    A.   Uh-huh.
13    Q.   But regardless of how it's worded,
14  was that information available in the
15  peer-reviewed literature that you've referenced?
16          You've said you've looked at
17  peer-reviewed literature and the IFU.
18          MS. THOMPSON:  Object to form of
19     the question.
20          THE WITNESS:  In terms of TVT-O?
21  BY MR. OTTAWAY:
22    Q.   Yes.
23          MS. THOMPSON:  I'm sorry.  And
24     misstates his previous testimony.

Page 117

1  BY MR. OTTAWAY:
2    Q.   She has to get it all out, Doctor,
3  and she's entitled to.
4    A.   Yeah, in terms of the TVT-O being a
5  new device, we went with the literature and IFU.
6    Q.   Okay.  Now, you talk about some of
7  the adverse reactions on page 25 of your report?
8    A.   Sure.
9    Q.   Chronic pain.  Is there a difference
10  between chronic pain and chronic pain syndromes?
11    A.   Yes.
12    Q.   Okay.  Tell me the difference.
13    A.   Chronic pain is -- can be localized.
14  Chronic pain syndrome can be a constellation of
15  different systems.
16    Q.   And which are you referring to here
17  when you say "adverse reactions"?
18    A.   Could be both.
19    Q.   Okay.  So it could be both.
20          And are both noted and contained in
21  the peer-reviewed literature?  Supported by the
22  peer-reviewed literature?
23    A.   In terms of?
24    Q.   TVT-O.

S. Abbas Shobeiri, M.D.

Page 118

1    A.   TVT-O?  Well, this comes from the
2   IFU.
3        Q.   Okay.  How about chronic
4   inflammation of tissue surrounding mesh?
5        A.   What about it?
6        Q.   Is -- are you able to find that in
7   the peer-reviewed literature?
8        A.   Yes.
9        Q.   Scar plate formation, scar banding,
10  contraction of mesh arms.  Are you able to find
11  that in the peer-reviewed literature?
12       A.   Yes.
13       Q.   Erosion of mesh and bladder into the
14  bladder and recurrent exposure of mesh in the
15  vagina.  Are you able to find that in the
16  literature?
17       A.   Yes.
18       Q.   By the way, are you able to find
19  references to that with reference to just TVT
20  meshes in the literature?
21       A.   Which one?
22       Q.   The four we just mentioned.
23       A.   The mesh in the bladder?
24       Q.   Yes.

Page 119

1        A.   Yes.  Yeah.
2        Q.   So those four would be applicable to
3   TVT-O and TVT; correct?
4        A.   TVT-O.  This is all about TVT-O.
5        Q.   My question is, though:  Are those
6   same things noted in the literature for TVT mesh?
7        A.   I have to look at the IFU.
8        Q.   Okay.  We are about run out of tape,
9   Doctor.  So we'll let the videographer take a
10  break and you can take a break and we'll come
11  back --
12       A.   Okay.
13       Q.   -- for our last session?
14       A.   Great.
15       Q.   Fair enough?
16            THE VIDEOGRAPHER:  Time now is
17       12:50.  We are going off the record.
18            (Recess - 12:50 p.m. - 1:01 p.m.)
19            THE VIDEOGRAPHER:  The time now
20       is 1:01.  We are back on the record.
21  BY MR. OTTAWAY:
22       Q.   Are you ready to go again, Doctor?
23       A.   Yes, sir.
24       Q.   All right.  If you'll look at -- we

Page 120

1   were on page 25.  If you'll flip over to page 26,
2   first paragraph, and then we'll come back to 25
3   because I wanted to get at this.
4        A.   Sure.
5        Q.   You reference in that paragraph:
6             "Information known to Ethicon from
7   internal documents."
8             Do you see that?
9        A.   First paragraph?
10       Q.   Page 26.
11       A.   (Reading document).
12       Q.   Fourth sentence.
13       A.   Oh, we're talking about the
14  reference 26 or --
15       A.   Yes.  Yes.
16       A.   Okay.  So what's the question?
17       Q.   Okay.  I want to know if this
18  information known to Ethicon from internal
19  documents is contained within the same documents
20  that we showed you before in Exhibit 2 or if
21  you're referring to something else there.
22       A.   Cannot find the sentence you're
23  talking.  Let me just see.
24       Q.   Starts with "These" in sentence or

Page 121

1   line 3.
2        A.   Page 26; right?
3        Q.   Page 26, line 3.  Starting -- the
4   sentence starting "These."  You'll notice
5   something --
6        A.   "These statements are misleading and
7   inaccurate"; right?  "Based on the information."
8        Q.   Right.  That's what I'm asking.
9             "Information known to Ethicon from
10  internal documents."
11            Do you see that?
12       A.   Yes.
13       Q.   And are those internal documents the
14  same ones we referred to earlier, or are you
15  referring to other documents?
16       A.   No, we are -- I'm -- I'm referring
17  to the documents that we have here in one of the
18  exhibits.
19       Q.   Exhibit 2, I believe.
20       A.   Exhibit 2 and also the references
21  26.
22       Q.   Right.  To the literature.
23       A.   Yes.
24       Q.   The only internal documents you're

S. Abbas Shobeiri, M.D.

Page 122

1 referring to are the ones we've previously talked
2 about?
3     A.   Yes.
4     Q.   All right.  Good.  I'm sorry.  I got
5 diverted there.
6     A.   No, no.  I think we're one sentence
7 off for some reason.
8     Q.   No problem.
9         Doctor, back on page 25 now.
10    A.   Yes.
11    Q.   We were discussing -- one, two,
12 three, four -- five bullet points down.  We were
13 on the fifth bullet point.
14    A.   Yes.
15    Q.   And as I understand your testimony,
16 these are the kinds of adverse reactions, in
17 quotes, that you can find in TVT-O, but they also
18 can be found in other forms of mesh.
19    A.   True.
20    Q.   Okay.  I'm sorry.  I don't know what
21 pudendal means, if I've even said that right.
22        So can you tell me, educate me in
23 that regard?
24    A.   Sure.  Pudendal nerve is one of the

Page 123

1 nerves that supplies the clitoris, labia,
2 perineal body, anus.
3     Q.   Okay.
4     A.   So that's...
5     Q.   When you say "pudendal neuralgia or
6 other neuropathies," is that something that's
7 also a potential with any form of mesh?
8     A.   We are talking in terms of TVT-O.
9     Q.   Okay.  I know -- I know that.  Your
10 report is about TVT-O.
11        I'm asking you if it also is an
12 adverse reaction associated with other forms of
13 mesh.
14    A.   It can be associated with the other
15 type of vaginal mesh kits, depending on how they
16 placed -- how they are placed and what space
17 they're utilizing.
18    Q.   Okay.
19    A.   So some of the mesh kits, they go to
20 sacrospinous ligament, which is higher point in
21 the nerve versus a transobturator area would be
22 the lower point for some of the ranges.
23    Q.   Nerve damage or nerve entrapment,
24 scarification, and fibrotic bridging.  Is that

Page 124

1 something that's a potential in any surgery?
2     A.   Vaginal surgery you mean?
3     Q.   Yes.
4     A.   Well, the problem is that with the
5 TVT-O type device, you are utilizing space that
6 has the nerve in it.  So that's the space that we
7 normally don't go into.  So this kind of nerve
8 damage or neuropathy are not the kind of things
9 that you would see with the normal vaginal
10 surgery.
11        A lot of times when we tell our
12 patients that they may have nerve problem when we
13 are doing vaginal surgery for them, we are -- we
14 may be talking about foot drop, leg drop because
15 of the malposition of the leg, not really the
16 nerve issues in the obturator canal or such.  Not
17 that with vaginal surgery they cannot happen,
18 they're just very infrequent.
19    Q.   Okay.  So as I understand it, the
20 TVT-O is unique in the regard that it goes
21 through this obturator space; correct?  The TVT-O
22 or TOTs?
23    A.   The devices that utilize that space.
24    Q.   Okay.  When you say "nerve damage or

Page 125

1 nerve entrapment," you're trying to limit that to
2 the obturator space?
3     A.   As it pertains to the TVT-O.
4     Q.   But nerve damage and nerve
5 entrapment or scarification is common to all
6 surgery and all vaginal surgery, except just not
7 in that area; is that right?
8        MS. THOMPSON:  Object to scope.
9 Object to form.
10        THE WITNESS:  If you're operating
11 close to the nerves, you can have nerve
12 entrapment problems, just at the nerves
13 that travel in that area.  They are not
14 really inside the vagina.
15 BY MR. OTTAWAY:
16    Q.   Okay.  The next one, pain with sex
17 or sexual impairment.  Is that a potential for
18 any vaginal surgery?
19        MS. THOMPSON:  Object to form.
20        THE WITNESS:  The vaginal
21 surgeries who could cause dyspareunia and
22 sexual impairment a lot of times may be
23 associated with narrowing of the vagina or
24 inflammation in the space, and so they

S. Abbas Shobeiri, M.D.

Page 126

1  could cause pain and discomfort maybe in a
2  different region.
3  BY MR. OTTAWAY:
4  Q.  Okay.  Is there something unique
5  about TVT-O or TOT devices as it regards
6  dyspareunia or sexual impairment?
7  A.  Well, we are talking about the
8  TVT-O, and what we talked about earlier was the
9  fact that the TVT-O and the TOT type devices do
10  curl up, you know, and then you asked me like
11  what other complaints are making them.
12  So that from the -- the sling is
13  going from one issue of PV grain white to the
14  other issue of PV grain white.  So...
15  Q.  Okay.  I want to make sure I
16  understand this.
17  So is there -- because you
18  mentioned -- we're going to talk about deformed
19  curl rope, degraded, fragmented in your next
20  opinion.
21  A.  Yeah, they sort of run into each
22  other.
23  Q.  Yeah.  I'm now referring to the
24  bullet point above it.

Page 127

1  A.  Yeah.
2  Q.  Dyspareunia and sexual impairment.
3  And my question is:  Does that -- is that a
4  potential for all vaginal surgeries?
5  A.  Yeah, but then you put TVT and TVT-O
6  together.
7  Q.  Okay.  And that is what you
8  reference in the next bullet point is you're
9  telling me because, in your opinion, the TVT-O or
10  TOT devices tend to curl, rope, degrade based on
11  your ultrasound examinations?
12  A.  Yeah, but that's goes hand in hand
13  with dyspareunia as well.  Because -- because
14  they're going from one side to the other, they
15  sort of cause this bridge as well.
16  Q.  Okay.
17  A.  That can.  So they behave
18  differently from TV -- from TVT type devices.
19  Q.  Okay.  So in that one there's, in
20  your mind, some difference between the TVT-O or
21  TOT devices and standard TVT matter?
22  A.  Well, they're anatomically in
23  different spaces.
24  Q.  Okay.  Next bullet point.

Page 128

1  Encapsulation of mesh.
2  A.  Yes.
3  Q.  Okay.  Is that unique to TVT-O or
4  TOT devices?
5  A.  No, it's all the mesh.
6  Q.  Okay.  Vaginal shortening or
7  tightening stenosis.  Is that unique to TVT-O or
8  TOT devices, or is that something that occurs
9  with vaginal surgeries or other meshes?
10  A.  Yeah.  If the -- any vaginal surgery
11  could cause a stenosis and tightening and
12  shortening, but this is different type of, again,
13  problem with that bridging that we talked about.
14  Q.  Okay.  What is it that causes a
15  different type of vaginal shortening, tightening
16  or stenosis?
17  A.  So with the stenosis, we are talking
18  about the sling bridge, so to speak, that can be
19  -- can cause issue in term of tightening that
20  space versus if you're talking about a general
21  vaginal surgery for something else.
22  Q.  Okay.  So would this be unique to
23  TVT-O or TOT devices, or would it be something
24  present with all mesh devices?  Potential of all

Page 129

1  mesh devices?
2  A.  We are -- here we are talking about
3  TVT-O --
4  Q.  Okay.
5  A.  -- on this sentence.
6  Q.  Infection.  Is that unique to TVT-O
7  or TOT devices or something you can see with all
8  mesh?
9  A.  Well, when things settle down, you
10  know, you -- bladder infection can be one of the
11  more frequent problems that you can have with
12  TVT-Os.
13  And so can we see with the other
14  type of mesh as well?  You can see it with the
15  other type of mesh as well, but it can be a
16  different type of problem.
17  Q.  And different in frequency,
18  duration, severity?
19  A.  So the -- so if you talk about mesh
20  that's, for example, under the bladder and is
21  coming through or working its way through, you
22  know, you would have vaginal discharge and that
23  type abnormal vaginal discharge would predispose
24  you to -- to bladder infection.

S. Abbas Shobeiri, M.D.

Page 130

1    But at the same time, depending on
2  how, whether it's a TVT or a mesh that is device
3  inserted, you know, if there is any obstruction
4  to the -- to the bladder also, you can get UTI.
5  So they can melt into each other.
6    Q.   Okay.  What I'm hearing you saying
7  is infection -- bladder infections can be present
8  with all forms of mesh in addition to TVT-O.
9       Is that a correct statement?  Is my
10 statement correct?
11   A.   Well, theoretically, you should not
12 have it as much with mesh --
13   Q.   Okay.
14   A.   -- itself but more with the TVT-O.
15   Q.   Okay.  So that's a question of
16 frequency, I guess?
17   A.   Uh-huh.  True.
18   Q.   Both can do it, but in your
19 judgment, TVT-O or TOT devices do it more often?
20   A.   Repeat that question.  Sorry about
21 that.  Do you want to?
22   Q.   Well, yeah, it's all right.
23   A.   Just make sure.
24   Q.   I want to make sure we communicate

Page 131

1  so that you know that when you've answered my
2  question, you've answered it with your opinion.
3  Fair enough?
4    A.   Well, I just want to make sure you
5  understand what I said.
6    Q.   Yes.  Yeah.  What I'm understanding
7  you to say is:  Infection can result from any
8  mesh.  Vaginal infection can result from any
9  mesh.
10   A.   Uh-huh.
11   Q.   But in your opinion, urinary tract
12 infections or bladder infections would be more
13 common with TVT-O than with TVT mesh?
14   A.   Yeah.  The thing is that their
15 mechanisms can be different, too.
16   Q.   Okay.  And that's --
17   A.   That's what I was trying to stress.
18   Q.   Yeah.  Tell me about how their
19 mechanisms can be different.
20   A.   Well, what I was saying is that with
21 the vaginal meshes that are placed, you know, if
22 they're coming through and they're causing
23 vaginal discharge, that would be the contributing
24 factor.  And that's true for TVT-O as well, but

Page 132

1  with the TVT-Os, if they're roping and rolling
2  and they're a tube type and they're causing
3  outflow problems to the bladder, they can also
4  contribute to the bladder infection.
5    Q.   Okay.  And this roping and rolling
6  you're discussing, is that, in your opinion,
7  unique to TVT-O or TOT devices?
8    A.   They are more often seen in those
9  conditions.
10   Q.   Okay.  So not unique but more
11 frequent.  Fair?
12   A.   The -- so we are talking about the
13 roping and curling of the tissue?
14   Q.   Yes.
15   A.   Yeah.  I mean, just because of the
16 anatomy going from side to side, you see that.
17   Q.   More frequently?  I mean, it's a
18 question of frequency?  Not that it doesn't rope
19 or roll in other meshes, it's just more frequent
20 in?
21   A.   Well, that's the condition that we
22 have seen it in.
23   Q.   Okay.
24   A.   So...

Page 133

1    Q.   I'm still not sure I got the answer
2  there.
3       Do you see roping and rolling in
4  other forms of mesh other than TVT-O and TOT?
5    A.   That's where we have seen it.  You
6  know, I mean, if somebody puts a TVT and they are
7  placed in a very tight manner, you know, I guess
8  they could do that, but we don't see that as
9  frequently versus with the TOT and TVT-O we do
10 see that.
11   Q.   So it is a question of frequency.
12 That's what I'm trying to get at.
13   A.   Yeah.
14   Q.   Okay.  De novo urinary symptoms.  Is
15 that something unique to TVT-O or TOT devices or
16 something that is present in as a potential in
17 vaginal surgery or mesh surgeries in general?
18   A.   De novo urinary symptoms could be
19 associated with both TVT-O and TVT type slings.
20   Q.   Okay.  Hyspareunia.  What do you
21 mean by hyspareunia, in quotes?
22   A.   Again, because of the anatomy and
23 the way that the sling would travel causing that
24 bridge or scarring.  As male tries to enter and

S. Abbas Shobeiri, M.D.

Page 134

1  have intercourse, they have pain.
2      Q.   And is that something unique to
3  TVT-O or TOT devices or can that be present with
4  any TVT or mesh device?
5      A.   The location would be different,
6  depending on where you have the problem.
7      Q.   Okay.  Other than location?
8      A.   So the presentation would be
9  different for TVT-O device versus something that
10 is placed deeper.
11     Q.   Okay.  Explain that to me, if you
12 will.  I want to understand.
13     A.   So if you have a mesh under the
14 bladder or over the rectum and it's working
15 through, so the male can enter, but they would go
16 halfway in, and they feel the mesh then and that
17 would hurt them versus with the TVT-O is very
18 much, you know, closer to the outside.  So they
19 would feel it.  They cannot get very far.
20     Q.   Okay.  So it would be a question of
21 location within the vagina then?
22     A.   Yes.
23     Q.   Thank you.  I think I understand.
24         Is there any difference in the

Page 135

1  chemical composition of the polypropylene used in
2  TVT-O and TVT mesh made by Ethicon that you're
3  aware of?
4          MS. THOMPSON:  Object to form.
5  The TVT-O compared to TVT or TVT-O and TVT
6  compared to other mesh?
7          MR. OTTAWAY:  I actually asked
8  the question TVT-O and TVT manufactured by
9  Ethicon, I believe.
10         THE WITNESS:  So comparing TVT-O
11 to --
12         MS. THOMPSON:  Object to the form
13 of the question.
14         THE WITNESS:  -- TVT?  They're
15 both polypropylene.
16 BY MR. OTTAWAY:
17     Q.   Okay.  Are you aware of any
18 differences in the chemical makeup of the two?
19     A.   I think they are both polypropylene.
20     Q.   Okay.  And do you hold yourself out
21 as an expert in biomaterials?
22     A.   I know as much as it pertains to my
23 work.
24     Q.   Again, that wasn't my question.

Page 136

1          I asked you:  Do you hold yourself
2  out as an expert in biomaterials?
3      A.   I'm not a biomaterial engineer.
4      Q.   All right.  Doctor, I'd like to ask
5  you a question.  If you want to refer to page 27,
6  but it's referred to in several pages in your
7  report.
8          What is your definition of a
9  "community doctor"?
10     A.   A community doctor?  Where do I --
11 ah, I see here.
12         Community doctors are physicians who
13 are working in the community.  Probably
14 physicians in nonacademic centers.
15     Q.   And would they be gynecologists,
16 urogynecologists?
17     A.   Or -- or physicians in a non- --
18 non-tertiary type health centers.
19     Q.   Would they be doctors who had access
20 to the same reference material that you refer to
21 in your Exhibit B to your report?
22     A.   They would have access to it, but
23 remember, for me I'm always reading articles
24 continuously where those physicians may have

Page 137

1  certain societies they belong to or they would --
2  they may read one or the other journal.
3      Q.   They can be doctors who are
4  specializing in your specialty?  Members of the
5  same societies you're members of?
6      A.   So are there community physicians
7  who are urogynecologists?  There are community
8  urogynecologists as well.
9      Q.   Now, the reason I ask that is
10 because if you'll go to page 22?
11     A.   Uh-huh.
12     Q.   The second sentence on that page.
13 That phrase "doctors in the community."  Not
14 community doctors, but "Doctors in the
15 community --
16     A.   Uh-huh.
17     Q.   -- are often unaware of the risks of
18 mesh."
19         You see that sentence?
20     A.   I see that.
21     Q.   Are you aware of any study that
22 supports that opinion?  It's not referenced to
23 anything.
24     A.   Well, I think we draw that from our

S. Abbas Shobeiri, M.D.

Page 138

1  studies where we were in Oklahoma at a tertiary
2  care center, and we did a study where we saw 75
3  percent of patients who came to us with mesh
4  complications with the sling complications.
5      They -- when we asked them who
6  referred you to us, they said, you know, we -- I
7  came here based on the referral from a friend or
8  the church. And when we talked to the
9  physicians, they were like OB-GYNs, know this was
10  a problem. So it's actually documented in the
11  literature how -- how these mesh complications
12  may be seen, but most often they are told that
13  maybe just give the patient estrogen and it would
14  go away and it would end.
15      Q.   Is estrogen an accepted form of
16  therapy for some mesh complications?
17      A.   You know, to the -- this type of
18  mesh complications pertaining to TVT-O and such
19  was something that I think crept up on the
20  community, and a lot of times neither the
21  community physicians nor us knew how to deal with
22  them.
23      I mean, they came about and we were
24  looking at ways to take care of the mesh problem,

Page 139

1  take care of the sling erosion problem
2  nonsurgically. We did try estrogen and you may
3  find references in the literature that it was
4  advocated at one point, but it really fell out of
5  favor because it just didn't work.
6      Q.   Okay. There was an FDA paper you
7  reference in your report issued in 2008.
8      A.   Okay.
9      Q.   Are you aware of that?
10      A.   Yes.
11      Q.   Did that FDA paper warn of the risks
12  associated with mesh implantation?
13      A.   Okay.
14      Q.   Did it?
15      A.   So what's the question?
16      Q.   My question is: Did the FDA 2008
17  paper address the issue of --
18      A.   Yeah, that was the FDA warning,
19  warning of.
20      Q.   -- risks of mesh?
21      A.   They were -- they were alerting the
22  community of -- of complications associated with
23  the mesh and the sling that they were seeing.
24      Q.   Okay. And did that go to doctors in

Page 140

1  the community?
2      A.   It was pretty much a media blast.
3  So whoever followed that probably learned about
4  it quickly.
5      Q.   And so your statement,
6  "Unfortunately, doctors in the community are
7  often not aware of the risks of mesh" would
8  predate 2008?
9      MS. THOMPSON: Object to form.
10      THE WITNESS: Well, the study
11      that we did was after that time. So
12      doesn't seem like that filtrated into the
13      community.
14  BY MR. OTTAWAY:
15      Q.   And did you try to in your study --
16  and please refer me to the study you're
17  referencing if it's in your materials there.
18      A.   Sure.
19      Q.   I'd like to know which study it is.
20      A.   Uh-huh. It's the -- in the Oklahoma
21  Medical Journal. I don't know what year it was,
22  whether it's 2012 or '13. So...
23      Q.   Okay. Did you make an effort in
24  that study to determine whether this statement

Page 141

1  "Doctors in the community are not aware of the
2  risks of mesh" was post or pre-2008, the
3  implantation?
4      A.   The study was done in 2012, '13,
5  whenever it was published. So, I mean, you can
6  draw a conclusion. If the warning came in 2008
7  and the study is published a few years later
8  whether the physicians really got the message or
9  not. I think that the -- you know, they -- they
10  didn't refer us the patients and it doesn't seem
11  like they were aware of the mesh problems that
12  was going on. Whether -- yeah, go ahead.
13      Q.   No, go ahead. Finish your answer,
14  please.
15      A.   So the study basically said about 75
16  percent of people were self-referred but not
17  referred by the surgeon who did their surgery.
18      Q.   And it's from that study you
19  determined that "Doctors in the community are
20  often not aware of the risks of mesh"?
21      A.   That's -- that's the -- that's what
22  we have observed.
23      Q.   And did that study -- and again, you
24  know, I know the study you're referencing on that

S. Abbas Shobeiri, M.D.

Page 142

1  one.
2       A.   Uh-huh.
3       Q.   Did that make any effort to
4  determine whether the mesh was implanted pre or
5  post the FDA 2008 advisory?
6       A.   I see what you're asking.
7            So these are the patients who -- I
8  mean, they could have had their mesh implanted
9  before that as well.  We didn't look at the exact
10  date of implantation.
11      Q.   Okay.  Now, the last point I want to
12  discuss with you -- because we're running out of
13  time, and I want to take one very brief break for
14  about 10 minutes left to make sure I got
15  everything but -- is your opinion that TVT-O or
16  TOT devices are more difficult to remove than
17  other forms of TVT mesh.
18           Tell me about your opinion in that
19  regard.
20      A.   So it, again, goes to the matter of
21  the space utilized to put those slings in.  So if
22  we had a TVT mesh, if you want to remove the
23  whole thing, you could go retropubically,
24  transvaginally and you could be pretty sure that

Page 143

1  you could remove 100 percent of it.
2            With the transobturator tape or the
3  TVT-O, as we discussed, your arm of the sling
4  goes lateral and behind the bone and disappears.
5            So most skilled surgeons -- again,
6  has been a learning cycle for a lot of people who
7  were not used to this area -- that's as far as
8  they can go.  So there is inevitably some mesh
9  left in a patient where they can come back and
10  say, I still have a problem there.
11      Q.   Okay.  How about in your experience,
12  are you able to access and remove that mesh?
13      A.   I -- I try to remove as much as I
14  can, but I -- because you get into such a
15  difficult space, most often that's where we will
16  stop.  You know, because then the idea of having
17  to go through the groin to approach that space
18  is -- it's very challenging as well.
19      Q.   Now, having removed the mesh other
20  than the mesh you've just described, what
21  consequences would result from leaving just that
22  portion of the mesh in?
23      A.   Well, the patient is coming to you
24  for pain, mesh complications problems, especially

Page 144

1  if it's pain issue, groin pain issue, leg pain
2  that is radiating from the obturator territory.
3  You know, the -- if that was really the thing
4  that I was worried about, then, you know, I would
5  probably sit with the patient and tell them if
6  that's the issue, then I would have to make that
7  groin incision and approach it that way to make
8  sure we get everything.  But it's -- it's one of
9  those things that adds time to the surgery.
10      Q.   So in your case, you can get it.  It
11  just adds a little more time to the surgery?
12      A.   Not a little time --
13           MS. THOMPSON:  Object to the
14      form.
15   BY MR. OTTAWAY:
16      Q.   That's fine.  She got her right to
17  object.
18      A.   No.  It probably takes about an hour
19  on each side.
20      Q.   Okay.  It adds an hour more?
21      A.   On each side.
22      Q.   Per side?
23      A.   Yeah.
24      Q.   Anything else?

Page 145

1      A.   To remove that mesh?
2      Q.   Yes.
3      A.   Well, you may be left with the
4  consequences that despite you doing all that
5  surgery, the nerve is still scarred and the pain
6  wouldn't go away.
7      Q.   Have you done a study, Doctor, to
8  determine the percentage of patients or can you
9  refer to one in the literature that you rely upon
10  today --
11      A.   Uh-huh.
12      Q.   -- that discusses the percentage of
13  patients who will have that residual mesh or
14  suffer a consequence from it?
15           MS. THOMPSON:  Object to form.
16           THE WITNESS:  Pardon me?
17           MS. THOMPSON:  Object to form of
18      that question.
19           THE WITNESS:  Yeah.
20           MS. THOMPSON:  It's compound.
21           THE WITNESS:  Yeah, there are
22  studies -- again if you want me to name it,
23  I have to look at the whole article and
24  find it for you.  But there are studies

S. Abbas Shobeiri, M.D.

Page 146

1   showing that most people who are taken to
2   the operating room for removal of mesh are
3   taken to the operating room more than one
4   time for that mesh removal.
5   BY MR. OTTAWAY:
6       Q.   Okay.  And does that apply to mesh
7   in general or TVT-O or TOT devices in specific?
8       A.   The literature is mixed about that.
9   They put them together, but they're utilizing the
10  same space.
11      Q.   Okay.  But, again, my question was:
12  I want to know if you have or cite to anything
13  that shows us the number of people who will
14  continue to have difficulties if the mesh you've
15  just talked about --
16      A.   Uh-huh.
17      Q.   -- that you have to get at through
18  the groin incision --
19      A.   Uh-huh.
20      Q.   -- remains in place.
21      A.   Yeah.  So -- so the -- our
22  experience is that if the patient comes with
23  groin pain, pain going inside their thigh, etc.,
24  their management is different with somebody whose

Page 147

1   mesh is eroding through.  Where if they're
2   eroding through, we go as far as we can and we
3   remove it versus if they have that thigh pain, we
4   truly try to remove all the mesh that there is.
5   Because in our experience, they would come back
6   and they would have the pain.
7       Q.   Okay.  And having removed all of the
8   mesh there is, what is your experience with the
9   relief of symptoms relating to groin or thigh
10  pain?
11      A.   Really mixed because as I said, the
12  nerve can be scarred and there's no way to free
13  it up, but we owe it to the patient who -- who
14  may be facing a life of chronic pain forever to
15  do the best we can to relieve them of pain.
16      Q.   Well, my question is:  Doctor,
17  having done the best you can, do you have some
18  kind of reference or can you point me to
19  something that tells me what percentage of
20  patients will have their pain relieved and which
21  percentage won't?
22      A.   It's my personal experience, my
23  professional opinion that -- that when I take
24  them to the OR and I remove the mesh, we cannot

Page 148

1   predict whose pain goes away and more likely than
2   not their pain may not go away because of the
3   scarring in that area.
4       Q.   Okay.  So I want to -- I want to
5   understand what you're telling me here.
6           Are you telling me that more than 50
7   percent of the time their pain will not go away?
8           You take them to surgery, you do
9   everything you've just described, and it doesn't
10  help a bit.
11          MS. THOMPSON:  Object to form.
12          THE WITNESS:  True.
13  BY MR. OTTAWAY:
14      Q.   Okay.  And have you published those
15  results or have others published results that are
16  consistent with that?
17      A.   I have to look.  I recall having
18  seen things in the literature, but I have to
19  search for it.
20      Q.   Okay.  You can't just tell me that
21  it's in your reliance materials in B?
22      A.   I generally use a computer program
23  to look these things up.  That's why looking at
24  this for me is difficult for me.

Page 149

1       Q.   I --
2       A.   This is not the form I created.  So,
3   but I can in terms of, you know, in terms of an
4   add to me, I think there was -- I mean, if you
5   really want names, if you go to like TO on
6   page -- let's see.
7           So that's on page 74 of clinical
8   literature reference list where they had a
9   randomized trial of TVT versus TVT-O, and they --
10  they prematurely aborted this study because they
11  had like 26 percent pain problem.
12          And then the -- if you want names,
13  Spinosa.  Let me just see.
14      Q.   I want to make sure we're talking
15  about the same thing.
16          I'm talking about people who have
17  had a patient come in --
18      A.   Uh-huh.
19      Q.   -- that have had a TVT-O or device
20  that has gone through the obturator space.
21      A.   Uh-huh.
22      Q.   And the surgeon has gone and removed
23  that device.
24          As I recall, your opinion was that

S. Abbas Shobeiri, M.D.

Page 150

1 more than half of those patients will continue to
2 have pain, and I want to make sure those studies
3 address that.
4     A.   I think --
5     Q.   Or is that just your experience?
6     A.   No.  I think people like me that
7 have wide disparate understanding and
8 professional experience, not only me.
9          I think if you look at Rogo-Gupta
10 Raaz's paper on page 64, that would -- that would
11 point you to that direction and that opinion.
12     Q.   Okay.  Anything else?  Anybody else
13 that you want to reference that comes to mind as
14 you look through your Exhibit B?
15     A.   I think to reinforce the anatomical
16 reliability of the course of physics, if you look
17 at the Spinosa, that would be a good one.  That
18 would show you that how variable the course of
19 these TVT-O tapes are.  And that would be on page
20 -- where is Spinosa?  Page 71.  That would be a
21 good one.
22          The -- whatever else?  Yep, that's a
23 good one, too.  So also if you look on page 33,
24 Hinoul, H-i-n-o-u-l, talks about the anatomical

Page 151

1 variability and the trajectory of the TVT devices
2 and how they're going into the spaces they
3 shouldn't.
4          So that supports really what we are
5 saying in terms of being in a space where there
6 are nerves and entrapment of the nerve, and
7 scarring and pain that comes with it.
8     Q.   Okay.  Thank you, Doctor.
9          Take a brief break here and we'll be
10 done in nine minutes.
11          THE VIDEOGRAPHER:  Time now is --
12          MS. THOMPSON:  I have -- do you
13 need a break for the tape?  I don't have
14 very long if we want to go ahead and go
15 through.
16          MS. FISCHER:  We're not finished.
17 We're taking a --
18          MR. OTTAWAY:  No.  You can -- as
19 far as I'm concerned --
20          MS. THOMPSON:  Oh, okay.
21          MR. OTTAWAY:  -- she can ask and
22 I'll follow up, I mean, for nine minutes.
23          MS. THOMPSON:  Okay.  You have
24 nine minutes left?

Page 152

1          MR. OTTAWAY:  Roughly yes.
2          MS. THOMPSON:  Okay.  We'll take
3 a break and you can come back and do your
4 nine minutes.  And then I have some
5 redirect.
6          THE VIDEOGRAPHER:  We are going
7 off the record at 1:41.
8          (Recess - 1:41 p.m. - 1:49 p.m.)
9          THE VIDEOGRAPHER:  Time now is
10 1:49.  We are back on the record.  This is
11 the beginning of disk No. 3.
12 BY MR. OTTAWAY:
13     Q.   Doctor, you've referenced several
14 times pain associated with TVT-O and TOT devices.
15          And when you referenced that pain,
16 are you specifically referring to leg and groin
17 issues?
18     A.   Patients generally start with leg
19 and groin pain.  That is supposedly can be
20 transient and then -- but it stays then become
21 chronic.  Like any other type of pain, it can --
22 can become systematic, become chronic pain
23 syndrome.
24     Q.   But outside the chronic pain

Page 153

1 syndrome area, we're talking about leg and groin
2 specifically?
3     A.   Well, they present in very -- many
4 different variations which go back to question
5 you had, how do you differentiate between
6 different pains?  Because you -- if you're lucky,
7 you get them if they just have that pain, but if
8 it has expanded and it includes more systems,
9 then you have to sift through it and see what
10 comes from where.
11     Q.   Doctor, you referenced an FDA 2011
12 bulletin in your report.
13          That bulletin doesn't apply to
14 mid-urethral slings used for stress urinary
15 incontinence, does it?
16          MS. THOMPSON:  Object to form.
17          THE WITNESS:  What's the
18 question?
19 BY MR. OTTAWAY:
20     Q.   The report you referenced, the FDA
21 report at 2011 --
22     A.   Uh-huh.
23     Q.   -- doesn't refer to mid-urethral
24 slings, does it?

S. Abbas Shobeiri, M.D.

Page 154

1    MS. THOMPSON:  Object to form.
2    THE WITNESS:  I have to look at
3 it.  I -- you know, they have had a few
4 warnings.
5 BY MR. OTTAWAY:
6    Q.   Okay.  You're just not aware without
7 looking at it?
8    A.   I know the 2008 one did.
9    Q.   Right.
10   A.   And they put them together and I
11 know the more recent one that they had didn't,
12 but I'm not quite sure whether it was 2008 or '9.
13   Q.   Okay.  You talked about patient
14 anatomy, Doctor.
15        Isn't patient anatomy always an
16 issue when you're doing surgery?
17   A.   Patient anatomy.  I think I was
18 talking about the anatomical region of the
19 body --
20   Q.   Right.
21   A.   -- not the patient themselves.
22   Q.   But isn't patient anatomy something
23 you always consider before you do surgery?  It's
24 always a factor, isn't it?

Page 155

1    A.   Well, as surgeons, we are talking
2 about the anatomical regions of the body.  So
3 when you -- you want to be familiar with that
4 area when you do the surgeries.
5    Q.   You talked about TVT-O technique --
6    A.   Uh-huh.
7    Q.   -- being perhaps more difficult for
8 some people.
9        Are you --
10   A.   I'm not sure if I said it was more
11 difficult for some people.
12   Q.   Do you think it's more difficult?
13        MS. THOMPSON:  Object to the form
14 of that.
15        THE WITNESS:  To perform it?
16 BY MR. OTTAWAY:
17   Q.   Yes.
18   A.   Than what?
19   Q.   That was my going to be my question.
20 Than what?
21   A.   Oh, I see.
22        I think -- so you're --
23   Q.   Let me just ask it this way, Doctor.
24 I don't want you to struggle with it.

Page 156

1    Let's talk about non-mesh surgical
2 options for the treatment of stress urinary
3 incontinence, such as Burch procedure or other
4 things.
5        Would you consider those more
6 difficult or less difficult than the placement of
7 a TVT-O?
8    A.   Depends on the person.  I personally
9 can probably do Burches efficiently as TVT or
10 TVT-O.
11   Q.   Okay.  So to you, it's roughly the
12 same would you --
13   A.   Well, depends on your team and
14 depends who you're talking to.
15   Q.   Do you have a general idea about
16 which is more difficult?
17   A.   In terms of time, probably the Burch
18 would take more time.
19        MR. OTTAWAY:  All right.  That's
20 all I have right now.  I'll reserve
21 whatever time I have remaining.
22        EXAMINATION
23 BY MS. THOMPSON:
24   Q.   Okay.  I have a few questions for

Page 157

1 you, Dr. Shobeiri.
2    A.   Okay.
3        MR. OTTAWAY:  And I guess let
4 me -- I'm not certainly going to stop you
5 from asking your questions, Margaret, but
6 let me say for purposes of the record,
7 since this is the first one of these we've
8 done, I'm not sure what the protocol is and
9 so I would object to the questioning.  But
10 you are certainly free to ask it.
11        MS. THOMPSON:  Okay.  And I'll
12 tell you that we've never had any
13 restrictions on redirect questioning by --
14 by plaintiff's counsel.  So, but your
15 objection is on the record.
16 BY MS. THOMPSON:
17   Q.   Dr. Shobeiri, are all of the
18 opinions in your report supported by the
19 peer-reviewed medical literature?
20   A.   Yes.
21   Q.   And did you provide some examples of
22 that literature supporting your opinions in the
23 body of the report as footnotes?
24   A.   Yes.  Not everything, but some of

S. Abbas Shobeiri, M.D.

Page 158

1  them.
2        Q.    And there are other examples in the
3  84-page list of references as well?
4        A.    Yes.
5        Q.    So if you would go through the
6  report and look at Footnote 2.
7              And do those, some of the references
8  in Footnote 2, deal with the opinions that
9  Mr. Ottaway was asking you about earlier?
10       A.    True.
11       Q.    And how about Footnote 3?
12       A.    True.
13             MR. OTTAWAY:  Object to the form
14       of both those questions, but go ahead.
15  BY MS. THOMPSON:
16       Q.    And --
17             MR. OTTAWAY:  You may answer,
18       Doctor.
19  BY MS. THOMPSON:
20       Q.    Are the opinions that Mr. Ottaway
21  asked you about earlier supported by Footnote 5?
22             MR. OTTAWAY:  Same objection.
23       May I have a standing objection, counsel?
24             MS. THOMPSON:  Uh-huh.  You may.

Page 159

1              MR. OTTAWAY:  Thank you.
2              MS. THOMPSON:  Because I'm going
3       to do several of them.
4              MR. OTTAWAY:  I know you are.  As
5       long as you give me a standing objection, I
6       won't make it.
7  BY MS. THOMPSON:
8        Q.    Okay.
9        A.    True.
10       Q.    And Footnote 7?
11       A.    Yes.
12       Q.    Footnote 8?
13       A.    Yes.
14       Q.    Footnote 14?
15       A.    Yes.
16       Q.    Footnote 17?
17       A.    Yes.
18       Q.    Footnote 22?
19       A.    Yes.
20       Q.    Footnote 23?
21       A.    Yes.
22       Q.    Footnote 25?
23       A.    Yes.
24       Q.    And Footnote 26?

Page 160

1        A.    Yes.
2        Q.    There were also some specific
3  questions regarding literature supporting
4  opinions that you gave here today, and I don't
5  have those articles with me, but these are all
6  contained on your reliance list.
7              And would you identify this article,
8  please?
9        A.    Sure.  This is the "Salvage Surgery
10  After Failed Treatment of Synthetic Mesh Sling
11  Complications" by Dr. Blaivas.
12       Q.    And -- and it's published in what
13  journal?
14       A.    It's -- let me see.  This is not the
15  -- okay.  There we are.  Urology.
16       Q.    And is that a peer-reviewed journal?
17       A.    That's a peer-reviewed journal.
18       Q.    Could you just read that last
19  sentence of that article?
20       A.    Yeah.  It goes to the point that I
21  made earlier that generally mesh sling
22  complications repair may require multiple
23  surgeries.
24       Q.    And read the very last sentence of

Page 161

1  the conclusions in the main report in the main
2  article.
3        A.    This?
4        Q.    This last sentence.
5        A.    So basically what the authors
6  concluded was that the most difficult problem to
7  treat is pain, with only 28 percent of patients
8  with pain considering salvage operation is
9  success.
10       Q.    So does that support your opinion
11  that -- that as many as 50 percent of patients
12  with pain do not get resolution after surgery to
13  remove it?
14       A.    Yes.
15             MR. OTTAWAY:  Objection to the
16       form of the question.
17  BY MS. THOMPSON:
18       Q.    You also were asked some questions
19  about community doctors and their knowledge of
20  mesh complications?
21       A.    Yes.
22       Q.    And you cited an article that you
23  were one of the authors about Oklahoma.
24             And are there other articles

S. Abbas Shobeiri, M.D.

Page 162

1 that address that same issue that you're aware
2 of?
3    A.   Yes.
4    Q.   For example, could you identify this
5 article that is also on your reliance list and
6 then read that highlighted?
7    A.   Sure.  So basically this is a
8 journal from the Female Pelvic Medicine
9 Reconstructive Surgery, which is the journal of
10 American Urogyne Society, and the authors -- this
11 is the one that we had quoted Hanson saying that
12 similar to other reports fewer than 50 -- fewer
13 than 25 percent of women were referred by the
14 surgeon that placed their mesh.
15       This may contribute to the continued
16 use of these products, as the physicians placing
17 them may not be fully aware of their own mesh
18 complications.
19    Q.   And when was that article published?
20    A.   That was I think in 2014 or '15.
21 Let me look.  Ah, there we are.  2014.
22    Q.   And could you identify this article,
23 when it was published, and what journal?
24    A.   So let me just see.  So the authors

Page 163

1 here conclude that one of the things they say
2 that there's a management gap in the treatment
3 outcome related to management of mid-urethral
4 sling complications and this was in information
5 in health care.  And let me see.  It was a review
6 by Lee and Zimmer.  And let me just see.
7       How do you move the screen in?  I
8 need to look at the cite.
9       I need to look at that cite.
10    Q.   It's in Expert Review of Medical
11 Devices.
12    A.   Okay.  Yeah.  So the Expert Review
13 of Medical Devices in 2015.
14    Q.   And could you read that highlighted
15 part of that?
16    A.   If I can get to there.  Was that the
17 one I just -- this one?
18    Q.   Yeah.
19    A.   Okay.  So there's a knowledge gap in
20 treatment outcomes related to management of
21 mid-urethral sling complications.
22       MS. THOMPSON:  All right.  That's
23 all.
24       MS. FISCHER:  Excuse me.  Who is

Page 164

1 the author?
2       MS. THOMPSON:  Lee.
3       MR. OTTAWAY:  Zimmer and Lee.
4 BY MS. THOMPSON:
5    Q.   Is nerve pain contained in the
6 instructions for use for the TVT-O?
7    A.   The nerve injury is, but not nerve
8 pain.
9    Q.   And -- well, why don't you get the
10 IFU out.
11    A.   Let me look.
12       So basically punctures and
13 lacerations of vessels, nerves is included.
14    Q.   And is that referring to punctures
15 and lacerations at the time of surgery?
16    A.   Yes, may require surgical repair.
17    Q.   Can you fix a nerve that's -- can
18 you repair a nerve that's punctured or lacerated
19 at the time of surgery?
20    A.   Major nerves, yes, but not the
21 obturator nerve.
22    Q.   And how would you know that a nerve
23 was punctured or lacerated at the time of
24 surgery?

Page 165

1    A.   The patient would make -- feel
2 numbness or excruciating pain.
3    Q.   Do you remember being asked
4 questions about warnings earlier by Mr. Ottaway?
5    A.   Yes.
6    Q.   Are warnings, the warnings of risks
7 and adverse events, part of the regulatory and
8 legal obligations of a medical device
9 manufacturer?
10       MR. OTTAWAY:  Objection to form.
11       THE WITNESS:  Yes.
12 BY MS. THOMPSON:
13    Q.   Is knowledge of warnings important
14 to physicians to decide on the best treatment
15 options for a patient?
16    A.   Yes.
17       MR. OTTAWAY:  Objection to form.
18 BY MS. THOMPSON:
19    Q.   What is informed consent?
20    A.   The informed consent is the
21 discussion we have with the patient to gain their
22 permission to do any procedure for them and let
23 them know of the -- how the procedure is done and
24 how the complications or adverse events may be.

S. Abbas Shobeiri, M.D.

Page 166

1    Q.   And is this something you do as part
2 of your practice on a regular basis?
3    A.   Yes.
4    Q.   Are warnings part of a doctor's need
5 to be able to obtain proper informed consent from
6 patients?
7    A.   Yes.
8    Q.   Do you have an opinion as to whether
9 a doctor can obtain informed consent from a
10 patient if he or she is unaware of the known
11 risks associated with a particular treatment?
12    A.   They cannot.
13        MS. THOMPSON:  That's all I have.
14        FURTHER EXAMINATION
15  BY MR. OTTAWAY:
16    Q.   Doctor, you were shown some
17 literature.  I'd like to lay four things in front
18 of you and ask if these are on your reliance
19 list.
20    A.   It was -- all right.  Let me just
21 look.  Let me ascertain because a lot of these
22 people publish a lot of different.  So that's
23 from 2012.
24        (Reviewing document).

Page 167

1        MR. OTTAWAY:  Let's go off the
2 record while you look and see, Doctor.  I
3 don't want to burn the record time here
4 while you look.
5        THE VIDEOGRAPHER:  Time now is --
6        THE WITNESS:  For the first one
7 that you have I don't --
8        THE VIDEOGRAPHER:  -- 2:05.
9 We're going off the record.
10        (Recess - 2:05 p.m. - 2:14 p.m.)
11  BY MR. OTTAWAY:
12    Q.   Doctor, we went off the record a
13 minute ago so I could show you a couple of
14 articles and ask you if they were on your
15 reliance list.
16    A.   Uh-huh.  Yes.
17    Q.   I think you discovered they were
18 not; correct?
19    A.   One of them was not.
20    Q.   Yeah.  So let me hand you a
21 randomized trial of tension-free vaginal tape
22 from the Journal of Urology published in 2011,
23 and this is one of the publications I asked you
24 about early on in your deposition, and just ask

Page 168

1 you to read the conclusion of the authors in that
2 study.
3    A.   So this is a paper by Teo from
4 Journal of Urology.  Okay.
5        "Short-term cure rates at six months
6 are similar for the two procedures.  TVT-O
7 resulted in higher levels of postoperative leg
8 pain.  Also these problems were transient.  Our
9 findings are similar to those in other studies
10 comparing retropubic and transobturator tapes.
11 The two procedures have a high cure rate with a
12 low rate of complications."
13    Q.   Doctor, let me hand you what I'll
14 tell you is "TVT-O for the treatment of pure
15 urodynamic stress incontinence efficacy, adverse
16 effects, and prognostic factors at 5-year
17 follow-up" published in the European Urology
18 Journal in 2013, and ask you to read the
19 conclusion in that study.
20    A.   So I think this was the one that was
21 in the reliance list.  So -- so this is a 5-year
22 follow-up.  Let me just see whether they are --
23 maybe it's mislabeled.  930.
24        I mean, I have seen this study, but

Page 169

1 there --
2    Q.   I just asked you to read the
3 conclusion of the study for the ladies and
4 gentlemen.
5    A.   So the page numbers are not the same
6 and so okay.
7        So basically what they're saying is
8 that the:
9        "TVT-O implantation is a highly
10 effective opinion option for the treatment of
11 women with pure SUI showing a very high cure rate
12 and low incidence of complication after 5-year
13 follow-up."
14        And that was Serati, pages 872 to
15 878, 2008.  '13.
16    Q.   And, Doctor, I'll hand you, finally,
17 what is an article from the International
18 Urogynecological Journal of 2014, which is Seven
19 years of objective and subjective outcomes of
20 trans -- say that word for me again.
21    A.   Which one are you reading?
22 Transobturator.
23    Q.   -- transobturator (TVT-O) vaginal
24 tape."  That's what we've been talking about, and

S. Abbas Shobeiri, M.D.

---

Page 170

1 ask if you would read the conclusion of that
2 study at page 224.
3        It starts "In conclusion." It's the
4 last paragraph of the study.
5    A.   Okay. Yes. So:
6        "In conclusion, this study supports
7 the long-term TVT-O outcomes using a
8 retrospective design in a real life cohort. It
9 shows that the TVT-O procedure provides for high
10 long-term efficacy clinically meaningful
11 improvement in patients' quality of life and an
12 excellent safety profile. However, women with
13 central compartment prolapse in those undergoing
14 concomitant vaginal hysterectomy had a higher
15 risk of subjective failure. These results could
16 therefore be useful to clinicians for
17 preoperative consultation."
18    Q.   Thank you, Doctor. That's all I
19 have.
20    A.   Thank you.
21        MS. THOMPSON: I have one more
22 question.
23
24

---

Page 171

1        FURTHER EXAMINATION
2 BY MS. THOMPSON:
3    Q.   Dr. Shobeiri, did you consider and
4 critically assess literature that was both
5 favorable and unfavorable to your opinions?
6    A.   Yes, I did.
7        MS. THOMPSON: That's it.
8        MR. OTTAWAY: You have the right
9 to read and sign this deposition,
10 Dr. Shobeiri, and you should consult with
11 Margaret and see what you wish to do.
12        MS. THOMPSON: You will.
13        THE WITNESS: Thank you.
14        THE VIDEOGRAPHER: The time now
15 is 2:19. This deposition has concluded.
16        (Signature having not been
17 waived, the taking of the deposition
18 concluded at 2:19 p.m.)
19
20        *   *   *
21
22
23
24

---

Page 172

1        CERTIFICATE OF COURT REPORTER
2 UNITED STATES OF AMERICA )
3 COMMONWEALTH OF VIRGINIA )
4        I, DENISE D. VICKERY, the reporter before
5 whom the foregoing deposition was taken, do
6 hereby certify that the witness whose testimony
7 appears in the foregoing deposition was sworn
8 by me; that the testimony of said witness was
9 taken by me in machine shorthand and thereafter
10 transcribed by computer-aided transcription;
11 that said deposition is a true record of the
12 testimony given by said witness; that I am
13 neither counsel for, related to, nor employed
14 by any of the parties to the action in which
15 this deposition was taken; and, further, that I
16 am not a relative or employee of any attorney
17 or counsel employed by the parties hereto, or
18 financially or otherwise interested in the
19 outcome of this action.
20
21
22        Notary Public in and for the
23        Commonwealth of Virginia
24 My Commission expires March 31, 2018 ID - 126014

---

Page 173

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4 over carefully and make any necessary
5 corrections. You should state the reason
6 in the appropriate space on the errata
7 sheet for any corrections that are made.
8        After doing so, please sign
9 the errata sheet and date it. It will be
10 attached to your deposition.
11        It is imperative that you
12 return the original errata sheet to the
13 deposing attorney within thirty (30) days
14 of receipt of the deposition transcript
15 by you. If you fail to do so, the
16 deposition transcript may be deemed to be
17 accurate and may be used in court.
18
19
20
21
22
23
24

---

S. Abbas Shobeiri, M.D.

Page 174

```
1        - - - - - -
         E R R A T A
2        - - - - - -
3  PAGE LINE CHANGE
4   ____ ____ _____
5     REASON: _____
6   ____ ____ _____
7     REASON: _____
8   ____ ____ _____
9     REASON: _____
10  ____ ____ _____
11    REASON: _____
12  ____ ____ _____
13    REASON: _____
14  ____ ____ _____
15    REASON: _____
16  ____ ____ _____
17    REASON: _____
18  ____ ____ _____
19    REASON: _____
20  ____ ____ _____
21    REASON: _____
22  ____ ____ _____
23    REASON: _____
24  ____ ____ _____
```

Page 176

```
1        LAWYER'S NOTES
2  PAGE LINE
3   ____ ____ _____
4   ____ ____ _____
5   ____ ____ _____
6   ____ ____ _____
7   ____ ____ _____
8   ____ ____ _____
9   ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____
```

Page 175

```
1     ACKNOWLEDGMENT OF DEPONENT
2
          I,_____, do
3  hereby certify that I have read the
   foregoing pages, and that the same
4  is a correct transcription of the answers
   given by me to the questions therein
5  propounded, except for the corrections or
   changes in form or substance, if any,
6  noted in the attached Errata Sheet.
7
   _____
8  WITNESS NAME            DATE
9
10
11
12
13
14
   Subscribed and sworn
15 to before me this
   _____ day of _____, 20____.
16
   My commission expires:_____
17
18
   _____
   Notary Public
19
20
21
22
23
24
```