Joye Lowman, M.D.

1            IN THE UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF WEST VIRGINIA

2                    AT CHARLESTON

3

4   IN RE:  ETHICON, INC.,           MASTER FILE NUMBER

    PELVIC REPAIR SYSTEM             2:12-MD-02327

5   PRODUCTS LIABILITY

    LITIGATION                       MDL 2327

6

                                     JOSEPH R. GOODWIN

7                                    U.S. DISTRICT JUDGE

    _____

8

    GENERAL TVT OPINIONS

9   OF JOYE LOWMAN, M.D.

10

11

12

13                  DEPOSITION OF

14                JOYE LOWMAN, M.D.

15

16                  June 24, 2016

17                    9:10 a.m.

18

19             600 Peachtree Street, NE

20                   Suite 5300

21               Atlanta, Georgia 30308

22

23        Thomas R. Brezina, CRR, RMR, CCR-B-2035

24

Joye Lowman, M.D.

```
 1   those products, no.

 2        Q        Was there any organized discussion as to

 3   what the appropriate or what would be the best

 4   alternative means of treatment for patients as a

 5   result of those withdrawals?

 6                 MR. RUMANEK:  Objection to form.

 7                 THE WITNESS:  No.

 8   BY MR. THOMPSON:

 9        Q        Doctor, in your report you indicated that

10   you have placed approximately 800 TVT and TVT-O

11   devices.  Is that correct?  I'm at page 2.

12        A        Yes.

13        Q        And do you use both TVT and TVT-O?

14        A        No.

15        Q        What do you use --

16        A        The TVT.

17        Q        -- currently?  Did you ever use TVT-O?

18        A        I have used it before, yes.

19        Q        And is there a reason why you exclusively

20   use TVT today?

21                 MR. RUMANEK:  Objection to form.

22                 THE WITNESS:  Yes.  The retropubic route

23           has a lower risk of pelvic pain and groin pain

24           and has a higher success rate --
```

Joye Lowman, M.D.

```
 1   BY MR. THOMPSON:

 2       Q       I see.

 3       A       -- than obturator slings.

 4       Q       And was there a date that you can point

 5   to that that was the date that you felt that the

 6   evidence that you have just recited was sufficient for

 7   you to not use TVT-O anymore?

 8               MR. RUMANEK:  Objection to form.

 9               THE WITNESS:  No.

10   BY MR. THOMPSON:

11       Q       That was just over -- if I went to 2010,

12   were you still using both?

13       A       No.

14       Q       If I went to 2008?

15       A       No.

16       Q       I see.  So while you were either in

17   residency or fellowship, you made that determination?

18       A       That's correct.

19       Q       And are you -- like I say, you described

20   your position as an -- and in my mind I have sort of a

21   supervisory thought process, but I guess the question

22   is, your personal decision that the TVT is superior to

23   the TVT-O, is that transmitted to other physicians who

24   may be within your department?  I mean, is this a --
```