# EXHIBIT D



Figure 1. Gross (upper) and microscopic (lower) appearance, specimen of Ms. Taylor, Charlene