# EXHIBIT E



Figure 2. Gross (upper) and microscopic (lower) appearance, specimen of Ms. Bihlmeyer, Donna