# EXHIBIT F



Figure 3. Gross (upper) and microscopic (lower) appearance, specimen of Ms. Morrow, Tina