EXHIBIT G



Figure 4. Gross (upper) and microscopic (lower) appearance, specimen of Ms. Shelton, Mary