# EXHIBIT H



Figure 5. Gross (upper) and microscopic (lower) appearance, specimen of Ms. King, Phyllis.