# EXHIBIT I

## AFFIDAVIT OF VLADIMIR IAKOVLEV, MD, FRCPC, FCAP

I, Dr. Vladimir Iakovlev, hereby swear and affirm the following:

1. I rely on standard pathology textbooks and guidelines including Robbins and Cotran *Pathological Basis of Disease* for methodology and protocol when performing pathological analysis.

2. Robbins and Cotran *Pathological Basis of Disease* is used a guide for pathological licensing exams.

3. Pathologists worldwide, including myself, use the sequence described in Robbins and Cotran of etiology-pathogenesis- morphological changes-clinical implications.

4. Pathologists learn the science of pathological appearances that date back to the early 1800's with Langhans, Virchow, and Metchnikoff.

5. Pathologists worldwide, including myself, use morphological changes and analysis to provide clinically relevant information.

6. Pathologists worldwide, including myself, use analysis of the patient sample to detect pathological abnormalities and provide clinically relevant information without the use of a normal (asymptomatic) control.

7. A control substance would not provide any additional or more detailed information in a routine diagnostic assessment. The use of pathologists' training, experience and knowledge previous specimen examination prove more advantageous in development clinically relevant information.

Further Affiant sayeth naught.



_____
VLADIMIR IAKOVLEV, MD, FRCPC, FCAP

October 10, 2016
_____
DATED