EXHIBIT 2A

# WAVE 1
# EXHIBIT
# A

**CV Professor Dr. med. Uwe Klinge**

Born at 30.4.1959 in Wilhelmshaven, Germany

Primary, secondary, high school  1964-1977 Wilhelmshaven
Medical school                   1977-1983 RWTH Aachen

**Medical profession**

| | |
|---|---|
| **12/1983 – 2/85:** | military service VKK 321, Düsseldorf |
| **1.3.1985:** | surgical resident ship at the Surgical Department of the University Hospital at the RWTH Aachen (Head Prof. Reifferscheidt, after 12/85 Prof. Schumpelick, after 3/2010 Prof. Neumann) |
| **29.4.1985:** | Thesis at the Department for biochemistry, Prof. Gersonde „In-vitro investigation of the oxygen binding curve of human erythrocytes in the presence of glucose and insulin" |
| **15.12.1993:** | Specialist for general surgery |
| **since 15.10.1999:** | Oberarzt of the surgical Department |
| **1/2000** | Venia legendi for Surgery, Habilitation with the title „Use of alloplastic meshes for the repair of abdominal wall hernia: optimisation by adjustment to the physiological requirements " |
| **Since 15.10.2000:** | Principal investigator of the surgical department |
| **21.3.2002:** | Specialist for surgical intensive care medicine |
| **1.1.2003 – 1.11.2006:** | Assistant medical director |
| **21.7.2004:** | Specialist for visceral surgery |
| **13.12.2005:** | appointment as a.pl. Profess |
| **1**.**11.2006-28.2.2009:** | Cooperation with the Institute for applied medical engineering of the Helmholtz institute |

**Scientific work**
- Pathophysiology and treatment of abdominal wall hernia
- Biomaterials and tissue response
- Impact of altered ECM for wound healing and cancer development
- Analysis of biological networks
- Identification of prognostic markers
- Optimisation of staplers

Member of the Editorial Board of World Journal of Gastrointestinal Surgery (WJGS)
Member of the German Society of surgeons
Member of the European Hernia Society
Member of the German Hernia Society
Scientific Board EuraHS, registry of the EHS

# Publications

1. K.Gersonde, H.Sick,U.Klinge,W.Gauch (1984) In-vitro effects of glucose and insulin on the O2 haemoglobin-dissociation curve of human red blood cells. Possible implications in the O2 transport phenomena. Biomed Biochim Acta 43,3:39-43

2. U.Klinge, I.Pelzer, H.Sick,K.Gersonde (1984) Oscillation of the O2 half-saturation pressure and polyphosphate levels in human red blood cells. Biomed Biochim Acta 43,3:44-5

3. T.Raguse, U.Klinge, U.Baron, Ch.Marzi (1985) Das Mammakarzinom des Mannes. Chirurg 56,12: 784-8

4. V.Schumpelick, U.Klinge, M.Pip (1987) No acid, no ulcer and Carl Schwarz. Theor Surg 1,4:214-7

5. V.Schumpelick, J.C. de Jager, U.Klinge (1987) Reparationsprinzipien der Schenkelhernie. Akt Chir 22:205-9

6. V.Schumpelick, G.Arlt, G.Winkeltau, U.Klinge (1987) Gastroduodenales Rezidivulcus: Kontroversen bei Primär- und Sekundäreingriffen.Langenbecks Arch Chir 372:189-98

7. U.Klinge, M.Weeg, V.Schumpelick (1987) Ludwik Rydygier - pioneer of gastric resection for ulcers. Theor Surg 2:148-51

8. U.Klinge, W.Kreuzer, V.Schumpelick (1989) Theodor Billroth: a surgeon who combined theory and practice, art and craft. Theor Surg 4:106-12

9. V.Schumpelick, J.C. de Jager, U.Klinge (1989) Fortlaufender zweireihiger Nahtverschluß der Schenkelbruchpforte. Chirurg 60,12:882-5

10. J.Nachtkamp, R.Bares, G.Winkeltau, U.Klinge, M.M.Lerch (1989) Gastrobronchial reflux in patients on artificial ventilation. Lancet I:160-1

11. U.Klinge, D.Kupczyk-Joeris, Th.Schubert, V.Schumpelick (1990) Hypothermie und Polytrauma - eine Kasuistik. An Int Notfallmed 25;6:436-7

12. U.Klinge,G.Steinau,A.Tittel,G.Alzen,V.Schumpelick (1990) Das COMMON CHANNEL-SYNDROM - 2 Fallberichte. Z Kinderchir 45,6:386-8

13. U.Klinge,B. Klosterhalfen, C.Töns, V. Schumpelick (1991) Blutungskomplikation als Folge einer Boluslyse nach Reanimation. DMW 116,34:1293

14. Ch.Töns,U.Klinge,D.Kupczyk-Joeris,V.M.Rötzscher,V.Schumpelick (1991) Kontrollierte Studie zur Kremasterresektion bei Shouldice-Reparation primärer Leistenhernien. Zentralbl.Chir. 116:737-743

15. G.Alzen,J.Wildberger,U.Klinge,R.W.Günther (1991) Transfemorale Extraktion eines verknoteten Swan-Ganz-Katheters durch eine F24-Schleuse. Anästh.Intensivther.Notfallmed.26:280-2

16. Ch. Töns, U.Klinge, A.Tittel, V.Schumpelick (1991) Regime zentraler Venenkatheter auf chirurgischen Intensivstationen. Akt. Chir. 26:169

17. Steinau, G., U.Klinge, A.Tittel, H.Skopnik ,V.Schumpelick (1992) Gallenblasensteine im Kindes- und Jugendalter. Akt. Chir. 27:267-9

18. C. Töns, B. Klosterhalfen, U. Klinge, C.J.Kirkpatrick, C. Mittermayer, V. Schumpelick (1993) Septischer Schock und multiples Organversagen in der chirurgischen Intensivmedizin. Langenbecks Arch Chir 378: 217-232

19. U. Klinge, J Conze, W Limberg, Ch Brücker, AP Öttinger, V Schumpelick (1996) Pathophysiologie der Bauchdecken Chirurg 67:229-33

20. V. Schumpelick, J Conze, U Klinge (1996) Die präperitoneale Netzplastik in der Reparation der Narbenhernie. Eine vergleichende retrospektive Studie an 272 operierten Narbenhernien. Chirurg 67: 1028-1035

21. U Klinge, J Conze, B Klosterhalfen, W Limberg, B Obolenski, AP Öttinger, V Schumpelick (1996) Veränderungen der Bauchwandmechanik nach Mesh-Implantation. Experimentelle Veränderung der Mesh-Stabilität. Langenbecks Archiv für Chirurgie 381,6: 323-32

22. U. Klinge, A. Prescher, B. Klosterhalfen, V. Schumpelick (1997) Entstehung und Pathophysiologie der Bauchwanddefekte. Chirurg 68: 293-303
23. B. Klosterhalfen, U. Klinge, U. Henze, R. Bhardwaj, J. Conze, V. Schumpelick (1997) Morphologische Korrelation der funktionellen Bauchwandmechanik nach Mesh-Implantation. Langenbecks Arch Chir 382: 87-94
24. V. Schumpelick, G Arlt, U Klinge (1997) Versorgung von Nabelhernien und Narbenhernie. Deutsches Ärzteblatt 51/52: A 3471-6
25. Bhardwaj, RS, Henze U, Klein B, Zwadlo-Klarwasser G, Klinge U, Mittermayer Ch, Klosterhalfen B (1997) Monocyte - biomaterial interaction inducing phenotypic dynamics of monocytes: a possible role of monocyte subsets in biocompatibility. J Mat Sci Mat Med 8: 737-742
26. Klinge U, M Müller, Ch. Brückner, V. Schumpelick (1998) Application of three dimensional stereography to assess abdominal wall mobility. Hernia 2:11-14
27. Klosterhalfen, B, U. Klinge, V. Schumpelick (1998): Functional and morphological evaluation of different polypropylene-mesh modifications for abdominal wall repair. Biomaterials 19:2235-2246
28. M. Müller, U. Klinge, J. Conze, V. Schumpelick. (1998) Abdominal wall compliance after Marlex® Mesh implantation for incisional hernia repair. Hernia 2,3:113-117
29. Klinge, U, B. Klosterhalfen, J. Conze, W. Limberg, B. Obolenski, A.P. Öttinger, V. Schumpelick (1998) A modified mesh for hernia repair adapted to abdominal wall physiology. Eur J Surg 164: 951-960
30. U. Klinge, B. Klosterhalfen, A.P. Öttinger, V. Schumpelick (1998) Shrinking of polypropylene-meshes in-vivo (an animal study) Eur J Surg 164: 965-969
31. U. Klinge, B. Klosterhalfen, M. Müller, M. Anurov, A. Öttinger, V. Schumpelick (1999) Influence of Polyglactin 910 - coating on functional and morphological parameters of polypropylene-mesh modifications for abdominal wall repair. Biomaterials 20:613-623
32. Schumpelick, V., B Klosterhalfen, M Müller, U Klinge (1999) Minimierte Polypropylen-Netze zur präperitonealen Netzplastik (PNP) der Narbenhernie – eine prospektive randomisierte klinische Studie. Chirurg 70: 422-430
33. Klinge, U, H Zheng, ZY Si, V. Schumpelick (1999). Altered collagen synthesis in fascia transversalis of patients with inguinal hernia. Hernia 4: 181-187
34. Klinge, U, H Zheng, ZY Si, V Schumpelick 1999. Synthesis of type I and III collagen, expression of fibronectin and matrix metalloproteinases-1 and –13 in hernial sac of patients with inguinal hernia. Int J Surg Investigation, 1,3: 219-227
35. Schumpelick, V, U Klinge, G Welty, B Klosterhalfen 1999. Meshes in der Bauchwand. Chirurg, 70: 867-887
36. U. Klinge, B. Klosterhalfen, M. Müller, V. Schumpelick 1999. Foreign body reaction to meshes used for the repair of abdominal wall hernias. Eur J Surg 165: 665-673
37. Peiper, Ch., C. Töns, U. Klinge, V. Schumpelick 1999: Individuelle Hernienreparation: Wann ist welche Operation indiziert?. Minimal invasive Chirurgie 8.3: 150-154
38. Klinge U, Schumpelick V. Eingeladener Komentar zu: "Versorgung monströser Narbenhernien mit alloplastischem Netzmaterial in Sublay-Technik". Acta Chir Austriaca 31 (6): 373-374, 1999
39. Klinge, ZY Si H Zheng, V Schumpelick (2000). Abnormal collagen I to III distribution in the skin of patients with incisional hernia. European Surgical Research 32: 43-48
40. Klinge U, H Zheng, ZY Si, V Schumpelick (2000) Expression of extracellular matrix proteins collagen I, collagen III and fibronectin in the skin of patients with inguinal hernia. Eur Surg Research, 31: 480-490
41. Klosterhalfen B, Klinge U, Hermanns B, Schumpelick V (2000) Pathologie traditioneller chirurgischer Netze zur Hernienreparation nach Langzeitimplantation im Menschen. Chirurg 71: 43-51

42. Schumpelick V, Klinge U (2000) Leistenhernienreparation mit oder ohne Mesh? Klinikarzt 2: XX-XXII

43. Schumpelick V, Klinge U (2000) Biomaterialien in der Hernienchirurgie. Med Report A30371 D, S. 6

44. Kasperk R, Klinge U, Schumpelick V (2000) The repair of large parastomal hernias using a midline approach and a prosthetic mesh in the sublay position. Am J Surg 179, 186-188

45. Klinge U, Conze, J, Schumpelick V (2000) Laparoskopische Reparation von Narbenhernien? Contra. Chirurgische Praxis 57,2: S. 221-226, S. 229

46. Klinge U, Klosterhalfen, B, Schumpelick, V (2000) Epidemiologie und Pathophysiologie der Bauchwanddefekte. Deutsche Gesellschaft für Chirurgie, Kongressband 2000: 195-197

47. Klosterhalfen B, Klinge U, Schumpelick V, Tietze L (2000) Polymers in hernia repair - common polyester vs. polypropylene surgical meshes. J of Mat Sci 35: (19) 4769-4776

48. Schumpelick V, M Stumpf, U Klinge (2000) Operationen an der Bauchwand (Teil 1). Zentralblatt Chir 11/00: W65-W72

49. Schumpelick V, M Stumpf, U Klinge (2000) Operationen an der Bauchwand (Teil 2). Zentralblatt Chir 12/00: W73-W81

50. Höer J, Anurov M, Titkova S, Klinge U, Töns Ch, Öttinger A, Schumpelick V (2000) Influence of suture material and suture technique on collagen fibril diameters in midline laparotomies. Eur Surg Research 32: 359-367

51. Klinge U, V. Schumpelick, B. Klosterhalfen (2001) Functional assessment and tissue response of short and long term absorbable surgical meshes. Biomaterials, 22:1415-1424

52. Klosterhalfen B, Klinge U, Tietze L, Henze U, Muys L, Mittermayer C, Bhardwaj RS (2000) Expression of heat shock protein 70 (HSP 70) at the interface of polymer-implants in vivo. J Mater Sci-Mater M 11: 175-181

53. Klinge U, Si Z, Zheng H, Schumpelick V (2001) Collagen I/III and matrix metalloproteinases MMP-1/-13 in the fascia of patients with incisional hernias. J Invest Surg 14: 47-54

54. Höer J, Klinge U, Schachtrupp A, Töns Ch, Schumpelick V (2001) Influence of suture technique on laparotomy wound healing: An experimental study in rat. Langenbecks Archives of Surgery, 386: 218-223

55. Schumpelick V, Klinge U (2001) The properties and clinical effects of various types of mesh used in hernia repair. Yearbook 2001 of the Association of Surgeons of Great Britain and Ireland, page 64-68

56. Schumpelick V, U Klinge, M Stumpf (2001) Therapie der Leistenhernie I. Zentralblatt Chir 126(5):W35-40

57. Schumpelick V, U Klinge, M Stumpf (2001) Therapie der Leistenhernie II. Zentralblatt Chir 126(5):W41-47

58. Klinge U, Stumpf M, Höer J, Schumpelick V (2001) Pathogenese der Narbenhernie. Viszeralchirurgie, 3: 138-141

59. Schumpelick V, Klinge U, Junge K, Stumpf M (2001) Biomaterialien zur Versorgung von Narbenhernien. Viszeralchirurgie 3: 126-135

60. Peiper Ch, Klinge U, Schumpelick V (2001) Komplikationen der Leistenhernienchirurgie. Acta Chir Austriaca 33,4: 173-6

61. Stumpf M, Cao Wei, Klinge U, Klosterhalfen B, Kasperk R, Schumpelick V (2001) Increased distribution of collagen type III and reduced expression of MMP-1 in patients with diverticular disease. Int J colorect dis. 16: 271-275

62. Klinge U, Stumpf M, Schumpelick V. (2001) Biomaterialien in der onkologischen Chirurgie – Aktueller Stand und Perspektiven. Der Onkologe 7,10: 1082-1088

63. Junge K, U. Klinge, M. Niewiera, P. Giboni, A. Prescher, V. Schumpelick (2001) Elasticity of the Anterior Abdominal Wall and Impact for Reparation of Incisional Hernias using Mesh Implants. Hernia (2001) 5: 113-118

64. G Welty, U Klinge, B Klosterhalfen, R Kasperk, V Schumpelick Functional impairment and complaints following incisional hernia repair with different polypropylene meshes. Hernia (2001) 5: 142-147

65. Stumpf M, Klinge U, Tittel, A, Brücker C, Schumpelick V (2001) The surgical trauma of abdominal wall incision – comparison of laparoscopic versus open surgery with three-dimensional stereography. Surg Endoscopy 15:1147-1149

66. Zheng H, Z Si, R Kasperk, R Bhardwaj, V Schumpelick, U Klinge, Klosterhalfen B (2002) Recurrent inguinal hernia – a disease of the collagen matrix? World J Surg, 26: 401-408

67. Si ZY, Bhardwaj RS, Rosch R, Mertens P, Klosterhalfen B, Klinge U (2002) Impaired balance of Type I and Type III Procollagen mRNA in Cultured Fibroblasts of Patients with Incisional Hernia. Surgery 131 (3): 324-331

68. Klinge U, Junge J, Stumpf M, Öttinger AP, Klosterhalfen B (2002) Functional and Morphological Evaluation of a First Low Weight, Monofile Polypropylene Mesh for Hernia Repair. J Biomed Mat Res 63: 129-136

69. Stumpf, M, W Cao, U Klinge, B Klosterhalfen, R Kasperk, V. Schumpelick Collagen distribution and expression of matrix metalloproteinases 1 and 13 in patients with anastomotic leakage after large bowel surgery. Langenbecks Arch Surg 386: 502-506

70. Junge K, Klinge U, Klosterhalfen B, Rosch R, Stumpf M, Schumpelick V (2002) Review of wound healing with reference to an unreparable abdominal hernia. Eur J Surg, 168: 67-73

71. Klinge U, Klosterhalfen B, Birkenhauer V, Junge K, Conze J, Schumpelick V. (2002) Impact of pore size to the scar reaction at the interface to polymers in a rat model. J Surg Res 103: 208-214

72. Klinge U, Klosterhalfen B, Öttinger AP, Junge K, Schumpelick V. (2002) PVDF as a new polymer for the construction of surgical meshes. Biomaterials 23: 3487-3493

73. Rosch R, U Klinge, H Zheng, ZY Si, Kasperk R, Klosterhalfen B, Schumpelick V. A role for the collagen I/III and MMP-1/-13 genes in primary inguinal hernia? BMC Medical genetics (2002) 3:2 (www.biomedcentral.com/1471-2350/3/2)

74. Höer J, Lawong G, Klinge U, Schumpelick V (2002) Einflussfaktoren der Narbenhernienentstehung. Chirurg 73: 474-480

75. Peiper Ch, Klinge U, Junge K, Schumpelick V (2002) Netze in der Leistenhernienchirurgie. Zentralbl Chir 127: 573-577

76. Klosterhalfen B, Junge K, Hermanns B, Klinge U (2002) Influence of implantation interval on the long-term biocompatibility of surgical mesh. BJS 89: 1043

77. Schachtrupp A, Höer J, Töns C, Klinge U, Reckord U, Schumpelick V (2002) Intra-abdominal pressure: a reliable criterion for laparotomy cosure? Hernia 6: 102-107

78. Höer J, Junge K, Schachtrupp A, Klinge U, Schumpelick V (2002) Influence of laparotomy closure technique on collagen synthesis in the incisional region. Hernia 6: 93-98

79. Junge K, U. Klinge, R. Rosch. B. Klosterhalfen, V. Schumpelick (2002): Functional and morphological properties of a modified mesh for inguinal hernia repair. WJS Dec;26(12):1472-80

80. Höer J, M Stumpf, R Rosch, U Klinge, V Schumpelick (2002) Prophylaxe der Narbenhernie. Chirurg 73: 881-887

81. Schumpelick V, K Junge, R Rosch, U Klinge, M Stumpf (2002) Retromuskuläre Netzplastik in Deutschland. Chirurg 73: 888-894

82. Kasperk R, S Willis, U Klinge, V Schumpelick (2002) Update Narbenhernie – Parastomale Hernie. Chirurg 73: 895-898

83. Klinge U, Junge K, Spellerberg B, Piroth C, Klosterhalfen B, Schumpelick V (2002) Do multifilament alloplastic meshes increase the infection rate? Analysis of the polymeric surface, the bacteria adherence and the in-vivo consequences in a rat model. J Biomed Mat Res 63:765-771

84. Schachtrupp, V. Fackeldey, U. Klinge, J. Hoer, A. Tittel, C. Toens, V. Schumpelick (2002): Temporary closure of the abdominal wall (laparostomy) Hernia (2002) 6: 155-162

85. Höer J, Klinge U, Anurov M, Titkova S, Öttinger A, Schumpelick V (2002) Tension banding closure of laparotomies: results of an experimental study in dogs.Langenbecks Arch Surg. 2002 Nov;387(7-8):309-314.

86. Junge K, Klinge U, Klosterhalfen B, Mertens PR, Schachtrupp A, Ullmer F, Schumpelick V (2002): Influence of mesh materials on collagen deposition in a rat model. J Invest Surg Nov-Dec;15(6):319-28

87. Siggelkow W, Faridi A, Spiritus K, Klinge U, Rath W, Klosterhalfen B (2003) Histological analysis of silicone breast implant capsules and correlation with capsular contracture. Biomaterials 24: 1101-1109

88. Schachtrupp A, Klinge U, Junge K, Rosch R, Bhardwaj RS, Schumpelick V (2003) Individual inflammatory response of human blood monocytes to mesh biomaterials. Br J Surg 90(1): 114-20

89. Rosch R, Junge K, Knops M, Lynen P, Klinge U, Schumpelick V (2003) Analysis of collagen-interacting proteins in patients with incisional hernias. Langenbecks Arch Surg 387 (11-12): 427-32

90. Junge K, Peiper C, Schachtrupp A, Rosch R, Kurten D, Klinge U, Schumpelick V (2003) Breaking strength and tissue elasticity after Shouldice repair. Hernia 7(1): 17-20

91. Rosch R, Junge K, Lynen P, Mertens PR, Klinge U, Schumpelick V (2003) Hernia – a collagen disease? Eur Surg 35 (1): 11-15

92. Stumpf M, Conze J, Klinge U, Rosch R, Schumpelick V (2003) Open mesh repair. Eur Surg 35 (1): 21-24

93. Rosch R, Junge K, Schachtrupp A, Klinge U, Klosterhalfen B, Schumpelick V (2003) Mesh implants in hernia repair. Inflammatory cell response in a rat model. Eur Surg Res 2003 May-Jun;35(3):161-6

94. Schachtrupp A, Klinge U, Schumpelick V.(2003) Temporary abdominal closure. Hernia online

95. Klinge U, Junge K, Stumpf M (2003) Causes of recurrence after Lichtenstein tension-free hernioplasty (letter). Hernia 7: 100-101

96. Krones CJ, Stumpf M, Klinge U, Schumpelick V. (2003)[Surgical options in chronic pancreatitis] Dtsch Med Wochenschr. 2003 Jul 25;128(30):1599-601.

97. Krones CJ, Bohm G, Ruhl KM, Stumpf M, Klinge U, Schumpelick V (2003) Inguinal hernia on the Internet: A critical comparison of Germany and the U.K. Hernia. 2004,8: 47-52

98. Junge K, Klinge U, Rosch R, Mertens PR, Kirch J, Klosterhalfen B, Lynen P, Schumpelick V. (2004) Decreased collagen type I/III ratio in patients with recurring hernia after implantation of alloplastic prostheses. : Langenbecks Arch Surg. 389:17-21

99. Junge K, Rosch R, Bialasinski L, Klinge U, Klosterhalfen B, Schumpelick V. (2003) Persistent extracellular matrix remodelling at the interface to polymers used for hernia repair. Eur Surg Res. 2003 Nov-Dec;35(6):497-504

100.    Krones CJ, Ruhl KM, Stumpf M, Klinge U, Schumpelick V. [Information on the Internet for patients and general practitioners—critical analysis using the example of inguinal hernia] Chirurg. 2003 Aug;74(8):762-7. German.

101.   Rosch R, Junge K, Quester R, Klinge U, Klosterhalfen B, Schumpelick V. (2003) Vypro II mesh in hernia repair: impact of polyglactin on long-term incorporation in rats. Eur Surg Res. 2003 Sep-Oct;35(5):445-50.

102.   Junge K, Rosch R, Hoer J, Klinge U, Stumpf M, Schumpelick V Etiopathologial and pathophysiological aspects of incisional hernias CHIRURGISCHE GASTROENTEROLOGIE 19: 1-6 Suppl. 2, 2003

103.   Rosch R, Junge K, Stumpf M, Klinge U, Schumpelick V, Klosterhalfen B Requirements to an ideal mesh implant CHIRURGISCHE GASTROENTEROLOGIE 19: 7-11 Suppl. 2, 2003

104.   Schumpelick V, Klinge U (2003) Prosthetic implants for hernia repair. Br J Surg 90: 1457-8

105.   Schumpelick V, Klinge U, Junge K, Stumpf M. Incisional abdominal hernia: the open mesh repair. Langenbecks Arch Surg. 2004 Feb; 389(1): 1-5. Epub 2003 Mar 06.

106.   Junge K, Klinge U, Rosch R, Mertens PR, Kirch J, Klosterhalfen B, Lynen P, Schumpelick V (2004) Decreased collagen type I/III ratio in patients with recurrent hernia after implantation of alloplastic prosthesis. Langenbecks Arch Surg 389: 17-22

107.   Rosch R, Junge K, Lynen P, Stumpf M, Steinau G, Klinge U, Schumpelick V. (2004) A case of bilateral inguinal hernia recurrence in infancy: Investigations on collagen metabolism. Hernia 8: 160-163

108.   Schumpelick V, Klinge U, Schwab R (2004) Stellenwert verschiedener Operationsverfahren in der Versorgung des Leistenbruches. Viszeralchirurgie 39:13-19

109.   Hermanns B, Klinge U, Alfer J, Rosch R, Junge K, Klosterhalfen B (2004) Pro Onkogenese und Kunststoffnetze. Viszeralchirurgie 39: 42-47

110.   Lynen Jansen P, Klinge U, Anurov M, Titkova S, Mertens PR, Jansen M. (2004) Surgical mesh as a scaffold for tissue regeneration in the esophagus. Eur Surg Res. 2004 Mar-Apr;36(2):104-11.

111.   Kisielinski K, Conze J, Murken AH, Lenzen NN, Klinge U, Schumpelick V (2004) The Pfannenstiel or so called "bikini cut": Still effective more than 100 years after first description. Hernia. 2004 Mar 2 [Epub ahead of print]

112.   Siggelkow W, Klosterhalfen B, Klinge U, Rath W, Faridi A (2004) Analysis of local complications following explantation of silicone breast implants. Breast. 2004 Apr;13(2):122-8

113.   Fackeldey V, Hoer J, Klinge U. (2004) Faszienheilung und Platzbauch. Chirurg. 2004 Apr 8: 477-483

114.   Truong S, Bohm G, Klinge U, Stumpf M, Schumpelick V. Results after endoscopic treatment of postoperative upper gastrointestinal fistulas and leaks using combined Vicryl plug and fibrin glue. Surg Endosc. 2004 May 27 [Epub ahead of print]

115.   Conze J, Prescher A, Klinge U, Saklak M, Schumpelick V. Pitfalls in retromuscular mesh repair for incisional hernia: The importance of the "fatty triangle".Hernia. 2004 Aug;8(3):255-9. Epub 2004 Jun 05

116.   Jansen PL, Mertens Pr P, Klinge U, Schumpelick V. The biology of hernia formation. Surgery. 2004 Jul;136(1):1-4.

117.   Conze J, Prescher A, Kisielinski K, Klinge U, Schumpelick V. Technical consideration for subxiphoidal incisional hernia repair. Hernia. 2005;9:84-87

118.   Klinge U, Junge K, Mertens PR Herniosis: A biological approach. Hernia. 2004 Aug 4 [Epub ahead of print]

119.   Conze J, Rosch R, Klinge U, Weiss C, Anurov M, Titkowa S, Oettinger A, Schumpelick V. Polypropylene in the intra-abdominal position: Influence of pore size and surface area. Hernia. 2004 8:365-372

120.    Hartmann FH, Krones CJ, Klinge U, Hermanns B, Schumpelick V (2004) Das maligne Mesotheliom – eine seltene Differentialdiagnose der Peritonealkarzinose. Visceralchirurgie 39: 313-316

121.    Junge K, Rosch R, Klinge U, Krones C, Klosterhalfen B, Mertens PR, Lynen P, Kunz D, Preiss A, Peltroche-Llacsahuanga H, Schumpelick V. (2004) Gentamicin supplementation of polyvinylidenfluoride mesh materials for infection prophylaxis. Biomaterials. 2005 Mar;26(7):787-93.

122.    Krones C, KloHernia. 2004 Dec 4; [Epub ahead of print] alfen B, Fackeldey V, Junge K, Rosch R, Schwab R, Stumpf M, Klinge U, Schumpelick V. (2004) Deleterious Effect of Zinc in a Pig Model of Acute Endotoxemia. J Invest Surg. 17(5):249-256

123.    Stumpf M, Klinge U, Mertens PR. [Anastomotic leakage in the gastrointestinal tract-repair and prognosis.] Chirurg. 2004 Nov;75(11):1056-62.

124.    Siggelkow W, Faridi A, Klinge U, Rath W, Klosterhalfen B.Ki67, HSP70 and TUNEL for the specification of testing of silicone breast implants in vivo. J Mater Sci Mater Med. 2004 Dec;15(12):1355-60.

125.    Stumpf M, Cao W, Klinge U (2005) Reduced expression of collagen type I and increased expression of matrix metalloproteinases 1 in patients with Crohn's disease. J Investigative Surgery 18: 1-6

126.    Stumpf M, Klinge U, Wilms A, Zabrocki R, Rosch R, Junge K, Krones C, Schumpelick V. (2005) Changes of the extracellular matrix as a risk factor for anastomotic leakage after large bowel surgery. Surgery. 2005 Feb;137(2):229-34.

127.    Krones CJ, Klosterhalfen B, Butz N, Hoelzl F, Junge K, Stumpf M, Peiper C, Klinge U, Schumpelick V. (2005) Effect of zinc pretreatment on pulmonary endothelial cells in vitro and pulmonary function in a porcine model of endotoxemia. J Surg Res. 2005 Feb;123(2):251-6.

128.    Klinge U, Krones CJ. [Laparoscopic groin hernia repair - contra.] Dtsch Med Wochenschr. 2005 Mar 11;130(10):535.

129.    Junge K, Rosch R, Krones CJ, Klinge U, Mertens PR, Lynen P, Schumpelick V, Klosterhalfen B.(2005) Influence of polyglecaprone 25 (Monocryl) supplementation on the biocompatibility of a polypropylene mesh for hernia repair. Hernia. 9;3: 212-217

130.    Klinge U, Krones CJ. (2005) Can we be sure that the meshes do improve the recurrence rates? Hernia. 2005;9:1-2

131.    En-Nia A, Yilmaz E, Klinge U, Lovett DH, Stefanidis I, Mertens PR. (2005) Transcription factor YB-1 mediates DNA-polymerase alpha gene expression. J Biol Chem. 2005 Mar 4;280(9):7702-11

132.    Stumpf M, Cao W, Klinge U, Klosterhalfen B, Junge K, Krones C, Schumpelick V. (2005) Reduced expression of collagen type I and increased expression of matrix metalloproteinases 1 in patients with Crohn's disease. J Invest Surg. 2005 Jan-Feb;18(1):33-8

133.    Junge K, Rosch R, Klinge U, Saklak M, Klosterhalfen B, Peiper C, Schumpelick V. (2005) Titanium coating of a polypropylene mesh for hernia repair: Effect on biocompatibilty. Hernia. 9:115-9

134.    Conze J, Junge K, Klinge U, Weiss C, Polivoda M, Oettinger AP, Schumpelick V. (2005) Intraabdominal adhesion formation of polypropylene mesh Influence of coverage of omentum and polyglactin. Surg Endosc. 2005 May 3; [Epub ahead of print]

135.    Krones CJ, Klinge U, Butz N, Junge K, Stumpf M, Rosch R, Hermanns B, Heussen N, Schumpelick V. (2005) The rare epidemiologic coincidence of diverticular disease and advanced colonic neoplasia. Int J Colorectal Dis. 2005 May 12; [Epub ahead of print]

136.    Klinge U, Conze J, Krones CJ, Schumpelick V. (2005) Incisional Hernia: Open Techniques. World J Surg. 29,8:1066-1072

137.   Conze J, Klinge U, Schumpelick V (2005) [Incisional hernia.] Chirurg. 2005 76(9):897-909
138.   Peiper C, Junge K, Klinge U, Strehlau E, Krones C, Ottinger A, Schumpelick V. The influence of inguinal mesh repair on the spermatic cord: a pilot study in the rabbit. J Invest Surg. 2005 Sep-Oct;18(5):273-8.
139.   Krones CJ, Klosterhalfen B, Anurov M, Stumpf M, Klinge U, Oettinger AP, Schumpelick V. Missing effects of zinc in a porcine model of recurrent endotoxemia. BMC Surg. 2005 Oct 20;5(1):22
140.   Peiper C, Junge K, Klinge U, Strehlau E, Öttinger A, Schumpelick V Is there a risk of infertility after inguinal mesh repair? Experimental studies in the pig and the rabbit. Hernia 2006 Mar;10(1):7-12. Epub 2005 Dec 14
141.   Schwab R, Conze J, Willms A, Klinge U, Becker HP, Schumpelick V. [Management of recurrent inguinal hernia after previous mesh repair A challenge.] Chirurg. 2006 Jun;77(6):523-30.
142.   Conze J, Klinge U, Schumpelick V. Dynamic patchplasty-a tension-free reconstruction of incisional hernias. Langenbecks Arch Surg. 2006 Aug;391(4):409-10. Epub 2006 May 20. No abstract available.
143.   Rosch R, Junge K, Conze J, Krones CJ, Klinge U, Schumpelick V. (2005) Incisional intercostal hernia after a nephrectomy. Hernia. 2006 Mar;10(1):97-9. Epub 2005 Aug 5
144.   Toens C, Krones CJ, Blum U, Fernandez V, Grommes J, Hoelzl F, Stumpf M, Klinge U, Schumpelick V (2005) Validation of IC-VIEW fluorescence videography in a rabbit model of mesenteric ischaemia and reperfusion. Int J Colorectal Dis. 2006 May;21(4):332-8. Epub 2005 Aug 19
145.   Junge K, Rosch R, Klinge U, Schwab R, Peiper C, Binnebosel M, Schenten F, Schumpelick V. Risk factors related to recurrence in inguinal hernia repair: a retrospective analysis. Hernia. 2006 Aug;10(4):309-15. Epub 2006 May 23
146.   Conze J, Junge K, Klinge U, Schumpelick V Evidenzbasierte laparoskopische Chirurgie – Narbenhernie. Viszeralchirurgie (2006) 41: 246-252
147.   Conze J, Krones CJ, Schumpelick V, Klinge U. Incisional hernia: challenge of re-operations after mesh repair. Langenbecks Arch Surg. 2006 Sep 2; [Epub ahead of print]
148.   Schumpelick V, U Klinge, R Rosch, K Junge. Light weight meshes in incisional hernia repair. JMAS (2006) 2,3: 117-123
149.   Klinge U, M Binnebösel, R Rosch, P Mertens. Hernia recurrence as a problem of biology and collagen. JMAS (2006) 2,3: 151-154
150.   Klinge U, R. Rosch , K. Junge, C. J. Krones, M. Stumpf, P. Lynen-Jansen, P. R. Mertens, V. Schumpelick. Different matrix micro-environments in colon cancer and diverticular disease. Int J Colorectal disease (2006) online
151.   Lynen Jansen P, Klinge U, Mertens PR. Hernia disease and collagen gene regulation: are there clues for intervention? Hernia. 2006 Dec;10(6):486-91
152.   Rosch R, Junge K, Binnebosel M, Bertram P, Klinge U, Schumpelick V. Laparoscopy and collagen metabolism. Hernia. 2006 Dec;10(6):507-10
153.   Schumpelick V, Junge K, Klinge U, Conze J (2006) Narbenhernie – Pathogenese, Klinik, Therapie Deutsches Ärzteblatt 103: A2553-2560
154.   Lynen Jansen P, Rosch R, Rezvani M, Mertens PR, Junge K, Jansen M, Klinge U. Hernia fibroblast lack beta-estradiol induced alterations of collagen expression. BMC Cell Biol. 2006 Sep 29;7:36
155.   Stumpf M, Krones CJ, Klinge U, Rosch R, Junge K, Schumpelick V. Collagen in colon disease. Hernia. 2006 Dec;10(6):498-501.
156.   Junge K, Rosch R, Anurov M, Titkova S, Ottinger A, Klinge U, Schumpelick V. Modification of collagen formation using supplemented mesh materials. Hernia. 2006 Dec;10(6):492-7.

157.    Rosch R, Junge K, Binnebosel M, Mirgartz N, Klinge U, Schumpelick V.  Improved abdominal wall wound healing by helium pneumoperitoneum. Surg Endosc. 2006 Oct 5; [Epub ahead of print]

158.    Klinge U, Binnebosel M, Mertens PR. Are collagens the culprits in the development of incisional and inguinal hernia disease? Hernia. 2006 Dec;10(6):472-7.

159.    Rosch R, Lynen-Jansen P, Junge K, Knops M, Klosterhalfen B, Klinge U, Mertens PR, Schumpelick V. Biomaterial-dependent MMP-2 expression in fibroblasts from patients with recurrent incisional hernias. Hernia. 2006 Apr;10(2):125-30. Epub 2006 Jan 11.

160.    Schwab R, Schumacher O, Junge K, Binnebosel M, Klinge U, Schumpelick V. Fibrin sealant for mesh fixation in Lichtenstein repair: biomechanical analysis of different techniques. Hernia. 2007 Apr;11(2):139-45.

161.    Junge K, Klinge U, Rosch R, Lynen P, Binnebosel M, Conze J, Mertens PR, Schwab R, Schumpelick V. Improved collagen type I/III ratio at the interface of gentamicin-supplemented polyvinylidenfluoride mesh materials. Langenbecks Arch Surg. 2007 Jul;392(4):465-71.

162.    Rosch R, Junge K, Binnebosel M, Mirgartz N, Klinge U, Schumpelick V. Gas-related impact of pneumoperitoneum on systemic wound healing.Langenbecks Arch Surg. 2007 Jan 13; [Epub ahead of print]

163.    Klinge U. "Experimental Comparison of Monofile Light and Heavy Polypropylene Meshes: Less Weight Does Not Mean Less Biological Response" World J Surg. 2007 Apr;31(4):867-8..

164.    Lynen Jansen P, Kever M, Rosch R, Krott E, Jansen M, Alfonso-Jaume A, Dooley S, Klinge U, Lovett DH, Mertens PR. Polymeric meshes induce zonal regulation of matrix metalloproteinase-2 gene expression by macrophages and fibroblasts. FASEB J. 2007 Apr;21(4):1047-57.

165.    Jansen PL, Rosch R, Jansen M, Binnebosel M, Junge K, Alfonso-Jaume A, Klinge U, Lovett DH, Mertens PR. Regulation of MMP-2 Gene Transcription in Dermal Wounds.J Invest Dermatol. 2007 Jul;127(7):1762-7.

166.    Krones CJ, ConzeJ, Hoelzl F, Stumpf M, Klinge U, Möller M, Dott W, Schumpelick V, Hollender J. Chemical composition of surgical smoke produced by electrocautery, harmonic scalpel and argon beaming – a short study. Eur Surg (2007) 39/2: 118–121

167.    Klinge U, Binneboesel M, Kuschel S, Schuessler B. Demands and properties of alloplastic implants for the treatment of stress urinary incontinence. Expert Rev Med Devices. 2007 May;4(3):349-359.

168.    Muhl T, Binnebosel M, Klinge U, Goedderz T. New objective measurement to characterize the porosity of textile implants. J Biomed Mater Res B Appl Biomater.2008 Jan;84(1):176-83.

169.    To K, Zhao Y, Jiang H, Hu K, Wang M, Wu J, Lee C, Yokom DW, Stratford AL, Klinge U, Mertens PR, Chen CS, Bally M, Yapp D and Dunn SE. The phosphoinositide-dependent kinase-1 inhibitor, OSU-03012, prevents Y-box binding protein-1 (YB-1) from inducing epidermal growth factor receptor (EGFR). Molecular Pharmacology Fast Forward. Published on June 26, 2007 as doi:10.1124/mol.107.036111

170.    Binnebosel M, Klinge U, Rosch R, Junge K, Lynen-Jansen P, Schumpelick V. Morphology, quality, and composition in mature human peritoneal adhesions. Langenbecks Arch Surg. 2007 Jun 29; [Epub ahead of print]

171.    Klinge U, Dahl E, Mertens PR. Problem poser - how to interpret divergent prognostic evidence of simultaneously measured tumor markers? Computational and Mathematical Methods in Medicine. Volume 8, Issue 1 March 2007 , pages 71 - 75

172.   Schwab R, Schumacher O, Junge K, Binnebosel M, Klinge U, Becker HP, Schumpelick V. Biomechanical analyses of mesh fixation in TAPP and TEP hernia repair. Surg Endosc. 2007 Jul 11; [Epub ahead of print]

173.   Binnebosel M, Rosch R, Junge K, Flanagan TC, Schwab R, Schumpelick V, Klinge U. Biomechanical analyses of overlap and mesh dislocation in an incisional hernia model in vitro. Surgery. 2007 Sep;142(3):365-71.

174.   Stratford AL, Habibi G, Astanehe A, Jiang H, Hu K, Park E, Shadeo A, Buys TP, Lam W, Pugh T, Marra M, Nielsen TO, Klinge U, Mertens PR, Aparicio S, Dunn SE. Epidermal growth factor receptor (EGFR) is transcriptionally induced by the Y-box binding protein-1 (YB-1) and can be inhibited with Iressa in basal-like breast cancer providing a potential target for therapy. Breast Cancer Res. 2007 Sep 17;9(5):R61 [Epub ahead of print]

175.   Binnebösel M, Rosch R, Junge K, Lynen-Jansen P, Schumpelick V, Klinge U. Macrophage and T-lymphocyte Infiltrates in Human Peritoneal Adhesions Indicate a Chronic Inflammatory Disease. World J Surg. 2007 Dec 9; [Epub ahead of print]

176.   Rosch R, Binnebösel M, Junge K, Lynen-Jansen P, Mertens PR, Klinge U, Schumpelick V.Analysis of c-myc, PAI-1 and uPAR in patients with incisional hernias. Hernia. 2007 Dec 4; [Epub ahead of print]

177.   Klinge U, Diester FJ: Das komplexe regionale Schmerzsyndrom als Konzept für den chronischen Leistenschmerz? Chirurgische Allgemeine, 8;11/12: S. 521

178.   Klinge U, Ackermann D, Lynen-Jansen P, Mertens PR. The risk to develop a recurrence of a gastric cancer-is it independent of time? Langenbecks Arch Surg. 2008 Jan 4; [Epub ahead of print]

179.   Klinge U. Mesh for hernia repair. Br J Surg. 2008 Mar 14;95(5):539-540

180.   Junge K, Binnebösel M, Rosch R, Jansen M, Kämmer D, Otto J, Schumpelick V, Klinge U. Adhesion formation of a polyvinylidenfluoride/polypropylene mesh for intra-abdominal placement in a rodent animal model. Surg Endosc. 2008 Apr 25. [Epub ahead of print]

181.   Conze J, Junge K, Weiß C, Anurov M, Oettinger A, Klinge U, Schumpelick V. New polymer for intra-abdominal meshes-PVDF copolymer. J Biomed Mater Res B Appl Biomater. 2008 Apr 24. [Epub ahead of print]

182.   Junge K, Binnebösel M, Rosch R, Ottinger A, Stumpf M, Mühlenbruch G, Schumpelick V, Klinge U. Influence of mesh materials on the integrity of the vas deferens following Lichtenstein hernioplasty: an experimental model. Hernia. 2008 Jul 2. [Epub ahead of print]

183.   Binnebösel M, Junge K, Schwab R, Antony A, Schumpelick V, Klinge U. Delayed Wound Healing in Sacrococcygeal Pilonidal Sinus Coincides with an Altered Collagen Composition. World J Surg. 2008 Oct 4. [Epub ahead of print]

184.   Klosterhalfen B, Junge K, Klinge U. The lightweight and large porous mesh concept for hernia repair. Expert Rev Med Devices. 2005 Jan; 2(1):103-17. Review.

185.   Klinge U, Fiebeler A. Analysis of survival curve configuration is relevant for determining pathogenesis and causation. Med Hypotheses. 2009 Feb 6. [Epub ahead of print]

186.   Kaemmer DA, Otto J, Lassay L, Steinau G, Klink C, Junge K, Klinge U, Schumpelick V. The Gist of literature on pediatric GIST: review of clinical presentation. J Pediatr Hematol Oncol. 2009 Feb;31(2):108-12.

187.   Stumpf M, Conze J, Prescher A, Junge K, Krones CJ, Klinge U, Schumpelick V. The lateral incisional hernia: anatomical considerations for a standardized retromuscular sublay repair. Hernia. 2009 Feb 12. [Epub ahead of print]

188.    Stumpf M, Junge K, Rosch R, Krones C, Klinge U, Schumpelick V. Suture-free small bowel anastomoses using collagen fleece covered with fibrin glue in pigs. J Invest Surg. 2009 Mar-Apr;22(2):138-47.

189.    Klinge U, Theuer S, Krott E, Fiebeler A. Absence of circulating aldosterone attenuates foreign body reaction around surgical sutures. Langenbecks Arch Surg. 2009 Mar 7. [Epub ahead of print]

190.    Muysoms FE, Miserez M, Berrevoet F, Campanelli G, Champault GG, Chelala E, Dietz UA, Eker HH, El Nakadi I, Hauters P, Hidalgo Pascual M, Hoeferlin A, Klinge U, Montgomery A, Simmermacher RK, Simons MP, Smietański M, Sommeling C, Tollens T, Vierendeels T, Kingsnorth A. Classification of primary and incisional abdominal wall hernias.Hernia. 2009 Jun 3. [Epub ahead of print]

191.    Stumpf M, Junge K, Wendlandt M, Krones C, Ulmer F, Klinge U, Schumpelick V. Risk Factors for Anastomotic Leakage after Colorectal Surgery. Zentralbl Chir. 2009 Jun;134(3):242-248. Epub 2009 Jun 17. PMID: 19536719 [PubMed - as supplied by publisher]

192.    Conze J, Klinge U, Schumpelick V (2009): Narbenhernien. Der Chirurg BDC 7, Seite 369-372

193.    Tur MK, Neef I, Jost E, Galm O, Jäger G, Stöcker M, Ribbert M, Osieka R, Klinge U, Barth S. Targeted restoration of down-regulated DAPK2 tumor suppressor activity induces apoptosis in Hodgkin lymphoma cells. J Immunother. 2009 Jun;32(5):431-41.

194.    Klink C, Binnebösel M, Kämmer D, Willis S, Prescher A, Klinge U, Schumpelick V. Haemorrhoids are related to changes of cell function in mucosa and submucosa. Int J Colorectal Dis. 2009 Jul 10. [Epub ahead of print]

195.    Kavvadias T, Kaemmer D, Klinge U, Kuschel S, Schuessler B.Foreign body reaction in vaginally eroded and noneroded polypropylene suburethral slings in the female: a case series. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug 29. [Epub ahead of print]

196.    Park JK, Theuer S, Kirsch T, Lindschau C, Klinge U, Heuser A, Plehm R, Todiras M, Carmeliet P, Haller H, Luft FC, Muller DN, Fiebeler A. Growth arrest specific protein 6 participates in DOCA-induced target-organ damage. Hypertension. 2009 Aug;54(2):359-64. Epub 2009 Jun 29.

197.    Binnebösel M, Junge K, Kaemmer DA, Krones CJ, Titkova S, Anurov M, Schumpelick V, Klinge U. Intraperitoneally applied gentamicin increases collagen content and mechanical stability of colon anastomosis in rats. Int J Colorectal Dis. 2009 Apr;24(4):433-40. Epub 2008 Dec 3.

198.    Binnebösel M, Grommes J, Koenen B, Junge K, Klink CD, Stumpf M, Ottinger AP, Schumpelick V, Klinge U, Krones CJ. Zinc deficiency impairs wound healing of colon anastomosis in rats. Int J Colorectal Dis. 2009 Oct 27. PMID: 19859719

199.    Junge K, Binnebösel M, Rosch R, Otto J, Kämmer D, Schumpelick V, Klinge U. Impact of proinflammatory cytokine knockout on mesh integration. J Invest Surg. 2009 Jul-Aug;22(4):256-62.

200.    Jansen PL, Klinge U, Jansen M, Junge K.Risk factors for early recurrence after inguinal hernia repair. BMC Surg. 2009 Dec 9;9:18.

201.    Klink CD, Binnebösel M, Lucas AH, Schachtrup A, Klinge U, Schumpelick V, Junge K.Do drainage liquid characteristics serve as predictors for seroma formation after incisional hernia repair? Hernia. 2009 Dec 10. [Epub ahead of print]

202.    Böhm G, Mossdorf A, Klink C, Klinge U, Jansen M, Schumpelick V, Truong S.Treatment algorithm for postoperative upper gastrointestinal fistulas and leaks using combined Vicryl plug and fibrin glue. Endoscopy. 2010 Apr 29. [Epub ahead of print]

203.    Kaemmer D, Bozkurt A, Otto J, Junge K, Klink C, Weis J, Sellhaus B, O'Dey DM, Pallua N, Jansen M, Schumpelick V, Klinge U.Evaluation of tissue components in the peripheral nervous system using Sirius red staining and immunohistochemistry: A

comparative study (human, pig, rat). J Neurosci Methods. 2010 Apr 22. [Epub ahead of print]

204.    Klinge U, Klink CD, Klosterhalfen B. [The "ideal" mesh--more than a mosquito net] Zentralbl Chir. 2010 Apr;135(2):168-74. Epub 2010 Apr 8. German.

205.    Kaemmer DA, Otto J, Binneboesel M, Klink C, Krones C, Jansen M, Cloer C, Oettinger A, Schumpelick V, Klinge U. Erythropoietin (EPO) Influences Colonic Anastomotic Healing in a Rat Model by Modulating Collagen Metabolism.J Surg Res. 2010 May 22. [Epub ahead of print]

206.    Otto J, Binnebösel M, Pietsch S, Anurov M, Titkova S, Ottinger AP, Jansen M, Rosch R, Kämmer D, Klinge U. Large-pore PDS mesh compared to small-pore PG mesh. J Invest Surg. 2010 Aug;23(4):190-6.

207.    Junge K, Binnebösel M, Kauffmann C, Rosch R, Klink C, von Trotha K, Schoth F, Schumpelick V, Klinge U.Damage to the spermatic cord by the Lichtenstein and TAPP procedures in a pig model. Surg Endosc. 2010 Jun 8. [Epub ahead of print]

208.    Krämer NA, Donker HC, Otto J, Hodenius M, Sénégas J, Slabu I, Klinge U, Baumann M, Müllen A, Obolenski B, Günther RW, Krombach GA. A concept for magnetic resonance visualization of surgical textile implants. Invest Radiol. 2010 Aug;45(8):477-83.

209.    Klinge U, Farman N, Fiebeler A. Evaluation of the collaborative network of highly correlating skin proteins and its change following treatment with glucocorticoids. Theor Biol Med Model. 2010 May 28;7:16.

210.    Clerici T, Kolb W, Beutner U, Bareck E, Dotzenrath C, Kull C, Niederle B; German Association of Endocrine Surgeons. Diagnosis and treatment of small follicular thyroid carcinomas.Br J Surg. 2010 Jun;97(6):839-44.

211.    Klink CD, Binnebösel M, Kaemmer D, Schachtrupp A, Fiebeler A, Anurov M, Schumpelick V, Klinge U. Comet-Tail-Like Inflammatory Infiltrate to Polymer Filaments Develops in Tension-Free Conditions. Eur Surg Res. 2010 Dec 29;46(2):73-81. [Epub ahead of print]

212.    Klink CD, Binnebösel M, Lucas AH, Schachtrupp A, Grommes J, Conze J, Klinge U, Neumann U, Junge K. Serum analyses for protein, albumin and IL-1-RA serve as reliable predictors for seroma formation after incisional hernia repair. Hernia. 2010 Nov 9. [Epub ahead of print]

213.    Junge K, Binnebösel M, von Trotha KT, Rosch R, Klinge U, P Neumann U, Lynen Jansen P. Mesh biocompatibility: effects of cellular inflammation and tissue remodelling. Langenbecks Arch Surg. 2011 Apr 1. [Epub ahead of print]

214.    Yagi S, Doorschodt BM, Afify M, Klinge U, Kobayashi E, Uemoto S, Tolba RH. Improved Preservation and Microcirculation with POLYSOL After Partial Liver Transplantation in Rats. J Surg Res. 2011 May 15;167(2):e375-e383. Epub 2011 Jan 31.

215.    Stoffels B, Yonezawa K, Yamamoto Y, Schäfer N, Overhaus M, Klinge U, Kalff JC, Minor T, Tolba RH. Meloxicam, a COX-2 Inhibitor, Ameliorates Ischemia/Reperfusion Injury in Non-Heart-Beating Donor Livers. Eur Surg Res. 2011 Jul 12;47(3):109-117. [Epub ahead of print]

216.    Bittner R, Arregui ME, Bisgaard T, Dudai M, Ferzli GS, Fitzgibbons RJ, Fortelny RH, Klinge U, Kockerling F, Kuhry E, Kukleta J, Lomanto D, Misra MC, Montgomery A, Morales-Conde S, Reinpold W, Rosenberg J, Sauerland S, Schug-Paß C, Singh K, Timoney M, Weyhe D, Chowbey P.Guidelines for laparoscopic (TAPP) and endoscopic (TEP) treatment of inguinal Hernia [International Endohernia Society (IEHS)]. Surg Endosc. 2011 Jul 13. [Epub ahead of print] No abstract available.

217.    Lindschau C, Kirsch T, Klinge U, Kolkhof P, Peters I, Fiebeler A. Dehydroepiandrosterone-Induced Phosphorylation and Translocation of FoxO1 Depend on the Mineralocorticoid Receptor. Hypertension. 2011 Jul 11. [Epub ahead of print]

218.    Brandt CJ, Kammer D, Fiebeler A, Klinge U  Beneficial effects of hydrocortisone or spironolactone coating on foreign body response to mesh biomaterial in a mouse model. J Biomed Mater Res A. 2011 Dec;99(3):335-43. doi: 10.1002/jbm.a.33136. Epub 2011 Aug 23.

219.    Kössler W, Fiebeler A, Willms A, ElAidi T, Klosterhalfen B, Klinge U. Formation of translational risk score based on correlation coefficients as an alternative to Cox regression models for predicting outcome in patients with NSCLC. Theor Biol Med Model. 2011 Jul 27;8:28.

220.    Klink CD, Junge K, Binnebösel M, Alizai HP, Otto J, Neumann UP, Klinge U. Comparison of Long-Term Biocompability of PVDF and PP Meshes. J Invest Surg. 2011;24(6):292-9.

221.    Staat M, Trenz E, Lohmann P, Frotscher R, Klinge U, Tabaza R, Kirschner-Hermanns R: New measurements to compare soft tissue anchoring systems in pelvic floor surgery. J Biomed Mater Res Part B 100B(4) (2012) 924–933

222.    Fet NG, Fiebeler A, Klinge U, Park JK, Barth S, Thepen T, Tolba RH. Reduction of activated macrophages after ischaemia-reperfusion injury diminishes oxidative stress and ameliorates renal damage. Nephrol Dial Transplant. 2012 Mar 8. [Epub ahead of print]

223.    Klink CD, Binnebösel M, Lambertz A, Alizai HP, Roeth A, Otto J, Klinge U, Neumann UP, Junge K. In vitro and in vivo characteristics of gentamicin-supplemented polyvinylidenfluoride mesh materials. J Biomed Mater Res A. 2012 May;100(5):1195-202. doi: 10.1002/jbm.a.34066. Epub 2012 Feb 18.

224.    Slabu I, Guntherodt G, Schmitz-Rode T, Hodenius M, Kramer N, Donker H, Krombach GA, Otto J, Klinge U, Baumann M. Investigation of Superparamagnetic Iron Oxide Nanoparticles for MRVisualization of Surgical Implants. Curr Pharm Biotechnol. 2012 Mar 1;13(4):545-51.

225.    Klink CD, Binnebösel M, Alizai HP, Lambertz A, Vontrotha KT, Junker E, Disselhorst-Klug C, Neumann UP, Klinge U. Tension of knotted surgical sutures shows tissue specific rapid loss in a rodent model. BMC Surg. 2011 Dec 21;11:36.

226.    Kuehnert N, Kraemer NA, Otto J, Donker HC, Slabu I, Baumann M, Kuhl CK, Klinge U. In vivo MRI visualization of mesh shrinkage using surgical implants loaded with superparamagnetic iron oxides. Surg Endosc. 2011 Dec 17. [Epub ahead of print]

227.    Donker HC, Kramer NA, Otto J, Klinge U, Slabu I, Baumann M, Kuhl CK. Mapping of Proton Relaxation Near Superparamagnetic Iron Oxide Particle-Loaded Polymer Threads for Magnetic Susceptibility Difference Quantification. Invest Radiol. 2012 May 1. [Epub ahead of print]

228.    Muysoms F, Campanelli G, Champault GG, Debeaux AC, Dietz UA, Jeekel J, Klinge U, Köckerling F, Mandala V, Montgomery A, Morales Conde S, Puppe F, Simmermacher RK, Smietański M, Miserez M. EuraHS: the development of an international online platform for registration and outcome measurement of ventral abdominal wall hernia repair. Hernia. 2012 Apr 18. [Epub ahead of print]

229.    Slabu I, Günterodt G, Schmitz-Rode T, Krämer N, Donker H, Otto J, Kuhl C, Klinge U, Baumann M. Investigation of magnetic nanoparticles incorporated within textile hernia implants. Biomed Tech (Berl). 2012 Sep 4. pii: /j/bmte.2012.57.issue-s1-M/bmt-2012-4078/bmt-2012-4078.xml. doi: 10.1515/bmt-2012-4078. [Epub ahead of print] No abstract available.

230.    Nováček V, Trn TN, Klinge U, Tolba RH, Staat M, Bronson DG, Miesse AM, Whiffen J, Turquier F. Finite element modelling of stapled colorectal end-to-end anastomosis: Advantages of variable height stapler design. J Biomech. 2012 Aug 4. [Epub ahead of print]

231.    Klinge U, Klosterhalfen B. Modified classification of surgical meshes for hernia repair based on the analyses of 1,000 explanted meshes. Hernia. 2012 Jun;16(3):251-8. Epub 2012 May 5.

232.    Kraemer NA, Donker HC, Kuehnert N, Otto J, Schrading S, Krombach GA, Klinge U, Kuhl CK.In vivo visualization of polymer-based mesh implants using conventional magnetic resonance imaging and positive-contrast susceptibility imaging.Invest Radiol. 2013 Apr;48(4):200-5. doi: 10.1097/RLI.0b013e31827efd14.

233.    Kirsch T, Beese M, Wyss K, Klinge U, Haller H, Haubitz M, Fiebeler A..Aldosterone modulates endothelial permeability and endothelial nitric oxide synthase activity by rearrangement of the actin cytoskeleton. Hypertension. 2013 Feb;61(2):501-8.

234.    Klinge U, Park JK, Klosterhalfen B. 'The ideal mesh?'. Pathobiology. 2013;80(4):169-75. doi: 10.1159/000348446. Epub 2013 May 6

235.    Klosterhalfen B, Klinge U. Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction. J Biomed Mater Res B Appl Biomater. 2013 May 19. doi: 10.1002/jbmb.32958. [Epub ahead of print

236.    Hansen NL, Barabasch A, Distelmaier M, Ciritsis A, Kuehnert N, Otto J, Conze J, Klinge U, Hilgers RD, Kuhl CK, Kraemer NA. First In-Human Magnetic Resonance Visualization of Surgical Mesh Implants for Inguinal Hernia Treatment. Invest Radiol. 2013 May 31. [Epub ahead of print]

237.    Peeters E, De Hertogh G, Junge K, Klinge U, Miserez M. Skin as marker for collagen type I/III ratio in abdominal wall fascia. Hernia. 2013 Jun 22. [Epub ahead of print]

238.    Kaldenhoff E,·Klinge U, Klosterhalfen B, Najjari L, Maass N. Von der Prolaps- zur Problempatientin Schenken wir der Qualität von Netzimplantaten genügend Aufmerksamkeit? vorGynäkologe  2013; 1-7

239.    Otto J, Kaldenhoff E, Kirschner-Hermanns R, Mühl T, Klinge U. Elongation of textile pelvic floor implants under load is related to complete loss of effective porosity, thereby favoring incorporation in scar plates. J Biomed Mater Res A. 2013 Apr 29. doi: 10.1002/jbm.a.34767. [Epub ahead of print]

240.    Klink CD, Schickhaus P, Binnebösel M, Jockenhoevel S, Rosch R, Tolba R, Neumann UP, Klinge U.Influence of 4% icodextrin solution on peritoneal tissue response and adhesion formation. BMC Surg. 2013 Sep 10;13(1):34. [Epub ahead of print]

241.    Anding R, Tabaza R, Staat M, Trenz E, Lohmann P, Klinge U, Kirschner-Hermanns R. Introducing a method of in vitro testing of different anchoring systems used for female incontinence and prolapse surgery. Biomed Res Int. 2013;2013:401417. doi: 10.1155/2013/401417. Epub 2013 Dec 22.

242.    Klosterhalfen B, Klinge U. Retrieval study at 623 human mesh explants made of polypropylene - impact of mesh class and indication for mesh removal on tissue reaction. J Biomed Mater Res B Appl Biomater. 2013 Nov;101(8):1393-9. doi: 10.1002/jbm.b.32958.

243.    Otto J, Kuehnert N, Kraemer NA, Ciritsis A, Hansen NL, Kuhl C, Busch D, Peter Neumann U, Klinge U, Conze KJ. First in vivo visualization of MRI-visible IPOM in a rabbit model. J Biomed Mater Res B Appl Biomater. 2014 Jan 28. doi: 10.1002/jbm.b.33098. [Epub ahead of print]

244.    Klinge U, Weyhe D.  [Hernia surgery: minimization of complications by selection of the "correct mesh"] Chirurg. 2014 Jan 18. [Epub ahead of print] German.

245.    Klinge U, Dietz U, Fet N, Klosterhalfen B.Characterisation of the cellular infiltrate in the foreign body granuloma of textile meshes with its impact on collagen deposition. Hernia. 2014 Feb 6. [Epub ahead of print]

246.    Alizai PH1, Schmid S, Otto J, Klink CD, Roeth A, Nolting J, Neumann UP, Klinge U. Biomechanical analyses of prosthetic mesh repair in a hiatal hernia model. J Biomed

Mater Res B Appl Biomater. 2014 Mar 6. doi: 10.1002/jbm.b.33128. [Epub ahead of print]

247.    Ciritsis A, Hansen NL, Barabasch A, Kuehnert N, Otto J, Conze J, Klinge U, Kuhl CK, Kraemer NA.Time-Dependent Changes of Magnetic Resonance Imaging-Visible Mesh Implants in Patients. Invest Radiol. 2014 Mar 19. [Epub ahead of print]

248.    Fet N1, Alizai PH, Fragoulis A, Wruck C, Pufe T, Tolba RH, Neumann UP, Klinge U.In vivo characterisation of the inflammatory reaction following mesh implantation in transgenic mice models. Langenbecks Arch Surg. 2014 Apr 15. [Epub ahead of print]

249.    Otto J, Busch D, Klink C, Ciritsis A, Woitok A, Kuhl C, Klinge U, Neumann UP, Kraemer NA, Conze J. In vivo MRI visualization of parastomal mesh in a porcine model.Hernia. 2014 Jun 10. [Epub ahead of print]

250.    Lambertz A, Vogels RR, Busch D, Schuster P, Jockenhövel S, Neumann UP, Klinge U, Klink CD. Laparotomy closure using an elastic suture: A promising approach. J Biomed Mater Res B Appl Biomater. 2014 Jun 5. doi: 10.1002/jbm.b.33222. [Epub ahead of print]

251.    Tolba RH, Fet N, Yonezawa K, Taura K, Nakajima A, Hata K, Okamura Y, Uchinami H, Klinge U, Minor T, Yamaoka Y, Yamamoto Y. Role of Preferential Cyclooxygenase-2 Inhibition by Meloxicam in Ischemia/Reperfusion Injury of the Rat Liver. Eur Surg Res. 2014 May 14;53(1-4):11-24. [Epub ahead of print]

252.    Schwab B, Rudolph A, Jost E, Klinge U. Collaborative network of predictive markers complicates formation of prognostic groups in patients with advanced lung cancer. Anticancer Res. 2014 Jun;34(6):2745-54

253.    Klinge U, Koch A, Weyhe D, Nicolo E, Bendavid R, Fiebeler A:  International Bias-Variation Dilemma Challenges Clinical Trials: Inherent Limitations of Randomized Controlled Trials and Meta-Analyses Comparing Hernia Therapies. Journal of Clinical Medicine, 2014, 5, 778-789 Published Online July 2014 in SciRes. http://www.scirp.org/journal/ijcm http://dx.doi.org/10.4236/ijcm.2014.513105

254.    Köhler G, Koch OO, Antoniou SA, Lechner M, Mayer F, Klinge U, Emmanuel K.Parastomal hernia repair with a 3-D mesh device and additional flat mesh repair of the abdominal wall. Hernia. 2014 Aug 12. [Epub ahead of print]

255.    Wiegering A, Sinha B, Spor L, Klinge U, Steger U, Germer CT, Dietz UA.Gentamicin for prevention of intraoperative mesh contamination: demonstration of high bactericide effect (in vitro) and low systemic bioavailability (in vivo). Hernia. 2014 Aug 12. [Epub ahead of print]

256.    Philipp Schuster*, Klas-Moritz Kossel, Andreas Lambertz, Ruben Raoul Marginus Vogels, Christian Daniel Klink, Uwe Klinge, Thomas Gries and Stefan Jockenhoevel: Elastic filaments from thermoplastic polyurethanes for application in highly elastic mesh implants. Bionanomaterials (De Gruyter) DOI 10.1515/bnm-2014-0006. Received May 19, 2014; accepted August 22, 2014

257.    Bittner R, Montgomery MA, Arregui E, Bansal V, Bingener J, Bisgaard T, Buhck H, Dudai M, Ferzli GS, Fitzgibbons RJ, Fortelny RH, Grimes KL, Klinge U, Koeckerling F, Kumar S, Kukleta J, Lomanto D, Misra MC, Morales-Conde S, Reinpold W, Rosenberg J, Singh K, Timoney M, Weyhe D, Chowbey P.Update of guidelines on laparoscopic (TAPP) and endoscopic (TEP) treatment of inguinal hernia (International Endohernia Society).Surg Endosc. 2014 Nov 15. [Epub ahead of print] No abstract available.

258.    Hamza AR, Krasniqi AS, Srinivasan PK, Afify M, Bleilevens C, Klinge U, Tolba RH.Gut-liver axis improves with meloxicam treatment after cirrhotic liver resection.World J Gastroenterol. 2014 Oct 28;20(40):14841-54. doi: 10.3748/wjg.v20.i40.14841.

259.    Lambertz A1, Vogels RR, Binnebösel M, Schöb DS, Kossel K, Klinge U, Neumann UP, Klink CD.Elastic mesh with thermoplastic polyurethane (TPU) filaments preserves

effective porosity of textile implants. J Biomed Mater Res A. 2015 Jan 28. doi: 10.1002/jbm.a.35411. [Epub ahead of print]

260.    von Trotha KT, Butz N, Grommes J, Binnebösel M, Charalambakis N, Mühlenbruch G, Schumpelick V, Klinge U, Neumann UP, Prescher A, Krones CJ.Vascular anatomy of the small intestine-a comparative anatomic study on humans and pigs. Int J Colorectal Dis. 2015 Feb 20. [Epub ahead of print]

261.    Lambertz A, Schröder KM, Schöb DS, Binnebösel M, Anurov M, Klinge U, Neumann UP, Klink CD.Polyvinylidene Fluoride as a Suture Material: Evaluation of Comet Tail-Like Infiltrate and Foreign Body Granuloma. Eur Surg Res. 2015 Feb 25;55(1-2):1-11. [Epub ahead of print]

262.    Jens Otto . Nicolas Kuehnert . Daniel Busch . Andreas Lambertz . Christian Klink . Nienke L. Hansen . Alexander Ciritsis . Christiane Kuhl . Uwe Klinge . Ulf Peter Neumann . Joachim Conze . Nils A. Kraemer. MR-visualization of surgical textile implants. BioNanoMaterials. Band 15, Heft 1-2, Seiten 3–8, ISSN (Online) 2193-066X, ISSN (Print) 2193-0651, DOI: 10.1515/bnm-2014-0002, September 2014

263.    Rajshekhar S, Mukhopadhyay S, Klinge U.Mesh for prolapse surgery: Why the fuss? Post Reprod Health. 2015 May 6. pii: 2053369115580053. [Epub ahead of print] Review.

264.    Klinge U, Otto J, Mühl T.High structural stability of textile implants prevents pore collapse and preserves effective porosity at strain. Biomed Res Int. 2015;2015:953209. doi: 10.1155/2015/953209. Epub 2015 Apr 20.

265.    Otto T, Klosterhalfen B, Klinge U, Boros M, Ysebaert D, Williams K. Implants in urogynecology. Biomed Res Int. 2015;2015:354342. doi: 10.1155/2015/354342. Epub 2015 Apr 29. No abstract available.

# published abstracts

1. V.Schumpelick, J.Faß, U.Klinge, W.Effendy: Das Risiko in der Magenchirurgie. Häring, Berlin Alterschirurgie, 1986

2. Nachtkamp, J., R. Bares, G.Winkeltau, U.Klinge, V.Schumpelick, U.Büll (1988) Gastro-bronchialer Reflux unter Streßulkusprophylaxe - Ursache von broncho-pulmonalen Infektionen bei Beatmungspatienten. Acta Chir. Austria 20:244-5

3. J. Nachtkamp, R. Bares, G. Winkeltau, U. Klinge, M.M. Lerch, V. Schumpelick, U. Büll (1989) Gastrobronchialer Reflux, Ursache von nosokomialen Pneumonien unter Streßulkusprophylaxe. Langenbecks Arch Chir (Suppl Chir Forum):103-7

4. Ch.Töns, G.Alzen, J.Braun, U.Klinge, V.Schumpelick (1989) Zur Wertigkeit des Defäkogramms bei der Diagnostik der anorektalen Inkontinenz. Langenbecks Arch Chir Suppl 2:796-7

5. U.Klinge, G.Steinau, A.Tittel, G.Alzen, V.Schumpelick (1990) The COMMON CHANNEL-SYNDROM - a rare cause of hyperamylasemia in childhood. Kongreßband, Thieme Verlag p. 191-4

6. G. Steinau, U.Klinge, A.Tittel, V.Schumpelick (1990) Cholelithiasis in Childhood. Kongreßband, Thieme Verlag p. 177-8

7. U.Klinge (1992) Epidemiologie und Pathogenese der Cholelithiasis. Chir. Gastroenterologie Bd. 8 Suppl. 2:6-14

8. U.Klinge (1992) Postoperative Intensivmedizin bei akuter Pankreatitis: Lavage Chir. Gastroenterologie Bd. 8 Suppl. 2:108-111

9. Schumpelick,V., Braun, J., Willes, S., Klinge,U.: Darmdistraktion zur Oberflächenvergrößerung und progressives Pneumoperitoneums. Langenbecks Arch. Chir. Suppl. II (Kongreßbericht), 245-250, 1995

10. U. Henze, U Klinge, D Klee, M Anurov, B Klein, B Klosterhalfen (1996) Heat shock protein 70 (HSP 70) in the interface of biomaterials polymers in medicine & surgery 1.-3.July 1996, Glasgow UK, Kongreßband, p 269-76

11. Schumpelick, V., J. Conze, U. Klinge, G Arlt (1998) Preperitoneal mesh repair of incisional hernia. American Hernia society, Annual meeting, 6.-8.2.1998 Miami Beach, Florida. Hernia 2 Suppl.1: S8

12. U. Klinge (1998) Abdominal wall: Function, defectrs and repair. Mitteilungen der DGC, 27,3:S.155

13. U. Klinge (1998) Die Entwicklung eines an die physiologischen Belastungen angepassten Polypropylen-Meshes zur Reparation von Bauchwandhernien. Zentrlbl Chir 9: 1093

14. U. Klinge, B. Klosterhalfen, V. Schumpelick (1999): Alteration of collagen metabolism in hernia patients and consequences for the therapeutic approach. 21. Congress der European hernia society, 3.-6.11.1999, Madrid Hernia, S74

15. J. Conze, U. Klinge, A. Öttinger, V. Schumpelick (1999) Adhesion formation after intraperitoneal –onlay-meshplastic (IPOM) with a modified polypropylen mesh. A new rabbit model. 21. Congress der European hernia society, 3.-6.11.1999, Madrid, Hernia, S74

16. G. Welty, U. Klinge, M. Stumpf, B. Klosterhalfen, V. Schumpelick (1999) Experiences with a novel low-weight large-pore mesh for incisional hernia repair. 21. Congress der European hernia society, 3.-6.11.1999, Madrid, Hernia, S71

17. B. Klosterhalfen, U. Klinge, V. Schumpelick (1999) Tissue and cellular response to long-term implanted surgical meshes in humans. 21. Congress der European hernia society, 3.-6.11.1999, Madrid, Hernia S 75

18. R. Kasperk, U. Klinge, V. Schumpelick (1999) New operative strategy for the repair of large parastomal hernias. 21. Congress der European hernia society, 3.-6.11.1999, Madrid, Hernia S92

19. M. Stumpf, U. Klinge, G. Welty, V. Schumpelick (1999) Assessment of surgical trauma after abdominal wall incision with three-dimensional stereography. 21. Congress der European hernia society, 3.-6.11.1999, Madrid, Hernia S 92

20. G. Welty, U Klinge, M Stumpf, B Klosterhalfen, V Schumpelick (2000) Development of new mesh materials for hernia repair and clinical aoutcome of different polypropylene meshes. 35 th Congress of the European Society for Surgical Research 1.-3.6.2000, Malmö, in European Surgical Research 32,S1,00: S. 3

21. Kasperk, R, U Klinge, V Schumpelick (2000) Reparation großer Narbenhernien mittels nicht resorbierbarer Netze in Sublay-Technik. Deutsche Gesellschaft für Chirurgie Kongreßbericht 2000, S. 925,

22. Klinge U, Klosterhalfen B, Schumpelick V (2000) Epidemiologie und Pathophysiologie der Bauchwanddefekte. Kongreßband der DGfC, S. 195- 197

23. Peiper C, Klosterhalfen B, Junge K, Bühner A, Klinge U, Schumpelick V (2001) The effect of a preperitoneal polypropylene mesh on the spermatic cord in the pig. XXXVIth Congress of the European Society for Surgical Research, 6-9.6.2001, Santiago de Compostella, Spanien. Eur Surg Res 33: 182

24. Höer J, Gawong AG, Klinge U, Schumpelick V (2001) Influencing factors for incisional hernia development after primary laparotomies. Retrospective Analysis of 2938 patients. XXXVIth Congress of the European Society for Surgical Research, 6-9.6.2001, Santiago de Compostella, Spanien. Eur Surg Res 33: 115

25. Stumpf M, Cao W, Klinge U, Klosterhalfen B, Kasperk R, Schumpelick V (2001) Colalgen metabolism and diverticular disease. XXXVIth Congress of the European Society for Surgical Research, 6-9.6.2001, Santiago de Compostella, Spanien. Eur Surg Res 33: 167

26. Höer J, Junge K, Klinge U, Töns C, Schumpelick V (2001) Influence of suture material and suture technique on the fasccial wound healing in rats. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S46

27. Junge C, Peiper C, Klinge U, Schumpelick V (2001) Elasticity of the abdominal wall in comparison to surgical meshes. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S47

28. Klinge U, Junge K, Klosterhalfen B, Schumpelick V (2001) Functional and histological investigation of a novel low weight mesh of polypropylene monofilaments in a rat model. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S47

29. Peiper C, Klosterhalfen B, Junge K, Bühner A, Klinge U, Schumpelick V (2001) The reaction of the structures of the spermatic cord on a preperitoneal polypropylene mesh in the pig. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S48

30. Klosterhalfen B, Klinge U, Canino V (2001) Complications of surgical meshes – results of the first post implantation retrival study. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S42

31. Kasperk R, Klinge U, Stumpf M, riesener KP, Schumpelick V (2001) New technique for the repair of a parastomal hernia. 23. International congress of the EHS, Milano 21-23.6.2001, Hernia 5 Suppl 1 2001, p. S61

32. Junge K, Klinge U, Peltrosche-Llacsahuanga, Klosterhalfen B, Kunz D, Schumpelick V (2002) Infection prophylaxis by gentamycin supplementation of polyvinylidenfluoride mesh matrials for abdominal wall repair. Arbeitstagung der CAB Berlin 18/19.1.2002, in Eur J Trauma 28: 125

33. Junge K, Klinge U, Klosterhalfen B, Bialasinski L, Schumpelick V (2001) Influence of textile structure of surgical meshes on tissue ingrowth in a rat model. 1st Biennial meeting of the ETES, Freiburg 7-10.11.2001, in tissue engeneering 2001, 7: 638

34. Peiper Ch, Klosterhalfen B, Junge K, Bühner A, Klinge U, Schumpelick V (2001) Der Einfluß des inguinalen Polypropylen-Mesh auf die Strukturen des Samenstranges im Tierversuch. Kongressband der DGfC S. 871f

35. Junge K, Rosch R, Conze J, Klinge U, Schumpelick V (2002) Einfluß der Mesh-Qualität auf die Quantität und Qualität der Kollagenbildung im Nagermodell. Zeitschr für Wundheilung 4/02: S. 151

36. Junge K, Rosch R, Knops M, Lynen P, Mertens PR, Klinge U, Schumpelick V: Mesh in hernia repair: Ionfluence on fibrogenesis Langenbecks Arch. Surg (2002) 387: 255

37. Rosch R, Junge K, Klinge U, Lynen P, Schumpelick V: Matrix metalloproteinases MMP 1/13 – indicators for the development of incisional hernia? Langenbecks Arch. Surg (2002) 387: 253

38. U Klinge, M. Binnebösel. Anatomic limitations for mesh positioning. Hernia (2006) abstract book: 8

39. U Klinge, M Binnebösel. Hernia recurrence as a problem of biology and collagen. Hernia (2006) abstract book: 27

# Contributions to books

1. M.Pfeiffer, F.A.Pieper, U.Klinge (1987) Leberabszesse. in Chirurgie der Leber. Hrsg. V.Schumpelick, R.Pichlmayr. Springer-Verlag p.99-108
2. U.Klinge (1990) Die innere Hernie. in Hernien. Hrsg. V.Schumpelick. Ferdinand Enke Verlag p. 249ff
3. U.Klinge, V. Schumpelick, N.Bleese, H. Pokar, W.Rödiger (1994): Postoperative Therapie. Kapitel 3 in 3. Auflage "Chirurgie", Hrsg. V. Schumpelick, N.M. Bleese, U.Mommsen, Enke-Verlag Stuttgart 1984
4. U.Klinge (1994) Infektion, systemische Entzündungsantwort und Mediatoren. In "Die diffuse Peritonitis", Wissenschaftliche Verlagsgesellschaft mbH Stuttgart, Hrsg. G. Winkeltau.
5. Klosterhalfen, B, U Klinge, G Winkeltau (1998) Infektion, systemische Entzündungsantwort und Mediatoren. In "Die diffuse Peritonitis", Wissenschaftliche Verlagsgesellschaft mbH Stuttgart, pp 27-81 Hrsg. G. Winkeltau.
6. U. Klinge (1995) Meshes: Experimental Results and Review of the Literature. in: Schumpelick, V., Wantz, GE (eds.): Inguinal Hernia Repair. Karger-Verlag1995, pp 182-194
7. U. Klinge (1995) Complications in open surgery. in: Schumpelick, V., Wantz, GE (eds.): Inguinal Hernia Repair. Karger-Verlag 1995, pp 326-339
8. U. Klinge (1995) Alloplastische Netze in Hernien, Hrsg. V. Schumpelick Seite 78-88
9. U. Kinge (1997) Venöse und arterielle Katheter. in Chirurgische Notfall- und Intensivmedizin. Hrsg. Töns-Schumpelick, Enke-Verlag
10. U. Kinge (1997) Langzeit-Beatmung und Entwöhnung. in Chirurgische Notfall- und Intensivmedizin. Hrsg. Töns-Schumpelick, Enke-Verlag
11. Klosterhalfen, B, U Klinge (1999) Biocompatibility of biomaterials – histologic aspects. In Schumpelick, V. Abdominal wall: function, defects and repair. Springer-Verlag
12. Klinge, U., B Klosterhalfen (1999) Biomaterial – experimental aspects. In Schumpelick, V. Abdominal wall: function, defects and repair. Springer-Verlag
13. Conze, J, U Klinge (1999) Biomaterial – mechanical aspects. In Schumpelick, V. Abdominal wall: function, defects and repair. Springer-Verlag
14. Schumpelick, V, U Klinge (1999) Intermediate follow-up results of sublay polypropylen repair in primary and recurrent incisional hernias. In Schumpelick, V. Abdominal wall: function, defects and repair. Springer-Verlag
15. U. Klinge, V. Schumpelick (2000) Epidemiologie. In "Hernien", Hrsg. V. Schumpelick, Georg Thieme-Verlag Stuttgart, New York, 4. Aufl.
16. U. Klinge, V. Schumpelick (2000) Pathogenese. In "Hernien", Hrsg. V. Schumpelick, Georg Thieme-Verlag Stuttgart, New York, 4. Aufl.
17. U. Klinge, V. Schumpelick (2000) Geschichte der Hernienchirurgie. In "Hernien", Hrsg. V. Schumpelick, Georg Thieme-Verlag Stuttgart, New York, 4. Aufl.
18. U. Klinge, V. Schumpelick (2000) Reparations-Prinzipien. In "Hernien", Hrsg. V. Schumpelick, Georg Thieme-Verlag Stuttgart, New York, 4. Aufl.
19. U. Klinge, V. Schumpelick (2000) Innere Hernien. In "Hernien", Hrsg. V. Schumpelick, Georg Thieme-Verlag Stuttgart, New York, 4. Aufl.
20. Conze J, Klinge U, Schumpelick V (2001) Hernias. In RG Holzheimer, JA Mannick: Surgical Treatment – Evidence-based and problem-orientated, Zuckerschwerdt Verlag münchen, S. 611-619
21. B Klosterhalfen, U Klinge, V Schumpelick Carcinogenity of implantable biomaterials. in R Bendavid: Abdominal wall hernias. Springer-Verlag 2001, page 235-236
22. U Klinge, B Klosterhalfen, V Schumpelick Vypro®: A new generation polypropylene mesh. in R Bendavid: Abdominal wall hernias. Springer-Verlag 2001, page 286-291

23. Brunn A, Klinge U, Kasperk R: Matrixmetalloproteinasen und ihr Einfluß auf die Pathogenese der Divertikelerkrankung. Eine immunhistochemische und morphometrische Studie. in Divertikulitis Hrsg Schumpelick, Kasperk Springer-Verlag Berlin 2001 S. 51-56

24. Klinge U, Prescher A, Schumpelick V: Anatomy and physiology of the abdominal wall. In Morales-Conde: Laparoscopic ventral hernia repair 2002, 37-51, Springer-Verlag

25. U.Klinge, J.Conze, M.Anurov, S.Titkova, M.Polivoda, A.Oettinger Shrinkage of Polypropylen Meshes after Implantation (experimental investigation) In: Actual problems of Herniology. Moscow 2002; 21-22. ed.Prof.A.Timoshin.

26. Schumpelick V, Klinge U, Klosterhalfen B (2002) Biomaterials for the repair of abdominal wall hernia: structural and composital considerations. In Nyhus and Condon's Hernia, fifth edition, edited by RJ Fitzgibbons jr. and A Gerson Greenburg. Lippincott Williams & Wilkins, Philadelphia ISBN: 0-7817-1962-3, pp 551-565

27. M. Stumpf, U. Klinge, R. Rosch, K. Junge, V. Schumpelick. Have we defeated the recurrence in the groin ? An epidemiological approach: Germany. In Meshes: Benefits and risks. Springer-Verlag 2004

28. Höer J, Lawong G, Junge K, Klinge U, Schumpelick V. Risk-factors predisposing for the development of incisional hernias. A retrospective analysis of 2983 cases over a period of 10 years. In Meshes: Benefits and risks. Springer-Verlag 2004

29. Karsten Junge, Uwe Klinge, Raphael Rosch, Michael Stumpf, Bernd Klosterhalfen, Volker Schumpelick. PVDF: a new alternative ? In Meshes: Benefits and risks. Springer-Verlag 2004

30. B. Klosterhalfen, Uwe Klinge, Raphael Rosch, Karsten Junge. Long-term Inertness of Meshes. In Meshes: Benefits and risks. Springer-Verlag 2004

31. R. Rosch, K. Junge, F. Hölzl, A. Schachtrupp, M. Stumpf, U. Klinge. How to construct a mesh? Impact of structure, filament and pore size for tissue ingrowth. In Meshes: Benefits and risks. Springer-Verlag 2004

32. Ch. Peiper, Karsten Junge, Uwe Klinge, Bernd Klosterhalfen, A. Öttinger, Volker Schumpelick. Does the Mesh Damage the Spermatic Cord? In Meshes: Benefits and risks. Springer-Verlag 2004

33. Bernd Klosterhalfen, Uwe Klinge, Karsten Junge, Raphael Rosch .Foreign-Body Carcinogenesis of Surgical Meshes. In Meshes: Benefits and risks. Springer-Verlag 2004

34. V. Schumpelick, U. Klinge, K. Junge, M. Stumpf, J. Conze, R. Rosch. Mesh Repair in the groin: for every hernia at all ages? In Meshes: Benefits and risks. Springer-Verlag 2004

35. M. Stumpf, A. Schachtrupp, U. Klinge, C.J. Krones, C. Toens, V. Schumpelick. Indications for mesh repair: Mesh repair for laparostomy – an underestimated procedure. In Meshes: Benefits and risks. Springer-Verlag 2004

36. V. Schumpelick, U. Klinge, M. Stumpf, F. Ulmer, K. Junge, R. Rosch. The ideal mesh - how should it look like? A surgical approach Open abdominal wall. In Meshes: Benefits and risks. Springer-Verlag 2004

37. Schumpelick V, Klinge U: Hals. In Kurzlehrbuch Chirurgie, Thieme-Verlag 2003, 6. Auflage, 346-367

38. Volker Schumpelick, Uwe Klinge, and Michael Stumpf: Treatment of Infections After Open Ventral Herniorrhaphy in Maximo Deysine: Hernia Infections Pathophysiology • Diagnosis • Treatment • Prevention (2004) Intellectual Property Management Marcel Dekker, Inc. 270 Madison Avenue New York, NY 10016 ISBN 0-8247-4612-0

39. Roland Fuchs et al (2005) GIT Tumore 2005. Roche

40. J. Conze, K. Junge, U. Klinge, C. Krones, R. Rosch, V. Schumpelick: Hernien. In Praxis der Viszeralchirurgie, Hrsg. Siewert, Rothmund, Schumpelick. Springer-Verlag, 2. Auflage 2006, S. 753-778. ISBN 3-540-29040-0

41. V Schumpelick, R Rosch, U Klinge, R Schwab, J Conze, K Junge. Tratamiento de hernias incisionales con es uso de implantes de malla. In Clinicas Quirurggicas de la Academia Mexicana de Cirurgia : Henrias de la pared abdominal. 2006 S. 173-189. ISBN 968 7827 75-0

**42. R. Rosch, M. Binnebösel, K. Junge, P. Lynen-Jansen, P.R. Mertens, U. Klinge, V. Schumpelick The instable scar: biological reasons to fail. In Recurrent hernia –**

**prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6**

43. Petra Lynen Jansen, MD; Uwe Klinge, MD; David H. Lovett, MD; Peter R. Mertens, MD Biomaterials: Disturbing factors in cell crosstalk and gene regulation. In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

44. M. Stumpf, U. Klinge, J. Conze, A. Prescher Hiatal Hernia – Anatomical limitations of surgical techniques. In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

45. Robert Schwab, Uwe Klinge, Oliver Schumacher, Marcel Binnebösel, Karsten Junge and Volker Schumpelick Biomechanical Data - "Herniamechanics": Hernia size, Overlap and Mesh fixation. In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

46. Volker Schumpelick, Uwe Klinge, Raphael Rosch, Joachim Conze , Karsten Junge How to treat the recurrent incisional hernia: open repair in the midline. . In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

47. J.Conze, M. Binnebösel, U. Klinge. How to treat the recurrent incisional hernia – Redo following mesh repair In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

48. Robert Schwab and Uwe Klinge To treat recurrent inguinal hernia: Principle actions for re-recurrences. In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

49. Peter R. Mertens, Petra Lynen-Jansen, Uwe Klinge. Identification of the patients at risk (for recurrent hernia disease). In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

50. K. Junge, R. Rosch, M. Anurov, S. Titkova, A. Öttinger, U. Klinge, V. Schumpelick. Pharmacological treatment of the hernia disease In Recurrent hernia – prevention and treatment. Hrsg. Schumpelick, Fitzgibbons, Springer Medizin Verlag Heidelberg (2007), 433 Seiten, ISBN 978-3-540-37545-6

51. U. Klinge, A Fiebeler. Two controversial concepts: Standard procedure in a standard patient versus tailored surgery with procedures adjusted to individual patients? In Hernia Repair Sequelae.Hrsg V Schumpelick, RJ Fitzgibbons, Springer-Verlag Heidelberg (2009), 645 pages, ISBN 978-3-642-04552-3,

52. U. Klinge, A Fiebeler, M Tur. Postoperative CRPS in inguinal hernia patients. In Hernia Repair Sequelae.Hrsg V Schumpelick, RJ Fitzgibbons, Springer-Verlag Heidelberg (2009), 645 pages, ISBN 978-3-642-04552-3,

53. J Otto, U. Klinge *Concept of visible mesh and possibilities for analysis of mesh migration and shrinkage*  In Hernia Repair Sequelae.Hrsg V Schumpelick, RJ Fitzgibbons, Springer-Verlag Heidelberg (2009), 645 pages, ISBN 978-3-642-04552-3,

54. U. Klinge: Netz- und Materialentwicklung. (Seiten 15-18) In Implantate in der Chirurgie – Update 2015. Hrsg Otto, Lammers, Schumpelick, Uni-Med Verlag Bremen, 2015, ISBN 978-3-8374-1454-7; 123 pages:

## Poster presentation

1. U. Klinge, B. Klosterhalfen, C. Mittermayer, V. Schumpelick (1995) Verwendung von Biomaterialien zum Bauchdeckenverschluß Poster für das 8th colloquium on biomaterials, 16.-17.2.1995
2. B. Klosterhalfen, U. Klinge, U. Henze, S. Hauptmann, Ch Mittermayer (1995) Zelluläre, biokompatibilitätsabhängige Antigenprofilexpression im Bereich der interaktiven Grenzfläche Biomaterial - Implantatlager. Poster für das 8th colloquium on biomaterials, 16.-17.2.1995
3. U. Klinge, B. Klosterhalfen, W. Limberg, A.P. Öttinger, V. Schumpelick (1995) Einsatz von Mesh-Materialien beim Narbenbruch - Veränderungen der Bauchwanddynamik nach Mesh-Implantation. 162. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 21.-23.9.1995, Oberhausen 1. Poster-Preis
4. U. Henze, B. Klein, U. Klinge, B. Klosterhalfen (1996) Heat shock protein 70 (HSP 70) and apoptosis in the interface of biomaterials used for abdominal wall replacement. Poster für das 9th colloquium on biomaterials, Febr. 1996
5. U.Klinge, J Conze, B Klosterhalfen, W Limberg, AP Öttinger, V Schumpelick (1996) Suitability of mesh material for hernia surgery. Poster für Joint Meeting des American College of Surgeons und der DGfC Berlin 9.-11.5.1996
6. U.Klinge (1997) Entwicklung und klinische Prüfung von oberflächenmodifizierten Biomaterialien zum Bauchdeckenverschluß. IZKF Biomat Mai 97
7. U. Klinge, B. Klosterhalfen, J. Conze, V. Schumpelick (1997) Bauchdeckenverschluß unter Verwendung von Biomaterialien. 85. Mittelrheinische Chirurgen-Kongreß in Tübingen, 11.-13.9.97 1. Posterpreis
8. V. Schumpelick, U. Klinge, B. Klosterhalfen, M. Müller (1998) Entwicklung und Prüfung von nicht-resorbierbaren Polyvinylidenfluorid-Meshes. IZKF Biomat 7/98
9. M. Müller, U Klinge, V Schumpelick (1998) Untersuchungen der Bauchwand –Mobilität mittels 3D-Stereographie. Niederrheinisch-westfälischer Chirurgenkongreß 24-26.9.1998
10. Welty, G., U. Klinge et al. (1999) 3d-Stereographie zur Erfassung der Bauchwandcompliance. Chirurgenkongreß, 1.-4.12.1999 München
11. Niewiera, M, U. Klinge, P Klever, E Spanke, V Krm, V. Schumpelick (1999) Möglichkeiten der Wundkontrolle mit Hilfe der quantitativen Videothermographie (Video TRM). Nordwestdeutscher Chirurgenkongreß 1.-4.12.1999
12. Stumpf, M, U Klinge, D Schubert, V Schumpelick (2000) Beurteilung der Bauchwandintegrität nach abdominalchirurgischen Eingriffen mittels 3D-Stereographie was bringt die Laparoskopie? 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin
13. Welty, G, M Stumpf, U Klinge, V Schumpelick (2000) Postoperative Komplikationen und Beschwerden nach Mesh-Implantation zur Hernienreparation. 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin
14. Fürstenberg, CH, U Klinge, G Welty, B Klosterhalfen, V Schumpelick (2000) Explantation eines Marlex-Mesh wegen erheblicher funktioneller Einschränkung der Bauchwandbeweglichkeit. 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin
15. Töns, Ch, A Marx, U Klinge, V Schumpelick (2000) Reintervention nach meshaugmentierten Hernienreparationen der Bauchwand. 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin
16. Peiper Ch, Klosterhalfen B, Junge K, Bühner A, Klinge U Schumpelick V (2000) Preperitoneal polypropylene mesh in the inguinal region causes major inflammatory changes of the spermatic cord in the pig. AHS und EHS: Hernia in the 21th century, Toronto 15-18.6.2000

17. Welty G, Klinge U, Stumpf M, Klosterhalfen B, Schumpelick V (2000) Experiences with new developed mesh materials for incisional hernia repair. AHS und EHS: Hernia in the 21th century, Toronto 15-18.6.2000

18. Niewiera, M., Klinge, U., Phillips, B., Schumpelick, V.(2000) Ist eine Hilfestellung bei der Wundkontrolle durch die quantitative Videothermografie (video TRM) möglich? 167. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 28.-30.9.2000

19. Conze, J., Klinge, U., Klosterhalfen, B., Schumpelick, V.(2000) Adhäsionsinduktion durch Netze. 167. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 28.-30.9.2000

20. Höer, J., Klinge, U., Töns, CH., Schumpelick, V. (2000) Einfluß von Nahtmaterial und Nahttechnik auf die Qualität der Wundheilung beim Laparotomieverschluß. Ergebnisse einer experimentellen Studie. 167. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 28.-30.9.2000

21. U Klinge (2001) Kollagen und MMP's bei Bauchwandhernien. DFG-Workshop, 7.-9. März 2001, Bielefeld

22. Höer J, Lawong AG, Klinge U, Schumpelick V: Narbenhernieninzidenz an einer chirurgischen Universitätsklinik. Retrospektive Analyse der Einflußfaktoren an 2983 Patienten. 118 Kongreß der DGfC München 1.-5.5.2001

23. Peiper C, Klosterhalfen B, Junge K, Bühner A, Klinge U, Schumpelick V: Der Einfluß des inguinalen Polöypropylen-Mesh auf die Strukturen des Samenstrangs im Tierversuch. 118 Kongreß der DGfC München 1.-5.5.2001

24. Junge K, Klinge U, Klosterhalfen B, Bialasinski L, Schumpelick V (2001) Influence of textile structure of surgical meshes on tissue ingrowth in a rat model 1st biennial meeting of the European Tissue Engineering Society ETES, Freiburg 7-10.11.2001

25. Junge K, Klinge U, Klosterhalfen B, Lynen P, Bialasinski L, Schumpelick V (2002) Influence oof textile structure of biomaterials on foreign body reaction and scar formation in a rat model. 15 Aachener Colloquium über Biomaterials 27.2-1.3.2002, Aachen

26. Stumpf M, Klinge U, Junge K, Klosterhalfen B, Schumpelick V (2002) Analyse des Kollagenstoffwechsels bei Patienten mit Anastomoseninsuffizienzen in Folge kolorektaler Resektionen. 119. Kongress der DGfC, Berlin 7.-11.5.2002

27. Höer J, Klinge U, Junge K, Anurov M, Öttinger A, Schumpelick V (2002) Qualität der Laparotomieheilung: Einfluß von Faden/Wundlängenverhältnis, Nahttechnik und Nahtspannung auf die Kollagensynthese im Inzisionsbereich. 119. Kongress der DGfC, Berlin 7.-11.5.2002

28. Steinau G, Klinge U, Schumpelick V (2002) Vollresorbierbares Material als Zwerchfellersatz – eine tierexperimentelle Untersuchung. 119. Kongress der DGfC, Berlin 7.-11.5.2002

29. Ophoff K, Junge K, Klinge U, Schumpelick V (2002) Einfluß von präoperativer Zinkapplikation auf die Anastomosenheilung unter septischen Bedingungen in der Ratte. 119. Kongress der DGfC, Berlin 7.-11.5.2002

30. Junge K, Klinge U, Schumpelick V (2002) Einfluss alloplastischer Materialien auf Quantität und Qualität der Kollagenbildung im Nagermodell. Symposium „Nahttechniken in der Chirurgie 29.8-31.8.2002, 1. Posterpreis

31. Rosch R, Junge K, Schachtruipp A, Klinge U, Klsoterhalfen B, Schumpelick V Kurz- und langfristige Unterschiede in der Entzündungsreaktion nach Implantation verschiedener Netzmaterial im Kleintiermodell. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

32. Rosch R, Junge K, Ulmer F, Höer J, Klinge U, Schumpelick V Kollagen-interagierende Proteine bei Patienten mit Narbenhernien. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

33. Rosch R, K Junge, A Schachtrupp, U Klinge, B Klosterhalfen, V Schumpelick (2003) Materialabhängige Zellantwort nach Netzimplantation in der Ratte. Hernienchirurgie, Koblenz, 13-14.6.2003-06-16

34. R. Schwab (1,2), O. Schumacher (1), K. Junge (1), U. Börner (3), U. Klinge (1), H.P. Becker (2), V. Schumpelick (1) Fixierung von Meshes in der Hernienchirurgie:Wann müssen welche Meshes fixiert werden?DGfC München, 6.4.2005

35. P. Lynen Jansen (1), U. Klinge (1), M. Rezvani (1), M. Jansen (1), P. R. Mertens (2). Trans- und cis-regulatorische Elemente beeinflussen den gestörten Kollagenmetabolismus primärer Fibroblasten von Narbenhernienpatienten in vitro. DGfC München, 6.4.2005

36. R. Rosch (1), U. Klinge (1), K. Junge (1), C.J. Krones (1), P.R. Mertens (2) Die Karzinomerkrankung: Eine prädisponierende Pathologie der Extrazellulärmatrix ? DGfC München, 8.4.2005

37.

38. U Klinge, S Theuer, A Fiebeler: Inactivation of the MR reduces extent of fibrotic foreign body reaction around surgical sutures. 34th Adosterone Conference 13.-14.6.2008 San Francisco, USA

## awards

1. Töns, Klosterhalfen, Klinge, Schumpelick: Septischer Schock und multiples Organversagen in der chirurgischen Intensivmedizin. Ein tierexperimentelles Modell zur Analyse pulmonaler und intestinaler Dysfunktion. Preis der Deutsche Gesellschaft für Chirurgie für Intensivmedizin (1992)

2. U. Klinge, B. Klosterhalfen, W. Limberg, A.P. Öttinger, V. Schumpelick (1995) Einsatz von Mesh-Materialien beim Narbenbruch - Veränderungen der Bauchwanddynamik nach Mesh-Implantation. 162. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 21.-23.9.1995, Oberhausen, 1. Poster-Preis

3. U. Klinge, B. Klosterhalfen, J. Conze, V. Schumpelick (1997) Bauchdeckenverschluß unter Verwendung von Biomaterialien. 85. Mittel-rheinische Chirurgen-Kongreß in Tübingen, 11.-13.9.97, 1. Posterpreis

4. Schumpelick, V, Arlt G, Klinge U, Schippers E (1997) Pathophysiologische Untersuchungen zu neuen Methoden in der Abdominal-Chirurgie. Ehrenurkunde der Staatlich-Russischen Medizinischen Universität Moskau

5. Junge K, Klinge U, Schumpelick V (2002) Einfluss alloplastischer Materialien auf Quantität und Qualität der Kollagenbildung im Nagermodell. Symposium „Nahttechniken in der Chirurgie 29.8-31.8.2002, 1. Posterpreis

6. P Lynen-Jansen, Klinge U, Hungol M, Krott E, Lovett D, Jansen M, Mertens PR (2006) "Response Element 1 reguliert die Expression der MMP-2 in der Wundheilung: Ergebnisse aus dem transgenen Tiermodell" Fritz Linder Forumspreis der DGfC 5.5.2006, Berlin

7. Junge K, Klinge U, Rosch R, Schwab R, Conze J, Schumpelick V (2006) Preis für den besten wissenschaftlichen Kurzvortrag, 4. Jahrestagung der Deutschen Herniengesellschaft 26.-27.5.2006, Hannover

8. Junge K, Klinge U, Rosch R, Lynen P, Binnebosel M, Conze J, Mertens PR, Schwab R, Schumpelick V. Franz-Caspar-Hesselbach-Preis für die beste wissenschaftliche Publikation: Improved collagen type I/III ratio at the interface of gentamicin-supplemented polyvinylidenfluoride mesh materials. in Langenbecks Arch Surg. 2007 Aug;392(4):465-71, 5. Jahrestagung der Deutschen Herniengesellschaft 26.-15.-16.6.2007, Berlin

9. Klinge U, Otto J, Krämer N, Obolenski B: Sichtbarmachung von textilen Implantaten im MRT durch Einlagerung von superparamagnetischen Eisenoxid-Nanopartikeln. Innovationswettbewerb 2007 des BmbF zur Förderung der Medizintechnik, 18.10.2007
10. J. Otto, N Krämer, GA Krombach, M Hodenius, I Slabu, M Baumann, U Klinge: The MR-visible Mesh – first in-vivo analysis of mesh shrinkage in a rat model. Chevrel Award for best Poster, 4th international hernia congress, 9.-12th Sept 2009, Berlin

# Video presentations

1. Kasperk, R, U Klinge, V Schumpelick (2000) Reparation großer Narbenhernien mittels nicht resorbierbarer Netze in Sublay-Technik. 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin

1. Kasperk R, Klinge U, Stumpf M, riesener KP, Schumpelick V (2001) New technique for the repair of a parastomal hernia. 23. International congress of the EHS, Milano 21-23.6.2001

# Oral presentations:

2. U.Klinge Diagnostik der Leistenhernie. Leistenhernien-Workshop 1986,1986,1987,1988,1989,1990,1991,1992,1993

3. U.Klinge Pathogenese der Stress-Läsion. Gastro-enterologisches Kolloquium 4/1986 in Aachen

4. SCHUMPELICK V., FAß J., KLINGE U., EFFENDY W. Das Risiko in der Magenchirurgie
Vortrag auf dem 11. Symposium Aktuelle Chirurgie in Berlin 1986

5. NACHTKAMP J., BARES R., WINKELTAU G., KLINGE U., SCHUMPELICK V.: Gastro-bronchialer Reflux unter Streßulkusprophylaxe: Ursache von bronchio-pulmonalen Infektionen bei Beatmungspatienten? Tagung der Österreichischen Gesellschaft fürChirurgie
Innsbruck, 2. - 4. Juni 1988

6. NACHTKAMP,J.,BARES, R., WINKELTAU, G., KLINGE,U., SCHUMPELICK,V., BÜLL,U., LERCH,M.M.: Keimbesiedlung des Magens unter medikamentöser Streßulcusprophylaxe – Ursache von broncho-pulmonalen Infektionen bei Beatmungspatienten Tagung der Deutschen Gesellschaft für Verdauungs- und Stoffwechselkrankheiten Heidelberg, 21. - 24. September 1988

7. NACHTKAMP,J., BARES,R., WINKELTAU,G., KLINGE,U., LERCH, , SCHUMPELICK,V.: Gastrobronchialer Reflux, Ursache von nosokomialen Pneumonien unter Streßulcusprophylaxe? Kongreß der Deutschen Gesellschaft für Chirurgie, München, 29.03.-01.04.1989

8. U Klinge, D.Kupczyk-Joeres, K.Boden, V.Schumpelick Erweitertes prospektives Monitoring bei Patienten nach Magentransposition auf einer chirurgischen Intensivstation. CASS-Tagung 1987 in Heidelberg

9. U.Klinge, D.Kupczyk-Joeres, V.Schumpelick Neue Aspekte bei der Überwachung beatmeter Patienten. Arbeitsgemeinschaft für Intensivmedizin der DGfC 5.+ 6.2.1988 in München

10. U.Klinge Die innere Hernie. Leistenhernien-Workshop 1988

11. U.Klinge Die Epidemiologie der Ulkus-Krankheit. Magen-Workshop 1988, 1989, 1990

12. U.Klinge Anale Manifestation des M. Crohn. Kolon-Workshop 1988

13. U.Klinge Klinik und Komplikationen der Sigmadivertikulitis. Kolon-Workshop 1989, 1990, 1991

14. Nachtkamp, R. Bares, G. Winkeltau, U. Klinge, M.M. Lerch, V. Schumpelick, U. Büll Gastrobronchialer Reflux, Ursache von nosokomialen Pneumonien unter Streßulcusprophylaxe. 106. Kongreß der DGfChir, München; 6.-10.3.1989

15. Ch. Töns, G. Alzen, J. Braun, U. Klinge, V. Schumpelick Zur Wertigkeit des Defäko-gramms bei der Diagnostik der anorektalen Inkontinenz. CAP-Arbeitsgemeinschaft für Proktologie in der DGfChir, Giessen; 18.2.1989

16. U.Klinge, G.Steinau, V.Schumpelick, G.Alzen The Common Channel Syndrome - a rare cause of hyperamylasemia in childhood. Grenzlandsymposium März 1990

17. Steinau,G., Klinge, U., Tittel,A., Skopnik, H.,Schumpelick,V.: Cholelithiasis in childhood. 9. Grenzland-Symposium - Biliary Surgery,Aachen, 08.-10.03.1990

18. TÖNS,CH., KLINGE,U., TITTEL,A., SCHUMPELICK,V.: Regime zentrale Venenkatheter auf chirurgischen Intensivstationen. 157. Tagung Vereinigung Niederrheinisch-Westfälischer Chirurgen, Düsseldorf, 27.-29.09.1990

19. TÖNS,Ch., KLINGE,U., SCHUMPELICK,V.: Die akute Pankreatitis in der chirurgischen Intensivmedizin - Ergebnisverbesserung unter modifiziertem Monitoring und Therapiekonzept. 2. Deutscher Interdisziplinärer Kongreß für Intensivmedizin. Hamburg, 24.-27.11.1993.

20. TÖNS,Ch., KLINGE,U., KIRDORF,H., SCHUMPELICK,V.: Das postoperative akute Nierenversagen auf der chirurgischen Intensivstation - Management und Verfahrenswahl. 108. Tagung der Deutschen Gesellschaft für Chirurgie, München, 16.-20.04.1991

21. U.Klinge, Partieller Bauchwandersatz im Experiment Ethicon-Kongreß Hamburg "Chirurgie der Faszien" 8.5.91

22. U.Klinge, Epidemiologie und Pathogenese der Cholelithiasis Leber-,Galle-,Pankreasworkshop 1991, 1992, 1993

23. U.Klinge, Postoperative intensivmedizinische Behandlung der Pankreatitis Leber-,Galle-, Pankreasworkshop 1991, 1992, 1993

24. U.Klinge Epidemiologie und Pathogenese des kolorektalen Karzinoms Kolon-Workshop 1982

25. U.Klinge Geschichte der Hernienchirurgie Hernienworkshop 1994

26. U.Klinge Langzeitbeatmung und Entwöhnung Intensiv-Workshop 1994

27. U.Klinge Venöse und arterielle Katheter Intensiv-Workshop 1994

28. U.Klinge Review of literature and experimental results of mesh surgery Expert-Meeting Suffretta-House St. Moritz Feb. 1994

29. U.Klinge Verwendung von Biomaterialien beim Bauchdeckenverschluß Gesundheit 2000: Biomaterialien und Material-Gewebsinteraktion bei Implantaten, 8.6.1994, AGIT

30. U.Klinge Transanale Resektionen Kolo-Rektum-Workshop 1994, 1996, 1999

31. U.Klinge Operative Therapie beim unkomplizierten Ulkus - Indikation Workshop Magen, November 1994

32. Conze, J., U. Klinge, V. Schumpelick Ergebnisse der Narbenhernien-Reparation an der RWTH Aachen von 1987-1995 162. Tagung der Vereinigung niederrheinisch-westfälischer Chirurgen, 1.-23.9.1995, Oberhausen

33. U.Klinge Experimentelle Biologie der Netzplastik Hernien Workshop 9.-11.5.1996, 22.-24.5.97, 10-12.9.1998

34. U.Klinge Pathophysiologie der Narbenhernie Chirurgentag Nürnberg 24.10.1996

35. Henze, U., M Kaufmann, U Klinge, R. Bhardwaj, B Klosterhalfen Detection of HSP 70 in endothelial cells for screening cytotoxicity. 13.2.97 10th colloquium on biomaterials, Aachen

36. U.Klinge Palliativchirurgie beim Malignom des Pankreas 1. Workshop Viszeralchirugie 1997

37. U.Klinge Verwendung von Biomaterialien zum Bauchdeckenverschluß 13.3.97 Schwerpunkttreffen II Biomat

38. Conze, J., U Klinge (1998) Biocompatibility of biomaterials – clinical and mechanical aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss

39. U. Klinge, B Klosterhalfen (1998) Biocompatibility of biomaterials – experimental aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss

40. B. Klosterhalfen, U. Klinge (1998) Biocompatibility of biomaterials – histological aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss

41. U. Klinge, M. Müller, V. Schumpelick (1998) Experimental and clinical results with a new polypropylene reduced mesh. 20th Eur Hernia Soc GREPA 18.-20.6.98 Köln

42. U. Klinge (1998) Meshes in der Chirurgie. Hernienworkshop 10.9-12.9.1998

43. U. Klinge (1998) Biomaterialien. Chirurgische Aspekte. Hernienworkshop 10.9-12.9.1998

44. U. Klinge (1998) Der Einsatz von Meshes bei der Reparation von Bauchwandhernien. Medizinische Gesellschaft der RWTH Aachen 13.10.1998

45. U. Klinge (1998) Meshes zur Hernienreparation. 7. Interdisziplinäres Forum der Förderation operativer medizinisch-wissenschaftlicher Fachgesellschaften 17.10.1998 Wiesbaden

46. U. Klinge (1998) Chirurgischer Notfall: Akute Cholecystitis. 2. Workshop Chirurgische Notfall- und Intensivmedizin 22.-24.10.1998, 3. Workshop 11-13.11.99

47. U. Klinge (1999) Meshes in der Hernienchirurgie. Techtextil Symposium 15.4.1999, Frankfurt

48. U. Klinge (1999) Chirurgie der Narbenhernie. 5. Kölner Tagung ambulantes Operieren. Köln, 7.5.1999

49. U. Klinge (1999) Ergebnisse der Narbenhernienreparation der chir. Klinik Aachen. Narbenhernienkongreß 17-18.9.99

50. U. Klinge (1999) Pathophysiologie der Bauchdecke. Weißenseer Operationskurs 24.9.99

51. U. Klinge (1999) Rezidive und Patientenkomfort im Langzeitverlauf. Weißenseer Operationskurs 24.9.99

52. U. Klinge, B Klosterhalfen, V Schumpelick: Alteration of collagen metabolism in hernia patients and consequences for the therapeutic approach. 21. International Congress of the European Hernia Society 3-6.11.99, Madrid

53. Niewiera, M, U Klinge, P Klever, V Kram, E Spanke, V Schumpelick: Fallbericht über den Einsatz der quantitativen Videothermographie (video TRM) in der Routinediagnostik der Appendizitis. Niederrheinisch-Westfälischer Chirurgenkongreß 28.-30.10.99

54. U. Klinge (7.12.99) Meshes in der Hernienchirurgie. 5. Zürser Hernienforum, Zürs, Austria

55. U. Klinge (9.3.2000) Narbenhernienchirurgie: Primärverschluß oder Netzimplantat? Interdisziplinäre Viszeralchirurgie am Inselspital, Bern, Schweiz

56. U.Klinge (15.3.2000) Die Hernie eine genetische Kollagenkrankheit? Universität Bonn, Institut für med. Statistik

57. U. Klinge (31.3.2000) TV 41/42 Klausurtagung Biomat

58. U. Klinge (3.5.2000) Biomaterialien in der Hernienchirurgie. FomwF, 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin

59. U. Klinge (4.5.2000) Epidemiologie und Pathophysiologie der Bauchwanddefekte. Narbenhernie, 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin

60. U. Klinge (26.5.2000) Anatomy and physiology of the abdominal wall. Laparoscopic incisional hernia repair a standard therapy? Rastatt, 25.5-27.5.2000

61. U. Klinge (2.6.2000) Technical aspects, abdominal wall physiology, integration and inflammatory reaction. 35. ESSR-Kongreß, Malmö, 1.-3.6.2000

62. U. Klinge (2.6.2000) News and future outlooks. 35. ESSR-Kongreß, Malmö, 1.-3.6.2000

63. Stumpf M, Klinge U, Welty G, Schumpelick V (2000) The surgical trauma of abdominal wall incision – measurements with three-dimensional stereography. AHS und EHS: Hernia in the 21th century, Toronto 15-18.6.2000

64. U. Klinge (2000) Pathophysiologie der Bauchdecke. Weißenseer Operationskurs 2000, 8.9.2000, Berlin

65. U. Klinge (2000) Rezidive und Patientenkomfort im Langzeitverlauf. Weißenseer Operationskurs 2000, 8.9.2000, Berlin

66. U. Klinge (2000) Netzimplantate in der Hernienchirurgie – Charakteristika und Anforderungen.Netzimplantate 22.-23.9.2000, Würzburg

67. U. Klinge (2000) Minimierte Polypropylen-Netze zur präperitonealen Netzplastik – prospektive Studie. 22.-23.9.2000, Würzburg

68. U. Klinge (2000) Implantierbare Netze in der Chirurgie – Nutzen oder Risiko? Fortbildungsveranstaltung der Kreisstelle Mülheim/Ruhr 10.10.2000, Evang. Krankenhaus Mülheim a. d. Ruhr

69. Stumpf, M, U. Klinge, C. Wei, B. Klosterhalfen, V. Schumpelick (2000) Störung des Kollagenstoffwechsels bei Patienten mit Wundheilungsstörungen nach kolorektalen Anastomosen. Gründungskongress der Arbeitsgemeinschaft Wundheilung der DGfC, 13-14.10.2000 Tübingen

70. U. Klinge, B. Klosterhalfen, V. Schumpelick (2000) Kollagenstoffwechselstörungen und Konsequenzen für die chirurgische Therapie. Gründungskongress der Arbeitsgemeinschaft Wundheilung der DGfC, 13-14.10.2000 Tübingen

71. V. Schumpelick, U. Klinge (2000) Entwicklung eines neuartigen Hernien-Meshes im Rahmen des IZKF-Biomat. ZiTex-Forum "Technische Textilien im Medizin/Hygiene-Bereich, 16.10.2000, EXPO 2000

72. U. Klinge (2000) Offene Mesh-augmentierte Reparationsverfahren der Leistenhernie. 12. Wuppertaler Workshop für laparoskopische Operationen, 16.-17.11.2000, Wuppertal

73. U. Klinge (2001) Kunststoffe in der Hernienchirurgie: Gefahr oder Fortschritt? Antrittsvorlesung 17.1.2001, Aachen

74. U.Klinge (2001) Textile Netzstrukturen in der Chirurgie. Klausurtagung IZKF BIOMAT 16.3.2001 Aachen

75. U. Klinge (2001) Netzimplantate in der Hernienchirurgie: Charakteristika und Anforderungen. Implantate in der Hernienchirurgie – Quo vadis? 2.-4.4.2001, European Surgical Institute, Norderstedt

76. Niewiera MC, Klinge U, Wosniezka M, Lörken M, Schumpelick V: Ist eine Hilfestellung bei der Wundkontrolle durch die quantitative Vioedeothermografie (Video TRM) möglich? 118 Kongreß der DGfC München 1.-5.5.2001

77. Conze J, Müller S, Klosterhalfen B, Klinge U, Schumpelick V: Polypropylen in der intraabdominellen Position – Einfluss der Porengröße auf die Gewebereaktion im Kaninchenmodell. 118 Kongreß der DGfC München 1.-5.5.2001

78. Stumpf M, Klinge U, Tittel A, Dreuw B, Schumpelick V: Einfluß der Laparoskopie auf die Bauchwandintegrität nach abdominalchirurgischen Eingriffen. MIC-Club-West 7. Treffen, Wuppertal 18.5.2001

79. Schumpelick V, Peiper C, Klinge U(2001) How to approach an inguinal recurrence. 23. International congress of the EHS, Milano 21-23.6.2001

80. Schumpelick V, Stumpf M, Klinge U (2001) Evidence based surgery for hernia repair. 23. International congress of the EHS, Milano 21-23.6.2001

81. Höer J, Junge K, Klinge U, Töns C, Schumpelick V (2001) Influence of suture material and suture technique on the fasccial wound healing in rats. 23. International congress of the EHS, Milano 21-23.6.2001

82. Junge C, Peiper C, Klinge U, Schumpelick V (2001) Elasticity of the abdominal wall in comparison to surgical meshes. 23. International congress of the EHS, Milano 21-23.6.2001

83. Klinge U, Junge K, Klosterhalfen B, Schumpelick V (2001) Functional and histological investigation of a novel low weight mesh of polypropylene monofilaments in a rat model. 23. International congress of the EHS, Milano 21-23.6.2001

84. Peiper C, Klosterhalfen B, Junge K, Bühner A, Klinge U, Schumpelick V (2001) The reaction of the structures of the spermatic cord on a preperitoneal polypropylene mesh in the pig. 23. International congress of the EHS, Milano 21-23.6.2001

85. Klosterhalfen B, Klinge U, Canino V (2001) Complications of surgical meshes – results of the first post implantation retrieval study. 23. International congress of the EHS, Milano 21-23.6.2001

86. Kasperk R, Klinge U, Stumpf M, Riesener KP, Schumpelick V (2001) New technique for the repair of a parastomal hernia. 23. International congress of the EHS, Milano 21-23.6.2001

87. Klinge, U (2001) Konsequenzen der Netzgeometrie für die Zell- und Gewebsreaktion. 1. MPG-IZKF-Symposium, 18.-19.9.2001, Ulm

88. Klinge, U (2001) Rezidivoperationen und Biomaterial. 1668. Jahrestagung der Vereinigung Niederrheinisch-Westfälischer Chirurgen, 27.-29.9.2001 Bielefeld

89. Klinge, U (2001) Rezidive und Patientenkomfort im Langzeitverlauf. 3. Weißenseer Operationskurs 28.-29.9.2001, Berlin

90. Klinge, U (2001) Welcher Patient bekommt ein Leistenhernienrezidiv? Aktuelles aus der Forschung. Chirurgie Aachen Workshop "Viszeralchirurgie", 24-26.10.2001

91. Junge K, Klinge U, Klosterhalfen B, Bialasinski L, Schumpelick V (2001) Influence of textile structure of surgical meshes on tissue ingrowth in a rat model. 1st Biennial meeting of the ETES, Freiburg 7-10.11.2001, in tissue engeneering 2001, 7: 638

92. Junge K, Klinge U, Peltrosche-Llacsahuanga, Kloserhalfen B, Kunz D, Schumpelick V (2002) Infection prophylaxis by gentamycin supplementation of polyvinylidenfluoride mesh matrials for abdominal wall repair. Arbeitstagung der CAB Berlin 18/19.1.2002, in EJ Traum

93. Klinge U (2002) Epidemiologie, Patholgoie und sozioökonomische Bedeutung der Narbenhernie. Baden-Baden 21-23.2.2002: Symposium Laparoskopische und konventionelle Narbenhernienreparation. Konkurrierende oder ergänzende Verfahren?

94. Klinge U (2002) Shouldice Methode der Wahl? Symposium 20.4.2002, European Surgical Institute, Norderstedt

95. Klinge U (2002) Pathophysiological concept for hernia repair. ESSR Congress Szeged, 23.-25.5.2002

96. Niewiera M, Klinge U, Junge K, Ulmer F, Schumpelick V (2002) Möglichkeiten der Wundkontrolle mit Hilfe der quantitativen Videothermographie (VideoTRM). 119. Kongress der DGfC, Berlin 7.-11.5.2002

97. Schachtrupp A, Klinge U, Bhardwaj R, Rosch R, Schumpelick V (2002) Individueller Response humaner Makrophagen auf Netzmaterialien in der Zellkultur. 119. Kongress der DGfC, Berlin 7.-11.5.2002

98. Kasperk R, Stumpf M, Klinge U (2002) Anastomosenheilung – Alternativen zur Naht? 119. Kongress der DGfC, Berlin 7.-11.5.2002

99. U. Klinge (2002) Der Shouldice. 18. Krefelder Chirurgen-.Symposium, 12.6.2002, Krefeld

100. Klinge U (2002) Die parastomale Hernie – seine Ursachen und Möglichkeiten der Therapie. ILCO Aachen, 26.8.2002, Aachen

101. Klinge, U (2002) Impact of mesh material on clinical results. III Spotkanie Polskiego Klubo Przepuklinowego 20.-21.9.2002, Bydgoszczy, Poland

102. Klinge U (2002) Epidemiologie und Pathogenese der Narbenhernie sowie Ansätze zu deren Reparation. 2. Österreichischer Chirurgentag, Baden, 22.-23.11.02

103. KLINGE,U., SCHUMPELICK,V.:OP nach Shouldice Magdeburger MIC-Symposium „Hernienchirurgie"Magdeburg, 28. – 30. November 2002

104. KLINGE, U., K. JUNGE Pathophysiological concept for mesh repair. In: Proceedings of the 37th Congress of the European Society for Surgical Research, M. Boros Editor. Monduzzi Editore S.p.A., Bologna, Italy, 2002, pp. 55-62, ISBN 88-323-2524-1

105. Klinge U (2003) How to construct a mesh? III. Suvretta meeting 14.-18.1.2003-01-22

106. Junge K, Klinge U, Schachtrupp A, Rosch R, Schumpelick V Versorgung eines großflächigen Bauchwanddefektes mit einem Kunststoffnetz. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

107. Junge K, Lynen P, Rosch R, Klinge U, Töns C, Schumpelick V Defekte Fibroblasten als Ursache rezidivierender Narbenhernien. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

108.    Junge K, Klinge U, rosch R, Klosterhalfen B, Krott E, Stumpf M, Schumpelick V PVDF – ein alternatives Polymer ohne Fremdkörperreaktion? 120. Jahrestagung der DGfC, München 29.4-2.5.2003

109.    Steina G, Klinge U, Schumpelick V Zwerchfellersatz mit vollresorbierbarem Material – eine tierexperimentelle Studie. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

110.    Stumpf M, Klinge U, Willms A, Zabrocki R, Schumpelick V Analyse des Kollagenstoffwechsels bei Patienten mit kolorektalen Anastomsen – eine prospektive kliische Studie. 120. Jahrestagung der DGfC, München 29.4-2.5.2003

111.    Junge K, Rosch R, Kirsch J, Klinge U, Schumpelick v (2003) Kollagen – maßgeblicher Faktor in der Pathogenese von Rezidivhernien nach Mesh-Implantation? Hernienchirurgie, Koblenz, 13-14.6.2003

112.    Klinge U (2003) Standardoperationen in der chirurgischen Onkologie von gastrointestinalen Tumoren. 10. Workshop Gastrointestinale Tumore, Köln, 14-15.6.2003

113.    Schumpelick V, Klinge U: Seromas, infected or exposed mesh in incisional hernia. 2nd international hernia congress, London, 19-21.6.2003

114.    Klinge U (2003) Mesh materials: tissue response and tissue engineering. ESAO 3.9-6.9.2003, Aachen

115.    Klinge U (2003) Pathologie und therapeutische Bedeutung der Mesh-Implantation. 4. Aachener Workshop Viszeralchirurgie 17.-19.9.2003

116.    Klinge U (2003) Operative Therapie des Pankreaskarzinoms: Technik und Grenzen. 4. Aachener Workshop Viszeralchirurgie 17.-19.9.2003

117.    Klinge U (2004) Laparoskopische Narbenhernienreparation – Contra. Mic-Club West, 2. 4. 2004, Aachen

118.    Klinge U (2004) Spätfolgen und –ergebnisse nach Netzimplantation in der Bauchdecke. 10. 10. Kölner Tagung des BDC „Ambulante Chirurgie in Klinik und Praxis", 14.-15.5.2004, Köln, Crowne Plaza Hotel

119.    Klinge, Uwe (2004) Incisional hernia: Laparoscopic versus open – open. 12th international Congress of the European Association for endoscopic surgery, 9-12.6.2004, Barcelona

120.    Klinge, Uwe (2004) Vorteile der konventionellen Hernienchirurgie. Marburg, 30.6.2004

121.    Klinge, Uwe (2004) Das Netz als Gewebeersatz. 2. Mitteldeutscher Chirurgenkongress, Leipzig 23.-25.9.2004-09-27

122.    Klinge U (2004) Pathophysiology and therapeutic impact of meshes. Utrecht 13.9.2004

123.    Klinge U (2004) Biomaterials for Hernia repair. Utrecht 13.9.2004

124.    Klinge U (2004) Chirurgische Onkologie – Aktuelle Standortbestimmung. Workshop Praktische Onkologie, Bonn 23.-24.10.2004

125.    Klinge U (2004) Standardoperationen – unterer GI-Trakt. Workshop Praktische Onkologie, Bonn 23.-24.10.2004

126.    Klinge U (2004) Standardoperationen – oberer GI-Trakt. Workshop Praktische Onkologie, Bonn 23.-24.10.2004

127.    Klinge U (2004) Novel textile structures in medicine. 31th Aachen Textile conference, 24.-25.11.2004, Aachen, Eurogress

128.    Klinge U (2004) Arbeitsgruppe „mesh": textile Netze zur Therapie von Bauchwandhernien. Phillips Forschungslaboratorium, 9.12.2004, Aachen

129.    P. Lynen Jansen (1), M. Jansen (1), M. Hungol (1), E. Krott (1), P. R. Mertens (2), U. Klinge (1) Alloplastische Netzbiomaterialien induzieren die MMP-2 Promotoraktivität. Ergebnisse aus dem transgenen Mausmodell. DGfC 5.4.2005

130.    J. Höer (1), D. Güler (2), U. Klinge (2), C. Töns (1), V. Schumpelick (2). Einfluß mittel- und langfristig resorbierbarer Nahtmaterialien auf die Narbenhernieninzidenz und

Wundheilungsstörungen nach Laparotomieverschluß. Ergebnisse einer prospektiv-randomisierten, kontrollierten Studie. DGfC 5.4.2005

131.  Klinge U (2.1.2005) Complications in open incisional hernia, London
132.  Klinge (2.1.2005) Evidence based open IH, London
133.  Klinge, U (2005) Nabel-, Narbenhernie. BDC-Seminar, Kassel, 14.-18.2.2005
134.  Klinge, U (2005) Open-Non-Mesh: Shouldice – the good old way. 16.2.2005 Leistenhernienchirurgie 2005, Bethlehem-Krankenhaus, Stolberg
135.  Klinge U (2005) Alloplastische Implantate und Gewebereaktion. Luzern 22.9.2005 1. gemeinsame Fortbildung der Vereinigung der Gynäkologen Luzern/Zentralschweiz
136.  Klinge U (2005) Standardoperationen – unterer GI-Trakt. Workshop Praktische Onkologie, Bonn 14.-16.10.2005
137.  Klinge U (2005) Standardoperationen – oberer GI-Trakt. Workshop Praktische Onkologie, Bonn 14.-16.10.2005
138.  Klinge U (2005) Narbenhernien – nur bei den anderen? State of the art lecture. 16. Berner Symposium, Bern 4.11.2005
139.  Klinge (2006) Rezidivhernien – ein biologisches Problem? 123. Kongress der DGfC, Berlin 2.-5.5.2006
140.  Klinge (2006) Modern hernia repair. Workshop Prof. Berger, Baden-Baden 28.4.2006
141.  Müllen A, B Obolenski, B Klosterhalfen, U Klinge, U Göretzlehner: PVDF an optimal material for textile implants. 8. Dresdner Textiltagung 21.-22.6.2006
142.  Klinge (2006) Komplikationen der minimal-invasiven Hernientherapie. Mic-Club West, Dinslaken, 19.5.2006
143.  Klinge (2006) Auswahlkriterien für Netze. Hernienchirurgie 2006. Deutsche Herniengesellschaft Hannover 26.-27.5.2006
144.  Klinge (2006) Modern hernia surgery. Hong Kong 28.6.2006
145.  Klinge U (2006) Pathohistological data of meshes. 10th world congress of endoscopic surgery, Berlin 13.-16.9.2006
146.  Klinge U (2006) Technical and biological aspects of meshes. 10th world congress of endoscopic surgery, Berlin 13.-16.9.2006
147.  Klinge U (2006) Narbenhernie: chirurgische Fehler oder Schicksaal? Gastroenterologie 2006, 13.-16. September 2006, Hannover
148.  Klinge U. Anatomical limitation for mesh positioning. 2nd Congress of the Asia pacific hernia society 2006, 6-8th October
149.  Klinge U Recurrence as a problem of biology & collagens. 2nd Congress of the Asia pacific hernia society 2006, 6-8th october
150.  U. Klinge Standardoperationen bei Tumoren des unteren GI-Traktes. Inderdisziplinärer Workshop GI Tumore. 20-12.10.2006, Bonn
151.  U. Klinge Standardoperationen bei Tumoren des oberen GI-Traktes. Inderdisziplinärer Workshop GI Tumore. 20-12.10.2006, Bonn
152.  Klinge U. Meshes in der Chirurgie. Berlin 4.11.2006 Uro-gynäkologische Tage
153.  Klinge U. Biomaterials in ventral hernia surgery – experimental and functional aspects. Uppsalla 10.11.2006
154.  Klinge U. Biomaterials in ventral hernia surgery – experimental and functional aspects. Uppsalla 10.11.2006
155.  U. Klinge CRPS – ein Konzept der chronischen Leistenschmerzen? Kongreß der Deutschen Herniengesellschaft, Berlin, 15.-16. Juni 2007
156.  U. Klinge Der chronische Leistenschmerz. 4.5.2007. Jahreskongreß der DGfC
157.  Klinge U: Biomaterialien für die Hernienchirurgie: für wen, wie und wieviel? Berliner Hernien-Tage 18-20.1.2007
158.  U. Klinge Porosität vvon textilen Strukturen. Kongreß der Deutschen Herniengesellschaft, Berlin, 15.-16. Juni 2007

159.    U. Klinge The concept of flat meshes. 8.8.2007, Shanghai

160.    U. Klinge How to prevent recurrences. 8.8.2007, Shanghai

161.    U. Klinge Standardverfahren oder maßgeschneiderte Therapie – wo soll die Reise hingehen? Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum

162.    U. Klinge Evidence-basierte Datenlage zur chirurgischen Narbenhernien-Versorgung. Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum

163.    U. Klinge Was sind die Probleme mit schwergewichtigen Netzen? Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum

164.    U. Klinge Meshes in der Chirurgie, Hamburg ESI Mesh-Forum 17.9.2007

165.    U. Klinge Update Hernienchirurgie, Freiburg, 8.10.2007

166.    U. Klinge: Does material and porosity of meshes matter? 8th congress of the panhellenic surgical society of northern Greece, 18-21.10.2007, Thessaloniki

167.    U. Klinge: Concept of CRPS in the groin, and strategies for treatment. Pain & Hernia surgery symposium, ESI, Hamburg, 30th October 2007

168.    U. Klinge: The CRPS – concept for chronic pain in the groin? Rotterdam Interactive Congress on Hernia RICH 2007, 16.11.2007, Rotterdam

169.    U. Klinge: The CRPS as concept for chronic pain? Belgium surgical society 2007, 29.11.2007, Brüssel

170.    U. Klinge: Was können Goldstandards leisten? 14.12.2007 Berlin http://www.gcp-workshop.de/1331.html

171.    U. Klinge: Concept of complex regional pain syndrome in the groin and strategies for treatment. 3rd annual meeting of IEHS 17.-19.1.2008 Stuttgart

172.    U. Klinge Polyester, PVDF oder PTFE – kein, zwei oder vier Fluoratome? 2. Berliner Hernientage 25.-26.1.2008 Berlin

173.    U. Klinge Schluß mit der Suche nach dem Gold-Standard! 2. Berliner Hernientage 25.-26.1.2008 Berlin

174.    U. Klinge: Experimentelle Untersuchungen zu alloplastischen Materialien:Welche Eigenschaften sollten sie für die Verwendung am Beckenboden haben? 17. Urolog. Winterworkshop Leogang  28.01. - 01.02.2008

175.    U. Klinge: Die Chirurgie der Leistenhernie – von der Stange oder nach Maß? Fortbildungsveranstaltung der AEKNO, Kreisstelle Duisburg 20.2.2008

176.    U. Klinge: Experimental investigations with alloplastic materials: Which properties are essential for use at the pelvic floor? International collaboration of the pelvic floor ICOPF

177.    U. Klinge: Welche Hernie braucht ein Mesh? 1. Tagung der Schweitzer Herniengesellschaft in Bern, 4.4.2008

178.    U. Klinge: Welche Probleme können bei der Verwendung von Netzen in der Hernienchirurgie auftreten? 125. Kongress der DGfC, 22.-25.4.2008, Berlin

179.    U. Klinge : Low-weight polypropylene mesh: what is the clinical importance of the porosity
 for hernia repair? 30. congreß of the EHS, Sevilla, Spain: 7-10.5.2008

180.    U. Klinge: Grundlagen der Hernienreparation aus Sicht des wissenschaftlichen Chirurgen. 5. Tagung der Deutschen Hernien-Gesellschaft, Baden-Baden:29.-31.5.2008

181.    U. Klinge: Postoperative CRPS in inguinal hernia patients. 5. Suvretta-Workshop, St. Moritz: 1.-7.7.2008

182.    U. Klinge: Two controversial concepts: Standard procedure in a standard patient versus
 tailored surgery with procedures adjusted to individual patients? 5. Suvretta-Workshop, St. Moritz: 1.-7.7.2008

183.    U. Klinge: Degradationsprozesse und Netzbrüche in der Hernienchirurgie. 3. Wilhelmsburger Hernientage, Hamburg: 5.-6.9.2008

184.    U. Klinge: Update Biomaterialien und Netze in der Hernienchirurgie. 12. chir. Forschungstage, Freiburg: 25.7.-29.9.2008
185.    U. Klinge: Classification of incisional hernia - from Aachen's point of view. Consensus meeting on the development of an EHS classification, Gent, Belgium, October 2nd - 4th 2008
186.    U. Klinge: What should be considered for selection of mesh material. AHS, Beijing, 1.-2.11.2008
187.    U. Klinge: The CRPS after groin hernia repair. AHS, Beijing, 1.-2.11.2008
188.    U. Klinge: Hernia repair tailored to the patient instead of using a gold standard?. AHS, Beijing, 1.-2.11.2008
189.    U. Klinge: Future perspectives in textile implants. AHS, Beijing, 1.-2.11.2008
190.    U. Klinge: Update mesh. Shanghai. 28.11.2008
191.    U. Klinge: Hernia and Collagen. 4. Rotterdam interactive congress for hernia, 21.11.2008, Rotterdam, NL
192.    U. Klinge: Was ist bei der Auswahl von Meshes zu beachten? Zürser Hernienforum 14.12.-16.12.2008, Zürs, Austria
193.    nicht mehr aktualisiert
194.    U. Klinge, N. Farthmann, A. Fiebler: Aldosterone network. San Diego, 17.6.2010
195.    U. Klinge et al: ISIR, Rostock, chirurgische Forschungstage


# Oral presentation, on invitation:

1.   U.Klinge Review of literature and experimental results of mesh surgery Expert-Meeting Suffretta-House St. Moritz Feb. 1994
2.   U.Klinge Pathophysiologie der Narbenhernie Chirurgentag Nürnberg 24.10.1996
3.   Conze, J., U Klinge (1998) Biocompatibility of biomaterials – clinical and mechanical aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss
4.   U. Klinge, B Klosterhalfen (1998) Biocompatibility of biomaterials – experimental aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss
5.   B. Klosterhalfen, U. Klinge (1998) Biocompatibility of biomaterials – histological aspects. II Suvretta meeting: abdominal wall: function, defects and repair. 8.-14.3.1998 St. Moritz Swiss
6.   U. Klinge (1998) Meshes zur Hernienreparation. 7. Interdisziplinäres Forum der Förderation operativer medizinisch-wissenschaftlicher Fachgesellschaften 17.10.1998 Wiesbaden
7.   U. Klinge (1999) Chirurgie der Narbenhernie. 5. Kölner Tagung ambulantes Operieren. Köln, 7.5.1999
8.   U. Klinge (1999) Pathophysiologie der Bauchdecke. Weißenseer Operationskurs 24.9.99
9.   U. Klinge (1999) Rezidive und Patientenkomfort im Langzeitverlauf. Weißenseer Operationskurs 24.9.99
10. U. Klinge (7.12.1999) Meshes in der Hernienchirurgie. 5. Zürser Hernienforum, Zürs, Austria
11. U. Klinge (9.3.2000) Narbenhernienchirurgie: Primärverschluß oder Netzimplantat? Interdisziplinäre Viszeralchirurgie am Inselspital, Bern, Schweiz
12. U. Klinge (3.5.2000) Biomaterialien in der Hernienchirurgie. FomwF, 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin

13. U. Klinge (4.5.2000) Epidemiologie und Pathophysiologie der Bauchwanddefekte. Narbenhernie, 117. Kongreß der Deutschen Gesellschaft für Chirurgie 2.-6.5.2000, Berlin

14. U. Klinge (26.5.2000) Anatomy and physiology of the abdominal wall. Laparoscopic incisional hernia repair a standard therapy? Rastatt, 25.5-27.5.2000

15. U. Klinge (2.6.2000) Technical aspects, abdominal wall physiology, integration and inflammatory reaction. 35. ESSR-Kongreß, Malmö, 1.-3.6.2000

16. U. Klinge (2.6.2000) News and future outlooks. 35. ESSR-Kongreß, Malmö, 1.-3.6.2000

17. U. Klinge (2000) Pathophysiologie der Bauchdecke. Weißenseer Operationskurs 2000, 8.9.2000, Berlin

18. U. Klinge (2000) Rezidive und Patientenkomfort im Langzeitverlauf. Weißenseer Operationskurs 2000, 8.9.2000, Berlin

19. U. Klinge (2000) Netzimplantate in der Hernienchirurgie – Charakteristika und Anforderungen.Netzimplantate 22.-23.9.2000, Würzburg

20. U. Klinge (2000) Minimierte Polypropylen-Netze zur präperitonealen Netzplastik – prospektive Studie. 22.-23.9.2000, Würzburg

21. U. Klinge (2000) Implantierbare Netze in der Chirurgie – Nutzen oder Risiko? Fortbildungsveranstaltung der Kreisstelle Mülheim/Ruhr 10.10.2000, Evang. Krankenhaus Mülheim a. d. Ruhr

22. U. Klinge, B. Klosterhalfen, V. Schumpelick (2000) Kollagenstoffwechselstörungen und Konsequenzen für die chirurgische Therapie. Gründungskongress der Arbeitsgemeinschaft Wundheilung der DGfC, 13.-14.10.2000 Tübingen

23. U. Klinge (2000) Offene Mesh-augmentierte Reparationsverfahren der Leistenhernie. 12. Wuppertaler Workshop für laparoskopische Operationen, 16.-17.11.2000, Wuppertal

24. U. Klinge (2001) Netzimplantate in der Hernienchirurgie: Charakteristika und Anforderungen. Implantate in der Hernienchirurgie – Quo vadis? 2.-4.4.2001, European Surgical Institute, Norderstedt

25. Klinge, U (2001) Rezidivoperationen und Biomaterial. 1668. Jahrestagung der Vereinigung Niederrheinisch-Westfälischer Chirurgen, 27.-29.9.2001 Bielefeld

26. Klinge, U (2001) Rezidive und Patientenkomfort im Langzeitverlauf. 3. Weißenseer Operationskurs 28.-29.9.2001, Berlin

27. Klinge U (2001) Welcher Patient bekommt ein Rezidiv? Aktueller Stand der Forschung. Workshop Viszeralchirurgie 24.-26.10.2001

28. Klinge U (2002) Epidemiologie, Pathologie und sozioökonomische Bedeutung der Narbenhernie. Baden-Baden 21-23.2.2002: Symposium Laparoskopische und konventionelle Narbenhernienreparation. Konkurrierende oder ergänzende Verfahren?

29. Klinge U (2002) Shouldice Methode der Wahl? Symposium 20.4.2002, European Surgical Institute, Norderstedt

30. Klinge U (2002) Pathophysiological concept for hernia repair. ESSR Congress Szeged, 23.-25.5.2002

31. Klinge, U (2002) Der Shouldice. 18. Krefelder Chirurgen-Symposium, 12.6.2002, Krefeld

32. Klinge U (2002) Die parastomale Hernie – seine Ursachen und Möglichkeiten der Therapie. ILCO Aachen, 26.8.2002, Aachen

33. Klinge, U (2002) Impact of mesh material on clinical results. III Spotkanie Polskiego Klubo Przepuklinowego 20.-21.9.2002, Bydgoszczy, Poland

34. Klinge U (2002) Epidemiologie und Pathogenese der Narbenhernie sowie Ansätze zu deren Reparation. 2. Österreichischer Chirurgentag, Baden, 22.-23.11.02

35. Klinge U (2003) How to construct a mesh? III. Suvretta meeting 14.-18.1.2003-01-22

36. Klinge U (2003) Mesh materials: tissue response and tissue engineering. ESAO 3.9-6.9.2003, Aachen
37. Klinge U (2004) Laparoskopische Narbenhernienreparation – Contra. Mic-Club West, 2. 4. 2004, Aachen
38. Klinge U (2004) Spätfolgen und –ergebnisse nach Netzimplantation in der Bauchdecke. 10. 10. Kölner Tagung des BDC „Ambulante Chirurgie in Klinik und Praxis", 14.-15.5.2004, Köln, Crowne Plaza Hotel
39. Klinge, Uwe (2004) Incisional hernia: Laparoscopic versus open – open. 12th international Congress of the European Association for endoscopic surgery, 9-12.6.2004, Barcelona
40. Klinge, Uwe (2004) Vorteile der konventionellen Hernienchirurgie. Marburg, 30.6.2004
41. Klinge, Uwe (2004) Das Netz als Gewebeersatz. 2. Mitteldeutscher Chirurgenkongress, Leipzig 23.-25.9.2004-09-27
42. Klinge U (2004) Pathophysiology and therapeutic impact of meshes. Utrecht 13.9.2004
43. Klinge U (2004) Biomaterials for Hernia repair. Utrecht 13.9.2004
44. Klinge U (2004) Standardoperationen – unterer GI-Trakt. Workshop Praktische Onkologie, Bonn 23.-24.10.2004
45. Klinge U (2004) Standardoperationen – oberer GI-Trakt. Workshop Praktische Onkologie, Bonn 23.-24.10.2004
46. Klinge U (2004) Novel textile structures in medicine. 31th Aachen Textile conference, 24.-25.11.2004, Aachen, Eurogress
47. Klinge U (2.1.2005) Complications in open incisional hernia, European hernia symposium, London
48. Klinge (2.1.2005) Evidence based open IH, European hernia symposium, London
49. Klinge, U (2005) Nabel-, Narbenhernie. BDC-Seminar, Kassel, 14.-18.2.2005
50. Klinge, U (2005) Open-Non-Mesh: Shouldice – the good old way. 16.2.2005 Leistenhernienchirurgie 2005, Bethlehem-Krankenhaus, Stolberg
51. Klinge U (2005) Alloplastische Implantate und Gewebereaktion. Luzern 22.9.2005 1. gemeinsame Fortbildung der Vereinigung der Gynäkologen Luzern/Zentralschweiz
52. Klinge U (2005) Standardoperationen – unterer GI-Trakt. Workshop Praktische Onkologie, Bonn 14.-16.10.2005
53. Klinge U (2005) Standardoperationen – oberer GI-Trakt. Workshop Praktische Onkologie, Bonn 14.-16.10.2005
54. Klinge U (2005) Narbenhernien – nur bei den anderen? State of the art lecture. 16. Berner Symposium, Bern 4.11.2005
55. Klinge (2006) Rezidivhernien – ein biologisches Problem? 123. Kongress der DGfC, Berlin 2.-5.5.2006
56. Klinge (2006) Modern hernia repair. Workshop Prof. Berger, Baden-Baden 28.4.2006
57. Klinge (2006) Komplikationen der minimal-invasiven Hernientherapie. Mic-Club West, Dinslaken, 19.5.2006
58. Klinge (2006) Auswahlkriterien für Netze. Hernienchirurgie 2006. Deutsche Herniengesellschaft Hannover 26.-27.5.2006
59. Klinge (2006) Modern hernia surgery. Hong Kong 28.6.2006
60. Klinge U (2006) Pathohistological data of meshes. 10th world congress of endoscopic surgery, Berlin 13.-16.9.2006
61. Klinge U (2006) Technical and biological aspects of meshes. 10th world congress of endoscopic surgery, Berlin 13.-16.9.2006
62. Klinge U (2006) Narbenhernie: chirurgische Fehler oder Schicksaal? Gastroenterologie 2006, 13.-16. September 2006, Hannover

63. Klinge U. Anatomical limitation for mesh positioning. 2nd Congress of the Asia pacific hernia society 2006, 6-8th October
64. Klinge U Recurrence as a problem of biology & collagens. 2nd Congress of the Asia pacific hernia society 2006, 6-8th October
65. U. Klinge Standardoperationen bei Tumoren des unteren GI-Traktes. Inderdisziplinärer Workshop GI Tumore. 20-12.10.2006, Bonn
66. U. Klinge Standardoperationen bei Tumoren des oberen GI-Traktes. Inderdisziplinärer Workshop GI Tumore. 20-12.10.2006, Bonn
67. Klinge U. Meshes in der Chirurgie. Berlin 4.11.2006 Uro-gynäkologische Tage
68. Klinge U: Biomaterialien für die Hernienchirurgie: für wen, wie und wieviel? Berliner Hernien-Tage 18-20.1.2007
69. U. Klinge Der chronische Leistenschmerz. 4.5.2007. Jahreskongreß der DGfC
70. U. Klinge The concept of flat meshes. 8.8.2007, Shanghai
71. U. Klinge How to prevent recurrences. 8.8.2007, Shanghai
72. U. Klinge Standardverfahren oder maßgeschneiderte Therapie – wo soll die Reise hingehen? Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum
73. U. Klinge Evidence-basierte Datenlage zur chirurgischen Narbenhernien-Versorgung. Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum
74. U. Klinge Was sind die Probleme mit schwergewichtigen Netzen? Herbstkongreß der DGVC vom 12. bis 15.09.2007, Bochum
75. U. Klinge Meshes in der Chirurgie, Hamburg ESI Mesh-Forum 17.9.2007
76. U. Klinge Update Hernienchirurgie, Freiburg, 8.10.2007
77. U. Klinge: Does material and porosity of meshes matter? 8th congress of the panhellenic surgical society of northern Greece, 18-21.10.2007, Thessaloniki
78. U. Klinge: Concept of CRPS in the groin, and strategies for treatment. Pain & Hernia surgery symposium, ESI, Hamburg, 30th October 2007
79. U. Klinge: The CRPS – concept for chronic pain in the groin? Rotterdam Interactive Congress on Hernia RICH 2007, 16.11.2007, Rotterdam
80. U. Klinge: The CRPS as concept for chronic pain? Belgium surgical society 2007, 29.11.2007, Brüssel
81. U. Klinge: Was können Goldstandards leisten? 14.12.2007 Berlin, http://www.gcp-workshop.de/1331.html
82. U. Klinge: Concept of complex regional pain syndrome in the groin and strategies for treatment. 3rd annual meeting of IEHS 17.-19.1.2008 Stuttgart
83. U. Klinge Polyester, PVDF oder PTFE – kein, zwei oder vier Fluoratome? 2. Berliner Hernientage 25.-26.1.2008 Berlin
84. U. Klinge Schluß mit der Suche nach dem Gold-Standard! 2. Berliner Hernientage 25.-26.1.2008 Berlin
85. U. Klinge: Experimentelle Untersuchungen zu alloplastischen Materialien:Welche Eigenschaften sollten sie für die Verwendung am Beckenboden haben? 17. Urolog. Winterworkshop Leogang  28.01. - 01.02.2008
86. U. Klinge: Die Chirurgie der Leistenhernie – von der Stange oder nach Maß? Fortbildungsveranstaltung der AEKNO, Kreisstelle Dusiburg 20.2.2008
87. U. Klinge: Experimental investigations with alloplastic materials: Which properties are essential for use at the pelvic floor? International collaboration of the pelvic floor ICOPF
88. U. Klinge: Welche Hernie braucht ein Mesh? 1. Tagung der Schweizer Herniengesellschaft in Bern, 4.4.2008
89. U. Klinge: Welche Probleme können bei der Verwendung von Netzen in der Hernienchirurgie auftreten? 125. Kongress der DGfC, 22.-25.4.2008, Berlin

90. U. Klinge : Low-weight polypropylene mesh: what is the clinical importance of the porosity
    for hernia repair? 30. congreß of the EHS, Sevilla, Spain: 7-10.5.2008

91. U. Klinge: Grundlagen der Hernienreparation aus Sicht des wissenschaftlichen Chirurgen. 5. Tagung der Deutschen Hernien-Gesellschaft, Baden-Baden:29.-31.5.2008

92. U. Klinge: Postoperative CRPS in inguinal hernia patients. 5. Suvretta-Workshop, St. Moritz: 1.-7.7.2008

93. U. Klinge: Two controversial concepts: Standard procedure in a standard patient versus
    tailored surgery with procedures adjusted to individual patients? 5. Suvretta-Workshop, St. Moritz: 1.-7.7.2008

94. U. Klinge: Degradationsprozesse und Netzbrüche in der Hernienchirurgie. 3. Wilhelmsburger Hernientage, Hamburg: 5.-6.9.2008

95. U. Klinge: Update Biomaterialien und Netze in der Hernienchirurgie. 12. chir. Forschungstage, Freiburg: 25.7.-29.9.2008

96. U. Klinge: Classification of incisional hernia - from Aachen's point of view. Consensus meeting on the development of an EHS classification, Gent, Belgium, October 2nd - 4th 2008

97. U. Klinge: What should be considered for selection of mesh material. AHS, Beijing, 1.-2.11.2008

98. U. Klinge: The CRPS after groin hernia repair. 4th International Congress of the Asia-Pacifric Hernia Society, 5th Annual Conference of China hernia Society, 30.10.-2.11.2008, Beijing

99. U. Klinge: Hernia repair tailored to the patient instead of using a gold standard?. 4th International Congress of the Asia-Pacifric Hernia Society, 5th Annual Conference of China hernia Society, 30.10.-2.11.2008, Beijing

100.    U. Klinge: Future perspectives in textile implants. 4th International Congress of the Asia-Pacifric Hernia Society, 5th Annual Conference of China hernia Society, 30.10.-2.11.2008, Beijing

101.    U. Klinge: Update mesh. Master class Shanghai. 28.11.2008

102.    U. Klinge: Hernia and Collagen. 4. Rotterdam interactive congress for hernia, 21.11.2008, Rotterdam, NL

103.    U. Klinge: Was ist bei der Auswahl von Meshes zu beachten? Zürser Hernienforum 14.12.-16.12.2008, Zürs, Austria

104.    U. Klinge: Die „männliche Schlinge" zur Therapie der Harninkontinenz. AGKAMED „Neue Behandlungswege der männlichen Inkontinenz", Berlin, 12.5.2009

105.    U. Klinge: Was bedeutet Biokompatibilität in der Chirurgie. 1.5.2009 München, Jahreskongreß der DGFC

106.    U Klinge: Lightweight mesh Konzept. 28.4.2009 München, Jahreskongreß der DGFC

107.    U Klinge: Welche Netze für die offene/laparoskopische Narbenhernienreparation ?. 30.4.2009 München, Jahreskongreß der DGFC

108.    U. Klinge: Biomechanische Anforderungen:Was sollen und können Netze leisten ? 30.1.2009, Berlin 3-Chirurgen

109.    U. Klinge: What has to be considered for selection of alloplastic nets and slings at the pelvic floor?  28.3.2009, Dijon

110.    U. Klinge: Leuven Aachen Rotterdam   Herniosis Studygroup LARHS 10.4.2009, Leuven

111.    U. Klinge. Biologicals für die Hernienchirurgie? Jahreskongreß der Deutschen Herniengesellschaft in Neuss, 19-20.6.2009
112.    U. Klinge. Mesh – structure or confusion? 4. Interrnationaler Weltherrnienkongreß in Berlin 9.-12.9.2009
113.    U. Klinge: Das ideale Mesh? Euregio Bodensee, 3.7.2009 St. Gallen
114.    U.Klinge: Limitation and peerspective of Biologicals. Leeds, 23.10.2009
115.    U.Klinge: Update Narbenhernienchirurgie unter Einbeziehung von Grundlagen der Netzstabilität. Chirurgische Abteilung, Uniklinik Essen, 26.10.2009
116.    U. Klinge: Principles of hernia repair. Masterclass Baden-Baden, 20.11.2009
117.    U. Klinge: Biologicals. Masterclass Baden-Baden, 21.11.2009
118.    U. Klinge: Update Literature for hernia. Masterclass Baden-Baden, 20.11.2009
119.    U. Klinge: Textile structures fort he pelvic floor. Kopenhagen, 27.11.2009
120.    U. Klinge: Biologicals as standard for hernia repair. 4. Berliner Hernien-Tage, 28.1.2010
121.    U. Klinge: Das ideale Mesh: 4. Berliner Hernien-Tage, 30.1.2010
122.    U. Klinge: Große Datenmengen für die Medizin? Arbeitstreffen E-Health, RWTH-Aachen, 25.1.2010
123.    U. Klinge: Was unterscheidet die Netze ? DGfC Berlin 2010
124.    U. Klinge: the ideal mesh. Oslo 4/2010
125.    U. Klinge: What is the ideal mesh? Dubai 4/2010
126.    U. Klinge: biologicals for every henria? Dubai 2010
127.    U. Klinge: mesh classification? Dubai 2010
128.    U. Klinge: Meshes für die Chirurgie. Fulda, EKK 17.5.2010
129.    U. Klinge: Hernie - Gibt es eine einfache „Pathophysiologie" München 11.6.2010 Deutsche Henriengesellschaft
130.    U.Klinge: Wie kann man Meshes klassifizieren? BvMed 2.7.2010
131.    U. Klinge: Gibt es eine einfache Pathophysiologie, DHG München, 10-12.6.2010
132.    U. Klinge: Mesh in der Leistenhernienchirurgie. Schwarzenberg, Scheyer, Austria 1.-3.7.2010
133.    U. Klinge: Basic principles of mesh implants and actual status of knowledge. Liedl, München Bogenhausen, 13-14.10.2010
134.    U. Klinge: Alloplastische Materialien in der Hernienchirurgie – was gibt es Neues? Wilhelmsburger Hernientage 23-24.10.2010
135.    U. Klinge: Biomechanics, immunology and tissue response to the mesh. Brazilian hernia Congress November 25th to 27th, 2010 InterContinental Hotel Rio de Janeiro
136.    U. Klinge: Biologicaals. Brazilian hernia Congress November 25th to 27th, 2010 InterContinental Hotel Rio de Janeiro
137.    U. Klinge: Sublay, Why and How ? Brazilian hernia Congress November 25th to 27th, 2010 InterContinental Hotel Rio de Janeiro
138.    U. Klinge: Paracolostomic hernia. Brazilian hernia Congress November 25th to 27th, 2010 InterContinental Hotel Rio de Janeiro
139.    U. Klinge: PVDF. Brazilian hernia Congress November 25th to 27th, 2010 InterContinental Hotel Rio de Janeiro
140.    U. Klinge. Prophylaxe der Hernienentstehung? Berliner Hernientage 24-29.1.2011
141.    U. Klinge: Grundlagen und Materialien. Berliner Hernientage 24-29.1.2011
142.    U. Klinge: Classification of surgical meshes for hernia repair. EHS, Gent, 11-13.5.2011

143.     U. Klinge: Risk factors for incisional hernia development. EHS, Gent, 11-13.5.2011

144.     U. Klinge: Statistics and analysis for biological material in hernia treatments – the current status quo. Cook Symposium. Berlin, 19-20.5.2011

145.     U. Klinge: Biologische Netze heute. 1. Düsseldorfer Herniensymposium. 2.4.2011

146.     U. Klinge: Chaos bei den Kunststoffnetzen: Vorschlag zur standardisierten Einteilung. DHG Oldenburg, 26-28.5.2011

147.     U. Klinge: Das ideale Mesh. Fürth, 30.6.2011

148.     U. Klinge: Surface modification: do we really need it ? EHS Winter conference, Madonna di Castillo, 10-12.3.2011

149.     U. Klinge: Abdominal wall hernia, current update. 10. – 12.11.2012 Masterclass Baden-Baden

150.     U. Klinge: Prophylaxe der Hernienentstehung. Symposium Rotkreuzklinikum München. 25.11.2012

151.     U. Klinge: "Surface modification to direct tissue response" RICH, Rotterdam, 13.1.2012

152.     U. Klinge: Grundlagen und Materialien. Hernia Kompakt, Hamburg, 19.1.2012

153.     U. Klinge: Klassifikation von Netzimplantaten in der Hernienchirurgie. 4. Wilhelmsburger Hamburg, 20.1.2012

154.     U. Klinge: Evidence based medicine - Was sollen wir glauben? 25.4.2012, DGfC, Berlin

155.     U. Klinge: Uni Essen Chirurgie-Fortbildung: Hernienchrirugie – wann welches Netz. 21.5.2012

156.     U. Klinge: Classification of meshes for risk assessment. EuraHS, Brüssel, 7.6.2012

157.     U. Klinge: Change in pore size and weight of abdominal wall meshes: What did it bring us so far? Brüssel, 25.10.2012

158.     U. Klinge: Materialien in der Hernienchirurgie. Hernia Kompact München, 24-26.10.2012

159.     U. Klinge: EBM – was sollen wir glauben. Hernie interaktiv, München, 27.10.2012

160.     U. Klinge: From view of experimental surgeon – meshes for pelvic floor. Munic, 17.11.2012

161.     U. Klinge: Biomechanic aspects of meshes for pelvic floor surgery. Expert class Cologne Prof. Jäger, 7.-8.12.2012

162.     U. Klinge Klassifikation der Netze. 25.-26..1.2013,  6. Berliner Hernientage

163.     U. Klinge Sichtbare Netze, erste Ergebnisse, 25.-26.1.2013, 6. Berliner Hernientage.

164.     U. Klinge Netz- und Materialentwicklung: Biomaterialien in der Chirurgie: Fluch oder Segen ? 59. Kongress der Nordrhein-Westfälischen Gesellschaft für Urologie. 11. – 12. April 2013 |Rheinterrasse Düsseldorf.

165.     U. Klinge: Individual patient centred outcome research as alternative to randomized controlled trials (RCT). Gdansk EHS 14.5.2013, EHS

166.     U. Klinge: Ist Randomisierung der Schlüssel zur evidenzbasierten Hernienchirurgie ? Cottbus 7.-8.6.2013, DHG

167.     U. Klinge Das richtige Netz TAPP / TEP / offen. Saale-Unstrut, 29.6.2013

168.     U. Klinge. Textile meshes in Surgery:
FDA Warnings – New Standards – Registries - What can we learn from Hernia Surgery? Barcelona ICS. 29.8.2013

169.     U. Klinge Moderne Netz-Technologie. 2. Düsseldorfer Hernien-Symposium Zarras, 26.9.2013

170.     U Klinge: Moderne Netztechnologie was ist wichtig, was ist neu?. 26.11.2013 St. Johannes KH Dortmund, Prof. Bolder

171.     U. Klinge Update der Netze in der Hernienchirurgie. 24.1.2014. 11 Hamburger Hernientage

172.     U. Klinge Stellenwert des NMR-Imaging von Kunststoffnetzen in der LH-Chirurgie. 25.1.2014 11. Hamburger Hernientage

173.     U. Klinge Material: Wie definiere ich das optimale Mesh? 8.5.2015 Charité Berlin, Dr. Ismael

174.     U Klinge Required properties of pelvic floor mesh implants. 16.5.2014 British meeting of endoscopic gynacologists Norwich, UK

175.     U Klinge How far from the ideal mesh ? Meeting of Swedish surgical society 19.8.2014 Karlsbad Sweden

176.     U.Klinge How far from the ideal mesh? Sao Paulo, Brasil (Skype) 31.10.2014

177.     U. Klinge Materialien in der Hernienchirurgie. 5.2.2015 Hernia Kompakt, Köln

178.     U. Klinge Das Mehrfachrezidiv – wie kommt es dazu? Kölner Hernientage 6.2.2015

179.     U. Klinge Clinical trials: Inherent limitation of RCTs & meta-analysis in comparing hernia therapies. A Dilemma. EHS Milano, Italy 25.-29.4.2015

180.     U. Klinge Cellular changes in response to hernia / genetics and collagen ratios. EHS Milano, Italy 25.-29.4.2015

181.     U. Klinge New imaging technique: making the progress in implantology visible  EHS Milano, Italy 25.-29.4.2015

182.     U Klinge „Ideal" meshes of PVDF as the safer alternative to polypropylene? 12.6.2015 Paris, France

183.     U Klinge PVDF. 17.9.2015 Ghent, Belgium

184.     U. Klinge Mesh-Klassifikation. 16.10.2015, Bruneck, Italy

185.     U. Klinge Das Verhalten der implantierten synthetischen Netze. 16.10.2015. Bruneck, Italy

**Participation and moderator at other meetings**

1. First Hernia Telesurgery Meeting March 2000 (24.3.2000), organisiert durch **Ethicon** unter Mitarbeit von Reims (F), Paris (F), Mestre (I), Miami (USA), Aachen (D), moderiert durch A. Kingsnorth (GB)
2. Second Hernia Telesurgery Meeting November 2000 (10.11.2000), organisiert durch **Ethicon** unter Mitarbeit von Reims (F), Miami (USA), Aachen (D), moderiert durch A. Kingsnorth (GB)
3. FAZ 10.5.2000: Kunststoffnetze verhindern Narbenbrüche. Von Rainer Flöhl
4. Aachen (organised by Ethicon) 1. Team-Hospitanz Narbenhernie: 11-12.10.2001
5. Aachen (organised by Ethicon) 2. Team-Hospitanz Narbenhernie: 3.-4.12.2001
6. Aachen (organised by Ethicon) 3. Team-Hospitanz Narbenhernie: 14-15.3.2002
7. Aachen (organised by Ethicon) 4. Team-Hospitanz Narbenhernie: 20-21.6.2002
8. Aachen (organised by Ethicon) 5. Team-Hospitanz Narbenhernie: 24-25.10.2002
9. Internet-Operation am 2.10.2002 (Ethicon)
10. Aachen (organised by Ethicon) 6. Team-Hospitanz Narbenhernie: 2-3.12.2002
11. Meeting Netherlands Surgical Society : Inguinal hernia. Amsterdam 12.12.2002-12-10
12. III. Suvretta meeting 14.-18.1.2003-01-22
13. Aachen (organised by Ethicon) 7. Team-Hospitanz Narbenhernie: 20-21.3.2003
14. Aachen (organised by Ethicon) 8. Team-Hospitanz Narbenhernie: 25-26.3.2004
15. Aachen (organised by Ethicon) 9. Team-Hospitanz Narbenhernie: 12-13.4.2005
16. Aachen (organised by Ethicon) 10. Team-Hospitanz 2.-3.6.2005
17. Aachen (organised by Ethicon) 16.-17.3.2006
18. Aachen (organised by Ethicon) 18. Team-Hospitanz 26.4.2007
19. Aachen (organised by Ethicon) 20. Team-Hospitanz 6.-7.3.2008
20. V Suvretta meeting 1.-5.7.2008
21. 1. Masterclass Stadtklinik Baden-Baden (organised by FEG), mit Prof. Berger, 19.11–21.11.2009
22. 2. Masterclass Stadtklinik Baden-Baden (organised by FEG) mit Prof. Berger, 18.-20.11.2010
23. 3. Masterclass Stadtklinik Baden-Baden (organised by FEG) mit Prof. Berger, 10.-12.11.2011
24.     4. Masterclass Stadtklinik Baden-Baden (organised by FEG) mit Prof. Berger 23.11.2013
25.     5. Masterclass Stadtklinik Baden-Baden (organised by FEG) mit Prof. Berger 21-22.11.2014

# Grants

|  | Principal investigator, co-workers | topic | Supporter, duration | period | Amount of resources |
|---|---|---|---|---|---|
|  | Klinge, Höer | Panacryl-Fadenstudie | Ethicon / 3 Jahre | 1999-2002 | 260.000 |
|  | Klinge, Welty | Internationale Vypro-Studie | Ethicon / 3 Jahre | 1999-2002 | 54.000 |
|  | Klinge, Welty | SHM-Studie | Ethicon / 2 Jahre | 1997-1999 | 262.000 |
|  | Klinge | Kollagen-Studie | Ethicon / ½ Jahr | 1999 | 30.000 |
| TV 9 | Klinge | Verwendung von Biomaterialien beim Bauchdeckenverschluß | BIOMAT 4 Jahre | 1995-1998 | 208.107 |
| TV 41/42 | Klinge/Steinau | PVDF-Mesh | BIOMAT 2 Jahre Nachfolgeprojekt 2 Jahre | 1999-2000 2001-2002 | 347.940 |
|  | Klinge | Mesh-Entwicklung | Ethicon | 2000-2003 | 375.000 Kostenstelle: 9876170 Anforderungsnr.: 98761770 |
| TV 66 | Mertens, Klinge | Mesh-Fibroblasten | BIOMAT | 2001-2002 | 330.000 |
| TV 61 | Bertram, Tietze, Klinge | Kokulturen | BIOMAT | 2001-2002 | 210.000 |
| FEG/BMBF | Klinge, Klosterhalfen | Entwicklung von neuartigen bioverträglichen Netzmaterialien zur anatomisch angepaßten chirurgischen Hernientherapie - Beschichtete Meshes | 03N4024 FEG-065/1-2001 | 1.3-2001-2004 | 358.824,- |
| DFG | Klinge, Klosterhalfen, Mertens | Kollagen und Hernie | KL 1320/2-1 | 21.6.2001-21.6.2003 | 350.000,- |
| Ethicon | Schumpelick, Klinge, Stumpf, Junge, Schachtrupp, Steinau, Schwab | Optimierung von Mesh-Strukturen | 370253 | 1.4.2003-31.3.2006 | 360.000 € |
| DFG | Lynen-Jansen Mertens Klinge Jansen | Einfluß von Biomaterialien auf die MMP-2 Genexpression in vivo | DFG JA1123/1-1 | 2004-2005 | 120.000 Euro |
| DFG-Projekt | Lynen-Jansen Mertens Klinge Jansen , | Untersuchungen zur Gewebe-Integration von Biomaterialien bei selektiver Blockade der TNFα-abhängigen MMP-2 Expression' | DFG JA 1123/1-2, | Laufzeit 2 Jahre, Umfang Start 2008 | ca. 120.000 Euro, |
| INNONET | HIA und Frauenhofer | Die sichere Naht | VDI/VDE | 2/2008-2011 | Gesamtvolumen 1,1 Mill € |

| | Principal investigator, co-workers | topic | Supporter, duration | period | Amount of resources |
|---|---|---|---|---|---|
| Mesh insight | FEG und UK-Aachen Klinge U, Otto J, Krämer N, Obolenski B: | Sichtbarmachung von textilen Implantaten im MRT durch Einlagerung von superparamagnetischen Eisenoxid-Nanopartikeln. Innovationswettbewerb 2007 des BmbF zur Förderung der Medizintechnik, 18.10.2007 | BMBF 01EZ0849 | 1.4.2008-31.1.2011. 3.2008-1.2.2011 | Gesamtvolumen ca. 900.000€ |
| | Kämmer, Otto, Klinge | PVDF-Mesh Beschichtung mit NN-Hormonen | ESAC | 2008 | 12 000€ |
| Bioinside | FEG/Fiebeler/Berlin | Beschichtung mit DHEA | BMBF BioInside 13N9827-13N9833 PN 372552 | 2008-2010 | 70 000€ |
| | Klinge | InnoMeT.NRW: Patientenadaptierte Medizintechnische Lösungen für die Kardiovaskuläre Therapie | 005-1003-0067 IAN 700584 | 1.8.2010-31.7.2013 | 270 000 |
| | Klinge | Elastisches Netz-Implantat für die Chirurgie am Zwerchfell (Hiatus-Mesh) | ZIM-Projekt KF2621701AJ0 | 14.4.2010-31.10.2011 | 110 000€ |
| | Klinge/Tolba | Covidien Stapler Pase I | 372708 | 1.2.2010-31.1.2011 | 120 000 Eur |
| | Klinge/Tolba | Covidien Stapler Pase II | 372708 | 1.4.2011-31.3.2012 | 180 000 Eur |
| | Klinge et al, ZIM 3D | 3D Implantat | ZIM / AiF 13EZ1201C | 1.10.11-30.9.2013 | 174 893 € |
| | Klinge et al. ZIM Hiatus-Mesh | Zwerchfell-Netzimplantat | ZIM / AiF KF2621701AJ0 | 1.4.10-31.11.2011 | 110 365 € |
| | Klinge et al E-Mesh BMBF (DLR) | Elastisches Mesh | 01EZ1201C | 1.6.2012-31.5.2015 | 240 000€ |

# Patents:

02754251.3-2107-DE0202287 FEG Textiltechnik vom 25.6.02: Textiles Implantat mit monofilen Polyvinylidenfluorid-Fäden

„Einstückiges Stomaunterstützungsimplantat" WO 2008/031411 A1

„Medizinisches Implantat mit Oberflächenbeschichtung" AZ 10 2009 005 792.7

„Meshförmiges Implantat" (Mesh mit Ferrofluiden) PCT/DE 2008/000805

„Textiles Intraperitoneal-Mesh" DE 10353930.1

„Textiles Erzeugnis mit Oberflächenmodifikation und entsprechendes Verfahren zur Oberflächenmodifikation" PCT/DE02/04291

„Textiles Implantat" WO PCT/DE02/02287