EXHIBIT 2E

# WAVE 1
# EXHIBIT

# E

```
 1                       -  -  -

 2                                    :SUPERIOR COURT OF

                                      :NEW JERSEY

 3     IN RE:                         :LAW DIVISION -

       PELVIC MESH/GYNECARE           :ATLANTIC COUNTY

 4     LITIGATION                     :

                                      :MASTER CASE 6341-10

 5                                    :

                                      :CASE NO. 291 CT

 6       CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF

 7                     CONFIDENTIALITY

 8                       -  -  -

 9                   October 23, 2012

10                       -  -  -

11              Transcript of the continued

12     deposition of PROF. DR. MED. UWE KLINGE, called for

13     Videotaped Examination in the above-captioned

14     matter, said deposition taken pursuant to Superior

15     Court Rules of Practice and Procedure by and before

16     Ann Marie Mitchell, a Federally Approved Certified

17     Realtime Reporter, Registered Diplomate Reporter,

18     Certified Court Reporter, and Notary Public for the

19     State of New Jersey, at the Quellenhof Hotel,

20     Monheimsallee 52 52062 Aachen, Germany, commencing

21     at 9:04 a.m.

22                       -  -  -

23              GOLKOW TECHNOLOGIES, INC.

                877.370.3377 ph|917.951.5672 fax

24                  deps@golkow.com

25
```

Confidential - Subject to Stipulation and Order of Confidentiality

Page 275

```
1   APPEARANCES:
2
3   ANDERSON LAW OFFICES, LLC
      BY:  BENJAMIN HOUSTON ANDERSON, ESQUIRE
4   1360 West 9th Street
      Suite 215
5   Cleveland, Ohio 44113
      (216) 592-8384
6   ben@andersonlawoffices.net
7
8   THE RESTAINO LAW FIRM
      BY:  JOHN M. RESTAINO, DPM, MPH, ESQUIRE
9   1550 Larimer Street, Suite 527
      Denver, Colorado 80202
10  (720) 924-2006
      jrestaino@restainolawfirm.com
11  Representing the Plaintiffs
12
13  BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
      BY:  MICHAEL L. BROWN, ESQUIRE
14  1020 Highland Colony Parkway
      Suite 1400
15  Ridgeland, Mississippi 39157
      (601) 948-5711
16  michael.brown@butlersnow.com
      Representing Johnson & Johnson and Ethicon
17
18
19  THOMAS COMBS & SPANN, PLLC
      BY:  DAVID B. THOMAS, ESQUIRE
19  300 Summers Street
      Suite 1380
20  Charleston, West Virginia 25301
      (304) 414-1800
21  dthomas@tcspllc.com
      Representing Johnson & Johnson and Ethicon
22
23
24
25              - - -
```

Page 276

```
1              - - -
2          I N D E X
3              - - -
4
5   Testimony of:
6     By Mr. Brown          281
      By Mr. Anderson        516
7
8              - - -
9        E X H I B I T S
10             - - -
11
12  NO.        DESCRIPTION       PAGE
13  Klinge-12  Letter dated October 17, 2012    281
14  Klinge-13  PowerPoint, "GYNECARE GYNEMESH*   297
              PS Nonabsorbable PROLENE* Soft
15            Mesh in the Treatment of Pelvic
              Organ Prolapse," Bates stamped
16            ETH.MESH.00803713
17  Klinge-14  Article entitled "The biology    297
              behind fascial defects and the
18            use of implants in pelvic organ
              prolapse repair"
19
    Klinge-15  Article entitled "Functional and  302
20            Morphological Evaluation of a
              Low-Weight, Monofilament
21            Polypropylene Mesh for Hernia
              Repair"
22
    Klinge-16  Article entitled "New Objective   347
23            Measurement to Characterize the
              Porosity of Textile Implants"
24
25
```

Page 277

```
1   Klinge-17  Expert report of Prof. Dr. Thomas  349
              Muhl
2
    Klinge-18  Article entitled "Biology of      454
3             polypropylene/polyglactin 910
              grafts"
4
    Klinge-19  PowerPoint entitled "Tissue       465
5             Reaction and Integration of
              Polypropylene-Based Surgical Mesh
6             in Rats," Bates stamped
              ETH.MESH.02319001
7
    Klinge-20  Article entitled "The Argument    468
8             for Lightweight Polypropylene
              Mesh in Hernia Repair"
9
    Klinge-21  Gynecare Prolift Instructions for  506
10            Use, Bates stamped
              ETH.MESH.02341454 through
11            ETH.MESH.02341459
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 278

```
1              - - -
2     DEPOSITION SUPPORT INDEX
3              - - -
4
5   Direction to Witness Not to Answer
6          Page Line
7
8
9
      Request for Production of Documents
10
      Page Line
11
12
13
14
      Stipulations
15
      Page Line
16
17
18
19
20      Question Marked
21        Page Line
22
23
24
25
```

Page 279

1      CONFIDENTIAL DESIGNATION INDEX
              - - -
2      PAGE 300 LINE 15 THROUGH PAGE 302 LINE 2
3      PAGE 310 LINE 1  THROUGH PAGE 310 LINE 15
4      PAGE 334 LINE 14 THROUGH PAGE 335 LINE 2
5      PAGE 336 LINE 20 THROUGH PAGE 337 LINE 10
6      PAGE 360 LINE 2  THROUGH PAGE 360 LINE 5
7      PAGE 377 LINE 25 THROUGH PAGE 378 LINE 14
8      PAGE 380 LINE 21 THROUGH PAGE 381 LINE 11
9      PAGE 400 LINE 17 THROUGH PAGE 400 LINE 24
10     PAGE 431 LINE 9  THROUGH PAGE 431 LINE 18
11     PAGE 466 LINE 2  THROUGH PAGE 468 LINE 2
12     PAGE 500 LINE 2  THROUGH PAGE 500 LINE 17
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 280

1      CONFIDENTIAL DESIGNATION INDEX
              - - -
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 281

1                  - - -
2          (Deposition Exhibit No. Klinge-12,
3      Letter dated October 17, 2012, was marked
4      for identification.)
5                  - - -
6          PROF. DR. UWE KLINGE, after having
7      been previously duly sworn, continued to
8      be examined and testified as follows:
9                  - - -
10              EXAMINATION
11                  - - -
12     BY MR. BROWN:
13         Q.    Good to see you this morning.
14              During the times that you were being
15     funded by Ethicon up until 2005, who were some of
16     your major contacts at Ethicon, people you spoke to
17     regularly?
18         A.    It has been the head of the R&D
19     department at Norderstedt, Dr. Hoepfner,
20     H-O-E-P-F-N-E-R, Dr. Hoepfner, and his successor was
21     Dr. Engel, E-N-G-E-L.  And with his team.  It was
22     Dr. Walte, W-A-L-T-E.  It was Dr. Holste, Dr.
23     Hellhammer, Dr. Batke later on, sometimes Frau
24     Schuldt, S-C-H-U-L-D-T, E, I'm not sure.  These are
25     the people that came four times a year to Aachen to

Page 282

1      discuss this.
2          Q.    Now, Doctor, for the materials that
3      you have that you relied upon to write your report,
4      do you maintain those in a hard copy or on your
5      computer?
6          A.    Please?
7          Q.    Sure.
8              The documents that you work with to
9      help write your expert report, do you keep them on
10     your computer or do you have them just in a stack of
11     documents like this?
12         A.    Most of my documents are on the
13     computer.
14         Q.    Okay.
15         A.    There are some others from books that
16     are as a hard copy there.
17         Q.    And do you highlight on the hard
18     copies?  Do you take a highlighter and highlight or
19     write on the hard copies?
20         A.    No.
21         Q.    Do you make notes?  Do you write on
22     the documents?
23         A.    On the hard copies?
24         Q.    Yes.
25         A.    Whether I made it?  Usually not.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 283

1    Q.    Does that mean sometimes you do or --

2    A.    I think in some few instances I made

3  some remarks to the hard copies, but...

4    Q.    And, Doctor, when you keep up with

5  your time to send your counsel for payment, do you

6  keep up with hour by hour what you did?

7    A.    It is a list of hours per week, which

8  I will -- or of the hours I spent for working on

9  this topic.

10    Q.    And then you would send those hours

11  to your counsel for payment for your work; is that

12  right?

13    A.    After some time, I collected it, and

14  then I sent them.

15    Q.    Doctor, everything that you've relied

16  on to write your expert report, is it identified in

17  your expert report? And plaintiffs' counsel has

18  given me quite a number of additional documents that

19  I believe he's provided to you.

20        So based upon what you've cited --

21  let me just state this.

22        Your counsel, plaintiffs' counsel,

23  has given us an additional list of materials that

24  he's provided to you to review; is that correct?

25        MR. ANDERSON:  Since his expert

Page 284

1  report.

2  BY MR. BROWN:

3    Q.    Since your expert report; is that

4  right?

5    A.    That he provided you a list?

6    Q.    No, no.

7    A.    That is right.  Maybe.

8    Q.    No, no.

9        I'm saying that since you wrote your

10  expert report, you remember Dr. Williams wrote a

11  report.  Right?

12    A.    Yes.

13    Q.    And so your counsel gave you Dr.

14  Williams' report so you could review his report.

15  Right?

16    A.    That is right.

17    Q.    And then he gave you a couple other

18  reports and documents; is that right?

19    A.    That is right.

20    Q.    And from what your counsel has given

21  you and what you've put in your expert report, is

22  that all the materials that you've used to rely upon

23  to write your expert report?

24        MR. ANDERSON:  Objection.

25        Go ahead.

Page 285

1        THE WITNESS:  As this expert report

2  is based on all what we have learned and done and

3  experienced, I think it is -- or it is not possible

4  to put all this knowledge into this expert report.

5  Otherwise, it would have been thousands of pages

6  there.  So, of course, this is an extract with the

7  references that are important to underline this.

8  But there are lots of others as well that are not --

9  I have to admit that are not listed in this.

10  BY MR. BROWN:

11    Q.    Are there other studies that you are

12  aware of that you used to write your report that

13  aren't identified in your expert report?

14    A.    I'm not aware of some -- or the

15  intention for this expert report was to explain my

16  opinions.  And, therefore, I needed or I added some

17  references which I think made it very clear why I

18  came to this conclusion.  Of course, usually there

19  are lots of others that confirm this as well.  So,

20  therefore, it is a selection of references, of

21  course.  If -- I've seen so many documents there and

22  I could have added all these documents there.

23    Q.    When you say you've seen all these

24  documents, which documents are you talking about?

25    A.    I have seen a lot of documents from

Page 286

1  Ethicon, a lot of PowerPoint presentations, a lot of

2  drafts, a lot of reports, yeah.

3    Q.    Doctor, as you sit here, though, are

4  there any studies that you know of that support your

5  opinion that you're relying on that you have not put

6  in your expert report?

7    A.    Again, it is a very -- can you please

8  say it again?

9    Q.    Sure, yes.  I'm looking for any

10  studies, Doctor, that -- I'll give you an example.

11        So do you remember when you were --

12  in your expert report you were talking about

13  degradation in your expert report and you cited your

14  Clave article?

15    A.    Uh-huh.

16    Q.    So you used that study to help

17  support one of your opinions; is that right?

18    A.    Uh-huh.

19        MR. ANDERSON:  Yes?

20        THE WITNESS:  Yes.  Sorry.

21  BY MR. BROWN:

22    Q.    No problem.

23        Are there other studies like that

24  that support your opinions that you didn't put in

25  your expert report?

Confidential - Subject to Stipulation and Order of Confidentiality

Page 287

1    MR. ANDERSON:  Or that aren't listed
2  here?
3  BY MR. BROWN:
4    Q.    Or that aren't listed here.  And when
5  I say "here," on Exhibit 12.  That you're aware of,
6  Doctor.
7    A.    Let me answer with another example.
8    If you take the term
9  "biocompatibility," I did not include all possible
10  references for this term in my reference report.  It
11  was just a selection.
12    Q.    Doctor, is it fair to say, is there
13  any other studies that you would need to cite to, to
14  support your opinions in your expert report that
15  aren't in your report or aren't in Exhibit 12?
16    A.    I didn't -- please --
17    Q.    What I want to do is just make sure
18  if there's other studies out there, that I have an
19  opportunity to look at them so that I can see what
20  you're basing your opinions on.
21    And so all I want to know is, are
22  there any other studies out there that you're
23  primarily using to support your opinions on your
24  expert report that aren't in your expert report or
25  that are not in this Exhibit 12?

Page 288

1    A.    So as you said, primarily used, I
2  don't -- I think, or to my opinion, there is no
3  other report that is necessary to review to follow
4  these opinions.
5    Q.    Okay.
6    MR. ANDERSON:  I wanted to wait until
7  he answered and not interrupt you, but I'm just
8  going to place an objection just in terms of, as you
9  are aware, there's been this rolling production of
10  documents.  And we're still awaiting a lot of
11  documents.  And so if anything comes into the
12  documents that's been produced that we haven't
13  fairly had a chance to look at and he hasn't had a
14  chance to consider, we would, of course, look at
15  those, have him consider them.  And if it's going to
16  change or buttress his opinions or something that
17  appears that would be unfair for us to come to trial
18  and all of a sudden hand to him, I will give you my
19  word that we will -- I will send you an e-mail and I
20  will say, these are the documents that came in, I've
21  provided them to Dr. Klinge, and he's going to base
22  part of his opinions on those documents, in all
23  fairness to me and to you.
24    MR. BROWN:  That's fine.
25    MR. THOMAS:  At that point, will you

Page 289

1  give us an opportunity to ask him questions?
2    MR. ANDERSON:  I think that would
3  only be fair, so the answer is yes.  Maybe it's a
4  video conference depo.
5    MR. THOMAS:  Thank you.
6    We can work out the details.
7    MR. ANDERSON:  We can work out the
8  details, but that would only be fair.
9  BY MR. BROWN:
10    Q.    Doctor, moving on.
11    I think yesterday you had told me
12  that you and Dr. Klosterhalfen were working on a
13  publication now together; is that right?
14    A.    That is right.
15    Q.    Can you tell me what's the study on?
16  What are you studying?  Maybe it's easier to say
17  this:  What's the purpose of the study?
18    A.    In the moment, we have three projects
19  together.  First is a -- we were invited to make a
20  manuscript or with a title the ideal mesh for, I
21  think the journal's name is Biology, part of
22  Physiology.
23    Q.    I'm sorry, go ahead.
24    A.    And the manuscript is, in the moment,
25  in the review by Bernd Klosterhalfen.

Page 290

1    The second was that we are working on
2  the evaluation of 1,000 explanted hernia meshes, the
3  histological evaluation and the presentation of the
4  data and the interpretation.  And that is summarized
5  in a manuscript which we recently submitted.
6    And the third activity, main
7  activity, is that, in the moment, we are trying to
8  identify the cells of the inflammatory infiltrate of
9  human explanted meshes by performing
10  immunohistochemistry, serous red staining, and I
11  hope the next time we can perform double fluorescent
12  immunohistochemistry to identify which cells are
13  responsible for the chronic inflammatory reaction of
14  the foreign body, because this is not clear from the
15  scientific point.  So these are the three activities
16  we actually have together.
17    Q.    Doctor, on the publication talking
18  about identifying the ideal mesh, are y'all actually
19  describing the characteristics of what an ideal mesh
20  looks like?
21    A.    In this manuscript we gave our idea
22  how to answer this question, first of all, that
23  there -- so shortly, I can give you a short summary
24  of what is in.  The basic idea is that there is no
25  one ideal mesh, that you have to consider the

Confidential - Subject to Stipulation and Order of Confidentiality

Page 291

1  functional requirements for this, that you have to
2  consider structural requirements, that you have to
3  look at the tissue ingrowth, that you have to
4  consider the location, that you have to consider the
5  size of the configuration, that you have to
6  consider, of course, the polymer, that you have to
7  consider the porosity, the pore structures. All
8  this together helps to get an understanding and to
9  find the optimum solution for a specific indication.
10  That is briefly what we want to outline in this
11  text.
12      Q.    And, Doctor, is this study with
13  regard to finding a mesh for hernia repair?
14      A.    This is not specific. It is dealing
15  with textile structures in surgery.
16      Q.    So if I hear you right, you're not
17  saying that there is one construction right for
18  every particular issue; is that right?
19          MR. ANDERSON: Objection to form.
20          Go ahead.
21  BY MR. BROWN:
22      Q.    Let me restate that.
23          Are you saying that there is not one
24  particular way to design a mesh that will fit every
25  patient's needs?

Page 292

1      A.    The idea one fits all, it doesn't
2  work.
3      Q.    I understand.
4          Now, Doctor, as far as the second
5  article --
6          Doctor, do you have a copy of that
7  article?
8      A.    I cannot make a copy. It is a draft
9  only on the computer in the moment, so, but... And
10  I'm not sure whether something will be changed
11  during the next days, but I have a draft now.
12      Q.    Doctor, let me ask you, too, on
13  the -- you say the evolution of the 1,000 explanted
14  hernia meshes.
15          MR. ANDERSON: He said evolution or
16  evaluation?
17          MR. BROWN: Was it evaluation? I'm
18  sorry.
19          THE WITNESS: Evaluation.
20  BY MR. BROWN:
21      Q.    Evaluation.
22          So on the article, the evaluation of
23  1,000 explanted hernia meshes, where is the data for
24  this 1,000 explanted hernia meshes?
25          MR. ANDERSON: Objection.

Page 293

1          Go ahead.
2          Do you understand?
3          THE WITNESS: Where are the data?
4  BY MR. BROWN:
5      Q.    Yes.
6          Let me restate it then.
7          These 1,000 explanted meshes, were
8  they sent to Dr. Klosterhalfen?
9      A.    Yes.
10      Q.    And then did Dr. Klosterhalfen review
11  each one of these explanted meshes from a pathology
12  standpoint?
13      A.    I don't know what is a pathology
14  standpoint. I know he's a pathologist, and he has
15  an experience and he has written a protocol to look
16  at these meshes, which is far beyond the standard
17  evaluation of some tissues. So he followed this
18  protocol and he made an analysis of these 1,000
19  explanted meshes.
20      Q.    Now, his evaluation of those 1,000
21  meshes, where are those evaluations?
22          MR. ANDERSON: Objection.
23          THE WITNESS: On a hard disk.
24  BY MR. BROWN:
25      Q.    Is this a hard disk with your group

Page 294

1  at Aachen?
2          MR. ANDERSON: He's trying to find
3  out physically where this information is stored from
4  which you are able to -- that he took this and you
5  took this analysis from. So he wants to know, is
6  that stored on a computer at Aachen? Is it in
7  Duren? Where is that information?
8          THE WITNESS: In the moment, these
9  files that can be evaluated are on the computer of
10  Professor Klosterhalfen and on my personal computer.
11  So we have access. We have access to the -- we both
12  have access to these data.
13  BY MR. BROWN:
14      Q.    That's exactly what I was looking
15  for. Thanks for that.
16          And those are documents you can
17  provide to your counsel, is that right, the
18  evaluations?
19          MR. ANDERSON: Can you share that
20  data with me?
21          THE WITNESS: I have to ask Professor
22  Klosterhalfen.
23  BY MR. BROWN:
24      Q.    Doctor, let's move to a different
25  study, which is you were telling me yesterday about

Confidential - Subject to Stipulation and Order of Confidentiality

Page 295

1 a study with PVDF being compared to polypropylene
2 where you reviewed the article.
3         Do you remember that?
4     A.    Which -- we have done several
5 articles with PVDF, and so which one do you --
6     Q.    I think you were saying that there
7 was a study comparing polypropylene and PVDF that
8 has not been published yet that you were a reviewer
9 for; is that right?
10         MR. ANDERSON: Dr.
11 Kirschner-Herrmans.
12         THE WITNESS: The ultrasound
13 investigation of the -- yeah.
14 BY MR. BROWN:
15     Q.    Is that the study that compares PVDF
16 and polypropylene?
17     A.    Yes.
18     Q.    In humans?
19     A.    They compared it in humans.  It was
20 an investigation at the continence center at women.
21     Q.    And what were you doing on this
22 article?  What was your purpose for reviewing this
23 article?
24     A.    The -- I was charged in explaining
25 them the general reaction of tissue to textile

Page 296

1 implants and to discuss with them the -- whether --
2 about the balance of the tissue requirements or the
3 tissue characteristics and the differences of the
4 textiles, how to characterize the textiles, how to
5 make an analysis of the data, how to make figures
6 for the data, how to perform the statistics of these
7 data.  And we are all together discussing the
8 interpretation of these findings.
9     Q.    Are you writing some of this article?
10     A.    I contributed with some text in this,
11 of course.
12     Q.    Will you be a co-author on the
13 article?
14     A.    Yeah, yes.
15     Q.    It's very good.  Very few people pick
16 that up on their own and actually do that, so you've
17 done well.
18         Doctor, I'm going to show you
19 Exhibit 10.  This is just trying to clarify a couple
20 of things from yesterday as well.
21         Doctor, if you look on Exhibit 10,
22 what I'm trying to find out in your study is that if
23 you were studying the actual Prolene® Soft Meshes in
24 Prolift®?
25         So if you'll look on the second page

Page 297

1 on 366, it should be the second page, Doctor, on
2 366, do you see where there's Group I, Group II and
3 Group III?  And it appears, Doctor, that there's
4 three different types of meshes that you were
5 looking at; is that correct?  Three different
6 meshes?
7     A.    Give me a minute, please.
8     Q.    Sure.
9         MR. ANDERSON:  Take your time to look
10 as much of the document as you need to.
11             - - -
12         (Deposition Exhibit No. Klinge-13,
13         PowerPoint, "GYNECARE GYNEMESH* PS
14         Nonabsorbable PROLENE* Soft Mesh in the
15         Treatment of Pelvic Organ Prolapse," Bates
16         stamped ETH.MESH.00803713, and Deposition
17         Exhibit No. Klinge-14, Article entitled
18         "The biology behind fascial defects and
19         the use of implants in pelvic organ
20         prolapse repair", were marked for
21         identification.)
22             - - -
23 BY MR. BROWN:
24     Q.    Doctor, while you're looking, I want
25 to show you two things to see if this helps you

Page 298

1 determine, and you can read as much as you need to
2 as well.
3         But if I can show you on Exhibit 14
4 and just see if this helps you.  Exhibit 14 is Jan
5 Deprest, and he gives some of the exact parameters
6 of what the Gynemesh® PS, which is the same as
7 Prolene® Soft.  And then this is a picture of the
8 Prolene® Soft Mesh as well.  And you can see you've
9 got a picture on your third page, and see if that
10 helps you determine if that's the Prolene® Soft that
11 you were assessing in this article.
12         MR. ANDERSON:  There's a list of the
13 meshes on the first page.
14         THE WITNESS:  So, yeah.  So from this
15 image and from the data, there seems to be
16 similarity to soft Prolene® mesh.  But I don't know
17 whether it is exactly coming from the product taken
18 from this and using this for animals, or whether
19 there is some sort of modification, whether it's for
20 experimental use, provided for Aachen from Hamburg
21 Norderstedt, I don't know it, because I don't
22 receive these meshes.  They were delivered to
23 Joachim Conze as well.
24 BY MR. BROWN:
25     Q.    Let me ask you --

Confidential - Subject to Stipulation and Order of Confidentiality

Page 299

1  A.    So, therefore, there obviously are
2  some similarities to these meshes.  But whether this
3  is the original soft pro mesh, I don't know and I
4  didn't find it.  There is a general introduction
5  here, but it should have been mentioned in the
6  materials and methods section which is the provider
7  of this material.
8      MR. ANDERSON:  It appears that page 1
9  lists what the groups are.
10 BY MR. BROWN:
11     Q.    But what I'm trying to find out is,
12 is this the Prolene® Soft Mesh.
13     A.    Yeah, this one.  And this one, it
14 is -- I cannot --
15     MR. ANDERSON:  No, no.  Group I --
16 yeah, okay.
17 BY MR. BROWN:
18     Q.    Doctor, let me ask you this.
19         If you look at your expert report, I
20 can just show you a copy of mine.  If you look at
21 your expert report on porosity on page 25, I think
22 you see where some of the weights for the Prolene®
23 Soft Mesh is 45 grams to 42.7; is that right?
24     MR. ANDERSON:  Is that what's listed
25 here?

Page 300

1  BY MR. BROWN:
2      Q.    Is that what your expert report says?
3      A.    Yes.
4      Q.    And then if you look here, Doctor, at
5  the way --
6      A.    45 grams.
7      Q.    So it's the same weight as the
8  Prolene® Soft Mesh, is that right, as you studied in
9  your report?
10     A.    This one?
11     Q.    On Exhibit 10.  That's correct.
12     A.    This one, this mesh used for group 2
13 has a weight of 45 grams per square meter, and this
14 is close to these data.
15     Q.    And then, Doctor, if you look, too,
16 at the picture that I've provided you in Exhibit 13,
17 does that appear to have the same type of
18 construction as what's in Exhibit 10?
19     MR. ANDERSON:  Objection.
20 BY MR. BROWN:
21     Q.    If you look at the picture on page 3?
22     MR. ANDERSON:  Objection.
23     Go ahead.
24 BY MR. BROWN:
25     Q.    And I'm looking at the one that says

Page 301

1  "PP2.5."
2      A.    This one?
3      Q.    Yes, sir.
4      A.    When I compare these two pictures, I
5  see some similarities with these filaments running
6  through the pores.  But, of course, there seem to be
7  some differences as well.  So in this, you can
8  identify one, two, three, four filaments going
9  through, and it's hardly possible to find it in
10 here.  That cannot exclude that maybe it's the same,
11 but from these images alone, you see some
12 differences as well.
13     Q.    And similar characteristics but some
14 differences; is that right?
15     A.    There are some.  Some similarities,
16 but some differences.
17     Q.    And then if you also look, if you'll
18 go back just one page, where it says the mesh pore
19 size on group 2, do you see that, 2.5, is that
20 similar to the pore size on Exhibit 13?
21     A.    It is impossible to -- the mentioning
22 of a pore size was one figure.  It is insufficient
23 to reflect all the construction in regard to the
24 pore size.  That is to ease the understanding for
25 the reader to give a rough idea, but it is not

Page 302

1  possible to made a comparison because of this single
2  volume.
3      Q.    Doctor, what I'm trying to do is just
4  find out, just because it was your article, if this
5  was the Prolene® Soft.  And it sounds like you're
6  saying that there are similar characteristics, but
7  you don't know if that for sure Prolene® Soft;
8  is that right?
9      A.    That is right.
10     Q.    Okay.
11     MR. ANDERSON:  Did we mark those?
12     MR. BROWN:  Yes.
13     MR. ANDERSON:  So 14 was Deprest, and
14 15 was the PowerPoint entitled --
15     MR. BROWN:  13 was the PowerPoint.
16     MR. ANDERSON:  Oh, sorry.  13 was the
17 PowerPoint entitled "Gynecare Gynemesh® PS."
18     - - -
19     (Deposition Exhibit No. Klinge-15,
20     Article entitled "Functional and
21     Morphological Evaluation of a Low-Weight,
22     Monofilament Polypropylene Mesh for Hernia
23     Repair", was marked for identification.)
24     - - -
25 BY MR. BROWN:

Confidential - Subject to Stipulation and Order of Confidentiality

Page 303

1    Q.    Doctor, I'm showing you Exhibit 15
2  now.
3        This is another study that you were
4  an author on; is that right?
5    A.    That is right.
6    Q.    And this is another paper that I'm
7  trying to find out which mesh you tested.
8        Do you know if this was the mesh
9  for -- let me ask you to do this first.  If you'd
10  look over to page 3 which says 131 on the top right.
11        Do you see the table, Doctor?
12    A.    Yes, I see it.
13    Q.    For the one that says, under "LW," do
14  you know if that is the Prolene® Soft Mesh that was
15  being studied here?
16    A.    Give me a minute.
17    Q.    Doctor, if it helps you to look at
18  Deprest, you can also look at that as well.
19        MR. ANDERSON:  Take your time and
20  read that as long as you need to.
21        THE WITNESS:  I cannot answer this
22  question.
23  BY MR. BROWN:
24    Q.    Okay.
25    A.    So I don't see any proof or

Page 304

1  confirmation that this is the soft pro mesh.  And if
2  you're looking to Figure 2, where you have this fat
3  tissue in between the filaments, there is no
4  crosslinking or passing filament in there, so this
5  figure does not indicate that this is a soft
6  Prolene® mesh.
7    Q.    Doctor, let me ask you this:  On page
8  131, if you go to the table, for the mesh identified
9  as "LW," does that have the same weight as the
10  Prolene® Soft Mesh?
11    A.    Yes.
12    Q.    And if you look --
13    A.    Similar.
14    Q.    And if you have the filament radius
15  as 47 microns, does that have the same filament
16  radius as the Prolene® Soft?  Doctor, I don't want
17  to trick you, so I'm going to see if this helps you
18  with Jan Deprest, with 14.
19    A.    No, no.  This is the thickness of the
20  material in millimeter.  In Table 1, there is a
21  filament radius in micrometer.
22    Q.    Microns?
23    A.    Microns.  So this means the thickness
24  of the material and this means the thickness of the
25  polypropylene filament.  And this is then

Page 305

1  94 microns.  It's the diameter of this size of this
2  polypropylene filament that is used in this.
3    Q.    Doctor, let me make sure I understand
4  you correctly here.
5        When Jan Deprest is measuring the
6  thickness, he's measuring the thickness of the
7  fiber; is that correct?
8        MR. ANDERSON:  Objection.
9        THE WITNESS:  Thickness -- give me a
10  minute, I have to look what --
11  BY MR. BROWN:
12    Q.    Sure.
13    A.    So I don't see any further
14  explanation, but .45 millimeter usually is the
15  thickness of the entire mesh there.  This is for
16  most of the meshes in the range of half a millimeter
17  to .7 millimeter.  This is tenfold more than the
18  filament radius in micrometers there.
19    Q.    Let me ask you this, Doctor.
20    A.    So you cannot compare these two data.
21  It's completely different.
22    Q.    Is .45 millimeters, is that --
23        Okay.  So you're saying you can't
24  compare those two?  Is that what you're saying?
25    A.    Yes.  These two are completely

Page 306

1  different properties, characteristics.
2    Q.    Let me ask you this.
3        Coming back to your article, which is
4  Exhibit 15, on Table 131, the filament radius of the
5  Prolene® Soft, is it around 47 microns
6  approximately?
7    A.    Yeah, yeah.  This one has a diameter
8  of 94 microns.  And I have to look, it is around
9  90 microns, the diameter of the Prolene® Soft or the
10  Prolift® mesh.  It is around maybe 87 or so.  I'm
11  not sure.
12    Q.    Sure.  And I'm not asking exactly.
13        I'm just saying, the filament radius
14  for your study, does that have a similar radius to
15  the Prolene® Soft Mesh?
16        MR. ANDERSON:  Objection.
17        THE WITNESS:  It is -- as I remember,
18  it is 8 microns more in this.
19  BY MR. BROWN:
20    Q.    Exhibit 15 is 8 microns more than the
21  Prolene® Soft Mesh?
22    A.    If the Prolene® Soft has a diameter
23  of 85 microns, then it is 9 microns more in this
24  table.
25    Q.    Okay.  When you look at the pore

Confidential - Subject to Stipulation and Order of Confidentiality

Page 307

1 size, when it says greater than 1 millimeter, is the
2 pore size of Prolene® Soft greater than
3 1 millimeter, on page 131, Doctor?
4     A.    Yes, yes.  I just looked to the data
5 where this has been published, and this has been
6 published in 2002.  So at that time point, we have a
7 complete different look at pore sizes, porosity, and
8 so -- and, therefore, it stands in this table, but,
9 of course, it does not reflect the complex
10 importance of pore sizes as we know today.
11     Q.    So as of 2002, in your opinion, the
12 pore size of Prolene® Soft would have been
13 characterized as greater than 1 millimeter; is that
14 correct?  As of 2002?
15     A.    As --
16           MR. ANDERSON:  Hold on, hold on.
17 Objection, misstates the document.
18 BY MR. BROWN:
19     Q.    Go ahead and answer the question.
20           MR. ANDERSON:  Misstates -- that's
21 not fair.  It doesn't say greater than 1 millimeter.
22           MR. BROWN:  That doesn't have a
23 greater than sign?
24           MR. ANDERSON:  Look over to the left.
25           MR. BROWN:  Pore size --

Page 308

1           MR. ANDERSON:  What's it say?  What's
2 the value?
3           MR. BROWN:  Millimeter squared.
4           MR. ANDERSON:  Millimeter squared.
5 BY MR. BROWN:
6     Q.    Doctor, let me ask you this.
7     A.    He's right.
8     Q.    That's fine.
9           But, Doctor, as far as pore size for
10 the lightweight mesh, is that the same pore size --
11 let me say it this way.
12           Does the pore size for the
13 lightweight mesh characterize the Prolene® Soft Mesh
14 as of 2002?
15           MR. ANDERSON:  Objection.
16           THE WITNESS:  First of all, I don't
17 know whether this is a -- the soft -- it is not
18 clear that this is the soft Prolene® mesh in effect
19 or whether it's an experimental thing.  So all these
20 statements came from my point of view, not referred
21 to the characteristics of the soft pro
22 mesh.  The mentioning of pore size in square
23 millimeter, it is not sufficient to compare the
24 textile structures and the distribution of pores
25 between two different structures sufficiently and in

Page 309

1 detail.  However, I know we had the discussions low
2 weight, lightweight, small pores, large pores;
3 otherwise, this discussion in the surgical community
4 would never have been possible to discuss about
5 this.  But it is too shortcoming to give an
6 understanding of the consequences.
7 BY MR. BROWN:
8     Q.    Doctor, all I want to know is this.
9           As of 2002, does the pore size under
10 the LW mesh, does that characterize the Prolene®
11 Soft Mesh as of 2002?
12           MR. ANDERSON:  Objection, asked and
13 answered.
14           THE WITNESS:  This table cannot be
15 used to say that soft pro mesh has some
16 characteristics or some properties.
17 BY MR. BROWN:
18     Q.    Doctor, is your answer then that that
19 does not describe the pore size of Prolene® Soft
20 Mesh as of 2002?  Is that your answer?
21     A.    My answer is that this table describes the
22 characteristics of this mesh that has been used in
23 this study.
24     Q.    And I understand that.  Don't
25 disagree with you.

Page 310

1           All I'm asking is, does the pore size
2 as it describes it for LW, does that describe the
3 Prolene® Soft Mesh pore size as of 2002?
4           MR. ANDERSON:  Objection.
5           Go ahead.
6           THE WITNESS:  It would be easy for me
7 to answer this if there is one answer, what is the
8 pore size of a mesh, but there is not an answer like
9 this possible.  If, when I look to all these
10 documents from the Ethicon people, where they
11 struggled and fighted to find good values for
12 getting the pore sizes, there has been a huge
13 variation of data where they presented some
14 estimates for pore size of the textile, of various
15 textiles.
16           And so there is no one data
17 regardless in what table that really truly is able
18 to reflect the pore sizes of a textile.  Every
19 textile has some parts with very small pores and it
20 has some other parts where it's different.  So there
21 is no one single value that can give this
22 information, and, therefore, I cannot say that this
23 is reflecting the characteristic of a specific
24 textile.
25 BY MR. BROWN:

Confidential - Subject to Stipulation and Order of Confidentiality

Page 311

1  Q. Doctor, I understand there's been a
2  lot of changes over the last ten years with how
3  people want to characterize things.
4  So is your answer that in 2002, the
5  way you were characterizing pores in 2002, was the
6  Prolene® Soft characterized as greater than
7  1 millimeter squared in 2002?
8  MR. ANDERSON: Objection, asked twice
9  and answered.
10  THE WITNESS: Again, this table is
11  not reflecting an experiment with soft Prolene®
12  mesh; otherwise, it would have been stated there.
13  Even in 2002, we prepared and made histograms
14  distribution of the pore size of the meshes and
15  presented these histogram of the various pores
16  within a mesh. So even at 2002, we know that it has
17  been a wide distribution of pore sizes within a
18  textile structure.
19  However, we thought in many
20  manuscripts that it is not a good idea always to
21  discuss this specific topic in all of these
22  manuscripts. That would expand the number of pages
23  there. And that was the reason that we sometimes
24  summarized it to some more simple terms.
25  BY MR. BROWN:

Page 312

1  Q. So, Doctor, let me just ask you this.
2  So as far as this article in Table 3
3  for pore size, you don't know if that has similar
4  characteristics of Prolene® Soft Mesh? Is that fair
5  to say, you don't know?
6  A. Again, there are a lot of --
7  Q. Either -- I've asked you a couple
8  times, is the lightweight greater than 1 millimeter
9  squared the pore size for Prolene® Soft.
10  Is your answer, I don't know, I can't
11  tell you that?
12  MR. ANDERSON: Objection.
13  THE WITNESS: There are similarities
14  to soft Prolene® mesh there with this mesh, but
15  there is no indication that this is the soft
16  Prolene® mesh.
17  BY MR. BROWN:
18  Q. And I know that. I'm just asking
19  about the actual pore size.
20  And so as far as the pore size, are
21  you saying that you don't know if the pore size of
22  Prolene® Soft Mesh is greater than 1 millimeter
23  squared? Is that what you're saying, as of 2002,
24  you just don't know?
25  MR. ANDERSON: Objection.

Page 313

1  THE WITNESS: We knew at that time
2  about the importance of pore sizes. We knew about
3  the variation of pore sizes within a textile
4  structure, but sometimes -- and in this table as
5  well -- it was summarized to more simple data to
6  give an impression to the reader or to help him in
7  his interpretation of the results.
8  BY MR. BROWN:
9  Q. Doctor, let's talk about -- we ended
10  yesterday with inflammation. Let's talk today about
11  tissue integration. Okay?
12  A. That's okay.
13  Q. How would you describe good tissue
14  integration into a pore?
15  A. If you want to reinforce tissues with
16  the help of a textile structure, first of all, you
17  have to apply surgical trauma to put the textile
18  structure in there. Then this textile structure is
19  placed in the wound. The following reaction during
20  the following days is that you have the foreign body
21  reaction, we talked yesterday, around the filaments.
22  And then in the pores, in the space
23  between the filaments, there will happen some tissue
24  reaction there. If you have a -- usually if you
25  have a -- at best you have the regeneration of the

Page 314

1  local tissues there filling out the defect. That is
2  the best healing you can imagine. And in the
3  locations where usually meshes are placed, this is
4  usually fat tissue. We know that muscles hardly
5  ever showed some sign of regeneration, but fat
6  tissue does show it. So if you have in the pores an
7  ingrowth or regeneration of fat tissue laying there,
8  this is an indicator of a widely unaltered wound
9  healing in this patient.
10  The alternative would be that if you
11  have excessive surgical trauma, if you have an
12  infection there and/or if you have an excessive
13  biomaterial associated inflammation there, then this
14  regeneration will not happen, and then this time,
15  the fibroblast will fill this defect, fibroblast
16  with collagen, and then you have a scar there.
17  So scar indicates that you have a
18  defect healing within the pores due to the local
19  trauma that prevents this tissue regeneration with
20  all the consequences of scar. We know that if there
21  is some scar, it will always be a scar there. There
22  is, to my knowledge, no way from the body to
23  exchange scar by local tissue later on. So once a
24  scar, ever a scar. And this scar will show some
25  changes over time. It will demonstrate

Confidential - Subject to Stipulation and Order of Confidentiality

Page 315

1  construction. It will show an impaired
2  stretchability, as all scars. And impair -- or in
3  relation to the extent of this scarring, you have
4  maybe an increased shrinkage. You have an increase
5  or you may have an integration of the local nerves
6  in this tissue.
7          So on the one hand, you have the
8  local tissue mainly indicated by fat tissue within
9  the pores. That is I think a wound healing with the
10  least functional restriction in this field. And on
11  the other hand, you have a scarring process closing
12  the defect. We know with all these textiles that
13  there is no mesh which only shows pores, because at
14  least at the linkage where the filaments are bound
15  together, every knitted textile has some areas where
16  you have this scarring process between the
17  filaments.
18      Q.    Now, Doctor, I've seen a couple of
19  articles that you've written, and you talk about the
20  fibrosis being limited to the parafilamentary
21  region.
22          Does that indicate that there's good
23  tissue integration?
24          MR. ANDERSON: Objection.
25  BY MR. BROWN:

Page 316

1      Q.    Do you want me to restate that?
2          That if the fibrosis is limited to
3  the parafilamentary region, does that mean that the
4  granuloma is just around the actual fibers?
5      A.    Of course it depends from the article
6  and from the context there, but usually we wanted to
7  describe exactly this -- that if the fibrosis is
8  limited to the parafilamentary area and in the
9  middle is fat tissue, then this is an indicator of
10  better tissue integration.
11      Q.    And when we talk about fibrosis, do
12  we want fibrosis to be lower or higher?
13          MR. ANDERSON: Objection.
14          Go ahead.
15  BY MR. BROWN:
16      Q.    Let me restate that.
17          Do you want the fibrosis lower or
18  higher for good tissue integration?
19      A.    There are several aspects if you are
20  looking to fibrosis. Fibrosis is a need for
21  fixation of the meshes. In this field, you may want
22  a certain fibrosis if you attach it. Yeah.
23          On the other hand, there is no
24  benefit. If the fibrosis fills out the complete
25  pores, in contrast, what we have learned during all

Page 317

1  our work is that the filling out of the pores by
2  scar tissue, this is related/associated with a lot
3  of complications and complaints. And, therefore, it
4  is -- I cannot imagine that there is any beneficial
5  effect to construct or to induce scar tissue there.
6      Q.    So if I'm hearing you right, some
7  fibrosis is good for tissue integration; is that
8  right?
9          MR. ANDERSON: Objection.
10          Go ahead.
11          THE WITNESS: As we said yesterday,
12  some inflammation, some fibrosis, the fibroblasts
13  are essential cells for the body to overcome
14  damages. These are for -- since million of year, or
15  no, hundred thousand of years.
16  BY MR. BROWN:
17      Q.    But you just don't want excessive
18  fibrosis; is that correct?
19      A.    If you define excessive as fibrosis
20  that causes these bridging phenomenon which filled
21  out these pores, if the fibrosis -- excessive
22  fibrosis that hinders the physiological remodeling
23  of the tissue, that is true.
24      Q.    Would you describe excessive fibrosis
25  as bridging fibrosis like you just spoke of?

Page 318

1      A.    There are two levels you can describe
2  excessive fibrosis. The one is the macroscopic,
3  what you see in the OR when you do a
4  revision operation --
5          MR. ANDERSON: Was that macroscopic?
6          THE WITNESS: Macroscopic, yeah.
7          So what we see in the OR when we
8  saw -- when we made a revision operation at mesh and
9  saw these clumsy, shrunken piece of something.
10          And the other is the microscopic,
11  that you only be aware if you look with a microscope
12  there. So at both levels, there is some name for
13  what you don't want to have.
14  BY MR. BROWN:
15      Q.    And whether you look at it
16  macroscopically or microscopically, would you define
17  excessive fibrosis as fibrotic bridging?
18          MR. ANDERSON: Objection, asked and
19  answered.
20          Go ahead.
21          THE WITNESS: From the macroscopical
22  view, I would prefer to name it more as
23  encapsulation of the entire mesh. And that is what
24  we got to weigh out, that we don't see the mesh any
25  longer, we have this scar plate around. That is

Confidential - Subject to Stipulation and Order of Confidentiality

Page 319

1  what we saw in the OR. And then we try to get an
2  explanation and look with a microscope. And then we
3  saw something that we later on called this bridging.
4       This is a phenomenon that can be seen
5  only with a microscope, because you -- all these
6  meshes where you macroscopically see this
7  encapsulation, usually you see this bridging. But
8  it can be otherwise round, that you don't see this
9  macroscopic very thick scar plate there, but if you
10 look with a microscope, you see that this scar bump
11 or scar path in the pores that limits the function.
12 BY MR. BROWN:
13      Q.    Let me show you Exhibit 9.
14      MR. ANDERSON: Can we take a break
15 before we hit Exhibit 9?
16      MR. BROWN: I'm going to hit just a
17 little bit of this bridging fibrosis and then we'll
18 take a break.
19      MR. ANDERSON: So you're looking at
20 Exhibit 9 and Exhibit -- is that 3?
21      MR. BROWN: Yes.
22 BY MR. BROWN:
23      Q.    Doctor, that's your expert report.
24 Doctor, the place I'm going to let you look at on
25 Exhibit 9 is page 111, which has got the section

Page 320

1  "Fibrotic bridging."
2       And, Doctor, to make sure, on
3  Exhibit 9, this is a paper you're the co-author of?
4       A.    Yes, I'm a co-author.
5       Q.    Doctor, if you would, if you would
6  look at your expert report first on fibrotic
7  bridging at the very bottom.
8       It should be the second to last
9  sentence where it says, "This phenomenon."
10      Do you see that?
11      A.    Yes, I see that.
12      Q.    It says, "This phenomenon, known as
13 'fibrotic bridging' exists when granulomas, side by
14 side, form a common outer fibrotic capsule joining
15 each mesh fiber and forming a rigid 'scar plate'
16 covering the whole mesh."
17      Is that your definition of fibrotic
18 bridging?
19      MR. ANDERSON: Objection, asked and
20 answered.
21 BY MR. BROWN:
22      Q.    Doctor, I'll state it this way.
23      Do you agree with your expert report
24 that that's what fibrotic bridging is?
25      MR. ANDERSON: Well, objection.

Page 321

1       THE WITNESS: I agree to this, yes.
2  BY MR. BROWN:
3       Q.    And then if you look, Doctor, on
4  Exhibit 9, page 11 under "Fibrotic bridging," the
5  section.
6       A.    Uh-huh.
7       Q.    And, Doctor, if you look at the third
8  sentence where it says, "Bridging occurs," do you
9  see that? Third sentence?
10      MR. ANDERSON: Take your time. Read
11 whatever you need to.
12 BY MR. BROWN:
13      Q.    I'm looking upside down. Yes,
14 "Bridging occurs."
15      Doctor, is it still your opinion
16 today that "bridging occurs in all mesh
17 modifications with a granuloma size around each mesh
18 fiber exceeding more than half of the pore size of
19 the mesh"? Is that still your opinion?
20      A.    So if I look at this article, first
21 of all, I see Figure 1. There is this distribution
22 we just call about that we have been aware of the
23 distribution of the pore sizes. On Figure 4, you
24 see what I think is a good tissue integration with
25 these pore size in there.

Page 322

1       MR. ANDERSON: Figure 4 on page 108
2  of Exhibit 9.
3  BY MR. BROWN:
4       Q.    Doctor, since you brought that up,
5  I'll ask that question.
6       MR. ANDERSON: Can he finish his
7  answer?
8       MR. BROWN: I just want to make sure
9  he answers mine and then I'm going to --
10      MR. ANDERSON: Maybe he's trying. We
11 don't know.
12 BY MR. BROWN:
13      Q.    Doctor, my question is this --
14      MR. ANDERSON: Objection.
15 BY MR. BROWN:
16      Q.    Where it says, "Bridging occurs in
17 all mesh modifications with a granuloma size around
18 each mesh fiber exceeding more than half of the pore
19 size of the mesh," is that your opinion today with
20 regard to what bridging fibrosis is?
21      A.    This sentence says that if you have
22 this, these very huge granuloma sizes, then you
23 always have the bridging.
24      Q.    So in fact --
25      A.    You may have bridging or you will

Confidential - Subject to Stipulation and Order of Confidentiality

Page 323

1  have bridging even if the granuloma size is less.
2  This sentence has been one of the first attempts to
3  get an idea to predict bridging.
4      Q.    Okay.
5      A.    In this experiment that is described
6  by reference 47, there it was the first time that we
7  had the impression that it can be related to the
8  size of the granuloma, but this is not sufficient.
9      Q.    So bridging fibrosis, those were the
10  granulomas from one fiber to another fiber, the
11  granulomas are actually touching each other; is that
12  right?
13      A.    No, that is not right.  It is not the
14  granuloma that necessarily bridges between the
15  filaments, but it is the appearance of this scar
16  throughout the pores formed by fibroblasts and
17  collagen.  And the absence of this bridging, you see
18  in Figure 4F that you don't see this bridging.
19      Q.    So 4F, there is not bridging
20  fibrosis; is that correct?
21      A.    4F in this image, there is no, that
22  is correct.
23      Q.    And so, Doctor, I just want to come
24  back to your expert report to make sure I understand
25  correctly.

Page 324

1          When the granulomas touch and are
2  side by side, as you say, that's when you have this
3  scar plate that forms over the top of the pores; is
4  that right?
5          MR. ANDERSON:  Objection.
6          Do you understand his question?
7          THE WITNESS:  Yeah, yeah.
8          MR. ANDERSON:  Okay.  Take your time.
9          THE WITNESS:  If you had this
10  bridging, this scar, this scar, and you're coming to
11  the foreign body, this scar usually goes into the
12  fibrotic capsule there, because the primary
13  granuloma is surrounded by scar tissue, and then if
14  it's close together, then this scar crosses the
15  entire pore.  It is not necessarily the inflammatory
16  infiltrate that has to have a contact between the
17  filaments there.  So that is sometimes the confusion
18  that may appear that you sometimes refer to the
19  infiltrate there and sometimes to the scar formation
20  there.
21  BY MR. BROWN:
22      Q.    Doctor, if you look on your
23  Exhibit 9 --
24      A.    Uh-huh.
25      Q.    -- do you see, Doctor -- let me ask

Page 325

1  it this way first.
2          On your expert report, you say,
3  Doctor, that the granulomas -- strike that.
4          You say "'fibrotic bridging' exists
5  when" the "granulomas, side by side, form a common
6  outer fibrotic capsule."
7          So are you saying that the granulomas
8  need to be side by side, touching, so that a scar
9  plate then forms over the top?
10          MR. ANDERSON:  Objection, asked and
11  answered.
12          Go ahead.
13          THE WITNESS:  This expresses that you
14  have the outer fibrotic capsule around the fibrotic
15  capsule, and then you have this joining band in
16  between.  It is not necessarily that you
17  measure the size of the foreign body granuloma, that
18  this has to have direct contact.  If you are looking
19  to the images there, you see that the foreign body
20  granuloma can be -- can have a little -- some sort
21  of distance, but, nevertheless, you have a filling
22  out of the pores by scar formation.
23  BY MR. BROWN:
24      Q.    Doctor, then --
25      A.    So if you like -- if you have some

Page 326

1  pictures and images, we can have a look to it, and
2  then we have to define on the images, that is a
3  foreign body granuloma, that is scar tissue, that is
4  the inflammatory infiltrate, that is a fibrotic
5  capsule.  And then the only important question then
6  is, did you see fat tissue within the pores or did
7  you see scar tissue.  I think that is the most
8  relevant question.
9      Q.    How much space do you need between
10  the granulomas for the fat tissue to grow in
11  between?
12      A.    This is not -- sorry.
13          This is not the right question,
14  because it depends from the time point.  If you are
15  measuring the foreign body granuloma, the size of
16  the foreign body granuloma at various time points,
17  after 21 days, you have a larger size of this
18  granuloma.  After 90 days, you have a smaller size
19  of the granuloma.  So the size of the granuloma
20  changes over time.
21          Nevertheless, if you are looking
22  after two years whether there was some bridging in
23  this field, you have some textiles where you have
24  this bridging and you don't have -- or you have some
25  where you don't have it.  And, therefore, at all the

Confidential - Subject to Stipulation and Order of Confidentiality

Page 327

1  human explants, we measure the distance between the
2  filaments.  And we have seen from our experience
3  from all our analyses that if you are looking at the
4  distance between the filaments, you have a critical
5  distance of about 1 millimeter if you have a
6  polypropylene filament there.  And for the PVDF we
7  found that less, was about 600 microns or
8  500 microns in this field.
9        When you have a smaller distance, you
10  usually have bridging in this.  When you have
11  larger, you usually don't, there is less risk for
12  getting this bridging there.  So it is the distance
13  between the filaments, because the distance between
14  the granulomas is very hard to objectify and to
15  measure precisely, it depends from many things.
16     Q.    Doctor, don't we measure the size of
17  granulomas all the time?  I mean, you -- let me
18  restate that.
19        You've measured in your studies the
20  distance of the granulomas.  Correct?
21     A.    We measure the distance -- for
22  defining the distance for bridging, we measure the
23  distance between the filaments.  And that is what is
24  done in -- at the analysis of the human explants as
25  well.

Page 328

1     Q.    But, Doctor, don't you also measure
2  how much granuloma forms around the fibers?
3     A.    Yes, of course.  And, therefore, we
4  once had the idea that the size of the granuloma
5  predicts the later onset of a bridging.  In an
6  animal experiment comparing different materials, in
7  this setting, we had the impression that the effect
8  of bridging was related to the size of the
9  granuloma.  But there were a lot of other
10  confounders.
11     Q.    And --
12        MR. ANDERSON:  Wait.  Let him finish.
13        Go ahead.
14        Do you have more to say?
15        THE WITNESS:  No.
16        MR. ANDERSON:  Okay.
17  BY MR. BROWN:
18     Q.    Doctor, is it generally understood or
19  published anywhere on how much distance between the
20  granulomas -- strike that.
21        Is it generally recognized in any
22  studies on how much space is necessary between the
23  granulomas for fat tissue to grow in between?
24        MR. ANDERSON:  Objection.
25        Go ahead.

Page 329

1        THE WITNESS:  So the first statement
2  was whether it's generalized accepted or --
3  BY MR. BROWN:
4     Q.    Are there any studies that you're
5  aware of that identify how much space is needed
6  between the granulomas for fat tissue to grow in
7  between?
8     A.    So, first of all, the general
9  statement that there is bridging when the filaments
10  are coming close together, I think it's generally
11  accepted, it is in the documents from Ethicon, it is
12  in the documents of the literature.  So I think
13  there is no criticism to this conception.
14        Unfortunately, experimental
15  measurements or measurements at human explants to
16  define what is the critical border for bridging,
17  there are only few data.  And, unfortunately, I
18  think the study which clearly showed this was done
19  by ourselves, where we looked at the point where we
20  saw some bridging, it is this study that first
21  author is Joachim Conze.
22     Q.    Doctor, did that study say how much
23  space was needed between the granulomas for tissue
24  to grow in between?
25     A.    This study, amongst others, says a

Page 330

1  lot of things.  It says at what limit, at what
2  distance we have a high risk for bridging scar
3  tissue, not tissue ingrowth.  It was not a study to
4  check tissue ingrowth in general.  It was just
5  referring to the problem of scar bridging or
6  whatever unit.  There are a lot of possible ways to
7  misunderstand this, but...
8     Q.    Doctor, this is all I'm asking, is if
9  you know if there is a distance between the
10  granulomas that allows the tissue to integrate.
11        Do you know that distance?
12        MR. ANDERSON:  Objection, asked and
13  answered.  He said it depends on time point.
14        MR. BROWN:  He hasn't answered it.
15        MR. ANDERSON:  Yeah, he said it.  He
16  said it depends on time point.  You heard that.
17  BY MR. BROWN:
18     Q.    What I want to know is, can you tell
19  me if it's 10 microns, 20 microns, 100 microns, what
20  is the distance between the granulomas for tissue to
21  ingrow?
22        MR. ANDERSON:  Objection.
23  BY MR. BROWN:
24     Q.    And if it's a difference between
25  days, then you can tell me the difference in days if

Confidential - Subject to Stipulation and Order of Confidentiality

Page 331

1 you know that.
2          MR. ANDERSON: Objection.
3          Go ahead.
4          THE WITNESS: If you want to know
5 what is the distance for tissue ingrowth, I think it
6 is 50 microns maybe. A cell has 5 microns. And if
7 you define tissue as three or five cells together,
8 then you are in the range of maybe 50 microns, then
9 you have some sort of cell ingrowth.
10          If you are discussing the problem of
11 bridging, scar bridging, it is our current
12 knowledge, and was for a long time, that it is about
13 1 millimeter for -- if you use Prolene®. And this
14 is in agree -- in accordance with what Klosterhalfen
15 said at all these meetings, what has been on the
16 PowerPoint presentations when they define the
17 requirements. So to avoid this scar bridging,
18 1 millimeter is considered as critical.
19 BY MR. BROWN:
20     Q.    Let me ask you one or two more
21 questions and then we'll take a break and we'll talk
22 about the 1 millimeter.
23          Doctor, let's come back and look at
24 Exhibit 9. Under "Fibrotic bridging," it was that
25 sentence that you and I were talking about, which

Page 332

1 is, "The bridging occurs," the third sentence?
2          MR. ANDERSON: He's going back to
3 this sentence.
4          MR. BROWN: Yes.
5 BY MR. BROWN:
6     Q.    Doctor, why would you say in that
7 statement that, "Granuloma size around each mesh
8 fiber exceeding more than half of the pore size of
9 the mesh causes bridging" if -- well, let me just
10 ask this.
11          Is that sentence not stating that if
12 the granulomas -- strike that.
13          On your third sentence there when it
14 says, "Bridging occurs in all mesh modifications
15 with a granuloma size at around each mesh fiber
16 exceeding more than half of the pore size of the
17 mesh," isn't that saying that bridging occurs when
18 the mesh or when the granulomas touch each other?
19     A.    This sentence, as I told you before,
20 is -- the reference is 47, it's in animal
21 experiments. We can go to this study if you like
22 and discuss these studies, but in fact, it has
23 been -- as I tried to explain before, it has been
24 the first assumption from this animal experiment to
25 predict this phenomenon, but just on the basis of

Page 333

1 this animal experiment comparing different things.
2 So it is not sufficient to predict the risk for
3 bridging by only looking to the size of the
4 granuloma.
5          MR. BROWN: Let's take a break.
6              - - -
7          (A recess was taken from 10:32 a.m.
8 to 10:45 a.m.)
9              - - -
10 BY MR. BROWN:
11     Q.    Doctor, let me get you to go back and
12 look at Exhibit 15, if you would.
13     A.    15?
14     Q.    Right here.
15          Doctor, if you'll take a look at page
16 132, if you look at page 132, Doctor, I'm looking on
17 the right column here.
18          And if you look where it says, "The
19 size of the granuloma margins"?
20          MR. ANDERSON: Top part or bottom
21 part?
22          MR. BROWN: Top part.
23          MR. ANDERSON: Got it now.
24 BY MR. BROWN:
25     Q.    It's about right in the middle where

Page 334

1 it's got some different measurements.
2     A.    Yes, I see it.
3     Q.    Now, I'm looking at the -- let's just
4 look at the 90 days for the lightweight mesh.
5          It's got a granuloma size of
6 43.5 microns; is that right?
7     A.    That is right. So written in the
8 text.
9     Q.    Now, Doctor, if you would, take
10 Exhibit 13, which is -- you can hold them both open.
11          MR. ANDERSON: 13 is that PowerPoint?
12          MR. BROWN: Yes.
13 BY MR. BROWN:
14     Q.    Looking on the fourth page of
15 Exhibit 13, which is the picture of the pore, do you
16 see that, Doctor?
17     A.    Yes, I see this.
18     Q.    Now, Doctor, here's what I want you
19 to explain for me, is explain --
20          Doctor, you can use the very --
21          Do you see where that yellow line is
22 that's going north and south?
23     A.    Yes, I see this.
24     Q.    Do you see, about 90 percent of the
25 way up, right where that pore or that filament is

Confidential - Subject to Stipulation and Order of Confidentiality

Page 335

1    going in about a 30-degree angle?

2         A.    Yes, I see this.

3         Q.    Now, Doctor, help me explain, or help

4    explain to me, how, with a granuloma of around, what

5    did we say, 43.5 microns, that that can bridge with

6    another fiber that's almost 1,200 microns apart?

7         MR. ANDERSON: Objection.

8         Go ahead.

9         THE WITNESS: As I tried to explain

10   before the break, bridging cannot reduce to the size

11   of the granuloma. And, of course, if you sign in

12   this figure the granuloma was 43 microns there after

13   90 days, you have a smooth layer around the

14   filaments. If you marked it after 7 days, you have

15   a bigger size of the granuloma. After 21 days, you

16   have another size of the granuloma coming around

17   these filaments here in this field. But, of course,

18   it is not filling out -- the granuloma is not

19   filling out the entire pores. That is -- I think

20   this is a simple fact, if you are coming from a size

21   of 40 microns and have a construction like this one.

22   So, therefore, I just want to repeat that the

23   filling out of the pores by scar tissue is not

24   decisively defined by the size of the granuloma.

25   BY MR. BROWN:

Page 336

1         Q.    And, Doctor, you mentioned that the

2    pores -- I'm sorry, strike that.

3         You mentioned that the microns can

4    change with the different days.

5         And I think from the literature, the

6    greatest degree of granuloma was 59 microns at 21

7    days; is that right?

8         A.    The greatest size of the granuloma in

9    this chapter is 150 microns.

10        Q.    For the lightweight mesh, Doctor?

11        A.    For another mesh. So it varies

12   depending on the structure of the mesh. But the

13   biggest in this setting, only in this setting, the

14   biggest size of the granuloma is 150.

15        Q.    What's the biggest size for the

16   lightweight mesh, Doctor?

17        A.    For the lightweight, in this

18   experiment, it is -- so it is 59 after 21 days.

19        Q.    Okay.

20        And, Doctor, you would agree with me

21   that just by measuring the granulomas, that those

22   granulomas would not touch in this pore that I've

23   shown you in Exhibit 13; is that correct?

24        MR. ANDERSON: Objection.

25        Go ahead.

Page 337

1         THE WITNESS: In the middle of these,

2    with the distance, if you have a granuloma size of

3    about 60 microns, around 60 microns, and you have to

4    consider it on both side of the filaments, means

5    120 microns, then at every distance that is bigger

6    than 120 microns, you will not see this contact

7    between these two granulomas. However, this does

8    not reflect reality, because you usually not always

9    have circular granuloma, but it has some different

10   shape.

11   BY MR. BROWN:

12        Q.    Now, Doctor, you've talked about the

13   1 millimeter pore size as being the distance that

14   you want a pore to be; is that correct?

15   1 millimeter between the fibers; is that right?

16        MR. ANDERSON: Objection.

17        Go ahead.

18        THE WITNESS: We have observed from

19   our microscopically evaluations that when we have a

20   cross-section where the distance between

21   polypropylene filaments is 1 millimeter, then we

22   have good chance not to see this scar bridging.

23   Therefore, we are convinced that 1 millimeter

24   distance is a critical border. However, we know

25   that sometimes cross-section is showing a filament

Page 338

1    that is more or less diagonal. So if you -- may I

2    draw? Yeah?

3    BY MR. BROWN:

4         Q.    Sure.

5         A.    So sometimes you have a cross-section

6    with a filament like this, but it may be that this

7    is a bending, a binding here where the filaments are

8    linked together. And if you make a cross-section

9    here in this field, then you have a distance of

10   1 millimeter, but maybe there is not a distance to

11   the other. Therefore, we know that there -- that

12   you need these 1 millimeter to all sides.

13        Q.    All right. Now, Doctor, is the

14   1 millimeter distance that you are talking about,

15   does it take into consideration the radius of the

16   fiber?

17        A.    This general border of this

18   1 millimeter does not -- or we didn't modify this

19   1 millimeter border for various sizes of the

20   filaments, though we know that, maybe for the old or

21   for the very thick-sized filaments, maybe the

22   distance has to be bigger. But most of the meshes

23   that are currently available have a size of the

24   thread between 90 and 120 microns. And in this

25   range, we didn't see this big difference.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 339

1    Q.    And, Doctor, did you take into
2  consideration whether the fiber was multifilament or
3  multifilament?
4        MR. ANDERSON:  Did you say multi or
5  multi?  You mean mono or multi?
6        MR. BROWN:  Did I?  I'm sorry.
7  Thanks.
8  BY MR. BROWN:
9    Q.    Did you take into consideration for
10  your 1 millimeter distance whether the fiber was
11  multifilament or monofilament?
12    A.    The experimental basis for the
13  definition of this critical limit was done with
14  monofilaments, and there is only limited experience
15  with multifilaments, as well in the collection of
16  human explants from Professor Klosterhalfen, because
17  multifilaments are not very often used in Germany.
18    Q.    Now, Doctor, this 1 millimeter theory
19  that you have, has it been generally accepted by any
20  societies?
21        MR. ANDERSON:  Objection.
22        THE WITNESS:  We are presenting this,
23  the advantage of, let me say, large pores of the
24  tissue ingrowth for the benefit of the patient since
25  late '90s.  And so far, I realize there has no --

Page 340

1  I've -- I didn't -- never notice any scientific
2  criticism to the fact that you have this scar
3  formation that pore size is critical for tissue
4  ingrowth, but I know a lot of studies from others
5  that confirmed this, the importance of the pore
6  size.  Yeah.
7  BY MR. BROWN:
8    Q.    Doctor, what other studies can you
9  point to that are outside of your group here in
10  Germany who have stated that you need 1 millimeter
11  between the fibers or bridging fibrosis takes place?
12    A.    As I said, the studies or the data
13  for defining where exactly this critical border is,
14  this is limited.  This is limited to the studies of
15  our group.
16        But on the other hand, the proof that
17  smaller, real small pores, there is a study of
18  Weyhe, who clearly showed that fleece-like
19  structures with very, very small pores, that they
20  have a huge intensified inflammation despite
21  reduction of the weight.  So this is -- Weyhe has
22  made one of the studies that confirmed the impact of
23  pore size for the inflammation.  And Bellon is --
24  the group around Bellon, they confirmed this by
25  experimental studies as well.

Page 341

1    Q.    Weyhe is the --
2    A.    W-E-A --
3        MR. ANDERSON:  W-E-Y-H-E.
4  BY MR. BROWN:
5    Q.    Do you know what year that study was
6  in, Weyhe?
7    A.    In the Journal of Surgery, maybe
8  2006.
9        MR. ANDERSON:  '7, I think.
10        THE WITNESS:  Around.
11  BY MR. BROWN:
12    Q.    And then is there Bellon, is that --
13    A.    Bellon.
14        MR. ANDERSON:  B-E-L-L-O-N.
15  BY MR. BROWN:
16    Q.    And what year was that study?
17    A.    They published I think more than 25,
18  30 articles, making a lot of experimental work since
19  the '90s.  So permanently every year one or two
20  articles, one studies, and some of them are focused
21  on PTFE, but some are having it in the title that
22  they showed lightweight, large pore is better than
23  the other.
24    Q.    Does Bellon, their group, do they say
25  that you need 1 millimeter pore sizes or bridging

Page 342

1  fibrosis take place?
2    A.    No.  They -- so far I know and
3  remember the articles, they were not able to give a
4  specific data to define this.
5    Q.    I want to talk about effective
6  porosity, something you've written about in your
7  report; is that correct?
8    A.    Yes.
9    Q.    Doctor, when you want to determine
10  how a mesh will react in the body, you want to
11  simulate the environment it's going to be placed; is
12  that right?
13    A.    Please say that again?
14    Q.    Yes, yes, yes.
15        When you want to determine how a mesh
16  is going to react in the body, you want to simulate
17  that place it's going to be located; is that right?
18    A.    I don't know what is meant with
19  simulate the situation, in what regard this is
20  meant.
21    Q.    Sure.
22        When you want to determine how a mesh
23  is going to react in the body, you want to make it
24  similar to what's going to happen in the body with
25  regard to forces; is that correct?

Confidential - Subject to Stipulation and Order of Confidentiality

Page 343

1    MR. ANDERSON: Objection.
2    You can answer.
3    THE WITNESS: The aim is not just to
4  make it similar. As Professor Williams pointed out
5  in his report, or some others, there is no one
6  single setting to make it similar to the human
7  situation. But you have to collect lots of data
8  from different settings, from different models and
9  put them all together and find the best solution to
10 compensate your requirements that you have defined
11 there. That is the way you may find the optimum.
12 But it is not that you are looking for a model that
13 can completely mirror the situation in the humans.
14 BY MR. BROWN:
15   Q.    You want to try to get it as close as
16 you can, though; is that right? With all the data
17 taken together, you want to get -- strike that.
18   The testing that you do, you want
19 that testing to be as close as it can be to what's
20 going to happen in the body so that you know how
21 that mesh is going to react in the body; is that
22 right?
23   MR. ANDERSON: Objection.
24   Go ahead.
25   THE WITNESS: There are many

Page 344

1  different tests to see what happens in the body.
2  There are many different models to see. And there
3  is no one single test that can reflect what happens
4  in the body. The challenge was, if you refer to
5  this effective porosity, the challenge was that --
6  we have been asked to demonstrate typical --
7  specific characterization of mesh materials which
8  are able to predict the tissue ingrowth, the risk of
9  some shrinkage or other complications.
10   And I started in 2010 to ask all the
11 manufacturers in Germany to provide some textile
12 data to make this characterization of this mesh
13 material. And they sent in a huge amount of
14 different values there, different technology to
15 assess porosity, stability, elasticity, a mixup of
16 various methods.
17   So, finally, I got a huge Excel sheet
18 there with all these data from the different
19 products of the different manufacturers, but all
20 these properties or variables are not sufficient to
21 define critical differences between these things.
22 And that was the reason that we have to think about
23 it, to simplify it for the surgeon and to give a
24 risk indicator for what they may expect, what is the
25 risk for them, what they may expect, what happens

Page 345

1  after using this mesh materials. And then we came
2  up with a solution that it is porosity, because this
3  is the only one that is widely -- yeah, that
4  predicts a little the tissue integration, and this
5  can be standardized in an objective fashion to
6  compare different textile structures.
7  BY MR. BROWN:
8    Q.    Doctor, when you determine effective
9  porosity, you're saying that there's going to be --
10 there needs to be 1 millimeter of distance between
11 the fibers. You put a strain on the mesh, and if
12 that strain brings the fibers below 1 millimeter,
13 then it's not effective; is that correct?
14   MR. ANDERSON: Objection.
15   THE WITNESS: The principle behind
16 this conception of an effective porosity is, first
17 of all, that you need a certain pore size to lower
18 the risk for this bridging.
19 BY MR. BROWN:
20   Q.    And that's 1 millimeter. Correct?
21   A.    No. That is in principle, that is
22 the basic idea in between or behind this conception.
23 So the next point was to get a measurement that can
24 reflect the area where these large pores are put in
25 or are measured. And this area of the good pores is

Page 346

1  named as effective porosity in relation to the total
2  size of this.
3    So this was the principle, and we
4  established this method to do so. Then if we refer
5  to the literature, and there -- as I said, there is
6  only this reference from Conze, that we took as the
7  critical value for the use or when polypropylene is
8  used, this 1 millimeter to make the cutoff for the
9  good pores and the bad pores.
10   Q.    And then you talked about a strain
11 that's being placed on the mesh, and if that strain
12 causes it to be less than 1 millimeter, then the
13 pore is not effective; is that right?
14   A.    So this was --
15   MR. ANDERSON: Objection.
16   THE WITNESS: First of all, this was
17 the conception of the effective porosity, to define
18 a large pore in all sides with a certain diameter.
19 This was, from our point of view, satisfying in a
20 field of tension-free repair. We know that with
21 pores that are bigger than this, we have a lowered
22 risk of fibrotic bridging in this.
23   In the case of where a tension free
24 cannot be accepted totally, as in the hiatal area,
25 in my field, or in the pelvic floor as well, then

Confidential - Subject to Stipulation and Order of Confidentiality

Page 347

1  you have to consider this collapse of the pores.
2  And if you have a -- then, of course, this can be
3  reflected by mentioning the effective porosity.
4        And we were surprised that there are
5  a lot of textile structures which show, even at very
6  low strain, a completely collapse of the pore sizes.
7  And from our experience, this is a -- has been a
8  very good explanation for what we saw in -- with the
9  tissues of the explanted meshes. When you look to
10  the -- with the microscope to these explants and
11  look to the scarring there in this, then this change
12  under strain that has not been considered before, to
13  my knowledge, in the literature, this is a very good
14  reflection of what happens in the tissues.
15  BY MR. BROWN:
16        Q.    Doctor, the strain that you applied
17  in your article, "New Objective Measurements to
18  Characterize the Porosity of Textile Implants" in
19  2007, did that strain come from measurements for
20  hernia repair?
21                - - -
22        (Deposition Exhibit No. Klinge-16,
23        Article entitled "New Objective
24        Measurement to Characterize the Porosity
25        of Textile Implants", was marked for

Page 348

1        identification.)
2                - - -
3        MR. RESTAINO:  Did you mark that as a
4  new exhibit?
5        MR. BROWN:  As 16, Exhibit 16.
6  BY MR. BROWN:
7        Q.    Doctor, the strain that was placed,
8  was it derived from hernia strain or from pelvic
9  floor strain?
10        MR. ANDERSON:  Give him an
11  opportunity to look at the document, if you would.
12        MR. BROWN:  Ben, if we're going to
13  read each and every document, this is one that's
14  cited in his expert report, it's a real waste of
15  time.
16        MR. ANDERSON:  I didn't ask him to
17  read the entire document, but he has a right to be
18  able to put your question into context.  So just to
19  throw out a question and hand him a document is not
20  fair.  He's written a lot of articles.
21        And, for the record, he has not taken
22  the time to review each and every word of any of the
23  exhibits you have given him, but he has glanced at
24  them in order to refresh his memory to be able to
25  answer your questions.

Page 349

1        MR. BROWN:  Ben, it's cited in his
2  expert report.  He talks all about it.
3        MR. ANDERSON:  He cites 200 things in
4  his expert report.  You expect him to remember
5  everything in there?  Come on.
6                - - -
7        (Deposition Exhibit No. Klinge-17,
8        Expert report of Prof. Dr. Thomas Muhl,
9        was marked for identification.)
10                - - -
11  BY MR. BROWN:
12        Q.    Doctor, you agree there was a strain
13  that was put on the mesh; is that right?
14        A.    The strain was 10 kilogram at a width
15  of the sample of 10 centimeters, so, finally, it was
16  a strain of 9.8 newton per centimeter there that was
17  put in this setting to the mesh.
18        Q.    And is that force derived from hernia
19  pressures or from pelvic floor pressures?
20        A.    This force reflects our knowledge
21  that we should be below 16 newton per centimeters.
22        MR. ANDERSON:  16 as in 1-6?
23        THE WITNESS:  16 newton per
24  centimeters.  For the range, we assume to be quite
25  physiological strain in either area of the abdominal

Page 350

1  cavity.  It was not specific for abdominal wall, not
2  specific for the groin or pelvic floor or hiatal
3  area.  It was -- for the demonstration, what
4  happens, first attempts to test this with a strain
5  where we felt that it is not beyond any reasonable
6  ranges.
7  BY MR. BROWN:
8        Q.    Doctor, if you look on the abstract
9  on the very first page, the last sentence, it says,
10  "Further in vivo studies have to investigate,
11  whether the preservation of a high effective
12  porosity under stress may help to improve
13  biocompatibility of textile implants."
14        Doctor, do you know if this effective
15  porosity idea that you have, do you know if that was
16  ever tested in vivo?
17        A.    I think it is there is no -- I don't
18  know any specific -- in vivo, if you are thinking of
19  an animal experiments, we tested it ourself in the
20  hiatal area.  We compared it to, or we used two
21  different devices, one with a structural instability
22  and one with a high structural stability.  And we
23  saw an intense fibrosis with a structural
24  instability.  That is a confirmation in vivo, in an
25  animal test.  There are on the market --

Confidential - Subject to Stipulation and Order of Confidentiality

Page 351

1  Q.  What was the name of that study?
2  A.  What?
3  Q.  What was the name of that study?
4  A.  It is a study that has been done in
5  the project where we developed these visible meshes
6  with the FEG here.
7  Q.  What date was it published, do you
8  know?
9  A.  It is ongoing, there is in
10  preparation.
11  Q.  So it has not been published?
12  A.  Not been published yet.
13  Q.  Is this documents that you have on
14  your computer about these studies?
15  A.  I have documents, yes.
16  Q.  Doctor, there -- go ahead.
17  A.  But there is -- in vivo, there is --
18  you may not call it a test. But if you are looking
19  to all the different devices that are used in
20  humans, you have differences in the structural
21  stability in the moment. So we will learn in the
22  near future whether there are some of these devices
23  behaved better than others.
24  Q.  Doctor, I'm showing you, this is Dr.
25  Muhl's report. And it's marked as Exhibit 17.

Page 352

1  Doctor, if you look on page 8 of Dr.
2  Muhl's report.
3  MR. ANDERSON:  Did you say 17? 17?
4  MR. BROWN:  Yes.
5  MR. ANDERSON:  What page did you want
6  him to go to?
7  MR. BROWN:  Page 8. Page 8 of his
8  actual report, Doctor.
9  MR. ANDERSON:  This one?
10  MR. BROWN:  Yes.
11  BY MR. BROWN:
12  Q.  Doctor, you have relied on Dr. Muhl's
13  testing to come up with effective porosity; is that
14  correct?
15  MR. ANDERSON:  Objection.
16  THE WITNESS:  I refer to these
17  measurements, yes.
18  BY MR. BROWN:
19  Q.  And, Doctor, if you look, Dr. Muhl
20  did not actually test the Prolift®. He tested
21  Prolene® Soft Mesh; is that correct?
22  MR. ANDERSON:  Objection.
23  THE WITNESS:  So far -- we can have a
24  look there.
25  BY MR. BROWN:

Page 353

1  Q.  Doctor, let me --
2  A.  Somewhere he clearly described what
3  he's using and the reason why he's using it.
4  Q.  Doctor, let me ask you this.
5  On page 14, that's not the body of
6  Prolift®, is it?
7  A.  Again, we have to look. I know there
8  is somewhere he described why he took the body of --
9  or the arms of the Prolift® and why he took the body
10  of soft Prolene® mesh or Gynemesh® and the reason
11  for this and where he explained what is depicted
12  there. So we can -- yeah. I will find out for you
13  and can explain, but I know it's written here
14  somewhere. So I don't see -- I'm not able to
15  explain it just by looking through this.
16  Q.  Doctor, all I'm asking, on page 14,
17  that piece of mesh, that's not the body of Prolift®,
18  is it?
19  MR. ANDERSON:  Well, objection, asked
20  and answered. He clearly just answered your
21  question and said he would have to look. If you
22  want him to look, he will look.
23  MR. BROWN:  Ben --
24  MR. ANDERSON:  What?
25  BY MR. BROWN:

Page 354

1  Q.  Let me ask you this, Doctor.
2  That piece of mesh on page 14, is
3  that in the shape of Prolift®?
4  A.  No. The shape of Prolift® is
5  different to the shape of this.
6  Q.  Thank you.
7  Dr. Muhl is not a medical doctor; is
8  that right?
9  A.  He's not a medical doctor so far I
10  know.
11  Q.  And Dr. Muhl was holding the piece of
12  mesh and then pulling it in one direction.
13  Is that your understanding?
14  MR. ANDERSON:  Objection.
15  THE WITNESS:  No. He did it in two
16  directions.
17  BY MR. BROWN:
18  Q.  So he pulled it in two directions?
19  A.  And he made an uniaxial strain to
20  this, and then he repeated this measurement in a
21  perpendicular direction.
22  Q.  And uniaxial means that you're
23  pulling from -- what does uniaxial mean to you --
24  scratch it. Let me just make it one.
25  What does uniaxial mean to you?

Confidential - Subject to Stipulation and Order of Confidentiality

Page 355

1  A. Uniaxial means that you have one main
2  direction where you applied the force, with all the
3  limitations, that it depends that is affected by the
4  direction of the machine fibers, that it depends
5  from the width of the sample, that it depends from
6  the length of the sample, it depends from the load,
7  from the terminal load, because usually it's a
8  nonlinear reaction, so all these limitations are
9  there.
10  Q. Now, Doctor, the forces in the pelvic
11  floor are not coming from one direction. Correct?
12  MR. ANDERSON: Objection.
13  Go ahead.
14  THE WITNESS: The forces in the
15  pelvic floor, there are many different areas to be
16  considered. There are many different directions to
17  be considered. There are different models to be
18  considered. And so far, what I know from all the
19  discussions with our pelvic floor colleagues, there
20  is an ongoing --
21  BY MR. BROWN:
22  Q. Doctor, I'm just asking you if the
23  pelvic floor forces come from one direction. That's
24  all my question is.
25  So does the pelvic floor forces come

Page 356

1  from one direction?
2  MR. ANDERSON: Same objection. And
3  he was trying to answer your question, so please go
4  ahead.
5  BY MR. BROWN:
6  Q. If you just answer my question.
7  MR. ANDERSON: Well, he's trying to.
8  THE WITNESS: I want to come close to
9  your question, of course. There is an ongoing
10  discussion how to consider the biomechanics of the
11  pelvic floor best, either by considering flat areas
12  that later on may be reinforced by meshes, or
13  whether it can be reflected best by assuming that
14  you have some ligaments keeping the -- or
15  stabilizing the pelvic floor. And reflecting this
16  ongoing discussion, there are -- there should
17  be considered different models how this mechanical
18  strain has to be considered for the pelvic floor.
19  For those guys, believing that it's mainly
20  ligaments. And if you make a reinforcement of the
21  tissue, mainly to reinforce the ligaments, the
22  assumption that you have an uniaxial strain in this
23  field may be the best we have in the moment;
24  whereas, in other areas where you believe that it is
25  an area that has to be reinforced, a multiaxial

Page 357

1  strain in all directions may be even better
2  appropriate to simulate this, to reflect this.
3  However, we are very limited to get a biomechanical
4  characterization in multiple directions.
5  BY MR. BROWN:
6  Q. And in the pelvic floor, there are
7  multiaxial pressures. Correct?
8  MR. ANDERSON: Objection.
9  THE WITNESS: In the pelvic floor,
10  there are structures that are stressed from multiple
11  directions.
12  BY MR. BROWN:
13  Q. And if you have forces from multiple
14  directions, that can affect the mesh different from
15  forces in one direction. Correct?
16  A. From my understanding, that is
17  correct, that it is -- that the uniaxial has its
18  limitations.
19  Q. Now, Doctor, the force placed on the
20  mesh arms, if you go back to page 12, ranges from
21  0 grams to 1,000 grams; is that correct?
22  A. That is correct.
23  Q. Doctor, where did you come up with
24  the theory that there is 500 grams or 1,000 grams of
25  pressure for the arms of Prolift® in the pelvic

Page 358

1  floor?
2  MR. ANDERSON: Objection as to the
3  characterization.
4  Go ahead.
5  THE WITNESS: The idea was to test
6  whether the textile structure collapses under some
7  mechanical strain. And, therefore, we have to
8  define the range. We have to test this one. Of
9  course, if you imagine any biological system, you
10  have various different levels of mechanical strain.
11  You have peak strain, you have a permanent strain
12  and so on. And so there is not one figure that
13  reflects the biology completely.
14  But if, considering the literature,
15  for example, we -- I have the -- or I'm sure that
16  the strain is less than 10 newton per centimeter,
17  and, therefore, we made this investigation to see
18  whether in this -- under this mechanical strain, you
19  see -- already see a collapse of structure and to
20  what extent you see this deformation of the mesh.
21  BY MR. BROWN:
22  Q. Doctor, did you --
23  A. And, therefore, we choose this range
24  for up to 1,000 grams, because we were convinced
25  that it is not helpful to see it with a higher

Confidential - Subject to Stipulation and Order of Confidentiality

Page 359

1 mechanical load.
2    Q.    Doctor, did you decide that the mesh
3 should be tested between 0 grams and 1,000 grams or
4 did Dr. Muhl decide that or did you both?
5    A.    Both.
6    Q.    And, Doctor, again, what specific
7 literature or what specific experience do you have
8 that tells you that there is up to 500 grams or
9 1,000 grams of force on the arms in Prolift®?
10        MR. ANDERSON: Objection, asked and
11 answered.
12        Go ahead.
13        THE WITNESS: There are a lot of --
14 so I had -- I looked to all these -- to many
15 articles, looking to the biomechanics of the pelvic
16 floor. And I realized that, again, the tissue
17 usually ruptures at forces that are more than 10
18 newton per centimeters, or 20, 20 newton per
19 centimeters. So, therefore, we were quite sure that
20 in the pelvic or the pelvic tissue, there is a limit
21 of 20 newton per centimeters as an upper force.
22        And we didn't want to test in a
23 supraphysiological range there, and, therefore, we
24 decided to be below 1 kilogram. The decision to
25 take 250 and 500 depends on the equipment and on the

Page 360

1 setting. It can be other figures as well. And I
2 was very satisfied that, when I looked through the
3 Ethicon documents, they made their testing in a
4 similar range as we did. So I feel very comfortable
5 to have this testing in this mechanical load.
6 BY MR. BROWN:
7    Q.    Doctor, these loads that are applied,
8 you're not able to identify these are appropriate
9 loads based upon your experience and knowledge with
10 the pelvic floor, your personal knowledge with
11 pelvic floor; is that right? It's based on
12 literature; is that correct?
13    A.    It is based on literature, it is
14 based on our experience of tissues, of the
15 mechanical resistance to strain of tissues there.
16 It is not based on my personal stretching of vaginal
17 tissues.
18    Q.    You say a couple times that you've
19 relied on some literature.
20        Can you tell me what that literature
21 is that you relied on that says that there's
22 500 grams to 1,000 grams of force on the Prolift®
23 arm in the pelvic floor?
24        MR. ANDERSON: Objection.
25        Go ahead.

Page 361

1        THE WITNESS: There is no -- to my
2 knowledge, there is no detailed literature
3 confirming that 500 grams is the best value ever,
4 but if you're looking to the biomechanical analyzers
5 from the French, mainly Cosson, his group, there is
6 a lot of studies indicating that you have to
7 consider a load of less than 10 newton per
8 centimeter.
9 BY MR. BROWN:
10    Q.    So Cosson says you have to consider
11 less than 10 newtons per centimeter?
12    A.    85, they tried to define this comfort
13 zone, yes. In this group, they provided a lot of
14 these data.
15    Q.    And how less than the 10 per
16 centimeters?
17    A.    What?
18    Q.    You said that Cosson considered less
19 than 10 centimeters --
20    A.    Newton. Newton.
21    Q.    Sorry. Newtons per centimeter.
22        So what did Cosson say was the
23 pressure on the arms in Prolift®?
24    A.    I didn't make any statement to this,
25 but we can look through all the literature of this

Page 362

1 group to look whether he has said it. So far I
2 remember, they made some general measurements in
3 tissues in pelvic floor trying to find a or to get a
4 biomechanics estimate of the burden there. However,
5 I know that it's very difficult, and the people from
6 Ethicon, they know it as well, that there is no
7 precise model which really can give exactly the data
8 for this. Therefore, it is impossible, if you ask
9 me that I present them, it is not possible, as
10 everyone knows. But you can try to find some
11 estimates to come in this field.
12    Q.    Doctor, when you place a piece of
13 mesh in the pelvic floor, it's going to very quickly
14 begin to form granulomas that you've talked around,
15 around the fibers.
16        Would that affect the strength of the
17 mesh and how different it might look -- let me
18 strike that and let me restate that question.
19        Doctor, when you place a piece of
20 mesh in the pelvic floor, it's going to begin to
21 have tissue around it.
22        Does that give it more strength which
23 would resist some of this stretching as you've
24 indicated in page 12 of Dr. Muhl's report?
25    A.    I totally agree that if you have a

Confidential - Subject to Stipulation and Order of Confidentiality

Page 363

1  tissue ingrowth, let's say a incorporation into
2  dense scar formation of a mesh, then if you would
3  repeat this measurement with all the scar formation
4  around, you may not see this collapsing structure,
5  because everything is completely stiff.
6          So -- but if you do the measurement,
7  the mechanical strain, without this full tissue
8  integration, and this may occur within the first
9  time, in the first hours, within the first days,
10  where you still have the option for the pore size to
11  show this deformation, then you have to consider and
12  you have to know that you have this collapsing of
13  these structures. And I've seen some videos where
14  the Prolift® has been implanted, and you see in the
15  videos that the arms showed this deformation and
16  curling as you see it in this testing.
17          So at least in this moment, and at
18  least for the arms, I think it should -- it has to
19  be considered as a serious change. And I'm deeply
20  convinced that the Prolift® that you take out from
21  the package, it -- you have a certain appearance of
22  the arms. And this is different to what is placed
23  in the body.
24      Q.    Doctor, let me just ask you about
25  that video you just mentioned.

Page 364

1          That video is a video of the Prolift®
2  being implanted into a patient, and the arms you're
3  seeing are when they're pulling them out through the
4  cannula; is that right?
5      A.    Yes. Out of the body and -- yeah.
6      Q.    You're not talking about a video
7  looking at the mesh in the body two weeks later.
8  Right?
9      A.    I have some -- or if you look to
10  explants, and Professor Klosterhalfen did it
11  extensively, then in many of these explants, he saw
12  this curling, this folding of these materials.
13          So as we see it very, very often, we
14  don't think that it is only done intentionally or
15  not intentionally by the surgeon, but, again, this
16  finding of the histological sections where you see
17  this curling that he described there, that was I
18  think a good explanation can be seen in this
19  mechanical testing. And, therefore, we believe that
20  this mechanical testing of a textile structure's
21  effective porosity under strain is helpful to
22  predict the risk for these scarring, tissue
23  integration.
24      Q.    Doctor, let me just ask my question
25  again, which is, the video you saw was not a piece

Page 365

1  of mesh in the body two weeks after implantation,
2  seeing how it's actually working in the body; is
3  that correct?
4      A.    No. That is -- yeah. Okay. Yeah.
5  That is right.
6      Q.    Okay. And then --
7      A.    Is there any video?
8          MR. ANDERSON: Unless he's holding
9  out.
10  BY MR. BROWN:
11      Q.    When you said that Dr. Klosterhalfen
12  in his explants has shown some of this pore
13  deformation that you talked about from this testing
14  that Dr. Muhl did, is that on the Prolift®? Is that
15  what you're talking about?
16      A.    As I -- yeah. He has seen it for the
17  Prolift®, and I think he has, yeah, made an analysis
18  in particularly for the Prolift® and made an
19  analysis of Prolift® explants where we saw this.
20  And, in part, he reported in some of the documents
21  about his experience on Prolift® explants.
22      Q.    And have you seen this kind of
23  reaction that we see in page 12 with the Prolift®?
24          MR. ANDERSON: This is 12.
25          Have you --

Page 366

1          THE WITNESS: This one.
2          I personally don't have an explant of
3  a Prolift®.
4  BY MR. BROWN:
5      Q.    Okay. And have you seen, whether it
6  be explants, pictures, from Dr. Klosterhalfen where
7  you see results like page 12, any of the results on
8  page 12?
9          MR. ANDERSON: Asked and answered,
10  but go ahead.
11          THE WITNESS: I didn't see his
12  results in -- for -- of his evaluation of the
13  Prolift® meshes. If I remember correctly, it was
14  done in evaluation for Ethicon Norderstedt.
15  BY MR. BROWN:
16      Q.    Now, Doctor, is there anything that
17  you can point to that says that there is going to be
18  a constant strain of 1,000 grams on the Prolift®
19  when it's in the pelvic floor?
20      A.    A constant strain of 1,000 grams to a
21  textile structure, I hardly can imagine that there
22  is -- that it is -- if you believe constant for two
23  weeks, for example, constant strain of two weeks on
24  a textile to -- that is -- from my knowledge, that
25  is in principle impossible.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 367

1    Q.    Doctor, is that the same for
2  500 grams of constant strain?
3    A.    Constant strain, 500 grams, two
4  weeks, no, I don't think so, but -- yeah.  I don't
5  think so.
6    Q.    What about a week, Doctor?
7    A.    I don't know.
8    Q.    And, Doctor, when Dr. Muhl was
9  testing this mesh, he was holding it still on one
10  side and then pulling it; is that correct?
11    A.    Yes.
12    Q.    And, Doctor, if there is 1,000 grams
13  of force being placed on a mesh, is the other side
14  being held right in place, or is the body a little
15  more elastic and it's going to move with it?
16    MR. ANDERSON:  Objection.
17    Go ahead.
18  BY MR. BROWN:
19    Q.    Do you want me to restate the
20  question, Doctor?
21    Let me ask it this way.
22    Are you aware of the body holding one
23  side of the mesh perfectly still while the other
24  side is stretching it with 1,000 grams of force?
25    A.    I'd have to think about, just from

Page 368

1  the physics, what this -- this is a problem of the
2  whole system, whether it changes or not.  If you
3  measure a force between two points of 1,000 grams,
4  it is independent of whether the entire system is
5  switching or is moving.  So, therefore, the -- what
6  happens to the entire system has not an impact on
7  this force.  What you may indicate on is that if the
8  other part is moving as well, then you have a rapid
9  loss of the force there.  That in fact is true.  But
10  to -- if you want to measure what happens to a
11  textile structures at a certain strain, this is not
12  affected what happens otherwise around.
13    Q.    So, Doctor, if one side was being
14  pulled with 1,000 grams and the other side is in
15  place, wouldn't the body's elasticity allow the side
16  that you say is being held in place to stretch some,
17  to relieve some of that force?
18    MR. ANDERSON:  Objection.
19    Go ahead.
20    THE WITNESS:  There are a lot of
21  physiological reactions to mechanical strain.  And
22  that is cutting through the tissue.  That happens if
23  you have some mechanical load to a textile
24  structure, you have a cutting through and the
25  foreign body migration is known for decades there.

Page 369

1    You have the stretchability of the
2  tissue around that can reduce all this.  It can be,
3  yeah, tearing out of some fixation there in this
4  field.  So a lot of possible mechanism from the body
5  to release this mechanical strain.  Therefore, I
6  said I cannot imagine that 1,000 grams for two
7  weeks, it is imaginable for any part of soft tissue.
8  BY MR. BROWN:
9    Q.    Doctor, you had mentioned the PVD
10  only requires 600 microns between the fibers to
11  avoid fibrotic bridging; is that correct?
12    A.    PVDF.
13    Q.    I'm sorry, yes.  Let me restate that
14  then.
15    The PVDF only requires 600 microns
16  between the fibers to prevent fibrotic bridging; is
17  that correct?
18    A.    That is what can be referenced by the
19  literature, what is found in this study.  And,
20  therefore, this was our cutoff.
21    Q.    Doctor, what was your methodology in
22  determining that PVDF needs 400 less microns -- let
23  me restate that.  Strike that.
24    Doctor, how did you determine that
25  you only needed 600 microns to prevent fibrotic

Page 370

1  bridging for PVDF?
2    A.    I think it was in about 2001 or 2000
3  when we start to realize that we have a -- or we
4  really get aware that textile structures had a huge
5  variation of pores.  And we, for the first time,
6  made this histogram of the different pores.  And
7  then there came up the idea to identify at what size
8  of the pores may be sufficient.
9    And from that time point on, we
10  looked to many, many, many different histological
11  sections, and we measured the distance between the
12  filaments.  And we marked whether we saw a bridging
13  or not.  And, of course, if you have a small
14  distance of the filaments of 100 microns or
15  200 microns, so within the staining, you have a lot
16  of different distances between the filaments,
17  because it's cut through the mesh at various
18  locations.  And then we started to look all these
19  differences.  And the least size where we did not
20  see a bridging, the lowest size, the lowest distance
21  between filaments where we do not see a bridging,
22  that was considered as cutoff.
23    Q.    Doctor, what specific studies can you
24  point to that showed that there was this reduced
25  fibrotic bridging for PVDF that led you to come up

Confidential - Subject to Stipulation and Order of Confidentiality

Page 371

1  with you only needed 600 microns?
2      A.   So this is -- so this experience has
3  been used in the publication of Joachim Conze, PVDF
4  as an IPOM in rabbit model, and it's cited in the
5  article from Muhl as well.
6      Q.   That article, Conze?
7      A.   This is -- yeah. I hope so. Or I
8  had to look whether this is one. Conze made three
9  articles, I think, with his IPOM model.
10     Q.   Sir, are you saying that Conze showed
11 that you needed or you could have 400 less microns?
12     A.   Give it to me, and I can --
13     Q.   It's Exhibit 5, so we can both look
14 at it.
15     A.   So there is on page 326, there you
16 see his result concerning bridging, that in the
17 polypropylene mesh, after 90 days in this model, the
18 filament distance of 1,000 microns; whereas, in the
19 co-PVDF mesh, a bridging was always detected below a
20 pore size of 630 microns.
21     Q.   Let me ask you this, Doctor.
22          And this is a paper that you're a
23 co-author on; is that right?
24     A.   Yes.
25     Q.   Doctor, if you look on page 325, at

Page 372

1  the Table 3, at the bottom, you and I have talked
2  about this yesterday, but the polypropylene total
3  granuloma was 56.4, and the co-PVDF total granuloma
4  was mean 44.0.
5          Do you see that?
6      A.   I see this.
7      Q.   And so there was a 12.4 difference in
8  granuloma sizes between the polypropylene and the
9  PVDF, is that correct, the co-PVDF?
10     A.   That is correct.
11     Q.   So, Doctor, how is it that a 12
12 micron distance could change the bridging fibrosis
13 up to 400 microns?
14     A.   I obviously failed to explain that
15 the fibrotic bridging, the formation of scar
16 formation is not completely reflected by the size of
17 the granuloma. After placing of the foreign body
18 there, and as stated by Williams and all the others,
19 you have the foreign body reaction. And this is the
20 ingrowth of some cells. And if you made some
21 histological strainings, you are able to detect
22 these cells. But as well, you have a release of
23 cytocrines, cytocrines, mediators, so a lot of other
24 aspects that, of course, interfere with the local
25 tissue reaction.

Page 373

1          And because of all this together, we
2  don't know in detail what really is responsible for
3  scar -- for inducing this scar formation. But
4  because of all this together, the final result is
5  very simple. You can see in the microscope whether
6  there is a bridging or not. And our first attempt
7  to explain it just by the size of the granuloma, it
8  was wrong. It was not correct. It was not
9  sufficient to predict this histological change.
10         And this study really confirmed this.
11 It is -- it raises no doubt at the principle that
12 there is a scar formation, but it confirmed that it
13 is quite independent from the size of the granuloma
14 in this model, at rabbit, at mouse.
15     Q.   And, Doctor, if you'll go to page
16 326, if you look on the second column, I'm looking
17 at the second full paragraph where it starts, "It
18 has been already shown."
19         Do you see where I'm talking about?
20 Doctor, would you just read that paragraph? Not out
21 loud, but to yourself.
22         The polypropylene that was tested
23 here had excellent results, is that correct, with
24 regard to inflammatory reaction?
25     A.   This study is a wonderful

Page 374

1  confirmation that polypropylene in a large pore
2  construction causes less inflammatory reaction. And
3  that is exactly what we developed with a Vypro®
4  system, that we thought, it is not sufficient to say
5  polypropylene, but in a specific construction can
6  cause less inflammation. And this is one of the
7  studies again confirming that the construction is of
8  outstanding importance for the tissue reaction.
9      Q.   Now, Doctor, let me ask you this
10 then.
11         As far as the -- sometimes I might
12 use the word "Prolift®" and sometimes I might use
13 the word "Prolene® Soft Mesh," but I'm talking about
14 the same type of mesh.
15         Is that your understanding?
16     A.   Yes.
17     Q.   Do you agree that the Prolift®
18 elicits -- strike that.
19         Do you agree that the Prolift® has an
20 acceptable inflammatory response?
21         MR. ANDERSON:  Objection.
22         THE WITNESS:  From all the
23 measurements from all what we have analyzed, what
24 all what we have looked at, there are -- with the
25 Prolift® mesh in its current form, there are many

Confidential - Subject to Stipulation and Order of Confidentiality

Page 375

1 concerns where I'm convinced that a better
2 construction is possible and that a better
3 construction is -- will cause less inflammatory
4 reaction. I have the concern, that the concern,
5 that Prolift® is oversized in comparison to
6 Prolift+M®, for example. And because of this, that
7 there are a lot of or several concerns with the
8 specific construction of the Prolift® mesh in its
9 current form, I think, or I'm -- yeah. My opinion
10 is that it is not acceptable.
11 BY MR. BROWN:
12    Q.    Your opinion is not acceptable
13 inflammatory response for Prolift®; is that correct?
14    A.    Yes.
15    Q.    And, Doctor, what specific studies
16 can you identify that shows that there is an
17 unacceptable inflammatory response for Prolift®?
18 And as I stated earlier, that includes Prolene® Soft
19 Mesh.
20    A.    I don't know any studies that are in
21 a randomized controlled trial comparing a Prolift®
22 mesh with another, so -- but I know from all these
23 data collections that there are a considerable
24 number of complications after the use of the
25 Prolift® mesh. Despite there is no direct

Page 376

1 comparison with other competitors that may be
2 better, a lot of these complications or some of
3 these complications, not a lot, but these
4 complications can be explained to a large extent by
5 the local tissue reaction to the foreign body
6 material. And that is what we have -- that is my
7 understanding, that this -- or that an impaired
8 tissue integration with a enhanced inflammatory
9 reaction, that this is related to some
10 complications.
11    Q.    Doctor, if you have across the board
12 unacceptable inflammatory reaction, would you not
13 expect widespread complications?
14       MR. ANDERSON: Objection.
15       Go ahead.
16       THE WITNESS: I didn't get the --
17 BY MR. BROWN:
18    Q.    The Prolift® mesh, if it has
19 unacceptable inflammation, wouldn't you expect there
20 to be widespread or large percentages of meshes with
21 complications?
22    A.    If -- let me answer it with the old
23 experience that we have 15 years ago when we had our
24 experiences with the Marlex® meshes. We saw in some
25 patients, not in all, in some patients some

Page 377

1 complications, migration, inflammation and so on,
2 elevated body temperature in about 30 percent of all
3 these patients. Not all patients with the Marlex®
4 mesh had these complaints.
5       So the next step was to improve the
6 structure for this. There hadn't been a randomized
7 controlled trial comparing two different things and
8 saying, okay, this mesh is better than the other,
9 but we have seen these complications in these
10 patients that a textile -- a huge textile implant.
11 And then we adopted this mesh. As you know, with
12 the Vypro® we reduced the amount of material. We
13 made the pores larger and got a new device. And
14 then the experience was that we could reduce the
15 number of complications by adopting the requirements
16 of the textile to the physiological requirements.
17       So it is not -- it has at that time
18 not that every patient with such a device, a Marlex®
19 device at that time, has to suffer from
20 complications; but the risks, the chance to
21 demonstrate some of these adverse events was higher
22 in these than it was on the -- with the new
23 developed meshes. And, therefore, the advantage is
24 to lower the risk there.
25       And, therefore, I do not expect, and

Page 378

1 I know it from the literature, that not every
2 patient with a Prolift® suffered from erosion. It
3 is not everyone. But I know from the literature and
4 all these reports and data sheets that there are
5 some. And I still believe that the Prolift® -- that
6 in the design and in the structure of the Prolift®,
7 there are several points that are not at its optimum
8 to reduce the risk. That's all -- I've seen
9 recently the presentation of the Project Thunder and
10 Lightning, and I've noticed that everything -- that
11 almost everything that was in this report was
12 reflected in these presentations by Ethicon people
13 as well. So I feel in line with this. It's to
14 address the decrease of the risk for complication.
15    Q.    Doctor, do you believe that the
16 Prolift® has an unacceptable amount of fibrosis?
17    A.    Yes, yes. I believe, because it is
18 not -- or it is oversized. In comparison to
19 Prolift+M® that has been developed, it is oversized,
20 and, therefore, it has a fibrosis which is not
21 necessary, obviously which is not necessary. And,
22 therefore, it is not acceptable.
23    Q.    Let me ask you another way, too. And
24 this goes back to the inflammatory response.
25       Do you believe that the Prolift® has

Confidential - Subject to Stipulation and Order of Confidentiality

Page 379

1 an inflammatory response that makes it inappropriate
2 for use in the body?
3      A.    This general statement, to say
4 Prolift® is inappropriate for the general use in the
5 human body, no, that is not right, because I think
6 there may be some indications. I don't know them,
7 but there may be some indications where you see that
8 the Prolift® used in maybe a very tall woman
9 of 3 meter in size or something like this, there may
10 be an indication for them. So I cannot exclude this
11 in general.
12      Q.    Let me ask you that same question for
13 the fibrosis.
14           Does the Prolift® have an
15 inappropriate amount of fibrosis for placement in
16 the body?
17           MR. ANDERSON: Objection, asked and
18 answered.
19           Go ahead.
20           THE WITNESS: I would make that --
21 the fibrosis that is induced by the Prolift® leads
22 to an unacceptable risk.
23 BY MR. BROWN:
24      Q.    And so your testimony is that the
25 Prolift® is inappropriate for use in the body.

Page 380

1           Is that your testimony?
2           MR. ANDERSON: Objection, asked and
3 answered.
4           THE WITNESS: Prolift® has an
5 unacceptable risk for the use in the pelvic floor.
6 BY MR. BROWN:
7      Q.    Doctor, do you believe that the
8 Prolift® has regular bridging fibrosis?
9           MR. ANDERSON: Objection.
10           THE WITNESS: I'm sure that,
11 somewhere in the Prolift®, there is some bridging
12 fibrosis. I'm absolutely sure. The question is, to
13 what extent? This is whether it's in the center,
14 whether you see it in the arms. And I don't see any
15 thick picture up to now showing that there is fat
16 tissue in between the filaments of a Prolift®.
17 I've -- in all these documents I have on my computer
18 and I was sent, I never saw it. Where is this fat
19 tissue in the pores?
20 BY MR. BROWN:
21      Q.    Doctor, what study do you have that
22 shows that there is not fat tissue in the pores for
23 the Prolift®?
24      A.    I can refer to -- I've seen some of
25 the animal experiments Ethicon performed in the rat

Page 381

1 and where two, three filaments is there. And you
2 see that there is -- that the pores are filled with
3 inflammatory tissue. But in fact, of course, yeah,
4 I -- there wasn't not one study presented to me
5 indicating that there was a fat tissue. From all
6 the data I got, I have the impression that in the
7 soft pro mesh that has been tested in the animals,
8 there was usually a bridging.
9      Q.    And is that the 91-day rat study from
10 Ethicon? Is that the one you're talking about?
11      A.    That is one, yeah.
12      Q.    And is there any other studies that
13 you can point to that shows that the tissue did not
14 integrate into the pores of the Prolift® mesh?
15           MR. ANDERSON: Objection.
16           THE WITNESS: The fat tissue. I've
17 seen some documents of Deprest and -- but I cannot
18 remember, please correct me if it is wrong, but I do
19 not see any attempt to convince me that there is
20 some fat tissue ingrowth in the pores of the
21 Prolift®.
22           I know it from Ultrapro®, that you
23 have some of these fat tissue ingrowth there. But
24 from soft pro or Prolift®, I don't know. I've never
25 seen it.

Page 382

1 BY MR. BROWN:
2      Q.    Let me ask you a couple more
3 questions and then we'll break in a second, which
4 is, Doctor, do you believe that there is a mesh
5 configuration that is sold today that is appropriate
6 for pelvic floor repair?
7           MR. ANDERSON: Objection.
8           Go ahead.
9           THE WITNESS: I'm not aware of all of
10 these products that are sold today or of the various
11 techniques where the meshes are used for. There are
12 a lot of combinations, so I think -- or, yeah. You
13 have to do all this work. Characterization of the
14 mesh material, looking for the results and then
15 looking for your indications, and all together then
16 you can say, okay, is the risk higher or lower than
17 the others. So it cannot be answered by a simple
18 yes or no.
19 BY MR. BROWN:
20      Q.    So, Doctor, are you saying that you
21 cannot identify, as you sit here today, a mesh
22 construction that would be appropriate for pelvic
23 floor repair?
24      A.    I said that I cannot answer your
25 question.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 383

1    Q.   Is it because you don't know?
2    A.   I don't know all the sufficient what
3  is on the market.
4    Q.   But there's not a piece of mesh that
5  you're aware of that you do know that you would say
6  would be appropriate for pelvic floor repair?
7         MR. ANDERSON:  Objection.
8         Go ahead.
9         THE WITNESS:  We have outlined in the
10 report a lot of ideas for the requirement to meshes
11 that are used in the pelvic floor, what has to be
12 looked after.  And if you followed all of these
13 ideas, I think you will come up with a better
14 design, with a better construction.  If you still
15 have some open questions, may -- it will help to ask
16 the people from Project Thunder.  They had a lot of
17 good ideas as well.
18        So all together, put all together, I
19 have -- I think that we will, maybe we already have,
20 but that we will have better devices.  And, of
21 course, there is some indication for meshes in
22 pelvic floor in some patients, of course.  That is
23 my vision.
24 BY MR. BROWN:
25    Q.   And, Doctor, just to make sure you're

Page 384

1  answering my question, can you, as you sit here
2  today, identify by name that you know of a mesh that
3  is appropriate for pelvic floor repair?
4         MR. ANDERSON:  Objection, asked and
5  answered.
6         THE WITNESS:  I cannot stick to the
7  term "appropriate."  I can say that, with the FEG,
8  what they -- their constructions tried to consider
9  many of these critical or points that have been
10 identified to be critical for tissue integration.
11 Therefore, I think that the clinical outcome of
12 these devices may be better in the future, but we
13 have to wait on the results of this.
14 BY MR. BROWN:
15    Q.   Doctor, I want to get you to do
16 something on this piece of paper.
17        Draw for me, or you can write out
18 filament size, pore size, or you can draw it,
19 whatever works for you, what you believe is the
20 appropriate mesh construction for pelvic floor
21 repair.
22        MR. ANDERSON:  Objection.  He's not
23 going to do that.  He's provided you with a 70 page
24 report and two days of testimony to be able to tell
25 you what he believes the optimum pore sizes are.

Page 385

1  You can ask him those questions, but he's not going
2  to commit to a graphic drawing to enable you to use
3  that as an exhibit when you have him for two days
4  and all of this material.  Not going to do it.
5         MR. BROWN:  So you're refusing to
6  allow him to answer this question?
7         MR. ANDERSON:  You bet.  Well, I'm
8  refusing to allow him to start to draw for you what
9  he considers to be the perfect pore.  You bet.
10        MR. BROWN:  And the mesh
11 construction?
12        MR. ANDERSON:  And the mesh
13 construction.  You bet.
14        MR. BROWN:  All right.
15 BY MR. BROWN:
16    Q.   Doctor, then, tell me then what would
17 be the filament size that would be most appropriate
18 for mesh construction?
19        MR. ANDERSON:  Objection.
20 BY MR. BROWN:
21    Q.   Let me strike that question right
22 now.  Let me ask something.
23        Are you able to draw a mesh
24 construction that would be appropriate for the
25 pelvic floor?

Page 386

1         MR. ANDERSON:  Objection.
2         THE WITNESS:  Definitely not.  Coming
3  to a design for a mesh for the pelvic floor, it's a
4  process.  It includes a lot of different things, a
5  lot of different models.  It's a work.  A lot of
6  people have to come together and bring in their
7  expertise.  And then finally you get -- have a --
8  the best product that is possible in the moment.
9  That is the aim we can have.
10        If you asked me which size of the
11 filament, first of all, it depends on the polymer,
12 what you want to have.  Then it depends from the
13 pore size you can realize with this specific
14 filament, because this filament is limited in its
15 tensile strength.  If you need, you need some
16 tensile strength, you need a little more of these
17 filaments.  Then it depends of the tissue reaction
18 to the surface and to the curvature of the filament.
19 If it's too small, then you have a stiffness of the
20 cells so that they cannot come in close to this
21 surface.  We are still not sure whether the Vypro®
22 with the five polypropylene filaments really was a
23 bad choice.  It has some disadvantages for the
24 surface of the bacteria adherence, but if you look
25 to the foreign body granuloma size to the filaments

Confidential - Subject to Stipulation and Order of Confidentiality

Page 387

1  of the Vypro®, you see that they are very small.
2  And even all together, these five are less than one
3  monofilament of a similar thickness would have been.
4  So maybe it is the best option to realize the
5  elasticity, stretchability of a mesh, porosity of a
6  mesh, a construction made of three filaments is
7  better than of one. Maybe it's 12. It has to be,
8  yeah. You have to work on it and find the best
9  solution in comparison to others. You have to test
10  all these. Try a thick one, a thin one and then
11  adopted it. That is the way that we have learned
12  with the Vypro® to come to a better mesh.
13        MR. BROWN: Take a lunch break.
14              - - -
15        (A luncheon recess was taken from
16        12:20 p.m. to 1:13 p.m.)
17              - - -
18  BY MR. BROWN:
19    Q.    Doctor, we were talking a little bit
20  about mesh characteristics.
21        Do you have a filament size that you
22  think would be optimal for a piece of mesh?
23        MR. ANDERSON: Objection.
24        Go ahead.
25        THE WITNESS: From our experience,

Page 388

1  looking to the tissue section after incorporation, I
2  think that a size below 130, 150 microns will offer
3  most advantages in regards to the handling or how to
4  make the constructure and offers most options to be
5  less there. Whether there is a minimum of 50, 60,
6  there is insufficient data to come there. And it
7  depends, of course, from the intention where you
8  place, and so what you want to have by this.
9  BY MR. BROWN:
10    Q.    Doctor, I'm going to ask you about a
11  couple of characteristics. And I'm going to be
12  asking you about the pelvic floor.
13        So with this below 130 to 150 microns
14  for filament size, is that an appropriate filament
15  size for the pelvic floor?
16        MR. ANDERSON: And, again, objection.
17        Go ahead.
18        THE WITNESS: I have no information
19  that it is a -- that it cannot be or that is not
20  applicable to the pelvic floor.
21  BY MR. BROWN:
22    Q.    And, Doctor, when we were looking at
23  the Jan Deprest article, one of the measurements he
24  looked at was the thickness.
25        And what is an optimal thickness for

Page 389

1  a mesh used in pelvic floor?
2        MR. ANDERSON: Objection.
3        Go ahead.
4        THE WITNESS: The thickness or the
5  definition of whether it's optimum for the tissue
6  ingrowth and for the function, what is the best
7  thickness to achieve this purpose may differ. It
8  depends from the indication. It depends from the
9  size from the configuration. So there are -- in --
10  for the abdominal wall, there are some devices that
11  are intentionally constructed in with a three -- in
12  a third dimension, to get more thicker devices, to
13  have more -- to have another integration into the
14  tissues by these three-dimensional form of these
15  things. There are other three-dimensional things,
16  as plaques in the abdominal wall, which behave,
17  again, differently.
18        For the pelvic floor, I do not know
19  any specific investigations, what part of the
20  reinforcement of the tissue should be done by three
21  dimensional or by a specific three dimensionality of
22  this device. So to my knowledge, there is no
23  intention to construct real three-dimensional
24  devices. However, every mesh that we are talking
25  about has, of course, a third dimension, as

Page 390

1  everything in this world. And, therefore, again, we
2  have a limitation of all characterizations of the
3  mesh material by this third dimension.
4  BY MR. BROWN:
5    Q.    And --
6    A.    So your answer has been whether there
7  is an optimum of the thickness. No, there is no way
8  to define this in the moment on the basis of my
9  knowledge and what I know.
10    Q.    Doctor, as far as the density or the
11  weight of the mesh, grams per millimeter squared,
12  that way we're all talking about the same thing, is
13  there an optimal range for the weight of a mesh in
14  the pelvic floor?
15        MR. ANDERSON: Objection.
16        Go ahead.
17  BY MR. BROWN:
18    Q.    You're welcome to look at the article
19  that I was looking at if you want to.
20        Or do you need that or not?
21    A.    No. I just to think, to find the
22  words.
23    Q.    Okay.
24    A.    There is no optimum weight of
25  anything, because the property of weight of a

Confidential - Subject to Stipulation and Order of Confidentiality

Page 391

1 textile mesh is not able to reflect the specific
2 properties of a textile.
3         Since the study from Weyhe, Weyhe, we
4 already talked about, it is very clear that even
5 with the reduced amount of material, you can produce
6 awful meshes or mesh-like structures.  And,
7 therefore -- and we know that PVDF has a specific
8 weight that is double as high as polypropylene.  So
9 with PVDF alone, you create some heavy textile
10 structures, which can be excellent.  So it doesn't
11 depend from the weight, and, therefore, you cannot
12 specify an optimum mesh by weight.
13    Q.     Is there a range of weight which you
14 can identify that would be appropriate in the pelvic
15 floor?
16    A.     No.
17    Q.     And, Doctor, is there a filament type
18 that you believe that is optimal, meaning
19 multifilament, monofilament or something in that
20 neighborhood?
21         MR. ANDERSON:  Objection, asked and
22 answered.
23         Go ahead.
24         THE WITNESS:  As we already talked
25 about, monofilament has the advantage to have a

Page 392

1 reduced surface in comparison to multifilaments.
2 That is of specific importance for the adherence of
3 bacteria.  There are some constructions with some
4 filaments in between as for the Vypro®, so this type
5 of olgoliofilaments, although this term has not been
6 defined officially in the literature, therefore, it
7 can be evaluated or justified only in the context of
8 the many different functions and characteristics of
9 textile constructions.
10 BY MR. BROWN:
11    Q.     And, Doctor, is there an optimal pore
12 size for meshes in the pelvic floor?  And that can
13 include a range, if you have a range.
14         MR. ANDERSON:  Objection.
15         Go ahead.
16         THE WITNESS:  As for the other
17 characteristics, there is no specific value for a
18 best pore size for the pelvic floor as well as for
19 other tissue organs.  We know that there is a
20 critical minimum which should not be -- we should
21 not go under this critical minimum.  Whether there
22 is an advantage then to expand the number or the
23 pore size even more, with a Vypro®, we have 3 to 4
24 millimeter.  That has to be tested in the specific
25 condition where the device is used for the specific

Page 393

1 indication, because finally it's a compromise
2 between the surface, the tensile strength you want
3 to have, the elasticity, the stretchability of the
4 mesh you want to have and the filament you can use,
5 the polymer you can use.  And if you take all this
6 together, then you will come to a pore size that is
7 the best compromise to fulfill all this.
8 BY MR. BROWN:
9    Q.     And, Doctor, do you have or can you
10 now tell me what would be an optimal mesh using each
11 of these characteristics that we've talked about and
12 any other characteristics you want to discuss?
13         MR. ANDERSON:  Objection, asked and
14 answered.
15 BY MR. BROWN:
16    Q.     I'm talking -- let me restate.
17         Can you give me specific numbers or
18 specific types of polymers for each of these mesh
19 characteristics to tell me what might be an optimal
20 mesh for pelvic floor repair?
21         MR. ANDERSON:  Same objection.
22         Go ahead.
23         THE WITNESS:  I can define some
24 critical points to come to an optimum mesh
25 configuration for the use of the pelvic floor that

Page 394

1 has to consider a high structural stability.  That
2 means that you should avoid a collapse of these
3 pores.  That should -- we need textile structures
4 that have the least amount of surface that is
5 possible under consideration of the biomechanical
6 situation, where it's placed, because every
7 reduction of surface will reduce the possibility of
8 bacteria to get attached to the surface.  And even a
9 reduction of the surface by 30 percent may be
10 beneficial to lower the risk for bacterial
11 infection, as this device is used in a contaminated
12 field, in contrast to all these devices that are
13 used in the abdominal wall cavity.
14         So this is another point that should
15 be considered when looking to the optimum device.
16 If you're looking to the polymer, you have some more
17 options with the PVDF than with the polypropylene,
18 but it does not mean that it is excluded that -- or
19 the polypropylene mesh, you construct a device with
20 an acceptable risk or the best risk there.  But,
21 again, with the PVDF you have more options to modify
22 the textile construction to this.
23         The -- as Professor Williams pointed
24 out, every device has to consider the balance of its
25 stretchability to the surrounding tissue, of course.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 395

1 And every device has to withstand a minimum tensile
2 strength, because it is implanted as reinforcement
3 of the tissue, and, therefore, there -- it has to
4 withstand this.
5 So these are, again, requirements a
6 good mesh has to fulfill.  And, of course, we need a
7 low inflammatory reaction, acute, but as well
8 chronic.  We need low tendency for migration,
9 erosion, integrating pain in scar formation.  All
10 this has to be considered as well.
11 BY MR. BROWN:
12 Q.    Doctor, is it fair to say that all
13 these considerations have to be taken in, but as you
14 sit here, you can't go through each one of those
15 characteristics and say, this is the precise weight,
16 this is the precise pore size, this is the precise
17 polymer; is that correct?
18 MR. ANDERSON:  Objection.
19 Go ahead.
20 THE WITNESS:  It is correct that you
21 cannot give a certain figure and say, okay, we fit
22 to this figure and the result will be excellent.  It
23 is always a consideration of risk.  Every textile
24 construction is a compromise.  It has to be a
25 compromise, and you have to compare the risks

Page 396

1 between different constructions or possibilities of
2 constructions.
3 BY MR. BROWN:
4 Q.    Doctor, can you go through each one
5 of the characteristics on the Prolift® and identify
6 where you find fault with the construction?
7 A.    We can go through the report, page 1
8 and following.
9 Q.    Doctor, let me go ahead -- because I
10 know you're trying to read through it.  Let me see
11 if I can ask some more specific questions and see if
12 that helps you to answer the questions.
13 A.    The problem for me, so that you
14 understand it, is I have to extract those things.
15 So I just reflected whether it's the
16 best way to go to the titles or to go to some
17 paragraphs, but maybe it's a better option if you
18 are putting one of these aspects and then we talk
19 about this.
20 Q.    I just didn't want you to go back and
21 relook all through your report.  But let's try it
22 that way and then I'll give you an opportunity to
23 expand.
24 Doctor, do you find fault with the
25 filament size of the Prolift®?

Page 397

1 A.    As in the past minutes, we tried
2 to -- or I tried to explain that there is not a
3 single value that can be defined as being optimum.
4 But you have to consider it in the whole -- the
5 constellation of all conditions together to define
6 whether some of these things are optimum or not in
7 an optimum shape.
8 Q.    Then it might be --
9 A.    Therefore, the question from you to
10 ask me whether there is a mistake in the filament
11 obviously demonstrated that I failed to explain this
12 to you.  So, again, I would like to say that it is
13 not possible to define the optimum size of the
14 filament, and, therefore, it is not possible to say
15 that a certain size of the filament is, per se, a
16 mistake.  The 87 microns, 86 microns, of the size of
17 86 microns used for the Prolift® can be acceptable
18 in the consideration of all other conditions.
19 Q.    I think, Doctor, we're probably going
20 to have to go back to my other question then, which
21 is, in consideration of the Prolift® mesh as a
22 whole, what characteristics do you find or have --
23 strike that.
24 With the Prolift® mesh, as a whole,
25 what characteristics do you find fault with?

Page 398

1 A.    So major.  Let's start with some
2 major points.  First is if you -- if you consider
3 that surface is critical for the risk for infection
4 and the risk for an overwhelming or an inappropriate
5 inflammation in the local surroundings, then you
6 have a certain surface in the Prolift®.  If you
7 compare this with the Prolift+M®, which is reduced
8 in weight, you have a reduction in the surface with
9 the Prolift+M®.
10 I think a reduced surface of a device
11 is better and may decrease the risk for infection.
12 Therefore, I believe that the Prolift® has a surface
13 which can be reduced at least to the level of
14 Prolift+M®, and, therefore, that would mean a
15 reduction of 30 percent, so that may be followed by
16 a reduction of less bacterial adherence to the
17 surface.  That should have been a point that should
18 have been investigated.
19 Of course, the surface depends on the
20 mechanical strain.  You have to compensate with this
21 design, and, therefore, you have, first of all, to
22 define the biomechanical requirements.  And then
23 you're able and -- you're not able, but you're
24 forced to do so, to reduce the amount of material to
25 reduce the surface to the least level that is

Confidential - Subject to Stipulation and Order of Confidentiality

Page 399

1 possible to fulfill these functional things.
2          Then you get an impression how much
3 surface you have, how much tensile strength, what
4 filaments you may need to fulfill this functional
5 task.  And then you have to look to the pore size,
6 because this later on is followed by -- is
7 associated with clinical outcome and clinical
8 complications.  And, therefore, you have then to
9 decide how to realize this functional demand.  And
10 then you are coming to a textile construction
11 providing a pores.  And then you have to consider
12 that this or at least part of the mesh has to
13 withstand some mechanical force, has to provide us
14 structural stability.  This is the process that has
15 to be followed.
16     Q.    Doctor, I'm with you on the process.
17 Just tell me what's wrong with the Prolift® on those
18 processes.  Just include that in your answer.
19     A.    The Prolift® has too small pores.
20          MR. ANDERSON:  Too, T-O-O?
21          THE WITNESS:  (Witness nods head.)
22 Yeah, too.  Yeah.
23          The pores of the Prolift® show
24 collapsing under strain.  Too much surface, too
25 small pores, structural instability.  There are

Page 400

1 other aspects that is this particle loss that is the
2 frizzling, if you cutted it.  That is a disadvantage
3 if this appears.  I know it from former times, the
4 Marlex® was an awful mesh, because you have a lot of
5 powder when you trimmed the mesh during the OR.  So
6 this is a characteristic that should be avoided, not
7 to have these small particles in the area of the
8 wound.
9          I'm not sure, I don't know, I don't
10 see sufficient information what is the bacterial
11 adherence to this material in the pores, whether it
12 can be optimized or not.  And stretchability, in
13 principle, the Prolift® mesh is done with -- as an
14 extraction of a flat mesh.  So there is no specific
15 design for the arms of or the flat mesh area.  There
16 is no specific orientation of the fibers as well.
17          So I did not see any specific
18 optimization, which means not only optimization for
19 the manufacturer but optimization in regard to the
20 risk for the patient.  I did not see any
21 optimization specific adaptation of the structure to
22 the needs that has been defined before.  And this is
23 what I just referred, I find it exactly in a lot of
24 presentations by Ethicon people as well.
25 BY MR. BROWN:

Page 401

1     Q.    Doctor, when you say the optimization
2 of the mesh, does that mean that it's not cut in a
3 manner that optimizes facilitating the pelvic organ
4 prolapse?  Is that what you're saying?
5     A.    Optimization, first of all, means
6 optimization in regard to the risk of the patient.
7 Optimization for the textile structure, you have to
8 define, you have to be aware that a complex
9 structure and configuration of the Prolift® is with
10 the three-dimensional positioning in the tissue with
11 the arms there, that there are different strains for
12 the different parts of the meshes.  It should be
13 assumed that it is like this.  And, therefore, you
14 should provide a textile structure that reflects
15 these differences in the demands, always optimized
16 to the risk of the patient.
17          And when I am looking to the arms of
18 the Prolift®, then this is cut, just only cut from
19 big piece of meshes, and the textile properties
20 differ in the arms every centimeter, because the
21 course of the wall fibers differ every centimeter.
22 So it is impossible to really -- yeah.  It is
23 already impossible to define the elasticity of the
24 arm in what part.  And to optimize it to the tissue
25 demands, it is impossible as well.

Page 402

1     Q.    Let me ask you this, Doctor.
2          Is the shape of the Prolift®, the way
3 it's cut, is that in an optimal configuration to
4 prevent pelvic organ prolapse?
5          MR. ANDERSON:  Objection.
6          By the way, he's not here as a
7 surgical expert to talk about whether or not it can
8 prevent pelvic organ prolapse.  If you want to ask
9 him whether or not, as he just answered, whether or
10 not the textiles are designed in a manner which
11 could reduce complications, that's one thing.  But
12 asking him if it's cut in a way that can prevent
13 pelvic organ prolapse, he's not here to answer that
14 question.  That's a urogyn question.
15          MR. BROWN:  Let me ask you this, so
16 that I'm clear on that.  And this is you and I
17 talking on this.
18          MR. ANDERSON:  Okay.
19          MR. BROWN:  But one of the adverse
20 effects that could be from pelvic organ prolapse for
21 mesh is recurrence.  So that's a complication.
22          So are you saying that he's not here
23 to talk about the complications of Prolift®?
24          MR. ANDERSON:  No, not at all.  I'm
25 saying that he's not here to talk about whether or

Confidential - Subject to Stipulation and Order of Confidentiality

Page 403

1  not this design prevents pelvic organ prolapse or
2  whether it's the optimal design to prevent pelvic
3  organ prolapse. He can talk about whether it's the
4  optimal design in the tissue and the way that the
5  body will react to it and the way -- the
6  biomechanics of it, all the things he's been
7  discussing.
8        And I think he just addressed that,
9  which was the position of the warped fibers and the
10  elasticity and things. But to say that he's going
11  to be an expert on whether or not this mesh helps
12  prevent pelvic organ prolapse is quite different.
13        MR. BROWN: Is he an expert that's
14  going to be able to talk about how the Prolift®
15  causes complications like erosion in the pelvic
16  floor?
17        MR. ANDERSON: Sure.
18        MR. BROWN: I think that's a very
19  fine line --
20        MR. ANDERSON: It is, but I want to
21  make sure that we understand that preventing pelvic
22  organ prolapse is different from whether or not the
23  mesh design and construction may lead to erosions.
24        MR. BROWN: I disagree, but we can
25  agree to disagree.

Page 404

1        MR. ANDERSON: Okay.
2        MR. BROWN: Well, let me just -- can
3  you restate my question, please, Ann Marie?
4        - - -
5        (The court reporter read the
6        pertinent part of the record.)
7        - - -
8        MR. ANDERSON: So same objection
9  about preventing pelvic organ prolapse.
10        THE WITNESS: The manifestation of a
11  recurrence depends from many different things. And
12  as it was said, I'm not an expert of these technical
13  things or the technical specificities, how to make
14  it, how to place it, and most of all, to find the
15  best indication for doing this one. But if you are
16  considering recurrence as a readout, there are
17  several different definitions of recurrence. And I
18  never read, through all these articles, that one
19  recurrence was done by a ruptured -- central rupture
20  of a Prolift® mesh. Never again. So this confirms
21  my impression that the Prolift® is considerably
22  oversized, overengineered.
23  BY MR. BROWN:
24    Q.    So, Doctor --
25    A.    So otherwise around, if I have had

Page 405

1  the notice of someone who said or some group of
2  patients where they got their recurrence because the
3  Prolift® ruptured in the center, okay, then I would
4  say that is the course of this. And, therefore, I'm
5  still convinced that it is overengineered. I have
6  the concern that it is overengineered.
7    Q.    But, Doctor, you would say that it
8  has sufficient -- restate. Or strike that.
9        The Prolift® has enough force --
10  strike that again. I'm sorry.
11        The Prolift® has enough strength to
12  prevent pelvic organ prolapse. You'd agree with
13  that?
14        MR. ANDERSON: Same objection, but go
15  ahead.
16        THE WITNESS: The difficulty is that
17  there are several reasons for getting a recurrence
18  of this. Again, I have to refer from our first
19  experience with the Marlex® mesh. Everyone who sees
20  the picture of an explanted Marlex® mesh knows a
21  strong scar plate. It is impossible to cutted it
22  and to tear it off, impossible. However, these
23  patients got recurrences at the neighborhood of
24  these textile structures. So the biggest scar
25  plate, the strongest mesh is not obligatory able to

Page 406

1  prevent any recurrence. This is a too machinistic
2  view of the things.
3  BY MR. BROWN:
4    Q.    So you're not saying that the
5  Prolift® is not strong enough.
6        Do you agree with that?
7    A.    I agree that the Prolift® is not
8  very -- not strong enough to -- yeah. To prevent
9  what?
10    Q.    Well, let me make sure you're hearing
11  me right and we're saying the same thing, make sure
12  it comes out clear.
13        Is that you're not saying that the
14  Prolift® is too weak? You agree with that?
15    A.    For using as reinforcement in the
16  pelvic floor, it is not too weak, with double O.
17  Yes.
18    Q.    Okay.
19    A.    Yes, total agreement.
20    Q.    Let me ask you a couple questions
21  about degradation.
22        How do you define degradation?
23    A.    Degradation, degradation is a loss of
24  integrity, I think, if these are the right terms.
25  And usually it is seen with a degradable, absorbable

Confidential - Subject to Stipulation and Order of Confidentiality

Page 407

1  material. There this is the term where it describes
2  that you have a loss of integrity with it sometime.
3       Q.    What does a nonabsorbable mesh fiber
4  look like that has been degraded?
5            MR. ANDERSON: Objection.
6            Go ahead.
7            THE WITNESS: That has been degraded?
8  BY MR. BROWN:
9       Q.    Yes.
10      A.    Yeah?
11           The first appearance that we have for
12  the degradation of a so-called nonabsorbable mesh
13  material, that has been the polyester. There has
14  been a polyester mesh explanted in the '90s where we
15  saw a marked degradation, a complete degradation of
16  the filament, broken down to hundreds of parts of
17  small particles. This has been frequently
18  published. So for polyester, we got this early
19  experience by light microscopy. We later on noticed
20  that the different layers of the PTFE, mainly by
21  studies from Zimmermahar, from Ustritch. He first
22  showed in his experiments that the PTFE layers are
23  showing this degradation.
24           We believed, until the beginning of
25  the last decade, so 2000 ongoing for the next years,

Page 408

1  we were convinced that polypropylene does not show
2  these signs of degradation and had a lot of severe
3  discussions with the people from Covidien. They
4  said always polypropylene is going to be degraded
5  but polyester not. And so we always said, no,
6  polypropylene is inert, it is stable, it does not
7  show these sorts of degradation. And it has been on
8  the market for 45 years and we don't know. So we
9  were convinced that polypropylene will not cause any
10 problems.
11           And then -- so about 2000, where when
12 we started to think about PVDF, we got some
13 information that it may be not like this. And then
14 Clave comes up and Ramshaw comes up with their
15 electron microscopy pictures.
16           And you have to know that all these
17 histological slides, the microscopy is not able to
18 detect any different degradation, because usually in
19 these slides the mesh material is not seen. It is
20 removed by the cutting. So it is hardly possible to
21 see any degradation by light microscopy. You have
22 to do some electron microscopy, which is expensive.
23 So, yeah.
24           But with the publication of Clave and
25 from the American group showing electron microscopy,

Page 409

1  then we got aware that maybe -- that there is a
2  surface cracking after integration into the tissue.
3  And we, I think last year, or last year,
4  Klosterhalfen did -- made some electron microscopy
5  from human explants and saw this cracking as well.
6  And I know an image from the FEG where they made an
7  electron microscopy from an explanted mesh material
8  from a rat. And, interestingly, this material
9  consists of a PVDF thread and a polypropylene thread
10 in one. They have a product which contains a
11 polypropylene thread. And if you're looking to this
12 electron microscopy, you see a surface cracking on
13 the polypropylene fiber but not on the PVDF fiber.
14           So when I put all this together, I
15 think the evidence that there is no degradation of
16 the polypropylene threads in a mesh is considerably
17 lowered.
18      Q.    All right, Doctor.
19      A.    At least to say.
20      Q.    When did you come to the conclusion
21 that there's a possibility that polypropylene might
22 degrade? What year?
23      A.    What year? It has been -- I think we
24 have been either in Nuoro or Nice. I do not
25 remember the -- I always mix it up a little bit, but

Page 410

1  we have been on a conference of urogynecologists and
2  where this data from Clave has been presented on
3  this conference, 2008, 2009.
4       Q.    So sometime around 2008, 2009
5  approximately is when you came to the conclusion
6  that polypropylene might degrade; is that correct?
7       A.    And that it is coming to be -- or is
8  going to become a concern, yes.
9       Q.    And, Doctor, are you aware of some
10 polypropylenes having an antioxidant resin that's
11 mixed into the polypropylene?
12      A.    Yes.
13      Q.    And does Ethicon's mesh have that
14 antioxidant polypropylene resin mixed together?
15           MR. ANDERSON: Objection.
16           Go ahead.
17           THE WITNESS: I've read it in the
18 documents. Usually we don't know whether there are
19 some additives that usually are added in very small
20 amount of material, whether this is added. And
21 usually the manufacturers are the people coming to
22 us and demonstrating their products, they don't know
23 it. So we always try to get the information whether
24 the polypropylene of Atrium or polypropylene of
25 Bard, Marlex®, was different to that of Ethicon, but

Page 411

1  we didn't -- we never got this information, so --
2  but I know there has to be additives in the
3  polypropylene. To my knowledge, this is not
4  necessary for the PVDF. PVDF can be used as a pure
5  form.
6  BY MR. BROWN:
7      Q.    Doctor, I'm just talking about
8  polypropylene right now.
9      A.    Yeah, just for the knowledge. But
10 for the polypropylene, I know there are several
11 additives.
12     Q.    Now, Doctor, as a scientist, have you
13 studied it to be able to come to the conclusion that
14 a polypropylene does in fact degrade currently?
15     A.    Does not or --
16     Q.    Does degrade. So I'll restate my
17 sentence.
18          As a scientist, have you come to the
19 conclusion that polypropylene degrades based upon
20 your studies?
21          MR. ANDERSON: Objection.
22          Go ahead.
23          THE WITNESS: Yes, yes. It shows
24 signs of degradation. That is my current opinion to
25 this.

Page 412

1  BY MR. BROWN:
2      Q.    And have you specifically studied
3  that, Doctor?
4      A.    We didn't initiate any systematic
5  investigation to look to this.
6      Q.    And, Doctor, do you remember on the
7  Costello study that you cite in your paper, do you
8  remember that being a Bard mesh, a Kugel Composix?
9      A.    I remember.
10     Q.    And in both Clave and Costello,
11 neither one of them show an Ethicon polypropylene
12 mesh that is degraded; is that correct?
13     A.    We have to look. For this specific
14 question, we have to look to it.
15     Q.    Doctor, let me ask you this and then
16 we might look at that article.
17          If the Clave and Costello articles do
18 not show that an Ethicon polypropylene mesh is
19 degraded, are you convinced today that an Ethicon
20 polypropylene mesh can degrade?
21          MR. ANDERSON: Objection.
22          THE WITNESS: It is very clear if
23 they didn't really show that an Ethicon product of
24 polypropylene with some specific mixture does not
25 show a degradation, or if they didn't use this one,

Page 413

1  you cannot argue that the degradation of an Ethicon
2  product is confirmed by these studies. That can be
3  said by this. But I've read in the documents that
4  when getting notice of this principle that
5  polypropylene, and in the '90s, polypropylene
6  generally has been regarded as being inert and not
7  substance for degradation, generally, not specific
8  for some additives or something like this.
9          So when the data coming up showing
10 that polypropylene, in some forms, ever show some
11 sort of degradation, that should rise a certain
12 concern. And I've seen in some documents where
13 someone is saying it is just an artifact. And we
14 don't have -- think further on and make other
15 studies about it and look after it, because it is an
16 artifact and we did some other studies showing
17 different things.
18          I have objection to this procedure
19 there. So you may be right and it would be a good
20 thing if the Ethicon polypropylene products do not
21 show this degradation after incorporation, yeah.
22 And I think it is quite necessary -- it is necessary
23 to make several electron microscopic investigations
24 and to demonstrate that you don't have this surface
25 cracking at the surface of your products. This is

Page 414

1  not -- it should not be required only for pelvic
2  floor, but for the guys with abdominal hernia, it
3  will be interesting to know as well whether the
4  Ultrapro® or the Prolene® shows some surface
5  cracking on the polypropylene part as well. This is
6  my opinion to this as a scientist.
7  BY MR. BROWN:
8      Q.    Doctor, do you agree that Ethicon
9  could rely upon your statements when you wrote them
10 that the polypropylene did not degrade?
11          MR. ANDERSON: Objection.
12          THE WITNESS: In what article, at
13 what contents, to what time period?
14 BY MR. BROWN:
15     Q.    Doctor, in 2004 you stated that
16 polypropylene has no tendency to degrade.
17          Is that something that Ethicon could
18 have relied upon?
19          MR. ANDERSON: Objection.
20          THE WITNESS: What do you mean by
21 rely on it? I do not understand this rely on it.
22 Does it mean that they can say, because these people
23 say it in their article, we can be sure that? Then
24 this is obviously not justified, because we did not
25 make own investigations to the polypropylene at that

Confidential - Subject to Stipulation and Order of Confidentiality

Page 415

1  time point. I've told you, we relied on, we relied on
2  information from the manufacturer, from the
3  companies, that polypropylene did not show this.
4  And at that time point, we didn't have, though we
5  looked, we didn't have in the literature indications
6  that it was different at that time point. And,
7  therefore, this was mainly written in the
8  introduction to show the differences to the
9  polyester and to the PTFE. This sentence should
10  not -- if this sentence is used as a guarantee for a
11  manufacturer to use this product, this polymer, this
12  would be a hazard, if I find the right word.
13  BY MR. BROWN:
14      Q.    Doctor, if you look at your expert
15  report on page 11. I'm looking, Doctor, in the
16  second full paragraph, where it says, "The clinical
17  implications."
18          Do you see that?
19      A.    The third paragraph, "The clinical
20  implications of a degraded"?
21      Q.    Yes. Where it says, "The clinical
22  implications of a degraded, oxidized surface of"
23  polypropylene "mesh fibers in human tissue are not
24  completely known."
25          Do you see that?

Page 416

1      A.    I see this.
2      Q.    And so, Doctor, it's your opinion
3  that today we do not know what the implications are
4  of degraded polypropylene; is that correct?
5          MR. ANDERSON: Objection.
6          THE WITNESS: We did not fully know
7  the clinical implications of this. I -- for my
8  understanding of many biological processes, I'm sure
9  this is a nonlinear process. Degradation of a
10  polymer is a nonlinear process. And this is true
11  for the degradable, where intentionally there has to
12  be a degradation, but it should be true for the
13  nonabsorbable materials as well. So nonlinear
14  process means that maybe sometimes in 20 years there
15  may be an explosion, there may be a complete
16  degradation, an exponential increase of surface in
17  this field, and then you have to consider what
18  happens there.
19          If you have this exponential increase
20  of surface maybe in 20 or 30 years, I cannot
21  excluded it. But this is my concern in this. But
22  today it is right that in the moment, we don't have
23  a full understanding what is the clinical relevance.
24  It would be too rough to correlate this surface
25  cracking to some specific complication there. I

Page 417

1  would have -- I would see some problems to correlate
2  this. But it is a concern on the longhand, and it
3  gives or indicates the level of investigation.
4  BY MR. BROWN:
5      Q.    Doctor, I believe what you're saying
6  is the -- you cannot say what degradation occurs
7  might lead to a particular complication; is that
8  correct?
9      A.    I cannot give a precise figure,
10  either what type of complication or to what extent
11  this surface cracking contributes to the up -- to
12  the manifestation of a recurrence. If you have --
13  if this will lead to an increased surface of
14  30 percent after ten years, then if we have these
15  data, then it will be more easy to get a precise
16  risk assessment.
17      Q.    And, Doctor, you don't have any data
18  today that says that the Ethicon polypropylene
19  increases its size by 30 percent in ten years, do
20  you?
21      A.    No, I don't have the data.
22      Q.    Now, Doctor, in your report, you
23  identify what's called a barbed wire.
24          Do you see that?
25      A.    Yeah.

Page 418

1      Q.    Doctor, do you have any clinical
2  information that shows that the Ethicon
3  polypropylene leads to a barbed wire?
4      A.    This barbed wire is a model. It is a
5  model on the cellular level. It is the consequence
6  on the cellular level what happens. If you have an
7  increased surface, if you have these -- if you look
8  to that very sharp edges at that area, this should
9  lead to an activation of the cells that are attached
10  to it. On the clinical level, I don't have any
11  data.
12      Q.    And so you're saying the barbed wire
13  is not the actual polypropylene but it's some kind
14  of cellular structure?
15          MR. ANDERSON: Objection.
16          THE WITNESS: No, no. If you look
17  through the electron microscopy, you can see the
18  cracking in the surface, but this will lead to an
19  activation, to an irritation of the adjacent cells,
20  because you always have to consider some movement,
21  some motion in this area.
22  BY MR. BROWN:
23      Q.    And, Doctor, but there's no clinical
24  evidence at this point that Ethicon polypropylene
25  leads to this barbed wire effect; is that correct?

Confidential - Subject to Stipulation and Order of Confidentiality

Page 419

1    A.    There is no clinical study confirming
2  this on the clinical level.
3    Q.    Doctor, you continue down a little
4  bit further, and you say that this degradation could
5  cause an increase in inflammatory response.
6        Do you see that?
7        MR. ANDERSON: The paragraph starting
8  "Furthermore"? Is that where you are?
9        MR. BROWN: I mean generally.
10       MR. ANDERSON: Oh.
11 BY MR. BROWN:
12    Q.    Doctor, generally, are you talking
13 about that degradation could lead to an increased
14 inflammatory response in your expert report?
15    A.    Degradation, increased surface, leads
16 to an intensified inflammation, yeah.
17    Q.    Doctor, is there any clinical data
18 that an Ethicon polypropylene increases its size and
19 leads to an increase in inflammatory reaction?
20    A.    Not to my knowledge.
21    Q.    Doctor, if we look to the -- it's two
22 paragraphs down where it says "Finally, bacteria."
23       Do you see that section?
24    A.    Uh-huh.
25    Q.    Doctor, do you have any clinical data

Page 420

1  that bacteria can get into the cracks of degraded
2  mesh and increase the risk of infection?
3    A.    I know that the risk for infection in
4  the presence of a biomaterial is a considerable
5  concern. So there is general a concern, or this is
6  a major complication in this field, and there is
7  quite good evidence that this is related to the
8  surface of the material. As I tried to point out is
9  we have very little information about surface
10 cracking of Ethicon polypropylene products. There
11 are few investigations, few images of it. And I
12 don't -- yeah. I don't remember whether there is a
13 specific study showing if Prolift® shows this
14 degradation. But I didn't see any study excluding
15 this, this potential risk for the patient, so --
16    Q.    Doctor, I want to get you out of here
17 by 5:00. Okay? So I just want to --
18       My question to you is, is there any
19 clinical data that shows that bacteria gets in the
20 degraded mesh and leads to infection?
21       MR. ANDERSON: Objection.
22       Go ahead.
23       THE WITNESS: I don't find the
24 combination clinical data and bacteria to see this,
25 because in clinical data on the clinical level, it

Page 421

1  is impossible to find any bacteria.
2  BY MR. BROWN:
3    Q.    Doctor, when you take a piece of
4  Prolift® out of the package, is it frayed to some
5  extent on the corners?
6        MR. ANDERSON: Objection.
7        THE WITNESS: When you take -- so
8  frayed means frizzled, sharp corners at the edge?
9        MR. ANDERSON: You call it frizzled,
10 we call it frayed.
11       THE WITNESS: Frizzled? Frayed?
12       Yeah, there are some areas where you
13 have ends of filaments going to the border.
14 BY MR. BROWN:
15    Q.    Doctor, have you cut pieces of mesh
16 before for hernia repair, polypropylene meshes?
17    A.    Yes.
18    Q.    Doctor, are you aware of the places
19 where you cut the polypropylene, that that has
20 caused an increased inflammatory reaction?
21    A.    Again, please?
22    Q.    Sure.
23       Where you have cut a polypropylene
24 mesh and placed it in the abdomen for a hernia
25 repair, are you aware of it leading to increased

Page 422

1  inflammation where you cut it, the mesh?
2    A.    We are aware that we have -- that
3  there are differences between the different
4  materials, whether they made this -- this creates
5  this particle when trimming. There are differences,
6  so it depends from the textile structures whether
7  you have a lot and whether you don't have a lot.
8  And our experience was that the old Marlex® mesh
9  showed an extreme production of these small
10 particles in the OR field. Of course, we didn't
11 made a revision operation after two weeks or just
12 could relate it to this particle loss in these
13 patients if they got some inflammatory response.
14       So the reduction of the inflammation
15 to this -- to these particles alone is hardly -- is
16 hard to be verified in clinical studies or even in
17 experimental studies. However, if -- there is good
18 evidence that the degree of tissue inflammation
19 depends on the surface to the foreign body. And the
20 higher the surface and the more foreign bodies, the
21 higher the intensity of the inflammation and
22 fibrosis there. But there is no absolute level.
23    Q.    Doctor, do you have any clinical
24 evidence that when the Prolift® mesh is cut, that
25 the sides that are cut cause an increased

Confidential - Subject to Stipulation and Order of Confidentiality

Page 423

1 inflammatory reaction?
2          MR. ANDERSON: Objection.
3          Go ahead.
4          THE WITNESS: For the tissue or --
5 there is no specific -- there are no specific data,
6 to my knowledge, that are able to separate the
7 overall tissue reaction, the effect to the material
8 and to these lost particles by cutting through,
9 which is -- I don't know any study which is able to
10 separate these effects.
11 BY MR. BROWN:
12     Q.     Doctor, when you place a piece of
13 mesh in an animal, you cut the mesh and then place
14 it in the animal. Correct?
15     A.     Usually that is not right. In most
16 of the studies, with Ethicon as well, we got the
17 mesh materials presized or pretrimmed or in the
18 definitive configuration, because then they were
19 packed for experimental use in the appropriate size,
20 and then they went to the sterilization. So in most
21 of our experimental studies, we did not trim it
22 during the OR.
23     Q.     Doctor, did you ever trim a piece of
24 mesh, an Ethicon polypropylene mesh, and place it in
25 an animal?

Page 424

1     A.     I do not remember if in any of these
2 experiments it was necessary, because, as I said, we
3 always got it packed in 2 to 3 centimeters sample
4 size there.
5     Q.     Well, Doctor, if it comes already
6 frayed and frizzled, as you've stated when you
7 implanted it, it would be frayed and frizzled.
8 Correct?
9     A.     Please explain frayed and frizzled,
10 what you mean, in detail.
11     Q.     Well, I want to make sure that I'm
12 using your words correctly. And you talk about --
13 if you look on page 47 of your expert report.
14          Do you see on the top it says
15 "Fraying"? Do you see that heading, Doctor?
16     A.     Fraying, yeah.
17     Q.     What do you mean by fraying?
18     A.     Fraying is a -- what we have been --
19 learned from the Marlex® mesh, that you have a --
20 several small particles that appear during -- maybe
21 appear during the manufacturing process but which of
22 course occur when you trim the mesh, because you
23 have to cut the linkage of the textile. And it
24 depends from the textile structure and from the
25 linkings how much of this fraying will be the result

Page 425

1 of your trimming there.
2          So there are mesh configurations that
3 produce only little fraying, and there is others
4 that produce more of them. And this is -- I know
5 this is investigated by Ethicon as well, and,
6 therefore, they switch to laser cutting of the mesh
7 instead of mechanical. But in the OR, you don't
8 have the laser to cut it and to trim it, and,
9 therefore, you should be aware that this happens and
10 you should try to control the amount of fraying that
11 may occur after -- when trimming the mesh.
12     Q.     Doctor, when you have a pore and then
13 you go and you cut that pore and it's got a little
14 piece of that fiber sticking out, is that
15 you're saying is fraying?
16     A.     It is -- yeah. This fraying consists
17 of different particles. Some are some small
18 particles spreading out from the polymer and some
19 others are the remaining fibers which are cut
20 through and then lost.
21     Q.     When you take a piece of Prolift®
22 right out of the package, is there any fraying on
23 the side of the Prolift® mesh as it comes out of the
24 package?
25     A.     This is written in his report there

Page 426

1 that there are some -- always there are some small
2 particles.
3     Q.     So when you got it precut and sent to
4 you and placed in animals, it would have already had
5 fraying on it. Correct? Let me restate that.
6          When you got mesh that was sent to
7 you precut, then it would have already had some
8 fraying. Correct?
9     A.     It may. But it depends from the
10 textile you have. There are some without and some
11 when it has a very firm linkage, then it does not
12 tend to lose so much material. And, therefore, it
13 may be that you have a mesh that has only very
14 little amount of fraying.
15     Q.     Doctor, for the Prolene® Soft Mesh
16 when it comes to you precut, there's going to be
17 some fraying.
18          Is that what you're saying?
19     A.     There is some fraying.
20     Q.     And when you place that in an animal
21 and tested it, can't you look to see if there's a
22 higher inflammatory response on the edges?
23     A.     To investigate whether the fraying
24 has an effect there, then you would have to make
25 another experiment then. You have to compare the

Confidential - Subject to Stipulation and Order of Confidentiality

Page 427

1  Prolift® without fraying and then add some fraying
2  on it and then look what is the biological
3  consequences for this.  This is the fraying.
4          The frizzling, this sharp edges at
5  the border of it, there are some devices which
6  closed the border by just putting in some filaments
7  so that you don't have these sharps edges there.
8  This may be an alternative.  You can do some testing
9  comparing these two, but this mainly depends from
10  the mobility of the tissue.  So sharp edges in a
11  tissue which does not show this mobility will not do
12  likely so much harm as in an area where you have a
13  lot of mobility.
14      Q.    Doctor, can't you compare, in the
15  middle of the mesh where there's not any fraying to
16  the corners of the mesh and decide if there's higher
17  inflammatory response where the fraying is
18  occurring?
19          MR. ANDERSON:  Objection.
20          Go ahead.
21          THE WITNESS:  It is very difficult,
22  yeah.  You may have a look to it, but this would
23  interfere with the surgical trauma, which is
24  different to the sides as to the middle.  This
25  depends of the shearing stress.  So if you have in

Page 428

1  the tissue that is without mobility, then you have
2  another thing.  It depends from the tensile
3  strength.  If you have a collapse of structures,
4  then you have an intensified inflammatory reaction
5  in the middle, not at the border.  So, yeah, there
6  may be or I have no problems to design several
7  experiments studying this phenomenon and the
8  relevance for the biological outcome.  I have no
9  problems to make this design.  But I'm, again, not a
10  manufacturer.
11  BY MR. BROWN:
12      Q.    And, Doctor, let me ask you this.
13          Do you have any clinical studies or
14  preclinical studies that shows that the fraying of
15  the Prolene® Soft Mesh elicits a higher inflammatory
16  response?
17          MR. ANDERSON:  Objection.
18          Go ahead.
19          THE WITNESS:  Again,
20  inflammation/infection is a clinical concern based
21  on clinical complications, and I don't know any
22  study that can differentiate the impact of fraying,
23  particle loss, surface, to separate all these
24  different impacts.  I don't know any possibility to
25  do so, and I do not have any data that are able to

Page 429

1  separate this clearly.
2  BY MR. BROWN:
3      Q.    Doctor, are you saying that there is
4  no preclinical or clinical studies that shows that
5  the Prolene® Soft Mesh where it frays elicits a
6  higher inflammatory response?
7          MR. ANDERSON:  Objection, asked and
8  answered.
9          Go ahead.
10          THE WITNESS:  I am not sure whether I
11  get all these combinations in your sentences right.
12  BY MR. BROWN:
13      Q.    Do you have any clinical or
14  preclinical studies that shows that the fraying of
15  the Prolene® Soft Mesh increases the inflammatory
16  response?
17          MR. ANDERSON:  Objection.
18          Go ahead.
19          THE WITNESS:  As I have said, I have
20  no data that identifies the separate impact of the
21  fraying to the inflammation.
22  BY MR. BROWN:
23      Q.    Okay.
24      A.    Neither clinical or preclinical.
25          MR. BROWN:  I know we've been going

Page 430

1  for a while, so let's take a break.
2          MR. ANDERSON:  Sounds good.
3              - - -
4          (A recess was taken from 2:27 p.m. to
5      2:42 p.m.)
6              - - -
7  BY MR. BROWN:
8      Q.    Doctor, let me go back to degradation
9  just for a little bit.
10          Is it your understanding that if a
11  mesh does degrade, that some free particles could
12  come off of the mesh fiber?
13      A.    Degradation, yeah, means or will
14  offer the option to -- that some particles are
15  separated from the filament and, therefore, means
16  increase of surface.
17      Q.    So when you're concerned about a
18  potential inflammatory reaction, is it because of
19  the increased surface or is it because of potential
20  particles that come off the mesh fiber?
21          MR. ANDERSON:  Objection.
22          Go ahead.
23          THE WITNESS:  When there is a release
24  of particles going to be separated from the
25  filament, then you have an increase of the surface.

Page 431

1  And the local inflammatory reaction so far I
2  understand is influenced by the surface in general,
3  as well as the relative movements of particles to
4  this tissue.  And all together, this -- a
5  considerable -- this balance of the mobility there
6  and enhanced surface that has to be considered as a
7  risk factor and not as a beneficial aspect.
8  BY MR. BROWN:
9       Q.    Doctor, are you aware of any clinical
10  data on the Prolift® allowing any free particles to
11  come off the mesh and elicit a higher inflammatory
12  response?
13           MR. ANDERSON:  Objection.
14           Go ahead.
15           THE WITNESS:  I know that there is a
16  release of particles when trimming the Prolift®, not
17  only from our investigations, but from the documents
18  from Ethicon themselves.  To my knowledge --
19  BY MR. BROWN:
20       Q.    Doctor, do you understand my
21  question?  And I'll ask you about the trimming.
22       A.    Yeah, yeah.
23       Q.    But mine is just about particles that
24  may come from degradation.
25           Do you want me to restate my

Page 432

1  question?
2           My question was, are there any
3  particles -- scratch that.
4           Are you aware of any particles that
5  come from degradation that lead to an increased
6  inflammatory response for the Prolift®?
7       A.    I have insufficient data to say
8  how -- about the degradation of the Prolift® as seen
9  in the electron microscopy.  I know from the
10  records, from the documents, that there have been
11  these investigations, but I did not have the
12  opportunity to have a look to this.  And, therefore,
13  I'm not able to estimate what may be the amount of
14  particles that can be separated or can be released
15  by this degradation process.  But considering all of
16  the literature and all my knowledge, I cannot
17  imagine any beneficial effect of it.
18       Q.    But at this time, you're not aware of
19  there being any particles coming from the
20  polypropylene mesh that leads to this inflammatory
21  response, this heightened inflammatory response; is
22  that correct?
23           I can restate the question.  I know
24  it's loud.
25           Doctor, are there any clinical

Page 433

1  studies or preclinical that show particles coming
2  from the Prolift® mesh as a result of degradation
3  leading to increased inflammation?
4       A.    There are many, many limitations that
5  makes it impossible to create a causal chain between
6  degradation particle loss and inflammation.  But
7  taken all together, the increase of surface of a
8  foreign body reaction in a given area of the tissue
9  has to be considered as a risk and not as a
10  beneficial aspect.
11       Q.    And as we said earlier, there's no
12  clinical data that the Prolift® mesh surface
13  increases; is that correct?
14           MR. ANDERSON:  Objection.
15           Go ahead.
16           THE WITNESS:  I can just repeat my
17  last sentence.  There is no clinical data that is --
18  which is able to demonstrate a causal chain between
19  one certain point and the other.
20  BY MR. BROWN:
21       Q.    Doctor, are there -- strike that for
22  a second.
23           Dr. Mang, when he tested the Prolift®
24  mesh, did he use some kind of device to see what
25  kind of particles would come off the Prolift®?

Page 434

1       A.    Again, Dr. Muhl?
2           MR. ANDERSON:  Dr. Muhl.
3           THE WITNESS:  Dr. Muhl.
4  BY MR. BROWN:
5       Q.    Dr. Mung.
6       A.    You are talking about the study of
7  Dr. Mung?
8       Q.    Yes.
9       A.    So please again with --
10       Q.    Yes.
11           Did Dr. Mung use a utensil or device
12  to see if particles would come off the Prolift® out
13  of the package?
14       A.    We have been sitting together and
15  writing a protocol to see or to separate several
16  steps which may be interesting to know whether this
17  creates some particles or which eases the release of
18  some particles.  And there we defined several time
19  periods to look after these time periods and put all
20  this together in an experimental setting.  So we can
21  go to -- through this experimental setting and to
22  the data in detail, but then we should do it with
23  the paper.
24       Q.    Well, I'm speaking more on the -- you
25  reviewed the expert report of Dr. Mung; is that

Confidential - Subject to Stipulation and Order of Confidentiality

Page 435

1  right?
2      A.    Yeah.
3      Q.    And Dr. Mung's expert report -- have
4  you reviewed Dr. Mung's expert report?
5      A.    I've read it.
6      Q.    And did Dr. Mung use a device to make
7  contact with the Prolift® to see if particles would
8  come off the Prolift®?
9          MR. ANDERSON:  He just said he'd like
10 to see it.
11 BY MR. BROWN:
12     Q.    Do you know if he did that or not?
13         MR. ANDERSON:  Again, he said he'd
14 like to see it.
15         THE WITNESS:  Yeah, we have to go to
16 the paperwork.  I know that it was very -- many
17 different steps to look whether there was one or to
18 objectify whether there was a particle loss or not.
19 So many details, then we should go line by line in
20 the protocol and then we can see it.
21 BY MR. BROWN:
22     Q.    Doctor, I'm just asking you what you
23 remember as you sit here today.
24         And so do you remember particles
25 coming from Dr. Mung's test?

Page 436

1          MR. ANDERSON:  Again, I think in
2  fairness --
3          MR. BROWN:  Ben, I know what you're
4  asking, but I'm asking him what he knows.
5          MR. ANDERSON:  Well, it's in fairness
6  to him, you should provide it to him.
7          MR. BROWN:  If you want to make it
8  across the litigation that every time we ask a
9  question, that we have to show the document --
10         MR. ANDERSON:  If he asked to see it?
11         MR. BROWN:  -- we'll be glad to do
12 so.  You can ask your counterpart about that.
13         THE WITNESS:  As I remember
14 correctly, it's some time ago, then some was just to
15 look what has been collected in the package, and
16 some has been by some instrument to look what can be
17 released by some gentle forces there.  And then he
18 looked what can be released by some, additionally, I
19 think hydrosonic has been applied there, and then
20 what is done by some cutting of 1 or 2 centimeters.
21 It just -- yeah.
22 BY MR. BROWN:
23     Q.    And are you aware of any clinical or
24 preclinical studies that show where any particles
25 that come off as the Prolift® is being placed in the

Page 437

1  pelvic floor leads to complications?
2      A.    I'm aware of many, many preclinical
3  studies showing that increased surface is associated
4  with increased inflammation of the tissue around,
5  but I've -- I'm not aware of a specific
6  investigation looking for the Prolift® and the
7  amount of particles around there.  Yeah.
8      Q.    Doctor, do other meshes shed these
9  particles?
10         MR. ANDERSON:  Objection.
11         Go ahead.
12         THE WITNESS:  We did not make a
13 systematic analysis of all meshes available, about
14 the quantity of particulate release after -- before
15 trimming and after trimming.  I know from my
16 experience that the Marlex® mesh was an extreme bad
17 example of releasing a lot of these particles, that
18 it was not so evidence for the clinician during the
19 OR for the Vypro® and for the Ultrapro®.  It is not
20 like this.
21         I know from the literature studies
22 about slings that there are differences in between
23 the various structures.  So, yeah, there -- it
24 depends from the textile structure mainly the degree
25 of particle release.

Page 438

1  BY MR. BROWN:
2      Q.    What meshes have you tested to see
3  what kind of particles come from that mesh?
4      A.    We can look to the report which
5  meshes are there.
6          MR. ANDERSON:  Did you say which he
7  studied or which have been studied?  I missed that,
8  I'm sorry.
9          MR. BROWN:  What Dr. Klinge has
10 studied, which ones he has studied.
11         THE WITNESS:  So this report is on
12 Prolift® and Prolift+M®.
13 BY MR. BROWN:
14     Q.    Doctor, do you know if there's ever
15 been any studies on whether PVDF sheds particles?
16     A.    I'm not sure, because I just did not
17 realize or remember directly the figures, how much
18 particle loss has to be considered with a DynaMesh
19 structure there.
20     Q.    Doctor, if you look at page 43 of
21 your report, it actually starts 42.
22         If you look on page 43, Doctor?
23     A.    I'm looking.
24     Q.    It's the first paragraph, the third
25 sentence where it says "Furthermore."

Confidential - Subject to Stipulation and Order of Confidentiality

Page 439

1    A.    Second -- third, "Furthermore this
2  study clearly shows."
3    Q.    Doctor, when you state,
4  "contamination has to be considered as a rule when
5  using meshes in the pelvic floor," why do you state
6  that?
7    A.    I've learned from the beginning of my
8  surgical career that the presence of bacteria in
9  combination with a foreign body is a concern and
10  that you should avoid it and that you should be very
11  careful not to use foreign bodies in the presence of
12  bacteria, despite -- and that you should use
13  prophylactic antibiotics even in clean wounds if you
14  are placing an -- a foreign body. And still today,
15  there is a controversial discussion whether it's
16  justified to use or to implant a mesh in the
17  abdominal cavity after damage of thin bowels and
18  thick bowels.
19    The general opinion is that in cases
20  of severe contamination, that means already the
21  damage of the thick bowel, where you have a lot of
22  bacteria, that you should stop to use a textile
23  implant at the same operation, but you have to wait
24  for it.
25    So our experience, my experience and

Page 440

1  I would say the experience of the surgical
2  community, is to be very, very resistant or very
3  limited use of foreign body materials in combination
4  with some contamination in that field. That is what
5  I've taught, what I can say for abdominal surgery.
6  And --
7    Q.    Doctor, you know my question was
8  limited to pelvic floor, though.
9    A.    At the beginning, I was really
10  surprised about the use of pelvic floor meshes by
11  this approach. And this concern is confirmed by
12  this study where they looked to the bacterial
13  contamination of these meshes. And, therefore, I
14  hope I write it correctly, that in contrast to the
15  use of meshes in the abdominal wall, contamination
16  is to be considered as a rule. This is a much
17  higher risk than I would assume for the abdominal
18  wall, for the implantation in the abdominal wall.
19  The contamination with bacteria is a more important
20  concern than in the abdominal wall.
21    Q.    What causes the increased
22  contamination in the pelvic floor, Doctor?
23    A.    To my knowledge, it is the access.
24  We have similar experiences in our sort of surgery
25  that we even -- if you compare laparoscopic and open

Page 441

1  access, then you can decrease the incidence of
2  infections with the laparoscopic access in
3  comparison to the open one, and to make a
4  transvaginal approach, bias the risk for bacterial
5  contamination if you use a mesh.
6    Q.    Are you saying abscess or what --
7    MR. ANDERSON: Access, access.
8    THE WITNESS: The access or the
9  approach.
10    MR. ANDERSON: To access.
11  BY MR. BROWN:
12    Q.    So why does the access in the pelvic
13  floor lead to higher contamination, in your opinion?
14    MR. ANDERSON: Asked and answered.
15    Go ahead.
16  BY MR. BROWN:
17    Q.    What about accessing through the
18  pelvic floor leads to higher contamination for the
19  mesh?
20    A.    No. The transvaginal approach to
21  place the mesh means that you have a risk for
22  carrying bacterias into the wound. And this is
23  confirmed by the studies looking to bacteria at the
24  mesh surface.
25    Q.    Do you have a risk of having bacteria

Page 442

1  when you place it in -- or place the mesh in
2  abdominally as well?
3    A.    You always have a risk with a foreign
4  body, but you have to reduce it at maximum. And for
5  abdominal wall, it is reduced, first of all, by
6  getting or optimizing the indication. Second, by
7  optimizing the access --
8    MR. ANDERSON: The access.
9    THE WITNESS: -- the way to bring it
10  in. And these are the options to do so.
11  BY MR. BROWN:
12    Q.    Doctor, would you agree that the mesh
13  construction for Prolift® has sufficient -- scratch
14  that.
15    Would you agree that the mesh --
16  scratch that one more time.
17    Would you agree that the Prolift® as
18  it's constructed has sufficiently large pores to
19  allow the body to clean out bacteria that might
20  become on it?
21    MR. ANDERSON: Objection.
22    Go ahead.
23    THE WITNESS: No, I think it is not
24  sufficient pore size to clean out, not because of
25  the reason that it is impossible for macrophages to

Confidential - Subject to Stipulation and Order of Confidentiality

Page 443

1 reach these bacterias, but we know from many of our
2 studies that the function of the macrophages is
3 impaired in the neighborhood of foreign bodies if
4 there is a present bacterial infection. So the
5 defense capability of the macrophages cleaning, what
6 you say cleaning the body from the bacteria, is
7 reduced, and that is -- that makes the tremendous
8 risk. If you have an infected foreign body, if you
9 have an infected mesh, everyone knows that it is
10 hard to get control of this infection, if there are
11 only some risks of this mesh remain in the tissue.
12 So cleaning of an infection, though I know some
13 report that they can treat a mesh infection just by
14 waiting, very many reports confirmed that it is very
15 difficult to get control of a mesh infection.
16 BY MR. BROWN:
17      Q.     Is that a Prolift® mesh, Doctor?
18      A.     That is -- there are reports about
19 severe mesh infections for the Prolift®, but for all
20 other meshes as well. It is a general experience
21 for all -- I would say for all surgical fields, that
22 the control of an infection in the presence of a
23 foreign body requires the removal of the foreign
24 body.
25      Q.     So, Doctor, it's your testimony that

Page 444

1 the Prolift® is constructed in such a way that when
2 bacteria gets on it, it usually needs to be removed?
3           MR. ANDERSON: Objection.
4           Go ahead.
5           THE WITNESS: For most of the
6 clinical experience, it is necessary to remove.
7 But, however, it depends from the presence of this
8 infection whether it is surrounded by bacterial
9 liquid or whether it's just a short edge which may
10 be not covered any longer by some tissues. So, of
11 course, because of our difficulties to remove a
12 mesh, and in particularly to remove the Prolift®,
13 therefore, we usually try to make a conservative
14 treatment to heal it out. But very often, it does
15 not work.
16 BY MR. BROWN:
17      Q.     Doctor, what are the infection rates
18 for the Prolift®?
19      A.     There are figures, if I remember
20 correctly, but we can go to the FDA report or to
21 look there. But if I am -- remember correctly, it's
22 about maybe 3 to 5 percent in some infection, but it
23 is difficult to separate this from erosion, local,
24 which is a local infection as well. And the
25 critical point is that you have to wait a long time

Page 445

1 to summarize or to come to a final point where
2 this -- how often this infection occurs.
3           If we just look to the subgroup of
4 meshes that has been explanted because of infection
5 from Professor Klosterhalfen, the median interval of
6 explantation is two years. And if I remember
7 correctly, there has been a huge study from the US
8 veteran hospitals, I guess about more than 1,000
9 mesh operations for incisional hernia. And they
10 reported similarly that it is a delay of two years.
11 So you have to consider that there is a lifelong
12 risk for manifestation of infection. And,
13 therefore, it is hard for me to say what is the
14 incidence of it, at what time point.
15      Q.     Doctor, are you familiar with the
16 Cosson study where he did a three-year study and
17 found less than 1 percent of infection?
18      A.     Am I -- yeah, I remember.
19      Q.     If mesh contamination is the rule,
20 how do you explain infection rates of around even 1,
21 2 and 3 percent if the Prolift® is not constructed
22 in such a way where the body can't clean it out?
23           MR. ANDERSON: Objection.
24           Go ahead.
25           THE WITNESS: The simple reason is

Page 446

1 that we don't have to treat -- we are not treating
2 standardized patients with -- which are healthy.
3 And you add some surgical trauma to it. You have to
4 consider that you have females of different ages,
5 different co-morbidities, that maybe some of them
6 have an impaired immunological defense capacity. So
7 maybe in the very young patients, in the healthy
8 patients, you have a very, very low infection risk;
9 but if you have an additional risk by increased
10 surface, increased number of bacteria, specific
11 strain of bacteria as well, it may occur, and
12 obviously it occurred, that in some patients, there
13 are some infections, there manifests some
14 infections, though in many others, in the period you
15 follow up, you didn't see it. But maybe you just
16 have to wait.
17 BY MR. BROWN:
18      Q.     Doctor, is it your testimony that
19 contamination is the rule for meshes placed through
20 the vagina and that the Prolift® doesn't allow
21 itself to be cleared out with infection and only has
22 infection rates of 1, 2 and 3 percent?
23           MR. ANDERSON: Objection to form.
24           THE WITNESS: It's a chain of
25 different -- of various statements there in your

Confidential - Subject to Stipulation and Order of Confidentiality

Page 447

1 sentence.
2 BY MR. BROWN:
3     Q.    Do you want me to restate it, Doctor?
4     Here's what I want to know.
5     Is it your testimony that if
6 contamination is the rule and the Prolift® cannot
7 clean out --
8     A.    First part, can we do it in parts?
9     Q.    Let me ask you this.
10    Is contamination the rule when
11 placing a mesh in pelvic floor repair?
12    A.    A rule if you mean 100 percent, that
13 I'm not sure to do so.
14    Q.    Most of the time?
15    A.    But as the studies indicate that it
16 is a considerable risk, which is different to other
17 fields of surgery. So there is a specific risk
18 because of this contamination in -- which has to be
19 considered, yes.
20    Q.    Doctor, if contamination is the rule
21 and the Prolift® mesh doesn't allow itself to be
22 cleared out from the body, what kind of infection
23 rates would you expect to see?
24        MR. ANDERSON:  Objection.
25        Go ahead.

Page 448

1        THE WITNESS:  I don't know any mesh
2 that is able to clear themself by some bacteria.
3 BY MR. BROWN:
4     Q.    Allow the mesh to clear itself?
5        MR. ANDERSON:  Same objection.
6 BY MR. BROWN:
7     Q.    Allow the body to clear the infection
8 if the infection is on the mesh?
9        MR. ANDERSON:  Same objection.
10 BY MR. BROWN:
11    Q.    Let me restate it so I have got one
12 question out there, and then you can answer it.
13    If contamination for mesh put in
14 pelvic floor is the rule, what would you expect the
15 infection rate to be for the Prolift® mesh when it's
16 constructed in such a way that it does not allow the
17 body to clear it out, the infection?
18        MR. ANDERSON:  Objection.
19        Go ahead.
20        THE WITNESS:  I do not expect, or I
21 know that it is not -- contamination of one bacteria
22 of a surface usually is not enough to create an
23 infection, but the persistence of these or the
24 number of bacterias that get attached to this, the
25 surface, the type of bacterias there, they will

Page 449

1 increase the risk for a specific -- for a population
2 of patients for making or for getting an infection.
3 And I believe that an optimum procedure and an
4 optimum device will have no infection.
5 BY MR. BROWN:
6     Q.    What is an optimum device that
7 prevents infection?
8     A.    We told already or we talked about
9 already that it's difficult to find the best device.
10 But from the point of the view of a patient and from
11 the point of the view of a surgeon, I want to have a
12 device which, even with the risk of contamination,
13 does not lead to a single infection there, because
14 the risk of any revision is considerable.
15    Q.    And is there any device, Doctor, on
16 the market today that prevents any infection?
17        MR. ANDERSON:  Any mesh device?
18        MR. BROWN:  Any mesh device.
19        THE WITNESS:  Which prevents -- it's
20 a difficult topic whether there is some which
21 prevents it.  But the history is clear, there has
22 been removed some of the devices because of the
23 problem for infection.  There has been some devices
24 that has been used in the pelvic floor that have
25 been removed, mainly, so far I remember, because of

Page 450

1 infection.  And, therefore, we are sure and we know
2 that this risk for manifest infection is influenced
3 by the quality of the structure of the device.  Yes.
4 BY MR. BROWN:
5     Q.    My question is, is there a device, a
6 mesh device, that's out there today that prevents
7 infection?
8     A.    Obviously there are meshes or
9 structures that are better than others.
10    Q.    But are there any that there's no
11 infection as a result of that mesh?
12    A.    You cannot answer this, because
13 infection may have several different reasons, and
14 only -- and some parts of it are affected by the
15 structures but not all.
16    Q.    Can you --
17    A.    There are infections even without any
18 mesh material.  And, of course, this cannot be
19 affected by the best material if it's not used.
20    Q.    Can you point to a mesh today for
21 pelvic floor repair or hernia repair that has no
22 risk of infection?
23    A.    There is no procedure in medicine in
24 general, in all fields, that has no risk for
25 infection.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 451

1     Q.   Doctor, what mesh construction do you
2 believe is out there today that is better than the
3 Prolift® to prevent infection?
4     A.   Maybe Prolift+M®, because it has a
5 reduced surface. But I'm -- as I said, there is --
6 to my knowledge, there is no competitive study to
7 show in clinical trials that one is superior to the
8 other in regard to the infection. And it is very
9 difficult to make these clinical trials and to look
10 to it, because you have to wait for 10, 15 years.
11         However, all the preclinical studies
12 we did, they clearly indicate, and I have no doubts
13 to this, that the risk for infection is affected by
14 the surface size and the degree of the contamination
15 and the type of the germs that are attached to the
16 surface. And this has to be investigated, and the
17 amount of surface has to be really reduced, and then
18 you can expect that you have a lowered risk, not a
19 nonpercent risk, but a lowered risk.
20     Q.   Doctor, are there any studies that
21 you can point to that the Prolift+M® has a lower
22 infection rate than the Prolift®?
23     A.   That Prolift+M® has a lower infection
24 rate, the clinical studies, studies comparing this.
25         I did not get an information on a

Page 452

1 study that is doing in regards to specify this.
2     Q.   So there's nothing you can point to
3 that shows that there is another mesh construction
4 that has a lower infection rate than the Prolift®;
5 is that correct?
6         MR. ANDERSON: Objection.
7         Go ahead.
8         THE WITNESS: I fear this topic has
9 not been investigated when having access to the --
10 which of the two materials is better than the other.
11 BY MR. BROWN:
12     Q.   Doctor, we'll come back to my
13 question then, which is --
14         MR. BROWN: Would you read it back,
15 Ann Marie?
16         - - -
17         (The court reporter read the
18       pertinent part of the record.)
19         - - -
20         MR. ANDERSON: Objection, asked and
21 answered.
22         THE WITNESS: There is a lack of
23 knowledge, yeah.
24         MR. BROWN: Would you read back my
25 question? I'm asking you, can you point to a study,

Page 453

1 but go ahead and read back my question.
2         - - -
3         (The court reporter read the
4       pertinent part of the record.)
5         - - -
6         MR. ANDERSON: Same objection, asked
7 and answered.
8         Go ahead.
9         THE WITNESS: No, I do not have a --
10 I did not find in the literature a study which
11 addresses the differences in the attachment of
12 bacteria to the different surface and whether the
13 reduced surface of the Prolift+M® is related to a
14 reduced attachment of bacteria and later on will
15 have a reduced infection rate.
16 BY MR. BROWN:
17     Q.   Doctor, what does it mean to you to
18 potentiate infection with regard to a mesh?
19     A.   It means that the clinical
20 manifestation of an infection is accelerated and
21 intensified in the presence of a foreign body. This
22 is -- yeah. This is current knowledge in surgery as
23 well, and there are a lot of experimental data
24 showing what happens if you add bacteria to the
25 wound of a alloplastic material.

Page 454

1     Q.   Have you seen any studies, Doctor,
2 where bacteria has been added to the mesh in
3 Prolift® to see if it potentiates infection or it
4 does not potentiate infection?
5     A.   Surprisingly, I did not remember --
6 or in the moment, I did not remember any study where
7 the aim was to control the bacterial adherence of
8 various germs to the surface of the Prolift®.
9     Q.   Doctor, let me just ask you if you --
10 I'm showing you Exhibit 18, which is a study by
11 Thomas or Dr. Barbolt.
12         - - -
13         (Deposition Exhibit No. Klinge-18,
14       Article entitled "Biology of
15       polypropylene/polyglactin 910 grafts", was
16       marked for identification.)
17         - - -
18 BY MR. BROWN:
19     Q.   It's Exhibit 18.
20         Doctor, a couple different things
21 were studied here, but we're talking right now just
22 about the infection potentiation. So he discusses a
23 study starting on page S29. Do you see where it
24 says "Infection potentiation"? If you would,
25 Doctor, go ahead and read that section on infection

Confidential - Subject to Stipulation and Order of Confidentiality

Page 455

1 potentiation and then I'll ask you a couple
2 questions about it.
3         Tell me whenever you're through,
4 Doctor.
5         Have you had a chance to review it?
6         MR. ANDERSON:  Review what?  The
7 whole article or you just --
8         MR. BROWN:  No.
9         MR. ANDERSON:  -- want him to look at
10 these few paragraphs?
11         MR. BROWN:  Yeah.  I mean, there's a
12 couple of different studies and this is a review of
13 studies, and I'm only asking about the "Infection
14 potentiation" at this point.
15         MR. ANDERSON:  Okay.
16         THE WITNESS:  So I read this chapter,
17 yes.
18 BY MR. BROWN:
19     Q.    The "Infection potentiation," right
20 here?
21     A.    Yeah, yeah.
22         Or maybe it is not necessary, because
23 there are so many things, maybe you can come in
24 details with a single to have a look at it.
25     Q.    Doctor, would you agree in this study

Page 456

1 that the Gynemesh® PS was inoculated with some
2 bacteria?
3     A.    That is right.
4     Q.    And, Doctor, have you seen this study
5 before?
6     A.    Yes, I have seen this study.  Yeah.
7     Q.    And after they looked at it, it
8 showed that it was neutral for the presence of
9 bacteria.
10         Do you see that?
11     A.    I see this, but --
12     Q.    And does that mean that there was no
13 additional bacteria that was originally placed on
14 the mesh?
15     A.    Now, what was -- what my
16 interpretation of this document is, that it -- first
17 of all, he clearly explains what I said is
18 potentiate.  He said that you need fewer bacteria.
19 It is well known that in the presence of a firm
20 implant, it takes fewer bacterias to cause infection
21 at the surgical site, infection.  So I think I'm in
22 agreement with his position.
23         Then he took three different meshes.
24 Interestingly, these are different materials than in
25 the studies before.  However, he compared some

Page 457

1 biologicals, and we can let them outside, because
2 this is not our job.  Then we have the Gynemesh® PS
3 and the Marlex® mesh that he looked at it.  He
4 placed staphylococcus aureus.  Staphylococcus aureus
5 is not the main germ that has to be considered in
6 the use in the pelvic floor area.
7     Q.    What is that main germ?
8     A.    What?
9     Q.    What is the main germ for the pelvic
10 floor area?
11     A.    It is some gram negative bacteria as
12 well, a lot of it.  We can have a look to this study
13 where they made the culture of the germs that were
14 isolated from the mesh.  But only staphylococcus
15 aureus, that's mainly sitting on the skin.
16         We have made own investigations, and
17 we compared different strains of staphylococcus,
18 different strains of E. coli, and saw that it is
19 very different between the different strains of
20 bacteria how they adhere to the surface of this
21 material.
22         So to really want -- if you want to
23 control the risk for infection by your material in
24 the presence of a contamination, I think you have to
25 do it or I'm sure you have to do it with various

Page 458

1 sorts of germs.
2         Then he looked after four days, and
3 he saw that they are neutral.  So it's not less.  It
4 is not more, but it is not less.  So what you
5 assume, that there is a cleaning of the body after
6 four days, removing all the bacterias in the
7 presence of the foreign body has not happened there.
8         So these are just some few remarks
9 where the limitations is.  And there is a concern.
10 Yeah.
11     Q.    How long would it take to -- or for a
12 body to clear out some infection?
13     A.    If I look at the database of
14 Professor Klosterhalfen with 1,000 explants, I think
15 the latest time point for removal of a device
16 because of infection has been 15 years, if you are
17 looking to --
18     Q.    Doctor, that's not my question at
19 all.
20     A.    What?
21     Q.    So my question is, if there is
22 infection that's on a bacteria --
23     A.    Yeah.
24     Q.    -- how long does it take the body to
25 then clean that infection off?

Confidential - Subject to Stipulation and Order of Confidentiality

Page 459

1    MR. ANDERSON:  Objection, because
2 he's answering the question.
3    THE WITNESS:  That was my answer.
4 Lifelong risk.  You have to consider a lifelong
5 risk.  Sometimes it never occur.  The bacteria are
6 sitting in the biofilm there, smooth, calm, and then
7 by a sudden breaking down of the immunological
8 defense capability or some germs in the blood, it's
9 reactivated and then you have the manifest infection
10 after three years, five years.  And in the time
11 period between, you don't see anything.
12 BY MR. BROWN:
13    Q.    Isn't that normally, Doctor, when
14 you've got a mesh that's encapsulated for the germs
15 to come through the blood?
16    A.    I didn't get the point.
17    Q.    When you've got a mesh -- didn't you
18 say that years later there can be bacteria that
19 comes through your blood?
20    A.    Yes, yes.
21    Q.    Doesn't that normally occur when the
22 mesh is encapsulated?
23    A.    No, no, no, no.  This encapsulation,
24 this fibrotic encapsulation, is not sufficient to
25 prevent any invasion of bacteria.  Bacteria, they're

Page 460

1 very small.  You have even in the scar a lot of
2 vessels, so you need blood flow.  Otherwise, this
3 fibrotic capsule will get necrotic there.  So no way
4 to prevent this.
5    And if you look to one other field in
6 medicine, or if you have cardiac valves, you are
7 asked to get an antibiotic prophylaxis lifelong to
8 prevent this secondary attachment of bacteria.  So
9 our experience is that, despite it may be a low
10 risk, whatever low is, but it's a lifelong risk.
11 And this cannot be contraindicated or it is not
12 sufficient to have this standard mouse model in this
13 setting to exclude this risk.
14    Q.    Would you agree it's a low risk for
15 infection with the Prolift®?
16    MR. ANDERSON:  Objection.
17    Go ahead.
18    THE WITNESS:  I think we cannot agree
19 what is low and what is not low, because this is a
20 difficult question.  Even if you have a low risk to
21 die at a very cosmetic operation, this is not
22 acceptable, so, yeah.  Low in relation to what?  So
23 I will not answer it that it is low.
24 BY MR. BROWN:
25    Q.    Doctor, you used the word "low" and

Page 461

1 said that there was a low infection rate or a low
2 infection.
3    And so I'm asking you what do you
4 mean by that, when you say a low infection?
5    A.    Yeah.  I forgot the question mark, to
6 say that this is a phrase just to give you some
7 indication that it's not 100 percent.
8    MR. ANDERSON:  You say question mark.
9 Did you mean quotation mark?
10    THE WITNESS:  Quotation mark, yeah.
11 So I forgot the quotation mark.  And to indicate
12 that it doesn't make any sense to ask me for a
13 definite number to this.  But sorry.
14 BY MR. BROWN:
15    Q.    Doctor, do you have any studies that
16 you can point to that the Prolift® potentiates
17 infection?
18    A.    I know that there is a considerable
19 risk for infection that this happens.  I cannot even
20 imagine, or I don't understand how to potentiate it,
21 what does it mean.  I think it is a fact that, in
22 the presence, if you implant a medical device, an
23 alloplastic material, in the form from the Prolift®
24 in this contaminated field, in this contaminated
25 area, that you have to take into account that in

Page 462

1 some patients, there will be an infection
2 complication there.  That is a fact.  Whether this
3 Prolift® potentiated or linearly increased the risk,
4 or in what other conditions it may affect the risk
5 and what is the relevance in regards to the other
6 issues, I'm not able to separate this.
7    Q.    Doctor, are you saying that you do
8 not understand what the terminology means
9 "potentiate infection," or do you understand that?
10    MR. ANDERSON:  Objection.
11    THE WITNESS:  It has to be put in the
12 context.
13 BY MR. BROWN:
14    Q.    So just by me asking you what is
15 potentiation of infection, you would say, I can't
16 answer that?
17    MR. ANDERSON:  Objection.
18    Go ahead.
19    THE WITNESS:  No.  If you mean it
20 increase the risk for infection, that I can agree to
21 this.
22 BY MR. BROWN:
23    Q.    Let me put it --
24    MR. ANDERSON:  You can or can't?
25    THE WITNESS:  I can agree to this.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 463

BY MR. BROWN:
1  Q.    Let me put it in context.
2       Can you point to any studies that
3  show that the Prolift® mesh potentiates infection?
4       MR. ANDERSON:  Objection for the same
5  reasons stated.
6       Go ahead.
7       THE WITNESS:  No, I do not have the
8  data showing -- confirming in an experimental
9  setting that Prolift® is -- what were the term?
10 BY MR. BROWN:
11 Q.    Potentiates infection.
12 A.    Potentiates infections as a specific
13 topic for investigation.
14 Q.    Doctor, let me ask you this.  This is
15 on page S29 of this study.
16      If you look up at the top right, that
17 Figure 4, are you able to look at that picture and
18 tell if that is a low inflammatory response or a
19 high inflammatory response?
20 A.    No.  What I see if I look to the
21 Figure 4, and comparing it to the Figure 2, then my
22 impression is that the inflammatory activity of
23 Figure 4, the Gynemesh® PS, is less than in
24 Figure 2.

Page 464

1       And, second, I see this -- these
2  collagen bridging between all fibers in Figure 4.
3  So this is a proof that the Gynemesh® PS has a lower
4  inflammatory activity in comparison to the Marlex®
5  mesh, but it is a proof as well that you see this
6  fibrotic linkage, this bridging, in the Gynemesh® PS
7  at 91 days.
8  Q.    Doctor --
9  A.    In this location.
10 Q.    So, Doctor, in your opinion, from
11 Figure 4, is this what you consider bridging
12 fibrosis?
13 A.    This is -- this reflects bridging
14 fibrosis on the microscopical level.
15 Q.    And does this also characterize
16 encapsulation?
17 A.    No.  This is -- so you have to
18 consider different levels.  Encapsulation can be
19 seen on the microscopical, there is an encapsulation
20 that can be seen on the microscopical level that you
21 see during the OR only fibrotic tissue, but as well
22 you can define it as, on the microscopical level,
23 where you have all these same bundles of collagen at
24 the surface around all of these meshes, but it's not
25 necessarily seen macroscopically.

Page 465

1  Q.    Doctor, is this picture, Figure 4,
2  does this show any fatty tissue ingrowth?
3  A.    That is my concern, no.  Definitely I
4  don't see that the pores are filled with the local
5  fatty tissue there.  But I see this bridging.  And
6  if you compare the distance of the filaments, you
7  see that the distance is not very much.  So from
8  this slide, you get the impression that the pores
9  are not very large, not sufficiently large enough to
10 allow the ingrowth of fatty tissue.
11 Q.    Make sure I'm hearing you right.
12      So on Figure 4, this bridging
13 fibrosis would prevent fatty tissue ingrowth.
14      Is that what you're saying?
15 A.    Usually -- yes.  When there is
16 sometimes a scar, there is no possibility to remove
17 this scar by the body, unfortunately.
18           - - -
19      (Deposition Exhibit No. Klinge-19,
20      PowerPoint entitled "Tissue Reaction and
21      Integration of Polypropylene-Based
22      Surgical Mesh in Rats," Bates stamped
23      ETH.MESH.02319001, was marked for
24      identification.)
25           - - -

Page 466

1  BY MR. BROWN:
2  Q.    Doctor, if you would go to the last
3  page of -- I'm handing you Exhibit 19.  And on
4  Exhibit 19 is a PowerPoint slide dealing with mesh
5  in rats.
6       Doctor, if you look at the very last
7  page -- you have it in front of you.
8       Doctor, does that show to you
9  encapsulation?
10 A.    What I see is that it is excised
11 tissue, and I see this -- a mesh there placed on it.
12 And this mesh is -- seems to be covered by a thin
13 layer of cell.  And I would expect that this is a
14 mesh that has been removed from the abdominal wall
15 cavity.  Or it is -- it has formed a -- some sort of
16 cystic environment there.  But I do not see a real
17 tissue integration from this side, only from the
18 other side.  Of course, macroscopically, I do not
19 see any encapsulation there, fibrotic encapsulation
20 in this field.  Whether it is -- how it looks in the
21 microscopical level, you have to look to this as it
22 is quite similar to the other staining.  I note --
23 this indicates that the microscopical image we just
24 recently saw, it shows this bridging on the
25 microscopical level, and, therefore, I have no doubt

Page 467

1 that there was this bridging there.
2         But if I look to this image, I
3 cannot -- or I cannot understand that this mesh
4 material was removed from a subcutaneous space
5 there. When I extract the meshes from the
6 subcutaneous space, I've never seen this smooth,
7 shiny layer covering the mesh. That is not typical.
8 And, therefore, I would like to see the samples
9 there. Because if there are other studies making
10 this IPOM mesh, placing it on the abdominal cavity
11 from inside, and there you see as well this very
12 thin layer of mesothelial cells and then you have
13 this shiny appearance. But if you make just an
14 extraction from the subcutaneous space where the
15 mesh is attached to the fascia and to the
16 surrounding fat tissue, it hardly look like this.
17         So I need an explanation what happens
18 in this field, where it really comes from, and then
19 it may be possible to explain this. But if there
20 were certain conditions that are not typical, I
21 think it is very difficult to find an interpretation
22 or to make a good interpretation of what happens in
23 this figure. I'm not able to do so.
24     Q.     Okay. Let me ask you --
25     A.     Because for the abdominal careful, it

Page 468

1 is quite usual to see it like this, but not in the
2 subcutaneous space. Sorry.
3             - - -
4     (Deposition Exhibit No. Klinge-20,
5     Article entitled "The Argument for
6     Lightweight Polypropylene Mesh in Hernia
7     Repair", was marked for identification.)
8             - - -
9 BY MR. BROWN:
10     Q.     Doctor, I'm showing you Exhibit 20,
11 which is a study by Dr. Cobb in 2005.
12         Doctor, if you'll turn to page 65.
13         Doctor, do you see where it says, "To
14 answer this question" on the far right column?
15     A.     Yes.
16     Q.     Okay. Dr. Cobb and his team sought
17 to assess the pressures of the intraabdomen by
18 putting a bladder catheter.
19         Do you believe that's an appropriate
20 way of testing the pelvic pressures?
21     MR. ANDERSON: Objection.
22     Go ahead.
23     THE WITNESS: It is an appropriate
24 way to measure the intraabdominal pressure.
25 BY MR. BROWN:

Page 469

1     Q.     It's an appropriate way?
2     A.     To measure the intraabdominal
3 pressure.
4     Q.     Would the intraabdominal pressure, in
5 your opinion, include the pelvic floor?
6     A.     It gives some estimate for the
7 pressures that may stress the pelvic tissue as well.
8     Q.     Doctor, isn't the bladder in the
9 pelvic floor?
10     A.     Hmm?
11     Q.     Isn't the bladder in the pelvic
12 floor?
13     A.     No. It is on top of the pelvic
14 floor.
15     Q.     Okay. And the pressures coming from
16 the pelvic floor would come to the bladder.
17         Do you agree with that?
18     MR. ANDERSON: Objection.
19     THE WITNESS: The pelvic floor is a
20 compound of muscle and ligaments and fascia and
21 nerves and vessels. I don't understand why -- where
22 the pressure is originated.
23 BY MR. BROWN:
24     Q.     You're saying you don't know where
25 the pressure originates from the pelvic floor?

Page 470

1     A.     You have asked me whether the
2 pressure from the pelvic floor is transferred to the
3 bladder. So this is a setting where you measure the
4 pressure as newton per square centimeters within the
5 abdominal cavity. Of course you have a -- it is one
6 space to go down to almost the pelvic floor. It
7 stops a little bit above. You have other slightly
8 different or you have different values if you are
9 measuring in the stomach, in the free abdominal
10 cavity or in the bladder. So you always have
11 variances in your measurements there.
12     Q.     Doctor, if you wanted to measure the
13 pelvic floor forces, where would you measure them?
14     MR. ANDERSON: Did you say forces?
15     MR. BROWN: Yes.
16     MR. ANDERSON: Okay.
17     THE WITNESS: Where would I measure
18 the forces? There is no perfect way to come to a
19 precise measurement of the forces, the pressures and
20 so on in the moment. So you have to think of
21 several models, all with the limitations and all
22 with specific -- covering specific aspects there in
23 this field. The point is that measuring the
24 pressure usually includes that you need some
25 knowledge about the area. Otherwise, you will not

Confidential - Subject to Stipulation and Order of Confidentiality

Page 471

1  have a pressure.  Usually you don't know the area or
2  the thickness of a layer, and, therefore, usually it
3  does not help if you are measuring pressures if you
4  want to transfer it to some anatomical structures or
5  to some textiles.  That is a difference.  That is a
6  difficulty.
7           If you want to measure forces, you
8  can try to measure the retaining forces of tissues
9  by just -- by placing some sutures and look how --
10  what are the forces they withstand and to removal of
11  these things.  You can extract -- as Cosson did
12  extensively, you can take some of these tissues, cut
13  them in stripes and make some uniaxial measurements.
14  You can do some excision of the tissue and make some
15  test pressing through the stamp as well for these
16  tissues.  However, all of this together just gives
17  you a rough estimate of the biomechanical reality
18  there.
19  BY MR. BROWN:
20      Q.    Have you tested, Doctor, the pelvic
21  floor forces?
22      A.    We have in -- we have tested -- we
23  have measured personally not the forces, but we have
24  tested the capability of the tissue to withstand
25  extraction, because we made -- and this is

Page 472

1  published, I think.  We made investigations for how
2  to anchor -- how to place anchor, what is the
3  holding capacity of anchors in the tissue.  And this
4  has been done with focus on the pelvic floor in
5  pigs.
6      Q.    But, Doctor, is the answer to my
7  question no, that you have not studied the pelvic
8  floor forces in a human?
9      A.    We have not made investigations,
10  yeah, with this focus.
11      Q.    If you look at Dr. Cobb, he has a
12  range of 64 millimeters of mercury to
13  252 millimeters of mercury.
14           Do you have any reason to dispute
15  that those are similar pressures in the pelvic
16  floor?
17      A.    I know that this publication appears
18  after ours.  And in the development of the Vypro®,
19  we assumed a maximum pressure I think is
20  150 millimeters Hg, and so later on he even exceeded
21  it a little bit.  But I have no doubts that this
22  is -- can be considered as a maximum intraabdominal
23  pressure.  This is the range.  It is in the humans,
24  in the abdominal cavity.  I would not expect a value
25  which is higher.

Page 473

1      Q.    Now, Doctor, if you look it says that
2  this was performed on fit patients or healthy
3  patients.
4           Do you see that?
5      A.    Yes.
6      Q.    Doctor, do you agree that there would
7  be an increased pressure on an obese patient?
8           MR. ANDERSON:  Objection.
9  BY MR. BROWN:
10      Q.    Than a healthy patient?
11           MR. ANDERSON:  Objection.
12           Go ahead.
13           THE WITNESS:  I know some obese
14  patients where they surely will not have an
15  increased intraabdominal pressure because they
16  are -- their capability of muscle activity is quite
17  restricted.  So adipose is not sufficient to predict
18  an increased abdominal wall -- intraabdominal
19  pressure.
20  BY MR. BROWN:
21      Q.    Are you saying, Doctor, it's not
22  possible for an obese patient to have a higher
23  pressure?
24      A.    No.  I don't want to say this general
25  statement that generally obese cannot be.  I know,

Page 474

1  if you ask me if an obese in general has an
2  increased intraabdominal pressure, I say that is not
3  true, because I personally have in front of my eyes
4  some obese patients where I think or I'm sure that
5  they will not have this peak pressure as a 20 years
6  old healthy bodybuilder which is lifting 300 pounds.
7      Q.    Doctor, would an obese patient have a
8  higher pressure in the pelvic floor than a healthy
9  patient in the pelvic floor?
10      A.    I don't see that there is a way to
11  make the difference.  If you measure the pressure
12  just above the pelvic floor and in the abdominal
13  cavity, it is one space, so you shouldn't expect
14  some differences there.
15      Q.    And is that an assumption you're
16  making, Doctor?  Do you have any studies that
17  support what you just said?
18      A.    It is, as it was written in some --
19  in the reports, it's just physics.
20      Q.    Doctor, is it also possible that
21  patients could do more strenuous activities than
22  jumping that would lead to higher forces in the
23  pelvic floor?
24      A.    In the moment, we are -- if you refer
25  to this article, we are not talking about forces.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 475

1  We are talking about pressures.  And these pressures
2  may differ.  And jumping, I can do a jumping without
3  using my muscle as well, so I would not expect that
4  the intraabdominal pressure will increase.  If you
5  have some other activities, maybe you have a maximum
6  peak level of intraabdominal pressure.  And I would
7  agree that if designing a textile to reinforce these
8  tissues, you have to consider that you have to cover
9  these peak pressures as well, of course.
10      Q.    Doctor --
11      A.    Or you have -- sorry.
12          Or if this is not possible to do it
13  in one device, you have to provide two devices, one
14  for the heavy worker and one for the others, if you
15  can realize it only in this way to lower the
16  specific risk.
17      Q.    And, Doctor, what I believe you
18  stated earlier is that the Prolift® mesh is
19  overengineered; is that correct?
20      A.    From all my data I saw, I have the
21  impression that the Prolift® is overengineered.
22      Q.    And, Doctor, what is the optimal
23  strength for a mesh in the pelvic floor?
24      A.    I have no indication from all the
25  literature, from all our experiences, from all our

Page 476

1  measurements from tissue that there has to be
2  considered a tensile strength of more than the 16
3  newton per centimeters that we estimate for the
4  abdominal wall.  There is some indication that it's
5  even lower, but it depends from the way you use it
6  which structure you want to reinforce whether you
7  have additional tissue that contributes to the
8  stability or -- yeah.  At least these are some
9  aspects that you have to consider.
10      Q.    So you're saying that an optimal
11  strength would be 16 per newton centimeters in the
12  pelvic floor?
13      A.    No.  I said that it is -- I have no
14  arguments to say that it is more.  I do not have the
15  possibility to say that the optimum is in the
16  moment.
17      Q.    And, Doctor, what complications have
18  occurred as a result of Prolift® having the strength
19  that it has instead of the 16 newton per centimeters
20  or below?
21      A.    The overengineering leads to a
22  unnecessary plus of material, and it is followed by
23  pores that are smaller than necessary.  It leads to
24  a plus of surface.  So overall, this overengineering
25  is followed by a more intense local inflammatory

Page 477

1  reaction of the tissues, a more intense formation of
2  scar tissue.  And this is related to more shrinkage,
3  more erosion, more infections, more pain, all these
4  clinical side effects that happened if you have a
5  textile implant.  And this is integrated only in --
6  or mainly in scar.  This is the consequence of an
7  overengineering, that it is possible to reduce all
8  of this.  The first evidence is the Prolift+M®,
9  where the material is reduced.  For example, it
10  has --
11      Q.    I'm glad you mentioned Prolift+M®,
12  because I was going to do the same thing.
13          Have you seen, Doctor, studies
14  comparing Prolift® and Prolift+M® specifically with
15  erosion rates?
16      A.    With what?
17      Q.    Have you seen studies with Prolift®
18  and with Prolift+M® and seen where the Prolift+M®
19  erosion rate is below the Prolift® erosion rate, any
20  kind of significant difference, have you seen that?
21      A.    In the moment, I will not -- I do not
22  remember that there is a specific study comparing
23  these two different materials.  However, I wouldn't
24  expect it, because the Prolift+M®, based on
25  Ultrapro®, has some other disadvantages.  It has a

Page 478

1  lower surface.  It is a reduced amount of material.
2  It has some beneficial parts in this regard, but it
3  has some other disadvantages.  And I would expect
4  that this compensates any beneficial effect on the
5  complication rates.
6          So after all, as maybe with the
7  Vypro®, you have some advantages in some regard, but
8  overall, the rate of clinical complications in the
9  patients, I'm worried about it, but maybe not been
10  decreased by this.
11      Q.    Doctor, you're aware that there are
12  three-year studies for Prolift®, there are
13  three-year studies for Prolift+M®.
14          And you are aware that there have not
15  been significant decreases in erosion rates for
16  Prolift+M®?
17      A.    Yeah, there is.  And my explanation
18  is that you have some problem or that there is --
19  there are some problems in the structure from the
20  Prolift+M® that can explain why there is this
21  problem.
22      Q.    What is it about the Prolift+M®
23  structure that leads to erosions?
24      A.    The Ultrapro® or Prolift+M®, which is
25  a similar thing, it has a very -- it has larger

Confidential - Subject to Stipulation and Order of Confidentiality

Page 479

1  pores. It has a reduced amount of polypropylene.
2  However, I've not seen, despite these three years of
3  experience, that there has been any mechanical
4  problem due to this reduced amount of polypropylene.
5  So, therefore, this is my strongest indication that
6  the Prolift®, per se, is overengineered in
7  comparison to this, because Prolift+M® does not have
8  any significant problems in this regard.
9       So Prolift+M®, the Ultrapro®, has
10  bigger pores, so the area of -- where I expect
11  bridging is lower, but only in the -- at rest. If
12  you put only the slightest strain to it, the
13  Ultrapro® which is very, very anisotropic, it is the
14  prototype of an anisotropic mesh, I don't know any
15  other that is a mesh like this. So in a certain
16  direction, these collapse -- or these pores collapse
17  with the Ultrapro® at very, very low strain. So
18  then you lost all advantages of the large pores, and
19  you get a very small porous mesh, if there is only
20  some sort of strain to this material. In
21  comparison, the Prolift® in this regard is better,
22  because it withstands a little bit better these
23  forces.
24       There is another disadvantage of the
25  Ultrapro®, but I think this is mainly important for

Page 480

1  the incisional hernia, that is that you have a very
2  low connection of the filaments to each other so
3  that it is separating quite easy if you have strain
4  in a certain direction. But it may be -- in some
5  patients, it may be a concern in the arms, because
6  you -- because of the heterogeneity of the course of
7  the fibers, it is not controlled where -- what is
8  the stability at every part of the arms. There
9  should be a variation in the stability within the
10  arms.
11      Q.    Doctor, are you saying that the
12  Ultrapro®, when more stress is placed on it, that
13  the pores get smaller and it's the bridging fibrosis
14  with the Ultrapro® that leads to erosions?
15      A.    This will increase the risk for all
16  these fibrotic reactions, erosions, as well, yes.
17      Q.    Doctor, are there any other reasons
18  why erosions take place in the pelvic floor besides
19  bridging fibrosis?
20      A.    Of course there is an incision. From
21  my surgical standpoint, there was an incision and it
22  was closed. And it depends, from the type of
23  dissection there, of the preparation, how much of
24  dissection is used, from the wound healing capacity
25  of the patient, whether it's compromised or not.

Page 481

1  So, yeah, all this together may -- or surely
2  influences the kind of wound healing in this area.
3  But every contamination of bacteria will impair the
4  wound healing capacity in this field. So all these
5  risk factors together will define the risk in a
6  patient.
7       Q.    Doctor, what mesh construction are
8  you aware of that leads to lower erosion rates than
9  the Prolift®?
10      A.    Do you know -- you asked me, do you
11  know, sorry, or do you expect?
12      Q.    No. Do you know?
13      A.    Do you know?
14      Q.    Yes.
15      A.    In the moment, there is only the
16  knowledge of this risk, but I'm not aware of any
17  direct clinical comparisons, comparative studies in
18  this regard.
19      Q.    What other mesh construction are you
20  aware of, Doctor, that causes less chronic pain in
21  the pelvic floor than the Prolift®?
22      MR. ANDERSON:  Objection.
23      THE WITNESS:  I do not know any other
24  mesh construction that is used for the Prolift®
25  procedure.

Page 482

1  BY MR. BROWN:
2       Q.    Doctor, let me ask you one thing on
3  page 19 of your report.
4       At the bottom where it says,
5  "However, as Cosson."
6       Doctor, why if there is a vaginal
7  tissue rupture strain of about 20 newtons per
8  centimeter, why would you want a mesh that is in the
9  range of 2 to 10 newtons per centimeter?
10      A.    This paragraph, first of all, stated
11  that the tissue withstand usually, and this is in
12  accordance with our measurements of other tissues as
13  well, that usually at a strain of 20 newton per
14  centimeters, you have cutting through of any holding
15  device from the tissues. So if the tissue is not
16  able to withstand higher forces, I cannot imagine
17  the necessity of any other additional device to
18  withstand higher forces. Therefore, the upper limit
19  of the tissue is 20 newton. Our estimate dealing
20  with the intraabdominal pressure and the
21  circumference of the abdominal wall cavity comes up
22  to the end of 16 newton. This depends from the
23  radius.
24      So if you're going down in the pelvic
25  and you have a smaller radius than in the abdominal

Confidential - Subject to Stipulation and Order of Confidentiality

Page 483

1  wall cavity, I think it is reasonable to go lower.
2  And this is what my colleagues told me that during
3  the operation, they have the feeling, they have the
4  feeling that the forces they apply there are quite
5  low.  But, however, more precise measurements or
6  estimations are still lacking.  Point.
7        MR. BROWN:  Doctor, let me know kind
8  of how you're doing.  We want to get you out of here
9  by right around 5:00, but do you want to take a
10  five- to ten-minute break or do you want to push?
11       MR. ANDERSON:  Let's take five to ten
12  and then we'll keep pushing.
13             - - -
14       (A recess was taken from 4:18 p.m. to
15        4:31 p.m.)
16             - - -
17  BY MR. BROWN:
18    Q.    Doctor, can you define for me
19  elasticity, what that means?
20       Let me restate that.  Strike that
21  question.
22       The elasticity for mesh, what does
23  that mean?
24    A.    If you want to know the complexity of
25  this term, I think a good reference is the report of

Page 484

1  Professor Williams.  He used different terms to
2  describe this, the e (module of elasticity),
3  stretchability, flexibility and all these things.  I
4  think, if I remember in the '90s, when I looked to
5  the textile properties of meshes, they usually give
6  the -- what they called elasticity at the point of
7  rupture of the mesh.  That is the -- an extreme
8  stretchability or stretching of the mesh.  And when
9  it ruptured, then they said, this is the elasticity
10  of this mesh.
11       We rapidly got the idea that this is
12  not relevant to know for a Prolene® mesh, what is
13  the stretching at this maximum strength that is
14  possible there.  Therefore, we looked at the
15  stretchability, the deformation of the mesh at more
16  or less physiological values.  Therefore, we tried
17  to measure the elongation of a mesh at a strain, for
18  example, of 16 newton per centimeters, because we
19  had the feeling that if you have an elongation of
20  the muscle in the range to a mechanical strain of 16
21  newtons per centimeters, the mesh should follow this
22  elongation as well.
23       And, therefore, one of the first --
24  or at the beginning of the -- when we define the
25  requirements for the Vypro®, we defined it that we

Page 485

1  wanted to have a mesh with a stretchability or the
2  capability for elongation at a strain of 16 newton
3  of 20 to 30 percent.  That was how we got closer to
4  this field.  And we just measured at our bellies the
5  change there.
6        And then you can see that,
7  physiologically, you have an elongation of 2 to
8  30 percent in your circumference.  And then we did
9  some anatomical studies at anatomical corpse and got
10  similar values of about elongation at physiological
11  strain of 20 to 30 percent.
12       That was tested at the beginning with
13  the first devices uniaxial in a setting.  Then later
14  on we wanted to have this elongation at this strain
15  at a -- when testing pressing through the stamp.
16  Then we, again, looked what is the elongation, the
17  deformation of the mesh at a certain strain in this
18  one.
19       So that -- this was used -- has been
20  used to define the capability for elongation of the
21  textile structures to identify which textile
22  structures is better than the other, the uniaxial
23  testing and then testing through the stem.
24       Later on --
25    Q.    Doctor, you do know that I just asked

Page 486

1  you, how do you define elasticity?
2    A.    Yes.  All this together.
3    Q.    Okay.
4        MR. ANDERSON:  It is a complicated
5  question.
6        THE WITNESS:  So it's not finished.
7  BY MR. BROWN:
8    Q.    Go ahead.
9    A.    Elasticity -- please, one important
10  thing is elasticity of a mesh is not the
11  elasticity -- or you have to separate the elasticity
12  of the filament, of the fibers.  There is usually
13  very limited elasticity of the single fibers.  There
14  is some additional stretchability, capability for
15  elongation by the textile, by the course of the
16  fibers.  If there is some space left there, then
17  when you have this stretching, then it can be that
18  you gain some lengths and that you get some what may
19  be called elasticity, but, of course, is elongation
20  of the mesh.
21       And the third point, and this is the
22  most important thing, is that most of the length
23  that you get by mechanical stressing the mesh is
24  done by deformation of the pores.  This is not the
25  elasticity of the polymer or the structure, but it

Confidential - Subject to Stipulation and Order of Confidentiality

Page 487

1  is -- it depends from the structure of the textile.
2  Therefore, is it so difficult, and the other point
3  Professor Williams mentioned as well, was the
4  flexibility of the mesh, that eases the handling
5  during the operation, that has to be considered as
6  well.
7      Q.    We're going to talk about flexibility
8  in just a second.
9          But as far as the elasticity, does
10  elasticity mean that you can stretch the mesh out
11  and then it comes back to its original shape?  Is
12  that a simple definition of it?
13      A.    That is the physical definition of
14  elasticity.  Elasticity means that you have a
15  stretch there, and then it comes back.  Otherwise,
16  it is a plastic deformation.  So for meshes, you
17  usually don't have this coming back into the
18  original position.
19      Q.    So if you stretch it and it doesn't
20  come back to its original position, that's plastic
21  deformation; is that right?
22      A.    That is the definition.  There is
23  some -- more or less, it is superimposing both
24  effects, but this is the definition of plastic
25  deformation for me.

Page 488

1      Q.    And are you saying in the body that
2  when the mesh begins to stretch out, that it doesn't
3  come back to its original shape but that it deforms?
4          Let me restate that question, because
5  I want to make sure we're talking about Prolift®.
6          So for Prolift®, are you saying that
7  when it's placed in the pelvic floor, that when
8  forces are placed on it, that it's going to stretch
9  out and then deform?
10      MR. ANDERSON:  Objection.
11          Go ahead.
12      THE WITNESS:  The -- I've read in the
13  reports that there are some -- one of them said or
14  assumed that there is a memory effect of the mesh
15  structure always providing an opening of the pores
16  again when releasing the stress.
17          So as it is only the collapse of the
18  mesh -- of the pore size, it depends from the size
19  and the stiffness of the filaments, and, of course,
20  of the structure whether -- how big the forces are
21  to reopen after release of the tensile stress.
22          But there is another effect, and we
23  have tested it with a in vitro, where we placed a
24  mesh on a rough ground.  And if you tear it and you
25  have it --

Page 489

1      MR. ANDERSON:  Tear it?
2      THE WITNESS:  Tear it.
3      MR. ANDERSON:  Or stretch it?
4      THE WITNESS:  Stretch it.  If you
5  stretch it, then you have this elongation and then
6  the pores collapse.  If you have a rough ground, it
7  is fixed there in this to some extent.  So if you
8  release the stretch from this mesh, it will stay
9  there, because it is fixed to the rough ground.  If
10  you have a very smooth ground, it may be that it's
11  going back to this.  But if you have a rough ground
12  as, for example, if you place it in tissues, it is
13  unlikely that it will recover completely.
14          And, therefore, this explains very
15  well what you see in the videos where they place the
16  arms there and release the force.  Then you don't
17  see this opening again of the arms and laying flat
18  there, but they stayed there wrinkled and folded
19  there.
20  BY MR. BROWN:
21      Q.    Doctor --
22      A.    So the reopening capacity is very
23  limited.
24      Q.    And are you basing the reopening
25  being limited on the video or are you basing that on

Page 490

1  anything else?
2      A.    I've -- we did -- to test this
3  effect, we did our in vitro experiments.  I saw it
4  on the video.  It is an explanation why we very
5  often saw this wrinkling in our histological
6  sections, because it explains that you have this
7  doubling of the mesh from the forces of it.  Because
8  this is -- yeah.  It is a very good explanation of
9  what we see when looking to the mesh explants.
10      Q.    Are those those 1,000 explants that
11  you talked about earlier?
12      A.    (Witness nods head.)
13      Q.    You have to say yes.
14      A.    Yes.  Sorry.
15      Q.    Doctor, how much does the mesh need
16  to -- strike that.  Let me ask it a different way.
17          How elastic does the mesh in the
18  pelvic floor need to be?
19      MR. ANDERSON:  Objection.
20          Go ahead.
21      THE WITNESS:  Yeah.  The answer of
22  this question depends from the configuration, the
23  intention, what you want to reinforce.  If you want
24  to reinforce a ligament, which physiologically has a
25  very limited stretchability --

Confidential - Subject to Stipulation and Order of Confidentiality

Page 491

BY MR. BROWN:

1  Q.    Can we just do pelvic organ prolapse?
2  Is that what you're talking about?  That way we can
3  confine it down and you can answer the question.
4         So how much elasticity does the mesh
5  need for Prolift® to support pelvic organ prolapse?
6     A.    The arms -- from my understanding,
7  the use of the arms are to keep the mesh in place
8  and some -- and, thus, may be regarded as some sort
9  of artificial ligament there in this place.
10        So for this ligaments to have it in
11 place, if you have a stretchability of
12 20,000 percent, you will not be satisfied.
13 Therefore, for the arms, the stretchability, yeah,
14 should be limited, should be less than for the flat
15 mesh for the central area, which is close to the
16 vagina -- vaginal tissue which has to go with the
17 other tissue around and should not demonstrate a
18 considerable restriction of this elasticity.  So
19 different.
20    Q.    Doctor, you had stated with the
21 Vypro® at 16 newtons, it had 20 to 30 percent
22 elasticity, is that what you're saying, I think
23 you're referencing for hernia.
24        So what are you saying needs to be

Page 492

1  the elasticity in the pelvic floor?
2         MR. ANDERSON:  Objection, asked and
3  answered, but go ahead.
4         MR. BROWN:  Did he give me a
5  percentage?
6         MR. ANDERSON:  You didn't ask for a
7  percentage there either.
8  BY MR. BROWN:
9     Q.    Doctor, to be very clear then for
10 everybody so we can get you out of here, is there a
11 percentage of elasticity that is necessary with a
12 mesh in the pelvic floor?
13    A.    There are reasonable arguments to
14 estimate that elasticity or stretchability -- you
15 have to define it carefully what you are thinking
16 about, how you are measuring all this, but it is an
17 elasticity in the field of 20 percent for a flat
18 tissue area should have less risk for making
19 complications with the adjacent tissues than when
20 you use a stiffer one.
21        If you are using -- if you are just
22 focusing on the arms or the replacement with parts
23 of your prosthesis of ligaments, this can be less,
24 should be less than 20 percent.
25    Q.    Okay.  Doctor, if you would, if you'd

Page 493

1  go to page 20 of your report.
2         On "Elasticity," that's the section
3  we're looking at.  And I just want to make sure I
4  understand what you have in your report.  We're
5  talking about investigations from Cosson and Gabriel
6  indicating elasticity.
7         Do you see that?
8     A.    Gabriel, yeah, I see it.
9     Q.    Do you see where it says that they
10 indicate an elasticity, it's got a less than
11 10 percent sign for fascial tissue, and then 15
12 greater 100 percent for vaginal tissue.  I'm just
13 not sure what you mean here.
14        Can you tell me what you're trying to
15 tell me with that sentence?
16    A.    We have to go to the literature of
17 Cosson and Gabriel, but so far I remember correctly,
18 they measure the elasticity, the stretchability of
19 tissues and of fascia and of native tissue, and
20 there the figures are coming from their
21 publications.
22    Q.    Does that mean -- and I do not want
23 to put words in your mouth.  I just want to
24 understand what the sentence means here.
25        Does it mean that you can have an

Page 494

1  elasticity of less than 10 percent for fascial
2  tissue?  Is that what that means?
3     A.    The intention is to clarify that
4  there is a difference.  Fascial tissue and ligaments
5  have a less elasticity than the other tissue.  It
6  has to be separated.  And I want to express this by
7  these sentences.  And, therefore, this is indicated
8  by the different figures.  You see another
9  elasticity for fascial tissue than for the organs,
10 and so it has to be considered separately.
11    Q.    So is that saying that the mesh --
12 strike that.
13        Is that saying that an appropriate
14 mesh would have an elasticity of less than
15 10 percent for fascial tissue?
16    A.    From this study, there -- this study
17 confirms that an elasticity of less than 10 percent
18 may be in the right range.  But it is not sufficient
19 just to take this study and make it like this and
20 expect that everything is perfect.
21    Q.    Okay.
22    A.    But the range covers what I expect to
23 be.
24    Q.    And then it says, and 15 greater
25 100 percent for vaginal tissue.

Confidential - Subject to Stipulation and Order of Confidentiality

Page 495

1	Is that a typo there or am I reading
2	this wrong?  What does that mean, 15 greater than
3	100 percent for vaginal tissue?
4	A.	If you look to the original article
5	of these two, there is -- in one study there is the
6	measurement of 15 percent, and in the other study
7	there is I think the study of corpses or so.  There
8	is -- they indicated that there is an elasticity of
9	more than 100 percent.  So you have to go in the
10	detail to explain.
11	And I just mentioned what I -- what
12	you can find in the literature, that there is this
13	figure of 15 percent and 100 percent, which is
14	extreme much there.  But in this sentence, the
15	intention was to show the difference, less than
16	10 percent for the more stiff tissues and more than
17	15, 20 percent for the more flexible tissues.  You
18	have different tissues.  You want to reinforce
19	different tissues, and, therefore, the device has to
20	consider this one.  And this is not written to
21	partly discuss whether 100 percent is reasonable or
22	not, and we have to go to the study.
23	Q.	Doctor, if you've already said this,
24	then I apologize.
25	But what is the range of elasticity

Page 496

1	that you would like to see for mesh placed for
2	vaginal tissue?
3	MR. ANDERSON:  Objection.
4	Go ahead.
5	BY MR. BROWN:
6	Q.	A percentage, if you could, Doctor?
7	MR. ANDERSON:  Objection.
8	Go ahead.
9	THE WITNESS:  Well, vaginal tissue,
10	just for reinforcement in direct contact with the
11	vaginal tissue, the best data I found there derived
12	from this study from Cosson.  This is -- it starts
13	from 20 percent, can go up to 100 percent.
14	BY MR. BROWN:
15	Q.	So, Doctor --
16	A.	But you have to consider that it is
17	not done by measuring the elasticity of the textile.
18	You have to look at the elasticity after tissue
19	integration.
20	Q.	So is it your testimony that the --
21	well, let me ask you this.
22	What is the optimal elasticity for a
23	mesh in the pelvic floor?  And if you can provide a
24	range of percentages, that would be good.
25	MR. ANDERSON:  Elasticity of the

Page 497

1	mesh?
2	MR. BROWN:  Yes.
3	MR. ANDERSON:  Okay.
4	THE WITNESS:  I have to rely on
5	this -- these anatomical biomechanical studies.  And
6	then I, from my point of view, a range of -- yeah.
7	At least more than 20 percent stretchability.  But
8	maybe it's 30, 30 to 50 percent stretchability of a
9	textile may be a good starting point to optimize it.
10	BY MR. BROWN:
11	Q.	Doctor, do you believe that the
12	elasticity of the Prolift® is adequate for use in
13	the pelvic floor?
14	A.	The elasticity of the Prolift® at a
15	strain of -- let me see to the data, if I remember
16	correctly.  Does anyone have the page?
17	MR. ANDERSON:  Do you have the
18	elasticity open for Prolift®?
19	BY MR. BROWN:
20	Q.	Are you saying that it's in your
21	report somewhere?
22	MR. ANDERSON:  I don't remember.  I
23	can look through it.
24	MR. RESTAINO:  Page 21.
25	MR. ANDERSON:  Is that a percentage,

Page 498

1	though?
2	MR. RESTAINO:  Percentage, no.
3	THE WITNESS:  No, no.  Page 30 under
4	4.9 newton per centimeter of strength, elongation of
5	50 percent in the warp direction and 22 percent in
6	the cross direction.  The textile porosity and so on
7	decreased, and effective porosity completely
8	disappeared at a load of 4.9 centimeters.
9	So for the arm, the elongation is
10	22 percent, 25 percent and 27 percent respectively.
11	The elongation is higher there.  From these data
12	alone, I would think that the capability to -- for
13	elongation of the Prolift® is not the most serious
14	problem of this device.
15	BY MR. BROWN:
16	Q.	Do you believe that the elasticity of
17	the Prolift® mesh is adequate for placement in the
18	pelvic floor?
19	MR. ANDERSON:  Objection.
20	Go ahead.
21	THE WITNESS:  The elasticity in its
22	textile form fits the range, yeah.  Is in the range
23	I would expect that is appropriate for a textile.
24	- - -
25	(A discussion off the record

Confidential - Subject to Stipulation and Order of Confidentiality

Page 499

1  occurred.)
2         - - -
3  BY MR. BROWN:
4     Q.    Doctor, have you heard the term
5  "bidirectional elasticity"?
6     A.    I've heard it, yeah.
7     Q.    Doctor, does the Prolift® have
8  bidirectional elasticity?
9         MR. ANDERSON:  Objection.
10        Go ahead.
11        THE WITNESS:  If you understand by
12 this term in comparison to a plate of steel, which
13 does not have any elasticity in either direction,
14 that you just want to express that if you have a
15 piece of Prolift® mesh there, that you tear it in
16 one direction --
17        MR. ANDERSON:  Tear or stretch?
18        THE WITNESS:  Stretch.  If you
19 stretch it in one direction, that you get some
20 certain elongation, and then afterwards, you can
21 turn it around by 90 degrees, stretch it again and
22 then get another elongation.  If you mean this as
23 bidirectional elasticity, I would say that Prolift®
24 has this capability of bidirectional elasticity, as
25 every mesh I know.

Page 500

1  BY MR. BROWN:
2     Q.    And the way that you defined
3  bidirectional elasticity, is that an appropriate way
4  to define bidirectional elasticity?
5     A.    I cannot answer the way or what is
6  appropriate definition of this term, as I even did
7  not get sufficient information by the FDA or by the
8  reports from Ethicon what is meant by this term of
9  bidirectional elasticity.  Therefore, I do not know.
10        So in the definition I gave to you, I
11 think this is a statement I can agree.
12    Q.    When you say it's a statement you
13 cannot agree --
14    A.    I can agree.
15        MR. ANDERSON:  That he can agree.
16        MR. BROWN:  Oh, I'm sorry.  Okay.
17 Got you.
18 BY MR. BROWN:
19    Q.    Doctor, let me ask you this, too.
20        When Ethicon stated that the mesh
21 adapts to the various stresses of the body, are you
22 able to --
23    A.    What, that Ethicon stated?
24    Q.    In the instructions for use, there's
25 a statement that says that the mesh adapts to the

Page 501

1  various stresses of the body.
2         Are you able to say if the Prolift®
3  adapts to the pelvic floor region?
4     A.    I'm not able to understand this
5  sentence, because I don't know what it means to
6  adapt.  Is it an active process or...
7     Q.    Doctor, I can only use the word
8  that's in the IFU, so --
9     A.    Yeah.  But you asked me to explain
10 the sentence you put in there, so to adapt is an
11 active process.  To my knowledge, polymer is a dead
12 substance, as taken for some bags.  There is no
13 active process of optimizing, growing, changing, so
14 something like this.  So adapt, the active process
15 of adaptation to some strain by polypropylene, I do
16 not understand this.
17    Q.    Let me ask it in a different way.
18        Does it comply with the various
19 stresses in the pelvic floor, the Prolift® mesh?
20        MR. ANDERSON:  Objection.
21        Go ahead.
22        THE WITNESS:  Comply means?  Again,
23 please help me to understand what is the definition
24 of -- so compliance means a certain elongation at a
25 certain strain.  That is the definition of

Page 502

1  compliance.
2         Of course you can measure the
3  compliance of the Prolift® mesh.  And if you
4  consider different strains, you can look in the
5  figure, and then you know the specific elongation at
6  a strain.  Therefore, you can define the compliance.
7  But you can measure it for steel as well, so...
8         Again, I have some problems to
9  understand this sentence.
10 BY MR. BROWN:
11    Q.    That's fine.  We're going to move on
12 from there.  Let me ask you a couple questions.
13        Doctor, can you say that the
14 contracture rates for Prolift® lead to pain in a
15 patient?
16        MR. ANDERSON:  Objection.
17        Go ahead.
18        THE WITNESS:  I know that
19 contraction -- scarry contraction of a device is
20 associated with clinical complications.  I know
21 this.  I cannot answer it for a single patient.
22 Yes.
23 BY MR. BROWN:
24    Q.    Can you say what percentage of
25 contracture leads to pain in a patient when a mesh

Confidential - Subject to Stipulation and Order of Confidentiality

Page 503

1  is put in for pelvic floor?
2      A.    For me there is no way to give an
3  absolute number of the number of -- the percentage,
4  how many are caused by.  I only can say that there
5  is, without any doubts, there is an increased risk
6  to -- for manifestation of complication.
7      Q.    Is there a safe range of contracture
8  in the pelvic floor?
9          MR. ANDERSON:  Objection.
10          Go ahead.
11          THE WITNESS:  Safe contraction --
12  BY MR. BROWN:
13      Q.    Do you want me to restate it?  Would
14  that be helpful?
15      A.    Please.
16      Q.    Sure.  Is there a range of
17  contracture that can take place in the pelvic floor
18  that you would expect it not lead to an adverse
19  event for patients?
20      A.    From my experience and from my
21  knowledge, it is almost impossible to define an
22  absolute range where you can be, again, safe there.
23  What we have learned during all these years is that
24  you have a changed risk, that you can't change the
25  risk with the -- by the selection of your material,

Page 504

1  and you can have an increased risk or you can have a
2  lowered risk.  But to go down to zero risk, I think
3  this is not imaginable for me in no part of surgery.
4      Q.    Is there a range of contracture that
5  you would say leads to minimal risk for contracture
6  in the pelvic floor?
7          MR. ANDERSON:  Objection.
8  BY MR. BROWN:
9      Q.    I'll restate it then.
10          Is there a contracture range for
11  meshes that leads to minimal adverse events in a
12  patient for pelvic floor repair?
13      A.    I'm sure if you are looking, the well
14  healing patients, then you will find a lower degree
15  of shrinkage in these patients than if you're
16  looking to the, let me say, bad healers in these.
17  There you will see a higher degree of shrinkage.
18  But, again, it will be impossible to define
19  absolutely numbers for this.
20          Let me raise another aspect.  We have
21  made this evaluation of explanted mesh materials,
22  and we have investigated different materials.  And
23  there has been several real large pore meshes.  In
24  the presence of a bacterial infection, even in these
25  good meshes, large pore meshes, you have an

Page 505

1  intensified bridging and shrinkage.  So it is
2  impossible to give an absolute range there for me.
3      Q.    Is there a mesh contracture today
4  that you're aware of that provides lower contracture
5  rates than the Prolift®?
6          MR. ANDERSON:  Objection.
7          THE WITNESS:  I don't know any
8  comparative study in this regard.
9  BY MR. BROWN:
10      Q.    Doctor, we're getting there.  Let me
11  ask you this real quick.
12          Your definition of inert?
13      A.    Inert, I'm sure it's somewhere
14  written, that there is no change after incorporation
15  in a body or in human tissues, that there is no
16  change of appearance and construction and chemical
17  composition.  That may be a term.
18      Q.    Do you believe today that the poly --
19  scratch that.
20          When did you come to believe that the
21  Ethicon polypropylene was not inert?
22      A.    When I saw for the first time the
23  electron microscopic images showing that you have
24  this cracking at the surface by Clave and confirmed
25  by the group around Ramshaw.  That was the first

Page 506

1  indicating that it is probably not inert.
2      Q.    And is there a difference between
3  physical inert, chemical inert and biological inert?
4      A.    I'm not aware for our -- in our field
5  of research.  The inertness has to consider the
6  integration into the tissue, the integration with
7  macrophages, with all these substances there.  You
8  may define it otherwise, just looking to the
9  ultraviolet light, whether it is able to make a
10  degradation.  Maybe you define this as a physical
11  inertness, but what is relevant for us is only what
12  happens after integration in the body and not what
13  happens in the package.
14              - - -
15          (Deposition Exhibit No. Klinge-21,
16          Gynecare Prolift Instructions for Use,
17          Bates stamped ETH.MESH.02341454 through
18          ETH.MESH.02341459, was marked for
19          identification.)
20              - - -
21  BY MR. BROWN:
22      Q.    Last document, last line of
23  questions.
24      A.    It's a promise.
25          MR. ANDERSON:  I heard it.

Page 507

1     MR. BROWN:  That was off the record.
2  BY MR. BROWN:
3     Q.    Doctor, this is the IFU of the
4  Prolift®.
5     I think you've probably seen that
6  before; is that correct?
7     A.    I've seen it before.
8     Q.    Do you have any opinions that you
9  intend to offer at trial that are critical of this
10 information for use in the Prolift®?
11    A.    I didn't get it.
12    Q.    Do you have any opinions that you
13 intend to offer at trial that are critical of what's
14 in this IFU?
15    A.    Maybe again, or louder, or --
16    Q.    Sure, sure.  Do you have any opinions
17 that are critical of this IFU, statements in the
18 IFU?
19    A.    So we have to go page by page or
20 sentence by sentence --
21    MR. ANDERSON:  Yep.  Yep.
22    THE WITNESS:  -- to go there.
23    MR. ANDERSON:  Take your time,
24 please.
25    THE WITNESS:  Shall I, when I get to

Page 508

1  a sentence that I -- shall I raise it?
2  BY MR. BROWN:
3     Q.    That's fine.
4     A.    Of course?  Otherwise, it is maybe --
5     Q.    Yeah.
6     A.    So "this material, when used as a
7  suture, has been reported to be non-reactive and to
8  retain its strength indefinitely in clinical use."
9     Q.    Can you just tell me where you are
10 before you start reading?
11    MR. ANDERSON:  This page, second page
12 under "GYNECARE GYNEMESH PS."
13 BY MR. BROWN:
14    Q.    Okay.
15    MR. ANDERSON:  Starting with, "This
16 material."
17 BY MR. BROWN:
18    Q.    Okay.  When it's talking about
19 retaining its strength indefinitely, is that the
20 testimony you gave with regard to degradation?
21    MR. ANDERSON:  Well, let him address
22 that sentence.
23 BY MR. BROWN:
24    Q.    Go ahead then.
25    A.    So that is one concern, that retain

Page 509

1  its strength indefinitely, that this is likely not
2  true.
3     The other is that you say, "When used
4  as a suture has been reported to be nonreactive."
5  That indicates I think not the true relationship
6  between the polypropylene material and the tissue
7  reaction as it is experienced with the meshes,
8  because I think it is not justified to compare the
9  tissue reaction to a suture to the tissue reaction
10 to a mesh.  This is just for this sentence.
11    Q.    Go ahead.
12    A.    So the next sentence, "The mesh
13 affords excellent strength, durability, and surgical
14 adaptability, with sufficient porosity for necessary
15 tissue ingrowth."  Excellent strength indicates that
16 it is optimized for the physiological requirements,
17 and I didn't see this confirmation that it was
18 optimized to fit to the physiological requirements.
19    "With sufficient porosity for
20 necessary tissue ingrowth," that is correct.  You
21 have tissue ingrowth, but this does not meet the
22 critical point.  And, therefore, sufficient porosity
23 indicates a maybe -- or indicates a misleading
24 aspect for the consumer.
25    The assumption that it is

Page 510

1  approximately 50 percent more flexible than standard
2  Prolene®, it will be necessary to look to the data
3  available.  So in the moment, I'm not able to really
4  verify whether this is true in particularly in the
5  physiological range.  So what does it mean?  But I
6  think it is not the most critical part for me.
7     "Provides for elasticity in both
8  directions," that is true.
9     "This construction permits the mesh
10 to be cut into...desired shape or size without
11 unraveling."  That is true, that is an advantage of
12 all knitted things, but it does not reflect the
13 critical point.  So maybe it would be helpful to say
14 that trimming should be done outside or with a
15 covering or something like this if you are aware
16 whether this is a huge amount of material there.
17    Yeah.  "Allows adaptation to various
18 stresses encountered in the body."  "The
19 bi-directional elastic property allows adaptation to
20 various stresses encountered in the body" indicate
21 some active process.  As I said, I cannot understand
22 this one.
23    And also "PERFORMANCE," there is,
24 again --
25    MR. ANDERSON:  Did you hear what he

Confidential - Subject to Stipulation and Order of Confidentiality

Page 511

1 said?  Under "PERFORMANCE."
2           MR. BROWN:  Got it.
3           THE WITNESS:  So "Animal studies show
4 that implantation...elicits a minimum to slight
5 inflammation reaction, which is transient and is
6 followed by the deposition of a thin fibrous layer
7 of tissue which can grow through the interstices of
8 the mesh, thus incorporating the mesh into adjacent
9 tissue."  I think this sentence does not reflect the
10 problem that might occur if you -- when you get a
11 foreign body reaction with this size, with this
12 surface for such a long time in a contaminated
13 field.  So all this -- all these aspects that may be
14 a reason for concern, that is not mentioned in this
15 sentence.  And, thus, I think it gives a
16 insufficient impression of what can be expected.
17           "The mesh remains soft and pliable."
18 If you just see -- if you have ever seen one of
19 these explanted meshes packed into this fibrotic
20 tissue, then you know that this can never be a
21 general statement, that the mesh remains soft and
22 pliable.
23           "Normal wound healing is not
24 noticeably impaired."  I think this is not true.  It
25 is an additional burden for some patients, at least

Page 512

1 for some patients, which leads to a collapse of
2 their local wound healing, leading to some
3 complications at least for some, compromises.
4           "The material is not absorbed."  I
5 would accept -- I would agree in a certain time
6 point, there is no complete absorption to this.
7 But, you know, I think it is -- I wonder whether
8 this is helpful.
9           Not "subject to degradation."  I
10 think this is, from my point, less likely than not.
11 I hope I placed the "it" correctly.
12           MR. ANDERSON:  It's less likely than
13 not that this is true.
14           THE WITNESS:  Okay.
15           MR. ANDERSON:  All right.
16           THE WITNESS:  "Or weakening by the
17 action of tissue enzymes."
18           MR. BROWN:  Just so it's not you
19 testifying, let me just make sure.
20 BY MR. BROWN:
21      Q.    When you said "less likely than not,"
22 does that mean less likely than not true?
23      A.    It is more likely than not that it's
24 going to be degraded over time.
25           "CONTRAINDICATIONS," I -- if I --

Page 513

1 when I look to all these references and literature
2 and reports, I got the impression that there should
3 be more contraindications, but that is not my field
4 where I wanted to point out that some patients
5 should be mentioned there, but you asked me my
6 comments about this IFU.  I think contraindications,
7 that is a point for this.
8           "Acceptable surgical practices should
9 be followed in the presence of infected or
10 contaminated wounds."
11      Q.    Let me just make sure, too, so that
12 you're -- you know what my question is, is that
13 these are aspects that you're going to testify
14 that's critical to the IFU.
15           MR. BROWN:  So if there are places
16 you're not going to have him testify, Ben, then he
17 doesn't need to go through that.
18           MR. ANDERSON:  I was going to ask you
19 that, but I didn't want to feel like I was
20 directing.
21           So other than the contraindications,
22 the warnings and precautions -- okay.  Better
23 question.
24           Is there anything in the "ADVERSE
25 REACTIONS" section that you have any criticism or

Page 514

1 concerns about?
2           MR. BROWN:  Fair enough.  Let me ask
3 it.
4           MR. ANDERSON:  You ask it.
5 BY MR. BROWN:
6      Q.    What I want to know is anything that
7 you're going to testify to that is critical to the
8 IFU.
9           So do you have any concerns with
10 regard to the "ADVERSE REACTIONS" section in the
11 IFU?
12           MR. ANDERSON:  So in other words,
13 just direct your attention to those two bullet
14 points under "ADVERSE REACTIONS."
15           THE WITNESS:  So not any longer
16 "WARNINGS AND PRECAUTIONS"?
17           MR. ANDERSON:  Right.  Just "ADVERSE
18 REACTIONS."  Just read those.
19           THE WITNESS:  Not this one?
20           MR. ANDERSON:  No, no.  Well, unless
21 you see something.
22 BY MR. BROWN:
23      Q.    Doctor, if you plan on testifying
24 critical about this IFU, then you are welcome to
25 discuss it at this time.

1      MR. ANDERSON:  Well, I'm going to not

2  ask him about any criticisms under

3  "CONTRAINDICATIONS" and "WARNINGS AND PRECAUTIONS."

4  I'm going to leave that to the urogyns.  I'm going

5  to ask him, though, if he has any issues with regard

6  to the "ADVERSE REACTIONS" section.

7  BY MR. BROWN:

8      Q.    Doctor, do you have any concerns or

9  critiques with regard to the "ADVERSE REACTIONS"

10  section of the IFU?

11      MR. ANDERSON:  In fact, I'm not going

12  to ask him about "ADVERSE REACTIONS" either.  That's

13  really a urogyn field.  I don't think that's

14  appropriate.

15      So we're done.  I got one question or

16  two.  Okay?

17      MR. BROWN:  Let me just ask very

18  quickly.

19          - - -

20      (A discussion off the record

21      occurred.)

22          - - -

23      MR. BROWN:  I am going to have to

24  keep the deposition open, because there's a thousand

25  explants, and so we can go down that at a later

1  date.

2      MR. ANDERSON:  All right.  And I'll

3  just object to any more questioning of Dr. Klinge

4  other than if, with this rolling production that

5  we're getting and these promises of Norderstedt

6  documents, if I were to show those to him or

7  anything arises as a result of documents that you

8  asked me to produce that I actually agree to produce

9  and that raises any new opinions or something that

10  may give rise to something that would not be fair

11  to, let's say, blind side you with at trial,

12  although I wouldn't try to do that, anything that

13  would come as a surprise to you that you haven't had

14  a chance to fully evaluate with him, under those

15  circumstances, then there may be the need to reopen

16  his deposition.  But, otherwise, we're done, with

17  those clarifications by both of us.  I just have a

18  couple of questions for him.

19      MR. BROWN:  All right.

20          - - -

21      EXAMINATION

22          - - -

23  BY MR. ANDERSON:

24      Q.    Dr. Klinge, do you recall yesterday

25  when Mr. Brown asked you this question, "Doctor,

1  you're not an expert how mesh specifically leads to

2  complications in pelvic floor repair; is that

3  correct?"

4      Objection by me.

5      You said, "I don't think so, no."

6      Do you remember when he asked you

7  yesterday the question, you're not an expert how

8  mesh specifically leads to complications in pelvic

9  floor repair?  Do you remember that?

10      A.    I remember that.

11      Q.    What was your understanding as to

12  what he was asking you?

13      A.    My answer referred to his sentence,

14  am I correct, that you are not an expect -- please,

15  let me have --

16      Q.    "Doctor, you are not an expert how

17  mesh specifically leads to complications in pelvic

18  floor repair?"

19      A.    Okay.  So the next sentence, "is that

20  correct," your assumption that I am not an expert,

21  and so was my understanding of this phrase.  And,

22  therefore, I answered with "no," you are not correct

23  when you say I am not an expert, because I believe

24  that I'm an expert on the topic complications to

25  meshes and complications to meshes that have been

1  used in the pelvic floor as well.

2      Q.    Okay.

3      A.    So, therefore, I never wanted to say

4  that I have no expert knowledge in this field, but I

5  was just referred to your sentence, "am I correct."

6  And from my logic, therefore, no, you haven't been

7  correct, to make it clear.

8      Q.    Just to clear it then, Doctor.

9      Do you consider yourself an expert in

10  the complications or injuries of surgical mesh in

11  the pelvic floor, including the Prolift®?

12      A.    I'm, of course, not an expert in

13  doing the surgery or to avoiding some intraoperative

14  complications, but, of course, I have expert

15  knowledge about the late or the consequences, what

16  happens after implantation of a textile structure.

17      Q.    In the pelvic floor?

18      A.    In the pelvic floor.

19      MR. ANDERSON:  Thank you.  No further

20  questions.

21      MR. BROWN:  Okay.

22      (Deposition adjourned at

23      approximately 5:30 p.m.)

24

25

Confidential - Subject to Stipulation and Order of Confidentiality

Page 519

1    CERTIFICATE

2

3        I, ANN MARIE MITCHELL, a Notary

4    Public and Certified Court Reporter for the State of

5    New Jersey, do hereby certify that prior to the

6    commencement of the examination, PROF. DR. UWE

7    KLINGE was duly sworn by me to testify to the truth,

8    the whole truth and nothing but the truth.

9        I DO FURTHER CERTIFY that the

10   foregoing is a verbatim transcript of the testimony

11   as taken stenographically by and before me at the

12   time, place and on the date hereinbefore set forth,

13   to the best of my ability.

14       I DO FURTHER CERTIFY that I am

15   neither a relative nor employee nor attorney nor

16   counsel of any of the parties to this action, and

17   that I am neither a relative nor employee of such

18   attorney or counsel, and that I am not financially

19   interested in the action.

20

21

22   _____

23   ANN MARIE MITCHELL, CRR, RDR, CCR
     Notary Number:  2356252

24   Notary Expiration:  February 22, 2017
     CCR Number:  30XI00212000

25

Page 520

1    INSTRUCTIONS TO WITNESS

2

3        Please read your deposition over

4    carefully and make any necessary corrections.  You

5    should state the reason in the appropriate space on

6    the errata sheet for any corrections that are made.

7        After doing so, please sign the

8    errata sheet and date it.  It will be attached to

9    your deposition.

10       It is imperative that you return the

11   original errata sheet to the deposing attorney

12   within thirty (30) days of receipt of the deposition

13   transcript by you.  If you fail to do so, the

14   deposition transcript may be deemed to be accurate

15   and may be used in court.

16

17

18

19

20

21

22

23

24

25

Page 521

1        - - - - - -

          E R R A T A

2        - - - - - -

3    PAGE  LINE  CHANGE

4    ___ ___ _____

5        REASON _____

6    ___ ___ _____

7        REASON _____

8    ___ ___ _____

9        REASON _____

10   ___ ___ _____

11       REASON _____

12   ___ ___ _____

13       REASON _____

14   ___ ___ _____

15       REASON _____

16   ___ ___ _____

17       REASON _____

18   ___ ___ _____

19       REASON _____

20   ___ ___ _____

21       REASON _____

22   ___ ___ _____

23       REASON _____

24   ___ ___ _____

25       REASON _____

Page 522

1

2    ACKNOWLEDGMENT OF DEPONENT

3

4        I,_____, do hereby

5    certify that I have read the foregoing pages, 274 -

6    523, and that the same is a correct transcription of

7    the answers given by me to the questions therein

8    propounded, except for the corrections or changes in

9    form or substance, if any, noted in the attached

10   Errata Sheet.

11

12

13   _____

14   PROF. DR. MED. UWE KLINGE          DATE

15

16

17   Subscribed and sworn
     to before me this

18   _____ day of _____, 20____.

19   My commission expires:_____

20

     _____

21   Notary Public

22

23

24

25

Confidential - Subject to Stipulation and Order of Confidentiality

Page 523

1          LAWYER'S NOTES

2  PAGE  LINE

3  ____ ____ _____

4  ____ ____ _____

5  ____ ____ _____

6  ____ ____ _____

7  ____ ____ _____

8  ____ ____ _____

9  ____ ____ _____

10  ____ ____ _____

11  ____ ____ _____

12  ____ ____ _____

13  ____ ____ _____

14  ____ ____ _____

15  ____ ____ _____

16  ____ ____ _____

17  ____ ____ _____

18  ____ ____ _____

19  ____ ____ _____

20  ____ ____ _____

21  ____ ____ _____

22  ____ ____ _____

23  ____ ____ _____

24  ____ ____ _____

25  ____ ____ _____