# EXHIBIT 4




# Pelvic Floor Mesh Forum

## DATUM & ORT

Datum:
Montag, 17. September 2007

Ort:
European Surgical Institute
Hummelsbütteler Steindamm 71
22851 Norderstedt

## AGENDA

### Wissenschaftlicher Vorsitz:

Priv. Doz. Dr. med. Sven Jürgens (Hundertmark), Hamburg
Prof. Dr. med. Paul Riss, Mödling

### Vorträge:

| Zeit | Thema |
|---|---|
| 10:00 – 10:15 Uhr | **Begrüßung**<br>Priv. Doz. Dr. med. Sven Jürgens (Hundertmark), Hamburg /<br>Prof. Dr. med. Paul Riss, Mödling |
| 10:15 – 10:45 Uhr | **Geschichte und Entwicklung der Netz-Implantate**<br>Dr. Jörg Holste, J&J / Dr. Peter Meier, J&J |
| 10:45 – 11:15 Uhr | **Wissenschaftliche Grundlagen und klinische Evidenz**<br>Prof. Dr. med. Uwe Klinge (Team Prof. Schumpelick), Aachen |
| 11:15 – 11:45 Uhr | **Biomeshes – Einsatz in der Beckenbodenchirurgie**<br>Priv. Doz. Dr. med. Sven Jürgens (Hundertmark), Hamburg |
| 11:45 – 12:15 Uhr | **Klinische, sonomorphologische und sexualmedizinische Aspekte nach vaginaler Meshimplantation**<br>Priv. Doz. Dr. med. Ralf Tunn, Berlin |
| 12:15 – 13:00 Uhr | **Pause** |
| 13:00 – 13:30 Uhr | **Forschungs- & Produktionskompetenz am Standort Norderstedt**<br>Dr. Dieter Engel, J&J |
| 13:30 – 14:30 Uhr | **Standortführung Netzproduktion** |
| 14:30 – 15:00 Uhr | **Anatomische Grundlagen der Descensuschirurgie**<br>Dr. med. Christl Reisenauer, Tübingen |
| 15:00 – 15:30 Uhr | **Stellenwert der urogynäkologischen Sonographie nach Meshinterponaten**<br>Jazek Kociszewski, Hagen |
| 15:30 – 16:00 Uhr | **Anforderungen an Beckenbodennetze**<br>Dr. med. Jörg Neymeyer, Berlin |
| 16:00 – 16:30 Uhr | **Zukunftsperspektiven - kurz-, mittel-, langfristig**<br>Prof. Dr. med. Paul Riss, Mödling |