IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHEREN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

-------------------------------------------------

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

**PRETRIAL ORDER # 241**
**(Re:  Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)**

Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint [Docket # 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long Form Complaint and Amended Short Form Complaint.  After the date of PTO #117, Ethicon, LLC was removed from the Short Form Complaint and Amended Short Form Complaint in all MDLs. PTO #117 further provided that the Court would initiate a show cause process regarding Ethicon, LLC in cases filed prior to the date of the Order.

The cases identified as part of Waves 2 and 3 discovery all pre-date PTO # 117, and 187 of those cases name Ethicon, LLC as a defendant.  The parties have agreed to dismiss Ethicon, LLC without prejudice from these cases, which are identified in Exhibit A.

It is **ORDERED** that Ethicon, LLC shall be dismissed without prejudice from each case identified on Exhibit A.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each of the cases listed on Exhibit A.  In cases subsequently filed in this district after 2:16-09494, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new

action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abode by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: October 12, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Case Name | Civil Action # |
|---|---|
| Allen, Diana & Timothy | 2:12-cv-01676 |
| Anderson, Elaine | 2:12-cv-02134 |
| Baez, Araceli | 2:12-cv-03078 |
| Bailey, Pamela & Houston | 2:12-cv-01700 |
| Baker, Dawn & Michael | 2:12-cv-02476 |
| Bartley, Susan D. | 2:12-cv-02921 |
| Bauernfeind, Monica Lynn & James Charles, II | 2:12-cv-02768 |
| Beard, Gavie & Kenneth | 2:12-cv-02025 |
| Bishop, Jessie | 2:12-cv-02101 |
| Blackston, Ossie & John | 2:12-cv-01493 |
| Book, Mary Diana | 2:12-cv-03085 |
| Boudreau, Linda L. & Charles J. | 2:12-cv-01373 |
| Bowers, Betty Jean | 2:12-cv-02022 |
| Bradley, Joann S. | 2:12-cv-03162 |
| Brady, Victoria Lee & Maurice Joseph | 2:12-cv-01428 |
| Brookman, Lesley Mitchell & Michael | 2:12-cv-01803 |
| Brown, Martha & Kenneth | 2:12-cv-02498 |
| Brusseau, Lottie & Edward | 2:12-cv-02819 |
| Burnett, Mary | 2:12-cv-01795 |
| Burton, Kimberly Lee & Christopher Carl | 2:12-cv-01529 |
| Carrell, Sharon K. & Timothy T. | 2:12-cv-02751 |
| Carroll, Margaret | 2:12-cv-02026 |
| Carroll, Norma & Larry | 2:12-cv-02414 |
| Carter, Tamara & David | 2:12-cv-01661 |
| Castillo, Carmen & Jose L. | 2:12-cv-03077 |
| Cedeno, Joyce | 2:12-cv-01701 |
| Chase, Alvette | 2:12-cv-01533 |
| Childress, Sandra & Timothy | 2:12-cv-01564 |
| Chrysler, Marion | 2:12-cv-02060 |
| Clay, Crystal Lynn | 2:12-cv-02097 |
| Clayborne, Mary | 2:12-cv-02579 |
| Clayborne, Wanda | 2:12-cv-02580 |
| Colbert, Rhonda & Joseph | 2:12-cv-01702 |
| Cole, Phyllis Smith & Willie Ray | 2:12-cv-01645 |
| Cole, Thelma & Harold | 2:12-cv-02908 |
| Conley, Karen V. | 2:12-cv-02315 |
| Cooper, Jennifer & Dave | 2:12-cv-01660 |
| Cosgray, Ila | 2:12-cv-02634 |
| Coward, Tammy | 2:12-cv-02788 |
| Crabtree, Reba & Jack | 2:12-cv-02135 |
| Creel, Inez & Carlton | 2:12-cv-02950 |
| Crews, Lillie Harriet & Wain E. | 2:12-cv-01549 |
| Currie, Anne M. | 2:12-cv-02955 |

**EXHIBIT A**

| Case Name | Civil Action # |
|---|---|
| Cutter, Jenesta & Larry A. | 2:12-cv-01790 |
| Damron, Judy K. & Benny | 2:12-cv-03079 |
| Day, Charlotte A. & Troy | 2:12-cv-02264 |
| Dotson, Kandy & Rick | 2:12-cv-02633 |
| Douglas, Tina M. | 2:12-cv-02922 |
| Dycus, Myrtle Frances | 2:12-cv-01879 |
| Espinoza, Rhondi | 2:12-cv-01517 |
| Falcon, Cynthia & Raymond, Sr. | 2:12-cv-02446 |
| Farris, John Wade, as Executor of the Estate of Diana N. Farris, deceased | 2:12-cv-02776 |
| Ferguson, Teresa | 2:12-cv-01544 |
| Fields, Janice & Don | 2:12-cv-02971 |
| Fisher, Anita | 2:12-cv-02581 |
| Fleck, Jean E. | 2:12-cv-01681 |
| Foust, Dorothy F. | 2:12-cv-02752 |
| Gallehugh, Michelle & Ronnie | 2:12-cv-01838 |
| Garner, Rhonda & Billy | 2:12-cv-02583 |
| Gaylor, Geraldean | 2:12-cv-03163 |
| Gologan, Didina & Alexandru | 2:12-cv-01528 |
| Grayson, Pamela Sue | 2:12-cv-01435 |
| Grizzle, Susan & Simon Thomas | 2:12-cv-02991 |
| Gullett, Brenda & Carl | 2:12-cv-02027 |
| Haddon, Judy | 2:12-cv-02200 |
| Henry, Lana & Phillip Dean | 2:12-cv-01938 |
| Hensley, Glenna T. | 2:12-cv-03119 |
| Hewatt, Shannon O'Neal & James W. | 2:12-cv-02279 |
| Higgins, Susan & Bob | 2:12-cv-01365 |
| Hill, Kimberly | 2:12-cv-02829 |
| Hoch, Susan & Christopher | 2:12-cv-01703 |
| Holland, Jeannie | 2:12-cv-03125 |
| Honeycutt, Emma G. | 2:12-cv-02746 |
| Hreiz, Amy Elizabeth & Adel Elias | 2:12-cv-02165 |
| Huggins, Bonnie & Calvin | 2:12-cv-02412 |
| Hunt, Dorothy | 2:12-cv-02575 |
| Hutchison, Deanna Gail | 2:12-cv-01711 |
| Irwin, Priscilla A. & Daniel S. | 2:12-cv-01878 |
| Jackson, Tammy & Byron | 2:12-cv-02576 |
| Jenkins, Ciera, Personal Representative of the Estate of Stacey D. Savage, deceased & Ebbie E. Ferrell | 2:12-cv-01743 |
| Jernigan, Joan E. & Fred T. | 2:12-cv-01850 |
| Johnson, Cynthia | 2:12-cv-01704 |
| Jones, Sara Camille | 2:12-cv-03131 |
| King, Gayle | 2:12-cv-02606 |

**EXHIBIT A**

| Case Name | Civil Action # |
| --- | --- |
| King, Phyllis A. | 2:12-cv-03081 |
| Kissel, Deborah & Robert | 2:12-cv-03013 |
| Kowalski, Judith Mary | 2:12-cv-01323 |
| Krauser, Debra & Stephen | 2:12-cv-03140 |
| Lambert, Corrie Ann & Ronson | 2:12-cv-02183 |
| Lane, Ann Jennette & Daniel Mark | 2:12-cv-01785 |
| Lary, Sheryl & Kevin E. | 2:12-cv-02136 |
| Lindberg, Patricia & Carl | 2:12-cv-01637 |
| Ludwig, Lori & Mark | 2:12-cv-03093 |
| Lyszcarz, Karen A. & Thomas F. | 2:12-cv-02689 |
| Majors, Jennifer A. & Jonathan S. | 2:12-cv-01523 |
| Manor, Kristy & John, III | 2:12-cv-02137 |
| Marks, Patricia & Floyd | 2:12-cv-02577 |
| Martello, Kimberly & Glen A. | 2:12-cv-03122 |
| Martin, Diann & Donald | 2:12-cv-01495 |
| Martin, Patricia J. & Dennis R., Sr. | 2:12-cv-02185 |
| Matthews, Donna & Earl | 2:12-cv-02478 |
| Mattingly, Deborah & Tony | 2:12-cv-03097 |
| Maxwell, Bonnie | 2:12-cv-02138 |
| McDonald, Maria & Thomas | 2:12-cv-01366 |
| McGathey, Elizabeth M. | 2:12-cv-01538 |
| Merten, Janet & Gerard | 2:12-cv-01817 |
| Meyer, Linda & Steve | 2:12-cv-01705 |
| Milan, Terri | 2:12-cv-02479 |
| Miller, Lillie R. & Ernest P. | 2:12-cv-02942 |
| Miller, Mona | 2:12-cv-01696 |
| Miller, Rose | 2:12-cv-02187 |
| Mincey, Melissa | 2:12-cv-02448 |
| Minogue, Bridgette | 2:12-cv-02112 |
| Mooney, Konnie L. & James | 2:12-cv-01695 |
| Moore, Melissa | 2:12-cv-03108 |
| Moore, Phyllis | 2:12-cv-01659 |
| Moret, Janie L. & Clarence J. | 2:12-cv-02501 |
| Muir, Marilyn & Scott | 2:12-cv-01706 |
| Murphy, Donna | 2:12-cv-02485 |
| Murphy, Michellyn & Michael | 2:12-cv-02600 |
| Nelson, Kathryn M. | 2:12-cv-02103 |
| Noffsinger, Carol Kay | 2:12-cv-03118 |
| Pageau, Tina Marie | 2:12-cv-02180 |
| Paris, Christin & Michael | 2:12-cv-01759 |
| Parker, Belinda | 2:12-cv-01710 |
| Parks, Nancy | 2:12-cv-02660 |
| Partin, Patricia Graham | 2:12-cv-02179 |

**EXHIBIT A**

| Case Name | Civil Action # |
|---|---|
| Parton, Lori Anne Copeland, Executrix of the Estate of Sue Bilbrey Copeland, deceased | 2:12-cv-01848 |
| Patrick, Lottie M. & John D. | 2:12-cv-01776 |
| Peterson, Tracy & Kevin | 2:12-cv-02030 |
| Peterson, Winnie Elise | 2:12-cv-01849 |
| Phillips, Joanne | 2:12-cv-02489 |
| Pieper, Laura & Mike | 2:12-cv-02189 |
| Pippin, Laura & Donald | 2:12-cv-02152 |
| Pitts, Michelle | 2:12-cv-02144 |
| Pocztowski, Debra | 2:12-cv-01470 |
| Pridmore, Hope & James | 2:12-cv-02190 |
| Ramirez, Angelia & Manuel | 2:12-cv-02191 |
| Raney, Barbara Ann & Marcus Theron | 2:12-cv-01507 |
| Reed, Ronda L. | 2:12-cv-03082 |
| Richard, Mary Frances & Joseph | 2:12-cv-02192 |
| Richmond, Tammy Jane | 2:12-cv-03038 |
| Rivers, Nancy & Darryl | 2:12-cv-02602 |
| Rogers, Ruby G. & Dwayne L. | 2:12-cv-01877 |
| Rose, Lola | 2:12-cv-01336 |
| Russell, Lisa A. | 2:12-cv-02879 |
| Sanders, Melissa & Charles, Jr. | 2:12-cv-01562 |
| Scott, Teresa | 2:12-cv-02100 |
| Sierra, Ana & Luis | 2:12-cv-01819 |
| Simpson, Brenda | 2:12-cv-02716 |
| Smallridge, Audrey & Theron | 2:12-cv-02956 |
| Smallwood, Katherine & Henry | 2:12-cv-03124 |
| Smith, Bonnie S. & Robert G. | 2:12-cv-02876 |
| Smith, Julia | 2:12-cv-03128 |
| Smith, Shannon L. | 2:12-cv-02989 |
| Spitzner, Bobbie Dianne & James W. | 2:12-cv-01552 |
| Stevens, Kimberly | 2:12-cv-02424 |
| Suter, Carol Ann & Troy W. | 2:12-cv-01712 |
| Sutton, Martha | 2:12-cv-01857 |
| Swanson, Karen & Thomas | 2:12-cv-01709 |
| Sweeney, Sandra | 2:12-cv-02880 |
| Symank, Bernie & Herman | 2:12-cv-01836 |
| Thomas, Joyce & William | 2:12-cv-02662 |
| Thomas, Shari & Ronnie L. | 2:12-cv-03130 |
| Thorpe, Carla J. | 2:12-cv-02546 |
| Todd, Mattie & Ronnie | 2:12-cv-02242 |
| Tomlinson, Debbie & Charles | 2:12-cv-02663 |
| Trammell, Vicki & Randall W. | 2:12-cv-02994 |
| Valle, Maritza | 2:12-cv-01368 |

**EXHIBIT A**

| Case Name | Civil Action # |
|---|---|
| Van Wyck, Helen | 2:12-cv-02374 |
| Villarreal, Katherine & Carlos | 2:12-cv-02167 |
| Walker, Christine | 2:12-cv-03166 |
| Walker, Julia & Willis | 2:12-cv-02826 |
| Walkingstick, Margaret Christine | 2:12-cv-01616 |
| Ward, Mary & Jeffrey | 2:12-cv-02198 |
| Warner, Leslie | 2:12-cv-02199 |
| Watson, Sandra Rosalie & Earl L. | 2:12-cv-01426 |
| Watts, Nettie | 2:12-cv-02823 |
| Webb, Christine & Joseph | 2:12-cv-03136 |
| Webb, Robin & Jack | 2:12-cv-02669 |
| Webb-Henson, Tammy | 2:12-cv-03123 |
| White, Kelly L. & John D. | 2:12-cv-03129 |
| Wiley, Judy | 2:12-cv-02670 |
| Wilkin, Alice Sue | 2:12-cv-02563 |
| Williamson, Tabitha | 2:12-cv-02642 |
| Wooden, Brenda J. & Barry | 2:12-cv-02951 |
| Young, Catherine L. & David | 2:12-cv-03083 |