# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL WAVE II TVT<br>AND TVT-O CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DR. LARRY T. SIRLS' TVT/TVT-O GENERAL OPINIONS**

1. Plaintiffs filed their Motion to Exclude the General Opinion Testimony of Larry T. Sirls, II, M.D. on July 29, 2016, in accordance with an agreed-upon extension of the Wave 2 briefing deadlines for Dr. Sirls. [*See* Doc. 2479 in Cause No. 2:12-md-2327]; *see* Ex. A.

2. Plaintiffs recognize the briefing burden in the Wave cases was substantial, and that it would have been easy for either side to inadvertently miss a filing deadline, especially given that several extensions were negotiated.

3. The associate originally contacted by Defense counsel about this motion indicated that Plaintiffs may oppose the motion, but that she would check with the trial team. Defendants' Motion for Leave to Extend Time was filed before this was completed.

4.  As such, Plaintiffs are not opposed to a short extension of time for Defendants to file their Opposition to Plaintiffs' Motion to Exclude Dr. Sirls' TVT/TVT-O General Opinions for the Wave 2 cases. [*See* Doc. 2865 in Cause No. 2:12-md-2327].

Date:   October 13, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　/s/ Fidelma L. Fitzpatrick
　　　　　　　　　　　　　　　　　　　　Fidelma L. Fitzpatrick
　　　　　　　　　　　　　　　　　　　　Motley Rice LLC
　　　　　　　　　　　　　　　　　　　　321 South Main Street
　　　　　　　　　　　　　　　　　　　　Providence, RI  02903
　　　　　　　　　　　　　　　　　　　　Phone: (401) 457-7700
　　　　　　　　　　　　　　　　　　　　Fax: (401) 457-7708
　　　　　　　　　　　　　　　　　　　　ffitzpatrick@motleyrice.com

　　　　　　　　　　　　　　　　　　　　Fred Thompson, III
　　　　　　　　　　　　　　　　　　　　Motley Rice LLC
　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　Phone: (843) 216-9000
　　　　　　　　　　　　　　　　　　　　Fax: (843) 216-9450
　　　　　　　　　　　　　　　　　　　　fthompson@motleyrice.com

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Fidelma  L. Fitzpatrick

Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Counsel for Plaintiffs