# Exhibit A

**From:** Laci Bonner [mailto:Laci.Bonner@butlersnow.com]
**Sent:** Monday, July 18, 2016 3:23 PM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Crum, John <jcrum@motleyrice.com>
**Cc:** Scudder-Levin, Jennie <jlevin@motleyrice.com>; McKinney, Kelly-Ann <kmckinney@motleyrice.com>; Qunell, Colleen <cqunell@motleyrice.com>; Donna Jacobs <Donna.Jacobs@butlersnow.com>
**Subject:** RE: Motions for Extension of Daubert Deadline Attached

Fidelma,

There were only four motions attached to John's emails from earlier today, which we have approved:

Flynn (Burnett)
Grier (Lambert & Lewis)
Sirls (General)

Please send copies of the others with requested changes and we will review.

Thank you,

**Laci Bonner**
*Contract Attorney*

(601) 985-4474
Laci.Bonner@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Fitzpatrick, Fidelma [mailto:ffitzpatrick@motleyrice.com]
**Sent:** Monday, July 18, 2016 2:21 PM
**To:** Laci Bonner; Crum, John
**Cc:** Scudder-Levin, Jennie; McKinney, Kelly-Ann; Qunell, Colleen; Donna Jacobs
**Subject:** RE: Motions for Extension of Daubert Deadline Attached


Laci-

To confirm – we are requesting extensions on each of the following to 10 days following the deposition:

Bergmann (Anderson & Peterson Cases)
Flynn (Burnett)
Grier (Lambert & Lewis)
Karram (Morrison)
Longacre (Shelton)
McLendon (Johnson & Martin)
Sirls (General & Lambert)
Thames (Shelton, Martin & Johnson)
Wright (Johnson, Swanson & Martin)

The reason for each is the same – the depositions are occurring close to or after the Daubert deadline.

Please confirm that you are not opposing and we will draft motions in each.

Thank you.


**Fidelma L. Fitzpatrick** | Attorney at Law | Motley Rice LLC
321 South Main Street, 2nd Floor | Providence, RI 02903-7109 | ffitzpatrick@motleyrice.com
**o.** 401.457.7728 x7728 | **c.** 401.374.7685 | **f.** 401.457.7708

---

**From:** Laci Bonner [mailto:Laci.Bonner@butlersnow.com]
**Sent:** Monday, July 18, 2016 2:47 PM
**To:** Crum, John <jcrum@motleyrice.com>

6

**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Scudder-Levin, Jennie <jlevin@motleyrice.com>; McKinney, Kelly-Ann <kmckinney@motleyrice.com>; Qunell, Colleen <cqunell@motleyrice.com>; Donna Jacobs <Donna.Jacobs@butlersnow.com>
**Subject:** RE: Motions for Extension of Daubert Deadline Attached

John,

Thank you for making the requested changes. While the specific reply dates are included in the proposed order, we would request that those dates also be included in the body of the motions.

Thank you,

**Laci Bonner**
*Contract Attorney*

(601) 985-4474
Laci.Bonner@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Crum, John [mailto:jcrum@motleyrice.com]
**Sent:** Monday, July 18, 2016 11:14 AM
**To:** Laci Bonner
**Cc:** Fitzpatrick, Fidelma; Scudder-Levin, Jennie; McKinney, Kelly-Ann; Qunell, Colleen
**Subject:** FW: Motions for Extension of Daubert Deadline Attached

Laci,

Attached are the proposed Motions for extension of time for Daubert deadlines with the changes you requested in the email below and the specific dates provided for your replies per your agreement with Jennie Scudder-Levin. Please review and if the changes meet your approval we will file today.

Thank you,

**John Crum** | Paralegal | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9033 | f. 843.216.9450 | jcrum@motleyrice.com

---

**From:** Scudder-Levin, Jennie
**Sent:** Monday, July 18, 2016 11:16 AM
**To:** Crum, John <jcrum@motleyrice.com>
**Subject:** FW: Motions for Extension of Daubert Deadline Attached



**Jennie Scudder-Levin** | Attorney At Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9213 | f. 843.216.9450 | jlevin@motleyrice.com

**From:** Laci Bonner [mailto:Laci.Bonner@butlersnow.com]
**Sent:** Friday, July 15, 2016 5:40 PM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Donna Jacobs <Donna.Jacobs@butlersnow.com>
**Cc:** McKinney, Kelly-Ann <kmckinney@motleyrice.com>; Scudder-Levin, Jennie <jlevin@motleyrice.com>
**Subject:** RE: Motions for Extension of Daubert Deadline Attached

Fidelma,

Since the Grier depositions went forward as scheduled on July 13, 2016, can we please take out the language, "or by ten (10) days from the date of deposition if it is not, in fact, completed on July 13, 2016 as currently scheduled."?

Additionally, the Flynn cases did not go forward as scheduled for July 14th, but the new date of July 21, 2016, has been confirmed.

Finally, we would request that the motions provide that we get equal time extensions on the responses, with the specific date provided. This agreement is reflected in the email correspondence with Jennie from yesterday that is attached.

Thank you,

**Laci Bonner**
*Contract Attorney*

(601) 985-4474
Laci.Bonner@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Fitzpatrick, Fidelma [mailto:ffitzpatrick@motleyrice.com]
**Sent:** Friday, July 15, 2016 2:31 PM
**To:** Laci Bonner
**Cc:** McKinney, Kelly-Ann; Scudder-Levin, Jennie
**Subject:** FW: Motions for Extension of Daubert Deadline Attached


Laci – attached are the motions for extensions of Daubert deadlines. Please confirm that these reflect our agreement so that we can file.

**Fidelma L. Fitzpatrick** | Attorney at Law | Motley Rice LLC
321 South Main Street, 2nd Floor | Providence, RI 02903-7109 | ffitzpatrick@motleyrice.com
**o.** 401.457.7728 x7728 | **c.** 401.374.7685 | **f.** 401.457.7708

**From:** Scudder-Levin, Jennie
**Sent:** Thursday, July 14, 2016 5:51 PM
**To:** Thompson, Fred <fthompson@motleyrice.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Cc:** McKinney, Kelly-Ann <kmckinney@motleyrice.com>
**Subject:** FW: Motions for Extension of Daubert Deadline Attached

Attached, please find motions for extensions of Daubert motions for all cases regarding Flynn, Grier, Sirls, Thames, and Bergman.

**Jennie Scudder-Levin** | Attorney At Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9213 | f. 843.216.9450 | jlevin@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the

intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.