IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Hendrix, et al., v. American Medical System, Inc., et al.*
*Civil Action No. 2:14-cv-01102*


ORDER

(Dismissing Defendant American Medical Systems, Inc. without Prejudice
and Transferring Case to MDL 2327)

On September 22, 2016 the plaintiffs and defendant American Medical Systems, Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems, Inc. without Prejudice [ECF No. 8]. In the joint motion, the parties are seeking dismissal of AMS as a defendant in this action without prejudice because all claims against AMS have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 8]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Plaintiffs' counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion. To date an Amended Short Form Complaint has not been filed. Plaintiffs' counsel is **DIRECTED**

to file an Amended Short Form Complaint within **fourteen days** of the date of this order. Defendant AMS is **DISMISSED WITHOUT PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is directed to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

    The Clerk is DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER: October 17, 2016

                        JOSEPH R. GOODWIN
                        UNITED STATES DISTRICT JUDGE