# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 2920], is a Joint Motion to Dismiss Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice filed by plaintiffs, identified on the attached Exhibit A, Coloplast Corp. ("Coloplast"),[1] and Mentor Worldwide LLC ("Mentor")[2] seeking dismissal of Coloplast and Mentor from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants Coloplast and Mentor with Prejudice is **GRANTED**.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

        ENTER: October 17, 2016

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE

## EXHIBIT A – THE LANIER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-cv-02895 | Eileen D. Nihan, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-14314 | Lois E. Carolan, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-19875 | Heather Fischer, et al. v. Ethicon, Inc., et al. |