**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: October 19, 2016          Respectfully submitted,

**LAW OFFICES OF SEAN M. CLEARY, P.A.**
19 West Flagler St., Suite 618
Miami, Florida 33130
Telephone:    (305) 416-9805
Facsimile:    (305) 416-9807
Email: sean@clearypa.com
By:    /s/Sean M. Cleary
Sean M. Cleary, Esquire
Florida Bar No. 146341

**Exhibit A**

| Plaintiff Name | Case No |
|---|---|
| Crista Cole | 2:13-cv-22877 |
| Donna Myers | 2:13-cv-11757 |
| Donna Sayre | 2:13-cv-13231 |
| Maria Anaya | 2:13-cv-13188 |
| Miriam Dale | 2:13-cv-13236 |
| Phyllis Bridges | 2:13-cv-22845 |
| Priscilla Garza | 2:13-cv-19581 |
| Sherry Williams | 2:13-cv-25271 |
| Wendy Wilson | 2:13-cv-13232 |
| Carolyn Garcia | 2:13-cv-14355 |