# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that I have communicated with counsel for Ethicon, Inc., Johnson & Johnson and/or Ethicon, LLC and verified that our firm has provided the information required by Pretrial Order # 240 (Product ID and Operative Reports) for the plaintiffs named on Attachment A on whose behalf a claim has been alleged against these defendants.

Dated: October 19, 2016					Respectfully submitted,

					*/s/ Jay H. Henderson*
					Jay H. Henderson
					Fibich Leebron Copeland Briggs & Josephson
					1150 Bissonnet
					Houston, TX 77005
					713-751-0025
					713-751-0030
					jhenderson@fibichlaw.com
					Counsel For Plaintiff

**Exhibit A**

| Plaintiff Name | Case No |
|---|---|
| Cynthia Nix | 2:12-cv-01278 |
| Yvonne Semere | 2:12-cv-02160 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Jay H. Henderson*
Jay H. Henderson
Fibich Leebron Copeland Briggs & Josephson
1150 Bissonnet
Houston, TX 77005
713-751-0025
713-751-0030
jhenderson@fibichlaw.com
Counsel For Plaintiff