# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                    MDL 2327
LITIGATION
-------------------------------------------------------
**CASES LISTED ON ATTACHMENT A**
                                                              JOSEPH R. GOODWIN U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and,

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: October 17, 2016.

                                       Respectfully submitted,

                                       By: /s/ *Hardin R. Ramey*
                                          **Hardin R. Ramey**
                                          State Bar No: 16496500
                                          Email: **hramey@rameylawfirm.com**

                                         **RAMEY LAW FIRM, PLLC**
                                         3131 McKinney Ave., Ste. 720
                                         Dallas, Texas 75204
                                         P: (972) 437-5577
                                         F: (972) 437-5572

                                         **ATTORNEY FOR PLAINTIFF**

## EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Diane Selph-Davis | 2:13-cv-23465 |
| Barbara Ann Wesley | 2:13-cv-28498 |

## CERTFICATE OF SERVICE

I hereby certify that on October 19, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECM system which will send notification of such filing to the CM/ECM participants registered to receive service in this MDL.

/s/ *Hardin R. Ramey*
**Hardin R. Ramey**
State Bar No: 16496500
Email: **hramey@rameylawfirm.com**
**RAMEY LAW FIRM, PLLC**
3131 McKinney Ave., Ste. 720
Dallas, Texas 75204
P:  (972) 437-5577
F:   (972) 437-5572

**ATTORNEY FOR PLAINTIFF**