# EXHIBIT A

(walmsley (mattingly).txt

REALTIME TRANSLATION - ROUGH EDIT ONLY      1

1          UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF WEST VIRGINIA

3              CHARLESTON DIVISION

4                  -  -  -

5

6    IN RE: ETHICON, INC.   :   Master File
     PELVIC REPAIR SYSTEM   :   NO.
7    PRODUCTS LIABILITY     :   2:12-MD-02327
     LITIGATION             :
8    ─────────────────────  :   MDL NO. 2327

9    DEBORAH MATTINGLY, et  :
     al                     :
10                          :   CASE NO.
          v.                :   2:12-cv-03097
11                          :
     ETHICON, INC., et al.  :
12

13                 -  -  -

14           October 12, 2016

15                 -  -  -

16            Expert deposition of
     KONSTANTIN WALMSLEY, M.D., taken pursuant
17   to notice, was held at Regus - North
     America, One Gateway Center, Suite 2600,
18   Newark, New Jersey, beginning at 2:32
     p.m., on the above date, before Kimberly
19   A. Cahill, a Federally Approved
     Registered Merit Reporter and Notary
20   Public.

21                 -  -  -

22

23        GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph| 917.591.5672
24          deps@golkow.com

25


        GOLKOW TECHNOLOGIES, INC. - 877.370.3377

     REALTIME TRANSLATION - ROUGH EDIT ONLY      2


1              Transcript of the deposition of

(walmsley (mattingly).txt

2   [!WITNESS NAME], called for Oral Examination in the

3   above-captioned matter, said deposition taken

4   pursuant to Superior Court Rules of Practice and

5   Procedure by and before KIMBERLY A. CAHILL, a

6   Federally Approved Registered Merit Reporter,

7   Certified Court Reporter, and Notary Public for the

8   State of New Jersey, at the offices of [!FIRM17],

9   [!ADDRESS-A17], [!ADDRESS-B17], [!CITY17],

10   [!STATE17], commencing at TIME ^ a.m. ^ p.m.

11

12               - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     3

1   APPEARANCES:

2

3        [!FIRM1]
           BY:  [!ATTORNEY1], ESQUIRE

4           BY:  [!ATTORNEY1A], ESQUIRE
                    Page 2

```
                 (walmsley (mattingly).txt
            [!ADDRESS-A1]
  5         [!ADDRESS-B1]
            [!CITY1], [!STATE1] [!ZIP1]
  6         [!PHONE NUMBER1]
            [!E-MAIL1]
  7         [!E-MAIL1A]
            Representing the Plaintiffs
  8

  9         [!FIRM2]
            BY:  [!ATTORNEY2], ESQUIRE
 10         BY:  [!ATTORNEY2A], ESQUIRE
            [!ADDRESS-A2]
 11         [!ADDRESS-B2]
            [!CITY2], [!STATE2] [!ZIP2]
 12         [!PHONE NUMBER2]
            [!E-MAIL2]
 13         [!E-MAIL2A]
            Representing the Defendant
 14

 15         [!FIRM3]
            BY:  [!ATTORNEY3], ESQUIRE
 16         BY:  [!ATTORNEY3A], ESQUIRE
            [!ADDRESS-A3]
 17         [!ADDRESS-B3]
            [!CITY3], [!STATE3] [!ZIP3]
 18         [!PHONE NUMBER3]
            [!E-MAIL3]
 19         [!E-MAIL3A]
            Representing the Defendant
 20

 21         [!FIRM4]
            BY:  [!ATTORNEY4], ESQUIRE
 22         BY:  [!ATTORNEY4A], ESQUIRE
            [!ADDRESS-A4]
 23         [!ADDRESS-B4]
            [!CITY4], [!STATE4] [!ZIP4]
 24         [!PHONE NUMBER4]
            [!E-MAIL4]
 25         [!E-MAIL4A]
            Representing the Defendant


       GOLKOW TECHNOLOGIES, INC. - 877.370.3377

       REALTIME TRANSLATION - ROUGH EDIT ONLY     4



  1

  2

            VIDEOTAPE TECHNICIAN:
  3           [!VIDEOGRAPHER]

  4         ALSO PRESENT:
              NAMES
  5

  6
```

Page 3

(walmsley (mattingly).txt)

7
8
9
10
11
12
13                    -   -   -
14
15
16
17
18
19
20
21
22
23
24
25


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      5


1
2                        -   -   -
3          [!WITNESS NAME], after having been
4      duly sworn, was examined and testified as
5      follows:
6                        -   -   -
7                        -   -   -
8                    EXAMINATION
9                      -   -   -
                    Page 4

(walmsley (mattingly).txt

10    BY MS. STEINMETZ:

11        Q.      Good afternoon, doctor.  Can you

12    state your name for the record please?

13        A.      Konstantin Walmsley.

14        Q.      Dr. Walmsley, my name is Jennifer

15    Steinmetz.  We met before the deposition.  I'm going

16    to be asking you some questions today about the

17    Deborah Mattingly case.  Do you understand that's

18    the reason you're here today?

19        A.      Yes.

20        Q.      And if I ask you a question and you

21    don't understand it, please ask me to rephrase.

22    Fair?

23        A.      Yes.

24        Q.      If you answer a question, I will

25    assume that you have understood the question.  Can

1    we have that agreement?

2        A.      Yes.

3        Q.      And you have given other depositions

4    in the pelvic mesh litigation?

5        A.      I have.

6        Q.      And can I rely on your sworn

7    testimony from those depositions?

8        A.      Absolutely.

9        Q.      And you understand that the purpose

10    of today's deposition is to explore your case

11    specific opinions in the case of Deborah Mattingly?

```
                       (walmsley (mattingly).txt
12          A.     Correct.

13          Q.     Have you done a physical examination

14   on Ms. Mattingly?

15          A.     No.

16          Q.     Has anyone requested that you do a

17   physical examination on Ms. Mattingly?

18          A.     No.

19          Q.     Have you ever met Ms. Mattingly in

20   person?

21          A.     I have not.

22          Q.     Have you ever spoken with Ms.

23   Mattingly?

24          A.     I have not.

25          Q.     Have you communicated with her in
```

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY       7

```
1    writing?

2           A.     No.

3                  MS. STEINMETZ:  Let's mark the notice

4    as deposition exhibit 1.

5                          -   -   -

6                  (Deposition Exhibit No. ##,

7              DESCRIPTION, was marked for

8              identification.)

9                          -   -   -

10   BY MS. STEINMETZ:

11          Q.     Doctor, have you seen Exhibit 1 prior

12   to today?

13          A.     I have.

14          Q.     Did you bring any documents with you
                              Page 6
```

(walmsley (mattingly).txt

15  responsive to Schedule A of the deposition notice or

16  I guess it's Exhibit A of the deposition notice?

17          A.      I have not.  Generally speaking,

18  either my counsel will provide a thumb drive of the

19  medical records and depositions that I have

20  reviewed, and I believe I've provided in past prior

21  testimonies, those lists.

22          Q.      Do you have a list either on the

23  computer that you brought with you today or

24  somewhere in hard copy version of the medical

25  records and deposition transcripts you have reviewed.

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      8

1  in this case?

2          A.      Yes.

3          Q.      What deposition transcripts have you

4  reviewed?

5          A.      Mrs. Mattingly, Dr. Angel, and Dr.

6  Shively.

7          Q.      Did you review the deposition of Dr.

8  Samuel Kriegler taken on August 25th, 2016?

9          A.      I do not believe so, no.

10          Q.      Did you review the depositions of Ms.

11  Mattingly, Dr. Angel, and Dr. Shively sometime

12  between the time your report was written in July and

13  the present day?

14          A.      Correct.

15          Q.      Do you have a list of the medical

16  records you have reviewed?

Page 7

(walmsley (mattingly).txt

17      A.      I do not on this computer, but they

18  should be provided within my report.

19          MS. STEINMETZ:  Let's go ahead and

20  mark your report as deposition Exhibit 2.

21                  -  -  -

22          (Deposition Exhibit No. ##,

23          DESCRIPTION, was marked for

24          identification.)

25                  -  -  -


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      9


1  BY MS. STEINMETZ:

2       Q.      Is Exhibit 2 your case specific

3  report for Deborah Mattingly?

4       A.      Yes, it is.

5       Q.      This report is dated July 22nd, 2016?

6       A.      Correct.

7       Q.      Is your report accurate?

8       A.      It is.

9       Q.      Is your report complete?

10      A.      Yes, it is.  Based on the medical

11  records that I reviewed at that time, yes.

12      Q.      And at that time, the medical records

13  you had reviewed included Dr. Basim Kahleifeh,

14  Spring View Urology, Spring View Hospital, and

15  Taylor Regional Hospital?

16      A.      That's correct.

17      Q.      And is it your understanding that

18  Spring View Urology is the practice of a Dr.

19  Kriegler?

                    Page 8

(walmsley (mattingly).txt

20          A.     That's correct.

21          Q.     Did you review the records of Dr.

22   Angel's practice, Taylor regional urology?

23          A.     I believe they may have been included

24   in some of the other medical records that I

25   reviewed, because I believe my report may have made

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     10

1    reference to that.  Which records are you speaking

2    of again?

3          Q.     Records from Dr. Angel's practice and

4    that practice is called Taylor regional urology?

5          A.     I believe I have, although I don't

6    see that referenced in my list of medical, because I

7    believe Dr. Kriegler's records had the copies of Dr.

8    Angel's records in his, if you will.  Does that make

9    sense?  So in other words, Spring View Urology had

10   Dr. Angel's records copied into them.  Does that

11   make sense?

12         Q.     Yes, it does, thank you.

13         A.     Yeah.

14         Q.     Do you have a recollection of

15   receiving a separate set of records which came

16   directly from Dr. Angel's practice?

17         A.     I do not recall that, no.

18         Q.     Did you review records from Dr.

19   Shively's practice, Taylor regional surgical

20   associates?

21         A.     Yes.

Page 9

(walmsley (mattingly).txt

22          Q.          And did you receive those as a

23  separate set or were those contained within Dr.

24  Kriegler's records?

25          A.          Within those records and those of


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      11


1   Taylor Regional Hospital.

2           Q.          Did you review records from Ms.

3   Mattingly's treating primary care practice, Lebanon

4   medical associates?

5           A.          Do you have any of the specific

6   physicians' names?

7           Q.          I know that Dr. Kirk was her primary

8   care provider.  Does his name sound familiar to you?

9           Q.          That name does not sound familiar to

10  me.

11          A.          At the time that you wrote your

12  report back in July, you listed the medical records

13  that you had reviewed as of that time.

14          A.          That's correct.

15          Q.          Have you reviewed medical records

16  since you've prepared this report?

17          A.          No new medical records, no.

18          Q.          Can I rely on what you have written

19  in your report?

20          A.          Yes.

21          Q.          Can I rely on the opinions you are

22  giving today as final opinions?

23          A.          Pending any additional information,

24  yes.

Page 10

(walmsley (mattingly).txt

25          Q.        Are there any additional reports that

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY     12

1    you have authored in this case?

2          A.       No.

3                    MS. STEINMETZ:  Let's mark Exhibit A

4    to your report as deposition Exhibit 3.

5                          -   -   -

6                    (Deposition Exhibit No. ##,

7               DESCRIPTION, was marked for

8               identification.)

9                          -   -   -

10   BY MS. STEINMETZ:

11         Q.       Is this a copy of your current

12   curriculum vitae, doctor?

13         A.       Yes, it is.

14                   MS. STEINMETZ:  And let's mark

15   Exhibit B to your report as Deposition Exhibit No.

16   4.

17                         -   -   -

18                   (Deposition Exhibit No. ##,

19              DESCRIPTION, was marked for

20              identification.)

21                         -   -   -

22   BY MS. STEINMETZ:

23         Q.       Is this a copy of your reliance list

24   for this case?

25         A.       Yes, it is.

Page 11

(walmsley (mattingly).txt

1          Q.     And am I correct that the reliance

2     list at Exhibit 4 lists the materials and the

3     medical literature you have reviewed in connection

4     with this case?

5          A.     Yes.

6          Q.     Are you relying on any materials or

7     literature outside of this reliance list in support

8     of your opinions?

9          A.     No, I hadn't -- no.

10         Q.     Did you conduct a medical literature

11    search specific to the Deborah Mattingly case?

12         A.     This is a kind of a live bibliography

13    that relates to articles that I feel are relevant to

14    the opinions that I render in these types of

15    matters, so as new information or new I think well

16    peer reviewed articles evolve, I'll add them to the

17    list, so this one is --

18         Q.     Was there anything specific --

19         A.     I'm sorry.

20         Q.     Go ahead.  No, go ahead.  Finish your

21    answer, please.

22         A.     So this was the current list as of

23    that period of time, which would have been, you

24    know, early July of 2016.

25         Q.     Do you have a memory of conducting

(walmsley (mattingly).txt

1    any particular literature search based on the

2    conditions or the symptomology that you reviewed

3    related to this particular plaintiff, Deborah

4    Mattingly?

5              A.      No.

6              Q.      The first item on the list refers to

7    depositions of medical providers.  Do you see that?

8              A.      Correct.  Yes.

9              Q.      And it looks like you reviewed Dr.

10   Angel and Dr. Shively's depositions, but not Dr.

11   Kriegler; is that right?

12             A.      That's correct.

13             Q.      And again you reviewed those

14   depositions after you prepared your report.

15             A.      Yes.

16             Q.      True?

17             A.      Yes.

18             Q.      Is that why they're not listed in

19   your report?

20             A.      Correct.

21             Q.      Have you communicated with any of Ms.

22   Mattingly's treating physicians?

23             A.      No.

24             Q.      The second item on your reliance list

25   refers to depositions of client and partner and you

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     15

1    said that you reviewed Ms. Mattingly's deposition?

2              A.      I did.

Page 13

(walmsley (mattingly).txt

3      Q.      And was that after you prepared your

4   report?

5      A.      Yes.

6      Q.      Is that why her deposition is not

7   listed on your report?

8      A.      Yes.

9      Q.      The third item refers to expert

10   reports related to this case.

11      A.      Right.

12      Q.      Do you see that?

13      A.      Yes.

14      Q.      Are you relying on reports or

15   opinions of any other expert in support of your

16   opinions in this case?

17      A.      No.

18      Q.      And does your report specifically

19   mention any other expert reports or opinions upon

20   which you have relied?

21      A.      This is fairly comprehensive.  Could

22   you repeat --

23      Q.      When you say this, are you referring

24   to your report?

25      A.      Yeah.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     16


1      Q.      And I guess just to reiterate the

2   question, does your report list any other expert

3   reports that you are relying on?

4      A.      No.

5      Q.      The fourth item on your reliance list

Page 14

(walmsley (mattingly).txt

6    refers to medical and billing records.

7         A.      Yes.

8         Q.      And you've listed those medical

9    records on page 2 of your report?

10        A.      Yes.

11        Q.      And we talked about some medical

12   records that you may have reviewed that are not on

13   this list.  Is this the extent of what you reviewed

14   as far as medical records go?

15        A.      Yes.

16        Q.      Are there any specific billing

17   records that you rely upon in support of your

18   opinions?

19        A.      No.

20        Q.      The fifth item refers to instructions

21   for use and that's known as an IFU.  Right?

22        A.      Correct.

23        Q.      Are you referring to the TVT

24   instructions for use?

25        A.      Correct.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     17


1         Q.      In this reliance list?

2         A.      Yes.

3         Q.      All right.

4                 Are you relying on the instructions

5    for use for any other Ethicon product in support of

6    your opinions in this case?

7         A.      No.

(walmsley (mattingly).txt

8      Q.      You also mention here the TVT patient

9   brochure.  Do you see that?

10      A.      I do.

11      Q.      Other than the instructions for use

12   and the brochure for the TVT sling, did you -- let

13   me ask that a better way.  Strike that.  Other than

14   the instructions for use for the TVT and the patient

15   brochure for the TVT, are you relying on any other

16   Ethicon-created document in support of your

17   opinions?

18      A.      No.

19      Q.      Have you read the report of Ethicon's

20   expert, Dr. Greg veils?

21      A.      No, I don't believe so.

22      Q.      Do you know Dr. Greg veils at the

23   university of Chicago?

24      A.      No.

25      Q.      I'm sorry.  Did you have an answer or

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    18

1   were you looking something up?

2      A.      You asked me if I knew him.  I do not

3   know him.  I'm sorry.  I thought -- I said no.  I

4   apologize.

5      Q.      That's okay.

6              Switching gears a little bit, to

7   date, how many pelvic mesh cases approximately have

8   you testified in?

9      A.      Between 15 and 20.

10      Q.      Have you testified exclusively for
                        Page 16

(walmsley (mattingly).txt

11    the plaintiffs in the pelvic mesh litigation?

12         A.       Somewhat.  I mean, I've been offered

13    cases by plaintiffs that I felt weren't plaintiffs'

14    cases and I've looked at cases from defendants

15    relating to pelvic mesh cases, but as far as

16    testimony is concerned, yes, only for plaintiffs.

17         Q.       And what is your hourly rate, doctor?

18         A.       $500 an hour.

19         Q.       Does that rate change for deposition

20    versus trial testimony?

21         A.       No.

22         Q.       How much have you earned to date with

23    respect to your services in the pelvic mesh

24    litigation?

25         A.       I would estimate over the last two to

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY    19

1     three years, perhaps 10020,000 to 140,000.  I'm not

2     specifically sure.

3          Q.       When were you first contacted about

4     the Deborah Mattingly case?

5          A.       In April or May of 2016.

6          Q.       Who contacted you?

7          A.       Mr. Barreca.

8          Q.       And what were you told about the

9     case?

10         A.       I was told that this was a case of a

11    lady who had a sling placed, who had complications

12    of pelvic pain and dyspareunia, amongst other things

Page 17

(walmsley (mattingly).txt

13  and they asked me if I would take a look at the

14  medical records and provide an opinion relating to

15  them.

16      Q.      And at the time you were first

17  contacted about this case, you had worked for Mr.

18  Barreca's law firm before?

19      A.      That's correct.

20      Q.      And what specifically were you asked

21  to do in connection with this case?

22      A.       I was asked to look at medical

23  records and provide an opinion regarding the outcome

24  of those -- or the analysis of those medical records

25  as it relates to complications from slings, in this

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     20

1   case a TVT sling.

2       Q.      At the outset, did you know that you

3   would be writing a report or asked to write a

4   report?

5       A.      Well, I knew I was going to be asked

6   to write a report, but I wouldn't write the report

7   unless I felt there was some merit to my client of

8   writing said report, in other words, if I felt like

9   the patient had a complication that could be

10  excluded with a reasonable degree of medical

11  certainty as it relates to, in this case, the

12  device, then I wouldn't recommend writing a report

13  unless they wanted me to anyway.

14      Q.      How did you go about deciding which

15  records and depositions were important to review?

Page 18

(walmsley (mattingly).txt

16        A.        Well, my general practice is to

17   review as many records as possible.  There can be

18   never too many medical records to be reviewed in

19   these cases, because in a lot of cases, they kind of

20   cross into different fields and paths, you know,

21   primary care, sometimes the, you know, psychological

22   impact and such so I like to get as many medical

23   records as possible so when a case is provided to

24   me, I'm assuming that the records being provided to

25   me are complete or at least complete as it relates

1    to the entire matter.

2         Q.        And you rely on Ms. Mattingly's

3    counsel to provide those records to you?

4         A.        I do.  I do.

5         Q.        And is the same true for depositions;

6    you want to see as many of them as possible?

7         A.        Depositions are a little bit

8    different because a lot of times they're not

9    initially offered to me so I have to ask for them

10   kind of post facto and to some degree, they're --

11   you know, they're -- getting them can be a little

12   different for me.  So generally speaking I don't

13   usually get all the depositions but I like to see

14   the depositions of treating physicians and/or

15   explanting physicians as well because I feel

16   sometimes that they can add to clarity of the

17   medical records.

(walmsley (mattingly).txt

18          Q.          If Ms. Mattingly came to you as a
19   patient, what would be your normal methodology for
20   diagnosing her?
21          A.          Well, certainly a history and a
22   physical would be mandatory.  I would want to review
23   all of her medical records and operative notes as it
24   relates to her pelvic surgery and her pelvic
25   symptoms and that would be a good start, and my

                GOLKOW TECHNOLOGIES, INC. - 877.370.3377
                REALTIME TRANSLATION - ROUGH EDIT ONLY      22

1   history and physical usually does include
2   urinalyses, sometimes urodynamics and/or cystoscopic
3   evaluations and such.  This is the kind of patient
4   that would likely need a comprehensive medical
5   evaluation because of her somewhat complicated
6   history.
7          Q.          You agree that the physical exam is
8   important in the overall care and treatment of a
9   patient for whom you are going to provide a
10  diagnosis.
11          A.          Well, I think certainly in an ideal
12  world, one would have the ability to do that as a
13  treating physician.  But sometimes in the world that
14  I live in, I have to superimpose the medical
15  evidence to kind of represent those exams, so that's
16  what I had to do in the Mattingly matter.  I didn't
17  have the opportunity to examine her myself,
18  obviously, so I had to rely on the medical records
19  and what was within them as far as her examination
20  is concerned.
                        Page 20

(walmsley (mattingly).txt

21      Q.      Would you agree that Ms. Mattingly's

22    treating physicians are in a better position to

23    diagnose her given that they have been able to

24    conduct that physical examination?

25      A.      I would think so.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      23


1       Q.      Did you bring your invoices for the

2    Deborah Mattingly case with you today?

3       A.      You know, I did not and I was

4    thinking about it on the way here that I forgot to

5    have, just because there was a little bit of a time

6    lag between the report and us getting together,

7    which I apologize for actually but -- so I don't

8    have them with me.

9       Q.      Could you provide that to your

10    counsel after this deposition?

11      A.      Absolutely.

12      Q.      All right.  Do you know how much

13    time, approximately, you spent preparing your report

14    in this case?

15      A.      I believe roughly six hours if my

16    memory serves me.

17      Q.      And do you recall how much time you

18    spent preparing for your deposition today?

19      A.      Well, the report was another two to

20    three hours and then preparing for the deposition,

21    which also related to reviewing the additional

22    depositions, was probably on the order of about five

(walmsley (mattingly).txt
23    hours to six hours or so, max.

24          Q.       Maybe I could ask it a better way:

25    Do you know approximately the total number of hours


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    24


1     that you spent on this case thus far?

2          A.       Roughly ten.

3          Q.       And are there any medical records in

4     particular that you believe are missing that you'd

5     like to still see?

6          A.       No.

7          Q.       Any depositions you believe are

8     missing that you would like to see?

9          A.       No.

10          Q.       Again switching gears I just wanted

11    to ask you a few questions about your

12    qualifications.  And I've read some of your past

13    depositions so I'm not going to get into this too

14    far but I just want to be clear.  Am I correct that

15    you do not hold yourself out as an expert in

16    chemistry?

17          A.       That's correct.

18          Q.       Am I correct that you do not hold

19    yourself out as an expert in toxicology?

20          A.       Yes.

21          Q.       Am I correct that you do not hold

22    yourself out as an expert in epidemiology?

23          A.       You are correct.

24          Q.       Am I correct that you do not hold

25    yourself out as an expert in pathology?

(walmsley (mattingly).txt

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY     25

1          A.     That's correct.
2          Q.     Am I correct that you do not hold
3    yourself out as an expert on FDA medical device
4    regulations?
5          A.     Correct.
6          Q.     Have you ever been employed with or
7    consulted with the F D -- strike that.  Have you
8    ever been employed by or consulted with the FDA?
9          A.     No.
10         Q.     Have you ever served on any type of
11   FDA advisory committee?
12         A.     I have not.
13         Q.     Have you ever written or been asked
14   to write an instructions for use for a medical
15   device product?
16         A.     No.
17         Q.     Have you ever consulted with a
18   medical device manufacturer about information to be
19   included in an instructions for use?
20         A.     Could you repeat the question?  I'm
21   sorry.
22         Q.     Sure.  Have you ever consulted with a
23   medical device manufacturer about what should or
24   should not be included in an IFU?
25         A.     No, not directly.

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

(walmsley (mattingly).txt
REALTIME TRANSLATION - ROUGH EDIT ONLY     26

1          Q.      And you have implanted polypropylene
2    mid-urethral slings yourself; correct?
3          A.      I have.
4          Q.      And I believe you previously
5    testified you implanted approximately 300 to 500
6    mid-urethral slings, including your fellowship and
7    private practice?  Does that sound right?
8          A.      Yes.
9          Q.      And do you still currently use
10   polypropylene mid-urethral slings from time to time?
11         A.      I do.
12         Q.      You currently implant approximately
13   20 polypropylene mid-urethral slings each year; do I
14   have that right?
15         A.      Yes.
16         Q.      If a patient is appropriately
17   counseled, you believe a polypropylene mid-urethral
18   may be the best option in some cases.
19               MR. BARRECA:  Objection to form.
20   BY MS. STEINMETZ:
21         Q.      Correct?
22         A.      I do.
23         Q.      Do you know the extent of the
24   counseling provided to Ms. Mattingly by Dr. Angel?
25               MR. BARRECA:  Objection to form.

1    BY MS. STEINMETZ:
                        Page 24

(walmsley (mattingly).txt

2      Q.      In this specific case?

3      A.      Well, what's inherent to the medical

4   records, yes.

5      Q.      Do you believe Dr. Angel's counseling

6   was appropriate?

7      A.      I believe it was.

8      Q.      And you are relying on the testimony

9   of Dr. Angel and Ms. Mattingly herself in support of

10  that opinion?

11     A.      Correct.

12     Q.      Have you ever implanted an Ethicon

13  TVT sling, like the one used with Ms. Mattingly?

14     A.      I have.

15     Q.      How many TVT slings made by Ethicon

16  have you implanted over the course of your practice?

17     A.      I should -- I should actually amend

18  that, because because -- no, I stand corrected. I

19  have. The only -- I haven't done TVT Obturator

20  slings, but I've done some of the TVT Classic

21  slings.

22     Q.      The retropubic approach?

23     A.      Correct.

24     Q.      How many of those have you implanted

25  over the course of your career, doctor?


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    28


1      A.      Probably between 25 and 40, but they

2   were almost all during my fellowship.

3      Q.      After that time, I believe you've

Page 25

(walmsley (mattingly).txt

4    used Bard products?

5        A.    Mostly Bard but a smattering of

6    others, yes.

7        Q.    Let's turn to your opinions specific

8    to Ms. Mattingly.

9        A.    Okay.

10       Q.    Now, you are aware that Ms. Mattingly

11   had a retropubic sling implanted by Dr. Angel in

12   March of 2009 for treatment of stress urinary

13   incontinence?

14       A.    Correct.

15       Q.    And do you agree that placement of a

16   TVT for stress urinary incontinence was within the

17   standard of care in March of 2009?

18       A.    I do agree.

19       Q.    Are you critical of the technique

20   used by Dr. Angel to place the TVT?

21       A.    I'm not.

22       Q.    During that surgery, Dr. Angel also

23   did a native tissue repair for her grade 3 bladder

24   prolapse; correct?

25       A.    That's correct.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    29


1        Q.    During that surgery, Dr. Angel also

2    did a posterior native tissue repair for her grade 2

3    prolapsed rectum; correct?

4        A.    Correct.

5        Q.    And the posterior repair required a

6    separate vaginal incision; correct?

Page 26

(walmsley (mattingly).txt

7       A.      Correct.

8       Q.      Do you agree that a native tissue
9    repair for pelvic organ prolapse was within the
10   standard of care in March 2009?

11      A.      I do.

12      Q.      Are you critical of the technique
13   used by Dr. Angel in performing either of the native
14   tissue repairs?

15      A.      I'm not.

16      Q.      You are aware that subsequent to Dr.
17   Angel's surgery, Ms. Mattingly developed prolapse of
18   the bladder and vaginal vault which necessitated a
19   sacrocolpopexy procedure which she had done in May
20   of 2011?

21      A.      Yes.

22      Q.      And can we agree that the prolapse
23   that developed between March of 2009 and May of 2011
24   was not related to the TVT?

25      A.      I would agree with that.


            GOLKOW TECHNOLOGIES, INC. - 877.370.3377
            REALTIME TRANSLATION - ROUGH EDIT ONLY     30


1       Q.      And the sacrocolpopexy was done by
2    Dr. Shively and he used Prolene mesh as a bridge
3    between the vagina and the sacrum?

4       A.      That's correct.

5       Q.      Do you agree that an abdominal
6    sacrocolpopexy for prolapse was within the standard
7    of care in May of 2011?

8       A.      I agree.

                        Page 27

(walmsley (mattingly).txt

9      Q.      Are you critical of the technique

10   used by Dr. Shively in the 2011 sacrocolpopexy

11   procedure?

12      A.      I'm not.

13      Q.      Do you have any criticism of Dr.

14   Shively's use of Prolene mesh in that procedure?

15      A.      No, I don't.

16      Q.      In this case, are you going to be

17   offering the opinion that the Prolene mesh used by

18   Dr. Shively in May of 2011 was defective in some

19   way?

20      A.      No.

21      Q.      In this case, are you going to be

22   offering any opinions critical of the warnings

23   associated with the Prolene mesh used by Dr. Shively

24   in May of 2011?

25      A.      No, I'm not.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     31


1      Q.      Is there any particular symptom or

2   complaint of Ms. Mattingly that you causally relate

3   to the Prolene mesh implanted by Dr. Shively in

4   2011?

5      A.      I wouldn't exclude it.

6      Q.      You wouldn't exclude it for what

7   problem or complaint?

8      A.      I wouldn't exclude it from the

9   complaints of pelvic pain.  I think it should be in

10   the differential.

11      Q.      Any other problem or complaint that

Page 28

(walmsley (mattingly).txt

12    you would not exclude related to the Prolene mesh?

13         A.     No.

14         Q.     Are you going to be offering the

15    opinion that the Prolene mesh more likely than not

16    was the cause of Ms. Mattingly pelvic pain?

17         A.     No.

18         Q.     Let's talk a little about Ms.

19    Mattingly's history leading up to her treatment with

20    Dr. Angel.  Now, you are aware that Ms. Mattingly

21    had two pregnancies and two vaginal deliveries?

22         A.     I am.

23         Q.     Are pregnancies and vaginal

24    deliveries risk factors for developing stress

25    urinary incontinence?


          GOLKOW TECHNOLOGIES, INC. - 877.370.3377
          REALTIME TRANSLATION - ROUGH EDIT ONLY    32


1          A.     Yes.

2          Q.     Are pregnancies and vaginal

3     deliveries risk factors for developing pelvic organ

4     prolapse?

5          A.     Yes.

6          Q.     Would you agree that age is a risk

7     factor for stress urinary incontinence?

8          A.     Ever in and of itself, yes.

9          Q.     And would you agree that age is a

10    risk factor for pelvic organ prolapse?

11         A.     Yes.

12         Q.     Would you agree that obesity is a

13    risk factor for stress urinary incontinence?

Page 29

(walmsley (mattingly).txt

14    A.    Yes.

15    Q.    Would you agree that obesity is a

16  risk factor for pelvic organ prolapse?

17    A.    I would agree.

18    Q.    Is a height of 5, 1 with a weight of

19  169 pounds considered obese?

20    A.    I'd have to get a specific BMI to

21  answer that question from a purely objective

22  standpoint, but it sounds overweight to me.

23    Q.    What BMI measure do you categorize as

24  obese?

25    A.    I think over 40 is morbidly obese,


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    33


1  but somewhere in the 30s would be a start for cause

2  of concern.

3             MS. STEINMETZ:  Let's mark as Exhibit

4  5 a questionnaire from Dr. Angel's records dated

5  February 9th, 2009.

6                   -  -  -

7             (Deposition Exhibit No. ##,

8         DESCRIPTION, was marked for

9         identification.)

10                   -  -  -

11  BY MS. STEINMETZ:

12    Q.    Is this what appears to be a two-page

13  questionnaire, Doctor, dated February 9th, 2009?

14    A.    Yes.

15    Q.    Did you review this questionnaire in

16  preparation for either writing your report or your

Page 30

(walmsley (mattingly).txt

17    deposition today?

18        A.     Yes.

19        Q.     Ms. Mattingly's chief complaint when

20    she presented to Dr. Angel was rectocele, cystocele,

21    prolapsed bladder; is that right?

22        A.     Yes.

23        Q.     And at that time, under

24    gastrointestinal, she reported change in bowel

25    movements, nausea or vomiting, painful bowel

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY   34

1    movements, constipation, rectal bleeding or blood in

2    stool, and abdominal pain; is that correct?

3        A.     Yes.

4        Q.     And under genitourinary, she

5    self-reported frequent urination, burning or painful

6    urination, change in force of stream, incontinence

7    or dribbling; is that right?

8        A.     Yes.

9        Q.     She also reported under

10    musculoskeletal, bone pain, back pain and difficulty

11    walking; correct?

12        A.     Yes.

13        Q.     On page 2 of Exhibit 5, under past

14    medical history, Ms. Mattingly reported arthritis,

15    bladder infections, and back trouble; is that

16    correct?

17        A.     Yes.

18        Q.     And over in the second column, she

Page 31

(walmsley (mattingly).txt

19    also reported scarring in her stomach due to chronic

20    gastritis?

21            A.      I see that.

22            Q.      She reported herself disabled at the

23    time she first presented to Dr. Angel?

24            A.      Correct.

25            Q.      Did you take Ms. Mattingly's past


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      35


1     medical history had into account when forming your

2     opinions in this case?

3             A.      I did.

4                     MS. STEINMETZ:  Let's also mark as

5     Exhibit 6 a copy of a bladder health questionnaire

6     dated March 6, 2009.

7                             -  -  -

8                     (Deposition Exhibit No. ##,

9                 DESCRIPTION, was marked for

10                identification.)

11                            -  -  -

12    BY MS. STEINMETZ:

13            Q.      And I will represent to you that Ms.

14    Mattingly testified this is a questionnaire that Dr.

15    Angel's office asked that she complete in

16    conjunction with her urodynamics testing done before

17    her procedure.

18            A.      Yes.

19            Q.      You recall that from her testimony?

20            A.      Yes.

21            Q.      Have you seen this bladder health
                          Page 32

(walmsley (mattingly).txt

22      questionnaire prior to today?

23              A.      I have.

24              Q.      Ms. Mattingly reported urinating five

25      or six times during the day and getting up two times

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      36

1       per night to urinate?

2               A.      Yes.

3               Q.      And she reported to Dr. Angel in

4       March of 2009 that her bladder problems began in the

5       year 2004?

6               A.      Yes.

7               Q.      Ms. Mattingly reported a strong sense

8       of urgency to urinate?

9               A.      Yes.

10              Q.      And she reported pain when her

11      bladder was full?

12              A.      Yes.

13              Q.      She also reported that she could not

14      postpone emptying her bladder easily; is that

15      correct?

16              A.      Yeah, she stated that she could not

17      do that.

18              Q.      What do those three answers that we

19      just talked about -- what do those mean to you as a

20      urologist?

21              A.      Well, they speak to several different

22      issues, you know, one being the concept of pelvic

23      pain, the other being the concept of overactive

Page 33

(walmsley (mattingly).txt

24    bladder.

25          Q.       And overactive bladder has components

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      37

1     of both urinary frequency and urinary urgency?

2          A.       Yeah, usually urinary urgency is

3     actually the most important of those symptoms, in

4     fact.  From the standpoint of urinary frequency, she

5     actually doesn't fall under the definition of really

6     having frequency.

7          Q.       Oh, based on the five to six times a

8     day and the two times per night?

9          A.       Yeah, because the international

10    Continence society defines urinary frequency as

11    actually urinating greater than eight times in a

12    24-hour period.  So from an objective standpoint,

13    she wouldn't fall under the criteria, if you will,

14    of having urinary frequency based on this

15    questionnaire at least.

16         Q.       Based on this questionnaire, she

17    falls into the category of urinary urgency; correct?

18         A.       Yes.

19         Q.       And based on this questionnaire, she

20    self-reports symptoms of pelvic pain; correct?

21         A.       Well, it's not specified as pelvic,

22    but I am concluding that a full bladder would

23    relate, if there is pain, to pain in that area.

24         Q.       I'm sorry.  I thought I heard you say

25    pelvic pain earlier.

Page 34

1      A.      Yeah, no, I think -- definitely, I

2   guess pelvic pain is -- is in the differential of

3   pain, but she actually, as is self-reported prior,

4   has back pain and other areas of pain, so I'm not

5   sure when she says pain when your bladder is full if

6   that is, strictly speaking, localized to the

7   bladder.  That's just not my conclusion there.  It's

8   not a completely specific question as it relates to

9   the source of pain, shall we say.

10      Q.      But in any event, she reports some

11  kind of pain in the pelvic area before she even has

12  the sling put in.

13      A.      Fair.

14      Q.      Correct?

15      A.      I think that's a fair assessment.

16      Q.      The next section talks about loss of

17  urine.  Do you see that?

18      A.      I do.

19      Q.      And she reports loss of urine when

20  she sneezes, coughs, jumps, runs, and laughs.  Is

21  that consistent with stress urinary incontinence?

22      A.      Yes.

23      Q.      And she reports a loss of urine when

24  she cannot make it to the bathroom on time.

25      A.      Correct.

(walmsley (mattingly).txt

1          Q.     Is that consistent -- is that
2    consistent with urge incontinence?
3          A.     Yes.
4          Q.     And Ms. Mattingly reported leaking a
5    couple times a day as of March of 2009?
6          A.     Yes.
7          Q.     She also reported in March of 2009,
8    prior to the surgery, difficulty starting her urine
9    stream; is that correct?
10         A.     Yes.
11         Q.     And she describes that difficulty as
12   the need to push or strain and wait more than one
13   minute for her stream to start; correct?
14         A.     Yes.
15         Q.     What does that tell you from a
16   urologic perspective?
17         A.     Well, it tells me that she has
18   several different disease state dynamics.  I mean
19   one of them obviously is stress urinary incontinence
20   based both on her complaints and her physical
21   examination.  These specific complaints to me speak
22   more to the significance of her cystocele, because
23   cystoceles as they become more severe tend to cause
24   voiding dysfunction by virtue of the change in the
25   anatomical angle between the bladder neck and the

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      40

1    bladder when cystoceles get worse.
2                     In other words when a bladder starts
                            Page 36

(walmsley (mattingly).txt

3      to drop, it kind of kinks the bladder outlet and

4      that can generate the symptoms that she's discussing

5      as far as difficulty starting urine stream, pushing,

6      straining, dribbling, and so forth.

7           Q.     Any other factors that you would

8      include in a differential for difficulty starting

9      urine stream other than the cystocele?

10          A.     Only a severe back injury, which I

11     don't believe she had a history of other than a

12     herniated disc but a herniated disc should not cause

13     a neurogenic bladder, for example.

14          Q.     She also states in this questionnaire

15     that when she's urinating, she cannot stop the

16     stream; is that right?

17          A.     Yes.

18          Q.     She has -- she thinks that she does

19     not completely empty her bladder.

20          A.     Yes.

21          Q.     She also notices dribbling of urine

22     after emptying her bladder.

23          A.     Correct.

24          Q.     Are those signs of retention?

25          A.     Possibly.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY     41


1           Q.     And would that be due to likely the

2      cystocele in your opinion?

3           A.     Yes, in theory.

4           Q.     Any other potential causes other than

Page 37

(walmsley (mattingly).txt

5    the cystocele for those symptoms?

6         A.      Either the presence of scar tissue

7    within the urethra or some sort of voiding

8    dysfunction that the patient had separate to the

9    prolapse.

10        Q.      And what do you mean by voiding

11   dysfunction in that last answer?

12        A.      Incomplete bladder emptying, for

13   example, some of the irritative bladder symptoms,

14   the fact that her incontinence is of a mixed fashion

15   certainly increases the possibility of other disease

16   states influencing her voiding function.

17        Q.      Based on the questionnaire and the

18   health history we just looked at, would you agree

19   that Ms. Mattingly had a complex urologic picture as

20   of the time that she presented to Dr. Angel in March

21   of 2009?

22             MR. BARRECA:  Can you repeat that?

23   I'm sorry.

24             MS. STEINMETZ:  I'm sorry.  I don't

25   think I can.  Can you repeat it back for him, Kim?

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     42

1                   -  -  -

2             (The court reporter read the

3             pertinent part of the record.)

4                   -  -  -

5             MR. BARRECA:  I'm going to object to

6    the form of that question.  You can answer that.

7             THE WITNESS:  Not especially.

Page 38

(walmsley (mattingly).txt

8    BY MS. STEINMETZ:

9          Q.      If you were treating this patient and

10   she came to you with the complaints listed in

11   exhibits 5 and 6, without examination, what would

12   you diagnose her with urologically speaking?

13         A.      I would diagnose her with mixed

14   urinary incontinence, likely cystocele, possible

15   rectocele, possible apical prolapse based on her

16   partial hysterectomy, pelvic pain and urgency and

17   nocturia.

18         Q.      And you agree with me that prior to

19   Ms. Mattingly's March 2009 TVT surgery, she had a

20   history of bladder infections.

21         A.      That's correct.

22         Q.

23         MS. STEINMETZ:  Let's look at the

24   operative report dated March 27th, 2009 which we

25   will mark as Exhibit 7.


             GOLKOW TECHNOLOGIES, INC. - 877.370.3377
             REALTIME TRANSLATION - ROUGH EDIT ONLY    43


1                   -  -  -

2                 (Deposition Exhibit No. ##,

3             DESCRIPTION, was marked for

4             identification.)

5                   -  -  -

6    BY MS. STEINMETZ:

7          Q.      And you've seen Exhibit 7 prior to

8    today.  Right, doctor?

9          A.      I have.

                          Page 39

(walmsley (mattingly).txt

10          Q.      Dr. Angel performed an anterior and a

11     posterior native tissue repair at the time that he

12     placed the TVT?

13          A.      Yes.

14          Q.      The anterior colporrhaphy was

15     indicated for her cystocele?

16          A.      Yes.

17          Q.      And do you agree that Ms. Mattingly

18     was an appropriate candidate for this procedure

19     based on your review of the records?

20          A.      Yes.

21          Q.      The posterior colporrhaphy was

22     indicated for her prolapsed rectum; is that right?

23          A.      Yes.

24          Q.      And do you agree she was an

25     appropriate candidate for this procedure based on

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    44

1     your review of the records?

2          A.      Correct.

3          Q.      The TVT was indicated for her stress

4     urinary incontinence?

5          A.      Yes.

6          Q.      And you agree that Ms. Mattingly was

7     an appropriate candidate for this procedure?

8          A.      I do.

9          Q.      Is a native tissue repair for

10     prolapse in your view more invasive than a TVT

11     placement?

12          A.      Well, it depends on how one defines

Page 40

(walmsley (mattingly).txt

13    invasive.  I would say no based on my definition of

14    invasive.

15            Q.        How do you define invasive?

16            A.        Well I think invasive can carry with

17    it a number of different implications, for example,

18    length of time, postoperative complication rates,

19    things of that nature.  I mean, on one level, a

20    sling is actually usually done in a faster period of

21    time than an anterior repair.  On the other hand,

22    even though the anterior repair takes longer, the

23    complications from using native tissue, for example,

24    as opposed to mesh-specific complications, would

25    render the anterior -- you know, the native tissue

              GOLKOW TECHNOLOGIES, INC. - 877.370.3377
              REALTIME TRANSLATION - ROUGH EDIT ONLY    45

 1    repair, pardon me, a safer surgery than a

 2    mid-urethral sling.

 3            Q.        You will agree with me that a native

 4    tissue repair for prolapse carries its own

 5    independent set of potential complications.

 6            A.        Yes.

 7            Q.        Infection and bleeding?

 8            A.        To some extent, yes.

 9            Q.        Wound complications?

10            A.        Yes.

11            Q.        Long-term pelvic pain?

12            A.        Native tissue repairs less so, but

13    possibly.

14            Q.        Long-term pain with intercourse?

                          Page 41

(walmsley (mattingly).txt)

15    A.    Once again, I mean, with native

16  tissue repairs, not very common, but possible.

17    Q.    Nerve damage?

18    A.    The same.

19    Q.    Injury to blood vessels of the

20  pelvis?

21    A.    Yes.

22    Q.    Injury to internal organs.

23    A.    Possibly.

24    Q.    Neuromuscular problems?

25    A.    Less likely, but possible.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    46


1    Q.    Voiding dysfunction?

2    A.    Possibly.

3    Q.    Inflammation?

4    A.    It depends on what kind of

5  inflammation.

6    Q.    What kind of inflammation, different

7  types of inflammation, do you believe are present or

8  can be present with a native tissue repair?

9    A.    Well, I think of inflammation as

10  being really in two groupings, acute inflammation,

11  for example, the natural tissue healing that occurs

12  immediately after native tissue surgical repair, for

13  example, and also chronic inflammation, which

14  doesn't really apply to native tissue repairs but

15  certainly would apply to transvaginal polypropylene

16  mesh-based repairs.

17    Q.    Are you saying that chronic

Page 42

(walmsley (mattingly).txt

18    inflammation is not possible with a native tissue
19    repair?
20          A.        Typically not, unless you're using
21    permanent suture material which is not always used
22    for these types of repairs and certainly also
23    presents a lower load or amount, if you will, of
24    foreign body compared to mesh.
25          Q.        So in the case where permanent

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY     47

1     sutures are used, there is the potential
2     complication for chronic inflammation.
3           A.        Yes.
4           Q.        And in the case where permanent
5     sutures are used, there is a potential complication
6     of an increased foreign body response.
7           A.        I would agree with that although I
8     think it also depends to some degree on the location
9     and the composition of the foreign body.
10          Q.        Is scarring a potential complication
11    of any native tissue repair?
12          A.        To some degree, yes.
13          Q.        Tissue contraction?
14          A.        To some degree, yes.
15          Q.        Failure or recurrence?
16          A.        Yes.
17          Q.        Need for further surgical procedures
18    down the road?
19          A.        That's a possibility.
Page 43

(walmsley (mattingly).txt

20      Q.      So whether or not Ms. Mattingly had

21   the TVT placed, she was at risk for all of the

22   complications we discussed given two native tissues

23   repairs that Dr. Angel performed for her prolapse;

24   is that correct?

25              MR. BARRECA:  Objection to form.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     48


1              THE WITNESS:  Well, yes, to some

2   degree, I think that's true, but there also -- I

3   mean, I think there are mesh-specific complications

4   that we really haven't discussed in that prior

5   dialogue between you and I.

6   BY MS. STEINMETZ:

7      Q.      Right and I was just asking you about

8   a native tissue repair without the use of mesh.

9      A.      Right.

10     Q.      So I didn't ask about mesh

11   complications.

12     A.      No, no, I understand -- I understand

13   that.  I just felt like you were in a sense

14   attributing the complications she had to that

15   particular repair, which I just wanted to make clear

16   isn't reflective of my opinion.

17     Q.      I understand.

18     A.      Right.

19     Q.      She had a TVT placed along with those

20   two repairs.  Right?

21     A.      Correct.

22     Q.      So my question to you is, if Ms.

Page 44

(walmsley (mattingly).txt

23    Mattingly had elected not to have the TVT placed and

24    she elected to have an anterior and a posterior

25    repair, would she have been at least at some risk of

1    all of the complications we just discussed?

2           A.      I would agree with that.

3           Q.      And similarly, the procedure that Dr.

4    Shively performed in May of 2011, she was at risk,

5    at least to some degree, for all of those potential

6    complications during that surgery as well; correct?

7           A.      Yes, I would agree with that.

8           Q.      And in addition to the complications

9    you and I talked about with the native tissue

10   repair, the procedure by Dr. Shively involved

11   Prolene mesh.   Right?

12          A.      Yes.

13          Q.      So she was also at a risk of an

14   increased foreign body response; correct?

15          A.      Well, yes, but I'd like to, you know,

16   preface the line of questioning just by saying that

17   this was different as far as location.   It was

18   intraperitoneal mesh, so the literature would

19   support and be reflective of a favorable

20   complication rate when one is comparing transvaginal

21   mesh versus intraperitoneal mesh.   So with a lot of

22   your questions, I'm probably going to say to a

23   lesser extent, but yes.

24          Q.      Okay.   So the --

Page 45

```
                          (walmsley (mattingly).txt
25          A.        To be fair.
```

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      50

```
 1          Q.        So the -- what did you say at the
 2   very end?
 3          A.        No no I'm sorry.  I cut you off,
 4   please.
 5          Q.        The intraperitoneal mesh that Dr.
 6   Shively used in May of 2011 carried with it some
 7   complications, although you think those
 8   complications were lower in frequency than perhaps
 9   the TVT mesh that Dr. Angel used in 2009?
10          A.        Possibly, yes, yeah.
11          Q.        Dr. Angel removed vaginal tissue
12   during the 2009 procedure; is that correct?
13          A.        He did.
14          MS. STEINMETZ:  Let's look at the
15   pathology report which I've marked as Exhibit 8.
16                         -  -  -
17                    (Deposition Exhibit No. ##,
18               DESCRIPTION, was marked for
19               identification.)
20                         -  -  -
21   BY MS. STEINMETZ:
22          Q.        You've seen this pathology report
23   before.  Right, doctor?
24          A.        Yes.
25          Q.        Specimen 1 includes vaginal mucosa
```

(walmsley (mattingly).txt
REALTIME TRANSLATION - ROUGH EDIT ONLY      51

1    that consisted of several strips of mucosa up to 5
2    centimeters in length; is that correct?
3            A.      Yes.
4            Q.      And specimen 2, which was vaginal
5    mucosa from the rectocele included a strip of mucosa
6    3 centimeters in length?
7            A.      Yes.
8            Q.      Can removal of vaginal mucosa in the
9    anterior and posterior repairs change a woman's
10   vaginal caliber?
11           A.      Yes.
12           Q.      Can a change in vaginal caliber lead
13   to painful intercourse for a woman?
14           A.      Yes.
15           Q.      And can we agree that none of Ms.
16   Mattingly's treating physicians have identified mesh
17   exposed in the vagina?
18           A.      I would agree.
19           Q.      Can we agree that none of Ms.
20   Mattingly's treating physicians have identified a
21   mesh erosion into Ms. Mattingly's bladder or some
22   other internal organ?
23           A.      I would agree.
24           Q.      And can we agree that Ms. Mattingly
25   has never had any portion of the TVT or Prolene mesh

(walmsley (mattingly).txt

1    removed?

2         A.      I would agree.

3         Q.      Is there any doctor in Ms.

4    Mattingly's medical records who mentioned

5    degradation of either of the mesh devices?

6         A.      No did any of Ms. Mattingly's

7    treating physicians mention chronic inflammation or

8    a chronic foreign body response.

9         A.      Well, yes, specifically Exhibit 8

10   speaks to the pathologic diagnosis of chronic

11   vaginitis.

12        Q.      I'm sorry.  What record are you

13   referring to?

14        A.      The first page of Exhibit 8 at the

15   top.  I think you asked me about chronic

16   inflammation?

17        Q.      Okay.  The -- the vaginal mucosa

18   taken from the area of the cystocele and the

19   rectocele notes some sort of chronic inflammation?

20        A.      Chronic vaginitis as a pathologic

21   diagnosis.

22        Q.      Anywhere else in Ms. Mattingly's

23   records where you saw that a doctor mentioned

24   chronic inflammation or foreign body response?

25        A.      No.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      53


1         Q.      Did any of Ms. Mattingly's treating

2    physicians mention loss of pore size of the TVT?

3         A.      No.

Page 48

(walmsley (mattingly).txt

4          Q.      Did any of Ms. Mattingly's treating

5      physicians mention that the TVT mesh had frayed or

6      roped or curled?

7          A.      No.

8          Q.      Did any of Ms. Mattingly's treating

9      physicians mention mesh contraction?

10         A.      No.

11         Q.      Did any of Ms. Mattingly's treating

12     physicians mention excessive scarring at or near the

13     TVT mesh?

14         A.      No.

15         Q.      Did any doctor mention the term

16     fibrotic bridging?

17         A.      No.

18              MS. STEINMETZ:  All right.  This is a

19     good stopping point.  Do you mind if we take a quick

20     five minute break, doctor?

21              THE WITNESS:  Not at all.

22              MS. STEINMETZ:  Great.  We've been

23     going about an hour or so.

24              THE WITNESS:  Okay.

25              (A recess was taken from 3:32 p.m. to

1          3:41 p.m.)

2      BY MS. STEINMETZ:

3          Q.      Doctor, let's turn back to your

4      report as Exhibit 2.  Your case-specific opinions

5      start on page 6 and there are three of them is that

(walmsley (mattingly).txt

6    right?

7         A.    Yes.

8         Q.    Case-specific opinion 1 specifically

9    relates to Ms. Mattingly's complaints about vaginal

10   pain and dyspareunia; correct?

11        A.    Yes.

12        Q.    I want to talk about each one

13   separately.  First, the dyspareunia.

14        A.    Okay.

15        Q.    Looking at the top of page 7, and you

16   say Ms. Mattingly's dyspareunia has no clear

17   etiology; correct?

18        A.    Yes.

19        Q.    And you believe to a reasonable

20   degree of medical certainty that her dyspareunia

21   began after her pelvic surgeries?

22        A.    That's correct.

23        Q.    And you were speaking of her surgery

24   in 2009 as well as her surgery in 2011; correct?

25        A.    You're asking me if she had had

1    dyspareunia before her pelvic floor surgeries in

2    2009, I believe; correct?

3         Q.    Well, I think the answer we can both

4    agree is no to that.

5         A.    Yeah, she did not experience painful

6    intercourse before March of 2009.

7         Q.    So you note that the dyspareunia

8    began after her pelvic surgeries, and I'm wondering

Page 50

(walmsley (mattingly).txt

9    what you are referring to.

10        A.    Well, she had multiple pelvic

11   surgeries by Dr. Angel I guess in one setting, if

12   you will.

13        Q.    Okay.

14              So this use of the term pelvic

15   surgeries refers to the one surgery in 2009 which

16   included multiple components?

17        A.    That's fair, yes.

18        Q.    And you cannot determine, as you sit

19   here today, to what extent, if any, Ms. Mattingly's

20   dyspareunia was caused specifically by the TVT; is

21   that correct?

22        A.    Yes.

23        Q.    In other words, am I correct that you

24   are unable to state to a reasonable degree of

25   medical certainty that the TVT is the cause of her

1    dyspareunia?

2        A.    I wouldn't put it that way.  I would

3    list it as a causative factor, but I would have to

4    entertain in the differential the other surgeries

5    she had as well.

6        Q.    As you sit here today, is it your

7    opinion that the TVT is the sole cause of her

8    dyspareunia?

9        A.    No.

10        Q.    And you believe an IME might shed

(walmsley (mattingly).txt
11      light on the cause of her dyspareunia?

12              A.      I do.

13              Q.      But you have not done an IME nor have

14      you been asked to do an IME as of today; correct?

15              A.      That's correct.

16              Q.      And you would agree that an IME may

17      also not shed light on the cause of her dyspareunia;

18      correct?

19              A.      Possibly.

20              Q.      In terms of a differential diagnosis

21      for her dyspareunia, are you able to rule out as the

22      cause of Ms. Mattingly's dyspareunia the concomitant

23      anterior repair Dr. Angel did in March of 2009?

24              A.      You're asking me to rule that out?

25              Q.      I'm asking are you able to rule it


                GOLKOW TECHNOLOGIES, INC. - 877.370.3377
                REALTIME TRANSLATION - ROUGH EDIT ONLY     57


1       out as the cause of her dyspareunia?

2               A.      No.

3               Q.      Are you able to rule out as the cause

4       of Ms. Mattingly's dyspareunia the concomitant

5       posterior repair that Dr. Angel did in March of

6       2009?

7               A.      I'm not able to rule that out.

8               Q.      Are you able to rule out as the cause

9       of Ms. Mattingly's dyspareunia a potential change to

10      her vaginal caliber that resulted from the 2009

11      surgery?

12              A.      Could you repeat the question again?

13      I'm sorry.
                        Page 52

(walmsley (mattingly).txt

14          Q.     Sure.  Are you able to rule out as

15   the cause of Ms. Mattingly's dyspareunia a potential

16   change to her vaginal caliber that may have resulted

17   from the 2009 surgery?

18          A.     I would -- I would agree with that.

19          Q.     Are you able to rule it out as the

20   cause of her dyspareunia?

21          A.     I'm not.

22          Q.     Are you able to rule out as the cause

23   of Ms. Mattingly's dyspareunia the prolapse surgery

24   Dr. Shively did in May of 2011?

25          A.     I am not.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      58


1           Q.     And you mention in your report that

2    you are able to rule out the cause of Ms.

3    Mattingly's dyspareunia -- strike that.  You mention

4    in your report that you are able to rule out as the

5    cause of Ms. Mattingly's dyspareunia vaginal

6    scarring with reduced elasticity in the area of the

7    TVT implant.

8           A.     Correct.

9           Q.     Is that correct?

10          A.     Correct.

11          Q.     That is because -- and that is

12   because there's no evidence to support this

13   potential mesh-related cause?

14          A.     I don't know if I understand that

15   question.  I'm sorry.

Page 53

(walmsley (mattingly).txt
16      Q.      Let me pull it right from your

17   report.

18              You state in your report the one

19   other plausible mesh-related cause for Ms.

20   Mattingly's pelvic pain and dyspareunia, vaginal

21   scarring with reduced elasticity, is also not seen

22   within the medical records; is that right?

23      A.      Yes.

24      Q.      So by virtue of the fact that there

25   is no evidence of that in the record, that's why

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      59

1    you're able to exclude it as a potential cause?

2       A.      Based on that, yes.

3       Q.      And the same thing with neuromuscular

4    injury; you're able to rule that out as the cause of

5    her dyspareunia given the absence of any evidence in

6    the records?

7       A.      Correct.

8       Q.      Staying with case-specific opinion

9    number 1, let's talk about Ms. Mattingly's vaginal

10   pain.  Now, do you believe to a reasonable degree of

11   medical certainty that her vaginal pain began after

12   her pelvic surgery in 2009?

13      A.      I would agree with that, yes.

14      Q.      Are you aware of any evidence in the

15   records that she had vaginal pain preimplant?

16      A.      Not to my knowledge.

17      Q.      The pain that we saw related to that

18   bladder pain that we talked about earlier?

Page 54

(walmsley (mattingly).txt

19          A.      Correct.  I was looking at that, but
20    as I understand your question, I would say no.  I
21    mean, that's talking about bladder pain and not
22    vaginal pain.
23          Q.      Okay.  Is your opinion on vaginal
24    pain similar to dyspareunia where you believe it has
25    no clear etiology?


          GOLKOW TECHNOLOGIES, INC. - 877.370.3377
          REALTIME TRANSLATION - ROUGH EDIT ONLY      60


1           A.      I think -- really I think there are
2     many etiologies.  It would probably be a better
3     representation to say, although there may not be any
4     clarity etiologies because there's several on the
5     differential.  The fact that she had it is fairly
6     clear.  The time course around which it took place
7     and developed is fairly defined to my knowledge.
8           Q.      As you sit here today, is it your
9     opinion that the TVT is the sole cause of Ms.
10    Mattingly's vaginal pain?
11          A.      That is not my opinion.
12          Q.      In terms of a differential diagnosis,
13    are you able to rule out as the cause of Ms.
14    Mattingly's vaginal pain the concomitant anterior
15    repair Dr. Angel did in March of 2009?
16          A.      I am not.
17          Q.      Are you able to rule out as the cause
18    of Ms. Mattingly's vaginal pain the concomitant
19    posterior repair Dr. Angel did in March of 2009?
20          A.      I am not.

(walmsley (mattingly).txt

21      Q.      Are you able to rule out as the cause
22  of Ms. Mattingly's vaginal pain a potential change
23  to her vaginal caliber that resulted from the March
24  2009 surgery?
25      A.      I am not.


            GOLKOW TECHNOLOGIES, INC. - 877.370.3377
            REALTIME TRANSLATION - ROUGH EDIT ONLY      61


 1      Q.      Are you able to rule out as the cause
 2  of Ms. Mattingly's vaginal pain the prolapse surgery
 3  Dr. Shively did in May of 2011?
 4      A.      Could you repeat the question?  I'm
 5  sorry.
 6      Q.      Sure.
 7              Are you able to rule out as the cause
 8  of Ms. Mattingly's vaginal pain the prolapse surgery
 9  Dr. Shively did in May 2011?
10      A.      I'm not.
11      Q.      Now, you mention at the bottom of
12  page 6, the third line up, pelvic pain and
13  dyspareunia.  Are you using pelvic pain
14  interchangeably with vaginal pain?
15      A.      To some extent.  I mean, I do think
16  they're overlapping, if you will.
17      Q.      Would your opinions and your
18  differential diagnosis, with those be the same
19  answers for pelvic pain as you just gave me for
20  vaginal pain?
21      A.      To some extent, yes.
22      Q.      And also with respect to pelvic pain,
23  are you able to rule out as a cause the mere
                        Page 56

(walmsley (mattingly).txt

24    continuation of symptomology that Ms. Mattingly had

25    preimplant?

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      62

1        A.        Well, what symptoms are you speaking

2    of?  I'm sorry.

3        Q.        The pelvic pain symptoms that we

4    spoke of earlier.

5        A.        Oh, you're talking about the bladder

6    pain from the questionnaire?

7        Q.        Yes.

8        A.        Yeah, I think that obviously was a

9    preceding factor more once again related to bladder

10    pain van vaginal pain.

11        Q.        Okay.

12        A.        But certainly in the realm -- in the

13    realm of pelvic pain, absolutely.

14        Q.        So to the extent Ms. Mattingly

15    complains of pelvic pain currently, you are unable

16    to rule out the fact that this is a mere

17    continuation of symptomology that existed

18    preimplant; is that fair?

19        A.        As it relates to that pain when her

20    bladder is full, I would agree, yeah.

21        Q.        Now, case-specific opinion number 2

22    relates to Ms. Mattingly's urinary complaints of

23    stress urinary incontinence, urgency and incomplete

24    bladder emptying; correct?

25        A.        Yes.

(walmsley (mattingly).txt

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
        REALTIME TRANSLATION - ROUGH EDIT ONLY     63

1        Q.        Can we agree that there is no
2   evidence in the record that Ms. Mattingly has urge
3   incontinence?

4        A.        I wouldn't agree with that.

5        Q.        You would or would not?  Sorry.

6        A.        I felt like at least she had some
7   symptoms consistent with mixed urinary incontinence.

8        Q.        And I'm speaking of post TVT implant?

9        A.        Oh, post TVT -- I'm sorry.  I --

10        Q.        Yes.  So let me ask the question
11   again.

12        A.        Yes, please.

13        Q.        After the TVT was implanted in March
14   of 2009 --

15        A.        Yes.

16        Q.        -- can we agree that there has been
17   no evidence of urge incontinence?

18        A.        Yes.

19        Q.        With respect to the urinary urgency,
20   did you perform a differential diagnosis?

21        A.        Yes.

22        Q.        Are you able to rule out infection as
23   a cause of Ms. Mattingly's -- strike that.  Are you
24   able to rule out infection as the cause of Ms.
25   Mattingly's urinary urgency?

(walmsley (mattingly).txt

1       A.      I'm not able to rule that out,
2   although she did have one visit where she had
3   urgency in the absence of a UTI, to be fair.
4       Q.      Are you speaking of Dr. Kriegler's
5   records?
6       A.      Yes.
7       Q.      And we can agree that Ms. Mattingly
8   had urgency before the TVT was implanted; correct?
9       A.      Yes.
10      Q.      Can you point to any record that says
11  that her urinary urgency became worse or more
12  frequent after the TVT was implanted?
13      A.      I cannot.
14      Q.      Given that Ms. Mattingly's urinary
15  urgency pre-existed the TVT, are you able to rule
16  out the possibility that this is just a continuation
17  of a problem unrelated to the sling?
18          MR. BARRECA:  Objection to form.
19          THE WITNESS:  Well, it's hard for me
20  to do that only because since the sling is now in,
21  it has to be considered, you know, in the
22  development or ongoing change in her voiding
23  symptoms.
24  BY MS. STEINMETZ:
25      Q.      Okay.  Maybe I didn't ask the

1   question right.

(walmsley (mattingly).txt
2      So we know that Ms. Mattingly had
3   urgency or symptoms of urgency before the TVT went
4   in; correct?
5        A.     Yes.
6        Q.     And she's complaining of urgency to
7   her doctors at the present time; correct?
8        A.     Yes.
9        Q.     Can you rule out the possibility that
10   her symptomology is a continuation of a pre-existing
11   problem as opposed to something related to the mesh
12   sling?
13              MR. BARRECA:  Objection to form.
14              THE WITNESS:  I wouldn't rule that
15   out.
16   BY MS. STEINMETZ:
17        Q.     Now your case specific opinion number
18   2 references stress urinary incontinence.  Is your
19   reference to current stress urinary incontinence
20   related solely to the subjective complaints Ms.
21   Mattingly made to Dr. Kriegler at office visits on
22   October 15th, 2014 and October 31st, 2014?
23        A.     Yes.
24        Q.     And in those records, Dr. Kriegler
25   notes that she complained of mild SUI or stress

1   urinary incontinence?
2        A.     Yes.
3        Q.     Can you point to any record between
4   2009, when the TVT was implanted, and October 2014

(walmsley (mattingly).txt

5   evidencing symptoms of stress urinary incontinence?

6        A.      I cannot.

7        Q.      And can you point to any record

8   between October 2014 and the present evidencing

9   symptoms of stress urinary incontinence?

10       A.      Yes.

11       Q.      Where is that record?

12       A.      In the October 15th, 2014 visit and

13  in the October 31st, 2014 visit.

14       Q.      Okay.  Sorry.  You took me literally.

15  So can you point to any evidence or record between

16  November 1st of 2014 and the present that mentions

17  stress incontinence?

18       A.      No.

19       Q.      Did you read Ms. Mattingly's

20  testimony where she told me she does not really

21  experience leakage with coughs, laughs, and sneezes?

22       A.      Yes.

23       Q.      And are you aware based on your

24  review of Dr. Kriegler's records that Ms. Mattingly

25  did not report symptomology of stress incontinence

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY    67

1   for the last several visits he had with her in 2015

2   and 2016?

3        A.      Yes.

4        Q.      And you will agree with me that Dr.

5   Kriegler did two cystoscopies, one in 2014 and one

6   in 2015, that were both normal?

Page 61

(walmsley (mattingly).txt

7        A.        Yes.

8        Q.        Would you defer to Dr. Kriegler, who

9    is Ms. Mattingly's treating urologist, for

10   information about Ms. Mattingly's urinary condition

11   and diagnosis?

12       A.        Yes.

13       Q.        Is it possible that Ms. Mattingly

14   perceived symptoms of stress incontinence at the two

15   visits in October of 2014 due to an ongoing urinary

16   tract infection?

17       A.        No.

18       Q.        And what is your basis for that

19   response?

20       A.        Well, there were two visits.  During

21   her first visit, she did make mention of UTI

22   symptoms, which actually she has in several other

23   areas of the medical record, symptoms in the absence

24   of a real UTI.  Be that as it may, she was treated

25   with Bactrim DS, an antibiotic at that time, yet

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      68

1    presented back two weeks later roughly with the same

2    exact symptoms despite treatment for the UTI.

3        Q.        What is your explanation for mild

4    stress incontinence symptoms as perceived by the

5    patient which occur, you know, within a 30-month

6    period but then go away?

7        A.        I think you mean a 30-day period.

8    Right?

9        Q.        Oh, sorry.  Yes.

Page 62

(walmsley (mattingly).txt

10    A.    That's okay.  Well, I mean, I think

11  there are two implications from that.  I mean we've

12  all seen medical records where sometimes symptoms

13  aren't documented because they aren't asked and

14  answered so I mean one explanation may be that she's

15  continuing to have these symptoms, but doesn't bring

16  it up with the clinician because perhaps she isn't

17  -- either is not bothered by it that much or she

18  doesn't see any sort of solution or change.

19    Q.    If Dr. Kriegler testified that Ms.

20  Mattingly's perceived stress incontinence may have

21  related to her infections in the past, would you

22  disagree with that possibility?

23    A.    I wouldn't necessarily disagree with

24  it, but I'd like to understand his analysis of per

25  symptoms on October 31st, 2014 in that vein --

1    Q.    And by that, you're talking about the

2  use of the antibiotics not resolving the stress

3  incontinence symptoms?

4    A.    Correct.

5    Q.    And in that response, are you making

6  an assumption that Ms. Mattingly would be responsive

7  to whatever antibiotic was prescribed to her?

8    A.    Well, I wouldn't see why not.  I

9  mean, Bactrim DS is a very good choice of drug to

10  empirically treat an infection.  Unfortunately, I

11  don't recall seeing a urine culture that otherwise

(walmsley (mattingly).txt

12   would have clued us in as to even if she had an

13   infection, number one, but, number two, if it was a

14   particular kind of bacteria.  But for most UTIs, the

15   choice of a sulfa antibiotic is a very good one.

16        Q.      Coming back to the original question,

17   I want to ask it a different way:  How do you

18   explain perceived symptoms of mild stress

19   incontinence two times with no complaints before and

20   no complaints after and two times in a 14-day

21   window?

22        A.      Well, I mean, I think one thing we

23   have to understand is, taking aside or putting aside

24   getting a complete history and physical from a

25   patient, maybe she might not have mentioned it to


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      70


1    that point we were discussing before, but the other

2    thing that can also happen is, as chronic

3    inflammation, scarring occurs within the vaginal

4    space, this is a dynamic process, and I think one

5    example of kind of just demonstrating that is the

6    fact that Mrs. Mattingly's pain has evolved to a

7    worsening degree continuously since her surgeries.

8    So the fact that things might change, that maybe her

9    sling might contract, for example, and go from being

10   too loose to being too tight and her then developing

11   incomplete emptying, that might be a plausible way

12   to explain why her symptoms did change, because

13   that's kind of what happened to her.  She went from

14   having mild SUI to actually having voiding
                    Page 64

(walmsley (mattingly).txt

15  dysfunction requiring Flomax, so it's as if, from my

16  analysis, the sling tightened over time and went

17  from being too loose, mild SUI, to being so tight

18  that now she's not urinating properly.

19        Q.      Do you see any evidence in the

20  records that Dr. Angel improperly placed the sling?

21        A.      I do not.  In fact, I would say to

22  the contrary, I see evidence to the fact that he did

23  so using proper technique.

24        Q.      And do you see any evidence in the

25  record of excessive or abnormal scarring in or


            GOLKOW TECHNOLOGIES, INC. - 877.370.3377
            REALTIME TRANSLATION - ROUGH EDIT ONLY     71


1   around the area of the sling?

2         A.      Well, no, because that -- we haven't

3   had a possibility to examine tissue in that area.

4         Q.      Did you note in the record any

5   evidence of mesh contraction?

6         A.      Well, indirectly, yes.

7         Q.      What evidence is that?

8         A.      Well, I think the evidence is more

9   applicable to how they are symptoms evolved to the

10  point of your question before.

11        Q.      And you're speaking of the symptoms

12  that she eventually ended up with difficulty

13  emptying her bladder?

14        A.      Well, I think there were two things

15  that have occurred.  One of them is that difficulty

16  in emptying the bladder, in other words, the sling

                    Page 65

(walmsley (mattingly).txt

17   becoming too tight over time, contracting over time,

18   if you will.

19        Q.     And what's the second thing?

20        A.     Well, the other's the pain, the fact

21   that her pain has been worsening since the implant.

22        Q.     Believe it or not, we were on the

23   topic of stress incontinence and I wanted to ask you

24   about some testimony from Dr. Kriegler which I know

25   you did not read --

1        A.     Yes.

2        Q.     If Kim could hand you a copy of his

3   transcript, that would be great.

4               (Pause.)

5   BY MS. STEINMETZ:

6        Q.     If you can turn to page 39, Doctor,

7   of Dr. Kriegler's transcript -- are you there?

8        A.     I am.

9        Q.     -- line 13, question: Can a urinary

10   tract infection affect a woman's incontinence answer

11   yes.  Question.  I mean is stress incontinence a

12   symptom of a urinary tract infection.  Answer it's

13   more of an urge incontinence more than stress but an

14   infection causes severe irritation to the nerves of

15   the bladder base, which causes severe frequency and

16   urgency and when the bladder is that irritated, if

17   you cough, just the abdominal impulse hitting the

18   bladder can trigger a contraction."

19               First, did I read that accurately?
                 Page 66

(walmsley (mattingly).txt

20        A.        You did.

21        Q.        Okay.  Do you agree with that

22    statement by Dr. Kriegler?

23        A.        Which statement?  Because you read a

24    bit of his testimony.

25        Q.        The last statement about the fact

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     73

1     that a urinary tract infection can, in an indirect

2     way, cause that abdominal impulse that triggers the

3     incontinence.

4         A.        Yes, I do agree with that statement.

5         Q.        Are you able to rule out infection as

6     the cause of Ms. Mattingly's perceived stress

7     incontinence at these two visits in October of 2014?

8         A.        I am.

9         Q.        And tell me how you're able to rule

10    it out.

11        A.        Well, perhaps I can refer you to page

12    40 of the deposition, where -- and going from the

13    bottom of page 39 to 40, he's asked, okay, so in Ms.

14    Mattingly's case, it's entirely possible that her

15    symptomology of stress incontinence at least of the

16    first of the time of this first visit may have been

17    related to an active urinary tract infection to

18    which he answers, no, because her urine analysis

19    didn't show an active infection.

20        Q.        Right.  Okay.  Hold on.  Let me point

21    you to one more place.  On page 49, line 14, the

Page 67

(walmsley (mattingly).txt

22   question was were you able to objectively confirm

23   her stress incontinence.  The answer was no.

24   Question:  Does that lead you to believe that the

25   stress incontinence that she received was related to

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     74

1   perhaps ongoing infections in the past?  Answer:

2   Good possibility.

3          So I think to some extent, would you

4   agree that Dr. Kriegler was agreeing that the stress

5   incontinence symptomology may have been related to

6   past infections?

7          A.     I actually interpret it -- I make a

8   completely different conclusion to that particular

9   body of questioning.  My conclusion there is that

10   he's admitting that SUI symptoms can be worsened

11   with a superimposed infection.  That's the

12   conclusion I make from his statement, that I'm not

13   going to tell you that a urinary tract infection

14   won't make incontinence worse although usually it is

15   urgency incontinence.  What I'm saying that,

16   particularly as it relates to October of 2014, in

17   the absence of an infection, I would rule it out.

18   But generally speaking, sure, a UTI could make SUI

19   worse, I would agree with that.  And I think that's

20   what he's saying.  Stress incontinence can be

21   worsened by ongoing infections, but the fact that

22   she doesn't have an infection in October of 2014 and

23   he's also said her urine culture was negative, I

24   think if you were to ask the question specifically

Page 68

(walmsley (mattingly).txt
25      the way I'm thinking about it, he would agree with

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      75

1       my analysis perhaps more than yours, I respectfully
2       submit, although I may be wrong.
3               Q.      Okay.
4                       The sling was initially intended to
5       alleviate Ms. Mattingly's stress incontinence.
6       Right?
7               A.      Yes.
8               Q.      That's the indication for the sling?
9               A.      I agree.
10              Q.      And are mesh slings known to have a
11      potential complication of stress incontinence?
12              A.      I mean, I wouldn't necessarily put it
13      that way but I think the recurrence of stress
14      incontinence can occur after a sling and I think
15      patients need to be counseled towards that
16      possibility.
17              Q.      Okay.  And then just to wrap this up,
18      other than those two visits in October 2014 when Ms.
19      Mattingly told Dr. Kriegler about mild stress
20      incontinence symptoms, are you aware of any other
21      evidence in the record that the sling was not
22      working to resolve that problem for her?
23              A.      I do not.
24              Q.      Let's talk about the incomplete
25      bladder emptying that you mention in case specific

(walmsley (mattingly).txt
GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      76

1    opinion number 2.

2              Now, does this refer to complaints

3    that Ms. Mattingly made to Dr. Kriegler during her

4    care and treatment of him?

5         A.     Yes.

6         Q.     Sorry.  With him?  All right.

7              Now, can you point to any evidence of

8    a heightened postvoid residual showing that Ms.

9    Mattingly is objectively unable to empty her

10   bladder?

11        A.     The incomplete bladder emptying from

12   an objective standpoint is only about 44 cc's.  That

13   was based on her last visit, at least the one

14   documented in my report from April of 2016.

15        Q.     And do you consider 44 cc's to be

16   above the threshold where you would characterize a

17   patient as in retention?

18        A.     I think it would be determined as

19   mild at best, although in a lot of instances, in

20   terms of diagnosing bladder outlet obstruction, of

21   which incomplete bladder emptying can be a symptom

22   because I believe she does have bladder outlet

23   obstruction, really the best way to determine that's

24   with a urodynamics study because in the setting of

25   an overactive bladder, you know, overactive bladders

(walmsley (mattingly).txt

1    typically exert so much pressure that you would get

2    better emptying.  In other words it's entirely

3    plausible that Mrs. Mattingly has an elevated, you

4    know, postvoid residual that's not as bad as it

5    should be because she has an overactive bladder that

6    more or less compensates for the incomplete emptying

7    if that makes sense.

8            Q.      It does.  And the overactive bladder

9    was a symptom that was present even before the sling

10   went in; correct?

11           A.      Yes and no.  I mean as we discussed

12   before, she had symptoms of urgency but she really

13   didn't meet frequency criteria to fall into, at

14   least in a clean fashion, into an overactive bladder

15   symptom category.  Her urgency may have been -- you

16   know, sometimes urgency can be related to behavioral

17   or lifestyle factors as well, to be fair.

18           Q.      Does she meet the frequency criteria,

19   at least during her care and treatment with Dr.

20   Kriegler?

21           A.      You know, I'd have to look back at

22   his records more specifically to answer that

23   question.

24           Q.      Let me ask you this:  Can you point

25   to any record that indicates that her overactive

1    bladder symptomology is worse or more frequent after

2    the TVT than before?

(walmsley (mattingly).txt

3       A.      Well, I think what's interesting to

4    me about anterior overactive bladder symptoms is

5    that they seem to be more prevalent afterwards only

6    because there's a bit of an overlap between her

7    pain, recurrent UTI, voiding dysfunction symptoms

8    that all kind of have overactive bladder symptoms

9    within them.  I'm not denying that for example she

10   had urgency before the surgery.  She's filled out a

11   questionnaire that speaks to that, but the fact that

12   there have been multiple office visits relating to

13   those symptoms more so now than in her prior history

14   would lead me to conclude with reasonable certainty

15   that her overactive bladder symptoms are worse, at

16   least quantitatively or quantitatively worse, if you

17   will.

18       Q.      Have you done any kind of an analysis

19   of that statistically speaking?

20       A.      I mean, my statistical analysis is

21   really only on the basis of the medical records.  In

22   other words, you know, if I was to look at her

23   medical records for seven years before 2009, so I'm

24   looking at seven years before 2009 and seven years

25   after, maybe controlling those variables, I would

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    79

1    submit to you that overactive bladder symptoms, as

2    it were, were much more prevalent in the

3    post-implant realm than pre.  That's my point.

4        Q.      Now, with respect to the inability to

5    empty the bladder, that was a symptom that she also

Page 72

reported preimplant; correct?

A. I believe so, yes. Yes.

Q. Are you able to rule out the possibility that her inability to empty the bladder is simply a continuation of a pre-existing problem unrelated to the mesh?

A. Once again, I feel like her complaints of that, whether subjective or objective, were more -- you know, more vigorous and more relevant in the post-implant setting, so I wouldn't rule it out entirely, but I would give it less consideration, if you will.

Q. When you talk about objective criteria, I asked you this before and I just want to make sure what the answer is, what is the threshold of the postvoid residual number?

A. Well, you know, incomplete bladder emptying can be determined from two standpoints. One's the absolute volume, so, for example, usually over 150 cc's in a man or a woman for that matter

raises a bit of concern to me. But anything over 25 to 50 milliliters, I would consider some form of mild incomplete emptying. But the other relevance finding which is a urodynamic finding is that of voiding efficiency. So what I mean when I say that is, for someone who has a 250 cc capacity bladder to have a postvoid residual of 50 cc's to me is much

(walmsley (mattingly).txt

8    more relevant than someone who has a 500 milliliter

9    capacity, having a postvoid residual of 50 cc's,

10   because that would in essence translate from a

11   voiding efficiency of 90 percent to, you know, a

12   voiding efficiency of like 70, 75 percent for the

13   smaller bladder.  And I think that Mrs. Mattingly

14   kind of falls into the category of someone who has

15   a, by all accounts maybe a modest postvoid residual

16   but it's more meaningful to her because of the fact

17   that her bladder capacity has been somewhat

18   compromised on the basis of her pelvic surgeries.

19        Q.     Are you able to rule out infection as

20   the cause of Ms. Mattingly's incomplete bladder

21   emptying?

22        A.     I am.

23        Q.     On what basis?

24        A.     On the basis of her having those

25   symptoms in the absence of infections.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    81


1         Q.     Now, I know you did not review Dr.

2    Kriegler's testimony, but he attributed her

3    incomplete bladder emptying symptomology in the

4    absence of an infection to spasms for which he

5    prescribed medication.  Are you aware of that based

6    on the records?

7         A.     Yeah, I'm trying to recall which

8    medications he prescribed.

9         Q.     I think he initially tried tamsulosin

10   --

Page 74

(walmsley (mattingly).txt

11          A.      Right, right.

12          Q.      And then terazosin?

13          A.      Yep.

14          Q.      My question to you is, are you able

15  to rule out spasms as the cause of Ms. Mattingly's

16  perceived incomplete bladder emptying?

17          A.      Yes.

18          Q.      On what basis are you able to rule

19  that out?

20          A.      On the basis of the interventions

21  used by Dr. Kriegler to treat her voiding

22  dysfunction.

23          Q.      And what do you mean by that?

24          A.      So tamsulosin and terazosin are both

25  in a class of drug called alpha blockers.  Alpha

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      82

1   blockers are medications that actually are typically

2   used more often in men with voiding dysfunction as

3   opposed to women.  For example, tamsulosin which is

4   known as Flomax is used to treat a condition called

5   BPH or benign prostatic hypertrophy.  It relaxes the

6   smooth muscle tone, if you will, of the lower

7   urinary tract and prostate.  It has been shown to

8   have some benefit in women who have bladder neck

9   obstruction.  Typically, these medications are used

10  to relieve the pelvic floor muscular tone of the

11  bladder neck.  They are not indicated to treat

12  bladder spasm.

Page 75

(walmsley (mattingly).txt

13    Q.    If Dr. Kriegler testified that he
14  believes that her incomplete bladder emptying is due
15  to incomplete bladder -- strike that.  If he
16  testified that he believes her incomplete bladder
17  emptying is due to spasms, I take it you would
18  disagree with him?
19    A.    Respectfully, I would, yes.
20    Q.    All right.  We spoke about the
21  urinary urgency, the stress incontinence, and the
22  incomplete emptying.  Are there any other urinary
23  problems that you believe may relate to the TVT?
24    A.    Did we discuss recurrent SUI or no?
25    Q.    Yes.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY    83


1    A.    Okay.
2    Q.    We talked about your case-specific
3  opinion 2, which included complaints of stress
4  incontinence, urgency, and incomplete bladder
5  emptying.
6    A.    Correct.
7    Q.    Are there any other urinary
8  complaints that you attribute to the TVT?
9    A.    No.
10    Q.    Do you attribute -- strike that.  Do
11  you believe that Ms. Mattingly's urinary tract
12  infection symptomology is in any way related to the
13  TVT?
14    A.    You said urinary tract infection
15  symptomology?

Page 76

(walmsley (mattingly).txt

16      Q.      Yes.

17      A.      The answer to that is yes.

18      Q.      And we can agree that Ms. Mattingly

19   had a history of bladder infections before the mesh

20   went in?

21      A.      This is true.

22      Q.      Can you point to any record that says

23   that her urinary tract infections are worse or more

24   frequent now than before the TVT?

25      A.      Well I think the medical records

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      84

1    speak for themselves relating to that question.

2       Q.      Well, I guess my question is a little

3    bit more specific:  Can you point to a record that

4    suggests that these UTIs have gotten worse?

5       A.      I mean, once again, I would say from

6    a qualitative standpoint, maybe not, but from a

7    quantitative standpoint, I would say that's kind of

8    asked and answered just by virtue of the fact that

9    over the proceeding years after her sling implant,

10   there were many more healthcare related visits

11   because of her UTIs.  The only problem, to be fair,

12   is that some of her UTIs were not even in fact UTIs.

13   They were just other pelvic pain-related requests,

14   so I guess to be fair to your question, I wouldn't

15   say there's overwhelming evidence to suggest it, but

16   certainly there are -- there is more attention paid

17   to it, shall we say, after her surgery in 2009.

Page 77

(walmsley (mattingly).txt

18      Q.      And to be fair, other than the
19  records from Dr. Angel, are you aware of any urology
20  records or primary care records in this case that
21  were collected that show how frequent Ms. Mattingly
22  was having UTIs before the mesh was implanted?
23      A.      I mean, the only real way to answer
24  the question, which is not optimal, is to -- is
25  really her deposition itself, which really doesn't

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY     85

1   illustrate the fact that she had a lot of problems
2   with recurrent UTIs prior to her procedure.
3       Q.      Are you aware that Dr. Kriegler's
4   testing number objectively confirmed a UTI at any of
5   these visits?
6       A.      I am, yes.
7       Q.      And do you defer to the findings of
8   Dr. Kriegler as far as her diagnosis of urinary
9   tract infections?
10      A.      I do.
11      Q.      Do you associate a properly placed
12  mid-urethral mesh sling with urinary tract
13  infections?
14      A.      Possibly.
15      Q.      And that's for the reasons you stated
16  earlier, where it may scar over time and cause the
17  patient some sort of obstructive symptoms?
18      A.      That's correct.
19      Q.      Are there any other causes of Ms.
20  Mattingly's recurrent UTIs that you considered in
Page 78

(walmsley (mattingly).txt

21    your differential diagnosis?

22         A.      Other than what exactly?

23         Q.      Other than the sling and her

24    pre-existing history.

25         A.      Well I think her pre-existing


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      86


1    history, which would include some voiding

2    dysfunction before as well as incomplete emptying,

3    would have to be considered as well.

4         Q.      Dr. Kriegler testified that he does

5    not causally relate any of Ms. Mattingly's urinary

6    complaints that he treated her for to the TVT sling.

7    I take it you disagree with Dr. Kriegler?

8         A.      Would you reference the page that

9    you're speaking about on that?

10        Q.      Sure, page 77 --

11        A.      37 you said?

12        Q.      77.

13        A.      Okay.

14        Q.      And I promise, I'm almost done,

15    doctor.  Thank you for bearing with me.

16        A.      No problem.

17        Q.      And it's line 12, question:  Do you

18    believe that any of Ms. Mattingly's symptoms or

19    problems that you treated her for were caused by the

20    mesh bladder sling?  Answer:  No.  I guess my

21    question is, do you defer to Dr. Kriegler on that

22    point?

Page 79

(walmsley (mattingly).txt

23      A.      Yes, I would agree with that, but I

24  mean I think --

25      Q.      You would agree that you disagree?


GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    87


1          A.      Well I agree but I would submit to

2   you that he really didn't treat any of the

3   underlying problems related to her mesh sling.  I

4   mean for example he gave her Bactrim for a UTI that

5   wasn't even a UTI number one and then he treated the

6   patient with Flomax and terazosin for bladder outlet

7   obstruction at the end of the day really weren't

8   effective because those medications really don't

9   relax scar tissue.  They relax smooth muscle so he

10  really didn't treat her for any of the complications

11  that we've discussed relating to the sling for the

12  most part.  He gave her no medication for pain.  I

13  don't see any treatment for pain, whether it be

14  physical therapy, discussions of sling revision or

15  removal, so, yeah, I mean, I think -- I think he's

16  being truthful.

17          He -- the symptoms -- the symptoms

18  and problems that he treated her for had nothing to

19  do with the complications of her mesh bladder sling.

20      Q.      The last question on this topic, you

21  just mentioned scar tissue relaxation.  Was there

22  any evidence in his records that he identified scar

23  tissue?

24      A.      I don't recall such.

25      Q.      Let's quickly run through case

Page 80

(walmsley (mattingly).txt

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY     88

1    specific opinion number 3 and then we will be

2    finished, doctor.

3              A.      Okay.

4              Q.      This opinion relates to prognosis.

5    True?

6              A.      Yes.

7              Q.      And you mentioned pelvic pain,

8    voiding dysfunction and dyspareunia; correct?

9              A.      Yes.

10             Q.      And this pelvic pain is essentially

11   interchangeable with the vaginal pain and also

12   pelvic pain that we were talking about in case

13   specific opinion number 1?

14             A.      Yes, it would be all-encompassing.

15             Q.      All right.  With respect to her

16   voiding dysfunction, are you speaking of any urinary

17   problems or complaints other than those that we have

18   already discussed in connection with case specific

19   opinion number 2?

20             A.      I am not.

21             Q.      Am I correct that no physician has

22   recommended removal of Ms. Mattingly's TVT sling?

23             A.      You are correct.

24             Q.      Am I correct that you are not here

25   today recommending that she have the sling removed?

(walmsley (mattingly).txt
REALTIME TRANSLATION - ROUGH EDIT ONLY      89

1          A.        Not necessarily, not necessarily.

2          Q.        Are there instances in your practice

3   where you have recommended immediate removal of a

4   mesh sling in order to alleviate a patient's

5   complaint?

6          A.        Immediate removal?

7          Q.        Well, you know, imminent removal,

8   whenever it can be done.

9          A.        There are instances in which I have

10  removed mesh slings for the complaints of

11  pelvic/vaginal pain.

12         Q.        And you talk about an autologous

13  fascial sling in the second to last paragraph on

14  page 8.

15         A.        Yes.

16         Q.        Now, am I correct that you are not

17  recommending an autologous sling for treatment of

18  any of Ms. Mattingly's current urinary issues?

19         A.        Not at this time, no.

20         Q.        And you talk in your report about how

21  autologous slings placed in the area of scar tissue

22  have a lower efficacy rate; correct?

23         A.        Correct.

24         Q.        And again just to be clear did you

25  see any evidence of scar tissue in or around the

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      90

1   area that you are referring to here?

(walmsley (mattingly).txt

2          A.        Well, I've not examined the patient

3     so I can't really answer that question.

4          Q.        Well, any evidence based on the

5     records you've reviewed.  Or the depositions that

6     you have read.

7                    (Pause.)

8                    THE WITNESS:  I do not.

9     BY MS. STEINMETZ:

10         Q.        Okay.  According to your report, your

11    treatment recommendations for Ms. Mattingly at this

12    time include medical therapy, lifestyle

13    modifications, and pelvic floor physiotherapy?

14         A.        Correct.

15         Q.        By medical therapy, what are you

16    referring to?

17         A.        Well, a medication that might, for

18    example, address her overactive bladder symptoms,

19    things of that nature.

20         Q.        And by lifestyle modifications, are

21    you referring to fluid intake and things of that

22    nature?

23         A.        What kinds of fluid, how much fluid,

24    when to drink the fluid, yes.

25         Q.        And are those related to her

1     overactive bladder symptoms as well?

2          A.        I should also mention weight loss,

3     but yes.

(walmsley (mattingly).txt

4      Q.      Pelvic floor physiotherapy, what are

5   you referring to here?

6      A.      That's a form of physical therapy

7   that's directed by pelvic floor specialized trainees

8   that relates to my owe fascial release-type

9   techniques.

10     Q.      And what symptom or problem would you

11  recommend -- strike that.  For what specific symptom

12  or problem would you recommend pelvic floor

13  physiotherapy?

14     A.      Dyspareunia, vaginal foreshortening,

15  contraction-related injuries.

16     Q.      I also wanted to ask you about Ms.

17  Mattingly's testimony that her low back pain

18  intensified after her surgery with Dr. Shively in

19  2011.  Do you recall that testimony?

20     A.      I do, yes.

21     Q.      Are you offering any opinions in this

22  case about the cause of her low back pain?

23     A.      Well I do think it could be related

24  to a surgery.

25     Q.      In what way?


          GOLKOW TECHNOLOGIES, INC. - 877.370.3377

          REALTIME TRANSLATION - ROUGH EDIT ONLY    92


1      A.      Well, the type of procedure that he

2   performed utilizes the sacrospinous ligament and

3   that ligamentous area can be associated with back

4   pain or buttock pain because the sutures sometimes

5   can become entrapped and/or cause tension.

6      Q.      And you are aware that Ms. Mattingly

                    Page 84

(walmsley (mattingly).txt

7   had back surgery in 2012?

8        A.        I am.

9        Q.        Do you associate Ms. Mattingly's back

10  issues or pain with any of the complaints that we've

11  talked about today?

12       A.        I don't.

13       Q.        In other words, do you think her back

14  pain could be referred to the pelvis?

15       A.        Well, I do on that level, because for

16  -- for the same reasoning I provided relating to the

17  anatomical ligaments, if you will, used in the

18  sacrocolpopexy procedure that Dr. Shively performed.

19       Q.        And you're aware that she had these

20  back issues even before the 2009 surgery with Dr.

21  Angel.

22       A.        True, but, I mean, she does make

23  mention to her pelvic pain worsening and I think to

24  be fair, it wouldn't be fair, so to speak, to

25  exclude sacrospinous ligament either contraction or

1   pain from the surgery as being in the differential

2   after Dr. Shively's surgery.

3        Q.        Well, are you aware that she was

4   taking pain medication for some years even before

5   Dr. Angel put in the mesh and that's for her low

6   back pain?

7        A.        I was aware of that, yes.

8        Q.        Okay.  So I guess my question is, are

(walmsley (mattingly).txt

9    you able to rule out unrelated back pain issues as

10   the cause of her pelvic pain post-implant?

11         A.     Well, I mean assuming it's unrelated

12   to her pelvic pain, yes.  I mean, if it's the back

13   pain that's typical of the back pain she had prior

14   to 2009, then I would agree with you.

15         Q.     And you say at the end of your report

16   that you reserve the right to supplement and amend

17   this opinion should additional factual information

18   be forwarded to you that you did not have available.

19   Are you waiting on anything in particular?

20         A.     The depositions primarily.

21         Q.     And with respect to Ms. Mattingly's

22   prognosis, do you defer to treating physicians who

23   have seen her, you know, over the past couple years,

24   like Dr. Kriegler?

25         A.     I would appreciate that information

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    94


1    and absolutely allow it to formulate my opinions.

2          Q.     What was that answer?  I'm sorry?

3          A.     I guess the answer in fewer words is

4    yes.

5                 MS. STEINMETZ:  All right.  Doctor, I

6    will let you off the hook.  Those are all the

7    questions I have for you.  Thank you for your time.

8                 THE WITNESS:  Thank you.

9                 MS. STEINMETZ:  Do you have anything

10   Rick?

11                MR. BARRECA:  Yeah just real quick.
                            Page 86

(walmsley (mattingly).txt

12    Thanks for your testimony today by the way.

13                          -   -   -

14                    EXAMINATION

15                          -   -   -

16  BY MR. BARRECA:

17          Q.      Earlier today you've testified that

18  you've used Ethicon products before in your

19  practice; correct?

20          A.      I have.

21          Q.      And what do you customarily use

22  today?

23          A.      I'm currently using a Coloplast

24  product.  It's called the ARIS sling.

25          Q.      And do you find it to be more

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY      95

1   beneficial to your patients?

2           A.      I prefer it in my patients, yes.

3           Q.      Why is that?

4           A.      Well, it's the same --

5                   MS. STEINMETZ:  Objection.

6                   THE WITNESS:  -- of mid-urethral

7   sling in the sense that it's lightweight,

8   polypropylene, and so forth.  However, the ARIS

9   sling, when examined, you can tell it's less -- it

10  has less elasticity, so as a result, it doesn't have

11  the same contraction rate variability that some of

12  the more elastic-type slings have, so I tend to

13  prefer using it, because I can very reproducibly set

Page 87

(walmsley (mattingly).txt

14    the tension-free setting, if you will, with that

15    type of sling than I can with some of the other

16    slings, for example, the TVT-O sling which I've

17    palpated, has more elasticity.  The TVT slings in

18    and of themselves are a little bit more elastic so

19    they tend to contract to a greater degree than the

20    Coloplast sling would.

21          Q.      Is it fair to say that -- are there

22    ever times where one product manufacturer is more

23    beneficial than another?

24          A.      I think --

25                  MS. STEINMETZ:  Object to the form.


GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      96


1                   THE WITNESS:  I mean, I think that

2     what happens with these devices is, you -- everyone

3     has kind of a nuance within the actual surgical

4     execution or thought process that you can adapt to,

5     so, you know, for that purpose, if I was on a Third

6     World island and someone handed me a Boston

7     Scientific sling, for example, I could still implant

8     it but I'd have to take into consideration, for

9     example, the fact that it might have a higher

10    contraction rate so I might want to set it a little

11    more loose or, you know, sleeve -- mesh sleeve

12    deployment, some of the products it's a little

13    harder to deploy the mesh sleeve.  So, you know,

14    every -- I think every sling has kind of its

15    relative strength and weakness, so I have a

16    preference right now for the Coloplast device

Page 88

(walmsley (mattingly).txt

17  because I like the contraction-based advantage.  But

18  I don't know if I could necessarily say within a

19  reasonable degree of medical certainty that one is,

20  let's say, better than the other, but I've been very

21  happy with Coloplast lately.

22          MR. BARRECA:  Okay.  Thank you very

23  much.

24

25


        GOLKOW TECHNOLOGIES, INC. - 877.370.3377
        REALTIME TRANSLATION - ROUGH EDIT ONLY     97


1                    -   -   -

2                    EXAMINATION

3                    -   -   -

4   BY MS. STEINMETZ:

5       Q.      Doctor, what is a Coloplast device

6   made of?

7       A.      It's a polypropylene mesh sling.

8       Q.      And you've been using polypropylene

9   mesh for how long?

10      A.      In the pelvic space, since 2001.

11      Q.      And are contraction rates or the fact

12  that mesh contracts anything new to you?

13      A.      Not per se, no.

14      Q.      I mean, when did you first learn

15  about mesh contraction?  Was that when you first

16  started using these products in 2001?

17      A.      Yes, I mean, more or less.  I think

18  it was a more evolving -- you know, my relationship

                    Page 89

(walmsley (mattingly).txt

19   with mesh contraction changed quite a bit when I

20   started becoming the attending of record because a

21   lot of times as a resident or a fellow in training,

22   you're not necessarily seeing these patients in

23   follow-up, so inasmuch as you might understand the

24   phenomenon mechanistically speaking or

25   technique-speaking, you don't really have a full

GOLKOW TECHNOLOGIES, INC. - 877.370.3377
REALTIME TRANSLATION - ROUGH EDIT ONLY      98

1    flavor for it until you really examine these

2    patients over time and then come to appreciate what

3    that phenomenon really means in a clinical setting.

4         Q.      And you mentioned the

5    contraction-based advantage.  What does that mean?

6         A.      Well, it means exactly what I was

7    trying to state before, which is with certain slings

8    -- for example, the Bard Align sling, that has a

9    fairly high contraction rate and as a result of

10   that, when placing those slings, it's very, very

11   important to eron the side of looseness, if you

12   will, because of that contraction phenomenon,

13   because I have had instances, not many, but maybe 5

14   percent of my patients have had some degree of

15   bladder outlet obstruction and of those 5 percent,

16   I've probably had to release one-third of those

17   patients and that's about 1 in 50 for the Bard

18   Align.  That's a meaningful enough number for me

19   that having a system in place that has a more

20   predictable contraction pattern is at -- you know,

21   pleasing to me, is something I want in a product.

Page 90

(walmsley (mattingly).txt

22      Q.      Well, it sounds to me like you would
23  agree that surgeon technique plays into how these
24  meshes will work over the long term as far as
25  contraction goes.


                GOLKOW TECHNOLOGIES, INC. - 877.370.3377
                REALTIME TRANSLATION - ROUGH EDIT ONLY      99


1       A.      Well I think yes and no because then
2  we're just taking out of the equation host responses
3  and obviously different patients have different host
4  responses to mesh.  I mean I've seen mesh slings
5  that have been implanted improperly and -- you know,
6  with severe complications.  Then again I've also
7  seen mesh slings that have been placed properly that
8  have devastating complications, so sometimes the
9  host response is -- you know, it's a relevant
10  consideration in the analysis.
11      Q.      So host response and surgeon
12  technique are both factors in that analysis.
13      A.      I believe so, yes.
14      Q.      And you would put the onus on the
15  surgeon to determine, you know, what product they're
16  using and whether or not they should place it loose
17  or not depending on how that product in particular
18  contracts over time.
19      A.      Well, I don't think that's fair to
20  put the onus on the surgeon I mean I think that's
21  asking a lot.  The only point I was trying to make
22  is that over time, as you do more and more work and
23  work with different products, you know, you develop
                            Page 91

(walmsley (mattingly).txt
24   nuances to trying to optimize patient outcomes.  I
25   think people have preferences --

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

REALTIME TRANSLATION - ROUGH EDIT ONLY    100

1                    MS. STEINMETZ:  Okay.
2                    THE WITNESS:  Right?
3                    MS. STEINMETZ:  Yes.   Thank you for
4    your time, doctor.
5                    THE WITNESS:  Thank you.
6                    (Witness excused.)
7                    (Deposition ∧ concluded ∧ adjourned
8           at approximately ∧ Time ∧ a.m. ∧ p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(walmsley (mattingly).txt

GOLKOW TECHNOLOGIES, INC. - 877.370.3377