IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  NEOMEDIC
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                     MDL 2511
_____

THIS DOCUMENT RELATES TO:

*Johnson, et al., v. Neomedic, Inc., et al*     Civil Action No. 2:14-cv-18552


ORDER

(Dismissing Defendants Neomedic entities with Prejudice
and Transferring Case to MDL 2327)

On October 18, 2016 the plaintiffs and defendants, Specialties Remeex International, S.L., Neomedic International, S.L., Desarrollo e Investigación Médica Aragonesa, S.L., and Neomedic Inc. (collectively the "Neomedic entities"), where named, filed a Joint Motion to Dismiss Defendant Neomedic with Prejudice [ECF No. 8]. In the joint motion the parties are seeking dismissal of the Neomedic entities as defendants in this action with prejudice because all claims against the Neomedic entities have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 8]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendant Neomedic with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. **Plaintiffs'** counsel states in the Motion to Transfer that an Amended Short Form Complaint will be filed within 14 days of the filing of the Joint Motion.

Plaintiffs'counsel is **DIRECTED** to file an Amended Short Form Complaint within the time frame stated in the motion. The Neomedic entities are **DISMISSED WITH PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2511 and re-associate it with MDL 2327.

    The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER: October 20, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE