IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF DEFENDANTS' PRIOR DAUBERT REPLY IN FURTHER SUPPORT OF MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF ALAN GARELY, M.D. FOR WAVE 3**

Come now, the Defendants, and hereby adopt and incorporate by reference Defendants' Reply Memorandum in Ethicon Wave 1, Case No. 2:12-md-02327, ECF No. 2286, filed in further support of their Motion to Exclude Certain Opinions of Alan Garely, M.D.. Case No. 2:12-md-02327, ECF No. 2128 (the "Wave 1 Motion").

This notice applies to the Wave 3 cases identified in Exhibit A attached hereto (the "Wave 3 Cases").

Defendants acknowledge that on September 1, 2016, the Court issued a Memorandum Opinion and Order, Case No. 2:12-md-02327, ECF No. 2718 (the "Order") GRANTING Defendants' Wave 1 Motion in part, DENYING it in part, and RESERVING judgment in part.

Where the Court GRANTED the Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Wave 3 Cases for the reasons set forth in the Court's Order.

With respect to Defendants' motion to exclude Dr. Garely's opinions on degradation, the Court DENIED the Wave 1 Motion as moot because Plaintiffs conceded that Dr. Garely will not offer any opinions about mesh degradation. (See Order, p. 8). In their Wave 3 opposition, Case No. 2:12-md-02327, ECF No. 2887, Plaintiffs have adopted their Wave 1 response and have not offered any new opinions about mesh degradation from Dr. Garely. Accordingly, the Court's Wave 1 ruling should apply.

Where the Court otherwise DENIED or RESERVED judgment on the Wave 1 Motion, Defendants acknowledge the Court's ruling, and acknowledge the same circumstances apply in Wave 3, but preserve their right to challenge the ruling on appeal.

October 20, 2016

Respectfully submitted,

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

/s/ Kelly S. Crawford
Kelly S. Crawford
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 451-8417
kcrawford@riker.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

## **EXHIBIT A**

|     | **WAVE 3 CASE NAME**                                              | **CASE NO.**     |
| --- | ----------------------------------------------------------------- | ---------------- |
| 1.  | Karen A. Lyszcarz and Thomas F. Lyszcarz v. Ethicon, Inc., et al. | 2:12-cv-02689    |
| 2.  | Kelly L. White and John D. White v. Ethicon, Inc., et al.         | 2:12-cv-03129    |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 */s/ Kelly S. Crawford*
                                                   Kelly S. Crawford