# Exhibit A

```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                   CHARLESTON DIVISION

   IN RE:   ETHICON, INC.         : Master File No.
   PELVIC REPAIR SYSTEM           : 2:12-MD-
   PRODUCTS LIABILITY LITIGATION  : MDL 2327
                                  :
                                  : JOSEPH R.
   THIS DOCUMENT RELATES TO       : GOODWIN
   THE CASES LISTED BELOW         : US DISTRICT
                                    JUDGE
   _____

   Mullins, et al. v. Ethicon, Inc., et al.
   2:12-cv-02952
   Sprout, et al. v. Ethicon, Inc., et al.
   2:12-cv-07924
   Iquinto v. Ethicon, Inc., et al.
   2:12-cv-09765
   Daniel, et al. v. Ethicon, Inc., et al.
   2:13-cv-02565
   Dillon, et al. v. Ethicon, Inc., et al.
   2:13-cv-02919
   Webb, et al. v. Ethicon, Inc., et al.
   2:13-cv-04517
   Martinez v. Ethicon, Inc., et al.
   2:13-cv-04730
   McIntyre, et al. v. Ethicon, Inc., et al.
   2:13-cv-07283
   Oxley v. Ethicon, Inc., et al.
   2:13-cv-10150
   Atkins, et al. v. Ethicon, Inc., et al.
   2:13-cv-11022
   Garcia v. Ethicon, Inc., et al.
   2:13-cv-14355
         (Caption Continued on Next Page)
                     -  -  -
                October 2, 2015
    VIDEOTAPED DEPOSITION MARC TOGLIA, M.D.

            GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph| 917.591.5672 fax
                 deps@golkow.com
```

1  internal Ethicon communications.  I
2  looked at some of the -- the expert
3  opinions provided by the plaintiffs'
4  side.  We looked at, you know, animal
5  studies, in vitro studies.  Although,
6  again, recognizing that those are really
7  Level 5 evidence data, that you really
8  can't draw any clinical inference or --
9  or application directly to the TVT
10 device.  Those were looked at as well.
11       Q.   You saw that plaintiffs'
12 experts cited to a bunch of hernia
13 documents, prolapse documents, animal
14 studies in their reports?
15       A.   Yes, I saw that.  Yes.
16       Q.   And I believe you earlier
17 told plaintiffs' counsel you were shocked
18 at their methodology; is that accurate?
19       A.   I would -- I would --
20            MS. THOMPSON:  Object to
21       form.
22            THE WITNESS:  I was -- I did
23       not find their methodology to be
24       scientifically rigorous.  They did

1          not seem to include the Level 1
2          studies, randomized control
3          trials.  They did not refer to the
4          systematic reviews.
5                Their focus seemed to be
6          largely on very low-level, almost
7          insignificant things that really
8          had no direct application to the
9          TVT design, safety or the device
10         when it's used in its intended
11         manner to treat stress urinary
12         incontinence.
13   BY MR. SNELL:
14         Q.    So for these hernia
15   documents or hernia studies that the
16   plaintiffs' experts, like Dr. Elliott,
17   seem to cite on every page of his report,
18   would those even fit on the evidence
19   pyramid, if one was to do a proper
20   methodologic scientific review to assess
21   the safety of TVT for its intended use to
22   treat stress urinary incontinence?
23               MS. THOMPSON:  Object to
24         form.

Marc Toglia, M.D.

Page 326

```
 1              THE WITNESS:  Within the --
 2       within the context, those would
 3       not figure as well.  Those would
 4       usually be discarded as being not
 5       relevant to the TVT sling, the
 6       device or its design.
 7  BY MR. SNELL:
 8       Q.   You brought these evidence
 9  pyramids.
10              MR. SNELL:  I'd like to mark
11       them as exhibits.
12                   -  -  -
13              (Whereupon, Exhibit
14       Toglia-17, Level of Evidence
15       Chart, was marked for
16       identification.)
17                   -  -  -
18              (Whereupon, Exhibit
19       Toglia-18, Level of Evidence
20       Pyramid, was marked for
21       identification.)
22                   -  -  -
23  BY MR. SNELL:
24       Q.   Doctor, Exhibits 17 and 18,
```

Marc Toglia, M.D.

Page 327

1  are those the level of evidence pyramids
2  you brought?
3      A.   Yes.
4      Q.   Are those important in
5  conducting a proper -- strike that.
6           Is utilizing the highest
7  levels of evidence important in assessing
8  the question, is the TVT reasonably safe
9  for its intended use to treat stress
10 urinary incontinence, in your opinion?
11     A.   Absolutely.  I mean, the
12 foundation of any systematic review is to
13 start with your highest level of
14 evidence.  If you have the highest level
15 of evidence, then the lower levels of
16 evidence typically are not given weight.
17          Certainly if they are
18 incongruent -- if the lower evidence --
19 levels of evidence are incongruent with
20 the higher levels of evidence, it just
21 simply validates and verifies the
22 uselessness of those articles.
23     Q.   And I believe you testified
24 your methodology was to look at the

```
 1                    CERTIFICATE
 2
 3
 4              I HEREBY CERTIFY that the
 5    witness was duly sworn by me and that the
 6    deposition is a true record of the
 7    testimony given by the witness.
 8
 9
10
          Amanda Maslynsky-Miller
11        Certified Realtime Reporter
          Dated:  October 5, 2015
12
13
14
15
16
17              (The foregoing certification
18    of this transcript does not apply to any
19    reproduction of the same by any means,
20    unless under the direct control and/or
21    supervision of the certifying reporter.)
22
23
24
```