IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 3 CASES LISTED IN EXHIBIT A OF PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLIES OF NICOLETTE SIGRID HORBACH, M.D. FOR WAVE 3

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert reply filed against Nicolette Sigrid Horbach, M.D. for Ethicon Wave 1, Dkt. 2235. While Defendants filed a "new" response in opposition in Wave 3, this response largely repackages their prior responses (in many places it is simply copied and pasted) and primarily argues the Court should replicate is Wave 1 Order on Dr. Horbach. As such, Plaintiffs respectfully request the Court grant Plaintiffs' motion, for the reasons expressed in the Wave 1 briefing.

Dated: October 21, 2016

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (CO Bar No. 36819)
John R. Crone (CO Bar No. 48284)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
Email: aimee.wagstaff@andruswagstaff.com

/s/ D. Renee Baggett
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010

1

(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Aimee H. Wagstaff
      Aimee H. Wagstaff (CO Bar No. 36819)
      John R. Crone (CO Bar No. 48284)
      ANDRUS WAGSTAFF, PC
      7171 W. Alaska Dr.
      Lakewood, CO 80226
      Telephone: (303) 376-6360
      Facsimile: (303) 376-6361
      Email: aimee.wagstaff@andruswagstaff.com