# Exhibit E

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1                SUPERIOR COURT OF NEW JERSEY
                        LAW DIVISION
 2                     ATLANTIC COUNTY
                    MASTER CASE 6341-10
 3                    CASE NO. 291 CT
 4                         - - -
 5    IN RE:
      PELVIC MESH/GYNECARE
 6    LITIGATION
 7
                           - - -
 8    CONFIDENTIAL-SUBJECT TO STIPULATION AND ORDER OF
                      CONFIDENTIALITY
 9
10            Friday, December 20, 2013
11                    VOLUME III
12                       - - -
13
14           Continued videotaped deposition of JAMES
15    C. HART, M.D., held at RIKER DANZIG, SCHERER, HYLAND
16    & PERRETTI, L.L.P., Headquarters Plaza, One Speedwell
17    Avenue, Morristown, New Jersey, commencing at
18    approximately 9:54 a.m., before Rosemary Locklear, a
19    Registered Professional Reporter, Certified Realtime
20    Reporter, Certified Court Reporter (NJ License No.
21    30XI00171000), and Notary Public.
22                       - - -
23
24              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|971.591.5672 Fax
25                  deps@golkow.com
```

Confidential - Subject to Stipulation and Order of Confidentiality

```
 1       Q.   And the purpose of the IFU is to provide a
 2   surgeon, for example -- well, rephrase.
 3            And the purpose of the IFU is to provide a
 4   complete statement of what the company knows with
 5   regard to the indications, the contraindications, the
 6   warnings, the precautions and the adverse reactions
 7   for the device; correct?
 8       A.   Correct.
 9       Q.   Therefore, if your company, your medical
10   affairs people, knew that using a cough test and
11   local anesthesia would have a material impact on the
12   efficacy that could be expected with the use of the
13   TVT, that needed to be warned about in the IFU;
14   correct?
15            MR. SNELL:  Form.
16            Go ahead.
17            THE WITNESS:  It -- it needed to be --
18   that information should be provided as training for
19   the surgeon and an IFU is a place where it could go,
20   yeah.
21            MR. SLATER:  Move to strike.
22   BY MR. SLATER:
23       Q.   The answer to my question is, if what I
24   just asked you is accurate, that information needs to
25   be in the IFU; correct?
```