# Exhibit G

Confidential - Subject to Stipulation and Order of Confidentiality

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION - ATLANTIC COUNTY

CIVIL ACTION

- - -

|  |  |
|---|---|
| IN RE:<br>PELVIC MESH/GYNECARE LITIGATION | :CASE NO.<br>:291 CT<br>:<br>:MASTER CASE<br>:6341-10 |

CONFIDENTIAL

SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

November 12, 2015

      Videotaped realtime deposition of MARTIN WEISBERG, M.D., was taken pursuant to notice and held at the law offices of RIKER DANZIG SCHERER HYLAND PERRETTI LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, New Jersey, beginning at 9:39 a.m. on the above date, before Kimberly A. Cahill, a Federally Approved Registered Merit Reporter and Notary Public for the State of New Jersey.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Confidential - Subject to Stipulation and Order of Confidentiality

Page 90

1  necessary to treat these complications, while some
2  complications may not always be completely
3  corrected.
4       That language was not in the IFU.
5  Right?
6     A.   The language was not in the IFU, nor
7  necessary.
8       MR. SLATER: Move to strike "nor
9  necessary."
10 BY MR. SLATER:
11    Q.   Ultimately, revisions were made to
12 the IFU; correct?
13    A.   Yes.
14    Q.   Is it Ethicon's position that none of
15 those revisions were actually necessary to provide
16 information to doctors or patients to impact on the
17 safety of the use of the device?
18    A.   Well, the IFU is written for doctors
19 and the information that was subsequently added was
20 really just an explanation of either things that
21 were in there or things that are common, basic
22 knowledge that every physician knows.
23       Every physician knows that the
24 procedure may not be successful and may need to be
25 revised and it may not always work. Every physician

Page 91

1  knows that.
2       That's an example. I mean, I could
3  go through all of them.
4     Q.   Has your company ever conducted a
5  formal study of what complications were understood
6  by the day-to-day users of your pelvic mesh device
7  or devices, a formal study, a scientific study?
8     A.   Addressing that particular --
9     Q.   Right.
10    A.   -- question?
11    Q.   Yes.
12    A.   Not that I'm aware of.
13    Q.   From Ethicon's perspective, the
14 information that was added to the adverse reactions
15 in the TVT IFU was not necessary. Right?
16    A.   Correct.
17    Q.   From Ethicon's perspective, the
18 information that was added to the TVT IFU was not
19 necessary for any safety reason whatsoever. Right?
20    A.   Correct.
21    Q.   The information that was added to the
22 TVT IFU was not placed there in order to increase
23 the safety of the TVT in any way. That's Ethicon's
24 position; correct?
25    A.   That's correct.

Page 92

1     Q.   With regard to Gynemesh PS, the
2  information that was added to the IFU, it's
3  Ethicon's position none of that information was
4  necessary; correct?
5     A.   Correct.
6     Q.   From Ethicon's perspective, the
7  information that was added to the Gynemesh PS IFU,
8  none of it was necessary to enhance the safety of
9  the use of the Gynemesh PS; correct?
10    A.   That's correct.
11    Q.   From Ethicon's perspective, there was
12 no safety reason whatsoever to add any of the
13 information that was added to the Gynemesh PS IFU;
14 correct?
15    A.   I'm sorry. Was that different from
16 the previous question?
17    Q.   Probably not.
18    A.   Well, my answer is the same if it's
19 the same question.
20    Q.   There was no safety reason whatsoever
21 to add any of the information that was added to the
22 Prolift -- rephrase. Now you got me.
23       There was no safety reason whatsoever
24 from Ethicon's perspective to add the information
25 that Ethicon added to the Gynemesh PS IFU; correct?

Page 93

1     A.   That's correct.
2     Q.   And if somebody were to say that
3  there was -- that the -- rephrase.
4       If someone were to say that
5  information was added to the TVT IFU, any of the TVT
6  IFUs, as it was added to those IFUs -- rephrase.
7       If somebody were to say that the
8  information that was added to the TVT IFUs was added
9  for a safety reason, you would disagree with that.
10    A.   Are you saying all the information
11 together or --
12    Q.   The information --
13    A.   -- pieces of --
14    Q.   -- that would be added to the TVT IFU
15 in 2015, if someone were to say that information was
16 added for safety reasons, you would disagree.
17    A.   I would.
18    Q.   If somebody were to say that the
19 information that was added to the Gynemesh PS IFU in
20 2015 was added for a safety reason, you would
21 disagree.
22    A.   I would.
23    Q.   And you're speaking for Ethicon.
24 Right?
25    A.   I am. Speaking for medical affairs

24 (Pages 90 to 93)

Golkow Technologies, Inc. - 1.877.370.DEPS