IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                                   MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

O R D E R

It is **ORDERED** that the Inactive Docket Order entered on October 24, 2016, [ECF No. 3057] is **VACATED**, but only as to the inactive status of the following member cases:

| | |
|---|---|
| *Nye v. Ethicon, Inc., et al.* | *2:14-cv-28279* |
| *Kurtz, et al. v. Johnson & Johnson., et al.* | *2:16-cv-03888* |
| *Lewis v. Johnson & Johnson., et al.* | *2:12-cv-04301* |

which cases are listed on Exhibit A, attached to the order. These cases have previously been dismissed and are not appropriate cases to be listed on an Inactive Docket Order.

The court **DIRECTS** the Clerk to vacate the Inactive Docket Order and place the appropriate closed flag on each case. The court further **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed above; and, send a copy of this order to counsel of record and any unrepresented party.

ENTER: October 25, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE