# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation | Master File No. 2:12-MD-02327 MDL 2327 |

**CASES LISTED ON ATTACHMENT A**

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that I have communicated with counsel for Ethicon, Inc., Johnson & Johnson and/or Ethicon, LLC and verified that our firm provided the information required by Pretrial Order#240 (Produce ID and Operative Reports) for the plaintiffs named on Attachment "A" on whose behalf a claim has been alleged against these defendants.

Dated: November 26, 2016            Respectfully submitted,

                                    s/Michael C. Bradley
                                    Attorney for Plaintiffs
                                    PITTMAN, DUTTON & HELLUMS, P.C.
                                    2001 Park Place North
                                    Suite 1100
                                    Birmingham, AL 35203
                                    (205) 322-8880 Telephone
                                    E-mail: mikeb@pittmandutton.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECT participants registered to receive served in this MDL.

s/Michael C. Bradley
Attorney for Plaintiffs
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
Suite 1100
Birmingham, AL  35203
(205) 322-8880 Telephone
E-mail:  mikeb@pittmandutton.com