EXHIBIT "A"

| Plaintiff Name | Case Number |
| --- | --- |
| Brenda Thompson | 2:13-cv-18404 |
| Sally Barlow | 2:13-cv-22843 |
| Jacquelyne Goodwin | 2:13-cv-18411 |
| LaWanda Blackmon | 2:13-cv-01238 |
| Bobbie Jean Dickie | 2:13-cv-01234 |
| Connie Sykes | 2:13-cv-01232 |
| Patricia Morris | 2:13-cv-01235 |
| Betty Smith | 2:13-cv-01036 |
| Peggy Overton | 2:13-cv-13425 |
| Teresa Dyas | 2:13-cv-18937 |
| Cynthia Diane Morales | 2:13-cv-23546 |
| Carrie Beard | 2:13-cv-23730 |
| Elizabeth Montgomery | 2:13-cv-24113 |
| Charlotte Messer | 2:13-cv-11240 |
| Laura Williams | 2:13-cv-00499 |
| Teresa Turnipseed | 2:14-cv-29240 |
| Sandra Hale | 2:14-cv-28438 |
| Dorothy Scheffert | 2:14-cv-24199 |
| Karen Ruff | 2:15-cv-01215 |
| Carla Thibeault | 2:15-cv-03357 |
| Juanita Dougherty | 2:15-cv-12550 |
| Amy Chappell | 2:15-cv-13016 |
| Judy Blizzard | 2:16-cv-02907 |
| Lauriann Loveless | 2:15-cv-05590 |
| Denise Weigand | 2:16-cv-05131 |