IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION FOR CHANGE OF FIRM INFORMATION

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm name, address, telephone number, facsimile and email addresses in MDL Nos. 2187, 2325, 2326 and 2327, and each individual member cause in which Kenneth L. Sales is associated.  Effective immediately, Kenneth L. Sales' contact information is as follows:

>BUBALO GOODE SALES & CRONEN PLC
>9300 Shelbyville Road, Suite 210
>Louisville, Kentucky 40222
>Direct (502) 753-1600
>Facsimile: (502) 153-1601
>Email: ksales@bubalolaw.com

Please make appropriate changes in all computer and other records related to the main and member related cases.  The former firm of Sales, Tillman, Wallbaum, Catlett & Satterley, PLLC ceased operations.

Respectfully submitted,

**BUBALO GOODE SALES & CRONEN PLC**

*/s/ Kenneth L. Sales*
Kenneth L. Sales
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
PH: (502) 753-1600
ksales@bubalolaw.com
**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2016, I electronically filed the foregoing with the Clerk of the Court through the ECF system which will provide notice of this filing to all parties.

*/s/ Kenneth L. Sales*
**COUNSEL FOR PLAINTIFFS**