IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

\* \* \* \* \* \* \*

## ORDER

Upon Motion of Kenneth L. Sales, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that effective immediately, Kenneth L. Sales' contact information should be updated in MDL Nos. 2187, 2325, 2326 and 2327, and each individual member cause he is associated, as follows:

> BUBALO GOODE SALES & CRONEN PLC
> 9300 Shelbyville Road, Suite 210
> Louisville, Kentucky 40222
> Direct (502) 753-1600
> Facsimile: (502) 153-1601
> Email: ksales@bubalolaw.com