# EXHIBIT A

**Funderburk, Patti**

**To:** Scudder-Levin, Jennie
**Subject:** RE: Blaivas

**From:** Tracy J. Van Steenburgh [mailto:tvan@nilanjohnson.com]
**Sent:** Wednesday, August 24, 2016 11:08 AM
**To:** Perry, Elizabeth <eperry@motleyrice.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Subject:** RE: Blaivas

Can do that. Will send depo notice.

TRACY J. VAN STEENBURGH
Attorney
612.305.7521
tvan@nilanjohnson.com

**From:** Perry, Elizabeth [mailto:eperry@motleyrice.com]
**Sent:** Wednesday, August 24, 2016 6:56 AM
**To:** Tracy J. Van Steenburgh <tvan@nilanjohnson.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Subject:** RE: Blaivas

Good morning,

Dr. Blaivas is available 8/29/16 from 12:00 p.m. – 2:00 p.m. for the general TVT-Exact deposition. The deposition will take place at this office. Please confirm that this date and time suit. Thanks!

Libby

**Elizabeth Perry** | Paralegal | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9615 | f. 843.216.9450 | eperry@motleyrice.com

**From:** Tracy J. Van Steenburgh [mailto:tvan@nilanjohnson.com]
**Sent:** Friday, August 19, 2016 4:54 PM
**To:** Perry, Elizabeth <eperry@motleyrice.com>
**Subject:** Blaivas

Libby,

Do we have any dates for Dr. Blaivas for his general causation opinion deposition for TVT-Exact? Thx.

TRACY J. VAN STEENBURGH
Attorney
612.305.7521
tvan@nilanjohnson.com

400 • One Financial Plaza | 120 South Sixth Street | Minneapolis • MN 55402
P 612.305.7500 | F 612.305.7501 | www.nilanjohnson.com

1



nilan
johnson
lewis

PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.



nilan
johnson
lewis

PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.