# EXHIBIT B

**Funderburk, Patti**

| | |
|---|---|
| **From:** | Fitzpatrick, Fidelma |
| **Sent:** | Wednesday, September 21, 2016 11:35 AM |
| **To:** | Scudder-Levin, Jennie |
| **Subject:** | FW: Dr. Blaivas Deposition--August 29 |

Fidelma L. Fitzpatrick | Attorney at Law | Motley Rice LLC 321 South Main Street, 2nd Floor | Providence, RI 02903-7109 | ffitzpatrick@motleyrice.com o. 401.457.7728 x7728 | c. 401.374.7685 | f. 401.457.7708

-----Original Message-----
From: Fitzpatrick, Fidelma
Sent: Monday, August 29, 2016 9:29 AM
To: Tracy J. Van Steenburgh <tvan@nilanjohnson.com>
Cc: Perry, Elizabeth <eperry@motleyrice.com>; Jo P. Marquardt <jmarquardt@nilanjohnson.com>; Thompson, Fred <fthompson@motleyrice.com>; Orent, Jonathan D. <jorent@motleyrice.com>
Subject: Re: Dr. Blaivas Deposition--August 29

The notice will be filed momentarily and the deposition will proceed at noon today - you withdrawal of you notice two hours in advance does not cancel the deposition, just you're right to proceed with your notice.

What prior TVT -Exact deposition are you referring to? You failed to take one in Wave 1 and Wave 2 so no deposition exists.

> On Aug 29, 2016, at 9:25 AM, Tracy J. Van Steenburgh <tvan@nilanjohnson.com> wrote:
>
> Fidelma--It is our understanding that Plaintiffs have not adopted Dr. Blaivas' TVT-Exact general report for Wave 3 cases and he has not issued a separate report for Wave 3 cases. Thus, there is no general deposition that need be taken of Dr. Blaivas in Wave 3 for TVT-Exact. We have cancelled the deposition and the court reporter and will issue a notice of cancellation momentarily. Because the deposition is cancelled, we will not be making an appearance. Should you decide to take Dr. Blaivas' deposition, please serve a notice and provide dates. Thanks.
>
> TRACY J. VAN STEENBURGH
> Attorney
> 612.305.7521
> tvan@nilanjohnson.com
>
>
> -----Original Message-----
> From: Fitzpatrick, Fidelma [mailto:ffitzpatrick@motleyrice.com]
> Sent: Monday, August 29, 2016 7:45 AM
> To: Tracy J. Van Steenburgh <tvan@nilanjohnson.com>
> Cc: Perry, Elizabeth <eperry@motleyrice.com>; Jo P. Marquardt <jmarquardt@nilanjohnson.com>; Thompson, Fred <fthompson@motleyrice.com>; Orent, Jonathan D. <jorent@motleyrice.com>
> Subject: Re: Dr. Blaivas Deposition--August 29
>
> We have the reporter and will be using your notice. Thank you.
>
>> On Aug 29, 2016, at 8:43 AM, Tracy J. Van Steenburgh <tvan@nilanjohnson.com> wrote:

>>

>> If you are going to proceed with the deposition, please serve a separate notice and arrange your own court reporter. I will let you know if I will appear by phone or in person.

>>

>> On Aug 29, 2016, at 8:38 AM, Fitzpatrick, Fidelma

<ffitzpatrick@motleyrice.com<mailto:ffitzpatrick@motleyrice.com>> wrote:

>>

>>

>>

>> Tracy - we will conduct an exam on Dr Blaivas in all Wave 3 cases on all products today pursuant to your notice. I understand that you are waiving your right to so examine pursuant to that notice but the Plaintiffs are not prepared to also waive their rights.  We will arrange for a reporter to be present as I understand that you have cancelled yours. Please let me know if you wish to attend in person or by phone.

>>

>> Fidelma L. Fitzpatrick | Attorney at Law | Motley Rice LLC

>> 321 South Main Street, 2nd Floor | Providence, RI

>> 02903-7109<x-apple-data-detectors://2/1> |

>> ffitzpatrick@motleyrice.com<mailto:ffitzpatrick@motleyrice.com>

>> o. 401.457.7728 x7728<tel:401.457.7728;7728> | c.

>> 401.374.7685<tel:401.374.7685> | f. 401.457.7708<tel:401.457.7708>

>>

>> On Aug 29, 2016, at 8:33 AM, Tracy J. Van Steenburgh <tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com>> wrote:

>>

>> Fidelma,

>>

>> We were under the impression that the Wave 1 deposition had been adopted for Wave 3.  I had asked Libby to confirm and she did not.  I have not seen a Wave 3 general deposition on Exact from Dr. Blaivas.

>>

>> Assume you can ask the questions you have for Dr. Blaivas in the two cases in Wave 3 where he has been named as an expert at trial, as you had not noticed your own deposition for his testimony that you wish to elicit.  Deposition was noticed by defendants and notice of deposition will be withdrawn.

>>

>> Thanks.

>>

>> TRACY J. VAN STEENBURGH

>> Attorney

>> 612.305.7521

>> tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com>

>>

>>

>> -----Original Message-----

>> From: Fitzpatrick, Fidelma [mailto:ffitzpatrick@motleyrice.com]

>> Sent: Monday, August 29, 2016 6:56 AM

>> To: Tracy J. Van Steenburgh

>> <tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com>>

>> Cc: Perry, Elizabeth

>> <eperry@motleyrice.com<mailto:eperry@motleyrice.com>>; Jo P. Marquardt

>> <jmarquardt@nilanjohnson.com<mailto:jmarquardt@nilanjohnson.com>>

>> Subject: Re: Dr. Blaivas Deposition--August 29

>>

>> I am planning on attending and conducting an exam. Please confirm that you will also be there or if you need to appear by phone.
>>
>> On Aug 29, 2016, at 7:45 AM, Tracy J. Van Steenburgh <tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com>> wrote:
>>
>> Libby,
>>
>> Please confirm receipt of my email. Copying Fidelma as well. Thanks.
>>
>> Tracy
>>
>> On Aug 28, 2016, at 9:17 PM, Tracy J. Van Steenburgh <tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com><mailto:tvan@nilanjohnson.com>> wrote:
>>
>> Libby,
>>
>> I am writing to let you know that I am canceling Dr. Blaivas' deposition that is scheduled for tomorrow, August, 29, at his office. I will notify the court reporter. Let me know if you have any questions. Thanks much.
>>
>> TRACY J. VAN STEENBURGH
>> Attorney
>> 612.305.7521
>> tvan@nilanjohnson.com<mailto:tvan@nilanjohnson.com><mailto:%20tvan@nil
>> anjohnson.com<mailto:20tvan@nilanjohnson.com>%20>
>>
>> 400 · One Financial Plaza | 120 South Sixth Street | Minneapolis · MN
>> 55402 P 612.305.7500 | F 612.305.7501 |
>> www.nilanjohnson.com<http://www.nilanjohnson.com><http://www.nilanjohn
>> son.com>
>>
>> <image001.jpg>
>>
>>
>> PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.
>>
>>
>> Confidential & Privileged
>> Unless otherwise indicated or obvious from its nature, the information
>> contained in this communication is attorney-client privileged and
>> confidential information/work product. This communication is intended
>> for the use of the individual or entity named above. If the reader of
>> this communication is not the intended recipient, you are hereby
>> notified that any dissemination, distribution or copying of this
>> communication is strictly prohibited. If you have received this
>> communication in error or are not sure whether it is privileged,
>> please immediately notify us by return e-mail and destroy any
>> copies--electronic, paper or otherwise--which you may have of this

3

>> communication
>>
>>
>> Confidential & Privileged
>>
>> Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.
>
>
> Confidential & Privileged
> Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication
>