# EXHIBIT C

Jerry G. Blaivas, M.D.

1               UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF WEST VIRGINIA

3                     AT CHARLESTON

4      - - - - - - - - - - - - - - - - - - - - - :

       IN RE ETHICON, INC., PELVIC    :

5      REPAIR SYSTEM PRODUCTS          : MASTER FILE

       LIABILITY LITIGATION           : No. 2:12-MD-02327

6      _____ :

                                       :

7      THIS DOCUMENT RELATES TO        : MDL 2327

       ALL WAVE 3 CASES                :

8                                      : JOSEPH R. GOODWIN

                                       : US DISTRICT JUDGE

9      - - - - - - - - - - - - - - - - - - - - -

10                       -    -    -

11                    August 29, 2016

12                       -    -    -

13            DEPOSITION of JERRY G. BLAIVAS,

14     M.D., commencing at 12:00 p.m. on the above

15     date at Urocenter of New York, 445 East 77th

16     Street, New York, New York, before Marie Foley,

17     a Registered Merit Reporter, Certified Realtime

18     Reporter and Notary Public of the State of New

19     York.

20                       -    -    -

21            GOLKOW TECHNOLOGIES, INC.

22        877.370.3377 ph | 917.591.5672 fax

23                   Deps@golkow.com

24

Jerry G. Blaivas, M.D.

1    today preparing for that TVT-Exact

2    deposition?

3        A.    Of course.

4        Q.    Did you prepare to discuss the

5    opinions that you have offered

6    specifically in your TVT-Exact report

7    today?

8        A.    I did.

9        Q.    And do many of the opinions that

10   are contained in the TVT-Exact report

11   overlap with the opinions that you have

12   also given in the TVT Retropubic, TVT-O

13   and TVT-S and TVT Abbrevo reports?

14       A.    They do.

15       Q.    In addition to that, there are

16   some new opinions that you offer that are

17   specific to the TVT-Exact as well,

18   correct?

19       A.    Yes.

20       Q.    At some point this morning, were

21   you made aware that Ethicon had

22   unilaterally cancelled your deposition in

23   this TVT-Exact matter?

24       A.    Yes.