# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY
LITIGATION      MDL # 2327

---------------------------------------------------

**CASES LISTED ON ATTACHMENT A**      JOSEPH R. GOODWIN

     U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO # 240

I hereby certify that to the best of my information and belief, our firm supplied the information required per Pretrial Order 240 to Defendant on October 25, 2016 on behalf of the Plaintiff listed on Attachment A. Such supplied information includes the following:

1. Proof of product identification for Ethicon product(s) for which the claim is alleged;

2. Operative report demonstrating implantation of Ethicon product(s) for which the claim is alleged; and

3. Operative report demonstrating revisions and/or removal of Ethicon product(s) for which a claim is alleged.

Dated: October 25, 2016

     Respectfully submitted,

     _s/ Katie A. Killion_
     Katie A. Killion, Esquire
     Pa. Bar ID # 205203
     Email: kkillion@kontosmengine.com

     **KONTOS MENGINE LAW GROUP**
     603 Stanwix Street
     Two Gateway Center, Suite 1228
     Pittsburgh, PA 15222

     (412) 709-6162

     **ATTORNEY FOR PLAINTIFF**

**CERTFICATE OF SERVICE**

I hereby certify that on October 25, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECM system which will send notification of such filing to the CM/ECM participants registered to receive service in this MDL.

Respectfully submitted,

_s/ Katie A. Killion_
Katie A. Killion, Esquire
Pa. Bar ID # 205203
Email: kkillion@kontosmengine.com

**KONTOS MENGINE LAW GROUP**
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15222

(412) 709-6162

**ATTORNEY FOR PLAINTIFF**