## **ATTACHMENT A**

| Plaintiff Name | Case No. |
|---|---|
| Karen E. Kean | 2:13-CV-21191 |