IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC SUPPORT SYSTEMS
       PRODUCTS LIABILITY LITIGATION

                                                             MDL 2327
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC, where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before September 1, 2017; if settlements are not finalized and dismissal orders are not submitted by September 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. _____.

AGREED TO BY COUNSEL:

Plaintiff(s)                                               Defendants
By authorized counsel:                         By authorized counsel:


*/s/ Henry G. Garrard, III_____*      */s/ Christy D. Jones_____*
Henry G. Garrard, III                           Christy D. Jones
BLASINGAME BURCH GARRARD &         BUTLER SNOW LLP
ASHLEY, PC                                        P.O. Box 6010
P. O. Box 832                                       Ridgeland, MS  39158
Athens, GA 30603                                601-948-5711
(706) 354-4000                                    christy.jones@butlersnow.com
hgg@bbgbalaw.com


*Counsel for Plaintiff(s)*                        *Counsel for Defendants*


**APPROVED:**

Dated:_____        _____
                                                          Honorable Joseph R. Goodwin

EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Abrous, Malika | 2:13-cv-02865 |
| Adams,  Tammy K. | 2:13-cv-27897 |
| Adams, Eugenia | 2:13-cv-25727 |
| Aikens, Linda | 2:13-cv-28877 |
| Alamprese, Helen | 2:13-cv-27905 |
| Alcaraz,  Susan | 2:13-cv-10962 |
| Allen, Mardi Lynn Blair | 2:13-cv-09757 |
| Allen, Sharon | 2:13-cv-25798 |
| Aller, Jill Rosemary | 2:14-cv-05168 |
| Alston, Sheila | 2:13-cv-09144 |
| Alvarado, Mary Lou | 2:14-cv-26546 |
| Amburgey, Tina | 2:14-cv-04433 |
| Ambush, Dana | 2:13-cv-25728 |
| Amoriello, Cynthia J. | 2:12-cv-05525 |
| Anderson,  Joanne Martha | 2:12-cv-04583 |
| Anderson,  Donna Sue | 2:13-cv-06435 |
| Andronica, Kelly | 2:12-cv-05245 |
| Aponte, Nydia | 2:15-cv-01563 |
| Areas, Maria Goretti | 2:13-cv-06157 |
| Arens,  Beverly Denise | 2:13-cv-02957 |
| Armstrong, Beverly | 2:13-cv-27191 |
| Arnold, Cinda Lynn | 2:13-cv-31574 |
| Arnold, Tammy Lynn | 2:14-cv-24785 |
| Arnold, Autumn | 2:12-cv-05734 |
| Arthurhultz, Theresa | 2:13-cv-10483 |
| Ashbrook, Kaitlyn L. | 2:12-cv-07125 |
| Ashford, Glenda | 2:14-cv-04434 |
| Babcock, Sherry | 2:14-cv-00555 |
| Badruddin, Jamila Abdul-Lahf | 2:13-cv-01910 |
| Bakay,  Mary | 2:13-cv-02958 |
| Ball, Sherry | 2:13-cv-22957 |
| Banks, Mary | 2:14-cv-26366 |
| Barr, Julie Ann | 2:12-cv-00821 |
| Barrett, Judy Wiebe | 2:14-cv-00557 |
| Barrett, Lisa | 2:14-cv-26032 |
| Barton, Kathy | 2:12-cv-00351 |
| Bass,  Angela W. | 2:13-cv-25296 |
| Baublitz, Karen Mary | 2:13-cv-02959 |

| | |
|---|---|
| Bauer, Beverly | 2:13-cv-29558 |
| Bauernfeind, Monica L. | 2:12-cv-02768 |
| Beaber, Janice | 2:13-cv-28052 |
| Beelen, Sandra Jean | 2:14-cv-26885 |
| Bell, Patricia | 2:12-cv-09565 |
| Bell, Gershonda | 2:13-cv-03198 |
| Bellestri-Horn, Sandra Gale | 2:12-cv-07041 |
| Bennett, Lisa | 2:13-cv-05865 |
| Bertoni, Helen Mavis | 2:12-cv-01279 |
| Bethea, Marcella (Baker) Nereida | 2:12-cv-05452 |
| Bethke, Linda G. | 2:14-cv-11350 |
| Bias, Barbara Sue | 2:13-cv-28054 |
| Bierner, Barbara | 2:14-cv-01637 |
| Bird, Kelli (Karla) | 2:14-cv-00559 |
| Bizarro, Betsy | 2:12-cv-05524 |
| Blair, Inez Bernice | 2:12-cv-05003 |
| Blake, Melissa | 2:14-cv-23724 |
| Blankenship, Tammy | 2:14-cv-06098 |
| Blayney, Sandra | 2:12-cv-05382 |
| Blevins, Vickie Lea | 2:12-cv-01746 |
| Boden, Amy Estelle | 2:14-cv-00561 |
| Boelter, Norma Marie | 2:13-cv-27254 |
| Boggus-Griggs, Melanie | 2:14-cv-04436 |
| Bonino, Karen | 2:13-cv-24512 |
| Bonnett, Angela Naomi | 2:13-cv-02960 |
| Book, Connie | 2:14-cv-02451 |
| Booth, Evelyn Leona | 2:12-cv-08552 |
| Boothe, Nancy | 2:14-cv-00563 |
| Borukhov, Diane | 2:13-cv-27193 |
| Bowers, Betty | 2:12-cv-02022 |
| Bowes, Peggy Lynn | 2:13-cv-10580 |
| Boyd, Mickie | 2:13-cv-02887 |
| Bradbury, Claudia Charlene | 2:13-cv-06158 |
| Brady, Victoria Lee | 2:12-cv-01428 |
| Brady, Sandra | 2:13-cv-09486 |
| Branch-Pygott, Janet | 2:13-cv-09746 |
| Brashear, Sheila | 2:13-cv-05864 |
| Bravo, Terry | 2:13-cv-31417 |
| Breedlove, Terrie | 2:14-cv-25575 |
| Bresnick, Janice Marie | 2:13-cv-06024 |
| Brewer, Theresa | 2:12-cv-05207 |

| | |
|---|---|
| Bricker, Ellen M. | 2:13-cv-07584 |
| Bridges, Barbara Jane | 2:12-cv-00757 |
| Bristow, Barbara Mozelle | 2:12-cv-05522 |
| Brookman, Lesley | 2:12-cv-01803 |
| Brooks, Brenda J | 2:14-cv-30970 |
| Brown, Cathie | 2:13-cv-02961 |
| Brown, Melinda P. | 2:14-cv-29472 |
| Brown, Rebecca Ann | 2:15-cv-13366 |
| Brown, Angela | 2:13-cv-31415 |
| Bryjak,  Diane Marie | 2:15-cv-09330 |
| Buck, Colleen | 2:14-cv-02459 |
| Burkhart, Shirley | 2:13-cv-00030 |
| Burley, Jodie Beatrice | 2:12-cv-09566 |
| Burnett, Remelle | 2:12-cv-05214 |
| Burton, Kimberly Lee | 2:12-cv-01529 |
| Burton,  Lillian | 2:13-cv-02866 |
| Burton, Linda | 2:13-cv-02963 |
| Burttram, Pamela | 2:14-cv-20714 |
| Butler, Susan | 2:13-cv-09921 |
| Cala, Evelyn M. | 2:12-cv-07242 |
| Calhoun,  Margie Carol | 2:13-cv-24489 |
| Calhoun, Kathy | 2:14-cv-24035 |
| Calleja, Denise Lyn | 2:14-cv-00991 |
| Cannon, Billie Jean | 2:12-cv-05520 |
| Carlin,  Laura S. | 2:14-cv-18510 |
| Carnaghan (Deceased), Betty Evelyn | 2:12-cv-07117 |
| Carter, Lisa | 2:13-cv-02889 |
| Cartledge,  Susan Deloris | 2:13-cv-25822 |
| Carver, Deborah Kay | 2:13-cv-06238 |
| Catalan,  Rosa Iliana | 2:13-cv-09145 |
| Causey, Billie Dean | 2:13-cv-22876 |
| Cerasaro {Deceased}, Bonita C. | 2:13-cv-09480 |
| Champion , Nancy E. | 2:13-cv-01198 |
| Chandlee, Andrea Carol | 2:12-cv-00495 |
| Chaney, Tracie | 2:14-cv-13275 |
| Chanslor, Lori | 2:13-cv-01195 |
| Chedotte, Verna Louise | 2:13-cv-01196 |
| Childree, Margaret Mary | 2:13-cv-25729 |
| Christie,  Lorraine J. | 2:13-cv-26210 |
| Christopher, Linda Gilmore | 2:12-cv-08449 |

| | |
|---|---|
| Chuey, Gloria Millisant | 2:14-cv-04435 |
| Clark, Linda | 2:12-cv-05626 |
| Clark,  Verna | 2:14-cv-25490 |
| Clark, Mary E. | 2:14-cv-25843 |
| Clay, Crystal | 2:12-cv-02097 |
| Clayton,  Madge | 2:13-cv-27909 |
| Clemente (Deceased), Marion | 2:14-cv-26196 |
| Cline, Barbara | 2:11-cv-00056 |
| Coats, April Denise | 2:12-cv-06090 |
| Coggins, Amy | 2:13-cv-28878 |
| Cole, Phyllis S. | 2:12-cv-01645 |
| Coleman, Leslie Anne | 2:12-cv-05350 |
| Colglazier, Cynthia | 2:13-cv-06016 |
| Collins, Susan Lewallen | 2:13-cv-25724 |
| Cone, Tina Louise | 2:13-cv-07574 |
| Cook, Jacqueline Marie | 2:13-cv-25617 |
| Cook, Wendy | 2:14-cv-25056 |
| Cooley, Dawna Kaye | 2:13-cv-29561 |
| Cooper, Sandra | 2:15-cv-07775 |
| Copeland {Deceased}, Sue Bilbrey | 2:12-cv-01848 |
| Correa, Frances | 2:14-cv-14270 |
| Cortez, Frances Ann | 2:12-cv-00594 |
| Coryell, Dorothy S. | 2:13-cv-25067 |
| Coughlin, Mary | 2:14-cv-03293 |
| Cowan, Christina Maria | 2:13-cv-07582 |
| Cozzi,  Michelle | 2:13-cv-08890 |
| Crabtree,  Brenda S. | 2:12-cv-05351 |
| Craft, Paula | 2:13-cv-01197 |
| Crews, Lillie Harriet | 2:12-cv-01549 |
| Crites, Julie | 2:13-cv-27898 |
| Crowder, Barbara Ann | 2:13-cv-24732 |
| Crowe,  Sandy Michelle Pair | 2:13-cv-26211 |
| Czukor, Donna Reagan | 2:13-cv-01194 |
| Dahlman, Dora Faye | 2:14-cv-25507 |
| Dart, Susan L. | 2:12-cv-06270 |
| Davis, Donna G. | 2:13-cv-09146 |
| Davis,  Joanne H. | 2:14-cv-00567 |
| Dawning, Carol Ann | 2:13-cv-07578 |
| Day,  Linda Lee | 2:11-cv-00279 |
| Dean, Janette F. | 2:13-cv-25616 |

4

| | |
|---|---|
| Del Rio, Lynda Yvonne | 2:13-cv-01199 |
| Dery, Margit Z. | 2:14-cv-05165 |
| DeSisto,  Kristina Ann | 2:12-cv-05419 |
| Devera, Maria Elizabeth | 2:12-cv-07124 |
| DeVito, Alectia | 2:13-cv-29564 |
| Dickey, Kimberly Susan | 2:12-cv-07128 |
| Dignum, Nancy | 2:13-cv-27235 |
| Dillard, Schuyler | 2:14-cv-00568 |
| Dinges, Michelle | 2:15-cv-11493 |
| Dinkins, Margie J. | 2:13-cv-24020 |
| Dlhosh, Karen | 2:13-cv-29568 |
| Dodds<br>{Deceased}, Pamela | 2:12-cv-07240 |
| Dodson, Irene | 2:12-cv-07296 |
| Donnell, Cynthia | 2:12-cv-06779 |
| Douglas, Susan | 2:14-cv-25551 |
| Dove-Cooper , Grace Elizabeth | 2:14-cv-02453 |
| Doyle, Carolyn Sue | 2:12-cv-00555 |
| Dutton, Patricia Ramona | 2:14-cv-04437 |
| Dycus, Myrtle | 2:12-cv-01879 |
| Dykes,  Thelma | 2:13-cv-05876 |
| Eads, Lisa | 2:13-cv-01193 |
| Eaton, Katie | 2:13-cv-33780 |
| Eccleston,  Barbara | 2:13-cv-05599 |
| Edge, Kimberly | 2:12-cv-05420 |
| Edwards, Eva | 2:13-cv-27236 |
| Elkins, Deborah | 2:13-cv-05135 |
| Elliott, Ronna | 2:15-cv-13858 |
| Ellis, Mary Jane | 2:13-cv-02964 |
| Ellis, Bernice | 2:14-cv-25058 |
| Elnatshe, Zolfa Q. | 2:14-cv-13885 |
| Ennis, Catherine | 2:14-cv-04465 |
| Eubanks, Elizabeth | 2:12-cv-05421 |
| Fagan, Pamela Ann | 2:15-cv-11656 |
| Farley, Judith | 2:14-cv-15172 |
| Farrester, (Netta) Jean | 2:12-cv-07123 |
| Fast, Mary | 2:13-cv-05473 |
| Felts,  Linda W. | 2:12-cv-07127 |
| Ferguson, Pamela "Pam"Gail | 2:14-cv-03310 |
| Fields, Betty | 2:12-cv-06825 |
| Fistman, Marlyce Anne | 2:12-cv-05210 |