STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC, where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.   All discovery deadlines are continued until further order of the Court.

2.   That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.   Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before September 1, 2017; if settlements are not finalized and dismissal orders are not submitted by September 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. _____.

AGREED TO BY COUNSEL:

| Plaintiff(s) | Defendants |
| --- | --- |
| By authorized counsel: | By authorized counsel: |
| | |
| */s/ Henry G. Garrard, III*_____ | */s/ Christy D. Jones*_____ |
| Henry G. Garrard, III | Christy D. Jones |
| BLASINGAME BURCH GARRARD & ASHLEY, PC | BUTLER SNOW LLP |
| P. O. Box 832 | P.O. Box 6010 |
| Athens, GA 30603 | Ridgeland, MS  39158 |
| (706) 354-4000 | 601-948-5711 |
| hgg@bbgbalaw.com | christy.jones@butlersnow.com |
| | |
| *Counsel for Plaintiff(s)* | *Counsel for Defendants* |

**APPROVED:**

Dated:_____         _____
                                                                                   Honorable Joseph R. Goodwin

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

EXHIBIT A

| Plaintiff Name | Civil Action Number |
|---|---|
| Abrous, Malika | 2:13-cv-02865 |
| Adams, Tammy K. | 2:13-cv-27897 |
| Adams, Eugenia | 2:13-cv-25727 |
| Aikens, Linda | 2:13-cv-28877 |
| Alamprese, Helen | 2:13-cv-27905 |
| Alcaraz, Susan | 2:13-cv-10962 |
| Allen, Mardi Lynn Blair | 2:13-cv-09757 |
| Allen, Sharon | 2:13-cv-25798 |
| Aller, Jill Rosemary | 2:14-cv-05168 |
| Alston, Sheila | 2:13-cv-09144 |
| Alvarado, Mary Lou | 2:14-cv-26546 |
| Amburgey, Tina | 2:14-cv-04433 |
| Ambush, Dana | 2:13-cv-25728 |
| Amoriello, Cynthia J. | 2:12-cv-05525 |
| Anderson, Joanne Martha | 2:12-cv-04583 |
| Anderson, Donna Sue | 2:13-cv-06435 |
| Andronica, Kelly | 2:12-cv-05245 |
| Aponte, Nydia | 2:15-cv-01563 |
| Areas, Maria Goretti | 2:13-cv-06157 |
| Arens, Beverly Denise | 2:13-cv-02957 |
| Armstrong, Beverly | 2:13-cv-27191 |
| Arnold, Cinda Lynn | 2:13-cv-31574 |
| Arnold, Tammy Lynn | 2:14-cv-24785 |
| Arnold, Autumn | 2:12-cv-05734 |
| Arthurhultz, Theresa | 2:13-cv-10483 |
| Ashbrook, Kaitlyn L. | 2:12-cv-07125 |
| Ashford, Glenda | 2:14-cv-04434 |
| Babcock, Sherry | 2:14-cv-00555 |
| Badruddin, Jamila Abdul-Lahf | 2:13-cv-01910 |
| Bakay, Mary | 2:13-cv-02958 |
| Ball, Sherry | 2:13-cv-22957 |
| Banks, Mary | 2:14-cv-26366 |
| Barr, Julie Ann | 2:12-cv-00821 |
| Barrett, Judy Wiebe | 2:14-cv-00557 |
| Barrett, Lisa | 2:14-cv-26032 |
| Barton, Kathy | 2:12-cv-00351 |
| Bass, Angela W. | 2:13-cv-25296 |
| Baublitz, Karen Mary | 2:13-cv-02959 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| | |
|---|---|
| Bauer, Beverly | 2:13-cv-29558 |
| Bauernfeind, Monica L. | 2:12-cv-02768 |
| Beaber, Janice | 2:13-cv-28052 |
| Beelen, Sandra Jean | 2:14-cv-26885 |
| Bell, Patricia | 2:12-cv-09565 |
| Bell, Gershonda | 2:13-cv-03198 |
| Bellestri-Horn, Sandra Gale | 2:12-cv-07041 |
| Bennett, Lisa | 2:13-cv-05865 |
| Bertoni, Helen Mavis | 2:12-cv-01279 |
| Bethea, Marcella (Baker) Nereida | 2:12-cv-05452 |
| Bethke, Linda G. | 2:14-cv-11350 |
| Bias, Barbara Sue | 2:13-cv-28054 |
| Bierner, Barbara | 2:14-cv-01637 |
| Bird, Kelli (Karla) | 2:14-cv-00559 |
| Bizarro, Betsy | 2:12-cv-05524 |
| Blair, Inez Bernice | 2:12-cv-05003 |
| Blake, Melissa | 2:14-cv-23724 |
| Blankenship, Tammy | 2:14-cv-06098 |
| Blayney, Sandra | 2:12-cv-05382 |
| Blevins, Vickie Lea | 2:12-cv-01746 |
| Boden, Amy Estelle | 2:14-cv-00561 |
| Boelter, Norma Marie | 2:13-cv-27254 |
| Boggus-Griggs, Melanie | 2:14-cv-04436 |
| Bonino, Karen | 2:13-cv-24512 |
| Bonnett, Angela Naomi | 2:13-cv-02960 |
| Book, Connie | 2:14-cv-02451 |
| Booth, Evelyn Leona | 2:12-cv-08552 |
| Boothe, Nancy | 2:14-cv-00563 |
| Borukhov, Diane | 2:13-cv-27193 |
| Bowers, Betty | 2:12-cv-02022 |
| Bowes, Peggy Lynn | 2:13-cv-10580 |
| Boyd, Mickie | 2:13-cv-02887 |
| Bradbury, Claudia Charlene | 2:13-cv-06158 |
| Brady, Victoria Lee | 2:12-cv-01428 |
| Brady, Sandra | 2:13-cv-09486 |
| Branch-Pygott, Janet | 2:13-cv-09746 |
| Brashear, Sheila | 2:13-cv-05864 |
| Bravo, Terry | 2:13-cv-31417 |
| Breedlove, Terrie | 2:14-cv-25575 |
| Bresnick, Janice Marie | 2:13-cv-06024 |
| Brewer, Theresa | 2:12-cv-05207 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| | |
|---|---|
| Bricker, Ellen M. | 2:13-cv-07584 |
| Bridges, Barbara Jane | 2:12-cv-00757 |
| Bristow, Barbara Mozelle | 2:12-cv-05522 |
| Brookman, Lesley | 2:12-cv-01803 |
| Brooks, Brenda J | 2:14-cv-30970 |
| Brown, Cathie | 2:13-cv-02961 |
| Brown, Melinda P. | 2:14-cv-29472 |
| Brown, Rebecca Ann | 2:15-cv-13366 |
| Brown, Angela | 2:13-cv-31415 |
| Bryjak, Diane Marie | 2:15-cv-09330 |
| Buck, Colleen | 2:14-cv-02459 |
| Burkhart, Shirley | 2:13-cv-00030 |
| Burley, Jodie Beatrice | 2:12-cv-09566 |
| Burnett, Remelle | 2:12-cv-05214 |
| Burton, Kimberly Lee | 2:12-cv-01529 |
| Burton, Lillian | 2:13-cv-02866 |
| Burton, Linda | 2:13-cv-02963 |
| Burttram, Pamela | 2:14-cv-20714 |
| Butler, Susan | 2:13-cv-09921 |
| Cala, Evelyn M. | 2:12-cv-07242 |
| Calhoun, Margie Carol | 2:13-cv-24489 |
| Calhoun, Kathy | 2:14-cv-24035 |
| Calleja, Denise Lyn | 2:14-cv-00991 |
| Cannon, Billie Jean | 2:12-cv-05520 |
| Carlin, Laura S. | 2:14-cv-18510 |
| Carnaghan (Deceased), Betty Evelyn | 2:12-cv-07117 |
| Carter, Lisa | 2:13-cv-02889 |
| Cartledge, Susan Deloris | 2:13-cv-25822 |
| Carver, Deborah Kay | 2:13-cv-06238 |
| Catalan, Rosa Iliana | 2:13-cv-09145 |
| Causey, Billie Dean | 2:13-cv-22876 |
| Cerasaro {Deceased}, Bonita C. | 2:13-cv-09480 |
| Champion , Nancy E. | 2:13-cv-01198 |
| Chandlee, Andrea Carol | 2:12-cv-00495 |
| Chaney, Tracie | 2:14-cv-13275 |
| Chanslor, Lori | 2:13-cv-01195 |
| Chedotte, Verna Louise | 2:13-cv-01196 |
| Childree, Margaret Mary | 2:13-cv-25729 |
| Christie, Lorraine J. | 2:13-cv-26210 |
| Christopher, Linda Gilmore | 2:12-cv-08449 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| Name | Case Number |
|---|---|
| Chuey, Gloria Millisant | 2:14-cv-04435 |
| Clark, Linda | 2:12-cv-05626 |
| Clark, Verna | 2:14-cv-25490 |
| Clark, Mary E. | 2:14-cv-25843 |
| Clay, Crystal | 2:12-cv-02097 |
| Clayton, Madge | 2:13-cv-27909 |
| Clemente (Deceased), Marion | 2:14-cv-26196 |
| Cline, Barbara | 2:11-cv-00056 |
| Coats, April Denise | 2:12-cv-06090 |
| Coggins, Amy | 2:13-cv-28878 |
| Cole, Phyllis S. | 2:12-cv-01645 |
| Coleman, Leslie Anne | 2:12-cv-05350 |
| Colglazier, Cynthia | 2:13-cv-06016 |
| Collins, Susan Lewallen | 2:13-cv-25724 |
| Cone, Tina Louise | 2:13-cv-07574 |
| Cook, Jacqueline Marie | 2:13-cv-25617 |
| Cook, Wendy | 2:14-cv-25056 |
| Cooley, Dawna Kaye | 2:13-cv-29561 |
| Cooper, Sandra | 2:15-cv-07775 |
| Copeland {Deceased}, Sue Bilbrey | 2:12-cv-01848 |
| Correa, Frances | 2:14-cv-14270 |
| Cortez, Frances Ann | 2:12-cv-00594 |
| Coryell, Dorothy S. | 2:13-cv-25067 |
| Coughlin, Mary | 2:14-cv-03293 |
| Cowan, Christina Maria | 2:13-cv-07582 |
| Cozzi, Michelle | 2:13-cv-08890 |
| Crabtree, Brenda S. | 2:12-cv-05351 |
| Craft, Paula | 2:13-cv-01197 |
| Crews, Lillie Harriet | 2:12-cv-01549 |
| Crites, Julie | 2:13-cv-27898 |
| Crowder, Barbara Ann | 2:13-cv-24732 |
| Crowe, Sandy Michelle Pair | 2:13-cv-26211 |
| Czukor, Donna Reagan | 2:13-cv-01194 |
| Dahlman, Dora Faye | 2:14-cv-25507 |
| Dart, Susan L. | 2:12-cv-06270 |
| Davis, Donna G. | 2:13-cv-09146 |
| Davis, Joanne H. | 2:14-cv-00567 |
| Dawning, Carol Ann | 2:13-cv-07578 |
| Day, Linda Lee | 2:11-cv-00279 |
| Dean, Janette F. | 2:13-cv-25616 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| Name | Case Number |
|---|---|
| Del Rio, Lynda Yvonne | 2:13-cv-01199 |
| Dery, Margit Z. | 2:14-cv-05165 |
| DeSisto, Kristina Ann | 2:12-cv-05419 |
| Devera, Maria Elizabeth | 2:12-cv-07124 |
| DeVito, Alectia | 2:13-cv-29564 |
| Dickey, Kimberly Susan | 2:12-cv-07128 |
| Dignum, Nancy | 2:13-cv-27235 |
| Dillard, Schuyler | 2:14-cv-00568 |
| Dinges, Michelle | 2:15-cv-11493 |
| Dinkins, Margie J. | 2:13-cv-24020 |
| Dlhosh, Karen | 2:13-cv-29568 |
| Dodds {Deceased}, Pamela | 2:12-cv-07240 |
| Dodson, Irene | 2:12-cv-07296 |
| Donnell, Cynthia | 2:12-cv-06779 |
| Douglas, Susan | 2:14-cv-25551 |
| Dove-Cooper, Grace Elizabeth | 2:14-cv-02453 |
| Doyle, Carolyn Sue | 2:12-cv-00555 |
| Dutton, Patricia Ramona | 2:14-cv-04437 |
| Dycus, Myrtle | 2:12-cv-01879 |
| Dykes, Thelma | 2:13-cv-05876 |
| Eads, Lisa | 2:13-cv-01193 |
| Eaton, Katie | 2:13-cv-33780 |
| Eccleston, Barbara | 2:13-cv-05599 |
| Edge, Kimberly | 2:12-cv-05420 |
| Edwards, Eva | 2:13-cv-27236 |
| Elkins, Deborah | 2:13-cv-05135 |
| Elliott, Ronna | 2:15-cv-13858 |
| Ellis, Mary Jane | 2:13-cv-02964 |
| Ellis, Bernice | 2:14-cv-25058 |
| Elnatshe, Zolfa Q. | 2:14-cv-13885 |
| Ennis, Catherine | 2:14-cv-04465 |
| Eubanks, Elizabeth | 2:12-cv-05421 |
| Fagan, Pamela Ann | 2:15-cv-11656 |
| Farley, Judith | 2:14-cv-15172 |
| Farrester, (Netta) Jean | 2:12-cv-07123 |
| Fast, Mary | 2:13-cv-05473 |
| Felts, Linda W. | 2:12-cv-07127 |
| Ferguson, Pamela "Pam"Gail | 2:14-cv-03310 |
| Fields, Betty | 2:12-cv-06825 |
| Fistman, Marlyce Anne | 2:12-cv-05210 |

<span style="color:red">**STRICKEN PURSUANT TO THE #3217 ORDER ENTERED 11/16/2016**</span>

EXHIBIT A

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Flaster, Sheron | 2:14-cv-14271 |
| Fletcher, Teresa Sue | 2:12-cv-05422 |
| Flickinger, Theresa L. | 2:13-cv-33792 |
| Flom, Kari Jean | 2:12-cv-05209 |
| Floyd (Gowin), Judith | 2:12-cv-01284 |
| Flynn, Laura | 2:14-cv-16389 |
| Fohl (Deceased), Doris Ann | 2:13-cv-10964 |
| Ford, Kathleen | 2:14-cv-27148 |
| Forde, Margaret | 2:11-cv-00353 |
| Fortner, Frances Jean | 2:13-cv-33781 |
| Foster, Jane Ann | 2:15-cv-12780 |
| Frank, Ronnie | 2:15-cv-01428 |
| Frazier, Ann | 2:12-cv-05213 |
| Frescott., Ruth | 2:13-cv-00051 |
| Frick, Melissa S. | 2:13-cv-31420 |
| Fuentes, Mary | 2:14-cv-04463 |
| Fuller, Ann | 2:12-cv-00539 |
| Gabor, Teresa | 2:12-cv-05423 |
| Gage, Lorna LuAnn | 2:12-cv-07129 |
| Gaines, Melissa Ann | 2:12-cv-09568 |
| Gantt, Jo Ellen | 2:13-cv-28879 |
| Garnett, Quillan Rentz | 2:12-cv-00286 |
| Garris, Mika | 2:14-cv-25420 |
| Gaudreau, Elizabeth | 2:13-cv-09043 |
| Gautchier (Deceased), Elizabeth J. | 2:13-cv-24138 |
| Gilman, Barbara L. | 2:13-cv-24509 |
| Gilman, Judith | 2:14-cv-18512 |
| Gilmore, Debra | 2:15-cv-11538 |
| Glanton, Annette | 2:13-cv-02891 |
| Gleason, Alicia J. | 2:14-cv-01047 |
| Goff, Debra | 2:13-cv-02867 |
| Goldberg, Melanie S. | 2:13-cv-24731 |
| Goll, Julie | 2:12-cv-07297 |
| Gologan, Didina | 2:12-cv-01528 |
| Goltz, Lydia | 2:12-cv-09569 |
| Gonzales, Amelia | 2:12-cv-00468 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| Name | Case Number |
|---|---|
| Goodpasture, Wendy | 2:13-cv-26213 |
| Goodwin, Margaret Jill | 2:11-cv-00352 |
| Gramkowski, Sandra L | 2:14-cv-01049 |
| Grapes, Sharon Sue | 2:12-cv-05519 |
| Graumann, Rosemarie Mabel | 2:13-cv-33230 |
| Greenwald, Sue Ann | 2:12-cv-05597 |
| Gregory, Mary | 2:14-cv-01094 |
| Grencavage, Elisabeth | 2:13-cv-23569 |
| Grove, Kendra | 2:11-cv-00271 |
| Gruver, Roza M. | 2:15-cv-12781 |
| Guirges, Nancy | 2:12-cv-04994 |
| Hagar, Gail | 2:14-cv-06320 |
| Haggerty, Kerrie Lea | 2:15-cv-11393 |
| Hale, Libby | 2:13-cv-06025 |
| Hall, Ethel Dianna | 2:12-cv-05518 |
| Hall, Mary Helen | 2:12-cv-05600 |
| Hallett, Joyce McGowan | 2:13-cv-33782 |
| Haney, Pamela | 2:13-cv-22858 |
| Hanigan, Cathy Lynn | 2:13-cv-09147 |
| Hann, Gladys | 2:14-cv-03410 |
| Hanna, Shirley Ann | 2:13-cv-09477 |
| Hannah, LaTricia | 2:13-cv-24558 |
| Hanners, Linda Susan | 2:13-cv-26214 |
| Harden, Carol | 2:13-cv-09487 |
| Harlan, Penny | 2:14-cv-02456 |
| Harn, Carolyn | 2:12- cv-04374 |
| Harper, Kadie A. | 2:13-cv-02973 |
| Harper, Dina | 2:12-cv-05454 |
| Harris, Maureen M. | 2:13-cv-05671 |
| Harris, Phyllis | 2:14-cv-25576 |
| Harrison, Susan | 2:12-cv-07036 |
| Harrison, Lucy | 2:13-cv-33231 |
| Harrup, Marsha Sharits | 2:14-cv-02461 |
| Hart, Doris Jean | 2:13-cv-00032 |
| Harvey, Elitha | 2:14-cv-00569 |
| Hasha, Susan A | 2:14-cv-25107 |
| Hassan, Princess June | 2:14-cv-02470 |
| Haze, Rosetta Freely | 2:12-cv-06496 |
| Heffelfinger, Beverly | 2:13-cv-01826 |
| Heisten, Rebecca | 2:14-cv-10889 |
| Henderson, Susan Ann | 2:12-cv-05001 |

**STRICKEN PURSUANT TO THE #3217 ORDER ENTERED 11/16/2016**

| Name | Case Number |
|---|---|
| Hendrix, Constance | 2:14-cv-01102 |
| Hennessey, Sandra | 2:14-cv-11589 |
| Hensch, Kathleen | 2:14-cv-04467 |
| Hensley, Rose | 2:13-cv-01091 |
| Hernandez, Rhonda | 2:14-cv-15951 |
| Hernandez, Eloida | 2:14-cv-24692 |
| Hewatt, Shannon O. | 2:12-cv-02279 |
| Hickman, Anne | 2:13-cv-24490 |
| Higdon, Jane Reid | 2:13-cv-10692 |
| Hill, Julie A. | 2:14-cv-20711 |
| Hill, Jessica Marie | 2:14-cv-03187 |
| Hill, Donna | 2:14-cv-18516 |
| Hilo, Karen | 2:13-cv-10978 |
| Hobbs, Diane M. | 2:13-cv-25731 |
| Hobson, Ophelia | 2:14-cv-01051 |
| Hoffman, Barbara Jean | 2:14-cv-04484 |
| Holcomb, Mia Michelle | 2:13-cv-01367 |
| Holcomb, Linda C. | 2:13-cv-09228 |
| Holland, Amy | 2:12-cv-00256 |
| Hollars, Misty Dawn | 2:12-cv-03213 |
| Holloway, Julia A. | 2:12-cv-07122 |
| Holloway, Montessa | 2:13-cv-32351 |
| Hood, Cynthia | 2:13-cv-32388 |
| Houchin, Jill Jane | 2:14-cv-04489 |
| Houk, Vicki Herring | 2:12-cv-06490 |
| Hovis, Theresa | 2:14-cv-19973 |
| Howard, Linda Sue | 2:14-cv-11585 |
| Howard, Wanda Gloria | 2:13-cv-25068 |
| Howerton, Lori | 2:13-cv-27045 |
| Hreiz, Amy Elizabeth | 2:12-cv-02165 |
| Hubner, Veron Lynn | 2:12-cv-07126 |
| Hudson, Wanda | 2:12-cv-05598 |
| Huebner, Dawn Marie | 2:12-cv-07121 |
| Hughes, Jane | 2:12-cv-07302 |
| Hurst, Tina Marie | 2:13-cv-07575 |
| Iannuzzi, Carol | 2:13-cv-06022 |
| Irving, Sandra Eldis | 2:14-cv-11584 |
| Irwin, Kathryn | 2:12-cv-01304 |
| Irwin, Priscilla Ann | 2:12-cv-01878 |
| Jackson, Vicki | 2:13-cv-02873 |
| Jackson, Theresa R. | 2:15-cv-00929 |

**STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016**

| | |
|---|---|
| Jacobson, Elissa A. | 2:14-cv-19784 |
| Javors, Suzanne | 2:13-cv-24129 |
| Jennings, Lisa Marie | 2:14-cv-21417 |
| Jeremiah-Neal, Cheryl | 2:13-cv-09148 |
| Jernigan, Joan E. | 2:12-cv-01850 |
| Johnson, Mindy Rebecca | 2:12-cv-05208 |
| Johnson, Sheryl Lynn | 2:12-cv-05211 |
| Johnson, Vickey Lynne | 2:13-cv-26215 |
| Johnson, Anita Dawn | 2:13-cv-32354 |
| Johnson, Senee | 2:14-cv-25332 |
| Johnson, Judith H. | 2:15-cv-02570 |
| Johnston, Anne | 2:13-cv-10701 |
| Jones, Joyce F. | 2:14-cv-04487 |
| Jones, Dawn Michelle | 2:13-cv-26341 |
| Jones, Theresa | 2:13-cv-27246 |
| Jordan-Herring, Gloria | 2:13-cv-33775 |
| Kaitis, Deborah | 2:14-cv-24693 |
| Kanhai, Annmarie | 2:13-cv-25732 |
| Kean, Ruby L. | 2:13-cv-02868 |
| Kemery, Gail Christine | 2:13-cv-09482 |
| Kennedy, Lena | 2:14-cv-07395 |
| Kerner, Dawn Lynn | 2:12-cv-06021 |
| Kesey, Rita | 2:14-cv-26364 |
| Key, Terri Lynn | 2:14-cv-15471 |
| Keyes, Colleen Margaret | 2:13-cv-06015 |
| Kilday, Mary Luellen | 2:12-cv-00387 |
| Killgo, Dyann | 2:14-cv-15470 |
| Klag, Nancy | 2:13-cv-22861 |
| Koon, Lois | 2:12-cv-05599 |
| Kreis, Charlie Mae | 2:12-cv-06491 |
| Kries, Lorraine | 2:13-cv-24492 |
| Krug, Mary Elizabeth | 2:12-cv-07303 |
| LaClair, Barbara | 2:15-cv-12821 |
| Ladner, Mary | 2:12-cv-07047 |
| Lafazan, Dolores | 2:14-cv-12694 |
| Lager, Kimberly Diane | 2:12-cv-01305 |
| Laird, Jean E. | 2:14-cv-05164 |
| Lancaster, Kathy Sue | 2:14-cv-04491 |
| Lane, Ann | 2:12-cv-01785 |
| Lane, Lesa | 2:14-cv-19434 |
| Lane, Joan | 2:12-cv-05628 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| | |
|---|---|
| Lansing, Brenda Kay | 2:13-cv-05672 |
| Larriuz, Raquel | 2:12-cv-06974 |
| Larson, Ardith | 2:13-cv-27247 |
| Laster, Etiole Ann | 2:12-cv-05455 |
| Lavergne, Meshell Rae | 2:13-cv-07579 |
| Law, Tracy | 2:12-cv-07120 |
| Lawton, Kimberly A. | 2:14-cv-27943 |
| Lear, Annette | 2:14-cv-26199 |
| LeCroy, Mary Frances | 2:14-cv-29471 |
| Lee, Brenda C. | 2:13-cv-28292 |
| Lee, Diane | 2:14-cv-26391 |
| Leistikow, Eleanor Irene | 2:13-cv-09481 |
| Leon, Nelcy | 2:15-cv-02708 |
| Lerille, Nancy Wallace | 2:12-cv-01608 |
| Lewis, Polly | 2:13-cv-07576 |
| Lindsey, Lorie {Deceased} | 2:11-cv-00539 |
| Livery, Alvina L. | 2:14-cv-24140 |
| Lloy, Sandra | 2:13-cv-27162 |
| Lofton, Angela C.F | 2:13-cv-06021 |
| Looney, Bridget | 2:14-cv-01625 |
| Lopez, Stella | 2:14-cv-11349 |
| Lord, Alma Jo | 2:14-cv-19573 |
| Lovelace, Linda Lee | 2:12-cv-07116 |
| Lowe, Christy | 2:14-cv-27006 |
| Lowery, Lena Mae | 2:13-cv-00034 |
| Lowry, Carla | 2:15-cv-07578 |
| Lozano, Lourdes | 2:13-cv-10791 |
| Lozar, Shirley | 2:13-cv-24497 |
| Luhn, Lisa G. | 2:14-cv-16772 |
| Lynn, Kathy Gail | 2:14-cv-05175 |
| Lyttle, Jeanne F | 2:13-cv-07583 |
| Mabey, Vangee | 2:13-cv-23462 |
| Mack, Rose | 2:14-cv-25060 |
| Manaresi, Patricia | 2:12-cv-12204 |
| Manderson, Rosemary | 2:14-cv-01635 |
| Mangoba, Cecilia | 2:12-cv-06480 |
| Manuel, Phillis E. | 2:14-cv-25054 |
| Manus, Shannon | 2:12-cv-03868 |
| Margritz, Nora | 2:12-cv-06777 |
| Marlin, Karen | 2:13-cv-31583 |
| Marlow, Janet | 2:14-cv-29213 |

STRICKEN PURSUANT TO THE #3217
ORDER ENTERED 11/16/2016

| Martin, Eva Dean | 2:12-cv-04329 |