# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation | Master File No. 2:12-MD-02327 |
| | MDL No. 2327 |
| **THIS DOCUMENT RELATES TO:** | |
| *Diane Bates v Ethicon, Inc., et al.* | **JOSEPH R. GOODWIN** |
| Case No.: 2:12-cv-02020 | **U.S. DISTRICT JUDGE** |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports and office records demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Date:  October 27, 2016

*/s/ Gregory H. Collins*
GREGORY H. COLLINS (0040230)
Collins, Roche, Utley & Garner LLC
1225 West Market Street
Akron, OH 44313
T: 330-247-2200
F: 330-247-2205
Email: gcollins@cruglaw.com
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Date:  October 27, 2016

/s/ *Gregory H. Collins*
GREGORY H. COLLINS (0040230)
Collins, Roche, Utley & Garner LLC
1225 West Market Street
Akron, OH 44313
T: 330-247-2200
F: 330-247-2205
Email: gcollins@cruglaw.com
*Attorney for Plaintiff*