IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC SUPPORT SYSTEMS
       PRODUCTS LIABILITY LITIGATION

                                                       MDL 2327
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon.  The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before July 1, 2017; if settlements are not finalized and dismissal orders are not submitted by July 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. _____.

AGREED TO BY COUNSEL:

Plaintiff(s)                                    Defendants
By authorized counsel:                          By authorized counsel:


*/s/Derek H. Potts*_____              */s/Christy D. Jones*_____
Derek H. Potts                                  Christy D. Jones
The Potts Law Firm                              BUTLER SNOW LLP
3737 Buffalo Speedway #1900                     P.O. Box 6010
Houston TX 77098                                Ridgeland, MS 39158
                                                601-948-5711
                                                christy.jones@butlersnow.com


*Counsel for Plaintiff(s)*                      *Counsel for Defendants*


**APPROVED:**

Dated:_____         _____
                                       Honorable Joseph R. Goodwin

ButlerSnow 32428077v1

ButlerSnow 33191733v1

EXHIBIT A

| Civil Action Number | Plaintiff Name |
|---|---|
| 2:15-cv-05162 | Vonterence Adams |
| 2:13-cv-20430 | Barbara Adkins |
| 2:14-cv-20822 | Elizabeth Aguayo |
| 2:13-cv-31486 | Tracie Akers |
| 2:15-cv-13485 | Patricia Alberelli |
| 2:15-cv-07930 | Clara Alfieri |
| 2:15-cv-13320 | Linda Alger |
| 2:15-cv-07342 | Tredida Allen |
| 2:14-cv-16968 | Linda Almsteadt |
| 2:13-cv-31429 | Deanna E. Anderson |
| 2:14-cv-16970 | Denise Anderson |
| 2:15-cv-10186 | Heather Brook Anderson |
| 2:14-cv-20825 | Janis Anderson |
| 2:15-cv-13486 | Thelma Marie Anderson |
| 2:12-cv-05719 | Carolyn L. Andreola |
| 2:15-cv-13452 | Lesly Argueta |
| 2:14-cv-22687 | Terri S. Arnold |
| 2:15-cv-12272 | Joyce F. Arntzen |
| 2:13-cv-14735 | Jacqueline Askew |
| 2:13-cv-31489 | Jannes G. Austin |
| 2:14-cv-22696 | Daisy Bailey |
| 2:13-cv-31493 | Lisa Bailey |
| 2:14-cv-19049 | Sarah Bailey |
| 2:12-cv-03599 | Virginia Bailey |
| 2:12-cv-04263 | Amber Baker |
| 2:13-cv-09595 | Estella Baker |
| 2:14-cv-19997 | Sonya Baker |
| 2:16-cv-02748 | Barbara J. Ballard |
| 2:15-cv-13681 | Karolyn Louise Barclay |
| 2:15-cv-03026 | Georgianna P. Baril |
| 2:15-cv-15810 | JoAnn Barnes |
| 2:14-cv-16252 | Teresa K. Barsotti |
| 2:13-cv-01898 | Rachel Barstow |
| 2:13-cv-31495 | Constance Bates |
| 2:14-cv-22719 | Elizabeth Beaverson |
| 2:15-cv-12273 | Lynn Beets |
| 2:16-cv-03677 | Tammey Belt |
| 2:15-cv-12839 | Mary Lillian Belton |

| 2:15-cv-07989 | Margaret Bennett-Jimenez |
|---|---|
| 2:14-cv-20826 | Marlene R. Besecker |
| 2:14-cv-18231 | Candace R. Bettendorf |
| 2:12-cv-03600 | Elizabeth Bible |
| 2:15-cv-03458 | Ola Bishop |
| 2:13-cv-14589 | Joan Blakely |
| 2:12-cv-02327 | Deborah Blankenship |
| 2:14-cv-19050 | Gina Blue |
| 2:12-cv-05244 | Katherine Boatman |
| 2:14-cv-29137 | Lora Bojarova |
| 2:14-cv-16971 | Diana Boje |
| 2:13-cv-12822 | Carolyn Boone |
| 2:15-cv-15811 | Marie Boucher |
| 2:14-cv-16972 | Elaine Bousquet |
| 2:13-cv-02982 | Sharon Bowling |
| 2:14-cv-25150 | Mae Box |
| 2:13-cv-31512 | Cynthia Bradburn |
| 2:14-cv-16973 | Kimberly Bradds |
| 2:14-cv-20827 | Viola Marie Bradley |
| 2:14-cv-19051 | Linda Bradshaw |
| 2:14-cv-20828 | Kristine L. Brake |
| 2:14-cv-22768 | Brenda Kay Brakenberry |
| 2:14-cv-22773 | Donna Brandt |
| 2:14-cv-16679 | Felicia Brimlett |
| 2:14-cv-19998 | Angela Patricia Brown |
| 2:14-cv-20829 | Jamie Lyn Brown |
| 2:12-cv-03525 | Kathy Broyles |
| 2:14-cv-19052 | Kimberly Bubert-Coffin |
| 2:15-cv-07156 | Kanda Lynn Buchanan |
| 2:15-cv-11716 | Melissa Buckley |
| 2:15-cv-09299 | Dorothy Bullock |
| 2:15-cv-16132 | Wilma Burger |
| 2:14-cv-20836 | Stephanie Marie Burkhart |
| 2:15-cv-04417 | Katherine S. Bush |
| 2:15-cv-14332 | Sue Bushard-Albright |
| 2:15-cv-02463 | Laurie Buster |
| 2:15-cv-03459 | Cynthia Butler |
| 2:14-cv-20839 | Patsy Katherine Butler |
| 2:14-cv-20886 | Donna Callaway |
| 2:12-cv-01986 | Terri L. Cambre |
| 2:13-cv-21086 | Joyce Cameron |

| | |
|---|---|
| 2:14-cv-15943 | Phyllis J. Capps |
| 2:13-cv-12578 | Sharon Carden |
| 2:14-cv-16975 | Gloria Cardenas |
| 2:16-cv-02123 | Sarafina Carlstrom |
| 2:15-cv-06092 | Frances H. Caron |
| 2:14-cv-16976 | Regina Carpenter |
| 2:13-cv-33149 | Martha Carreon |
| 2:14-cv-27405 | Geraldine Carroll |
| 2:12-cv-02328 | Tammy Carroll |
| 2:14-cv-19053 | Jennifer D. Carter |
| 2:14-cv-22787 | Cynthia Cassady |
| 2:14-cv-22801 | Aura Castrellon |
| 2:14-cv-16977 | Alice Chapman |
| 2:15-cv-07346 | Deborah Chongway |
| 2:15-cv-06093 | Nancy L. Christian |
| 2:14-cv-16978 | April Clark |
| 2:14-cv-20852 | Mary Ethel Clark |
| 2:14-cv-20860 | Felicia Clavon |
| 2:15-cv-15213 | Joni Cochran |
| 2:14-cv-20899 | Jeanette S. Cockrell |
| 2:14-cv-22819 | Barbara R. Coe |
| 2:13-cv-15042 | Connie Coffman |
| 2:12-cv-09230 | Jeanette Coleman |
| 2:14-cv-20901 | Maribeth Colitzas |
| 2:14-cv-25152 | Sandra Gail Collins |
| 2:14-cv-15445 | Deane Conley |
| 2:15-cv-07402 | Carol Jenn Cooper |
| 2:14-cv-19054 | Vera Cooper |
| 2:12-cv-05884 | Kathy E. Covington |
| 2:12-cv-04265 | Beverly Ann Cox |
| 2:14-cv-20924 | Kimberly Jean Crouch |
| 2:15-cv-12607 | Anna Cruz |
| 2:14-cv-19055 | Juanita Cruz |
| 2:13-cv-01994 | Brunilda Cruzado |
| 2:12-cv-01834 | Cheryl L. Culp Bishop |
| 2:15-cv-06094 | Denise Ellen Cunningham |
| 2:14-cv-29154 | Theresa Cusatis |
| 2:15-cv-14334 | Joyce Darrow |
| 2:14-cv-22849 | Sveta Davidov |
| 2:15-cv-09532 | Betty J. Davis |
| 2:15-cv-11227 | Carrie B. Davis |

3

| | |
|---|---|
| 2:14-cv-20925 | Sheila Decator-Madison |
| 2:12-cv-01985 | Patricia Ann DeForrest |
| 2:14-cv-20927 | Lydia S. Delgado |
| 2:14-cv-20930 | Alice Y. Denton |
| 2:14-cv-16680 | Elizabeth Derosiers |
| 2:12-cv-01979 | Debra DeVoe |
| 2:15-cv-13997 | Anne Dhom |
| 2:14-cv-22852 | Elena Diaz |
| 2:15-cv-08488 | Hiam Dighlawi |
| 2:14-cv-20933 | Susan Dobbs |
| 2:16-cv-01786 | Janet Melanie Downie |
| 2:15-cv-04418 | Laurie Ann Drane |
| 2:15-cv-11238 | Roza Duering |
| 2:15-cv-09633 | Blanche Dumond |
| 2:15-cv-11229 | Katherine I. Dupree |
| 2:16-cv-02021 | Jerri Eden |
| 2:13-cv-12423 | Helen Ellington |
| 2:14-cv-20936 | Carolyn J. Elliott |
| 2:12-cv-08968 | Marcella M. Erickson |
| 2:12-cv-00277 | Joy Essman |
| 2:14-cv-17607 | Jessie Estep |
| 2:14-cv-20943 | Janice C.R. Estes |
| 2:15-cv-16052 | Randee Sue Euliss |
| 2:12-cv-04664 | Corene Everhart |
| 2:15-cv-02595 | Nancy Famous |
| 2:15-cv-03460 | Elizabeth Farber |
| 2:14-cv-22963 | Carol Ann Faron |
| 2:15-cv-15664 | Michelle Farrell |
| 2:15-cv-07990 | Nikki Dawn Fellows |
| 2:12-cv-03571 | Doris Fenwick |
| 2:12-cv-05653 | Loretta J. Ferguson |
| 2:12-cv-02792 | Constance Fisher |
| 2:15-cv-08493 | Jennifer Gail Flowers |
| 2:14-cv-12599 | Carol Fouraker |
| 2:15-cv-15395 | Elaine Fournier |
| 2:14-cv-22969 | Ann Fraga Avila |
| 2:15-cv-12401 | Stacey Frank |
| 2:15-cv-11240 | Candy Lee Freed |
| 2:16-cv-01678 | Eva Froneberger |
| 2:14-cv-20969 | Maudie Galvan |
| 2:15-cv-15168 | Connie Gamble |

| 2:14-cv-16982 | Karmen Ganus |
|---|---|
| 2:13-cv-12419 | Lisa Garcia |
| 2:16-cv-00009 | Shirley Garrett |
| 2:14-cv-20970 | Maria F. Gialdi |
| 2:13-cv-14439 | Melissa Gibson |
| 2:15-cv-12969 | Doris Godi |
| 2:16-cv-03179 | Lyndia L. Gonzales |
| 2:15-cv-07830 | Linda Gottschalk |
| 2:13-cv-09406 | Betty Gralewski |
| 2:15-cv-14089 | Pamela Graves |
| 2:12-cv-01832 | Wanda J. Gray |
| 2:14-cv-22976 | Mary A. Griffis |
| 2:14-cv-20972 | Andrea Griffith |
| 2:14-cv-10036 | Dela Grimmett |
| 2:14-cv-20976 | Elizabeth Grindele |
| 2:14-cv-22977 | Sandra Lee Grunwaldt |
| 2:12-cv-03376 | Lisa R. Guigno |
| 2:12-cv-01831 | Sheryl C. Guy |
| 2:15-cv-13487 | Kathleen Hackley |
| 2:14-cv-17616 | Dawna Hadges |
| 2:13-cv-31433 | Diane Halderman-Madden |
| 2:14-cv-20980 | Dolores L. Ham |
| 2:14-cv-22978 | Tammie Hamilton |
| 2:16-cv-01564 | Patricia Hammond |
| 2:15-cv-12976 | Frances Hampton |
| 2:14-cv-19999 | Wanda Gail Hanley |
| 2:15-cv-05519 | Patricia Hansen |
| 2:12-cv-09487 | Paula Harrell |
| 2:14-cv-19056 | Lana Hart |
| 2:14-cv-20982 | Betty A. Hartman |
| 2:13-cv-31500 | Deborah Hauseur |
| 2:14-cv-20002 | Sabrina Higgins |
| 2:12-cv-08972 | Jane I. Miller-Delany |
| 2:14-cv-21149 | Tiffany Taylor |
| 2:14-cv-21164 | Kimberly Vespo |