# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------------ | |
| CASES LISTED ON ATTACHMENT "A" | HON. JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiff listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

DATED: October 27, 2016.

                                          Respectfully submitted,

                                          Holcomb, Dunbar, Watts, Best,
                                          Masters & Golmon, P.A.
                                          P.O. Drawer 707
                                          400 South Lamar, Suite A
                                          Oxford, MS 38655
                                          Phone: 662-234-8775
                                          Fax: 662-238-7552
                                          jmasters@holcombdunbar.com

                            By:   /s/Jonathan S. Masters
                                     JONATHAN S. MASTERS
                                     Miss. Bar No. 99419

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 /s/Jonathan S. Masters
JONATHAN S. MASTERS

## ATTACHMENT "A"

| **Plaintiff Name** | **Case No.** |
| --- | --- |
| Virginia Elizabeth Buchanan Masters | 2:14-CV-15748 |