IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE C.R. BARD, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2187 |
| IN RE AMERICAN MEDICAL SYSTEMS,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2325 |
| IN RE BOSTON SCIENTIFIC CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2326 |
| IN RE ETHICON, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2327 |
| IN RE COLOPLAST CORP.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2387 |
| IN RE COOK MEDICAL, INC.,<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2440 |

**THIS DOCUMENT RELATES TO ALL CASES**

**MOTION FOR CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member cause in which Waters & Kraus, L.L.P., is associated. The telephone number, facsimile, and email addresses remain unchanged.

Effective November 1, 2016, Waters & Kraus, L.L.P., will relocate their offices to:

WATERS & KRAUS, L.L.P.,
3141 Hood Street, Suite 700
Dallas, Texas 75219

This Motion applies to the following attorneys associated with Waters & Kraus, L.L.P.:

Leslie C. MacLean
Sara E. Coopwood
Rachel A. Gross
Erin M. Wood
Gibbs C. Henderson

Accordingly, Plaintiffs respectfully request the Court an Order updating the address of the aforementioned attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and in each individual member case in which the firm Waters & Kraus, L.L.P., or its attorney is named as counsel.

Dated: October 27, 2016.

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 00794209
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *lmaclean@waterskraus.com*

3

**CERTIFICATE OF SERVICE**

I, undersigned counsel for Plaintiffs, hereby certify that on this 27th day of October, 2016, a true and correct copy of the foregoing document was electronically filed with the Court and served through the CM-ECF system to All Counsel of Record Via Electronic Case Filing procedures and email.

/s/ Leslie C. MacLean
Leslie C. MacLean