IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br><br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>*Jayne Woods v Ethicon, Inc.*<br>Case No. 2:15-CV-11685 | HON. JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has supplied the information required by Pretrial Order 240 for the plaintiff identified above as follows:

1. Proof of product identification for Ethicon product for which a claim is alleged; and

2. Operative report demonstrating implantation, revision and/or removal of Ethicon product for which a claim is alleged.

Dated:  October 28, 2016

                                                      */s/ Marvin W. Masters*
                                                      Marvin W. Masters (WVSB No. 2359)
                                                      The Masters Law Firm, lc
                                                      181 Summers Street
                                                      Charleston, West Virginia  25301
                                                      (304) 342-3106
                                                      (304) 342-3189, facsimile
                                                      mwm@themasterslawfirm.com
                                                      *Attorney for Plaintiff Woods*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to eh CM/ECF participants registered to receive service in this MDL.

>  */s/ Marvin W. Masters*
>  Marvin W. Masters (WVSB No. 2359)
>  The Masters Law Firm, lc
>  181 Summers Street
>  Charleston, West Virginia  25301
>  (304) 342-3106
>  (304) 342-3189, facsimile
>  mwm@themasterslawfirm.com
>  *Attorney for Plaintiff Woods*

F:\4\339\n001.docx