# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT
### BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims.  Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in these actions with prejudice and terminate BSC from the docket of the Court the actions, each party to bear its own costs.  Other defendants remain pending in these actions, and plaintiffs will continue to prosecute their action against them.

Dated October 28, 2016               Respectfully submitted,


                                     By: /s/ Jon A. Strongman
                                     Robert T. Adams – MO Bar #: 34612
                                     Jon A. Strongman – MO Bar #: 53995
                                     SHOOK, HARDY & BACON L.L.P.
                                     2555 Grand Boulevard
                                     Kansas City, Missouri 64108
                                     Telephone: 816.474.6550
                                     Facsimile: 816.421.5547
                                     rtadams@shb.com
                                     jstrongman@shb.com

7854787 v1

        **COUNSEL FOR DEFENDANT**
        **BOSTON SCIENTIFIC CORP**

        By: /s/ Sean Patrick Tracey
        TRACEY & FOX LAW FIRM
        440 Louisiana, Suite 1901
        Houston, TX 77002
        Tel: 800/925-7216
        Fax: 866/709-2333
        Email: stracey@traceylawfirm.com

        **COUNSEL FOR PLAINTIFFS**
        **LISTED ON EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases attached as Exhibit A.

        By: /s/ Jon A. Strongman
        Robert T. Adams – MO Bar #: 34612
        Jon A. Strongman – MO Bar #: 53995
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816.474.6550
        Facsimile: 816.421.5547
        rtadams@shb.com
        jstrongman@shb.com

        **COUNSEL FOR DEFENDANT**
        **BOSTON SCIENTIFIC CORP**

7854787 v1

# EXHIBIT A

| Civil Case Number | Case Name |
|---|---|
| 13-cv-30332 | Bowden, Betty and Francis Bowden v. Ethicon, Inc., et al. |
| 13-cv-28164 | Lush, Jeanette and Robert Lush v. Ethicon, Inc., et al. |
| 13-cv-28165 | Johnson, Pamela v. Ethicon, Inc., et al. |
| 13-cv-28661 | Lugo, Kathy v. Ethicon, Inc., et al. |
| 13-cv-28663 | O'Bryant, Veronica and Antoine O'Bryant v. Ethicon, Inc., et al. |
| 13-cv-30285 | Kaltz-Harri, Joan v. Ethicon, Inc., et al. |
| 13-cv-32923 | Westbrook, Mary L. and Walter H. Westbrook, Jr. v. Ethicon, Inc., et al. |
| 14-cv-15543 | Keck, Cheri v. Ethicon, Inc., et al. |
| 14-cv-15549 | Hunting, Carol and Frederick Hunting v. Ethicon, Inc., et al. |
| 14-cv-26763 | Wright, Kimberly and Bryan Wright v. Ethicon, Inc., et al. |
| 14-cv-29628 | Grissom, Rebecca and Bob Grissom v. Ethicon, Inc., et al. |
| 15-cv-11922 | Morris, Sandra and Frederick Morris v. Ethicon, Inc., et al. |

7854787 v1