IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in these cases (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC only as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain pending in this action, and plaintiffs will continue to prosecute their action against them.

Dated October 28, 2016                    Respectfully submitted,


                                          By: /s/ Jon A. Strongman
                                          Robert T. Adams – MO Bar #: 34612
                                          Jon A. Strongman – MO Bar #: 53995
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108
                                          Telephone: 816.474.6550
                                          Facsimile: 816.421.5547
                                          rtadams@shb.com
                                          jstrongman@shb.com


7854473 v1

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

Clayton A. Clark
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002
Tel: 713/757-1400
Fax: 713/759-1217
Email: cclark@triallawfirm.com

Scott A. Love
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002
Tel: 713/757-1400
Fax: 713/759-1217
Email: slove@triallawfirm.com

W. Michael Moreland
CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002
Tel: 713/757-1400
Fax: 713/759-1217
Email: mmoreland@triallawfirm.com

**COUNSEL FOR PLAINTIFFS**

7854473 v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

7854473 v1

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| | |
| 15-cv-05547 | McKee, Connie and Ronald W. McKee v. Ethicon, Inc., et al. |
| 15-cv-09785 | Pedroza, Jody and Frank Pedroza v. Ethicon, Inc., et al. |
| 15-cv-11645 | Olhausen, Annie R. and Tommy Olhausen v. Ethicon, Inc., et al. |

7854473 v1