IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY                     MDL 2327
LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address in MDL Nos. 2187, 2325, 2326, 2327, 2387 and 2440, and each individual member cause in which Wright & Schulte, LLC is associated. The telephone number, facsimile, and e-mail addresses remain unchanged.

The prior address for Wright & Schulte, LLC is 812 E. National Road, Suite A, Vandalia, Ohio 45377. The new address is as follows:

>WRIGHT & SCHULTE, LLC
>865 South Dixie Drive
>Vandalia, Ohio 45377

This motion applies to attorneys Richard W. Schulte and Stephen D. Behnke.

Accordingly, Plaintiffs respectfully request the Court issue an Order updating the address of the aforementioned attorneys in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440, and each individual member case in which Wright & Schulte, LLC is associated.

WRIGHT & SCHULTE, LLC

/s/ Stephen D. Behnke
Richard W. Schulte (OH #0066031)
Stephen D. Behnke (OH #0072805)
865 South Dixie Drive
Vandalia, Ohio 45377
(937) 435-7500
sbehnke@legaldayton.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Stephen D. Behnke, hereby certify that on the 28th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve a copy on all registered counsel.

/s/ Stephen D. Behnke
Stephen D. Behnke (OH # 0072805)