# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY                              MDL 2327
LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES

## [PROPOSED] ORDER

Pending before the Court is a Motion for Change of Address, filed on October 28, 2016. In the motion, counsel request that in the main MDL and each individual case in which Wright & Schulte, LLC is associated, the firm address be updated as set forth in the motion. Counsel state that the motion applies to Richard W. Schulte and Stephen D. Behnke. The law firm and attorneys note that their prior address is Wright & Schulte, LLC, 812 E. National Road, Suite A, Vandalia, Ohio 45377 and the current address is Wright & Schulte, LLC, 865 South Dixie Drive, Vandalia, Ohio 45377. They further note that their phone number, fax number, and e-mail addresses have not changed.

It is **ORDERED** that the Motion for Change of Address is **GRANTED.**

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Richard W. Schulte and Stephen D. Behnke are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE