IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: October 28, 2016.

Respectfully submitted,

_____
**C. TODD ALLEY, ESQ. (FBN: 321788)**
**JAMES D. CLARK (FBN: 191311)**
**DON GREIWE (FBN: 218911)**
**KATHERINE CHAMBERS (FBN: 125570)**
Alley, Clark & Greiwe
701 E. Washington Street
Tampa, FL 33602
(813) 222-0977
Fax: (813) 224-0373
COUNSEL FOR PLAINTIFF

1

CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECG participants registered to receive service in this MDL.

    Respectfully submitted,

C. TODD ALLEY, ESQ. (FBN: 321788)
JAMES D. CLARK (FBN: 191311)
DON GREIWE (FBN: 218911)
KATHERINE CHAMBERS (FBN: 125570)
Alley, Clark & Greiwe
701 E. Washington Street
Tampa, FL 33602
(813) 222-0977
Fax: (813) 224-0373
COUNSEL FOR PLAINTIFF

Exhibit "A"

| Plaintiff Name | Case Number |
|---|---|
| Archer, Pamela | 2:14-cv-24879 |
| Ayala Cruz, Salome | 2:14-cv-24880 |
| Badiukiewicz, Christine | 2:15-cv-02053 |
| Boully, Janice | 2:14-cv-25824 |
| Elliott, Tammy | 2:16-cv-02465 |
| Gsoell, Phyllis | 2:13-cv-15191 |
| Hernandez, Elena | 2:15-cv-09880 |
| Jacobs-Mitchell, Gwendria | 2:14-cv-17765 |
| Jones, Barbara A. | 2:13-cv-29330 |
| Kaplan, Esther | 2:15-cv-00913 |
| Lopez, Lillian | 2:14-cv-13211 |
| Markham West, Loretta | 2:14-cv-26090 |
| Martin, Cari | 2:14-cv-26091 |
| McGann, Paulette | 2:14-cv-13210 |
| Moya-Goodwin, Terri | 2:14-cv-13214 |
| Murgia, Milagros | 2:13-cv-15037 |
| Smith, Sheila | 2:13-cv-19495 |
| Stambaugh, Josephine | 2:14-cv-13212 |
| York, Margaret | 2:13-cv-19493 |