**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY                                MDL No. 2327
LITIGATION
----------------------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Accordingly, the court **HEREBY GRANTS** this motion and enter an order (1) allowing attorney Jeff Sbaih to withdraw as counsel in this MDL and each individual member case in which EGC is listed as counsel for Plaintiff, and (2) allow attorney Sarah Wade to be substituted as counsel in place of Attorney Jeff Sbaih in this MDL and each individual member case in which EGC is listed as counsel for Plaintiff.