**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT A:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg_____
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Amanda Robinson
Amanda Robinson
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660
949.720.1288 (phone)
949.720.1292 (fax)
arobinson@robinsonfirm.com
*Attorney for Plaintiffs on Exhibit A*

Dated:  November 2, 2016

**EXHIBIT A – ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00881 | Peggy Juarez v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:12-CV-01349 | Rhonda Blanton v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:12-CV-01763 | Pamela Haley v. Ethicon, Inc., American Medical Systems, Inc., Cook Biotech, Inc., Cook Medical, Inc., Johnson & Johnson, Cook Incorporated |
| 2:12-CV-02375 | Linda Wankowski, Robert Wankowski v. Johnson & Johnson, Ethicon, Inc., C.R. Bard, Inc., Sofradim Production SAS, American Medical Systems, Inc. |
| 2:12-CV-08761 | Helon Chapman, Edward W. Chapman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-09339 | Cynthia Schroeder v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03779 | Gerin Pebbles, Lewis Pebbles v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-13389 | Barbara Brock, Dwight Brock v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-13807 | JoAnn deBorja v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-16466 | Mary Kicklighter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C.R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:13-CV-16471 | Mary McLemore, Larry McLemore, v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-18127 | Reba Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-26091 | Robin Jackson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C.R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:13-CV-31532 | Carol Williams v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis