**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A:

_____

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

Miller Weisbrod, LLP is working with the firm of Aylstock, Witkin, Kreis & Overholtz as settlement counsel for our inventory of Ethicon cases.  Based on information and belief, our firm has previously produced the information required in Pretrial Order 240:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

However, out of abundance of caution, we are making them available via Drop Box again. This production may contain documents not previously produced.

Dated:     11/2/2016

Respectfully submitted,

*/s/Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFFS**