# EXHIBIT A

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Coates | Leslie | 2:12-cv-07109 |
| Wells | Shirley | 2:12-cv-08201 |
| Fugghett | Eureatha | 2:13-cv-01257 |
| Baldus | Penny | 2:13-cv-01544 |
| Bellamy | Margaret | 2:13-cv-01612 |
| Crooks | Faye | 2:13-cv-01643 |
| O'Brien | Ruth | 2:13-cv-02071 |
| Frye | Linda | 2:13-cv-02390 |
| Dix | Melonee | 2:13-cv-02441 |
| Kelleher | Mildred | 2:13-cv-02471 |
| Gall | Spencer | 2:13-cv-02741 |
| Waggoner | Donna | 2:13-cv-02751 |
| Westfall | Nancy | 2:13-cv-02759 |
| Roberts | Rhonda | 2:13-cv-03015 |
| Harpst | Diane | 2:13-cv-03017 |
| Newman | Sheila | 2:13-cv-03252 |
| Lokhorst | Lois | 2:13-cv-03254 |
| Gant | Amy | 2:13-cv-03256 |
| Montgomery | ValDonna | 2:13-cv-03315 |
| Hill | Dawnn | 2:13-cv-03334 |
| Sims | Tammie | 2:13-cv-03507 |
| Rush | Mildred | 2:13-cv-03511 |
| Ruscher | Lorraine | 2:13-cv-03519 |
| Luna | Sherry | 2:13-cv-03527 |
| Sahagian | Candice | 2:13-cv-03533 |
| Patrick | Norma | 2:13-cv-03535 |
| McMahan | Debra | 2:13-cv-04304 |
| Tatum | Ora | 2:13-cv-04323 |
| Medeiros | Linda | 2:13-cv-04330 |
| Crom | Peggy | 2:13-cv-04338 |
| Dominguez | Blanca | 2:13-cv-04345 |
| Woodliff | Shirley | 2:13-cv-04420 |
| Hicks | Loretta | 2:13-cv-04843 |
| Dillard | JoAn | 2:13-cv-04851 |
| Reid | Joyce | 2:13-cv-04855 |
| Engus | Lorraine | 2:13-cv-04860 |
| Childs | Dorothy | 2:13-cv-04866 |
| Ward | Marshia | 2:13-cv-04900 |
| Fisher | Donna | 2:13-cv-05410 |
| Wilson | Brenda | 2:13-cv-05412 |
| O'Malley | Virginia | 2:13-cv-05417 |
| Shadd | Myrtle | 2:13-cv-05423 |
| Ott | Jacqueline | 2:13-cv-05659 |
| Bracamonte | Theresa | 2:13-cv-05670 |
| Young | Lori | 2:13-cv-05685 |
| Pasquini-Luisi | Laura | 2:13-cv-05696 |
| Hibbard | Debra | 2:13-cv-05710 |
| Dawson | Cynthia | 2:13-cv-05713 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Fields | Debra | 2:13-cv-05714 |
| Boudro | Sherry | 2:13-cv-05830 |
| Steel | Susan | 2:13-cv-06544 |
| Pylate | Paula | 2:13-cv-06549 |
| Porter | Sandy | 2:13-cv-06559 |
| Reisinger | Julia | 2:13-cv-06563 |
| Powers | Jamie | 2:13-cv-06624 |
| Merritt | Carol | 2:13-cv-06630 |
| Moore | Suzanne | 2:13-cv-06636 |
| Blongiewicz | Beverly | 2:13-cv-07045 |
| Evett | LaWanda | 2:13-cv-07113 |
| Vargas | Iris | 2:13-cv-07430 |
| Wagner | Kathleen | 2:13-cv-07455 |
| Scoggins | Jill | 2:13-cv-07464 |
| Asbery | Carolyn | 2:13-cv-07470 |
| Campbell | Carolyn | 2:13-cv-07473 |
| Hensley | Sandra | 2:13-cv-07817 |
| Glass | Theresa | 2:13-cv-08112 |
| Lewandowski | Diana | 2:13-cv-08114 |
| Billion | Mary | 2:13-cv-08118 |
| Caskey | Bonita | 2:13-cv-08126 |
| Shell | Brenda | 2:13-cv-08242 |
| Sells | Kimberly | 2:13-cv-08360 |
| Brown | Cathy | 2:13-cv-08699 |
| Williams | Marjorie | 2:13-cv-09124 |
| Eshelman | Danyell | 2:13-cv-09131 |
| Peterson | Lisa | 2:13-cv-09136 |
| Leseure | Betty | 2:13-cv-09206 |
| Ortiz | Patricia | 2:13-cv-09273 |
| Mach | Margaret | 2:13-cv-09277 |
| Looney | Michelle | 2:13-cv-09287 |
| Learmonth | Janine | 2:13-cv-09327 |
| Richards | Carolyn | 2:13-cv-09400 |
| Pannullo | Rose | 2:13-cv-09459 |
| Toro | Marie | 2:13-cv-09499 |
| Foldenauer | Louan | 2:13-cv-09511 |
| Simone | Susan | 2:13-cv-09550 |
| Bates | Peggy | 2:13-cv-09558 |
| Smith | Laura | 2:13-cv-09641 |
| Reisner | Susan | 2:13-cv-09661 |
| Crawford | Linda | 2:13-cv-09950 |
| Adams | Estella | 2:13-cv-10145 |
| Miller | Marjorie | 2:13-cv-10156 |
| Gilbert | Sharon | 2:13-cv-10515 |
| Holder | Sabrina | 2:13-cv-10518 |
| Main | Barbara | 2:13-cv-10522 |
| Biehl | Lori | 2:13-cv-10559 |
| Warren | Debra | 2:13-cv-10663 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Maxwell | Sharon | 2:13-cv-10674 |
| Cathey | Cassandra | 2:13-cv-10974 |
| Sands | Jeannann | 2:13-cv-11015 |
| Beddingfield | Janet | 2:13-cv-11257 |
| Cooper | Carol | 2:13-cv-11262 |
| Montague | Kathy | 2:13-cv-11444 |
| White | Dora | 2:13-cv-11447 |
| Spivey | Carolyn | 2:13-cv-11642 |
| Scott | Joyceline | 2:13-cv-11692 |
| Ballew | Judy | 2:13-cv-11706 |
| Revuelta | Eugenia | 2:13-cv-11717 |
| Sandoval | Ignacia | 2:13-cv-11726 |
| Nieman | Ann | 2:13-cv-11936 |
| Freeman | Rachel | 2:13-cv-11963 |
| Smith | Kimberly | 2:13-cv-11974 |
| McIntire | Virginia | 2:13-cv-11981 |
| Cupples | Jane | 2:13-cv-11987 |
| Mann-Bogert | Tracy | 2:13-cv-12001 |
| Campos | Sara | 2:13-cv-12073 |
| Briganti | Maria | 2:13-cv-12084 |
| Potter | Betty | 2:13-cv-12112 |
| Chaudier | Margaret | 2:13-cv-12310 |
| Thompson | Venita | 2:13-cv-12324 |
| Mcdowell | Tara | 2:13-cv-12328 |
| Gise | Edith | 2:13-cv-12842 |
| Johnson | Ruthie | 2:13-cv-12851 |
| Darville | Linda | 2:13-cv-12874 |
| Herrera | Lyn | 2:13-cv-12887 |
| Webb | Mary | 2:13-cv-12895 |
| Marthaler | Kathleen | 2:13-cv-13452 |
| Williams | Janet | 2:13-cv-13463 |
| Baker | Louise | 2:13-cv-13469 |
| Gann | Wilma | 2:13-cv-13486 |
| Cabaniss | Glenda | 2:13-cv-13501 |
| Holtzman | Stacey | 2:13-cv-13509 |
| Pritt | Gloria | 2:13-cv-13519 |
| Feld | Dana | 2:13-cv-13682 |
| Pulleyn | Christine | 2:13-cv-13731 |
| Kimbrell | Anita | 2:13-cv-13745 |
| Larson | Janet | 2:13-cv-13751 |
| Tiedeman | Tonie | 2:13-cv-13755 |
| Neece | Rachael | 2:13-cv-14147 |
| Woodruff | Peggy | 2:13-cv-14155 |
| Forester | Wendy | 2:13-cv-14174 |
| Hamm | Tina | 2:13-cv-14179 |
| Lempergel | Karen | 2:13-cv-14239 |
| Sanford | Clara | 2:13-cv-14249 |
| Elwell | Dana | 2:13-cv-14252 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Hayes | Cynthia | 2:13-cv-14254 |
| Blackwell | Margie | 2:13-cv-14263 |
| Medeiros | Judy | 2:13-cv-14275 |
| Collins | Phyllis | 2:13-cv-14292 |
| Doolittle | Tracy | 2:13-cv-14622 |
| Bryson | Terry | 2:13-cv-14625 |
| Clementson | Linda | 2:13-cv-14643 |
| Evans | Rosemarie | 2:13-cv-14644 |
| Baumgartner | Kathy | 2:13-cv-14645 |
| Ferguson | Marilyn | 2:13-cv-14648 |
| Hill | Carol | 2:13-cv-14652 |
| Bullion | Theresa | 2:13-cv-14937 |
| Neitz | Vicki | 2:13-cv-14938 |
| Wert | Christina | 2:13-cv-14939 |
| Singh-Morgan | June | 2:13-cv-14942 |
| Hernandez | Maria | 2:13-cv-15316 |
| Crawford | Saundra | 2:13-cv-15317 |
| Huber | Karen | 2:13-cv-15490 |
| Ouimette | Susan | 2:13-cv-16270 |
| Moore | Dianna | 2:13-cv-16271 |
| Sampson | Helene | 2:13-cv-16888 |
| Gay | Delinda | 2:13-cv-17670 |
| Kennedy | Sue | 2:13-cv-1797 |
| Bryan | Tina | 2:13-cv-20637 |
| Allen | Lisa | 2:13-cv-20645 |
| Bigford | Vickie | 2:13-cv-20649 |
| Barndt | Joy | 2:13-cv-20651 |
| Cain | Susan | 2:13-cv-20658 |
| McCann | Linda | 2:13-cv-20665 |
| Gardner | Katherine | 2:13-cv-20671 |
| Helmick | Deborah | 2:13-cv-20676 |
| Newton | Lynda Jane | 2:13-cv-20685 |
| McMichael | Mary | 2:13-cv-20686 |
| Strozyk | Angela | 2:13-cv-20744 |
| Petersen | Joyce | 2:13-cv-20745 |
| Plass | Betty | 2:13-cv-20746 |
| Rodriguez | Doris | 2:13-cv-20747 |
| Ryan | Donna | 2:13-cv-20785 |
| Maxwell | Bunny Lee | 2:13-cv-20788 |
| Fisher | Donna J. | 2:13-cv-20804 |
| Walden | Debra | 2:13-cv-20825 |
| Davis | Rebecca | 2:13-cv-20840 |
| Fortner | Alice | 2:13-cv-20847 |
| Byrd | Teressa | 2:13-cv-20874 |
| Cable | Beverly | 2:13-cv-21283 |
| Moser | Marguerite | 2:13-cv-21305 |
| Hacker | Robin | 2:13-cv-21306 |
| Ward | Lucinda | 2:13-cv-21314 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Torrence | Marlene | 2:13-cv-21323 |
| Lance | Lesia | 2:13-cv-21341 |
| West | Lisa | 2:13-cv-21346 |
| Bell | Christine | 2:13-cv-21348 |
| Gaede | Eileen | 2:13-cv-21349 |
| Miller | Carole | 2:13-cv-21364 |
| Papadogiannis | Diane | 2:13-cv-21370 |
| De Leon | Nereida | 2:13-cv-21375 |
| Audain | Kalilah | 2:13-cv-21559 |
| Storheim | Jeanne | 2:13-cv-21561 |
| Strom | Betti | 2:13-cv-21568 |
| Casoria | Karen | 2:13-cv-21572 |
| Martinez-De Jesus | Lydia | 2:13-cv-21584 |
| Zamsky | Sofia | 2:13-cv-21785 |
| Orsburn | Linda | 2:13-cv-21786 |
| Stidham | Sonia | 2:13-cv-21817 |
| Virgilio | Antoinette | 2:13-cv-21820 |
| Raya | Rachel | 2:13-cv-21823 |
| Boris | Cynthia | 2:13-cv-21824 |
| Tobias | Terry | 2:13-cv-21855 |
| Laskowski | Pamela | 2:13-cv-21861 |
| Rentfro | Paula | 2:13-cv-21896 |
| Kuk | Aimee | 2:13-cv-21901 |
| Fairley | Rita | 2:13-cv-21903 |
| Skaggs | Shannon | 2:13-cv-21904 |
| Green | Shirley | 2:13-cv-21950 |
| Russ | Tonya | 2:13-cv-21962 |
| Rojas | Elisa | 2:13-cv-21965 |
| Gee | Deborah | 2:13-cv-22086 |
| Decker | Kelli | 2:13-cv-22099 |
| Warner | Darlene | 2:13-cv-22101 |
| Blake | Carol | 2:13-cv-22219 |
| Kates | Lynda | 2:13-cv-22228 |
| Griffith | Jacqueline | 2:13-cv-22233 |
| LaBelle | Barbara | 2:13-cv-22544 |
| Walker | Sharon | 2:13-cv-22545 |
| Stein | Judith | 2:13-cv-22546 |
| Ennis | Terri | 2:13-cv-22768 |
| Frye | Donna | 2:13-cv-22814 |
| Ayres | Sandra | 2:13-cv-22990 |
| Clendon | Cornelia | 2:13-cv-22994 |
| Hutchison | Lavada | 2:13-cv-23000 |
| Sears | Kathlyn | 2:13-cv-23006 |
| Reinhardt | Margaret | 2:13-cv-23010 |
| Alger | Brigette | 2:13-cv-23329 |
| English | Catherine | 2:13-cv-23337 |
| Butler | Ruth | 2:13-cv-23347 |
| Fitch | Patricia | 2:13-cv-23356 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Ickes | Tammy | 2:13-cv-23361 |
| Welte | Rhonda | 2:13-cv-23646 |
| Dominguez | Rafaela | 2:13-cv-23664 |
| Gucciardo | Janet | 2:13-cv-23697 |
| Moore | Carol | 2:13-cv-23862 |
| Gallardo | Julia | 2:13-cv-24604 |
| Ortega | Elvia | 2:13-cv-24626 |
| Guajardo | Miriam | 2:13-cv-24842 |
| Gonzalez | Claudia | 2:13-cv-24927 |
| White | Karen | 2:13-cv-25655 |
| Ibarra | Martha | 2:13-cv-25685 |
| Peele-Rice | Crystal | 2:13-cv-25754 |
| Wood | Jacqueline | 2:13-cv-25759 |
| Rhoads | Eva | 2:13-cv-26551 |
| Cevallos | Esperanza | 2:13-cv-26554 |
| Garcia | Maria C. | 2:13-cv-26879 |
| Feeley | Dorothy | 2:13-cv-26892 |
| Tulenko | Nancy | 2:13-cv-26894 |
| Edmond | Janet | 2:13-cv-26899 |
| Wilson | Mary J. | 2:13-cv-26954 |
| Cantu | Martha | 2:13-cv-27265 |
| Oceguada | Idalmis | 2:13-cv-27268 |
| Charger | Francis | 2:13-cv-27277 |
| Cranmer | Patricia | 2:13-cv-27698 |
| Garza | Jeanie | 2:13-cv-27712 |
| Torres | Norma | 2:13-cv-28318 |
| Ross | Davalda | 2:13-cv-28329 |
| Dillon | Lisa | 2:13-cv-28344 |
| Kravitz | Diana | 2:13-cv-28826 |
| Gaines | Sonja | 2:13-cv-28827 |
| Sandusky | Tonya | 2:13-cv-28873 |
| Wright | Lee | 2:13-cv-28938 |
| Galan | Sheryl | 2:13-cv-29080 |
| Russell | Leah | 2:13-cv-29104 |
| Dipietro-Moody | Melodie | 2:13-cv-29624 |
| Tamai | Rosa | 2:13-cv-29625 |
| Hack | Wendy | 2:13-cv-29627 |
| Manley | Gloria | 2:13-cv-30249 |
| Stevens-Smith | Launi | 2:13-cv-31292 |
| Mowry | Tammy | 2:13-cv-32428 |
| Ruiz | Victoria | 2:13-cv-32541 |
| Snyder | Tracy | 2:13-cv-32678 |
| Stratton | Melinda | 2:13-cv-32698 |
| Sylvester | Barbara | 2:13-cv-32704 |
| Claus | Andrea | 2:13-cv-33366 |
| Fortney | Kimberly | 2:13-cv-33482 |
| Fretz | Brienne | 2:13-cv-33520 |
| Habermehl | Tammy | 2:13-cv-33528 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Happel | Diane | 2:13-cv-33633 |
| Long | Rebecca | 2:13-cv-33640 |
| Maclin | Cheny | 2:13-cv-33641 |
| Leider | Lisa | 2:13-cv-4315 |
| Marcum | Natasha | 2:14-cv-00117 |
| McClanahan | Deborah | 2:14-cv-00140 |
| Moon | Shannon | 2:14-cv-00164 |
| Parrott | Tina | 2:14-cv-00450 |
| Patterson | Patricia | 2:14-cv-00451 |
| Rachiele | Karen | 2:14-cv-00588 |
| Alcantara | Juana | 2:14-cv-00590 |
| Rodriguez | Joella | 2:14-cv-00612 |
| Juarez | Maria | 2:14-cv-00769 |
| Regal | Mildred | 2:14-cv-00780 |
| Steele | Amy | 2:14-cv-01004 |
| Duckworth | Constance | 2:14-cv-01062 |
| Lanagan | Berdina | 2:14-cv-01145 |
| Phillips | Amber | 2:14-cv-02648 |
| Polvado | Lorrie | 2:14-cv-02687 |
| Price | Laima | 2:14-cv-03380 |
| Bibbs | Nicole | 2:14-cv-03381 |
| Watkins | Brenda | 2:14-cv-05309 |
| Wilcox | Constance | 2:14-cv-05330 |
| Fiveash | Mary | 2:14-cv-05372 |
| Cetoute | April | 2:14-cv-05861 |
| Hess | Janice | 2:14-cv-09459 |
| Revels | Jacqueline | 2:14-cv-10696 |
| Purvine | Kimberly | 2:14-cv-10704 |
| Gainey | Angela | 2:14-cv-10707 |
| Garcia | Charlene | 2:14-cv-10987 |
| Denton | Lori | 2:14-cv-10992 |
| Valentine | Dorothy | 2:14-cv-10994 |
| Ouellette | Melanie | 2:14-cv-11012 |
| Collins | Alma | 2:14-cv-11082 |
| Melander | Dorothy | 2:14-cv-11785 |
| Perkins | Eugenia | 2:14-cv-11787 |
| Mellon | Lore | 2:14-cv-12094 |
| Manahan | Pam | 2:14-cv-13390 |
| Hankinson | Lori | 2:14-cv-13391 |
| Witt | Gean | 2:14-cv-13486 |
| Prejean | Cedonia | 2:14-cv-14390 |
| Quillen | Lela | 2:14-cv-14403 |
| Knowlton | Jayna | 2:14-cv-14407 |
| Thompson | Shon | 2:14-cv-14416 |
| Couch | Juanita | 2:14-cv-14424 |
| Nobles | Johnnie | 2:14-cv-14425 |
| Allan | Jane | 2:14-cv-15321 |
| Selleck | Phyllis | 2:14-cv-15434 |

EXHIBIT A

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Taylor | Terry | 2:14-cv-15473 |
| Carter | Carol | 2:14-cv-15499 |
| Petrea | Rose | 2:14-cv-15566 |
| Baker | Diana | 2:14-cv-16743 |
| Burch | Cinder | 2:14-cv-17490 |
| Dusseau | Starla | 2:14-cv-17492 |
| Frank | Helen | 2:14-cv-17813 |
| Garcia | Senaida | 2:14-cv-17975 |
| Padgett | Wanda | 2:14-cv-19677 |
| Chavez | Maribell | 2:14-cv-20321 |
| Rooney | Debera | 2:14-cv-22802 |
| Diaz | Lissa | 2:14-cv-24822 |
| Sanders | Mary Louise | 2:14-cv-25932 |
| Taylor | Christine | 2:14-cv-26582 |
| Morgan | Gail | 2:14-cv-28738 |
| Davis | Deborah | 2:14-cv29073 |
| Walker | Fawn | 2:14-cv-29452 |
| Frankel | Sherry | 2:14-cv-29455 |
| Yisrael | Ranesha | 2:15-cv-00619 |
| Munos | Paula | 2:15-cv-02854 |
| Eckert | Patricia | 2:15-cv-06256 |
| Harrell | Debbie J | 2:15-cv-06506 |
| Renfro | Cheryl | 2:15-cv-07063 |
| Birdwell | Mary | 2:15-cv-11297 |
| Perdue | Tonya | 2:15-cv-11301 |
| Hieronymous | Mary | 2:15-cv-11404 |
| Valenzuela | Kimberly | 2:15-cv-16212 |
| Montgomery | Debrah | 2:15-cv-16227 |
| Hanko | Pamela | 2:16-cv-01366 |
| Appel | Della | 2:16-cv-02964 |