UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | Master File No. 2:12-MD-02327<br><br>MDL No. 2327 |
| CASES LISTED ON EXHIBIT "A" | HON. JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, Simmons Hanly Conroy, LLC has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged and;

2. Operative reports demonstrating implantations, revision and/or removals of Ethicon product(s) for which a claim is alleged.

This 2nd day of November, 2016

Respectfully submitted,

/s/ John J. Foley
John J. Foley
**SIMMONS HANLY CONROY, LLC**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.269.2251
jfoley@simmonsfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        *s/ John J. Foley*