# EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Tate | Stefanie | 12-cv-00740 |
| Williams | Merian | 12-cv-00742 |
| Rohrer | Nanette | 12-cv-00743 |
| Walker | Shirley | 12-cv-00873 |
| Day | Charlotte | 12-cv-02264 |
| Miller | Frankie | 12-cv-02266 |
| Shell | Kathy | 12-cv-02269 |
| Riffle | Kimberly | 12-cv-03611 |
| Robinson | Michelle | 12-cv-03612 |
| Neal | Glendora | 12-cv-03614 |
| Johnson | Pamela | 12-cv-03615 |
| Cox | Patty | 12-cv-03616 |
| Sheldon | Christine | 12-cv-04508 |
| Crete | Teresa | 12-cv-04509 |
| Boess | Jennifer | 12-cv-04510 |
| Wade | Mary | 12-cv-04512 |
| Fredenburg | Carol | 12-cv-04513 |
| Euans | Audrey | 12-cv-04514 |
| Browley | Stephanie | 12-cv-04515 |
| Gracon | Pamela | 12-cv-04516 |
| Morgan | Cristel | 12-cv-04517 |
| Bowman | Lynn | 12-cv-05485 |
| Draper | Amy | 12-cv-05594 |
| Hammond | Helen | 12-cv-06158 |
| Harrison | Lela | 12-cv-06160 |
| Murphy | Melinda | 12-cv-06161 |
| Underwood | Martha | 12-cv-06162 |
| Jennings | Iris | 12-cv-06217 |

| Last Name | First Name | Case No. |
|-----------|------------|----------|
| Wood | Mary | 12-cv-06218 |
| Wood | Mary | 12-cv-06218 |
| Friberg | Gloria | 12-cv-06500 |
| Bell | Patricia | 12-cv-06750 |
| Borrego | Mirna | 12-cv-06751 |
| Winters | Betty | 12-cv-06753 |
| Diaz | Judy | 12-cv-07076 |
| Whittaker | Robin | 12-cv-07077 |
| Martin | Tina | 12-cv-083735 |
| Halterman | Tammie | 12-cv-08401 |
| Amado | Olivia | 12-cv-08918 |
| Ballesteros | Christine | 12-cv-08919 |
| Brown | Kelly | 12-cv-08920 |
| Cikota | Lisa | 12-cv-08921 |
| Dwyer | Susan | 12-cv-08922 |
| Edwards | Agatha | 12-cv-08923 |
| Gilsdorf | Roi | 12-cv-08924 |
| Kaigan | Kristy | 12-cv-08925 |
| Koch | Patricia | 12-cv-08926 |
| Wall | Deborah | 12-cv-08927 |
| Ward | Karrie | 12-cv-08928 |
| Snyder | Rita | 12-cv-08929 |
| Clinger | Carol | 12-cv-09581 |
| Caraway | Betty | 13-cv-26013 |
| Czerwonka | Kathleen Ann | 13-cv-01332 |
| Ladouceur | Peggy | 13-cv-01333 |
| Lane | Deborah | 13-cv-01334 |
| Murff | Sealey | 13-cv-01335 |

| Last Name | First Name | Case No. |
|---|---|---|
| Stacey | Barbara | 13-cv-01337 |
| Stacey | Barbara | 13-cv-01337 |
| Vaughan | Joyce | 13-cv-01338 |
| Boykin | Bethanelle | 13-cv-01348 |
| Brown | Janice | 13-cv-01349 |
| Carbone | Kerrie | 13-cv-01352 |
| Jackson (Caster) | Arletha | 13-cv-01354 |
| Clark | Sharon | 13-cv-01355 |
| Culleton | Tina | 13-cv-01357 |
| Diaz | Hilda | 13-cv-01360 |
| Embry | Dana | 13-cv-01376 |
| Gearhart | Renee | 13-cv-01378 |
| Hankins | Djunia | 13-cv-01379 |
| McGee | Alta | 13-cv-01380 |
| Ollivier | LaDonna | 13-cv-01382 |
| Sheffield | Peggy | 13-cv-01384 |
| Sloan | Terri | 13-cv-01385 |
| Carson | Diana | 13-cv-01436 |
| Grant | Loretta | 13-cv-01438 |
| Stephens | Lynda | 13-cv-01448 |
| Elliott | Diane | 13-cv-01740 |
| Knight (Wade) | Linda | 13-cv-01741 |
| Walker | Wylene | 13-cv-01742 |
| Wood | Ginger | 13-cv-01743 |
| Zoltowski | Christine | 13-cv-01745 |
| Crane | Regina | 13-cv-01746 |
| Heady (Gagnon) | Kristin | 13-cv-01747 |
| Gillespie | Jennifer | 13-cv-01748 |

| Last Name | First Name | Case No. |
|---|---|---|
| Heath | Karen | 13-cv-01750 |
| Moore | Brenda | 13-cv-01752 |
| Roberson | Constance | 13-cv-01848 |
| Luckey (Stufflebeam) | Stephine | 13-cv-01852 |
| Poole | Rebecca | 13-cv-01884 |
| Brown | Fay | 13-cv-01885 |
| Belisle | Julie | 13-cv-02317 |
| Bentzinger | Tamara | 13-cv-02318 |
| Bloomfield | Linda | 13-cv-02319 |
| Brock | Lois | 13-cv-02320 |
| Burge | Lois | 13-cv-02321 |
| Campbell | Janet Leigh | 13-cv-02322 |
| Leonard | Nancy | 13-cv-02324 |
| McMains | Michele | 13-cv-02325 |
| Melton | Donna | 13-cv-02327 |
| Richardson | LaShonda | 13-cv-02328 |
| Morefield (Schmid) | Nancy | 13-cv-02329 |
| Spenner | Anne | 13-cv-02330 |
| White | Patsy | 13-cv-02331 |
| Collins | Ginger | 13-cv-03037 |
| Davis | Dannie | 13-cv-03069 |
| Marsh | Sara | 13-cv-03073 |
| Ramsey | Karen | 13-cv-03075 |
| Enzweiler | Kathy | 13-cv-03079 |
| Laskowski | Janice | 13-cv-03079 |
| Peyton | Frances | 13-cv-03080 |
| Abbott | Lesli | 13-cv-04013 |
| Beane | Lisa | 13-cv-04015 |

| Last Name | First Name | Case No. |
|---|---|---|
| Goshe-Cook | Kathy | 13-cv-04016 |
| King | Kathleen | 13-cv-04018 |
| Melendez | Ana | 13-cv-04019 |
| Tustison (Langford) | Kathrynn | 13-cv-04020 |
| Morris | Cindy | 13-cv-04021 |
| Stansell | Pamela | 13-cv-04025 |
| Tinkle | Doris | 13-cv-04027 |
| Wetherell | Oleta | 13-cv-04029 |
| Dimas | Delia | 13-cv-04311 |
| Brown | Cynthia J. | 13-cv-04316 |
| Amos | Sylvia | 13-cv-04376 |
| Bechtel | Heidi | 13-cv-04382 |
| Brandenburg-Clemens | Carrie | 13-cv-04384 |
| Clark | Lois | 13-cv-04387 |
| Clark | Tracey | 13-cv-04388 |
| Condor | Vickie | 13-cv-04391 |
| Conners | Deborah | 13-cv-04393 |
| Danis | Marjorie | 13-cv-04395 |
| Dias | Janet | 13-cv-04396 |
| Dooley | Frances | 13-cv-04399 |
| Dowell | Tamara | 13-cv-04403 |
| Gentry | Paula | 13-cv-04405 |
| Payne (Hester) | Tracy | 13-cv-04407 |
| Toohey | Margaruette | 13-cv-04408 |
| Gonzalez | Norma | 13-cv-04712 |
| Hamilton | Martha | 13-cv-04714 |
| Koehn | Danna | 13-cv-04715 |
| Payton | Brenda | 13-cv-04716 |

| Last Name | First Name | Case No. |
|---|---|---|
| Pinter | Rebecca | 13-cv-05724 |
| Contreras | Juanita | 13-cv-05752 |
| Franzen | Sara | 13-cv-05756 |
| Gans | Barbara | 13-cv-05758 |
| Gibson | Dawn | 13-cv-05759 |
| Goleman | Karla | 13-cv-05761 |
| Gonzalez | Ana | 13-cv-05763 |
| Gorham | Paula | 13-cv-05766 |
| Guajardo | Velia | 13-cv-05768 |
| Hagler | Sara | 13-cv-05769 |
| Hartwell | Allison | 13-cv-05770 |
| Johnson | Barbara J. | 13-cv-05771 |
| Kirk | Carolyn | 13-cv-05773 |
| Roebuck | Angie | 13-cv-05774 |
| Worrell (Smart) | Valerie | 13-cv-05775 |
| Barker | Kay | 13-cv-06803 |
| Blaha | Susan | 13-cv-06804 |
| Breen | Barbara | 13-cv-06805 |
| Davis | Vivian | 13-cv-06806 |
| Dormanesh | Farah | 13-cv-06807 |
| Ray (Franke) | Shanna | 13-cv-06808 |
| Hale | Janice | 13-cv-06809 |
| Harper | Debra | 13-cv-06810 |
| Hart | Patricia A. | 13-cv-06811 |
| Hodson | Debra | 13-cv-06812 |
| Kirby | Brenda | 13-cv-06813 |
| Kirklin | Aileen | 13-cv-06814 |
| Lawyer | Ruby Darlene | 13-cv-06815 |

| Last Name | First Name | Case No. |
|---|---|---|
| Williams-Wallace | Betty | 13-cv-06816 |
| Allen | Pamela | 13-cv-07501 |
| Cannon | Tammy | 13-cv-07502 |
| Cole | Cheryl | 13-cv-07503 |
| Davis | Anita | 13-cv-07504 |
| Durden | Carol | 13-cv-07505 |
| Geiger | Wanda | 13-cv-07506 |
| Huston | Marilyn | 13-cv-07507 |
| Krolikowski | Barbara | 13-cv-07508 |
| Lowy | Genoveva | 13-cv-07509 |
| Matherly | Melody | 13-cv-07510 |
| McCubbins | Brenda | 13-cv-07511 |
| Naeve | Carla | 13-cv-07515 |
| Neal | Donna | 13-cv-07516 |
| Taylor | Gayla | 13-cv-07517 |
| Widrig | Martha | 13-cv-08450 |
| Fritz | Gloria | 13-cv-08475 |
| Benton | Joyce | 13-cv-08496 |
| Carroll | Kristine | 13-cv-08497 |
| Chester-Berlin | Marie | 13-cv-08498 |
| Craig | Reimunde | 13-cv-08499 |
| Davila | Rosalee | 13-cv-08500 |
| Gullo | Dorothy | 13-cv-08501 |
| Hall | Haven | 13-cv-08502 |
| Hess | Betty | 13-cv-08503 |
| Mason | Donna | 13-cv-08504 |
| Merica | Melodie | 13-cv-08505 |
| Miller | Carla | 13-cv-08506 |

| Last Name | First Name | Case No. |
|---|---|---|
| Miller | Joy | 13-cv-08507 |
| Monfries | Holly | 13-cv-08508 |
| Richardson | Marcella | 13-cv-08509 |
| Robinson | Eleanor | 13-cv-08510 |
| Smith | Haley | 13-cv-08511 |
| Warner | Paula | 13-cv-08512 |
| Wood | Cathy | 13-cv-10067 |
| Burnaugh | Hortense | 13-cv-10276 |
| Chavez | Maria | 13-cv-10277 |
| Cobb | Stacy | 13-cv-10278 |
| DiDio | Charla | 13-cv-10279 |
| Floyd | Joanne | 13-cv-10280 |
| Foster | Diane | 13-cv-10281 |
| Gass | Randa | 13-cv-10282 |
| Goodwin | Jamie | 13-cv-10283 |
| Lusk | Patty | 13-cv-10284 |
| MacInnis | Nancy | 13-cv-10285 |
| Madia | Ila | 13-cv-10286 |
| Sawyer | Ruth | 13-cv-10287 |
| Schuster | Kelly | 13-cv-10288 |
| Serfass | Sandra | 13-cv-10289 |
| Smith | Kimberli | 13-cv-10290 |
| Smith | Sandra K. | 13-cv-10291 |
| Davidson-Padilla | Antionette | 13-cv-10938 |
| Evans | Melvie | 13-cv-10941 |
| Ford | Patricia | 13-cv-10961 |
| Galligan | Patti | 13-cv-10963 |
| Garcia-Abrams | Renicia | 13-cv-10965 |

| Last Name | First Name | Case No. |
|---|---|---|
| Gregory | Brenda | 13-cv-10967 |
| Havens | Tammie | 13-cv-10970 |
| Humphries | Wanda | 13-cv-10987 |
| Johnson | Teresa K. | 13-cv-10989 |
| Lafollette | Christine | 13-cv-10997 |
| Rushing | Cynthia | 13-cv-10998 |
| Scribner | Debra | 13-cv-11000 |
| Talkmitt | Marcia | 13-cv-11001 |
| Taylor | Druezella | 13-cv-11005 |
| Van Matre | Diana | 13-cv-11007 |
| Brockman | Erlinda | 13-cv-12696 |
| Smith | Areatha | 13-cv-12698 |
| Alcoser | Aurora | 13-cv-16301 |
| Shaw | Laura | 13-cv-22796 |
| Wierzbicki | Miriam | 13-cv-22797 |
| Alvarez | Teresa | 13-cv-22798 |
| Green | Nancy | 13-cv-22799 |
| Lynch | Carolyn | 13-cv-22800 |
| Sanders | Joyce | 13-cv-22801 |
| Taylor | Pamela | 13-cv-22803 |
| Bowler | Eleanor | 13-cv-22804 |
| Gallipo | Ramona | 13-cv-22805 |
| Bowling | Vivian | 13-cv-23104 |
| Kramer | Donna | 13-cv-23109 |
| Parman (Lankford) | Billie Jo | 13-cv-23110 |
| Nunez | Callie | 13-cv-23111 |
| Vivier | Jeanette | 13-cv-23112 |
| Wingard | Kelly | 13-cv-23113 |

| Last Name | First Name | Case No. |
|---|---|---|
| Payne | Shirley | 13-cv-23629 |
| Andrade | Tina | 13-cv-23769 |
| Alonzo | Gloria | 13-cv-24072 |
| Fear | Beatrice | 13-cv-24075 |
| McFarden | Phyllis | 13-cv-24171 |
| Arrington | Sharla | 13-cv-24369 |
| DaSilva | Diane | 13-cv-24370 |
| King | Billie | 13-cv-24371 |
| Hogan | Jennifer | 13-cv-24557 |
| Nicolosi | Geraldine | 13-cv-24744 |
| Marshall | Tecla | 13-cv-24751 |
| Mattioli | Jo Ann | 13-cv-24752 |
| Leeper | Linda | 13-cv-24782 |
| Mangione | Patrice | 13-cv-24786 |
| Bailey (Myers) | Meloney | 13-cv-24787 |
| Rojo | Stella | 13-cv-24788 |
| Zellem | Cathy | 13-cv-24791 |
| Crause | Helen | 13-cv-24827 |
| Thompson | Robin C. | 13-cv-24828 |
| Aceves Recinos | Melva | 13-cv-25696 |
| Bagnall | Jacalyn | 13-cv-25698 |
| Equels | Deborah | 13-cv-25700 |
| Lopez | Crystal | 13-cv-25702 |
| Roberts | Vicki | 13-cv-25703 |
| Surles | Judy | 13-cv-25706 |
| Taylor | Jenifer | 13-cv-25708 |
| Drammeh (Tessier) | Veronica | 13-cv-25710 |
| Walther | Carla | 13-cv-25711 |

| Last Name | First Name | Case No. |
|---|---|---|
| White | Kelly | 13-cv-25712 |
| Tanguay | Debra | 13-cv-25843 |
| Woods | Donna | 13-cv-25844 |
| Harvell | Deanna | 13-cv-25846 |
| Eakin | Tiffany | 13-cv-25847 |
| Craft | Patsy | 13-cv-26013 |
| Flemings | Marshall | 13-cv-26013 |
| Sarkissian | Mary Lou | 13-cv-26013 |
| Thompson-Alderman | Christine | 13-cv-26013 |
| Duplechin | Lisa | 13-cv-26385 |
| Horne | Donna | 13-cv-26387 |
| Oppelt | Jennifer | 13-cv-26388 |
| Thornsbury | Diane | 13-cv-26390 |
| Conley | Toni | 13-cv-26789 |
| Guard | Deloures | 13-cv-26792 |
| Benham | Sheila | 13-cv-27079 |
| Johnson | Linda D. | 13-cv-27080 |
| Brown | Tammy A. | 13-cv-27138 |
| Buckley | Tammy | 13-cv-27157 |
| Bailey | Stephanie | 13-cv-27846 |
| Burgess | Janie | 13-cv-27847 |
| Crumbly | Joanne | 13-cv-27848 |
| Davis | Aretha | 13-cv-27850 |
| Fuscoe | Rita | 13-cv-27851 |
| Gambill | Staci | 13-cv-27852 |
| Hodge | Susan | 13-cv-27853 |
| Medina | Lydia | 13-cv-27854 |
| Pizzo | Sharon | 13-cv-27856 |

| Last Name | First Name | Case No. |
|---|---|---|
| Ward | Diane | 13-cv-27857 |
| Burns | Megan | 13-cv-27858 |
| Chadbourne | Deborah | 13-cv-27859 |
| Davidson | Cynthia | 13-cv-27860 |
| Fish | Lyda | 13-cv-27861 |
| Gagnon | Jeanette | 13-cv-28705 |
| August | Tenisha | 13-cv-28706 |
| Barton | Jacqueline | 13-cv-28707 |
| Blowers | Christine | 13-cv-28708 |
| Davis | Mavis Sheila | 13-cv-28709 |
| Didier | Marie | 13-cv-28710 |
| Farrell | Barbara | 13-cv-28711 |
| Young | Dalana | 13-cv-28712 |
| Young | Vanetta | 13-cv-28714 |
| Giron | Susan | 13-cv-28718 |
| Grandchamp | Kathleen | 13-cv-28719 |
| Grzebien | Maureen | 13-cv-28721 |
| Bunetta | Sabah | 13-cv-29296 |
| Guthrie | Kristin | 13-cv-29297 |
| Prieto | Benita | 13-cv-29298 |
| Steward | Vicki | 13-cv-29300 |
| Walker | Carla | 13-cv-29302 |
| Cooksey | Jean | 13-cv-29314 |
| Cumbia | Joye | 13-cv-29315 |
| Faulk | Jennifer | 13-cv-29317 |
| Hodgkins | Lisa | 13-cv-29318 |
| Southerland | Carla | 13-cv-30124 |
| Bongarzone | Thelma | 13-cv-30125 |

| Last Name | First Name | Case No. |
|---|---|---|
| Denton | Laura | 13-cv-30127 |
| Haugan | Linda | 13-cv-30129 |
| Hephner | Ethel | 13-cv-30130 |
| Kalman | Patricia | 13-cv-30132 |
| Lacourse | Cindy | 13-cv-30133 |
| Bateman | Lana | 13-cv-30763 |
| Blagg | Alma | 13-cv-30764 |
| Childers | Janice | 13-cv-31212 |
| Clarke | Stephanie | 13-cv-31215 |
| Corning | Elisheva | 13-cv-31218 |
| Smith | Nancy L. | 13-cv-31219 |
| Robinson | Terry L. | 13-cv-31221 |
| Garbas | Jeanne | 13-cv-31730 |
| Gear | Tamara | 13-cv-31731 |
| Gibson Randolph | Emma | 13-cv-31732 |
| Howe | Nancy | 13-cv-31738 |
| Mendez | Vishaka | 13-cv-31739 |
| Ruby | Nancy | 13-cv-31740 |
| Vendlands | Marie | 13-cv-31741 |
| Weber | Barbara | 13-cv-31742 |
| Malone | Sharla | 13-cv-32278 |
| Bowman | Robin L. | 13-cv-32288 |
| Cantwell | Laura | 13-cv-32290 |
| Broda | Elizabeth | 13-cv-33018 |
| Hernandez (Mazon) | Janette | 13-cv-33020 |
| Sotak | Susan | 13-cv-33021 |
| Stout | Deborah | 13-cv-33022 |
| El Shrafi | Debra | 13-cv-33036 |

| Last Name | First Name | Case No. |
|---|---|---|
| Pavuk | Pamela | 13-cv-33038 |
| Schutter | Catherine | 13-cv-33039 |
| Anderson | Gertrude | 13-cv-33711 |
| Tribble | Pamela | 13-cv-33713 |
| Giles | Mary | 13-cv-33721 |
| Boyd | Patricia | 13-cv-33737 |
| Brown | Penny | 13-cv-33739 |
| Cassaday | Diana | 13-cv-33740 |
| Gilmore | Debra | 13-cv-33741 |
| Miller | Rita | 13-cv-33742 |
| Binnie | Debbie | 14-cv-02902 |
| Blankenship | Millie | 14-cv-02904 |
| Bowling | Sandra | 14-cv-02905 |
| Butler | Jennifer | 14-cv-02907 |
| Whitehurst | Carol | 14-cv-02907 |
| Cann | Cynthia | 14-cv-02908 |
| Casey | Brenda | 14-cv-02910 |
| Cerkowski-Dahoda | Lisa | 14-cv-02911 |
| Christiaens | Sherry | 14-cv-02912 |
| Clark | Laurie | 14-cv-02914 |
| Davis | Charlotte | 14-cv-02916 |
| Davis | Deborah | 14-cv-02917 |
| Dimarco | Jacqueline | 14-cv-02918 |
| Elliott | Sharon | 14-cv-02920 |
| Esparza | Dora | 14-cv-02921 |
| Farinacci | Stella | 14-cv-02923 |
| Friedel | Judith | 14-cv-02924 |
| Gabel | Tina | 14-cv-02925 |

| Last Name | First Name | Case No. |
|---|---|---|
| Gagliardo | Brenda | 14-cv-02926 |
| James | Marsha | 14-cv-02927 |
| Farris (West) | Lori | 14-cv-02928 |
| Amirault | Victoria | 14-cv-02930 |
| Bickley | Elizabeth | 14-cv-02931 |
| Campos | Sulema | 14-cv--02932 |
| Didomenico | Joyce | 14-cv-02933 |
| DonCarlos | Rebekah | 14-cv-02934 |
| Dunsmore | Robin | 14-cv-02935 |
| Fink | Susan | 14-cv-02936 |
| Finney | Maggielene | 14-cv-02937 |
| Fuqua | Lori | 14-cv-02938 |
| Bachtell | Janette | 14-cv-02939 |
| Boodon-Elliott | Jannette | 14-cv-02940 |
| Borelli | Wanda | 14-cv-02941 |
| Brown | Karen | 14-cv-02942 |
| Buller | Maria | 14-cv-02943 |
| Bulkoski | Deborah | 14-cv-02944 |
| Casto | Raegan (Angel) | 14-cv-02950 |
| Champion | Darlene | 14-cv-02952 |
| Choate | Emily | 14-cv-02953 |
| Choate | Penny | 14-cv-02954 |
| Crandall | Lisa | 14-cv-02955 |
| DeHass | Lenora | 14-cv-02956 |
| Pal | Dinah | 14-cv-0322 |
| Gibson | Darcel | 14-cv-04076 |
| Glover | Shirley | 14-cv-04079 |
| Gomez | Joanne | 14-cv-04081 |

| Last Name | First Name | Case No. |
|---|---|---|
| Grant | Brenda | 14-cv-04084 |
| Graves | Heather | 14-cv-04085 |
| Graybeal | Phyllis | 14-cv-04088 |
| Reynolds (Hamilton) | Sheila | 14-cv-04090 |
| Pritchett (Heflin) | Mary | 14-cv-04093 |
| Hughes-Hillman | Clara | 14-cv-04095 |
| Hutto | Patricia | 14-cv-04098 |
| Inman | Melissa | 14-cv-04100 |
| Jackson Fuller | Ovetta | 14-cv-04101 |
| Jezior | Raelene | 14-cv-04104 |
| Johnson | Linda S. | 14-cv-04105 |
| Jones | Shelley | 14-cv-04106 |
| Mhoon (Khatib) | Kathy | 14-cv-04109 |
| Kimmons | Janna | 14-cv-04110 |
| King | Teresa | 14-cv-04112 |
| Kristof | Tracei | 14-cv-04116 |
| Kruszka | Julia | 14-cv-04118 |
| Kuntz | Lillievee | 14-cv-04120 |
| Lemond | Tracy | 14-cv-04123 |
| Lermineaux | Priscilla | 14-cv-04128 |
| Loske | Brenda | 14-cv-04130 |
| McDaniel | Betty | 14-cv-04139 |
| McGalliard | Kelly | 14-cv-04141 |
| McInturff | Janice | 14-cv-04143 |
| McJunkin | Angie | 14-cv-04145 |
| Menefee | Billie | 14-cv-04147 |
| Minor | Lisa | 14-cv-04148 |
| Minyoung | Dawn | 14-cv-04277 |

| Last Name | First Name | Case No. |
|---|---|---|
| Moreno | Tina | 14-cv-04283 |
| Morrison | Karen | 14-cv-04288 |
| Mosier | Tracie | 14-cv-04291 |
| Nelson | Marlene | 14-cv-04295 |
| Newby | Pamela | 14-cv-04298 |
| Obrian | Vivian | 14-cv-04301 |
| Ollis | Juanita | 14-cv-04306 |
| Olsen | Debera | 14-cv-04311 |
| Olson | Jo Ann | 14-cv-04315 |
| Paige | Catherine | 14-cv-04319 |
| Parrella | Gloria | 14-cv-04323 |
| Peck | Leah | 14-cv-04325 |
| Pete | Gladys | 14-cv-04330 |
| Pine | Carrie | 14-cv-04334 |
| Poyneer | Royal | 14-cv-04336 |
| Preuss-Ayres | Renee | 14-cv-04338 |
| Matecki | Delores | 14-cv-04343 |
| Refior | Janis | 14-cv-04785 |
| Reynolds | Penny | 14-cv-05298 |
| Richards | Angela | 14-cv-05300 |
| Rich-Maynard | Michelle | 14-cv-05301 |
| Roeder | Kathryn | 14-cv-05304 |
| Rose | Brenda | 14-cv-05305 |
| Salazar | Marcella | 14-cv-05306 |
| Saldate | Robyn | 14-cv-05310 |
| Scarfo | Kimberlie | 14-cv-05312 |
| Scofield | Bonnie | 14-cv-05314 |
| Scott | Veronica | 14-cv-05320 |

| Last Name | First Name | Case No. |
|---|---|---|
| Shanks | Jessine | 14-cv-05324 |
| Shields | Connie | 14-cv-05327 |
| Shuler | Monica | 14-cv-05329 |
| Sims | Lisa | 14-cv-05332 |
| Sisson | Hannah | 14-cv-05333 |
| Skold | Janet | 14-cv-05336 |
| Smith | Glenda | 14-cv-05337 |
| Smith | LaVoynne | 14-cv-05339 |
| Smith | Sylvia B. | 14-cv-05340 |
| Smithbower (Stump) | Jane | 14-cv-05342 |
| Snyder | Barbara | 14-cv-05343 |
| Soliday | Christina | 14-cv-05345 |
| Sousa | Argentina | 14-cv-05346 |
| Spears | Linda | 14-cv-05349 |
| Springer | Madeline | 14-cv-05352 |
| Staltz | Julie | 14-cv-05353 |
| Stanton | Lynn | 14-cv-05354 |
| Stapleton | Debera | 14-cv-05356 |
| Stapleton | Theresa | 14-cv-05359 |
| Stompf | Susan | 14-cv-05361 |
| Strickland | Elizabeth | 14-cv-05364 |
| Taylor | Alma | 14-cv-05367 |
| Taylor | Sherry | 14-cv-05369 |
| Teel | Beverly | 14-cv-05371 |
| Tejack | Ann | 14-cv-05374 |
| Thomas | Barbara | 14-cv-05375 |
| Thomas | Eva | 14-cv-05376 |
| Thomas | Stacey | 14-cv-05377 |

| Last Name | First Name | Case No. |
|---|---|---|
| Torres | Laura | 14-cv-05380 |
| Triolo | Danielle | 14-cv-05382 |
| Tripplett | Alice | 14-cv-05383 |
| Tucker | Sherri | 14-cv-05385 |
| Ussery | Judy | 14-cv-05387 |
| Vigil | Robyn | 14-cv-05389 |
| Wadel | Barbara | 14-cv-05390 |
| Waldheim | Mary | 14-cv-05392 |
| Watts | Wendy | 14-cv-05394 |
| Weddle | Juney | 14-cv-05395 |
| Weierback | Linda | 14-cv-05398 |
| Wellner | Grace | 14-cv-05399 |
| Harrell (Wiley) | Cathy | 14-cv-05401 |
| Williams | Joan | 14-cv-05462 |
| Williams-Proffitt | Mitzi | 14-cv-05463 |
| Willis | Melinda | 14-cv-05464 |
| Wilson | Lois | 14-cv-05465 |
| Wood | Cynthia | 14-cv-05466 |
| Woods | Kristy | 14-cv-05467 |
| Worley | Cathy | 14-cv-05468 |
| Brown | Amy D. | 14-cv-06015 |
| Mathis | Mary | 14-cv-06017 |
| Pritchard | Lenore | 14-cv-06019 |
| Baker | Stacey | 14-cv-07095 |
| Bruce | Betty | 14-cv-07097 |
| Cohen | Sheila | 14-cv-07099 |
| Comstock | Nora | 14-cv-07101 |
| Cooke | Cynthia | 14-cv-07104 |

| Last Name | First Name | Case No. |
|---|---|---|
| Groves (Culver) | Debra | 14-cv-07105 |
| Cummings | Barbara | 14-cv-07108 |
| Duffy | Theresa | 14-cv-07110 |
| Fink | Judy | 14-cv-07111 |
| Geiser | Candee | 14-cv-07115 |
| Harbeck | Georgia | 14-cv-07120 |
| Hardy | Mary | 14-cv-07122 |
| Heimbuck | Cindy | 14-cv-07125 |
| Hernandez | Maria P. | 14-cv-07126 |
| Hicks | Tonya | 14-cv-07128 |
| Huntley | Tania | 14-cv-07130 |
| Jackson | Linda B. | 14-cv-07131 |
| Karsen | Sandra | 14-cv-07133 |
| Kottke | Marilyn | 14-cv-07135 |
| Marney-Tinsley | Tasha | 14-cv-07138 |
| Mikan | Anna | 14-cv-07141 |
| Mullins | Carol | 14-cv-07144 |
| Nadrich | Sandra | 14-cv-07151 |
| Nielsen | Shay | 14-cv-07154 |
| Sheets | Donna | 14-cv-07161 |
| Solwick | Nancy | 14-cv-07167 |
| Spangler | Donna | 14-cv-07169 |
| Sparks | Ida | 14-cv-07172 |
| Thompson | Patricia | 14-cv-07173 |
| Tolman | Ramona | 14-cv-07174 |
| Triplett | Gloria | 14-cv-07175 |
| Sexton (White) | Kimberley | 14-cv-07177 |
| Wiggins | Linda | 14-cv-07179 |

| Last Name | First Name | Case No. |
|---|---|---|
| Zack | Cynthia | 14-cv-07181 |
| Zimmerman | Cynthia M. | 14-cv-07184 |
| McLeod | Donna | 14-cv-08312 |
| Scudder | Valerie | 14-cv-10628 |
| Storey | Connie | 14-cv-10638 |
| Coburn | Theresa | 14-cv-10801 |
| Richards | Heather | 14-cv-10802 |
| Parker | Karen | 14-cv-11181 |
| Scheffer | Penny | 14-cv-12561 |
| Bledsoe | Michelle | 14-cv-14228 |
| Strege | Kim | 14-cv-14232 |
| Warren | Gloria | 14-cv-18608 |
| Shirley | Sarah | 14-cv-20812 |
| Jones | Judith L. | 14-cv-26897 |
| Dennis | Darlene | 14-cv-27130 |
| Edwards | Geraldine | 14-cv-27131 |
| Foley | Tina | 14-cv-27132 |
| Ghanim | Melanie | 14-cv-27133 |
| Green | Lisa | 14-cv-27134 |
| Higginbotham | Margaret | 14-cv-27135 |
| Hudson | Julie | 14-cv-27136 |
| Jones | Della | 14-cv-27137 |
| Kulikowski | Kristin | 14-cv-27139 |
| McElroy | Linda | 14-cv-27140 |
| Palo | Patricia | 14-cv-27141 |
| Popek | Rosemary | 14-cv-27142 |
| Sauerheber | Teresa | 14-cv-27143 |
| Swanson | Laura | 14-cv-27144 |

| Last Name | First Name | Case No. |
|-----------|-----------|----------|
| Thomas | Pamela | 14-cv-27145 |
| Weston | Linda | 14-cv-27146 |
| Sutton | Diana | 15-cv-05366 |
| Graham | Pamela | 15-cv-05709 |
| Cook | Lisa | 15-cv-13782 |
| Asay | Merry Ann | 15-cv-13784 |
| Lodder | Shana | 15-cv-13785 |
| Kerstetter | Arlene | 15-cv-13786 |
| Masch | Rosanne | 15-cv-13787 |
| Kelly | Rebecca | 15-cv-13788 |
| Roberts | Yvonne | 15-cv-13789 |
| Gunnoud | Annette | 15-cv-13790 |
| Jones | April K. | 15-cv-13791 |
| Cherry | Tracey | 15-cv-13792 |
| Budig | Diana | 15-cv-13793 |
| Kato | Camille | 15-cv-14420 |
| Long | Laura | 15-cv-14421 |
| Montagne | Sharon | 15-cv-14422 |
| Morgan | Kasaundra | 15-cv-14423 |
| Smith | Bernice | 15-cv-14424 |
| Brown | Amanda | 15-cv-14740 |
| Kofoid | Joleen | 15-cv-14741 |
| Becerra | Debra | 15-cv-14742 |
| Becker | Jill | 15-cv-14744 |
| Spicer | Sarah | 15-cv-14745 |
| Boucher | Marguerite | 15-cv-15337 |
| Jones | Annie | 15-cv-15339 |
| McMullin | Kelli | 15-cv-15359 |

| Last Name | First Name | Case No. |
|---|---|---|
| Tucker | Nena | 15-cv-15360 |
| Watts | Johanna | 15-cv-15361 |
| Wooten | Dawn | 15-cv-15362 |
| Callender | Mary Anne | 15-cv-15584 |
| Cutshaw | Marci | 15-cv-15585 |
| Elizabeth | Jane | 15-cv-15586 |
| Ewing-Millett | Patricia | 15-cv-15587 |
| Hood | Betty | 15-cv-15588 |
| Lowery | Melinda | 15-cv-15589 |
| Powell | Loretto | 15-cv-15590 |
| Youngblood | Heather | 15-cv-15591 |
| Wilt | Deborah | 15-cv-15592 |
| Wendel | Christina | 15-cv-15862 |
| Herbert | Teresa | 15-cv-15863 |
| Gilman | Melissa | 15-cv-15864 |
| Smith | Miranda | 15-cv-15865 |
| Juvera | Cynthia | 15-cv-15867 |
| Jones | Rose | 15-cv-15868 |
| Helton | Diana | 15-cv-15869 |
| Marsh | Carolyn | 15-cv-15871 |
| Webb | Joann | 15-cv-15872 |
| Nakoneczny | Connie | 15-cv-15874 |
| Renteria | Linda | 15-cv-15876 |
| Coyle | Jessica | 15-cv-16092 |
| Browne | Sarah | 15-cv-16093 |
| Francis | Sharon | 15-cv-16094 |
| John | Barbara | 15-cv-16095 |
| Mathis | Alisa | 15-cv-16096 |

| Last Name | First Name | Case No. |
|---|---|---|
| Akers | Deborah | 15-cv-16098 |
| Gore (Walsh-Smith) | Melissa | 15-cv-16099 |
| Heinze | Judy | 15-cv-16100 |
| Rosales | Jeanette | 15-cv-16101 |
| Navarre | Patricia | 15-cv-16102 |
| Phillips | Tanya | 15-cv-16103 |
| Padgett | Shirley | 15-cv-16104 |
| Garlington | Sherry | 15-cv-16105 |
| Stover | Sharon | 15-cv-16106 |
| Carlson | Bridget | 16-cv-00617 |
| Cooper | Nancy | 16-cv-00618 |
| Gaston | Stacy | 16-cv-00619 |