IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC <u>only</u> as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated November 1, 2016            Respectfully submitted,

                                  By: /s/ Jon A. Strongman
                                  Robert T. Adams – MO Bar #: 34612
                                  Jon A. Strongman – MO Bar #: 53995
                                  SHOOK, HARDY & BACON L.L.P.
                                  2555 Grand Boulevard
                                  Kansas City, Missouri 64108
                                  Telephone: 816.474.6550
                                  Facsimile: 816.421.5547
                                  rtadams@shb.com
                                  jstrongman@shb.com

Document Number: 7858433

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**


By: /s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Suite 208
3131 Briarpark Drive
Houston, TX 77042-3795
713/807-8400
Fax: 713/807-8423
Email: charles@howardnations.com


**COUNSEL FOR PLAINTIFF**

Document Number: 7858433

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

Document Number: 7858433

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-02885 | HARRELL, Mavis C. and James W. Harrell vs. Johnson & Johnson; Ethicon, Inc.; Ethicon Women's Health and Urology; Gynecare; Boston Scientific Corporation; and John Doe Entities |
| 12-cv-02912 | HITSELBERGER, Elizabeth K. vs. Johnson & Johnson, Ethicon, Inc.; Ethicon Women's Health and Urology; Gynecare; and Boston Scientific Corporation |
| 13-cv-12338 | DISTER, Alice L. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-04594 | MARSHALL, Deborah Jackson and David Marshall vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-04603 | SANTIAGO, Carmen M. and Jaime Santiago vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-04604 | SEARS, Lorrie vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-09449 | TURSIC, Jasna vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-09482 | SLADE, Brandi Jo and Kelly Slade vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-09490 | PARKMAN, Kelly Ann and Allan Parkman vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-09496 | HUNTER, Helen Lucretia vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-09952 | DAVIS, Kathy Marleen and Jimmy Rufe Davis vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-10339 | PASCHALL, Joeli Kristi vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-15882 | CRENWELGE-DYAL, D'Ann Renee and Patrick Dyal vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-25461 | RIVERA, Nereida vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |

Document Number: 7858433