# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |

**THIS DOCUMENT RELATES TO:**

**CASES LISTED ON ATTACHMENT A**

JOSEPH R. GOODWIN, U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon, Inc. Pelvic Repair Systems product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon, Inc. product(s) for which a claim is alleged.

Respectfully Submitted, this the 3rd day of November, 2016.

/s/ *Thomas O. Cooley*
THOMAS O. COOLEY, MBN 103991
ATTORNEY FOR PLAINTIFFS

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Email: tcooley@langstonlott.com

{L0137636.DOC}

## EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| **Jennifer Nicole Riddle** | **2:13-cv-31582** |
| | |

{L0137636.DOC}

## CERTIFICATE OF SERVICE

      I, Thomas O. Cooley, do hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

      By: /s/ *Thomas O. Cooley*
           THOMAS O. COOLEY

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Email: tcooley@langstonlott.com

{L0137636.DOC}