# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 3, 2016

Respectfully submitted,

/s/ Regina S. Johnson
Regina S. Johnson, Esq.
New Jersey Bar Number: 00264-1994
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
Phone: (856) 273-8500
Fax: (856) 273-8502
rjohnson@lopezmchugh.com
*Attorneys for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s Regina S. Johnson
Regina S. Johnson, Esq.
New Jersey Bar Number: 00264-1994
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
Phone: (856) 273-8500
Fax: (856) 273-8502
rjohnson@lopezmchugh.com
*Attorney for Plaintiffs*
