## ATTACHMENT A

| Last Name | First Name | Civil Action No. |
| --- | --- | --- |
| Abel | Elizabeth | 2:13-cv-08220 |
| Allen | Barbara | 2:13-cv-32467 |
| Alva | Teresa | 2:13-cv-25644 |
| Amos | Sherry | 2:14-cv-21604 |
| Apfel | Barbara | 2:13-cv-00143 |
| Arias | Josefina | 2:13-cv-00416 |
| Armstrong | Lynn | 2:13-cv-24755 |
| Atkins | Brenda | 2:13-cv-00869 |
| Bailey | Karen | 2:13-cv-27888 |
| Barnes | Connie | 2:13-cv-08221 |
| Beito | Sandra | 2:13-cv-01766 |
| Bell | Teresa | 2:13-cv-08404 |
| Billups | Lashawn | 2:13-cv-00841 |
| Bounds | Judith | 2:13-cv-03160 |
| Bowens | Patty | 2:14-cv-20742 |
| Brown | Carol A. | 2:13-cv-26318 |
| Brown | Roberta | 2:13-cv-08294 |
| Brown-Foster | Cheryl | 2:13-cv-08293 |
| Burree | Cecelia | 2:13-cv-28637 |
| Byas | Laquanda | 2:13-cv-23510 |
| Cantrell | Rosa S. | 2:13-cv-09669 |
| Coffey | Sharon | 2:12-cv-07620 |
| Comire | Colleen | 2:13-cv-11425 |
| Connor | Anna | 2:13-cv-24758 |
| DeGregory | Joan | 2:14-cv-19683 |
| Doherty | Betty | 2:13-cv-00414 |
| Dorney | Stephanie | 2:13-cv-02074 |
| Dorobilski | Kristin | 2:13-cv-23511 |
| Eadie | Doreen | 2:12-cv-09330 |
| Erickson | Rachelle | 2:13-cv-11435 |
| Espinoza | Rhondi | 2:12-cv-01517 |
| Evans | Heidi | 2:13-cv-25649 |
| Frick | Rosanna | 2:13-cv-23512 |
| Frisby | Wanda Loretta | 2:13-cv-01628 |
| Galbraith | Carol | 2:13-cv-11446 |
| Garcia | Jamie | 2:13-cv-08399 |
| Gardner | Donna | 2:13-cv-00516 |
| Gaudreau | Jennifer | 2:13-cv-26321 |
| Gilbert | Miguelina | 2:13-cv-11433 |
| Giles | Virginia | 2:13-cv-11434 |
| Gobel | Betty | 2:13-cv-08400 |
| Godshall | Jane | 2:13-cv-08223 |

| Gold | Joy Ellen | 2:13-cv-01295 |
|---|---|---|
| Goldberg | Suzanne | 2:13-cv-01295 |
| Guayante-Haight | Trinity | 2:13-cv-02073 |
| Hackmeier | Sandra | 2:13-cv-10480 |
| Harris | Lesleigh | 2:13-cv-25637 |
| Hensley | Eri | 2:12-cv-08964 |
| Hero | Mona | 2:13-cv-24760 |
| Hill-Miller | Flossie | 2:13-cv-11442 |
| Howell | Eunice | 2:13-cv-25647 |
| Hoxsey | Katherine | 2:13-cv-01292 |
| Jansen | Amy | 2:13-cv-25636 |
| Joy | Roxanne | 2:13-cv-03832 |
| Keating | Maryann | 2:13-cv-11443 |
| Khalil | Joann | 2:13-cv-27891 |
| Kirkpatrick | Jenifer | 2:13-cv-25641 |
| LeClair | Patricia | 2:13-cv-07676 |
| Lemings | Tommye | 2:12-cv-02599 |
| Lewis | Judy | 2:13-cv-00450 |
| Marrone | Gina | 2:13-cv-27228 |
| Mata | Gloria | 2:13-cv-23513 |
| Matthews | Deborah | 2:12-cv-01221 |
| McClintic | Jennifer | 2:13-cv-27230 |
| McCrea | Cheryl | 2:13-cv-02090 |
| McGinnis | Shirley | 2:13-cv-23514 |
| McLaughlin | Victoria | 2:14-cv-20746 |
| Miskimon | Alma | 2:13-cv-22740 |
| Moncrief | Sandra | 2:13-cv-23520 |
| Morton | Jill | 2:13-cv-09094 |
| Newitt | Ellen | 2:12-cv-05998 |
| Olds | Mary | 2:13-cv-27231 |
| Orosz | Cathy | 2:13-cv-00996 |
| Oseguera | Sandy | 2:13-cv-00053 |
| Piccione | Heather | 2:13-cv-22741 |
| Pickford | Angela | 2:13-cv-01208 |
| Pijuan | Kelly | 2:13-cv-00779 |
| Pokoluk | Lisa | 2:13-cv-00992 |
| Prince | Linda | 2:13-cv-02044 |
| Pugh | Virginia | 2:13-cv-24767 |
| Quintanilla | Maria | 2:13-cv-02043 |
| Rand | Barbara | 2:13-cv-27234 |
| Rasely | Shirley | 2:13-cv-08645 |
| Ray | Lucille | 2:13-cv-00148 |
| Reed | Penny | 2:14-cv-12595 |
| Rice | Janice | 2:13-cv-02092 |
| Richards | Nancy | 2:13-cv-07422 |

| Richardson | Kathleen | 2:12-cv-07214 |
| --- | --- | --- |
| Rittenhouse | Jackie | 2:13-cv-23515 |
| Rivas | Esperanza | 2:12-cv-08567 |
| Rivet | Lynda | 2:13-cv-28639 |
| Rizer | Renae | 2:12-cv-05128 |
| Robles | Denia | 2:13-cv-30456 |
| Ross | Mildred | 2:13-cv-23516 |
| Rowland | Virginia | 2:13-cv-24768 |
| Sanchez | Samantha | 2:13-cv-00986 |
| Sargent | Trudy | 2:13-cv-00825 |
| Saylor | Yvette | 2:13-cv-23078 |
| Schachter | Bennie | 2:13-cv-00989 |
| Schmitt [dec'd] | Lori | 2:12-cv-04379 |
| Selvey | Janet | 2:13-cv-11445 |
| Shaneyfelt | Debra | 2:13-cv-23079 |
| Shepherd | Linda | 2:13-cv-00855 |
| Simon | Virginia | 2:13-cv-27239 |
| Smith | Valerie | 2:13-cv-11429 |
| Stephanson | Melissa | 2:13-cv-08290 |
| Stephens | Carolyn Kay | 2:12-cv-07835 |
| Stone | Virginia | 2:13-cv-01566 |
| Sturgeon | Kathy | 2:13-cv-08225 |
| Symonds | Kimberly | 2:12-cv-09915 |
| Taylor | Alva | 2:13-cv-00861 |
| Thomas | Marcia | 2:13-cv-11427 |
| Tolan | Carole | 2:13-cv-08420 |
| Toran | Veronica | 2:14-cv-20739 |
| Tuminello | Judith | 2:14-cv-18363 |
| Turner | Linda | 2:13-cv-28634 |
| Vance | Deborah Jean | 2:13-cv-24770 |
| Wainwright | Sherrie | 2:13-cv-22743 |
| Warnock | Christina | 2:13-cv-22742 |
| Waugaman | Michelle | 2:13-cv-07795 |
| Weddle-Nelson | Kimberly | 2:13-cv-11432 |
| Westmoreland | Anita | 2:13-cv-23519 |
| Widdoss | Ellyn | 2:13-cv-00984 |
| Wilks | Edna | 2:12-cv-06896 |
| Willis | Jennifer | 2:13-cv-27893 |
| Wilson | Elizabeth | 2:14-cv-15883 |
| Wilson | Linda E. | 2:13-cv-29308 |
| Wooten | Ladora | 2:13-cv-24774 |
| Wurtz | Julieann | 2:12-cv-04679 |