UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC.,** <br> **PELVIC REPAIR SYSTEM PRODUCTS** <br> **LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL 2327** |
| **THIS DOCUMENT RELATES TO** <br> **ETHICON WAVE 1 MOTIONS** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF AUGUST 26, 2016 LIMITING OR EXCLUDING THE EXPERT OPINIONS OF DR. JERRY BLAIVAS, M.D.**

PLEASE TAKE NOTICE that on _____, or as soon thereafter as the motion may be heard in the above entitled Court located at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, West Virginia 25301, Plaintiffs move this Court for reconsideration of its August 26, 2016 order and move that the expert opinions Dr. Jerry Blaivas ("Dr. Blaivas") proffered in Wave 1 of this litigation be admitted as set forth in the Memorandum in Support of Plaintiffs' Motion for Reconsideration of the Court's Order of August 26, 2016 Limiting or Excluding the Expert Opinions of Dr. Jerry Blaivas, M.D., filed contemporaneously with this Motion, along with the exhibits attached thereto.

This motion will be made and is based on this Notice of Motion and Motion, the Memorandum, and upon such other matters as may properly come before the Court at the hearing hereof.

Date:   November 3, 2016          By:   /s/ Fidelma L. Fitzpatrick
                                                Fidelma L. Fitzpatrick
                                                Motley Rice LLC
                                                321 South Main Street
                                                Providence, RI  02903
                                                Phone: (401) 457-7700
                                                Fax: (401) 457-7708
                                                ffitzpatrick@motleyrice.com

                                                Fred Thompson, III
                                                Motley Rice LLC
                                                28 Bridgeside Blvd.
                                                Mount Pleasant, SC 29464
                                                Phone: (843) 216-9000
                                                Fax: (843) 216-9450
                                                fthompson@motleyrice.com

                                                *Co-Lead Counsel MDL 2325*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

*Co-Lead Counsel MDL 2325*