IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## MOTION FOR CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address for their Houston Office in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440, and 2511 and each individual member cases, in which The Potts Law Firm, LLP is associated with. The telephone number, facsimile, and email addresses remain unchanged.

Effective immediately, The Potts Law Firm, LLP attorneys in this matter have relocated their Houston office to:

The Potts Law Firm, LLP
3737 Buffalo Speedway, Ste. 1900
Houston, Texas 77098

This Motion applies to attorney Derek H. Potts.

Accordingly, Plaintiffs respectfully request the Court an Order updating the address of the aforementioned attorney in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440, and 2511 and each individual member case in which The Potts Law Firm, LLP is associated with.

Dated: November 3, 2016											Respectfully Submitted,

/s/ *Derek H. Potts*
Derek H. Potts, Esq.
The Potts Law Firm, LLP
3737 Buffalo Speedway, Ste. 1900
Houston, Texas 77098
713-963-8881 *Telephone*
713-583-5388 *Facsimile*
Email: dpotts@potts-law.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 3rd day of November, 2016.

/s/ *Derek H. Potts*
Derek H. Potts