# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC <u>only</u> as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated November 4, 2016                    Respectfully submitted,

                                          By: /s/ Jon A. Strongman
                                          Robert T. Adams – MO Bar #: 34612
                                          Jon A. Strongman – MO Bar #: 53995
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108
                                          Telephone: 816.474.6550
                                          Facsimile: 816.421.5547
                                          rtadams@shb.com
                                          jstrongman@shb.com

7863186 v1

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360
Facsimile: 303-376-6361
Email: aimee.wagstaff@ahw-law.com


By: /s/ Marc D. Grossman
Marc D. Grossman
Randi Kassan
SANDERS VIENER GROSSMAN
100 Herricks Road
Mineola, NY 11501
Telephone: 516-741-5252
Facsimile: 516-741-1243
Email: mgrossman@thesandersfirm.com
Email: rkassan@thesandersfirm.com

**COUNSEL FOR PLAINTIFF**

7863186 v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

7863186 v1

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-04452 | ADAMS, Anna v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06350 | ANDERSEN, Kelly and Edwin Anderson v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-02432 | ARNOLD, Emilia and Larry E. Arnold v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-14413 | BERUBE, Patricia v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-33110 | BISHOP, Nadine v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08791 | BOLTON, Leah and Daniel Bolton v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01512 | BROCK, Anita v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-24937 | BROWN, Gail and Preston Brown v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-02474 | CASTRO-MARCHAND, Gladys and Ramon Melendez v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06394 | DAULTON, Dianna v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-26535 | DILL, Rebecca v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-08146 | ERRAZURI, Ruth and Eddie Moran v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06382 | EUBANKS, Brenda and Ronnie Eubanks v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-07055 | GOLD, Kathy and Joel Matthew Gold v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., and Tissue Science Laboratories Limited |
| 14-cv-16018 | HOLDER, Cheryl v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-03611 | HOLLAND, Araceli and Kris Holland v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-33117 | HOTTINGER, Barbara v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00805 | ISENBERG, Rita v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-04397 | JOHNSTON, Denise v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-32494 | KLEIN, Lori v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01755 | LOPEZ, Marline v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-04993 | LOUGHRAN, Grace v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06255 | MASSEY, Lola v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06264 | McDANIEL, Julie v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01472 | McGUIRE, Mary v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-06696 | MELTON, Gloria v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06296 | MORRISON, Vickie M. v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08652 | NORMAN, Yolanda v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08827 | ROBINSON, Martha v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00842 | SARBACKER, Tamara and Scot Sarbacker v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00857 | VAN EMMERIK, Judy v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |