IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC., PELVIC § | | MASTER FILE NO. 2:12-MD-02327 |
| SYSTMS PRODUCTS LIABILITY § | | MDL 2327 |
| LITIGATION § | | |
| § | | JOSEPH R. GOODWIN, |
| THIS DOCUMENT RELATES TO § | | UNITED STATES DISTRICT JUDGE |
| CASES LISTED ON ATTACHMENT A § | | |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon products for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

DATED this 4th day of November, 2016.

Respectfully submitted,

/s/ Donna J. Bowen
Donna J. Bowen, Texas Bar No. 0790346
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
512-795-8686
512-795-8787 (Facsimile)
dbowen@slackdavis.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2016, a true and correct copy of the foregoing document was served electronically on counsel of record via PTO240@BUTLERSNOW.COM.

/s/ Donna J. Bowen
Donna J. Bowen

## ATTACHMENT A

| Plaintiff Name | Case No. |
| --- | --- |
| Terence Elizabeth Paddack and Roscoe Sterling Paddack, Jr. | Southern District of West Virginia-Charleston 2:13-cv-16288 |
| Barbara Blake Reyes and Felix Manuel Reyes | Southern District of West Virginia-Charleston 2:14-cv-07450 |