IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |

---------------------------------------------------------------

**THIS DOCUMENT RELATES TO CIVIL ACTION:**
**Daughters v. Ethicon, Inc., et al.    2:14-cv-17334**

Joseph R. Goodwin,
U.S. District Judge

### CERTIFICATE OF COMPLIANCE WITH PTO 240

I hereby certify that our law firm has supplied the information required per Pretrial Order 240 for plaintiffs Isabel Daughters and Robert Daughters in *Daughters v. Ethicon, Inc., et al.*, Case No. 2:14-cv-17334, as follows:

1. Proof of product identification for Ethicon, Inc. Pelvic Repair Systems product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon, Inc. product(s) for which a claim is alleged.

Dated:  November 4, 2016

Respectfully Submitted,

/s/ Michael G. Dawson
Michael G. Dawson, Cal. Bar No. 150385
Law Offices of Herbert Hafif, P.C.
269 West Bonita Avenue
Claremont, CA 91711
Ph: (909) 624-1671
Fax: (909) 625-7772
mgdawson@hafif.com
Attorneys for Plaintiffs
Isabel Daughters and Robert Daughters

## CERTIFICATE OF SERVICE

I, Michael G. Dawson, do hereby certify that on November 4, 2016, I electronically filed the CERTIFICATE OF COMPLIANCE WITH PTO 240 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

Dated:  November 4, 2016

Respectfully Submitted,

/s/ Michael G. Dawson
Michael G. Dawson, Cal. Bar No. 150385
Law Offices of Herbert Hafif, P.C.
269 West Bonita Avenue
Claremont, CA 91711
Ph:  (909) 624-1671
Fax: (909) 625-7772
mgdawson@hafif.com
Attorneys for Plaintiffs
Isabel Daughters and Robert Daughters