IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR 2327 SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL |
| | JOSEPH R. GOODWIN U.S. JUDGE |
| DISTRICT CASES LISTED ON ATTACHMENT A | |

## NOTICE OF APPEARANCE

COMES NOW, Steven A. Martino and gives notice of his appearance as additional counsel on behalf of the Plaintiffs listed on Attachment A.

Dated: 11-07-2016

Respectfully submitted,

_____
Steven A. Martino, Esquire
AL Bar No.: ASB-7433-T69S
TAYLOR MARTINO, P.C.
51 Saint Joseph Street
Post Office Box 894
Mobile, Alabama 36601
Tel: (251) 433-3131
Fax: (251) 405-5080
SteveMartino@TaylorMartino.com
*Counsel for Plaintiffs*

## ATTACHMENT A

| Plaintiff Name | Case No. |
|---|---|
| Adams, Betty Lee and Adams, Thomas | Superior Court of New Jersey – Atlantic ATL-L-4023-12 |
| Aney, Linda | Superior Court of New Jersey – Atlantic ATL-L-1929-13 |
| Armstrong, June and Armstrong, George | Superior Court of New Jersey – Atlantic ATL-L-3508-12 |
| Baird, Norma J. and Baird, John A. | Superior Court of New Jersey – Atlantic ATL-L-10460-11 |
| Baker, Diane and Baker, Anthony | Superior Court of New Jersey – Atlantic ATL-L-2430-13 |
| Barganier, Barbara P. and Barganier, John C. | Superior Court of New Jersey – Atlantic ATL-L-3445-13 |
| Barr, Carole and Barr, Brian | Superior Court of New Jersey – Atlantic ATL-L-760-13 |
| Bergman, Catina and Bergman, Phillip | Superior Court of New Jersey – Bergen BER-L-7718-15 MCC |
| Best, Judith and Best, Michael | Southern District of West Virginia – Charleston 2:16-cv-01284 |
| Bilderback, Janet and Bilderback, Edward | Superior Court of New Jersey – Atlantic ATL-L-10627-11 |
| Billings, Betty | Superior Court of New Jersey – Atlantic ATL-L-1344-13 |
| Blackmon, Emma and Blackmon Jr., Joseph | Superior Court of New Jersey – Atlantic ATL-L-65-13 |
| Bordelon, Sue Bourgeois and Bordelon, Charles A. | Superior Court of New Jersey – Atlantic ATL-L-2817-12 |
| Brand, Laquetta and Brand, Eddy | Superior Court of New Jersey – Atlantic ATL-L-1586-13 |
| Bridges, Ann and Bridges, Gene | Superior Court of New Jersey – Atlantic ATL-L-1345-13 |
| Bryant, Katherine | Superior Court of New Jersey – Atlantic ATL-L-669-13 |
| Bryant, Martha L. and Bryant Jr., Clifton | Superior Court of New Jersey – Atlantic ATL-L-10463-11 |
| Bush, Yvonne Curry and Bush, Richard | Superior Court of New Jersey – Atlantic ATL-L-0944-13 |
| Callahan, Judith | Superior Court of New Jersey – Atlantic ATL-L-473-12 |
| Cantrell, Joyce and Cantrell, Max | Superior Court of New Jersey – Atlantic ATL-L-10461-11 |

| | |
|---|---|
| Clarke, Joyce | District Court of Minnesota – Hennepin<br>27-CV-14-11117 |
| Clarke, Lillian D. | Southern District of West Virginia – Charleston<br>2:16-cv-09293 |
| Coleman, Marilyn and<br>Coleman, John | Superior Court of New Jersey – Atlantic<br>ATL-L-245-13 |
| Cook, Susan M. and<br>Cook Sr., James K. | Superior Court of New Jersey – Atlantic<br>ATL-L-60-14 |
| Davis, Odessa and<br>Davis Sr., Alvin | District Court of Minnesota – Hennepin<br>27-CV-12-21626 |
| Dodd, Rebecca and<br>Dodd, Johnny | Superior Court of New Jersey – Atlantic<br>ATL-L-1818-13 |
| Doggett, Brenda and<br>Doggett, Roger | Superior Court of New Jersey – Atlantic<br>ATL-L-1347-13 |
| Doss, Genevieve | Superior Court of New Jersey – Atlantic<br>ATL-L-2293-13 |
| Dyson, Eva W. and<br>Dyson Jr., Carl | Superior Court of New Jersey – Atlantic<br>ATL-L-2287-12 |
| Eastman, Lois and<br>Eastman, Derald | Superior Court of New Jersey – Atlantic<br>ATL-L-439-13 |
| Evans, Patricia and<br>Evans, Kenneth | Superior Court of New Jersey – Atlantic<br>ATL-L-3997-13 |
| Fields, Jeanette | Southern District of West Virginia – Charleston<br>2:16-cv-14848 |
| Goodrich, Dori and<br>Goodrich, Charles | Superior Court of New Jersey – Atlantic<br>ATL-L-5397-14 |
| Gray, Mattie S. and<br>Gray, Michael V. | Superior Court of New Jersey – Bergen<br>BER-L-103-15 MCL |
| Graydon, Jo Anne | Superior Court of New Jersey – Atlantic<br>ATL-L-5186-12 |
| Grider, Arlene and<br>Grider, Steve | Southern District of West Virginia – Charleston<br>2:15-cv-14796 |
| Hall, Vickie | Superior Court of New Jersey – Atlantic<br>ATL-L-3236-13 |
| Harrison, Linda and<br>Harrison, Eddie | Superior Court of New Jersey – Atlantic<br>ATL-L-1934-13 |
| Haslbauer, Judy and<br>Haslbauer Jr., Otto | Superior Court of New Jersey – Atlantic<br>ATL-L-5204-12 |
| Heifner, Rita and<br>Heifner, Jack | Superior Court of New Jersey – Atlantic<br>ATL-L-6720-12 |
| Hicks, Pamela G. and<br>Hicks, Kenneth J. | Superior Court of New Jersey – Bergen<br>BER-L-2648-15 MCL |
| Hightower, Martha and<br>Hightower III, Charles T. | Superior Court of New Jersey – Atlantic<br>ATL-L-2290-12 |
| Hobbs, Diane and<br>Hobbs, Byron | Superior Court of New Jersey – Atlantic<br>ATL-L-3448-13 |

| | |
|---|---|
| Knight, Charlotte | Superior Court of New Jersey – Atlantic<br>ATL-L-5637-12 |
| Huggins, Debra | Superior Court of New Jersey – Atlantic<br>ATL-L-10626-11 |
| Jones, Snayda and<br>Jones, Michael | Superior Court of New Jersey – Atlantic<br>ATL-L-2292-13 |
| Jungmann, Donna | Superior Court of New Jersey – Atlantic<br>ATL-L-4022-12 |
| Kramer, Sara M. and<br>Kramer, Leslie M. | Superior Court of New Jersey – Atlantic<br>ATL-L-2705-12 |
| LaForce, Tina Marie | Superior Court of New Jersey – Atlantic<br>ATL-L-2598-14 |
| Loeb, Dianne and<br>Loeb, Marc | Superior Court of New Jersey – Atlantic<br>ATL-L-3449-13 |
| Long, Lottie | Superior Court of New Jersey – Atlantic<br>ATL-L-3449-13 |
| Lucas, Dawn and<br>Lucas, Donald | Superior Court of New Jersey – Atlantic<br>ATL-L-3442-13 |
| Mansfield, Susan and<br>Mansfiled Sr., Charles | Superior Court of New Jersey – Atlantic<br>ATL-L-5304-12 |
| May, Sharon | Superior Court of New Jersey – Atlantic<br>ATL-L-6228-13 |
| McCarron, Dee K. Bonner | Superior Court of New Jersey – Atlantic<br>ATL-L-5182-14 |
| McLaughlin, Kelly A. | Southern District of West Virginia – Charleston<br>2:14-cv-11167 |
| Merkison, Shirley Ann | Superior Court of New Jersey – Atlantic<br>ATL-L-8089-12 |
| Mishkel, Jutta | Superior Court of New Jersey – Bergen<br>BER-L-4522-15 MCL |
| Moore, Jean and<br>Moore, Bruce | Superior Court of New Jersey – Atlantic<br>ATL-L-3231-13 |
| Morgan, Joan R. and<br>Morgan, James H. | Superior Court of New Jersey – Bergen<br>BER-L-20214-14-MCL |
| Morin, Brigette and<br>Morin, Keith | Southern District of West Virginia – Charleston<br>2:16-cv-01497 |
| Nelson, Betty Sue and<br>Nelson, Dillard | Superior Court of New Jersey – Atlantic<br>ATL-L-3819-12 |
| Osborne, Joyce and<br>Osborne, James | Superior Court of New Jersey – Atlantic<br>ATL-L-934-13 |
| Parker, Evelyn | Superior Court of New Jersey – Atlantic<br>ATL-L-793-12 |
| Peregoy, Francine G. and<br>Peregoy, James E. | Superior Court of New Jersey – Atlantic<br>ATL-L-3991-14 |
| Phillips, Deborah | Southern District of West Virginia – Charleston<br>2:15-cv-07967 |

| | |
|---|---|
| Pollock, Cathie and Pollock Jr., John E. | Superior Court of New Jersey – Atlantic ATL-L-3361-12 |
| Potridge, Brenda Lou and Potridge, William | District Court of Minnesota – Hennepin 27-CV-13-1599 |
| Preston, Linda and Preston, William | Superior Court of New Jersey – Atlantic ATL-L-3451-13 |
| Purvis, Wanda and Purvis Sr., Robert | Superior Court of New Jersey – Atlantic ATL-L-475-13 |
| Quinnelly, Jennifer Leigh and Quinnelly, Stephen | Superior Court of New Jersey – Atlantic ATL-L-794-12 |
| Rayborn, Sharon and Rayborn, John | District Court of Minnesota – Hennepin 27-CV-11-3933 |
| Read, Carolyn R. | Superior Court of New Jersey – Atlantic ATL-L-3006-12 |
| Reed, Marcia | Superior Court of New Jersey – Bergen BER-L-7719-15 MCL |
| Roberts, Sandra | Superior Court of New Jersey – Atlantic ATL-L-6719-12 |
| Rollins, Mary Ann and Rollins, Rodger Lewis | Superior Court of New Jersey – Bergen BER-L-2121-15 |
| Ross, Joan Horn | Superior Court of New Jersey – Bergen BER-L-2373-15 |
| Ryan, Rita I. and Ryan, Thomas | Superior Court of New Jersey – Atlantic ATL-L-2698-14 |
| Rylee, Virginia and Rylee, John | Superior Court of New Jersey – Atlantic ATL-L-3452-13 |
| Saint-Paul, Carla | Superior Court of New Jersey – Atlantic ATL-L-3237-13 |
| Salter, Luarcha and Salter, Joseph | Superior Court of New Jersey – Atlantic ATL-L-472-13 |
| Schoenborn, Cheryl Ruth and Schoenborn, Charles W. | Southern District of West Virginia – Charleston 2:14-cv-15911 |
| Sharpe, Lana | Superior Court of New Jersey – Atlantic ATL-L-6332-12 |
| Shupe, Karen Kay and Shupe, Michael | Southern District of West Virginia – Charleston 2:14-cv-29078 |
| Sims, Carolyn Walker and Sims Jr., John W. | Superior Court of New Jersey – Atlantic ATL-L-9974-11 |
| Smith, Shirley Johnson | Superior Court of New Jersey – Atlantic ATL-L-7328-12 |
| Smith, Sherie | Superior Court of New Jersey – Atlantic ATL-L-1675-13 |
| Stoelting, Sheryl and Stoelting, John | Superior Court of New Jersey – Atlantic ATL-L-3483-13 |
| Street, Rita Crowe and Street, James Brently | Superior Court of New Jersey – Atlantic ATL-L-2621-12 |

| | |
|---|---|
| Tharp, Willa | Superior Court of New Jersey – Atlantic ATL-L-471-13 |
| Thornburg, Connie and Thornburg, Jeffrey | Superior Court of New Jersey – Atlantic ATL-L-3824-12 |
| Tindal, Jana and Tindal, Thomas | Superior Court of New Jersey – Atlantic ATL-L-6058-14 |
| Walker, Suzanne and Walker, James | Superior Court of New Jersey – Atlantic ATL-L-3483-13 |
| Warden, Gloria and Warden, George | Superior Court of New Jersey – Atlantic ATL-L-2429-13 |
| Warrick, Debra and Warrick, William | Superior Court of New Jersey – Atlantic ATL-L-5548-12 |
| Webb, Marguerite E. and Webb Sr., William E. | Superior Court of New Jersey – Atlantic ATL-L-9976-11 |
| Williams, Linda and Williams, Richard | Superior Court of New Jersey – Atlantic ATL-L-1664-14 |
| Wood, Brenda and Wood III, C.V. | Superior Court of New Jersey – Atlantic ATL-L-9975-11 |
| Woosley, Kristine E. and Woosley, Paul C. | Southern District of West Virginia – Charleston 2:16-cv-06255 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November 2016, that I caused a true and correct copy of the foregoing Notice of Appearance, to be served electronically on counsel of record via: PTO240@butlersnow.com.

_____
Steven A. Martino, Esquire