IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
    MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3097], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 7, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00881 | Peggy Juarez v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:12-CV-01349 | Rhonda Blanton v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:12-CV-01763 | Pamela Haley v. Ethicon, Inc., American Medical Systems, Inc., Cook Biotech, Inc., Cook Medical, Inc., Johnson & Johnson, Cook Incorporated |
| 2:12-CV-02375 | Linda Wankowski, Robert Wankowski v. Johnson & Johnson, Ethicon, Inc., C.R. Bard, Inc., Sofradim Production SAS, American Medical Systems, Inc. |
| 2:12-CV-08761 | Helon Chapman, Edward W. Chapman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-09339 | Cynthia Schroeder v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03779 | Gerin Pebbles, Lewis Pebbles v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-13389 | Barbara Brock, Dwight Brock v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-13807 | JoAnn deBorja v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-16466 | Mary Kicklighter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C.R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:13-CV-16471 | Mary McLemore, Larry McLemore, v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-18127 | Reba Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-26091 | Robin Jackson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C.R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:13-CV-31532 | Carol Williams v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |