IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |

**CASES LISTED ON ATTACHMENT A**

JOSEPH R. GOODWIN U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that our firm has provided to counsel for Ethicon, Inc. Johnson & Johnson and/or Ethicon, LLC the information required by PTO # 240 (proof of product identification and operative reports) for the plaintiffs named on Attachment A on whose behalf a claim has been alleged against these defendants.

This 7th day of November 2016.

Respectfully submitted,

/s/ Karolina S. Southard
Karolina S. Southard
Driggs, Bills, & Day, P.C.
331 South 600 East
Salt Lake City, UT 84102
T: 801-363-9982
F: 801-752-0607
ksouthard@lawdbd.com
*Attorney for Plaintiff*

**Exhibit A**

| Plaintiff Name | Case No |
| --- | --- |
| Adams, Opal | 2:16-cv-05643 |
| Alcini, Juanita | 2:16-cv-06189 |
| Baker (DuPuis), Maria Kay | 2:16-cv-04218 |
| Ballard, Marie Peirce | 2:15-cv-11075 |
| Befus, Laurie | 2:16-cv-02903 |
| Bland, Dawn | 2:16-cv-06188 |
| Bonds, Marilyn | 2:15-cv-12767 |
| Craig, Tiffany | 2:15-cv-11162 |
| Crawford, Ann | 2:16-cv-01174 |
| Davis, Calliope | 2:16-cv-04678 |
| Davis, Evelyn | 2:16-cv-04935 |
| DeLeon, Karen | 2:16-cv-05359 |
| Drysdale, Susan | 2:16-cv-05350 |
| Edgeman, Mary | 2:16-cv-03214 |
| Faher, Kimberly | 2:16-cv-06793 |
| Folks, Sina | 2:16-cv-05455 |
| Freeman, Vanessa | 2:16-cv-05035 |
| Gallion, Michelle | 2:16-cv-07909 |
| Gibelyou, Shirley | 2:16-cv-03665 |
| Gluck, Doris | 2:16-cv-05037 |

| | |
|---|---|
| Gonzales, Victoria | 2:15-cv-15854 |
| Grant, Kim | 2:16-cv-01941 |
| Grieff, Marlene | 2:15-cv-14339 |
| Hayes, Catherine | 2:16-cv-04227 |
| Hickam, Melanie | 2:15-cv-13169 |
| Higgs, Christine Nell | 2:16-cv-06210 |
| Hughes, Toni | 2:16-cv-04689 |
| Husband, Karen | 2:16-cv-04228 |
| Johnson, Janice | 2:15-cv-15109 |
| Jaurez-Smith, Edweena | 2:16-cv-04927 |
| Kieffer, Linda | 2:15-cv-14409 |
| Krauskoff, Bonnie | 2:16-cv-05202 |
| Longo, Carol | 2:16-cv-02839 |
| Ockey, Lee | 2:16-cv-08686 |
| Oliphant, Norine | 2:16-cv-00291 |
| Ortiz, Martha | 2:15-cv-13090 |
| Smith, Carol | 2:16-cv-10509 |
| Pierce, Kellie Taylor | 2:16-cv-06264 |
| Rafiner, Andrea | 2:15-cv-13622 |
| Reagan, Brenda | 2:16-cv-04232 |
| Redroban, Erlane | 2:16-cv-05096 |
| Rice, Giovanna | 2:16-cv-04681 |
| Rossell, Ada | 2:16-cv-04926 |

| | |
|---|---|
| Saywers, Deborah | 2:15-cv-14277 |
| Seals, Rebecca | 2:16-cv-06296 |
| Smith, Jennifer | 2:16-cv-05099 |
| Stewart, Sandra | 2:16-cv-02304 |
| Storts, Dian | 2:15-cv-13365 |
| Street, Dorothy | 2:15-cv-12540 |
| Sullivan, Beverly | 2:15-cv-11152 |
| Vriens, Vicki | 2:15-cv-14407 |
| Waters, Rosemary | 2:16-cv-04204 |