## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Karolina S. Southard
Karolina S. Southard
Driggs, Bills, & Day, P.C.
331 South 600 East
Salt Lake City, UT 84102
T: 801-363-9982
F: 801-752-0607
ksouthard@lawdbd.com
*Attorney for Plaintiff*