IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3108], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 7, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-04452 | ADAMS, Anna v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06350 | ANDERSEN, Kelly and Edwin Anderson v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-02432 | ARNOLD, Emilia and Larry E. Arnold v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-14413 | BERUBE, Patricia v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-33110 | BISHOP, Nadine v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08791 | BOLTON, Leah and Daniel Bolton v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01512 | BROCK, Anita v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-24937 | BROWN, Gail and Preston Brown v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-02474 | CASTRO-MARCHAND, Gladys and Ramon Melendez v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06394 | DAULTON, Dianna v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-26535 | DILL, Rebecca v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-08146 | ERRAZURI, Ruth and Eddie Moran v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06382 | EUBANKS, Brenda and Ronnie Eubanks v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-07055 | GOLD, Kathy and Joel Matthew Gold v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., and Tissue Science Laboratories Limited |
| 14-cv-16018 | HOLDER, Cheryl v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-03611 | HOLLAND, Araceli and Kris Holland v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-33117 | HOTTINGER, Barbara v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00805 | ISENBERG, Rita v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-04397 | JOHNSTON, Denise v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-32494 | KLEIN, Lori v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01755 | LOPEZ, Marline v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-04993 | LOUGHRAN, Grace v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06255 | MASSEY, Lola v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06264 | McDANIEL, Julie v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-01472 | McGUIRE, Mary v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-06696 | MELTON, Gloria v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06296 | MORRISON, Vickie M. v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08652 | NORMAN, Yolanda v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08827 | ROBINSON, Martha v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00842 | SARBACKER, Tamara and Scot Sarbacker v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-00857 | VAN EMMERIK, Judy v. Ethicon, Inc., Ethicon LLC, Johnson & Johnson and Boston Scientific Corporation |