# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. ) | |
| PELVIC REPAIR SYSTEMS ) | Master File No.: 2:12-MD–02327\ |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2327 |
| ) | |
| ) | |
| ) | JOSEPH R. GOODWIN0 |
| ) | U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that I have communicated with counsel for Ethicon, Inc., Johnson & Johnson and/or Ethicon, LLC by way of having served a Plaintiff Profile Form (PPF) back on or about May 25, 2016, including, but not limited to, 707 pages of medical records containing the information required by Pre-Trial Order #240 (Product ID and Operative Reports) for the Plaintiff, Susan Homan, on whose behalf a claim has been alleged against these defendants.

Dated: November 4, 2016

Respectfully Submitted,

/s/ Brock P. Alvarado
Brock P. Alvarado, #16348-45
Walter J. Alvarez, P.C.
1524 W. 96th Avenue
Crown Point, IN 46307
(219) 662-6400
brock@gowithalvarez.com
Attorneys for Plaintiff