IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

Master File No. 2:12-MD-02327
MDL 2327

-------------------------------------------------------

**CASES LISTED ON ATTACHMENT A**

JOSEPH R. GOODWIN U.S. DISTRICT
JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1.      Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2.      Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 8, 2016

Respectfully submitted,

/s/ Jack R. Hilgeman
Jack R. Hilgeman (0086863)
Horenstein, Nicholson & Blumenthal
124 E. Third St., Fifth Floor
Dayton, Ohio 45402
T. 937-224-7200
jhilgeman@hnb-law.com
F. 937-224-3353
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECM system which will send notification of such filing to the CM/ECM participants registered to receive service in this MDL.

/s/ Jack R. Hilgeman
Jack R. Hilgeman (0086863)
Horenstein, Nicholson & Blumenthal
124 E. Third St., Fifth Floor
Dayton, Ohio 45402
T. 937-224-7200
jhilgeman@hnb-law.com
F. 937-224-3353
*Attorney for Plaintiff*