EXHIBIT A

| Plaintiff Name | Case No. | Date Submitted |
|---|---|---|
| Roni Sayer | 2:13-cv-09108 | Relevant documentation submitted with PPF on 06/21/2013. |
| Rachelle Wright | 2:16-cv-02689 | Relevant documentation submitted with PPF on 05/20/2016. |