UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: CASES LISTED ON EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, Flint Law Firm, LLC has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated:  November 8, 2016

RESPECTFULLY SUBMITTED,

s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintfirm.com

1

      I hereby certify that on November 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint