**Exhibit A**

| Last Name | First Name | Civil Action No. |
|---|---|---|
| Abbe | Ellen | 2:16-cv-05223 |
| Adams | Sharlene | 2:15-cv-11210 |
| Akers | Florence | 2:16-cv-02966 |
| Albert | Sherrie | 2:16-cv-03812 |
| Allen | Theresa | 2:16-cv-07857 |
| Allen | Cheryl | 2:16-cv-02962 |
| Allen | Elizabeth | 2:16-cv-02832 |
| Alvarez | Tammy | 2:16-cv-03919 |
| Amerine | Evelyn | 2:14-cv-02899 |
| Andrews | Shana | 2:16-cv-04182 |
| Andrews | Linda | 2:14-cv-27817 |
| Ard | Brenda | 2:16-cv-06221 |
| Armistead | Janice | 2:16-cv-03920 |
| Armstead | Yolonda | 2:16-cv-03922 |
| Armstrong | Patricia | 2:16-cv-03921 |
| Arredondo | Lucia | 2:15-cv-11213 |
| Asay | Nancy | 2:16-cv-04959 |
| Austin | Doris | 2:16-cv-03976 |
| Azore | Jacqueline | 2:16-cv-03977 |
| Baggett | Helen | 2:16-cv-03545 |
| Baiter | Mary Jo | 2:15-cv-11212 |
| Ball | Janet | 2:16-cv-02784 |
| Ball (Newsome) | Dianna | 2:16-cv-08047 |
| Ballard | Betsy | 2:16-cv-06568 |
| Barazzone | Angela | 2:16-cv-03978 |
| Barr | Thelma Jean | 2:16-cv-03734 |
| Barrows | Janice | 2:16-cv-06143 |
| Bartlett | Marguerite | 2:15-cv-11208 |
| Bartley (Collins) | Marie | 2:16-cv-03542 |
| Beard | Patricia | 2:14-cv-25442 |
| Becton | Linda | 2:16-cv-03012 |
| Belcea | Deborah | 2:16-cv-04027 |
| Benge | Betty | 2:16-cv-03733 |
| Bennett | Vera | 2:14-cv-27819 |
| Benoit | Ethel | 2:14-cv-06455 |
| Benson | Lisa | 2:16-cv-04028 |
| Betts | Tanya | 2:16-cv-05220 |
| Bevers | Betty | 2:16-cv-04148 |
| Beyer | Mindy | 2:14-cv-25521 |
| Black | Kathy | 2:13-cv-30784 |

| | | |
|---|---|---|
| Blackwell | Tina | 2:16-cv-04029 |
| Blevins | Kelly | 2:16-cv-02790 |
| Bobbitt | JoAnn | 2:16-cv-06261 |
| Booker Davis | Kathleen | 2:16-cv-04030 |
| Borden | Lorraine | 2:16-cv-03795 |
| Brachear | Amy | 2:16-cv-10161 |
| Bradshaw | Ruby | 2:16-cv-03798 |
| Bradshaw | Lorency | 2:14-cv-10881 |
| Branton | Wilma | 2:16-cv-03802 |
| Bravo | Olivia | 2:16-cv-04149 |
| Brigmond | Robin | 2:14-cv-14349 |
| Brizendine | Jeannie | 2:16-cv-06242 |
| Brock | Sonya | 2:16-cv-04449 |
| Brock | Patricia | 2:16-cv-03803 |
| Brown | Thomaseane | 2:14-cv-25519 |
| Brown | Kerri | 2:16-cv-06243 |
| Brumit | Ruth | 2:16-cv-08923 |
| Bryant | Brenda | 2:13-cv-30791 |
| Bryant | Mary Helen | 2:16-cv-06256 |
| Bryce | Linda | 2:16-cv-06293 |
| Bumpus (Wilson) | Wanda | 2:14-cv-11414 |
| Burns | Carol | 2:16-cv-03845 |
| Bushway | Rose Marie | 2:16-cv-08070 |
| Byrd | Dawn | 2:16-cv-03804 |
| Cain | Vivian | 2:16-cv-03918 |
| Campbell (Coleman) | Lori | 2:14-cv-13606 |
| Cantrell | Deborah | 2:16-cv-06286 |
| Cargill | Sharon | 2:16-cv-06667 |
| Carranza | Theresa | 2:14-cv-14210 |
| Chappell | Elizabeth | 2:16-cv-06805 |
| Charles | Sharon | 2:16-cv-03578 |
| Chelette | Marcelle | 2:16-cv-04365 |
| Christensen | Diane | 2:16-cv-03917 |
| Christensen | Jean | 2:16-cv-02835 |
| Church | Tonya | 2:14-cv-13803 |
| Ciecka | Deborah | 2:14-cv-20378 |
| Ciolino | Rena | 2:16-cv-05345 |
| Clapp | Barbara | 2:13-cv-29541 |
| Clark | Gayle | 2:16-cv-02698 |
| Clarke | Wanda | 2:16-cv-03844 |
| Clymer | Shirley Elaine | 2:16-cv-04366 |

| Cole | Julia | 2:16-cv-03843 |
| --- | --- | --- |
| Collins | Tina | 2:14-cv-16375 |
| Collver | Maureen | 2:16-cv-03916 |
| Coloma | Aura | 2:16-cv-08050 |
| Colvin | Sandra | 2:16-cv-06313 |
| Connell | Jennifer | 2:14-cv-24055 |
| Cook | Sabrina | 2:16-cv-04265 |
| Coolbaugh | Colleen | 2:16-cv-04367 |
| Cooper | Linda | 2:16-cv-02786 |
| Corpening | Jacqueline | 2:16-cv-03909 |
| Corwin | Barbara | 2:16-cv-04369 |
| Couey | Vicky | 2:13-cv-27606 |
| Cousins | Joyce | 2:16-cv-03900 |
| Cowart | Tammy | 2:16-cv-04010 |
| Craig | Maggie | 2:16-cv-06662 |
| Crawford | Helen | 2:16-cv-03983 |
| Cross | Deborah | 2:16-cv-03984 |
| Cullen | Michele | 2:14-cv-25800 |
| Cundiff | Tracy | 2:14-cv-23912 |
| Cunningham | Lillie | 2:16-cv-02718 |
| Dafryck | Judy | 2:13-cv-32034 |
| Dark-Robinson | Diane | 2:16-cv-02721 |
| Davis | Wanda | 2:16-cv-08183 |
| Davis | Frances | 2:14-cv-10884 |
| Decker | Joan | 2:16-cv-03985 |
| DeGroot | Amanda | 2:14-cv-10877 |
| Dejean | Monique | 2:16-cv-04448 |
| Disbrow | Debra | 2:16-cv-04742 |
| Douglas | Glenna | 2:14-cv-27649 |
| Douglas | Pearl | 2:16-cv-02794 |
| Douglas | Pearl | 2:16-cv-02794 |
| Duncan | Tina | 2:16-cv-08898 |
| Durcholz | Judy | 2:16-cv-04026 |
| Eaton | Carol Jane | 2:16-cv-02797 |
| Edmondson | Gwendolyn | 2:16-cv-04012 |
| Estes | Barbara | 2:16-cv-08052 |
| Feliciano | Barbara | 2:16-cv-04013 |
| Findley | Mitzie | 2:16-cv-02641 |
| Foley | Brenda | 2:16-cv-04181 |
| Foust | Glenna | 2:16-cv-04014 |
| Fox Miller | Linda | 2:16-cv-02579 |
| Frank | Bridget | 2:14-cv-02903 |
| Franklin | Charlene | 2:16-cv-04015 |

| Fryza | Noreen | 2:16-cv-04406 |
|---|---|---|
| Fuller | Patsy | 2:16-cv-02657 |
| Galyon | Robin | 2:16-cv-06659 |
| Gammill | Carol | 2:16-cv-06658 |
| Garcia | Peggy | 2:14-cv-14354 |
| Garcia-Pointon | Shannon | 2:14-cv-25444 |
| Gaskill | Brenda | 2:16-cv-04217 |
| Gerdts | Kimberly | 2:16-cv-04840 |
| Gibbs | Mary | 2:16-cv-03810 |
| Godoy Goldston | Teresa | 2:16-cv-05417 |
| Goff | Lauren | 2:16-cv-08086 |
| Golston | Jo Ann | 2:16-cv-06661 |
| Gore | Barbara | 2:16-cv-04407 |
| Green | Barbara | 2:16-cv-06635 |
| Greer | Vicki | 2:16-cv-03811 |
| Guerra | Maria | 2:14-cv-14091 |
| Guinn | Sandra | 2:13-cv-27607 |
| Hackett | Barbara | 2:13-cv-27609 |
| Haley | Patricia | 2:16-cv-04216 |
| Hall | Nina | 2:16-cv-06822 |
| Hall | Patricia | 2:16-cv-03543 |
| Hall (DeJohn) | Joni | 2:16-cv-06803 |
| Hamilton | Diane | 2:16-cv-07855 |
| Hannick | Sheila | 2:16-cv-04188 |
| Harris | Laura | 2:16-cv-03002 |
| Hart | Carolyn | 2:16-cv-06790 |
| Haven (Ham) | Rosemary | 2:14-cv-12746 |
| Hayes | Annelle | 2:16-cv-04362 |
| Henderson | Jennifer | 2:14-cv-10873 |
| Henderson | Rebecca | 2:16-cv-06785 |
| Henderson | Barbara | 2:16-cv-06334 |
| Henson | Mary | 2-16-cv-08099 |
| Herbison | Julie | 2:16-cv-06786 |
| Herr | Eleanor | 2:14-cv-17342 |
| Herrera | Peggy | 2:16-cv-04123 |
| Hewett | June | 2:16-cv-06456 |
| Highfill | Teresa | 2:16-cv-07853 |
| Hindman | Phyllis | 2:16-cv-06787 |
| Hines | Sandra | 2:14-cv-27820 |
| Holland | Glenda | 2:16-cv-06672 |
| Holmes | Pamela | 2:16-cv-06806 |
| Horton | Stephanie | 2:16-cv-06807 |
| Ingram | Louise | 2:16-cv-03009 |

| | | |
|---|---|---|
| Irvan | Lucy | 2:16-cv-06808 |
| Joaquin | Adaljisa | 2:16-cv-06435 |
| John | Justina | 2:16-cv-06457 |
| Johnson | Pamela | 2:16-cv-02760 |
| Johnson | Donna | 2:16-cv-06809 |
| Johnson | Sandra | 2:16-cv-06460 |
| Johnson | Sandra | 2:16-cv-04198 |
| Johnson | Brenda | 2:16-cv-02992 |
| Johnson | Peggy | 2:16-cv-02792 |
| Jones | Debra | 2:16-cv-06175 |
| Kelly | Susan | 2:14-cv-11412 |
| Knox | Gayle | 2-14-cv-27653 |
| Kolbo | Renae | 2:16-cv-06461 |
| Koziol | Deborah | 2:16-cv-06642 |
| Kritzer | Kathy | 2:16-cv-06463 |
| Kus | Linda | 2:16-cv-06633 |
| Lambert-Gaston | Mary | 2:13-cv-32482 |
| Lancaster | Betty | 2:16-cv-02488 |
| Lang | Cherry | 2:14-cv-05489 |
| Laughlin | Kay | 2:16-cv-02597 |
| Layton | Rebecca Denise | 2:16-cv-06643 |
| Layton | Bobbie | 2:16-cv-06536 |
| Lazenby | Linda | 2:16-cv-02993 |
| Leap | Carole | 2:16-cv-05454 |
| Lee | Constance | 2:14-cv-27650 |
| Lewis | Sylverni | 2:16-cv-10178 |
| Lucas | Dana | 2:13-cv-27610 |
| Marquez-Rey | Brenda | 2:14-cv-15657 |
| Martin | Brenda | 2:14-cv-11413 |
| Mayo | Anita | 2:16-cv-06535 |
| McAbee | Paris | 2:13-cv-27612 |
| Mccostlin | Rhonda | 2:16-cv-02782 |
| McCoy | Kellie | 2:16-cv-06137 |
| McDaniel | Betty | 2:16-cv-02614 |
| McDougald | Johnnie | 2:16-cv-02761 |
| McGinnis | Geraldine | 2:16-cv-02649 |
| McKellar | Cynthia | 2:16-cv-06533 |
| Merten | Tracy | 2:13-cv-30789 |
| Miles | Arlene | 2:16-cv-02995 |
| Millage | Linda | 2:14-cv-02226 |
| Miracle | Bobbie | 2:16-cv-06645 |
| Miranda | Vanessa | 2:14-cv-02913 |

| | | |
|---|---|---|
| Misegades | Nancy | 2:14-cv-11410 |
| Moncus | Peggy | 2:16-cv-02783 |
| Monhollen | Audrey | 2:16-cv-06784 |
| Mooers | Angel | 2:13-cv-27613 |
| Moore | Linda | 2:16-cv-06532 |
| Morgan | Angela | 2:16-cv-07497 |
| Mutina | Deborah | 2:16-cv-08248 |
| Nelp | Cynthia | 2:16-cv-06355 |
| Nelson | Cynthia | 2:16-cv-03075 |
| Netterville | Addie | 2:16-cv-06644 |
| Newman | Nora | 2:14-cv-25443 |
| Nies | Suzanne | 2:14-cv-25569 |
| Noe | Lavon | 2:16-cv-03220 |
| Nolan | Shari | 2:14-cv-20342 |
| Ozment | Shelly | 2:14-cv-28834 |
| Page | Catherine | 2:16-cv-03078 |
| Palma | Gloria | 2:14-cv-13609 |
| Parsons | Wanda | 2:16-cv-02658 |
| Payne | Rebecca | 2:16-cv-02833 |
| Pearson | Linda | 2:16-cv-06566 |
| Pelafigue | Debra | 2:16-cv-03953 |
| Peltier | Joan | 2:14-cv-24479 |
| Peoples | Lydia | 2:16-cv-02686 |
| Perdue | Karan | 2:14-cv-14351 |
| Pierce | Linda | 2:16-cv-04187 |
| Poole (Lauffer) | Kari | 2:13-cv-24846 |
| Posey-Webster | Amanda | 2:16-cv-06567 |
| Quimby | Lillian | 2:16-cv-03297 |
| Reeves | Cheryl | 2:16-cv-06247 |
| Reitzel | Janet | 2:13-cv-27620 |
| Reynolds | Velma | 2:14-cv-25567 |
| Richardson | Marcella | 2:16-cv-06248 |
| Riley-Catlett | Barbara | 2:16-cv-05344 |
| Robbins | Judith | 2:14-cv-25570 |
| Robbins-Fleetwood | Dora | 2:14-cv-02906 |
| Roberts | Melissa | 2:13-cv-27618 |
| Rodenberg | Viola | 2:16-cv-06250 |
| Roeper | Carla | 2:14-cv-27818 |
| Rogers | Melissa | 2:13-cv-27619 |
| Rottero | Patty | 2:16-cv-06660 |
| Russell | Mellissia | 2:16-cv-02730 |
| Sandifer | Sylvia | 2:14-cv-27651 |

| | | |
|---|---|---|
| Scalf | Barbara | 2:16-cv-02765 |
| Scates | Flora | 2:16-cv-06663 |
| Schacher | June | 2:14-cv-15659 |
| Schencker | Anida | 2:16-cv-06675 |
| Schmidt | Sandra | 2:14-cv-13608 |
| Scott | Jennifer | 2:16-cv-07847 |
| Semeria (Thomas) | Dawn | 2:14-cv-13610 |
| Shafer | Barbara | 2:13-cv-27621 |
| Smith | Mae | 2:16-cv-09069 |
| Smith | Tammy | 2:14-cv-05488 |
| Smith | Marie | 2:16-cv-06337 |
| Smith | Susan | 2:16-cv-04237 |
| Smith | Sharon | 2:16-cv-02988 |
| Smith | Jillian | 2:16-cv-02692 |
| Soto | Evelyn | 2:16-cv-06538 |
| Speake | Nancy | 2:16-cv-03358 |
| Sproles | Barbara | 2:14-cv-05486 |
| Standafer | Janice | 2:16-cv-03685 |
| Sterlin | Patricia | 2:15-cv-11210 |
| Stevens | Elizabeth | 2:16-cv-03337 |
| Strohl | Ramona | 2:16-cv-06338 |
| Strout | Therren | 2:13-cv-30777 |
| Summers | Kathryn | 2:16-cv-05453 |
| Teater | MaryAnn | 2:16-cv-03772 |
| Tookes | Charlene | 2:16-cv-07852 |
| Trammell | Doris | 2:16-cv-06565 |
| Trowbridge | Nancy | 2:16-cv-02690 |
| Valadez | Ruby | 2:14-cv-02900 |
| Vera | Diana | 2:14-cv-25580 |
| Viramontes | Cheri | 2:16-cv-06140 |
| VonKaenel | Sandra | 2:14-cv-27654 |
| Wagers | Carolyn | 2:14-cv-10882 |
| Warren | Nancy F | 2:16-cv-02695 |
| Wegmann | Anne | 2:14-cv-27821 |
| Weiss | Karri | 2:16-cv-07849 |
| Welch | Betty | 2:16-cv-06141 |
| Welch | Sheila | 2:14-cv-13118 |
| Wells | Rhonda | 2:16-cv-06251 |
| White | Diana | 2:16-cv-04405 |
| Whitt | Sandra | 2:14-cv-14350 |
| Williams | Lori | 2:16-cv-06668 |
| Williams | Nadine | 2:16-cv-06252 |

| Williamson | Barbara | 2:16-cv-08982 |
| Willocks | Betty | 2:16-cv-06804 |
| Wipperman | Peggy | 2:16-cv-09243 |
| Young | Mary | 2:14-cv-14352 |
| Zupko | Maryann | 2:16-cv-06432 |
| Zylstra | Ruth | 2:13-cv-02254 |