IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO<br>**Denese Preston v Ethicon, Inc.**<br>Civil Action No. 2:13-cv-9260 | Joseph R. Goodwin U.S. District Judge |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for Plaintiff Denese Preston case number 2:13-9260 as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and,

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 4, 2016

### CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to eh CM/ECF participants registered to receive service in this MDL.

/s/ *Fred A. Truglio*
Fred A. Truglio (IL Bar No. 6188264)
Fred A. Truglio & Associates, LLC.
1 North Franklin St. Suite 2625
Chicago, IL 60606
(312) 251-3410
ftruglio@trugliolaw.com