IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC. PELVIC REPAIR                    Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                        MDL 2327
LITIGATION
-------------------------------------------------------
CASE LISTED ON ATTACHMENT "A"

                                                                                JOSEPH R. GOODWIN
                                                                                U.S. DISTRICT JUDGE

<u>**CERTIFICATION OF COMPLIANCE WITH PTO 240**</u>

I hereby certify that to the best of my information and belief, my firm has supplied

the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment

"A" as follows:

    1.       Proof of product identification for Ethicon product(s) for which a claim is
           alleged; and,

    2.       Operative reports demonstrating implantations, revisions and/or removals
           of Ethicon product(s) for which a claim is alleged.

Dated:  November 8, 2016                            Respectfully Submitted:

                                                                        DANIEL M. GRAHAM
                                                                        A Professional Corporation
                                                                        BY:


                                                                        */s/ Daniel M. Graham*
                                                                        DANIEL M. GRAHAM
                                                                        State Bar No.: 79478
                                                                        E-Mail:  dmgapc@aol.com


                                                                        Daniel M. Graham
                                                                        A Professional Corporation
                                                                        23720 Arlington Ave., Ste. 8
                                                                        Torrance, CA  90501-6124


                                                                        Attorney for Plaintiffs

## EXHIBIT "A"

| PLAINTIFFS' NAMES | CASE NO. |
|---|---|
| **Dawn Flores** and **Alfred E. Flores** | 2:14-cv-24748 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service of this MDL.


DATED:    November 8, 2016                DANIEL M. GRAHAM
                                          A Professional Corporation
                                          BY:

                                          _/s/ Daniel M. Graham_____
                                          DANIEL M. GRAHAM
                                          State Bar No.: 79478
                                          E-Mail: dmgapc@aol.com

                                          Daniel M. Graham
                                          A Professional Corporation
                                          23720 Arlington Ave., Ste. 8
                                          Torrance, CA  90501-6124

                                          Attorney for Plaintiffs