IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GAIL LOUELLA EICKENHORST,

        Plaintiff,

v.                                       CIVIL ACTION NO. 2:13-cv-11883

ETHICON, INC., et al.,

        Defendants.

ORDER
(Transferring Case to MDL 2327)

Plaintiff originally direct filed this action in the Coloplast MDL, MDL 2387, naming multiple defendants. Currently, neither Mentor Worldwide LLC nor Coloplast Corp., the defendants named in the Master Complaint in the Coloplast MDL, remains in this action. As a result, the court finds that this action should be transferred to the MDL of the remaining defendants, Ethicon, Inc., MDL 2327.

Accordingly, it is **ORDERED** that this action is **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate this civil action as member cases in MDL 2387 and re-associate it with MDL 2327. It is further **ORDERED** that plaintiff file an Amended Short Form Complaint using the appropriate form from MDL 2327 within fourteen days of the date of this order.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 9, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE