**EXHIBIT A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:13-cv-02534 | Abernathy | Barbara |
| 2:13-cv-09498 | Aboul Hosn | Dianna |
| 2:13-cv-00785 | Acuna | Betsy |
| 2:13-cv-23562 | Adamicka | Madeline |
| 2:15-cv-04677 | Aleccia | Kerry |
| 2:13-cv-01531 | Alexander | Tammy |
| 2:13-cv-03501 | Almanzar | Yolanda |
| 2:13-cv-24118 | Almaraz | Mary |
| 2:12-cv-06094 | Ameen | Sandra |
| 2:13-cv-00366 | Antman-Magill | Terry |
| 2:16-cv-06018 | Argent | Christie |
| 2:13-cv-08455 | Austin | Sigrid |
| 2:15-cv-01026 | Ayers | Charlotte |
| 2:13-cv-13089 | Bacon | Marcella |
| 2:13-cv-23882 | Bambao | Lana |
| 2:13-cv-04424 | Barker | Rebecca |
| 2:13-cv-08394 | Becker | Amelia |
| 2:13-cv-03502 | Beebe | Margaret |
| 2:16-cv-08091 | Berry | Karen |
| 2:13-cv-23901 | Betts | Julie |
| 2:13-cv-19959 | Biggs | Felicia |
| 2:15-cv-03439 | Bivens | Emily |
| 2:16-cv-05992 | Bonanno | Roseann |
| 2:14-cv-24575 | Boutwell | Angela |
| 2:13-cv-01663 | Bowman | Gisela |
| 2:14-cv-24574 | Bragg | Karen |
| 2:13-cv-23946 | Bram | Sara |
| 2:13-cv-01647 | Breeding | Pamela |
| 2:13-cv-11635 | Brewer | Gena |
| 2:14-cv-29416 | Brown | Jacqueline |
| 2:13-cv-19916 | Brown | Patricia |
| 2:13-cv-02506 | Brumit | Patsy |
| 2:12-cv-09930 | Brunelli | Dorothy |
| 2:14-cv-24984 | Bruner | Jennifer |
| 2:13-cv-01696 | Bubner | Marjorie |
| 2-14:cv-26265 | Bullock | Inelda |
| 2:13-cv-08310 | Burgess | Glenda |
| 2:13-cv-08336 | Burton | Beverly |
| 2:13-cv-08808 | Bussell | Christine |

| | | |
|---|---|---|
| 2:15-cv-01023 | Butts | Patricia |
| 2:14-cv-26261 | Byczek | Lynda |
| 2:13-cv-29399 | Byrd | Linda |
| 2:15-cv-03442 | Cabral | Christine |
| 2:12-cv-05903 | Cacciatore | Belinda |
| 2:13-cv-01653 | Campanella | Laura |
| 2:13-cv-01552 | Carlson | Madeleine |
| 2:14-cv-24572 | Carroll | Jewel |
| 2:13-cv-06008 | Cato | Helen |
| 2:14-cv-28296 | Choate(White) | Sandra |
| 2:15-cv-11615 | Cisneros | Maria |
| 2:13-cv-00982 | Clide | Caroline |
| 2:15-cv-03413 | Cole | Delores |
| 2:13-cv-24029 | Colello | Anita |
| 2:13-cv-24119 | Collier | Janice |
| 2:15-cv-04675 | Collins | Barbara |
| 2:12-cv-06095 | Collins | Cynthia |
| 2:13-cv-9194 | Contreras | Lucia |
| 2:12-cv-06096 | Cox | Blake |
| 2:15-cv-03476 | Crippen | Wilma |
| 2:13-cv-00973 | Cross | Corinza |
| 2:14-cv-20307 | Cummins | Eva |
| 2:14-cv-26262 | Cyr | Sandra |
| 2:16-cv-08572 | Darty | Jolie |
| 2:13-cv-09090 | DeBarbieris | Judy |
| 2:13-cv-19968 | Dempson | Rachel |
| 2:14-cv-20310 | Deufel | Sondra |
| 2:13-cv-23290 | Donnelly | Ann Marie |
| 2:13-cv-02547 | Dorsagno | Monica |
| 2:13-cv-22971 | Dugas | Marie Helen |
| 2:13-cv-22973 | Dunham | Edna |
| 2:13-cv-01530 | Dunson | Corinne |
| 2:13-cv-11636 | Ellis | Della |
| 2:16-cv-08093 | Ellis | Marsha |
| 2:15-cv-06042 | Estes | Brenda |
| 2:15-cv-11617 | Feld | Judith |
| 2:15-cv-03441 | Fitts | Priscilla |
| 2:15-cv-11611 | Fletcher | Beverly |
| 2:15-cv-01027 | Flores | Pauline |
| 2:13-cv-09052 | Flynn | Barbara |
| 2:13-cv-22998 | Forrester | Kathleen |

| | | |
|---|---|---|
| 2:16-cv-07202 | Franco | Pamela |
| 2:13-cv-08569 | Free | Christy |
| 2:13-cv-09071 | Fry | Cynthia |
| 2:13-cv-11634 | Fulghum | Patricia |
| 2:15-cv-11620 | Galvez | Nazaria |
| 2:12-cv-05776 | Glaser | Judy |
| 2:13-cv-08676 | Glenn | Linda |
| 2:13-cv-08911 | Guido | Onorina |
| 2:12-cv-09420 | Haines | Ora |
| 2:13-cv-02437 | Hancock | Sandra |
| 2:13-cv-02465 | Haney | Mary |
| 2:13-cv-11630 | Harbin | Donna |
| 2:13-cv-03500 | Harrison | Jill |
| 2:13-cv-19818 | Hawkins | Lisa |
| 2:15-cv-11609 | Haws | Constance |
| 2:15-cv-03447 | Hayton | Charmie |
| 2:13-cv-13084 | Heath | Diane |
| 2:13-cv-08413 | Henson | Crystal |
| 2:13-cv-04477 | Herrmann | Peggy |
| 2:13-cv-01709 | Hicks | Lana |
| 2:15-cv-03431 | Hillman | Patricia |
| 2:15-cv-03444 | Hollen | Freda |
| 2:13-cv-26344 | Holtschlag | Julie |
| 2:14-cv-28308 | Hughes | Carol |
| 2:13-cv-04432 | Hurley | Beth |
| 2:13-cv-08829 | Hyde | Katherine |
| 2:13-cv-23869 | Illin | Sylvia |
| 2:13-cv-23322 | Johnson | Eunice |
| 2:13-cv-23526 | Johnston | Juanita |
| 2:13-cv-26806 | Jones | Glenda |
| 2:13-cv-19866 | Jones | Joyce A. |
| 2:13-cv-08388 | Karlsson | Louise |
| 2:14-cv-24571 | Kelley | Shawna |
| 2:13-cv-23863 | Knight | BeEtta |
| 2:13-cv-08731 | Kuhn | Christine |
| 2:15-cv-04685 | Lambert | Elizabeth |
| 2:13-cv-23564 | Langlois | Rebekka |
| 2:12-cv-08451 | Law | Linda |
| 2:13-cv-00565 | Lee | Emeline |
| 2:13-cv-27656 | Lemmons | Katherine |
| 2:12-cv-06216 | Lenderman | Mary |

| | | |
|---|---|---|
| 2:15-cv-04671 | Lewis | Miranda |
| 2:15-cv-01025 | Little | Louise |
| 2:12-cv-05858 | Locke (Tornabene) | Wendy |
| 2:13-cv-03497 | Logsdon | Annie |
| 2:15-cv-03475 | Long | Andrea |
| 2:13-cv-01721 | Long | Kathy |
| 2:15-cv-01028 | Lonson | Barbara |
| 2:13-cv-02545 | Lopez (Rodriguez) | Sandra |
| 2:15-cv-04683 | Lovell | Carol |
| 2:16-cv-05993 | Mandrell | Marilyn |
| 2:16-cv-08087 | Marlbrough | Mary |
| 2:13-cv-00814 | Masley | Ann |
| 2:13-cv-19929 | Mayle | Mona |
| 2:13-cv-06007 | McCay | Wynetta |
| 2:13-cv-19816 | McKee | Teresa |
| 2:14-cv-26263 | Mendieta | Debbie |
| 2:13-cv-03496 | Meyer | Dianna |
| 2:13-cv-23944 | Miranda | Elvira |
| 2:12-cv-05857 | Mitchell | Judy |
| 2:14-cv-05277 | Monroe | Danel |
| 2:13-cv-02953 | Moore | Brenda |
| 2:15-cv-04670 | Moran | Wanda |
| 2:12-cv-06101 | Mortensen | Gale |
| 2:14-cv-23932 | Mosley | Brenda |
| 2:15-cv-04680 | Naylor | Diane |
| 2:12-cv-06796 | Newman | Cindy |
| 2:13-cv-08853 | Newton | Wanda |
| 2:13-cv-23856 | Nixon | Crystal |
| 2:15-cv-03445 | Odeh | Judith |
| 2:13-cv-23541 | Ogando | Maria |
| 2:13-cv-08347 | Osborne | Cathy |
| 2:13-cv-20525 | Packett | Glenda |
| 2:14-cv-24980 | Pate | Mary |
| 2:13-cv-08405 | Payne | Nelda |
| 2:13-cv-05419 | Peters | Edith |
| 2:13-cv-09502 | Phillips | Elizabeth |
| 2:13-cv-01715 | Phillips | Mary |
| 2:13-cv-08355 | Poirier | Linda |
| 2:13-cv-26814 | Pratt | Wanda |
| 2:13-cv-08913 | Quiroz | Patricia |
| 2:16-cv-07280 | Ramirez | Maria |

| | | |
|---|---|---|
| 2:13-cv-08210 | Ramirez | Mercedes |
| 2:13-cv-08683 | Rangel | Gloria |
| 2:13-cv-05969 | Read | Diane |
| 2:13-cv-08435 | Reedy | Joanne |
| 2:14-cv-28303 | Rhodes | Donna |
| 2:13-cv-06000 | Rice | Robyn |
| 2:15-cv-01024 | Richey | Gail |
| 2:14-cv-20314 | Ridley | Tanya |
| 2:13-cv-19887 | Rodriguez | Nancy |
| 2:13-cv-08690 | Roman | Pamela |
| 2:12-cv-06301 | Rose | Twana |
| 2:14-cv-29414 | Roubert | Iris |
| 2:15-cv-03474 | Rowley | Carol |
| 2:13-cv-01308 | Rube (formerly Victory) | Sheryl |
| 2:13-cv-23004 | Samuel | Cathleen |
| 2:16-cv-08092 | Sands | Glennda |
| 2:14-cv-28299 | Santana | Lissette |
| 2:13-cv-23303 | Savage | Carolyn |
| 2:15-cv-11612 | Schramm | Karen |
| 2:14-cv-23933 | Schurman | Gloria |
| 2:15-cv-13403 | Sear | Becky |
| 2:14-cv-28292 | Segarra | Marlin |
| 2:13-cv-06006 | Segoviano | Marie |
| 2:14-cv-24982 | Showalter | Linda |
| 2:13-cv-23998 | Sircy | Loletta |
| 2:12-cv-06798 | Smiley (Neel) | Rebecca |
| 2:14-cv-24983 | Smith | Christina |
| 2:13-cv-02309 | Smith | Jeri |
| 2:16-cv-06046 | Snoddy | Sharon |
| 2:14-cv-24981 | Sommerfield | Virginia |
| 2:14-cv-28307 | Spencer | Tamara |
| 2:14-cv-28305 | Stewart | Debra |
| 2:13-cv-03490 | Stinson | Kim |
| 2:15-cv-03473 | Sturgeon | Sylvania |
| 2:13-cv-09190 | Suggs | Annette |
| 2:13-cv-23009 | Thomas | Eleanor |
| 2:12-cv-08441 | Thompson | Betty |
| 2:13-cv-08742 | Thompson | Carlus |
| 2:14-cv-29415 | Townsend | Linda |
| 2:13-cv-02474 | Triche | Melissa |
| 2:13-cv-01548 | Tuggle | Linda |

| | | |
|---|---|---|
| 2:12-cv-08834 | Tyler | Julia |
| 2:15-cv-04687 | Vardaman | Linda |
| 2:13-cv-09504 | Weis | Michelle |
| 2:12-cv-08677 | Welch | Tammy |
| 2:14-cv-26267 | White | Magdeline |
| 2:15-cv-11613 | Whitley | Martha |
| 2:13-cv-02675 | Wildberger | Barbara |
| 2:13-cv-23999 | Williams | Evelyn |
| 2:14-cv-28302 | Williams | Gayle |
| 2:14-cv-28298 | Wilson | Susan |
| 2:12-cv-09931 | Young | Donna |
| 2:13-cv-08785 | Yurchak | Pamela |
| 2:14-cv-28304 | Zuschlag | Jo Ann |