USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

IN RE: ETHICON, INC. PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

Master File No. 2:12-MD-02327
MDL No. 2327

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

**Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list <u>for the above-entitled action only</u>. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.**

I, _____Susan J. Pope_____, hereby provide this *Notice of*
*Name of Attorney*
*Change of Attorney Information* to the Court and request the Clerk's Office to**:**

○   **Please add my name as counsel of record <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, _____,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

○   **Please change within-firm representation <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, _____,
by _____,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

**USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information**

⊙ **Please remove me from the Court's service list <u>for the above-entitled action only</u> as follows:**

I am to remain counsel of record for the following party(s):
**Ethicon, Inc., Ethicon LLC, and Johnson & Johnson**
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

○ **Please update my name and/or firm information <u>for the above-entitled action only</u> as follows:**

Former name: _____ New name: _____

New firm/government agency name: _____

New address: _____
_____

_____  _____  _____
New telephone number  New facsimile number  New e-mail address *(provide only if a registered CM/ECF e-filer)*

Date:  **November 9, 2016**          /s/ Susan J. Pope

Susan J. Pope
Frost Brown Todd LLC
250 W. Main St., Suite 2800
Lexington, KY 40507