# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRIC OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| In re: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Angela M. Cameron v. Ethicon, Inc., et al.*<br>Case No.: 2:13-cv-22420 | Joseph R. Goodwin<br>UNITED STATES DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiff listed above as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 9, 2016                    Respectfully submitted,

/s/ Stephen C. Swain
Stephen C. Swain, Esquire
Virginia Bar No. 12924
**Shuttleworth, Ruloff, Swain,**
**Haddad & Morecock, P.C.**
317 30th Street
Virginia Beach, VA  23451
Tel. (757) 671-6000
Fax: (757) 671-6004
E-mail:  scswain@srgslaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on November 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

     /s/ Stephen C. Swain, Esquire
Stephen C. Swain, Esquire
Virginia Bar No. 12924
**Shuttleworth, Ruloff, Swain,**
**Haddad & Morecock, P.C.**
317 30th Street
Virginia Beach, VA 23451
Tel. (757) 671-6000
Fax: (757) 671-6004
E-mail: scswain@srgslaw.com
*Attorney for Plaintiff*