IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-02327 MDL 2327 |

JOSEPH R. GOODWIN U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that our firm has provided to counsel for Ethicon, Inc., Johnson & Johnson and/or Ethicon, LLC the information required by PTO #240 (proof of product identification and operative reports) for Civil Action Number: 2:16-cv-08769, Scolley, et al. v. Ethicon Inc., et al.

Dated: November 9, 2016

Respectfully submitted,

/s/ Michael J. Hart
David S. Corwin, #38360MO
Michael J. Hart, #59938MO
Sher Corwin Winters LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Tel: 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
Fax: 314-721-5201
dcorwin@scwstl.com
mjhart@scwstl.com
*Attorneys for Plaintiffs*