### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR           Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY
LITIGATION                                   MDL # 2327

-------------------------------------------------------

**CASES LISTED ON ATTACHMENT A**       JOSEPH R. GOODWIN

                                                     U.S. DISTRICT JUDGE

### CERTIFICATION OF COMPLIANCE WITH PTO # 240

I hereby certify that to the best of my information and belief, our firm supplied the information

required per Pretrial Order 240 to Defendant on November 9, 2016 on behalf of the Plaintiffs listed on

Attachment A.  Such supplied information includes the following:

1.  Proof of product identification for Ethicon product(s) for which the claim is alleged;

2.  Operative report demonstrating implantation of Ethicon product(s) for which the claim is alleged;
    and

3.  Operative report demonstrating revisions and/or removal of Ethicon product(s) for which a
    claim is alleged.

Dated: November 9, 2016

Respectfully submitted,

  *s/ Mathew Coveney*_____
Mathew Coveney (USDC of MA #682664)
Coveney Law, LLC d/b/a United Law Associates
1075 Main Street, 3rd Floor
Waltham, MA 02451
Phone: 781.478.7028
Fax: 781.478.7724
mcoveney@unitedlawteam.com

### ATTORNEY FOR PLAINTIFFS

## CERTFICATE OF SERVICE

I hereby certify that on November 9, 2016 I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECM system which will send notification of such filing to the

CM/ECM participants registered to receive service in this MDL.


Respectfully submitted,


_s/ Mathew Coveney_____
Mathew Coveney (USDC of MA #682664)
Coveney Law, LLC d/b/a United Law Associates
1075 Main Street, 3rd Floor
Waltham, MA 02451
Phone: 781.478.7028
Fax: 781.478.7724
mcoveney@unitedlawteam.com

Exhibit A

| Account Name | Case Number |
| --- | --- |
| Delilah Brown | 2:16-cv-07892 |
| Kathy Jump | 2:16-cv-07902 |
| Thelma Caldwell | 2:16-cv-07997 |
| LINDA FUTCH | 2:16-cv-07999 |
| Roberta Fischer | 2:16-cv-08000 |
| Carolyn G Krieger | 2:16-cv-07992 |
| Stacey C Honeycutt | 2:16-cv-07998 |
| Barbara Smith | 2:16-cv-07990 |
| Janice K Shook | 2:16-cv-08141 |
| Christina Medina | 2:16-cv-08147 |
| Stephanie Preston | 2:16-cv-08143 |
| Cindy Leyder | 2:16-cv-08137 |
| Alice Birkemeier | 2:16-cv-08146 |
| Katrina Brown | 2:16-cv-08237 |
| Janet Wells | 2:16-cv-08238 |
| Sharon Loomis | 2:16-cv-08241 |
| Nancy Wintermote | 2:16-cv-08250 |
| CAROLE A KANGAS | 2:16-cv-08252 |
| Betty L Leonard | 2:16-cv-08257 |
| Linda Dail | 2:16-cv-08255 |
| Wanda Jean Palmer | 2:16-cv-08253 |
| Lilian G Kiiroja | 2:16-cv-08244 |
| Linda Silver | 2:16-cv-08243 |
| Amy Haxton | 2:16-cv-08734 |
| BERTHA COLES | 2:16-cv-08745 |
| Mary Rebecca Trent | 2:16-cv-08735 |
| Dorris Mosley | 2:16-cv-08736 |
| Linda Hurd | 2:16-cv-08741 |
| Frances- Faye Myers | 2:16-cv-08743 |
| Joann Maciel | 2:16-cv-08742 |
| Wanda Scallion | 2:16-cv-08746 |
| Julie A Parsons | 2:16-cv-08737 |
| Belinda Dianne Beaman | 2:16-cv-08738 |
| Kimberlee Sylvester | 2:16-cv-08764 |
| Judy Whitson | 2:16-cv-08831 |
| Martha Shell | 2:16-cv-08830 |
| Janet Strange | 2:16-cv-08842 |
| Bonnie Dulebohn | 2:16-cv-08832 |
| Cheryl Vandusen | 2:16-cv-08864 |
| Sherry Barrows | 2:16-cv-08865 |
| Melissa Hritz | 2:16-cv-08866 |
| Lucy Miller-Wilder | 2:16-cv-08878 |
| Elizabeth Cormier | 2:16-cv-08888 |
| Lisa Meador | 2:16-cv-08884 |
| Nancy K Thibodaux | 2:16-cv-08889 |
| Elizabeth Sanders | 2:16-cv-08883 |
| Sharon Flach | 2:16-cv-09586 |
| Claudia Edeza | 2:16-cv-09796 |

| | |
|---|---|
| Annette Bennett | 2:16-cv-09801 |
| Polly Ferguson | 2:16-cv-09803 |
| Patricia Smith | 2:16-cv-09805 |
| Barbara A Crook | 2:16-cv-09128 |
| Laneigha Shuman | 2:16-cv-09799 |
| JULIE ABBOTT | 2:16-cv-09831 |
| Phyllis Jacobs | 2:16-cv-09830 |
| Rebecca C Cogar | 2:16-cv-09798 |
| Ana Maria Castro | 2:16-cv-09794 |
| Mary Lee | 2:16-cv-09873 |
| Regina Chambers Williams | 2:16-cv-09795 |
| Deborah Juarascio | 2:16-cv-09800 |
| Nancy Davis | 2:16-cv-10297 |
| Brenda Holt | 2:16-cv-10279 |
| June E Killmer | 2:16-cv-10262 |
| Christine Chalenor | 2:16-cv-10265 |
| Terri Black | 2:16-cv-10330 |
| Kathryn Muggeo - Densmore | 2:16-cv-10322 |
| Betty Toews | 2:16-cv-10324 |
| Dorothy A Heckers | 2:16-cv-10268 |
| Amy Graham | 2:16-cv-10329 |
| Pilar Sanchez | 2:16-cv-10283 |
| Emma Pophom | 2:16-cv-10303 |
| Rebecca Chase | 2:16-cv-10323 |
| Judy Hamann | 2:16-cv-10292 |
| Bessie Antionette Jacobs | 2:16-cv-10325 |
| Cindy Sleeman | 2:16-cv-10328 |
| Rachel Mueller | 2:16-cv-10331 |