IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: this 1st day of November, 2016        Respectfully submitted,

                                                                              EGLET PRINCE

                                                                              */s/ Erica D. Entsminger, Esq.*
                                                                              ERICA D. ENTSMINGER, ESQ.
                                                                              Nevada Bar No. 7432
                                                                              400 S. 7th Street, 4th Floor
                                                                              Las Vegas, NV 89101
                                                                              T: 702.450.5400
                                                                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECM participants registered to receive service in this MDL.

              Respectfully submitted,

              */s/ Erica D. Entsminger, Esq.*
              ERICA D. ENTSMINGER, ESQ.
              Nevada Bar No. 7432
              400 S. 7th Street, 4th Floor
              Las Vegas, NV 89101
              T: 702.450.5400
              *Attorneys for Plaintiffs*

## ATTACHMENT A

| | |
|---|---|
| Lanthier | 2:13-cv-23573 |
| White | 2:13-cv-24165 |