IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
　　　　PELVIC REPAIR SYSTEM
　　　　PRODUCTS LIABILITY LITIGATION　　　　MDL NO. 2327

## O R D E R
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on October 28, 2016 [ECF No. 3080] is **VACATED**, but only as to the inactive status of the following member case:

*Hunt v. Ethicon, Inc., et al.*　　　　*Civil Action No. 2:15-cv-07395*

which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to keep the above listed case as closed, as this case was closed without prejudice prior to the Inactive Docket Order, remove the inactive docket flag, and file a copy of this order in 2:12-md-2327 and in the individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: November 9, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE