IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| **CASE LISTED ON ATTACHMENT "A"** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### AMENDED CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, my firm has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and,

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 9, 2016    Respectfully Submitted:

DANIEL M. GRAHAM
A Professional Corporation
BY:

/s/ Daniel M. Graham
DANIEL M. GRAHAM
State Bar No.: 79478
E-Mail: dmgapc@aol.com

Daniel M. Graham
A Professional Corporation
23720 Arlington Ave., Ste. 8
Torrance, CA 90501-6124

Attorney for Plaintiffs

Page 1

## EXHIBIT "A"

| PLAINTIFFS' NAMES | CASE NO. |
|---|---|
| **Dawn Flores** and **Alfred E. Flores** | 2:14-cv-24748 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service of this MDL.

DATED: November 9, 2016

DANIEL M. GRAHAM
A Professional Corporation
BY:

/s/ Daniel M. Graham
DANIEL M. GRAHAM
State Bar No.: 79478
E-Mail: dmgapc@aol.com

Daniel M. Graham
A Professional Corporation
23720 Arlington Ave., Ste. 8
Torrance, CA 90501-6124

Attorney for Plaintiffs