**2:IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| **I**N RE: ETHICON, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION ) ) ) ) | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** |
| _____ ) <br> THIS DOCUMENT RELATES TO: ) ) <br> CASES LISTED ON EXHIBIT A ) ) | **JOSEPH R. GOODWIN** <br> **U.S. DISTICT JUDGE** |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, Johnson, Vorhees & Martucci, has supplied the information required per Pretrial Order # 240 for plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 9, 2016

                                                                                Respectfully Submitted,

                                                                                _____*/s/ Ashley Norman*_____
                                                                                Ashley Norman, MO Bar #64063
                                                                                JOHNSON, VORHEES & MARTUCCI
                                                                                811 N. Dixieland Road
                                                                                Rogers, AR 72756
                                                                                Telephone:  479-271-8585
                                                                                Facsimile:  479-636-1690
                                                                                E-mail:  ashley@4stateslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2016, I electronically filed the above document through the United States District Court filing system, to be served by operation of the Court's electron filing system on all counsel of record.

_____/s/ Ashley Norman_____
Ashley Norman, MO Bar #64063