## **EXHIBIT A**

| Last Name | First Name | Civil Action No. |
|---|---|---|
| Edmondson | Rebecca | 2:15-cv-07583 |
| Pratt | Cassaundra | 2:16-cv-08134 |