EXHIBIT "A"

| Plaintiff Name | Case Number |
|---|---|
| Nancy Dwyer | 2:12cv8042 |
| Tracy Michael Packer | 2:12cv8044 |
| April Brandies | 2:12cv8631 |
| Vickie Cheston | 2:12cv9520 |
| Lillie Millan | 2:12cv9550 |
| Shirley Geiger | 2:13cv10586 |
| Dorothy Kelly | 2:13cv12823 |
| Johnnie Bowles | 2:13cv13708 |
| Glenda Stringer | 2:13cv16287 |
| Lynn Hoot, Lynn v Pelvic Mesh | 2:13cv1690 |
| Terry L. Rich | 2:13cv219 |
| Amanda Gail Boyd | 2:13cv24466 |
| Jennie Brantley | 2:13cv24482 |
| Sylvia Carter | 2:13cv24487 |
| Diana Hall | 2:13cv24498 |
| Billie Leslie | 2:13cv24523 |
| Debra Nix | 2:13cv24529 |
| Olga Mae Janet Stanfield | 2:13cv25144 |
| Melynda Wainwright | 2:13cv25166 |
| Nancy S. Rogers | 2:13cv25177 |
| Glenda L. Wantland-Busby | 2:13cv25197 |
| Melissa M. Ingle | 2:13cv25222 |
| Sharon Whittle | 2:13cv26067 |
| Phyllis Sicurezza | 2:13cv26075 |
| Pamela Smitley | 2:13cv26077 |
| Carolyn Barley | 2:13cv26078 |
| Tina Martin | 2:13cv26695 |
| Vena Patton | 2:13cv26859 |
| Carrol Caster | 2:13cv27611 |
| Terri L. Meitz | 2:13cv27636 |
| Frankie Duprey | 2:13cv29096 |
| Belinda Connell | 2:13cv32590 |
| Sue James | 2:13cv4652 |
| Linda Kay Murphy | 2:13cv6070 |
| Joni A. Murphy | 2:13cv9683 |
| Olga Estevez | 2:14cv10823 |
| Bonnie Haws | 2:14cv10824 |
| Monique Mathieu | 2:14cv10825 |
| Virginia Johnson | 2:14cv10829 |
| Dallas M. Bowers | 2:14cv10844 |

| Name | Case Number |
|---|---|
| Frances E. Briggs | 2:14cv10852 |
| Dolores Flowers | 2:14cv10875 |
| Sandra Happich | 2:14cv10879 |
| Kar McLeod | 2:14cv11992 |
| Diana Shepard | 2:14cv12002 |
| Barbar Thomas | 2:14cv12012 |
| Kerry Kathleen Torres | 2:14cv12015 |
| Nancy Vendur | 2:14cv12019 |
| Jennifer Ferguson | 2:14cv15213 |
| Patricia Moore | 2:14cv15487 |
| Rose Sheek | 2:14cv15492 |
| Kimberly Borbely | 2:14cv15557 |
| Kathleen Thomas | 2:14cv15563 |
| Liliana Violin | 2:14cv15569 |
| Sharon White | 2:14cv15577 |
| Dianne Turner | 2:14cv28330 |
| Bertha Waldron | 2:14cv28333 |
| Gail A. Truesdale | 2:14cv4947 |
| April McCloud | 2:14cv4960 |
| Lauren McLeod | 2:15cv1938 |
| Diane Williams | 2:15cv1942 |
| Brenda Troup | 2:15cv1946 |