IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on October 31, 2016 [ECF No. 3090] is **VACATED**, but only as to the inactive status of the following member cases:

*Miller, et al. v. Ethicon, Inc., et al.*        Civil Action No. 2:14-cv-29739

*Geel et al. v. Ethicon, Inc., et al.*           Civil Action No. 2:14-cv-29691

which cases are listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed cases back on the active docket and file a copy of this order in 2:12-md-2327 and in each individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: November 10, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE