## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

Master File No. 2:12-MD-02327
MDL 2327

--------------------------------------------------------
**CASES LISTED ON ATTACHMENT A**

JOSEPH R. GOODWIN U.S. DISTRICT
JUDGE

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1.   Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2.   Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 10, 2016

Respectfully submitted,

*/s/ Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
Dennis F. O'Brien, P.A.
2012 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
obie26@aol.com
(410) 420-7411 P
(410) 420-6647 F
*Attorney for Plaintiffs*

1

**EXHIBIT A**

| | |
|---|---|
| Kimberly Price | 2:15-cv-04178 |
| Sharon M. Bateman | 2:14-cv-30004 |
| Amy Hackman | 2:13-cv-06147 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November 2016, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service.

Dated: November 10, 2016

/s/ Dennis F. O'Brien
Dennis F. O'Brien, Esquire
Dennis F. O'Brien, P.A.
2012 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
obie26@aol.com
(410) 420-7411 P
(410) 420-6647 F
*Attorney for Plaintiffs*