# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: November 10, 2016

Respectfully submitted,
/s/ Michelle A. Parfitt
*Attorney for the Plaintiff*

Michelle A. Parfitt, Esquire
(VA Bar No. 33650)
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
Email: mparfitt@ashcraftlaw.com;
hdennis@ashcraftlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I emailed to PTO240@butlersnow.com and electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing systems, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Michelle A. Parfitt
*Attorney for the Plaintiff*

Michelle A. Parfitt, Esquire
(VA Bar No. 33650)
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
Email: mparfitt@ashcraftlaw.com;
hdennis@ashcraftlaw.com