| Client Name (Last, First) | MDL Civil Action No. |
|---|---|
| Jenkinson, Patricia | 2:12-cv-05603 |
| Graves, Deborah | 2:12-cv-06402 |
| Gayle, Cynthia | 2:12-cv-08529 |
| Magee, Linda | 2:12-cv-08883 |
| Cooper Payne, Ann | 2:12-cv-08983 |
| Houck, Paula | 2:12-cv-1111 |
| Karlsson, Valerie | 2:12-cv-1767 |
| Smeaton, Maude | 2:12-cv-5993 |
| Wilkinson, Beverly | 2:12-cv-5994 |
| Bates, Susan | 2:12-cv-6655 |
| Rodriguez, Elba | 2:12-cv-8882 |
| Rice, Bobby LaNell | 2:12-cv-9659 |
| Eickenhorst, Gail | 2:13-cv-11883 |
| Maddox, Tonya | 2:13-cv-12108 |
| Westberg, Carolyn M. | 2:13-cv-23824 |
| Laney, Verdie Jean | 2:13-cv-24335 |
| Garrett, Debbie | 2:13-cv-24445 |
| Green, Cherlyn | 2:13-cv-26209 |
| Gordon, Elizabeth | 2:13-cv-26370 |
| Strong, Janet M. | 2:13-cv-26386 |
| Corder, Lyndie | 2:13-cv-26701 |
| Underwood Barbara | 2:13-cv-26828 |
| Anderson, Christina | 2:13-cv-26963 |
| Fogal, Cynthia | 2:13-cv-26965 |
| Gaumer, Janet | 2:13-cv-26968 |
| Hoffman, Nancy | 2:13-cv-26972 |
| Lane, Pamela | 2:13-cv-26976 |
| McCoy, Mary | 2:13-cv-26977 |
| Roberts, Reba | 2:13-cv-26978 |
| Radford, Eileen | 2:13-cv-26979 |
| Roberts-Mark, Dawn A. | 2:13-cv-26985 |
| Rager, Belinda | 2:13-cv-26989 |
| Kuh, Nancy | 2:13-cv-27823 |
| Hoeflich, Michelle J. | 2:13-cv-29546 |
| Cavanaugh, Maura | 2:13-cv-30151 |
| Martinez, Stella | 2:13-cv-30614 |
| Sims, Kathleen | 2:13-cv-30645 |
| Kline, Elinor | 2:13-cv-3118 |
| Panzano, Elizabeth | 2:13-cv-33221 |
| Mattiello, Rose | 2:13-cv-6248 |
| Lawson, Betty | 2:13-cv-7338 |

| Client Name (Last, First) | MDL Civil Action No. |
|---|---|
| Skidmore, Janet | 2:14-cv-00460 |
| Waits, Angie | 2:14-cv-00461 |
| Brown, Barbara | 2:14-cv-01502 |
| Capobianco, Yolanda | 2:14-cv-12065 |
| Williams, Judy | 2:14-cv-1389 |
| Levitt, Ellen | 2:14-cv-18247 |
| Smallwood, Theresa | 2:14-cv-18504 |
| Hinzman, Christine | 2:14-cv-18513 |
| Allen, Judith | 2:14-cv-19923 |
| Baker, Clara | 2:14-cv-20802 |
| Bunting, Kerrie | 2:14-cv-20824 |
| Harrison, Lizette | 2:14-cv-21295 |
| Spinks, Lesley | 2:14-cv-21395 |
| Mardaga, Vickie | 2:14-cv-21741 |
| McNeill, Sue | 2:14-cv-21746 |
| Prescott-Walker, Alicia | 2:14-cv-21773 |
| Ward, Paula | 2:14-cv-22412 |
| Roach, Kathleen | 2:14-cv-22454 |
| West, Elizabeth (Betsy) | 2:14-cv-2267 |
| Sanzaro, Beverly | 2:14-cv-23710 |
| Williams, Tammy | 2:14-cv-26004 |
| Grady, Amanda | 2:14-cv-2622 |
| McCaskill, Marion | 2:14-cv-27488 |
| Jones, Thelma | 2:14-cv-27489 |
| Thaller, Grace | 2:14-cv-455 |
| Wolinski, Dorthy E. | 2:14-cv-458 |
| Whitaker, Linda | 2:14-cv-459 |
| Pacheco, Renee K. | 2:14-cv-7005 |
| Villalpando, Maria | 2:14-cv-7037 |
| Gaither, Rebecca S. | 2:15-cv-01623 |
| Johnson, Mary Ann | 2:15-cv-03366 |
| Abrams, Joanne | 2:16-cv-05351 |
| Kim, Anna | 2:16-cv-07563 |
| Roberts, Regina | 2:16-cv-08999 |