# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation<br>--------------------------------------------------- | Master File No. 2:12-MD-02327<br>MDL 2327 |

**CASES LISTED ON ATTACHMENT A**

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I herby certify that I have communicated with counsel for Ethicon, Inc., Johnson & Johnson and /or Ethicon, LLC and verified that our firm provided the information required by Pretrial Order #240 (Produce ID and Operative Report) for the plaintiff's named on Attachment "A" on whose behalf a claim has been alleged against these defendants.

Dated: November 10, 2016              Respectfully submitted,

                                      s/Matt Morrison
                                      Attorney for Plaintiffs
                                      HARRISON DAVIS STEAKLEY MORRISON, PC
                                      5 Ritchie Road
                                      Waco, TX 76712
                                      (254) 761-3300 Telephone
                                      E-mail: Matt@TheTrialLawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2016, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECT participants registered to receive served in the MDL.

s/Matt Morrison
Attorney for Plaintiffs
HARRISON DAVIS STEAKLEY MORRISON, PC
5 Ritchie Road
Waco, TX 76712
(254) 761-3300 Telephone
E-mail: Matt@TheTrialLawyers.com

## Attachment A

| Case Number | First Name | Last Name |
| --- | --- | --- |
| 2:13-cv-18950 | Autumn Ruth | Ater |
| 2:13-cv-15665 | Cindy | Ballas |
| 2:13-cv-15834 | Ginger | Belknap |
| 2:13-cv-15822 | Lisa | Bell |
| 2:15-cv-07639 | June M. | Blaise |
| 2:13-cv-15899 | Frances L. | Brasher, Deceased |
| 2:13-cv-00179 | Teresa | Brown |
| 2:13-cv-16713 | Mona | Buchannon |
| 2:13-cv-16925 | Rosia C. | Burson |
| 2:13-cv-13513 | Helen | Clark |
| 2:13-cv-15825 | Yvonne | Coale |
| 2:14-cv-27477 | Joyce | Coates |
| 2:13-cv-27087 | Cindy | Collins |
| 2:13-cv-13512 | Pamela | Couger |
| 2:13-cv-13769 | Paula | Covington |
| 2:13-cv-13508 | Brenda K. | Cox |
| 2:13-cv-16767 | Kim | Crosser |
| 2:13-cv-16731 | Kimberly | Cullen |
| 2:13-cv-18163 | Donna | DeArmond |
| 2:14-cv-11707 | Linda Diane Phillips-Lewis | Deas |
| 2:12-cv-09452 | Nancy | Delmere |
| 2:13-cv-00182 | Yohlanda | Domnick |
| 2:13-cv-13503 | Ruby J. | Ellis |
| 2:14-cv-11401 | Kelly Lynn | Faulkenbery |
| 2:13-cv-13506 | Rebecca E. | Ferrill |
| 2:13-cv-11387 | Edith | Fisher |
| 2:13-cv-16035 | Holly | Gibbs |
| 2:13-cv-13507 | Sylvia | Gonzales |
| 2:13-cv-15617 | Claudia "Kay" | Hagood |
| 2:13-cv-12296 | Anita | Harbourt |
| 2:15-cv-04350 | Patricia | Harnish |
| 2:14-cv-09519 | Lynette | Henshaw |
| 2:13-cv-16765 | Deborah | Hinckley |
| 2:13-cv-15620 | Rita | Hood |
| 2:13-cv-17843 | Joyce | Johnson |
| 2:14-cv-26087 | Cecilia | Lapaglia |
| 2:12-cv-08294 | Rebecca L. | Law |
| 2:14-cv-09510 | Diane T. | Linfield |
| 2:14-cv-27480 | Linda | Lothridge |
| 2:13-cv-01185 | Tina | Lovewell |

| Case Number | First Name | Last Name |
|---|---|---|
| 2:13-cv-12293 | Carrie B. | Martin |
| 2:13-cv-16761 | Hazel | Martin |
| 2:13-cv-13720 | Deanna | McKnight |
| 2:15-cv-06088 | Margaret | McNeely |
| 2:13-cv-16918 | Imogene | Mecaskey |
| 2:13-cv-27089 | Rebecca W. | Medley |
| 2:13-cv-22961 | Katherine | Milam |
| 2:12-cv-07902 | Teresa | Palmer |
| 2:13-cv-16956 | Debra A. | Paulen |
| 2:13-cv-17828 | Doris M. | Pilger |
| 2:13-cv-16952 | Lindia Jan | Proffitt |
| 2:12-cv-08309 | LaVerna | Pugh |
| 2:13-cv-15661 | Gloria T. | Ramos |
| 2:15-cv-05888 | Ann | Raskopf |
| 2:13-cv-16760 | Cecilia N. | Rivera |
| 2:13-cv-01184 | Shirley | Rouse |
| 2:15-cv-07640 | Bonnie S. | Rucker |
| 2:13-cv-16766 | Maria M. | Salazar |
| 2:13-cv-16954 | Melinda P. | Sanders |
| 2:16-cv-05630 | Cheryl | Scruggs |
| 2:13-cv-18153 | Regina T. | Sellers |
| 2:12-cv-09447 | Tina M. | Shelby |
| 2:13-cv-16935 | Lisa M. | Shelley |
| 2:13-cv-12287 | Jackie S. | Shrode |
| 2:15-cv-04807 | Dianne | Silver |
| 2:14-cv-13593 | Dora | Sloan |
| 2:12-cv-08356 | Tammy (Taylor) | Spradling |
| 2:13-cv-16703 | Phyllis | Staggs |
| 2:13-cv-16768 | Barbara | Stephens |
| 2:15-cv-05887 | Joyce Rae | Stuckman |
| 2:13-cv-09841 | Shirley A. | Stutts |
| 2:13-cv-16770 | Lee Anna | Taylor |
| 2:13-cv-18980 | Lisa | Tovar |
| 2:13-cv-16694 | Barbara | Trammell |
| 2:13-cv-18149 | Theresa | Turnbow |
| 2:13-cv-15828 | Rebecca | Turner |
| 2:14-cv-26086 | Linda H. | Turner |
| 2:13-cv-17800 | Rita Jean | Underwood |
| 2:14-cv-27482 | Dalila | Weeks |
| 2:13-cv-16038 | Melissa | Williams |
| 2:13-cv-15824 | Janet | Willson |
| 2:14-cv-08372 | Beckie L. | Wilson |
| 2:13-cv-16771 | Jimmie W. | Wolfe |