# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br><br> MDL No. 2327 |
| THIS DOCUMENT RELATES TO: <br><br> **CASES ON ATTACHED EXHIBIT A** | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## CERTIFICATE OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Wright & Schulte, LLC has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated:  November 10, 2016

Respectfully Submitted,

/s/ Stephen D. Behnke
Stephen D. Behnke  (OH 0072805)
Richard W. Schulte (OH 0066031)
WRIGHT & SCHULTE, LLC
865 South Dixie Drive
Vandalia, Ohio 45377
937-435-7500
937-435-7511 (fax)
sbehnke@legaldayton.com
rschulte@legaldayton.com

## CERTIFICATE OF SERVICE

I, Stephen D. Behnke, hereby certify that on the 10th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve a copy on all registered counsel.

/s/ Stephen D. Behnke
Stephen D. Behnke (OH # 0066031)