**EXHIBIT A**

| **Last Name** | **First Name** | **Case Number** | **MDL** |
|---|---|---|---|
| Abarr | Marie | 13-cv-21253 | 2440 (Cook) |
| Akers | Debra | 13-cv-11760 | 2327 (Ethicon) |
| Allen | Phyllis | 12-cv-8419 | 2327 (Ethicon) |
| Altheide | Diana | 12-cv-7770 | 2327 (Ethicon) |
| Bishop | Susan | 13-cv-04157 | 2327 (Ethicon) |
| Boyles | Crystal | 13-cv-11761 | 2327 (Ethicon) |
| Brown | Deidre | 12-cv-9626 | 2327 (Ethicon) |
| Catalano | Carol | 13-cv-25901 | 2325 (AMS) |
| Driscoll | Kim | 13-cv-4158 | 2327 (Ethicon) |
| Fidlar | Lynn | 13-cv-4159 | 2327 (Ethicon) |
| Frohwein-Leinen | Karla | 13-cv-202 | 2326 (Boston Scientific) |
| Fulk | Leona | 13-cv-11762 | 2327 (Ethicon) |
| Furgeson | Katherine | 13-cv-7460 | 2327 (Ethicon) |
| Gorden | Rhonda | 14-cv-00572 | 2327 (Ethicon) |
| Green | Andrea | 12-cv-6650 | 2187 (Bard) |
| Greenwald | Rebecca | 13-cv-11763 | 2327 (Ethicon) |
| Haines | Nancy | 13-cv-25829 | 2327 (Ethicon) |
| Hall | Deanna | 14-cv-575 | 2327 (Ethicon) |
| Hardman | Shari | 14-cv-577 | 2327 (Ethicon) |
| Harms | Phyllis | 14-cv-578 | 2327 (Ethicon) |
| Harvey | Anita | 12-cv-7768 | 2327 (Ethicon) |
| Herr | Waltraud | 14-cv-00579 | 2327 (Ethicon) |
| Johnson | Holly | 14-cv-5153 | 2327 (Ethicon) |
| Keller | Amy | 14-cv-5156 | 2327 (Ethicon) |
| Kravetz | Paula | 13-cv-11769 | 2327 (Ethicon) |
| Kucera | Amy | 13-cv-11764 | 2327 (Ethicon) |
| LaCour | Joyce | 14-cv-5157 | 2327 (Ethicon) |
| Lange | Michell | 13-cv-4803 | 2327 (Ethicon) |
| Lashbrook | Marcia | 14-cv-5158 | 2327 (Ethicon) |
| Latimer | Sherry | 12-cv-7771 | 2327 (Ethicon) |
| Luipold | Elizabeth | 16-cv-2199 | 2327 (Ethicon) |
| McCormick | Deborah | 14-cv-5159 | 2327 (Ethicon) |
| McKinnie | Amanda | 12-cv-7773 | 2327 (Ethicon) |
| McNally | Judy | 16-cv-8598 | 2327 (Ethicon) |
| Mielke | Jacqueline | 15-cv-13806 | 2327 (Ethicon) |
| Papasan | Carmen | 15-cv-13797 | 2327 (Ethicon) |
| Popma | Mary | 13-cv-11765 | 2327 (Ethicon) |
| Richardson | Patricia | 14-cv-5160 | 2327 (Ethicon) |
| Salas | Ellen | 12-cv-7776 | 2327 (Ethicon) |
| Salzer | Alicia | 14-cv-19694 | 2327 (Ethicon) |
| Shannon | Kimberly | 16-cv-8599 | 2327 (Ethicon) |

| Shaw | Roilene | 13-cv-11766 | 2327 (Ethicon) |
|---|---|---|---|
| Shavers | Erilene | 14-cv-5162 | 2327 (Ethicon) |
| Smith | Rita | 13-cv-11767 | 2327 (Ethicon) |
| Werner | Brenda | 13-cv-11768 | 2327 (Ethicon) |
| Wethal | Mary | 12-cv-7976 | 2327 (Ethicon) |
| Williams | Donna | 13-cv-12486 | 2327 (Ethicon) |