UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINA

| | | |
|---|---|---|
| IN RE-ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILIT LITIGATION | * * * * * | CIVIL ACTION<br><br>Master File No. 2:12-MD-02327<br>MDL NO. 2327 |
| CASE LISTED ON ATTACHMENT "A" | * * * * * * | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, Scheuermann & Jones LLC, has supplied the information required per Pretiral Order #240 for the plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon products(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Respectfully Submitted,

s/Joshua L. Rubenstein
Lawrence Blake Jones, LA BAR #7495
Joshua L. Rubenstein, LA BAR #25229
Patrick J. Eskew, LA BAR #33815
701 Poydras St., Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Fax: (504) 525-4380

ATTORNEY FOR AVIS DUBOSE

1

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the **10th** day of November, 2016, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, Telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Joshua L. Rubenstein