EXHIBIT "A"

| Plaintiff Name | Case Number |
|---|---|
| Avis Dubose | 2:13-cv-25279 |