## **EXHIBIT A**

| Last Name | First Name | Civil Action No. |
|---|---|---|
| Baca | Sharon | 2:13-cv-06975 |
| Chancey | Lynn | 2:13-cv-08008 |
| Freeman | Theresa | 2:13-cv-08058 |
| Gillock | Joanne | 2:13-cv-16520 |
| Leno | Patricia | 2:13-cv-03997 |
| Martin | Judy | 2:13-cv-05798 |
| Uribe | Rebecca | 2:13-cv-08011 |
| Villanueva | Estela | 2:13-cv-07088 |
| Radfar | Debra | 2:13-cv-08016 |