## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## **CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: 10/31/2016                                Respectfully submitted,

                                By:     s/ Michael Miller
                                        Michael J. Miller, Esq.
                                        Tayjes Shah, Esq.
                                        The Miller Firm LLC
                                        108 Railroad Ave.
                                        Orange, VA 22960
                                        540-672-4224
                                        mmiller@millerfirmllc.com
                                        *Attorney for Plaintiff*

1

# ATTACHMENT A

| Name | Case # |
| --- | --- |
| Alford, Carrie | 2:14-cv-20185 |
| Ardecki, Vicki | 2:13-cv-27938 |
| Armentrout, Christina | 2:14-cv-17447 |
| Armstrong, Mary | 2:14-cv-18262 |
| Arnold, Mandy | 2:14-cv-17442 |
| Bauer, Barbara | 2:14-cv-18267 |
| Beasley, Earnestine | 2:14-cv-17445 |
| Blackney-Lopez, Nancy | 2:14-cv-15388 |
| Bourquin, Jacqueline | 2:13-cv-17106 |
| Brown, Shirley | 2:13-cv-17098 |
| Burke, Anna | 2:14-cv-17450 |
| Burlingame, Sandra | 2:14-cv-17481 |
| Callahan, Theresa | 2:13-cv-17085 |
| Carollo, Priscilla | 2:14-cv-15121 |
| Carpenter, Verla | 2:14-cv-15387 |
| Cartwright, Linda | 2:14-cv-05431 |
| Chappell, Jennifer | 2:14-cv-17455 |
| Cheek, Linda | 2:13-cv-31774 |
| Colon, Bonnie | 2:13-cv-17146 |
| Cooper, Leola | 2:14-cv-17452 |
| Cotton, Lisa | 2:13-cv-28739 |
| Crawford, Stacey | 2:14-cv-30755 |
| Crownover, Mary | 2:14-cv-17453 |
| De Saint Phalle, Jacqueline | 2:14-cv-17479 |
| deMoss, Carolyn | 2:14-cv-15588 |
| DeShano, Janette | 2:14-cv-22672 |
| Dunaway, Mary | 2:14-cv-17454 |
| Ellis, Emily | 2:13-cv-32807 |
| Epps, Danielle | 2:14-cv-25879 |
| Epps, Judy | 2:14-cv-20196 |
| Fitzgerald, Dawn | 2:14-cv-20332 |
| Garcia, Esther | 2:13-cv-17035 |
| Gaudette, Stacy | 2:14-cv-17458 |
| Getchell, Karen | 2:13-cv-27315 |
| Gietzen, Karen | 2:13-cv-27278 |
| Guptill, Mary | 2:14-cv-17465 |
| Harmon, Alicia | 2:14-cv-17470 |

| | |
|---|---|
| Harris, Gloria | 2:14-cv-14716 |
| Harris, Linda | 2:11-cv-17466 |
| Hatfield, Connie | 2:13-cv-17131 |
| Hawkins, Marlene L | 2:14-cv-25898 |
| Henthorn, Vicky | 2:14-cv-20325 |
| Hernandez, Tomasita | 2:13-cv-17092 |
| Hogan, Connie | 2:14-cv-09353 |
| Holste, Toni | 2:13-cv-17474 |
| Hubler, Jeanne | 2:13-cv-17060 |
| Hulsey, Virginia | 2:14-CV-18271 |
| Humes, Elizabeth | 2:13-cv-27271 |
| Hunter, Zandalisa | 2:14-cv-17476 |
| Hurlburt, Robin | 2:14-cv-17477 |
| Hurt, Iris | 2:14-cv-14720 |
| Inman, Patricia | 2:13-cv-28701 |
| Jarrell, Carolyn | 2:14-cv-18279 |
| Jarvis, Tina | 2:13-cv-32855 |
| Jeantete, Patsy | 2:14-cv-11231 |
| Jett, Elizabeth | 2:13-cv-27272 |
| Jibben, Donna | 2:14-cv-30761 |
| Johnson, Jeannette | 2:14-cv-27780 |
| Johnson, Sharon | 2:14-cv-21271 |
| Jones, Karen | 2:14-cv-18295 |
| Jones, Linda D | 2:14-cv-26098 |
| Jones, Margaret | 2:13-cv-11310 |
| Jones, Shirley | 2:14-cv-20334 |
| Keith, Robin | 2:14-cv-18290 |
| Kilgallen, Elizabeth | 2:13-cv-17059 |
| Kimberlin, Gracie | 2:13-cv-27273 |
| Kinlaw, Kimberly | 2:14-cv-20983 |
| Knight, Carolyn | 2:14-cv-18281 |
| Koltzau, Ramona | 2:13-cv-28737 |
| Kowal, Valerie | 2:13-cv-17094 |
| Kurek, Elaine | 2:14-cv-18292 |
| Lambert, Sheila | 2:14-cv-18573 |
| Law, Carrie | 2:13-cv-17032 |
| Leiphart, Marilyn | 2:13-cv-17056 |
| Lind, Nancy | 2:13-cv-17073 |
| Lopez, Rusvelinda | 2:14-cv-25924 |
| Lozano, Patricia | 2:14-cv-18578 |

| | |
|---|---|
| Lubbes, Sandra | 2:14-cv-14239 |
| Lucero, Shari | 2:14-cv-30764 |
| Martinez, Loretta | 2:14-cv-11448 |
| Martinez, Melissa | 2:14-cv-11450 |
| McCart, Terri L | 2:13-cv-17120 |
| McCrea, Kristina | 2:13-cv-17144 |
| McDaniel, Bonnie | 2:14-cv-18579 |
| McDaniel, Sheila | 2:14-cv-19673 |
| McFarland, Faerene | 2:13-cv-17054 |
| McLellan, Mary | 2:14-cv-18581 |
| McPhee, Linda | 2:15-cv-14634 |
| Mendez, Graciela | 2:14-cv-18586 |
| Miller, LuAnn | 2:13-cv-17136 |
| Monia, Sherys | 2:14-cv-21273 |
| Montoya, Alicia | 2:14-cv-11447 |
| Moreno, Barbara | 2:13-cv-17138 |
| Morris, Patricia | 2:13-cv-27939 |
| Mouser, Brenda | 2:14-cv-18584 |
| Nucerino, Lee Ann | 2:13-cv-27282 |
| Ornlesa, Rebecca | 2:14-cv-20191 |
| Owens, Janie Moody | 2:14-cv-26103 |
| Peraza, Darliene | 2:14-cv-14242 |
| Piekarski, Jennifer | 2:14-cv-10863 |
| Rea, Linda | 2:14-cv-20478 |
| Rhoads, Angie | 2:14-cv-11445 |
| Richards, Cheryl | 2:13-cv-17047 |
| Rigney, Sharon | 2:14-cv-14244 |
| Riquelme, Judith | 2:13-cv17039 |
| Robinson, Belinda | 2:13-cv-29401 |
| Rodarte, Sharon | 2:13-cv-17079 |
| Rodriguez, Evelyn | 2:14-cv-16925 |
| Rogers, Toyna | 2:14-cv-20480 |
| Sewinsky, Jean | 2:13-cv-17126 |
| Slate, Margery | 2:13-cv-17142 |
| Slater, Mary | 2:14-cv-07601 |
| Smith, Betty | 2:13-cv-27267 |
| Smith, Mary W | 2:15-cv-13496 |
| Smith, Rebecca | 2:13-cv-29403 |
| Smith, Virginia | 2:14-cv-21274 |
| Smith-Widner, Jeannette | 2:14-cv-20484 |

| | |
|---|---|
| Smolnik, Jeanette | 2:14-cv-20486 |
| Snyder, Patience | 2:13-cv-27269 |
| States, Linda | 2:13-cv-27266 |
| Stinson, Linda | 2:14-cv-11443 |
| Struble, Debra | 2:14-cv-20517 |
| Swearingin, Mila | 2:14-cv-27777 |
| Thibodeau, Christine | 2:14-cv-26102 |
| Thomas, Bertley | 2:14-cv-18594 |
| Thomas, Charlotte | 2:14-cv-14722 |
| Thomas, Elizabeth | 2:13-cv-17127 |
| Truitt, Karen | 2:14-cv-18595 |
| Turch, Dona | 2:14-cv-18599 |
| Utley, Sandra | 2:13-cv-11316 |
| Walker, Sarah | 2:14-cv-18610 |
| Walkup, Ninna | 2:14-cv-25916 |
| Walters, Delores | 2:14-cv-18606 |
| Williams, Dawn | 2:13-cv-17143 |
| Wilson, Patsy | 2:14-cv-20519 |
| Witten, Wanda L | 2:15-cv-13567 |
| Wolford, Jennifer | 2:14-cv-18612 |
| Woods, Sandra | 2:14-cv-18614 |
| Yarbrough, Edna | 2:14-cv-11234 |
| Young, Glory | 2:14-cv-18618 |
| Young, Nancy | 2:14-cv-26104 |
| Zadroga, Theresa | 2:13-cv-17091 |
| Zande, Patricia | 2:13-cv-17140 |
| Zoltowaski, Donna | 2:12-cv-00811 |