UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>Master File No. 2:12-md-2327<br>MDL NO. 2327 |
| CASES LISTED ON EXHIBIT "A" | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Meyers & Flowers, LLC, has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleges; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Respectfully submitted,

MEYERS & FLOWERS, LLC

_____
Peter J. Flowers, Esq.
Frank V. Cesarone, Esq.
3 N Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982 Fax
pjf@meyers-flowers.com
fvc@meyers-flowers.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of November, 2016, served a copy of the forgoing pleading on counsel for all parties to this proceeding through CM/ECF.