# **EXHIBIT A**

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Martin | Donna | 2:12-cv-7747 |
| Lambert | Jo Ann | 2:13-cv-18034 |
| Hacker | Michelle | 2:13-cv-17966 |
| Griffin | Nancy | 2:13-cv-17095 |
| Bjerke | Claudia | 2:13-cv-19012 |
| Fones | Marsha | 2:13-cv-17061 |
| Sobek | Patricia | 2:13-cv-19014 |
| Buchler | Karen | 2:13-cv-19134 |
| Weber | Sharon | 2:13-cv-19016 |
| Ishmael | Lisa | 2:12-cv-7409 |
| Palozzolo | Grace | 2:12-cv-7160 |
| Ginex | Lydia | 2:13-cv-21555 |
| Nugent | Rosemarie | 2:14-cv-19240 |
| Hesse | Danielle | 2:14-cv-12437 |
| Litaker | Deanna | 2:15-cv-01099 |
| Fitzgerald | Alberta | 2:15-cv-01089 |
| Quin | Delores | 2:14-cv-26550 |
| Miller | Marjorie | 2:15-cv-01391 |
| Cohen | Paula | 2:15-cv-00934 |
| Forbes | Kathleen | 2:15-cv-03953 |
| Flores | Rosalie | 2:15-cv-11745 |