IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiff listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: October 18, 2016                Respectfully submitted,

*Robert L. Hanley, Jr.*
ROBERT L. HANLEY, JR.
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue, Suite 700
Towson, Maryland 21204
(410) 823-7800

*Attorneys for Sandra L. Brown Highlander*

1

**Attachment A**

*Sandra L. Brown Highlander, et al. v. Ethicon, Inc., D/B/A Gynecare, Inc., D/B/A Ethicon Women's Health and Urology, et al.*
Case No.:  2:14-CV-15599