UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION <br><br> Master File No. 2:12-MD-02327 <br> MDL NO. 2327 |
| CASES LISTED ON ATTACHMENT "A" | * * * * | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, Terry Bryant PLLC, has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit "A' as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Respectfully submitted,

TERRY BRYANT PLLC

_____
Gregg Anderson
Texas Bar No. 01186200
Federal Bar. No. 9032
Email: gregg@terrybryant.com
8584 Katy Freeway, Suite 100
Houston, Texas 77024
Tel: (713) 973-8888
Fax: (713) 973-1188

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of November 2016, served a copy of the foregoing pleading on counsel for all parties to this proceeding through PACER, telecopier, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Gregg Anderson