# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| ---------------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **CASES ON ATTACHED EXHIBIT A** | |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Perdue & Kidd has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016

Respectfully submitted,

_/s/ Jim M. Perdue, Jr.___
Jim M. Perdue, Jr.
Brian B. Winegar
Perdue & Kidd
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  (713) 520-2500
Facsimile:   (713) 520-2525
jperduejr@perdueandkidd.com
bwinegar@perdueandkidd.com

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                                                                                 _/s/ Jim M. Perdue, Jr.___
Jim M. Perdue, Jr.
Brian B.Winegar
Perdue & Kidd
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  (713) 520-2500
Facsimile:   (713) 520-2525
jperduejr@perdueandkidd.com
bwinegar@perdueandkidd.com