**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY             MDL 2327
LITIGATION
-------------------------------------------------------
**CASE LISTED ON ATTACHMENT A**

                        JOSEPH R. GOODWIN U.S. DISTRICT
                                     JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

        I hereby certify that to the best of my information and belief, our firm has previously

supplied the information required per Pretrial Order 240 for the plaintiff listed on Attachment A

as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon
product(s) for which a claim is alleged.


Dated: November 11, 2016             Respectfully submitted,


                           Law Offices of Terence J. Sweeney, Esq.

                           By:_____/s/Terence J. Sweeney_____
                               Terence J. Sweeney, Esq.
                               44 Fairmount Avenue
                               Suite One
                               Chatham, NJ  07928
                               Tel. no. (973) 665-0400
                               Facsimile No. (973) 665-0401
                               Email Sweeneylawfirm@optonline.net
                               (NJ Bar No. 037631987)

**Exhibit A**

| Plaintiff Name | Case No |
|---|---|
| Shirley Berkowitz | 2:15-cv-06066 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |