UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| CASES LISTED ON ATTACHMENT "A" | HON. JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLAINCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiff listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

This 7th day of November, 2016.

MARTIN & JONES, PLLC

/s/ H. Forest Horne
H. Forest Horne, NCSB# 16678
Carrie R. Guest, NCSB# 36451
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ H. Forest Horne
H. Forest Horne, NCSB# 16678
Carrie R. Guest, NCSB# 36451
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

## ATTACHMENT "A"

| Plaintiff Name | Case No. |
|---|---|
| Sheila H. Elliott | 2:12-cv-8308 |
| Janie W. Bird | 2:13-cv-1407 |
| Cindy A. Childress | 2:13-cv-05213 |
| Kathleen F. Rowan | 2:12-cv-8045 |
| Rosemarie J. Quinn | 2:13-cv-01219 |
| Jannis B. Shea | 2:12-cv-8310 |
| Shauna L. Bennett | 2:13-cv-01223 |
| Virigina Hillyer | 2:13-cv-1410 |
| Linda Kay Carver | 2:13-cv-01220 |
| Clara Moore Hare | 2:13-cv-05214 |
| Jimmie C. Williams | 2:12-cv-2530 |
| Suzanne B. Cromie | 2:13-cv-1409 |
| Robyn I. Zimmerman | 2:12-cv-7883 |
| LaDonna G. Garner | 2:12-cv-7501 |
| Cynthia Ella McDougal | 2:13-cv-01221 |
| Johnnie E. Motes | 2:12-cv-7504 |
| Lorrie J. Hinson | 2:13-cv-05215 |
| Evelyn A. McCain | 2:13-cv-07265 |
| Sharon E. Gagliano | 2:13-cv-04353 |
| Billie L. Merck | 2:13-cv-21248 |
| Mica F. Ricks | 2:14-cv-25782 |
| Joann Cowan | 2:12-cv-09164 |
| Nancy Savage | 2:15-cv-08525 |
| Cynthia Sullivan | 2:13-cv-04358 |
| Gina Vargas | 2:14-CV-10899 |