IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Irpino Law Firm has supplied the information required per Pretrial Order 240 for the Plaintiff listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

This 11th day of November, 2016.

Respectfully Submitted:

/s/ Anthony D. Irpino
**ANTHONY D. IRPINO (# 24727)**
**IRPINO LAW FIRM**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **CASES LISTED ON ATTACHMENT A** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on November 11, 2016, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

By:

/s/ Anthony D. Irpino_____
**ANTHONY D. IRPINO**

2