**EXHIBIT A**

| Case Number | Last Name | First Name |
| --- | --- | --- |
| 2:12-cv-00489 | Clayton | Melissa |
| 2:13-cv-01753 | Douglas | Peggy |
| 2:13-cv-00843 | Green | Sandra |
| 2:13-cv-01284 | Hoffmann | Joyce |
| 2:13-cv-00821 | Paretti | Bonnie Jean |
| 2:13-cv-00823 | Wilson | Theresa |