IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, The Law Offices of Jeffrey S. Glassman, has supplied the information required per Pretrial Order 240 for the Plaintiff listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/ or removals of Ethicon products(s) for which a claim is alleged.

This 11th day of November, 2016.

Respectfully Submitted:

/s/ Robert T. Naumes, Jr.
**Robert T. Naumes, Jr. (#664826)**
**The Law Offices of Jeffrey S. Glassman**
One International Pl., 18th Fl.
Boston, MA 02110
P: 617-367-2900
F: 617-722-9999
bnaumes@jeffreysglassman.com

1