# EXHIBIT A – LAW FIRM: THE LAW OFFICES OF JEFFREY S. GLASSMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 13-CV-24570 | Jarusinski, et al v. Ethicon, Inc., et al |
| 13-CV-26825 | Walsh, et al v. Ethicon, Inc., et al |
| 13-CV-29101 | Ives, et al v. Ethicon, Inc., et al |
| 14-CV-07974 | Brown v. Ethicon, Inc., et al |
| 14-CV-15283 | Acker, et al v. Ethicon, Inc., et al |
| 14-CV-15674 | Hundley, et al v. Ethicon, Inc., et al |
| 14-CV-16299 | Mackay v. Ethicon, Inc., et al |
| 14-CV-16991 | Barbee v. Ethicon, Inc., et al |
| 14-CV-17369 | Spaulding v. Ethicon, Inc., et al |
| 14-CV-18233 | Delaney v. Ethicon, Inc., et al |
| 14-CV-18530 | Connor, et al v. Ethicon, Inc., et al |
| 14-CV-18624 | Walrond, et al v. Ethicon, Inc., et al |
| 14-CV-19897 | Swan v. Ethicon, Inc., et al |
| 14-CV-20263 | Wilder v. Ethicon, Inc., et al |
| 14-CV-20897 | Goodspeed v. Ethicon, Inc., et al |
| 14-CV-21446 | Zblewski, et al v. Ethicon, Inc., et al |
| 14-CV-24144 | Mazza v. Ethicon, Inc., et al |
| 14-CV-25416 | Oullette, et al v. Ethicon, Inc., et al |
| 14-CV-26018 | Borkowski v. Ethicon, Inc., et al |
| 14-CV-26140 | Darnell v. Ethicon, Inc., et al |
| 14-CV-26260 | Pierce, et al v. Ethicon, Inc., et al |
| 14-CV-26471 | Rupard v. Ethicon, Inc., et al |
| 14-CV-26826 | Barbour v. Ethicon, Inc., et al |
| 14-CV-27025 | Borchers v. Ethicon, In., et al |
| 14-CV-27244 | Travers v. Boston Scientific Corporation, et al |
| 14-CV-27338 | Pate v. Ethicon, Inc., et al |
| 14-CV-27358 | Finnell v. Ethicon, Inc., et al |
| 14-CV-27492 | Schieving, et al v. Ethicon, Inc., et al |
| 14-CV-27740 | Asaadi v. Ethicon, Inc., et al |
| 14-CV-27929 | Nicholson, et al v. Ethicon, Inc., et al |
| 14-CV-28344 | Cady v. Ethicon, Inc., et al |
| 14-CV-28758 | Moseman v. Ethicon, Inc., et al |
| 14-CV-28996 | Matranga v. Ethicon, Inc., et al |
| 14-CV-30118 | Sofia, et al v. Ethicon, Inc., et al |
| 14-CV-30767 | Boezi, et al v. Ethicon, Inc., et al |
| 14-CV-31176 | Taylor-Richards v. Ethicon, Inc., et al |
| 15-CV-00268 | Stueck, et al v. Ethicon, Inc., et al |
| 15-CV-01853 | Hunt, et al v. Ethicon, Inc., et al |
| 15-CV-02321 | Hall, et al v. Ethicon, Inc., et al |

| | |
|---|---|
| 15-CV-03414 | Durham v. Ethicon, Inc., et al |
| 15-CV-04265 | Cope, et al v. Ethicon, Inc., et al |
| 15-CV-04444 | Wallace v. Ethicon, Inc., et al |
| 15-CV-04973 | Tirrell v. Ethicon, Inc., et al |
| 15-CV-05054 | Bridges v. Ethicon, Inc., et al |
| 15-CV-05559 | Fortier v. Ethicon, Inc., et al |
| 15-CV-05562 | Thompson v. Ethicon, Inc., et al |
| 15-CV-06278 | Colavito, et al v. Ethicon, Inc., et al |
| 15-CV-06372 | Hackney, et al v. Ethicon, Inc., et al |
| 15-CV-06408 | Homer, et al v. Ethicon, Inc., et al |
| 15-CV-06474 | Walker v. Ethicon, Inc., et al |
| 15-CV-06581 | Parker v. Ethicon, Inc., et al |
| 15-CV-07434 | Teague v. Ethicon, Inc., et al |
| 15-CV-07636 | Popp v. Ethicon, Inc., et al |
| 15-CV-08077 | Trujillo v. Ethicon, Inc., et al |
| 15-CV-11414 | Miller v. Ethicon, Inc., et al |
| 15-CV-11471 | Townsend, et al v. Ethicon, Inc., et al |
| 15-CV-12675 | Whitley v. Ethicon, Inc., et al |
| 15-CV-13024 | Bates v. Ethicon, Inc., et al |
| 15-CV-13173 | Schimanski v. Ethicon, Inc., et al |
| 15-CV-13409 | Smith v. Ethicon, Inc., et al |
| 15-CV-13490 | Bissell v. Ethicon, Inc., et al |
| 15-CV-15738 | Stamper, et al v. Ethicon, Inc., et al |
| 16-CV-00455 | Shaffer v. Ethicon, Inc., et al |
| 16-CV-00810 | Heavner v. Ethicon, Inc., et al |
| 16-CV-01946 | Abruzzo v. Ethicon, Inc., et al |
| 16-CV-03306 | Lee v. Ethicon, Inc., et al |
| 16-CV-03807 | Beckler, et al v. Ethicon, Inc., et al |
| 16-CV-04813 | Handeland, et al v. Ethicon, Inc., et al |
| 16-CV-07046 | Lown, et al v. Ethicon, Inc., et al |
| | |