IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br><br>MDL No. 2327 |
| THIS DOCUMENT RELATES ONLY TO CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I HEREBY CERTIFY that to the best of my information and belief, our firm has previously supplied the infomration required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016    /s/Brenda S. Fulmer
BRENDA S. FULMER
Florida Bar No.: 999891
E-Mail(s): bsf@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:     (561) 383-9498

Certification of Compliance with PTO 240

I HEREBY CERTIFY that on November 11, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/Brenda S. Fulmer*
Brenda S. Fulmer

ATTACHMENT A

| PLAINTIFF NAME | CASE NO. |
|---|---|
| Rosellen Abramson | 2:13-cv-22059 |
| Abigail Alvarez | 2:12-cv-06687 |
| Linda Joyce Baldwin | 2:15-cv-00363 |
| Alice Faye Bartram | 2:12-cv-08571 |
| Dawn Blankenship | 2:14-cv-18619 |
| Donna Bowe | 2:13-cv-26061 |
| Deborah Kay Carr | 2:16-cv-09001 |
| Ruth S. Chapman | 2:15-cv-01622 |
| Pauline Connolly | 2:14-cv-26530 |
| Patrice Conrath | 2:12-cv-06823 |
| Erika Dailey | 2:14-cv-13875 |
| Slavica Dragicevic | 2:16-cv-09557 |
| Alicia A. Dubyak | 2:16-cv-08419 |
| Sandra Faherty | 2:15-cv-08764 |
| Sue H. Ghantt | 2:14-cv-19971 |
| Maria Gonzalez | 2:14-cv-14475 |
| Eva Goode | 2:16-CV-09593 |
| Marilyn D. Gordy | 2:13-cv-02303 |
| Vicki Holt | 2:14-cv-26537 |
| Darlene Hunt | 2:13-cv-23360 |
| Elizabeth Jimenez | 2:15-cv-13049 |
| Joyce A. Kasper | 2:13-cv-08605 |
| Gloria J. Kitchens, E/O | 2:16-CV-04408 |
| Meryem Kolosine | 2:14-CV-26566 |
| Betty A. LaPiere | 2:15-cv-07253 |
| Gloria Lisojo | 2:14-cv-25147 |

| | |
|---|---|
| Margaret Loughran | 2:15-cv-10869 |
| JoAnn McFeeters | 2:15-CV-01005 |
| Elizabeth M. McGathey | 2:12-cv-01538 |
| Penny Miller | 2:14-cv-18708 |
| Michele Morace | 2:14-CV-27348 |
| Nell Moyers | 2:13-cv-05879 |
| Karen V. Oddo | 2:12-cv-06762 |
| Julie Pacheco | 2:14-cv-26531 |
| Milagros Penate | 2:15-cv-07005 |
| Jennifer Raker | 2:14-cv-18716 |
| Donna Rauch | 2:14-cv-14836 |
| Rose M. Reed | 2:16-cv-03809 |
| Sandra Kay Reed | 2:15-cv-07261 |
| Dorothy M. Rich | 2:12-cv-06269 |
| Nieves Elena Rodriguez | 2:15-cv-14970 |
| Patricia Rotatori | 2:14-cv-24118 |
| Carol Sciarro | 2:13-cv-14093 |
| Lori M. Smith | 2:14-cv-13735 |
| Claudia Smythe | 2:15-cv-07232 |
| Jeannae Thomson-Roy | 2:12-cv-04586 |
| Rosa A. Viverette | 2:14-cv-18710 |
| Alma Walker | 2:14-cv-24125 |
| Constance Wilkinson | 2:12-CV-08717 |