## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR     MDL No.  2:12-md-02327
SYSTEMS PRODUCTS LIABILITY LITIGATION     MDL No. 2327

------------------------------------------------------------

THIS DOCUMENT RELATES TO:

CASES LISTED ON ATTACHMENT "A"        JOSEPH R. GOODWIN

------------------------------------------------------------    U.S. DISTRICT JUDGE

## CERTIFICATE OF COMPLIANCE WITH PTO 240

      I hereby certify that to the best of my information and belief, my firm has supplied the

information required per Pretrial Oder 240 for the Plaintiffs listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon, Inc. Pelvic Repair Systems product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon, Inc. product(s) for which a claim is alleged.

           Respectfully Submitted,

Dated: November 11, 2016        */s/ Alan S. Lazar*_____
                   Alan S. Lazar
                   Marlin & Saltzman LLP
                   29229 Canwood Street, Suite 208
                   Agoura Hills, California 91301
                   Phone No. (818) 991-8080
                   Fax No. (818) 991-8081
                   Email: alazar@marlinsaltzman.com
                   **Attorney for Plaintiffs**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system, which will send notification of such filing to the CM/ECF counsel registered to receive service in this action.

**DATED:** November 11, 2016                    **MARLIN & SALTZMAN LLP**


BY:     <u>/s/ Alan S. Lazar</u>
        Alan S. Lazar
        Marlin & Saltzman LLP
        29229 Canwood Street, Suite 208
        Agoura Hills, CA 91301
        Phone No. (818) 991-8080
        Fax No. (818) 991-8081
        Email: alazar@marlinsaltzman.com
        **Attorney for Plaintiffs**