EXHIBIT "A"

| Plaintiffs' Name | | Case No. |
|---|---|---|
| Agorchukwu | Josie | 2:13-cv-01946 |
| Armstrong | Berta | 2:13-cv-19133 |
| Baker | Judy | 2:12-cv-09496 |
| Baker | Terri | 2:13-cv-01985 |
| Bass | June | 2:12-cv-07891 |
| Best-Littrell | Laurie | 2:13-cv-22986 |
| Bogue | Teresa | 2:12-cv-07907 |
| Boomhower | Paula | 2:13-cv-14886 |
| Boothe | Gloria | 2:15-cv-07478 |
| Britt | Judy | 2:13-cv-01947 |
| Brown | Janice | 2:13-cv-21812 |
| Brown | Paula | 2:14-cv-00386 |
| Buchholz | Dianna | 2:13-cv-19305 |
| Bush | Teresa | 2:13-cv-01937 |
| Cabrera | Mona | 2:13-cv-20183 |
| Carrillo | Susan | 2:13-cv-14909 |
| Cass | Mary | 2:12-cv-09500 |
| Chavez | Maria Bertha | 2:13-cv-11240 |
| Christensen | Ann | 2:16-cv-02054 |
| Cisneros | Lupe | 2:13-cv-14905 |
| Crowe | Betty | 2:13-cv-19299 |
| Dealba | Circe | 2:13-cv-19143 |
| Diaz | Monica | 2:12-cv-09491 |
| Epstein-Clark | Linda | 2:14-cv-14081 |
| Estes | Debra | 2:14-cv-01104 |
| Frietze | Nadine | 2:14-cv-29513 |
| Garcia | Margarita | 2:13-cv-01992 |
| Garcia | Nina | 2:13-cv-01942 |
| Geraty | Elaine | 2:12-cv-05830 |
| Gonzalez | Brandy Stalc | 2:13-cv-4844 |
| Greenwell | Shirley | 2:13-cv-20166 |
| Grundel | Sharon | 2:13-cv-28247 |
| Gurrola | Klaudia | 2:13-cv-4826 |
| Hagler | Penny | 2:13-cv-19177 |

EXHIBIT "A"

| Plaintiffs' Name | | Case No. |
|---|---|---|
| Haymart | Jennifer | 2:14-cv-21296 |
| Henderson | Lisa | 2:13-cv-15000 |
| Henderson | Karan | 2:14-cv-18418 |
| Hervey | Georgia | 2:12-cv-05839 |
| Hogge | Vivian | 2:12-cv-07873 |
| Jackson | Sharon | 2:13-cv-01981 |
| Jaeger | Anita | 2:13-cv-14906 |
| Jeran | Meryl | 2:12-cv-09493 |
| Johnson | Gillian | 2:15-cv-12993 |
| Ledesma | Anita | 2:13-cv-25699 |
| Lee | Deborah | 2:13-cv-23030 |
| Lewis | Wanda | 2:14-cv-19203 |
| Lindsay | Constance | 2:13-cv-28222 |
| Lucas | Betty | 2:14-cv-00381 |
| Manchester | Bernice | 2:13-cv-21822 |
| Marshall | Dawn | 2:15-cv-04271 |
| Marston | Susan | 2:12-cv-09490 |
| Martin | Cheryl | 2:14-cv-00354 |
| Martinez | Nohemi | 2:13-cv-10804 |
| Marty | Ronnie | 2:13-cv-04822 |
| Mattox | Kristine | 2:13-cv-14913 |
| McEachin | Kimberly | 2:13-cv-01938 |
| Mejia | Patricia | 2:15-cv-14436 |
| Mercer | Rebecca | 2:13-cv-4889 |
| Miller | Madeline | 2:14-cv-27841 |
| Miller | Sandra | 2:12-cv-09488 |
| Morreira | Delia | 2:13-cv-01950 |
| Nielsen | Lori | 2:13-cv-01977 |
| Nystrom | Amy | 2:13-cv-23100 |
| Olsen | Danielle | 2:13-cv-11246 |
| Plasse | Christina | 2:13-cv-28221 |
| Porter | Bonnie | 2:13-cv-22984 |
| Postil | Victoria | 2:12-cv-09486 |
| Ramsey | Patricia | 2:14-cv-22519 |

EXHIBIT "A"

| Plaintiffs' Name | | Case No. |
|---|---|---|
| Rapp | Vivian | 2:15-cv-7481 |
| Reyna | Kathy | 2:14-cv-14089 |
| Reynolds | Barbara | 2:15-cv-14756 |
| Richardson | Dawn | 2:13-cv-05254 |
| Roath | Gayle | 2:12-cv-05841 |
| Rocha | Alize | 2:14-cv-14097 |
| Rocha | RoseMarie | 2:14-cv-05715 |
| Rogers | Elsa | 2:13-cv-01953 |
| Sabatino | Teresa | 2:12-CV-05843 |
| Seifkas (Hughes) | Patricia | 2:13-cv-20168 |
| Sexton | Kathy | 2:15-cv-7505 |
| Solano | Josie | 2:14-cv-14101 |
| Stricklin | Tona | 2:13-cv-19313 |
| Tidler | Dorothy Pauline | 2:14-cv-21299 |
| Vasquez | Tami | 2:14-cv-00374 |
| Vigil | Hortencia | 2:14-cv-01060 |
| Young | Patricia | 2:13-cv-22972 |