UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2:12-md-02327<br>MDL No. 2327<br><br>Judge Joseph R. Goodwin |
| This Document Relates To Cases Listed on Attachment A | |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon products for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

DATED this 11th day of November, 2016.

Respectfully submitted,

By: /s/*Kevin M. Pearl, Esq.*
**KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@facslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2016, a true and correct copy of the foregoing document was served electronically on counsel of record via PTO240@butlersnow.com.

Respectfully submitted,

By: /s/*Kevin M. Pearl, Esq.*
    **KEVIN M. PEARL**

Carl N. Frankovitch, Esq. (WV ID# 4746)
Kevin M. Pearl, Esq. (WV ID#8840)
FRANKOVITCH, ANETAKIS
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
Tel. (304) 723-4400
Fax:(304) 723-5892
Email: kevin@facslaw.com

## ATTACHMENT A

| Plaintiff Name | Case No. |
| --- | --- |
| Samples, Marissa | Southern District of West Virginia-Charleston 2:13-cv-18643 |
| Goss, Penny and John | Southern District of West Virginia-Charleston 2:13-cv-18607 |
| Seifert, Debra and William | Southern District of West Virginia-Charleston 2:13-cv-19540 |
| Roesgen, Shannon and Jeffrey | Southern District of West Virginia-Charleston 2:14-cv-27572 |
| Renforth, Lourdes and Terry | Southern District of West Virginia-Charleston 2:13-cv-27366 |
| Morton, Pearl and Alvin | Southern District of West Virginia-Charleston 2:13-cv-28306 |
| Williamson, Sara and William | Southern District of West Virginia-Charleston 2:13-cv-18461 |
| Sismondo, Tammy and Ronald | Southern District of West Virginia-Charleston 2:13-cv-18659 |
| Shepard, Laura | Southern District of West Virginia-Charleston 2:13-cv-18549 |
| Christy McKinney as Administratrix of the Estate of Mary Lou Kazee, deceased | Southern District of West Virginia-Charleston 2:13-cv-18487 |
| Aikens, Beverly | Southern District of West Virginia-Charleston 2:15-cv-05067 |
| Fryar, Catherine and Jesse | Southern District of West Virginia-Charleston 2:13-cv-22559 |
| Bain (fka Peterson), Leslie and Richard | Southern District of West Virginia-Charleston 2:13-cv-18557 |
| Boice, Troyann and Robert | Southern District of West Virginia-Charleston 2:13-cv-18560 |
| Craib, Melissa and Robert | Southern District of West Virginia-Charleston 2:12-cv-26870 |
| Dickson, Connie | Southern District of West Virginia-Charleston 2:143-cv-29726 |
| Jacobs, Sherry and Steven | Southern District of West Virginia-Charleston 2:16-cv-05292 |
| Guzzo, Cheryl and Joseph | Southern District of West Virginia-Charleston 2:13-cv-18562 |
| Crumm, Dana and David | Southern District of West Virginia-Charleston 2:13-cv-18414 |
| French, Karen and Stephen | Southern District of West Virginia-Charleston 2:13-cv-26724 |
| Boles, Christie and James | Southern District of West Virginia-Charleston 2:15-cv-04062 |

| | |
|---|---|
| Russell, Edina | Southern District of West Virginia-Charleston 2:14-cv-16190 |
| Neil, JoAnn and Franklin | Southern District of West Virginia-Charleston 2:15-cv-06030 |
| Mathey, Tracy L. | Southern District of West Virginia-Charleston 2:14-cv-11813 |

4