**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Erin K. Copeland*

Erin K. Copeland
Federal ID#29219 / TX State Bar # 24028157
FIBICH LEEBRON
COPELAND BRIGGS JOSEPHSON
1150 Bissonnet Street
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

ATTORNEYS FOR PLAINTIFFS