**EXHIBIT A**

| # | Client | CauseNo |
|---|---|---|
| 1 | Adams, Patricia Lynn | 2:15-cv-04801 |
| 2 | Alaniz, Delores | 2:13-cv-04881 |
| 3 | Allen, Bridget | 2:13-cv-33158 |
| 4 | Allen, Lena M. | 2:13-cv-20667 |
| 5 | Alters, Louann | 2:13-cv-29623 |
| 6 | Anderson, Gabriela | 2:13-cv-33159 |
| 7 | Atencio, Mercy | 2:13-cv-32365 |
| 8 | Auflick, Sharon H. | 2:13-cv-20916 |
| 9 | Baez, Araceli | 2:12-cv-03078 |
| 10 | Balkema, Sheryl L. | 2:13-cv-33160 |
| 11 | Barattiero, Priscilla Grace | 2:14-cv-22842 |
| 12 | Barnett, Michele K. | 2:12-cv-08024 |
| 13 | Barton, Debra | 2:13-cv-20917 |
| 14 | Bass-Austin, Diane | 2:14-cv-16333 |
| 15 | Basson, Billie J. | 2:13-cv-33161 |
| 16 | Batchelor, Heather | 2:13-cv-20918 |
| 17 | Beck, Cheryl Ann | 2:13-cv-31750 |
| 18 | Bedner, Juanita | 2:13-cv-33162 |
| 19 | Bell, Lauri A. | 2:13-cv-05389 |
| 20 | Bermudez, Lizzette | 2:13-cv-33163 |
| 21 | Black, Heidi | 2:14-cv-12976 |
| 22 | Bodkin, Tjwina Kay | 2:13-cv-20674 |
| 23 | Boggs, Lisa | 2:12-cv-02981 |
| 24 | Boyett, Gloria Louise | 2:13-cv-20675 |
| 25 | Brady, Linda L. | 2:13-cv-26013 |
| 26 | Bridges, Sherry Evelyn | 2:13-cv-13334 |
| 27 | Brogdon, Brenda Sue | 2:14-cv-16964 |
| 28 | Brown, Verna Lea | 2:13-cv-33164 |
| 29 | Brusseau, Lottie Q. | 2:12-cv-02819 |
| 30 | Burgess, Judy R. | 2:13-cv-31772 |
| 31 | Canady, Norma | 2:13-cv-33165 |
| 32 | Carrigan, Sheila A. | 2:15-cv-05015 |
| 33 | Carswell, Rosie | 2:13-cv-33166 |
| 34 | Cathcart, Linda Diane | 2:13-cv-28924 |
| 35 | Chambliss, Amy | 2:13-cv-30695 |
| 36 | Champagne, Violet | 2:13-cv-30696 |
| 37 | Charbonneau, Jacquelyn | 2:13-cv-33167 |
| 38 | Chough, Eun | 2:13-cv-31751 |
| 39 | Clark-Coller, Nancy J. | 2:13-cv-21847 |
| 40 | Clegg, Lucille Barbasso | 2:13-cv-15760 |
| 41 | Clements, Diane B. | 2:13-cv-33168 |
| 42 | Clendenin, Theresa | 2:15-cv-14068 |
| 43 | Cocker, Helen E. | 2:14-cv-11526 |
| 44 | Connolly, Theresa A. | 2:15-cv-05091 |
| 45 | Couey, Catherine | 2:15-cv-01883 |
| 46 | Cross, Linda A. | 2:15-cv-05441 |

EXHIBIT A

| # | Client | CauseNo |
|---|---|---|
| 47 | Crull, Linda | 2:13-cv-30700 |
| 48 | Cruz-Garcia, Cynthia | 2:14-cv-12135 |
| 49 | Cuttrell, Judy | 2:14-cv-14379 |
| 50 | D'Angelo, Leisha C | 2:13-cv-20919 |
| 51 | Davis, Mablean | 2:13-cv-30720 |
| 52 | Decker, Andrea | 2:13-cv-08111 |
| 53 | Dickinson, Teresa | 2:13-cv-20920 |
| 54 | Dillard, Paula | 2:13-cv-21905 |
| 55 | Dolinger, Helen R. | 2:15-cv-05388 |
| 56 | Dooley, Toni | 2:13-cv-10783 |
| 57 | Duckett, Deborah Dee | 2:13-cv-17910 |
| 58 | Dunning, Allison | 2:13-cv-10604 |
| 59 | Eckdahl, Patricia Ann | 2:12-cv-03319 |
| 60 | Edwards, Cheryl Ann | 2:13-cv-20922 |
| 61 | Ehrhard, Camille | 2:13-cv-20923 |
| 62 | Ellison, Jamie B. | 2:13-cv-21917 |
| 63 | Elmhami, Donetta Rae | 2:13-cv-30721 |
| 64 | Ennis, Jaime Ann | 2:15-cv-07658 |
| 65 | Evett, Golden | 2:13-cv-20927 |
| 66 | Ezell, Frances | 2:13-cv-20929 |
| 67 | Faddoul, Mirna | 2:13-cv-20930 |
| 68 | Farrar, Mildred Vernette | 2:14-cv-12347 |
| 69 | Farris, Helen D. | 2:13-cv-30723 |
| 70 | Fawkes-Neely, Debbie Lynn | 2:13-cv-30725 |
| 71 | Fenn, Debbie Reina | 2:15-cv-04446 |
| 72 | Finley, Karen | 2:13-cv-21698 |
| 73 | Firman, Susan Wiley | 2:13-cv-16319 |
| 74 | Fischer, Patricia A. | 2:13-cv-33170 |
| 75 | Fisher, Norma J. | 2:15-cv-03100 |
| 76 | Flores, Peggy | 2:13-cv-33171 |
| 77 | Forbes, Paula Joanne | 2:14-cv-16334 |
| 78 | Forest, Lavonne | 2:13-cv-08945 |
| 79 | Fowler, Gail | 2:15-cv-05442 |
| 80 | Fox, Suzanne | 2:13-cv-33190 |
| 81 | Franks, Teresa Darlene | 2:15-cv-05448 |
| 82 | Fridlund, Robynn | 2:13-cv-21699 |
| 83 | Friend, Amber N. | 2:15-cv-00692 |
| 84 | Frounfelter, Karyn Penny | 2:14-cv-19649 |
| 85 | Gale, Pearl | 2:15-cv-05859 |
| 86 | Gambill, Donna Delores | 2:13-cv-33242 |
| 87 | Gargiulo, Linda E. | 2:13-cv-04503 |
| 88 | Gonzalez, Ann | 2:13-cv-13647 |
| 89 | Grant-Jenkins, Deborah | 2:13-cv-15613 |
| 90 | Grimmett, Carol Marie | 2:13-cv-21133 |
| 91 | Grindstaff, Norma Juanice | 2:14-cv-29488 |
| 92 | Haag, Teresa Ann | 2:13-cv-21141 |

**EXHIBIT A**

| # | Client | CauseNo |
|---|---|---|
| 93 | Hall, Linda M. | 2:14-cv-26674 |
| 94 | Hampton, Jeanne Arlene | 2:13-cv-30726 |
| 95 | Hanley, Melissa Ann | 2:13-cv-21143 |
| 96 | Hansen, Teresa Ann | 2:13-cv-33173 |
| 97 | Hardin, Billie Gene | 2:13-cv-30728 |
| 98 | Hardwick, Alice B. | 2:14-cv-07968 |
| 99 | Harfman, Dianne | 2:15-cv-02929 |
| 100 | Harrell, Theresa | 2:15-cv-05866 |
| 101 | Harrington, June M. | 2:15-cv-05808 |
| 102 | Hartsock, Regina Marie | 2:13-cv-21144 |
| 103 | Hataway, Wilna Jean | 2:13-cv-21858 |
| 104 | Hattenstein, Juanita June | 2:13-cv-26013 |
| 105 | Haughton, Kathleen S. | 2:15-cv-05863 |
| 106 | Hennie, Mary Jane | 2:13-cv-30729 |
| 107 | Hernandez, Anita | 2:13-cv-04279 |
| 108 | Hernandez, Guadalupe | 2:13-cv-16311 |
| 109 | Herrin, Barbara | 2:13-cv-29805 |
| 110 | Herron, Shirra Anne | 2:13-cv-21908 |
| 111 | Hollingquest, Carolyn | 2:13-cv-32426 |
| 112 | Hoopingarner, Carol Ann | 2:14-cv-18213 |
| 113 | Horner, Janice | 2:13-cv-21145 |
| 114 | Howington, Donna | 2:15-cv-05967 |
| 115 | Huerta, Anna R. | 2:13-cv-21146 |
| 116 | Humphrey, Janet M. | 2:13-cv-21147 |
| 117 | Hunt, Margaret | 2:13-cv-21148 |
| 118 | Hunter [Wilson], Renee M. | 2:13-cv-21149 |
| 119 | Jackson, Judith Diane | 2:13-cv-33985 |
| 120 | Jarriel, Cindy Lee | 2:13-cv-21700 |
| 121 | Jewell, Emma Kemp | 2:13-cv-31752 |
| 122 | Johnson, Anita | 2:15-cv-06090 |
| 123 | Johnson, Virginia | 2:15-cv-07842 |
| 124 | Jones, Faith | 2:13-cv-31753 |
| 125 | Jones, LuAnn | 2:13-cv-15618 |
| 126 | Kasbaum, Rebecca | 2:13-cv-06398 |
| 127 | Keener, Lorene R. | 2:13-cv-21701 |
| 128 | Kiker, Delores | 2:13-cv-21702 |
| 129 | Knight, Heidi | 2:13-cv-21703 |
| 130 | Knoblauch, Susan | 2:15-cv-03112 |
| 131 | Knox, Florence | 2:13-cv-21704 |
| 132 | Kolstad, Rose Marie | 2:15-cv-04450 |
| 133 | Krob, Beverly J. | 2:13-cv-21705 |
| 134 | Kuss, Tina S. | 2:13-cv-02829 |
| 135 | Kuszewski, Carol | 2:13-cv-31755 |
| 136 | Lapietro, Jean R. | 2:15-cv-03114 |
| 137 | Lawrence, Sharon Kay | 2:13-cv-09794 |
| 138 | Lawson, Carol Ann | 2:13-cv-28219 |

**EXHIBIT A**

| # | Client | CauseNo |
|---|---|---|
| 139 | Leija, Angie Armendariz | 2:13-cv-21706 |
| 140 | Lewter, Joy | 2:15-cv-06181 |
| 141 | Little, Linda Kay | 2:13-cv-21707 |
| 142 | Logue, Marilyn | 2:13-cv-15734 |
| 143 | Lyle, Sharon | 2:13-cv-33990 |
| 144 | Lyon, Susan D. | 2:13-cv-22004 |
| 145 | Marks, Joice | 2:14-cv-12407 |
| 146 | Marshall, Gloria Dean | 2:15-cv-00856 |
| 147 | Marshall, Tonia L. | 2:13-cv-22007 |
| 148 | Martinez, Tracie | 2:13-cv-22127 |
| 149 | Mashburn, Sharon V. | 2:13-cv-06065 |
| 150 | Matheus, Brenda | 2:13-cv-15700 |
| 151 | Maynard, Deanna | 2:15-cv-05643 |
| 152 | Maze, Tonia Rachelle | 2:13-cv-22008 |
| 153 | McClenan, Jamie M. | 2:13-cv-22010 |
| 154 | McCurdy, Cindy L. | 2:13-cv-22014 |
| 155 | McGrath, Margaret T. | 2:13-cv-22016 |
| 156 | McInturff, Lori Ann | 2:13-cv-22017 |
| 157 | McKenzie, Carol | 2:13-cv-33900 |
| 158 | McVey, Mary | 2:15-cv-06422 |
| 159 | Medders, Gloria June | 2:13-cv-22018 |
| 160 | Mendoza, Virginia G. | 2:13-cv-22019 |
| 161 | Miller, Pamela Grafton | 2:13-cv-14472 |
| 162 | Miller, Patricia Gail | 2:13-cv-34002 |
| 163 | Minyard, Cynthia A. | 2:13-cv-33175 |
| 164 | Mireles, Sujei | 2:12-cv-08604 |
| 165 | Mooney, Linda | 2:13-cv-22130 |
| 166 | Moore, Julie | 2:13-cv-21914 |
| 167 | Moore, Trudy | 2:13-cv-33177 |
| 168 | Moritz, Cleve | 2:14-cv-19435 |
| 169 | Morrill, Barbara Anne | 2:13-cv-22262 |
| 170 | Morrison, Lucinda | 2:13-cv-22263 |
| 171 | Motley, Candice | 2:13-cv-22264 |
| 172 | Naus, Cathy G. | 2:14-cv-03840 |
| 173 | Neet, Laura | 2:13-cv-28926 |
| 174 | Neff, Kimberly A. | 2:13-cv-22265 |
| 175 | Neruda, Betty J | 2:13-cv-22266 |
| 176 | Nestrud, Joann | 2:14-cv-15631 |
| 177 | Newman, Mindi Dee | 2:13-cv-22267 |
| 178 | Nicol, Rebecca J. | 2:15-cv-06893 |
| 179 | Niehaus, Cheryl Amy | 2:13-cv-22132 |
| 180 | Noe, Jackie Lyn | 2:15-cv-06873 |
| 181 | Noles, Rhonda D. | 2:14-cv-16134 |
| 182 | Nolfi, Debra Jean | 2:13-cv-22268 |
| 183 | Obermeyer, Joann | 2:13-cv-22269 |
| 184 | Peeler, Paula H. | 2:13-cv-26013 |

**EXHIBIT A**

| # | Client | CauseNo |
|---|---|---|
| 185 | Peeler, Paula Renea | 2:13-cv-22270 |
| 186 | Petty, Natasha | 2:13-cv-22271 |
| 187 | Pickering, Grace | 2:15-cv-06934 |
| 188 | Pluff, Rebecca D. | 2:13-cv-22133 |
| 189 | Potter, Norma | 2:12-cv-02779 |
| 190 | Powers, Beverly | 2:13-cv-29613 |
| 191 | Premselaar, Ruth E. | 2:13-cv-29614 |
| 192 | Provence, Sheryl G. | 2:13-cv-28208 |
| 193 | Ranoff, Sondra R. | 2:13-cv-31756 |
| 194 | Rectenwal, Naomi | 2:15-cv-06908 |
| 195 | Remo, Venessa R. | 2:13-cv-28209 |
| 196 | Richmond, Sharon B. | 2:13-cv-12066 |
| 197 | Rickard, Rosamond A. | 2:14-cv-10560 |
| 198 | Ricketts, Angela Jane | 2:13-cv-22303 |
| 199 | Riggs, Cheryl | 2:13-cv-31757 |
| 200 | Riker, Catherine E. | 2:15-cv-07499 |
| 201 | Rinder, Deborah F. | 2:13-cv-28211 |
| 202 | Rodriguez, Mayra | 2:13-cv-29617 |
| 203 | Ross, Shirley J. | 2:13-cv-20563 |
| 204 | Rossi, Anne L. | 2:13-cv-29618 |
| 205 | Ryan, Joan Veronica | 2:13-cv-07478 |
| 206 | Salas, Karen | 2:13-cv-29619 |
| 207 | Salvatore, Patricia S. | 2:13-cv-09587 |
| 208 | Saucedo, Martha | 2:13-cv-33178 |
| 209 | Sawicki-Ritchie, Cheryl Ann | 2:13-cv-15785 |
| 210 | Schulze, Misty | 2:13-cv-29620 |
| 211 | Segura, Vicki L. | 2:13-cv-28212 |
| 212 | Seid, Norma J. | 2:15-cv-05676 |
| 213 | Semiens, Sharon D. | 2:13-cv-28213 |
| 214 | Shaffer, Jackie | 2:14-cv-22584 |
| 215 | Shaver, Vida | 2:13-cv-31759 |
| 216 | Silva, Alicia | 2:13-cv-28361 |
| 217 | Smith, Barbara Lorraine | 2:14-cv-16138 |
| 218 | Smith, Darlena F. | 2:14-cv-15667 |
| 219 | Smith, Dianne Marie | 2:15-cv-07514 |
| 220 | Smith, Theresa | 2:13-cv-31762 |
| 221 | Snowden, Marjorie G. | 2:13-cv-28214 |
| 222 | Sparkman, Sheridan Sheryl | 2:12-cv-04671 |
| 223 | Spencer, Theresa L. | 2:13-cv-07483 |
| 224 | Stebbins, Meighen | 2:13-cv-28215 |
| 225 | Storey, Mae Bell | 2:13-cv-26013 |
| 226 | Straccione, Lisa Marie | 2:13-cv-12854 |
| 227 | Sundell, Roberta I. | 2:13-cv-28674 |
| 228 | Sutton, Mary | 2:13-cv-28217 |
| 229 | Tate, Dorothy J. | 2:13-cv-18914 |
| 230 | Taylor, Linda Kay | 2:13-cv-08748 |

**EXHIBIT A**

| # | Client | CauseNo |
|---|---|---|
| 231 | Thomas, Susan | 2:13-cv-29621 |
| 232 | Toler, Deborah | 2:13-cv-29622 |
| 233 | Townley, Dulene | 2:13-cv-28816 |
| 234 | Vanhook, Linda J. | 2:13-cv-28817 |
| 235 | Vu, Marilyn M. | 2:14-cv-15758 |
| 236 | Wagner, Stella | 2:13-cv-28818 |
| 237 | Walker, Julia | 2:12-cv-02826 |
| 238 | Walters, Stacy R. | 2:15-cv-03053 |
| 239 | Washington, Evelyn L. | 2:13-cv-17923 |
| 240 | Weisbeck, Abelena | 2:15-cv-06246 |
| 241 | White, Fannie A. | 2:13-cv-28819 |
| 242 | Wigley, Virginia L. | 2:13-cv-32565 |
| 243 | Wiley, Mary Ellen | 2:13-cv-28820 |
| 244 | Willard, Barbara | 2:13-cv-00575 |
| 245 | Williams, Debra L. | 2:13-cv-32566 |
| 246 | Williams, Janet | 2:13-cv-28821 |
| 247 | Wilson, Crystal Jean | 2:13-cv-28822 |
| 248 | Wilson, Victoria | 2:13-cv-32727 |
| 249 | Wise, Annie | 2:14-cv-05808 |
| 250 | Woodruff, Suzanne | 2:13-cv-33249 |
| 251 | Wright, Mary C. | 2:13-cv-28823 |
| 252 | Yates, Dana M. | 2:13-cv-28824 |
| 253 | Yedra, Carmen Hilda | 2:15-cv-01424 |
| 254 | Zachary, Paula Marie | 2:13-cv-13766 |