**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016              Respectfully submitted,

**HOUCK & RIGGLE, L.L.C.**

        /s/ Tracy  W. Houck
**TRACY W. HOUCK, La. Bar #26660**
**RON RIGGLE, La. Bar #22143**
301 South Bonner
Ruston, Louisiana 71270
Tel: (318) 255-4066
Fax: (318) 255-8520
thouck@suddenlinkmail.com

1

## **CERTIFICATE**

    I hereby certify that on November 11, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

                                      /s/ Tracy W. Houck
                              **TRACY W. HOUCK, La. Bar #26660**
                              **RON RIGGLE, La. Bar #22143**
                              301 South Bonner
                              Ruston, Louisiana 71270
                              Tel: (318) 255-4066
                              Fax: (318) 255-8520
                              thouck@suddenlinkmail.com