## ATTACHMENT A

| | |
|---|---|
| 2:12-cv-00322 | Ryan vs. Ethicon, Inc. |
| 2-12-cv-00377 | Carroll, et al, vs. Ethicon, Inc. |
| 2:16-cv-07244 | Brantley vs. Ethicon, Inc. |
| 2:16-cv-07247 | Marshall, et al vs. Ethicon, Inc. |