# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | Master File No. 2:12-MD-02327 MDL<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 240

I hereby certify that, to the best of my information and belief, Lewis Saul & Associates, P.C. has supplied the information required per Pretrial Order No. 240 for all plaintiffs listed on the attached Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged;

   and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016          Respectfully submitted,

*/s/ Kevin M. Fitzgerald, Esq.*
Kevin M. Fitzgerald, Esq.
Maine Bar No. 9373
*Of Counsel*
**LEWIS SAUL & ASSOCIATES, P.C.**
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@lewissaul.com

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2016, the foregoing Certification of Compliance with Pretrial Order No. 240 was filed using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a copy of the foregoing via Notice of Electronic Filing to all parties and counsel of record who are registered ECF users.

*/s/ Kevin M. Fitzgerald, Esq.*
