**EXHIBIT A**
**CERTIFICATION OF COMPLIANCE WITH PTO NO. 240**
**LEWIS SAUL & ASSOCIATES, P.C.**

| Last Name | First Name | Civil Action Number |
|---|---|---|
| Andersson | Arlette | 13-cv-26798 |
| Beckwith | Nancy | 13-cv-21919 |
| Broadway | Dianna | 14-cv-10656 |
| Carter | Dayle | 14-cv-23228 (MDL No. 2326) |
| Conley | Alder | 15-cv-09423 |
| Darling | Ann | 16-cv-01684 |
| Desmond | Nina | 16-cv-01668 |
| Eichentopf | Bonnie | 14-cv-24376 (MDL No. 2187) |
| Evans | Cheryl | 14-cv-15175 |
| Fitzgerald | Linda | 13-cv-21920 |
| Footer | Joan | 16-cv-01669 |
| Hendrix | Leatrice | 15-cv-05303 |
| Hoffler | Antoniea | 13-cv-27329 |
| Howard | Barbara | 13-cv-27924 |
| Jesseman | Kathy | 14-cv-26975 |
| Jones | Cherika | 14-cv-20469 |
| Manson | Jane | 14-cv-28654 |
| Morris | Patricia | 14-cv-24273 |
| Morse | Katheryn | 13-cv-26799 |
| Mullane | Karen | 16-cv-00081 |
| Pierce | Jolene | 16-cv-01367 |
| Pinkham | Brenda | 13-cv-21921 |
| Robertson | Peggy | 13-cv-31288 |
| Sapaugh | Doris | 15-cv-12952 |
| Segafredo | Margaret | 13-cv-30360 |
| Skiadas | Fay | 16-cv-01683 |
| Thoennes | Julie | 15-cv-07318 (MDL No. 2187) |
| Traylor | Jennifer | 14-cv-16502 |
| Vermilye | Bonnie | 14-cv-30650 |
| White | Roxanne | 14-cv-14297 |
| Wiley-Ayotte | Lisa | 16-cv-01670 |
| Willamor | Josie | 15-cv-09423 |