IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| ------------------------------------------------------ | |
| THIS DOCUMENT RELATES TO; | |
| CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016

                                                   Respectfully submitted,
                                                   */s/ S. Everett Pepper*
                                                   S. Everett Pepper MB# 103984
                                                   PEPPER & ODOM, P.C.
                                                   571 Highway 51, Suite B
                                                   Ridgeland, MS 39157
                                                   Phone: (601) 202-1111
                                                   Facsimile: (888) 456-2160
                                                   Email: everett@pepperodom.com