# EXHIBIT "A"

**Plaintiff's Name: Neuhaus, Glenda**  **Cause No.: 2:13-cv-14809**