# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) Master File No.: 2:12-MD-02327<br>MDL No. 2327 |

**THIS DOCUMENT RELATES TO:**

**CASES LISTED ON ATTACHMENT A**

## CERTIFICATE OF COMPLIANCE WITH PTO-240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon, Inc. Pelvic Repair Systems product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon, Inc. product(s) for which a claim is alleged.

Dated:  November 11, 2016                     Respectfully submitted,

/s/ Jon C. Conlin
Jon C. Conlin, Esq.
Stephen R. Hunt, Jr., Esq.
Attorneys for Plaintiffs
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: TVMinfo@CoryWatson.com

**EXHIBIT A**

| Plaintiff Last Name | Plaintiff First Name | Docket # |
|---|---|---|
| Adams | Janet | 2:13-cv-14876 |
| Ahlborn | Donna | 2:13-cv-14985 |
| Akers | Robin | 2:13-cv-15088 |
| Alexander | Hollie | 2:16-cv-06708 |
| Armijo | Mary | 2:14-cv-00530 |
| Arnold | Sara | 2:13-cv-18433 |
| Avery | Marolyn | 2:13-cv-14844 |
| Baca | Annabelle | 2:13-cv-18522 |
| Barber Boyle | Carol | 2:13-cv-14841 |
| Beitler | June | 2:13-cv-17996 |
| Bland | Carol | 2:15-cv-05137 |
| Bligh | Kelliann | 2:13-cv-16052 |
| Bodenchak | Tiffany | 2:12-cv-05295 |
| Bonar | Jill | 2:13-cv-14757 |
| Borger | Lauren | 2:13-cv-15272 |
| Boyd | Rose | 2:13-cv-18254 |
| Brady | Rustine | 2:15-cv-12892 |
| Brandon | Lee Ann | 2:12-cv-09119 |
| Brickhaus | Else | 2:13-cv-13960 |
| Brown | Karre | 2:13-cv-13210 |
| Burnette | Marsha | 2:14-cv-19877 |
| Buschagen | Cynthia | 2:13-cv-13191 |
| Campbell | Susanna | 2:13-cv-14238 |
| Charles | Carolyn | 2:13-cv-14376 |
| Clingenpeel | Debra | 2:13-cv-14804 |
| Costa | Rebecca | 2:13-cv-17462 |
| Crawford | Deidre | 2:14-cv-17956 |
| Creech | Connie | 2:16-cv-00456 |
| Crisler | Pamela | 2:16-cv-06592 |
| Daoust | Suzanne | 2:13-cv-18008 |
| Davis | Frances | 2:13-cv-13189 |
| Davis | Kathy | 2:15-cv-12846 |
| Dean | Linda | 2:13-cv-17967 |
| DeFoor | Carole | 2:13-cv-14411 |
| Dismukes | Sandy | 2:12-cv-04176 |
| Dowd | Elizabeth | 2:14-cv-21400 |
| Dowdell | Pamela | 2:13-cv-12824 |
| Ellis | Angela | 2:13-cv-15567 |
| Elmore | Cathy | 2:13-cv-17359 |

| | | |
|---|---|---|
| Esnaola | Consuela | 2:13-cv-15658 |
| Fannin | Vivian | 2:15-cv-02848 |
| Fisher | Karla | 2:13-cv-14869 |
| Flannery | Linda | 2:13-cv-11957 |
| Flores | Martha | 2:16-cv-01455 |
| Floyd | Carolyn | 2:13-cv-11311 |
| Fountain | Mary | 2:13-cv-18198 |
| Foy-Steele | Diane | 2:12-cv-07903 |
| Fuller | Marlo | 2:15-cv-07056 |
| Gilchrist | Bonnie | 2:15-cv-06047 |
| Gilmore | Nancy | 2:15-cv-15920 |
| Glenn | Sophia | 2:15-cv-11081 |
| Glover | Delores | 2:15-cv-04095 |
| Goff | Tabitha | 2:14-cv-17314 |
| Goggans | Martha | 2:14-cv-31432 |
| Goin | Denise | 2:13-cv-14750 |
| Goldrick | Louanna | 2:13-cv-18558 |
| Gratz | Connie | 2:13-cv-15063 |
| Gregory | Stephanie | 2:14-cv-00587 |
| Hahn | Georgette | 2:14-cv-19864 |
| Harris | Patsy | 2:12-cv-08251 |
| Hayden | Brenda | 2:14-cv-25441 |
| Hays | Nancy | 2:13-cv-18536 |
| Heitman | Joanette | 2:13-cv-18443 |
| Hendrix | Lynne | 2:15-cv-07976 |
| Holland | Carolyn | 2:15-cv-01831 |
| Holston | Kim | 2:13-cv-16089 |
| Hood | Deborah | 2:13-cv-17377 |
| Jackson | Tonya | 2:13-cv-14008 |
| Jarrett | Deborah | 2:15-cv-04896 |
| Johnson | Deborah | 2:14-cv-17955 |
| Johnson | Doris | 2:13-cv-11982 |
| Jones | Shirley | 2:15-cv-14964 |
| Jordan | Eva | 2:15-cv-07964 |
| Jordan | Janet | 2:13-cv-15261 |
| Kidd | Jamie | 2:13-cv-18238 |
| Killen | Nicole | 2:14-cv-19722 |
| Killian | Eleanor | 2:14-cv-29659 |
| Kirk | Stephannie | 2:13-cv-17891 |
| Knott | Donna | 2:13-cv-26033 |
| Kotzen | Debra | 2:13-cv-15478 |
| Kovach | Renee | 2:13-cv-15546 |
| Kuyper | Kristin | 2:13-cv-12672 |

| | | |
|---|---|---|
| Kyzer | Frances | 2:15-cv-00787 |
| Lail-Moore | Elizabeth | 2:12-cv-02466 |
| Lasster | Beverly | 2:16-cv-01479 |
| Lehner | Sueann | 2:14-cv-31440 |
| LeMay | Angela | 2:13-cv-17361 |
| Lemons | Cordelia | 2:13-cv-18183 |
| Lenahan | Lydia | 2:13-cv-17186 |
| Lewis | Loren | 2:13-cv-09643 |
| Linck | Kelly | 2:16-cv-06705 |
| Lingo | Teresa | 2:12-cv-6108 |
| Locklear | Audrey | 2:13-cv-14005 |
| Longsworth | Marjorie | 2:13-cv-15847 |
| Mace | Elizabeth Diane | 2:13-cv-17096 |
| Madaras | Emma | 2:16-cv-08732 |
| Mann-Spells | Jennifer | 2:13-cv-18078 |
| Martin | Kathy | 2:13-cv-17351 |
| Masseria | Marie | 2:16-cv-09731 |
| Matthews | Barbara | 2:14-cv-17893 |
| Mattingly | Sharon | 2:14-cv-15865 |
| McClure | Tammi | 2:13-cv-11591 |
| McCollough | Martha | 2:16-cv-01480 |
| McGatha | Shannon | 2:13-cv-13106 |
| McMillan | Ralene | 2:13-cv-13064 |
| Merritt | Kimberly | 2:14-cv-19719 |
| Miller | Nettie | 2:13-cv-14751 |
| Mitch | Emily | 2:13-cv-17395 |
| Montgomery | Catherine | 2:13-cv-12657 |
| Moore | Rebecca | 2:13-cv-16886 |
| Moran | Beverly | 2:13-cv-18483 |
| Morrison | Heather | 2:14-cv-24590 |
| Munoz | Elida | 2:13-cv-14990 |
| Nodine | Lori J. | 2:16-cv-04444 |
| Odeh | Sawsan | 2:14-cv-22418 |
| Ortiz | Margarita | 2:13-cv-14965 |
| Padilla | Martha | 2:14-cv-24620 |
| Palardy | Kohner | 2:14-cv-19654 |
| Payton | Kimberly | 2:13-cv-15694 |
| Peterson | Shirley | 2:15-cv-15693 |
| Plunk | Deborah | 2:16-cv-05811 |
| Powers | Shirley | 2:12-cv-01886 |
| Prevatte | Christine | 2:16-cv-05809 |
| Price | Glenda | 2:13-cv-01277 |
| Price | Lana | 2:13-cv-14862 |

| | | |
|---|---|---|
| Pridgen | Mae | 2:14-cv-22524 |
| Quintana | Joan | 2:13-cv-15006 |
| Reed | Jeral | 2:14-cv-17947 |
| Reeves | Darlene | 2:13-cv-15859 |
| Remagen | Tammy | 2:13-cv-06877 |
| Revels | Sandra | 2:15-cv-11054 |
| Rhodes | Audrey | 2:13-cv-17382 |
| Riddick | Laquita | 2:12-cv-00763 |
| Riddle | Wendy | 2:13-cv-03930 |
| Roberson | Sonya | 2:16-cv-07528 |
| Roberts | Geri | 2:14-cv-12876 |
| Robertson | Aurelia | 2:13-cv-17410 |
| Rodriguez | Beatris | 2:16-cv-03119 |
| Rodriguez | Carmen | 2:13-cv-33861 |
| Rodriguez | Frances | 2:13-cv-17149 |
| Rohrer | Lynn | 2:13-cv-17345 |
| Rose | Dawn | 2:14-cv-24054 |
| Saint-Juste | Mireille | 2:16-cv-07526 |
| Sam | Gloria | 2:13-cv-17964 |
| Sanders | Kimberly | 2:13-cv-11074 |
| Saucier | Lori-Jo | 2:13-cv-18122 |
| Saylor | Sharon | 2:16-cv-03189 |
| Scholvin | Deborah | 2:14-cv-21665 |
| Scoggin | Elizabeth | 2:14-cv-17332 |
| Selinger | Bertha | 2:15-cv-11085 |
| Sellers | Lois | 2:15-cv-12905 |
| Sexton | Ann | 2:13-cv-17969 |
| Shore | Loralyn | 2:13-cv-14241 |
| Sloane | Susann | 2:12-cv-09865 |
| Spierings | Dana | 2:15-cv-15921 |
| Spinks | Linette | 2:13-cv-18194 |
| Stafford | Angela | 2:15-cv-05952 |
| Steele | Tammy | 2:13-cv-14706 |
| Stidham | Jo Ann | 2:14-cv-26048 |
| Strader | Consandra | 2:15-cv-11063 |
| Tate | Juanita | 2:12-cv-08772 |
| Taylor | Patsy | 2:15-cv-02055 |
| Thomas | Linda | 2:14-cv-17951 |
| Tiemann | JoAnn | 2:13-cv-18177 |
| Timbrello | Shirley | 2:14-cv-19870 |
| Tirey | Andrea | 2:13-cv-14842 |
| Travis | Robin | 2:14-cv-25274 |
| Trawick | Mary S. | 2:15-cv-02849 |

| | | |
|---|---|---|
| Tucker | Jane | 2:15-cv-12900 |
| Turner | Ethel | 2:15-cv-14056 |
| Vigil | Eloise | 2:14-cv-17953 |
| Vogt | Betsy | 2:13-cv-18212 |
| Walker | Kelly | 2:13-cv-16878 |
| Warren | Karen | 2:12-cv-06596 |
| Weir | Judith | 2:13-cv-18440 |
| Weisel | Juanita | 2:14-cv-17268 |
| West | Roberta | 2:13-cv-13194 |
| Willis | Donna | 2:14-cv-18003 |
| Wilson | Sandra | 2:15-cv-14931 |
| Wolfe | Bertha | 2:14-cv-05148 |
| Woodrome | Mary | 2:13-cv-12289 |
| Wright | Sabrina | 2:14-cv-15542 |
| Yelling | Shirlisa | 2:16-cv-03168 |
| Young | Dawn | 2:13-cv-14253 |
| Yount | Debora | 2:13-cv-13963 |
| Zehnder | Pamela | 2:16-cv-08733 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

                                            */s/ Jon C. Conlin*
                                            Jon C. Conlin, Esq.
                                            Stephen R. Hunt, Jr., Esq.
                                            Attorneys for Plaintiffs
                                            CORY WATSON, P.C.
                                            2131 Magnolia Avenue South
                                            Birmingham, AL 35205
                                            Telephone: (205) 328-2200
                                            Facsimile: (205) 324-7896
                                            Email: TVMinfo@CoryWatson.com