# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: November 12, 2016　　　　　　　　　s/ Merritt E. Cunningham
　　　　　　　　　　　　　　　　　　　　　Michael G. Stag, LA Bar No. 23314
　　　　　　　　　　　　　　　　　　　　　Merritt E. Cunningham, LA Bar No. 32843
　　　　　　　　　　　　　　　　　　　　　SMITH STAG, L.L.C.
　　　　　　　　　　　　　　　　　　　　　365 Canal St., Ste. 2800
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　Telephone (504) 593-9600
　　　　　　　　　　　　　　　　　　　　　Facsimile (504) 593-9601
　　　　　　　　　　　　　　　　　　　　　mstag@smithstag.com
　　　　　　　　　　　　　　　　　　　　　mcunningham@smithstag.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  s/Merritt E. Cunningham
                                                  Merritt E. Cunningham