**Exhibit A**

| Client Name (Last, First) | Case/Civil Action # |
|---|---|
| Adams, Debra | 2:13-cv-16207 |
| Alexander, Joyce | 2:13-cv-08330 |
| Alves, Gathel | 2:13-cv-23600 |
| Anderson, Gerda | 2:13-cv-16647 |
| Anderson, Hattie | 2:13-cv-12876 |
| Bailey, Maureen | 2:13-cv-16203 |
| Bird, Andrea | 2:13-cv-17803 |
| Blankenship, Tina | 2:12-cv-3867 |
| Britt, Mary | 2:13-cv-14235 |
| Brooks, Lona | 2:13-cv-15036 |
| Brown, Bonnie | 2:15-cv-03912 |
| Burdick, Sharon | 2:14-cv-15358 |
| Carter, Sylvia | 2:14-cv-09897 |
| Chatterton, Donna | 2:13-cv-16206 |
| Collins, Donna | 2:13-cv-07550 |
| Collis, Bonnie | 2:13-cv-7545 |
| Conner, Yvette | 2:13-cv-16656 |
| Doolittle, Karen | 2:13-cv-16210 |
| Douglas, Susan | 2:13-cv-1226 |
| Driscoll, Fay | 2:13-cv-14500 |
| Dunn, Marcia | 2:13-cv-12860 |
| Earnest, Teresa | 2:13-cv-14734 |
| Evridge, Linda | 2:13-cv-09519 |
| Flouton, Teresa | 2:13-cv-23607 |
| Fortenberry, Priscilla | 2:15-cv-6436 |
| Garren, Margaret | 2:13-cv-14503 |
| George, Kim | 2:15-cv-06427 |
| Goad, Alane | 2:13-cv-12864 |
| Goga, Tina | 2:13-cv-14236 |
| Guzenski, Bonnie | 2:13-cv-15762 |
| Halcomb, Sara | 2:12-cv-7426 |
| Hammock, Darlene | 2:13-cv-08327 |
| Harphant, Bethel | 2:13-cv-15148 |
| Hartley, Rachel | 2:15-cv-12047 |
| Henry, Karen | 2:13-cv-16640 |
| Hill, Sherry | 2:13-cv-15383 |

| Name | Case Number |
|---|---|
| Hobbs, Brenda | 2:13-cv-1282 |
| Holdrege, JulieBeth | 2:13-cv-17808 |
| Honold, Annie | 2:12-cv-8325 |
| Hopper, Sherry | 2:12-cv-4084 |
| Howard, Agnes | 2:15-cv-11391 |
| Isom, Lynda | 2:13-cv-12866 |
| Jackson, Cynthia | 2:12-cv-3871 |
| James, Patricia | 2:13-cv-15761 |
| Jenkins, Laura | 2:13-cv-05299 |
| Jenkins, Tina | 2:12-cv-4082 |
| Kellogg, Sharon | 2:14-cv-09811 |
| Labure, Betty | 2:16-cv-02921 |
| Layel, Donna | 2:15-cv-13868 |
| Levin, Natalya | 2:12-cv-8591 |
| Liberatore, Maureen | 2:13-cv-15757 |
| Maddalone, Joyce | 2:13-cv-23605 |
| Manning, Jan | 2:12-cv-2930 |
| Manzo, Sally | 2:14-cv-14450 |
| Marchand, Kathy | 2:14-cv-00227 |
| McCord, Lucinda | 2:15-cv-11381 |
| McDaniel, Ramona | 2:13-cv-0209 |
| McEnany, Rita | 2:16-cv-05945 |
| McGrew, Dorothy | 2:13-cv-0210 |
| McQueeney, Ginger | 2:14-cv-09802 |
| McRae, Lynne | 2:13-cv-16643 |
| Melancon, Sherry | 2:15-cv-12045 |
| Messer, Linda | 2:13-cv-12871 |
| Milsap, Deborah | 2:12-cv-02931 |
| Mitchell, Kim | 2:13-cv-16218 |
| Morey, Iva | 2:13-cv-10689 |
| Morris, Mary Ellen | 2:13-cv-12878 |
| Mouron, Monette | 2:15-cv-6431 |
| Mullins, Terreski | 2:12-cv-2952 |
| Murray, Charlice | 2:13-cv-16214 |
| Neeley, JoAnn | 2:15-cv-4187 |
| Ohmen, Helena | 2:16-cv-05059 |
| Paduana, Judith | 2:15-cv-11390 |
| Palmer, Susan | 2:13-cv-1283 |
| Passno, Carol | 2:13-cv-23585 |
| Patterson, Robin | 2:13-cv-18675 |

| Name | Case Number |
|---|---|
| Power, Shirley | 2:13-cv-14767 |
| Printup-Reid, Kimberly | 2:14-cv-17967 |
| Proffitt, Edna | 2:15-cv-01619 |
| Raimo, Linda | 2:13-cv-16220 |
| Reagan, Pam | 2:13-cv-7541 |
| Rhodes, Jeannine | 2:13-cv-15768 |
| Richardson, Angelia | 2:15-cv-6978 |
| Ridenour, Phyllis | 2:13-cv-05311 |
| Rivers, Evelyn | 2:13-cv-23606 |
| Roper, Nikki | 2:13-cv-15033 |
| Roush, Lena | 2:13-cv-16231 |
| Ryan, Patria | 2:13-cv-16652 |
| Sammons, Ann | 2:13-cv-15766 |
| Scoggins, Barbara | 2:13-cv-14340 |
| Sherrill, Mildred | 2:13-cv-08324 |
| Shoudy, Joyce | 2:16-cv-01622 |
| Simeone, Victoria | 2:13-cv-15034 |
| Smallridge, Audrey | 2:12-2956 |
| Smart, Lucy | 2:13-cv-16946 |
| Smith, Linda | 2:13-cv-23588 |
| Sowards, Dixie | 2:13-cv-15384 |
| Staats, Mary | 2:16-cv-05983 |
| Stephens, Patricia | 2:12-cv-4081 |
| Stewart, Lakeshia | 2:13-cv-08332 |
| Strauss, Margaret | 2:13-cv-18834 |
| Sturgeon, Brenda | 2:15-cv-6433 |
| Taylor, Elizabeth | 2:12-cv-4083 |
| Terrell, Tina | 2:13-cv-14502 |
| Thompson, Brenda | 2:13-cv-18678 |
| Turner, Martha | 2:12-cv-4233 |
| Vanderpool, Ortha | 2:12-cv-4087 |
| Vann, Barbara | 2:13-cv-6153 |
| Walker, Teresa | 2:13-cv-17195 |
| Mary-Lyda Wellons | 2:16-cv-01619 |
| Wilson, Diana | 2:13-cv-16216 |
| Woodward, Theresa | 2:13-cv-12855 |
| Wyatt, Sharon | 2:15-cv-011386 |