IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: CASES LISTED ON EXHIBIT "A" | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATION FO COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, The Spencer Law Firm has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Date:  November 12, 2016.                Respectfully submitted,

THE SPENCER LAW FIRM

*/s/ Ashley Spencer*
Dawn R. Meade, TBN 13879750
dawnmeade@spencer-law.com
Ashley M. Spencer, TBN 24079374
ashleyspencer@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas  77046
Tel:   (713) 961-7770
Fax:   (713) 961-5336

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*Ashley Spencer*
_____
Ashley M. Spencer