# **EXHIBIT A**

| LAST NAME | FIRST NAME | CAUSE NUMBER |
|---|---|---|
| Lankston | Cheryl | 2:12-CV-00755 |
| Franklin | Betty | 2:12-CV-01837 |
| Gallehugh | Michelle | 2:12-CV-01838 |
| Higgins | Susan | 2:12-CV-01365 |
| Symank | Bernie | 2:12-CV-01836 |
| Jimenez | Ellen | 2:13-CV-01108 |
| McMaken | Patrice | 2:13-CV-04372 |
| Sims | Lydia | 2:13-CV-01110 |
| Dufour | Joan | 2:13-CV-04374 |
| Miller | Linda | 2:13-CV-04379 |
| Hennes | Sandra | 2:13-CV-05744 |
| Stine | Jean | 2:13-CV-13279 |
| Brown | Mary Louise | 2:13-CV-13279 |
| Murillo | Nina | 2:13-CV-23355 |
| Berry | Dorothy | 2:13-CV-23937 |
| Crow | Terri | 2:13-CV-13285 |
| Bolden | Shirley | 2:13-CV-21456 |
| Glietz | Dorothy | 2:13-CV-23353 |
| Scott | Christine | 2:13-CV-22433 |
| Davis | Barbara | 2:13-CV-13255 |
| Deuell | Yvonne | 2:13-CV-13743 |
| Hazard | Dolores | 2:13-CV-01132 |
| Mouton | Dorothy | 2:13-CV-01135 |
| Mims | Helen | 2:13-CV-04383 |
| Ynclan | Brenda | 2:13-CV-04386 |
| Morgan (Hare) | Teresa | 2:13-CV-01137 |
| Garza-Sherer | Frances | 2:13-CV-04389 |
| Ozell Edgerton | Alice | 2:13-CV-04394 |
| Reed | Doris | 2:13-CV-04392 |
| Roberts | Bertha | 2:13-CV-13276 |
| Simmons | Diane | 2:13-CV-22432 |
| Brothers | Connie | 2:13-CV-22431 |
| Thibodeaux | Glenda | 2:12-CV-00544 |
| Thibodeaux | Valeria | 2:13-CV-01141 |
| Rife | Geraldine | 2:13-CV-05741 |
| Farris | Bobbie | 2:13-CV-23357 |
| Ramage | Leona | 2:13-CV-04377 |
| Callis | Bobbie | 2:13-CV-01130 |