# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 |
| | MDL No. 2327 |
| THIS DOCUMENT RELATES TO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| **CASES LISTED ON EXHIBIT A** | |

## CERTIFICATION OF COMPLIANCE WITH PTO #240

I hereby certify that to the best of my information and belief, our firm, Onder, Shelton, O'Leary & Peterson, has supplied the information required per Pretrial Order #240 to Defendant on November 13, 2016 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions, and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 13, 2016

Respectfully submitted,

/s/ Mark E. Berns
Mark E. Berns
Onder, Shelton, O'Leary & Peterson, LLC
110 E. Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700
berns@onderlaw.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECM system which will send notification of such filing to the CM/ECM participants registered to receive service in this MDL.

                                        Respectfully submitted,

                                        /s/ Mark E. Berns
                                        Mark E. Berns
                                        Onder, Shelton, O'Leary & Peterson, LLC
                                        110 E. Lockwood
                                        St. Louis, MO 63119
                                        Phone: 314-963-9000
                                        Fax: 314-963-1700
                                        berns@onderlaw.com

## **EXHIBIT A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:16-cv-05703 | Blackmon | Peggy |
| TBD | Bowman | Tami |
| 2:16-cv-05704 | Buhrmester | Brenda |
| 2:16-cv-03885 | Dlouhy | Robin |
| 2:16-cv-05705 | Hodgdon | Lisa |
| 2:14-cv-25817 | Lewis | Kimberly |
| 2:16-cv-05706 | Rossi | Sheri |
| 2:16-cv-05707 | Simonson | Terry |
| 2:16-cv-05708 | Vetter | Misty |
| 2:13-cv-01865 | Wagoner | Vira |