# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, McDonald Worley, P.C. has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 13, 2016          Respectfully submitted,

                                             */s/ Michelle R. Eddington, Esq.*
                                             Michelle R. Eddington
                                             Texas Bar No. 24041034
                                             MCDONALD WORLEY, P.C.
                                             1770 St. James Place, Suite 100
                                             Houston, Texas 77056
                                             Phone: (713) 523-5500
                                             Facsimile: (713) 523-5501
                                             Email: michelle@mcdonaldworley.com

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2016, the foregoing Certification of Compliance with Pretrial Order No. 240 was filed using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a copy of the foregoing via Notice of Electronic Filing to all parties and counsel of record who are registered ECF users.

*/s/  Michelle R. Eddington, Esq.*