**ATTACHMENT A**
**CERTIFICATION OF COMPLIANCE WITH PTO NO. 240**
**MCDONALD WORLEY, P.C.**

| Name (last, first) | Civil Action Number |
|---|---|
| | |
| Adams, Mitzy | 2:13-cv-17568 |
| Adams, Sharon | 2:14-cv-31507 |
| Adanalian, Verjine | 2:15-cv-14694 |
| Albarran, Maria | 2:13-cv-20217 |
| Araque, Maria | 2:16-cv-04286 |
| Arroyo, Jacqueline | 2:13-cv-17574 |
| Baker, Gloria | 2:16-cv-04287 |
| Bart- Kuhn, Joelle | 2:15-cv-02435 |
| Baxter, Melanie | 2:13-cv-28825 |
| Beach, Elizabeth | 2:15-cv-01895 |
| Beauregard, Mary Jane | 2:13-cv-17577 |
| Bender, Jenifer | 2:13-cv-20216 |
| Bilyou, Tammy | 2:14-cv-07282 |
| Blackford, Anita | 2:16-cv-04288 |
| Booth, Barbara | 2:14-cv-13389 (MDL 2325) |
| Bradshaw, Linda | 2:14-cv-09910 |
| Buck, Arnette | 2:13-cv-03785 |
| Busse, Jeanette | 2:14-cv-29859 |
| Campbell, Sandra | 2:14-cv-03631 |
| Canterbury-White, Emily | 2:13-cv-17576 |
| Cartwright, Sharon | 2:15-cv-14874 |
| Chesser, Lonnie | 2:16-cv-04289 |
| Close, Roxanne | 2:14-cv-16610 |
| Coffey, Edna | 2:14-cv-23096 |
| Colosky, Jessica | 2:14-cv-18507 |
| Contreras, Melania | 2:13-cv-20219 |
| Cosley, Irene | 2:14-cv-29953 |
| Crockett, Nancy | 2:15-cv-14876 |
| DeRosa, Sherry | 2:15-cv-05452 |
| Dill, Peggy | 2:14-cv-18535 |
| Dion, Melissa | 2:14-cv-29861 |
| Dorsey, Tessa | 2:13-cv-20214 |
| Dugan, Laurie | 2:15-cv-05963 |
| Edwards, Benitris | 2:14-cv-16788 |
| Elrod, Jobeth | 2:13-cv-17571 |

| | |
|---|---|
| Ervin, Billie Sue | 2:16-cv-04285 |
| Etters, Sandra | 2:14-cv-23093 |
| Ferguson, Kimberly | 2:14-cv-31505 |
| Finley, Barbara | 2:15-cv-14870 |
| Foster, Rebecca | 2:14-cv-29955 |
| Fuller, Lori | 2:15-cv-05450 |
| Galloway, Shirley | 2:14-cv-31508 |
| Garcia, Alicia | 2:13-cv-03784 |
| Gentlemen, Victoria | 2:14-cv-31503 |
| Gonzalez, Michelle | 2:14-cv-03793 |
| Graham, Kecia | 2:14-cv-18486 |
| Greathouse, Lois | 2:13-cv-19001 |
| Griffin, Donna | 2:15-cv-15004 |
| Harmon, Ruth Ann | 2:13-cv-18968 |
| Heasler, Julia | 2:13-cv-17572 |
| Hendricks, Jana | 2:13-cv-17573 |
| Henley, Debra | 2:15-cv-11829 |
| Higginbotham, Debra | 2:15-cv-12834 |
| Hines, Rosalinda | 2:15-cv-01896 |
| Jilek, Gail | 2:14-cv-07284 |
| Johnson, Patricia | 2:14-cv-31504 |
| Jondreau, Elizabet | 2:13-cv-17569 |
| Jones, Jacquelyn | 2:13-cv-18354 |
| Jones, Julie | 2:13-cv-18934 |
| Jones, Michelle | 2:13-cv-26417 |
| Kaliontgis, Laura | 2:14-cv-29977 |
| Knierim, Jeannie | 2:14-cv-18319 |
| Levesque, Marliese | 2:14-cv-09912 |
| Leyman, Karen | 2:14-cv-23095 |
| Lindsay, Dianna | 2:14-cv-10972 |
| Liston, Michelle | 2:15-cv-14873 |
| Lockley, Penny | 2:14-cv-21051 |
| Lones, Genella | 2:14-cv-03633 |
| Lugo, Olga | 2:14-cv-09906 |
| Lugo, Sharon | 2:15-cv-14872 |
| Mabe, Sonja | 2:13-cv-11487 |
| Madison, Georgia | 2:16-cv-05491 |
| Martin, Sarah | 2:14-cv-29566 |
| Mason, Henrietta | 2:13-cv-06203 |
| Maxedon, Mindy | 2:14-cv-11910 |
| Medina, Juliana | 2:14-cv-31511 |

2

| | |
|---|---|
| Moore, Cathy | 2:14-cv-18291 |
| Morris, Kimberly | 2:16-cv-04632 |
| Mortimer, Christine | 2:16-cv-04633 |
| Mueller, Tabitha | 2:15-cv-14871 |
| Mullins, Rebecca | 2:14-cv-31510 |
| Ndungu, Dawnya | 2:13-cv-17570 |
| Nieves, Abigail | 2:14-cv-09740 |
| Ogle, Amy | 2:16-cv-04627 |
| Oliver, Sylvia | 2:13-cv-17390 |
| Ortega, Olga | 2:16-cv-10451 |
| Otero, Miriese | 2:16-cv-10452 |
| Pagan, Lourdes | 2:14-cv-18491 |
| Passmore, Barbara | 2:15-cv-09013 |
| Patterson, Carol | 2:16-cv-04644 |
| Peavy, Gail | 2:14-cv-18838 |
| Peck, Nancy | 2:14-cv-18322 |
| Perkins, Mary | 2:14-cv-09705 |
| Petty, Cindy | 2:15-cv-01897 |
| Raisbeck, Mary | 2:14-cv-09684 |
| Ramos, Martha | 2:16-cv-10453 |
| Reitz, Tammy | 2:14-cv-18320 |
| Reuss, Rita | 2:14-cv-29855 |
| Reyes, Michele | 2:14-cv-13324 |
| Robinson, Shawnee | 2:14-cv-06743 |
| Romack, Elizabeth | 2:13-cv-23472 |
| Rose, Robin | 2:13-cv-20213 |
| Ruberti, Debra | 2:13-cv-01463 |
| Russell, Julie | 2:16-cv-04645 |
| Sandifer, Keleigh | 2:15-cv-12833 |
| Sargent, Marlene | 2:14-cv-18839 |
| Sargent, Amanda | 2:14-cv-29993 |
| Saylor, Barbara | 2:14-cv-18321 |
| Schieda, Deborah | 2:14-cv-23094 |
| Schmidt, Raquel | 2:13-cv-19008 |
| Schucker, Georgetta | 2:13-cv-06420 (MDL 2187) |
| Sharlein, Sandra | 2:14-cv-29857 |
| Shoop, Beverly | 2:14-cv-09909 |
| Sidberry Cox, Kimberly | 2:13-cv-17954 |
| Sills, Eileen | 2:13-cv-17481 |
| Smith, Virginia | 2:14-cv-31506 |
| Speir, Rachel | 2:16-cv-04646 |

| | |
|---|---|
| Spoonemore, Glenda | 2:16-cv-04647 |
| Stephens, Lauren | 2:16-cv-04429 |
| Timmer, Sue | 2:15-cv-14875 |
| Tully- Oshea, Elizabeth | 2:14-cv-12789 |
| Turner, Tamaraa | 2:14-cv-31509 |
| Varela, Gina | 2:14-cv-18485 |
| Velez, Gladys | 2:14-cv-31512 |
| Vergara, Marta | 2:13-cv-20220 |
| Walsh, June | 2:14-cv-18506 |
| Watson, Linda | 2:13-cv-17575 |
| Whitehouse, Suzanne | 2:13-cv-04144 |
| Wilson, Bonnie | 2:15-cv-05964 |
| Witthoef, Susan | 2:15-cv-15003 |
| York, Sandy (AKA Ault) | 2:13-cv-17335 |
| Zuniga, Mary | 2:14-cv-31513 |