# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## **CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: November 14, 2016

Respectfully submitted,

/s/ Derek T. Braslow
Pogust Braslow & Millrood, LLC
Derek T. Braslow, Esq. PA #78994
Michael G. Daly, Esq. PA #309911
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA 19428
T: 610-941-4204
F: 610-941-4245
dbraslow@pbmattorneys.com
mdaly@pbmattorneys.com

## CERTIFICATE

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

        Respectfully submitted,

        /s/ Derek T. Braslow

# Exhibit A

| Case Ref | Filing Info |
|---|---|
| Mann, Robin | 16cv5827 |
| Stewart, Robin | 16cv4383 |
| Villegas, Carmen | 16cv4382 |