# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: November 14, 2016          Respectfully submitted,

                                  By:    s/Jeffrey L. Haberman

                                         Jeffrey L. Haberman
                                         **SCHLESINGER LAW OFFICES, P.A.**
                                         1212 Southeast Third Avenue
                                         Ft. Lauderdale, FL 33316
                                         Tel. 954-320-9507
                                         Fax. 954-320-9509
                                         jhaberman@schlesingerlaw.com


                                         *Attorneys for Plaintiff*

## ATTACHMENT A

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:12-cv-8211 | Cynthia Zember and Donald C. Zember v. Ethicon, Inc. et al |
| 2:12-cv-07843 | Patricia Hosbrook v. Ethicon, Inc. et al |
| 2:13-cv-16867 | Maria Benestad et al. v. Ethicon, Inc. et al |
| 2:13-cv-17012 | Judith Shears et al. v. Ethicon, Inc. et al |
| 2:13-cv-32015 | Kimberly Howard v. Ethicon, Inc. et al |
| 2:16-cv-00280 | Leslie White v. Ethicon, Inc. et al |
| 2:16-cv-01502 | Heather McFarland v. Ethicon, Inc. et al |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/Jeffrey L. Haberman
JEFFREY L. HABERMAN
Florida Bar Number: 98522
jhaberman@schlesingerlaw.com
SCHLESINGER LAW OFFICES, P.A.
1212 S.E. 3RD Ave.
Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
Facsimile (954) 320-9509
*Attorneys for Plaintiff*