| Exhibit A ||
|---|---|
| Plaintiff Name | Case No |
| Kelly Steele | 2:13 -cv- 23855 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |