IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

### JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis_____  
Barbara Binis  
REED SMITH  
Three Logan Square, Suite 3100  
1717 Arch Street  
Philadelphia, PA 19103  
215.851.8100 (phone)  
215.851.1420 (fax)  
bbinis@reedsmith.com  

/s/ Erik W. Legg  
Erik W. Legg  
FARRELL WHITE & LEGG  
P. O. Box 6457  
Huntington, WV 25772-6457  
304.522.9100 (phone)  
304.522.9162 (fax)  
EWL@farrell3.com  

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Robert J. Fenstersheib
Robert J. Fenstersheib
ROBERT J. FENSTERSHEIB & ASSOCIATES
520 West Hallandale Beach Boulevard
Hallandale, FL 33009
954.456.2488 (phone)
954.212.2980 (fax)
rjf@fenstersheib.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Carolyn R. Guest
Carolyn R. Guest
MARTIN & JONES
Suite 200
410 Glenwood Avenue
Raleigh, NC 27603
919.821.0005 (phone)
919.863.6074 (fax)
crg@m-j.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Jerrold S. Parker
Jerrold S. Parker
PARKER WAICHMAN
6 Harbor Park Drive
Port Washington, NY 11050
516.466.6500 (phone)
516.466.6665 (fax)
jerry@yourlawyer.com
*Attorney for Plaintiffs on Exhibit C*

/s/ John J. Foley
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618.259.2222 (phone)
618.259.2251 (fax) jfoley@simmonsfirm.com
*Attorney for Plaintiffs on Exhibit D*


Dated: November 14, 2016

## EXHIBIT A – ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-03438 | Jessica Ann Veloz, Daniel Veloz v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |

**EXHIBIT B – MARTIN & JONES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-08525 | Nancy A. Savage, Robert A. Savage v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – PARKER WAICHMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10341 | Catherine C. Kemp, Peter L. Kemp v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT D – SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25696 | Melva Aceves Recinos v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                                                             */s/ Barbara R. Binis*  
                                                                             Barbara R. Binis