**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | Master File No. 2:12-MD-02327<br> MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

This 14th day of November, 2016.

Respectfully Submitted,

**CUNNINGHAM BOUNDS, LLC**
Attorneys for Plaintiffs


 /s/   Robert L. Mitchell_____
ROBERT L. MITCHELL
P.O. BOX 66705
Mobile, Alabama 36660
Telephone:  (251) 471-6191
Facsimile:  (251) 479-1031
Email:  rlm@cunninghambounds.com

1

## ATTACHMENT A

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-07526 | Jessica Anne Hayes Breitling and James Ruffin Bragg Breitling, Sr.  v. Ethicon, Inc., et al |