## ATTACHMENT A

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-07526 | Jessica Anne Hayes Breitling and James Ruffin Bragg Breitling, Sr.  v. Ethicon, Inc., et al |