IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions, and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 14, 2016

Respectfully Submitted,

  /s/ Jennifer L. Lawrence
Jennifer L. Lawrence
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington KY, 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
*Attorney for Plaintiffs*

**Attachment A**

*Bender v. Ethicon, Inc., et al.*
Case No.: 2:15-CV-01389


*Gentry, et al. v. Ethicon, Inc., et al.*
Case No.: 2:14-CV-25282


*Minton v. Ethicon, Inc., et al.*
Case No.: 2:15-CV-00853