**Attachment A**

*Bender v. Ethicon, Inc., et al.*
Case No.: 2:15-CV-01389


*Gentry, et al. v. Ethicon, Inc., et al.*
Case No.: 2:14-CV-25282


*Minton v. Ethicon, Inc., et al.*
Case No.: 2:15-CV-00853