## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

--------------------------------------------------------

CASES LISTED ON ATTACHMENT A

Master File No. 2:12-MD-02327
MDL 2327

JOSEPH R. GOODWIN U.S. DISTRICT
JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously

supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A

as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon
product(s) for which a claim is alleged.

Dated: October 21, 2016

Respectfully submitted,

Marianne C. LeBlanc, Esq.
SUGARMAN AND SUGARMAN, P.C
Prudential Tower
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 542-1000
mleblanc@sugarman.com

1

## ATTACHMENT A

1. Claire Betts   2:13-CV-19614

2. Mary Callen    2:14-CV-19417

3. Brenda Johnson   2:13-CV-31720

4. Susan McLaughlin   2:12-CV-08043

5. Kathleen Stone   2:15-CV-12690