IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| In Re: Ethicon Inc. Pelvic Repair System Products Liability Litigation | Master File No. 2:12-MD-02327<br>MDL No.: 2327 |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**LOEHR V. ETHICON, et al. 2:14-CV-19800**

---

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Campana, Hoffa, Morrone & Lovecchio, P.C., has supplied the information required per Pretrial Order 240 for the Plaintiffs in case no. 2:14-CV-19800 as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

CAMPANA, HOFFA, MORRONE & LOVECCHIO, P.C.

/S/ Robert A. Hoffa
Robert A. Hoffa, Esquire
Attorney ID No.: 36715
Attorney for Plaintiff
602 Pine Street, Williamsport, PA 17701
Phone: 570-326-2401
Fax: 570-326-3498
Email: rhoffa@campanalaw.com

Date: 11/14/2016

Revised: 5/28/14