IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| In Re: Ethicon Inc. Pelvic Repair System Products Liability Litigation | Master File No. 2:12-MD-02327<br>MDL No.: 2327 |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**LOEHR V. ETHICON, et al. 2:14-CV-19800**

## CERTIFICATE OF SERVICE

I certify that on November 14, 2016, I electronically filed this document with the Clerk of the court using the CM/ECF system, which will send notification of this filing to SM/ECF participants registered to receive service in this MDL.

CAMPANA, HOFFA, MORRONE & LOVECCHIO, P.C.

/S/ Robert A. Hoffa
Robert A. Hoffa, Esquire
Attorney ID No.: 36715
Attorney for Plaintiff
602 Pine Street, Williamsport, PA 17701
Phone: 570-326-2401
Fax: 570-326-3498
Email: rhoffa@campanalaw.com

Revised: 5/28/14