UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

_____

| | | |
|---|---|---|
| IN RE: ETHICON, INC., | § | |
| PELVIC REPAIR SYSTEM PRODUCTS | § | Master File No. 2:12-MD-02327 |
| LIABILITY LITIGATION | § | MDL No. 2327 |

_____

**CASES LISTED ON ATTACHMENT "A"**

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

This 14th day of November, 2016.

Respectfully submitted,

**WATERS & KRAUS, LLP**

  /s/ Leslie C. MacLean
Leslie C. MacLean
State Bar No. 00794209
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:  214-357-6244
Facsimile:   214-357-7252
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document, was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 14th day of November, 2016.

/s/ Leslie C. MacLean
Leslie C. MacLean

2