**ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP**

| Last | First | Case Number (If Filed) |
|---|---|---|
| Adams | Dianna | 2:13-cv-17396 |
| Adams | Gena | 2:14-cv-00546 |
| Adams | Patricia | 2:14-cv-10152 |
| Adamson | Debra | 2:13-cv-17531 |
| Adkins | Mary | 2:13-cv-17371 |
| Adkins | Teresa | 2:14-cv-02045 |
| Akins | Mary | 2:14-cv-14182 |
| Alberthal | Denise | 2:13-cv-13527 |
| Allen | Patricia | 2:14-cv-02064 |
| Anderson | Cheryl | 2:13-cv-14948 |
| Anderson | Christine | 2:14-cv-29666 |
| Anderson | Theresa | 2:13-cv-08621 |
| Aprea | Suzanne | 2:14-cv-10158 |
| Armada | Barbara | 2:13-cv-30488 |
| Arnold | Becky | 2:14-cv-12136 |
| Arnold | Mary | 2:14-cv-26673 |
| Arrandt | Ann | 2:14-cv-02098 |
| Atanasov | Charlene | 2:14-cv-25701 |
| Baca | Julie | 2:14-cv-07947 |
| Baker | Melissa | 2:13-cv-23919 |
| Banet (Schad) | Deanna | 2:13-cv-12959 |
| Barker | Leslie | 2:14-cv-24606 |
| Barron | Elizabeth | 2:13-cv-20311 |
| Baxter | Cynthia | 2:14-cv-14118 |
| Belcher | Kasi | 2:13-cv-32247 |
| Bell | Peggy | 2:14-cv-07952 |
| Benson | Marilyn | 2:13-cv-13387 |
| Binns | Donna | 2:13-cv-13528 |
| Black | Tamara | 2:13-cv-31791 |
| Blackmon | Marian | 2:14-cv-02423 |
| Blake | Sharon | 2:14-cv-02429 |
| Bland | Marjory | 2:14-cv-07955 |
| Bledsoe | Patricia | 2:14-cv-10161 |
| Boleen | Marie | 2:14-cv-02437 |
| Borgard | Mary | 2:13-cv-16986 |
| Boyce | Judith | 2:14-cv-04062 |
| Brady | Tammy | 2:13-cv-28590 |
| Brandes | Janet | 2:14-cv-03843 |
| Branum | Vickie | 2:14-cv-07958 |
| Brashears | Phyllis | 2:14-cv-00553 |
| Brazas (Kasir) | Aracelia | 2:13-cv-11918 |
| Brehm | Victoria | 2:14-cv-10164 |
| Brown | Melissa | 2:14-cv-01021 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Burford | Mary | 2:13-cv-11939 |
| Burke | Sheila | 2:14-cv-07959 |
| Burleson | Helen | 2:13-cv-23936 |
| Burnette | Hazel | 2:13-cv-18100 |
| Butler | Michelle | 2:13-cv-20040 |
| Cagle | Sylvia | 2:14-cv-03900 |
| Cain | Viola | 2:14-cv-10167 |
| Calloway | Sally | 2:14-cv-02139 |
| Camp | Glynda | 2:14-cv-01022 |
| Cannon | Edythe | 2:14-cv-04071 |
| Cantrell | Sammye | 2:14-cv-09536 |
| Carino | Angela | 2:13-cv-28591 |
| Carney | Mitzee | 2:14-cv-21048 |
| Carr | Rita | 2:14-cv-01400 |
| Case | Shelby | 2:14-cv-09538 |
| Casper | Sherry | 2:14-cv-05547 |
| Castillo-Franco | Faedra | 2:14-cv-10098 |
| Castle | Nell | 2:15-cv-11158 |
| Cheek | Beverly | 2:13-cv-31824 |
| Chiralaksanakol (Marquez) | Lisa | 2:13-cv-14342 |
| Chryn | Jeannie | 2:14-cv-05284 |
| Clark | Terri | 2:14-cv-13142 |
| Clarkson | Marie | 2:13-cv-08359 |
| Clementi | MaryAnn | 2:13-cv-12957 |
| Clements | Rosemarie | 2:14-cv-01001 |
| Clevenger | Amanda | 2:13-cv-12619 |
| Clewell | Kim | 2:14-cv-07539 |
| Collins | Carrie | 2:14-cv-07541 |
| Colombia | Katherine | 2:14-cv-09542 |
| Colvin | Barbara | 2:13-cv-24003 |
| Conerly (Phelps) | Ruby | 2:14-cv-01409 |
| Conley | Karen | 2:12-cv-02315 |
| Conner | June | 2:14-cv-14143 |
| Cook | Rebecca | 2:13-cv-29260 |
| Coran | Billie | 2:13-cv-12960 |
| Cordova | Nancy | 2:13-cv-13530 |
| Corio | Marilyn | 2:14-cv-07544 |
| Cotton | Virginia | 2;13-cv-16633 |
| Craig (Kelly) | Jeanette | 2:14-cv-03850 |
| Cremen | Sharon | 2:14-cv-16205 |
| Crews | Betty | 2:14-cv-12868 |
| Crowe | Vickie | 2:14-cv-09873 |
| Cruise | Deborah | 2:14-cv-07545 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Culbertson | Carol | 2:14-cv-00636 |
| Daech (Forsting) | Laurine | 2:14-cv-19437 |
| Daleo | Blanca | 2:13-cv-12942 |
| Damore | Irene | 2:13-cv-15238 |
| Daugherty | Angela | 2:12-cv-02076 |
| Davis | Georgia | 2:14-cv-00693 |
| Davis | Kimberly | 2:14-cv-03909 |
| Davis | Willie | 2:14-cv-13143 |
| Dean | Katherine | 2:13-cv-13579 |
| Deibel | Stacy | 2:14-cv-05551 |
| Deuel | Sarah | 2:13-cv-24006 |
| Dever | Vivian | 2:14-cv-05692 |
| DiPersio | Patricia | 2:14-cv-10756 |
| Dodd | Robyn | 2:14-cv-07549 |
| Dogan-Mohammed | Laura | 2:14-cv-06887 |
| Doucette | Karen | 2:12-cv-02125 |
| Duffel | Sharon | 2:13-cv-07979 |
| Duncan | Teresa | 2:14-cv-01402 |
| Dye | Mary | 2:13-cv-27836 |
| Eastman | Kathryn | 2:13-cv-12952 |
| Eby | Elizabeth | 2:14-cv-02467 |
| Edelstein | Claire | 2:14-cv-21052 |
| Edmonds | Joan | 2:13-cv-16610 |
| Edwards | Yvonne | 2:14-cv-03844 |
| Ellington | Bonny | 2:14-cv-02147 |
| Epley | Sheila | 2:14-cv-02562 |
| Espinosa | Rawlene | 2:15-cv-06437 |
| Evans | Chanda | 2:14-cv-26514 |
| Evans | Dlorah | 2:14-cv-05558 |
| Farrow | Malinda | 2:13-cv-18242 |
| Ford (McDougler) | Joyce | 2:14-cv-10332 |
| Fortner | Bennie | 2:14-cv-02584 |
| Foster | Joy | 2:14-cv-14467 |
| Fulbright | Rebecca | 2:14-cv-10185 |
| Fuqua | Ramona | 2:13-cv-16990 |
| Garner | Dawn | 2:13-cv-29263 |
| Garrett | Constance | 2:13-cv-24010 |
| George | Jane | 2:15-cv-11159 |
| Gereny | Wendy | 2:14-cv-15906 |
| Gibson | Linda | 2:14-cv-21856 |
| Gingery | Michelle | 2:14-cv-01405 |
| Gipson | Peggy | 2:13-cv-32357 |
| Godin | Sandra | 2:14-cv-05294 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Golden | Sara | 2:14-cv-10278 |
| Gosselin | Kelly | 2:14-cv-00742 |
| Grant | LeiQuenta | 2:14-cv-13147 |
| Graves | Deaudre | 2:14-cv-07552 |
| Graves | Patricia | 2:14-cv-02795 |
| Gray | Tammy | 2:14-cv-07553 |
| Gregoire | Tina | 2:14-cv-07554 |
| Grimes | Ima | 2:14-cv-07556 |
| Grimes | Kimberly | 2:14-cv-00558 |
| Groeschel | Holly | 2:13-cv-18113 |
| Gullett | Patricia | 2:14-cv-00627 |
| Hailey | Sabrina | 2:13-cv-12955 |
| Hamilton | Damita | 2:14-cv-05094 |
| Hammond | Sheri | 2:14-cv-14397 |
| Hannah | Lois | 2:14-cv-13148 |
| Hanserd | Kimberly | 2:14-cv-09547 |
| Harper | Helen | 2:12-cv-02316 |
| Harrell | Diane | 2:14-cv-09549 |
| Harrington | Kelley | 2:13-cv-16215 |
| Harrington | Marie-Celine | 2:13-cv-15826 |
| Harris | Lachon | 2:14-cv-02744 |
| Harris | Shelly | 2:13-cv-21366 |
| Harrison | Teresa | 2:14-cv-05712 |
| Hasselmann | Nancy | 2:13-cv-30046 |
| Haywood | Danita | 2:13-cv-22025 |
| Hemmerle | Sue | 2:13-cv-15815 |
| Henderson | Ruby | 2:14-cv-14470 |
| Henderson | Vicky | 2:13-cv-30048 |
| Henley | Lashabra | 2:13-cv-13577 |
| Henry | Jean | 2:14-cv-05303 |
| Hernandez | Marisa | 2:14-cv-05307 |
| Hernandez | Patricia | 2:14-cv-21853 |
| Hernandez | Sonya | 2:14-cv-09550 |
| Hill | Catina | 2:13-cv-19031 |
| Hill | Janice | 2:13-cv-13443 |
| Hilmoe | Kristi | 2:14-cv-07564 |
| Hinojosa | Glenda | 2:13-cv-29537 |
| Hodge | Cathleen | 2:13-cv-08700 |
| Holbrook | Jerrie | 2:14-cv-07566 |
| Holmes | Anna Marie | 2:14-cv-02162 |
| Holmes | Linda | 2:14-cv-15886 |
| Horan | Kathleen | 2:14-cv-09883 |
| House | Janet | 2:13-cv-30715 |

**ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP**

| Last | First | Case Number (If Filed) |
|---|---|---|
| Howard | Teresa | 2:14-cv-07609 |
| Hudspeth | Lisa | 2:15-cv-04163 |
| Huffman | Sharon | 2:14-cv-09553 |
| Hughes | Jennifer | 2:14-cv-09556 |
| Hunt | Tina | 2:14-cv-07613 |
| Ingram | Kimberly | 2:14-cv-00624 |
| Ingram | Sharron | 2:14-cv-03847 |
| Isom | Brenda | 2:14-cv-00602 |
| Jackson | Lucile | 2:14-cv-00603 |
| Jackson | Mary | 2:14-cv-03923 |
| Jaramillo | Angelica | 2:15-cv-05430 |
| Jenkinson | Pamela | 2:13-cv-24699 |
| Jensema | April | 2:14-cv-15891 |
| Jester | Patricia | 2:14-cv-03848 |
| Jimenez | Evangelina | 2:13-cv-21913 |
| Johnson | Kristine | 2:13-cv-18050 |
| Johnson | Victoria | 2:13-cv-11153 |
| Jones | Kim | 2:14-cv-16603 |
| Jones | Pamela | 2:14-cv-09558 |
| Juergens | Lisa | 2:13-cv-13455 |
| Justin | Siobhan | 2:14-cv-05730 |
| Karolak | Michele | 2:14-cv-09560 |
| Kearns | Debra | 2:14-cv-03924 |
| Kennedy | Leah | 2:14-cv-09789 |
| King | Prisca | 2:13-cv-18134 |
| Klein | Nadine | 2:13-cv-08702 |
| Kopke | Shannon | 2:13-cv-12944 |
| Kranz | Lori | 2:13-cv-16685 |
| Krause | Debra | 2:14-cv-07619 |
| Krause | Kathleen | 2:14-cv-10191 |
| Krebs | Caroline | 2:13-cv-10119 |
| Krone | Pamela | 2:14-cv-26669 |
| Krygier | Audrey | 2:14-cv-07620 |
| Kurth | Diana | 2:13-cv-15949 |
| Lackey | Sandra | 2:14-cv-02183 |
| Lakin | Suzette | 2:14-cv-04162 |
| Lamora | Rene | 2:14-cv-00604 |
| Lee | Destani | 2:14-cv-10335 |
| Leon | Dai | 2:14-cv-26997 |
| Leon | Deborah | 2:14-cv-24605 |
| Leone | Elga | 2:13-cv-21437 |
| Lewis | Kristin | 2:14-cv-02191 |
| Leyden | Pamela | 2:14-cv-02808 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Linn | Lisa | 2:13-cv-13249 |
| Lipscombe | Michelle | 2:14-cv-24060 |
| Locher | Patricia | 2:14-cv-11310 |
| Lockwood | Jacquelyn | 2:13-cv-12617 |
| Lopez | Delia | 2:13-cv-25418 |
| Lucas | Julie | 2:14-cv-07623 |
| Lujan | Vivian | 2:13-cv-25419 |
| Luther | Mary | 2:14-cv-07624 |
| Mahan (Grubbs) | Belinda | 2:14-cv-02815 |
| Mancuso | Sandra (Sandi) | 2:14-cv-01025 |
| Mansel | Patricia | 2:14-cv-13150 |
| Marcini | Sherry | 2:14-cv-02827 |
| Marshall | Natalie | 2:12-cv-02077 |
| Martin | Betty | 2:14-cv-10200 |
| Martin | Jacqueline | 2:13-cv-13580 |
| Martin | Kayleen | 2:13-cv-18148 |
| Martin | Melissa | 2:14-cv-03934 |
| Martin | Rosa | 2:14-cv-13152 |
| Martin | Sherry | 2:13-cv-12625 |
| Martinez | Bianca | 2:14-cv-14471 |
| Mathis | Tina | 2:13-cv-12615 |
| Mattox | Krista | 2:13-cv-13444 |
| Matziaris | Carol | 2:13-cv-12603 |
| May-Mahorney | Michele | 2:14-cv-05584 |
| McBrayer | Sandy | 2:14-cv-26998 |
| McCarty | Dianna | 2:13-cv-12938 |
| McCauley | Nuyuan | 2:14-cv-13154 |
| McClure | Rita (Beth) | 2:14-cv-05588 |
| McGough | Elizabeth | 2:14-cv-05765 |
| McKeen | Karen | 2:13-cv-13392 |
| McMillion | Dorothy | 2:14-cv-14476 |
| McQueen (Dillard) | Jeanette | 2:14-cv-05321 |
| Meeks | Carolyn | 2:13-cv-18073 |
| Megginson-O'Neill | Colleen | 2:14-cv-09797 |
| Meksch | LaVerne | 2:14-cv-02831 |
| Menard | Mary Lynn | 2:13-cv-18131 |
| Menchaca | Rilla | 2:14-cv-05378 |
| Merryman | Lisa | 2:14-cv-05381 |
| Migliori | Heidi | 2:14-cv-08422 |
| Miller | Hedy | 2:13-cv-09107 |
| Miller | Kimberly | 2:13-cv-30716 |
| Miller | Sharon | 2:14-cv-02745 |
| Miller-Ballard | Tammy | 2:13-cv-13532 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Minor | Clide | 2:14-cv-02832 |
| Mirabal | Lydia | 2:14-cv-02193 |
| Mitchell | Brandie | 2:14-cv-09798 |
| Miyata | Lynelle | 2:13-cv-30051 |
| Monroe | Karen | 2:14-cv-10205 |
| Montgomery | Gay | 2:14-cv-16280 |
| Montgomery | Patricia | 2:13-cv-12632 |
| Moore | Barbara | 2:14-cv-21039 |
| Moore | Deborah | 2:13-cv-25426 |
| Moore | Deborah "Debbie" | 2:13-cv-15325 |
| Moore | Judy | 2:13-cv-11729 |
| Morey | Debra | 2:14-cv-15899 |
| Mosley | Theresa | 2:14-cv-08432 |
| Mullin | Janet | 2:14-cv-08440 |
| Murphy | Tena | 2:13-cv-26187 |
| Negron | Olga | 2:14-cv-04168 |
| Nelson | Sue | 2:14-cv-03851 |
| Noffsinger | Carol | 2:12-cv-03118 |
| Norton | Brenda | 2:13-cv-13529 |
| Nusi | Juana | 2:13-cv-26188 |
| Nyland | Nancy | 2:14-cv-23862 |
| Oakes | Jill | 2:13-cv-17922 |
| Odams | Veronica | 2:13-cv-14917 |
| Oglesby | Lois | 2:13-cv-19562 |
| Olsen | Pamela | 2:13-cv-12636 |
| Orazine | Gail | 2:14-cv-05590 |
| Orchekowsky | Stacie | 2:13-cv-18141 |
| Ortiz | Patricia | 2:14-cv-16206 |
| Osborne-Lee | Katharine | 2:14-cv-08443 |
| Oslau | Mary Lou | 2:14-cv-25699 |
| Ottosson | Margarita | 2:13-cv-33074 |
| Owens | Nell | 2:13-cv-19589 |
| Pace | Mickie | 2:14-cv-09800 |
| Pais | Patricia | 2:14-cv-03941 |
| Paniconi | Mary | 2:13-cv-16437 |
| Panzullo | Elizabeth | 2:13-cv-13394 |
| Paseka | Colleen | 2:13-cv-13451 |
| Patel | Audra | 2:13-cv-23150 |
| Patton | Amanda | 2:14-cv-01406 |
| Pena | Eva | 2:13-cv-19570 |
| 2;13-cv-11939 | Leezel | 2:12-cv-01640 |
| Peterson | Debra | 2:13-cv-12626 |
| Pharr | Linda Jean | 2:14-cv-01407 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Poisson | Edwina | 2:14-cv-08446 |
| Polyak | Ella | 2:13-cv-17366 |
| Poole | Joyce | 2:12-cv-02164 |
| Pope | Janie | 2:14-cv-00644 |
| Pope | Lonnie | 2:14-cv-01413 |
| Posten | Pamela | 2:14-cv-00560 |
| Powell | Annette | 2:14-cv-08460 |
| Prescott | Mary | 2:14-cv-00649 |
| Priest | Tammy | 2:14-cv-08466 |
| Pyle | Brenda | 2:13-cv-18239 |
| Quevedo | Sylvia | 2:14-cv-12140 |
| Quintero | Irene | 2:13-cv-27839 |
| Rains | Sharon | 2:15-cv-03375 |
| Rakes | Linda | 2:14-cv-16294 |
| Ralls | Fredda | 2:14-cv-12142 |
| Ramirez | Deanna | 2:14-cv-03943 |
| Ramoo | Ronica | 2:13-cv-14870 |
| Randolph | Margaret | 2:13-cv-08248 |
| Reebel | Teresa | 2:14-cv-11297 |
| Reed | Nancy | 2:13-cv-13534 |
| Reeves | Bonnie | 2:13-cv-26197 |
| Regelin | Virginia | 2:14-cv-17892 |
| Renfro | Deborah | 2:13-cv-16620 |
| Repka | Diann | 2:13-cv-26198 |
| Rettele | Pamela | 2:13-cv-20792 |
| Reverendo | Pamela | 2:14-cv-05594 |
| Reyes | Alba | 2:14-cv-05597 |
| Richardson | Wanda | 2:14-cv-01415 |
| Rickman | Sheree | 2:13-cv-26199 |
| Riggleman | Debra | 2:14-cv-01419 |
| Riner | Karen | 2:13-cv-12634 |
| Rizwi | Ashraf | 2:14-cv-16606 |
| Roberts | Vila | 2:13-cv-27002 |
| Robinson | Clydette | 2:14-cv-24217 |
| Rodriguez | Mary | 2:14-cv-05393 |
| Rogers | Mildred | 2:14-cv-14146 |
| Roland | Sharon | 2:14-cv-08468 |
| Rose | Mary | 2:13-cv-18037 |
| Roth | Karen | 2:14-cv-08477 |
| Rounds | Tammy | 2:14-cv-08496 |
| Rudolf | Toni | 2:14-cv-08500 |
| Rumfield | Telytha | 2:14-cv-14144 |
| Runyan | Waunita | 2:14-cv-08502 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Rusher | Tina | 2:14-cv-02746 |
| Ruttner | Shirley | 2:13-cv-16608 |
| Sabens | Cheryl | 2:13-cv-17368 |
| Salandez | Rose | 2:13-cv-13526 |
| Salinas | Sandra | 2:14-cv-24217 |
| Savage | Kathleen | 2:14-cv-03862 |
| Savedra | Barbara | 2:14-cv-04217 |
| Schmid | Loretta | 2:14-cv-10212 |
| Schmitt | Charlotte | 2:13-cv-18273 |
| Scott | Goldie | 2:13-cv-13445 |
| Scott | Mary | 2:14-cv-05599 |
| Seltzer | Brenda | 2:14-cv-21060 |
| Sessoms | Ann | 2:14-cv-09348 |
| Shipp | Jewell | 2:14-cv-00645 |
| Shope | Susan | 2:12-cv-02522 |
| Siegel | Abby | 2:14-cv-05604 |
| Siegrist | Marianne | 2:14-cv-17889 |
| Simmons | Pamela | 2:14-cv-14473 |
| Skeens | Julie | 2:12-cv-01643 |
| Skei | Gayle | 2:13-cv-13581 |
| Smallwood | Rachel | 2:13-cv-13531 |
| Smith | Angela | 2:14-cv-05785 |
| Smith | Brenda | 2:14-cv-13158 |
| Smith | Christine | 2:14-cv-05789 |
| Smith | Elizabeth | 2:14-cv-00995 |
| Smith | Gloria | 2:13-cv-29540 |
| Smith | Lagena | 2:13-cv-18105 |
| Smith | Michelle | 2:14-cv-01425 |
| Smith | Sharon | 2:14-cv-14468 |
| Smith | Teresa | 2:14-cv-09350 |
| Snook (Murlin) | Melanie | 2:13-cv-29746 |
| Spence | Joan | 2:13-cv-07982 |
| Spencer | Gwenda | 2:13-cv-32360 |
| Steiger | Fern | 2:14-cv-09354 |
| Stewart | Patricia | 2:13-cv-27008 |
| Stickler | Rita | 2:13-cv-13441 |
| Stout | Susan | 2:14-cv-07851 |
| Straughn | Peggy | 2:13-cv-27009 |
| Struchko | Karen | 2:14-cv-07854 |
| Surrett | Geraldine | 2:14-cv-09357 |
| Tallant | Tina | 2:14-cv-09359 |
| Taylor | Donna | 2:14-cv-04238 |
| Telgenhof | Elda | 2:14-cv-21037 |

ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Theisen | Carla | 2:13-cv-12635 |
| Thetford | Pamela | 2:14-cv-09362 |
| Thomaidis | Ann-Marie | 2:14-cv-03852 |
| Thomas-Wilson | Christina | 2:14-cv-09365 |
| Thompson | Stacie | 2:14-cv-07855 |
| Thompson | Teena | 2:13-cv-13448 |
| Thurman | Kelli | 2:14-cv-09368 |
| Tiftafeh-Sadiq | Carmela | 2:14-cv-07856 |
| Tighe | Mary | 2:13-cv-20274 |
| Tilley | Kimberly | 2:14-cv-09369 |
| Tilson | Mary | 2:14-cv-13159 |
| Totty | Tracy | 2:14-cv-21043 |
| Townson | Irma | 2:13-cv-12954 |
| Tracey | Wanda | 2:13-cv-16607 |
| Tracy | Rhonda | 2:13-cv-17301 |
| Trimpe | Jennifer | 2:13-cv-14793 |
| Tripp | Kristy | 2:14-cv-07863 |
| Tumminelli | Christine | 2:13-cv-10185 |
| Turner-Hill | Barbara | 2:14-cv-09371 |
| Urban | Beverly | 2:14-cv-26511 |
| Vann | Rosetta (Rosie) | 2:14-cv-09373 |
| Vanover | Sheila | 2:14-cv-02481 |
| Vasquez | Deborah | 2:14-cv-26675 |
| Vaught | Betty | 2:14-cv-11293 |
| Verschure | Elizabeth | 2:14-cv-04242 |
| Veselenak | Sarah | 2:13-cv-10177 |
| Vickers | Jami | 2:13-cv-10699 |
| Viola | Norma | 2:13-cv-20017 |
| Wade | Patricia | 2:13-cv-07377 |
| Wagster | Marlene | 2:14-cv-14117 |
| Walker | Nancy | 2:14-cv-14174 |
| Wallenberg | Debra (Deb) | 2:14-cv-04254 |
| Walsh | Jodi | 2:14-cv-09375 |
| Ward | Sue | 2:14-cv-09376 |
| Ward | Tonya | 2:13-cv-20290 |
| Ward-LeMonds | Teresa | 2:13-cv-13385 |
| Waters | Sue | 2:13-cv-13391 |
| Watson | Melanie | 2:14-cv-03854 |
| West | Shannon | 2:14-cv-00689 |
| White | Mary | 2:14-cv-05614 |
| White | Virginia | 2:14-cv-00565 |
| Williams | Beverly | 2:14-cv-05792 |
| Williams | Crystal | 2:13-cv-31800 |

## ATTACHMENT "A" - ETHICON CASES WITH WATERS KRAUS, LLP

| Last | First | Case Number (If Filed) |
|---|---|---|
| Williams | Ida | 2:13-cv-32362 |
| Williams | Nancy | 2:13-cv-12946 |
| Wilson | Carol | 2:13-cv-10784 |
| Wilson | Linda | 2:14-cv-14401 |
| Wilson | Selena | 2:14-cv-10381 |
| Winblad | Lillie | 2:14-cv-23861 |
| Winding | Teresa | 2:14-cv-05405 |
| Windows | Lori | 2:14-cv-09380 |
| Woodard | Janice | 2:14-cv-07865 |
| Woods | Lisa | 2:13-cv-13461 |
| Woolfolk | Pauline | 2:13-cv-12949 |
| Woosley | Tracy | 2:12-cv-03145 |
| Wozniak | Jill | 2:14-cv-07866 |
| Wright | Peggy | 2:14-cv-00994 |
| Wright | Shineye | 2:13-cv-27843 |
| Wright (Stone) | Jennifer | 2:14-cv-07868 |
| Yoder | D-Lin | 2:14-cv-16604 |
| Zeigenbein | Jennifer | 2:14-cv-04263 |
| Zimmerman | Rachelle | 2:14-cv-14404 |
| Zimmerman | Rebecca | 2-13-cv-12956 |
| Zwerk | Darlene | 2:13-cv-18040 |
| Davis | Julie | 2:16-cv-06134 |
| Enlow | Judy | 2:12-cv-19948 |
| Wills | Debra | 2:16-cv-06156 |