# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCT LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ———————————————————<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that I have communicated with counsel for Ethicon, Inc., Johnson and Johnson, and/or Ethicon, LLC and verified that our firm has provided the information required by Pretrial Order #240 (Product ID and Operative Reports) for the plaintiffs named on Attachment A on whose behalf a claim has been alleged against these defendants.

Dated: November 14, 2016                    Respectfully submitted,

                            */s/ Lisa Causey-Streete*
                            Lisa Causey-Streete
                            LA Bar No.: 33767
                            Salim-Beasley, LLC
                            1901 Texas Street
                            Natchitoches, LA 71457
                            Telephone: 318-238-1826
                            Facsimile: 318-354-1227
                            lcausey@salim-beasley.com
                            Attorney for Plaintiffs

**Exhibit A**

| Plaintiff Name | Case No. |
|---|---|
| Lorna Gildig | 2:16-cv-03160 |
| Patricia S. Reaux | 2:16-cv-03589 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Lisa Causey-Streete*
Lisa Causey-Streete
LA Bar No.: 33767
Salim-Beasley, LLC
1901 Texas Street
Natchitoches, LA 71457
Telephone: 318-238-1826
Facsimile: 318-354-1227
lcausey@salim-beasley.com
Attorney for Plaintiffs