**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                  MDL 2327
LITIGATION

---------------------------------------------------------
**CASES LISTED ON ATTACHMENT A**

                                                JOSEPH R. GOODWIN U.S. DISTRICT
                                                            JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously

supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A

as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon
product(s) for which a claim is alleged.

Dated: November 14, 2016                Respectfully submitted,

                                        /s/ Derek T. Braslow
                                        Pogust Braslow & Millrood, LLC
                                        Derek T. Braslow, Esq. PA #78994
                                        Michael G. Daly, Esq. PA #309911
                                        Eight Tower Bridge, Suite 940
                                        161 Washington Street
                                        Conshohocken, PA 19428
                                        T: 610-941-4204
                                        F: 610-941-4245
                                        dbraslow@pbmattorneys.com
                                        mdaly@pbmattorneys.com

**CERTIFICATE**

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

attorneys of record.

Respectfully submitted,

/s/ Derek T. Braslow

# Exhibit A

| Case Ref | Filing Info |
|---|---|
| Mann, Robin | 16cv5827 |
| Stewart, Robin | 16cv4383 |
| Villegas, Carmen | 16cv4382 |