## **EXHIBIT A**

| MCFEE, WENDY L., ET AL. | 2:14-cv-28769 |
| --- | --- |
| SECHREST, BETTY, ET AL. | 2:13-cv-22985 |
| WADSWORTH, CLARE, ET AL. | 2:15-cv-00570 |
| | |
| | |