UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILTY LITIGATION | CIVIL ACTION<br><br>Master File No.: 2:12-md-2327<br>MDL NO. 2327 |
| LEEANNE MARIE SULLIVAN<br>CIVIL CASE NO.: 8:15-CV-01188 | JOSEPH R. GOODWIN<br>U.S. DISTRICT COURT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that, to the best of my information and belief, Massey Law Group has supplied the information required per Pretrial Order 240 for Plaintiff Leeanne Marie Sullivan, Civil Action Number 8:15-CV-01188, as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged, attached hereto in the form of operative reports as Exhibit A; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged. *See* Exhibit A.

3. Upon information and belief, this information previously was provided to defendants by way of the Complaint.

Respectfully Submitted,

MASSEY LAW GROUP

Kimm Massey, Esq. (Bar No 18667)
6305 Ivy Lane, Suite 505
Greenbelt, MD 20770
(301)982-4529 –Telephone
(301)982-4530 – Facsimile

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certification of Compliance with PTO 240 was, on this 14th day of November, 2016, served on counsel for all parties to this proceeding through CM/ECF.

Kimm Massey Esquire