UNITED STATES JUDICIAL PANEL
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR        MDL No.: 2327
SYSTEM PRODUCTS LIABILITY LITIGATION

Melanie A. Dell, et al v. Ethicon, Inc., et al
Case No. 2:14-cv-17943

## CERTIFICATE OF COMPLIANCE

I hereby certify that on November 10, 2016, the response to Pretrial Order #240 as to Melanie A. Dell, et al v. Ethicon, Inc., et al, 2:14-cv-17943 in MDL 2327, In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation was sent to counsel for Ethicon at PTO240@butlersnow.com and this Certificate of Compliance was filed electronically with the Clerk of the Court.

Respectfully submitted,

/s/ Nicole M. Ziegler
Nicole M. Ziegler, Esq.
Fla. Bar. No. 0068495
Shirin M. Vesely, Esq.
Fla. Bar. No. 0021156
Keane, Reese, Vesely & Gerdes, P.A.
770 Second Avenue South
St. Petersburg, FL 33701
Ph: (727)823-5000/Fax: (727)894-1023
Primary email: nziegler@krv-lawfirm.com
Primary email: svesely@krv-lawfirm.com
Secondary email: efiling@krv-lawfirm.com
Counsel for Plaintiff