# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ---------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

| | |
|---|---|
| Dated: November 14, 2016 | Respectfully submitted,<br>/s/ Andrea S. Hirsch<br>*Attorney for the Plaintiff*<br><br>Andrea S. Hirsch, Esquire<br>(GA Bar No. 666557)<br>**HERMAN GEREL, LLP**<br>230 Peachtree Street, Suite 2260<br>Atlanta, GA 30303<br>Telephone: 404-880-9500<br>Facsimile: (404) 880-9605<br>Email: ahirsch@hermangerel.com<br><br>Joseph Kott, Esq.<br>LA Bar #24499<br>Herman Gerel, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Email: Jkott@hhkc.com |

Michelle A. Parfitt, Esquire
VA Bar No. 33650
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
Email: mparfitt@ashcraftlaw.com;
hdennis@ashcraftlaw.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I emailed to PTO240@butlersnow.com and electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing systems, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Andrea S. Hirsch

Andrea S. Hirsch, Esquire
(GA Bar No. 666557)
**HERMAN GEREL, LLP**
230 Peachtree Street, Suite 2260
Atlanta, GA 30303
Telephone: 404-880-9500
Facsimile: (404) 880-9605
Email: ahirsch@hermangerel.com

Joseph Kott, Esq.
LA Bar #24499
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Email: Jkott@hhkc.com

Michelle A. Parfitt, Esquire
VA Bar No. 33650
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Telephone: (703) 931-5500
Facsimile: (703) 820-1656
Email: mparfitt@ashcraftlaw.com;
hdennis@ashcraftlaw.com

*Attorneys for the Plaintiff*