|    | Client Name (Last, First) | MDL Civil Action No. |
|----|---------------------------|----------------------|
| 1  | Frye, Jackie              | 2:12-cv-01004        |
| 2  | Minix, Dorothy            | 2:12-cv-01894        |
| 3  | Metzger, Patricia         | 2:12-cv-02047        |
| 4  | Tunstall, Tymika          | 2:12-cv-02906        |
| 5  | Blackwell, Lydia          | 2:12-cv-03155        |
| 6  | Young, Rose               | 2:12-cv-03198        |
| 7  | Welch, Emily              | 2:12-cv-03202        |
| 8  | Alvarado, Jeanette        | 2:12-cv-04196        |
| 9  | Lindsay, Minnie           | 2:12-cv-04885        |
| 10 | Wollitz, Cindy            | 2:12-cv-05013        |
| 11 | Levrets, Rebecca          | 2:12-cv-05135        |
| 12 | Thompson, Debra           | 2:12-cv-06030        |
| 13 | Williams, Patricia        | 2:12-cv-06774        |
| 14 | Cavazos, Yolanda          | 2:12-cv-07551        |
| 15 | Red Owl, Helen            | 2:12-cv-07622        |
| 16 | Bradley, Lucineth         | 2:12-cv-08678        |
| 17 | Iosty, Janet              | 2:12-cv-08775        |
| 18 | Poitry, Deborah           | 2:12-cv-08779        |
| 19 | McCormack, Debra          | 2:12-cv-09041        |
| 20 | Robinson, Jill            | 2:12-cv-09322        |
| 21 | Fouts, Mary               | 2:12-cv-1395         |
| 22 | Helms, Shelia             | 2:13-cv-00737        |
| 23 | Hanney, Betty             | 2:13-cv-00946        |
| 24 | Mauer, Ann                | 2:13-cv-01248        |
| 25 | Janitz, Janice            | 2:13-cv-02426        |
| 26 | Nance, Rema               | 2:13-cv-03188        |
| 27 | Elkins, Rosella           | 2:13-cv-03300        |
| 28 | Walker, Peggy             | 2:13-cv-04035        |
| 29 | Poe, Jacqueline           | 2:13-cv-04467        |
| 30 | Bradshaw, Debra           | 2:13-cv-04969        |
| 31 | Majzel, Nina              | 2:13-cv-05132        |
| 32 | Sandulli, Amy             | 2:13-cv-05742        |
| 33 | Sauro, Mary               | 2:13-cv-06993        |
| 34 | Vann, Randi               | 2:13-cv-10589        |
| 35 | Anderson, Tammy           | 2:13-cv-12518        |
| 36 | Hardy, Lisa               | 2:13-cv-12540        |
| 37 | Thibeault, Jessica        | 2:13-cv-14801        |
| 38 | Paul, Linda               | 2:13-cv-15121        |
| 39 | Coffey, Charyl            | 2:13-cv-20061        |
| 40 | Breault, Paula            | 2:13-cv-30029        |
| 41 | Strickland, Pamela        | 2:13-cv-30038        |
| 42 | Resnick, Jeanette         | 2:13-cv-30674        |
| 43 | Tatum-Williams, Diretha   | 2:13-cv-30675        |
| 44 | Palk, Victoria            | 2:13-cv-30690        |
| 45 | Sanderson, Sharon         | 2:13-cv-31571        |
| 46 | Rich, Shannon             | 2:13-cv-31572        |

Herman Gerel, LLP                                        Attachment A - PTO 240

|    | Client Name (Last, First) | MDL Civil Action No. |
|----|---------------------------|----------------------|
| 47 | Ivanenko, Elena           | 2:13-cv-31580        |
| 48 | Figueroa, Maria           | 2:13-cv-32255        |
| 49 | Desario, Cyndi            | 2:13-cv-32257        |
| 50 | Hall, April               | 2:13-cv-32261        |
| 51 | Damon, Michell            | 2:13-cv-33044        |
| 52 | Sinclair, Brenda          | 2:13-cv-33055        |
| 53 | McKay, Geraldine          | 2:14-cv-00664        |
| 54 | Nicholls, Lois            | 2:14-cv-17468        |
| 55 | Smith, Virginia           | 2:14-cv-26246        |
| 56 | Bowling, Heidi            | 2:15-cv-03922        |
| 57 | Leno, Melinda             | 2:15-cv-08732        |
| 58 | Kirk, Bernice             | 2:15-cv-11111        |
| 59 | Courson, Cynthia          | 2:15-cv-11536        |
| 60 | Walden, Angela            | 2:16-cv-02031        |