# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation )<br>)<br>_____ )<br>)<br>**CASES LISTED ON ATTACHMENT A** ) | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated:  November 14, 2016

Respectfully submitted,

/s/ *Shawn G. Foster*
Shawn G. Foster
**DAVIS, BETHUNE & JONES, LLC**
1100 Main Street, Suite 2930
Kansas City, MO 64105
Phone:  816-421-1600
Fax:  816-472-5972
sfoster@dbjlaw.net

ATTORNEY FOR PLAINTIFFS

## ATTACHMENT A

| Plaintiff Name | Case No. |
| --- | --- |
| Adcock, Dawn | 2:13-cv-26300 |
| Bond, Rebecca | 2:13-cv-27592 |
| Bouchard, Joyce | 2:14-cv-30104 |
| Corliss, Millie | 2:13-cv-26305 |
| Counts, Wendy | 2:14-cv-30547 |
| Cross, Teresa | 2:13-cv-33116 |
| Custer, Kitty | 2:13-cv-25750 |
| Denys, Gina | 2:13-cv-25750 |
| Duvall, Tracey | 2:13-cv-27591 |
| Ferguson, Linda | 2:13-cv-25411 |
| Fisher, Fannie Oma | 2:14-cv-07027 |
| Forrest, Dionna | 2:14-cv-14103 |
| Frank, Mary | 2:14-cv-15149 |
| Frazier, Eva | 2:13-cv-27589 |
| Galbraith, Norma | 2:13-cv-26284 |
| Goodyear, Sharon | 2:13-cv-26286 |
| Graham, Donna | 2:14-cv-00765 |
| Hale, Christine | 2:14-cv-17127 |
| Handley, Erika | 2:13-cv-27587 |
| Harper, Adrienne | 2:13-cv-23892 |
| Havard, April | 2:13-cv-29535 |
| Helms, Crystal | 2:13-cv-26297 |
| Jackson, Roberta | 2:13-cv-33113 |
| Mata, Melissa | 2:15-cv-02914 |
| McClure, Melissa | 2:13-cv-25409 |
| Mills, Delsye | 2:13-cv-25008 |
| Nadzak, Tina | 2:14-cv-23835 |
| Navarre, Pam | 2:13-cv-27583 |
| Noble, Karen | 2:14-cv-25859 |
| Perez, Diana | 2:13-cv-26288 |
| Plotkin, Cathy | 2:14-cv-10781 |
| Rector, Kimberly | 2:14-cv-15155 |
| Richardson, Candace | 2:13-cv-28000 |
| Rowe, Ruby | 2:14-cv-24362 |
| Salyers, Darlene | 2:13-cv-25407 |
| Semrock, Tracy | 2:13-cv-30679 |
| Spangler, Judie | 2:13-cv-25408 |
| Sparkman, Joann | 2:13-cv-27585 |
| Szewc, Reida | 2:13-cv-31592 |
| Tucci, Lisa | 2:14-cv-16224 |
| Ward, Amy | 2:13-cv-28003 |
| Watson, Jannette | 2:13-cv-27588 |

| Plaintiff Name | Case No. |
|---|---|
| Weller, Georgia | 2:13-cv-27586 |
| Williams, Dian | 2:14-cv-24587 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2016, the foregoing Certification of Compliance with PTO 240 was filed in the Court's Electronic Case Filing ("ECF") system, which will automatically notify all parties and counsel of record who are registered ECF users.

      /s/ *Shawn G. Foster*
      Attorney for above-listed Plaintiffs

{00296909.DOCX}