# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>**CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 11, 2016    Respectfully submitted,

By: /s/ *Darren Wolf*_____
Darren Wolf
Texas Bar No.  24072430
darren@darrenwolf.com
Christianne Edlund
christianne@darrenwolf.com
Texas Bar No. 24072083
Law Office of Darren Wolf, P.C.
1701 North Market Street, Suite 210
Dallas, Texas  75202
Phone (214) 346-5355
Fax. (214) 346-5909
*Attorneys for Plaintiffs Lenda and Ernest Sugg*

## **CERTIFICATE OF SERVICE**

      I certify that on November 11, 2016 a true and correct copy of Plaintiff's Certification of Compliance with PTO 240 was served on counsel of record in accordance with the Federal Rules of Civil Procedure.

                                               */s/Darren Wolf*
                                               Darren Wolf

## ATTACHMENT "A"

| Plaintiff | Case No. |
|---|---|
| Lenda Sugg and Ernest Sugg | 2:12-cv-06033 |