## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## **CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

| | |
|---|---|
| Dated: November 14, 2016 | Respectfully submitted,<br>/s/ Wendy M. Behan<br><br>Wendy M. Behan, Cal. Bar. 199214<br>Gayle M. Blatt, Cal. Bar 122048<br>**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP**<br>110 Laurel St.<br>San Diego, CA 92101<br>Telephone: 619-238-1811<br>Facsimile: 619-544-9232<br>wbehan@cglaw.com<br>gmb@cglaw.com<br>ATTORNEYS FOR PLAINTIFFS |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I emailed to PTO240@butlersnow.com and electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing systems, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ Wendy M. Behan

Wendy M. Behan, Cal. Bar. 199214
Gayle M. Blatt, Cal. Bar 122048
**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP**
110 Laurel St.
San Diego, CA 92101
Telephone: 619-238-1811
Facsimile: 619-544-9232
wbehan@cglaw.com
gmb@cglaw.com
ATTORNEYS FOR PLAINTIFFS