Attachment A    CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT PENFIELD, LLP    PTO 240

|  | Client Name (Last, First) | MDL Civil Action No. |
|---|---|---|
| 1 | Worral, Suzanne | 2:13-cv-12120 |
| 2 | Leonard, Michelle | 2:13-cv-12496 |
| 3 | Johnson, Martha | 2:13-cv-12756 |
| 4 | Weld, Dolores | 2:13-cv-12764 |
| 5 | Ramirez, Yolanda | 2:13-cv-29172 |
| 6 | Gonzalez, Blanca | 2:13-cv-4800 |
| 7 | Oliver, Leticia | 2:14-cv-10614 |
| 8 | Nillaga-Crisostomo, Sheila | 2:14-cv-16865 |
| 9 | Mohr, Christine | 2:16-cv-000736 |
| 10 | Carson, Julia | 2:16-cv-00520 |
|  |  |  |