**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION

-------------------------------------------------------

**CASES LISTED ON ATTACHMENT A**

                       JOSEPH R. GOODWIN U.S. DISTRICT
                                JUDGE

**<u>CERTIFICATION OF COMPLIANCE WITH PTO 240</u>**

       I hereby certify that to the best of my information and belief, our firm has previously

supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A

as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon
product(s) for which a claim is alleged.


Dated:  November 14, 2016                   Respectfully submitted,


                              <u>/s/ Aimee H. Wagstaff</u>
                              Aimee H. Wagstaff
                              Andrus Wagstaff, PC
                              7171 West Alaska Drive
                              Lakewood, CO 80226
                              Phone: (303) 376-6360
                              Fax: (303) 376-6361
                              aimee.wagstaff@andruswagstaff.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2016, I electronically filed this document with the

clerk of the court using the CM/ECF system, which will send notification of this filing to

CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswasgstaff.com

**Attachment A**

| Last Name | First Name | Case Number |
|---|---|---|
| Lieser | Julie | 2:15-cv-07865 |
| Mcwilliams | Rita | 2:15-cv-07625 |
| Martini | Mary | 2:15-cv-07148 |
| Massa | Teresa | 2:15-cv-07147 |
| Phillips | Shannon | 2:15-cv-06727 |
| Remmert | Betty | 2:15-cv-06345 |
| Maynard | Renee | 2:15-cv-05541 |
| Marconi | Kathy | 2:15-cv-04406 |
| Mattson | Mary Jo | 2:15-cv-04405 |
| Lesniak | Bonnie | 2:14-cv-22637 |
| Taylor | Janice | 2:14-cv-21319 |
| Herring | Donna | 2:14-cv-18998 |
| Brancheau | Geraldine | 2:14-cv-18997 |
| Pugh | Sheila | 2:14-cv-18285 |
| McGillivray | April | 2:14-cv-17859 |
| Winkers | Michelle Lynn | 2:14-cv-17845 |
| Smith | Rhoda | 2:14-cv-17842 |
| Adams | Mary | 2:14-cv-17855 |
| Wallace | Edna | 2:14-cv-17861 |
| Staines | Adela | 2:14-cv-17850 |
| Devoe | Cara | 2:14-cv-17846 |
| Deren | Angie | 2:14-cv-17738 |
| Woodard | Connie | 2:14-cv-17760 |
| Desmet | Beverly | 2:14-cv-17752 |
| Pope | Kathi | 2:14-cv-17512 |
| Smith | Bette Louise | 2:14-cv-17514 |
| Buff | Christy | 2:14-cv-16617 |
| Adams | Valencia | 2:14-cv-14426 |
| Estrela | Lina | 2:14-cv-14428 |
| Anderson | Marilyn | 2:14-cv-14427 |
| Burden | Julia | 2:14-cv-14419 |
| Yousey | Ruth | 2:14-cv-02400 |
| Carpenter | Lori | 2:14-cv-02350 |
| Smith | Jerry | 2:14-cv-01962 |
| Bivens | Debora | 2:14-cv-01874 |
| Singer | Diane | 2:14-cv-01960 |
| Naman | LeAnne | 2:14-cv-00821 |
| Cruce | Teresa | 2:14-cv-01888 |
| Shattuck | JaNeal | 2:14-cv-01780 |

| | | |
|---|---|---|
| Basler-Allulis | Jenny | 2:14-cv-01709 |
| Price | Linda | 2:14-cv-01771 |
| Knapp | Cheryl | 2:14-cv-01464 |
| Cash | Kim | 2:14-cv-01050 |
| Reinke | Kristy | 2:14-cv-01091 |
| Cloud | Darla | 2:14-cv-02468 |
| Beasley | Barbara | 2:14-cv-02436 |
| Norris | Teresa | 2:14-cv-00824 |
| Bridges | Stella | 2:14-cv-00763 |
| Hatmaker | Tracy | 2:14-cv-00787 |
| Malone | Dorothy | 2:14-cv-02760 |
| Matos | Gladys | 2:14-cv-02788 |
| Odom | Julie | 2:14-cv-02794 |
| Brown | Sharon | 2:14-cv-10322 |
| Cowan | Pamela | 2:13-cv-33796 |
| Harms | Colleen | 2:13-cv-33800 |
| Rosales | Florence "Joanne" | 2:16-cv-06275 |
| Forler | Sherry | 2:13-cv-27393 |
| Teasley | Susan | 2:13-cv-28914 |
| Beets | Reba | 2:13-cv-27379 |
| Hutchins | Lisa | 2:13-cv-28911 |
| Wiegert | Teresa | 2:13-cv-25906 |
| Klein | Roxee | 2:13-cv-24952 |
| Cline | Cheryl | 2:13-cv-24960 |
| Turner | Darla | 2:13-cv-08865 |
| DeHerrera | Karen L. | 2:13-cv-08770 |
| Brown-Sipe | Heather | 2:13-cv-07715 |
| Butler | Margaret | 2:13-cv-07716 |
| Lacey | Donna | 2:13-cv-07699 |
| Wiggins | Taunie | 2:13-cv-07557 |
| Perry | Linda | 2:13-cv-07552 |
| Kilby | Lowanda | 2:13-cv-07544 |
| Alvarez | Estela | 2:13-cv-06977 |
| Shafer | Christine | 2:13-cv-06999 |
| Wright | Mendy | 2:13-cv-07060 |
| Parsons | Jane | 2:13-cv-06926 |
| Chaney | Donna | 2:13-cv-06319 |
| Carr | Suzan | 2:13-cv-06316 |
| Nell | Julia | 2:13-cv-06239 |
| Gourley-Kinney | Tiffany | 2:13-cv-06333 |
| Evans | Sandra | 2:13-cv-06383 |

| | | |
|---|---|---|
| Drader | Jodi | 2:13-cv-06381 |
| Greenlief | Kimberly | 2:13-cv-06336 |
| Moss-Wescott | Gina | 2:13-cv-06237 |
| Castro - Otis | Gloria | 2:13-cv-06221 |
| Gioitta | Caroline | 2:13-cv-06230 |
| Foley | Kathleen | 2:13-cv-06386 |
| Paredes | Myra | 2:13-cv-06240 |
| Conover | Virginia | 2:13-cv-06222 |
| Mcallister | Ladoris | 2:13-cv-06232 |
| Kelly | Bertha | 2:13-cv-06331 |
| Harris | Connie | 2:13-cv-05677 |
| Anthony | Laurie | 2:13-cv-05699 |
| Muncy | Teresa | 2:13-cv-05559 |
| Maier | Lelanda Dee | 2:13-cv-05636 |
| Basile | Mechelle | 2:13-cv-05059 |
| Ban | Cindy | 2:13-cv-05058 |
| Reyes | Rita | 2:13-cv-04976 |
| Clark | Linda | 2:13-cv-04971 |
| Kyle | Ellen | 2:13-cv-05031 |
| Murphy | Cheryl | 2:13-cv-04332 |
| De la Paz | Regina | 2:13-cv-04460 |
| Brown | Marlisha | 2:13-cv-04456 |
| Allen | Kathey | 2:13-cv-04453 |
| Smith | Annie | 2:13-cv-04509 |
| Pilgreen | Patricia | 2:13-cv-04334 |
| Imes | Rosemary | 2:13-cv-04347 |
| Johnston | Elaine | 2:13-cv-04348 |
| Smith | Juanita | 2:13-cv-04510 |
| Harrelson | Sandra | 2:13-cv-05079 |
| Graves | La Verne | 2:13-cv-04327 |
| Dawson | Shelia Ann | 2:13-cv-04325 |
| McCreary | Carol | 2:13-cv-04331 |
| O'Dell | Kelly | 2:13-cv-03665 |
| Olson | Margaret | 2:13-cv-03666 |
| Spinner | Teresa | 2:13-cv-03588 |
| Valtri | Tressa | 2:13-cv-03590 |
| Shott | Kelly | 2:13-cv-03705 |
| Press | Julie | 2:13-cv-03667 |
| Salinas | Maggie | 2:13-cv-03702 |
| Hall-Ford | Nicole | 2:13-cv-03623 |
| Salkeld | Barbara | 2:13-cv-03704 |
| Brown | Cynthia | 2:13-cv-03575 |

| | | |
|---|---|---|
| Bowers | Danielle | 2:13-cv-03572 |
| Ashton | Barbara | 2:13-cv-03166 |
| Currier | Sheri | 2:13-cv-03169 |
| Bailey | Sharon | 2:13-cv-03214 |
| Boyd | Rosalind Elaine | 2:13-cv-03217 |
| Smith | Gerri | 2:13-cv-01729 |
| Apodaca | Rose | 2:12-cv-09435 |
| Barekzi | Lida | 2:12-cv-06701 |
| Roman | Jeanette | 2:12-cv-05255 |
| Thompson | Harriett | 2:12-cv-03741 |
| Rosen | Zouka | 2:12-cv-06940 |
| Brock | Irene | 2:12-cv-08793 |
| Snelling | Thelma "Jones" | 2:12-cv-08650 |
| Bird | Gladys | 2:12-cv-03869 |
| Smith | Donna | 2:12-cv-08820 |
| Smith | Shirley | 2:12-cv-08822 |
| Towns | Bertha | 2:12-cv-03306 |
| Secord | Estelle | 2:12-cv-04042 |
| Thornton | Betty | 2:12-cv-05115 |
| Countiss | Dorothy | 2:12-cv-08799 |
| Birchfield | Sheila | 2:12-cv-05053 |
| Beeler | Lisa | 2:12-cv-08817 |
| Adkins | Wanda | 2:12-cv-08801 |
| Arnold | Terry | 2:12-cv-08816 |
| Edwards | Emma | 2:12-cv-08819 |
| Tatum | Shelli | 2:12-cv-08832 |
| Flowers | Lisa | 2:12-cv-03922 |
| Durham | Beth | 2:12-cv-08798 |
| Bates | Dana | 2:12-cv-03939 |
| Bourque | Suzette | 2:12-cv-08845 |
| Dunlap | Kathy | 2:12-cv-08797 |
| Morris | Rebecca | 2:12-cv-8653 |
| Roger | Samantha | 2:12-cv-08715 |
| Tackett | Shari | 2:12-cv-08826 |
| Moers-Patterson | Patricia | 2:14-cv-22235 |
| Pearson | Ruth | 2:14-cv-18284 |
| Rice | Kimberly | 2:14-cv-17715 |
| Meehan | Maryellen | 2:14-cv-17746 |
| Page | Laura | 2:14-cv-02381 |
| Perrine | Lee Ann | 2:14-cv-02382 |
| Hammuck-Gates | Monica | 2:14-cv-1901 |
| Parks | Pamela | 2:14-cv-01473 |

| | | |
|---|---|---|
| Rodemich | Sarafina | 2:14-cv-01101 |
| Lafon | Cheryl | 2:14-cv-02756 |
| Bowers | Ashley | 2:14-cv-01876 |
| Love | Patricia | 2:14-cv-01905 |
| Malott | Pamela | 2:14-cv-01906 |
| Matthews | Teri | 2:14-cv-01907 |
| Bryant | Beverly | 2:16-cv-06281 |
| Crisp | Anna | 2:16-cv-06284 |
| Ayers | Virginia | 2:15-cv-07621 |
| Labrecque | Beatriz | 2:14-cv-18278 |
| Endris | Patricia | 2:14-cv-18272 |
| Murray | Barbara | 2:14-cv-18280 |
| Morrison | Deborah | 2:14-cv-17847 |
| Caldwell | Beverly | 2:14-cv-17751 |
| Jordan | Linda A. | 2:14-cv-17756 |
| Keadle | Patricia | 2:14-cv-14319 |
| McAlpine Meredith | Lisa | 2:14-cv-02368 |
| Chasteen | Linda | 2:14-cv-01791 |
| Graham | Kimberly | 2:14-cv-01741 |
| Ritter | Pamela | 2:14-cv-01475 |
| O'Neil | Sherry | 2:14-cv-01082 |
| Paynter | Edna | 2:14-cv-02800 |
| Carames | Shana | 2:13-cv-30309 |
| Carney | Martha | 2:13-cv-30312 |
| Churchill | Victoria | 2:13-cv-30315 |
| Colon | Gladys | 2:13-cv-30317 |
| Gillum | Dale | 2:13-cv-07054 |
| Anspach | Cynthia Sue | 2:13-cv-07046 |
| Allen | Ann | 2:13-cv-06348 |
| Bridges | Kimberly | 2:13-cv-05700 |
| Long | Stephanie | 2:13-cv-05667 |
| Brantley-Starling | Tara | 2:12-cv-05063 |
| Burkett | Natha Jayne | 2:13-cv-05066 |
| Capone | Deborah | 2:13-cv-05067 |
| Collins | Loretta | 2:12-cv-05068 |
| Gayle | Molly | 2:12-cv-08838 |
| Lowery | Margie | 2:12-cv-04092 |
| Caldwell | Conchita | 2:12-cv-08818 |
| Citrano | Elaine | 2:12-cv-08790 |
| Rainey | Rae June | 2:15-cv-03059 |
| Morrow | Tammy | 2:15-cv-16076 |

| | | |
|---|---|---|
| Ryals | Sherry | 2:15-cv-09280 |
| Roth | Diane | 2:15-cv-09259 |
| Rottkamp | Deanna | 2:15-cv-07619 |
| Tripp | Brenda | 2:15-cv-07620 |
| Nunez | Maritza | 2:15-cv-07626 |
| Glenn | Doris | 2:15-cv-07622 |
| Gaurin | Susan | 2:12-cv-07446 |
| Weber | Angela | 2:14-cv-22654 |
| Giles | Ernestine | 2:14-cv-22224 |
| Rudd | Karen | 2:14-cv-21318 |
| Frazer | Christine | 2:14-cv-18273 |
| Harris | Angel | 2:14-cv-18274 |
| Durst | Wilma | 2:14-cv-18058 |
| Sims | Margaret | 2:14-cv-18066 |
| Gilshian | Shannon | 2:14-cv-18060 |
| Harris | Susan | 2:14-cv-18061 |
| Larson | Karen | 2:14-cv-18088 |
| Cook | Kristi | 2:14-cv-17835 |
| Streeter | Spring | 2:14-cv-17843 |
| Thibedeau | Karen | 2:14-cv-17844 |
| Tiffany | Sandra | 2:14-cv-17851 |
| Patton | Vara | 2:14-cv-17709 |
| Jarvis | Mary Ruth | 2:14-cv-17755 |
| Lindberg | Sherri | 2:14-cv-17520 |
| Lord | Denise | 2:14-cv-17521 |
| Mesnil | Diana | 2:14-cv-17522 |
| Monville (Mulders) | Alicia | 2:14-cv-17508 |
| Mobley | Jan | 2:14-cv-17523 |
| Scott | Bobbie | 2:14-cv-17513 |
| Thomas | Lorraine | 2:14-cv-17274 |
| Felton | Angela | 2:15-cv-14304 |
| Munno | Geraldine | 2:14-cv-11646 |
| Sigmon | Nancy | 2:14-cv-08126 |
| Fox | Karen | 2:14-cv-1900 |
| Duvall | Kathy | 2:14-cv-1895 |
| Fett | Carol | 2:14-cv-1897 |
| Koch | Jean | 2:14-cv-01904 |
| Lipari | Sheryl | 2:14-cv-01752 |
| Delgadillo | Susan | 2:14-cv-1725 |
| Kim | Grace | 2:14-cv-01748 |
| Kurt | Sara | 2:14-cv-01749 |

| | | |
|---|---|---|
| Lovett | Jerry | 2:14-cv-1757 |
| Soete | Melissa | 2:14-cv-1782 |
| Kight | Debra | 2:14-cv-01747 |
| Adams | Sandie | 2:14-cv-01695 |
| Selph | Judy | 2:14-cv-01482 |
| Perullo | Patricia | 2:14-cv- 1515 |
| Knoll | Vivian | 2:14-cv-01081 |
| Ephraim | Leslie | 2:14-cv-1054 |
| Salari | Manijeh | 2:14-cv-00840 |
| Snodgrass | Judith | 2:14-cv-31881 |
| Reynolds | Monica | 2:13-cv-28922 |
| Nelson | Anita Jean | 2:13-cv-26542 |
| Millage | Rebecca | 2:13-cv-8801 |
| Robinson | Sandra | 2:13-cv-7721 |
| Gilman | Brenda S. | 2:13-cv-7526 |
| Mullennax | Marlene | 2:13-cv-6991 |
| Robinson | Nancy | 2:13-cv-6986 |
| Gretillat | Tina | 2:13-cv-05565 |
| Griffiths | Lisa | 2:13-cv-05566 |
| Berry | Angela Christine | 2:13-cv-04339 |
| McKenzie | Dianna | 2:15-cv-14496 |
| Drake | Elizabeth | 2:14-cv-22612 |
| Robinson | Gloria | 2:14-cv-02805 |
| Rieger | Deborah | 2:16-cv-06279 |
| Harris Robak | Brenda | 2:15-cv-09162 |
| Miller | Linda | 2:15-cv-07859 |
| Meneghel | Joan | 2:15-cv-07857 |
| Kroeger | Arlene | 2:15-cv-07627 |
| Newcomb | Leslie | 2:14-cv-21350 |
| Lillejord | Karen | 2:14-cv-17731 |
| Jacobsen | Gayle | 2:14-cv-17518 |
| Marcano | Maria | 2:14-cv-14421 |
| Thorson | Michele | 2:14-cv-07925 |
| Stroud | Cuba | 2:14-cv-00852 |
| Montafi-Respini | Marsha | 2:14-cv-00820 |
| Mansur | Sharron | 2:13-cv-05627 |
| Lee | Ethel Lea Parris | 2:12-cv-07113 |
| Lobato | Mary | 2:12-cv-01020 |
| Fowler | Kimberlea | 2:16-cv-10635 |
| Seger | Betty | 2:14-cv-17733 |
| Dexter | Angelia | 2:14-cv-17753 |
| Ferguson | Paula | 2:13-cv-6273 |

| | | |
|---|---|---|
| Brown | Patricia Ann | 2:13-cv-3222 |
| Arney | Tiffany | 2:13-cv-08812 |
| Foster | Sandra | 2:13-cv-08788 |
| Grinstead | Crystal | 2:15-cv-16070 |
| Arnold | Jacqueline | 2:15-cv-7488 |
| Howlett | Cindy | 2:14-cv-22540 |
| Herring | Shelley | 2:14-cv-17742 |
| Korteway | Debra | 2:14-cv-17757 |
| Brock | Anita | 2:14-cv-01512 |
| McGuire | Mary | 2:14-cv-01472 |
| Arnold | Emilia | 2:14-cv-02432 |
| Heads | Tania | 2:13-cv-31886 |
| Willey (Tisher) | Violet | 2:14-cv-00863 |
| Klein | Lori | 2:13-cv-32494 |
| Sarbacker | Tamara | 2:14-cv-00842 |
| Brown | Gail | 2:13-cv-24937 |
| Dill | Rebecca | 2:13-cv-26535 |
| Tudor | Patricia | 2:13-cv-07636 |
| McDaniel | Julie | 2:13-cv-06264 |
| Andersen | Kelly | 2:13-cv-06350 |
| Massey | Lola | 2:13-cv-06255 |
| Morrison | Vickie Marlonna | 2:13-cv-06296 |
| Loughran (Van Horn) | Grace | 2:13-cv-04993 |
| Adams | Anna | 2:13-cv-04452 |
| Johnston | Denise | 2:13-cv-04397 |
| Terry | Melody | 2:13-cv-04504 |
| Melton | Gloria | 2:12-cv-06696 |
| Bolton | Leah | 2:12-cv-08791 |
| Robinson | Martha | 2:12-cv-08827 |
| Norman | Yolanda | 2:12-cv-08652 |
| Gold | Kathy | 2:13-cv-07055 |
| Hooper | Katherine (Kathy) | 2:16-cv-06278 |
| Gerling | Angela | 2:15-cv-12038 |
| Fedder | Christal | 2:16-cv-12032 |
| Winser | Kathleen | 2:16-cv-09166 |
| Gonzalez | Elizabeth | 2:16-cv-09168 |
| Jablonski | Patricia | 2:16-cv-09165 |
| DeMorgante | Gigi | 2:15-cv-07860 |
| Frye | Andrea | 2:15-cv-07861 |
| Bennerotte | Karen | 2:15-cv-07858 |

| | | |
|---|---|---|
| Graham | Betty | 2:15-cv-07862 |
| Buettner | Hazel | 2:15-cv-07624 |
| Apple | Sue | 2:15-cv-07623 |
| Avila | Cecilia | 2:14-cv-22606 |
| Call | Michelle | 2:14-cv-22623 |
| Tipton | Emelia Dolores | 2:14-cv-21320 |
| McCollough | Joann | 2:14-cv-19676 |
| Hopson | Patricia | 2:14-cv-18276 |
| Kazmierski | Cindy | 2:14-cv-18277 |
| Los | Shelly | 2:14-cv-18282 |
| Beal | Dawn | 2:14-cv-18269 |
| Ramsey | Vontreava | 2:14-cv-18063 |
| Weinrebe | Lorraine | 2:14-cv-18093 |
| Glancy | Deborah | 2:14-cv-17839 |
| Ackerman | Janie | 2:14-cv-17828 |
| Cavey | Vicki | 2:14-cv-17832 |
| McAllister | Heidi | 2:14-cv-17758 |
| Phernetton | Charlotte | 2:14-cv-17510 |
| Stasa | Laurie | 2:14-cv-17515 |
| Van Dyken | Kelli | 2:14-cv-17526 |
| Fowler | Angela | 2:14-cv-16159 |
| Degray | Carol | 2:14-cv-1892 |
| Brawn | Gail Ann | 2:14-cv-1882 |
| Bramblett | Patty | 2:14-cv-1878 |
| Foster | Lisa | 2:14-cv-01059 |
| Jackson | Lisa | 2:13-cv-31884 |
| Embrey | Margaret | 2:13-cv-27383 |
| Ford | Mary | 2:13-cv-27389 |
| Leigaber | Monica | 2:13-cv-28920 |
| Moore | Kathryn | 2:13-cv-28921 |
| Alford | Rebecca | 2:13-cv-24281 |
| Mikulic | Michele | 2:13-cv-08799 |
| McCauley | Peggy | 2:13-cv-08796 |
| Boelke | Rachael | 2:13-cv-08661 |
| Peloquin | Rhoda | 2:13-cv-08180 |
| Pitts | Betty Reed | 2:13-cv-08181 |
| Powell-Braidic | Amy | 2:13-cv-08184 |
| Butscha | Patricia | 2:13-cv-08189 |
| Otis | Jackie | 2:13-cv-07679 |
| Morgan | Tara | 2:13-cv-07700 |
| Piersall | Elizabeth Ann | 2:13-cv-07706 |
| Antebi | Nuti | 2:13-cv-07713 |

| | | |
|---|---|---|
| Mitchell | Catherine | 2:13-cv-07534 |
| Middleton | Barbara | 2:13-cv-07531 |
| Gorby | Dorothy | 2:13-cv-07057 |
| Harrison | Rosemary | 2:13-cv-07058 |
| Forson | Debra | 2:13-cv-07053 |
| Cornell | Katherine | 2:13-cv-07051 |
| McCarty | Debra | 2:13-cv-06263 |
| Caputo | Mary | 2:13-cv-06359 |
| Campbell | Mahaley L. | 2:13-cv-06357 |
| Fruge | Paula | 2:13-cv-06344 |
| McClaren | Terry Sue | 2:13-cv-06288 |
| Mijares | Maria | 2:13-cv-06291 |
| Gonzalez | Maria | 2:13-cv-06388 |
| Martinez | Nancy | 2:13-cv-05629 |
| Trombley (McAfee) | Ryanne | 2:13-cv-05633 |
| Mann | Judy | 2:13-cv-05000 |
| Mantzke | Christa | 2:13-cv-05001 |
| Bermudez | Annette | 2:13-cv-05061 |
| Lytsell | Sharon | 2:13-cv-04995 |
| Manis | Tonia | 2:13-cv-04998 |
| Marino | Mary | 2:13-cv-05003 |
| Guthrie | Kelley D. | 2:13-cv-05087 |
| Highsmith | Tammy | 2:13-cv-04344 |
| Lisek | Gail | 2:13-cv-04429 |
| Lewis | Marsha | 2:13-cv-04428 |
| Gallatin | Dorothy Irene | 2:13-cv-04528 |
| Gomez | Mary Ann | 2:13-cv-04522 |
| Harn | Barbara Kay | 2:13-cv-04529 |
| Range | Catherine | 2:13-cv-03689 |
| Goodiron | Robin | 2:13-cv-03657 |
| Abdelmuti | Nargiss | 2:13-cv-03664 |
| Gattenby (Secrest) | Lisa Ann | 2:13-cv-03750 |
| Haluapo-Birchard | Maria | 2:13-cv-03740 |
| Adams | Tammie | 2:13-cv-03758 |
| Markert | Stephanie | 2:12-cv-9474 |
| White (Hubbard) | Jessica | 2:12-cv-03736 |
| Davidson | Nelli | 2:12-cv-08716 |
| Decker | Mable | 2:12-cv-08718 |
| Farmer | Candy | 2:12-cv-08794 |

| | | |
|---|---|---|
| Furr | Donna | 2:12-cv-08711 |
| Gross | Theresa | 2:12-cv-03842 |
| Lineske | Katrina | 2:12-cv-8684 |
| Lunsford | Sharon | 2:12-cv-03308 |
| North | Rosamond | 2:12-cv-08713 |
| Barclay | Valerie | 2:12-cv-04710 |
| Phillips | Suzann J. | 2:12-cv-08843 |
| Lee | Rebecca | 2:12-cv-08707 |
| Loveday | Edna | 2:12-cv-08709 |
| Mitchell | Angela | 2:12-cv-08848 |
| Dano | Autumn | 2:12-cv-04100 |
| Weiss | Barbara | 2:14-cv-02820 |
| Ladd | Nancy | 2:13-cv-30986 |
| Minchew | Linda | 2:14-cv-02372 |
| Tolley | Deborah | 2:14- cv-2391 |
| Springhetti | Ann Marie | 2:15-cv-09169 |
| Benicek | Sherley | 2:14-cv-17563 |
| Brandt | Dianna | 2:14-cv-18082 |
| Reisler | Gloria | 2:14-cv-21355 |
| Owen | Lisa | 2:15-cv-09258 |
| Davis | Linda | 2:12-cv-08648 |
| Bermudez | Angelita | 2:13-cv-03617 |
| Hahn | Kathleen | 2:13-cv-03630 |
| Heil | Dolores | 2:13-cv-04343 |
| Kephart | Tracy | 2:13-cv-04350 |
| Meyers | Beulah (Dee-Dee) | 2:13-cv-04355 |
| Mills | Peggy | 2:13-cv-08821 |
| Baez | Iluminada | 2:12-cv-01007 |
| Hubbard | Pamela | 2:12-cv-03309 |
| Henry | Doris | 2:12-cv-03742 |
| Kerley | Lisa | 2:12-cv-03786 |
| Leal | Leigh | 2:12-cv-03842 |
| James | LaJoyce | 2:12-cv-04096 |
| Benz | Christine | 2:12-cv-04097 |
| Bartley | Sharon | 2:12-cv-04270 |
| Jones | Cindy | 2:12-cv-04901 |
| Johnson | Teresa | 2:12-cv-05115 |
| Champion | Shirley | 2:12-cv-08641 |
| McCoy | Cathy | 2:12-cv-08644 |
| Laughery | Aggie | 2:12-cv-08647 |
| Stanley | Peggy Jean | 2:12-cv-08710 |

| Shelton | Taira | 2:12-cv-08835 |
|---|---|---|
| Schechinger-Evans | Barbara | 2:12-cv-08844 |
| Highfield | Jean | 2:12-cv-08846 |
| Repp | Grace | 2:12-cv-09465 |
| Borgognone | Linda | 2:12-cv-09468 |
| Jimenez | Deanne | 2:13-cv-04983 |
| Krebs | Marret | 2:13-cv-00452 |
| Climenson | Julie | 2:13-cv-03244 |
| Hill | Melissa | 2:13-cv-03245 |
| Hudak | Teri | 2:13-cv-03247 |
| Jordan-Jones | Laurice | 2:13-cv-03248 |
| Jordan | Helen | 2:13-cv-03249 |
| Banks | Margaret | 2:13-cv-03595 |
| Brooks | Christina | 2:13-cv-03597 |
| Fernandez | Lupe | 2:13-cv-03599 |
| Kendrix | Glenda | 2:13-cv-03602 |
| Duvall | Rita | 2:13-cv-03607 |
| Dailey | Shawna | 2:13-cv-0361 |
| Holland | Araceli | 2:13-cv-03611 |
| Batllia | Rosa | 2:13-cv-03615 |
| Black | Norma | 2:13-cv-03619 |
| Chase | Jennifer | 2:13-cv-03620 |
| Medina | Margie | 2:13-cv-03636 |
| Moran | Jane | 2:13-cv-03638 |
| Szwajkowski | Gloria | 2:13-cv-03640 |
| Gallon | Marin | 2:13-cv-03746 |
| Giles | Kerry | 2:13-cv-04340 |
| Hatfield | Robin | 2:13-cv-04341 |
| Kinkead | Marilyn | 2:13-cv-04351 |
| Kuula | Ann | 2:13-cv-04354 |
| Stolz | Shereen | 2:13-cv-04356 |
| Swets | Sally | 2:13-cv-04357 |
| Thompson | Bettye | 2:13-cv-04359 |
| Weaver | Eliese | 2:13-cv-04362 |
| Genz | Beth | 2:13-cv-04422 |
| Noll | Janice | 2:13-cv-04465 |
| Jenkins | Louise | 2:13-cv-04472 |
| Kent | Harolyn | 2:13-cv-04488 |
| Jarvis (Miller) | Alisha | 2:13-cv-04493 |

| Stroud | Jimmie | 2:13-cv-04499 |
|---|---|---|
| Swanger | Susan | 2:13-cv-04501 |
| Thomas | Artansa | 2:13-cv-04511 |
| Vetrano | Carlie | 2:13-cv-04512 |
| Walker | Dorothy | 2:13-cv-04513 |
| Walterscheid | Jennifer | 2:13-cv-04515 |
| Willers | Kimberly | 2:13-cv-04518 |
| Forbes | Flora Mae | 2:13-cv-04527 |
| Hood | Lona | 2:13-cv-04982 |
| Justice | Darlene | 2:13-cv-04989 |
| Kaster | Lori | 2:13-cv-04990 |
| Hession | Pamala | 2:13-cv-04991 |
| Wilson | Carla | 2:13-cv-05051 |
| Yarbrough | Cherlene | 2:13-cv-05055 |
| Garner | Rebekah | 2:13-cv-05610 |
| Jagow | Ann | 2:13-cv-05617 |
| Hancock | Carolyn Jeanette | 2:13-cv-05661 |
| Daw | Mary | 2:13-cv-06272 |
| Hansen | Michelle | 2:13-cv-06274 |
| Land | Teddie | 2:13-cv-06278 |
| Read | Diane | 2:13-cv-06391 |
| Cook | Michelle | 2:13-cv-06393 |
| Daulton | Dianna | 2:13-cv-06394 |
| Davis | Roxanna | 2:13-cv-06396 |
| Lee (Kiesling) | Amanda | 2:13-cv-06403 |
| Berrigan | Bridget | 2:13-cv-0646 |
| Brown | Linda | 2:13-cv-06934 |
| Stanley | Bessie | 2:13-cv-06987 |
| Leary | Michelle | 2:13-cv-07070 |
| Biocini | Ana | 2:13-cv-07071 |
| Mason | Patricia | 2:13-cv-07527 |
| Hawkins | Maryanne | 2:13-cv-07729 |
| Lambert | Christina | 2:13-cv-07732 |
| Phillips | Cora | 2:13-cv-07735 |
| Scott | Diana | 2:13-cv-07737 |
| Richter | Sharon | 2:13-cv-08187 |
| Reid | Jana | 2:13-cv-08668 |
| Finney | Sally | 2:13-cv-08793 |
| Klinkhamer | Kathryn | 2:13-cv-11965 |

| Bobb | Donna | 2:13-cv-1904 |
|---|---|---|
| Jordan | Nancy | 2:13-cv-24948 |
| Kebleris | Edith | 2:13-cv-24949 |
| Miller | Mary Edna | 2:13-cv-24954 |
| Everly | Corinne | 2:13-cv-27385 |
| Schneider | Michelle Lee | 2:13-cv-28203 |
| Dilworth | Sherelle | 2:13-cv-29567 |
| Campbell | Joy | 2:13-cv-30307 |
| Johnson | Christine | 2:13-cv-30320 |
| Livengood | Nellie | 2:13-cv-30997 |
| Molina | Julia | 2:13-cv-31004 |
| Brooks-Ricketts (Sparks) | Patricia Ann | 2:13-cv-33114 |
| Edwards | Bonnie Lu | 2:13-cv-5069 |
| Francis | Melinda | 2:13-cv-5070 |
| Dixon | Deneen | 2:13-cv-5702 |
| Dowdy-Coleman | Trinette | 2:13-cv-5703 |
| Droste | Elizabeth | 2:13-cv-5704 |
| Erchul | Kimberly | 2:13-cv-5705 |
| Greene | Claudette | 2:13-cv-5708 |
| Hearn | Marilyn | 2:13-cv-5709 |
| Craig | Jacqueline | 2:13-cv-6223 |
| Davis | Michelle | 2:13-cv-6379 |
| Dollmann | Kaye | 2:13-cv-6380 |
| Walden (Eubanks) | Brenda | 2:13-cv-6382 |
| Floyd | Ramona | 2:13-cv-6385 |
| Nydam | Jacqueline Mary | 2:13-cv-6957 |
| Oliver | Brenda | 2:13-cv-7704 |
| Errazuri | Ruth | 2:13-cv-8146 |
| Voies | Loretta | 2:13-cv-8199 |
| Robinson | Karen | 2:13-cv-8835 |
| Hazelwood | Patricia | 2:14-cv-20266 |
| Cherry | Tammie | 2:14-cv-00771 |
| Heppler | Cherie | 2:14-cv-00792 |
| Isenberg | Rita | 2:14-cv-00805 |
| Hoag | Marie | 2:14-cv-01460 |
| Chenworth | Deborah | 2:14-cv-01477 |
| Trent | Stella | 2:14-cv-01486 |
| Sanders-Bellah | Deana | 2:14-cv-01778 |

| Scott | Valencia | 2:14-cv-01779 |
|---|---|---|
| Brown | Janice | 2:14-cv-01883 |
| Morejon | Elsa | 2:14-cv-01940 |
| Unruh-Taylor | Martisha Ann | 2:14-cv-02395 |
| O'Brien | Rae | 2:14-cv-02793 |
| Collecchi | Kimberly | 2:14-cv-14314 |
| Baker | Orpah | 2:14-cv-14315 |
| Downie | Shirley | 2:14-cv-14317 |
| Zammito | Wanda | 2:14-cv-14321 |
| Worthington | Georgine | 2:14-cv-14423 |
| Caskey | Dorothy | 2:14-cv-15215 |
| Mims | Gertrude | 2:14-cv-15218 |
| Whitfield | Sandra | 2:14-cv-15219 |
| Holder | Cheryl | 2:14-cv-16018 |
| Grigsby | Sharon | 2:14-cv-17020 |
| Cowgill | Teresa | 2:14-cv-17487 |
| McKinney | Kathy | 2:14-cv-17507 |
| Simpson | Vicky | 2:14-cv-17524 |
| Biles | Catlin | 2:14-cv-17528 |
| Dement | Tammy | 2:14-cv-17530 |
| Homan | Elizabeth | 2:14-cv-17540 |
| Jones-Temple | Harriett | 2:14-cv-17544 |
| Kuzmic | Margaret | 2:14-cv-17545 |
| Siford | Genevieve | 2:14-cv-17546 |
| Wolynski | LuAnn | 2:14-cv-17547 |
| Billingsley | Diane | 2:14-cv-17550 |
| Brown | Debbie | 2:14-cv-17551 |
| Collier | Darlene | 2:14-cv-17552 |
| Dickey | Shirley | 2:14-cv-17553 |
| Fisk | Rosalinda | 2:14-cv-17567 |
| Reyes | Xae | 2:14-cv-17575 |
| Schau | Catherine | 2:14-cv-17577 |
| Smith | Lillie | 2:14-cv-17578 |
| Ferrell | Tonya | 2:14-cv-17729 |
| Sluis | Betty Ann | 2:14-cv-17734 |
| Smits | Julie | 2:14-cv-17748 |
| Stith Rogers | Janita | 2:14-cv-17750 |
| Hoffmann | Meg | 2:14-cv-17807 |
| Hoffman | Tinia Marie | 2:14-cv-17808 |

| Cade | Rachelle | 2:14-cv-17830 |
|------|----------|---------------|
| Ruggiero | Sarah Marie | 2:14-cv-17841 |
| Schroeder | Maureen | 2:14-cv-17849 |
| Arnold | Nancy | 2:14-cv-18068 |
| Healey | Elsie | 2:14-cv-18069 |
| Reis | Ruth | 2:14-cv-18072 |
| Schneider | Michelle | 2:14-cv-18073 |
| Drumsta | Karen | 2:14-cv-18076 |
| Durant | Mary | 2:14-cv-18077 |
| Frechette | Barbara | 2:14-cv-18078 |
| Gillean | Ruth | 2:14-cv-18079 |
| Benton | Janet | 2:14-cv-18080 |
| Benway | Janet | 2:14-cv-18081 |
| King | Pearl | 2:14-cv-18087 |
| Sharpe | Carol | 2:14-cv-18091 |
| Shuman | Ilene | 2:14-cv-18092 |
| Warner | Julie | 2:14-cv-18764 |
| Askan | Betty | 2:14-cv-19411 |
| Trethewey | Eileen | 2:14-cv-20251 |
| Hunt | Renee | 2:14-cv-20277 |
| Spooner | Judy | 2:14-cv-20509 |
| Page | Kim | 2:14-cv-21328 |
| Loper | Bobbie | 2:14-cv-21333 |
| Hucik | Mary J. | 2:14-cv-21346 |
| Leatherman | Kelly | 2:14-cv-21348 |
| Christie | Vallery | 2:14-cv-22230 |
| Romero | Augustina | 2:14-cv-22643 |
| Dilley | Shirley | 2:14-cv-22715 |
| Long | Linda | 2:14-cv-22841 |
| Bertino | Loretta | 2:14-cv-26153 |
| Merklin | Tammy | 2:15-cv-01074 |
| Amponin | Josefina | 2:15-cv-01300 |
| Mullin | Barbara | 2:15-cv-01384 |
| Perry | Tammy | 2:15-cv-02066 |
| Pope | Angela | 2:15-cv-02098 |
| Altomaro | Elisa | 2:15-cv-07486 |
| Dennis | Irene | 2:15-cv-07778 |
| Darwish | Carla Marcia | 2:15-cv-07790 |
| Hanson | Robin | 2:15-cv-07799 |
| Davis | Cheri | 2:15-cv-08289 |
| Deskins | Barbara | 2:15-cv-08290 |
| Bellamy | Linda | 2:15-cv-08291 |

| Benoit | Peggy | 2:15-cv-08292 |
|---|---|---|
| Bihner | Carol | 2:15-cv-08295 |
| Collins | Kathleen | 2:15-cv-08299 |
| Wild | Larraine | 2:15-cv-08301 |
| Eller | Bonnie | 2:15-cv-08304 |
| Garcia-Bonanno | Isabel | 2:15-cv-08309 |
| Cravens | Kari | 2:15-cv-09182 |
| Heidbrink | Carol | 2:15-cv-09183 |
| Ray | Bettie Ellen | 2:15-cv-09184 |
| Bain | Kim M. | 2:15-cv-09241 |
| Bond-Nelson | Joy | 2:15-cv-09249 |
| Cone | Kimberly | 2:15-cv-09251 |
| Connor | Pamela | 2:15-cv-09254 |
| Mcdermott | Caroljean | 2:15-cv-09256 |
| Holliday | Janet | 2:15-cv-09275 |
| Gray | Donna | 2:15-cv-12928 |
| Hood | Norma | 2:15-cv-13164 |
| Beaty | Elnetta | 2:15-cv-13637 |
| Archuleta | Darlene | 2:15-cv-14806 |
| Etchells | Irma | 2:15-cv-3924 |
| Hanson | Linda Gardner | 2:15-cv-7479 |
| Nichols | Louise | 2:15-cv-7483 |
| Stephan | Rita | 2:15-cv-7484 |
| Wachholz | Pamela | 2:15-cv-7485 |
| Jones | Sandra | 2:15-cv-7487 |
| Patrick | Brenda | 2:15-cv-7618 |
| Maez | Bonnie | 2:15-cv-7792 |
| Stark | Evelyn | 2:15-cv-7793 |
| Ruben | Liza | 2:15-cv-7794 |
| Thomas | Dorothy | 2:15-cv-7795 |
| Goodson | Paula | 2:15-cv-7798 |
| Aldrich | Barbara | 2:15-cv-9179 |
| Arwine | Diane | 2:15-cv-9180 |
| Buckley | Patricia | 2:15-cv-9181 |
| McIver | Melissa | 2:15-cv-9277 |
| Hanson | Elda | 2:15-cv-9584 |
| Karsch | Christine | 2:15-cv-9585 |
| Falco | Deborah | 2:16-cv-04386 |
| Campbell | Diane | 2:16-cv-06282 |
| Schulte | Jacqueline | 2:16-cv-06283 |
| File | Teresa | 2:16-cv-06287 |
| Hulvey | Teleitha | 2:16-cv-06288 |

| | | |
|---|---|---|
| Mathes | Ellen | 2:16-cv-06290 |
| Spears | Sharris | 2:16-cv-06292 |
| Harris | Sandy | 2:12-cv-03978 |
| Long | Teresa | 2:12-cv-04096 |
| Albright | Patricia | 2:12-cv-04705 |
| McCulley | Dorthy | 2:12-cv-04710 |
| Carden | Deborah | 2:12-cv-09489 |
| Diaz | Guadalupe | 2:13-cv-03767 |
| Steward | Vickie Lyn | 2:13-cv-04336 |
| Dasilva | Jill | 2:13-cv-04458 |
| Bagby | Linda | 2:13-cv-04531 |
| Mundy | Cynthia | 2:13-cv-05560 |
| Niedringhaus | Cheri | 2:13-cv-05561 |
| Rhodes | Sharon Kay | 2:13-cv-08186 |
| Rowley | Tanisha | 2:13-cv-09656 |
| Caughman | Theresa | 2:13-cv-10585 |
| Patchin | Sherry | 2:13-cv-11359 |
| Romig | Joyce | 2:13-cv-11369 |
| Burns | Takia | 2:13-cv-23214 |
| Duke | Shirley | 2:13-cv-3719 |
| Carpenter | Marlene | 2:13-cv-4535 |
| Riner | Nancy | 2:13-cv-4538 |
| Davis | Gwendolyn | 2:13-cv-6323 |
| Almquist | Linda | 2:13-cv-9738 |
| Roth | Kathryn | 2:14-cv-00827 |
| Schneider | Christine | 2:14-cv-01107 |
| McNew | Maria | 2:14-cv-01514 |
| Malmborg (Swenor) | Shari | 2:14-cv-11455 |
| Campbell | Carol Kaye | 2:14-cv-1718 |
| Ferich | Celia | 2:14-cv-17554 |
| Head | Donna | 2:14-cv-17555 |
| Hunter | Denise | 2:14-cv-17558 |
| Jones | Becky | 2:14-cv-17559 |
| Heyd | Susie | 2:14-cv-17754 |
| Watt | Angelia | 2:14-cv-18056 |
| Milan | Sandra | 2:14-cv-18288 |
| Field | Rebecca | 2:14-cv-2752 |
| Gretzinger | Nancy | 2:13-cv-05092 |
| Pagan | Nancy | 2:13-cv-24955 |
| Bearden | Elizabeth | 2:14-cv-01040 |
| Debevic | Nelda | 2:14-cv-17799 |

| | | |
|---|---|---|
| Kozak | Lagina | 2:15-cv-08313 |
| Rogers | Julee | 2:13-cv-3699 |
| Arnold | Tabbatha | 2:12-cv-03969 |
| Thomas | Deana | 2:12-cv-04095 |
| Cook | Donna | 2:12-cv-07113 |
| Jowers | Leslie | 2:12-cv-08706 |
| Woltman | Frances (Lynn) | 2:12-cv-08815 |
| Wynn | Shirley | 2:12-cv-08828 |
| Vernon | Shirley | 2:12-cv-08830 |
| Wooten | Cathy | 2:12-cv-08831 |
| Couch | Elizabeth | 2:12-cv-9495 |
| Guerrero | Anabelia "Anna" | 2:13-cv-03251 |
| Johnson | Rhonda Ann | 2:13-cv-03708 |
| Walls | Diana | 2:13-cv-04154 |
| Watts Holmberg | Karen | 2:13-cv-04156 |
| Holmen | Cheryl | 2:13-cv-04423 |
| Tate | Lois | 2:13-cv-04502 |
| Webb Lockwood | Janet | 2:13-cv-04517 |
| Woods Carney | Shirley | 2:13-cv-05054 |
| Grimm | Beverly | 2:13-cv-05073 |
| Hathcock | Kelly | 2:13-cv-06337 |
| Barndt | Carol Jean | 2:13-cv-06351 |
| Hansberry | Elva | 2:13-cv-06389 |
| Barnes | Donna | 2:13-cv-06978 |
| Ballard | Debra L. | 2:13-cv-07050 |
| Camacho | Lorraine | 2:13-cv-07627 |
| Williams | Linda S. | 2:13-cv-07690 |
| Wisdom | Linda | 2:13-cv-07692 |
| White | Perry | 2:13-cv-07722 |
| Wood | Valerie | 2:13-cv-07723 |
| McKinney | Gayla | 2:13-cv-07733 |
| Ray | Melinda | 2:13-cv-08214 |
| Denzer | Joyce | 2:13-cv-08870 |
| Hickman | Rhonda | 2:13-cv-25894 |
| Ecktman | Terre | 2:13-cv-27382 |
| Leon | Luz | 2:13-cv-30992 |
| Blakeley | Carol | 2:13-cv-31892 |
| Fulmer | Bonnie | 2:13-cv-31912 |
| Hicks | Emma | 2:13-cv-32491 |
| Ives | Rose | 2:13-cv-32492 |

| | | |
|---|---|---|
| Bishop | Nadine F | 2:13-cv-33110 |
| Hottinger | Barbara | 2:13-cv-33117 |
| Dorsett | Shari | 2:13-cv-3660 |
| Everett | Kriste | 2:13-cv-5707 |
| Mendez-Chiles | Dawn | 2:13-cv-6300 |
| Barrera | Corina | 2:13-cv-6353 |
| Beighey | Audrey | 2:13-cv-6354 |
| Marshall | Ruby | 2:13-cv-8166 |
| Cormier | Wilda | 2:14-cv-00774 |
| Holley | Patricia | 2:14-cv-00803 |
| Van Emmerik | Judi | 2:14-cv-00857 |
| Rivera | Iris | 2:14-cv-01095 |
| Rosado-Santiago | Nilda | 2:14-cv-01103 |
| Tooman | Kathleen | 2:14-cv-01485 |
| Vanbeek | Teresa | 2:14-cv-01487 |
| Lopez | Marline | 2:14-cv-01755 |
| Workman | Brenda | 2:14-cv-01789 |
| Birr | Karen | 2:14-cv-01871 |
| Cole | Shelby | 2:14-cv-01885 |
| Roberts | Nan | 2:14-cv-01950 |
| Campbell | Ruth | 2:14-cv-01997 |
| Caylor | Jane | 2:14-cv-02001 |
| Martinez De Le Hardy | Hilda | 2:14-cv-02361 |
| Trussell | Kelly | 2:14-cv-02393 |
| Wright | Judy | 2:14-cv-02399 |
| Castro Feliciano | Niurka | 2:14-cv-02463 |
| Castro-Marchand | Gladys | 2:14-cv-02474 |
| Cotto Rivera | Ana | 2:14-cv-02748 |
| Cuadrado | Madeline | 2:14-cv-02749 |
| Maldonado | Evelyn | 2:14-cv-02759 |
| Munger | Rosemary | 2:14-cv-02791 |
| Rivera | Annette | 2:14-cv-02798 |
| Rivera Morales | Luz | 2:14-cv-02804 |
| Schiff | Terry | 2:14-cv-02812 |
| Nixon | Phyllis | 2:14-cv-09954 |
| Vucich | Marjorie | 2:14-cv-14311 |
| Berube | Patricia | 2:14-cv-14413 |
| Daly | Rose | 2:14-cv-14414 |

| | | |
|---|---|---|
| Lowrey | Tracey | 2:14-cv-14430 |
| Michalski | Janice | 2:14-cv-14431 |
| Zimmerman | Debra | 2:14-cv-15221 |
| Parker | LaSonya | 2:14-cv-15224 |
| Mathews | Catherine | 2:14-cv-15576 |
| Bautista | Marites | 2:14-cv-16183 |
| Young | Barbara Denise | 2:14-cv-17516 |
| Gillander | Kim M | 2:14-cv-17517 |
| Wilson | Danette | 2:14-cv-17527 |
| Blaylock | Sandra | 2:14-cv-17529 |
| Figueroa | Judith | 2:14-cv-17531 |
| Cross | Donna | 2:14-cv-17565 |
| Duncan | Jacquelyn | 2:14-cv-17566 |
| Fontaine | Tammy | 2:14-cv-17568 |
| Gaspar | Maureen | 2:14-cv-17569 |
| Griffin | Marcha | 2:14-cv-17571 |
| McNamara | Jennifer | 2:14-cv-17572 |
| Morris | Angela | 2:14-cv-17573 |
| Reinholdt | Audrey | 2:14-cv-17574 |
| Rose | Barbara | 2:14-cv-17576 |
| Thompson | Karen | 2:14-cv-17579 |
| Toth | Dorothy | 2:14-cv-17580 |
| Weatherford | Virginia | 2:14-cv-17581 |
| Clark | Patrice | 2:14-cv-17699 |
| Lenoir | Leanna | 2:14-cv-17703 |
| Moore | Brenda | 2:14-cv-17707 |
| Quiles | Debra | 2:14-cv-17712 |
| Rice | Karen | 2:14-cv-17715 |
| Velasquez | Patricia | 2:14-cv-17718 |
| Wood | Sandra | 2:14-cv-17720 |
| Bilbrough | Sandra | 2:14-cv-17727 |
| Cleave-Trepus | Debora | 2:14-cv-17728 |
| Hendrickson | Eliza | 2:14-cv-17740 |
| Smith Lamb | Sharon | 2:14-cv-17759 |
| Drew | Nanci | 2:14-cv-17801 |
| Hanson | Brenda | 2:14-cv-17802 |
| Lilly | Dorothy | 2:14-cv-17809 |
| Dimarzo | Darlena | 2:14-cv-17837 |
| Reeves | Martha | 2:14-cv-17840 |
| Bigelow | Connie | 2:14-cv-17856 |

| Howard | Donna | 2:14-cv-17857 |
|---|---|---|
| Koehler (Kessler) | Katherine | 2:14-cv-17858 |
| Raymond | Linda | 2:14-cv-17860 |
| Bruns | Brandi | 2:14-cv-18083 |
| DiMatteo | Rhonda | 2:14-cv-18084 |
| Hill | Traci | 2:14-cv-18085 |
| Sembler | Linda | 2:14-cv-18090 |
| Stoner | Tammy | 2:14-cv-18286 |
| Powell | Lorraine | 2:14-cv-19412 |
| Contreras | Ivonne | 2:14-cv-22701 |
| Pittz | Mary Anna | 2:15-cv-00756 |
| Gray | Ingrid | 2:15-cv-01608 |
| Conesa | Maria Teresa | 2:15-cv-07491 |
| Cox | Daryl | 2:15-cv-07492 |
| Parker | Pamela | 2:15-cv-07493 |
| Yadegar | Tania | 2:15-cv-07494 |
| Hawley | Debra | 2:15-cv-07800 |
| Marra | Jacqueline D | 2:15-cv-07802 |
| Nunez | Caroline | 2:15-cv-07803 |
| Pavlik-Linder | Christina | 2:15-cv-07805 |
| Quadrozzi | Betty | 2:15-cv-07807 |
| Voss | Carrie | 2:15-cv-07808 |
| Chabriel | Nanci | 2:15-cv-08310 |
| Shantz Gross | Frieda | 2:15-cv-08311 |
| Konruff | Sallie | 2:15-cv-08312 |
| Langdale | Tamyra | 2:15-cv-11069 |
| Kutak | Linda | 2:15-cv-8316 |
| Rogers | Charlotte | 2:15-cv-9588 |
| Santini | Phyllis | 2:15-cv-9589 |
| Goertzen | Irene | 2:16-cv-00727 |
| Hardison | Joan | 2:16-cv-04597 |
| Acree | Christine | 2:16-cv-06259 |
| Anderson | Patsy S. | 2:16-cv-06260 |
| Pruett | Carol | 2:16-cv-06265 |
| Abbott | Tina | 2:16-cv-06266 |
| Bouvatte | Brenda | 2:16-cv-06268 |
| Cheney | Sherry | 2:16-cv-06269 |
| Clubine | Patricia | 2:16-cv-06270 |
| Hale | Janell | 2:16-cv-06271 |
| Lawson | Karen | 2:16-cv-06272 |
| Loughary | Evelyn Louise | 2:16-cv-06273 |

| Ramsey | Ronda | 2:16-cv-06274 |
|---|---|---|
| Stroup (Jones) | Mary | 2:16-cv-06276 |
| Woolley | Ladonna | 2:16-cv-06277 |
| Caskanett | Nancy | 2:16-cv-06280 |
| Hall | Scarlett | 2:15-cv-07170 |