# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION FILE NO.: 2:12-MD-2327** |
| **THIS DOCUMENT RELATES TO: CASES LISTED ON EXHIBIT "A"** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Carey Danis & Lowe has supplied the documents in the possession of Plaintiffs' counsel required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of Product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removal of Ethicon product(s) for which a claim is alleged.

Dated this 25th day of October, 2016.  Respectfully submitted,

                **CAREY DANIS & LOWE**

By: /s/Jeffrey J. Lowe
Jeffrey J. Lowe #35114 (MO)
Andrew J. Cross #57337 (MO)
Sarah Shoemake Doles #45747 (MO)
8235 Forsyth, Ste. 1100
St. Louis, MO 63105
Ph: (314) 725-7700
Fax: (314) 721-2519
across@careydanis.com
jlowe@careydanis.com
sdoles@careydanis.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/Jeffrey J. Lowe