# **EXHIBIT A**

| LAST NAME | FIRST NAME | MDL Civil Action No. |
|---|---|---|
| Acevedo | Miriam | 2:14-cv-22192 |
| Adams | Cynthia | 2:14-cv-29767 |
| Adams | April | 2:14-cv-22171 |
| Adkins | Helen | 2:14-cv-22788 |
| Agle | Donna | 2:14-cv-18680 |
| Akins | Cassandra | 2:13-cv-24499 |
| Alexander | Beth | 2:14-cv-25209 |
| Allen | Nina | 2:13-cv-24533 |
| Almendarez | Consuelo | 2:14-cv-21011 |
| Almond | Valerie | 2:14-cv-18128 |
| Ambers | Heather | 2:13-cv-24536 |
| Aragon | Marcia | 2:14-cv-18992 |
| Ashworth | Marjorie | 2:14-cv-21305 |
| Avis | Judith | 2:15-cv-07820 |
| Bailey | Diana | 2:14-cv-27128 |
| Bailey-Waterlander | Wynema | 2:14-cv-18808 |
| Bergeron | Jean | 2:14-cv-18755 |
| Bernat | Pamela | 2:14-cv-21569 |

| | | |
|---|---|---|
| Bish | Iva | 2:14-cv-22741 |
| Bishop | Kimberly | 2:14-cv-18712 |
| Bloss | Patricia | 2:14-cv-22752 |
| Blystone | Timmie | 2:13-cv-24919 |
| Bradwell | Sylvia | 2:15-cv-09152 |
| Braxton | Gloria | 2:14-cv-21017 |
| Breeden | Candy | 2:12-cv-04658 |
| Bridges | Ronda | 2:14-cv-09900 |
| Brink | Donna | 2:14-cv-22450 |
| Brock | Tracy | 2:14-cv-09902 |
| Brooks | Andrea | 2:14-cv-19768 |
| Brown | Angela | 2:14-cv-18960 |
| Brubaker | Christine | 2:14-cv-24311 |
| Bruins | Kim | 2:14-cv-21012 |
| Burnworth | Annie | 2:13-cv-25066 |
| Butler | Stella | 2:14-cv-22796 |
| Caiazza | Ann | 2:14-cv-29691 |
| Caldwell | Judy | 2:13-cv-25072 |
| Caldwell | Marilyn | 2:14-cv-12936 |
| Carmichael | Marguerite | 2:14-cv-22760 |

| | | |
|---|---|---|
| Castle | Deborah | 2:13-cv-25087 |
| Certo | Barbara | 2:13-cv-32350 |
| Chisholm | Nicole | 2:15-cv-05216 |
| Clark | Ann | 2:14-cv-29739 |
| Clones | Susan | 2:12-cv-02799 |
| Coffelt | Lisa | 2:14-cv-20734 |
| Cole | Trisha | 2:14-cv-22448 |
| Colvis | Shirley | 2:14-cv-22453 |
| Conrad | Veronica | 2:13-cv-25654 |
| Cornelison | Lisa | 2:14-cv-20700 |
| Corral | Annette | 2:14-cv-18980 |
| Cox | Tammy | 2:14-cv-22447 |
| Cremar | Kellie | 2:14-cv-20730 |
| Crocker | Linda | 2:14-cv-13306 |
| Davidson | Angela | 2:13-cv-32364 |
| Davis | Ernestine | 2:13-cv-25755 |
| Davis | Marie | 2:13-cv-25714 |
| Davis | Sharon | 2:14-cv-21576 |
| Deare | Lori | 2:13cv-25784 |
| Dewley | Deborah | 2:14-cv-21317 |

| | | |
|---|---|---|
| Dickerson | Rosa | 2:14-cv-22445 |
| DiGiovanni | Tamra | 2:14-cv-20963 |
| Dinwiddie | Rosie | 2:14-cv-23446 |
| Diss | Cheri | 2:14-cv-21298 |
| Dorry | Pandora | 2:15-cv-05217 |
| Dul | Marjorie | 2:14-cv-20725 |
| Duvall | Terri | 2:13-cv-25786 |
| Eckroate | Yvonne | 2:14-cv-18356 |
| Edwards | Barbara | 2:14-cv-18360 |
| Eisen | Christine | 2:14-cv-22923 |
| Ellington | Cindy | 2:14-cv-18364 |
| Elliott (Purvis) | Elizabeth | 2:13-cv-29892 |
| Ennis | Shelby | 2:13-cv-25788 |
| Eveland | Kimberly | 2:14-cv-25222 |
| Fairfield | Ericka | 2:14-cv-21980 |
| Fincher | Maria | 2:13-cv-27657 |
| Flicek | Martha | 2:14-cv-18353 |
| Florence | Candice | 2:13-cv-25874 |
| Franklin | Susannah | 2:14-cv-22167 |
| Freeman | Cherie | 2:14-cv-20724 |

| | | |
|---|---|---|
| Fritz | Lisa | 2:12-cv-02796 |
| Frydman | Terri | 2:13-cv-26364 |
| Fudge | Bette | 2:14-cv-29739 |
| Fuessley | Holly | 2:14-cv-21306 |
| Fuller | Elizabeth | 2:13-cv-26396 |
| Gallagher | Sheila | 2:14-cv-21838 |
| Ganser | Erna | 2:13-cv-32364 |
| Garrett | Kellie | 2:14-cv-25225 |
| Gerszewski | Teresa | 2:14-cv-12792 |
| Giffen | Lorraine | 2:14-cv-22808 |
| Gill | Brenda | 2:14-cv-22813 |
| Gove | Denise | 2:14-cv-24313 |
| Grace | Susan | 2:14-cv-21009 |
| Green | Annette | 2:14-cv-18993 |
| Green-Winston | Jualene | 2:13-cv-32364 |
| Griffin | Sarah | 2:14-cv-22140 |
| Guy | Marsha | 2:13-cv-27010 |
| Hadges | Dawna | 2:14-cv-21584 |
| Hall | Linda | 2:13-cv-32464 |
| Hall | Anita | 2:14-cv-23176 |

| | | |
|---|---|---|
| Hallenbeck | Kelly | 2:14-cv-25210 |
| Haney | Cynthia | 2:14-cv-25211 |
| Hanna | Wilma | 2:14-cv-23233 |
| Hardie | Sondra | 2:14-cv-29767 |
| Hardie | Shirley | 2:14-cv-22164 |
| Hardy | Doris | 2:13-cv-27016 |
| Harmon | Sandra | 2:14-cv-23237 |
| Harris | Lucille | 2:13-cv-27020 |
| Harrison | Pauline | 2:14-cv-20929 |
| Haste | Brinda | 2:13-cv-27034 |
| Hayden | Tami | 2:13-cv-27081 |
| Hefley | Katherine | 2:14-cv-24315 |
| Henley | Linda | 2:14-cv-29691 |
| Herbert | Linda | 2:14-cv-22014 |
| Hiegel | Laurie | 2:14-cv-21008 |
| Hill | Lori | 2:13-cv-28368 |
| Hodge | Jeannie | 2:14-cv-23447 |
| Hoelscher | Trina | 2:14-cv-29739 |
| Hohlt | Jill | 2:15-cv-16434 |
| Holt | Willa | 2:14-cv-23238 |

| | | |
|---|---|---|
| Horn | Jamie | 2:14-cv-21987 |
| Humphrey | Linda | 2:14-cv-21596 |
| Hunter | Joyce | 2:14-cv-24317 |
| Huss | Hedy-Jo | 2:14-cv-22894 |
| Jackson | Louella | 2:13-cv-28522 |
| Jackson | Diana | 2:14-cv-24318 |
| Jacob | Liberty | 2:12-cv-06954 |
| Jacobs | Vickie | 2:14-cv-23240 |
| Johnson | Rhonda | 2:13-cv-32350 |
| Johnson | Gloria | 2:14-cv-21601 |
| Jones | Mary | 2:14-cv-21991 |
| Jones | Lorry | 2:14-cv-22920 |
| Junker | Mary Ellen | 2:14-cv-16212 |
| Keller | Suzanne | 2:14-cv-25212 |
| Kidder | Phyllis | 2:14-cv-29691 |
| Koperwhats | Lisa | 2:14-cv-18967 |
| Korzinski | Lola | 2:14-cv-29739 |
| Krehbiel | Dorothy | 2:14-cv-29691 |
| LaCroix | Michelle | 2:14-cv-21606 |
| Lamantia | Nancy | 2:14-cv-21611 |

| Landon | Vickie | 2:14-cv-18406 |
|---|---|---|
| Landreth | Peggy | 2:14-cv-21612 |
| LaRocco (Phillips) | Linda | 2:14-cv-18962 |
| Lautaret | Gracie | 2:13-cv-32364 |
| Lee | Trinity | 2:14-cv-12903 |
| Legere | Cheryl-Ann | 2:14-cv-18417 |
| Levy | Jenelle | 2:14-cv-24319 |
| Lewis | Tracie | 2:14-cv-19768<br>2:14-cv-23178 |
| Lindley | Alice | 2:14-cv-22897 |
| Livingston | Angela | 2:14-cv-22904 |
| Lopez | Olga | 2:14-cv-18983 |
| Lovell | Nicole | 2:14-cv-12910 |
| Lucero | Pamela | 2:14-cv-25214 |
| Maillet | Patricia | 2:13-cv-28445 |
| Malone | Sherri | 2:14-cv-23243 |
| Manata | Kathleen | 2:14-cv-12898 |
| Marler | Tami | 2:13-cv-28453 |
| Masalkowski | Michelle | 2:14-cv-21624 |
| Mayfield | Melissa | 2:15-cv-07474 |
| McAdams | Katherine | 2:14-cv-21010 |

| | | |
|---|---|---|
| McReynolds | Bernadine | 2:14-cv-12885 |
| Merkel | Rebecca | 2:14-cv-22772 |
| Mershon | Sharon | 2:14-cv-29739 |
| Mesey | Katie | 2:14-cv-24322 |
| Middleton | Carol | 2:14-cv-23245 |
| Miner | Kathryn | 2:14-cv-23358 |
| Moosman | Donna | 2:12-cv-02805 |
| Morris | Tonja | 2:14-cv-21997 |
| Navarre | Mary | 2:13-cv-29204 |
| Nelson | Cynthia | 2:14-cv-25213 |
| Niceswanger | Heather | 2:14-cv-25215 |
| Nichols | Linda | 2:14-cv-24325 |
| Nunnery | Samantha | 2:14-cv-22927 |
| Page | Karen | 2:14-cv-25216 |
| Parker | Lois | 2:14-cv-22555 |
| Patel | Urmi | 2:13-cv-29205 |
| Peak | Gloria | 2:14-cv-23182 |
| Phelps | Sharon | 2:14-cv-09904 |
| Plair | Tammy | 2:13-cv-29889 |
| Poland | Nyla | 2:12-cv-04659 |

| | | |
|---|---|---|
| Polumbus | Toni | 2:14-cv-25217 |
| Price | Carole | 2:14-cv-22803 |
| Pruitt | Barbara | 2:14-cv-12929 |
| Pyser | Diane | 2:13-cv-29895 |
| Ratliff | Betty | 2:14-cv-22916 |
| Redlich | Mary | 2:13-cv-32024 |
| Rhome | Melisha | 2:13-cv-32072 |
| Richardson | Kathy Jane | 2:14-cv-12922 |
| Richardson | Connie | 2:14-cv-22001 |
| Richardson | Ardis | 2:14-cv-23247 |
| Rivera | Georgina | 2:14-cv-29691 |
| Roberts | Cynthia | 2:14-cv-24342 |
| Robertson | Kathy | 2:12-cv-02802 |
| Rodgers | Nancy | 2:14-cv-24342 |
| Rogers | Theresa | 2:14-cv-29691 |
| Ruiz | Janine | 2:14-cv-22005 |
| Russell | Joyce | 2:14-cv-24331 |
| Sanders | Carolyn | 2:14-cv-22792 |
| Santos | Maria | 2:14-cv-21016 |
| Scarberry | Rose | 2:14-cv-23183 |

| | | |
|---|---|---|
| Scolet | Janet | 2:14-cv-14077 |
| Scott | Charlet | 2:13-cv-32074 |
| Scott | Tammy | 2:14-cv-22929 |
| Seidel | Donna | 2:14-cv-23449 |
| Shown | Julia | 2:13-cv-32369 |
| Shriver | Emilie | 2:13-cv-32370 |
| Simbides | Marie | 2:14-cv-23359 |
| Simmons | Phyllis | 2:14-cv-18883 |
| Simms | Stephanie | 2:14-cv-22009 |
| Simon | Marilyn | 2:14-cv-22642 |
| Singer | Sharon | 2:14-cv-29691 |
| Skabialka | Agnes | 2:13-cv-10087 |
| Smith | Sandra | 2:13-cv-32378 |
| Smith | Karen | 2:14-cv-25218 |
| Snelling | Doreen | 2:14-cv-22798 |
| Snipes | Celia | 2:14-cv-21344 |
| Solano - Correia | Beverly | 2:14-cv-12881 |
| Soltanshahi | Victoria | 2:12-cv-02688 |
| Southard | Sandee | 2:14-cv-21330 |
| Stauber | Gloria | 2:14-cv-23360 |

| | | |
|---|---|---|
| Steelman | Stephanie | 2:14-cv-23361 |
| Sterling | Beverly | 2:14-cv-08498 |
| Stogner | Sheila | 2:14-cv-08510 |
| Sullivan-Ellard | Jaymie | 2:14-cv-20686 |
| Swofford | JoAnn | 2:14-cv-08536 |
| Taylor | Carol | 2:14-cv-09121 |
| Taylor | Melissa | 2:14-cv-21327 |
| Thompson | Christina | 2:14-cv-21323 |
| Thurmond | Yvonne | 2:14-cv-23362 |
| Tiffany | Nicki | 2:14-cv-21833 |
| Toennies | Kathleen | 2:12-cv-02687 |
| Tomasine | Mable | 2:14-cv-09136 |
| Touhey | Jeanne | 2:14-cv-21322 |
| Tribel | Kathleen | 2:14-cv-21338 |
| Trosclair | Roberta | 2:14-cv-21335 |
| Trujillo | Jennifer | 2:14-cv-21339 |
| Trull | Joyce E. | 2:14-cv-09140 |
| Tumer | Erma | 2:14-cv-23363 |
| Vail | Robin | 2:14-cv-23184 |
| Valle | Elynda | 2:14-cv-29739 |

| | | |
|---|---|---|
| Van Vliet | Bonnie | 2:14-cv-21834 |
| Vorbach | Dora | 2:14-cv-23451 |
| Wagner | Allison | 2:14-cv-25520 |
| Wallace | Tracy | 2:14-cv-09908 |
| Wallace | Rebecca | 2:14-cv-25221 |
| Waller | Valarie | 2:14-cv-23185 |
| Watkins | Cynthia | 2:14-cv-24339 |
| Watson | Tammy | 2:14-cv-18973 |
| Watson (McConnell) | Lisa | 2:14-cv-23364 |
| Weathersby | Aimee | 2:14-cv-22455 |
| Webster | Sally | 2:14-cv-20926 |
| Weddle | Lisa | 2:14-cv-09204 |
| Weise | Ronelda | 2:14-cv-23356 |
| Westerhold | Tina | 2:14-cv-23186 |
| Whited | Mary | 2:14-cv-23208 |
| Whiting | Silagh | 2:14-cv-23365 |
| Wilder | Nancy | 2:14-cv-23189 |
| Williams | Rosemary | 2:14-cv-21332 |
| Williams | Angelita | 2:14-cv-23366 |
| Williams | Rosemary | 2:14-cv-21332 |

| Williams | Angelita | 2:14-cv-23366 |