IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MASTER FILE NO: 2:12-MD-02327 MDL NO. 2327 |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| CASES ON ATTACHED EXHIBIT A | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, McGlynn, Glisson and Mouton has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1) Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2) Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 14, 2016.

**MCGLYNN, GLISSON & MOUTON**

By: s/Amanda L. Washington_____
Amanda L. Washington - Bar Roll #34811
Daniel J. McGlynn - Bar Roll #17051
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555
Fax: (225)344-3666
Amanda@mcglynnglisson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MASTER FILE NO: 2:12-MD-02327 MDL NO. 2327 |
| THIS DOCUMENT RELATES TO: | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| CASES ON ATTACHED EXHIBIT A | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2016, I electronically filed this document with the Clerk of court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

**MCGLYNN, GLISSON & MOUTON**

By: s/Amanda L. Washington
Amanda L. Washington, Bar Roll #34811
Daniel J. McGlynn - Bar Roll #17051
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555
Fax: (225)344-3666
Amanda@mcglynnglisson.com