**EXHIBIT A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:14-cv-09111 | Ackerman | Renee |
| 2:13-cv-32188 | Baird | Ellen |
| 2:13-cv-32191 | Belden-Couch | Aline |
| 2:13-cv-23321 | Berrong | Sandra |
| 2:13-cv-23878 | Binion | Carol |
| 2:13-cv-23336 | Boggs | Victoria |
| 2:13-cv-32876 | Bohannon | Carol |
| 2:13-cv-28458 | Bosi-Brewer | Kathy |
| 2:13-cv-23338 | Branham | Teresa |
| 2:13-cv-28461 | Brown | Trasaun |
| 2:13-cv-32881 | Calbert | Karen |
| 2:13-cv-23815 | Church | Rose |
| 2:13-cv-29118 | Claytor | Patricia |
| 2:13-cv-24216 | Cole | Shirley |
| 2:13-cv-28464 | Cook | Tammy |
| 2:13-cv-23826 | Daily | Kelly |
| 2:14-cv-09112 | Davis-Sonne | Lorraine |
| 2:14-cv-28837 | DeFigueroa | Carolyn |
| 2:13-cv-23839 | Diaz | Priscilla |
| 2:13-cv-25400 | Doherty | Catherine |
| 2:14-cv-00794 | Donald | Carolyn |
| 2:13-cv-28468 | Dupre | Carolyn |
| 2:13-cv-28471 | Ehrgott | Kathy |
| 2:13-cv-23877 | Ekas | Sandy |
| 2:13-cv-26506 | Estridge | Brenda |

| | | |
|---|---|---|
| 2:13-cv-24218 | Fernandez | Claudia |
| 2:13-cv-24219 | Finley | Patsy |
| 2:14-cv-00801 | Florence | Wendy |
| 2:14-cv-25138 | Foss | Tamara |
| 2:14-cv-00804 | Fromm | Diane |
| 2:14-cv-06029 | Harringon | Eve |
| 2:13-cv-25047 | Hensley | Diana |
| 2:13-cv-27040 | Hensley | Paula |
| 2:13-cv-25051 | Hubbard | Sherry |
| 2:14-cv-06022 | Hughes | Sharon |
| 2:13-cv-30384 | Jackson | Teresa |
| 2:13-cv-27700 | Kemp | Janet |
| 2:14-cv-06042 | King | Debi |
| 2:13-cv-30386 | Lacey | Deborah |
| 2:14-cv-06048 | Lamaster | Lavon |
| 2:14-cv-08263 | Lillien | Diane |
| 2:14-cv-25142 | Marquardt | Joanne |
| 2:13-cv-26088 | Marshall | Ella |
| 2:13-cv-27691 | McDowell-Jonas | Rebecca |
| 2:14-cv-08248 | Meadows | Martha |
| 2:13-cv-26095 | Meyer | Lily |
| 2:14-cv-24852 | Miess | Charlene |
| 2:14-cv-08251 | Montero | Sherlie |
| 2:14-cv-11040 | Mullins | Ginger |
| 2:13-cv-26103 | Nachbar | Linda |
| 2:15-cv-07981 | Nedela | Nan |
| 2:14-cv-08254 | Parks | Krista |

| 2:13-cv-29108 | Reed | Sandra |
| --- | --- | --- |
| 2:13-cv-29123 | Reynolds | Jelean |
| 2:13-cv-29126 | Rich | Karen |
| 2:13-cv-29128 | Rittinger | Belinda |
| 2:14-cv-08256 | Robbins | Pamela |
| 2:13-cv-27701 | Rogers | Suzanne |
| 2:14-cv-09106 | Rushing | Christy |
| 2:13-cv-29111 | Sanders | Cindy Jo |
| 2:13-cv-32181 | Schaper | Debra |
| 2:15-cv-06778 | Shelton | Juanita |
| 2:13-cv-29860 | Sherwood | Heather |
| 2:13-cv-32182 | Silveria | Kimberly |
| 2:15-cv-00656 | Smith | Diane |
| 2:14-cv-24858 | Stewart | Victoria |
| 2:13-cv-29114 | Sweat | Carolyn |
| 2:13-cv-25485 | Takara | Sandra |
| 2:14-cv-09107 | Torres | Mary Lou |
| 2:14-cv-06026 | Tozier | Lori |
| 2:14-cv-08264 | Trader | Mary Annette |
| 2:14-cv-24860 | Vella | Ruth |
| 2:13-cv-29115 | Walker | Eldine |
| 2:13-cv-29867 | Wallace | Karen |
| 2:14-cv-11077 | Wesley | Cynthia |
| 2:13-cv-29871 | White | Pat |
| 2:14-cv-24433 | Winslow | Mona |