IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR 2327
SYSTEMS PRODUCTS LIABILITY LITIGATION
-------------------------------------------------------
DISTRICT

Master File No. 2:12-MD-02327 MDL

JOSEPH R. GOODWIN U.S.

JUDGE

CASES LISTED ON ATTACHMENT A

### CERTIFICATION OF COMPLIANCE WITH PTO 240-AMENDED

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

3. The above information, including all the medical records obtained by my firm to date were also included on a disc, federal expressed to Butler Snow on Nov. 9th, 2016 and delivered on Nov. 10, 2016, as Box.com was not working properly to upload our documents.

Dated: Nov.14th, 2016              Respectfully submitted,

                                    By: */s/Elizabeth Dudley*
                                    Elizabeth Dudley, Esquire
                                    Ks Bar No. 21582
                                    THE DUDLEY LAW FIRM,LLC
                                    23438 SW Pilot Point Rd Douglass,
                                    Ks  67039
                                    Telephone: (316) 746-3969
                                    Facsimile: (316) 746-3922 Email:
                                    Liz@LizDudleyLaw.com

**Exhibit A**

| Plaintiff Name | Case No |
|---|---|
| Bailey, Kimberly | 2:14-cv-09713 |
| Brannock, G.Ann | 2:13-cv-4523 |
| Cobun, Samantha | 2:13-cv-7644 |
| Crouch, Roxanna | 2:13-cv-1847 |
| Disch, Teresa | 2:13-cv-18356 |
| Fisher, Margaret, | 2:13-cv-00100 |
| Gunter, Kayleen | 2:15-cv-03866 |
| Hagerman, Linda | 2:13-cv-09289 |
| Hooper, Linda | 2:13-cv-01686 |
| Hurst, Rexene | 2:13-cv-3313; |
| Jones, Carmon | 2:14-cv-19135 |
| Kieffaber, Carolyn | 2:12-cv-08464 |
| Ligon, Kimberly | 2:12-cv-09944 |
| Lipinski, Candy | 2:13-cv-06673 |
| Martin, Donna | 2:13-cv-9294. |
| McKinnis, Mary | 2:15-cv-11264 |
| Miller, Sarah | 2:13-cv-17264 |
| O'Mara, Carol | 2:13-cv-09310 |
| Parker, Georgia | 2:13-cv-22501 |
| Pearse, Stacy | 2:13-cv-10477 |
| Pearson, Polly | 2:12-cv-07074 |
| Pedemonti, Cynthia | 2:13-cv-02172 |
| Reynolds, Margaret | 2:13-cv-22638 |
| Rude, Judith | 2:13-cv-09295 |
| Sanderbeck, Penny | 2:15-cv-11899 |
| Sweet-Green, Sheila | 2:13-cv-9143 |
| Taylor, Honey | 2:13-cv-18912 |
| Tedder, Judy | 2:13-cv-00097. |
| Warren, Lory | 2:13-cv-6671 |
| Westmoreland, Nancy | 2:13-cv-01680 |
| Wingo, Josephine | 2:13-cv-2136 |
| Woodruff, Mimi | 2:13-cv-01679 |
| Yates, Sharon | 2:13-cv-06670 |