**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION

Master Filed No. 2:12-md-02327
MDL 2327

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

This pertains to:
**KARILYN STULL** and **JONATHAN STULL**
Cause No: 2:15-cv-14487

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, my firm has supplied the information required pursuant to Pretrial Order 240 for Plaintiffs Karilyn Stull and Jonathan Stull, as follows:

1. Proof of product identification for Ethicon product(s) for which claim is alleged; and
2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which claim is alleged.

Dated: November 14, 2016

Respectfully Submitted,

*/s/ Ryan Keane*

Ryan A. Keane
Keane Law LLC
9666 Olive Blvd, Ste 690
St. Louis, MO 63132
Ph: (314) 240-5278
Fx: (314) 244-3778
ryan@keanelawllc.com
*Attorney for Karilyn Stull and Jonathan Stull*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I emailed to PTO240@butlersnow.com and electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing systems, which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan Keane*