IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that I have communicated with counsel for Ethicon, Inc., Johnson & Johnson and/or Ethicon, LLC and verified that our firm provided the information required by Pretrial Order # (Product ID and Operative Reports) for the Plaintiffs listed on Attachment "A" on whose behalf a claim has been alleged against these Defendants.

Dated: Nov. 14, 2016

Respectfully submitted,

_____
John D. Roven
Attorney for Plaintiffs
Roven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, Texas 77018
(713) 465-8522
Email: jroven@rovenlaw.com

1

CRETIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECT participants registered to receive served in this MDL.

_____
John D. Roven
Attorney for Plaintiffs
Roven-Kaplan, L.L.P.
2190 North Loop West, Suite 410
Houston, Texas 77018
(713) 465-8522
Email: jroven@rovenlaw.com

EXHIBIT "A"

| Plaintiff Name | Case Number |
| --- | --- |
| Diana Glover | 2:13-cv-19964 |
| Marion Leonard | 2:13-cv-19991 |
| Sharron Johnson Schoenfelder | 2:13-cv-20434 |