IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

-----------------------------------------------------------------    MDL No.  2327

**CASES LISTED ON EXHIBIT A**

### CERTIFICATION OF COMPLIANCE WITH PRETRIAL ORDER 240

I hereby certify to the best of my information and belief, Tracey & Fox Law Firm, has previously provided the documents required as set forth in Pretrial Order No. 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which claim is alleged; and

2. Operative reports demonstrating implantations, revision and/or removals of Ethicon product(s) for which claim is alleged.

Dated: November 14, 2016               /s/ Sean Patrick Tracey
                                                                                        Sean Patrick Tracey
State Bar No. 20176500
Shawn Fox
State Bar No.  24040926
440Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333  telephone
713-495-2331  simile
stracey@traceylawfirm.com
sfox@traceylawfirm.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, a true and correct copy of the above and foregoing was served on all counsel of record by electronic mail.

**TRACEY & FOX LAW FIRM**

By: /s/ Sean Tracey
Sean Patrick Tracey
State Bar No. 2176500
Shawn P. Fox
Clint Casperson
State Bar No. 24075561
State Bar No. 24040926
440 Louisiana, Suite 1901
Houston, TX 77002
(800) 925-7216
(866) 709-2333
stracey@traceylawfirm.com
sfox@traceylawfirm.com
ccasperson@traceylawfirm.com