**Exhibit A**

| Plaintiff Name | Cause No. |
|---|---|
| Ahmad, Naseema | 2:12-cv-9793 |
| Albanese, Nancy | 2:14-cv-10557 |
| Allen, Gloria | 2:16-cv-00612 |
| Almaraz, Lisa | 2:14-cv-13062 |
| Andersen, Jody | 2:16-cv-01035 |
| Anderson, Betty | 2:16-cv-01036 |
| Anderson, Diana | 2:15-cv-14619 |
| Anderson (Huckaba), Jeanne | 2:15-cv-11299 |
| Appelberg, Lori | 2:15-cv-06059 |
| Arguelles, Aracely | 2:16-cv-00850 |
| Aucoin, Nellie | 2:16-cv-00606 |
| Baber, Annette | 2:16-cv-01167 |
| Bailey, Brenda | 2:13-cv-28176 |
| Baker, Patricia | 2:13-cv-28653 |
| Banks (Smith), Marie | 2:12-cv-01318 |
| Barboza-Turner, Yong | 2:13-cv-28654 |
| Barlow, Sandra | 2:16-cv-01037 |
| Barnes, Lisa | 2:15-cv-02019 |
| Barnett, Robin | 2:13-cv-11503 |
| Barrett, Tina | 2:13-cv-31650 |
| Barron, Kelley | 2:14-cv-02896 |
| Bartlett, Mary | 2:14-cv-14445 |
| Bartow, Darlene | 2:13-cv-30869 |
| Beard-Woiderski, Denise | 2:16-cv-00766 |
| Beckett, Barbara | 2:14-cv-00167 |
| Beeler, Sarah | 2:13-cv-3573 |
| Benavides, Margaret | 2:15-cv-14662 |
| Bennett, Teresa L. | 2:14-cv-29624 |
| Bernhardt, Florence | 2:15-cv-11296 |
| Betts, Shelley | 2:14-cv-11000 |
| Biechy, Patricia | 2:16-cv-00604 |
| Birmingham, Judith | 2:14-cv-00170 |
| Birt, Kathy | 2:12-cv-02251 |
| Black, Carole | 2:12-cv-9093 |
| Bogaards, Julie | 2:14-cv-25501 |
| Bowden, Betty | 2:13-cv-30332 |
| Boyd, Gricelda | 2:15-cv-14615 |
| Bradley, Vena | 2:14-cv-15534 |
| Brigmon, Teresa | 2:14-cv-29382 |
| Brito, Dora | 2:14-cv-15521 |
| Brockman, Susan | 2:13-cv-33133 |
| Brodzeller, Corianda | 2:15-cv-14613 |

**Exhibit A**

| Plaintiff Name | Cause No. |
|---|---|
| Brower, Toni | 2:16-cv-00735 |
| Brown, Tammy | 2:13-cv-30341 |
| Brown, Geneva "Rowena" | 2:14-cv-10950 |
| Brown, Rhonda D. | 2:13-cv-01053 |
| Burke, Deanna | 2:14-cv-15553 |
| Burns, Jacqueline | 2:15-cv-11294 |
| Burrow, Ramona | 2:15-cv-11256 |
| Busby, Charlene | 2:16-cv-00769 |
| Busey, Jackie | 2:14-cv-24067 |
| Bute, Julie | 2:13-cv-09060 |
| Bybee, Shirley | 2:14-cv-29625 |
| Cadle, Shirley | 2:14-cv-14497 |
| Calabrese, Donna | 2:14-cv-13068 |
| Calhoun, Anne | 2:14-cv-00174 |
| Campbell, Debra | 2:13-cv-20787 |
| Caplain, Eileen | 2:16-cv-00600 |
| Carithers, Margaret | 2:16-cv-00732 |
| Cash, Susanne | 2:14-cv-26835 |
| Casias, Nancy | 2:16-cv-01194 |
| Castillo, Maria | 2:13-cv-28656 |
| Chancellor, Wanda | 2:14-cv-00179 |
| Chapman, Laurel | 2:13-cv-31151 |
| Chapman, Barbara | 2:14-cv-29626 |
| Chartier, Karen | 2:14-cv-10905 |
| Chase, Linda | 2:16-cv-00731 |
| Chester, Pamela | 2:14-cv-25487 |
| Chitwood, Julia | 2:15-cv-11921 |
| Christofferson, Marcee | 2:16-cv-01195 |
| Ciares, Maria | 2:14-cv-10906 |
| Cigainero, Lucille | 2:16-cv-01198 |
| Ciganek, Deborah | 2:14-cv-16398 |
| Clark, Janice | 2:14-cv-15544 |
| Clark, Deborah R. | 2:13-cv-28657 |
| Cleveland, Dawn | 2:13-cv-30626 |
| Cline, Marlene | 2:13-cv-31147 |
| Cochardo, Karen | 2:16-cv-00843 |
| Coe, Sandra | 2:16-cv-00849 |
| Coelho, Celeste | 2:14-cv-24070 |
| Cogzill, Patricia | 2:14-cv-16393 |
| Cohen, Evelyn | 2:16-cv-01216 |
| Cole, Martha | 2:16-cv-01217 |
| Combs, Debra | 2:14-cv-14500 |

**Exhibit A**

| Plaintiff Name | Cause No. |
| --- | --- |
| Connolly, Colleen | 2:13-cv-33774 |
| Cooper, Sandra | 2:13-cv-31152 |
| Crow, Heidi | 2:16-cv-00598 |
| Crowley, Monique | 2:14-cv-15561 |
| Crowley, Dorothy | 2:15-cv-02012 |
| Cruz, Kathy | 2:16-cv-00709 |
| Cunningham, Mary | 2:13-cv-30871 |
| Cupp, Trudy | 2:16-cv-01219 |
| Cyphers, Rebekah | 2:14-cv-10732 |
| Dagenais, Kimberly | 2:16-cv-01032 |
| Davis, Melanee | 2:14-cv-20431 |
| Davis, Diane | 2:16-cv-00737 |
| Davis, Pamela | 2:13-cv-28172 |
| Davison, Barbara | 2:13-cv-28658 |
| Dawson, Joanne | 2:13-cv-09061 |
| Day, Becky Sue | 2:16-cv-00512 |
| Declet, Enid | 2:14-cv-25339 |
| Delmage, Sandra | 2:16-cv-00608 |
| DeMoe, Dawn | 2:14-cv-10952 |
| Demske, Catherine | 2:16-cv-01220 |
| Di Carlo, Vincenza | 2:13-cv-30634 |
| Dible, Janice | 2:13-cv-31442 |
| Dieckow, Janice | 2:14-cv-10993 |
| Donaway, Rosa | 2:15-cv-11306 |
| Donnelly, Patricia | 2:13-cv-30642 |
| Duluk, Cheri-Ann | 2:14-cv-10953 |
| Dunn, LaHonda | 2:13-cv-11504 |
| Dye, Julia | 2:13-cv-33136 |
| Earwood, Fonda | 2:13-cv-28171 |
| Eherenman, Darlene | 2:15-cv-14619 |
| Ellsworth, Tracy | 2:14-cv-14170 |
| Farrow, Delores | 2:16-cv-00480 |
| Fauris, Briggett | 2:15-cv-06046 |
| Fernandez, Beatrice | 2:13-cv-30292 |
| Fetters, Theresa | 2:13-cv-07269 |
| Finlayson, Patricia | 2:15-cv-06050 |
| Flowers, Tresa | 2:14-cv-13063 |
| Folsom, Nancy | 2:15-cv-01078 |
| Foster, Melba | 2:15-cv-14664 |
| Fox, Ann Sharlyne | 2:15-cv-01983 |
| Fox, Sherry | 2:12-cv-00878 |
| Gainey, Stephanie | 2:15-cv-14620 |

**Exhibit A**

| Plaintiff Name | Cause No. |
| --- | --- |
| Gantt, Patricia | 2:15-cv-06058 |
| Garceau, Karen | 2:16-cv-00513 |
| Gardner, Tammy | 2:14-cv-10737 |
| Gardner, Judith | 2:14-cv-29627 |
| Geisinger, Melinda | 2:14-cv-08013 |
| Gilbert, Pennie | 2:14-cv-08258 |
| Gipson, Robin | 2:14-cv-15548 |
| Glissman, Evelyn | 2:12-cv-08411 |
| Goble, Debra | 2:14-cv-10554 |
| Gocha, Janice | 2:13-cv-30899 |
| Gonzales, Isabel Poppe | 2:14-cv-31514 |
| Goodman, Patricia | 2:14-cv-10697 |
| Goolsby, Vickie | 2:13-cv-30644 |
| Gossens, Vickie | 2:16-cv-01168 |
| Greco, Delorise | 2:15-cv-14666 |
| Green, Hazel | 2:14-cv-19109 |
| Griffin, Deborah | 2:14-cv-07509 |
| Grissom, Rebecca | 2:14-cv-29628 |
| Hampton, Betty | 2:16-cv-00733 |
| Hansen, LaDonna | 2:13-cv-30310 |
| Harbin, Sandra | 2:14-cv-25427 |
| Harris, Sherri | 2:16-cv-00481 |
| Helton, Ellen | 2:12-cv-09792 |
| Hensley, Jannie | 2:14-cv-10954 |
| Higgs, Brenda | 2:15-cv-14667 |
| Hilliard, Genevieve | 2:14-cv-10955 |
| Hillman, Velma | 2:14-cv-01912 |
| Hollifield, Evelyn | 2:14-cv-08019 |
| Hoppel (Bertuzzi), Theresa | 2:13-cv-28181 |
| Horton, Lucia | 2:15-cv-11293 |
| Howell, Jacqueline | 2:13-cv-30648 |
| Hubbard, Barbara | 2:14-cv-10583 |
| Hughes, Vicky | 2:14-cv-07517 |
| Hughes, Cheryle | 2:15-cv-01985 |
| Hughes, Thelda | 2:15-cv-14659 |
| Hunting, Carol | 2:14-cv-15549 |
| Icasiano, Luz | 2:13-cv-11596 |
| Ingham, Norma | 2:14-cv-11007 |
| Jackson, Marlene | 2:13-cv-33139 |
| Jackson, Barbara Jean | 2:13-cv-31440 |
| Jagwandan, Ellen | 2:16-cv-00744 |
| James-Margison, Debora | 2:13-cv-11956 |

Exhibit A

| Plaintiff Name | Cause No. |
|---|---|
| Johnson, Pamela | 2:13-cv-28165 |
| Johnson, Betty | 2:16-cv-00603 |
| Johnson, Annette | 2:16-cv-01240 |
| Johnson, Theresa | 2:13-cv-32916 |
| Johnson, Susan | 2:16-cv-01241 |
| Jones, Willa | 2:14-cv-24065 |
| Jonson, Dolores | 2:15-cv-14614 |
| Jore, Tonya | 2:14-cv-14504 |
| Jourdan, Carole | 2:16-cv-00711 |
| Juel, Lisa | 2:15-cv-02913 |
| Kaltz-Harri, Joan | 2:13-cv-30285 |
| Kantun, Glenda | 2:13-cv-02357 |
| Kaump, Rose | 2:15-cv-02852 |
| Keck, Cheri | 2:14-cv-15543 |
| Keena, Dawn | 2:14-cv-10957 |
| Kennedy, Melinda | 2:14-cv-00184 |
| Kido, Valerie | 2:16-cv-00840 |
| Kiersey, Julie | 2:16-cv-01027 |
| Kimmel, Joy | 2:14-cv-15523 |
| Kirk, Linda | 2:14-cv-12874 |
| Klein, Colleen | 2:16-cv-00773 |
| Klonowski, Mary | 2:16-cv-01028 |
| Kopecky, Edie | 2:14-cv-15525 |
| Korn, Patricia | 2:13-cv-33833 |
| Krennrich, Margaret | 2:13-cv-21350 |
| Kruger, Roberta | 2:13-cv-28660 |
| Kumar, Donna | 2:16-cv-00743 |
| Kuzma, Christine | 2:13-cv-32000 |
| Lacey, Brenda | 2:16-cv-00493 |
| Lange, Rebecca | 2:13-cv-31657 |
| LaRose, Tanya | 2:14-cv-10738 |
| Lassiter, Ashley | 2:14-cv-14505 |
| Laughlin, Andria | 2:16-cv-00745 |
| Lauramore, Beverly | 2:14-cv-10958 |
| Lawrence, Linda | 2:16-cv-01368 |
| Leatherman, Faye | 2:13-cv-33143 |
| Leisey, Jessica | 2:16-cv-00614 |
| Lewis, Suzanne | 2:14-cv-26764 |
| Lewis, Lori | 2:16-cv-01242 |
| Linville-Lenz, Louise | 2:14-cv-10959 |
| Lobbestael, Susan | 2:16-cv-01017 |
| Locke, Carolyn | 2:16-cv-01206 |

**Exhibit A**

| Plaintiff Name | Cause No. |
| --- | --- |
| Logan, Ruth | 2:14-cv-18668 |
| Lopez, Iliana | 2:14-cv-10960 |
| Losh, Jeannette | 2:13-cv-28164 |
| Lotenero, Christine | 2:13-cv-29671 |
| Love, Barbara | 2:16-cv-00499 |
| Love, Helena | 2:16-cv-01016 |
| Lovell, Janine | 2:16-cv-00742 |
| Lowe, Deborah | 2:16-cv-00734 |
| Lucas, Linda | 2:14-cv-23852 |
| Lugo, Kathy | 2:13-cv-28661 |
| Lunsford, Melissa | 2:15-cv-14612 |
| Lupton, Joanne | 2:14-cv-02580 |
| Lusk, Lois | 2:16-cv-01202 |
| Lyles, Dorothy | 2:13-cv-30650 |
| Lyons, Danyce | 2:16-cv-01239 |
| MacFarlane, Kimberly | 2:16-cv-00740 |
| Madderra, Maxine | 2:16-cv-00746 |
| Madison, Sherrie | 2:16-cv-01018 |
| Magno-Ruppersberger, Esther | 2:13-cv-28655 |
| Mansolo, Gloria | 2:14-cv-24064 |
| Maree, Nina | 2:15-cv-01518 |
| Marshalek, Carmen | 2:13-cv-32242 |
| Martin, Wanda | 2:13-cv-31684 |
| Martin, Della | 2:13-cv-11505 |
| Martin, Tammy | 2:16-cv-00713 |
| Martinez, Marcia | 2:16-cv-01034 |
| Matos, Nereida | 2:13-cv-32294 |
| Matthews, Betty | 2:16-cv-01020 |
| Mattox, Patricia | 2:14-cv-10734 |
| Maxwell, April | 2:15-cv-03205 |
| McCauley, Mary | 2:16-cv-00507 |
| McClenny, Edith | 2:16-cv-01025 |
| McDaniel, Mechael | 2:16-cv-01022 |
| McDuffie, Robin | 2:16-cv-01024 |
| McFee, Patsy | 2:14-cv-02521 |
| McGuire, Debra | 2:14-cv-07522 |
| McKee, Karen | 2:16-cv-01031 |
| McKenney, Linda | 2:16-cv-00845 |
| McNutt, Anne | 2:13-cv-31438 |
| McQuarrie, Nancy | 2:14-cv-10961 |
| Mears, Pamela | 2:14-cv-00186 |
| Measells, Bobbie | 2:13-cv-33146 |

**Exhibit A**

| Plaintiff Name | Cause No. |
| --- | --- |
| Menchaca, Delia | 2:14-cv-24071 |
| Merz, Merna | 2:16-cv-01030 |
| Mesar, Patricia | 2:16-cv-01029 |
| Miller, Linda | 2:14-cv-15276 |
| Miller, Brenda J. | 2:15-cv-11924 |
| Mingus, Sheri | 2:15-cv-11292 |
| Mockbee, Donna | 2:14-cv-11019 |
| Mogielska, Irena | 2:14-cv-10962 |
| Money, Wendy | 2:16-cv-01019 |
| Montera, Kendel | 2:13-cv-02360 |
| Moore, Mary J. | 2:13-cv-05585 |
| Moore, Lena "Lois" | 2:13-cv-02363 |
| Moreland, Dawn | 2:15-cv-06027 |
| Morgan, Kathy | 2:13-cv-28662 |
| Morris, Sandra | 2:15-cv-11922 |
| Morrison, Elissa | 2:15-cv-16067 |
| Muniz, Ellen | 2:16-cv-01208 |
| Neumann, Jeaniece | 2:13-cv-03579 |
| Newman, Cynthia | 2:14-cv-24066 |
| Newton, Heather | 2:14-cv-24033 |
| Nichols, Peggy | 2:14-cv-10985 |
| Northrup, Jamie | 2:14-cv-19254 |
| Norton, Jo Ann | 2:16-cv-00842 |
| Nunn, Debbie | 2:16-cv-01014 |
| Nunnery, Samantha | 2:16-cv-01205 |
| O'Bryant, Veronica | 2:13-cv-28663 |
| O'Dell, Angelia | 2:14-cv-14171 |
| O'Dwyer, Delia | 2:14-cv-13064 |
| Oliver, Donna | 2:13-cv-03587 |
| Orozco, Rosa | 2:15-cv-14608 |
| Orsak, Elizabeth | 2:16-cv-00707 |
| Otkin, Shirley | 2:14-cv-07492 |
| Parker, Jerri | 2:14-cv-23854 |
| Parton, Freda | 2:14-cv-16397 |
| Perez, Maria | 2:15-cv-11289 |
| Perle-Heydon, Ingrid | 2:15-cv-11288 |
| Perry, Janet | 2:14-cv-10698 |
| Pfeifer, Sandra | 2:16-cv-00741 |
| Phelan, Andrea | 2:14-cv-15115 |
| Phelps, Penny | 2:13-cv-31747 |
| Pirtle, Elizabeth | 2:15-cv-03372 |
| Pointer, Tammi | 2:14-cv-23853 |

**Exhibit A**

| Plaintiff Name | Cause No. |
|---|---|
| Pyle, Martha | 2:16-cv-00738 |
| Rader, Sharon | 2:13-cv-02370 |
| Reece, Sharon | 2:14-cv-19967 |
| Reed, Patricia | 2:14-cv-24069 |
| Reed, Susan | 2:14-cv-14169 |
| Reed, Jean | 2:16-cv-00848 |
| Richards, Debra | 2:16-cv-00595 |
| Richards, Judy | 2:16-cv-01263 |
| Riel, Bobbie | 2:14-cv-02546 |
| Rierson, Lisa | 2:13-cv-6774 |
| Riley, Patricia | 2:16-cv-00847 |
| Roberts, Mary | 2:16-cv-00846 |
| Roberts (Henderson), Wanda | 2:13-cv-31149 |
| Robinson, Jill | 2:15-cv-14660 |
| Rock, Jo'Ann | 2:16-cv-01261 |
| Rogers, Verda "Ann" | 2:14-cv-10570 |
| Rogers, Regina | 2:13-cv-31436 |
| Rohbock, Radonda | 2:13-cv-31676 |
| Rooney, Cynthia | 2:13-cv-29811 |
| Rose, Ruth | 2:14-cv-14201 |
| Ruiz Diaz, Martina | 2:16-cv-01235 |
| Rustad, Betty | 2:14-cv-26762 |
| Ryan, Suzanne | 2:13-cv-28170 |
| Rybolt, Patricia | 2:13-cv-04080 |
| Salmi, Carol | 2:13-cv-28665 |
| Sanderlin, Julie | 2:14-cv-07475 |
| Sanders, Alice | 2:16-cv-01260 |
| Saunders, Pamela | 2:14-cv-13066 |
| Schiller, Rolonda | 2:14-cv-10550 |
| Schneider, Patricia | 2:13-cv-28169 |
| Schoppol, Patricia | 2:13-cv-09066 |
| Secore-Erbland, Monica | 2:15-cv-06062 |
| Seiler, Deborah | 2:14-cv-14172 |
| Seymour, Mary | 2:16-cv-01237 |
| Shephard, Laura | 2:16-cv-01262 |
| Sizemore, Brenda | 2:13-cv-60289 |
| Slagle, Cindy | 2:15-cv-11265 |
| Smith, Shontelle | 2:14-cv-00190 |
| Smith, Debra D. | 2:15-cv-11263 |
| Smith, Lorene | 2:16-cv-00602 |
| Smolder, Diane | 2:13-cv-28666 |
| Sparks, Amber | 2:13-cv-28166 |

**Exhibit A**

| Plaintiff Name | Cause No. |
| --- | --- |
| Spitzengel, Pauline | 2:15-cv-11262 |
| Staab, Ruth | 2:14-cv-29631 |
| Standley, Suzanne | 2:12-cv-0882 |
| Starzinski, Diane | 2:14-cv-15279 |
| Stevens, Lauretta | 2:13-cv-28162 |
| Stewart, Sherry | 2:16-cv-00839 |
| Stille, Shirley | 2:13-cv-15334 |
| Strayer, Mary Beth | 2:13-cv-07266 |
| Sundstrom, Peggy | 2:14-cv-10988 |
| Sutter, Marceline "Cookie" | 2:12-cv-09247 |
| Switzer, Michelle | 2:14-cv-14167 |
| Tackett, Delores | 2:14-cv-16399 |
| Taylor, JoAnn | 2:13-cv-30875 |
| Thomas, Truby | 2:13-cv-31678 |
| Thorpe, Sandra | 2:14-cv-14180 |
| Tidwell, Eileen | 2:14-cv-2306 |
| Tidwell, Audrey | 2:14-cv-02306 |
| Trento, Norma | 2:14-cv-10907 |
| Turnbow, Wendy | 2:12-cv-05306 |
| Turner, Sandra Nicole | 2:13-cv-31680 |
| Unseth, Ellen | 2:15-cv-02006 |
| Valdez, Sandra | 2:13-cv-33131 |
| Valentine, Sharron | 2:14-cv-07505 |
| Velazquez, Nelida | 2:14-cv-25229 |
| Vendlands, Marie | 2:14-cv-15519 |
| Walker, Jeanette | 2:14-cv-204353 |
| Webb, Sandra | 2:13-cv-11507 |
| Weber-Blair, Cindy | 2:14-cv-14496 |
| Wells, Sarah | 2:15-cv-14665 |
| Westbrook, Mary | 2:13-cv-32923 |
| Whalen, Karen | 2:15-cv-11261 |
| Wierbinski-Jackman, Karen | 2:13-cv-31145 |
| Wigington, Brenda | 2:13-cv-33147 |
| Winkler, Grace | 2:13-cv-30297 |
| Wissen, Elizabeth | 2:14-cv-10989 |
| Witowski, Christine | 2:14-cv-23852 |
| Wood, Marjorie | 2:15-cv-06223 |
| Wright, Carmel | 2:13-cv-33148 |
| Wright, Kimberly | 2:14-cv-26763 |
| Wunderle, Christie | 2:15-cv-06060 |
| Zapata, Ana Maria | 2:14-cv-14175 |