UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE:  ETHICON, INC., | § | |
| PELVIC REPAIR SYSTEM PRODUCTS | § | Master File No. 2:12-MD-02327 |
| LIABILITY LITIGATION | § | MDL No. 2327 |

CASES LISTED ON ATTACHMENT "A"

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, my firm has supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment "A" as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantation, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

This 14th day of November, 2016.

1

Respectfully submitted,

*/s/ John David Hart*
JOHN DAVID HART
State Bar #09147700
LAW OFFICES OF JOHN DAVID HART
Wells Fargo Tower
201 Main Street, Suite 1720
Fort Worth, Texas 76102
(817) 870-2102 – Telephone
(817) 332-5858 – Facsimile
johnhart@hartlaw.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document, was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 14th day of November, 2016.

/s/ John David Hart
JOHN DAVID HART