**Attachment A**

*Ilene Kloos v. Ethicon, Inc., et al.*
Case No.: 2:14-cv-30209


*LaJuan Zachary, et al. v. Ethicon, Inc., et al.*
Case No.: 2:14-cv-27551