**ATTACHMENT A**
**CERTIFICATION OF COMPLIANCE WITH PTO NO. 240**
<u>**MCDONALD WORLEY, P.C.**</u>

| Name (last, first) | Civil Action Number |
|---|---|
| Dorsey, Tessa | 2:13-cv-20214 |