# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that on November 14, 2016, our firm supplied the information required per Pretrial Order 240 for the Plaintiff's listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claims is alleged; and
2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 14, 2016

Respectfully submitted,
**Houssiere, Durant & Houssiere, LLP**

*/s/ Charles R. Houssiere, III*
Charles R. Houssiere, III
State Bar No. 10050700
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS

Attachment A

Diana Baez v. Ethicon, Inc.; Civil Action No. 2:12-cv-5787
Julie Bergstrom v. Ethicon, Inc.; Civil Action No. 2:12-cv-5789
Belinda Patrick v. Ethicon, Inc.; Civil Action No. 2:12-cv-7688
Cheryl Poole v. Ethicon, Inc.; Civil Action No. 2:12cv-01978