IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE:  ETHICON, INC., PELVIC SYSTMS PRODUCTS LIABILITY LITIGATION | § § § § | MASTER FILE NO. 2:12-MD-02327 MDL 2327 |
| | § | JOSEPH R. GOODWIN, |
| THIS DOCUMENT RELATES TO CASES LISTED ON ATTACHMENT A | § § | UNITED STATES DISTRICT JUDGE |

**CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the Plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon products for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

DATED this 14th day of November, 2016

Respectfully submitted,

/s/ David Kuttles
David Kuttles, Esq.
The Lanier Law Firm, PLLC
126 E. 56th Street, 6th Floor
New York, New York 10022
212-421-2800
212-421-2878 (Facsimile)
David.kuttles@lanierlawfirm.com

***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of November, 2016, a true and correct copy of the foregoing document was served electronically on counsel of record via PTO240@BUTLERSNOW.COM.

              /s/ David Kuttles
              Donna J. Bowen

## **ATTACHMENT A**

| **Plaintiff Name** | **Case No.** |
|---|---|
| Lesley Perez and Sergio Perez | Southern District of West Virginia-Charleston 2:16-cv-05690 |