IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., | |
| PELVIC REPAIR SYSTEM | Master File No. 2:12-MD-02327 |
| PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT.

**PLAINTIFFS' CERTIFICATION OF COMPLIANCE WITH PTO 240**

I hereby certify that my firm has complied fully with this Court's Pretrial Order #240 and has provided counsel for Ethicon, Inc., Johnson & Johnson, and Ethicon, LLC the required proof of product identification and operative report(s) as required by the Order.  The Levin Papantonio Law Firm has done this for all Plaintiffs represented by our firm and/or in cases wherein our firm has a co-counsel interest in the case, which includes all cases filed in this Court and shown on Exhibit A.

Dated:  November 14, 2016

/s/ Robert E. Price
LEVIN PAPANTONIO THOMAS
 MITCHELL RAFFERTY &
PROCTOR, PA
316 S. BAYLEN ST., STE. 600
PENSACOLA, FL 32502
(850) 435-7000
rprice@levinlaw.com
*Attorney for Plaintiffs on Exhibit A*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Robert E. Price
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, PA
316 S. BAYLEN ST., STE. 600
PENSACOLA, FL 32502
(850) 435-7076
rprice@levinlaw.com
*Attorney for Plaintiffs on Exhibit A*