**EXHIBIT A**

| Last Name | First Name | Docket Number |
|---|---|---|
| Ackland | Cheryl | 2:15-cv-15605 |
| Adams | Audie | 2:13-cv-13341 |
| Adams | Joan | 2:12-cv-01203 |
| Alaniz | Ernestina 'Tina' | 2:12-cv-08943 |
| Alleger | Ethel | 2:12-cv-08944 |
| Allen | Connie | 2:14-cv-25775 |
| Alpers | Michelle | 2:13-cv-15505 |
| Alvarez-Lopez | Maria | 2:14-cv-28048 |
| Ames (Horan) | Dianna | 2:14-cv-19163 |
| Anderson | Paula | 2:16-cv-02106 |
| Anderson | Trilby Estate of | 2:13-cv-19669 |
| Archibeque | Michele | 2:14-cv-19162 |
| Arvizu | Ida | 2:13-cv-23925 |
| Asaro | Sherry Lynn | 2:13-cv-17551 |
| Asdel | Jennifer | 2:14-cv-9526 |
| Ash | Diana | 2:15-cv-01312 |
| Atwood | Jennifer | 2:15-cv-07033 |
| Baker | Malinda | 2:15-cv-09379 |
| Baker | Pamela | 2:14-cv-19161 |
| Baker | Zona | 2:14-cv-24333 |

| | | |
|---|---|---|
| Balentine | Ora Mae | 2:13-cv-15506 |
| Baquera | Maria | 2:13-cv-06111 |
| Barnett | Donna | 2:13-cv-29972 |
| Bates | Glenda | 2:13-cv-3442 |
| Beach | Brandalyn | 2:13-cv-4746 |
| Beaty | Freida | 2:14-cv-30950 |
| Beckwith | Betty | 2:13-cv-33387 |
| Behl | Tina | 2:13-cv-23927 |
| Beier | Kristine | 2:12-cv-9957 |
| Ben | Suzanne | 2:13-cv-29973 |
| Bennitt | Peggy | 2:13-cv-13345 |
| Bergamasco | Christine | 2:13-cv-23930 |
| Berglund | Arlene | 2:14-cv-24592 |
| Bernethy | Tamie | 2:13-cv-19843 |
| Bettinger | Mary | 2:15-cv-04168 |
| Bigelow | Nadine | 2:14-cv-17258 |
| Billingham | Debbie | 2:14-cv-11466 |
| Biscamp | Sherrie | 2:13-cv-15508 |
| Biunno | Lillian | 2:13-cv-11402 |
| Blackmon | Melva | 2:14-cv-20041 |
| Blancas | Sheila | 2:13-cv-15509 |
| Bledsoe | Carla | 2:14-cv-30998 |

| | | |
|---|---|---|
| Boettcher | Leslie | 2:14-cv-19181 |
| Bonham | Martha | 2:13-cv-06762 |
| Borg | Ione | 2:13-cv-33369 |
| Bosetti | Katirena | 2:13-cv-06115 |
| Bouchard | Carmen | 2:14-cv-15738 |
| Bovaird | Catherine | 2:14-cv-24600 |
| Bracewell | Arsula | 2:13-cv-23931 |
| Bradley | Sheila | 2:13-cv-15510 |
| Bradley | Victoria | 2:13-cv-4767 |
| Briggs | Faye | 2:13-cv-17552 |
| Brock | Marsha | 2:13-cv-12943 |
| Brodie | Julie | 2:13-cv-6117 |
| Brooks | Jennifer | 2:13-cv-23475 |
| Brooks | Lanita | 2:13-cv-13347 |
| Broussard | Pamela | 2:13-cv-23933 |
| Brouzes (Murdock) | Jacqueline | 2:16-cv-00200 |
| Broyles | Shirley | 2:14-cv-13744 |
| Bruce | Jaime | 2:13-cv-4769 |
| Bryant-Jasper | Gloria | 2:13-cv-17553 |
| Buck | Kristie | 2:13-cv-0190 |
| Buglewicz | Jeanne | 2:12-cv-01375 |
| Bullard | Lea Ann | 2:15-cv-7369 |

| | | |
|---|---|---|
| Bumgarner | Jennifer | 2:14-cv-04735 |
| Bumstead | Maxine | 2:14-cv-24330 |
| Burch | Carol | 2:13-cv-30561 |
| Burge | Claudia | 2:12-cv-06062 |
| Burke | Robin | 2:13-cv-15511 |
| Butterfield | Linda | 2:13-cv-15513 |
| Butzin | Barbara | 2:14-cv-30468 |
| Calhoun | Brett | 2:14-cv-19160 |
| Cameron | Shirley | 2:12-cv-9954 |
| Canlas | Maria Isabel | 2:13-cv-26953 |
| Cannon | Lisa | 2:13-cv-19680 |
| Cano | Sylvia | 2:13-cv-13350 |
| Capps | Adela | 2:13-cv-17554 |
| Carriger-Dipprey | Helen | 2:13-cv-15541 |
| Carter | Lori | 2:13-cv-27679 |
| Casas | Norma | 2:13-cv-33397 |
| Case | Jerri | 2:13-cv-06758 |
| Castiglione | Nancy | 2:15-cv-11387 |
| Cavenaugh | Maria | 2:13-cv-03444 |
| Cherkasova | Alexandra | 2:14-cv-04928 |
| Childers | Susan | 2:15-cv-11388 |
| Christie | Carol | 2:14-cv-13750 |

| | | |
|---|---|---|
| Clendaniel | Abigail | 2:13-cv-09818 |
| Collinsworth | Theresa | 2:16-cv-00201 |
| Colvin | Rebecca | 2:13-cv-04771 |
| Conlin | Sharon | 2:14-cv-26497 |
| Connelly | Nicole | 2:13-cv-13352 |
| Cook | Nelda | 2:14-cv-20085 |
| Corbett-Geiger | Kathy | 2:14-cv-04729 |
| Corder | Virginia | 2:13-cv-15514 |
| Cotney | Marilyn | 2:12-cv-08569 |
| Cotton | Lillie | 2:14-cv-20122 |
| Coulson | Susan | 2:14-cv-9509 |
| Cousart- Brooks | Angie | 2:14-cv-08607 |
| Covert | Cindy | 2:13-cv-10864 |
| Creech | Phyllis | 2:14-cv-19159 |
| Cross | Barbara | 2:13-cv-33394 |
| Croston | Tonya | 2:15-cv-07034 |
| Crouch | Tammy | 2:14-cv-29107 |
| Crouse-Powers | Amy | 2:14-cv-15743 |
| Cummins | Amber | 2:13-cv-23934 |
| Cushman | Cathy | 2:13-CV-14294 |
| Dahl | Marie | 2:16-cv-04166 |
| Dahl | Marie C | 2:16-cv-07251 |

| | | |
|---|---|---|
| Daniel | Jeanette | 2:14-cv-13755 |
| Davey | Kuniko | 2:16-cv-00202 |
| David | Patricia | 2:13-cv-33380 |
| Davis | Sabrina | 2:13-cv-15530 |
| DeCanio | Vanessa | 2:14-cv-30987 |
| Delgado | Norma | 2:15-cv-03187 |
| DeMars | Patricia | 2:13-cv-15538 |
| Demmy | Ellen | 2:14-cv-18299 |
| Dentzer | Susan | 2:16-cv-00203 |
| Dick | Linda | 2:13-cv-27676 |
| Dickson | Kelley | 2:12-cv-04373 |
| Dixon | Marnell | 2:14-cv-9512 |
| Doheny | Kelly | 2:14-cv-14962 |
| Dominguez | Esther | 2:13-cv-19877 |
| Donlin | Rhonda | 2:13-cv-30568 |
| Dover | Debra | 2:13-CV-19061 |
| Dowling | Tommye | 2:13-cv-31548 |
| Draughn | Joyce | 2:13-cv-17555 |
| Dunn | Amie | 2:16-cv-02127 |
| Durocher | Vickie | 2:13-cv-1175 |
| Duron | Nancy | 2:14-cv-23827 |
| Dutton | Lauren | 2:13-cv-1757 |

| | | |
|---|---|---|
| Duty | Carolyn | 2:13-cv-15545 |
| Edmonston | Margaret | 2:14-cv-22764 |
| Ellis | Brenda | 2:13-cv-24589 |
| Emerson | Renee | 2:14-cv-25773 |
| Engelman | Gale | 2:13-cv-12936 |
| Erstine | Carolyn | 2:13-cv-13357 |
| Ervin | Michelle | 2:14-cv-19148 |
| Escamilla | Eve | 2:13-cv-17871 |
| Esposito | Kristin | 2:13-cv-31551 |
| Ewald | Ruth | 2:13-cv-31552 |
| Famulari | Mary Jane | 2:13-cv-13358 |
| Fant | Shirley | 2:13-cv-27680 |
| Fender | Trina | 2:13-cv-15547 |
| Fields | Wendy | 2:14-cv-25779 |
| Fife | Carolyn | 2:14-cv-19157 |
| Fine | Cherie | 2:14-cv-26493 |
| Fisher | Laurie | 2:15-cv-01333 |
| Fitt | Melynda | 2:14-cv-11545 |
| Fleenor | Carolyn | 2:13-cv-09828 |
| Flores | Lissette | 2:15-cv-12941 |
| Flowers | Darla | 2:13-cv-06764 |
| Fortuno | Vicki | 2:14-cv-12414 |

| | | |
|---|---|---|
| Fowler | Juanita | 2:13-cv-11253 |
| Freedman | Kathleen | 2:13-cv-0195 |
| Freitag | Ruetta | 2:14-cv-04731 |
| Friedman | Elizabeth | 2:14-cv-20117 |
| Frogg | Aron | 2:15-cv-01337 |
| Fuller | Beverly | 2:14-cv-25776 |
| Fulp | Tammy | 2:15-cv-011385 |
| Gainous | Jonni | 2:14-cv-13754 |
| Gallegos | Sonya | 2:13-cv-33384 |
| Gambill | Angela | 2:14-cv-30993 |
| Garcia | Alina | 2:12-cv-9956 |
| Garcia-Cuellar | Cruz | 2:13-cv-27665 |
| Gartee | Marsha | 2:14-cv-15739 |
| Gentry | Melissa | 2:13-cv-17556 |
| George | Salomy | 2:14-cv-30995 |
| Gillman | Maxene | 2:13-cv-33401 |
| Gilson - Schlauch | Helena | 2:14-cv-19180 |
| Glass | Virginia | 2:16-cv-01885 |
| Gleim | Susan | 2:13-cv-13361 |
| Goadsby | Marcel | 2:13-cv-1177 |
| Godwin | Tammy | 2:13-cv-24592 |
| Goodman | Glenda | 2:13-cv-03446 |

| | | |
|---|---|---|
| Gorwell | Christy | 2:14-cv-30985 |
| Gottler | Angela | 2:14-cv-30989 |
| Graham | Shirley | 2:13-cv-24593 |
| Graves | Kimble | 2:14-cv-26066 |
| Gray | Lillian | 2:14-cv-19154 |
| Green | Lynn | 2:15-cv-07358 |
| Green | Theresa | 2:13-cv-19684 |
| Griffin | Judith | 2:13-cv-06760 |
| Grue | Sandra | 2:14-cv-20093 |
| Guernsey | Linda | 2:14-cv-17266 |
| Guerrero | Sandra | 2:13-CV-27669 |
| Guilliams | Katherine | 2:13-cv-15548 |
| Gundelach | Linda Jo | 2:13-cv-13364 |
| Gutierrez | Irene | 2:13-cv-3452 |
| Haefner | Lisa | 2:15-cv-00544 |
| Hamilton | Brenda | 2:14-CV-15736 |
| Hammond | Donna | 2:14-cv-13746 |
| Hamric (Setzer - Maiden Name) | Amanda | 2:16-cv-02119 |
| Hans | Cathyann | 2:13-cv-09819 |
| Hardman | Luanna | 2:14-cv-17267 |
| Harmon-Quintero | Amber | 2:12-cv-9955 |
| Harris | Carolyn | 2:13-cv-15551 |

| Harrison | Barbara | 2:13-CV-32323 |
| --- | --- | --- |
| Hawkins | Sarah | 2:13-cv-15555 |
| Hayes | Traci | 2:13-cv-17128 |
| Heaphy | Diane | 2:15-cv-09334 |
| Heard | Janice | 2:13-cv-19687 |
| Heard | Vickie (Kay) | 2:12-cv-08570 |
| Hefel | Brenda | 2:13-cv-30553 |
| Hendrickson | Candice | 2:13-cv-33400 |
| Herbert | Teresa | 2:16-cv-03495 |
| Herman | Mary Jane | 2:13-cv-13368 |
| Herron | Sandy | 2:13-cv-12935 |
| Hibbits | Janet | 2:15-cv-01097 |
| Hicks | Rinda | 2:16-cv-00205 |
| Hicok | Margo | 2:13-CV-32324 |
| Hill | Juanita | 2:15-cv-01328 |
| Hillman | Yvonne | 2:13-cv-12937 |
| Hinson | Debbie | 2:13-cv-33642 |
| Hinton | Jemy | 2:14-cv-29103 |
| Hinton | Natalie | 2:14-cv-19176 |
| Hitchings | Eleanor | 2:16-cv-02120 |
| Hoaglin | Lori | 2:13-cv-33643 |
| Hockenheimer | Oveda | 2:15-cv-9380 |

| | | |
|---|---|---|
| Hodge | Susan | 2:13-cv-24596 |
| Hodges | Phyllis | 2:15-cv-11383 |
| Hollingsworth | Deanna | 2:14-cv-19145 |
| Holman | Karen | 2:12-cv-02769 |
| Hook | Lisa | 2:13-cv-1180 |
| Horne | Freddie | 2:13-cv-07004 |
| Hoskins | Christy | 2:13-cv-24598 |
| Howell | Karen | 2:13-cv-15560 |
| Hubbs | Lisa | 2:16-cv-03494 |
| Hulla | Virginia | 2:14-cv-04733 |
| Hurtado | Carmen | 2:13-cv-23488 |
| Huss | Barbara | 2:16-cv-04164 |
| Irby | Beatriz | 2:13-cv-15566 |
| Isham | Wanda | 2:14-cv-11457 |
| Jackson | Tina | 2:14-cv-30469 |
| Jacobs | Victoria | 2:13-cv-0644 |
| James | Carolyn | 2:14-cv-24326 |
| Jenkinson | April | 2:15-cv-01336 |
| Jersild | Patricia | 2:13-cv-15570 |
| Jimenez | Helen | 2:16-cv-07250 |
| Jimenez | Rose | 2:15-cv-03438 |
| Johnson | Beverly | 2:14-cv-12598 |

| | | |
|---|---|---|
| Johnson | Cynthia | 2:14-cv-30984 |
| Johnson | Laura | 2:13-cv-15019 |
| Jones | Kathy | 2:14-cv-9517 |
| Jones | Pamela | 2:14-cv-17279 |
| Jones | Rosa | 2:15-cv-01334 |
| Kerrigan | Monique | 2:13-cv-0646 |
| Key | Robin | 2:14-cv-20121 |
| Kicklighter | Kimberly | 2:13-cv-15571 |
| Kilpatrick | Shirley | 2:13-cv-33367 |
| King | June | 2:13-cv-30552 |
| Kinnard | Karen | 2:13-cv-24615 |
| Kirkman | Dolores | 2:13-cv-19071 |
| Knubel | Phyllis | 2:14-cv-13745 |
| Kohutek | Betty | 2:13-cv-15572 |
| Kolacz | Regina | 2:13-cv-32224 |
| Kooyman | Dana | 2:13-cv-08051 |
| Kuhn | Virginia | 2:12-cv-9880 |
| Lacy | Kelly | 2:12-cv-05798 |
| Laferla | Brenda | 2:14-cv-20118 |
| Lambrecht | Linda | 2:13-cv-15574 |
| Larsen | Betty | 2:13-cv-33654 |
| Lavelle | Debra | 2:13-cv-0643 |

| | | |
|---|---|---|
| Leonard | Johnna | 2:15-cv-02429 |
| Levy Napoli | Janet | 2:14-cv-14765 |
| Lindsey | Mildred | 2:13-cv-12920 |
| Lombardi | Janet | 2:14-cv-09530 |
| Lombardo | Joanne | 2:14-cv-25762 |
| Love | Pamela | 2:13-cv-33655 |
| Luckeroth | Christine | 2:14-cv-24599 |
| Luker | Elizabeth | 2:14-cv-25761 |
| Luna | Dawn | 2:14-cv-22770 |
| Lurz | Angela | 2:15-cv-11384 |
| Luttrell | Crystal | 2:14-cv-28050 |
| MacAllister | Joy | 2:12-cv-08415 |
| Mackie | Vickie | 2:13-cv-12932 |
| Macks | Carla | 2:13-cv-30546 |
| Madison | Michelle | 2:14-cv-24597 |
| Main | Michelle | 2:16-cv-0863 |
| Manzo | Letty | 2:14-cv-00439 |
| Mares | Flora | 2:13-cv-28575 |
| Markham | Camille | 2:15-cv-09382 |
| Marks | Daphne | 2:16-cv-03500 |
| Martin | Deborah | 2:13-cv-15582 |
| Martin | Ina | 2:14-cv-13756 |

| Martinez | Estella | 2:13-cv-6120 |
|---|---|---|
| Martinez | Irene | 2:14-cv-10111 |
| Mathews | Diana | 2:13-cv-24617 |
| Matthews | Alice | 2:16-cv-10238 |
| McAllister | Marie | 2:14-cv-20044 |
| McArthur | Edna | 2:14-cv-00440 |
| McBride | Sharon | 2:14-cv-00441 |
| McCain | Crystal | 2:14-cv-00442 |
| McClure | Heather | 2:13-cv-13378 |
| McCrary | Kimberly | 2:13-cv-15584 |
| McGovern | Michele | 2:15-cv-07370 |
| Mciver | Melissa | 2:15-cv-9375 |
| McKee | Alice | 2:13-cv-3454 |
| McLaughlin | Pamela | 2:14-cv-24595 |
| McLeod | Ahedar (Heather) | 2:13-cv-24619 |
| McMillan | Phyllis | 2:15-cv-015896 |
| McVicker | Helen | 2:13-cv-15586 |
| Medler | Terry | 2:13-cv-30549 |
| Miano | Annmarie | 2:15-cv-9337 |
| Miellmier | Pam | 2:13-cv-17557 |
| Miles | Dana | 2:13-cv-24625 |
| Miles | Susan | 2:13-cv-09823 |

| | | |
|---|---|---|
| Miller | Ellen | 2:14-cv-18955 |
| Miller | Eugenia Andrea | 2:14-cv-19187 |
| Miller | Jean | 2:13-CV-19067 |
| Miller | Judith | 2:13-CV-19067 |
| Miller | Linda | 2:13-cv-1179 |
| Miller | Sharon | 2:13-cv-19894 |
| Milligan | Rhonda | 2:13-cv-24701 |
| Mills-Callahan | Wanda | 2:13-cv-13379 |
| Mimes | Teresa | 2:14-cv-13751 |
| Mitchell | Lynn | 2:16-cv-06057 |
| Mojico | Lillie | 2:14-cv-26496 |
| Moore | Cathy | 2:13-cv-24703 |
| Morice | Mary Ann | 2:13-cv-20344 |
| Morris | Judith | 2:16-cv-01424 |
| Morrison | Robin | 2:13-cv-15602 |
| Morse | Claudia | 2:14-cv-01357 |
| Moss | Kimberly | 2:15-cv-015891 |
| Mott | Frances | 2:13-cv-29210 |
| Mucci | Louise | 2:13-cv-08052 |
| Mueggenborg | Linda | 2:13-cv-24704 |
| Murphy | Cynthia | 2:14-cv-01362 |
| Murphy | Rosemary | 2:15-cv-01331 |

| | | |
|---|---|---|
| Murray | Shirley | 2:14-cv-19167 |
| Nellis | Victoria | 2:14-cv-30992 |
| Nelson | Linnea | 2:14-cv-01364 |
| Nicholson | Mary | 2:13-cv-24705 |
| Nickols | Pamela | 2:13-cv-0642 |
| Norton | Tina | 2:14-cv-26061 |
| Novis | Sherry | 2:16-cv-02111 |
| Nunez | Patricia Anna | 2:13-cv-3456 |
| Oder | Shirley | 2:14-cv-01363 |
| Oppert | Judy | 2:13-cv-02816 |
| Pagels | Samantha | 2:14-cv-26060 |
| Paige | Meggan | 2:15-cv-01335 |
| Palmer | Melissa | 2:14-cv-29121 |
| Palomino | Tina | 2:14-cv-30996 |
| Pena | Maricela | 2:13-cv-24706 |
| Perciballi | Alexandra | 2:13-cv-08053 |
| Perry | Debra | 2:13-cv-06763 |
| Perry | Rosa | 2:13-cv-33370 |
| Peterson | Sue | 2:13-CV-14521 |
| Petsch | Adrienne | 2:12-cv-4778 |
| Phelps | Jacquelyn | 2:13-cv-24707 |
| Phillips | Shirley | 2:13-cv-4745 |

| | | |
|---|---|---|
| Pindell | Stacey | 2:13-cv-13400 |
| Pitre | Phyllis | 2:15-cv-9336 |
| Ponsler | Rachael | 2:12-cv-06849 |
| Poole | Linda | 2:16-cv-04165 |
| Pope | Ruth | 2:13-cv-15606 |
| Potante | Nariza | 2:13-cv-17558 |
| Powers | Sheila | 2:14-cv-19173 |
| Presley | Tonya | 2:16-cv-04163 |
| Priest | Estelle | 2:13-cv-13401 |
| Purdy | Rhonda | 2:14-cv-13758 |
| Raby | Darlene | 2:13-cv-19082 |
| Ramos | Jessica | 2:16-cv-2114 |
| Rawson | Jodie | 2:13-cv-17560 |
| Razzaq | Melissa | 2:14-cv-24443 |
| Rector | Pamela | 2:13-cv-30554 |
| Reichert | Donna | 2:12-cv-08946 |
| Reznicsek | Monica | 2:14-cv-19172 |
| Rich | Tina | 2:14-cv-17301 |
| Richard | Carmen | 2:13-cv-23476 |
| Rickman | Patricia | 2:13-cv-11404 |
| Riggleman | Georgette | 2:14-cv-28045 |
| Ritchey | Brenda | 2:15-cv-15604 |

| | | |
|---|---|---|
| Robbins | Marcia | 2:13-cv-18553 |
| Robertson | Arvie | 2:13-cv-24708 |
| Robinson | Catherine | 2:13-cv-17561 |
| Robinson | Janice | 2:16-cv-06058 |
| Rogers | Brenda | 2:13-cv-13405 |
| Rosen | Michele | 2:14-CV-3133 |
| Ross | Leigh | 2:15-cv-04164 |
| Rotenberry | Kelly | 2:14-cv-24323 |
| Rothermel | Carol | 2:14-cv-13759 |
| Rountree | Vera | 2:13-cv-29217 |
| Rowe | Mary Ann | 2:16-cv-06062 |
| Rowland | Vicky | 2:14-cv-19171 |
| Roybal | Paula | 2:13-cv-24709 |
| Ruiz | Shannon | 2:14-cv-03135 |
| Russell | Hazel | 2:15-cv-7362 |
| Ryan | Kathleen | 2:13-cv-19076 |
| Ryan | Lisa | 2:13-cv-29219 |
| Salazar | Guadalupe | 2:13-cv-14367 |
| Salyer | Mary | 2:13-cv-17562 |
| Samuelson | Miriam | 2:15-cv-07371 |
| Sanchez | Carolina | 2:15-cv-01329 |
| Sandham | Marene | 2:14-cv-24591 |

| Sandwick | Sarafern | 2:14-cv-25299 |
|---|---|---|
| Saunders | Donna | 2:14-cv-11546 |
| Scavotto | Marjorie | 2:14-cv-24593 |
| Scholl | Diana | 2:13-cv-24710 |
| Schulz | Debra | 2:13-cv-12933 |
| Schwartz | Paula | 2:15-cv-9378 |
| Seavey | Joanne | 2:14-cv-30948 |
| Seeley-Hebert | Joan | 2:15-cv-9333 |
| Seers | Karen | 2:14-cv-17305 |
| Seguin | Carole | 2:14-cv-22774 |
| Seward | Danya | 2:13-cv-23487 |
| Sexton | Jill | 2:13-cv-12939 |
| Shambow | Evelyn | 2:13-cv-19691 |
| Sherman | Joyce | 2:12-cv-06822 |
| Short | San Juanita | 2:14-cv-3127 |
| Showen | Terry | 2:13-cv-15609 |
| Silva | Maria | 2:15-cv-09377 |
| Singleton | Phyllis | 2:13-cv-13407 |
| Siskind | Michele | 2:14-CV-12418 |
| Sisson | Mary | 2:14-cv-29118 |
| Smith | Annie | 2:13-cv-03462 |
| Smith | Jean | 2:13-cv-26153 |

| | | |
|---|---|---|
| Smith | Nicoletta | 2:13-cv-13409 |
| Smith | Stacy | 2:14-cv-9521 |
| Smith | Susan | 2:12-cv-9839 |
| Smith | Tammy | 2:14-cv-26071 |
| Smith | Tina | 2:14-cv-29449 |
| Smithies | Deanna | 2:15-cv-9338 |
| Snodgrass | Brenda | 2:13-cv-13410 |
| Sorenson | Joleen | 2:13-cv-13411 |
| Souza | Dorothy | 2:13-cv-16636 |
| Spees | Kimberly | 2:15-cv-015893 |
| Spencer | Mey | 2:13-cv-26154 |
| Spivey | Caroline | 2:13-cv-17564 |
| Stears | Betty | 2:14-cv-09455 |
| Steffey | Betty | 2:15-cv-9335 |
| Stephens | Tina | 2:13-cv-02819 |
| Stephens-Doyle | Julie | 2:14-CV-15741 |
| Stone | Constance | 2:13-cv-13412 |
| Stout | Lorraine | 2:14-cv-24601 |
| Strickland | Melinda | 2:13-cv-30550 |
| Stringari | Jessica | 2:16-cv-03496 |
| Stripling | Kimberly | 2:14-cv-19170 |
| Stugart | Pamela | 2:13-cv-13414 |

| | | |
|---|---|---|
| Sturdevant | Lindsey | 2:15-cv-7367 |
| Sturgeon - West | Dianne | 2:16-cv-2117 |
| Sturgill | Jennifer | 2:13-cv-09810 |
| Suecof | Sandra | 2:13-cv-23484 |
| Sumrall | Christy | 2:13-cv-13415 |
| Sumrall | Terry | 2:13-cv-06051 |
| Swann Woody | Faith | 2:14-cv-30942 |
| Swett | Linda | 2:13-cv-3457 |
| Swisher | Emmy | 2:13-cv-26155 |
| Szink | Shelby | 2:14-cv-9468 |
| Tanner | Nancy | 2:14-cv-20119 |
| Taylor | Grace | 2:13-cv-3458 |
| Test | Zaira | 2:14-cv-31002 |
| Thomas | Jennifer | 2:15-cv-09383 |
| Thompson | Cynthia | 2:16-cv-03498 |
| Thompson | Josephine | 2:13-cv-26156 |
| Thompson | Kay | 2:15-cv-01332 |
| Thompson | Marie | 2:13-cv-23483 |
| Tillman | Kisela | 2:14-cv-19150 |
| Tollison | Stacey | 2:13-cv-15614 |
| Tolman | Jeanette | 2:13-cv-29966 |
| Toral | Samantha | 2:13-cv-17565 |

| | | |
|---|---|---|
| Torres | Mayra | 2:13-cv-33378 |
| Trevino | Clara | 2:13-cv-0637 |
| Turner | Yvette | 2:13-cv-06050 |
| Turson | Cindy | 2:16-cv-03497 |
| Ulitsky | Deborah | 2:14-cv-19169 |
| Uselman | Linda | 2:14-cv-17309 |
| Valderruten | Ximena | 2:13-cv-04772 |
| Valdez | Jennifer | 2:14-cv-9525 |
| Valentine | Lois | 2:15-cv-01330 |
| Vandenburg | Cynthia | 2:13-cv-23486 |
| Vasquez | Melody | 2:13-cv-12940 |
| Vaught | Jill | 2:13-cv-19759 |
| Vellandi | Beverly | 2:13-cv-27678 |
| Vogt-Patton | Mary | 2:15-cv-9386 |
| Vorhes | Kelli | 2:13-cv-27677 |
| Wagner | Alfreda | 2:14-cv-31001 |
| Wallace | Cindy | 2:13-cv-23482 |
| Ward | Mary Ann | 2:13-cv-3459 |
| Washington | Delphine | 2:13-cv-4747 |
| Washington | Eunice | 2:13-cv-09815 |
| Watkins | Laura | 2:14-cv-08608 |
| Webster | Laura | 2:13-cv-08050 |

| | | |
|---|---|---|
| Weekly | Angela | 2:13-cv-2380 |
| Wells | Bonnie | 2:14-cv-17272 |
| White | Orpha | 2:13-cv-2013 |
| Widner | Monica | 2:13-cv-3461 |
| Williams | Carol | 2:14-cv-09485 |
| Williams | Catherine | 2:15-cv-015894 |
| Williams | Patricia | 2:13-cv-17567 |
| Williams | Phyllis | 2:13-cv-29968 |
| Williams-Lester | Jackie | 2:15-cv-02433 |
| Wilson | Eva | 2:14-cv-17310 |
| Wimmer | Sheley | 2:14-cv-9546 |
| Wirth | Martha | 2:13-cv-08574 |
| Woodrick | Stacie | 2:16-cv-06060 |
| Woods | Eunice | 2:13-cv-13417 |
| York | Geneva | 2:14-cv-09503 |
| Young | Elizabeth | 2:13-cv-17874 |
| Zornes | Dora | 2:13-cv-12927 |