# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions, and/or removals of Ethicon product(s) for which a claim is alleged.


Dated:  November 14, 2016              Respectfully submitted,

/s/ Jennifer A. Moore
Jennifer A. Moore
GROSSMAN & MOORE, PLLC
401 W. Main Street
Louisville, KY  40202
Telephone:  (502) 657-7100
Facsimile:  (502) 657-7111
jmoore@gminjurylaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                /s/ Jennifer A. Moore
                Jennifer A. Moore
                GROSSMAN & MOORE, PLLC
                401 W. Main Street
                Louisville, KY  40202
                Telephone:  (502) 657-7100
                Facsimile:  (502) 657-7111
                jmoore@gminjurylaw.com