## ATTACHMENT A

| Last Name | First Name | Case Number |
|---|---|---|
| Bays | Cindy | 2:13-cv-20300 |
| Bellenbaum-Martin | Renee | 2:15-cv-13390 |
| Blackburn | Melissa | 2:14-cv-23768 |
| Blome | Cindy | 2:16-cv-05450 |
| Burns | Karen | 2:15-cv-03416 |
| Carlson | Carole | 2:15-cv-12955 |
| Carter | Karen | 2:13-cv-4258 |
| Cheshire | Sandra | 2:14-cv-24999 |
| Clark | Lisa | 2:13-cv-6648 |
| Delph | Cathy | 2:15-cv-13374 |
| Durst | Pennie | 2:16-cv-04423 |
| Ederheimer | Carolyn | 2:14-cv-24809 |
| Goff | Tabitha | 2:14-cv-11561 |
| Grant | Lydia | 2:14-cv-27737 |
| Hubbard | Penny | 2:14-cv-13964 |
| Hulse | Dixie | 2:14-cv-25960 |
| Hulse | Katina | 2:14-cv-27539 |
| Humphrey | Debra | 2:14-cv-04951 |
| McIntosh | Regina | 2:13-cv-31127 |
| Myers | Helen | 2:14-cv-12387 |
| O'Brien | Billi Joanne | 2:15-cv-13489 |
| Oliver | Vada | 2:13-cv-28113 |
| Peterson | Stacy | 2:14-cv-25912 |
| Phelps | Imogene | 2:15-cv-13491 |
| Poe | Lynis | 2:14-cv-13968 |
| Pyc | Joanne | 2:13-cv-11078 |
| Rudicill | Linda | 2:15-cv-06311 |
| Santia | Elda | 2:15-cv-11380 |
| Shaffer | Diane | 2:14-cv-27063 |
| Skrozo | Nermina | 2:16-cv-01758 |
| Smith | Lisa | 2:14-cv-25923 |
| Smith | Lorra Lee | 2:13-cv-28112 |
| Smith | Shirley | 2:14-cv-13970 |
| Strait | Shirley | 2:14-cv-27538 |
| Thomason | Minnie Lou | 2:13-cv-28534 |
| Thompson | Kimberly | 2:13-cv-04251 |
| Thompson | Sally | 2:14-cv-04935 |
| Turner | Janice | 2:14-cv-24998 |
| Walker | Theresa | 2:14-cv-25915 |
| Webster | Jo Etta | 2:13-cv-20208 |
| Whitehead | Debbie | 2:13-cv-31121 |
| Yeary | Pamela | 2:14-cv-14197 |