## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ---------------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | |
| | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Michael Hingle and Associates has supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 14, 2016            Respectfully submitted,

                                                        By:    /s/ Michael Hingle

                                                                 Michael Hingle, La. Bar 6943
                                                                 Bryan A. Pfleeger, La. Bar 23896
                                                                 220 Gause Boulevard
                                                                 Slidell, Louisiana 70458
                                                                 Phone (985) 641-6800; Fax (985) 646-1471
                                                                 Email jenniferb@hinglelaw.com

                                                                 *Attorneys for Plaintiff*

## ATTACHMENT A

| | |
|---|---|
| 2:12-CV-07356 | Mary Abadie v. Ethicon, Inc. et al |
| 2:12-CV-07852 | Susan Bethune v. Ethicon, Inc. et al |
| 2:12-CV-07388 | Anne Bienvenu v. Ethicon, Inc. et al |
| 2:12-CV-07431 | Jane Bordelon v. Ethicon, Inc. et al |
| 2:12-CV-07433 | Sandra Brehm v. Ethicon, Inc. et al |
| 2:12-CV-09914 | Karen Deffes & Raymond Deffes v. Ethicon, Inc. et al |
| 2:12-CV-07493 | Raja Dobard v. Ethicon, Inc. et al |
| 2:12-CV-07490 | Catherine Dupont & Richard Dupont v. Ethicon, Inc. et al |
| 2:12-CV-08360 | Holly Foster v. Ethicon, Inc. et al |
| 2:12-CV-07524 | Patsy Frame v. Ethicon, Inc. et al |
| 2:12-CV-07523 | Margaret Fremin v. Ethicon, Inc. et al |
| 2:12-CV-07582 | Sabrina Harris v. Ethicon, Inc. et al |
| 2:12-CV-07579 | Kathleen Heintz v. Ethicon, Inc. et al |
| 2:12-CV-26336 | Bettie Herrin & BOBBY STAKES v. Ethicon, Inc. et al |
| 2:12-CV-07573 | Dianne Jaufre v. Ethicon, Inc. et al |
| 2:12-CV-07962 | Mary Alice Landeche & Nolan Landeche, Jr. v. Ethicon, Inc. et al |
| 2:12-CV-07649 | Maria Lockwood v. Ethicon, Inc. et al |
| 2:12-CV-07853 | Linda Martin v. Ethicon, Inc. et al |
| 2:12-CV-07646 | Clarisa McCoy v. Ethicon, Inc. et al |
| 2:12-CV-08004 | Jamie Mclain v. Ethicon, Inc. et al |
| 2:12-CV-07644 | Joycelyn Miller v. Ethicon, Inc. et al |
| 2:12-CV-07653 | Gloria Montgomery v. Ethicon, Inc. et al |
| 2:12-CV-07637 | Carmen Owens v. Ethicon, Inc. et al |
| 2:12-CV-07711 | Judy Rayburn & Brian E. Rayburn v. Ethicon, Inc. et al |
| 2:12-CV-07706 | Tamara Robbins v. Ethicon, Inc. et al |
| 2:12-CV-07784 | Bessie Taylor & William Taylor, Sr. v. Ethicon, Inc. et al |
| 2:12-CV-26337 | Callie Taylor v. Ethicon, Inc. et al |
| 2:12-CV-07779 | Shirley Terrebonne v. Ethicon, Inc. et al |
| 2:12-CV-07777 | Loral Tichbourn v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:12-CV-07999 | Jodi Valverde v. Ethicon, Inc. et al |
| 2:12-CV-07840 | Yadira Vazques & Ricardo Vazquez v. Ethicon, Inc. et al |
| 2:12-CV-07769 | Karen Weaver v. Ethicon, Inc. et al |
| 2:12-CV-07960 | Rosemary Wilson & George W. Wilson, Sr. v. Ethicon, Inc. et al |
| 2:12-cv-07767 | Robin White v. Ethicon, Inc. et al |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

By: /s/ Michael Hingle

Michael Hingle, La. Bar 6943
Bryan A. Pfleeger, La. Bar 23896
Michael Hingle & Associates
220 Gause Boulevard
Slidell, Louisiana 70458
Phone (985) 641-6800; Fax (985) 646-1471
Email jenniferb@hinglelaw.com

*Attorneys for Plaintiff*