## ATTACHMENT A

### Meyerkord & Meyerkord, LLC – Ethicon Plaintiffs' PTO 240 Compliance

| | |
|---|---|
| Bennett v. Ethicon | 2:15-cv-01286 |
| Bernhauer v. Ethicon | 2:13-cv-16309 |
| Brookhart v. Ethicon | 2:13-cv-13805 |
| Burns v. Ethicon | 2:15-cv-01228 |
| Campbell v. Ethicon | 2:15-cv-01285 |
| Cardwell v. Ethicon | 2:15-cv-15647 |
| Cary v. Ethicon | 2:15-cv-07498 |
| Conner v. Ethicon | 2:13-cv-13806 |
| Cooper v. Ethicon | 2:13-cv-13794 |
| Eaves-Park v. Ethicon | 2:13-cv-32460 |
| Edwards v. Ethicon | 2:13-cv-13795 |
| Gilbert v. Ethicon | 2:13-cv-13796 |
| Hossenlopp v. Ethicon | 2:13-cv-13797 |
| Jager v. Ethicon | 2:13-cv-18266 |
| Lingham v. Ethicon | 2:15-cv-01284 |
| McDaniel v. Ethicon | 2:15-cv-01697 |
| Mulhern v. Ethicon | 2:13-cv-18269 |
| Musgrave v. Ethicon | 2:13-cv-13798 |
| Nealy-Hart v. Ethicon | 2:13-cv-13799 |
| Reese v. Ethicon | 2:13-cv-17886 |
| Romeo v. Ethicon | 2:13-cv-13641 |
| Sabourin v. Ethicon | 2:13-cv-13800 |
| Schmiz v. Ethicon | 2:14-cv-17213 |
| Survilla v. Ethicon | 2:15-cv-01755 |
| Terrill v. Ethicon | 2:15-cv-01290 |
| Thompson v. Ethicon | 2:15-cv-06833 |
| Tully-Tolbert v. Ethicon | 2:15-cv-01289 |
| Turner v. Ethicon | 2:15-cv-01288 |
| Virden v. Ethicon | 2:15-cv-06017 |
| Wiklund v. Ethicon | 2:13-cv-13801 |
| Williams v. Ethicon | 2:15-cv-06018 |
| Wilson v. Ethicon | 2:15-cv-01692 |
| Wininger v. Ethicon | 2:15-cv-01287 |