## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------- | |
| **CASES LISTED ON ATTACHMENT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 14, 2016

Respectfully submitted,

_____
Attorney(s) for Plaintiff(s)
John T. Boundas, TX Bar#00793367
Sejal K. Brahmbhatt, TX Bar #24031873
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Email: jboundas@williamskherkher.com
Email: sbrahmbhatt@williamskherkher.com
(713) 230-2200 (Telephone)

1