ATTACHMENT A

| Client Name (Last, First) | Case/Civil Action # |
|---|---|
| Adams, Lorraine E. | 2:14-cv-15727 |
| Adams, Penny M. | 2:13-cv-21650 |
| Adkinson, Janice E. | 2:13-cv-27631 |
| Albrecht, Brenda C. | 2:13-cv-23701 |
| Alderson, Louise E. | 2:13-cv-14853 |
| Alexander, Rhonda G. | 2:14-cv-07214 |
| Alyea, Carol A. | 2:2013-cv-10141 |
| Anderson, Teresa W. | 2:14-cv-16406 |
| Anderson, Thaieka S. | 2:15-cv-08188 |
| Andino, Barbara A. | 2:13-cv-13429 |
| Andrews, Mary J. | 2:14-cv-16269 |
| Angel, Deborah L. | 2:13-cv-11652 |
| Arellano, Michelle K. | 2:14-cv-18527 |
| Arias, Gladys V. | 2:13-cv-15453 |
| Armstrong, Gloria M. | 2:14-cv-12208 |
| Arrowood, Shirley B. | 2:13-cv-17741 |
| Atencio, Hilda F. | 2:13-cv-12122 |
| Attensil, Barbra G. | 2:14-cv-13312 |
| Austin, Tresa E. | 2:13-cv-08943 |
| Autrey, Beverly K. | 2:2013-cv-10130 |
| Bagby, Carolyn J. | 2:14-cv-11430 |
| Bailey, Melissa | 2:13-cv-20773 |
| Bailey, Wanda J. | 2:13-cv-16347 |
| Ball, Sally A. | 2:13-cv-29502 |
| Ballard, Joan A. | 2:14-cv-17866 |
| Barahona, Olivia C. | 2:13-cv-26886 |
| Barber, Theresa G. | 2:14-cv-11948 |
| Barley, Tamecka | 2:13-cv-20865 |
| Barnett, Jacqueline A. | 2:16-cv-00484 |
| Barnett, Phyllis J. | 2:13-cv-23090 |
| Barrera, Patrizia R. | 2:13-cv-12653 |
| Bausum, Roberta A. | 2:14-cv-09813 |
| Beh, Gale C. | 2:13-cv-17716 |
| Belcher, Anna P. | 2:13-cv-16363 |
| Belluomini, Gina M. | 2:13-cv-20570 |
| Bender, Peggy J. | 13-5247 |
| Bennett, Deborah A. | 2:14-cv-13316 |
| Bennett, Sandra L. | 2:13-cv-08930 |
| Bess, Evelyn J. | 2:14-cv-18866 |
| Bies, Lauren | 2:13-cv-08941 |
| Bigley, Dawn C. | 2:13-cv-11502 |
| Bilger, Debra K. | 2:14-cv-13384 |
| Blackshear, Helen M. | 2:14-cv-07212 |
| Blades, Melody A. | 2:13-cv-21201 |
| Blankenship, Sallie K. | 2:14-cv-16404 |
| Bledsoe, Ellen | 2:14-cv-20358 |

ATTACHMENT A

| | |
|---|---|
| Bock, Carla A. | 2:14-cv-16407 |
| Bodine, Terri L. | 2:13-cv-26585 |
| Boone, Marla D. | 2:14-cv-13902 |
| Booth, Carolyn A. | 2:13-cv-12865 |
| Borglund, Randa L. | 2:14-cv-19585 |
| Bowling, Johanna | 2:14-cv-15406 |
| Bowman, Juanita | 2:13-cv-20622 |
| Boynton, Laura | 2:16-cv-00222 |
| Bradley, Debbie E. | 2:14-cv-11887 |
| Brandon, Dwanna | 2:13-cv-12428 |
| Brandon, Joyce | 2:14-cv-20064 |
| Bratton, Tina M. | 2:14-cv-13572 |
| Brauer, Blair A. | 2:13-cv-30142 |
| Brockman, Betty C. | 2:14-cv-18258 |
| Brooks, Linda M. | 2:15-cv-03756 |
| Brown, Connie | 2:14-cv-09235 |
| Brown, Karen E. | 2:13-cv-21216 |
| Brownrigg, Donna B. | 2:14-cv-14460 |
| Bryan, Andrea K. | 2:16-cv-04656 |
| Bryant-Somerville, Patricia L. | 14-5451 |
| Buchanan, Nora K. | 2:14-cv-15296 |
| Buck, Yvonne G. | 2:13-cv-26580 |
| Buckley, Denice B. | 2:13-cv-00519 |
| Buckner, Brenda K. | 2:14-cv-13385 |
| Burak, Kathleen T. | 2:13-cv-33455 |
| Burnett, Yvonne T. | 2:14-cv-09228 |
| Burns, Susen L. | 2:13-cv-11654 |
| Bush, Brenda F. | 2:14-cv-07202 |
| Bush, Lana S. | 2:14-cv-11886 |
| Bush, Marjorie | 2:12-cv-31483 |
| Byers, Tara | 2:14-cv-18399 |
| Byrd, Christie B. | 2:14-cv-15699 |
| Cairo, Nancy J. | 2:13-cv-31905 |
| Calhoun, Connie B. | 2:2013-cv-11183 |
| Calzadilla, Mila | 2:15-cv-00252 |
| Camden, Cathy F. | 2:13-cv-28996 |
| Campbell, Alisa C. | 2:14-cv-13127 |
| Cannon, Kathryn M. | 2:14-cv-11831 |
| Cantrell, Marie | 2:14-cv-11883 |
| Carlton, Norma | 2:14-cv-11881 |
| Carney, Joy | 2:13-cv-12882 |
| Carrico, Tracy . | 2:14-cv-20365 |
| Carrillo, Lorraine B. | 2:13-cv-14685 |
| Carter, Patty J. | 2:13-cv-17422 |
| Carter, Vera M. | 2:14-cv-15237 |
| Case, Maxine | 2:14-cv-29063 |
| Cash, Wilma K. | 2:14-cv-20363 |

ATTACHMENT A

| | |
|---|---|
| Catalano, Maria | 2:13-cv-00511 |
| Cavazos, Maria C. | 2:13-cv-33448 |
| Cawood, Alisa A. | 2:13-cv-12845 |
| Cayo, Brenda J. | 2:23-cv-32168 |
| Champ, Nancy J. | 2:14-cv-15844 |
| Chapman, Anita | 2:13-cv-20772 |
| Charland, Joanne M. | 2:13-cv-12144 |
| Cheung, Maria E. | 2:14-cv-18125 |
| Chroninger, Renee M. | 2:13-cv-17449 |
| Cisco-Contreras, Christina | 2:13-cv-20962 |
| Clark, Donna R. | 2:16-cv-04902 |
| Clark, Janet E. | 2:13-cv-28989 |
| Clark, Linda D. | 2:13-cv-20932 |
| Clarke, Valda | 2:13-CV-22732 |
| Clouser, Diana K. | 2:14-cv-13845 |
| Clutter, Billie J. | 2:13-cv-13115 |
| Clyburn, Mary A. | 2:13-cv-12455 |
| Coleman, Geneva | 2:13-cv-30123 |
| Collins, Linda M. | 2:14-cv-14059 |
| Collinsworth, Barbara | 2:13-cv-21424 |
| Colwell, Malta | 2:14-cv-21359 |
| Connor, Carol | 2:14-cv-13839 |
| Conway, Debbra L. | 2:14-cv-17064 |
| Cook, Patricia A. | 2:13-cv-15158 |
| Cooper, Belinda J. | 2:14-cv-15853 |
| Cooper, Mary | 2:13-cv-21433 |
| Cordova, Mary A. | 2:14-cv-17871 |
| Cornejo, Magdalene H. | 2:14-cv-16166 |
| Corrao, Joanne N. | 2:14-cv-24557 |
| Couitcher, Jo D. | 2:13-cv-21655 |
| Cox, Helen R. | 2:14-cv-09222 |
| Cox, Jessica | 2:14-cv-13566 |
| Crain, Annie R. | 2:14-cv-12829 |
| Craine, Mildred S. | 2:13-cv-26581 |
| Craven, Melissa R. | 2:14-cv-10867 |
| Crawford, Kimberly A. | 2:13-cv-21362 |
| Crayton, Linda P. | 2:23-cv-32160 |
| Crouch, Leisa K. | 2:14-cv-13032 |
| Cruz, Christine | |
| Cunningham, Faith | 2:13-cv-21025 |
| Cupp, Patricia M. | 2:14-cv-07210 |
| Curry, Irene L. | 2:14-cv-13908 |
| Daly, Barbara | 2:13-cv-17734 |
| Daniel, Judy | 2:13-cv-20623 |
| Daniels, Dorothy M. | 2:14-cv-15955 |
| Danner, Helen D. | 2:14-cv-11941 |
| Davila, Brenda M. | 2:12-cv-31482 |

ATTACHMENT A

| | |
|---|---|
| Davis, Dorothy J. | 2:13-cv-21355 |
| Davis, Elizabeth J. | 2:13-cv-12655 |
| Dawson, Eyvette M. | 2:13-cv-14691 |
| Dean, Sylvia A. | 2:14-cv-28510 |
| DeYoung, Rickie A. | 2:13-cv-18785 |
| Diaz, Ilia M. | 2:14-cv-13429 |
| Dietz, Maria M. | 2:14-cv-12891 |
| Dilworth, Delores J. | 2:14-cv-17480 |
| Dixon, Stephanie R. | 2:13-cv-33449 |
| Dobson, Anna O. | 2:13-cv-20936 |
| Dodd, Elke | 2:14-cv-18122 |
| Dolan, Sourinh K. | 2:13-cv-29498 |
| Domingo, Pamela | 2:14-cv-18759 |
| Dossett, Josefa M. | 2:14-cv-20368 |
| Dubard, Brenda | 2:14-cv-13134 |
| Dwyer-Jenks, Dana M. | 2:14-cv-18859 |
| Earegood, Joyce A. | 2:14-cv-15304 |
| East, Delta D. | 2:14-cv-13565 |
| Eaton, Susan L. | 2:13-cv-12285 |
| Echevarria, Myra D. | 2:16-cv-00491 |
| Eckhardt-Appelhans, Pamela K | 2:13-cv-26884 |
| Edenton, Susan E. | 2:13-cv-13116 |
| Edick, Marion F. | 2:13-cv-21668 |
| Ellingson, Judi B. | 2:13-cv-21034 |
| Esaine, Suzanne C. | 2:13-cv-27248 |
| Eschenfeldt, Arlene A. | 2:14-cv-14948 |
| Esparza, Kathy | 2:14-cv-10706 |
| Etten, Brenda C. | 2:14-cv-19810 |
| Fagan, Jamie M. | 2:13-cv-21131 |
| Farkas, Katherine B. | 2:13-cv-33457 |
| Farrell, Edith L. | 2:14-cv-25159 |
| Farrow, Natosha L. | 2:13-cv-28501 |
| Fasano, Kathleen M. | 2:13-cv-29501 |
| Fedora, Deborah | 2:14-cv-13862 |
| Ferguson, Janet M. | 2:14-cv-14063 |
| Fernandez, Graciela P. | 2:13-cv-12644 |
| Ferrante, Sherry A. | 2:13-cv-15640 |
| Ferrell, Bonnie L. | 2:14-cv-28527 |
| Finch, LaTosha R. | 2:14-cv-17292 |
| Firchow, Elizabeth A. | 2:14-cv-15129 |
| Fitch, Tina M. | 2:13-cv-12872 |
| Fix, Deloris A. | 2:13-cv-21648 |
| Flanagan, Christine D. | 2:13-cv-13113 |
| Fliegel, Tina M. | 2:13-cv-12422 |
| Flournoy, Sandra | 2:13-cv-32665 |
| Flynn, Laura L. | 2:13-cv-13741 |
| Foggia, Tammy | 14-0747 |

ATTACHMENT A

| | |
|---|---|
| Forst, Wilma F. | 2:14-cv-17867 |
| Forster, Donna M. | 2:13-cv-28183 |
| Fortier, Donna J. | 2:13-cv-13099 |
| Fosnocht, Donna C. | 2:13-cv-14687 |
| Fountaine, Patricia | 2:14-cv-20060 |
| Fowler, Beverly | 2:13-cv-21022 |
| Fox, Melissa | 2:13-cv-31656 |
| Foxall, Jennifer I. | 2:14-cv-29065 |
| Francis, Teresa R. | 2:14-cv-09227 |
| Franco, Amalia | 2:14-cv-13383 |
| Franklin, Mary E. | 2:14-cv-13900 |
| Franklin, Susan F. | 2:13-cv-17443 |
| Freeman, Samantha K. | 2:14-cv-16837 |
| Frey, Julie G. | 2:14-cv-17683 |
| Fronk, Arlone | 2:13-cv-12593 |
| Fudge, Shirley A. | 2:13-cv-11501 |
| Fuller, Jeanie M. | |
| Gabriel, Camelia | 2:14-cv- |
| Galindo, Annette | 2:15-cv-03921 |
| Gallagher, Sharon M. | 2:13-cv-11500 |
| Gallawa, Frances L. | 2:14-cv-18868 |
| Garcia, Maria L. | |
| Gardner, Bonnie C. | 13-3699 |
| Garner, Gwyndolyn | 2:14-cv-15954 |
| Garr, Denise K. | 2:14-cv-15900 |
| Garrett, Martha A. | 2:15-cv-08235 |
| Gaspard, Betty L. | 2:13-cv-30487 |
| Gay, Yvonne | 2:14-cv-10893 |
| Gebert, Jennifer C. | 2:13-cv-20614 |
| Gentile, Carol A. | 2:13-cv-11506 |
| Gerharter, Janet M. | 2:13-cv-12599 |
| Gerry, Elizabeth M. | 2:13-cv-12863 |
| Gibson, Penny T. | 2:13-cv-13128 |
| Ginther, Vandora | |
| Giovengo, Cynthia R. | 2:14-cv-23931 |
| Goff, Mary A. | 2:14-cv-15964 |
| Golaub, Una | 2:14-cv-15961 |
| Gonzales, Angelina | 2:13-cv-13736 |
| Gonzalez, Cynthia | 2:15-cv-03920 |
| Goodridge, Sabrina A. | 2:13-cv-27935 |
| Goodwin, Ann W. | 2:14-cv-20045 |
| Goss, Madeline | 2:14-cv-12809 |
| Gouldhawke, Cindy M. | 2:14-cv-13434 |
| Graham, Jacqueline D. | 2:13-cv-08940 |
| Gray, Carla K. | 13-2989 |
| Gray, Delores L. | 2:13-cv-11661 |
| Green, Cheryl A. | 2:14-cv-12708 |

ATTACHMENT A

| | |
|---|---|
| Green, Orelia A. | 2:13-cv-11665 |
| Green, Peggy J. | 2:14-cv-15436 |
| Gresham, Dana L. | 2:13-cv-13118 |
| Greve, Melissa B. | 2:13-cv-28856 |
| Gricunas, Felicia A. | 2:13-cv-21432 |
| Griffin, Carla D. | 2:14-cv-11935 |
| Grossi, Maria T. | 2:14-cv-15722 |
| Grossnickle, Adeline O. | 2:13-cv-14025 |
| Guillen, Dolores H. | 2:14-cv-07843 |
| Guin, Teresa P. | |
| Gurley, Patricia | 2:15-cv-08946 |
| Guthrie, Vonda P. | 2:13-cv-18711 |
| Hahn, Michelle A. | 2:15-cv-08225 |
| Hall, Dianna M. | 2:13-cv-30131 |
| Hall, Myrna J. | 2:14-cv-10708 |
| Hamilton, Becky L. | 2:13-cv-13426 |
| Hammond, Rose M., | |
| Haney, Bonnie A. | 2:13-cv-02722 |
| Harrell, Beverly D. | 2:14-cv-19826 |
| Harris, Cathy R. | 2:14-cv-26880 |
| Harris, Delores A. | 2:13-cv-22162 |
| Harris, Patricia H. | 2:13-cv-32167 |
| Hart, Ronda R. | 2:16-cv-8759 |
| Hartley, Jennifer E. | 2:13-cv-31129 |
| Hatcher-Smith, Linda L. | 2:13-cv-14989 |
| Head, Donna M. | 2:14-cv-16169 |
| Heard, Estella | 2:14-cv-17864 |
| Hefley, Barbara G. | 2:14-cv-17275 |
| Henson, Lana | 2:14-cv-17868 |
| Herrera, Jessica A. | 2:13-cv-15007 |
| Herron, Tammy L. | 2:13-cv-11510 |
| Hewitt, Danielle E. | 2:13-cv-14690 |
| Hicks, Mary A. | 2:13-cv-20933 |
| Hill, Margaret E. | 2:13-cv-17762 |
| Hixson, Kathy C. | 2:23-cv-32161 |
| Hollins, Kendra | 2:14-cv-15848 |
| Hollis, Beth A. | 2:13-cv-12458 |
| Horton, Sue | 2:2013-cv-11186 |
| House, Jillian J. | 2:13-cv-13117 |
| Howell, Brenda | 2:14-cv-18536 |
| Hren, Joan P. | 2:13-cv-13739 |
| Hubers, Cynthia E. | 2:14-cv-10856 |
| Hudson, Maureen B. | 2:13-cv-08939 |
| Huggins, Kelly M. | 2:13-cv-13127 |
| Hunt, Roma | 2:13-cv-16119 |
| Hurd, Penny R. | 2:13-cv-15885 |
| Hutto, Inez B. | 2:14-cv-12184 |

ATTACHMENT A

| | |
|---|---|
| Hyatt, Tara L. | 2:14-cv-23930 |
| Hymes, Joyce | 2:14-cv-17069 |
| Injasoulian, Wanda L. | 2:13-cv-14319 |
| Ivey, Tammy A. | 2:13-cv-32533 |
| Jachim, Dawn L. | 2:13-cv-12853 |
| Jackson, Diane | 2:14-cv-17187 |
| Jackson, Rita J. | 2:13-cv-16173 |
| Jackson, Susan L. | 2:14-cv-12608 |
| Jacobson, Yvette A. | 2:13-cv-15904 |
| James, Janine M. | 2:14-cv-11427 |
| Janeski, Charlissa | 2:14-cv-11944 |
| Janney, Sandra M. | 2:14-cv-11947 |
| Jarnberg, Cynthia L. | 2:13-cv-12456 |
| Jennett, Susan M. | 2:14-cv-15789 |
| Jennings, Amy R. | 2:14-cv-11825 |
| Jobe, Sherry | 2:14-cv-18390 |
| Johnson, Carol L. | 2:13-cv-23698 |
| Johnson, Jacqueline M. | 2:14-cv-11822 |
| Johnson, Jodi V. | 2:15-cv-08927 |
| Johnson, Joyce M. | 2:14-cv-18531 |
| Joiner, Mica S. | 2:13-cv-21490 |
| Jones, Maxine R. | 2:14-cv-18259 |
| Jones, Nancy K. | 2:14-cv-18534 |
| Jones, Pamela A. | 2:14-cv-18754 |
| Jones, Virginia J. | 2:14-cv-29066 |
| Jordan, Maria L. | 2:12-cv-31478 |
| Jump, Judy A. | 2:13-cv-25501 |
| Kabler, Janet G. | 2:13-cv-21582 |
| Kell, Elizabeth S. | 2:14-cv-14797 |
| Kelly, Christine | 2:13-cv-16357 |
| Kemp, Barbara L. | 2:13-cv-15016 |
| Kesler, Donna M. | 2:14-cv-10897 |
| Khan, Naheed S. | 2:13-cv-33460 |
| Kiesel, Candice | 2:13-cv-33456 |
| Kilmer, Sandra A. | 2:14-cv-18861 |
| Kincaid, Barbara A. | 2:13-cv-12884 |
| Kindred, Jennifer A. | 2:13-cv-14994 |
| King, Deborah G. | 2:14-cv-19129 |
| King, Nellie F. | 2:13-cv-15886 |
| Kline, Mildred P. | 2:14-cv-15617 |
| Knapp, Betty S. | 2:14-cv-11938 |
| Knapp, Louise K. | 2:14-cv-16773 |
| Knych, Shirley A. | |
| Koenigs, Veronica R. | 2:13-cv-08937 |
| Kolpin, Georgiana | 2:13-cv-20968 |
| Komovic, Debbie | 2:2013-cv-11190 |
| Kramp, Beverly D. | 2:14-cv-19583 |

ATTACHMENT A

| | |
|---|---|
| Kristek, Elizabeth A. | 2:13-cv-26232 |
| Kubera, Judith K. | 2:13-cv-21358 |
| Kyle, Norma | 2:14-cv-28519 |
| LaBonne, Laura | 2:14-cv-17067 |
| Lalonde, Cynthia A. | 2:13-cv-20717 |
| Lambdin, Peggy J. | 2:15-cv-03918 |
| Land, Shirley M. | 2:14-cv-15404 |
| Lapham, Lisa A. | 2:14-cv-09817 |
| Larsen, Jami M. | 2:14-cv-18126 |
| Lavin-Mond, Sandra | 2:13-cv-00514 |
| Lawson, Marjorie T. | 2:13-cv-21127 |
| Lee, Cynthia J. | 2:14-cv-10695 |
| Lee, Helen L. | 2:13-cv-20714 |
| Lee, LaDonna M. | 2:14-cv-14056 |
| Lee, Nomorya | 2:14-cv-12202 |
| Lemons, Neineal | 2:14-cv-11925 |
| Lemons, Robin L. | 2:13-cv-19580 |
| Lenigar, Linda S. | 2:14-cv-17178 |
| Lent, Gayl | 2:14-cv-17679 |
| Lewis, Brenda M. | 2:14-cv-19575 |
| Lewis, Karen | 2:13-cv-20627 |
| Lewis, Marian L. | 2:13-cv-21354 |
| Lewis, Sandra L. | 2:14-cv-19574 |
| Lilley, Allison B. | 2:13-cv-17754 |
| Lindenmuth, Cheryl L. | 2:15-cv-03918 |
| Lindsay, Julia | 2:13-cv-23473 |
| Lingle, Shireen Y. | 2:13-cv-12848 |
| Linton, Linda C. | 2:13-cv-12870 |
| Linville, Linda | 2:13-cv-00520 |
| Lopez, Monica C. | 2:14-cv-18388 |
| Lorenzo, Delana D. | 2:14-cv-20747 |
| Lough, Allison | 2:13-cv-29481 |
| Love, Elaine W. | 2:14-cv-11089 |
| Loyd, Patti J. | 2:13-cv-26881 |
| Lucio, Maria G. | 2:14-cv-11745 |
| Luis-Delacruz, Milagros . | 2:13-cv-16929 |
| Luna, Maryelva | 2:13-cv-16917 |
| Luxton, Sybil A. | 2:14-cv-11437 |
| Lykins, Sona M. | 2:14-cv-28506 |
| Mace, Lisa | 2:14-cv-15725 |
| Macias, Sara L. | 2:13-cv-14865 |
| Maffettone, Toni L. | 2-13-cv-08936 |
| Maldonado, Judith | 2:13-cv-12885 |
| Malone, Deborah R. | 2:14-cv-19413 |
| Marbury, Betty J. | 2:13-cv-24580 |
| March, Jeanette R. | 2:14-cv-12894 |
| Marler, Cathy M. | 2:14-cv-19428 |

ATTACHMENT A

| | |
|---|---|
| Marple, Lorna R. | 2:13-cv-13125 |
| Marrero, Maria | |
| Marsh, Carol J. | 2:13-cv-00513 |
| Marshall, Delores J. | 2:13-cv-13121 |
| Martin, Linda C. | 2:14-cv-19577 |
| Martin, Regina L. | 2:13-cv-16932 |
| Martinelli, Marion L. | 2:15-cv-08526 |
| Martinez, Arlene C. | 2:13-cv-20864 |
| Martinez, Gregoria R. | 2:14-cv-15613 |
| Martinez, Mary N. | 2:14-cv-15315 |
| Martin-Nix, Julia A. | 2:13-cv-12601 |
| Maske, Tammie L. | 2:13-cv-12427 |
| Mathews, Linda | 2-14-cv-16840 |
| Matthews, Florette M. | 2:14-cv-24567 |
| Mattson, Ruth | 2:13-cv-21203 |
| Mayfield, Shenequa D. | 2:14-cv-13131 |
| Mazur, Jill | 2:14-cv-12794 |
| McAlpine, Julie M. | 14-5450 |
| McComb, Joan M. | 2:13-cv-12843 |
| McCormick, Joyce M. | 2:14-cv-11884 |
| McCoy, Flora | 2:13-cv-26583 |
| McDermott, Susan L. | 2:14-cv-14065 |
| McDonald, Mary K. | 2:14-cv-15901 |
| McDonald, Norma M. | 2:13-cv-11648 |
| McGinnis, Cindy L. | 2:13-cv-21196 |
| McIntire, Erelynn R. | 2:14-cv-29427 |
| McKenzie, Amanda | 2:16-cv-04655 |
| McLaughlin, Tammiela A. | 2:13-cv-16156 |
| McMillan, Ina S. | 2:14-cv-28512 |
| Meadows, Della M. | 2:14-cv-13386 |
| Medellin, Leslie A. | 2:14-cv-18856 |
| Meighan, Emily M. | 2:14-cv-19812 |
| Melton, Juanita | 2:14-cv-11885 |
| Melton, Rachel K. | 2:13-cv-31126 |
| Mencer, Joan | 2:13-cv-17720 |
| Mendoza, Virginia J. | 14-0746 |
| Meng, Jan L. | 2:14-cv-15238 |
| Merritt, Brandy | |
| Merritt, Terry J. | 2:13-cv-12856 |
| Meyer, Rosita G. | 2:13-cv-20713 |
| Michael, Connie G. | 2:13-cv-32542 |
| Miller, Angela K. | 2:14-cv-13322 |
| Miller, Diane L. | 2:14-cv-17180 |
| Miller, Ethel M. | 2:13-cv-20854 |
| Miller, Joan M. | 2:14-cv-17290 |
| Miller, Marilyn D. | 2:13-cv-31123 |
| Miller, Opal I. | 2:13-cv-17769 |

ATTACHMENT A

| | |
|---|---|
| Miller, Sandra A. | 2:14-cv-12825 |
| Miller, Tracy A. | 2:13-cv-13103 |
| Miller-Wilder, Lucy A. | 2:13-cv-20853 |
| Mills, Yolanda | 2:14-cv-18407 |
| Milton, Pamela L. | 2:13-cv-20566 |
| Mincey, Cynthia | 2:14-cv-12822 |
| Mitchell, Angaletta H. | 2:13-cv-33454 |
| Mitchell, Lavada | 2:13-cv-31131 |
| Montoya, Rachael F. | 2:14-cv-19426 |
| Moody, Judy J. | 2:13-cv-13109 |
| Moore, Helen G. | 2:13-cv-02624 |
| Moore, Rita A. | 2:13-cv-24579 |
| Moore, Sandra R. | 2:13-cv-21360 |
| Moreno, Faith S. | 2-13-cv-13729 |
| Morgan, Lavetta S. | 2:13-cv-13102 |
| Morgan, Teresa K. | 2:13-cv-28993 |
| Motley, Norma | 2:14-cv-11880 |
| Mowbray, Emelda I. | 2:14-cv-15310 |
| Moyer, Judy S. | 2:13-cv-28184 |
| Mullins, Judy C. | 2:13-cv-12883 |
| Muniz, Yolanda G. | 2:14-cv-15243 |
| Mustalish, Blanche | 2:13-cv-20626 |
| Myers, Michelle M. | 2:13-cv-13104 |
| Myles, Ardelia | 2:14-cv-09225 |
| Napier, Peggy M. | 2:13-cv-05027 |
| Ndhlebe, Phumzine L. | 2:13-cv-12859 |
| Nirschl, Sharon R. | 2:14-cv-16707 |
| Noskrent, Wanda A. | 2:13-cv-01013 |
| O'Hara, Gloria J. | 2:13-cv-20535 |
| Oranday, Veronica A. | 2:13-cv-21656 |
| Orange, Cecille | 2:14-cv-19423 |
| Osborn, Emily M. | 2:13-cv-29499 |
| Owens, Rebecca A. | 2:13-cv-20625 |
| Paradis, Charlene R. | 2:23-cv-32163 |
| Parrish, Elizabeth A. | 2:13-cv-20613 |
| Pate, Wanda S. | 2:13-cv-21498 |
| Patterson, Lisa M. | 2:13-cv-16890 |
| Patterson, Melissa Y. | 2:14-cv-15442 |
| Paul, Annie Y. | 2:14-cv-18863 |
| Paulsen, Donna S. | 2:13-cv-12747 |
| Peabody, Brenda L. | 2:13-cv-20549 |
| Pearce, Carol J. | 2:15-00262 |
| Pelkey, Barbara K. | 2:13-cv-08934 |
| Pena, Elizabeth L. | 2:13-cv-23091 |
| Penuel, Cynthia M. | 2:16-cv-04743 |
| Perkins, Eugenia C. | 2:13-cv-26238 |
| Perkins, Patricia | 14-0745 |

ATTACHMENT A

| | |
|---|---|
| Perkinson, Dolores A. | 2:13-cv-31670 |
| Perry, Fern L. | 2:13-cv-31668 |
| Perry, Pamela A. | 2:14-cv-13847 |
| Pestel, Deborah E. | 2:14-cv-24155 |
| Petty, Betty J. | 2:13-cv-08933 |
| Petzold, Naomi R. | 2:13-cv-21426 |
| Phegley, Pamela J. | 2:2013-cv-11185 |
| Phillips, Christina Y. | 2:13-cv-27933 |
| Pickett, Bobbye J. | 2:14-cv-11731 |
| Pickwith, Norma | 2:14-cv-15966 |
| Pieratti, Sheri W. | 2:13-cv-22363 |
| Pierce, Mildred | 2:14-cv-12718 |
| Pieri, Kristina M. | 2:13-cv-12857 |
| Pinckney, Tammy E. | 2:14-cv-15723 |
| Plante, Christen A. | 2:14-cv-09829 |
| Plata, Cheryl L. | 2:13-cv-32651 |
| Plummer, Mary E. | 2:14-cv-27623 |
| Pohjola, Jean M. | 2:14-cv-17074 |
| Polston, Wanda L. | 2:14-cv-19816 |
| Poquette, Paula J. | 2:13-cv-16353 |
| Posey, Delphia D. | 2:13-cv-29492 |
| Posey, Mary J. | 2:14-cv-12217 |
| Powers, Doris M. | 2:13-cv-29755 |
| Presley, Dorothy J. | 2:13-cv-14996 |
| Puckett, Sarah J. | 2:13-cv-21018 |
| Pugh, Audrey | 2:14-cv-16057 |
| Quinones, Virginia L. | :13-cv-15162 |
| Rachford, Cynthia E. | 2:13-cv-03010 |
| Randall, Mable J. | 2:14-cv-17072 |
| Ray, Rhonda L. | 2:13-cv-11651 |
| Reczek, Diane E. | 2:13-cv-14142 |
| Reeder, Carolyn B. | 2:14-cv-14618 |
| Reliford, LaShanne M. | 2:13-cv-15903 |
| Renaud, Cathy A. | 2:13-cv-20539 |
| Reyes, Judith | 2:15-cv-08966 |
| Ridley, Barbara J. | 2:13-cv-12861 |
| Riley, Guynith A. | 2:14-cv-17537 |
| Rios, Charline S. | 2:14-cv-19120 |
| Ritchey, Darla | 2:13-cv-16902 |
| Rivera, Gayla T. | 2:13-cv-12425 |
| Rivera, Yolanda M. | 2:14-cv-15907 |
| Robertson, Juanita | 2:16-cv-06639 |
| Robinett, Judy A. | 2:13-cv-32540 |
| Robinson, Virginia | 2:14-cv-15133 |
| Rodriguez, Victoria J. | 2:14-cv-15309 |
| Rogers, Ruth | 2:13-cv-32539 |
| Roland, Irene M. | 2:14-cv-10896 |

ATTACHMENT A

| | |
|---|---|
| Romero, Velma L. | 2:13-cv-31931 |
| Romp, Elsa M. | 2:14-cv-15715 |
| Rosales, Sandra O. | 2:16-cv-04901 |
| Rosario, Maria | 2:13-cv-12651 |
| Rose, Mary E. | 2:23-cv-32139 |
| Ross, Nancy . | 2:13-cv-15413 |
| Ruiz, Vicki L. | 2:13-cv-31921 |
| Rush, Goldie G. | 2:13-cv-13428 |
| Ruyak, Francine A. | 2:13-cv-26234 |
| Ryan, Julie W. | 2:13-cv-34055 |
| Ryles , Jamie N. | 2:13-cv-12880 |
| Sammons, Linda L. | 2:13-cv-31673 |
| Sanchez, Tania M. | 2:13-cv-12595 |
| Sanchez-Herrero, Magaly | 2:14-cv-10692 |
| Sanders, Glenda | 2:13-cv-20564 |
| Sass, Marcia S. | 2:13-cv-17453 |
| Satterfield, Sharon | 2:13-cv-16128 |
| Savoy, Suzan M. | 2:13-cv-08932 |
| Saxton, Bobbie J. | 2:14-cv-28522 |
| Schinestuhl, Carol | 2:13-cv-20869 |
| Schmid, Alison | 2:14-cv-12611 |
| Schneider, Kathy | 2:13-cv-32536 |
| Schneider, Patricia L. | 2:13-cv-33459 |
| Schnipke, Tina F., | 2:14-cv-11431 |
| Schultz, Elizabeth A. | 2:14-cv-12892 |
| Scott, Jessica | 2:14-cv-10699 |
| Sears, Beaulah | 2:13-cv-12184 |
| Settimi, Cheryl E. | 2:13-cv-32535 |
| Sharp, Sherry G. | 2:14-cv-10703 |
| Shenk, Terry G. | 2:13-cv-13114 |
| Sherwood, Diane E. | 2:13-cv-31132 |
| Shuster, Nancy L. | 2:13-cv-20966 |
| Simms, Norma M. | 2:13-cv-26586 |
| Simon, Donna A. | 2:23-cv-32166 |
| Simpson, Sue H. | 2:13-cv-14999 |
| Singleton, Diana | 2:13-cv-16343 |
| Singleton, Jennifer | 2:13-cv-20544 |
| Smart, Jo E. | 2:13-cv-33871 |
| Smelcer, Dorothy | 2:13-cv-30116 |
| Smith, Darlene M. | 2:14-cv-15893 |
| Smith, Darlene T. | 2:13-cv-21571 |
| Smith, Jennifer R. | 2:13-cv-21134 |
| Smith, Joyce M. | 2:13-cv-12879 |
| Smith, Judith K. | 2:14-cv-12214 |
| Smith, Kady N. | 2:14-cv-14622 |
| Smith, Karen R. | 2:14-cv-28512 |
| Smith, Martha J. | 2:13-cv-15017 |

ATTACHMENT A

| | |
|---|---|
| Smith, Mary F. | 2:13-cv-14864 |
| Smith, Michelle P. | 2:13-cv-21652 |
| Smith, Peggy J. | 2:13-cv-14686 |
| Smith, Teresa A. | 2:14-cv-16705 |
| Smith, Vivian L. | 2:14-cv-15612 |
| Smyrski, Ethel M. | 2:14-cv-17869 |
| Snow, Diana D. | 14-0664 |
| Snyder, Betty | 2:14-cv-19823 |
| Solis, Loucella | 2:14-cv-20054 |
| Solorio, Lisa M. | 2:16-cv-04815 |
| Sookra, Camila | 2:14-cv-12209 |
| Souther, Glenda C. | 2:14-cv-13570 |
| Southerland, Sarah M. | 2:13-cv-20963 |
| Spear, Lisa M. | 2:13-cv-12875 |
| Speer, Carolyn S. | 2:13-cv-15009 |
| Spidel, Helen | 2:13-cv-14689 |
| Spillman, Wanda C. | 2:14-cv-13563 |
| Squires, Shelly A., | 2:14-cv-13125 |
| St. Jean, Bonny M. | 2:14-cv-23721 |
| Stang, Patricia A. | 2:13-cv-21016 |
| Stapp, Brianne | 2:14-cv-15716 |
| Stasiak, Janet E. | 2:16-cv-04816 |
| Steedman, Julie L. | 2:13-cv-28859 |
| Steinberger, Rita J. | 2:13-cv-23092 |
| Stephens, Bonnie | 2:14-cv-27625 |
| Stevens, Nancy C. | 2:13-cv-16362 |
| Stice, Barbara | 2:13-cv-12656 |
| Stidham, Laura | 2:13-cv-23702 |
| Stith, Sharon | 2:14-cv-19130 |
| Stiverson, Cindee L. | 2:13-cv-14683 |
| Stone, JoDell | 2:14-cv-17192 |
| Story, Marsha F. | 2:14-cv-11929 |
| Straube, Dorothy A. | 2:13-cv-14427 |
| Striefel, Elizabeth | 2:14-cv-19127 |
| Stump, Ruth | 2:14-cv-16770 |
| Sturdevant, Lindsey M. | 2:13-cv-10426 |
| Suarez, Iris | 2:16-cv-5008 |
| Sullivan, Carol D. | 2:14-cv-07209 |
| Sullivan, Florence C. | 2:14-cv-14456 |
| Swafford-Woodall, Anna J. | 2:14-cv-07207 |
| Sweers, Juanita | 14-4316 |
| Swierczewski, Gloria | 2:14-cv-17535 |
| Talbott, Debra K. | 13-4107 |
| Talley, Brenda | 2:13-cv-16132 |
| Taylor, Betty J. | 2:14-cv-15130 |
| Taylor, Debbie H. | 2:14-cv-15611 |
| Taylor, Norma J. | 2:14-cv-14060 |

ATTACHMENT A

| | |
|---|---|
| Teal, Bonnie L. | 2:13-cv-32531 |
| Terry, Eva Y. | 2:13-cv-13123 |
| Theetge, Linda | 2:13-cv-33869 |
| Thomas, Beth A. | 2:14-cv-25158 |
| Thomas, Deborah J. | 2:13-cv-16361 |
| Thornton, Amberly D. | 2:14-cv-29068 |
| Thornton, Angela D. | 2:14-cv-15134 |
| Tidwell, Bettye O. | 2:13-cv-29495 |
| Tikaram, Leela D. | 2:15-cv-16604 |
| Tillis, Christina L. | 2:14-cv-28514 |
| Tiner, Bobbie D. | 2:13-cv-21021 |
| Tobias, Kathy E. | 2:14-cv-13568 |
| Tolbert, Constance | 2:14-cv-07837 |
| Tomten, Tammi J. | 2:14-cv-10869 |
| Toney, Shelton R. | 2:14-cv-19126 |
| Torpy, Charlotte M. | 2:14-cv-29069 |
| Torre, Tracey A. | 2:13-cv-16350 |
| Torres, Mary | 2:14-cv-18869 |
| Townsend, Martha E. | 2:13-cv-27930 |
| Trepkowski, Gloria J. | 2:14-cv-19125 |
| Triplett, Janice | 2:14-cv-18257 |
| Trottman, Angela G. | 2:13-cv-25493 |
| Trowbridge, Dannette L. | 2:14-cv-15242 |
| Troxell, Terri A. | 2:13-cv-21423 |
| Truluck, Lynda D. | 2:13-cv-21014 |
| Tsosie, Priscilla . | 2:13-cv-31667 |
| Tucker, Carole S. | 2:13-cv-17759 |
| Tungate, Diane K. | 2:13-cv-12850 |
| Turner, Annie L. | 2:23-cv-32165 |
| Turner, Geraldine E. | 13-2999 |
| Turner, Sondra . | 2:13-cv-20718 |
| Turpin, Priscilla A. | 2:13-cv-13732 |
| Tyler, Delores H. | 2:13-cv-11657 |
| Umpleby, Barbara B. | 2:14-cv-14453 |
| Underwood, Wendy K. | 2:14-cv-14464 |
| Upshaw, Mary A. | 2:14-cv-18864 |
| Urban, Judith A. | 2:13-cv-28983 |
| Valdez, Emma C. | 2:13-cv-25883 |
| Valerio, Nadine | 2:13-cv-14992 |
| Vara, Julie L. | 2:15-cv-03917 |
| Vaughn, Justina M. | 2:13-cv-11509 |
| Velazquez, Venita | 2:14-cv-20351 |
| Velic, Mevla | 2:13-cv-16348 |
| Vennel, Sheri | 2:13-cv-20960 |
| Verburg, Patti L. | 2:14-cv-15312 |
| Viau, Eileen C. | 2:13-cv-14684 |
| Virch, Hope A. | 2:14-cv-16040 |

ATTACHMENT A

| | |
|---|---|
| Vlahoulis, Joan | 2:14-cv-12201 |
| Walker, Nancy | 2:13-cv-13738 |
| Walker, Nicole C. | 2:14-cv-15781 |
| Walker, Vera | 2:14-cv-11832 |
| Walters, Connie B. | 2:14-cv-23718 |
| Ward, Carolyn L. | 2:14-cv-13842 |
| Waske, Mary K. | 2:13-cv-29489 |
| Watkins, Carole A. | 2:14-cv-09814 |
| Watts, Rita A. | 2:16-cv-04904 |
| Webb, Judith L. | 2:13-cv-26587 |
| Webb, Lisa | 2:14-cv-24565 |
| Weber, Anna | 2:14-cv-19811 |
| Weiler, Karan | 2:14-cv-15956 |
| Wellner, Tammy L. | 2:13-cv-21130 |
| Wells, Lisa A. | 2:14-cv-21365 |
| Wesson, Judy A. | 2:13-cv-30121 |
| West, Janice K. | 2:14-cv-15708 |
| White, Carolyn K. | 2:14-cv-13123 |
| White, Geraldine I. | 13-3002 |
| White, Linda M. | 2:14-cv-11829 |
| White, Teresa K. | 2:13-cv-24575 |
| White-Huaman, Patricia | 2:14-cv-14064 |
| Whitt, Stephanie | 2:13-cv-17750 |
| Wilder, Mary | 2:14-cv-19128 |
| Wilks, Patricia J. | 2:14-cv-10876 |
| Williams, Alana M. | 2:14-cv-15431 |
| Williams, Debra S. | 2:14-cv-14954 |
| Williams, Gina M. | 2:14-cv-11086 |
| Williams, Kathy E. | 2:14-cv-15306 |
| Williams, Kimberly . | 2:14-cv-09819 |
| Williams, Monique S. | 2:14-cv-18747 |
| Williams, Virginia E. | 2:13-cv-05038 |
| Williamson, Kathy J. | 2:13-cv-33452 |
| Willis, Connie I. | 2:14-cv-14465 |
| Wilson, Betsy R. | 2:13-cv-20857 |
| Wilson, Blanche D. | 2:14-cv-29197 |
| Wilson, Edith B. | 2:14-cv-14624 |
| Wilson, Gwendolyn C. | 2:13-cv-21218 |
| Wilson, Jerrillyn | 2:14-cv-15962 |
| Wilson, Kristen C. | 2:14-cv-12831 |
| Wilson, Linda | 2:14-cv-13901 |
| Wilson, Linda F. | 2:13-cv-08931 |
| Wilson, Norma J. | 2:13-cv-25496 |
| Wilson, Simonetta | 2:13-cv-12868 |
| Wilson, Ursula L. | 2:14-cv-14463 |
| Winals, Mary E. | 2:14-cv-12186 |
| Wireman, Michele L. | 2:14-cv-24559 |

ATTACHMENT A

| | |
|---|---|
| Wishart, Joyce M. | 2:13-cv-12642 |
| Wolfing, Mary A. | 2:13-cv-21200 |
| Wood, Sherri L. | 2:13-cv-13100 |
| Woodring, Veronica | 2:14-cv-10702 |
| Woytek, Eleanor L. | 2:13-cv-13433 |
| Wright, Kristine K. | 2:14-cv-16555 |
| Wright, Minnie L. | 2:13-cv-13119 |
| Wyss, Diane S. | 2:13-cv-15409 |
| Yanis, Sheila | 2:14-cv-11927 |
| Yates, Esther L. | 2:13-cv-14867 |
| York, Pamela J. | 2:13-CV-08929 |
| Yost, Margaret | 2:14-cv-12199 |
| Young, Beverly J. | 2:13-cv-13432 |
| Young, Juanita F. | 2:13-cv-14682 |
| Young, Laurie B. | 2:14-cv-13911 |
| Youschuk, Holly J. | 2:13-cv-31661 |
| Zaleski, Judy B. | 2:13-cv-15012 |
| Zeccardi, Faith S. | 2:13-cv-12157 |
| Zito, Catherine P. | 2:13-cv-20618 |
| Zupan, Angelique | 2:13-cv-21212 |
| Zupan, Marikay | 2:14-cv-19121 |