# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL. NO. 2327

| THIS DOCUMENT RELATES TO THE CASES LISTED ON ATTACHMENT A | JOSEPH R. GOODWIN U.S. DISTRICT COURT JUDGE |
|---|---|

## NOTICE OF COMPLIANCE WITH PRETRIAL ORDER # 240

I hereby certify that to the best of my knowledge, information and belief, our firm has prior to November 14, 2016 supplied the information per Pretrial Order # 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and,

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 15, 2016

By: /s/ Jonathan R. Mencel
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone: (651) 633-5685
Fax Phone: (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com