**Law Offices of Charles H. Johnson, P.A.**

| Last Name | First Name | USDC-SD of WV Case No. | MDL |
|---|---|---|---|
| Abshire | Margaret | 2:14-cv-26249 | Ethicon |
| Bagley | Angela | 2:15-cv-6138 | Ethicon |
| Baker | Madeline | 2:14-cv-30013 | Ethicon |
| Bates | Jill | 2:14-cv-10967 | Ethicon |
| Benally | Stella | 2:14-cv-16841 | Ethicon |
| Berryhill | Thelma | 2:14-cv-27209 | Ethicon |
| Betts | Brenda | 2:14-cv-30002 | Ethicon |
| Bodkin | Vicki | 2:13-cv-33238 | Ethicon |
| Bougrand | Pearl | 2:14-cv-26258 | Ethicon |
| Bowen | Charlotte | 2:14-cv-29393 | Ethicon |
| Byrd | Claudia | 2:15-cv-00555 | Ethicon |
| Christopherson | Verla | 2:12-cv-04365 | Ethicon |
| Cope | Sherry | 2:14-cv-30160 | Ethicon |
| Coston | Susan | 2:13-cv-33235 | Ethicon |
| Crawford | Rosa | 2:12-cv-06181 | Ethicon |
| Denney-Hutchins | Meredith | 2:15-cv-1822 | Ethicon |
| Desmond | Sheila | 2:13-cv-10110 | Ethicon |
| Dugas | Renee | 2:12-cv-04825 | Ethicon |
| Edmonds | Mitzi | 2:14-cv-29075 | Ethicon |
| Fender | Lula | 2:12-cv-06182 | Ethicon |
| Filback | Elizabeth | 2:14-cv-16842 | Ethicon |
| Fisher | Marcene | 2:14-cv-28184 | Ethicon |
| Ford | Pearlie | 2:15-cv-01568 | Ethicon |
| Fraley | Mabel | 2:15-cv-00551 | Ethicon |
| Franklin | Betty | 2:13-cv-10105 | Ethicon |
| Geisinger | Melinda | 2:12-cv-05112 | Ethicon |
| Gelato | Margaret | 2:14-cv-30012 | Ethicon |
| Glass-Smith | Cheryl | 2:14-cv-29077 | Ethicon |
| Goetz | Harriet | 2:15-cv-00531 | Ethicon |
| Green | Wilma | 2:15-cv-01569 | Ethicon |
| Griffin | Angela | 2:14-cv-14711 | Ethicon |
| Haese | Carol | 2:13-cv-33237 | Ethicon |
| Hahn | Kathleen | 2:12-cv-04364 | Ethicon |
| Hamilton | Karen | 2:15-cv-16184 | Ethicon |
| Hartman | Judith | 2:15-cv-00560 | Ethicon |
| Herring | Cheryl | 2:14-cv-29477 | Ethicon |
| Hill | Edna | 2:14-cv-27214 | Ethicon |
| Hoover | Luverne | 2:12-cv-05110 | Ethicon |
| Hufnagle | Lena | 2:13-cv-26051 | Ethicon |
| Hutchings | Carolyn | 2:14-cv-28182 | Ethicon |
| Jagiello | Marlene | 2:13-cv-03839 | Ethicon |

| | | | |
|---|---|---|---|
| Johnson-Baudoin | Michelle | 2:15-cv-01567 | Ethicon |
| Johnson-Denis | Rebecca | 2:14-cv-17094 | Ethicon |
| Kaiser | Andrea | 2:14-cv-30001 | Ethicon |
| Kidder | Susan | 2:13-cv-33228 | Ethicon |
| Kirts | Patsy Lee | 2:14-cv-25537 | Ethicon |
| Knebel | Sharon | 2:14-cv-30426 | Ethicon |
| Kurtz | Brigitte | 2:14-cv-10965 | Ethicon |
| LaBorde | Candace | 2:16-cv-09264 | Ethicon |
| Lower | Patricia | 2:14-cv-20660 | Ethicon |
| Martinez | Olga | 2:15-cv-08837 | Ethicon |
| Maxwell | Vanita | 2:14-cv-15281 | Ethicon |
| Merges | Sharon | 2:15-cv-00557 | Ethicon |
| Miller | Joyce | 2:13-cv-31712 | Ethicon |
| Miller | Rosanne | 2:14-cv-29079 | Ethicon |
| Miller-Williams | Patricia | 2:15-cv-7608 | Ethicon |
| Moon | Virginia | 2:14-cv-28183 | Ethicon |
| Nelms | Doris | 2:13-cv-01968 | Ethicon |
| Neumann | Linda | 2:13-cv-03840 | Ethicon |
| Oliver | Sylvia | 2:12-cv-6950 | Ethicon |
| Porter | Sabrina | 2:14-cv-16843 | Ethicon |
| Quintanar | Esther | 2:14-cv-26264 | Ethicon |
| Rankin | Elizabeth | 2:14-cv-29397 | Ethicon |
| Reeder | Carleen | 2:14-cv-30627 | Ethicon |
| Remynse | Linda | 2:13-cv-07267 | Ethicon |
| Revell | Sandy | 2:14-cv-30629 | Ethicon |
| Roeller | Lois | 2:13-cv-33240 | Ethicon |
| Rosane | Janice | 2:13-cv-11208 | Ethicon |
| Rule | Diane | 2:13-cv-33223 | Ethicon |
| Schomer | Margaret | 2:12-cv-01497 | Ethicon |
| Schultz | Mary | 2:14-cv-26841 | Ethicon |
| Schwartz | Genevieve | 2:12-cv-06184 | Ethicon |
| Sharp | Charlene | 2:14-cv-17093 | Ethicon |
| Sherman | Judy | 2:12-cv-08366 | Ethicon |
| Simpson | Louise | 2:15-cv-7607 | Ethicon |
| Stewart | Linda | 2:15-cv-01566 | Ethicon |
| Stoner | LaCresha | 2:14-cv-30010 | Ethicon |
| Strand-Hausz | Traci | 2:14-cv-30011 | Ethicon |
| Taveirne | Mary | 2:14-cv-29394 | Ethicon |
| Thompson | Anna | 2:12-cv-06179 | Ethicon |
| Usery | Sandra | 2:14-cv-28097 | Ethicon |
| VanMeter | Phyllis | 2:13-cv-11209 | Ethicon |
| VonRueden | LaVerne | 2:13-cv-33239 | Ethicon |
| Watts | Evelyn | 2:13-cv-05809 | Ethicon |
| Watts-Adams | Margie | 2:15-cv-00553 | Ethicon |

| Werksman | Jennifer  | 2:14-cv-29076 | Ethicon |
|----------|-----------|---------------|---------|
| Wingate  | Betty Sue | 2:14-cv-20661 | Ethicon |
| Wren     | Susan     | 2:12-cv-06180 | Ethicon |
| Zizzo    | Helen     | 2:15-cv-05936 | Ethicon |