**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master Filed No. 2:12-md-02327 MDL 2327 |

_ _ _ _ _ _ ⎯ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**CASES LISTED ON EXHBIT A**

JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, Hardison & Cochran, PLLC, has supplied the information required per Pre-Trial Order 240 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which claim is alleged.

Dated: November 14, 2016                    Respectfully Submitted,

/s/ Jessica N. Beyer, Esq._____
Jessica N. Beyer
NC Bar #40715
Hardison & Cochran PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC  27609
Telephone:  (919) 829-0449
Fax:  (919) 835-1379
Email:  Jessica@lawyernc.com

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2016, the foregoing Certification of Compliance with Pre-Trial Order No. 240 was filed in the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a copy of the foregoing via Notice of Electronic Filing to all parties and counsel of record who are registered ECF users.

/s/ Jessica N. Beyer, Esq.