IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                MDL No. 2327

**CERTIFICATION OF
COMPLIANCE WITH PTO#240**

To the best of my information and belief this firm has supplied the information required by PTO #240 for our client, Arlene Cano.

Respectfully submitted,

/s/ Richard A. Sandoval
_____
Richard Sandoval
1442-D  S. St. Francis Drive
Santa Fe, NM 87505
Tel  505-795-7790
Fax  866-496-9638
Bar #9493
Attorney for Plaintiff

I hereby certify that on November 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Richard A. Sandoval
_____
Richard Sandoval