**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| **ALL APPLICABLE CASES FOR WHICH WE ARE COUNSEL AND EXHIBIT A** | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the all plaintiffs to which we are counsel, including but not limited to those in Exhibit A, and subject to this Order as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 10, 2016                    Respectfully submitted,

**/s/: M. Brandon Smith**
M. Brandon Smith
West Virginia Bar No: 11751
CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road, Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
bsmith@cssfirm.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. I also certify that I served our **CERTIFICATION OF COMPLIANCE WITH PTO 240 (With Exhibit A Attached)** on the following counsel of record by electronic mail as follows: PTO240@butlersnow.com

*By*:   **/s/: M. Brandon Smith**
M. Brandon Smith
West Virginia Bar No: 11751
CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
bsmith@cssfirm.com
achilders@cssfirm.com

Attorney for Plaintiffs