| Client Name (Last, First) | Status (Filed in MDL unless otherwise noted) | Originating Court Filed Date | Civil Action Number |
|---|---|---|---|
| Artis, Judith | Filed | 2/27/2013 | 2:13-cv-03642 |
| Asmussen, Tiffany | NJ Superior Court | 12/17/2012 | ATL-L-8013-12 |
| Avant, Deborah | Filed | 11/6/2012 | 2:12-cv-07413 |
| Bailey, Vicki | NJ Superior Court | 1/23/2015 | BER-L-826-15-MCL |
| Baker, Linda | Filed | 6/23/2015 | 2:15-cv-08250 |
| Batzek, Linda | Filed | 7/28/2015 | 2:15-cv-11569 |
| Beaudoin, Sue | Filed | 11/6/2012 | 2:12-cv-07416 |
| Berman, Stephanie | Filed | 2/6/2015 | 2:15-cv-01565 |
| Berry, Paula | Filed | 2/23/2015 | 2:15-cv-02084 |
| Beverley, Rene | Filed | 4/8/2014 | 2:14-cv-14281 |
| Bohne, Chantel | Filed | 11/6/2012 | 2:12-cv-07417 |
| Bowen, Elizabeth | NJ Superior Court | 9/8/2014 | ATL-L-5586-14 |
| Branham, Wilma | Filed | 3/20/2015 | 2:15-cv-03430 |
| Breaks, Brenda | Filed | 7/9/2014 | 2:14-cv-21634 |
| Brown, Beverly | Filed | 10/9/2013 | 2:13-cv-24858 |
| Brown, Lavetta | Filed | 2/21/2013 | 2:13-cv-03219 |
| Bryant, Donna | Filed | 11/12/2013 | 2:13-cv-28703 |
| Burchell, Sally Jo | NJ Superior Court | 1/23/2015 | BER-L-827-15-MCL |
| Cardwell, Carrie | Filed | 4/22/2013 | 2:13-cv-08599 |
| Carter, Cynthia | Filed | 5/6/2013 | 2:13-cv-10303 |
| Caruso, Mary | Filed | 3/18/2013 | 2:13-cv-05343 |
| Childress, Shirley | Filed | 10/18/2012 | 2:12-cv-04971 |
| Clark, Dana | Filed | 12/30/2014 | 2:14-cv-31521 |
| Cooke, Cindy | Filed | 7/7/2015 | 2:15-cv-09475 |
| Cooper, Regina | Filed | 3/12/2015 | 2:15-cv-03001 |
| Cordero, Luningning | Filed | 6/27/2013 | 2:13-cv-16114 |
| Coulombe, Iris | Filed | 2/3/2015 | 2:15-cv-01425 |
| Councilman, Patricia | Filed | 2/19/2013 | 2:13-cv-02799 |
| Craig, Kimberly | Filed | 2/9/2016 | 2:16-cv-01421 |
| Cymerman, Amelia | Filed | 4/2/2013 | 2:13-cv-06847 |
| Davis, Deborah | Filed | 11/6/2012 | 2:12-cv-07418 |
| Dawes, Glenda | Filed | 11/21/2012 | 2:12-cv-08048 |
| DeBisschop, Ann | Filed | 3/11/2014 | 2:14-cv-12105 |
| DeMeo, Marcell | Filed | 5/6/2013 | 2:13-cv-10297 |

| Name | Status | Date | Case Number |
|---|---|---|---|
| Decker, Judith | NJ Superior Court | 10/14/2015 | BER-L-8941-15-MCL |
| Dobrinska, Jennifer | Filed | 1/8/2015 | 2:15-cv-00535 |
| Dodson, Joy | Filed | 6/16/2015 | 2:15-cv-07721 |
| Dunn, Deborah Joan | Filed | 8/20/2012 | ATL-L-5816-12 |
| Dye, Vicky | Filed | 6/17/2015 | 2:15-cv-07779 |
| Ellington, Carol | Filed | 10/9/2013 | 2:13-cv-24859 |
| Ellis, Charvelvia | Filed | 6/17/2015 | 2:15-cv-07780 |
| Emanuels, Jennifer | NJ Superior Court | 8/10/2015 | BER-L-7248-15-MCL |
| Erskine, Deborah | Filed | 3/1/2013 | 2:13-cv-03965 |
| Finnegan, Crystal | Filed | 1/2/2013 | 2:13-cv-00059 |
| Garcia, Julia | Filed | 12/30/2014 | 2:14-cv-31524 |
| Gaydos, Laurie | Filed | 11/21/2012 | 2:12-cv-8050 |
| Gladson, Dana | Filed | 6/23/2015 | 2:15-cv-08155 |
| Goldman, Marcia | Filed | 5/6/2013 | 2:13-cv-10359 |
| Goodman, Judith | Filed | 11/21/2012 | 2:12-cv-08052 |
| Gray, Ruth | Filed | 7/2/2014 | 2:14-cv-20349 |
| Green, Kimberly | Filed | 4/22/2013 | 2:13-cv-08594 |
| Green, Virginia | Filed | 3/18/2014 | 2:14-cv-12616 |
| Gulley, Jeania | Filed | 2/5/2015 | 2:15-cv-01525 |
| Hardison, Terrilyn | Filed | 8/20/2012 | ATL-L-5815-12 |
| Hartz, Aneca | Filed | 3/21/2013 | 2:13-cv-05765 |
| Diaz, Ms. Leticia | Filed | 1/28/2016 | 2:16-cv-00959 |
| Hester, Wilma | NJ Superior Court | 1/23/2015 | BER-L-828-15 MCL |
| Hicks, Teresa | Filed | 2/27/2013 | 2:13-cv-03651 |
| Hill, Betzaida | Filed | 7/9/2014 | 2:14-cv-21651 |
| Hoffman, Rhonda | Filed | 10/9/2013 | 2:13-cv-24867 |
| Hughes, Cecile | Filed | 11/6/2012 | 2:12-cv-07421 |
| Hughes, Chelsea | Filed | 3/8/2016 | 2:16-cv-02200 |
| Jarrell, Kimberly | Filed | 11/6/2012 | 2:12-cv-07422 |
| Jones-Wilson, Anna | Filed | 6/27/2014 | 2:14-cv-19720 |
| Kaviratna, Hema | Filed | 11/20/2012 | 2:12-cv-08019 |
| Kerpics, Mary | Filed | 12/9/2013 | 2:13-cv-31557 |
| Koenemann, Kiann | Filed | 8/6/2015 | 2:15-cv-11833 |
| Lamb, Virginia | Filed | 7/9/2014 | 2:14-cv-21619 |
| Lambert, Patricia | Filed | 2/27/2013 | 2:13-cv-03656 |
| Ledford, Rosa Lee | Filed | 10/1/2013 | 2:13-cv-24084 |
| Lee, Deprecia | Filed | 10/1/2013 | 2:13-cv-24079 |
| Lewis, Sherry | Filed | 11/4/2013 | 2:13-cv-27805 |
| Long, Margaret | Filed | 3/11/2014 | 2:14-cv-12097 |

| Name | Status | Date | Case Number |
|---|---|---|---|
| McBryde, ESTATE OF Deborah J. | Filed | 3/21/2013 | 2:13-cv-05767 |
| McCallister, Laveta | Filed | 3/18/2013 | 2:13-cv-05336 |
| McCormick, Barbara | NJ Superior Court | 3/27/2015 | BER-L-2994-15 |
| McHugh, Kimberly | Filed | 7/9/2014 | 2:14-cv-21646 |
| Merrick, Ida | Filed | 7/9/2014 | 2:14-cv-21630 |
| Metcalfe, Gloria | Filed | 12/30/2014 | 2:14-cv-31252 |
| Metzler, Eleanor | Filed | 5/19/2015 | 2:15-cv-06430 |
| Meyer, Kimberly | Filed | 10/1/2013 | 2:13-cv-24077 |
| Meyer, Sandra | Filed | 9/29/2015 | 2:15-cv-13532 |
| Moore, Barbara | Filed | 7/28/2015 | 2:15-cv-11572 |
| Nesbit, Elizabeth | Filed | 6/17/2015 | 2:15-cv-07782 |
| Nichols, Tamara | Filed | 10/22/2013 | 2:13-cv-26325 |
| Overman, Angela | Filed | 9/21/2012 | 2:12-cv-05752 |
| Pfeiffer, Carol | Filed | 3/1/2013 | 2:13-cv-03961 |
| Piersall, Carolyn | Filed | 5/29/2014 | 2:14-cv-17130 |
| Plagmann, Debra | Filed | 3/21/2013 | 2:13-cv-05760 |
| Platt, Mary Lee | Filed | 11/6/2012 | 2:12-cv-07420 |
| Quezada, Julia | Filed | 12/17/2013 | 2:13-cv-32380 |
| Rabun, Yovante | Filed | 11/6/2012 | 2:12-cv-07423 |
| Ramos, Elida | Filed | 12/23/2014 | 2:14-cv-30656 |
| Reece, June | Filed | 2/15/2013 | 2:13-cv-02789 |
| Reinhardt, Katherine | Filed | 2/15/2013 | 2:13-cv-02786 |
| Remines, Sandra | NJ Superior Court | 6/11/2013 | ATL-2988-13 |
| Rhoden, Leola | Filed | 10/9/2013 | 2:13-cv-04866 |
| Riley, Patricia | Filed | 10/9/2013 | 2:13-cv-24860 |
| Risley, Debra | Filed | 3/18/2013 | 2:13-cv-05338 |
| Rivera, Alberta | Filed | 3/18/2013 | 2:13-cv-05330 |
| Robak, Peggy | Filed | 4/22/2013 | 2:13-cv-08603 |
| Rooney, Mary Catherine | Filed | 7/28/2015 | 2:15-cv-11575 |
| Sampson, Beverly | Filed | 11/6/2012 | 2:12-cv-07424 |
| Schalk, Julie | Filed | 8/28/2012 | 2:12-cv-04806 |
| Schroeder, Diana | Filed | 1/3/2013 | 2:13-cv-00122 |
| Schwenck, Caroline | Filed | 10/24/2014 | 2:14-cv-27238 |
| Shafer, Marleen | Filed | 7/28/2015 | 2:15-cv-11576 |
| Shanklin, Donna | NJ Superior Court | 8/3/2015 | BER-L-7042-15 MCL |
| Skipper, Cora | Filed | 9/8/2014 | ATL-L-5591-14 |
| Sligar, Karen | Filed | 6/11/2013 | ATL-L-2991-13 |
| Smith, Caroleta | Filed | 6/18/2015 | 2:15-cv-07833 |
| Smith, Kathryn | Filed | 4/22/2013 | 2:13-cv-08610 |

| Client Name (Last, First) | Status (Filed in MDL unless otherwise noted) | Originating Court Filed Date | Civil Action Number |
|---|---|---|---|
| Smoke, Teresa | Filed | 9/29/2015 | 2:15-cv-13531 |
| Stewart, Debbie | Filed | 4/30/2013 | 2:13-cv-09554 |
| Sullivan, Susan | Filed | 8/18/2015 | 2:15-cv-12484 |
| Tanner, Julie | Filed | 11/6/2012 | 2:12-cv-07425 |
| Tiberi, Darlene | Filed | 2/5/2013 | 2:13-cv-02010 |
| Tucker, Catherine | Filed | 5/31/2016 | 2:16-cv-04922 |
| Van Emelen, Elizabeth | Filed | 11/4/2013 | 2:13-cv-27799 |
| Vasquez, Melissa | Filed | 12/30/2014 | 2:14-cv-31253 |
| Venturelli, Sheri | Filed | 10/1/2013 | 2:13-cv-24087 |
| Wachowiak, Penny | Filed | 7/6/2012 | 2:12-cv-02620 |
| Walker, Carolyn | Filed | 10/1/2013 | 2:13-cv-24090 |
| Walsh, Dawn | Filed | 6/17/2015 | 2:15-cv-07781 |
| Walthers, Jennifer | Filed | 10/1/2013 | 2:13-cv-24094 |
| Walton, Elizabeth | Filed | 6/18/2015 | 2:15-cv-07834 |
| Watkins, Emily | Filed | 7/7/2015 | 2:15-cv-09488 |
| Wheeler, Pamela | NJ Superior Court | 7/8/2013 | ATL-L-4094-13 |
| White, Cheryl | Filed | 2/5/2013 | 2:13-cv-02009 |
| Williams, Deborah | Filed | 10/28/2013 | 2:13-cv-26959 |
| Willis, Sherry | Filed | 5/31/2016 | 2:16-cv-04923 |
| Writesel, Shana | Filed | 11/12/2013 | 2:13-cv-28695 |
| Zimmerman, Crystal | Filed | 1/19/2015 | 2:15-cv-00801 |
| Zyla, Susan | Filed | 2/5/2016 | 2:16-cv-01318 |

| Client Name (Last, First) | Status (Filed in MDL unless otherwise noted) | Originating Court Filed Date | Civil Action Number |
|---|---|---|---|
| Abdow, Sandra | Filed | 10/17/2014 | 2:14-cv-27014 |
| Absten, Deborah | Filed | 1/19/2015 | 2:15-cv-00800 |
| Alvarado, Veronica | Filed | 12/30/2014 | 2:14-cv-31519 |
| Aramburu, Martha | Filed | 5/29/2014 | 2:14-cv-17132 |
| Atai, Angela | Filed | 10/17/2014 | 2:14-cv-27017 |
| Babcock, Cathy | Filed | 8/8/2016 | 2:16-cv-07321 |
| Baker, Dawn | Filed | 9/3/2015 | 2:15-cv-12917 |
| Ball, Sammie | Filed | 11/6/2012 | 2:12-cv-07415 |
| Batzek, Linda | Filed | 7/28/2015 | 2:15-cv-11569 |
| Biggerstaff, Carol | Filed | 3/12/2015 | 2:15-cv-03003 |
| Bologna, Socorro | Filed | 12/30/2014 | 2:14-cv-31520 |
| Bornman-Stone, Yolanda | NJ Superior Court | 3/27/2015 | BERL-L-2978-15-MCL |
| Brack, Cecilia | Filed | 5/29/2014 | 2:14-cv-17136 |

| Name | Status | Date | Case Number |
|---|---|---|---|
| Brown, Linda | Filed | 7/28/2015 | 2:15-cv-11570 |
| Brundeen, Ronda | Filed | 1/19/2015 | 2:15-cv-00788 |
| Bryant, Shirley | Filed | 2/12/2013 | 2:12-cv-04564 |
| Buchanan, Rhonda | Filed | 2/5/2014 | 2:14-cv-07787 |
| Campbell, Katie | NJ Superior Court | 9/8/2014 | ATL-L-5593-14 |
| Cassidy-Wilson, Phyllis | Filed | 5/29/2014 | 2:14-cv-17134 |
| Child, Toni | Filed | 10/28/2013 | 2:13-cv-26975 |
| Combs, Donna | Filed | 5/10/2013 | 2:13-cv-11062 |
| Cook, Kim | Filed | 2/10/2014 | 2:14-cv-09056 |
| Courtright, Ella | Filed | 12/30/2014 | 2:14-cv-31522 |
| Cummings, Donna | Filed | 10/14/2013 | 2:13-cv-25382 |
| D'Ascanio, Tasha | Filed | 3/17/2015 | 2:15-cv-03278 |
| Darby, Lila | Filed | 3/18/2013 | 2:13-cv-05344 |
| Davis, Stephanie | Filed | 11/12/2013 | 2:13-cv-28702 |
| Denmark, Kimberly | Filed | 12/30/2014 | 2:14-cv-31523 |
| Diaz-Sherlock, Frances | Filed | 5/19/2015 | 2:15-cv-06429 |
| DiBitetto, Andrianna | Filed | 2/27/2013 | 2:13-cv-03644 |
| Dolliver, Gaylene | Filed | 3/19/2014 | 2:14-cv-12691 |
| Donoven, Cheryl | Filed | 10/1/2013 | 2:13-cv-24081 |
| Fischer, Rosalinda | Filed | 9/22/2015 | 2:15-cv-13378 |
| Fluker, Melinda | Filed | 2/5/2015 | 2:15-cv-01527 |
| Forrest, Cynthia | Filed | 3/24/2015 | 2:15-cv-04079 |
| Gardella, Michele | Filed | 6/18/2014 | 2:14-cv-18770 |
| Garfield, Samantha | Filed | 5/29/2014 | 2:14-cv-17135 |
| Gaskin, Linda | Filed | 9/8/2014 | ATL-L-5589-14 |
| Haemmerle, Theresa | Filed | 12/30/2014 | 2:14-cv-31242 |
| Hale, Janice | Filed | 3/24/2015 | 2:15-cv-03495 |
| Hall, Shellie | Filed | 2/3/2014 | 2:14-cv-07283 |
| Haverkampf, Brenda | Filed | 3/19/2014 | 2:14-cv-12710 |
| Hellwig, Mary Lou | Filed | 6/10/2014 | 2:14-cv-18022 |
| Herner, Christine | Filed | 7/8/2013 | ATL-L-4086-13 |
| Howell, Stacey | Filed | 5/6/2013 | 2:13-cv-10353 |
| Hughes, Brenda | Filed | 10/25/2013 | 2:13-cv-26704 |
| Hughes, Carol | Filed | 9/22/2015 | 2:15-cv-13379 |
| Inglis, Tamra | Filed | 2/4/2014 | 2:14-cv-07366 |
| Inman, Patricia | Filed | 11/12/2013 | 2:13-cv-28701 |
| Izworski, Sheri | Filed | 10/1/2013 | 2:13-cv-24070 |
| Johnson, Dana | NJ Superior Court | 1/23/2015 | BER-L-829-15 MCL |
| Johnston, Diana | Filed | 9/22/2015 | 2:15-cv-13380 |
| Jones, Sandra | Filed | 2/5/2016 | 2:16-cv-01316 |
| Kennebrew, Valerie | Filed | 3/12/2015 | 2:15-cv-03002 |

| Name | Status | Date | Case Number |
|---|---|---|---|
| King, Louise | Filed | 10/1/2013 | 2:13-cv-24096 |
| Kocsis, Peggy | Filed | 3/1/2013 | 2:13-cv-03964 |
| Lambrix, Janice | Filed | 3/19/2014 | 2:14-cv-12698 |
| Larson, Ulanda | Filed | 2/21/2013 | 2:13-cv-03220 |
| LeMieux, Nancy | Filed | 9/24/2012 | 2:12-cv-05792 |
| Lewis, Mary | Filed | 7/14/2014 | 2:14-cv-23480 |
| Long, Beth Ann | Filed | 7/28/2015 | 2:15-cv-11571 |
| Loyd, Cheryl | Filed | 12/9/2013 | 2:13-cv-31561 |
| Lubeski, Julie | Filed | 2/27/2013 | 2:13-cv-03658 |
| Maney, Evelyn | Filed | 10/9/2013 | 2:13-cv-24857 |
| Marker, Ruth | Filed | 12/30/2014 | 2:14-cv-31249 |
| Martinez, Margaret | Filed | 10/28/2013 | 2:13-cv-26961 |
| Maynard, Betty | Filed | 3/18/2013 | 2:13-cv-05333 |
| McClain, Christy | Filed | 12/9/2013 | 2:13-cv-31559 |
| McCuin, Elizabeth | Filed | 3/27/2015 | BER-L-2986-15-MCL |
| McDonald, Linda | Filed | 10/17/2014 | 2:14-cv-26988 |
| Meadows, Mary Beth | Filed | 11/5/2015 | 2:15-cv-14731 |
| Merritt, Deborah | Filed | 10/1/2013 | 2:13-cv-24071 |
| Mesa, Evangelena | Filed | 3/19/2014 | 2:14-cv-12706 |
| Miller, Nancy | Filed | 10/3/2013 | 2:13-cv-24409 |
| Mimna, Ms. Linda | Filed | 1/28/2016 | 2:16-cv-00960 |
| Mitchell, Debra | Filed | 12/10/2013 | 2:13-cv-31764 |
| Mitchell, Patricia | Filed | 2/6/2014 | 2:14-cv-08117 |
| Mraz, Beverly | Filed | 3/1/2013 | 2:13-cv-03960 |
| Nagel, Michelle | Filed | 7/8/2013 | ATL-L-4091-13 |
| Oder, Carla | Filed | 2/8/2014 | 2:14-cv-08898 |
| Patchin, Laura | Filed | 12/30/2014 | 2:14-cv-31246 |
| Perisic, Penny | Filed | 4/30/2013 | 2:13-cv-09568 |
| Perry, Charlotte | Filed | 2/5/2016 | 2:16-cv-01312 |
| Pinckard, Sharon | Filed | 7/7/2015 | 2:15-cv-09491 |
| Pletcher, Terry | Filed | 1/8/2015 | 2:15-cv-00403 |
| Poole, Tracy | Filed | 9/3/2015 | 2:15-cv-12916 |
| Reyes, Teresa | Filed | 6/18/2015 | 2:15-cv-07832 |
| Robinson, Helen | Filed | 11/4/2013 | 2:13-cv-27808 |
| Rogers, Viola | Filed | 3/21/2013 | 2:13-cv-05750 |
| Rolen, Shannon | Filed | 6/18/2015 | 2:15-cv-07835 |
| Ruth (Brandt), Deborah | Filed | 9/22/2015 | 2:15-cv-13381 |
| Scaife, Liza | Filed | 11/4/2013 | 2:13-cv-27798 |
| Sciacchetano, Vanessa | Filed | 3/19/2014 | 2:14-cv-12701 |
| Sevret, Patricia | Filed | 12/30/2014 | 2:14-cv-31244 |
| Sexton, Frances | Filed | 1/19/2015 | 2:15-cv-00802 |
| Smelley, Thelma | Filed | 10/17/2014 | 2:14-cv-27011 |
| Smith, Dana | Filed | 9/29/2015 | 2:15-cv-13533 |

| | | | |
|---|---|---|---|
| Smithberg, Estate of Linc | Filed | 2/17/2014 | 2:14-cv-10469 |
| Sousa, Mae | Filed | 12/30/2014 | 2:14-cv-31525 |
| Southern, Nora | Filed | 2/5/2013 | 2:13-cv-02011 |
| Still-Trudgeon, Sharon | Filed | 4/30/2013 | 2:13-cv-09563 |
| Thomas, Dianna | Filed | 2/7/2014 | 2:14-cv-08436 |
| Thompson, Debra | Filed | 5/29/2014 | 2:14-cv-17131 |
| Walsh, Tina | Filed | 5/6/2013 | 2:13-cv-10294 |
| Weintraub, Stacy | Filed | 8/6/2015 | 2:15-cv-11834 |
| Williams, Kim | Filed | 12/30/2014 | 2:14-cv-31241 |
| Wood, Mary Lou | Filed | 3/19/2014 | 2:14-cv-12631 |