IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION


IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY LITIGATION     MDL No. 2327

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -          JOSEPH R. GOODWIN
                                                                                 U.S. DISTRICT JUDGE


## CERTIFICATION OF SERVICE

I hereby certify that, on November 14, 2016, Wexler Wallace LLP served the necessary

documents to Defense counsel pursuant to the instructions set forth in Pretrial Order 240.


Dated: November 14th, 2016                                    Respectfully Submitted,


                                        By: */s/ Michael H. Bowman      .*
                                            Michael H. Bowman, Esq.
                                            WEXLER WALLACE LLP
                                            55 West Monroe St., Suite 3300
                                            Chicago, IL 60603
                                            P: 312-346-2222
                                            F: 312-346-0022
                                            E: MHB@wexlerwallace.com