IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File NO: 2:12-MD-02327 |
| ------------------------------------------------------------- | MDL NO: 2327 |
| CASES LISTED ON EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

Dated: November 15, 2016

Respectfully submitted,

By: /s/ Jason J. Thompson
Jason J. Thompson, Esq.
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300 P
(248) 746-4001 F
E: jthompson@sommerspc.com

EXHIBIT A

| PLAINTIFF NAME | Case No: |
|---|---|
| Anita Hempstead | 2:13-cv-09300 |
| Lesha Webster | 2:13-cv-09306 |
| Shana Person | 2:13-cv-09305 |
| Arlita Duggar | 2:13-cv-09298 |
| Pamela Marcus | 2:13-cv-09303 |