IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC SUPPORT SYSTEM
         PRODUCTS LIABILITY LITIGATION                MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

**ORDER**

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on November 16, 2016   [ECF No. 3071].

ENTER:  November 16, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE