IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

MDL 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC, where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before September 1, 2017; if settlements are not finalized and dismissal orders are not submitted by September 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. _3072_____.

AGREED TO BY COUNSEL:

| Plaintiff(s) | Defendants |
|---|---|
| By authorized counsel: | By authorized counsel: |
| | |
| */s/ Henry G. Garrard, III*_____ | */s/ Christy D. Jones*_____ |
| Henry G. Garrard, III | Christy D. Jones |
| BLASINGAME BURCH GARRARD & ASHLEY, PC | BUTLER SNOW LLP |
| P. O. Box 832 | P.O. Box 6010 |
| Athens, GA 30603 | Ridgeland, MS 39158 |
| (706) 354-4000 | 601-948-5711 |
| hgg@bbgbalaw.com | christy.jones@butlersnow.com |
| | |
| *Counsel for Plaintiff(s)* | *Counsel for Defendants* |

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Martin, Phyllis | 2:13-cv-26217 |
| Martin, Michelle | 2:14-cv-10345 |
| Martin, Stacy | 2:14-cv-26200 |
| Matthews, Jeannie | 2:13-cv-27251 |
| Mattingly, Paula | 2:12-cv-05425 |
| Matts, Carol A. | 2:14-cv-27763 |
| Mavis, Rebecca | 2:12-cv-06972 |
| McClintick, Vicki Lynn | 2:13-cv-25794 |
| McConville, Cynthia Ann | 2:12-cv-07040 |
| McDaniel, Carolyn H. | 2:15-cv-02573 |
| McGough, Debbie Louise | 2:14-cv-04801 |
| McGovern, Cynthia A | 2:12-cv-07241 |
| McGriff, Annie Ruth | 2:13-cv-06019 |
| McKelvy, Theresa | 2:14-cv-19388 |
| McKeown, Robin | 2:14-cv-05731 |
| McLain, Bonnie Victoria | 2:13-cv-06304 |
| McLoud, Penny | 2:14-cv-04802 |
| McNevin, Barbara Lynn | 2:14-cv-03191 |
| Meeks, Mable | 2:13-cv-26218 |
| Mendez, Lisa | 2:14-cv-04795 |
| Mercer, Carrie Marie | 2:12-cv-05615 |
| Merrill, Julia | 2:13-cv-01856 |
| Metts, Marjorie Marie | 2:13-cv-02885 |
| Meyer, Lena | 2:15-cv-07387 |
| Miles, Mae Elizabeth | 2:12-cv--0114 |
| Millender, Beverly S. | 2:13-cv-25797 |
| Miller, Mary Jean | 2:15-cv-12782 |
| Miller, Cynthia | 2:16-cv-00580 |
| Mills, Annette Irene | 2:13-cv-28291 |
| Missler, Allison | 2:15-cv-00804 |
| Mitchell, Dale | 2:14-cv-10794 |
| Moersch, Marina | 2:12-cv-05595 |
| Monahan, Darline M. | 2:13-cv-27907 |
| Moody, Alecia | 2:13-cv-22862 |
| Moon, Corinne A. | 2:14-cv-18515 |
| Mooney, Konnie Lin | 2:12-cv-01695 |
| Moore, Jeanine | 2:13-cv-24495 |
| Moorehead, Virginia "Allene" | 2:14-cv-04811 |

2

| | |
|---|---|
| Morales, Maria | 2:12-cv-05424 |
| Morales, Olga | 2:13-cv-26824 |
| Moreland, Sonya Marie | 2:12-cv-00496 |
| Morgan, Brenda Gail | 2:12-cv-03782 |
| Morgan-Jackson, Carole | 2:12-cv-09570 |
| Morris, Geraldine | 2:13-cv-25618 |
| Morris, Eugenia Merrill | 2:14-cv-04808 |
| Morris, May "Christine" | 2:12-cv-06973 |
| Morton, Patricia Ann | 2:12-cv-05384 |
| Moss, Betty Jean | 2:14-cv-14699 |
| Mullen, Doris | 2:13-cv-22860 |
| Murdock, Sheila | 2:12-cv-05613 |
| Nagle, Elizabeth Sallee | 2:13-cv-05501 |
| Nelson, Teresa | 2:12-cv-05623 |
| Nesbitt, Katina M. | 2:14-cv-04814 |
| Newkirk, Mary | 2:13-cv-10083 |
| Nichelson, Judy | 2:14-cv-25577 |
| Norgren, Cathy S. | 2:14-cv-19988 |
| Norman, Shirley | 2:12-cv-00789 |
| Norris {Deceased}, Mary M. | 2:12-cv-05456 |
| Novak, Carol | 2:13-cv-06511 |
| O'Bryant, Henrietta S. | 2:13-cv-26220 |
| Oglesby, Florence | 2:14-cv-03190 |
| Olinger, Shirlee Scott | 2:12-cv-07155 |
| O'Reilly, Margaret | 2:13-cv-02966 |
| Orlosky, Joyce | 2:14-cv-13304 |
| Ornbaum, Sydna | 2:13-cv-07571 |
| Orndorff, Patricia L. | 2:12-cv-06776 |
| Ortiz, Victoria | 2:14-cv-26229 |
| Outen, Elaine Patricia | 2:13-cv-02967 |
| Owens, Martha A | 2:13-cv-27050 |
| Owens, Silvia | 2:14-cv-24108 |
| Oxner, Cindy Lee | 2:13-cv-33776 |
| Pageau, Tina Marie | 2:12-cv-02180 |
| Palacios, Norma | 2:13-cv-24506 |
| Paradis, Dorothy Jean | 2:13-cv-06018 |
| Parker, Mary Ellen | 2:13-cv-30290 |
| Partin, Patricia Graham | 2:12-cv-02179 |
| Patrick, Lottie Mae | 2:12-cv-01776 |
| Patrick, Brenda | 2:15-cv-13176 |
| Patton, Margie Lynn | 2:14-cv-06381 |

3

| Name | Case Number |
|---|---|
| Peachee, Deborah | 2:13-cv-06305 |
| Peavy, Carolyn Conyers | 2:13-cv-23461 |
| Pedraza, Cleotilde | 2:14-cv-26884 |
| Perez, Norma | 2:12-cv-05229 |
| Perkins, Felecia | 2:14-cv-14672 |
| Perry, Michelle | 2:12-cv-04999 |
| Persiani, Dania Erleen | 2:14-cv-04816 |
| Peterson, Winnie Elise | 2:12-cv-01849 |
| Peterson, Margot | 2:14-cv-05172 |
| Picerno, Diana Marie | 2:12-cv-05385 |
| Pierce, Phyllis | 2:12-cv-09571 |
| Pinkston, Melissa Kaye | 2:12-cv-08450 |
| Poole, Melissa | 2:14-cv-03194 |
| Price, Jacqueline | 2:13-cv-06088 |
| Price, Tania R. | 2:13-cv-26221 |
| Prish, Linda | 2:13-cv-27901 |
| Prochno, Katherine | 2:12-cv-05386 |
| Pucci, Susan Lynn | 2:11-cv-01004 |
| Puhl, Margaret Eileen | 2:11-cv-00537 |
| Rager, Leslie | 2:14-cv-04817 |
| Ragland (Deceased), Gloria R. | 2:13-cv-31579 |
| Rakestraw, Deborah Ann | 2:12-cv-04995 |
| Ramirez, Gayle A. | 2:12-cv-08554 |
| Ramirez, Judy A. | 2:13-cv-06017 |
| Raney, Barbara A. | 2:12-cv-01507 |
| Rangel, Angela A. | 2:14-cv-25578 |
| Rauch, Mary | 2:14-cv-14698 |
| Raziano, Theresa | 2:14-cv-03192 |
| Ready, Abigail | 2:13-cv-30291 |
| Reed, Julia | 2:12-cv-05225 |
| Reese, Nira | 2:13-cv-22866 |
| Rice, Clara Jean | 2:13-cv-24508 |
| Rice, Marion M. | 2:15-cv-02707 |
| Richards, Patrice | 2:13-cv-27163 |
| Richardson, Sandra | 2:13-cv-02870 |
| Riches, Pamela | 2:12-cv-05227 |
| Ridgeway, Betty M. | 2:13-cv-10485 |
| Ridgeway, Doris | 2:14-cv-01634 |
| Riedel, Debra D. | 2:13-cv-25726 |
| Rinks, Shelia G. | 2:14-cv-24439 |
| Ritchie, Mildred | 2:14-cv-26256 |

| | |
|---|---|
| Rivera, Linda Marie | 2:12-cv-05224 |
| Robbins {Deceased}, Marion S. | 2:12-cv-05450 |
| Roberts, Annette | 2:12-cv-05449 |
| Roberts-Sunley, Diann | 2:12-cv-04584 |
| Robinson, Frances | 2:13-cv-04128 |
| Robinson, Cynthia J. | 2:13-cv-22869 |
| Robles, Jeannette | 2:12-cv-07046 |
| Rocha, Beverly | 2:13-cv-05507 |
| Rogers, Ruby | 2:12-cv-01877 |
| Rogers, Jean | 2:14-cv-23875 |
| Rolf, Constance A. | 2:14-cv-18511 |
| Roman, Alice | 2:13-cv-01093 |
| Roper, Jennifer | 2:14-cv-24786 |
| Rosas, Lori | 2:12-cv-05453 |
| Rosillo, Melissa Dawn | 2:13-cv-09149 |
| Ross, Helen Lucy | 2:13-cv-07580 |
| Ross-Roehrich, Dawn | 2:13-cv-23570 |
| Roth, Lynn | 2:12-cv-05223 |
| Rozycki, Karen Diane | 2:14-cv-24098 |
| Ruffing, Shirley Ann | 2:11-cv-00682 |
| Ruis, Debra | 2:14-cv-18514 |
| Russell, Diane L. | 2:12-cv-06826 |
| Rykowsky, Rosemary | 2:14-cv-00570 |
| Sager, Emily Anne | 2:12-cv-05233 |
| Salas, Nancy | 2:14-cv-04824 |
| Salvetti, Linda | 2:14-cv-03193 |
| Samples, Willie Grace | 2:13-cv-33234 |
| Samuel, Clara L. | 2:13-cv-10693 |
| Sanders, Debra | 2:13-cv-09483 |
| Sandoval, Annie L. | 2:12-cv-05878 |
| Santiago, Dena | 2:13-cv-33236 |
| Santos, Elizabeth C. | 2:13-cv-33233 |
| Sappington, Marla Jan | 2:13-cv-07581 |
| Saraney, Dawn | 2:12-cv-05398 |
| Saurino, Penelope Ann | 2:12-cv-00494 |
| Savage, Stacey Deanne | 2:12-cv-01743 |
| Sayers, Yvonne Lee | 2:13-cv-06512 |
| Schachtman, Rhoda | 2:12-cv-00548 |
| Schafer, Madeleine | 2:13-cv-25069 |
| Schario, Carol Ann | 2:12-cv-06022 |
| Schimmel, Tresilda Eugenny | 2:13-cv-10792 |

| Name | Case Number |
|---|---|
| Schmeltzer, Ginger | 2:14-cv-01053 |
| Schmitz, Carol M. | 2:14-cv-16956 |
| Schoonover, Florence | 2:14-cv-07396 |
| Schultz, Debra Yvonne | 2:14-cv-24789 |
| Schweitzer, Debra Kay | 2:13-cv-02871 |
| Scott, Brenda Carol | 2:12-cv-07118 |
| Scott, Mary Beth | 2:14-cv-26434 |
| Scudder, Laura Lee | 2:13-cv-05866 |
| Servais, Anita L. | 2:13-cv-01452 |
| Shafer, Elizabeth Ann | 2:12-cv-07309 |
| Shaffer, Wynona | 2:12-cv-09195 |
| Shahin, Genee | 2:14-cv-24666 |
| Shannon, Brenda | 2:13-cv-10969 |
| Sharpe, Debra Jean | 2:13-cv-06067 |
| Sharpe (Andriesse), Loretta B | 2:12-cv-05250 |
| Sheehy, Waltraut | 2:13-cv-27164 |
| Sheeler, Gale Lynn | 2:12-cv-05739 |
| Sheets, Brenda | 2:10-cv-01310 |
| Shortnacy, Valerie S. | 2:13-cv-32390 |
| Sills, Margine | 2:12-cv-07301 |
| Sills, Linda | 2:14-cv-06367 |
| Simmons, Donna | 2:13-cv-06583 |
| Simpson, Mary Jean | 2:12-cv-01285 |
| Simpson, Patricia | 2:12-cv-07304 |
| Sims, Shirley June | 2:13-cv-27341 |
| Sissom, Alice | 2:14-cv-11571 |
| Sluis, Kristen Lee | 2:12-cv-04997 |
| Smith, Mary L. | 2:12-cv-07305 |
| Smith, Janice | 2:13-cv-01455 |
| Smith, Beverly Ritchey | 2:13-cv-22870 |
| Smith, Betty Lee | 2:14-cv-10347 |
| Smith, Sandra Denise | 2:14-cv-03195 |
| Smith, Beth Linnea | 2:14-cv-10890 |
| Smith, Mamie Lee | 2:14-cv-17781 |
| Smith, Linda | 2:14-cv-31358 |
| Smith, Nancy Lee | 2:12-cv-05230 |
| Smith, Shirley H. | 2:14-cv-26097 |
| Smith (MI), Darla S. | 2:12-cv-07042 |

5