IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT A:

## JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Mark W. Davis
DAVIS & CRUMP
Third Floor
1712 15th Place
Gulfport, MS 39501
228.863.6000 (phone)
228.864.0907 (fax)
mark.davis@daviscrump.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Mark R. Mueller
Mark R. Mueller
MUELLER LAW
404 West 7th Street
Austin, TX 78701
512.478.1236 (phone)
512.478.1473 (fax)
receptionist@muellerlaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Matthew J. Skikos
Matthew J. Skikos
SKIKOS CRAWFORD SKIKOS & JOSEPH
Suite 2830
One Sansome Street
San Francisco, CA 94104
415.546.7300 (phone)
415.546.7301 (fax)
mskikos@skikoscrawford.com
*Attorney for Plaintiffs on Exhibit C*


Dated:  November 16, 2016

## EXHIBIT A – DAVIS & CRUMP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00071 | Jewell Martin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – MUELLER LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00269 | Iris Carr, Ronnie Carr v. Ethicon, Inc., American Medical Systems, Inc., Boston Scientific Corporation, Johnson & Johnson |
| 2:12-CV-00348 | Joann Heather, Thomas Heather v. Ethicon, Inc., American Medical Systems, Inc., Johnson & Johnson |
| 2:12-CV-04370 | Annie Alexander, Robert Alexander v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – SKIKOS CRAWFORD SKIKOS & JOSEPH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-24310 | Sharon Goldsmith, Alan Goldsmith v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis