## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

|  |  |  |
|---|---|---|
| IN RE: ETHICON, INC. | ) | |
| PELVIC REPAIR SYSTEM | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | 2:12-md-02327 |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Erlinda Clingenpeel, et al. v. Ethicon, Inc., et al. – 2:13-cv-22925*

### CERTIFICATE OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, my firm has supplied the information required pursuant to Pretrial Order 240 for Plaintiff Erlinda Clingenpeel, as follows:

1. Proof of product identification for Ethicon product for which claim is alleged; and
2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon products for which claim is alleged.

Date: November 15, 2016

Respectfully Submitted,

_____s/John E. Tiedt_____
JOHN E. TIEDT
TIEDT & HURD
980 Montecito DR., #209, Corona, CA 92879
(951) 549-9400
(951) 549-9800
Email: jtiedt@tiedtlaw.com
Attorney for Plaintiffs, ERLINDA
CLINGENPEEL; JIMMY CLINGENPEEL

**CERTIFICATE OF SERVICE**

I, John E. Tiedt, certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully Submitted,


_____s/John E. Tiedt_____
JOHN E. TIEDT
TIEDT & HURD
980 Montecito DR., #209, Corona, CA 92879
(951) 549-9400
(951) 549-9800
Email: jtiedt@tiedtlaw.com
Attorney for Plaintiffs, ERLINDA
CLINGENPEEL; JIMMY CLINGENPEEL