# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT

## CHARLESTON DIVISON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br><br>MDL No.: 2327 |
| THIS DOCUMENT RELATES TO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CASES LISTED ON EXHIBIT A**

### CERTIFICATION OF COMPLIANCE WITH PTO #240

I hereby certify that to the best of my information and belief, our firm, Paglialunga & Harris, PS, has supplied the information required per Pretrial Order #240 to Defendant on November 14, 2016 for the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions, and/or removals of Ethicon product(s) for which a claim is alleged.

Date: November 16, 2016

_____
Charles T. Paglialunga
CA Bar No.: 296106
WA Bar No.: 23028
Paglialunga & Harris, PS
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (888) 604-3438
Email: chuck@phlawfirm.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECM system which will send notification of such filing to the CM/ECM participants registered to receive service in the MDL.

_____
Attorney for Plaintiff
Charles T. Paglialunga
CA Bar No.: 296106
WA Bar No.: 23028
Paglialunga & Harris, PS
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Tel: (888) 604-3438
Email: chuck@phlawfirm.com