EXHIBIT A

| CASE NO. | LAST NAME | FIRST NAME |
|---|---|---|
| 2:16-cv-02239 | Bates | Connie |
| 2:16-cv-02252 | Beck | Heather |
| 2:16-cv-02255 | Bush | Mary |
| 2:16-cv-05418 | Pompea | Kelly |
| 2:15-cv-15562 | Kneasel | Sandra |
| 2:15-cv-14312 | Joseph | Janet |
| 2:16 cv 02846 | Powell | Norma |
| 2:16-cv-02257 | Chapman | Brenda |
| 2:16-cv-02351 | Frew | Merri |
| 2:16-cv-03662 | Schlaff | Penny |
| 2:16-cv-03661 | Kent | Patricia |
| 2:16-cv-02261 | Lemons | Patricia |
| 2:15-cv-15487 | Elliott | Barbara |
| 2:15-cv-15557 | Richie | Deanna |
| 2:15-cv-15569 | Vick | Abbey |
| 2:15-cv-15568 | Termine | Regina |
| 2:15-cv-15556 | Hackel | Gloria |
| 2:16-cv-02843 | Howe | Rebecca |
| 2:15-cv-14330 | Dockerry | Sherry |
| 2:15-cv-15565 | Morehouse | Linda |
| 2:15-cv-15508 | Rinard | Rebecca |
| 2:16-cv-02331 | Ornstein | Patricia |
| 2:16-cv-02350 | Sutton | Debora |
| 2:15-cv-15564 | Loving | Barbara |
| 2:16-cv-02837 | Cardoso | Obdulia |
| 2:15-cv-14325 | Halkidis | Jeannie |
| 2:15-cv-15554 | DeTour | Janet |
| 2:15-cv-15558 | Heffner | Barbara |
| 2:15-cv-02260 | Kodya | Kathy-Lynn |
| 2:15-cv-15567 | Prejean | Laura |
| 2:15-cv-15553 | Clune | Deborah |