IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.                           MDL NO. 2327
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Attorney Information, filed on June 22, 2016 [ECF No. 2337]. In the motion, counsel request that in the main MDL and each individual case in which attorneys Joseph J. Zonies and Gregory D. Bentley are associated, the firm information be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Attorney Information is **GRANTED**.

The Clerk is **DIRECTED** to update the attorney information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Joseph J. Zonies and Gregory D. Bentley are associated. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 17, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE