IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| *In Re Ethicon Inc. Pelvic Repair System Products Liability Litigation* | **MDL No. 2327** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Attorney Nicholas H. Berg and Reasonover & Associates, LLC move to withdraw as counsel in MDL 2327 and all member civil actions in which they have appeared related to MDL 2327. Alfred A. Olinde, Jr. of the Olinde Law Firm and Joseph C. Peiffer of Peiffer Rosca Wolf Abdulla Carr & Kane LLP will remain as counsel of record in all such member civil actions.

Respectfully Submitted,

*/s/* Nicholas H. Berg_____
Nicholas H. Berg
Reasonover & Associates LLC
LA Bar # 33006
400 Poydras St. Suite 1980
New Orleans, LA 70130
Tel: (504) 526-2921

## CERTIFICATE OF SERVICE

I do hereby certify that on the 14th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, which automatically sent notification of this filing to all participants registered to receive service in the MDL.

/s/ Nicholas H. Berg_____