IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

This Document Relates to All Cases

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of Nicholas H. Berg and Reasonover & Associates, LLC's Motion to Withdraw as Counsel in MDL No. 2327 and all member actions related to MDL 2327, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. The Clerk is instructed to terminate Mr. Berg and Reasonover & Associates LLC where they appear as counsel of record for any party in this MDL and in any member case in this MDL.

It is hereby further **ORDERED** and **DECREED** that the Clerk is directed to file a copy of this Order in 2:12-md-02327 and in each member case in which Mr. Berg and Reasonover & Associates, LLC has appeared.

_____
JOSEPH GOODWIN
UNITED STATES DISTRICT JUDGE