IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

ORDER
(Denying ECF No. 2321 as Moot and Dismissing Defendant
C. R. Bard, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 is a Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice [ECF No. 2321] and an Amended Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No. 2692], filed by plaintiffs, identified on the attached Exhibits A-B, and C. R. Bard, Inc. ("Bard"). In the Amended Joint Motion to Dismiss, the plaintiffs and Bard are seeking dismissal of Bard from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice [ECF No. 2321] is **DENIED AS MOOT** and the Amended Joint Motion to Dismiss Defendant C. R. Bard, Inc., with Prejudice [ECF No. 2692] is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss C. R. Bard, Inc., and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: November 17, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – WEXLER WALLACE LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-26415 | Bernadine Liddington, et al. v. C.R. Bard, Inc., et al. |
| 2:13-cv-32924 | Rose Frashier, et al. v. C.R. Bard, Inc., et al. |

**EXHIBIT B – SOMMERS SCHWARTZ, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-03508 | Annie G. Jordan, et al. v. C.R. Bard, Inc., et al. |