IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., | : |
| PELVIC REPAIR SYSTEM | : Master File No. 2:12-MD-02327 |
| PRODUCTS LIABILITY LITIGATION | : JOSEPH R. GOODWIN, US |
| | : DISTRICT JUDGE |

-------------------------------------------------------
THIS DOCUMENT RELATES TO:

Halina Myers, et al. v. Ethicon, Inc. et al.- 2:14-cv-04509

## CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, my firm has supplied the information required pursuant to Pretrial Order 240 for Plaintiff Halina Myers as follows:

1. Proof of product identification for Ethicon product for which claim is alleged; and
2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon products for which claim is alleged.

Respectfully Submitted,

Date: November 17, 2016

By: /s/ Adam M. Slater
Adam M. Slater, Esq.
NJ Bar No. 046211993
MAZIE SLATER KATZ &
FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 228-9898
Facsimile: (973) 228-0303
Email: aslater@mskf.net
Attorney for Plaintiff, Halina Myers