UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. ) | |
| PELVIC REPAIR SYSTEM ) | |
| PRODUCTS LIABILITY LITIGATION ) | Master File No. 2:12-md-02327 |
| ) | |
| ) | MDL No. 2327 |

THIS DOCUMENT RELATES TO:
*Dianne M. Donaldson et al. v. Johnson & Johnson and Ethicon, Inc.*
2:15-cv-06253

## CERTIFICATE OF COMPLIANCE WITH PTO 240

I hereby certify that **on November 12, 2016** my firm supplied the information required pursuant to Pretrial Order 240 for Plaintiff, Dianne M. Donaldson, et al. , as follows:

1. Proof of product identification for Ethicon product for which claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon products for which claim is alleged.

Respectfully Submitted,

 /s/ Michael J. Meyer
Michael J. Meyer
Attorney at Law
404 South Fourth Street
P.O. Box 129
Effingham, IL  62401
Telephone: 217-347-0791
Fax: 217-347-5757
Email: mjmeyer@consolidated.net
IL Bar No. 1895923

**CERTIFICATE OF SERVICE**

      I, Michael J. Meyer, certify that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      Respectfully Submitted,

/s/ Michael J. Meyer
Michael J. Meyer
Attorney at Law
404 South Fourth Street
P. O. Box 129
Effingham, IL  62401
Telephone: 217-347-0791
Fax: 217-347-5757
Email: mjmeyer@consolidated.net
IL Bar No. 1895823