# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
    PELVIC SUPPORT SYSTEM
    PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

## O R D E R
(Vacating Inactive Docket Order)

It is **ORDERED** that the Inactive Docket Order entered on November 16, 2016 [ECF No. 3219] is **VACATED**, but only as to the inactive status of the following member cases:

*Mitchell v. Ethicon, Inc., et al.*    Civil Action No. 2:14-cv-10794

*Moorehead v. Ethicon, Inc., et al.*    Civil Action No. 2:14-cv-04811

*Morris, et al. v. Ethicon, Inc., et al.*    Civil Action No. 2:14-cv-04808

*Rykowsky v. Ethicon, Inc., et al.*    Civil Action No. 2:14-cv-00570

which cases are listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed cases back on the active docket and file a copy of this order in 2:12-md-2327 and in each individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: November 17, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE