# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION        Master File No. 2:12-MD-02327

-------------------------------------------------------------------      MDL No. 2327

THIS DOCUMENT RELATES TO:

                                                                 JOSEPH R. GOODWIN

CASES LISTED ON EXHIBIT A                       U.S. DISTRICT JUDGE

## CERTIFICATION OF COMPLIANCE WITH PTO 240

       I certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for all plaintiffs named on the attached Exhibit A, who are not currently on the Court's Inactive Docket.

       Further, on November 7, 2016, Mueller Law timely sent Defendants a Certification affirming this position in compliance with PTO 240.

       Dated: November 17, 2016.

                                                                 Respectfully submitted,

                                                                 **MUELLER LAW, PLLC**

                                        By:      */s/ Mark R. Mueller*
                                                          Mark R. Mueller
                                                          Georgia Bar No. 14623500
                                                          404 W. 7th Street
                                                          Austin, TX 78701
                                                          Phone: (512) 478-1236
                                                          Fax: (512) 478-1473
                                                          mark@muellerlaw.com
                                                          receptionist@muellerlaw.com

                                                          **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all those receiving service in this action.

<div style="text-align:right">

/s/ *Mark R. Mueller*
MARK R. MUELLER

</div>

# EXHIBIT A

**MUELLER LAW - EXHIBIT A**

| Plaintiff Name (Last, First) | Case Number |
| --- | --- |
| Adams, Joyce | 2:13-cv-01207 |
| Alexander, Annie | 2:12-cv-04370 |
| Almendarez, Angela | 2:12-cv-01329 |
| Anderson, Angela | 2:13-cv-04883 |
| Anthis, Malinda | 2:13-cv-04554 |
| Appollo, Pamela | 2:12-cv-08721 |
| Ayers, Gayle | 2:13-cv-07930 |
| Bartlett (Weldon), Rebekah | 2:12-cv-01273 |
| Barton, Darlena | 2:13-cv-21441 |
| Bean, Tammy | 2:13-cv-08609 |
| Beliew, Betty | 2:13-cv-08069 |
| Berry, Stacy | 2:13-cv-01682 |
| Boone, Jean | 2:13-cv-08623 |
| Bowles, Phyllis | 2:12-cv-01865 |
| Brantley, Letha | 2:13-cv-09479 |
| Brock, Eula | 2:13-cv-07264 |
| Brown, Cindy | 2:13-cv-07678 |
| Brown, Valerie | 2:12-cv-01489 |
| Buchs, Teresa | 2:13-cv-07399 |
| Butler, Colette | 2:13-cv-05414 |
| Byrd, Linda | 2:13-cv-10931 |
| Byrd, Myra | 2:12-cv-00748 |
| Cable, Wendy | 2:13-cv-10100 |
| Campbell, Marquisha | 2:13-cv-08226 |
| Carnes, Mary | 2:13-cv-06463 |
| Carr, Iris | 2:12-cv-00269 |
| Carter, Paulette | 2:13-cv-06114 |
| Clark, Debra | 2:13-cv-22410 |
| Clark, Sandra | 2:13-cv-06492 |
| Connelly, Katherine | 2:13-cv-08064 |
| Cooley, Julianne | 2:13-cv-08783 |
| Cox, Helen | 2:13-cv-11612 |
| Darling, Patricia | 2:13-cv-06635 |
| Daugherty, Christine | 2:13-cv-07152 |
| Davis, Laurie | 2:13-cv-05631 |
| Dierickx, Kimberly | 2:12-cv-02385 |
| Douglas, Sunni | 2:13-cv-05354 |
| Drake, Karyn | 2:12-cv-00747 |

| | |
|---|---|
| Dube, Nancy | 2:13-cv-03742 |
| Dudkowski, Joan | 2:13-cv-19637 |
| Dunnaville, Kimberly | 2:13-cv-03395 |
| Eaves, Alison | 2:13-cv-04754 |
| Edenfield, Emma | 2:13-cv-07883 |
| Edwards, Tonya | 2:12-cv-09972 |
| Epps, Deborah | 2:13-cv-02933 |
| Espinosa, Helen | 2:13-cv-22709 |
| Fast, Terra | 2:13-cv-10947 |
| Fisher, Candy | 2:13-cv-06517 |
| Gallert, Sharon | 2:13-cv-13768 |
| Garrison, Carolyn | 2:13-cv-04430 |
| Gomez, Carol | 2:13-cv-04561 |
| Graham, Melisha | 2:13-cv-02740 |
| Greene, Deborah | 2:12-cv-02386 |
| Grimes, Anna | 2:13-cv-01058 |
| Hale, Glenna | 2:13-cv-06704 |
| Harmon, Rebecca | 2:13-cv-00822 |
| Harris, Ivory | 2:13-cv-10741 |
| Harrison, Angela | 2:13-cv-05418 |
| Heather, Joann | 2:12-cv-00348 |
| Heet, Sara | 2:13-cv-04575 |
| Helgeson, Doris | 2:13-cv-03411 |
| Hittle, Anne | 2:13-cv-10075 |
| Honeycutt, Sharon | 2:12-cv-01268 |
| Horne, Pamela | 2:13-cv-02843 |
| Howard, Marsha | 2:13-cv-03085 |
| Ingram, Wilma | 2:13-cv-19643 |
| Israel, Rhonda | 2:13-cv-11467 |
| Jacobson, Joanna | 2:12-cv-00357 |
| James, Delynn | 2:13-cv-09507 |
| Jefford, Marianne | 2:13-cv-04034 |
| Johnson, Ruth | 2:12-cv-07140 |
| Johnson, Pamela | 2:12-cv-00456 |
| Jones, Dawna | 2:13-cv-04112 |
| Joost, Carla | 2:12-cv-03360 |
| Kelly, Catherine | 2:13-cv-07171 |
| Kitchings, Evelyn | 2:12-cv-00889 |
| Knight, Linda | 2:13-cv-04197 |
| Krantz, Robalynn | 2:13-cv-01768 |

| | |
|---|---|
| Kuks, Patricia | 2:12-cv-02257 |
| Lane, Kerensa | 2:13-cv-00747 |
| Lanthrip, Jessie | 2:13-cv-29508 |
| Lawson, Helena | 2:13-cv-04547 |
| Lawyer-Johnson, Barbara | 2:12-cv-02690 |
| Leal-Yniguez, Kathleen | 2:13-cv-18687 |
| Lincoln, Sharon | 2:13-cv-03018 |
| Lucas, Barbara | 2:12-cv-00515 |
| Lynch, Debra | 2:13-cv-02697 |
| Mack, Donna | 2:12-cv-04052 |
| Mackey, Rochelle | 2:12-cv-04395 |
| Malone, Elizabeth | 2:13-cv-11834 |
| Markes, Esther | 2:13-cv-12852 |
| Martin, Tamara | 2:13-cv-08080 |
| McCracken, Debra | 2:12-cv-01537 |
| McLemore, Alice | 2:12-cv-08410 |
| McNair, Josephine | 2:13-cv-18702 |
| McPhetridge, Kimberly | 2:13-cv-08281 |
| Metcalf, Barbara | 2:13-cv-09775 |
| Middlebrook, Polly | 2:12-cv-00396 |
| Miller, Linda | 2:13-cv-03398 |
| Milner, Mary Ellen | 2:13-cv-11008 |
| Moore, Susan | 2:13-cv-03131 |
| Morgan, Karen | 2:13-cv-13760 |
| Morgan, Sandra | 2:13-cv-06595 |
| Noles, Sherrie | 2:12-cv-04551 |
| Olsen, Danni | 2:13-cv-07101 |
| Oropallo, Rose | 2:13-cv-07102 |
| Oschner, Melissa | 2:13-cv-07379 |
| Palmer, Debbie | 2:13-cv-02911 |
| Peek, Sharon | 2:13-cv-00824 |
| Pense, Diana | 2:13-cv-07319 |
| Peridore, Courtney | 2:13-cv-08851 |
| Pierson, Linda | 2:13-cv-04738 |
| Powell, Melissa | 2:13-cv-04333 |
| Pritzkau, Nadine | 2:12-cv-08719 |
| Rediker, Bobbie | 2:13-cv-08084 |
| Redmon, Emma | 2:13-cv-17169 |
| Reed, Velma | 2:13-cv-06445 |
| Regier, Cheryl | 2:13-cv-15683 |


| | |
|---|---|
| Rhoden, Connie | 2:12-cv-07726 |
| Rogers, Lori | 2:13-cv-09780 |
| Rose, Deborah | 2:13-cv-10626 |
| Satterfield, Sara | 2:13-cv-22712 |
| Satterwhite, Mary Lou | 2:13-cv-11833 |
| Seehafer, Jeanne | 2:13-cv-18739 |
| Sheets, Sheena | 2:13-cv-05489 |
| Shultis, Stacy | 2:12-cv-00654 |
| Sidwell, Loretta | 2:12-cv-01737 |
| Smith, Carrie | 2:12-cv-00258 |
| Smith, Tami | 2:12-cv-06334 |
| Snyder, Yvonne | 2:13-cv-08379 |
| Stallman, Diane | 5:11-cv-02676-JRA |
| Stanley, Tammy | 2:13-cv-04577 |
| Stapleton, Annette | 2:12-cv-03965 |
| Stegmann, Barbara | 2:13-cv-13752 |
| Stout, Katie | 2:13-cv-05666 |
| Styles, Susan | 2:13-cv-07719 |
| Sutton, Kimberly | 2:13-cv-07671 |
| Talucci, Gail | 2:13-cv-06598 |
| Taylor, Lena | 2:13-cv-05117 |
| Thompson, Donna | 2:13-cv-05388 |
| Thompson, Sheila | 2:12-cv-01289 |
| Tompkins, Karen | 2:13-cv-04147 |
| Townsend, Hazel | 2:13-cv-04410 |
| Travis, Samantha | 2:13-cv-18200 |
| Trinidad, Carmen | 2:13-cv-13779 |
| Wafer, Kathleen | 2:13-cv-00906 |
| Webster, Tina | 2:13-cv-04546 |
| Wheeler, Jennifer | 2:13-cv-01962 |
| White, Helga | 2:12-cv-00298 |
| Wilde, Cynthia | 2:13-cv-03081 |
| Wilkins, Mary | 2:12-cv-02280 |
| Williams, LaVerne | 2:13-cv-08957 |
| Williams, Linda | 2:12-cv-01490 |
| Winsted, Sherry | 2:13-cv-09874 |
| Woods, Kathy | 2:13-cv-05487 |