IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC.                                                                MDL NO. 2327
     PELVIC REPAIR SYSTEM PRODUCTS
     LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

    Pending before the court is a Motion to Substitute Counsel filed on October 19, 2016 [ECF No. 2999] and a duplicate Motion to Substitute Counsel filed on October 19, 2016 [ECF No. 3000]. In the motions, counsel request that in the main MDL and each member case in MDL No. 2327 in which attorney Jeff Sbaih formerly of Eisenberg Gilchrist & Cutt appears, attorney Sarah Wade[1] of Eisenberg Gilchrist & Cutt be substituted as counsel.

    It is **ORDERED** that the Motion to Substitute Counsel at ECF No. 3000 is **GRANTED** and the Motion to Substitute Counsel at ECF No. 2999 is **DENIED as moot.**

    The Clerk is **DIRECTED** to terminate Jeff M. Sbaih as counsel for plaintiffs and to substitute Sarah Marie Wade as counsel of record, both on the main master docket and for each individual member case in MDL 2327 with which Jeff M. Sbaih is associated.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:  November 18, 2016

    */s/ Joseph R. Goodwin*
    JOSEPH R. GOODWIN
    UNITED STATES DISTRICT JUDGE

---

[1] Sarah Wade has registered with this court as Sarah Marie Wade.