IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                           MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITYLITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion to Withdraw as Counsel of Record filed on July 8, 2016 [ECF No. 2365]. In the motion, J. Gerard Stranch, IV of Branstetter, Stranch & Jennings, pllc, states that Stacey K. Skillman is no longer associated with the law firm Branstetter, Stranch & Jennings, pllc, and requests that Ms. Skillman be withdrawn as counsel in MDL No. 2327 and in each member civil action associated with MDL No. 2327. Mr. Stranch also states that he will continue to represent plaintiffs in these cases. Ms. Skillman has not responded, and the motion is ripe.

Also pending before the court is a Motion for Change of Address filed by J. Gerard Stranch, IV on July 8, 2016 [ECF No. 2364]. In that motion, counsel requests that in the main MDL and each individual member case in which Branstetter, Stranch & Jennings, pllc is associated the firm address and telephone numbers be updated as set forth in the motion. Counsel has stated that this motion applies to attorneys J. Gerard Stranch, IV and Benjamin A. Gastel. The email address remains unchanged.

It is **ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED.** It is further **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is **DIRECTED** to terminate Stacey K. Skillman as counsel for plaintiffs both

on the main master docket and for each individual member case in MDL 2327 with which Stacey K. Skillman is associated; and, update the firm address and telephone numbers, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which J. Gerard Stranch, IV and Benjamin A. Gastel are associated.

    The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER: November 18, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE