IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT A:

### JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis_____
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg_____
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ G. Sean Jez
G. Sean Jez
FLEMING NOLEN & JEZ
Suite 1600
2800 Post Oak Boulevard
Houston, TX 77056
713.621.7944 (phone)
713.621.9638 (fax)
sean_jez@fleming-law.com
*Attorney for Plaintiffs on Exhibit A*

Dated: November 21, 2016

**EXHIBIT A – FLEMING NOLEN & JEZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05320 | Jena J. Milani v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-cv-05718 | Karen S. Datray, Donald Datray, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-02554 | Liliana P. Self, Johnny Self v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-02582 | LaVerne Britt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                /s/ Barbara R. Binis
                Barbara R. Binis