UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
                                                                                                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER

The Honorable Joseph R. Goodwin, United States District Judge, has notified the Clerk that he is disqualified to serve as presiding judge in the civil actions listed on Exhibit A attached hereto pursuant to the provisions of 28 United States Code, § 455(b)(5)(iii).  Specifically, Judge Goodwin was just recently advised that a "person with the third degree of relationship" has recently joined the Law Firm of Frost Brown and Todd as partner.  Accordingly, the civil actions listed on Exhibit A are hereby REASSIGNED from the docket of Judge Goodwin to the docket of the Honorable Robert C. Chambers, Chief United States District Judge, for all further proceedings.

This Order applies to the individual cases listed on Exhibit A, and the Clerk is directed to file this order in the individual cases listed on Exhibit A and to file a copy of this order on the docket for the main MDL 2327.  The Clerk is directed to forward copies of this order to Judge Goodwin, Chief Judge Chambers, counsel of record, and to any unrepresented parties.

DATED:  November 22, 2016

_____
**TERESA L. DEPPNER**
**Clerk of Court**

# Exhibit A

| Case No. | Case Style |
|---|---|
| 2:12-cv-00485 | Laffoon v. Ethicon, Inc. et al |
| 2:12-cv-00547 | Riddell et al v. Ethicon, Inc. et al |
| 2:12-cv-00765 | Taylor et al v. Ethicon, Inc. et al |
| 2:12-cv-00854 | Ballard et al v. Ethicon, Inc. et al |
| 2:12-cv-00864 | Nolan v. Ethicon, Inc. et al |
| 2:12-cv-00931 | Collins v. Ethicon, Inc. et al |
| 2:12-cv-00967 | Shepherd v. Ethicon, Inc. et al |
| 2:12-cv-01275 | Long v. Johnson & Johnson et al |
| 2:12-cv-01495 | Martin et al v. Ethicon, Inc. et al |
| 2:12-cv-01498 | Smith et al v. Johnson & Johnson et al |
| 2:12-cv-01562 | Sanders et al v. Johnson & Johnson et al |
| 2:12-cv-01564 | Childress et al v. Johnson & Johnson et al |
| 2:12-cv-01623 | Smith v. Ethicon, Inc. et al |
| 2:12-cv-01660 | Cooper et al v. Johnson & Johnson et al |
| 2:12-cv-01662 | Smallwood et al v. Ethicon, Inc. et al |
| 2:12-cv-01709 | Swanson et al v. Ethicon, Inc. et al |
| 2:12-cv-01711 | Hutchison v. Johnson & Johnson et al |
| 2:12-cv-01712 | Suter et al v. Johnson & Johnson et al |
| 2:12-cv-01790 | Cutter et al v. Ethicon, Inc. et al |
| 2:12-cv-01830 | Strickland et al v. Ethicon, Inc. et al |
| 2:12-cv-01833 | Abell et al v. Ethicon, Inc. et al |
| 2:12-cv-01855 | Hays et al v. Ethicon, Inc. et al |
| 2:12-cv-01857 | Sutton v. Ethicon, Inc. et al |
| 2:12-cv-01974 | Slocumb v. Ethicon, Inc. et al |
| 2:12-cv-01984 | Cope et al v. Ethicon, Inc. et al |
| 2:12-cv-02071 | Kennedy v. Ethicon, Inc. et al |
| 2:12-cv-02076 | Daugherty et al v. Ethicon, Inc. et al |
| 2:12-cv-02077 | Marshall et al v. Ethicon, Inc. et al |
| 2:12-cv-02094 | Hicks et al v. Ethicon, Inc. et al |
| 2:12-cv-02135 | Crabtree et al v. Ethicon, Inc. et al |
| 2:12-cv-02138 | Maxwell v. Ethicon, Inc. et al |
| 2:12-cv-02187 | Miller v. Ethicon, Inc. et al |
| 2:12-cv-02221 | Rodgers et al v. Ethicon, Inc. et al |
| 2:12-cv-02475 | Arnette et al v. Ethicon, Inc. et al |
| 2:12-cv-02476 | Baker et al v. Johnson & Johnson et al |
| 2:12-cv-02477 | Harvey et al v. Ethicon, Inc. et al |
| 2:12-cv-02479 | Milan v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:12-cv-02546 | Thorpe v. Ethicon, Inc. et al |
| 2:12-cv-02576 | Jackson et al v. Johnson & Johnson et al |
| 2:12-cv-02669 | Webb et al v. Johnson & Johnson et al |
| 2:12-cv-02670 | Wiley v. Johnson & Johnson et al |
| 2:12-cv-02728 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-02751 | Carrell et al v. Ethicon, Inc. et al |
| 2:12-cv-02788 | Coward v. Ethicon, Inc. et al |
| 2:12-cv-02819 | Brusseau et al v. Ethicon, Inc. et al |
| 2:12-cv-02880 | Sweeney v. Ethicon, Inc. et al |
| 2:12-cv-02942 | Miller et al v. Ethicon, Inc. et al |
| 2:12-cv-03038 | Richmond v. Ethicon, Inc. et al |
| 2:12-cv-03093 | Ludwig et al v. Ethicon, Inc. et al |
| 2:12-cv-03125 | Holland v. Johnson & Johnson et al |
| 2:12-cv-03128 | Smith v. Ethicon, Inc. et al |
| 2:12-cv-03130 | Thomas et al v. Ethicon, Inc. et al |
| 2:12-cv-03140 | Krauser et al v. Ethicon, Inc. et al |
| 2:12-cv-03560 | Lester v. Ethicon, Inc. et al |
| 2:12-cv-03577 | Mullins et al v. Ethicon, Inc. et al |
| 2:12-cv-03578 | Watkins v. Ethicon, Inc. et al |
| 2:12-cv-03579 | Glass et al v. Ethicon, Inc. et al |
| 2:12-cv-03586 | Harvell v. Ethicon, Inc. et al |
| 2:12-cv-03593 | Eversole v. Ethicon, Inc. et al |
| 2:12-cv-03594 | Vanover et al v. Ethicon, Inc. et al |
| 2:12-cv-03595 | Himes v. Ethicon, Inc. et al |
| 2:12-cv-03596 | Farrar v. Ethicon, Inc. et al |
| 2:12-cv-03597 | Smith et al v. Ethicon, Inc. et al |
| 2:12-cv-03727 | Hampton et al v. Ethicon, Inc. et al |
| 2:12-cv-03870 | Thacker v. Ethicon, Inc. et al |
| 2:12-cv-03872 | Keller v. Ethicon, Inc. et al |
| 2:12-cv-03873 | Knox et al v. Ethicon, Inc. et al |
| 2:12-cv-03874 | Wooten et al v. Ethicon, Inc. et al |
| 2:12-cv-04061 | Lloyd et al v. Ethicon, Inc. et al |
| 2:12-cv-04541 | Raymond et al v. Ethicon, Inc. et al |
| 2:12-cv-04671 | Sparkman et al v. Ethicon, Inc. et al |
| 2:12-cv-04836 | Cross v. Ethicon, Inc. et al |
| 2:12-cv-04844 | Gaines v. Ethicon, Inc. et al |
| 2:12-cv-05040 | McCoy v. Ethicon, Inc. et al |
| 2:12-cv-05142 | Gibson et al v. Ethicon, Inc. et al |
| 2:12-cv-05208 | Johnson et al v. Ethicon, Inc. et al |
| 2:12-cv-05412 | Moore et al v. Ethicon, Inc. et al |
| 2:12-cv-05413 | Harden v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-21112 | Burgin et al v. Ethicon, Inc. et al |
| 2:15-cv-07474 | Mayfield et al v. Johnson & Johnson et al |
| 2:15-cv-13941 | Rose et al v. Robertson et al |