IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.            )
PELVIC REPAIR SYSTEM            )
PRODUCTS LIABILITY LITIGATION   )
                                            2:12-md-02327

**THIS DOCUMENT RELATES TO:**
*Carol Pike, et al. v. Ethicon, Inc. and Johnson & Johnson—Civil Action No.:  2:16-cv-09883*

**CERTIFICATE OF COMPLIANCE WITH PTO 240**

I hereby certify that to the best of my information and belief, my firm has supplied the information required pursuant to Pretrial Order 240 for Plaintiff Carol Pike, as follows:

1. Proof of product identification for Ethicon product for which claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon products for which claim is alleged.

Date:  November 22, 2016                    Respectfully Submitted,


                                            s/Deborah K. Palmer
                                            Deborah K. Palmer (P67957)
                                            VARNUM, LLP
                                            251 North Rose St., 4th Floor
                                            Kalamazoo, MI 49007
                                            Telephone: (269) 553-3511
                                            Facsimile:  (269) 382-2382
                                            Email:  dkpalmer@varnumlaw.com
                                            Attorney for Plaintiffs, CAROL PIKE and
                                            DARRELL PIKE

**CERTIFICATE OF SERVICE**

     I, Deborah Palmer, certify that on November 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

     Respectfully Submitted,


     s/Deborah K. Palmer
     Deborah K. Palmer (P67957)
     VARNUM, LLP
     251 North Rose St., 4th Floor
     Kalamazoo, MI 49007
     Telephone: (269) 553-3511
     Facsimile:  (269) 382-2382
     Email:  dkpalmer@varnumlaw.com
     Attorney for Plaintiffs, CAROL PIKE and DARRELL PIKE

11177391_1.docx