IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2871], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-P, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-P.

ENTER: November 30, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-07418 | Nancy Ruth Budde v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07634 | Pamela Joan Bell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07796 | Patricia E. Ash v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DOUGLAS & LONDON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-22838 | Diane Sylven, Steven Sylven v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – DUGAN LAW FIRM, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-06395 | Margaret Kerley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – HARRISON DAVIS STEAKLEY MORRISON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26086 | Linda H. Turner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – HEARD ROBINS CLOUD LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10319 | Betty A. James, Joseph James v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |
| 2:13-CV-28161 | DyAnne L. Barksdale, Michael H. Barksdale v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-28163 | Bonnie Seratt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-20385 | Sandra Jackson, Rudolph Jackson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – HERMAN, HERMAN AND KATZ, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02092 | Gwendolyn M. Olivier, Armand Olivier v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

**EXHIBIT G – KLINE & SPECTER, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25272 | Susan Casperson, Robert Casperson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT H – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-04330 | Linda H. Medeiros v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-20788 | Bunny Lee Maxwell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-26894 | Nancy Tulenko v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-15499 | Carol S. Carter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT I – NASTLAW LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-18007 | Maureen Rich v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT J – NEMEROFF LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26236 | Ramona J. Lemaster, Marvin Lemaster v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT K – SMITH STAG, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04233 | Martha Turner, Walter Turner v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT L – THE NATIONS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02753 | Lillie L. Brewer, Daniel Brewer v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:14-CV-04605 | Barbara A. Smith, Robert L. Smith Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT M – THE POTTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03572 | Janet Bowling, Robert Bowling  v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:12-CV-06645 | Tambrea Holden, Timothy L. Holden v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-05811 | Michelle Spencer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-07532 | Grace Wesenberg, Kenneth Wesenberg v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT N – VERHINE & VERHINE PLLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00270 | Grace B. Dyrud, Keith Dyrud v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-30948 | Dawn K. Wright, Timothy L. Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-11539 | Margie Timms, Clarence Timms v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT O – WATTS GUERRA CRAFT**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-15138 | Rosalinda Barrera v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT P – WILLIAMS KHERKLER HART BOUNDAS, LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-13729 | Faith Moreno, Victor Moreno v. Ethicon, Inc.,  Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22162 | Delores Harris, Jack Patrick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:13-CV-27933 | Christina Yolanda Phillips, Daniel Phillips  v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |