IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2874], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-L, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-L.

ENTER: November 30, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-03926 | Ruth N. Sexton v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-00258 | Doree Lea Myers v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-05184 | Laurie Virginia Stone v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – DOUGLAS & LONDON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:14-cv-22838~~ | ~~Diane Sylven, Steven Sylven v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc.~~ |

**EXHIBIT C – DUGAN LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-06541 | Emily T. Leon, Andrew C. Leon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – EISENBERG ROTHWEILER WINKLER EISENBERG & JECK**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-24249 | Deborah Freiss-Zito, Anthony Zito v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

# EXHIBIT E – HERMAN, HERMAN & KATZ, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:12-cv-02092~~ | ~~Gwendolyn M. Olivier and Armand Olivier v. Johnson & Johnson, Ethicon, Inc., and American Medical Systems, Inc.~~ |

## EXHIBIT F – KELLEY, BERNHEIM & DOLINSKY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-09446 | Raquel C. Sau v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT G – MCGARTLAND

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-29842 | Carolyn Lee Barrow, Dale Barrow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – MOODY LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-04636 | Debra Orchard, Jeff Orchard v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-cv-11886 | Malinda Zapalac v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-17802 | Denise Ryan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT I – POTTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:12-cv-03572~~ | ~~Janet Bowling and Robert Bowling v. Ethicon, Inc., Johnson & Johnson & American Medical Systems, Inc.~~ |

## EXHIBIT J – SMITH STAG

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-14734 | Teresa Earnest, Toby Earnest v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT K – SOLIS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-14634 | Betsy Abad v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC |
| 2:13-cv-15502 | Eduarda Flores de Sosa, Juan Sosa v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-17347 | Maria Solano, Guadencio Solano v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, American Medical Systems, Inc. |

**EXHIBIT L – WATTS GUERRA**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06697 | Virginia Ferrell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |