IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANT COLOPLAST CORP. WITH PREJUDICE**

Plaintiffs whose case is listed on the attached Exhibit A and Defendant Coloplast Corp.[1] ("Coloplast") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims, and third party claims. Accordingly, they jointly move the court to dismiss Coloplast as a Defendant in this action with prejudice, and terminate Coloplast from the docket in this action, parties to bear their own costs. Other Defendants remain in this action, and Plaintiffs will continue to prosecute this action against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

Respectfully submitted,

By: */s/ A. Donald C. Discepolo*  
A. Donald C. Discepolo  
DISCEPOLO LLP  
111 S. Calvert Street, Suite 1950  
Baltimore, Maryland 21202  
Tel.: (410) 296-0780  
Fax: (410) 296-2263  
don@discepolollp.com  

*Attorney for Plaintiffs in Exhibit A*

By: */s/ Lana K. Varney*  
Lana K. Varney  
NORTON ROSE FULBRIGHT US LLP  
98 San Jacinto Blvd.  
Suite 1100  
Austin, Texas  78701-4255  
Tel.: (512) 474-5201  
Fax: (512) 536-4598  
lana.varney@nortonrosefulbright.com  

*Attorney for Defendant Coloplast Corp.*

Dated: December 1, 2016

## EXHIBIT A – DISCEPOLO

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-13226 | Sandra Gillilan, et al. v. Ethicon, Inc., et al. |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      */s/ Lana K. Varney*
                                        Lana K. Varney