IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in ths action with prejudice and terminate BSC from the docket of the Court the action, each party to bear its own costs. Other defendants remain pending in this action, and plaintiffs will continue to prosecute their action against them.

Dated December 6, 2016                    Respectfully submitted,

                                          By: /s/ Jon A. Strongman
                                          Robert T. Adams – MO Bar #: 34612
                                          Jon A. Strongman – MO Bar #: 53995
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108
                                          Telephone: 816.474.6550
                                          Facsimile: 816.421.5547
                                          rtadams@shb.com
                                          jstrongman@shb.com

7912783 v1

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP**

By: /s/Scott Levensten
Scott Levensten
THE LEVENSTEN LAW FIRM
1420 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19102
Telephone: 215-545-5600
Facsimile: 215-545-5156
Email: sdl@levenstenlawfirm.com

**COUNSEL FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases attached as Exhibit A.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP**

7912783 v1

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-28371 | FRANKLIN, Jennie and Rodger Franklin vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, and Boston Scientific Corporation |