IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION      MDL NO. 2327

**O R D E R**
(Vacating Inactive Docket Order)

On November 30, 2016, I entered an Inactive Docket Order placing approximately 185 cases on an inactive docket. One of those cases had been reassigned to Chief Judge Robert C. Chambers. Therefore, it is **ORDERED** that the Inactive Docket Order entered on November 30, 2016 [ECF No. 3247] is **VACATED**, but only as to the inactive status of the following member case:

*Johnson, et al. v. Ethicon, Inc., et al.*      Civil Action No. 2:12-cv-05208

which case is listed on Exhibit A attached to the order.

The court **DIRECTS** the Clerk to place the above listed case back on the active docket and file a copy of this order in 2:12-md-2327 and in the individual case listed above. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: December 7, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE