UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2327


**TRANSFER ORDER**


      **Before the Panel:** Plaintiffs in the three actions listed on Schedule A move under Panel Rule 7.1 to vacate our orders conditionally transferring their actions to MDL No. 2327. Defendants Johnson & Johnson, Ethicon, Inc., and Ethicon, LLC (together, Ethicon), oppose the motion to vacate as to the two actions pending in the Eastern District of Missouri, and defendant Boston Scientific Corporation opposes the motion as to the action pending in the Eastern District of Pennsylvania.

      After considering the argument of counsel, we find these actions involve common questions of fact with the actions previously transferred to MDL No. 2327, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that these actions share questions of fact with MDL No. 2327. Like many of the already-centralized actions, they involve factual questions arising from allegations that Ethicon and related entities defectively designed, manufactured, and marketed pelvic surgical mesh products, resulting in serious injuries, and that defendants failed to provide appropriate warnings and instructions regarding the risks and dangers posed by the devices. *See In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig., et al.*, 844 F. Supp. 2d 1359 (J.P.M.L. 2012).

      In support of the motions to vacate, plaintiffs argue that federal subject matter jurisdiction is lacking, and plaintiffs' motions to remand to state court are pending. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

      The Eastern District of Pennsylvania plaintiff also argues that transfer will cause a delay in the resolution of her action because she contends the case was scheduled for trial in state court. We have found that, while transfer of a particular action might inconvenience some parties to that action, transfer often is necessary to further the expeditious resolution of the litigation taken as a whole. *See*

---

[1]     Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so.

-2-

*In re: Crown Life Ins. Premium Ins. Litig.*, 178 F. Supp. 2d 1365, 1366 (J.P.M.L. 2001). Moreover, plaintiff's argument is based on the case's procedural posture in state court, where it is not presently pending.

IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Ellen Segal Huvelle |
| R. David Proctor | Catherine D. Perry |

**IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                                                 MDL No. 2327

## SCHEDULE A

<u>Eastern District of Missouri</u>

BRAWLEY, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16-01439
RAY, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16-01441

<u>Eastern District of Pennsylvania</u>

TALLO v. ETHICON, INC., ET AL., C.A. No. 2:16-04974



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Existing Transfer Order (Transferee Court)
JPMLCMECF
to:
JPMLCMDECF
12/07/2016 03:54 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/7/2016 at 3:53 PM EST and filed on 12/7/2016
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

**Case Name:**     TALLO v. ETHICON, INC. et al
**Case Number:**   PAE/2:16-cv-04974
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

| | |
|---|---|
| **Case Name:** | Ray et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:16-cv-01441 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

| | |
|---|---|
| **Case Name:** | Brawley et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:16-cv-01439 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

**No public notice (electronic or otherwise) sent because the entry is private**

Case 2:12-md-02327   Document 3259   Filed 12/07/16   Page 6 of 11 PageID #: 118546



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products
Liability Litigation Transfer Order
JPMLCMECF
to:
JPMLCMDECF
12/07/2016 03:53 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/7/2016 at 3:52 PM EST and filed on 12/7/2016
**Case Name:**         IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**       MDL No. 2327
**Filer:**
**Document Number:** 2550

**Docket Text:**
**TRANSFER ORDER re: pldg. ([2470] in MDL No. 2327, 5 in MOE/4:16-cv-01441), ([2469] in MDL No. 2327, 5 in MOE/4:16-cv-01439), ([2476] in MDL No. 2327, 7 in MOE/4:16-cv-01439, 7 in MOE/4:16-cv-01441, 8 in PAE/2:16-cv-04974), ([2471] in MDL No. 2327, 5 in PAE/2:16-cv-04974)**

**Transferring 3 action(s) - MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

**Case Name:**         TALLO v. ETHICON, INC. et al
**Case Number:**       PAE/2:16-cv-04974
**Filer:**

**Document Number:** 11

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2470] in MDL No. 2327, 5 in MOE/4:16-cv-01441), ( [2469] in MDL No. 2327, 5 in MOE/4:16-cv-01439), ( [2476] in MDL No. 2327, 7 in MOE/4:16-cv-01439, 7 in MOE/4:16-cv-01441, 8 in PAE/2:16-cv-04974), ( [2471] in MDL No. 2327, 5 in PAE/2:16-cv-04974)**

**Transferring 3 action(s) - MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

| | |
|---|---|
| **Case Name:** | Ray et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:16-cv-01441 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2470] in MDL No. 2327, 5 in MOE/4:16-cv-01441), ( [2469] in MDL No. 2327, 5 in MOE/4:16-cv-01439), ( [2476] in MDL No. 2327, 7 in MOE/4:16-cv-01439, 7 in MOE/4:16-cv-01441, 8 in PAE/2:16-cv-04974), ( [2471] in MDL No. 2327, 5 in PAE/2:16-cv-04974)**

**Transferring 3 action(s) - MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

| | |
|---|---|
| **Case Name:** | Brawley et al v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:16-cv-01439 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**TRANSFER ORDER re: pldg. ( [2470] in MDL No. 2327, 5 in MOE/4:16-cv-01441), ( [2469] in MDL No. 2327, 5 in MOE/4:16-cv-01439), ( [2476] in MDL No. 2327, 7 in MOE/4:16-cv-01439, 7 in MOE/4:16-cv-01441, 8 in PAE/2:16-cv-04974), ( [2471] in MDL No. 2327, 5 in PAE/2:16-cv-04974)**

**Transferring 3 action(s) - MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441,**

**PAE/2:16-cv-04974**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/7/2016.**

**Associated Cases: MDL No. 2327, MOE/4:16-cv-01439, MOE/4:16-cv-01441, PAE/2:16-cv-04974 (dn)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N. Frankovitch     carl@facslaw.com

Michael J Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr     hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:16-cv-04974 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B. Balefsky     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, reickbush@shb.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

JOSEPH H. BLUM     jblum@shb.com

Erin P. Loucks     eloucks@shb.com

**PAE/2:16-cv-04974 Notice will not be electronically mailed to:**

**MOE/4:16-cv-01441 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jeff@jefflowepc.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross     across@careydanis.com

Dan H. Ball     dhball@bryancave.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

Jeffrey J. Lowe     jlowe@careydanis.com

James P. Emanuel, Jr     james.emanuel@bryancave.com

John Francis Garvey, Jr     jgarvey@careydanis.com

**MOE/4:16-cv-01441 Notice will not be electronically mailed to:**

**MOE/4:16-cv-01439 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jeff@jefflowepc.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross     across@careydanis.com

Dan H. Ball     dhball@bryancave.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

Page 5 of 5
Case 2:12-md-02327   Document 3259   Filed 12/07/16   Page 11 of 11 PageID #: 118551

James P. Emanuel, Jr    james.emanuel@bryancave.com

**MOE/4:16-cv-01439 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/7/2016] [FileNumber=702564-0]
[4d8172433a2e90fa25ad5bbc9d0c4a4c9077dcd8ce661b45096312b21e142212c9dbd
96205fd4103e72d3b4aea1c336e5342b18c6f0c17ef0a2ac054a8c04be5]]