## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kim Ray<br>Denise Just<br>Dorothy Blackmon<br>Beverly Bond<br>Freda Chaloupka<br>Sheri Chaney<br>Peggy Hodges<br>Kelly Leidemer<br>Ethel Moreno<br>Gayle Riccardi<br>Melinda Roberts<br>Loren Rollo-Marter<br>Ramona Schaeffer<br>Brenda Shay<br>Darlene Sinclair<br>Grace Turner<br>Barbara Wackes | Missouri Eastern | 4:16-cv-1441 | 2:16-cv-11877 |