## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Kathy Jo Brawley<br>Gail Dopp<br>Eileen Eckhardt<br>Linda Feger<br>Judith Fisher<br>Nancy Gallegan<br>Rita Goodson<br>Mary Green<br>Angela Hagens<br>Jacquelyne Hancock<br>Karen Harris-Hall<br>Janice Howard<br>Tracy Jaros | Missouri Eastern | 4:16-cv-1439 | 2:16-cv-11881 |