IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES
EXCLUDING THOSE ETHICON CASES
ASSIGNED TO JUDGE CHAMBERS

**PRETRIAL ORDER # 246**
(Order Amending PTO # 40 - Plaintiff Fact Sheet)

It is **ORDERED** that PTO # 40 related to Plaintiff Fact Sheets is amended for the purpose of changing one of the two email addresses for defendants. Plaintiff Fact Sheets should be served via email as follows:

Plaintiffs -   Rbaggett@awkolaw.com (Renee Baggett) and

tcartmell@wcllp.com (Tom Cartmell)

Ethicon -   RDavis@tcspllc.com (Robyn Davis) and ppf@butlersnow.com

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:16-cv-11841, *excluding those cases assigned to Judge Chambers*. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to

2

counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: December 9, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE