## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

### JOINT MOTION TO DISMISS DEFENDANT
### AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-G and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Jeff S. Gibson
Jeff S. Gibson
COHEN & MALAD
Suite 1400
One Indiana Square
Indianapolis, IN 46204
317.636.6481 (phone)
317.636.2593 (fax)
jgibson@cohenandmalad.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Jon C. Conlin
Jon C. Conlin
CORY WATSON
Suite 200
2131 Magnolia Avenue
Birmingham, AL 35205
205.328.2200 (phone)
205.324.7896 (fax)
TVMInfo@corywatson.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Bill Robins, III
Bill Robins, III
HEARD ROBINS CLOUD & BLACK
Suite 200
300 Paseo de Peralta
Santa Fe, NM 87501
505.986.0600 (phone)
505.986.0632 (fax)
robins@heardrobins.com
*Attorneys for Plaintiffs on Exhibit D*

/s/ Michael J. Miller
Michael J. Miller
THE MILLER FIRM
108 Railroad Avenue
Orange, VA 22960
540.672.4224 (phone)
540.672.3055 (fax)
mdicke@millerfirmllc.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM
P. O. Box 1138
Portsmouth, VA 23705
757.393.6020 (phone)
757.399.3019 (fax)
will@moodyrrlaw.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Sejal K. Brahmbhatt
Sejal K. Brahmbhatt
WILLIAMS KHERKHER HART
BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2227 (phone)
713.643.6226 (fax)
sbrahmbhatt@williamskherkher.com
*Attorney for Plaintiffs on Exhibit G*

Dated:  December 12, 2016

## EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11063 | Andra Marie Miller v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – COHEN & MALAD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-28670 | Lisa Santaliz v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – CORY WATSON, P.C.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00763 | Laquita Riddick, Carl Riddick v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT D – HEARD ROBINS CLOUD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02852 | Marie Morris v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:14-CV-10416 | Marilyn Cavanaugh v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Mentor Worldwide LLC |
| 2:14-CV-22426 | Betty Wyatt, Raymond Wyatt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT E – THE MILLER FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-17481 | Sandra Burlingame v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – THE MOODY LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-08534 | Cynthia Brown, Charles Brown v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT G – WILLIAMS KHERKHER HART BOUNDAS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-23092 | Rita Steinberger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis
Barbara R. Binis