## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendants C. R. Bard, Inc. and Covidien Entities with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 2752], is a Joint Motion to

Dismiss Covidien Entities with Prejudice filed by plaintiffs, identified on the attached

Exhibit A, Sofradim Production SAS,[1]  Tissue Science Laboratories Limited,[2] and

Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent

they are named as Defendants, seeking dismissal of the Covidien entities and C. R.

Bard, Inc. from these actions with prejudice because all claims between them have

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, Medtronic International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic,Inc.

been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Covidien Entities with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss the Covidien entities and C. R. Bard, Inc., where named, and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: December 13, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A- FREESE & GOSS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06185 | Aime, Anna |
| 2:13-cv-18991 | Clay, Torrey E. |
| 2:13-cv-19164 | Smith, Diana L. |
| 2:13-cv-19278 | Frankewich, Carol |
| 2:13-cv-19283 | Hardin-Corrie, Claudette |
| 2:13-cv-19286 | Huff, Gayle |
| 2:13-cv-19302 | Morris-Leong, Donola and James |
| 2:13-cv-19516 | Rhoads, Sandra |
| 2:13-cv-19519 | Shiffer, Roberta |
| 2:13-cv-19520 | Snider, Christine D. |
| 2:13-cv-26401 | Jennifer Vance |
| 2:14-cv-14339 | Damato, Cheryl |
| 2:14-cv-27031 | Calvary, Francine |
| 2:14-cv-27040 | Ingram, Mary Margaret |
| 2:15-cv-04814 | Coraggio, Mary |