## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEM                MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
ALL WAVE 2 TVT AND TVT-O CASES
EXCLUDING THOSE CASES ASSIGNED
TO CHIEF JUDGE CHAMBERS

### O R D E R

Pending is the Defendants' Motion for Leave to Extend Time to File Response in Opposition to Plaintiffs' Motion to Exclude Dr. Larry T. Sirls' TVT/TVT-O General Opinions, filed on September 26, 2016 [ECF 2865].  In the motion, defendants seek leave to file a response to plaintiffs' Motion to Exclude Dr. Larry T. Sirls' TVT/TVT-O General Opinions.  The plaintiffs have responded and do not object to a short extension of time to respond to the *Daubert* motion regarding Dr. Sirls.

It is **ORDERED** that the Defendants' Motion for Leave to Extend Time to File Response in Opposition to Plaintiffs' Motion to Exclude Dr. Larry T. Sirls' TVT/TVT-O General Opinions is **GRANTED** for only those Wave 2 cases assigned to Judge Goodwin**.**  Any reply must be filed on or before **December 20, 2016**.

The Clerk is **DIRECTED** to file Defendants' Opposition to Plaintiffs' Motion to Exclude Dr. Larry T. Sirls' TVT/TVT-O General Opinions [ECF No. 2865-1] with the exhibits provided

[ECF Nos. 2865-2, 2865-3 and 2865-4] as of the date of this order.   The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  December 13, 2016

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE