IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO ALL
WAVE 3 CASES EXCLUDING THOSE
ASSIGNED TO CHIEF JUDGE CHAMBERS

### O R D E R

Pending is the Plaintiffs' Motion for Leave to Late-File Motion to Limit the Opinions and Testimony of Harry Johnson, Jr., M.D., filed on September 27, 2016 [ECF 2866]. In the motion, plaintiffs seek leave to file a general *Daubert* motion with respect to Dr. Johnson. The defendants have not responded, and the motion is ripe.

It is **ORDERED** that the Plaintiffs' Motion for Leave to Late-File Motion to Limit the Opinions and Testimony of Harry Johnson, Jr., M.D., is **GRANTED** for only those Wave 3 cases assigned to Judge Goodwin, and plaintiffs shall file the *Daubert* motion immediately upon receipt of this Order. Any response to the plaintiffs' *Daubert* motion regarding general expert Harry Johnson, Jr. M.D. must be filed on or before **December 27, 2016**; any reply must be filed on or before **January 3, 2017**.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 13, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE