# EXHIBIT B

# HARRY WALLACE JOHNSON, JR., M.D.
### Curriculum Vitae

**ADDRESS:** University of Maryland School of Medicine
Department of Obstetrics, Gynecology and
 Reproductive Sciences

Telephone:
Fax:
Email:

**PERSONAL INFORMATION:**

Born:
Citizenship: USA
Martial Status:
Children:

**EDUCATION:**

| | | |
|---|---|---|
| Undergraduate: | 1978 | Duke University<br>B.A. - Management Science |
| | 1980 | University of North Carolina at Greensboro<br>B.A. - Biology<br>Honors - Beta Beta Beta Biology National Honor Society |
| Medical: | 1984 | Wake Forest University Medical Center<br>Bowman Gray School of Medicine - M.D. |
| Postgraduate: | 1984-85 | Wake Forest University Medical Center<br>North Carolina Baptist Hospitals, Inc.<br>Internship - General Surgery |
| | 1985-89 | University of Maryland Medical Center<br>Department Obstetrics and Gynecology |
| | 1985-86 | Internship |
| | 1986-87 | Junior Assistant Resident |
| | 1987-88 | Senior Assistant Resident |
| | 1988-89 | Administrative Chief Resident |
| | 1992-93 | Fellowship - Greater Baltimore Medical Center<br>Pelvic Surgery, Operative Endoscopy, Urogynecology |

**LICENSURE:**

Maryland State Board of Medical Examiners (1989-Present)
FLEX

**SPECIALTY BOARDS:**

Diplomate, American Board of OB-GYN (12/13/1991)
Recertification- 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013.

**PROFESSIONAL MEMBERSHIP:**

    American College of Obstetricians and Gynecologists Fellow
    American Association of Gynecologic Laparoscopists
    American Urogynecology Society
    Association of Professors in Gynecology and Obstetrics
    International Urogynecological Society
    Society of Pelvic Reconstructive Surgeons
    Fellow American College of Surgeons
    Medical and Chirurgical Faculty of Maryland
    Maryland OB/GYN Society
    Baltimore City Medical Society
    Douglass Obstetrical and Gynecology Society

**CERTIFICATIONS:**

    Basic Life Support
    Advanced Trauma Life Support
    Armed Forces War Surgery/Skills Enhancement

**MILITARY SERVICE:**

    United States Navy (1989-1992)
    LCDR. USNR - MC
    National Naval Medical Center, Bethesda, MD

**MILITARY AWARDS (U.S. NAVY):**

    Navy Unit Commendation Medal
    Meritorious Unit Commendation
    Navy Commendation Medal
    South West Asia Campaign Medal with 2 Bronze Stars
    National Defense Medal
    Sea Service Award
    Kuwait Liberation Medal

**ACADEMIC POSITIONS:**

    <u>University of Maryland, School of Medicine</u>
    Associate Professor, Department of Surgery, Division of Urology    (2010-present)
    Head, Division of Urogynecology and Pelvic Reproduction    (2003-present)
    Associate Vice Chairman    (2003-present)
    Associate Professor    (1999-present)
    Assistant Professor    (1995-1999)
    Clinical Instructor    (1992-1995)
    Director OB-GYN Residency Training Program (1993-2004)

Uniformed Services University of the Health Sciences
F. Edward Herbert School of Medicine
Clinical Instructor      (1989-1991)
Assistant Professor      (1991- 1992)

**CURRENT MAJOR RESPONSIBILITIES:**

1. Associate Vice Chairman
    Department of Ob/Gyn and Reproductive Sciences
    University of Maryland Medical System
2. Associate Professor
    Head, Division of Urogynecology, Pelvic Reconstructive Surgery
    University of Maryland Medical System
3. Director of Gynecology
    Baltimore V.A. Medical Center
4. Consultant - Urogynecology and Endoscopic Surgery
    Mercy Medical Center

**PROFESSIONAL AWARDS:**

OB-GYN Department Teacher of the Year Award (1994)
Baltimore's Best Doctor listing, ***Baltimore Magazine*** (1995, 1997, 2002, 2004, 2006, 2008, 2009, 2010, 2011, 2013)
The Best Doctors in America: Southeast Region (1996)
Audiovisual "Laparoscopic Pelvic Anatomy", ACOG second prize (1996)
APGO Excellence in Teaching Award (1996)
Best Doctors in America (2003-present)
Guide to America's Top Obstetricians and Gynecologists listing (2006 Edition- present)

**HOSPITAL MEDICAL STAFF APPOINTMENTS:**

| | |
|---|---|
| 2010-Present | Attending Staff, Upper Chesapeake Medical Center, Bel Air, MD |
| 2010-Present | Attending Staff, Baltimore Washington Medical Center, Glen Burnie, MD |
| 2004-2012 | Attending Staff, St. Joseph Medical Center, Towson, MD |
| 1992-Present | Attending Staff, University of Maryland Hospital, Baltimore, MD |
| 1992-Present | Attending Staff, Mercy Medical Center, Baltimore, MD |
| 1992-2011 | Attending Staff, Greater Baltimore Medical Center, Towson, MD |
| 1996-Present | Attending Staff, VA Medical Health Care System, Baltimore, MD |
| 1991-1994 | Associate Staff, St. Agnes Hospital, Baltimore, MD |
| 1991-1994 | Associate Staff, Prince George's Hospital, Cheverly, MD |
| 1989-1992 | Attending Staff, National Naval Medical Center, Bethesda, MD (Director of Ambulatory Care, Director of Urodynamic Testing Center) |
| 1989-1992 | Attending Staff, Naval Hospital, Patuxent River, MD |
| 1989-1990 | Attending Staff, Naval Hospital, Yakoska, Japan |
| 1990-1991 | Head Division OB-GYN, USNS Comfort Hospital Ship |

**ACADEMIC HOSPITAL COMMITTEES:**

National Naval Medical Center, Committee for the protection of Human Subjects (1989-1992)

3

**University of Maryland Medical System:**

       UMMC Credentials Committee (1993-present)
       UM School of Medicine Faculty Senate (1993-1994)
       UM School of Medicine Longitudinal Ambulatory Committee (1993-1997)
       UM School of Medicine Graduate Medical Education Committee (1994-1996)
       UM School of Medicine Graduate Medical Education Committee Chair (1996-2002)
       UM School of Medicine Graduate Medical Education Policy Committee (1996-2002)

**COMMITTEES: University of Maryland Medical System (continued)**

       UMMC Medical Executive Committee (1996-present)
       UMMC Women's Services Oversight Group (1996-present)
       UMMC Administrative Affairs Committee (1997-present)
       UMMC Operating Room Committee (1997-2009)
       University of Maryland Obstetrical and Gynecological Associates, P.A.
          Member, Board of Directors (1996-present)
           Vice President (1996-present)
       UMMC Chief Resident Forum (1998-2000)
       UMMC Performance Improvement Steering Committee (1999-present)
       UMMC Institutional Advancement/Outreach Subcommittee (2000-2001)

**Mercy Medical Center:**

       Physician Leadership Group for the Women's Center (1995-1998)
       OB-GYN Residency Steering Committee (1997-2004)

**SUPERVISORY EXPERIENCE:**

**Fellows:**

Urogynecology, Pelvic Reconstructive Surgery Fellow
       Barbara Plucknett, MD, 1996
       Paul Marshburn, MD, 1996
       Aileen Yee, MD, 1997
       Salil Khandawala, MD, 1997
       Kio Nihira, MD, 1998
       Mark Ellerkman, MD, 1999
       Jerome Buller, MD, 2000
       Nga Turner, MD, 2000
       Kenneth Leffler, MD, 2001
       James Dunn, MD, 2001
       Joan Bloomquest, MD, 2001
       Andrew McBride, MD, 2002
       Janet Li, MD, 2003
       Matthew Fagan, MD, 2004
       Danita Akingba, MD, 2005
       Folusho Tugbiyele, MD, 2006
       Tatiana V. Sanses, MD, 2007
       Kay A. Hoskey, MD, 2008

Maria D. Hernandez, MD, 2009
Toni R. Slyvester, MD, 2011

**Residents**

| | |
|---|---|
| 1993 – 2004 | Director of Department of Obstetrics, Gynecology and Reproductive Sciences Residency Training Program |
| 1993 - present | Faculty Attending (one week/month) Gynecology Service, University of Maryland Medical Center |
| 1993 - 2004 | OB/GYN Morbidity Mortality Conference (weekly) |
| 4/97 & 4/98 | Baltimore/Washington Ethics Retreat, Group facilitator |

**Medical Students**

| | |
|---|---|
| 1993 - 2005 | Core Lecturer, Clinical Care Rotation in Obstetrics and Gynecology, University of Maryland School of Medicine, (2-3 lectures every six weeks) |
| 1990 -present | Preceptor, Third year Clinical Care Rotation, Obstetrics and Gynecology, University of Maryland School of Medicine |
| 1993 - 2005 | Course Master - Fourth Year Elective Rotation, Gynecologic Surgery |
| 1993 - 2005 | Physical Diagnosis Course to Sophomore Students (Breast Exams) |

**RESEARCH GRANTS:**

1. Urinary Incontinence Treatment Network: Continence Treatment Centers
   Co-PI, 7/1/01 to 6/30/05
   Grant: DK-01-018
   Grant: HD-00-013
   Direct Costs: $857,904

2. Effects of Stretch on IC and Normal Urothelia
   Co-investigator, 6/1/01 to 5/31/06
   Grant R01-DK59441-01

3. Race, Lipoprotein Lipase and Obesity after Menopause
   Co-Investigator, 4/1/03 to 3/31/09
   Grant R01-AG20116 NIH/NIA
   $2,276,038

4. Gynecology Services for Female Veterans, Veterans Administration Medical Center
   Principal Investigator, 1996-present
   Direct Costs: $80,504

**PUBLICATIONS:**

Perdue,PW, Johnson,Jr.,HW, Stafford,PW. Intestinal Obstruction Complicating Pregnancy. The American Journal of Surgery. 1992;104:384-88.

5

Chai,TC, Zhang,CO, Shoenfelt,JL, Johnson,Jr.,HW, Warren,JW, Keay,S. Bladder Stretch Alters Urinary Heparin-Binding Epidermal Growth Factor and Antiproliferative Factor in Patients with Interstitial Cystitis. The Journal of Urology. 2000;163:1440-44.

Richter,HE, Burgio,KL, Brubaker,L, Moalli,PA, Markland,AD, Mallet,V, Menefee,SA, Johnson,HW, Boreham,MK, Dandreo,KJ, Stoddard,AM. Factors associated with incontinence frequency in a surgical cohort of stress incontinent women. Am J Obstet Gynecol, 2005;193:2088-93.

Urinary Incontinence Treatment Network. Design of the stress incontinence surgical treatment efficacy trial (SISTEr). Urology, 2005;66:1213-17.

Urinary Incontinence Treatment Network. Design of the Behavior Enhances Drug Reduction of Incontinence (BE-DRI) study. Contemp Clin Trials. 2007 Jan; 28(1): 48-58.

Albo,ME, Richter,HE, Brubaker,L, Norton,P, Kraus,SR, Zimmern,PE, Chai,TC, Zyczynski,H, Diokno,AC, Tennstedt,S, Nager,C, Lloyd,LK, FitzGerald,MP, Lemack.GE, Johnson,HW, Leng,W, Mallett,V, Stoddard,AM, Menefee,S, Varner,RE, Kenton,K, Moalli,P, Sirls,L, Dandreo,KJ, Kusek,JW, Nyberg,LM, Steers,W. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. N Engl J Med, 2007;356:2143-55.

Burgio,KL, Kraus, SR, Menefee, S, Borello-France, D, Corton, M, Johnson, HW, Mallet, V, Norton, P, FitzGerald, MP, Dandreo, K, Richter, H, Rozanski, T, Albo, M, Zyczynski, HM, Lemack, GE, Chai, TC, Khandwala, S, Baker, J, Brubaker, L, Stoddard, AM, Goode, PS, Nielsen-Omeis, B, Nager, C, Kenton, K, Tennstedt, SL, Kusek, JW, Chang, D, Nyberg, LM, Steers, W. Behavioral Therapy to Enable Women with Urge Incontinence to Discontinue Drug Treatment. Ann Intern Med, 2008 Aug 5;149(3): 161-9.

Urinary Incontinence Treatment Network. The Trial Of Mid-Urethral Slings (TOMUS): Design and Methodology. J Applied Res. 2008 Jan, 8:1-13.

Brubaker,L, Stoddard,A, Richter,H, Zimmern,P, Moalli,P, Kraus,SR, Norton,P, Lukacz,E, Sirls,L, Johnson,HW. Mixed Incontinence: Comparing Definitions in Women Having Stress Incontinence Surgery. Neurourol Urodynam, 2009 April; 28(4): 268-73.

Brubaker,L, Richter,H, Tennstedt,SL, Wai, Menefee,S, Borello-France, Johnson,HW, Kraus,SR, Sirls,L. Patient Satisfaction with Stress Incontinence Surgery. Neurourol Urodyn. 2010; Nov; 29 (8): 1403-9.

FitzGerald, Johnson,HW, Kraus,SR, Lemack,GE, Mallett,V, Stoddard, Tennstedt,SL, Zyczynski. Patient Expectations and Their Relationship to Baseline Symptoms, Patient Locus of Control and Outcomes. Submitted ICS, 2009.

Richter,HE, Albo,ME, Zyczynski,HM, Kenton,K, Norton,PA, Sirls,LT, Kraus,SR, Chai,TC, Lemack,GE, Dandreo,KJ, Varner,RE, MenefeeS, GhettiC, Brubaker,L, Nygaard,I, Khandwala,S, Rozanski,TA, Johnson,H, Schaffer,J, Stoddard,AM, Holley,RL, Nager,CW, Moalli,P, Mueller,E, Arisco,AM, Corton,M, Tennstedt,S, Chang,TD, Gormley,EA, Litman,HJ. Retropubic versus Transobturator Midurethral Slings for Stress Incontinence. N Engl J Med, 2010 Jun 3; 362(22): 2066-76.

Brubaker,L, Lukacz,ES, Burgio,K, Zimmern,P, Norton,P, Leng,W, Johnson,H, Kraus,S, Stoddard,A. Mixed Incontinence: Comparing Definitions in Non-Surgical Patients. Neurourol Urodyn, 2011 Jan; 30(1): 47-51.

Nager,CW, Brubaker,L, Litman,HJ, Zyczynski,HM, Varner,RE, Amundsen,C, Sirls,LT, Norton,PA, Arisco,AM, Chai,TC, Zimmern,P, Barber,MD, Dandreo,KJ, Menefee,SA, Kenton,K, Lowder,J, Richter,HE, Khandwala,S, Nygaard,I, Kraus,SR, Johnson,HW, Lemack,GE, Mihova,M, Albo,ME, Mueller,E, Sutkin,G, Wilson,TS, Hsu,Y, Rozanski,TA, Rickey,LM, Rahn,D, Tennstedt,S, Kusek,JW, Gormley,EA. A Randomized Trial of Urodynamic Testing before Stress-Incontinence Surgery. N Engl J Med, 1012 May 24;-366(21): 1987-97.

**ABSTRACTS:**

Johnson,Jr.,HW. Laparoscopic Burch Colposuspension in Fresh Cadavers. American Urogynecologic Society, New Orleans, LA. 1996.

Johnson,Jr.,HW, Bent,AE, Rogers,Jr.,RM, McLennan,M, Plucknett,B. Laparoscopic Retroperitoneal Anatomy Using Fresh Cadavers. American College of Obstetrics and Gynecology, District IV, Lake Buena Vista, FL. 1996.

Johnson,Jr.,HW, Bent,AE, Rogers,Jr.,RM, McLennan,M, Plucknett,B. Laparoscopic Dissection of the Female Pelvis using Fresh Female Cadavers. American Urogynecologic Society, New Orleans, LA. 1996.

Johnson,Jr.,HW, Bent,AE, Rogers,Jr.,RM, McLennan,M, Plucknett,B. Laparoscopic Anatomy: A Correlative Examination of Pelvic Anatomy in Fresh Cadavers and Live Operative Procedures. American Urogynecologic Society, New Orleans, LA. 1996.

Howell, Jesse, Johnson,HW, Sirls,L, Dandreo,K, Gruss, Hall. Learning from the SISTEr trial: findings from the Patient Burden Survey at study completion. Oral Poster, ICS, 2009.

**AUDIOVISUALS:**

Laparoscopic Pelvic Anatomy. 1996 (Awarded 2nd prize by ACOG)

**INVITED SPEECHES/PRESENTATIONS:**

"Benign Conditions of the Ovary & Fallopian Tube", resident/faculty seminar 3/16/94

"Complications in Endoscopic Surgery", St. Joseph Hospital Grand Rounds, OB-GYN Dept., Baltimore, MD 6/2/95

"Urinary Incontinence" and "Advances in Laparoscopic Surgery" , Advances in Health Care for Women Over 40, Wash, DC 6/17/94

"Dysfunctional Uterine Bleeding", 20th Annual Family Medicine Review Course, Ocean City, MD 6/21/94
"Techniques to Decrease Surgical Morbidity", 13th Annual Update in Obstetrics & Gynecology, Annapolis, Maryland 6/23/94

"Urinary Incontinence", University of Maryland Hospital, Women's Health Month, Baltimore, MD  9/23/94

Urogynecology", Mercy Medical Center Grand Rounds, OB-GYN Dept., Baltimore, MD 11/3/94

"Vaginal Vault Prolapse",  St. Joseph Hospital Grand Rounds, Baltimore, MD  12/1/94

"Vaginal Prolapse", Mercy Medical Center Grand Rounds, OB-GYN Dept., Baltimore, MD 2/8/95

"Pelvic Floor Reconstruction", University of Maryland Hospital Grand Rounds, Urology Dept., Baltimore, MD  5/11/95

"Vaginal Vault Prolapse", Anne Arundel Medical Center, Annapolis, MD  5/25/95

"Vaginal Hysterectomy (Laparoscopic Assisted)",  Controversies in GYN: Medical & Surgical Management of Uterine Fibroids, Washington DC  6/3/95

"Vaginal Vault Prolapse", University of Maryland Hospital Grand Rounds, OB-GYN Department, Baltimore, MD 6/23/95

"How to Approach the Patient in Menopause:, Perry Point VA Hospital, MD  9/12/95

"Abnormal Uterine Bleeding", Sheraton Inner Harbor, Dept. CME Course, Baltimore, MD 9/29/95

"Ureteral Injury in Gynecologic Surgery", St. Joseph Hospital Grand Rounds, Baltimore, MD 12/7/95

"Urogynecology", Basic Genetics and Women's Health Issues for the Primary Care Physician, Towson, MD 11/22/96

"Urinary Incontinence", St. Joseph Hospital Grand Rounds, Baltimore, MD 4/3/97

"Urogynecology:  A New Look at Old Problems", Reproductive Health Update, Anne Arundel Community College, Baltimore, MD 4/25/97

"Clinical and Surgical Management of Female Incontinence",  Anne Arundel Medical Center, Annapolis, MD 9/22/97.

"Laparoscopic and Vaginal Anatomy", course prosector and faculty member, Society of Pelvic Reconstructive Surgeons, Philadelphia, PA 2/5-6/98.

"Vaginal Vault Prolapse", St. Joseph Hospital Grand Rounds, Baltimore, MD 3/12/98.

"Laparoscopic and Vaginal Anatomy", course prosector and faculty member, Society of Pelvic Reconstructive Surgeons, Philadelphia, PA 4/23-24/98.

"Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Female Cadavers", course prosector and faculty member, Innovations in Medical Education and Training (IMET), Philadelphia, PA 1/14-15/99.

"Surgical Management of Stress Incontinence", course prosector and faculty member, Innovations in Medical Education and Training (IMET), San Diego, CA 2/10-13/99.

"Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Female Cadavers", course prosector and faculty member, Innovations in Medical Education and Training (IMET), Savannah, GA 3/11-13/99.

"Urinary Incontinence", Women's Health Self-Health series, Center of Excellence in Women's Health, UMMS, 8/18/99.

"Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Female Cadavers", course prosector and faculty member, Innovations in Medical Education and Training (IMET), Pomona, CA 9/16-18/99.

"Dysuria Syndromes and Interstitial Cystitis", Johns Hopkins Health System, 11/16/99.

"Reparative Pelvic Surgery and Surgical Dissection on Unembalmed Female Cadavers", course prosector and faculty member, Innovations in Medical Education and Training (IMET), Savannah, GA 3/10-11/2000.

"Incontinence in Women", Baltimore Veteran's Administration, Baltimore, MD, 5/8/2000.

"Advanced Laparoscopic Reparative Pelvic Surgery & Surgical Dissection on Unembalmed Female Cadavers", course prosector and faculty member, Innovations in Medical Education and Training (IMET), Las Vegas, NV 9/15-9/16/2000.

"Pelvic Floor Dysfunction in Women", program Co-director and faculty member, Innovations in Medical Education and Training (IMET), Baltimore, MD 5/10-5/12/2001.

ms\i\HJOHNSON\hwj.cv)  (Revised  3/14)