# EXHIBIT C

Case 2:12-md-02327   Document 3273-3   Filed 12/15/16   Page 2 of 71 PageID #: 118302
Case 2:12-cv-02952   Document 1450-3   Filed 08/05/16   Page 2 of 71 PageID #: 39827
Harry W. Johnson, Jr., M.D.

```
1            IN THE UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF WEST VIRGINIA

2                  CHARLESTON DIVISION

3     Master File No. 2:12-MD-02327     MDL 2327


     _____

4

     IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS

5     LIABILITY LITIGATION


     _____

6

     JANET WEBB,                        JOSEPH R. GOODWIN

7                                       U.S. DISTRICT JUDGE

          Plaintiff,

8

          v.                           CIVIL ACTION NO.

9                                        2:13-cv-04517

     ETHICON, INC., ET AL.,

10

          Defendants.

11    _____

12                          Baltimore, Maryland

13                          Thursday, July 14, 2016

14    Deposition of:

15          HARRY W. JOHNSON, JR., M.D. the

16    witness, was called for examination by counsel

17    for the Plaintiff, pursuant to notice, commencing

18    at 11:05 a.m., at the Kimpton Hotel Monaco Baltimore

19    Inner Harbor, 2 North Charles Street, Baltimore,

20    Maryland 21201, before a Notary Public in and for

21    the State of Maryland, when were present on behalf

22    of the respective parties:

23

24

25
```

Harry W. Johnson, Jr., M.D.

```
 1              A P P E A R A N C E S

 2

 3        ON BEHALF OF THE PLAINTIFF:

 4             JOHN R. CRONE, ESQUIRE

 5             ANDRUS WAGSTAFF

 6             7171 West Alaska Drive

 7             Lakewood, Colorado  80226

 8             (303) 376-6360

 9             john.crone@andruswagstaff.com

10

11

12        ON BEHALF OF THE DEFENDANTS:

13             PHILIP J. COMBS, ESQUIRE

14             SUSAN M. ROBINSON, ESQUIRE

15             THOMAS COMBS & SPANN, PLLC

16             300 Summers Street

17             Suite 1380

18             Charleston, West Virginia  25301

19             (304) 414-1800

20             pcombs@tcspllc.com

21             srobinson@tcspllc.com

22

23

24

25
```

Harry W. Johnson, Jr., M.D.

```
 1                 C O N T E N T S

 2   EXAMINATION OF HARRY WALLACE JOHNSON, JR., M.D. PAGE

 3   BY MR. CRONE                                    4

 4   BY MR. COMBS                                   65

 5                 E X H I B I T S

 6

 7   JOHNSON DEPOSITION EXHIBITS                  PAGE

 8   Exhibit 1    Notice of Deposition             4

 9   Exhibit 2    Expert Report                   11

10   Exhibit 3    Curriculum Vitae                12

11   Exhibit 4    Reliance List                   12

12   Exhibit 5    Supplemental Reliance List      12

13   Exhibit 6    Independent Medical Examination  52

14   Exhibit 7    Handwritten notes                8

15

16

17

18

19

20

21

22

23

24

25
```

Harry W. Johnson, Jr., M.D.

```
  1              P R O C E E D I N G S

  2   Whereupon,

  3              HARRY W. JOHNSON, JR., M.D.

  4     a Witness, called for examination by counsel for

  5   the Plaintiff, having first been duly sworn, was

  6   examined and testified as follows:

  7              EXAMINATION BY COUNSEL FOR PLAINTIFF

  8   BY MR. CRONE:

  9       Q.   Dr. Johnson, could you state and spell

 10   your name for the record.

 11       A.   Harry Wallace Johnson, Jr.  That's Harry,

 12   H-a-r-r-y, W-a-l-l-a-c-e, J-o-h-n-s-o-n, J-r.

 13       Q.   I know you've been deposed before.

 14       A.   Yes.

 15       Q.   And you understand the ground rules for a

 16   deposition?

 17       A.   I do.

 18       Q.   I will just, again, repeat that any

 19   question you don't understand please just ask me to

 20   clarify.

 21       A.   Okay.

 22       Q.   Okay.  So I will hand you what we'll mark

 23   as Exhibit 1, and that is the Notice of Deposition.

 24              (Exhibit 1 was marked for identification

 25              and is attached to the transcript.)
```

Harry W. Johnson, Jr., M.D.

```
 1   BY MR. CRONE:

 2        Q.   Okay.  Doctor, you've seen that document

 3   before?

 4        A.   I have.

 5        Q.   And what did you do to prepare for this

 6   deposition?

 7        A.   I reviewed medical records for Janet Webb,

 8   depositions, performed an IME.

 9        Q.   Which depositions did you review?

10        A.   The deposition of Ms. Webb and the

11   treating physician.

12        Q.   Is that Dr. Edwards?

13        A.   Dr. Edwards, yes.

14        Q.   And anything else?

15        A.   I have a medical chronology that I

16   reviewed that was made from the medical records of

17   Ms. Webb, and I have a portion of her medical

18   records which may be pertinent.

19        Q.   So you have her medical records that

20   relate to her TVT implantation in 2003?

21        A.   I do.

22        Q.   And then a Prolene mesh implantation in

23   2013?

24        A.   Correct, and a few medical records in

25   between.
```

Harry W. Johnson, Jr., M.D.

 1      Q.   Do you think there are any records missing

 2  that would be pertinent?

 3      A.   Well, if anything is missing, I don't know

 4  it.  If there is something that relates to her

 5  during that time period, it could be pertinent, but

 6  I'm not aware of any.

 7      Q.   So you just reviewed what you've been

 8  given?

 9      A.   That's correct.

10      Q.   And was it Butler Snow that gave you the

11  medical records?

12      A.   Mr. Combs.

13      Q.   And what about the medical chronology?

14      A.   I discussed the medical records with

15  Mr. Combs, and the chronology was made from that for

16  me to refer to.

17      Q.   And do you recall giving deposition

18  testimony in a case called Huskey v. Ethicon?

19      A.   Yes.

20      Q.   And do you believe you testified

21  accurately in that deposition?

22      A.   I do.

23      Q.   And truthfully as well?

24      A.   To the best of my ability.

25      Q.   The Notice of Deposition asks you to bring

Harry W. Johnson, Jr., M.D.

 1    a variety of documents.  What documents did you

 2    bring in response to that?

 3         A.   I brought my case-specific report, my

 4    medical chronology, key medical records that I had

 5    pulled from her medical records, and two

 6    depositions.

 7              MR. COMBS:  And in addition to that -- I'm

 8    sorry.  I did not mean to interrupt you,

 9    Dr. Johnson.

10              THE WITNESS:  And some handwritten notes

11    that I made and the general report.

12              MR. CRONE:  Okay.

13              MR. COMBS:  And in addition to that, I

14    have a thumb drive that is labeled Janet Webb that

15    has an electronic copy of materials on Dr. Johnson's

16    reliance list.

17              MR. CRONE:  And that includes the

18    materials on the reliance list and the supplemental

19    reliance list?

20              MR. COMBS:  It should.  As I preface every

21    single time we discuss it in depositions, I don't

22    actually make the thumb drive.  It should.  If it

23    doesn't have that, it is just a mistake.

24              MR. CRONE:  Sure.

25    BY MR. CRONE:

Harry W. Johnson, Jr., M.D.

```
 1        Q.   And, Doctor, just for the -- just to get

 2   this out of the way, can we take your notes and mark

 3   those as Exhibit 7?

 4             (Exhibit 7 was marked for identification

 5             and is attached to the transcript.)

 6   BY MR. CRONE:

 7        Q.   And then could you just tell me generally

 8   what the notes are regarding?

 9        A.   The notes are regarding the medical care

10   of Ms. Webb, her medical history, surgical history,

11   and doctor visits.

12        Q.   So were the notes prepared in conjunction

13   with your drafting of the expert report in this

14   case?

15        A.   The -- the expert report I prepared with

16   Mr. Combs where drafts were prepared and edited.

17   And then I made these notes this week because --

18   well, frankly, because I have six depositions of six

19   different patients.

20        Q.   Understood.

21        A.   And writing -- when I write things, I

22   remember them a little better.  It helps organize

23   them in my mind.

24        Q.   So those notes are to help you with your

25   recall for today's deposition?
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 10 of 71 PageID #: 118810
Case 2:12-cv-02952   Document 1150-3   Filed 04/05/16   Page 10 of 71 PageID #: 39835
Harry W. Johnson, Jr., M.D.

```
 1       A.    That's right.

 2       Q.    Did you bring any documents reflecting

 3   your fees charged in this case?

 4       A.    I think that's reflected in the general

 5   report, which I have with me.

 6       Q.    The rates are reflected, correct?

 7       A.    That's correct.

 8       Q.    Okay.  But not the actual fees incurred

 9   thus far with respect to Ms. Webb's case?

10       A.    I haven't made a bill yet, but I'm happy

11   to provide that to you when I do.

12       Q.    Can you estimate how many fees have been

13   incurred thus far in Ms. Webb's case?

14       A.    I would estimate that I spent about

15   25 hours on this case.

16       Q.    And that's not including today?

17       A.    That's right.

18       Q.    Have you ever acted as a consultant for

19   Ethicon?

20       A.    I've acted as a proctor for the TVT

21   procedure in the early to mid 2000s.

22       Q.    And can you estimate how much Ethicon paid

23   you for those activities, acting as a proctor?

24       A.    I don't know the specific number.  I can

25   only recall several times that I was a proctor.  And
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 11 of 71 PageID #: 119831
Case 2:12-cv-02952   Document 150-2   Filed 08/31/16   Page 11 of 71 PageID #: 39636
Harry W. Johnson, Jr., M.D.

 1    I think for a day, it was like $1,500 or $2,000,

 2    where a couple physicians would come and I would let

 3    them observe and show them how I performed a TVT on

 4    a patient.

 5           Again, as I testified earlier, I don't

 6    know the exact amount.  It's -- well, I just don't

 7    know the exact amount.  I mean, it's low.  I think

 8    it would certainly -- it's probably less than

 9    $10,000 and definitely, I think, less than $20,000.

10    Q.   Has Ethicon paid you for any other type of

11    work?

12    A.   I prepared a general --

13    Q.   Well, I'm sorry.  Let me back up.  Not --

14    excluding anything related to a case.  So no expert

15    reports, not trial testimony, not deposition

16    testimony.  Excluding all of that, have they paid

17    you for any other type of work?

18    A.   I don't think Ethicon directly, but I did

19    some teaching for a company called IMET, which may

20    have had some -- in that company, we taught all

21    different types of procedures.  And I don't really

22    recall specifically when Ethicon was involved, but I

23    think they may have been a sponsor.  You would have

24    to call the company and ask.

25    Q.   Sure.  So you're unclear on the

Harry W. Johnson, Jr., M.D.

```
 1    relationship between IMET and Ethicon?

 2         A.   Yes.

 3         Q.   Okay.  I will hand you what we'll mark as

 4    Exhibit 2, which is your case-specific expert report

 5    in Ms. Webb's matter.

 6              (Exhibit 2 was marked for identification

 7              and is attached to the transcript.)

 8    BY MR. CRONE:

 9         Q.   Okay.  Who asked you to write this report?

10         A.   Mr. Combs.

11         Q.   And these are your specific causation

12    opinions relating to Janet Webb's case?

13         A.   Yes.

14         Q.   Okay.  At the top of page 2, second

15    sentence, you state:  "I hold all opinions stated

16    herein to a reasonable degree of medical certainty."

17              What does that mean?

18         A.   That I feel that they're greater than

19    50 percent certain.

20         Q.   Did you speak with any of Ms. Webb's

21    treating physicians?

22         A.   I did not.

23         Q.   Any of the experts she has retained in

24    this case?

25         A.   I have not.
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 13 of 71 PageID #: 118813
Case 2:12-cv-02952   Document 1150-3   Filed 12/05/16   Page 13 of 71 PageID #: 39633
Harry W. Johnson, Jr., M.D.

1      Q.    Did you -- in reaching your conclusions

2    expressed in Exhibit 2, did you conduct a

3    differential diagnosis?

4      A.    I did.

5      Q.    You mentioned earlier that you reviewed an

6    IME.  Do you know who -- an independent medical

7    examination of Ms. Webb.  Who performed that?

8      A.    I did.

9      Q.    I'm going to hand you a series of exhibits

10   here just to speed this up a bit.  So Exhibit 3 is

11   your CV.

12            (Exhibit 3 was marked for identification

13            and is attached to the transcript.)

14   BY MR. CRONE:

15      Q.    Exhibit 4 is your reliance list.

16            (Exhibit 4 was marked for identification

17            and is attached to the transcript.)

18   BY MR. CRONE:

19      Q.    Exhibit 5 is your supplemental reliance

20   list.

21            (Exhibit 5 was marked for identification

22            and is attached to the transcript.)

23   BY MR. CRONE:

24      Q.    And Exhibit -- oh, let's stop there for

25   now.

Harry W. Johnson, Jr., M.D.

```
 1              Okay.  So let's look at your CV first,
 2    Exhibit 3.  Is there anything that needs to be
 3    updated on this CV?
 4         A.   Under the specialty boards,
 5    recertification till 2015, and then subspecialty
 6    certification for female pelvic medicine and
 7    reconstructive surgery through the American Board of
 8    OB/GYN.
 9         Q.   And that's for 2015?
10         A.   Yeah.
11         Q.   And 2014?
12         A.   2014 there was -- I think it was -- there
13    was one year in there where I missed the deadline
14    for the exam and I had to apply for a re-entry exam,
15    which I took two or three months after December 31st
16    to re-enter into the certification process.
17         Q.   And you're unsure if there was a lapse in
18    certification during that re-entry process?
19         A.   Right.
20         Q.   Okay.  And 2016, has that certification
21    come up yet?
22         A.   It's a yearlong process, so it's ongoing.
23         Q.   So it will happen at the end of the year?
24         A.   Right.
25         Q.   Yeah.  Okay.
```

Harry W. Johnson, Jr., M.D.

```
 1                 And at page 7, invited speeches and

 2      presentations, is that a complete list?

 3           A.    No.  This is a 2014 copy of my CV, so

 4      there may be additions to that.  Probably not a lot.

 5                 The last thing is on the hospital medical

 6      staff appointments, the St. Joseph's Medical Center

 7      I've been reappointed because the University of

 8      Maryland acquired that hospital into the University

 9      of Maryland Medical System.

10           Q.    Okay.

11           A.    And so I reestablished credentials because

12      they're part of our system now.

13           Q.    And in a prior deposition today, you had

14      offered to send an updated CV.  And I assume that

15      offer still stands?

16           A.    Yes.

17           Q.    Let's look at Exhibits 4 and 5, which are

18      your reliance list and supplemental reliance list

19      respectively.  And are these all documents you

20      reviewed in support of your opinions expressed in

21      your expert report marked as Exhibit 2?

22           A.    These were materials that were supplied to

23      me by Butler Snow.  And I've reviewed the materials

24      that I think are pertinent but not every single

25      title in this list.
```

Harry W. Johnson, Jr., M.D.

```
 1         Q.   How many of these documents do you think
 2    you actually reviewed?
 3         A.   Well, this is essentially literature
 4    that's been published over my career, so at
 5    different points in time I've reviewed these when
 6    they weren't related to this case.  So I've reviewed
 7    a great number of these articles just in general
 8    reading and board review, board certification,
 9    subspecialty certification over time.
10         Q.   What about the Ethicon company documents
11    that are listed?  Did you review any of those?
12         A.   I looked at them, but they didn't seem to
13    provide me with any information that I felt I
14    needed, so I didn't review the majority of them.
15         Q.   Okay.  So is it fair to say you didn't
16    rely on everything that's listed in Exhibit 4 and 5
17    in forming your opinions with regard to Ms. Webb's
18    case?
19         A.   Yes.
20         Q.   Do you know why they're included on your
21    reliance list, then?
22              MR. COMBS:  Object to form.
23              THE WITNESS:  Well, I think they -- I'm --
24    I think Butler Snow tried to send me everything that
25    they felt could be related to this, which is, as you
```

Harry W. Johnson, Jr., M.D.

1    can see, a massive number of documents.

2    BY MR. CRONE:

3         Q.   Okay.  Let's turn back to your expert

4    report, which is Exhibit 2.  The second page -- and

5    this isn't numbered, but the second page, yeah.  At

6    the -- right above Roman numeral I, Summary of

7    Opinions Specific to Ms. Webb, you write a sentence

8    that says:  "A list of all other cases in which I

9    testified in the previous four years is attached as

10   Exhibit C."

11             And that Exhibit C is missing a couple of

12   cases, correct?

13        A.   Yes.

14        Q.   Okay.  And would one of those cases be

15   Huskey v. Ethicon?

16        A.   Yes.

17        Q.   And another one was Rustan v. Cooper?

18        A.   Yes.

19        Q.   And the Rustan v. Cooper was a medical

20   malpractice case?

21        A.   That's correct.

22        Q.   With the inclusion of those, you think

23   that list is complete?

24        A.   To the best of my ability.  I don't really

25   keep a list.  And I looked through what records I

Case 2:12-md-02327  Document 3253-3  Filed 12/05/16  Page 18 of 71 PageID #: 118218
Case 2:12-cv-02952  Document 1150-3  Filed 12/05/16  Page 18 of 71 PageID #: 39643
Harry W. Johnson, Jr., M.D.

1   had to try to make the list as complete as I could.

2        Q.   And under Roman numeral II, the first

3   sentence there:  "Ms. Webb was born on September

4   28th, 1952 and is" -- excuse me if I'm

5   mispronouncing this -- "gravida 2, para 2," what

6   does that mean?

7        A.   That means she had two pregnancies and had

8   two children.

9        Q.   Let's move to the next page.  Page 3

10  starts with -- at the top, it says:  A, Pre-Implant

11  Medical History.  Let's see.  It will be the third

12  full paragraph under A.  And it says:  "In November

13  2003, Ms. Webb presented to the resident's clinic

14  where Dr. Ben Edwards was employed and was diagnosed

15  with cystocele grade 3, rectocele, stress

16  incontinence, and possible uterine prolapse."

17            When you refer to stress incontinence

18  there, you're not implying there was any other type

19  of incontinence; is that correct?

20       A.   That was, I believe, what was listed in

21  that note.  Let me just check.

22            That was her complaint that day as noted,

23  was stress incontinence for a few years and urinary

24  frequency every hour and constipation.

25       Q.   And it's your understanding that her TVT

Harry W. Johnson, Jr., M.D.

```
 1    implant surgery was performed in December 2003?
 2    It's under B in your report, if that helps.
 3         A.   Yes.
 4         Q.   Oh, I'm sorry.  Was that a yes?
 5         A.   Yes.
 6         Q.   I wasn't sure if you were saying yes to my
 7    reference or --
 8         A.   No.
 9         Q.   That was my fault.
10              And by June 2004, Ms. Webb was diagnosed
11    with incontinence again; is that correct?
12         A.   Yeah, June 8th, 2004.  I'm sorry.  I'm
13    just trying to make sure I have the timeline right.
14         Q.   I'll refer you where I can.
15         A.   Okay.
16         Q.   So is it fair, then, to say that the 2003
17    TVT implant procedure was not objectively
18    successful?
19              MR. COMBS:  Object to form.
20              THE WITNESS:  Well, they didn't -- they
21    didn't really describe the incontinence as stress
22    incontinence or urge-type incontinence, but she was
23    having some recurrent incontinence in June of '04.
24    BY MR. CRONE:
25         Q.   And the TVT product is designed to treat
```

Harry W. Johnson, Jr., M.D.

```
1    stress urinary incontinence?

2        A.   That's right.

3        Q.   So as of June 2004, you're unable to tell

4    from the records whether or not that TVT implant

5    surgery was successful because it doesn't state

6    whether it's stress urinary incontinence or urge

7    incontinence that she's being diagnosed with; is

8    that fair?

9            MR. COMBS:  Object to form.

10           THE WITNESS:  In the note, they talked

11   about her having urinary incontinence and they

12   treated her as though it were urge incontinence with

13   an anticholinergic medication.

14   BY MR. CRONE:

15       Q.   And if it was urge incontinence that she

16   was diagnosed with in June of 2004, that would be a

17   new ailment that Ms. Webb had suffered since the

18   2003 TVT implant, correct?

19           MR. COMBS:  Object to form.

20           THE WITNESS:  What I am looking for is the

21   referral note from Dr. Patil to Dr. Edwards, and I

22   don't seem to have that.  From what I have from the

23   medical records, it's a new complaint.

24   BY MR. CRONE:

25       Q.   Okay.  Now, I'm going to ask you a series
```

Harry W. Johnson, Jr., M.D.

1   of questions about Ms. Webb's medical history prior

2   to the December 2003 TVT implant.  And I know you

3   can only answer these based on the medical records

4   you have.

5         So prior to that date, December 2003 when

6   the TVT was implanted, Ms. Webb did not have a

7   history of recurrent UTIs; is that correct?  And if

8   it helps, Doctor, look at whatever you need to look

9   at, but your pre-implant medical history has cites

10  to it.

11      A.   Okay.  Yeah, I don't have any records to

12  show that.

13      Q.   And no records to show that she had a

14  history of bladder infections?

15      A.   Those are the same, urinary tract -- well,

16  the bladder is more specific.  That's true.

17      Q.   No records to show she had a history of

18  dyspareunia?

19      A.   Yes.  No.

20      Q.   I know what you mean.  Yes, there are no

21  records?

22      A.   Yes, there are no records.

23      Q.   No history of complaints of pelvic pain?

24      A.   True.

25      Q.   No history of leakage?

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 22 of 71 PageID #: 118227
Case 2:12-cv-02952   Document 1150-3   Filed 08/24/17   Page 22 of 71 PageID #: 39647

Harry W. Johnson, Jr., M.D.

```
 1          A.    Not in the records that I have.

 2          Q.    No history of fecal incontinence?

 3          A.    True.

 4          Q.    No history of painful urination?

 5          A.    True.

 6          Q.    No history of mixed incontinence?

 7          A.    True.

 8          Q.    No history of vaginal bleeding?

 9          A.    True.

10          Q.    No history of voiding dysfunction?

11          A.    Well, in 11/03, she had urgency -- or

12    actually frequency.  She describes feeling the need

13    to urinate hourly.

14          Q.    Is that the same as voiding dysfunction?

15          A.    Well, that's not normal.

16          Q.    No history of bed-wetting?

17          A.    Correct.

18          Q.    No history of general muscle weakness?

19          A.    Well, in '01, there's a description of

20    pain, swelling of hands, wrists, knees, ankles; rash

21    on arms, face, neck.  Patient presents with -- to

22    see if she has a diagnosis of lupus.  She has a

23    history of photosensitivity; Raynaud's; painful,

24    swollen joints; low back pain with radiation into

25    the right leg without any definite numbness or
```

Harry W. Johnson, Jr., M.D.

```
 1    tingling, which is suggestive of lupus.  She was

 2    started on a pain medication and steroids which goes

 3    along with those pain complaints.

 4        Q.   All of those symptoms she complained of,

 5    would you characterize any of that as general muscle

 6    weakness?

 7        A.   Well, that pretty much covered all the

 8    parts of her body and joints.  I think it would be

 9    suggestive of that, yes.

10        Q.   Now, I will ask the same series of

11    questions but will focus on the time period after

12    the TVT procedure, so after December 2003 to the

13    present based on the medical records you have.  So

14    everything since December 2003 to the present.

15            Now does Ms. Webb have a history of UTIs?

16            MR. COMBS:  Object to form.

17    BY MR. CRONE:

18        Q.   So that's urinary tract infections.

19        A.   It looks like she developed recurrent

20    prolapse in 2007 and came in with quotations of

21    fallen bladder -- that's her description -- and was

22    diagnosed with a urinary tract infection and then

23    had some urinary tract infections after that 2007

24    visit.

25        Q.   How about bladder infections?
```

Harry W. Johnson, Jr., M.D.

```
 1        A.   Well, a bladder infection is a urinary

 2   tract infection.  The bladder is part of the urinary

 3   tract.

 4        Q.   So the answer would be yes?

 5        A.   Yes, it was a urinary tract infection that

 6   was called a bladder infection.

 7        Q.   Okay.  How about dyspareunia?

 8        A.   I know when I conducted my IME last week

 9   she complained to me of dyspareunia.  I'm just

10   trying to look in the chart of when that was

11   documented before I saw her.

12        Q.   Do you recall if she said that started

13   within a couple of months after the TVT implant?

14             MR. COMBS:  Object to form.

15             THE WITNESS:  She stated that she was not

16   sexually active and she was unable to since 2003.

17   BY MR. CRONE:

18        Q.   And why was she unable to have sex since

19   2003?

20        A.   Well, she complained of introital

21   dyspareunia.  In addition, I would say she had a

22   very shortened vagina from her surgery.  She had

23   fairly extensive surgery at the time of the TVT.

24        Q.   And still in this line of questions about

25   what she has a history of since the 2003 implant,
```

Harry W. Johnson, Jr., M.D.

1    how about pelvic pain?

2        A.   She has complaints of a lot of different

3    pains in her body, but I don't really have a note

4    discussing pelvic pain other than the findings on

5    her examinations of shortened, scarred vagina,

6    atrophic vaginitis, these types of things, which

7    certainly pain goes along with previous surgery.

8        Q.   How about leakage?

9        A.   She does have complaints of leakage.

10       Q.   Okay.  And fecal incontinence?

11       A.   Yes.

12       Q.   Painful urination?

13       A.   Yes.

14       Q.   Urge incontinence?

15       A.   Yes.

16       Q.   Mixed incontinence?

17       A.   Yes.

18       Q.   Bed-wetting?

19       A.   Well, I don't see in the medical records

20   that I have a complaint of bed-wetting, but --

21       Q.   How about vaginal bleeding?

22            MR. COMBS:  Did you say vaginal pain?

23            MR. CRONE:  Vaginal bleeding.

24            MR. COMBS:  Okay.

25            MR. CRONE:  Sorry.

Harry W. Johnson, Jr., M.D.

```
 1    BY MR. CRONE:
 2        Q.   And if it helps, Doctor -- of course
 3    review whatever you need to -- in your expert
 4    report, under C, Post-Implant Medical Condition, it
 5    lists various things I believe with citations to the
 6    medical records.  So specifically I'm looking at
 7    page 4 in the third paragraph at the bottom about in
 8    the middle of that paragraph.
 9        A.   Well, that was taken from the medical
10    record.  I just can't find that note.  I mean, I
11    don't have all the medical records here.
12        Q.   Okay.
13        A.   But I did state that.
14        Q.   Okay.
15        A.   Which is not -- well, I stated that in
16    2013 she came to Dr. Caputo, and those were one of
17    the descriptions from Dr. Caputo in 2013.  She had
18    significant vaginal atrophy at that time, so it's
19    not surprising.
20        Q.   And then in that same note, it notes
21    voiding dysfunction?
22        A.   Yes.
23        Q.   And Ms. Webb also complained of general
24    muscle weakness.  And that's on page 5, first
25    paragraph at the top.  Is that correct?
```

Harry W. Johnson, Jr., M.D.

```
 1          A.    Yes.

 2          Q.    Dr. Johnson, what is vaginal atrophy?

 3          A.    Vaginal atrophy occurs after menopause

 4    when you don't have estrogen in your body.  And it's

 5    a thinning of the vaginal mucosa that occurs in

 6    postmenopausal -- most commonly in postmenopausal

 7    women.  It's a lack of estrogen.

 8          Q.    Does it respond typically to estrogen

 9    cream?

10          A.    It can.  It doesn't always, but it can.

11          Q.    Does it cause dryness?

12          A.    Yes.

13          Q.    So on page 5 of your report, which has

14    Roman numeral III on it, under A, which is titled

15    Ms. Webb Was An Appropriate Candidate For TVT, the

16    second paragraph there, second sentence says:

17    "Compared with other available treatment options,

18    TVT was among the safest and most effective choices

19    for long-term resolution of Ms. Tomblin's SUI."

20                Who is Ms. Tomblin?

21          A.    That was one of the other -- that's one of

22    the other cases that I reviewed this week and

23    prepared reports.  That's an error.

24          Q.    So that's a typo?

25          A.    Yeah, that's a typo.
```

Harry W. Johnson, Jr., M.D.

```
1       Q.   Are there any other portions of Ms. Webb's
2   case-specific report you prepared that might have
3   Ms. Tomblin's information in it rather than
4   Ms. Webb's?
5       A.   I don't believe so.  I'd have to look back
6   at it, but I don't believe so.
7       Q.   Okay.  The next page, page 6, it starts --
8   at the top, there's a heading that says:
9   "Ms. Webb's pelvic pain and dyspareunia were not
10  caused by defects in her TVT."  So is it your
11  opinion that her preexisting medical conditions
12  caused her pelvic pain and dyspareunia?
13          MR. COMBS:  Object to form.
14          THE WITNESS:  Well, I think she had --
15  BY MR. CRONE:
16      Q.   And I'm sorry.  Let me clarify it now that
17  I think about it.
18          By preexisting, I mean pre-December 2003
19  TVT implant.  So those conditions, is it your
20  opinion that those are causing her pelvic pain and
21  dyspareunia?
22          MR. COMBS:  Objection to form.
23          THE WITNESS:  I think that Ms. Webb has a
24  large number of medical conditions that developed or
25  were present during this time, both before the
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 29 of 71 PageID #: 118829
Case 2:12-cv-02952   Document 150-7   Filed 08/31/16   Page 29 of 71 PageID #: 39654

Harry W. Johnson, Jr., M.D.

1    implant and then developed afterwards.  They're all

2    chronic medical conditions that can result in pain,

3    in generalized pain, pelvic pain.

4    BY MR. CRONE:

5        Q.    What about dyspareunia?

6        A.    And dyspareunia, yes.  And that includes

7    her surgical procedures.

8        Q.    And then what is your basis for those

9    opinions?  We'll start with the pelvic pain.

10       A.    Well, she developed significant vaginal

11   atrophy.  She had a severely scarred vagina from the

12   surgeries that she had at the time of the -- that

13   were concurrent with the TVT, which in themselves

14   could cause dyspareunia and pelvic pain.

15             She has constipation, which is -- can be

16   fairly significant in somebody that uses a lot of

17   narcotic medications for pain, which can lead to

18   pelvic pain and dyspareunia.

19       Q.    Does Ms. Webb use narcotic pain

20   medications?

21       A.    She does.

22       Q.    And it's your opinion she uses a lot.

23   What do you mean by that?

24       A.    Well, I mean, just looking through her

25   medical record, there's a fairly significant number

Harry W. Johnson, Jr., M.D.

1    of narcotic prescriptions, so almost at times

2    refills monthly in increasing doses.

3         Q.    Is it normal to develop some sort of, I'll

4    call it, resistance to narcotic pain medications

5    resulting in the need for increasing dosages?

6         A.    Well, certainly there's tolerance where

7    you may require more medication.  That's with

8    regular use generally.

9         Q.    And so somehow that's related -- or

10   causing, excuse me, her pelvic pain or dyspareunia?

11        A.    Well, one of the things I was talking

12   about was constipation, which with a full rectum can

13   cause pelvic pain and dyspareunia.

14        Q.    But you don't know that the constipation

15   is caused by her medication use?

16             MR. COMBS:  Object to form.

17             THE WITNESS:  Well, I know constipation is

18   associated with narcotic use.

19   BY MR. CRONE:

20        Q.    Sure, but I mean specific to Ms. Webb, you

21   don't know if those two things are linked?

22        A.    Well, I know she's at times a regular user

23   of narcotic pain medication.

24        Q.    Sure, but you don't know if she's

25   suffering that side effect?

Harry W. Johnson, Jr., M.D.

1      A.   Well, I know there's a complaint of

2  constipation.

3      Q.   But my question is:  You don't know that

4  the constipation is linked to her medication use?

5           MR. COMBS:  Object to form.

6           THE WITNESS:  Well, I think -- I think all

7  of these things that she has go together.  She has a

8  long list of medical conditions that can be

9  interrelated, and I think that those two are

10  interrelated.

11  BY MR. CRONE:

12     Q.   When the TVT is placed, it's my

13  understanding that trocar arms go through the

14  levator muscles.  Can you explain that just very

15  briefly?

16           MR. COMBS:  Object to form.

17           THE WITNESS:  Well, the trocar needles go

18  periurethral into the space of Retzius, which is

19  behind the pubic bone, if you will.  They don't go

20  posterior into the area around the rectum and

21  lateral to the rectum.  So they're in the anterior

22  wall of the vagina, not the posterior wall.

23  BY MR. CRONE:

24     Q.   Do they go through something called the

25  levator muscle group?

1      A.   Well, the levator ani --

2      Q.   Or levator ani.  I'm sorry.

3      A.   The levator ani is a large muscle that

4   covers the whole pelvic floor.

5      Q.   Okay.  And those trocar needles go through

6   that portion of the anatomy?

7      A.   Well, they go -- they go through the

8   anterior wall of the vagina through the space of

9   Retzius periurethrally, the anterior wall of the

10  vagina, not posteriorly into the pelvic floor

11  posteriorly.

12     Q.   Do they pierce any needles or -- muscles?

13  I'm sorry.

14     A.   They do go anteriorly through the space of

15  Retzius and through the rectus muscles, insertion at

16  the pubic bone.

17     Q.   So it's possible that could cause pelvic

18  pain, isn't it?

19          MR. COMBS:  Object to form.

20          THE WITNESS:  Well, that -- pelvic pain

21  encompasses so large of an area.  But the area where

22  this is is suprapubically at the pelvic bone, in

23  other words, at the front of your lower abdomen,

24  which is part of the pelvis.  So you would say -- I

25  mean, if you're just using a general term, that's

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 33 of 71 PageID #: 118883
Case 2:12-cv-02952   Document 1150-3   Filed 12/05/16   Page 33 of 71 PageID #: 39658
Harry W. Johnson, Jr., M.D.

 1   pelvic pain, but it doesn't give you a location.

 2   BY MR. CRONE:

 3        Q.   Sure, but I mean, it's possible it could

 4   cause pain in the pelvic area, that procedure?

 5        A.   Well, it is a surgical procedure, so

 6   there's an incision and insertion of needles, and

 7   that can result in pain.

 8        Q.   And the TVT is placed near the entrance of

 9   the vagina; is that correct?

10        A.   Yeah, at the midurethra.

11        Q.   At the midurethra.

12        A.   Yeah.

13        Q.   So it's possible, then, that the TVT's

14   placement could cause dyspareunia?

15        A.   Well, I would agree with that because

16   any -- any surgical procedure in the vagina where

17   you make an incision and perform an operation can

18   result in pain.

19        Q.   Okay.  Let's go to the bottom of page 6.

20   I think you're still on page 6.  And directing you

21   to that area and that --

22        A.   I'm sorry.  Is that C or --

23        Q.   It's at the bottom of page 6.  It's under

24   B.

25        A.   Under B.  Okay.

Harry W. Johnson, Jr., M.D.

1    Q.   And in that paragraph, you're discussing

2    the numerous pain conditions that cannot be ruled

3    out.  Those are your words.  And you talk about a

4    history of fibromyalgia, low back pain, degenerative

5    changes in the lumbar spine, hypothyroidism, and

6    lupus as well as rheumatoid arthritis and

7    osteoporosis.

8         So can you explain starting with -- well,

9    let's just start with fibromyalgia, how that might

10   cause pelvic pain or dyspareunia.

11   A.   Well, fibromyalgia, you can have general

12   pains throughout the body.  So I listed these

13   together because I think they all interact to cause

14   pains throughout the body.  There's going to be

15   joint pain, muscle pain.  Lupus can cause

16   significant disability in that way, as can

17   rheumatoid arthritis and osteoporosis.  So all of

18   these things combined can result in pain like this.

19   Q.   So then it's your opinion that

20   fibromyalgia could cause pelvic pain?

21   A.   Well, what I'm saying is all of these

22   things taken together in addition with her surgical

23   procedure and her vaginal atrophy can result in

24   pain.

25   Q.   So pain but not necessarily pelvic pain?

Harry W. Johnson, Jr., M.D.

```
 1        A.    No.   It can be pelvic pain.   It's pain

 2   throughout the body.

 3        Q.    Also dyspareunia?

 4        A.    Well, you can have pain -- it depends on,

 5   if you're talking specifically about vaginal pain,

 6   whether you're having pain with intercourse from

 7   your body being really -- having a lot of medical

 8   conditions that affect all your joints, muscles, and

 9   et cetera.   So that combined with the vaginal

10   atrophy and the scarring from her surgery can all

11   result in pelvic pain and dyspareunia, which is a

12   type of pelvic pain.

13        Q.    Okay.   Well, it's my understanding -- and

14   correct me if I'm wrong -- that dyspareunia is pain

15   during sexual intercourse, vaginal intercourse; is

16   that correct?

17        A.    It's pain during intercourse or sexual

18   activity.

19        Q.    Okay.   And so it's your opinion, then --

20   and if I mischaracterize this, please correct me --

21   all of these conditions listed -- fibromyalgia, low

22   back pain, degenerative changes in the lumbar spine,

23   hypothyroidism, lupus, rheumatoid arthritis, and

24   osteoporosis -- can combine to cause dyspareunia?

25        A.    Well, they combine to cause pelvic pain
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 36 of 71 PageID #: 118836
Case 2:12-cv-02952   Document 1150-3   Filed 12/05/16   Page 36 of 71 PageID #: 39661
Harry W. Johnson, Jr., M.D.

1    and may be uncomfortable during intercourse with the

2    act of performing intercourse.  But I wouldn't say

3    all these things cause pain in the vaginal mucosa.

4    That would more be related to her vaginal atrophy

5    and her previous surgical procedures performed in

6    2003.

7         Q.   And Ms. Webb's dyspareunia, she complains

8    of the pain being at the entrance to the vagina; is

9    that correct?

10        A.   Well, again, I'm combining the medical

11   record with my examination of Ms. Webb.  But I found

12   in my independent examination pain throughout the

13   vagina.  And I found a short -- a very short vagina,

14   less than 40 percent of its normal length, and

15   palpable sacrocolpopexy mesh at the apex which was

16   very tender.

17        Q.   But Ms. Webb has only complained of

18   dyspareunia at the entrance of the vagina, correct?

19   I mean, I understand you did a --

20        A.   Oh, yeah.  I mean, when I was talking with

21   her, you couldn't even -- she really didn't even

22   want you to examine her because the whole vagina was

23   atrophic, painful, shortened, scarred severely.

24        Q.   Okay.  Let's turn the page.  And the first

25   full paragraph says:  "Similarly, Ms. Webb suffered

Harry W. Johnson, Jr., M.D.

```
 1    from preexisting medical conditions that likely

 2    inhibited her body's capacity to heal.

 3    Specifically, Ms. Webb suffered from chronic

 4    leukopenia."  That is low white blood cell count and

 5    lupus.

 6          So the question is:  How did lupus impede

 7    healing and Ms. Webb's ability -- well, let's just

 8    start with healing.

 9       A.   Well, I think lupus is a chronic disease

10    of the body that affects all systems in the body,

11    and they can have trouble with medical issues such

12    as healing, things like that.

13       Q.   And Ms. Webb had lupus prior to her 2003

14    implant?

15       A.   In December of 2001, she had a lot of

16    these symptoms of pain, swelling in the hands,

17    wrists, knees, ankles; rash, face, neck; the

18    chronic -- chronic total body complaints, and was

19    seen at Ashland Bellefonte Center to see if she had

20    lupus.  She had photosensitivity, Raynaud's disease,

21    swollen joints.  So she was diagnosed with symptoms

22    suggestive of lupus, started on Mobic, which is a

23    type of anti-inflammatory, and prednisone for this.

24    She was seen again in May of '02 with a diagnosis of

25    lupus and fibromyalgia.
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 38 of 71 PageID #: 118838
Case 2:12-cv-02952   Document 1150-4   Filed 09/05/18   Page 38 of 71 PageID #: 39663
Harry W. Johnson, Jr., M.D.

1    Q.   So she had lupus when Dr. Caputo performed

2    the 2013 surgery?

3    A.   Yeah.  They first started talking about

4    lupus in 2001.

5    Q.   And she healed fine from Dr. Caputo's 2013

6    surgery, correct?

7         MR. COMBS:  Object to form.

8         THE WITNESS:  Well, she has a lot of

9    problems in the vagina from scarring and pain and

10   palpable mesh, atrophy.  So, I mean, I don't think

11   it's normal.

12   BY MR. CRONE:

13   Q.   Well, is there anything in the notes to

14   indicate that there was anything abnormal

15   postoperative to Dr. Caputo's surgery in regards to

16   healing and that sort of -- recovery and that sort

17   of thing?

18   A.   Well, I mean, if you -- if what you're

19   asking me is did her incisions in the operation

20   heal, it healed, but she didn't heal so that she was

21   normal and improved.

22   Q.   Okay.

23   A.   I mean, there was some suspension of the

24   vagina, and that was still true at the time of my

25   IME, although the vagina was heavily scarred and

Harry W. Johnson, Jr., M.D.

```
 1   shortened, a significant portion was missing.

 2        Q.   In the next paragraph, you attribute her

 3   pelvic pain and dyspareunia to being likely caused

 4   or exacerbated by her mental condition.  And by that

 5   you're referring to depression.  Did I characterize

 6   that correctly?

 7        A.   Yeah.  Depression has -- can have some

 8   effect on pelvic pain.

 9        Q.   And dyspareunia?

10        A.   Yes, combined with atrophy and the other

11   medical conditions that she has.

12        Q.   And what's your basis for that opinion?

13        A.   Well, there's known -- sexual dysfunction

14   is known to occur in people with depression and

15   psychiatric diagnoses.

16        Q.   Is there a subspecialty of medicine that

17   studies depression?

18        A.   Well, there's psychiatrists.

19        Q.   Are you a psychiatrist?

20        A.   No, I'm not.

21        Q.   Psychologist?

22        A.   No.

23        Q.   So you can't really hold this opinion with

24   any sort of certainty, can you?

25             MR. COMBS:  Object to form.
```

Harry W. Johnson, Jr., M.D.

```
 1              THE WITNESS:  Well, sexual dysfunction is

 2     often seen by gynecologists rather than

 3     psychiatrists or with psychiatrists because

 4     psychiatrists typically don't perform pelvic exams.

 5     So it is within the scope of gynecology to talk

 6     about sexual dysfunction.

 7     BY MR. CRONE:

 8         Q.   But if you had a patient who came to you

 9     complaining of dyspareunia and you thought it was

10     caused by a psychological condition, you would refer

11     that patient to a specialist, wouldn't you?

12         A.   If I felt like evaluation and treatment

13     would help her, I would.

14         Q.   Okay.  In the next paragraph, you mention

15     that she was menopausal prior to the 2003 surgery

16     and that this is known to cause vaginal dryness,

17     loss of elasticity in vaginal tissues, both of which

18     can result in dyspareunia.  What's the basis for

19     that opinion?

20         A.   Vaginal atrophy is caused by decreased

21     estrogen, thinning of the vaginal mucosa, dryness,

22     which can result in pain, dyspareunia.  You know,

23     dyspareunia in women after menopause is not uncommon

24     due to that.

25         Q.   What's the typical treatment for that?
```

Harry W. Johnson, Jr., M.D.

1    A.   Estrogen cream would be probably one way.

2  The other things that we have are other methods of

3  delivery of estrogen to the vagina.

4    Q.   And Ms. Webb tried estrogen cream, didn't

5  she?

6    A.   She -- she did have estrogen cream.

7    Q.   Okay.  So then is it your opinion that the

8  estrogen cream did not work insofar as treating her

9  dyspareunia?

10    A.   Well, the estrogen cream would have -- the

11  idea is that that would have helped with the vaginal

12  atrophy.  Again, I would reference my IME exam which

13  showed, in addition to severe atrophy, a severely

14  scarred vagina with approximately 60 percent

15  removed -- and I give you that number based on my

16  measurements of the vagina -- with palpable

17  colpopexy mesh at the apex that was significantly

18  tender.

19    Q.   So the -- one of the surgeries could be

20  causing the dyspareunia, not menopause.  That's at

21  least possible, correct?

22    A.   Well, I think those go together.  I don't

23  think you can really separate them in this case.  I

24  think the surgery that she had to her pelvic floor

25  was -- with the hysterectomy and the anterior and

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 42 of 71 PageID #: 118842
Case 2:12-cv-02952   Document 150-3   Filed 04/05/16   Page 42 of 71 PageID #: 39887
Harry W. Johnson, Jr., M.D.

1    posterior colporrhaphy was quite extensive and

2    resulted in removal of a significant amount of the

3    vagina.

4        Q.   In the next paragraph, you say:  "Finally,

5    to the extent Ms. Webb's pelvic pain and dyspareunia

6    are related to her TVT, it is unlikely her pain was

7    caused by a defective or dangerous condition in the

8    TVT."

9             What's your basis for that opinion?

10       A.   I haven't seen any defects in the TVT

11   mesh.

12       Q.   Okay.  So you, meaning yourself,

13   personally have never seen a defect in a TVT mesh?

14       A.   Well, I'm not aware of any defects in the

15   literature.  And I generally inspect the mesh before

16   I place it.  And I would expect that to be done when

17   it's placed.

18       Q.   Okay.  When you inspect the mesh before

19   placement, would you know what you were looking for

20   if you were looking for a defect?

21            MR. COMBS:  Object to form.

22            THE WITNESS:  Well, I know what a normal

23   TVT mesh looks like, so I would look for something

24   that's not present in a normal piece of TVT mesh.

25   BY MR. CRONE:

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 43 of 71 PageID #: 118843
Case 2:12-cv-02952   Document 150-4   Filed 09/01/16   Page 43 of 71 PageID #: 39803

Harry W. Johnson, Jr., M.D.

1      Q.   So if the TVT mesh in its normal condition

2   was, in fact, defective, you wouldn't know that; is

3   that fair?

4            MR. COMBS:  Object to form.

5            THE WITNESS:  Well, what I would be

6   looking for -- if the mesh is handed to me by a tech

7   in the operating room and if the mesh were

8   compromised when it was removed from the kit, I

9   would be looking for that or a break or a stretch,

10   you know, something that happened as the mesh was

11   handed to me.

12   BY MR. CRONE:

13      Q.   Something visible to the naked eye?

14      A.   Yes.

15      Q.   Okay.  In the same paragraph, last

16   sentence, you write:  "Although Ms. Webb may not

17   have had a perfect result from her TVT, the use of

18   TVT gave her the best chance for treating her SUI

19   with minimal complications."

20      A.   I'm sorry.  I think I've --

21      Q.   Did I lose you?

22      A.   Yeah.

23      Q.   So on page 7 above paragraph C --

24      A.   What's at the top?

25      Q.   At the very top, there's nothing, but sort

Harry W. Johnson, Jr., M.D.

```
 1    of near the bottom, it's labeled C.

 2         A.   Oh, here.

 3              MR. COMBS:  He's asking about that

 4    sentence (indicating).

 5    BY MR. CRONE:

 6         Q.   Okay.  So are you with me?

 7         A.   Yeah.

 8         Q.   Okay.  So you write she didn't have a

 9    perfect result.  In fact, the TVT did not

10    objectively cure her SUI; is that correct?

11         A.   Not long term.

12         Q.   And she did, in fact, suffer numerous

13    complications; is that correct?

14              MR. COMBS:  Object to form.

15              THE WITNESS:  Well, complications from the

16    surgery in that she has a shortened, severely

17    scarred vagina and she has suffered recurrent

18    prolapse of that shortened vagina, which was treated

19    with a second surgical procedure.  But I don't agree

20    that the TVT caused the complication and the second

21    prolapse, if that's what you mean.

22    BY MR. CRONE:

23         Q.   No.  No.  I am talking about the recurrent

24    UTIs, for example.

25         A.   Oh.  Well, that one -- that one is a
```

Harry W. Johnson, Jr., M.D.

1   little difficult.  It looks like the UTIs started

2   occurring after 2007 when she had her presentation

3   for recurrent prolapse.

4           One of the -- kind of the confusing things

5   here is when I talked with her about that, at the

6   time she was working as a cashier at Walmart.  And

7   the working situation at Walmart at that time was

8   such that she was not allowed to go to the bathroom

9   during working hours, if you can believe that.

10      Q.   I do.

11      A.   And the way that she got around that was

12   she wore a heavy diaper and urinated and had bowel

13   movements in the diaper which she changed at the end

14   of the day, which is -- I mean, having bowel

15   movements in your pants and having that in your

16   pants all day long of course would make you more

17   susceptible to urinary tract infections because the

18   bacteria is E. coli., which is the most common

19   bacteria to give you a urinary tract infection.

20           So the -- I found that really remarkable,

21   I guess is --

22      Q.   I would agree with your description.

23      A.   I don't even want to talk about it.

24      Q.   Can the TVT cause blockage of the urethra?

25   Is that a complication?

Harry W. Johnson, Jr., M.D.

1      A.    The TVT, if it's placed too tight, can

2   obstruct the urethra, but generally if you don't

3   have that obstruction when you first place it, it

4   doesn't obstruct over time.

5      Q.    If you do have an obstruction of the

6   urethra caused by the TVT, that could cause a person

7   to be unable to completely void; is that right?

8      A.    Obstruction means that you've obstructed

9   the flow of urine out of the bladder so you have

10   difficulty voiding.  You may require a catheter.  I

11   mean, in that case, you would have to use a catheter

12   to drain your bladder.

13      Q.    And in that case, that could lead to

14   bladder infections?

15      A.    Well, you can -- elevated post-void

16   residuals or urinary retention you can have bladder

17   infections.  I'm not sure that I have evidence in

18   this chart that she had --

19      Q.    Well, she had bladder infections.

20      A.    No, urinary retention.  I know she had

21   bladder infections.  That's what I was talking about

22   for a minute --

23      Q.    Okay.  Gotcha.

24      A.    -- the way that she was managed at

25   Walmart.

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 47 of 71 PageID #: 118947
Case 2:12-cv-02952   Document 1150-3   Filed 12/05/16   Page 47 of 71 PageID #: 39872
Harry W. Johnson, Jr., M.D.

1    Q.   If there's evidence of urinary retention

2   in the records you have, then would you agree it's

3   possible the TVT could have caused her bladder

4   infections?

5           MR. COMBS:  Object to form.

6           THE WITNESS:  Well, at the time that she

7   presented in 2007 when she had recurrent prolapse,

8   it was recurrent prolapse of the anterior vaginal

9   wall, which is the bladder.  And as the bladder --

10   as the bladder drops with the prolapse, it can cause

11   urinary retention.  I would be more in agreement

12   that she had urinary retention that was associated

13   with her recurrent prolapse.

14   BY MR. CRONE:

15    Q.   Okay.  But can you conclusively rule out

16   the TVT?

17    A.   I don't have any -- I would have to see

18   when that occurred and look at her evaluation at

19   that time to give you an answer to the question.

20    Q.   Okay.  Under paragraph C, same page, first

21   full paragraph, second sentence, it says:  "It is my

22   opinion that these urinary symptoms were not caused

23   by defects in Ms. Tomblin's TVT implant or the TVT

24   procedure."

25           Is that another typo?

Harry W. Johnson, Jr., M.D.

```
 1        A.   I don't think I can directly say that her

 2   urinary symptoms were caused by the TVT implant or

 3   the procedure.

 4             MR. COMBS:  Dr. Johnson, he --

 5             MR. CRONE:  Go ahead.

 6             MR. COMBS:  He was just -- he's just

 7   asking you about -- it's got Tomblin's name in it --

 8   whether it's a typo.  He was asking you, is that a

 9   typo.

10             THE WITNESS:  Yeah, that was -- that's a

11   typo.

12   BY MR. CRONE:

13        Q.   Okay.  And so you're sure that -- again,

14   you're sure that there are no opinions reflected in

15   this report that actually relate to Ms. Tomblin

16   rather than Ms. Webb?

17        A.   Yes.

18        Q.   Okay.

19        A.   To the best of my ability, yes.

20        Q.   Okay.  Let's go to the top of the next

21   page.  The first paragraph that's not a full

22   paragraph, last sentence says:  "If Ms. Webb suffers

23   from post-implant urinary incontinence, her prior

24   incontinence would be the cause."

25             So are you opining here that SUI can lead
```

Harry W. Johnson, Jr., M.D.

1    to urge incontinence?

2        A.   What I'm talking about really is when you

3    have stress incontinence and you have a procedure to

4    treat the stress incontinence, it's not a hundred

5    percent that the stress incontinence will be cured.

6    And it's not a hundred percent it will be cured over

7    time.

8            Now, in addition to that, you can develop

9    urge incontinence after the procedure over the

10   course of your life, which may or may not be related

11   to the procedure.  In this case, again, she had

12   significant surgery to the vagina, and I would --

13   you know, there's a chance of recurrence of stress.

14   There's a chance of development of urge

15   incontinence.

16       Q.   But just to be clear --

17       A.   And there's a chance of urge incontinence

18   whether you had the surgery or not.

19       Q.   Sure.  But just to be clear, stress

20   incontinence does not directly cause urge

21   incontinence?

22       A.   No.

23       Q.   Throughout the report, you use the words

24   likely or unlikely in reference to various opinions.

25   So, for example, if you go to the paragraph just

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 50 of 71 PageID #: 118950
Case 2:12-cv-02952   Document 1150-4   Filed 08/08/17   Page 50 of 71 PageID #: 39675

Harry W. Johnson, Jr., M.D.

1  above D on the same page, in the first sentence of

2  that last paragraph, it says:  "Finally, to the

3  extent Ms. Webb's urinary problems are related to

4  her TVT, it's unlikely her urinary problems,"

5  et cetera.  The sentence goes on.

6           By likely or unlikely, what sort of

7  certainty are you describing?

8           MR. COMBS:  Object to the form.

9  BY MR. CRONE:

10      Q.   And if you don't understand the question,

11  I'll ask it again.

12      A.   Okay.  You can ask me again.

13      Q.   Sure.  So here where you say:  "It is

14  unlikely her urinary problems were caused by a

15  defective or dangerous condition in the TVT," that's

16  a conclusion.  Would you agree?

17      A.   Yes.

18      Q.   That's your opinion?

19           And you're qualifying that opinion by

20  saying it's unlikely.  So how sure are you that her

21  urinary problems were not caused by a defective or

22  dangerous condition in the TVT?

23           MR. COMBS:  Object to form.

24           THE WITNESS:  The conditions that she has

25  with her bladder and vagina are conditions that are

Harry W. Johnson, Jr., M.D.

1    known with all surgeries for stress urinary

2    incontinence, and the occurrence is very similar in

3    all of these procedures.  In other words, they occur

4    around a similar amount.

5           So my opinion is that these things occur

6    with this type of surgery whether you use a mesh or

7    whether you use a pubovaginal fascial sling or

8    whether you use a Burch colposuspension, especially

9    when these things are combined with extensive pelvic

10   floor surgery like she had and has had.

11   BY MR. CRONE:

12       Q.   So when you say it's unlikely, then, that

13   her urinary problems were caused by a defective

14   condition in the TVT, implicitly you're stating that

15   there may be other causes?

16       A.   Yes.

17       Q.   Okay.  Let's go to the very bottom of that

18   page, the last sentence.  It says:  "At the time of

19   Ms. Webb's TVT implant in 2003, dyspareunia, pain,

20   urinary dysfunction, and urinary tract infections

21   were all well-known complications in the medical

22   community, especially among gynecologists like

23   Dr. Edwards, based on reports and studies in the

24   peer-reviewed literature."

25           So is your basis for that opinion just the

Harry W. Johnson, Jr., M.D.

1    reports and studies, or is there more?

2         A.   The medical literature.  So that would

3    mean like information from ACOG societies, AUGS

4    meetings, things like that.

5         Q.   Do you know if Dr. Edwards read any of

6    that literature?

7         A.   He testified that he was aware of these

8    complications, so I don't know what -- I can't

9    recall in his deposition if he said that, but I do

10   recall that he testified that he was aware of the

11   complications.

12        Q.   He didn't testify that he was aware that

13   mesh could curl, rope, contract, or shrink, did he?

14        MR. COMBS:   Object to the form and

15   foundation.

16   BY MR. CRONE:

17        Q.   It's a very compound question.

18             So you reviewed Dr. Edwards' deposition,

19   correct?

20        A.   I did.

21        Q.   And in reviewing that deposition, do you

22   know whether Dr. Edwards testified that he was aware

23   that the TVT mesh could curl?

24        A.   I would have to reread the deposition to

25   look for those complications.

Harry W. Johnson, Jr., M.D.

```
 1        Q.   Same question with his awareness that it
 2   could rope.
 3        A.   Same answer.
 4        Q.   Same question with regard to contraction.
 5        A.   Same answer.
 6        Q.   And shrinkage.
 7        A.   And I would say with those -- with all of
 8   those issues, I would have to look in his deposition
 9   to see if he testified to that.  And I haven't seen
10   that really in the literature.
11        Q.   That's fair.
12             If you reviewed his deposition testimony
13   and he did not testify that he was aware of those
14   things, would that change your opinion here about
15   what Dr. -- about the complications Dr. Edwards was
16   aware of?
17             MR. COMBS:  Objection to form.
18             THE WITNESS:  No.
19   BY MR. CRONE:
20        Q.   Okay.  All right.  Let's look at your IME
21   of Ms. Webb, which I think I held back on because I
22   flooded you with exhibits.
23             MR. CRONE:  So we'll mark this as -- I
24   believe this should be 6.
25             (Exhibit 6 was marked for identification
```

Harry W. Johnson, Jr., M.D.

```
 1              and is attached to the transcript.)

 2   BY MR. CRONE:

 3        Q.   So, Dr. Johnson, Exhibit 6 is -- this is

 4   your IME report from your examination of Ms. Webb?

 5        A.   Yes.

 6        Q.   Okay.  I have a few -- just a few

 7   questions on this.  They're largely due to my

 8   unfamiliarity with reading these types of documents.

 9              So the third line down under HPI, that

10   mild incontinence you're noting, does that refer to

11   her stress incontinence?

12        A.   Yes.

13        Q.   Okay.  And then the eighth line from the

14   bottom of that section, you noted:  "She complained

15   of mixed incontinence, recurrent UTI, and vaginal

16   bleeding."

17              And these are all complaints after the

18   2003 TVT implant, right?

19              MR. COMBS:  Could you read that question

20   back?

21              (Pending question read.)

22              THE WITNESS:  Yes.

23   BY MR. CRONE:

24        Q.   And then the second line from the bottom

25   there says:  "She cannot void when slumped."
```

Harry W. Johnson, Jr., M.D.

```
 1                 What could be causing that?

 2       A.    Well, those were her words.  Generally you

 3   sit up to void, but she had a severely scarred

 4   vagina.  So that's what she said, she couldn't lean

 5   forward and void, but that's not a normal voiding

 6   position anyway.  I just wrote down what she said.

 7       Q.    Okay.  Let's go to page 2.  Under sexual

 8   function near the bottom, the introital dyspareunia

 9   that she complained of, that means dyspareunia near

10   the entrance of the vagina, right?

11       A.    Yeah.  She complained of -- well, she

12   wouldn't allow anything to go into the vagina

13   because of tenderness all the way around and all the

14   way -- it was very difficult to do an exam because

15   of that.

16       Q.    And she's been that way since 2003.  Is

17   that what that note above means with regard to

18   sexual activity?

19       A.    Since her pelvic floor surgery in 2003.

20       Q.    So the next page, under past surgical

21   history, which is kind of near the top, the last

22   entry there says Prolene mesh.  Is that the 2013

23   surgery you're referring to?

24       A.    Yeah, that's a description from the

25   colpopexy abdominal approach.
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 56 of 71 PageID #: 118856
Case 2:12-cv-02952   Document 1150-4   Filed 09/26/16   Page 56 of 71 PageID #: 39681
Harry W. Johnson, Jr., M.D.

1      Q.    Okay.

2      A.    Yeah, I'm sorry the date's not on there.

3  It should be 2013.

4      Q.    Then under past medical history, you note

5  urge incontinence.  And I know we've gone over this,

6  but I just want to make sure.  That's urge

7  incontinence that developed after her 2003 TVT

8  implant; is that right?

9           MR. COMBS:  Object to form.

10           THE WITNESS:  I didn't have records

11  showing urge incontinence before 2003.

12  BY MR. CRONE:

13      Q.    Okay.  Let's go to the next page.  It's

14  the table at the bottom, GYN.

15      A.    Yeah.

16      Q.    You note external genitalia is gaping.

17  What does that mean?

18      A.    That means when you -- the patient is in

19  lithotomy position and you are just looking at the

20  genitalia, the vaginal opening is gaping open.  In

21  most women, it would be closed or the side walls

22  would be touching, not open.

23      Q.    Under vaginal pelvic support in the same

24  table there --

25      A.    Yeah.

Harry W. Johnson, Jr., M.D.

1        Q.    -- you note:  "Atrophic vaginal mucosa,

2    scarred, tender to touch, palpable mesh at apex,

3    difficult to place speculum, shortened vagina."

4            So let's start with the difficulty in

5    placing the speculum.  Could that be due to the

6    TVT's placement near the entrance of the vagina?

7        A.    My impression during the exam was that the

8    entire pelvic floor was painful.  She wouldn't -- I

9    found it very difficult for me to do anything,

10   especially since the vagina is shortened.  Almost as

11   soon as you put the speculum in, it hits the apex of

12   the vagina, if you will.  Because a normal vagina

13   would be more like 10 centimeters and then after

14   hysterectomy, 7 to 8 centimeters, maybe 9.  And then

15   hers was 4 centimeters in length, which means almost

16   as soon as you put the speculum in, you hit the top

17   apex, which was very painful for her.

18       Q.    Okay.  So it was primarily difficult to

19   place it because it was painful due to the shortened

20   vagina?

21       A.    And scarring.

22       Q.    And scarring.

23           And atrophic vaginal mucosa that's scarred

24   and tender to touch, what do you mean there exactly?

25       A.    Well, all I really mean is that the

Harry W. Johnson, Jr., M.D.

1    vaginal mucosa was very atrophic, which means

2    thinned out, lack of menopause, dry, inflamed

3    looking, scarred from her previous surgery, which is

4    evidenced by the shortened vaginal length.  And then

5    when I touched the apex and the vagina around --

6    actually almost everywhere, it seemed like it was

7    very tender.  And I could palpate the mesh that had

8    been attached to the apex.

9         When you attach the mesh to the apex, it's

10   not just -- it's not just attached just to the apex.

11   It goes usually 2 or 3 centimeters at least on

12   either side, which means the anterior wall and the

13   posterior wall.  So it has to be sewn in along the

14   anterior wall and sewn in along the posterior wall,

15   and you could actually feel that.

16        Q.   When you say "feel that," do you mean feel

17   the mesh directly or underneath?

18        A.   I mean underneath the mucosa.  So there

19   was no exposure or erosion of the mesh.

20        Q.   Was there anything else abnormal about the

21   mesh?

22        A.   Well, I couldn't see the mesh.  The -- she

23   just had a lot of scarring and a very tender

24   anterior and posterior wall where it was attached.

25   I mean, I think it was easy to palpate because of

Harry W. Johnson, Jr., M.D.

1    the fact that it was attached to both the anterior

2    and the posterior walls for a couple centimeters.

3    She just did not like you to touch that.

4        Q.   Okay.  Could it have been easy to palpate

5    because it had contracted?

6             MR. COMBS:  Object to form.

7             THE WITNESS:  I don't think that would

8    have made any difference.

9    BY MR. CRONE:

10       Q.   Does the scarring make any difference in

11   how easy it is to palpate the mesh?

12       A.   Well, you know, I think that what's really

13   significant here was that her vagina was so atrophic

14   and so thinned out that anything that you put behind

15   there you would feel.

16       Q.   And when you were examining Ms. Webb, did

17   she complain of pain essentially anywhere you

18   touched her in the vagina or was it only when you

19   touched certain areas, for example, the mesh?

20       A.   The mesh apex was so painful that she was

21   fearful of any touch, so it was somewhat difficult

22   for me to examine her.  I had to -- the way I

23   examined her was that if I -- if I did something in

24   the exam that hurt and she told me to stop, I would

25   stop.

Harry W. Johnson, Jr., M.D.

1      Q.    Okay.

2      A.    So that was the problem with the -- when I

3  touched the apex, she told me stop, and we did.

4      Q.    And when you're examining her, she doesn't

5  know where you're touching exactly?  By that, I mean

6  she can't see exactly where you're touching while

7  you're doing it; is that fair?

8      A.    Well, I usually inform a patient of what

9  I'm doing so that I don't surprise them or -- it's

10 just a technique to talk what you're doing while

11 you're doing an exam so that the patient is more in

12 control than the doctor to try to not cause any pain

13 or discomfort or fear.

14     Q.    And did you do that in this case?

15     A.    Yes.

16     Q.    Okay.  Next page.  Under levator muscle

17 strength 2 out of 5, what does that mean?

18     A.    Well, when I had a finger in the vagina, I

19 asked her to contract or try to squeeze the muscles

20 and her squeeze was somewhat weak.

21     Q.    Okay.  And --

22     A.    In other words, the lower the number, the

23 weaker the contraction.

24     Q.    What is a reduction stress test?

25     A.    A reduction stress test is if you have

Harry W. Johnson, Jr., M.D.

1   prolapse and you have to push the vagina in for them

2   to void.

3        Q.   Okay.

4        A.   So I've tried to hold -- I don't mean

5   void.  I mean to -- a stress test means to cough,

6   laugh, or sneeze.  So you support the anterior

7   vaginal wall and have them cough, laugh, or sneeze

8   and see if they leak.

9        Q.   And here you did that.  Negative means she

10  did not?

11       A.   Right, she didn't with just a stress like

12  a cough.  When I was looking, there was no leak.

13  And then when I put my fingers in for the exam, I

14  had her cough and no leak.

15       Q.   Okay.  And then under --

16       A.   And it refers to stress incontinence.

17  That's what stress means.

18       Q.   Okay.

19       A.   Yeah.  Yeah.

20       Q.   And then under assessment, you note that,

21  sort of right in the middle:  "Shortened, scarred --

22  oh, I'm sorry.  The line below that -- "Vagina is

23  shortened from overzealous A&P -- that stands for

24  anterior and posterior, right?

25       A.   Yes.

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 62 of 71 PageID #: 118862
Case 2:12-cv-02952   Document 150-3   Filed 08/23/17   Page 62 of 71 PageID #: 39887
Harry W. Johnson, Jr., M.D.

1    Q.   -- "colporrhaphy."

2         What do you mean by overzealous?

3    A.   I mean that a significant amount of the

4    vagina was removed, causing her vagina to be

5    shortened and severely scarred.  And that's the --

6    when she had recurrent prolapse, that's why the only

7    option open to her from Dr. Caputo's recommendation

8    was sacrocolpopexy, because the vagina was so short,

9    she couldn't support it any other way.

10   Q.   Okay.  And you testified earlier that you

11   performed a differential diagnosis in reaching your

12   conclusions regarding Ms. Webb; is that correct?

13   A.   Yes.

14   Q.   Where is that reflected in this report?

15   A.   Well, I think it's just the basis -- I

16   mean, it's just the information in the report where

17   I talked about the different diagnoses that she has

18   and the possibility of her having pain from the

19   different medical conditions that she has.

20   Q.   So would you say, then, that it starts at

21   page 5, Roman numeral III, Discussion of Opinions

22   Specific to Ms. Webb, and then continues to page 8

23   and stops before Dr. Edwards was aware of the

24   relevant risks?

25        MR. COMBS:  Objection to form.

Harry W. Johnson, Jr., M.D.

```
 1              THE WITNESS:  Well, it starts from her --
 2    when I started talking about her post-implant
 3    medical conditions to the discussion of the
 4    different findings that we had.
 5    BY MR. CRONE:
 6         Q.   So that's at page 3 --
 7         A.   3 to 8.
 8         Q.   3 to 8.
 9              Has Ms. Webb ever been diagnosed with
10    anxiety?
11         A.   I'm just looking at my notes, and the
12    diagnosis that I have from her records is
13    depression.  I don't have anxiety.
14         Q.   Okay.  So on page 10, the second
15    paragraph -- excuse me -- the second full paragraph
16    at the top of the page, it starts:  "In addition,"
17    it says, "Dr. Veronikis' failed to provide a
18    reasonable medical basis for excluding some of
19    Ms. Webb's preexisting conditions and comorbidities
20    including lupus, arthritis, anxiety, depression, and
21    osteoporosis as causes or contributors to Ms. Webb's
22    pelvic pain and dyspareunia."
23              Is the anxiety there a typo?
24         A.   Yes.
25         Q.   No possibility that this could relate to
```

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 64 of 71 PageID #: 118864
Case 2:12-cv-02952   Document 150-1   Filed 01/11/16   Page 64 of 71 PageID #: 39889
Harry W. Johnson, Jr., M.D.

 1    Ms. Tomblin's case?

 2        A.   I don't think so.

 3        Q.   And you disagree with Dr. Veronikis'

 4    conclusions in his expert report; is that fair?  And

 5    by that, I mean his conclusion that the TVT caused

 6    Ms. Webb's pelvic pain, dyspareunia, urinary

 7    problems, and UTIs.

 8        A.   Yes.  I think it's much more -- her

 9    history has many more significant things in it to

10    make it that simple.

11        Q.   And the same question for Dr. Ostergard's

12    opinion.

13        A.   Yes.

14        Q.   Just a couple more.  We're just about

15    done.

16             You had noted that the -- there's a

17    similar risk of erosion from the Burch suture as the

18    TVT procedure.  What's your basis for that opinion?

19        A.    In the Schimpf meta-analysis, the return

20    to operating room for erosion with a Burch was

21    .28 percent; and with the TVT, it was 1.9 percent;

22    for the pubovaginal sling, 1.6 percent.

23        Q.   That's quite a bit higher than the Burch

24    procedure, wouldn't you agree?

25        A.   Well, I consider them both very low.  Even

Harry W. Johnson, Jr., M.D.

1    though it's a low occurrence for both, there's a

2    difference between the two.

3        Q.   About five times the difference for the

4    Burch procedure; isn't that right?

5        A.   Yeah, I mean, they're both less than

6    2 percent, but they're both low.

7        Q.   Just a couple last questions.

8             When Dr. Edwards performed the TVT surgery

9    in 2003, did he do so within the standard of care?

10   And I know there were many other procedures done.

11   I'm just referring to the TVT procedure.

12       A.   Okay.  I think all the procedures that he

13   did were within the standard of care as described in

14   this medical record.

15       Q.   And then the procedure performed by

16   Dr. Caputo in 2013, was that performed within the

17   standard of care?

18       A.   Yes.

19       Q.   And finally, does this report encompass

20   all of the opinions you intend to offer in this

21   matter?

22       A.   Yes, unless there were records or

23   information that haven't been made available to me

24   which I don't know of.

25       Q.   So if there are additional documents you

Harry W. Johnson, Jr., M.D.

```
 1   review and your opinions change, then you'll

 2   supplement this report?

 3        A.   That's correct.

 4             MR. CRONE:  I'm done.

 5             MR. COMBS:  All right.  Let's take a break

 6   for a minute.  I'm going to have very brief

 7   redirect.  It's going to be less than five minutes.

 8             (A recess was taken.)

 9        EXAMINATION BY COUNSEL FOR DEFENDANTS

10   BY MR. COMBS:

11        Q.   Dr. Johnson, I just want to ask you a

12   couple of questions.

13             During Mr. Crone's exam, he was asking you

14   about mesh that was palpable during the IME of the

15   Plaintiff.  Now, was that mesh that had been placed

16   during the TVT or mesh that had been placed during

17   the prolapse repair in 2013?

18        A.   It was the colpopexy mesh.

19        Q.   And Mr. Crone asked you questions about

20   whether all of the opinions you had were set forth

21   in your case-specific report.  Did you also issue a

22   general report that's applicable to this case?

23        A.   I did.

24        Q.   And will you also be offering opinions

25   that are set forth in your general report upon which
```

Harry W. Johnson, Jr., M.D.

```
 1   you were deposed earlier today?

 2        A.   Yes.

 3             MR. COMBS:  All right.  Thank you,

 4   Dr. Johnson.  I don't have any more questions.  I

 5   appreciate it.

 6             MR. CRONE:  I don't either.

 7             MR. COMBS:  Thank you.

 8              (Off the record at 1:14 p.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Harry W. Johnson, Jr., M.D.

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2          I, Samara J. Zink, the officer before whom

 3    the foregoing deposition was taken, do hereby

 4    certify that the witness whose testimony appears in

 5    the foregoing deposition was duly sworn by me to

 6    testify to the truth, the whole truth, and nothing

 7    but the truth concerning the matters in this case.

 8              I further certify that the foregoing

 9    transcript is a true and correct transcript of my

10    original stenographic notes.

11              I further certify that I am neither

12    attorney or counsel, nor related to or employed by

13    any of the parties to the action in which this

14    deposition is taken; and furthermore, that I am

15    not a relative or employee of any attorney or

16    counsel employed by the parties hereto, nor

17    financially or otherwise interested in the outcome

18    of this action.

19

20

21

22              _____

                Samara J. Zink

23              Notary Public in and for the

                State of Maryland

24

25    My commission expires:  February 28, 2017
```

Harry W. Johnson, Jr., M.D.

```
 1                    -   -   -   -   -   -

                      E  R  R  A  T  A

 2                    -   -   -   -   -   -

 3

 4    PAGE   LINE   CHANGE

 5    _____  _____  _____

 6         REASON:  _____

 7    _____  _____  _____

 8         REASON:  _____

 9    _____  _____  _____

10         REASON:  _____

11    _____  _____  _____

12         REASON:  _____

13    _____  _____  _____

14         REASON:  _____

15    _____  _____  _____

16         REASON:  _____

17    _____  _____  _____

18         REASON:  _____

19    _____  _____  _____

20         REASON:  _____

21    _____  _____  _____

22         REASON:  _____

23    _____  _____  _____

24         REASON:  _____

25
```

Harry W. Johnson, Jr., M.D.

1

2            ACKNOWLEDGMENT OF DEPONENT

3

4            I,_____, do

5    hereby certify that I have read the

6    foregoing pages, and that the same is

7    a correct transcription of the answers

8    given by me to the questions therein

9    propounded, except for the corrections or

10   changes in form or substance, if any,

11   noted in the attached Errata Sheet.

12

13

14   _____

15    HARRY W. JOHNSON, JR., M.D.        DATE

16

17

18   Subscribed and sworn

     to before me this

19   _____ day of _____, 20____.

20   My commission expires:_____

21

     _____

22   Notary Public

23

24

25

Case 2:12-md-02327   Document 3253-3   Filed 12/05/16   Page 71 of 71 PageID #: 118871
Case 2:12-cv-02952   Document 1150-1   Filed 08/01/16   Page 71 of 71 PageID #: 39896
Harry W. Johnson, Jr., M.D.

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____  _____

 4      _____  _____  _____

 5      _____  _____  _____

 6      _____  _____  _____

 7      _____  _____  _____

 8      _____  _____  _____

 9      _____  _____  _____

10      _____  _____  _____

11      _____  _____  _____

12      _____  _____  _____

13      _____  _____  _____

14      _____  _____  _____

15      _____  _____  _____

16      _____  _____  _____

17      _____  _____  _____

18      _____  _____  _____

19      _____  _____  _____

20      _____  _____  _____

21      _____  _____  _____

22      _____  _____  _____

23      _____  _____  _____

24      _____  _____  _____

25      _____  _____  _____
```