IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>*Mindy Johnson, et al v. Ethicon, Inc., et al.*<br>**Case No. 2:12-cv-05208** | |

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC, where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep this case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire this case from the active docket.

3. Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before September 1, 2017; if settlements are not finalized and dismissal orders are not submitted by September 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

The Court is aware that counsel have agreed to a settlement model for a group of cases and claims. The Court will reinstate any case to the active docket if one of the parties, on

motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                                ROBERT C. CHAMBERS, CHIEF JUDGE

AGREED TO BY COUNSEL:

| Plaintiff(s) | Defendants |
| --- | --- |
| By authorized counsel: | By authorized counsel: |
| | |
| */s/ Henry G. Garrard, III* | */s/ Christy D. Jones* |
| Henry G. Garrard, III | Christy D. Jones |
| BLASINGAME BURCH GARRARD & ASHLEY, PC | BUTLER SNOW LLP |
| P.O. Box 832 | P.O. Box 6010 |
| Athens, GA 30603 | Ridgeland, MS 39158 |
| (706) 354-4000 | (601) 948-5711 |
| hgg@bbgbalaw.com | christy.jones@butlersnow.com |
| | |
| *Counsel for Plaintiff(s)* | *Counsel for Defendants* |