IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL No. 2327

---

THIS DOCUMENT RELATES TO THE
WAVE 3 CASES IDENTIFIED IN EXHIBIT A
ATTACHED TO THE MOTION

ORDER

Pending before the court is Defendants' Motion for Leave to File Out-of-Time Notice of Adoption of Prior Daubert Motion of Robert D. Moore, D.O. for Wave 3, filed October 21, 2016. [ECF No. 3049]. The plaintiffs have not responded, and the motion is ripe.

It is **ORDERED** that Defendants' Motion for Leave to File Out-of-Time Notice of Adoption of Prior Daubert Motion of Robert D. Moore, D.O. for Wave 3 is **GRANTED**. It is further **ORDERED** that any response to the Daubert Motion of Robert D. Moore, D.O. for Wave 3 is due by **January 5, 2017**, and any reply is due by **January 12, 2017**. The Clerk is **DIRECTED** to file the Notice of Adoption of Prior Daubert Motion of Robert D. Moore, D.O. [ECF No. 3049-1] as of the date of this Order.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 22, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE