EX A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>ETHICON WAVE 3 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION OF ROBERT D. MOORE, D.O. FOR WAVE 3

Defendants hereby adopt and incorporate by reference the *Daubert* motion filed against Robert D. Moore, D.O. for Ethicon Wave 1, Dkt. 2119 (motion) and Dkt. 2120 (memorandum in support),as well as Ethicon's reply brief, Dkt. 2279. Defendants respectfully request that the Court exclude Dr. Moore's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the Wave 3 cases identified in Exhibit A attached hereto.

/s/ Christy D. Jones
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Tel:   601.985.4523
christy.jones@butlersnow.com

33381075v1

**CERTIFICATE OF SERVICE**

      I certify that on October 21, 2016, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

      */s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Tel:   601.985.4523
christy.jones@butlersnow.com

EX A

# Exhibit "A"

|   | Case Name | Civil Action Number |
|---|-----------|---------------------|
| 1 | Smallridge, Audrey | 2:12cv02956 |
| 2 | Stevens, Kimberly J. | 2:12cv02424 |

Defendants reserve the right to supplement this list should any plaintiff designate or otherwise rely on Dr. Moore as general causation expert in MDL Wave 3.

33380874v1

# EX A