IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  C. R. BARD, INC.,
      PELVIC REPAIR SYSTEMS                                                   MDL NO.  2187
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Smith v. Ethicon, Inc., et al.*                                            Civil Action No. 2:14-cv-15217

O R D E R

      Pending before the court is Plaintiff's Notice of Dismissal of Claims Against C. R. Bard, Inc., and Tissue Science Laboratories, LTD and Motion to Transfer MDLs, filed on December 15, 2016 [ECF No. 4].  In the motion, plaintiff requests that her case be transferred from *In re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* 2:10-md-2187, MDL 2187, to *In re: Ethicon, Inc.*, *Pelvic Repair Systems Products Liability Litigation,* 2:12-md-2327, MDL 2327. In support of the motion plaintiff states that that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) defendants C. R. Bard, Inc., and Tissue Science Laboratories, Ltd have been dismissed. The plaintiff has since filed an Amended Short Form Complaint on an Ethicon Amended Short Form Complaint that no longer includes C. R. Bard or Tissue Science Laboratories, Ltd as defendants but instead only includes Ethicon, Inc. and Johnson & Johnson as defendants.  It is **ORDERED** that the Motion to Transfer is **GRANTED**.

      The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

                                                     ENTER: December 27, 2016

                                                     JOSEPH R. GOODWIN
                                                     UNITED STATES DISTRICT JUDGE