EXHIBIT A

| Civil Action Number | Plaintiff Name |
|---|---|
| 2:14-cv-16981 | Teresa Frizell-Henry |
| 2:14-cv-16985 | Peggy Hegwood |
| 2:14-cv-20984 | Tina M. Heisner |
| 2:12-cv-01858 | Mary M. Hensley |
| 2:15-cv-07991 | Janet Hickman |
| 2:13-cv-31435 | Tiffany Hicks |
| 2:12-cv-04012 | Carol J. Hightower |
| 2:12-cv-00806 | Barbara A. Hill |
| 2:14-cv-18242 | Jeanette Elizabeth Hill |
| 2:16-cv-02583 | Diane Hillyard |
| 2:15-cv-05518 | Clara Hinson |
| 2:14-cv-20986 | Delia Hobbs |
| 2:14-cv-22989 | Shirley P. Hodges |
| 2:14-cv-12361 | Connie Hodo |
| 2:14-cv-20988 | Wendy L. Hoeck |
| 2:15-cv-15319 | Jill Hohlt |
| 2:15-cv-12129 | Sylvia Holden |
| 2:15-cv-04420 | Sherry Lee Hollister |
| 2:14-cv-22993 | Mary Holtz |
| 2:16-cv-01787 | Paula Horvath |
| 2:13-cv-33476 | Samantha Howard |
| 2:13-cv-01993 | Dorothy Howell |
| 2:13-cv-31505 | Minnie Howell |
| 2:15-cv-13321 | Susan Huber |
| 2:15-cv-09144 | Elaine Hudson |
| 2:14-cv-19058 | Karen Illian |
| 2:14-cv-20990 | Dotrice K. Ingram |
| 2:15-cv-12403 | Susan D. Jaco |
| 2:15-cv-07399 | Valerie Jacobsen |
| 2:12-cv-07826 | Carol A. Jason |
| 2:15-cv-12740 | Sue Jean |
| 2:15-cv-12402 | Andrena Jeffrey |
| 2:14-cv-24218 | Carolyn Johnson |
| 2:15-cv-13105 | Kimberly Johnson |
| 2:14-cv-15095 | Linda Johnson |
| 2:15-cv-06964 | Ollie Johnson |
| 2:16-cv-00010 | Jennifer Jones |
| 2:13-cv-12117 | Kristie Jones |
| 2:14-cv-16988 | Kelli Kading |
| 2:14-cv-20003 | Cheri Kalch |
| 2:15-cv-11230 | Donna Kassinger |
| 2:14-cv-29131 | Cynthia Kauffman |
| 2:15-cv-13740 | Nita Keeling |
| 2:15-cv-14476 | Brenda Keith |
| 2:12-cv-01982 | Michele Kelley |

| | |
|---|---|
| 2:13-cv-12421 | Georgia Kelly |
| 2:15-cv-04091 | Vicki Kenney |
| 2:15-cv-07560 | Betty Kerl |
| 2:14-cv-16990 | Floanne Kersh |
| 2:14-cv-20995 | Denise Kille |
| 2:14-cv-22550 | Jessie W. King |
| 2:15-cv-07403 | Veronica A. Kite |
| 2:14-cv-20997 | Kay Kohen |
| 2:13-cv-13762 | Donna Kresch |
| 2:12-cv-01202 | Diane Kropf |
| 2:14-cv-22562 | Sharon L. Kuehn |
| 2:14-cv-20999 | Patricia Kuhn |
| 2:15-cv-13456 | Donna Kukla |
| 2:13-cv-18352 | Edna Kyle |
| 2:14-cv-21006 | Shirley J. La Rose |
| 2:15-cv-12977 | Susanne Lafitte |
| 2:13-cv-03808 | Deborah Lafler |
| 2:14-cv-16994 | Wanda Laird |
| 2:16-cv-02023 | Cynthia Lamastus |
| 2:15-cv-08497 | Margaret E. Lamond |
| 2:15-cv-12840 | Loretta Lancaster |
| 2:15-cv-07561 | Geneva V. Lane |
| 2:14-cv-19059 | Margaret Lane |
| 2:13-cv-03400 | Estelle Lashman |
| 2:13-cv-20109 | Anne Latavitz |
| 2:15-cv-13488 | Mary Ann Lauher |
| 2:15-cv-12978 | Harriette Law |
| 2:15-cv-07931 | Lolita K. Ledford |
| 2:15-cv-11987 | Phoebe Leon |
| 2:13-cv-09350 | Judy Lester |
| 2:12-cv-09851 | Christine Ley |
| 2:14-cv-16995 | Donna Limke |
| 2:14-cv-27806 | Carlene Lines |
| 2:13-cv-31437 | Donna L. Little |
| 2:15-cv-12970 | Melanie H. Littlefield |
| 2:14-cv-22589 | Patricia J. Lockert |
| 2:14-cv-19061 | Jean M. Loper |
| 2:14-cv-14291 | Louella Loucks |
| 2:14-cv-22592 | Shirley Lovinggood |
| 2:14-cv-19062 | Evelyn Lucier |
| 2:12-cv-01853 | Tracy L. Luna |
| 2:15-cv-12404 | Kathy P. Lynch |
| 2:15-cv-16051 | Mildred Mahurin |
| 2:14-cv-16996 | Donna Maier |
| 2:14-cv-19063 | Peggy Main |
| 2:12-cv-04009 | Sandra R. Maine |
| 2:15-cv-07400 | Terri Maniscalco |

| | |
|---|---|
| 2:14-cv-21025 | Sally Martin |
| 2:14-cv-29135 | Socorro Martinez |
| 2:14-cv-19064 | Kim L. Mayabb |
| 2:14-cv-19065 | Tammy Mayhugh |
| 2:14-cv-21035 | Michele M. Mazur |
| 2:13-cv-15672 | Teri McBee |
| 2:14-cv-22595 | Eunice Carroll McBrayer |
| 2:15-cv-06445 | Dana Lynn McCarty |
| 2:12-cv-02095 | Barbara Sue McClain |
| 2:13-cv-12250 | Pamela McCullar |
| 2:14-cv-21036 | Elizabeth McElroy |
| 2:14-cv-21038 | Memori Sari McGarry |
| 2:15-cv-07996 | Susan McGorisk |
| 2:14-cv-09202 | Jeannie McGovern |
| 2:14-cv-21055 | Marilyn McKitrick |
| 2:14-cv-27444 | Mary Lou McNelley |
| 2:15-cv-03463 | Barbara Jean McPhail |
| 2:14-cv-21059 | Pamela McVay |
| 2:12-cv-03749 | Marian Medcoff-Smith |
| 2:14-cv-15443 | Carrie Meyers |
| 2:16-cv-01583 | Patricia Mick |
| 2:14-cv-21062 | Debra Lynne Miller |
| 2:14-cv-29629 | Jennifer Mitchell |
| 2:14-cv-21063 | Susan A. Mitchell |
| 2:13-cv-31506 | Julia Moessner |
| 2:15-cv-07831 | Vick Montalbano |
| 2:15-cv-11832 | Jeannette Montez |
| 2:15-cv-12971 | G. Rose Montgomery |
| 2:12-cv-04587 | Bridget M. Monto |
| 2:14-cv-16997 | Irene Montoya |
| 2:14-cv-22617 | Susan L. Moore |
| 2:14-cv-29134 | Patricia Moralez |
| 2:16-cv-02214 | Ingrid Morrall |
| 2:15-cv-07404 | Renee J. Mosch |
| 2:14-cv-17620 | Emma Mosley |
| 2:15-cv-04092 | Catherine A. Mulligan |
| 2:14-cv-17611 | Felecia Murphy |
| 2:14-cv-21065 | Penny Murray |
| 2:15-cv-05168 | Connie Lavern Musson |
| 2:14-cv-21066 | Angela E. Myers |
| 2:13-cv-01983 | Roberta Myers |
| 2:12-cv-09807 | Evelyn Nakken |
| 2:15-cv-12972 | Josephine Napoli |
| 2:12-cv-05497 | Janice Neal |
| 2:15-cv-06185 | Jessie Neal |
| 2:16-cv-01789 | Catherine Nehring |
| 2:15-cv-03083 | Kerry Nelson |

| | |
|---|---|
| 2:15-cv-11718 | Frances Lietemeyer Newby |
| 2:14-cv-21067 | Carol L. Newell |
| 2:15-cv-12845 | Cynthia Newell |
| 2:14-cv-24219 | Paula Niebel |
| 2:14-cv-19066 | May-Ettie Nigro |
| 2:15-cv-13742 | Constance Oconner |
| 2:14-cv-19067 | Julia Oliver |
| 2:14-cv-16434 | Judy Olson |
| 2:12-cv-05977 | Theresa Otto |
| 2:14-cv-19068 | Amber Owens |
| 2:15-cv-10551 | Melanie Palumbo |
| 2:13-cv-22411 | Jagruti Pandya |
| 2:13-cv-31508 | Shari Streit Jansen - Chapter 7 Bankruptcy Trustee, Michael A. Papineaus & Rose M. Papineau Bankruptcy |
| 2:13-cv-12576 | Alicia Parham |
| 2:15-cv-11719 | Cynthia Parks |
| 2:14-cv-22633 | Carol Jean Parsons |
| 2:12-cv-08435 | Janet Pasfield |
| 2:14-cv-21068 | Swati Patil |
| 2:14-cv-21069 | Tinisha A. Patten |
| 2:14-cv-29161 | Danielle Patterson |
| 2:14-cv-21070 | Kathy C. Peek |
| 2:14-cv-14115 | Susan Penegor |
| 2:15-cv-15667 | Kelly Peterson |
| 2:15-cv-12276 | Linda Marie Peterson |
| 2:15-cv-06446 | Pamela C. Peterson |
| 2:14-cv-19069 | Cylinda Petty |
| 2:14-cv-21073 | Irene Pfeffer |
| 2:12-cv-01989 | Eleanor F. Phillips |
| 2:15-cv-12979 | Sabina Pichardo |
| 2:14-cv-21074 | Marlene Piloto |
| 2:15-cv-06404 | Michelle Pinto |
| 2:14-cv-21075 | Vernell Pittman |
| 2:12-cv-04091 | Anna Potter |
| 2:12-cv-02329 | Mary Pritchett |
| 2:15-cv-07997 | Cheryl Marie Purigroski |
| 2:15-cv-03028 | Wanda J. Putnam |
| 2:14-cv-21091 | Allison Brook Rainey |
| 2:12-cv-04264 | Melody L. Randall |
| 2:15-cv-04002 | Cindy Marie Rauenzahn |
| 2:15-cv-12610 | Rita J. Ray |
| 2:15-cv-15216 | Jill Ready |
| 2:15-cv-14478 | Paula Reece-Leverett |
| 2:14-cv-21101 | Maureen B. Reed |
| 2:14-cv-21103 | Marilyn B. Reeves |

| | |
|---|---|
| 2:14-cv-19070 | Toni L. Reid |
| 2:14-cv-15944 | Theresa Reining |
| 2:15-cv-07994 | Guadalupe Renteria |
| 2:13-cv-02694 | Suzette Rice |
| 2:15-cv-07999 | Deanna Ries |
| 2:15-cv-12847 | Elaine Rietz |
| 2:14-cv-29139 | Jessica Braxton Rinck |
| 2:13-cv-31502 | Jason Tillett and Amanda Bernstein, co-representatives of the Estate of plaintiff Debby Henry, deceased |
| 2:12-cv-07006 | Victoria M. Young |