| Civil Action Number | Plaintiff Name |
|---|---|
| 2:14-cv-22647 | Deborah Rinder |
| 2:13-cv-31515 | Michelle Rinderer |
| 2:15-cv-11898 | Angela Roberts |
| 2:12-cv-02096 | Brenda C. Roberts |
| 2:16-cv-00006 | Cindy Lou Roche |
| 2:15-cv-12848 | Dorothy A. Rodney |
| 2:14-cv-21107 | Evelyn Rodriguez |
| 2:13-cv-31517 | Connie Rogers |
| 2:15-cv-08502 | Dana Roller |
| 2:14-cv-16999 | Kimberly Roman |
| 2:14-cv-22905 | Peggy L. Rosema |
| 2:13-cv-31510 | Karen Ruiz |
| 2:14-cv-22912 | Margaret Rustemian |
| 2:16-cv-00011 | Kathryn Ryan |
| 2:15-cv-13457 | Frances Sampson |
| 2:14-cv-21109 | Cheryl Sanborn |
| 2:15-cv-07344 | Crystal Sanders |
| 2:15-cv-15174 | Mary Saunier |
| 2:14-cv-22941 | Anne Sawilla |
| 2:14-cv-21114 | Donna S. Schantz |
| 2:15-cv-03029 | Donna Schilling |
| 2:13-cv-20186 | Cherisse Schoeninger |
| 2:14-cv-21122 | Marsha Colleen Schreurs |
| 2:15-cv-13324 | Pamela Seaton |
| 2:15-cv-07345 | Sandra Sevcech |
| 2:15-cv-04421 | Ginny Lynn Sewell |
| 2:13-cv-22385 | Billie Sheets |
| 2:14-cv-25153 | Juanita Sheldon |
| 2:15-cv-15668 | Carolyn F. Shelton |
| 2:15-cv-07158 | Sandra A. Shimanek |
| 2:14-cv-21135 | Michele Shirley |
| 2:14-cv-15103 | Beverly Shorts |
| 2:15-cv-12849 | Barbara Shotlander |
| 2:14-cv-17172 | Rebba Simmons |
| 2:15-cv-13108 | Jane Smith |
| 2:12-cv-01622 | Rebecca Smythia |
| 2:12-cv-03748 | Andra Sneed |
| 2:12-cv-04285 | Charlene Snyder |
| 2:12-cv-03570 | Nadine J. Soileau |
| 2:14-cv-22998 | Joy A. Sommers |
| 2:15-cv-07563 | Margaret B. Spivey |
| 2:14-cv-21141 | Lisa Staude |
| 2:12-cv-01827 | Hannelore Steelman |
| 2:15-cv-13459 | Lynda Steltz |
| 2:15-cv-12612 | Barbara Stevens |

| | |
|---|---|
| 2:13-cv-06653 | Janice Stevens |
| 2:13-cv-31444 | Lora Stewart |
| 2:16-cv-02754 | Cindy Suda-Parish |
| 2:14-cv-20027 | Rosemary Sullivan |
| 2:15-cv-14479 | Marion Sundberg |
| 2:12-cv-04261 | Julie Sutton |
| 2:13-cv-21428 | Sharon Swaby |
| 2:14-cv-23003 | Martha Swinson |
| 2:15-cv-06099 | Charleen T. Sylvanowicz |
| 2:16-cv-00013 | Marcy Taliceo |
| 2:14-cv-23005 | Judy D. Tate |
| 2:14-cv-20048 | Alisia Renee Tawney |
| 2:15-cv-03084 | Colette Laverne Taylor |
| 2:15-cv-09634 | Kathryn A. Taylor |
| 2:15-cv-12741 | Kimberly Ann Taylor |
| 2:15-cv-12405 | Mary Taylor |
| 2:14-cv-20050 | Sally Taylor |
| 2:14-cv-21155 | Ina Teperino |
| 2:15-cv-13325 | Rose Ella Tetreault |
| 2:13-cv-14916 | Amanda Thomas |
| 2:14-cv-20053 | Dawn L. Thrasher |
| 2:12-cv-09772 | Linda Tiller |
| 2:15-cv-08002 | Christine Timm |
| 2:14-cv-20069 | Teresa Torres |
| 2:15-cv-10553 | Isabel Trejo |
| 2:14-cv-21162 | Doreen E. Tremblay |
| 2:12-cv-01987 | Carolyn S. Trimper |
| 2:14-cv-17005 | Anita Troio |
| 2:12-cv-02331 | Christina Tullier |
| 2:15-cv-08491 | Angela C. Turner |
| 2:14-cv-20076 | Evelyn Turner |
| 2:16-cv-03181 | Mary Joyce Turner |
| 2:15-cv-07442 | Peggy Tygart |
| 2:12-cv-02960 | Trudy M. Usey |
| 2:15-cv-13326 | Patricia Van Winkle |
| 2:12-cv-05125 | Una Vance |
| 2:14-cv-14294 | Joan VanDyke |
| 2:16-cv-01567 | Concepcion Velazquez |
| 2:15-cv-08256 | Juliette Vanessa Vestal |
| 2:14-cv-21168 | Carolyn Vincelli |
| 2:14-cv-21172 | Barbara A. Vuncannon |
| 2:14-cv-17007 | Pamela Vyhonsky |
| 2:15-cv-15218 | Keli Wainwright |
| 2:14-cv-20078 | Joan E. Walker |
| 2:14-cv-23011 | Mildred Walker |
| 2:13-cv-02698 | Darby Walters |
| 2:13-cv-31446 | Phyllis Walters |

| | |
|---|---|
| 2:13-cv-01227 | Julie Wartelle |
| 2:14-cv-17008 | Mikaela Waterman |
| 2:16-cv-03320 | Nadine Wells |
| 2:15-cv-15320 | Susan R. Wendlandt |
| 2:15-cv-12852 | Donna West |
| 2:12-cv-07357 | Katrina L. West |
| 2:13-cv-12248 | Angela Wetzel |
| 2:14-cv-21176 | Virginia B. Whisman |
| 2:15-cv-12742 | Deborah White |
| 2:14-cv-23012 | Theresa Whitlock |
| 2:14-cv-17009 | Jenny Whitson |
| 2:13-cv-02696 | Cindy Wilkinson |
| 2:14-cv-24220 | Carlina Williams |
| 2:13-cv-03419 | Cathy Williams |
| 2:16-cv-03042 | Jennifer Lynn Williams |
| 2:12-cv-00657 | Judy G. Williams |
| 2:16-cv-01568 | Carmen Dianne Wilson |
| 2:14-cv-23019 | Eveleen Marie Wilson |
| 2:14-cv-17010 | Melissa Wilson |
| 2:14-cv-20081 | Rhonda Wilson |
| 2:14-cv-23021 | Lisa Marie Winchell |
| 2:14-cv-16684 | Susan Ann Winn |
| 2:14-cv-23023 | Donna Winter |
| 2:16-cv-01569 | Shira A. Wise |
| 2:14-cv-25963 | Constance Wohlford |
| 2:15-cv-06451 | Toni Marie Wojtak |
| 2:12-cv-00335 | Sandra Wolfe |
| 2:13-cv-20124 | Heather Woodhouse |
| 2:14-cv-23027 | Sally Lewelyn Woody |
| 2:15-cv-16135 | Sandra Ann Woolstenhulme |
| 2:15-cv-06447 | Kathy H. Worthey |
| 2:15-cv-08003 | Cathy Melinda Young |
| 2:14-cv-24221 | Norma Zasa |
| 2:14-cv-21182 | Charel K. Zuidema |