**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-D and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*


/s/ Andrea Solomon Hirsch
Andrea Solomon Hirsch
HERMAN GEREL
Suite 2260
230 Peachtree Street
Atlanta, GA 30303
404.880.9500 (phone)
404.880.9605 (fax)
ahirsch@hermangerel.com
*Attorney for Plaintiff on Exhibit A*

/s/ Bobby Jewell Bell, Jr.
Bobby Jewell Bell, Jr.
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205.324.3600 (phone)
205.324.3636 (fax)
bob@hollis-wright.com
*Attorney for Plaintiff on Exhibit B*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiff on Exhibit C*

/s/ Alexandra V. Boone
Alexandra V. Boone
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214.987.0005 (phone)
214.987.2545 (fax)
aboone@millerweisbrod.com
*Attorney for Plaintiff on Exhibit D*

Dated:  January 4, 2017

## EXHIBIT A – HERMAN GEREL, LLP

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-00737 | Sheila Helms, Paul Helms v. Ethicon, Inc.  Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – HOLLIS WRIGHT & COUCH

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-16527 | Pamela J. Anderson, Morris Smith v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |

## EXHIBIT C – KLINE & SPECTER, PC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-CV-09706 | Elizabeth McCaffrey v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – MILLER WEISBROD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-22990 | Sandra Ayres v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis
Barbara R. Binis