IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                       MDL 2327

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon.  The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the Court **ORDERS** as follows:

    1.     All discovery deadlines are continued until further order of the Court.

    2.     That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

    3.     Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before July 1, 2017; if settlements are not finalized and dismissal orders are not submitted by July 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket.  The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A.  The Court

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. 3306.

AGREED TO BY COUNSEL:

Plaintiff(s)                                              Defendants
By authorized counsel:                       By authorized counsel:


*/s/ Derek H. Potts_____*        */s/Christy D. Jones_____*
Derek H. Potts                                       Christy D. Jones
The Potts Law Firm                              BUTLER SNOW LLP
3737 Buffalo Speedway #1900             P.O. Box 6010
Houston TX  77098                              Ridgeland, MS  39158
                                                            601-948-5711
                                                            christy.jones@butlersnow.com


*Counsel for Plaintiff(s)*                        *Counsel for Defendants*


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Civil Action Number | Plaintiff Name |
|---|---|
| 2:14-cv-22647 | Deborah Rinder |
| 2:13-cv-31515 | Michelle Rinderer |
| 2:15-cv-11898 | Angela Roberts |
| 2:12-cv-02096 | Brenda C. Roberts |
| 2:16-cv-00006 | Cindy Lou Roche |
| 2:15-cv-12848 | Dorothy A. Rodney |
| 2:14-cv-21107 | Evelyn Rodriguez |
| 2:13-cv-31517 | Connie Rogers |
| 2:15-cv-08502 | Dana Roller |
| 2:14-cv-16999 | Kimberly Roman |
| 2:14-cv-22905 | Peggy L. Rosema |
| 2:13-cv-31510 | Karen Ruiz |
| 2:14-cv-22912 | Margaret Rustemian |
| 2:16-cv-00011 | Kathryn Ryan |
| 2:15-cv-13457 | Frances Sampson |
| 2:14-cv-21109 | Cheryl Sanborn |
| 2:15-cv-07344 | Crystal Sanders |
| 2:15-cv-15174 | Mary Saunier |
| 2:14-cv-22941 | Anne Sawilla |
| 2:14-cv-21114 | Donna S. Schantz |
| 2:15-cv-03029 | Donna Schilling |
| 2:13-cv-20186 | Cherisse Schoeninger |
| 2:14-cv-21122 | Marsha Colleen Schreurs |
| 2:15-cv-13324 | Pamela Seaton |
| 2:15-cv-07345 | Sandra Sevcech |
| 2:15-cv-04421 | Ginny Lynn Sewell |
| 2:13-cv-22385 | Billie Sheets |
| 2:14-cv-25153 | Juanita Sheldon |
| 2:15-cv-15668 | Carolyn F. Shelton |
| 2:15-cv-07158 | Sandra A. Shimanek |
| 2:14-cv-21135 | Michele Shirley |
| 2:14-cv-15103 | Beverly Shorts |
| 2:15-cv-12849 | Barbara Shotlander |
| 2:14-cv-17172 | Rebba Simmons |
| 2:15-cv-13108 | Jane Smith |
| 2:12-cv-01622 | Rebecca Smythia |
| 2:12-cv-03748 | Andra Sneed |
| 2:12-cv-04285 | Charlene Snyder |
| 2:12-cv-03570 | Nadine J. Soileau |
| 2:14-cv-22998 | Joy A. Sommers |
| 2:15-cv-07563 | Margaret B. Spivey |
| 2:14-cv-21141 | Lisa Staude |
| 2:12-cv-01827 | Hannelore Steelman |
| 2:15-cv-13459 | Lynda Steltz |
| 2:15-cv-12612 | Barbara Stevens |

| | |
|---|---|
| 2:13-cv-06653 | Janice Stevens |
| 2:13-cv-31444 | Lora Stewart |
| 2:16-cv-02754 | Cindy Suda-Parish |
| 2:14-cv-20027 | Rosemary Sullivan |
| 2:15-cv-14479 | Marion Sundberg |
| 2:12-cv-04261 | Julie Sutton |
| 2:13-cv-21428 | Sharon Swaby |
| 2:14-cv-23003 | Martha Swinson |
| 2:15-cv-06099 | Charleen T. Sylvanowicz |
| 2:16-cv-00013 | Marcy Taliceo |
| 2:14-cv-23005 | Judy D. Tate |
| 2:14-cv-20048 | Alisia Renee Tawney |
| 2:15-cv-03084 | Colette Laverne Taylor |
| 2:15-cv-09634 | Kathryn A. Taylor |
| 2:15-cv-12741 | Kimberly Ann Taylor |
| 2:15-cv-12405 | Mary Taylor |
| 2:14-cv-20050 | Sally Taylor |
| 2:14-cv-21155 | Ina Teperino |
| 2:15-cv-13325 | Rose Ella Tetreault |
| 2:13-cv-14916 | Amanda Thomas |
| 2:14-cv-20053 | Dawn L. Thrasher |
| 2:12-cv-09772 | Linda Tiller |
| 2:15-cv-08002 | Christine Timm |
| 2:14-cv-20069 | Teresa Torres |
| 2:15-cv-10553 | Isabel Trejo |
| 2:14-cv-21162 | Doreen E. Tremblay |
| 2:12-cv-01987 | Carolyn S. Trimper |
| 2:14-cv-17005 | Anita Troio |
| 2:12-cv-02331 | Christina Tullier |
| 2:15-cv-08491 | Angela C. Turner |
| 2:14-cv-20076 | Evelyn Turner |
| 2:16-cv-03181 | Mary Joyce Turner |
| 2:15-cv-07442 | Peggy Tygart |
| 2:12-cv-02960 | Trudy M. Usey |
| 2:15-cv-13326 | Patricia Van Winkle |
| 2:12-cv-05125 | Una Vance |
| 2:14-cv-14294 | Joan VanDyke |
| 2:16-cv-01567 | Concepcion Velazquez |
| 2:15-cv-08256 | Juliette Vanessa Vestal |
| 2:14-cv-21168 | Carolyn Vincelli |
| 2:14-cv-21172 | Barbara A. Vuncannon |
| 2:14-cv-17007 | Pamela Vyhonsky |
| 2:15-cv-15218 | Keli Wainwright |
| 2:14-cv-20078 | Joan E. Walker |
| 2:14-cv-23011 | Mildred Walker |
| 2:13-cv-02698 | Darby Walters |
| 2:13-cv-31446 | Phyllis Walters |

| | |
|---|---|
| 2:13-cv-01227 | Julie Wartelle |
| 2:14-cv-17008 | Mikaela Waterman |
| 2:16-cv-03320 | Nadine Wells |
| 2:15-cv-15320 | Susan R. Wendlandt |
| 2:15-cv-12852 | Donna West |
| 2:12-cv-07357 | Katrina L. West |
| 2:13-cv-12248 | Angela Wetzel |
| 2:14-cv-21176 | Virginia B. Whisman |
| 2:15-cv-12742 | Deborah White |
| 2:14-cv-23012 | Theresa Whitlock |
| 2:14-cv-17009 | Jenny Whitson |
| 2:13-cv-02696 | Cindy Wilkinson |
| 2:14-cv-24220 | Carlina Williams |
| 2:13-cv-03419 | Cathy Williams |
| 2:16-cv-03042 | Jennifer Lynn Williams |
| 2:12-cv-00657 | Judy G. Williams |
| 2:16-cv-01568 | Carmen Dianne Wilson |
| 2:14-cv-23019 | Eveleen Marie Wilson |
| 2:14-cv-17010 | Melissa Wilson |
| 2:14-cv-20081 | Rhonda Wilson |
| 2:14-cv-23021 | Lisa Marie Winchell |
| 2:14-cv-16684 | Susan Ann Winn |
| 2:14-cv-23023 | Donna Winter |
| 2:16-cv-01569 | Shira A. Wise |
| 2:14-cv-25963 | Constance Wohlford |
| 2:15-cv-06451 | Toni Marie Wojtak |
| 2:12-cv-00335 | Sandra Wolfe |
| 2:13-cv-20124 | Heather Woodhouse |
| 2:14-cv-23027 | Sally Lewelyn Woody |
| 2:15-cv-16135 | Sandra Ann Woolstenhulme |
| 2:15-cv-06447 | Kathy H. Worthey |
| 2:15-cv-08003 | Cathy Melinda Young |
| 2:14-cv-24221 | Norma Zasa |
| 2:14-cv-21182 | Charel K. Zuidema |