IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Ethicon, Inc., Johnson & Johnson, and Ethicon LLC where named (together referred to as "Ethicon") have agreed to a settlement model with regard to Ethicon. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and Ethicon may submit an agreed order of dismissal with prejudice on or before July 1, 2017; if settlements are not finalized and dismissal orders are not submitted by July 1, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party and to link this Order to the Proposed Inactive Docket Order filed at ECF No. 3305.

AGREED TO BY COUNSEL:

| Plaintiff(s) | Defendants |
|---|---|
| By authorized counsel: | By authorized counsel: |
| | |
| */s/ Derek H. Potts*_____ | */s/Christy D. Jones*_____ |
| Derek H. Potts | Christy D. Jones |
| The Potts Law Firm | BUTLER SNOW LLP |
| 3737 Buffalo Speedway #1900 | P.O. Box 6010 |
| Houston TX  77098 | Ridgeland, MS  39158 |
| | 601-948-5711 |
| | christy.jones@butlersnow.com |
| | |
| *Counsel for Plaintiff(s)* | *Counsel for Defendants* |

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Civil Action Number | Plaintiff Name |
|---|---|
| 2:14-cv-16981 | Teresa Frizell-Henry |
| 2:14-cv-16985 | Peggy Hegwood |
| 2:14-cv-20984 | Tina M. Heisner |
| 2:12-cv-01858 | Mary M. Hensley |
| 2:15-cv-07991 | Janet Hickman |
| 2:13-cv-31435 | Tiffany Hicks |
| 2:12-cv-04012 | Carol J. Hightower |
| 2:12-cv-00806 | Barbara A. Hill |
| 2:14-cv-18242 | Jeanette Elizabeth Hill |
| 2:16-cv-02583 | Diane Hillyard |
| 2:15-cv-05518 | Clara Hinson |
| 2:14-cv-20986 | Delia Hobbs |
| 2:14-cv-22989 | Shirley P. Hodges |
| 2:14-cv-12361 | Connie Hodo |
| 2:14-cv-20988 | Wendy L. Hoeck |
| 2:15-cv-15319 | Jill Hohlt |
| 2:15-cv-12129 | Sylvia Holden |
| 2:15-cv-04420 | Sherry Lee Hollister |
| 2:14-cv-22993 | Mary Holtz |
| 2:16-cv-01787 | Paula Horvath |
| 2:13-cv-33476 | Samantha Howard |
| 2:13-cv-01993 | Dorothy Howell |
| 2:13-cv-31505 | Minnie Howell |
| 2:15-cv-13321 | Susan Huber |
| 2:15-cv-09144 | Elaine Hudson |
| 2:14-cv-19058 | Karen Illian |
| 2:14-cv-20990 | Dotrice K. Ingram |
| 2:15-cv-12403 | Susan D. Jaco |
| 2:15-cv-07399 | Valerie Jacobsen |
| 2:12-cv-07826 | Carol A. Jason |
| 2:15-cv-12740 | Sue Jean |
| 2:15-cv-12402 | Andrena Jeffrey |
| 2:14-cv-24218 | Carolyn Johnson |
| 2:15-cv-13105 | Kimberly Johnson |
| 2:14-cv-15095 | Linda Johnson |
| 2:15-cv-06964 | Ollie Johnson |
| 2:16-cv-00010 | Jennifer Jones |
| 2:13-cv-12117 | Kristie Jones |
| 2:14-cv-16988 | Kelli Kading |
| 2:14-cv-20003 | Cheri Kalch |
| 2:15-cv-11230 | Donna Kassinger |
| 2:14-cv-29131 | Cynthia Kauffman |
| 2:15-cv-13740 | Nita Keeling |
| 2:15-cv-14476 | Brenda Keith |
| 2:12-cv-01982 | Michele Kelley |

| | |
|---|---|
| 2:13-cv-12421 | Georgia Kelly |
| 2:15-cv-04091 | Vicki Kenney |
| 2:15-cv-07560 | Betty Kerl |
| 2:14-cv-16990 | Floanne Kersh |
| 2:14-cv-20995 | Denise Kille |
| 2:14-cv-22550 | Jessie W. King |
| 2:15-cv-07403 | Veronica A. Kite |
| 2:14-cv-20997 | Kay Kohen |
| 2:13-cv-13762 | Donna Kresch |
| 2:12-cv-01202 | Diane Kropf |
| 2:14-cv-22562 | Sharon L. Kuehn |
| 2:14-cv-20999 | Patricia Kuhn |
| 2:15-cv-13456 | Donna Kukla |
| 2:13-cv-18352 | Edna Kyle |
| 2:14-cv-21006 | Shirley J. La Rose |
| 2:15-cv-12977 | Susanne Lafitte |
| 2:13-cv-03808 | Deborah Lafler |
| 2:14-cv-16994 | Wanda Laird |
| 2:16-cv-02023 | Cynthia Lamastus |
| 2:15-cv-08497 | Margaret E. Lamond |
| 2:15-cv-12840 | Loretta Lancaster |
| 2:15-cv-07561 | Geneva V. Lane |
| 2:14-cv-19059 | Margaret Lane |
| 2:13-cv-03400 | Estelle Lashman |
| 2:13-cv-20109 | Anne Latavitz |
| 2:15-cv-13488 | Mary Ann Lauher |
| 2:15-cv-12978 | Harriette Law |
| 2:15-cv-07931 | Lolita K. Ledford |
| 2:15-cv-11987 | Phoebe Leon |
| 2:13-cv-09350 | Judy Lester |
| 2:12-cv-09851 | Christine Ley |
| 2:14-cv-16995 | Donna Limke |
| 2:14-cv-27806 | Carlene Lines |
| 2:13-cv-31437 | Donna L. Little |
| 2:15-cv-12970 | Melanie H. Littlefield |
| 2:14-cv-22589 | Patricia J. Lockert |
| 2:14-cv-19061 | Jean M. Loper |
| 2:14-cv-14291 | Louella Loucks |
| 2:14-cv-22592 | Shirley Lovinggood |
| 2:14-cv-19062 | Evelyn Lucier |
| 2:12-cv-01853 | Tracy L. Luna |
| 2:15-cv-12404 | Kathy P. Lynch |
| 2:15-cv-16051 | Mildred Mahurin |
| 2:14-cv-16996 | Donna Maier |
| 2:14-cv-19063 | Peggy Main |
| 2:12-cv-04009 | Sandra R. Maine |
| 2:15-cv-07400 | Terri Maniscalco |

| | |
|---|---|
| 2:14-cv-21025 | Sally Martin |
| 2:14-cv-29135 | Socorro Martinez |
| 2:14-cv-19064 | Kim L. Mayabb |
| 2:14-cv-19065 | Tammy Mayhugh |
| 2:14-cv-21035 | Michele M. Mazur |
| 2:13-cv-15672 | Teri McBee |
| 2:14-cv-22595 | Eunice Carroll McBrayer |
| 2:15-cv-06445 | Dana Lynn McCarty |
| 2:12-cv-02095 | Barbara Sue McClain |
| 2:13-cv-12250 | Pamela McCullar |
| 2:14-cv-21036 | Elizabeth McElroy |
| 2:14-cv-21038 | Memori Sari McGarry |
| 2:15-cv-07996 | Susan McGorisk |
| 2:14-cv-09202 | Jeannie McGovern |
| 2:14-cv-21055 | Marilyn McKitrick |
| 2:14-cv-27444 | Mary Lou McNelley |
| 2:15-cv-03463 | Barbara Jean McPhail |
| 2:14-cv-21059 | Pamela McVay |
| 2:12-cv-03749 | Marian Medcoff-Smith |
| 2:14-cv-15443 | Carrie Meyers |
| 2:16-cv-01583 | Patricia Mick |
| 2:14-cv-21062 | Debra Lynne Miller |
| 2:14-cv-29629 | Jennifer Mitchell |
| 2:14-cv-21063 | Susan A. Mitchell |
| 2:13-cv-31506 | Julia Moessner |
| 2:15-cv-07831 | Vick Montalbano |
| 2:15-cv-11832 | Jeannette Montez |
| 2:15-cv-12971 | G. Rose Montgomery |
| 2:12-cv-04587 | Bridget M. Monto |
| 2:14-cv-16997 | Irene Montoya |
| 2:14-cv-22617 | Susan L. Moore |
| 2:14-cv-29134 | Patricia Moralez |
| 2:16-cv-02214 | Ingrid Morrall |
| 2:15-cv-07404 | Renee J. Mosch |
| 2:14-cv-17620 | Emma Mosley |
| 2:15-cv-04092 | Catherine A. Mulligan |
| 2:14-cv-17611 | Felecia Murphy |
| 2:14-cv-21065 | Penny Murray |
| 2:15-cv-05168 | Connie Lavern Musson |
| 2:14-cv-21066 | Angela E. Myers |
| 2:13-cv-01983 | Roberta Myers |
| 2:12-cv-09807 | Evelyn Nakken |
| 2:15-cv-12972 | Josephine Napoli |
| 2:12-cv-05497 | Janice Neal |
| 2:15-cv-06185 | Jessie Neal |
| 2:16-cv-01789 | Catherine Nehring |
| 2:15-cv-03083 | Kerry Nelson |

| | |
|---|---|
| 2:15-cv-11718 | Frances Lietemeyer Newby |
| 2:14-cv-21067 | Carol L. Newell |
| 2:15-cv-12845 | Cynthia Newell |
| 2:14-cv-24219 | Paula Niebel |
| 2:14-cv-19066 | May-Ettie Nigro |
| 2:15-cv-13742 | Constance Oconner |
| 2:14-cv-19067 | Julia Oliver |
| 2:14-cv-16434 | Judy Olson |
| 2:12-cv-05977 | Theresa Otto |
| 2:14-cv-19068 | Amber Owens |
| 2:15-cv-10551 | Melanie Palumbo |
| 2:13-cv-22411 | Jagruti Pandya |
| 2:13-cv-31508 | Shari Streit Jansen - Chapter 7 Bankruptcy Trustee, Michael A. Papineaus & Rose M. Papineau Bankruptcy |
| 2:13-cv-12576 | Alicia Parham |
| 2:15-cv-11719 | Cynthia Parks |
| 2:14-cv-22633 | Carol Jean Parsons |
| 2:12-cv-08435 | Janet Pasfield |
| 2:14-cv-21068 | Swati Patil |
| 2:14-cv-21069 | Tinisha A. Patten |
| 2:14-cv-29161 | Danielle Patterson |
| 2:14-cv-21070 | Kathy C. Peek |
| 2:14-cv-14115 | Susan Penegor |
| 2:15-cv-15667 | Kelly Peterson |
| 2:15-cv-12276 | Linda Marie Peterson |
| 2:15-cv-06446 | Pamela C. Peterson |
| 2:14-cv-19069 | Cylinda Petty |
| 2:14-cv-21073 | Irene Pfeffer |
| ~~2:12-cv-01989~~ | ~~Eleanor F. Phillips~~   closed |
| 2:15-cv-12979 | Sabina Pichardo |
| 2:14-cv-21074 | Marlene Piloto |
| 2:15-cv-06404 | Michelle Pinto |
| 2:14-cv-21075 | Vernell Pittman |
| 2:12-cv-04091 | Anna Potter |
| 2:12-cv-02329 | Mary Pritchett |
| 2:15-cv-07997 | Cheryl Marie Purigroski |
| 2:15-cv-03028 | Wanda J. Putnam |
| 2:14-cv-21091 | Allison Brook Rainey |
| 2:12-cv-04264 | Melody L. Randall |
| 2:15-cv-04002 | Cindy Marie Rauenzahn |
| 2:15-cv-12610 | Rita J. Ray |
| 2:15-cv-15216 | Jill Ready |
| 2:15-cv-14478 | Paula Reece-Leverett |
| 2:14-cv-21101 | Maureen B. Reed |
| 2:14-cv-21103 | Marilyn B. Reeves |

| | |
|---|---|
| 2:14-cv-19070 | Toni L. Reid |
| 2:14-cv-15944 | Theresa Reining |
| 2:15-cv-07994 | Guadalupe Renteria |
| 2:13-cv-02694 | Suzette Rice |
| 2:15-cv-07999 | Deanna Ries |
| 2:15-cv-12847 | Elaine Rietz |
| 2:14-cv-29139 | Jessica Braxton Rinck |
| 2:13-cv-31502 | Jason Tillett and Amanda Bernstein, co-representatives of the Estate of plaintiff Debby Henry, deceased |
| 2:12-cv-07006 | Victoria M. Young |