# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims.  Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in these actions with prejudice and terminate BSC from the docket of the Court the actions, each party to bear its own costs.  Other defendants remain pending in these actions, and plaintiffs will continue to prosecute their action against them.

| | |
|---|---|
| Dated January 10, 2017 | Respectfully submitted, |
| | By: /s/ Jon A. Strongman |
| | Robert T. Adams – MO Bar #: 34612 |
| | Jon A. Strongman – MO Bar #: 53995 |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108 |
| | Telephone: 816.474.6550 |
| | Facsimile: 816.421.5547 |
| | rtadams@shb.com |
| | jstrongman@shb.com |

7956598 v1

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP**

By: /s/ John J. Foley
John J. Foley
Jayne Conroy
Trent B. Miracle
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY 10016-7416
Tele: 212/784-6400
Fax: 212/213-5949
Email: jfoley@simmonsfirm.com
Email: jconroy@simmonsfirm.com
Email: tmiracle@simmonsfirm.com

**COUNSEL FOR PLAINTIFFS**
**LISTED ON EXHIBIT A**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases attached as Exhibit A.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP**

**EXHIBIT A**

| Civil Case Number | Case Name |
|---|---|
| 13-cv-07501 | ALLEN, Pamela A. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22798 | ALVAREZ, Teresa A. and Gary Alvarez vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-23769 | ANDRADE, Tina vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-14228 | BLEDSOE, Earma vs. Boston Scientific Corporation |
| 12-cv-06751 | BORREGO, Mirma A. and Jose Borrego vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-12696 | BROCKMAN, Erlinda F. and Steve Brockman vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-29296 | BUNETTA, Sabah and Matt Bunetta vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-08497 | CARROLL, Kristine and Ronald Carroll vs. Ethicon Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-02912 | CHRISTIAENS, Sherry and Steve Christiaens vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-05752 | CONTRERAS, Juanita F. and Jose Contreras vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13782 | COOK, Lisa L. and John Cook vs. Boston Scientific Corporation, Johnson and Johnson, and Ethicon, Inc. |
| 13-cv-24827 | CRAUSE, Helen and James Crause vs. Boston Scientific Corporation |
| 13-cv-04396 | DIAS, Janet A. and Richard Dias vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-01438 | GRANT, Loretta and Pascoe Grant vs. Boston Scientific Corporation, Johnson and Johnson, and Ethicon, Inc. |
| 13-cv-22799 | GREEN, Nancy and Mark Green vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-31738 | HOWE, Nancy C. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-04715 | KOEHN, Danna C. and Rodger Koehn vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-04120 | KUNTZ, Lillievee vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13785 | LODDER, Shana L. and Zach Lodder vs. Ethicon Inc., Johnson and Johnson, Boston Scientific Corporation |
| 13-cv-25702 | LOPEZ, Crystal L. and Angel Lopez vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22800 | LYNCH, Carolyn and Ronald Lynch vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-24751 | MARSHALL, Tecla vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-26388 | OPPELT, Jennifer L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-10802 | RICHARDS, Heather L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., Cook Medical, Inc. |
| 13-cv-25703 | ROBERTS, Vicki L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-31740 | RUBY, Nancy and Floyd Ruby vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-10287 | SAWYER, Ruth L. and Thomas Sawyer vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-07161 | SHEETS, Donna vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-10291 | SMITH, Sandra K. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25706 | SURLES, Judy L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25708 | TAYLOR, Jenifer A. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05383 | TRIPPLETT, Alice vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05389 | VIGIL, Robyn G. and James Vigil vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-23112 | VIVIER, Jeanette vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25712 | WHITE, Kelly and Dennis White vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-02331 | WHITE, Patsy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-00742 | WILLIAMS, Merian A. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-15592 | WILT, Deborah S. and Jan Wilt vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 13-cv-01745 | ZOLTOWSKI, Christine C. and Ronald Zoltowski vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |