IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                     MDL NO. 2327
    PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the court is a Motion for Change of Address, filed on August 15, 2016 [ECF No. 2564]. In the motion, counsel requests that in the main MDL and each individual case in which attorney Richard Capshaw appears, the firm address be updated as set forth in the motion. The telephone number, facsimile number, and email address remain unchanged.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is DIRECTED to update the information, as set forth in the Motion, both on the main master docket and for each individual member case in MDL 2327 with which Richard Capshaw is associated, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 12, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE