IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE AMERICAN MEDICAL SYSTEMS, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |

THIS DOCUMENT RELATES TO ALL CASES

### MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL AND FOR CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Kell Lampin, LLC, by and through its undersigned counsel, respectfully move this Court for entry of an Order **withdrawing Daniel A. Raniere, the current counsel for clients in the above-referenced matter, and substituting by consent Attorney Daniel A. Raniere with Attorney J. Mark Kell as counsel** and updating the firm's address both in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440 in the main MDL and for every member

case associated with these MDLs. The telephone numbers and e-mail addresses for the Kell Lampin Attorneys remain unchanged. The fax number has changed.

The Kell Lampin Attorneys in this matter relocated their offices to:

>Kell Lampin, LLC
>14500 S. Outer Forty, Suite 407
>Chesterfield, MO 63017
>(636) 498-4878 phone
>(636) 489-3971 fax

Accordingly, Kell Lampin respectfully requests that the Court enter an Order updating the firm's address and contact information, withdrawing Daniel A. Raniere as counsel and substituting J. Mark Kell as counsel, as well as updating each member case in which any of the named attorneys have been associated in MDL Nos. 2187, 2325, 2326, 2327, 2387, and 2440 in the main MDL and for every member case associated with these MDLs.

Dated: January 12, 2017

By: /s/ Daniel A. Raniere
Daniel A. Raniere (Mo. Bar No. 27027)
KELL LAMPIN, LLC
14500 S. Outer Forty, Suite 407
Chesterfield, MO 63017
Phone: (636) 498-4878
Fax: (636) 489-3971
daniel.raniere@kelllampinlaw.com

AND

/s/ J. Mark Kell
J. Mark Kell (Mo. Bar No. 26413)
KELL LAMPIN, LLC
14500 S. Outer Forty, Suite 407
Chesterfield, MO 63017
Phone: (636) 498-4878
Fax: (636) 489-3971
mark.kell@kelllampinlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on January 12, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

                  /s/ Daniel A. Raniere