IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3320], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: January 13, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Case Number | Case Name |
|---|---|
| 13-cv-07501 | ALLEN, Pamela A. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22798 | ALVAREZ, Teresa A. and Gary Alvarez vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-23769 | ANDRADE, Tina vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-14228 | BLEDSOE, ~~Earma~~ vs. Boston Scientific Corporation |
| 12-cv-06751 | BORREGO, Mirma A. and Jose Borrego vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-12696 | BROCKMAN, Erlinda F. and Steve Brockman vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-29296 | BUNETTA, Sabah and Matt Bunetta vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-08497 | CARROLL, Kristine and Ronald Carroll vs. Ethicon Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-02912 | CHRISTIAENS, Sherry and Steve Christiaens vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-05752 | CONTRERAS, Juanita F. and Jose Contreras vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| ~~15-cv-13782~~ | ~~COOK, Lisa L. and John Cook vs. Boston Scientific Corporation, Johnson and Johnson, and Ethicon, Inc.~~ |
| 13-cv-24827 | CRAUSE, Helen and James Crause vs. Boston Scientific Corporation |
| 13-cv-04396 | DIAS, Janet A. and Richard Dias vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| ~~13-cv-01438~~ | ~~GRANT, Loretta and Pascoe Grant vs. Boston Scientific Corporation, Johnson and Johnson, and Ethicon, Inc.~~ |
| 13-cv-22799 | GREEN, Nancy and Mark Green vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-31738 | HOWE, Nancy C. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-04715 | KOEHN, Danna C. and Rodger Koehn vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-04120 | KUNTZ, Lillievee vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13785 | LODDER, Shana L. and Zach Lodder vs. Ethicon Inc., Johnson and Johnson, Boston Scientific Corporation |
| 13-cv-25702 | LOPEZ, Crystal L. and Angel Lopez vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22800 | LYNCH, Carolyn and Ronald Lynch vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-24751 | MARSHALL, Tecla vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |

7956598 v1

| | |
|---|---|
| 13-cv-26388 | OPPELT, Jennifer L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-10802 | RICHARDS, Heather L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., Cook Medical, Inc. |
| 13-cv-25703 | ROBERTS, Vicki L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-31740 | RUBY, Nancy and Floyd Ruby vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-10287 | SAWYER, Ruth L. and Thomas Sawyer vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-07161 | SHEETS, Donna vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-10291 | SMITH, Sandra K. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25706 | SURLES, Judy L. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25708 | TAYLOR, Jenifer A. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05383 | TRIPPLETT, Alice vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05389 | VIGIL, Robyn G. and James Vigil vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-23112 | VIVIER, Jeanette vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25712 | WHITE, Kelly and Dennis White vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| ~~13-cv-02331~~ | ~~WHITE, Patsy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation~~ |
| 13-cv-00742 | WILLIAMS, Merian A. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-15592 | WILT, Deborah S. and Jan Wilt vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 13-cv-01745 | ZOLTOWSKI, Christine C. and Ronald Zoltowski vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

7956598 v1