IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>**CASES LISTED ON EXHIBIT A** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF COMPLIANCE

I hereby certify that to the best of my information and belief, Heygood, Orr & Pearson supplied the information required per Pretrial Order No. 240 to Defendant on November 11, 2016 on behalf of the Plaintiffs listed on Exhibit A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.

January 17, 2017

Respectfully submitted,

/s/Charles W. Miller
Charles W. Miller, Esq.
Texas Bar No. 24007677
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Phone: 214-237-9001
Facsimile: 214-237-9002
Email: charles@hop-law.com

1

## CERTIFICATE OF SERVICE

I certify that on January 17, 2017, the foregoing Certificate of Compliance was filed using the Court's Electronic Case Filing system, which will automatically deliver a copy of the foregoing via Notice of Electronic Filing to all parties and counsel of record who are registered ECF users.

*/s/Charles W. Miller*
