# EXHIBIT A

| | | |
|---|---|---|
| Ackerson | Dawn | 2:14-cv-19696 |
| Barron | Sheri | 2:14-cv-19614 |
| Barry | Jamie | 2:14-cv-19615 |
| Blake | Donna | 2:14-cv-19615 |
| Carder | Barbara | 2:14-cv-14967 |
| Carr | Shirley | 2:14-cv-19612 |
| Caskey | Sandra | 2:14-cv-18795 |
| Castle | Kathy | 2:13-cv-6374 |
| Chockley | Bonnie | 2:16-cv-05701 |
| Dolan | Karen | 2:15-cv-12563 |
| Easto | Mary | 2:16-cv-04970 |
| Evans | Cathy | 2:14-cv-19689 |
| Frazier | Kathleen | 2:14-cv-18836 |
| Gerletti | Carol | 2:14-cv-19620 |
| Grassie | Gloria | 2:13-cv-02350 |
| Handy | Mary | 2:14-cv-19619 |
| Hansel | Sandra | 2:14-cv-19613 |
| Hartman | Lesa | 2:14-cv-19616 |
| Hays | Brenda | 2:15-cv-04901 |
| Hickson | Debbie | 2:14-cv-17498 |
| Horsell | Kathleen | 2:14-cv-20898 |
| Keenan | Deborah | 2:14-cv-18800 |
| Morgan | Sherry | 2:14-cv-18835 |
| Myer | Debra | 2:14-cv-19695 |
| Palmer | Jennifer | 2:15-cv-9581 |
| Petrilli | Lynda | 2:14-cv-19698 |
| Pursley | Shannon | 2:14-cv-18793 |
| Robinson | Jone | 2:14-cv-19691 |
| Rogers-Dean | Cheryl | 2:14-cv-00151 |
| Thomas | Karen | 2:14-cv-24385 |
| Verde | Jennifer | 2:14-cv-18797 |
| Whitby | Paula | 2:14-cv-18837 |