IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>**CASE LISTED ON ATTACHMENT A** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### CERTIFICATION OF COMPLIANCE WITH PTO 240

I hereby certify that to the best of my information and belief, our firm has previously supplied the information required per Pretrial Order 240 for the plaintiffs listed on Attachment A as follows:

1. Proof of product identification for Ethicon product(s) for which a claim is alleged; and

2. Operative reports demonstrating implantations, revisions and/or removals of Ethicon product(s) for which a claim is alleged.


Dated: this 17th day of January, 2017

Respectfully submitted,

EGLET PRINCE

*/s/ Erica D. Entsminger, Esq.*
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
T: 702.450.5400
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

*/s/ Erica D. Entsminger, Esq.*
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
T: 702.450.5400
*Attorneys for Plaintiff*

**ATTACHMENT A**

Lennon        2:13-cv-24683