IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325

THIS DOCUMENT RELATES TO:

*Moss, et al.  v. American Medical System, Inc., et al.*
*Civil Action No. 2:14-cv-12349*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On January 12, 2017 the plaintiffs and defendant American Medical Systems,

Inc., ("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems,

Inc. with Prejudice [ECF No. 8]. In the joint motion the parties are seeking dismissal

of AMS as a defendant in this action with prejudice because all claims against AMS

have been compromised and settled, including all claims, counterclaims, cross-claims

and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this

case [ECF No. 8]. After careful consideration, it is **ORDERED** that the Joint Motion

to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the

**MOTION TO TRANSFER MDLs** is **GRANTED.** Plaintiffs' counsel states in the

Motion to Transfer that an Amended Short Form Complaint will be filed within 14

days of the filing of the Joint Motion. Plaintiffs' counsel is **DIRECTED** to file an

Amended Short Form Complaint within the time frame stated in the motion.

Defendant AMS is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327.  The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  January 19, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE