# EXHIBIT A

**KLINE & SPECTER, P.C.**
By: Thomas R. Kline, Esquire/Attorney I.D. No. 28895
Shanin Specter, Esquire/Attorney I.D. No. 40928
Lee B. Balefsky, Esquire/Attorney I.D. No. 25321
Christopher A. Gomez, Esquire/Attorney I.D. No. 82899
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
Attorneys for Plaintiffs

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

| IN RE: PELVIC MESH LITIGATION | : | FEBRUARY TERM 2014 |
|---|---|---|
| | : | |
| MASTER DOCKET | : | NO. 829 |

| ELLA EBAUGH and MARVIN EBAUGH | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
|---|---|
| v. | JULY TERM, 2013 |
| ETHICON WOMEN'S HEALTH AND UROLOGY, A DIV. OF ETHICON, INC., et al | NO. 00866 |

**NOTICE OF CONTINUATION OF VIDEOTAPED**
*DE BENE ESSE* **DEPOSITION OF BRUCE ROSENZWEIG, MD**

PLEASE TAKE NOTICE that counsel for Plaintiffs herein will continue the videotaped *de bene esse* deposition of Bruce Rosenzweig, MD on Tuesday, February 28, 2017 at 9:00 AM at Wexler Wallace, LLP, 55 W Monroe St, #3300, Chicago, IL 60603.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be recorded by stenographic means or court reporter, and the deposition will be recorded by video and audio means. You are invited to attend and cross-examine.

This deposition will be taken pursuant to the Pennsylvania Rules of Civil Procedure and will continue from day to day until completed.

|  |  |  |
|---|---|---|
|  |  | **KLINE & SPECTER, P.C.** |
| Dated: January 23, 2017 | BY: | _____ |
|  |  | Thomas R. Kline, Esquire |
|  |  | Shanin Specter, Esquire |
|  |  | Lee B. Balefsky, Esquire |
|  |  | Christopher A. Gomez, Esquire |
|  |  | *Attorneys for Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, foregoing Notice of Videotape *De Bene Esse* Deposition of Bruce Rosenzweig, MD was served via electronic mail to the following counsel:

| | |
|---|---|
| Andrew P. Reeve<br>Kenneth A. Murphy<br>Melissa A. Graff<br>DRINKER BIDDLE & REATH<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* | Julie A. Callsen, Esquire<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson* |

Dated: January 23, 2017

_____
Cori Maldonado