IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC only as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated January 24, 2017                          Respectfully submitted,

 

                                                         By: /s/ Jon A. Strongman
                                                         Robert T. Adams – MO Bar #: 34612
                                                         Jon A. Strongman – MO Bar #: 53995
                                                         SHOOK, HARDY & BACON L.L.P.
                                                         2555 Grand Boulevard
                                                         Kansas City, Missouri 64108
                                                         Telephone: 816.474.6550
                                                         Facsimile: 816.421.5547
                                                         rtadams@shb.com
                                                         jstrongman@shb.com

7978035

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**


By: /s/ Amy Collignon Gunn
**Amy Collignon Gunn
John G. Simon**
THE SIMON LAW FIRM
Suite 1700
800 Market Street
St. Louis, MO 63101
314/241-2929
Fax: 314/241-2029
Email: agunn@simonlawpc.com
Email: jsimon@simonlawpc.com

**COUNSEL FOR PLAINTIFF**

7978035

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

7978035

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-15716 | GUTIERREZ, Wanda and Ramiro Gutierrez vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

7978035