UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Jim Perdue, Jr. moves to have Brian B. Winegar withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327 in which Brian B. Winegar is associated. Mr. Winegar is no longer associated as an attorney with Perdue & Kidd. Attorneys at Perdue & Kidd, including Jim Perdue, Jr., will continue to represent Plaintiffs in MDL 2327 and in each individual member case in which Perdue & Kidd is associated.

Dated: January 24, 2017

               Respectfully submitted,

               /s/ Jim M. Perdue, Jr.
               Jim M. Perdue, Jr.
               Texas Bar No. 00788180
               Donald H. Kidd
               Texas Bar No. 11383100
               510 Bering Dr., Suite 550
               Houston, TX 77057-1469
               Telephone: 713-520-2500
               Facsimile: 713-520-2525
               Email: jperduejr@perdueandkidd.com
               Email: dkidd@perdueandkidd.com
               **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                               /s/ Jim M. Perdue, Jr.
                                               **JIM M. PERDUE, JR.**