# EXHIBIT A

## [FIRST] ETHICON MDL SETTLEMENT SUMMARY REPORT FOR THE MDL 2327 FUND

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") advise the Court that pursuant to Pretrial Order # 62, as amended by Pretrial Order # 134, five percent (5%) of any settlement amount paid to any claimant settling with Ethicon is being paid into the MDL 2327 Fund. By this [First] MDL Settlement Summary Report for the MDL 2327 Fund, Ethicon is providing the Court a list of all settlements made by Ethicon on Covered Claims as defined by PTO # 62 (as amended by PTO # 134), by plaintiff's counsel or group, and indicating whether 5% has been paid into the common benefit fund for that particular settlement. If not, defendants are directed to estimate a date when the 5% will be paid. Thereafter, the MDL Settlement Summary Report shall be updated and supplemented within thirty (30) calendar days of the end of each quarter.

A sample report is set forth below:

| Settling Plaintiff's Counsel | Maximum Potential Number of Covered Claims in Settlement Group | Date of Execution for Master Settlement Agreement | Cumulative Maximum Potential Settlement Amount | 5% Assessment Owed | Date and Amount Paid to MDL 2327 Fund | Estimated Date(s) of any unpaid Assessment |
|---|---|---|---|---|---|---|
| Smith & Jones, LLC | 400 | 1/1/16 | $4,000,000 | $200,000 | $200,000 paid 1/09/16 | |
| Wilson & Smith, LLC | 200 | 1/1/16 | $2,000,000 | $100,000 | $50,000 paid 1/09/16 | 6/1/17 |
| | | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

_____

*Lead Counsel for Ethicon, Inc. and Johnson & Johnson*

Dated: _____