**EXHIBIT B**

**[FIRST] ETHICON MDL FUND REPORT OF PAYMENTS TO THE MDL 2327 FUND**

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") advise the Court that pursuant to Pretrial Order # 62, as amended by Pretrial Order # 134, five percent (5%) of any settlement amount paid to any claimant settling with Ethicon is being paid into the MDL 2327 Fund. By this [First] Report of Payments to the MDL 2327 Fund, Ethicon is providing the Court a list of all payments made to the MDL 2327 Fund from [INSERT DATE] through [INSERT DATE] by or on behalf of Ethicon. Exhibits [INSERT EXHIBIT LETTERS] attached hereto set forth dates of payments to the MDL 2327 Fund, the amounts of such payments, the name of each claimant on whose behalf the payments were made, and the name of each claimant's attorney.

A summary of all payments detailed in the attached exhibits is set forth in the chart below.

| Exhibit | Payment Date | Settling Claimant's Counsel | Number of Claimants | Cumulative Total Settlement Amount | Amount Paid to MDL 2327 Fund |
|---------|--------------|----------------------------|---------------------|------------------------------------|------------------------------|
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |
|         |              |                            |                     |                                    |                              |

_____

*Lead Counsel for Ethicon, Inc. and Johnson & Johnson*

Dated: _____