**EXHIBIT C**

| Settlement | [INSERT FIRM NAME] |
|---|---|
| Total Number of Claims | [INSERT TOTAL NUMBER OF CLAIMS] |
| Total Settlement Amount | [INSERT CUMULATIVE TOTAL SETTLEMENT AMOUNT] |
| Amount Paid to MDL 2327 Fund | [INSERT CUMULATIVE AMOUNT PAID TO MDL 2327 FUND] |
| Date of Payment to MDL 2327 Fund | [INSERT PAYMENT DATE] |
| Wire Confirmation or Proof of Payment | [INSERT WIRE CONFIRMATION # OR ATTACH OTHER PROOF OF PAYMENT] |

| Settlement Firm | Claimant Data | | | |
|---|---|---|---|---|
| Associated Counsel / Attorney | Def.'s Claim # | SSN | Last Name | First Name |
| | | ###-##-[XXXX] | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |