UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

Master File No.  2:12-MD-02327
MDL 2327

THIS DOCUMENT RELATES TO
ALL CASES IN THIS MDL

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Brian D. Ketterer moves to have Elisha N. Hawk withdrawn as counsel and removed in the matter *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, and each member civil action associated with this MDL in which Elisha N. Hawk appears. Elisha N. Hawk is no longer associated as an attorney with Janet, Jenner & Suggs, LLC.  Janet, Jenner & Suggs, LLC, including Brian D. Ketterer, will continue to represent the Plaintiffs in each member civil action this firm is associated with in this MDL.


Dated: February 3, 2017                                    Respectfully submitted,

By:        /s/ Brian D. Ketterer
Robert K. Jenner
Brian D. Ketterer
Lisa S. Lee
Kathleen R. Kerner
**JANET, JENNER & SUGGS, LLC**
Commerce Centre East, Suite 165
1777 Reisterstown Road
Baltimore, Maryland 21208
T:  (410) 653-3200   F:  (410) 653-9030
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

    /s/ Brian D. Ketterer_____
    Brian D. Ketterer