IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC <u>only</u> as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated February 6, 2017

Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

7999622v1

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**


By: /s/ Dana B. Taschner
Dana B. Taschner
2049 Century Park East, Suite 1940
Los Angeles, CA 90067
Tel: 310-277-5100
Fax: 310-277-5103
Email: dana@danataschner.com


By: /s/ David Kuttles
David Kuttles
Kelly A. Fitzpatrick
W. Mark Lanier
THE LANIER LAW FIRM
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: 212-421-2800
Fax: 212-421-2878
Email: DXK@lanierlawfirm.com
Email: kaf@lanierlawfirm.com
Email: WML@lanierlawfirm.com

By: /s/ Lisa Baron Blue
Lisa Baron Blue
BARON & BLUE
Suite 800
3811 Turtle Creek Boulevard
Dallas, TX 75219
214/969-7373
Fax: 214/969-7648
Email: lblue@baronandblue.com

**COUNSEL FOR PLAINTIFF**

7999622v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

7999622v1

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-13360 | MORRIS, Laurene Cynthia and Mel Morris vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

7999622v1