IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC <u>only</u> as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated February 7, 2017                    Respectfully submitted,


                                          By: /s/ Jon A. Strongman
                                          Robert T. Adams – MO Bar #: 34612
                                          Jon A. Strongman – MO Bar #: 53995
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Boulevard
                                          Kansas City, Missouri 64108
                                          Telephone: 816.474.6550
                                          Facsimile: 816.421.5547
                                          rtadams@shb.com
                                          jstrongman@shb.com

8005492v1

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP.**


By: /s/ Hunter J. Shkolnik
Hunter J. Shkolnik
NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES
350 Fifth Avenue, Suite 7413
New York, NY 10118
Tel: 212-397-1000
Fax: 646-843-7603
Email: hunter@napolilaw.com



By: /s/ Robert J. Fenstersheib
Robert J. Fenstersheib
ROBERT J. FENSTERSHEIB &
ASSOCIATES
520 West Hallandale Beach Boulevard
Hallandale, FL 33009
Tel:  954-456-2488
Fax:  954-212-2980
Email: rjf:fenstersheib.com


**COUNSEL FOR PLAINTIFF**

8005492v1

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORP.**

8005492v1

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-07225 | SITCOSKE, Francine v. Ethicon, Inc., Ethicon, LLC, Johnson and Johnson, and Boston Scientific Corporation |

8005492v1