IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC <u>only</u> as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated February 7, 2017                Respectfully submitted,

                                      By: /s/ Jon A. Strongman
                                      Robert T. Adams – MO Bar #: 34612
                                      Jon A. Strongman – MO Bar #: 53995
                                      SHOOK, HARDY & BACON L.L.P.
                                      2555 Grand Boulevard
                                      Kansas City, Missouri 64108
                                      Telephone: 816.474.6550
                                      Facsimile: 816.421.5547
                                      rtadams@shb.com
                                      jstrongman@shb.com

8005412v1

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORP.**


By: /s/ Jami S. Oliver
Jami S. Oliver
OLIVER LAW OFFICES
132 Northwoods Boulevard, Suite B
Columbus, OH 43235
Tel: 614-220-9100
Fax: 866-318-4580
Email: joliver@jamioliver.com.


**COUNSEL FOR PLAINTIFF**

8005412v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

8005412v1

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-26398 | STARR, Sherri D. v. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, and Boston Scientific Corporation |

8005412v1