**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

**MDL 2327**

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific

Corporation ("BSC") advise the Court that they have compromised and settled all claims

between them in this action, including all counterclaims, cross-claims and third-party claims.

Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC only  as a defendant in

this action with prejudice and terminate BSC from the docket of the Court in this action, each

party to bear its own costs.  Other defendants remain in this action and plaintiffs will continue to

prosecute their actions against them.


Dated February 7, 2017                    Respectfully submitted,


By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**


By: /s/ Daniel S. Robinson
Daniel S. Robinson
Karen Barth Menzies
Mark P. Robinson, Jr.
Shannon Lukei
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: 949-720-1288
Fax: 949-720-1292
Email: drobinson@rcrlaw.net
Email: mrobinson@rcrlaw.net
Email: slukei@rcrlaw.net


By: /s/ Willard J. Moody, Jr.
THE MOODY LAW FIRM
Post Office Box 1138
Portsmouth, VA 23705
Tel:  757-393-6020
Fax:  757-399-3019
Email: will@moodyrrlaw.com


**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed the foregoing with the

Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-03103 | FALCO, Donna M. and Joseph Falco vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 13-cv-21224 | ORTEGA-EVANS, Alicia and David Evans, Jr. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-00722 | BRAEKEVELT, Elizabeth and Thomas Braekevelt vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-00645 | NELSON, Beverly vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-00792 | DRAPER-STUCK, Rebecca and James Stuck vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-00648 | MORSE, Gwendolyn and Christopher Morse vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 12-cv-00809 | MCGRATH, Laurie Ellsworth vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-00844 | HERNSTROM, Theresa and Keith Hernstrom vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |

8005334v1