IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC only as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated February 9, 2017    Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

7999787v1

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**


By: /s/ J. Mark Kell
J. Mark Kell
Mark Edward Berns
KELL LAMPIN
5770 Mexico Road, Suite A
St. Peters, MO 63376-2264
Tel: 636-498-4878
Fax: 636-441-0198
Email: mark.kell@KellLampinLaw.com

**COUNSEL FOR PLAINTIFF**

7999787v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

7999787v1

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-09370 | KARLHOFER, Patricia vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., Tissue Science Laboratories Limited |
| 13-cv-29578 | HOPSTER, Tina and Duane Hopster vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-13879 | THOMPSON, Beth vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-15824 | GUZMAN, Rosa vs. Ethicon, Inc., Johnson and Johnson, American Medical Systems, Inc., and Boston Scientific Corporation |
| 12-cv-08028 | ROBYDEK, Cheryl and Kenneth Robydek vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, and Boston Scientific Corporation |
| 14-cv-14656 | STORCK, Gayle vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

7999787v1