IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3359], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-06095 | SPRAGG, Susan and James Spragg v. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-06419 | LANGSDALE, Kathaleen and Stephen Langsdale v. . Ethicon, Inc., Ethicon, LLC, Johnson & Johnson and Boston Scientific Corporation |
| 12-cv-08234 | ROBERTS, Belinda C. and Donald R. Roberts v. . Johnson & Johnson , Ethicon, Inc., Ethicon, LLC, and Boston Scientific Corporation |
| 13-cv-22375 | STERNE, Jean K. and Louis T. Sterne v. . Ethicon, Inc., Ethicon, LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-11803 | THORLACIUS-CURRY, Emily Jane and Rolland Curry, Jr. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-12731 | YEE, Sharon L. v. . Ethicon, Inc., Ethicon, LLC, Johnson & Johnson and Boston Scientific Corporation |
| 13-cv-16649 | NELSON, Carol D. . Ethicon, Inc., Ethicon, LLC, Johnson & Johnson and Boston Scientific Corporation |

7999408v1