IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3368], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-24909 | MERRILL, Annette and Joseph Merrill vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22832 | ARNOLD, Carolyn Roberson vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-32031 | ELLISON, Joanne vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-24907 | ILES, Debra vs. Ethicon, Inc., Ethicon, LLC,R29 Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-03340 | KING, Loretta vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-32033 | LEMASTER, Debra and Anthony LeMaster vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-24910 | MEYERS, Kathleen and Theodore Meyers vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-02734 | ROSS, Sabrina Hazel and Randy Joe Ross vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-03529 | SCIPIONI, Cheryl vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 16-cv-02963 | SPILLER, Anita and Tommy Spiller vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 13-cv-24911 | TOMASSETTI, Mary and John Tomassetti vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

7999694v1