IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   C. R. BARD, INC.
         PELVIC REPAIR SYSTEMS
         PRODUCTS LIABILITY LITIGATION                    MDL 2187
_____

THIS DOCUMENT RELATES TO:

*Buglewicz, et al. v. C. R. Bard, Inc., et al.*      *Civil Action No. 2:12-cv-01375*


ORDER

(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

On February 3, 2017 the plaintiffs and defendant C. R. Bard, Inc., ("Bard")

filed a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice [ECF No.

24]. In the joint motion the parties are seeking dismissal of Bard as a defendant in

this action with prejudice because all claims against Bard have been compromised

and settled, including all claims, counterclaims, cross-claims and third party claims.

Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 24]. After

careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with

Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER**

**MDLs** is **GRANTED**. Plaintiffs'  counsel states in the Motion to Transfer that an

Amended Short Form Complaint will be filed within 14 days of the filing of the Joint

Motion. Plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint

within the time frame stated in the motion. Defendant Bard is **DISMISSED WITH**

**PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL

2327.  The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  February 10, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE