**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3353], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-D, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS without Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-D.

ENTER: February 13, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BEASLEY ALLEN CROW METHVIN PORTIS & MILES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-14334 | Donnis Shirley, Jimmy Shirley v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT B – DAVIS & CRUMP

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-00853 | Brenda K. Axsom v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-01177 | Marcel Goadsby, Rob Hasson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-12920 | Mildred Lindsey, Marshall Lindsey v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-33367 | Shirley Kilpatrick v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D – SKIKOS CRAWFORD SKIKOS & JOSEPH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-33057 | Karen Jennice Threlkeld v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-17592 | Lori Grassi-Edwards v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |