IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                                MDL No. 2327
-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 4 CASES

| Plaintiff | SDWV Case Number | Agreed Venue Recommendation |
|---|---|---|
| Adkins, Lori | 2:12cv03751 | USDC for the Eastern District of Kentucky |
| Anders, Shelby | 2:12cv05168 | USDC for the South Carolina, Greenville Division |
| Armstrong, Bernadine | 2:12cv04168 | USDC for the Southern District of Texas, Houston Division |
| Baksic, Danielle | 2:12cv03536 | USDC for the Western District of Texas, San Antonio Division |
| Barnes, Margaret A. | 2:12cv04853 | USDC for the Eastern District of Kentucky |
| Bartley, Sharon | 2:12cv04270 | USDC for the Western District of Kentucky |
| Bates, Dana and Charles | 2:12cv03939 | USDC for the Middle District of Tennessee, Columbia Division |
| Beltran, Alba G. | 2:12cv04824 | USDC for the Eastern District of New York |
| Benz, Christine, an individual, | 2:12cv04097 | USDC for the Western District of Louisiana, Lafayette |
| Bertel, Brenda C. | 2:12cv05136 | USDC for the Southern District of Indiana, Indianapolis Division |
| Birchfield, Sheila | 2:12cv05053 | USDC for the Eastern District of Tennessee, Greeneville |
| Bird, Gladys | 2:12cv03869 | USDC for the Eastern District of Kentucky |
| Blades, Nancy | 2:12cv04349 | USDC for the Eastern District of Arkansas, Jonesboro Division |
| Blum, Marsha Ann | 2:12cv05428 | USDC for the Western District of Pennsylvania, Pittsburgh Division |
| Boswell, Courtney Lynette | 2:12cv04770 | USDC for the Middle District of Tennessee, Nashville Division |
| Bowers, Deborah | 2:12cv05477 | USDC for the Northern District of Ohio (SFC) |
| Bowman, Lynn M. | 2:12cv05485 | USDC for the Eastern District Virginia, Richmond Division |
| Breeden, Candy S. | 2:12cv04658 | USDC for the Eastern District of Tennessee, Northern Division |

1

| | | |
|---|---|---|
| | | (Knoxville) |
| **Browley, Stephanie Q.** | 2:12cv04515 | USDC for the Northern District of Mississippi, Oxford Division |
| **Bynum, Rachel and Randall** | 2:12cv03729 | USDC for the Northern District of Alabama Middle Division |
| **Carbon, Ediany** | 2:12cv04269 | USDC for the Southern District of Florida |
| **Christopherson, Verla M.** | 2:12cv04365 | USDC for Minnesota |
| **Cisek, Donna** | 2:12cv05521 | USDC for Kansas, Kansas City-Leavenworth Division |
| **Clark, Addie** | 2:12cv03598 | USDC for the Eastern District of Kentucky |
| **Clark, Gloria** | 2:12cv03833 | USDC for the Northern District of Maryland |
| **Comstock, Margaret H.** | 2:12cv05345 | USDC for the Western District of New York, Buffalo Division |
| **Connolly, Peggy** | 2:12cv04026 | USDC for the District of South Dakota, Southern Division |
| **Coppinger, Mary** | 2:12cv05129 | USDC for the Northern District of Maryland |
| **Cotton, Debbie** | 2:12cv05530 | USDC for the District of Colorado, La Plata Division |
| **Cottrell, Tammy** | 2:12cv05480 | USDC for the Northern District of New York |
| **Courville, Vanessa** | 2:12cv03999 | USDC for the Western District of Louisiana, Lake Charles Division |
| **Cox, Patty** | 2:12cv03616 | USDC for the Southern District of Florida, Miami Division |
| **Cox, Shirley** | 2:12cv05191 | District of Arizona, Prescott Division |
| **Creager-Awichi, Sharon** | 2:12cv05184 | USDC for the Eastern District of Arkansas, Western Division |
| **Crespin, Tawnya** | 2:12cv05004 | USDC for Nevada, Las Vegas Division |
| **Crook, Sandra Jordan** | 2:12cv04998 | USDC for the Western District of Virginia, Roanoke Division |
| **Cross, Kathy** | 2:12cv02281 | USDC for the Eastern District of Tennessee, Northern Division (Knoxville) |
| **Custer, Charlotte** | 2:12cv04948 | USDC for the Northern District of Indiana |
| **Dano, Autumn** | 2:12cv04100 | USDC for the Middle District of Tennessee |
| **Datz, Lillian** | 2:12cv03735 | USDC for the Western District of New York |
| **Deakins, Lucille** | 2:12cv03605 | USDC Eastern District of Tennessee, Southern Division |
| **Dorsey, Cinnamon** | 2:12cv05528 | USDC for the Southern District of Texas, Houston Division |
| **Draper, Amy L.** | 2:12cv05594 | USDC Eastern District of Texas, Tyler Division |
| **Duffy, Sharon** | 2:12cv05529 | USDC for the Western District of Virginia, Roanoke Division |

| | | |
|---|---|---|
| **Elliott, Sandra** | 2:12cv03834 | USDC for the Northern District of Maryland |
| **Erickson, Jennifer** | 2:12cv05462 | USDC for the District of Minnesota |
| **Euans, Audrey J.** | 2:12cv04514 | USDC for the District of Nebraska, Omaha Division |
| **Ferrell, Ann** | 2:12cv05593 | USDC for the Southern District of Mississippi, Jackson Division |
| **Ferrer, Brooke** | 2:12cv04591 | USDC for the Southern District of Florida |
| **Fine, Vicki R.** | 2:12cv03167 | USDC for the Eastern District of New York |
| **Flowers, Lisa and Keith** | 2:12cv03922 | USDC for the Western District of Tennessee, Eastern Division |
| **Fredenburg, Carol L.** | 2:12cv04513 | USDC for the Northern District of Texas, Wichita Falls Division |
| **Gaffield, Trisha** | 2:12cv04843 | USDC for the Western District of Louisiana |
| **Gaines, Jackie L.** | 2:12cv04844 | USDC for the Eastern District of Kentucky, Central Division |
| **Galarza, Delia** | 2:12cv03998 | USDC for the Northern District of Illinois, Eastern Division |
| **Geisinger, Melinda** | 2:12cv05112 | USDC for Minnesota |
| **Goins, Sondra S.** | 2:12cv03289 | USDC for the Southern District of Illinois |
| **Gomez, Celia** | 2:12cv04776 | USDC for the Eastern District of California |
| **Gracon, Pamela M.** | 2:12cv04516 | USDC for the Northern District of Ohio |
| **Griffin, Tamika** | 2:12cv04331 | USDC for the Middle District of Tennessee, Nashville Division |
| **Gross, Theresa, an individual,** | 2:12cv03842 | USDC for the Western District of Tennessee, Western Division |
| **Gutillo, Tiffany** | 2:12cv03378 | USDC for the Northern District of Maryland |
| **Hahn, Kathleen K.** | 2:12cv04364 | USDC of Minnesota |
| **Happel, Wendy B.** | 2:12cv03889 | USDC for the Northern District of Maryland |
| **Harris, Tina** | 2:12cv03246 | USDC for the Western District of Louisiana |
| **Hart, Debra Ann** | 2:12cv04411 | USDC for the Northern District of Alabama Northern Division |
| **Hartwig, Deborah M.** | 2:12cv05257 | USDC for the Western District of Oklahoma |
| **Heidel, Barbara** | 2:12cv03236 | USDC for the Eastern District of Tennessee, Northern Division (Knoxville) |
| **Herold, Melissa** | 2:12cv04412 | USDC for the Eastern District of Missouri, Eastern Division |
| **Hodge, Tammie Jean** | 2:12cv04847 | USDC for the Eastern District of Tennessee, Knoxville Division |
| **Holloway** | 2:12cv03417 | USDC for the District of Arizona, Tucson Division |

| | | |
|---|---|---|
| **Horton, Barbara** | 2:12cv03641 | USDC for the Eastern District of Arkansas, Jonesboro |
| **Howe, Cynthia A.** | 2:12cv05237 | USDC for the Western District of Texas |
| **Howard, Ella Jean** | 2:12cv03976 | USDC for the Northern District of Alabama Northwestern Division |
| **Hubbard, Pamela, an individual** | 2:12cv03309 | USDC for the Eastern District of Kentucky |
| **Huffstetler, Jane** | 2:12cv05150 | USDC for the Middle District of Georgia |
| **Humbert, Ann** | 2:12cv04170 | USDC for the Northern District of Illinois, Eastern Division |
| **Humphrey, Charlotte** | 2:12cv04810 | USDC for the Northern District of Alabama, Northeastern Division |
| **Husted, Stacy** | 2:12cv05024 | USDC for the Western District of Texas, San Antonio Division |
| **James, LaJoyce and Jesse** | 2:12cv04096 | USDC for the Western District of Louisiana, Shreveport |
| **Johnson, Pamela F.** | 2:12cv03615 | USDC for the Eastern District of Tennessee |
| **Jones, Beverly** | 2:12cv05555 | USDC for the Northern District of Oklahoma |
| **Jucha, Anna M.** | 2:12cv03646 | USDC for the District of Nevada, Las Vegas |
| **Justice, Brenda F.** | 2:12cv03285 | USDC for the Southern District of Illinois |
| **Kerley, Lisa** | 2:12cv03786 | USDC for the Middle District of Tennessee, Northeastern Division |
| **Kimsey, Cathy** | 2:12cv04814 | USDC for the Northern District of Georgia - Rome Division |
| **Kramer, Catherine M.** | 2:12cv03696 | USDC for the Northern District of Illinois |
| **Lewis, Sandra** | 2:12cv04474 | USDC for the Southern District of MS, Jackson Division |
| **Lewis, Sharon Gail** | 2:12cv05026 | USDC for the Eastern District of Kentucky |
| **Lewis, Tammy** | 2:12cv05169 | USDC for the District of Arizona, Phoenix Division |
| **Lowery, Margie and John** | 2:12cv04092 | USDC for the Western District of Louisiana |
| **Lunsford, Sharon Kay and Charles** | 2:12cv03308 | USDC for the Southern District of Indiana, Evansville Division |
| **Lynch, Margaret** | 2:12cv04832 | USDC of Minnesota |
| **Martin, Darlene** | 2:12cv05394 | USDC for New Hampshire |
| **Martin, Kirsten** | 2:12cv05334 | USDC for the Eastern District of Texas, Beaumont Division |
| **Martin, Mary Elizabeth** | 2:12cv05028 | USDC for the Middle District of Tennessee, Nashville Division |
| **Mayes, Tammy M.** | 2:12cv03463 | USDC for the Western District of New York |
| **McKay, Kara** | 2:12cv03807 | USDC for the Northern District |

| | | |
|---|---|---|
| | | of Texas, Lubbock Division |
| **Melton, Rebecca and Arthur** | 2:12cv04094 | USDC for the Western District of Louisiana, Lake Charles |
| **Moore, Jennifer** | 2:12cv05084 | USDC for the Northern District of Illinois |
| **Moses, Wilder** | 2:12cv04005 | USDC Eastern District of Tennessee, Northern Division |
| **Mullins, Lottie M.** | 2:12cv03577 | USDC for the Eastern District of Kentucky, Central Division |
| **Neal, Glendora** | 2:12cv03614 | USDC for Connecticut |
| **Newton, Cynthia D.** | 2:12cv05517 | USDC for the Western District of New York, Rochester |
| **Norris, Thelma N.** | 2:12cv03294 | USDC for the Southern District of Illinois |
| **Ocker, Carol** | 2:12cv03227 | USDC for the Southern District of Iowa, Central Division |
| **O'Neill, Kary** | 2:12cv03642 | USDC for the Southern District of California |
| **Orr, Cindy** | 2:12cv03738 | USDC for the Eastern District of Tennessee |
| **Pascual, Maria** | 2:12cv05032 | USDC for the Western District of Texas, Austin Division |
| **Paul, Claudine** | 2:12cv04808 | USDC for the Northern District of Florida, Panama City Division |
| **Peshewa, Melanie** | 2:12cv04332 | USDC for the Eastern District of Tennessee, Northern Division |
| **Plahmer, Donna** | 2:12cv03241 | USDC for the Eastern District of Wisconsin, Green Bay Division |
| **Poland, Nyla S.** | 2:12cv04659 | USDC for the Western District of Louisiana |
| **Presley, Wanda** | 2:12cv04945 | USDC for the Northern District of Texas, Fort Worth Division |
| **Price, Leigh** | 2:12cv04476 | USDC for the Southern District of Iowa |
| **Ratledge, Lori** | 2:12cv03835 | USDC for the Western District of Wisconsin |
| **Ray, Darla** | 2:12cv04475 | USDC for the Northern District of Mississippi, Aberdeen Division |
| **Reeves, Sarah** | 2:12cv04790 | USDC for the Western District of Missouri |
| **Riffle, Kimberly A.** | 2:12cv03611 | USDC for the Southern District of Ohio |
| **Rizer, Renae Lynn** | 2:12cv05128 | USDC for the Middle District of Florida, Tampa Division |
| **Robinson, Carol A.** | 2:12cv05573 | USDC for the Western District of Wisconsin |
| **Roman, Jeanette** | 2:12cv05255 | USDC for the Southern District of New York |
| **Ronquille, Rebecca** | 2:12cv05132 | USDC for the Eastern District of Louisiana |
| **Sally, Wanda C.** | 2:12cv04065 | USDC for the Eastern District of Arkansas, Jonesboro |
| **Schalk, Julie K.** | 2:12cv04806 | USDC for the District of |

| | | |
|---|---|---|
| | | Nebraska, Omaha Division |
| **Schwartz, Lauren** | 2:12cv05009 | USDC for the Central District of California |
| **Secord, Estelle and Paul** | 2:12cv04042 | USDC for the Middle District of Tennessee |
| **Sheldon, Christine A.** | 2:12cv04508 | USDC for the District of Michigan, Eastern Division |
| **Sloan, Penny** | 2:12cv05515 | USDC for the Northern District of Ohio |
| **Smith, Barbara** | 2:12cv04791 | USDC for the District of Oregon |
| **Spada, Jamie** | 2:12cv05258 | USDC for the Eastern District of Louisiana |
| **Spencer, Tanya** | 2:12cv03295 | USDC for the Eastern District of Kentucky |
| **Stensgard, Janet** | 2:12cv05389 | USDC for the Western District of Washington |
| **Stepski, Zinaida** | 2:12cv05342 | USDC for the Southern District of New York, Manhattan Division |
| **Stewart, Juanita** | 2:12cv03958 | USDC for the Eastern District of Tennessee, Knoxville |
| **Strauss, Candace** | 2:12cv05280 | USDC of Kansas, Kansas City-Leavenworth Division |
| **Strunk, Sandy** | 2:12cv04933 | USDC for the Southern District of Georgia, Savannah Division |
| **Sunseri, Joyce** | 2:12cv03288 | USDC for the Eastern District of Louisiana |
| **Taylor, Brenda L.** | 2:12cv04811 | USDC for the Eastern District of Missouri, Southeastern Division |
| **Tharp, Iva June** | 2:12cv03251 | USDC for the Eastern District of Tennessee, Northern Division |
| **Thate, Connie F.** | 2:12cv04144 | USDC for the Northern District of Indiana |
| **Thomas, Deanna, an individual** | 2:12cv04095 | USDC for the Western District of Louisiana |
| **Thompson, Harriet and Bertram** | 2:12cv03741 | USDC for the Middle District of Alabama, Northern Division |
| **Thomson-Roy, Jeannae M.** | 2:12cv04586 | USDC for the Middle District of Florida, Fort Myers Division |
| **Thornton, Betty** | 2:12cv05115 | USDC for the Eastern District of Tennessee, Northern Division |
| **Thruman, Gladys** | 2:12cv04930 | USDC for the Northern District of Illinois, Rockford Division |
| **Todd, Peggy** | 2:12cv03311 | USDC for the Middle District of Florida, Jacksonville Division |
| **Towns, Bertha and Frank** | 2:12cv03306 | USDC for the Southern District of Illinois, Benton Division |
| **Tucker, Diana** | 2:12cv04958 | USDC for the Central District of California |
| **Turner, Melanie** | 2:12cv03847 | USDC for the Northern District of Alabama, Southern Division |
| **Valencia, Jasmine** | 2:12cv05475 | USDC of Colorado |
| **Vance, Lisa R.** | 2:12cv03886 | USDC for the Southern District of Ohio |

| | | |
|---|---|---|
| **Vieth, Judith A.** | 2:12cv05228 | USDC of Arizona, Phoenix Division |
| **Wade, Mary F.** | 2:12cv04512 | USDC for the Southern District of Ohio |
| **Wall, Pattie Ann** | 2:12cv05034 | USDC for the Western District of Louisiana |
| **Wang, Gloria** | 2:12cv04477 | USDC for the Central District of California |
| **West, Sherrill** | 2:12cv03180 | USDC for the District of Massachusetts, Eastern Division |
| **White, Jessica and Jeremy White** | 2:12cv03736 | USDC for the Northern District of Alabama, Northwestern Division |
| **Wurtz, Julieann** | 2:12cv04679 | USDC of Kansas, Topeka Division |
| **Zollman, Gloria** | 2:12cv03951 | USDC for the Southern District of Indiana |

| DISPUTED REMAND VENUE RECOMMENDATIONS | | | |
|---|---|---|---|
| **Plaintiff** | **SDWV Case Number** | **Plaintiff's Remand Venue Recommendation** | **Defense Remand Venue Recommendation** |
| **Green, Karen** | 2:12cv04851 | USDC for the Western District of Tennessee | USDC for the Southern District of New Jersey |
| **Hall, Teresa** | 2:12cv04846 | USDC for the Eastern District of Tennessee | USDC for the District of New Jersey |
| **Miller, Roxanna D.** | 2:12cv05185 | USDC for the Northern District of Illinois | USDC for the Southern District of Indiana, Terre Haute Division |
| **Paape, Sarina Catherine** | 2:12cv05029 | USDC for the Eastern District of Tennessee | USDC for New Jersey |
| **Smith, Elizabeth B.** | 2:12cv05395 | USDC for the Eastern District of North Carolina | USDC for the Middle District of North Carolina |
| **Smith, Teresa** | 2:12cv05305 | USDC for the Eastern District of Pennsylvania | USDC for the Eastern District of Michigan |

7