**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Debra Stomel v. Ethicon Inc et al., )
C.D. California, C.A. No. 2:16-08830 ) MDL No. 2327

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 30, 2017, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Stomel*) on Deceber 2, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Stomel* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-224" filed on December 2, 2016, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2017, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF
to:
JPMLCMDECF
02/15/2017 11:06 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/15/2017 at 11:05 AM EST and filed on 2/15/2017

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/02/16. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-224 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/15/2017.**

**Associated Cases: MDL No. 2327, CAC/2:16-cv-08830 (SM)**

**Case Name:** Debra Stomel v. Ethicon Inc et al
**Case Number:** CAC/2:16-cv-08830
**Filer:**

**Document Number:** No document attached

**Docket Text:**
*****TEXT ONLY ENTRY*****

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 12/02/16. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order CTO-224 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/15/2017.**

**Associated Cases: MDL No. 2327, CAC/2:16-cv-08830 (SM)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay of CTO
JPMLCMECF
to:
JPMLCMDECF
02/15/2017 10:58 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 2/15/2017 at 10:57 AM EST and filed on 2/15/2017

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 2670

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-224) AND VACATING THE MARCH 30, 2017 HEARING SESSION ORDER ((1 in CAC/2:16-cv-08830, [2539] in MDL No. 2327), (11 in CAC/2:16-cv-08830, [2661] in MDL No. 2327), (12 in CAC/2:16-cv-08830, [2669] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-224 filed on DECEMBER 2, 2016, is lifted insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on FEBRUARY 14, 2017, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/15/2017.**

**Associated Cases: MDL No. 2327, CAC/2:16-cv-08830 (SM)**

**Case Name:** Debra Stomel v. Ethicon Inc et al
**Case Number:** CAC/2:16-cv-08830

**Filer:**
**Document Number:** 13

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-224) AND VACATING THE MARCH 30, 2017 HEARING SESSION ORDER ((1 in CAC/2:16-cv-08830, [2539] in MDL No. 2327), (11 in CAC/2:16-cv-08830, [2661] in MDL No. 2327), (12 in CAC/2:16-cv-08830, [2669] in MDL No. 2327) )**

**IT IS THEREFORE ORDERED that CTO-224 filed on DECEMBER 2, 2016, is lifted insofar as it relates to this action.**

**IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on FEBRUARY 14, 2017, are VACATED insofar as they relate to this matter.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/15/2017.**

**Associated Cases: MDL No. 2327, CAC/2:16-cv-08830 (SM)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N. Frankovitch carl@facslaw.com

Michael J Farrell mjf@farrell3.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**CAC/2:16-cv-08830 Notice has been electronically mailed to:**

Christy D. Jones christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael Bonasso mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Jon A. Strongman jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,

reickbush@shb.com

Eva M Weiler eweiler@shb.com

Joshua James Wes joshua.wes@tuckerellis.com

Stewart Richard Albertson stewart@aldavlaw.com

Sin-Ting Mary Liu mliu@awkolaw.com, cduer@awkolaw.com, churt@awkolaw.com, jrichards@awkolaw.com, rvasquez@awkolaw.com

Brian Patrick Ziska bziska@shb.com, BZiska@shb.com

Mollie Fleming Benedict mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

Kevin P Hillyer khillyer@pattersonlockwood.com

**CAC/2:16-cv-08830 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/15/2017] [FileNumber=718045-0]

[8b19a0e69e1a14c4b1d7af03a4143c173b84f34f6a3c52e225027fc28b89658225395
36921b8e64e7aabec0f37fc0825bae53485ae23f528880ef579842e8ced]]