**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Anne M. Tarvin
Anne M. Tarvin
BARTIMUS FRICKLETON AND ROBERTSON, P.C.[1]
Suite 200
11150 Overbrook Road
Leawood, KS 66211
913.266.2300 (phone)
913.266.2366 (fax)
atarvin@bflawfirm.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Mark A. DiCello
Mark A. DiCello
THE DICELLO LAW FIRM
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH 44060
440.953.8888 (phone)
440.953.9138 (fax)
madicello@dicellolaw.com
*Attorney for Plaintiffs on Exhibit B*


Dated: February 21, 2017

---

[1] This firm was formerly known as Bartimus Frickleton Robertson & Goza, and is now known as Bartimus Frickleton and Robertson, P.C.

## EXHIBIT A – BARTIMUS FRICKLETON AND ROBERTSON, P.C.

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-13583 | Jan Greathouse, Ronald Greathouse v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-11420 | Juana Herrera v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – DICELLO LAW**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-19255 | William Ray, Administrator of the Estate of Adrienne Ray, deceased, William Ray v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis