UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER

    The Honorable Joseph R. Goodwin, United States District Judge, has notified the Clerk that he is disqualified to serve as presiding judge in the civil actions listed on Exhibit A attached hereto pursuant to the provisions of 28 United States Code, § 455(b)(5)(iii). Specifically, Judge Goodwin was just recently advised that a "person with the third degree of relationship" has recently joined the Law Firm of Frost Brown and Todd as partner. Accordingly, the civil actions listed on Exhibit A are hereby REASSIGNED from the docket of Judge Goodwin to the docket of the Honorable Robert C. Chambers, Chief United States District Judge, for all further proceedings.

    This Order applies to the individual cases listed on Exhibit A, and the Clerk is directed to file this order in the individual cases listed on Exhibit A and to file a copy of this order on the docket for the main MDL 2327. The Clerk is directed to forward copies of this order to Judge Goodwin, Chief Judge Chambers, counsel of record, and to any unrepresented parties.

DATED:      February 23, 2017

*/s/ Teresa L. Deppner*
_____
TERESA L. DEPPNER
Clerk of Court

# EXHIBIT A

| Case No. | Case Style |
|---|---|
| 2:12-cv-07990 | Adams et al v. Ethicon, Inc. et al |
| 2:12-cv-05750 | Aldridge v. Ethicon, Inc. et al |
| 2:12-cv-07623 | Baldwin et al v. Ethicon, Inc. et al |
| 2:12-cv-08032 | Beaman et al v. Ethicon, Inc. et al |
| 2:12-cv-05789 | Bergstrom v. Ethicon Inc. et al |
| 2:12-cv-07389 | Brandy v. Ethicon, Inc. et al |
| 2:12-cv-07134 | Brattin et al v. Ethicon, LLC et al |
| 2:12-cv-07892 | Butler et al v. Ethicon, Inc. et al |
| 2:12-cv-07620 | Coffey v. Ethicon, Inc. et al |
| 2:12-cv-07933 | Levey v. Ethicon, Inc. et al |
| 2:12-cv-07837 | Fann v. Ethicon, Inc. et al |
| 2:12-cv-07889 | Greenwood et al v. Ethicon, Inc. et al |
| 2:12-cv-05667 | Hoggatt et al v. Ethicon, Inc. et al |
| 2:12-cv-06907 | Holland et al v. Ethicon, Inc. et al |
| 2:12-cv-07409 | Ishmael et al v. Ethicon, Inc. et al |
| 2:12-cv-07877 | Marcum et al v. Ethicon, Inc. et al |
| 2:12-cv-07874 | Morse et al v. Ethicon, Inc. et al |
| 2:12-cv-07160 | Palozzolo v. Ethicon, Inc. et al |
| 2:12-cv-05958 | Partain v. Ethicon, Inc. et al |
| 2:12-cv-06512 | Paulman et al v. Ethicon, Inc. et al |
| 2:12-cv-06772 | Pavlekovich et al v. Ethicon, Inc. et al |
| 2:12-cv-06250 | Skurat v. Ethicon, Inc. et al |
| 2:12-cv-06798 | Smiley v. Ethicon, Inc. et al |
| 2:12-cv-07751 | Thomas et al v. Ethicon, Inc. et al |
| 2:12-cv-06179 | Thompson v. Ethicon, Inc. et al |
| 2:12-cv-06769 | Thompson et al v. Ethicon, Inc. et al |
| 2:12-cv-06438 | Wells et al v. Ethicon, Inc. et al |
| 2:12-cv-07905 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-06753 | Winters et al v. Ethicon, Inc. et al |