## MDL 2327 - EXHIBIT A

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Cintha Cuevas<br>Honelia Enriquez<br>Kimberly Gerber<br>Carmen Fisher<br>Shannon Dole<br>Ellen German<br>Patricia Shirey<br>Lisa Hoffman<br>Soledad Garcia<br>Victoria Mount<br>Wendy Stansbury<br>Heidi Casares<br>Diane Jones<br>Pamela May<br>Leah Ross<br>Robbin Highfield<br>Portia Truitt<br>Nora Owen<br>Joanna Parker<br>Cheryl Bivins<br>Yary Bran<br>Linda Baker<br>Cheryl Lewis<br>Williepearl Campbell<br>Shirley Friend<br>Susan Freeman<br>Tina Wootan<br>Cynthia Joann Parker<br>Kimberly Heilman<br>Mayra Barbosa<br>Francine Shortino<br>Melanie Chiappone<br>Kimbra Basom<br>Linda Claypoole<br>Rae Gonzales-Figueroa<br>Theresa Padron<br>Danette Sarvey<br>Pamela Snyder<br>Leida Zahran<br>Paula Cherry<br>Sonora Williams<br>Leisa Holland | Missouri Eastern | 4:17-cv-498 | 2:17-cv-1354 |

| Plaintiffs | Originating District | Originating Case No. | SDWV – MDL Member Case No. |
|---|---|---|---|
| Carmen Barrera<br>Rosa Quinones<br>Debra Barbusca<br>Betty Mangeney | Missouri Eastern | 4:17-cv-498 | 2:17-cv-1354 |