**Exhibit B**

I. <u>**For Directly Filed Cases**</u>**:**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. _____
(Severed from Civil Action No. _____ filed _____)
_____

**SHORT FORM COMPLAINT**

**II. For All Other Cases:**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

**TABATHA ARNOLD, et al.,**

    **Plaintiffs,**

**v.**                                                           **Civil Action No. _____**
                                                          **(Severed from SDWV Civil Action**
                                                           **No. _____ filed _____)**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

**COMPLAINT AND JURY DEMAND**