**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Erin K. Copeland
Erin K. Copeland
FIBICH LEEBRON COPELAND BRIGGS JOSEPHSON
1150 Bissonnet Street
Houston, TX 77005
713.751.0025 (phone)
713.751.0030 (fax)
ecopeland@fibichlaw.com
*Attorney for Plaintiff on Exhibit A*

/s/ Bill Robins, III
Bill Robins, III
HEARD ROBINS CLOUD & BLACK
Suite 200
300 Paseo de Peralta
Santa Fe, NM 87501
505.986.0600 (phone)
505.986.0632 (fax)
robins@heardrobins.com
*Attorney for Plaintiff on Exhibit B*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
dpotts@potts-law.com
*Attorney for Plaintiff on Exhibit C*


Dated:  February 23, 2017

Case 2:12-md-02327   Document 3407   Filed 02/23/17   Page 3 of 6 PageID #: 120161

## **EXHIBIT A – FIBICH LEEBRON COPELAND BRIGGS & JOSEPHSON**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-15613 | Deborah Grant-Jenkins, Keith Jenkins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – HEARD ROBINS CLOUD & BLACK

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-18561 | Susan Hough, James Hough v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-24841 | Darlyn M. Silva, Shannon Lee Silva v. Johnson & Johnson, American Medical Systems, Inc., Ethicon, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis