# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION**

| Cuevas, et al. v. Ethicon, Inc., et al., | ) | |
|---|---|---|
| E.D. Missouri, C.A. No. 4:17-00498 | ) | MDL No. 2327 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cuevas*) on February 13, 2017.  In the absence of any known opposition to the proposed transfer, the stay of transmittal was lifted on February 22, 2017, and *Cuevas* was transferred to the Southern District of West Virginia.

On February 23, 2017, plaintiffs filed a motion to reinstate CTO-228.  As grounds for their motion, plaintiffs, though counsel, state that counsel uses two email addresses, "only one of which is used internally for purposes of filing notifications."  While the Panel did send plaintiffs notice of the conditional transfer order, counsel states it was not to the email address "used internally for purposes of filing notifications."

In the instant case, the Panel sent notice of the conditional transfer order to counsel's email of record then on file with the Panel.  Counsel's internal operating procedure of favoring one email address over another is a matter outside the Panel's control.  Nevertheless, the Panel will reinstate the conditional transfer order in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-228" filed on February 13, 2017, is REINSTATED.

IT IS FURTHER ORDERED that Plaintiffs' motion to reinstate is construed as a Notice of Opposition.  An appropriate briefing schedule will issue accordingly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Reinstating CTO
JPMLCMECF
to:
JPMLCMDECF
02/24/2017 10:51 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov
History: This message has been forwarded.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/24/2017 at 10:51 AM EST and filed on 2/24/2017
**Case Name:**    IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 2690

**Docket Text:**
**ORDER REINSTATING CTO-228 (re: pldg. ([2659] in MDL No. 2327, 1 in MOE/4:17-cv-00498) )**

**The stay of the Panel's conditional transfer order designated as CTO-228 filed on 2/13/17 is REINSTATED. Cuevas notice of opposition is deemed filed as of 2/23/17.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

**Case Name:**    Cuevas et al v. Ethicon, Inc. et al
**Case Number:**    MOE/4:17-cv-00498
**Filer:**
**Document Number:** 5

**Docket Text:**

Case 2:12-md-02327    Document 3408    Filed 02/24/17    Page 3 of 4 PageID #: 120167

**ORDER REINSTATING CTO-228 (re: pldg. ( [2659] in MDL No. 2327, 1 in MOE/4:17-cv-00498) )**

**The stay of the Panel's conditional transfer order designated as CTO-228 filed on 2/13/17 is REINSTATED. Cuevas notice of opposition is deemed filed as of 2/23/17.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/24/2017.**

**Associated Cases: MDL No. 2327, MOE/4:17-cv-00498 (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N. Frankovitch    carl@facslaw.com

Michael J Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F. Bell, Jr    hfbell@belllaw.com, camclain@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    paul@greeneketchum.com, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**MOE/4:17-cv-00498 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe    jeff@jefflowepc.com, jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross    across@careydanis.com

Dan H. Ball    dhball@bryancave.com

Randy J. Soriano    rjsoriano@bryancave.com

Bettina J. Strauss    bjstrauss@bryancave.com

Sarah Shoemake Doles    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

James P. Emanuel, Jr    james.emanuel@bryancave.com

**MOE/4:17-cv-00498 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/24/2017] [FileNumber=720629-0]

[7423ac5a8cf317c9e22f13315d38101ce89f3e425e0fe1e53271e0f448301557b1904
6ee30eac2eed72ead2bb1a05183b8498e10c85f2d093074cdd9b22b84a6]]