UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

## ORDER

The Honorable Joseph R. Goodwin, United States District Judge, has notified the Clerk

that he is disqualified to serve as presiding judge in the civil action listed on Exhibit A attached

hereto pursuant to the provisions of 28 United States Code, § 455(b)(5)(iii). Specifically, Judge

Goodwin was just recently advised that a "person with the third degree of relationship" has recently

joined the Law Firm of Frost Brown and Todd as partner. Accordingly, the civil action listed on

Exhibit A is hereby REASSIGNED from the docket of Judge Goodwin to the docket of the

Honorable Robert C. Chambers, Chief United States District Judge, for all further proceedings.

This Order applies to the individual case listed on Exhibit A, and the Clerk is directed to

file this order in the individual case listed on Exhibit A and to file a copy of this order on the docket

for the main MDL 2327. The Clerk is directed to forward copies of this order to Judge Goodwin,

Chief Judge Chambers, counsel of record, and to any unrepresented parties.

DATED:      February 27, 2017

_____
TERESA L. DEPPNER
Clerk of Court

**EXHIBIT A**

| Case No. | Case Style |
|---|---|
| 2:12-cv-06081 | Patterson v. Ethicon, Inc., et al. |