IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION
                                                                        MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3410], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 28, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – THE SIMON LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-08784 | Connie Martin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-20907 | Frances D. Burger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22047 | Theresa Martin, Larry Martin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |