IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Rachel Abrams
Rachel Abrams, Esq.
LEVIN SIMES, LLP
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
(415) 426-3133
(415) 423-3001 (fax)
Email: rabrams@levinsimes.com

/s/ Amy Eskin
Amy Eskin, Esq.
LEVIN SIMES, LLP
44 Montgomery Street, 32nd Floor
San Francisco, CA 94104
(415) 426-3126
(415) 423-3001 (fax)
Email: aeskin@levinsimes.com

*Attorneys for Plaintiffs on Exhibit A*


/s/ Mark A. Milstein
Mark Milstein, Esq.
MILSTEIN ADELMAN, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA. 90067
(310) 396-9600
(310) 396-9635 (fax)
Email: MMilstein@majfw.com

*Attorney for Plaintiffs on Exhibit B*


Dated: March 3, 2017

**EXHIBIT A – LEVIN SIMES LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-04056 | Daphne Prince and Richard Price v. C.R. Bard, Inc., et al. |
| 2:13-cv-10383 | Donna Melchiorri v. C.R. Bard, Inc., et al. |
| 2:13-cv-15423 | Denise Trujillo Dutton and Brian K. Dutton v. C.R. Bard, Inc., et al. |

**EXHIBIT B – MILSTEIN ADELMAN LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:15-cv-09547 | Sharon Adams v. C.R. Bard, Inc., et al. |
| 2:15-cv-10011 | Sheila Martin v. C.R Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.