IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL NO. 2187
_____
THIS DOCUMENT RELATES TO:

Flores, et al.  v. C. R. Bard, Inc., et al.        Civil Action No. 2:15-cv-15877

### ORDER
(Dismissing Defendants C. R. Bard, Inc. and Tissue Science Laboratories Limited with Prejudice and Transferring Case to MDL 2327)

On March 4, 2017 the plaintiffs and defendants, C. R. Bard, Inc., ("Bard"), and Tissue Science Laboratories Limited ("TSL"), filed a Joint Motion To Dismiss Defendants C.R. Bard, Inc., and TSL with Prejudice [ECF No. 9]. In the joint motion the parties are seeking dismissal of Bard and TSL from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Also pending is Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 9]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the Motion to Transfer MDLs is **GRANTED**. To the extent an Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file the appropriate Amended Short Form Complaint within the time frame outlined in the Motion. Defendants Bard and TSL are **DISMISSED WITH PREJUDICE** as defendants in the action and this action is **TRANSFERRED**

to MDL 2327. The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.

The Clerk is further **DIRCETED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 6, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE