IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2325
_____
THIS DOCUMENT RELATES TO:

*Bowlus v. Ethicon, Inc.*                    *Civil Action No. 2:14-cv-24639*

ORDER

(Dismissing Defendant American Medical Systems, Inc. with Prejudice
and Transferring Case to MDL 2327)

On March 6, 2017, the plaintiff and defendant American Medical Systems, Inc.,

("AMS") filed a Joint Motion to Dismiss Defendant American Medical Systems, Inc.

with Prejudice [ECF No. 26].  In the joint motion the parties are seeking dismissal of

AMS as a defendant in this action with prejudice because all claims against AMS

have been compromised and settled, including all claims, counterclaims, cross-claims

and third party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this

case [ECF No. 26]. After careful consideration, it is **ORDERED** that the Joint Motion

to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that the

**MOTION TO TRANSFER MDLs** is **GRANTED.** Defendant AMS is **DISMISSED**

**WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED**

to MDL 2327.  The Clerk is **DIRECTED** to disassociate the civil action as member

case in MDL 2325 and re-associate it with MDL 2327.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  March 7, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2