IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                     MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Christy D. Jones moves to have Helen Kathryn Downs withdrawn as counsel in MDL 2327 and all member civil actions related to MDL 2327. Ms. Downs is no longer associated as an attorney with Butler Snow LLP. Attorneys at Butler Snow LLP, including Christy D. Jones, will continue to represent Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and other related defendants in this MDL.

Respectfully submitted,

/s/ *Christy D .Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
601-985-4523 telephone
601-985-4500 facsimile
christy.jones@butlersnow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Christy D. Jones