IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

In re: Ethicon, Inc.
Pelvic Repair System                                   MDL: 2327
Products Liability Litigation

This Document Relates to All Cases

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS MATTER is before the Court on Defendants' Motion to Withdraw Helen Kathryn Downs as counsel in Ethicon MDL No. 2327.

IT IS THEREFORE ORDERED that the Defendants' Motion is GRANTED and the Clerk is directed to remove Helen Kathryn Downs from the docket and mailing list.

SO ORDERED this the _____ day of March, 2017.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE