# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

**MDL 2327**

_____

THIS DOCUMENT RELATES TO THE CASES LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT
### BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant Boston Scientific Corp. ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims.  Accordingly, plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in these actions with prejudice and terminate BSC from the docket of the Court the actions, each party to bear its own costs.  Other defendants remain pending in these actions, and plaintiffs will continue to prosecute their action against them.

Dated March 8, 2017

Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

8060930 v1

2

By: /s/ Daniel S. Robinson
Daniel S. Robinson
Mark P. Robinson, Jr.
Shannon Lukei
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tele: 949-720-1288
Fax: 949-720-1292
Email: drobinson@rcrlaw.net
Email: mrobinson@rcrlaw.net
Email: slukei@rcrlaw.net

By: /s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM
Post Office Box 1138
Portsmouth, VA 23705
Tel: 757-393-6020
Fax: 757-399-3019
Email: will@moodyrrlaw.com

**COUNSEL FOR PLAINTIFF**
**LISTED ON EXHIBIT A**

8060930 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2017, I electronically filed the foregoing with the Clerk

using the CM/ECF system which will send notification of such filing to the CM/ECF participants

registered to receive service in these member cases attached as Exhibit A.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP**

3

8060930 v1

4

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-02292 | LAFOUR, Cynthia v. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |

8060930 v1