IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant Coloplast Corp. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3397], is a Joint Motion to Dismiss Defendant Coloplast Corp. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and Coloplast Corp. ("Coloplast")[1] seeking dismissal of Coloplast from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: March 10, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

**EXHIBIT A – PETERSON & ASSOCIATES**

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-04264 | Crystal Barnett v. Ethicon, Inc., et al. |

## EXHIBIT B – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-cv-00383 | Laura Helems, et al. v. Ethicon, Inc., et al. |
| 2:16-cv-03454 | June Andrade v. Ethicon, Inc., et al. |
| 2:16-cv-03536 | Bonnie Kirby, et al. v. Ethicon, Inc., et al. |