**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [Docket # 3452], is a Joint Motion to Dismiss

Defendant Boston Scientific Corporation With Prejudice filed by the plaintiff, identified on the

attached Exhibit A, and Boston Scientific Corporation ("BSC") seeking dismissal of BSC from

this action with prejudice because all claims between them have been compromised and settled,

including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain

in this action, and plaintiff will continue to prosecute this action against them.  After careful

consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is

**GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the

individual case listed on the attached Exhibit A.

ENTER: March 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

4

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-02292 | LAFOUR, Cynthia v. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |

4

8060930 v1