IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
      PELVIC REPAIR SYSTEMS                  MDL NO. 2187
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Palm, et al. v. Ethicon, Inc., et al.*            *Civil Action No. 2:14-cv-20992*

O R D E R

    Pending before the court is plaintiffs' Motion to Transfer MDL, filed on February 23, 2017 [ECF No. 6]. In the motion, plaintiffs request that their case be transferred from *In re: C. R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* 2:10-md-2187, MDL 2187, to *In re: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation,* 2:12-md-2327, MDL 2327. In support of the motion, plaintiffs state that they have filed an Amended Short Form Complaint that no longer includes C. R. Bard, Inc. or another named defendant in that litigation; included instead, among others, are the following parties from MDL 2327; Ethicon, Inc., and Johnson & Johnson. However, this is not the case, rather than filing the Amend Short Form Complaint referred to in the motion; the plaintiffs filed a Notice of Voluntary Dismissal with Prejudice dismissing C. R. Bard, Inc., Sofradim Production SAS and Tissue Science Laboratories Limited [ECF 5]. This leaves only Ethicon Inc. and Johnson & Johnson as defendants in this action. For this reason, it is **ORDERED** that the Motion to Transfer is **GRANTED**.

The Clerk is **DIRECTED** to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

      ENTER: March 13, 2017

      _____
      JOSEPH R. GOODWIN
      UNITED STATES DISTRICT JUDGE