**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-R and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360 (phone)
303.376.6361 (fax)
Aimee.Wagstaff@ahw-law.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Laura J. Baughman
Laura J. Baughman
BARON & BUDD
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-4281
214.521.3605 (phone)
214.520.1181 (fax)
lbaughman@baronbudd.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Harry F. Bell , Jr.
Harry F. Bell, Jr.
THE BELL LAW FIRM
P. O. Box 1723
Charleston, WV 25326
304.345.1700 (phone)
304.345.1715 (fax)
hfbell@belllaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ William J. Doyle , II
William J. Doyle, II
DOYLE LOWTHER
Suite 275
4400 NE 77th Avenue
Vancouver, WA 98662
360.818.9320 (phone)
360.818.9320 (fax)
bill@doylelowther.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Robert J. Fenstersheib
Robert J. Fenstersheib
ROBERT J. FENSTERSHEIB &
ASSOCIATES
520 West Hallandale Beach Boulevard
Hallandale, FL 33009
954.456.2488 (phone)
954.212.2980 (fax)
rjf@fenstersheib.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Charles W. Miller
Charles W. Miller
HEYGOOD ORR & PEARSON
Second Floor
2331 West Northwest Highway
Dallas, TX 75220
214/237-9001 (phone)
214/237-9002 (fax)
charles@hop-law.com
*Attorney for Plaintiff s on Exhibit F*

/s/ Robert K. Jenner
Robert K. Jenner
JANET JENNER & SUGGS
Suite 165
1777 Reisterstown Road
Baltimore, MD 21208
410.653.3200 (phone)
410.653.6903 (fax)
rjenner@myadvocates.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
JOHNSON BECKER
Suite 4530
33 South Sixth Street
Minneapolis, MN 55402
612.436.1800 (phone)
612/436-1801 (fax)
lgorshe@johnsonbecker.com
*Attorney for Plaintiffs on Exhibit H*

/s/ J. Mark Kell
J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264
636/498-4878 (phone)
636/441-0198 (fax)
mark.kell@KellLampinLaw.com
*Attorney for Plaintiff on Exhibit I*

/s/ David Kuttles
David Kuttles
THE LANIER LAW FIRM
Sixth Floor
126 East 56th Street
New York, NY 10022
212.421.2800 (phone)
212.421.2878 (fax)
DXK@lanierlawfirm.com
*Attorney for Plaintiff on Exhibit J*

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
dmigliori@motleyrice.com
*Attorney for Plaintiffs on Exhibit K*

/s/ James G. Onder
James G. Onder
ONDER SHELTON O'LEARY &
PETERSON
2nd Floor
110 East Lockwood
St. Louis, MO 63119
314.963.9000 (phone)
314.963.1700 (fax)
onder@onderlaw.com
*Attorney for Plaintiffs on Exhibit L*

/s/ Jerrold S. Parker
Jerrold S. Parker
PARKER WAICHMAN
6 Harbor Park Drive
Port Washington, NY 11050
516.466.6500 (phone)
516.466.6665 (fax)
jerry@yourlawyer.com
*Attorney for Plaintiff on Exhibit M*

/s/ Sarah J. Showard
Sarah J. Showard
SHOWARD LAW FIRM
Suite 253
4703 East Camp Lowell Drive
Tucson, AZ 85712
520.622.3344 (phone)
520.881.9260 (fax)
sjshoward@showardlaw.com
*Attorney for Plaintiff on Exhibit N*

/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY 10016-7416
212.784.6400 (phone)
212.213.5949 (fax)
jconroy@simmonsfirm.com
*Attorney for Plaintiff on Exhibit O*

/s/ Leslie C. MacLean
Leslie C. MacLean
WATERS & KRAUS
3219 McKinney Avenue
Dallas, TX 75204
214.357.6244 (phone)
214.357.7252 (fax)
lmaclean@waterskraus.com
*Attorney for Plaintiffs on Exhibit P*

/s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603
312.346.2222 (phone)
312.346.0022 (fax)
eaw@wexlerwallace.com
*Attorney for Plaintiffs on Exhibit Q*

/s/ Kimberly R. Wilson
Kimberly R. Wilson
WILSON LAW
P. O. Box 10389
Raleigh, NC 27605
919.890.0180 (phone)
919.882.1758 (fax)
kim@wilsonlawpa.comA
*Attorney for Plaintiffs on Exhibit R*

Dated:  March 13, 2017

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03978 | Sandy Harris v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-05663 | MaryAnn Harris v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-02399 | Judy Wright, Mike Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-02791 | Rosemary Munger, George Robert Munger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-14431 | Janice Michalski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-18090 | Linda Sembler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – BARON & BUDD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-01799 | Caren Hughes, Derek Hughes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – BELL LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11923 | Janice Carl v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

**EXHIBIT D – DOYLE LOWTHER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05323 | Maria Jamison v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV07367 | Mary Jane Haskell vs. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22852 | Lisa Branson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-24951 | Elizabeth Preuc v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – HEYGOOD, ORR & PEARSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19615 | Jamie Barry, Darren Barry v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – JANET, JENNER & SUGGS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05186 | Eleanor L. Thompson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19456 | Mary Woods, John Woods v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT I – KELL LAMPIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-17055 | Jean Pierce v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT J – LANIER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05344 | Helen Williamson, Clifton G. Williamson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-05010 | Lorrie Kayann Quiroga, Jesus N. Quiroga v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-12159 | Christine M. Escalderon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT K – MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02487 | Doris Nichols, James Nichols v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc., C. R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:12-CV-03210 | Mary Kneale v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-26046 | Ruth Langham v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT L – ONDER SHELTON O'LEARY & PETERSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-15217 | Mary Ann Ivankovich, Danny Ivankovich v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT M – PARKER WAICHMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03132 | Karen M. Marski and Christopher Marski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT N – SHOWARD LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-32330 | Joan R. Braun, Warren Braun v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-03875 | Diane Michelle Bailey v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-26078 | Barbara J. Iselin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc |

**EXHIBIT O – SIMMONS HANLY CONROY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-01743 | Ginger Wood, Neal Wood v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-23629 | Shirley Payne v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT P – WATERS & KRAUS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25418 | Delia M. Lopez, Guadalupe Venegas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT Q – WEXLER WALLACE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-22169 | Shirley Wysocki, Eugene Wysocki v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT R – WILSON LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04585 | Gail D. Van Etten and Dale Van Etten v. Ethicon, Inc., Johnson & Johnson, and American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


*/s/ Barbara R. Binis*
Barbara R. Binis