IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

8040424 v1

The settlements in the cases listed on Exhibit A relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 15th day of March, 2017.

By: */s/ Clayton A. Clark*
Clayton A. Clark
cclark@triallawfirm.com
Counsel for Plaintiffs listed on Exhibit A

CLARK LOVE & HUTSON
Suite 1600
440 Louisiana Street
Houston, TX 77002
Phone: 713.757.1400
Fax: 713.759.1217

*/s/ Micah L. Hobbs*
Micah L. Hobbs
mhobbs@shb.com
Devin K. Ross
dkross@shb.com;
Deborah A. Moeller
dmoeller@shb.com
*Counsel for Covidien Entities*

SHOOK HARDY BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547

*/s/ Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com;
Melissa Foster Bird
melissa.fosterbird@nelsonmullins.com
*Counsel for C. R. Bard, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.
P.O. BOX 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax:304.526.3599

8040424 v1

## EXHIBIT A – CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-07021 | Myers, Deloris |
| 2:13-cv-32488 | Barnhart, Juanita |
| 2:14-cv-06677 | Meeks, Wanda and Alfred |
| 2:14-cv-08066 | Lindsey, Rita |
| 2:15-cv-02892 | Young, Nora |
| 2:15-cv-03271 | Parr, Barbara |
| 2:15-cv-03530 | Blair, Patricia and Willis |
| 2:15-cv-05984 | Boucher, Billie |
| 2:15-cv-07553 | Robertson, Mary |
| 2:15-cv-09758 | Henderson, Betty and Homer Tracy |
| 2:15-cv-10119 | Mercer, Connie |

8040424 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                           By:    */s/ Micah L Hobbs*
                                                            Micah L. Hobbs
                                                            Attorney for Covidien Entities

8040424 v1