IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3469], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-R, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-R.

ENTER: March 16, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03978 | Sandy Harris v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-05663 | MaryAnn Harris v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-02399 | Judy Wright, Mike Wright v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-02791 | Rosemary Munger, George Robert Munger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-14431 | Janice Michalski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-18090 | Linda Sembler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – BARON & BUDD

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:15-CV-01799 | Caren Hughes, Derek Hughes v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – BELL LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11923 | Janice Carl v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT D – DOYLE LOWTHER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05323 | Maria Jamison v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – ROBERT J. FENSTERSHEIB & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV07367 | Mary Jane Haskell vs. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-22852 | Lisa Branson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-24951 | Elizabeth Preuc v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – HEYGOOD, ORR & PEARSON**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-19615 | Jamie Barry, Darren Barry v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – JANET, JENNER & SUGGS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-05186 | Eleanor L. Thompson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – JOHNSON BECKER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-19456 | Mary Woods, John Woods v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT I – KELL LAMPIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-17055 | Jean Pierce v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT J – LANIER**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-05344 | Helen Williamson, Clifton G. Williamson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-05010 | Lorrie Kayann Quiroga, Jesus N. Quiroga v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-12159 | Christine M. Escalderon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT K – MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-CV-02487 | Doris Nichols, James Nichols v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc., C. R. Bard, Inc., Tissue Science Laboratories Limited |
| 2:12-CV-03210 | Mary Kneale v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |
| 2:13-CV-26046 | Ruth Langham v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT L – ONDER SHELTON O'LEARY & PETERSON

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-15217 | Mary Ann Ivankovich, Danny Ivankovich v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT M – PARKER WAICHMAN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-03132 | Karen M. Marski and Christopher Marski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT N – SHOWARD LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-32330 | Joan R. Braun, Warren Braun v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-03875 | Diane Michelle Bailey v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-26078 | Barbara J. Iselin v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc |

## EXHIBIT O – SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-01743 | Ginger Wood, Neal Wood v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-23629 | Shirley Payne v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT P – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25418 | Delia M. Lopez, Guadalupe Venegas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT Q – WEXLER WALLACE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-22169 | Shirley Wysocki, Eugene Wysocki v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT R – WILSON LAW**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-04585 | Gail D. Van Etten and Dale Van Etten v. Ethicon, Inc., Johnson & Johnson, and American Medical Systems, Inc. |