APPROVED and SO ORDERED.
ENTER: 03/16/2017

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C. R. BARD, INC. PELVIC SUPPORT     MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION     Honorable Joseph R. Goodwin

---

**SHARI ZIEMANN,**
   *Plaintiff*,

v.     **CASE NO. 2:16-cv-07338**

**C. R. BARD, INC. ET AL,**
   *Defendant*.

## MOTION TO TRANSFER MDL

**COME NOW** the plaintiff(s), by and through the undersigned counsel, and move the court to transfer this member case from MDL 2187, In re: C. R. Bard, Inc. Pelvic Support System Products Liability Litigation, to MDL 2327 Ethicon, Inc. Pelvic Repair System Products Liability Litigation.

Plaintiff(s) herein filed a Short Form Complaint in MDL 2187 against C. R. Bard, Inc. and others. Plaintiff(s) later filed an Amended Short Form Complaint that no longer included C. R. Bard, Inc.; included instead, among others, were the following parties from MDL 2327: Ethicon, Inc.

Because C. R. Bard, Inc. or another defendant named in the Master Complaint, is no longer a named defendant in this member case, Plaintiff(s) respectfully request that the Court: 1) **GRANT** the Plaintiff(s) motion to transfer this civil action from MDL 2187 to 2327; and 2)

direct the Clerk to disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327.

    Respectfully submitted,

*/s/ J. Steve Mostyn*
J. Steve Mostyn
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

*/s/ J. Steve Mostyn*
J. Steve Mostyn