**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITHOUT PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American

Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all

claims between them in these actions, including all counterclaims, cross-claims and third party

claims.   Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant

in these actions without prejudice, and terminate AMS from the docket in the actions, parties to

bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to

pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis                          /s/ Erik W. Legg
Barbara R. Binis                              Erik W. Legg (WVSB 7738)
REED SMITH                                    FARRELL, WHITE & LEGG PLLC
Three Logan Square, Suite 3100                P.O. Box 6457
1717 Arch Street                              Huntington, WV 25772-6457
Philadelphia, PA 19103                        304.522.9100 (phone)
215.851.8100 (phone)                          304.522.9162 (fax)
215.851.1420 (fax)                            ewl@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Wendy R. Fleishman
Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN
8th Floor
250 Hudson Street
New York, NY 10013-1413
212.355.9500 (phone)
212.355.9592 (fax)
wfleishman@lchb.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Mark Alan Milstein
Mark Alan Milstein
MILSTEIN ADELMAN
Suite 1400
10250 Constellation Boulevard
Los Angeles, CA 90067
310.396.9600 (phone)
310.396.9635 (fax)
mfox@majfw.com
*Attorney for Plaintiffs on Exhibit B*

Dated:  March 21, 2017

## EXHIBIT A – LIEFF CABRASER HEIMANN & BERNSTEIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11996 | Tina Forsyth, Timothy Neal Forsyth v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

### EXHIBIT B – MILSTEIN ADELMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-21183 | Lisa A. Gonzales v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis