**DENIED and SO ORDERED.**
ENTER: March 23, 2017

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 2 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## PLAINTIFFS' MOTION TO FILE OF AN ADOPTION OF THEIR WAVE 3 OPPOSITION TO DEFENDNTS' MOTION TO EXCLUDE DR. JERRY BLAIVAS, M.D. IN WAVE 2 OUT-OF-TIME

Now come Plaintiffs seeking to adopt their Wave 3 Opposition to Defendant Ethicon, Inc.'s ("Ethicon") Motion to Exclude Dr. Jerry Blaivas, M.D. ("Dr. Blaivas") filed with the Court October 11, 2016 (Dkt #2947) as their response to Defendants' Motion to Exclude Dr. Blaivas in Wave 2 of this litigation for reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Date:  October 27, 2016

By:  /s/ Fidelma L. Fitzpatrick
Fidelma L. Fitzpatrick
Fred Thompson
Motley Rice LLC
321 South Main Street
Providence, RI  02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com
*Co-Lead Counsel MDL 2325*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: *s/Fidelma L. Fitzpatrick*
Fidelma L. Fitzpatrick
Motley Rice LLC
321 South Main Street
Providence, RI 02903
Phone: (401) 457-7700
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com