**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-I and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.  Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara R. Binis
Barbara R. Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360 (phone)
303.376.6361 (fax)
Aimee.Wagstaff@ahw-law.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Harry F. Bell , Jr.
Harry F. Bell, Jr.
THE BELL LAW FIRM
P. O. Box 1723
Charleston, WV 25326
304.345.1700 (phone)
304.345.1715 (fax)
hfbell@belllaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ A. Donald C. Discepolo
A. Donald C. Discepolo
DISCEPOLO
Suite 1950
111 South Calvert Street
Baltimore, MD 21202
410/296-0780 (phone)
don@discepolollp.com
*Attorney for Plaintiff on Exhibit C*

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
JOHNSON BECKER
Suite 4530
33 South Sixth Street
Minneapolis, MN 55402
612.436.1800 (phone)
612/436-1801 (fax)
lgorshe@johnsonbecker.com
*Attorney for Plaintiffs on Exhibit D*

/s/ J. Mark Kell
J. Mark Kell
KELL LAMPIN
Suite A
5770 Mexico Road
St. Peters, MO 63376-2264
636/498-4878 (phone)
636/441-0198 (fax)
mark.kell@KellLampinLaw.com
*Attorney for Plaintiff on Exhibit E*

/s/ Wendy R. Fleishman
Wendy R. Fleishman
LIEFF CABRASER HEIMANN &
BERNSTEIN
8th Floor
250 Hudson Street
New York, NY 10013-1413
212.355.9500 (phone)
212.355.9592 (fax)
wfleishman@lchb.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
dmigliori@motleyrice.com
*Attorney for Plaintiff on Exhibit G*

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer
PROVOST UMPHREY LAW FIRM
490 Park Street
Beaumont, TX 77704
409/835-6000
Fax: 409/813-8612
Email: ckirchmer@provostumphrey.com
*Attorney for Plaintiffs on Exhibit H*

<u>/s/ Edward A. Wallace</u>
Edward A. Wallace
WEXLER WALLACE
Suite 3300
55 West Monroe Street
Chicago, IL 60603
312.346.2222 (phone)
312.346.0022 (fax)
eaw@wexlerwallace.com
*Attorney for Plaintiffs on Exhibit I*


Dated:  March 24, 2017

**EXHIBIT A – ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:12-CV-03969 | Tabbatha Arnold v. American Medical Systems, Johnson & Johnson, Ethicon, Inc. |
| 2:14-CV-14430 | Tracey Lowery, Buddy Lowery v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – BELL LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-14674 | Univa Perry, Shane Perry v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – DISCEPOLO**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-05421 | Helen Eisenstein v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT D– JOHNSON BECKER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-25104 | Tamisha Luce, Woody Luce v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-CV-08991 | Charlotte Haskins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – KELL LAMPIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-09351 | Mishka Lashley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – LIEFF CABRASER HEIMANN & BERNSTEIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-29301 | Kathleen Bachand, Mark Bachand v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT G – MOTLEY RICE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-02961 | Carrie Mobley v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT H – PROVOST UMPHREY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04829 | Loreli Abraham and John Abraham v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT I – WEXLER WALLACE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-23130 | Phyllis A. Kilian, Richard L. Kilian v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis