**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-G and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Andrea Solomon Hirsch
Andrea Solomon Hirsch
HERMAN GEREL
Suite 2260
230 Peachtree Street
Atlanta, GA 30303
404.880.9500 (phone)
404.880.9605 (fax)
ahirsch@hermangerel.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Alan S. Lazar
Alan S. Lazar
MARLIN & SALTZMAN
Suie 208
29229 Canwood Street
Agoura Hills, CA 91301
818.991.8080 (phone)
818.991.8081 (fax)
alazar@marlinsaltzman.com
*Attorney for Plaintiffs on Exhibit B*

/s/ David Bagley Rheingold
David Bagley Rheingold
RHEINGOLD VALET RHEINGOLD
MCCARTNEY & GIUFFRA
113 East 37th Street
New York, NY 10016
212.684.1880 (phone)
212.689.8156 (fax)
drheingold@rheingoldlaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Michael J. Miller
Michael J. Miller
THE MILLER FIRM
108 Railroad Avenue
Orange, VA 22960
540/672-4224 (phone)
540/672-3055 (fax)
mdicke@millerfirmllc.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 350
100 Waugh Drive
Houston, TX 77007
713.963.8881 (phone)
713.583.5388 (fax)
dpotts@potts-law.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Leslie C. MacLean
Leslie C. MacLean
WATERS & KRAUS
3219 McKinney Avenue
Dallas, TX 75204
214.357.6244 (phone)
214.357.7252 (fax)
lmaclean@waterskraus.com
*Attorney for Plaintiffs on Exhibit F*

/s/ David M. Zevan
David M. Zevan
ZEVAN & DAVIDSON LAW FIRM
1 North Taylor Avenue
St. Louis, MO 63108
314.588.7200 (phone)
314.588.7271 (fax)
david@zevandavidson.com
*Attorney for Plaintiffs on Exhibit G*

Dated: March 24, 2017

## EXHIBIT A – HERMAN GEREL, LLP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-01894 | Dorothy Minix v. Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, Gynecare, American Medical Systems, Inc. |

**EXHIBIT B – MARLIN & SALTZMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-01060 | Hortencia Vigil, Pablo Vigil v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – RHEINGOLD VALET RHEINGOLD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-24265 | Ellen Stamler, Stephen Stamler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – THE MILLER FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-14720 | Iris Hurt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-10039 | Ann Hammer, Thomas Hammer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-10442 | Viviane Huerta v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10185 | Christine V. Tumminelli v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – ZEVAN & DAVIDSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00172 | Marchell Evette Robertson, Michael Robertson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


      /s/ Barbara R. Binis