# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, TX 77007
Telephone: (713) 963-8881

*Attorney for Plaintiffs on Exhibit A*


/s/ Matthew J. Morrison
Matthew J. Morrison
SBN: 24028602
HARRISON DAVIS STEAKLEY MORRISON, P.C.
5 Ritchie Road
P.O. Box 21387
Waco, Texas 76702
(254) 761-3300 telephone
(254) 761-3301 fax

*Attorney for Plaintiffs on Exhibit B*

Dated: <u>March 24, 2017</u>

## EXHIBIT A – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-09775 | Rosa Flores and Victor Flores v. C.R. Bard, Inc., et al. |
| 2:13-cv-03397 | Samantha Gerhardt and Jerry Gerhardt v. C.R. Bard, Inc., et al. |
| 2:13-cv-20876 | Rosemary Clyde and Dennis Clyde v. C.R. Bard, Inc., et al. |
| 2:15-cv-05165 | Josefina D. Castillo v. C.R. Bard, Inc., et al. |

**EXHIBIT B – HARRISON DAVIS STEAKLEY MORRISON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-15617 | Claudia Hagood and Kenneth Hagood v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Richard B. North, Jr.