# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.  Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg (WVSB 7738)
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

<div style="display: flex;">

<div>

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

</div>

<div>

/s/ Lauren E. Channell
Lauren E. Channell
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT 84121
801.266.0999 (phone)
801.266.1338 (fax)
lauren@sjatty.com
*Attorney for Plaintiffs on Exhibit B*

Dated: March 24, 2017

</div>

</div>

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-06032 | Vilinda Elizabeth Desvignes v. Ethicon, Inc., Ethicon Woman's Health and Urology, Gynecare, Johnson & Johnson, Cook Biotech, Inc., Cook Medical, Inc., American Medical Systems, Inc., Cook Incorporated |

**EXHIBIT B – SIEGFRIED & JENSEN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-11463 | Rebecca E. Cotton, Norman L. Cotton, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis