# EXHIBIT A

| Hernandez, Toni | 2:12-cv-02073 |
| --- | --- |
| ~~Maxwell, Bonnie~~ | ~~2:12-cv-02138~~ |