IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

─────────────────────────────────────────────

THIS DOCUMENT RELATES TO:

Cases identified in Exhibit A attached hereto

## ORDER

Pending before the court is the plaintiffs' Motion to Strike the Dr. Shelby F. Thames's Supplemental Reports or, in the Alternative, for Leave to File a *Daubert* Motion [ECF No. 2880]. Ethicon filed its Response [ECF No. 3018]. The plaintiffs' Motion requests exclusion of Dr. Thames's two supplemental reports but also requests the court to, in the alternative, allow them additional time to depose Dr. Thames. For the reasons detailed below, the plaintiffs' Motion is **GRANTED** as to the cases in Exhibit A.[1]

### I. Background

Pursuant to the Fourth Amended Wave 1 Docket Control Order [ECF No. 2314] ("Docket Control Order"), Ethicon was required to disclose its experts (and their opinions) on or before March 2, 2016. Docket Control Order 1. Discovery closed on

---

[1] On Exhibit A, I have marked through cases that are closed, on the inactive docket, not in Wave 1, could not be identified because of an error in the style or case number, or assigned to another District Judge.

April 1, 2016. *Id.* Further, all *Daubert* briefing was to be completed by May 16, 2016. *Id.* Ethicon timely disclosed Dr. Thames as an expert, along with his initial expert report. In the plaintiffs' *Daubert* motion on Dr. Thames, they questioned the reliability Dr. Thames's explant cleaning protocol. Mem. Supp. Mot. Exclude Ops. Dr. Thames 8–10 [ECF No. 2042]. It was this argument that prompted the design and execution of a new experiment to test the reliability of his cleaning protocol, to buttress the strength and reliability of his prior opinion. Mot. Strike Ex. B, at 1 [ECF No. 2880-1] ("First Supplemental Report"). Ethicon then served the First Supplemental Report with the preliminary conclusions of this experiment on August 8, 2016, and the Second Supplemental Report with the formal conclusions on September 28, 2016. *See id.* at 1; Mot. Strike Ex. C, at 1 [ECF No. 2880-2] ("Second Supplemental Report"). Both reports were served after the disclosure deadline, briefing deadline, and close of discovery.

The plaintiffs argue for exclusion under Rule 37(c) on the grounds that the supplemental reports were untimely served.[2] Mot. Strike 2–3. Ethicon responds that its delayed disclosures were justified and harmless. Ethicon focuses its attention on the five-factor test from *Hoyle v. Freightliner, LLC*, 650 F.3d 321, 329 (4th Cir. 2011). *See generally* Resp.

II. **Analysis**

Pursuant to Rule 37(c) of the Federal Rules of Civil Procedure,

---

[2] The plaintiffs also informally argue that Dr. Thames's supplemental reports are not, in fact, "supplemental," but wholly new opinions subject to the March 2, 2016, deadline. Whether the reports are "supplemental" is of no consequence because the reports are untimely in either circumstance.

> If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless.

According to the Fourth Circuit, the appropriate factors to consider in determining whether to sanction a party under Rule 37(c) are the following:

> (1) the surprise to the party against whom the witness was to have testified; (2) the ability of the party to cure that surprise; (3) the extent to which allowing the testimony would disrupt the trial; (4) the explanation for the party's failure to name the witness before trial; and (5) the importance of the testimony.

*Hoyle*, 650 F.3d at 329.

I am simply unable to find that Ethicon's late disclosures of Dr. Thames's supplemental expert reports were substantially justified. Dr. Thames has a longstanding relationship with Ethicon, and Ethicon has provided no reason why this testing could not have been done prior to the disclosure of the initial expert report. Essentially, because the plaintiffs questioned the reliability of Dr. Thames's protocol, Ethicon decided to bolster its case by having Dr. Thames perform more testing of the testing. In essence, the supplemental expert reports are atonement for initial inadequacies or incomplete preparation. However, I must also evaluate whether the late disclosures were nevertheless harmless before I can determine whether sanctions are appropriate.

The plaintiffs' arguments support a finding of surprise. Although the plaintiff attacked the adequacy of Dr. Thames's cleaning protocol in their *Daubert* motion, they had no reason to suspect that an entirely new test would be performed to rebut their argument of reliability and then disclosed after the discovery deadline had closed. However, both parties have agreed to allow additional time for *Daubert*

briefing should the reports not be excluded. Thus, the ability to cure the surprise weighs in favor of permitting the reports.

I recognize that a trial date has not been set in this case, and I also recognize that any harm to the plaintiffs regarding this matter may be easily remedied by allowing them to have additional time to depose Dr. Thames. However, I must be particularly cognizant of the realities of multidistrict litigation and the unique problems an MDL judge faces. Specifically, when handling seven MDLs, each containing thousands of individual cases, case management becomes of utmost importance. *See In re Phenylpropanolamine Prods. Liab. Litig.*, 460 F.3d 1217, 1231 (9th Cir. 2006) (emphasizing the "enormous" task of an MDL court in "figur[ing] out a way to move thousands of cases toward resolution on the merits while at the same time respecting their individuality"). I must define rules for discovery and then strictly adhere to those rules, with the purpose of ensuring that pretrial litigation flows as smoothly and efficiently as possible. *See id.* at 1232 ("[T]he district judge must establish schedules with firm cutoff dates if the coordinated cases are to move in a diligent fashion toward resolution by motion, settlement, or trial."); *see also* Fed. R. Civ. P. 1 (stating that the Federal Rules of Civil Procedure "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding"). In turn, counsel must collaborate with the court "in fashioning workable programmatic procedures" and cooperate with these procedures thereafter. *In re Phenylpropanolamine*, 460 F.3d at 1231–32. Pretrial orders—and the parties' compliance with those orders and the deadlines set forth therein—"are

the engine that drives disposition on the merits." *Id.* at 1232. A "willingness to resort to sanctions" in the event of noncompliance can ensure that the engine remains in tune, resulting in better administration of the vehicle of multidistrict litigation. *Id.*; *see also Freeman v. Wyeth*, 764 F.3d 806, 810 (8th Cir. 2014) ("The MDL judge must be given 'greater discretion' to create and enforce deadlines in order to administrate the litigation effectively. This necessarily includes the power to dismiss cases where litigants do not follow the court's orders.").

The fourth factor, importance of the testimony, also weighs in favor of striking the reports. Both supplemental reports are twelve pages long, whereas the original report is 128 pages long. The testimony contained in the reports does not go to the heart of the case, but instead serves only to enforce the reliability of Dr. Thames's cleaning protocol. I cannot find that the supplemental reports are crucial to either side's case.

### III. Conclusion

Accordingly, the plaintiffs' Motion to Strike the Dr. Shelby F. Thames's Supplemental Reports or, in the Alternative, for Leave to File a *Daubert* Motion [ECF No. 2880] is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 28, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

| Case No. | Case Style |
|---|---|
| ~~2:11-cv-00809~~ | ~~Wilma Johnson v. Ethicon, et al.~~ |
| ~~2:12-cv-00256~~ | ~~Amy and Brent Holland v. Ethicon, et al.~~ |
| 2:12-cv-00258 | Carrie Smith v. Ethicon, et al. |
| ~~2:12-cv-00261~~ | ~~Mary F. Cone v. Ethicon, et al.~~ |
| ~~2:12-cv-00265~~ | ~~Doris Chappell Jackson v. Ethicon, et al.~~ |
| ~~2:12-cv-00276~~ | ~~Cathy and John Warlick v. Ethicon, et al.~~ |
| ~~2:12-cv-00277~~ | ~~Joy and Kevin Essman v. Ethicon, et al.~~ |
| ~~2:12-cv-00279~~ | ~~Susan Thaman v. Ethicon, et al.~~ |
| ~~2:12-cv-00286~~ | ~~Quillan R. and Thomas W. Garnett v. Ethicon, et al.~~ |
| ~~2:12-cv-00322~~ | ~~Linda B. Ryan v. Ethicon, et al.~~ |
| ~~2:12-cv-00335~~ | ~~Sandra Wolfe v. Ethicon, et al.~~ |
| 2:12-cv-00337 | Kathleen Wolfe v. Ethicon, et al. |
| ~~2:12-cv-00341~~ | ~~Helen M. Brown and Robert E. Ruttkay v. Ethicon, et al.~~ |
| ~~2:12-cv-00344~~ | ~~Rose and Jesus Gomez v. Ethicon, et al.~~ |
| ~~2:12-cv-00347~~ | ~~Deborah and Felipe Lozano v. Ethicon, et al.~~ |
| ~~2:12-cv-00351~~ | ~~Kathy Barton v. Ethicon, et al.~~ |
| ~~2:12-cv-00352~~ | ~~Charlotte Hargrove v. Ethicon, et al.~~ |
| ~~2:12-cv-00358~~ | ~~Amanda and Raymond Deleon v. Ethicon, et al.~~ |
| ~~2:12-cv-00368~~ | ~~Sharon and Michael Boggs v. Ethicon, et al.~~ |
| ~~2:12-cv-00369~~ | ~~Dawna Hankins v. Ethicon, et al.~~ |
| 2:12-cv-00376 | Charlene Logan Taylor v. Ethicon, et al. |
| ~~2:12-cv-00378~~ | ~~Tina and Kenneth Morrow v. Ethicon, et al.~~ |
| 2:12-cv-00379 | Teri Key and Johnny Shively v. Ethicon, et al. |
| ~~2:12-cv-00380~~ | ~~Terrie S. and Ralph R. Gregory v. Ethicon, et al.~~ |
| ~~2:12-cv-00381~~ | ~~Susan C. and Leonard Hayes v. Ethicon, et al.~~ |
| ~~2:12-cv-00387~~ | ~~Maru LuEllen and Thomas Lawrence Kilday v. Ethicon, et al.~~ |
| ~~2:12-cv-00389~~ | ~~Janice Renee Swaney v. Ethicon, et al.~~ |
| ~~2:12-cv-00397~~ | ~~Deborah A. Smith v. Ethicon, et al.~~ |
| ~~2:12-cv-00401~~ | ~~Carol Jean Dimock v. Ethicon, et al.~~ |
| 2:12-cv-00423 | Pamela Free v. Ethicon, et al. |
| ~~2:12-cv-00443~~ | ~~Holy and Jason Jones v. Ethicon, et al.~~ |
| ~~2:12-cv-00455~~ | ~~Pamela Gray-Wheeler and Stan Wheeler v. Ethicon, et al.~~ |
| ~~2:12-cv-00468~~ | ~~Amelia R. and Ernest B. Gonzales v. Ethicon, et al.~~ |
| ~~2:12-cv-00469~~ | ~~Patricia Tyler v. Ethicon, et al.~~ |
| ~~2:12-cv-00470~~ | ~~Mary Jane and Daniel Olson v. Ethicon, et al.~~ |
| 2:12-cv-00476 | Harriet Beach v. Ethicon, et al. |
| ~~2:12-cv-00481~~ | ~~Miranda Patterson v. Ethicon, et al.~~ |
| ~~2:12-cv-00483~~ | ~~Carey Beth and David Cole v. Ethicon, et al.~~ |
| ~~2:12-cv-00485~~ | ~~Danni Laffoon v. Ethicon, et al.~~ |
| ~~2:12-cv-00486~~ | ~~Karen and Joel Forester v. Ethicon, et al.~~ |
| 2:12-cv-00489 | Melissa and Charles Clayton v. Ethicon, et al. |
| 2:12-cv-00490 | Shirley and William Freeman v. Ethicon, et al. |
| ~~2:12-cv-00491~~ | ~~Gwendolyn T. Young v. Ethicon, et al.~~ |
| ~~2:12-cv-00493~~ | ~~Nancy and Daniel Hooper v. Ethicon, et al.~~ |

| Case No. | Case Style |
|---|---|
| ~~2:12-cv-00494~~ | ~~Penelope Ann Link and Dan Richard Saurino v. Ethicon, et al.~~ |
| ~~2:12-cv-00495~~ | ~~Andrea Carol and Mark Thomas Chandlee v. Ethicon, et al.~~ |
| ~~2:12-cv-00496~~ | ~~Sonya M. and James R. Moreland v. Ethicon, et al.~~ |
| 2:12-cv-00497 | Dina Sanders Bennett v. Ethicon, et al. |
| ~~2:12-cv-00498~~ | ~~Myndal Johnson v. Ethicon, et al.~~ |
| ~~2:12-cv-00499~~ | ~~Kimberly Thomas v. Ethicon, et al.~~ |
| ~~2:12-cv-00500~~ | ~~Krystal and Gregory Teasley v. Ethicon, et al.~~ |
| ~~2:12-cv-00501~~ | ~~Jennifer and David Sikes v. Ethicon, et al.~~ |
| ~~2:12-cv-00504~~ | ~~Donna T. and James W. Pilgreen v. Ethicon, et al.~~ |
| 2:12-cv-00505 | Mary and Kenneth Thurston v. Ethicon, et al. |
| ~~2:12-cv-00506~~ | ~~Martha and Stuart Newman v. Ethicon, et al.~~ |
| 2:12-cv-00510 | Charlene Miracle v. Ethicon, et al.  *Romona Greer Admin.* |
| ~~2:12-cv-00511~~ | ~~Nancy Williams v. Ethicon, et al.~~ |
| 2:12-cv-00516 | Patricia Conti v. Ethicon, et al. |
| 2:12-cv-00517 | Joann Lehman v. Ethicon, et al. |
| ~~2:12-cv-00539~~ | ~~Ann Louise Ruppel and Robert Dean Fuller v. Ethicon, et al.~~ |
| ~~2:12-cv-00540~~ | ~~Nancy and Kenneth Feidler v. Ethicon, et al.~~ |
| ~~2:12-cv-00547~~ | ~~Brenda and James Riddell v. Ethicon, et al.~~ |
| ~~2:12-cv-00548~~ | ~~Rhoda Schachtman v. Ethicon, et al.~~ |
| 2:12-cv-00554 | Sharon and Gardner Carpenter v. Ethicon, et al. |
| ~~2:12-cv-00555~~ | ~~Carolyn Sue Doyle v. Ethicon, et al.~~ |
| ~~2:12-cv-00567~~ | ~~Noemi and Cesar Padilla v. Ethicon, et al.~~ |
| ~~2:12-cv-00571~~ | ~~Mary Catherine Wise v. Ethicon, et al.~~ |
| ~~2:12-cv-00591~~ | ~~Beverly Kivel v. Ethicon, et al.~~ |
| ~~2:12-cv-00594~~ | ~~Frances Ann and Herman Cortez v. Ethicon, et al.~~ |
| 2:12-cv-00595 | Mary and Thomas Hendrix v. Ethicon, et al. |
| 2:12-cv-00601 | Deanna Jean and Bennie G. Thomas v. Ethicon, et al. |
| ~~2:12-cv-00609~~ | ~~Patricia O. Powell v. Ethicon, et al.~~ |
| ~~2:12-cv-00651~~ | ~~Robin Bridges v. Ethicon, et al.~~ |
| ~~2:12-cv-00652~~ | ~~Maria C. and Mark A. Stone v. Ethicon, et al.~~ |
| 2:12-cv-00654 | Stacy and Kevin Shultis v. Ethicon, et al. |
| ~~2:12-cv-00657~~ | ~~Judy G. Williams v. Ethicon, et al.~~ |
| 2:12-cv-00663 | Ana Ruebel v. Ethicon, et al. |
| 2:12-cv-00666 | Donna and Leon Loustaunau v. Ethicon, et al. |
| ~~2:12-cv-00669~~ | ~~Teresa and Ricky J. Stout v. Ethicon, et al.~~ |
| ~~2:12-cv-00679~~ | ~~Lisa and Henry Stevens v. Ethicon, et al.~~ |
| 2:12-cv-00683 | Louise Grabowski v. Ethicon, et al. |
| ~~2:12-cv-00736~~ | ~~Karen and Thomas Daniell v. Ethicon, et al.~~ |
| ~~2:12-cv-00737~~ | ~~Beth and Stuart Harter v. Ethicon, et al.~~ |
| ~~2:12-cv-00738~~ | ~~Sheri and Gary Scholl v. Ethicon, et al.~~ |
| ~~2:12-cv-00746~~ | ~~Margaret Kirkpatrick v. Ethicon, et al.~~ |
| 2:12-cv-00747 | Karyn E. and Douglas E. Drake v. Ethicon, et al. |
| 2:12-cv-00748 | Myra abd Richard Byrd v. Ethicon, et al. |
| ~~2:12-cv-00749~~ | ~~Jennifer D. and Willem C.J. Van Rensburg v. Ethicon, et al.~~ |

| Case No. | Case Style |
|---|---|
| ~~2:12-cv-00751~~ | ~~Raquel and Ernesto De La Torre v. Ethicon, et al.~~ |
| ~~2:12-cv-00755~~ | ~~Cheryl Lankston v. Ethicon, et al.~~ |
| 2:12-cv-00756 | Dee and Michael Woolsey v. Ethicon, et al. |
| ~~2:12-cv-00757~~ | ~~Barbara Jean and Keith Bridges v. Ethicon, et al.~~ |
| 2:12-cv-00759 | Diane and Robert Matott v. Ethicon, et al. |
| 2:12-cv-00760 | Lois and Gerald Durham v. Ethicon, et al. |
| 2:12-cv-00761 | Barbara J. and Gary L. ~~Ware~~ v. Ethicon, et al.  Vignos - Ware v. Ethicon, et al. |
| 2:12-cv-00762 | Janet D. Jones v. Ethicon, et al. |
| ~~2:12-cv-00765~~ | ~~Rachel and Dwan Taylor v. Ethicon, et al.~~ |
| ~~2:12-cv-00766~~ | ~~Kimberly Garnto v. Ethicon, et al.~~ |
| ~~2:12-cv-00767~~ | ~~Rebecca and Charles Oehring v. Ethicon, et al.~~ |
| ~~2:12-cv-00768~~ | ~~Sandra and Christian LaBadie v. Ethicon, et al.~~ |
| 2:12-cv-00769 | Kimberly T. Burnham v. Ethicon, et al. |
| 2:12-cv-00772 | Harmony Minniefield v. Ethicon, et al. |
| 2:12-cv-00773 | Tina and Keith Patterson v. Ethicon, et al. |
| ~~2:12-cv-00779~~ | ~~Dee and Timothy McBrayer v. Ethicon, et al.~~ |
| 2:12-cv-00783 | Wendy Hagans v. Ethicon, et al. |
| ~~2:12-cv-00784~~ | ~~Schultz et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00786~~ | ~~Swint et al v. Ethicon, Inc et al~~ |
| 2:12-cv-00787 | Joplin v. Ethicon, Inc et al |
| ~~2:12-cv-00799~~ | ~~Quijano v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00800~~ | ~~Morrison et al v. Ethicon, Inc et al~~ |
| ~~2:12-cv-00806~~ | ~~Hill et al v. Ethicon, Inc. et al~~ |
| 2:12-cv-00807 | Sweeney et al v. Ethicon, Inc. et al |
| 2:12-cv-00811 | Zoltowski et al v. Johnson & Johnson et al |
| ~~2:12-cv-00821~~ | ~~Barr et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00828~~ | ~~Nix et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00829~~ | ~~Georgilakis et al v. Ethicon, Inc et al~~ |
| ~~2:12-cv-00830~~ | ~~Parrilla v. Ethicon, Inc. et al~~ |
| 2:12-cv-00842 | Stubblefield v. Ethicon, Inc. et al |
| ~~2:12-cv-00846~~ | ~~Raines et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00848~~ | ~~Fisk v. Ethicon, Inc et al~~ |
| ~~2:12-cv-00854~~ | ~~Ballard et al v. Ethicon, Inc et al~~ |
| 2:12-cv-00856 | Massicot v. Ethicon, Inc. et al |
| ~~2:12-cv-00859~~ | ~~Olmstead v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00860~~ | ~~Pelton v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00861~~ | ~~Smith et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00863~~ | ~~Gunter et al v. Ethicon, Inc~~ |
| ~~2:12-cv-00864~~ | ~~Nolan v. Ethicon, Inc. et al~~ |
| 2:12-cv-00867 | Rock v. Ethicon et al |
| ~~2:12-cv-00873~~ | ~~Walker et al v. Ethicon, Inc. et al~~ |
| 2:12-cv-00875 | Holzerland et al v. Ethicon, Inc. et al |
| 2:12-cv-00876 | Hoy et al v. Ethicon, Inc. et al |
| 2:12-cv-00878 | Fox et al v. Johnson & Johnson, Inc. et al |

| Case No. | Case Style |
|---|---|
| ~~2:12-cv-00880~~ | ~~Massey et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00883~~ | ~~Wroble et al v. Ethicon, Inc et al~~ |
| ~~2:12-cv-00886~~ | ~~Umberger et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00887~~ | ~~Kaiser et al v. Johnson & Johnson et al~~ |
| 2:12-cv-00888 | Bruhn et al v. Ethicon, Inc et al |
| ~~2:12-cv-00899~~ | ~~Barker et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00921~~ | ~~Wilson v. Ethicon, Inc et al~~ |
| ~~2:12-cv-00923~~ | ~~Atemnkeng et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00931~~ | ~~Collins v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00938~~ | ~~Kriz et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00939~~ | ~~Reyes et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00956~~ | ~~Justus v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00957~~ | ~~Funderburke v. Ethicon, Inc. et al~~ |
| 2:12-cv-00958 | White et al v. Ethicon, Inc. et al |
| ~~2:12-cv-00960~~ | ~~Amsden et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00961~~ | ~~Greene v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-00967~~ | ~~Shepherd v. Ethicon, Inc. et al~~ |
| 2:12-cv-00995 | Blake et al v. Ethicon, Inc. et al |
| 2:12-cv-00997 | Springer et al v. Ethicon, Inc. et al |
| 2:12-cv-01004 | Frye v. Ethicon, Inc. et al |
| ~~2:12-cv-01011~~ | ~~Hankins et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-01013~~ | ~~Lee et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-01018~~ | ~~Gwinn et al v. Ethicon, Inc. et al~~ |
| 2:12-cv-01021 | Ruiz v. Ethicon, Inc. et al |
| 2:12-cv-01023 | Burkhart v. Ethicon, Inc. et al |
| 2:12-cv-01052 | Babcock v. Ethicon, Inc. et al |
| 2:12-cv-01053 | Baugher v. Ethicon, Inc. et al |
| ~~2:12-cv-01071~~ | ~~Schnering et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-01081~~ | ~~Dixon v. Ethicon, Inc. et al~~ |
| 2:12-cv-01088 | Wheeler et al v. Ethicon, Inc. et al |
| 2:12-cv-01090 | Wright v. Ethicon, Inc. et al |
| 2:12-cv-01119 | Rhynehart v. Ethicon, Inc. et al |
| ~~2:12-cv-01121~~ | ~~Guinn v. Ethicon, Inc. et al~~ |
| 2:12-cv-01124 | Bellito-Stanford et al v. Ethicon, Inc. et al |
| 2:12-cv-01145 | Constance Daino v. Ethicon, Inc. et al |
| 2:12-cv-01146 | Monica Freitas v. Ethicon, Inc. et al |
| ~~2:12-cv-01148~~ | ~~Denise Sacchetti v. Ethicon, Inc. et al~~ |
| 2:12-cv-01149 | Cindy Smith v. Ethicon, Inc. et al |
| 2:12-cv-01150 | Roberta Warmack v. Ethicon, Inc. et al |
| 2:12-cv-01151 | Laura Waynick v. Ethicon, Inc. et al |
| ~~2:12-cv-01171~~ | ~~Patti Ann Phelps v. Ethicon, Inc. et al~~ |
| 2:12-cv-01198 | Stacy Pangborn v. Ethicon, Inc. et al |
| ~~2:12-cv-01199~~ | ~~Lisa Thompson v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-01202~~ | ~~Diane Kropf v. Ethicon, Inc. et al~~ |

| Case No. | Case Style |
|---|---|
| 2:12-cv-01203 | Joan Adams v. Ethicon, Inc. et al |
| 2:12-cv-01206 | Jeanie Holmes v. Ethicon, Inc. et al |
| 2:12-cv-01215 | Karen Bollinger v. Ethicon, Inc. et al |
| 2:12-cv-01216 | Christine Wiltgen v. Ethicon, Inc. et al |
| 2:12-cv-01225 | Ida Deanne Evans v. Ethicon, Inc. et al |
| 2:12-cv-01262 | Saundra Landes v. Ethicon, Inc. et al |
| 2:12-cv-01267 | Angela Coleman v. Ethicon, Inc. et al |
| 2:12-cv-01273 | Rebekah Barlett v. Ethicon, Inc. et al |
| 2:12-cv-01274 | Janice Colonna v. Ethicon, Inc. et al |
| 2:12-cv-01275 | Long v. Johnson & Johnson et al |
| 2:12-cv-01277 | Duncan v. Ethicon, Inc et al |
| 2:12-cv-01278 | Nix v. Ethicon, Inc. et al |
| 2:12-cv-01279 | Bertoni et al v. Ethicon, Inc. et al |
| 2:12-cv-01283 | Cyrus v. Ethicon, Inc. et al |
| 2:12-cv-01284 | Floyd v. Ethicon, Inc. et al |
| 2:12-cv-01285 | Simpson et al v. Ethicon, Inc. et al |
| 2:12-cv-01286 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-01293 | Costello v. Ethicon, Inc. et al |
| 2:12-cv-01294 | Herrera-Nevarez v. Ethicon, Inc |
| 2:12-cv-01299 | Destefano-Rasten et al v. Ethicon, Inc. et al |
| 2:12-cv-01304 | Irwin et al v. Ethicon, Inc. et al |
| 2:12-cv-01305 | Lager v. Ethicon, Inc. et al |
| 2:12-cv-01311 | Ridgley et al v. Ethicon, Inc. et al |
| 2:12-cv-01318 | Banks v. Johnson & Johnson, Inc. et al |