# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC SUPPORT SYSTEM
    PRODUCTS LIABILITY LITIGATION         MDL NO. 2327

---

### ORDER
(Vacating Order Adopting Memorandum Opinion and Order
(Daubert ruling re: Daniel Elliot, M.D.))

It is **ORDERED** that the Order entered on March 28, 2017 [ECF No. 3528] is **VACATED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on Exhibit A attached to the order. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

                ENTER: March 29, 2017

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE