IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC SUPPORT SYSTEM
PRODUCTS LIABILITY LITIGATION                     MDL NO. 2327

**ORDER**
(Vacating Order Adopting Memorandum Opinion and Order
(Daubert ruling re: Scott Guelcher, M.D.))

It is **ORDERED** that the Order entered on March 28, 2017 [ECF No. 3521] is **VACATED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on Exhibit A attached to the order. The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: March 29, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE