IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3505], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: March 30, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-06032 | Vilinda Elizabeth Desvignes v. Ethicon, Inc., Ethicon Woman's Health and Urology, Gynecare, Johnson & Johnson, Cook Biotech, Inc., Cook Medical, Inc., American Medical Systems, Inc., Cook Incorporated |

**EXHIBIT B – SIEGFRIED & JENSEN**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:15-CV-11463 | Rebecca E. Cotton, Norman L. Cotton, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |