IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: | ETHICON INC.<br>PELVIC REPAIR SYSTEMS<br>PRODUCT LIABILITY LITIGATION | MDL No. 2327 |

ORDER
(Vacating Order Adopting *Daubert* Ruling re: Shelby Thames, Ph.D.)

For reasons appearing to the court, the court **ORDERS** that the Order Adopting Memorandum Opinion and Order (*Daubert* ruling re: Shelby Thames, Ph.D.) [ECF No. 3546] entered on March 29, 2017, is **VACATED**.

The court **DIRECTS** the Clerk to file a copy of this Order in 2:12-md-2327 and in the Ethicon Wave 2 cases identified in Exhibit A attached to the March 29, 2017, Order [ECF No. 3546].

ENTER:   March 30, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE