IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 3503], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-G, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-G.

ENTER: March 30, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – HERMAN GEREL, LLP

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-01894 | Dorothy Minix v. Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, Gynecare, American Medical Systems, Inc. |

## EXHIBIT B – MARLIN & SALTZMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-01060 | Hortencia Vigil, Pablo Vigil v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – RHEINGOLD VALET RHEINGOLD

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-24265 | Ellen Stamler, Stephen Stamler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – THE MILLER FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-14720 | Iris Hurt v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT E – THE POTTS LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-10039 | Ann Hammer, Thomas Hammer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-10442 | Viviane Huerta v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10185 | Christine V. Tumminelli v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT G – ZEVAN & DAVIDSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-00172 | Marchell Evette Robertson, Michael Robertson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |