**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES LISTED ON THE ATTACHED EXHIBIT A | ) ) ) | JUDGE JOSEPH R. GOODWIN |

**UNOPPOSED MOTION FOR QUALIFIED PROTECTIVE ORDER CONCERNING PRODUCTION OF CERTAIN INFORMATION MAINTAINED BY GOVERNMENT THIRD-PARTY PAYORS**

Fleming, Nolen & Jez, L.L.P. (referred to herein as "Plaintiffs' Counsel"), as counsel for certain plaintiffs listed on Exhibit A, file this Unopposed Motion for entry of a Qualified Protective Order Concerning the Production of Certain Information Maintained by Third Party Payors, as set forth in the proposed order attached hereto.

Plaintiffs' Counsel and Defendant Ethicon, Inc. have entered into a Confidential Master Settlement Agreement (the "MSA") to resolve certain claims related to the implantation of Ethicon's Pelvic Mesh Products as defined in the MSA. Pursuant to the MSA, Fleming, Nolen & Jez, L.L.P. has retained Shapiro Settlement Solutions as Lien Administrator ("Administrator"). Under the provisions of the MSA, the Administrator is identifying and resolving certain liens, including all liens that have been or may be asserted by Federal Medicare (part A and Part B), each State and/or Territory Medicaid Agency, the U.S. Department of Veterans' Affairs, the U.S. Department of Defense, TRICARE, and Indian Health Services (collectively "Governmental Third-Party Payors") asserted against settlement payments, which are related to the implantation of any of Ethicon's Pelvic Repair Products as defined in the MSA.

Plaintiffs' Counsel and the Administrator believe that receipt of certain health information maintained by Governmental Third-Party Payors is necessary for the Administrator to resolve the liens. The information required by the Administrator contains protected health information and

individually identifiable health information, some of which may be protected from disclosure pursuant to the Health Insurance Portability and Accountability Act of 1996 (42 USC §1320d *et seq*.) and the regulations promulgated thereunder (45 CFR §§ 160, 164 *et seq*.) ("HIPAA").

The attached proposed order will allow Governmental Third-Party Payors to transmit protected health information of the MSA claimants directly to the Administrator to assist in the resolution of asserted liens. Governmental Third-Party Payors producing HIPAA-protected information pursuant to this Order would be deemed to fall within the safe harbor of HIPAA for court-ordered production of personal health information, 45 C.F.R. § 164.512(e)(1), and similar provisions of State law, if any. The proposed order also provides for destruction of any protected health information produced by Governmental Third-Party Payors to the Administrator at the conclusion of the administration of the Fleming, Nolen & Jez, L.L.P. – Ethicon's Qualified Settlement Fund approved by this Court on March 27, 2017.

Plaintiffs' Counsel believe that such a Qualified Protective Order is necessary to facilitate the resolution of Governmental Third-Party Payors liens and, therefore, respectfully requests that the Court enter the proposed Order attached hereto.

Dated: April 3, 2017 Respectfully Submitted,

/s/ G. Sean Jez
**Fleming, Nolen & Jez, L.L.P.**
G. Sean Jez
Texas State Bar No. 00796829
2800 Post Oak Blvd., Suite 400
Houston, Texas 77056
(713) 621-7944 Telephone
(713) 621-9638 Facsimile
Email: Sean_Jez@fleming-law.com
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2017, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*/s/ G. Sean Jez*

# EXHIBIT A

| Plaintiff Name (Last, First) |
|---|
| Aguirre, Elizabeth |
| Almy, Christina |
| Ammons, Lynn |
| Anderson, Patricia |
| Anderson, Renee |
| Andrews, Dee |
| Austin, LaDonna |
| Avila, Esther |
| Baca, Deborah |
| Ball, Shannon |
| Banister, Beth |
| Barney, Karrie |
| Batis, GeorgeAnn |
| Bawa, Patricia |
| Bear, Bernadette |
| Beatrice, Ninia |
| Bollinger, Suzette |
| Bolt, Brenda |
| Brake, Karen |
| Branch, Jura |
| Brennan, Marcella |
| Britt, LaVerne |
| Brown, Thelma |
| Bruner, Sherri |
| Bunnell, Helen |
| Busby, Marilyn |
| Bush, Carolyn |
| Call, Zeralene |
| Callahan, Jodie |
| Callaway, Herlinda |
| Castillo, Carmen |
| Cave, Dana |
| Champion, Joyce |
| Clark, Maggie |
| Coe, Tammy |
| Collins, Alice |
| Colucci, Patricia |
| Comans, Frances |
| Conley, Maglenda |
| Conti, Barbara |
| Cook, Sharon |
| Cooper, Dixie |
| Cortes, Blanca |
| Cutter, Jenesta |
| Dailey, Kathy |
| Damron, Judy |

| Datray, Karen |
|---|
| Davenport, Shirley |
| Davis, Terri |
| Dawson, Mary |
| Dillard, Pennye |
| Duplessis, Roberta |
| Duran, Irma |
| Dyarman, Jennie |
| Dyer, Joyce |
| Edmondson, Carol |
| Elkington, Sandra |
| Ellenburg, Annette |
| Emblom, Margaret |
| Escamilla, Tracy |
| Etter, Faye |
| Eversole, Debbie |
| Fannin, Diana |
| Field, Connie |
| Fitts, Rosa |
| Fleming, Stacey |
| Franks, Keri |
| Frye, Susan |
| Fulkerson, Debbie |
| Fulton, Marilyn |
| Funches, Liza |
| Gallup, Lydia |
| Gaona, Evangelina |
| Garcia, Alma |
| Garcia, Yolanda |
| Garza, Nancy |
| Geriets, Beverly |
| Glass, Beverly |
| Glenn, Kim |
| Goode, Anna |
| Goodwin, Carrie |
| Gossen, Rose |
| Greene, Joann |
| Griffin, Monica |
| Griffiths, Suzanne |
| Guthrie, Shauna |
| Hall, Barbara |
| Hall, Roberta |
| Hampton, Charlene |
| Hampton, Zona |
| Harden, Terri |
| Harmon, Alicia |
| Harris, Brenda |

| Harris, Lillian |
|---|
| Harvley, Stacie |
| Herman, Sheryl |
| Hernandez, Adriana |
| Hibler, Susan |
| Hidalgo, Adriana |
| Hill, Rachelle |
| Hilton, Rose |
| Himes, Carolyn |
| Hodge, Antonia |
| Hofsommer, Karen |
| Hollaway, Martha |
| Holman, Cam |
| Honnoll, Rosalind |
| Howze, Joyce |
| Izatt, Carma |
| Jacobson, Judy |
| Jelks, Mary |
| Jenkins, Barbara |
| Jernstedt, Sonja |
| Jewett, Nancy |
| Jex, Patricia |
| Johnson, Ruth |
| Johnson, Victoria |
| Jones, Jo |
| Karpus, Pamela |
| Keller, Linda |
| Kilgore, Debra |
| Kimball, Gladys |
| King, Phyllis |
| Kircher, Patricia |
| Kloever, Julie |
| Klotz, Josephine |
| Knox, Frances |
| Krueger, Mary |
| Kvarfordt, Wanda |
| Lakins, Brenda |
| Landry, Cherie |
| Ledford, Lisa |
| Leggett, Gail |
| Lester, Mary |
| Lewis, Jacquline |
| Leyba, Sofie |
| Lightell, Billie |
| Lloyd, LaSedar |
| Lockett, Alma |
| Lopez, Sylvia |

| Lynem, Yvonne |
|---|
| Madsen, Anita |
| Maez, Sally |
| Mann, Cynthia |
| Mann, Kimberly |
| Martinez, Ruby |
| McCarthy, Mary |
| McGehee, Mazie |
| McGrane, Catherine |
| McGuigan, Tina |
| Meisinger, Judith |
| Mellinger, Bette |
| Melton, Doris |
| Milani, Jena |
| Miller, Samantha |
| Mitchell, Deitra |
| Moore, Samantha |
| Morris, Adeline |
| Mullins, Lottie |
| Murphy, Brenda |
| Mutte, Evelyn |
| Newcomb, Kathryne |
| Norman, Lidia |
| Norris, Lisa |
| O'Brien, June |
| Odom, Jami |
| Park, JoAnne |
| Pendergrass, Beverly |
| Person, Jacqueline |
| Pettway, Djuna |
| Pierce, Sharrie |
| Pomykala, Kathleen |
| Powell, Melissa |
| Prince, Wanda |
| Puckett, Stacy |
| Pynn, Wynne |
| Rabinsky, Judith |
| Radliff, Jo |
| Raines, Linda |
| Ramsey, Frances |
| Raymond, Julie |
| Reed, Ronda |
| Reid, Mary |
| Reilly, Rebekka |
| Ressler, Shauna |
| Reynolds, Tanda |
| Richards, Phyllis |

| Riley, Sonya |
| --- |
| Robba, Beth |
| Rodriguez, Yolanda |
| Rollwagen, Cheryl |
| Roman-Hall, Connie |
| Rowlett, Alotha |
| Ruebel, Ana |
| Ruehlen, Carle |
| Russell, Gracie |
| Russell, Penney |
| San Filippo, Doris |
| Sassa, Kim |
| Saylor, Katie |
| Schnellenberger, Rita |
| Schwyhart, Julia |
| Self, Liliana |
| Sharpe, Joyce |
| Shearer, April |
| Smiley, Terri |
| Smith, Dorothy |
| Smith, Gladys |
| Sommer, Linda |
| Spencer, Bernadine |
| Spencer, Lawana |
| Spicer, Marla |
| Squires, Samantha |
| Sta-Maria, Terri |
| Suter, Margaret |
| Swicki, Maria |
| Taggart, Stephanie |
| Tasz, Estelle |
| Taylor, Sheila |
| Thacker, Connie |
| Thomas, Gayle |
| Thompson, Diane |
| Thourogood, Shylene |
| Tolley, Gail |
| Tomlinson, Peggy |
| Turner, Cathleen |
| Turner, Mona |
| Unsicker, Kayetta |
| Vail, Effie |
| Van Sickle, Paula |
| Vanover, Sherry |
| Velazco, Brenda |
| Walker, Dorothy |
| Wangler, Marion |

| Watkins, Cynthia |
| --- |
| Weaver, Dorothy |
| Webb, Mary |
| Weerts, Patricia |
| Weldon, Jane |
| White, Mary |
| Whitehead, Rebecca |
| Williams, Katherine |
| Williams, Nora |
| Williams, Yvette |
| Winkelman, Karen |
| Wooten, Melissa |
| Wunsh, Diane |
| Young, Carolyn |
| Young, Catherine |
| Young, Janett |
| Zaccardi, Cindy |
| Zeek, Mable |
| Ziegler, Betty |
| Zutz, LaVonne |