UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Patten v. Zyczynski, et al., | ) | |
|     W.D. Pennsylvania, C.A. No. 2:16-01747 | ) | MDL No. 2327 |

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Patten*) on November 29, 2016.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff and five defendants in *Patten* filed separate notices of opposition to the proposed transfer.  The opposing parties later filed separate motions and briefs to vacate the conditional transfer order.  This matter was then considered by the Panel at its hearing session in Phoenix, Arizona, on March 30, 2017. The Panel has now been advised that the opposing parties have withdrawn their oppositions to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-223" filed on November 29, 2016, is LIFTED.  The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

                                                               FOR THE PANEL:

                                                               Jeffery N. Lüthi
                                                               Clerk of the Panel


Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts)
JPMLCMECF
to:
JPMLCMDECF
04/04/2017 03:25 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 4/4/2017 at 3:25 PM EDT and filed on 4/4/2017
**Case Name:**          IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 4/4/17. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order 223 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2327, PAW/2:16-cv-01747 (LH)**

**Case Name:**          PATTEN v. ZYCZYNSKI et al
**Case Number:**    PAW/2:16-cv-01747
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Transfer Order was filed on 4/4/17. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Transfer Order was filed and, pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Transfer Order was stayed until further order of the Panel. The opposition has now been withdrawn and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Transfer Order 223 is directed to you for filing.**

**28 U.S.C. 1407 requires that the transferee clerk transmit a certified copy of the transfer order to the clerk of the district from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2327, PAW/2:16-cv-01747 (LH)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay of CTO
JPMLCMECF
to:
JPMLCMDECF
04/04/2017 03:22 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/4/2017 at 3:21 PM EDT and filed on 4/4/2017
**Case Name:**     IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2327
**Filer:**
**Document Number:** 2740

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-223) (([2736] in MDL No. 2327, 22 in PAW/2:16-cv-01747) )**

**IT IS THEREFORE ORDERED that the stay of CTO-223 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2327, PAW/2:16-cv-01747 (LH)**

**Case Name:**     PATTEN v. ZYCZYNSKI et al
**Case Number:**   PAW/2:16-cv-01747
**Filer:**
**Document Number:** 24

**Docket Text:**
**ORDER LIFTING STAY OF CTO (CTO-223) (( [2736] in MDL No. 2327, 22 in PAW/2:16-cv-**

**01747) )**

**IT IS THEREFORE ORDERED that the stay of CTO-223 is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2327, PAW/2:16-cv-01747 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

Carl N Frankovitch
FRANKOVITCH ANETAKIS COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062

Harry F Bell , Jr
The Bell Law Firm, PLLC
Post Office Box 1723
Charleston, WV 25301-1723

Paul T Farrell , Jr
GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL
WinmatsConversion6
419-11th Street
P.O. Box 2389
Huntington, WV 25724

**PAW/2:16-cv-01747 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

John C. Conti     jconti@dmclaw.com

C. James Zeszutek     james.zeszutek@dinslaw.com

Marcus Bentley Schneider    marcschneider@steeleschneider.com, nikkischneider@steeleschneider.com

Lisa D. Dauer    ldauer@dmclaw.com

Justin M. Gottwald    jgottwald@dmclaw.com

Nicholas J Godfrey    nicholas.godfrey@dinsmore.com

Megan Justine Block    mblock@dmclaw.com

Hillary C. Cox    hillarycox@steeleschneider.com

**PAW/2:16-cv-01747 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/4/2017] [FileNumber=729564-0] [
8693a54f2ef2d69ebfd77ac98da734b8340eb522f50f74981091794b545d5502c145a2
c1434e5a28a7c6dfa83edb1d01969c3b9fd1322808a52849afb0d82aaa]]