# EXHIBIT A

| Plaintiff Name (Last, First) |
|---|
| Aguirre, Elizabeth |
| Almy, Christina |
| Ammons, Lynn |
| Anderson, Patricia |
| Anderson, Renee |
| Andrews, Dee |
| Austin, LaDonna |
| Avila, Esther |
| Baca, Deborah |
| Ball, Shannon |
| Banister, Beth |
| Barney, Karrie |
| Batis, GeorgeAnn |
| Bawa, Patricia |
| Bear, Bernadette |
| Beatrice, Ninia |
| Bollinger, Suzette |
| Bolt, Brenda |
| Brake, Karen |
| Branch, Jura |
| Brennan, Marcella |
| Britt, LaVerne |
| Brown, Thelma |
| Bruner, Sherri |
| Bunnell, Helen |
| Busby, Marilyn |
| Bush, Carolyn |
| Call, Zeralene |
| Callahan, Jodie |
| Callaway, Herlinda |
| Castillo, Carmen |
| Cave, Dana |
| Champion, Joyce |
| Clark, Maggie |
| Coe, Tammy |
| Collins, Alice |
| Colucci, Patricia |
| Comans, Frances |
| Conley, Maglenda |
| Conti, Barbara |
| Cook, Sharon |
| Cooper, Dixie |
| Cortes, Blanca |
| Cutter, Jenesta |
| Dailey, Kathy |
| Damron, Judy |

| |
|---|
| Datray, Karen |
| Davenport, Shirley |
| Davis, Terri |
| Dawson, Mary |
| Dillard, Pennye |
| Duplessis, Roberta |
| Duran, Irma |
| Dyarman, Jennie |
| Dyer, Joyce |
| Edmondson, Carol |
| Elkington, Sandra |
| Ellenburg, Annette |
| Emblom, Margaret |
| Escamilla, Tracy |
| Etter, Faye |
| Eversole, Debbie |
| Fannin, Diana |
| Field, Connie |
| Fitts, Rosa |
| Fleming, Stacey |
| Franks, Keri |
| Frye, Susan |
| Fulkerson, Debbie |
| Fulton, Marilyn |
| Funches, Liza |
| Gallup, Lydia |
| Gaona, Evangelina |
| Garcia, Alma |
| Garcia, Yolanda |
| Garza, Nancy |
| Geriets, Beverly |
| Glass, Beverly |
| Glenn, Kim |
| Goode, Anna |
| Goodwin, Carrie |
| Gossen, Rose |
| Greene, Joann |
| Griffin, Monica |
| Griffiths, Suzanne |
| Guthrie, Shauna |
| Hall, Barbara |
| Hall, Roberta |
| Hampton, Charlene |
| Hampton, Zona |
| Harden, Terri |
| Harmon, Alicia |
| Harris, Brenda |

| |
|---|
| Harris, Lillian |
| Harvley, Stacie |
| Herman, Sheryl |
| Hernandez, Adriana |
| Hibler, Susan |
| Hidalgo, Adriana |
| Hill, Rachelle |
| Hilton, Rose |
| Himes, Carolyn |
| Hodge, Antonia |
| Hofsommer, Karen |
| Hollaway, Martha |
| Holman, Cam |
| Honnoll, Rosalind |
| Howze, Joyce |
| Izatt, Carma |
| Jacobson, Judy |
| Jelks, Mary |
| Jenkins, Barbara |
| Jernstedt, Sonja |
| Jewett, Nancy |
| Jex, Patricia |
| Johnson, Ruth |
| Johnson, Victoria |
| Jones, Jo |
| Karpus, Pamela |
| Keller, Linda |
| Kilgore, Debra |
| Kimball, Gladys |
| King, Phyllis |
| Kircher, Patricia |
| Kloever, Julie |
| Klotz, Josephine |
| Knox, Frances |
| Krueger, Mary |
| Kvarfordt, Wanda |
| Lakins, Brenda |
| Landry, Cherie |
| Ledford, Lisa |
| Leggett, Gail |
| Lester, Mary |
| Lewis, Jacquline |
| Leyba, Sofie |
| Lightell, Billie |
| Lloyd, LaSedar |
| Lockett, Alma |
| Lopez, Sylvia |

| |
|---|
| Lynem, Yvonne |
| Madsen, Anita |
| Maez, Sally |
| Mann, Cynthia |
| Mann, Kimberly |
| Martinez, Ruby |
| McCarthy, Mary |
| McGehee, Mazie |
| McGrane, Catherine |
| McGuigan, Tina |
| Meisinger, Judith |
| Mellinger, Bette |
| Melton, Doris |
| Milani, Jena |
| Miller, Samantha |
| Mitchell, Deitra |
| Moore, Samantha |
| Morris, Adeline |
| Mullins, Lottie |
| Murphy, Brenda |
| Mutte, Evelyn |
| Newcomb, Kathryne |
| Norman, Lidia |
| Norris, Lisa |
| O'Brien, June |
| Odom, Jami |
| Park, JoAnne |
| Pendergrass, Beverly |
| Person, Jacqueline |
| Pettway, Djuna |
| Pierce, Sharrie |
| Pomykala, Kathleen |
| Powell, Melissa |
| Prince, Wanda |
| Puckett, Stacy |
| Pynn, Wynne |
| Rabinsky, Judith |
| Radliff, Jo |
| Raines, Linda |
| Ramsey, Frances |
| Raymond, Julie |
| Reed, Ronda |
| Reid, Mary |
| Reilly, Rebekka |
| Ressler, Shauna |
| Reynolds, Tanda |
| Richards, Phyllis |

| |
|---|
| Riley, Sonya |
| Robba, Beth |
| Rodriguez, Yolanda |
| Rollwagen, Cheryl |
| Roman-Hall, Connie |
| Rowlett, Alotha |
| Ruebel, Ana |
| Ruehlen, Carle |
| Russell, Gracie |
| Russell, Penney |
| San Filippo, Doris |
| Sassa, Kim |
| Saylor, Katie |
| Schnellenberger, Rita |
| Schwyhart, Julia |
| Self, Liliana |
| Sharpe, Joyce |
| Shearer, April |
| Smiley, Terri |
| Smith, Dorothy |
| Smith, Gladys |
| Sommer, Linda |
| Spencer, Bernadine |
| Spencer, Lawana |
| Spicer, Marla |
| Squires, Samantha |
| Sta-Maria, Terri |
| Suter, Margaret |
| Swicki, Maria |
| Taggart, Stephanie |
| Tasz, Estelle |
| Taylor, Sheila |
| Thacker, Connie |
| Thomas, Gayle |
| Thompson, Diane |
| Thourogood, Shylene |
| Tolley, Gail |
| Tomlinson, Peggy |
| Turner, Cathleen |
| Turner, Mona |
| Unsicker, Kayetta |
| Vail, Effie |
| Van Sickle, Paula |
| Vanover, Sherry |
| Velazco, Brenda |
| Walker, Dorothy |
| Wangler, Marion |

| |
|---|
| Watkins, Cynthia |
| Weaver, Dorothy |
| Webb, Mary |
| Weerts, Patricia |
| Weldon, Jane |
| White, Mary |
| Whitehead, Rebecca |
| Williams, Katherine |
| Williams, Nora |
| Williams, Yvette |
| Winkelman, Karen |
| Wooten, Melissa |
| Wunsh, Diane |
| Young, Carolyn |
| Young, Catherine |
| Young, Janett |
| Zaccardi, Cindy |
| Zeek, Mable |
| Ziegler, Betty |
| Zutz, LaVonne |