IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON INC.
         PELVIC REPAIR SYSTEMS
         PRODUCT LIABILITY LITIGATION                MDL No. 2327

ORDER
(Vacating Order *Daubert* Motion re: Mareeni Stanislaus, M.D.)

For reasons appearing to the court, the court **ORDERS** that the Memorandum Opinion and Order (*Daubert* Motion re: Mareeni Stanislaus, M.D.) [ECF No. 3547] entered on March 29, 2017, is **VACATED**.

The court **DIRECTS** the Clerk to file a copy of this Order in 2:12-md-2327 and in the Ethicon Wave 2 cases identified in Exhibit A attached to the March 29, 2017, Order [ECF No. 3547].

ENTER:   April 10, 2017

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE