# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF DANIEL ELLIOTT, M.D. FOR WAVE 4

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert Motion and Reply Brief filed against Dr. Daniel Elliott for Ethicon Wave 3, Dkt. 2811 (Motion), 2815 (Memorandum in Support) and 3029 (Reply Brief). Defendants respectfully request that the Court exclude Dr. Daniel Elliott's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 4 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Shelby Anders v. Ethicon, Inc., et al. | 2:12-cv-05168 |
| Sharon Bartley et al. v. Ethicon, Inc. et al. | 2:12cv04270 |
| Alba G. Beltran et al. v. Ethicon, Inc., et al. | 2:12cv04824 |
| Brenda Taylor-Berry v Ethicon, Inc., et al. | 2:12-cv-04811 |
| Nancy Blades, et al. v. Ethicon, Inc., et al. | 2:12-cv-04349 |
| Lynn Bowman, et al. v. Ethicon, Inc., et al. | 2:12-cv-05485 |
| Stephanie Browley v. Ethicon, Inc., et al. | 2:12-cv-04515 |
| Verla Christopherson v. Ethicon, Inc., et al. | 2:12-cv-04365 |
| Margaret H. Comstock, et al. v. Ethicon, Inc., et al. | 2:12cv05345 |
| Mary Coppinger, et al v. Ethicon, Inc., et al. | 2:12-cv-05129 |
| Debbie Cotton v Ethicon, Inc., et al. | 2:12-cv-05530 |
| Patty Cox et al. v. Ethicon, Inc., et al. | 2:12-cv-03616 |
| Sharon Creager-Awichi v. Ethicon, Inc., et al. | 2:12-cv-05184 |
| Autumn Dano, et al. v. Ethicon, Inc., et al. | 2:12cv04100 |
| Lillian Datz, et al. v. Ethicon, Inc., et al. | 2:12cv03735 |
| Lucille Deakins, et al. v. Ethicon, Inc., et al. | 2:12cv03605 |
| Cinnamon Dorsey v. Ethicon, Inc., et al. | 2:12-cv-05528 |
| Amy Draper v Ethicon, Inc., et al. | 2:12-cv-05594 |
| Sharon Duffy v Ethicon, Inc., et al. | 2:12-cv-05529 |

| | |
|---|---|
| Melinda Geisinger v. Ethicon, Inc., et al. | 2:12-cv-05112 |
| Sondra Goins et al. v. Ethicon, Inc., et al. | 2:12cv03289 |
| Kathleen K. Hahn v. Ethicon, Inc., et al. | 2:12-cv-04364 |
| Barbara Horton, et al. v. Ethicon, Inc., et al. | 2:12cv03641 |
| Pamela Hubbard v. Ethicon, Inc., et al. | 2:12cv03309 |
| Charlotte Humphrey , et al. v. Ethicon, Inc., et al. | 2:12cv04810 |
| Anna M. Jucha v. Ethicon, Inc., et al. | 2:12cv03646 |
| Cathy Kimsey et al. v. Ethicon, Inc., et al. | 2:12-cv-04814 |
| Tammy Lewis, et al. v. Ethicon, Inc., et al. | 2:12cv05169 |
| Sharon Lunsford, et al. v. Ethicon, Inc., et al. | 2:12cv03308 |
| Tammy M. Mayes v. Ethicon, Inc., et al. | 2:12cv03463 |
| Glendora Neal v. Ethicon, Inc., et al. | 2:12-cv-03614 |
| Cynthia D. Newton, et al. v. Ethicon, Inc., et al. | 2:12cv05517 |
| Thelma Norris v. Ethicon, Inc., et al. | 2:12cv03294 |
| Kary O'Neill v. Ethicon, Inc., et al. | 2:12cv03642 |
| Claudine Paul et al. v. Ethicon, Inc., et al. | 2:12-cv-04808 |
| Melanie Peshewa , et al. v. Ethicon, Inc., et al. | 2:12cv04332 |
| Carol A. Robinson v. Ethicon, Inc., et al. | 2:12cv05573 |
| Wanda Sally et al. v. Ethicon, Inc., et al. | 2:12-cv-04065 |
| Julie K. Schalk, et al. v. Ethicon, Inc., et al. | 2:12cv04806 |
| Christine Sheldon et al. v. Ethicon, Inc., et al. | 2:12-cv-04508 |
| Penny Sloan v Ethicon, Inc., et al. | 2:12-cv-05515 |

| | |
|---|---|
| Zinaida Stepski v. Ethicon, Inc., et al. | 2:12cv05342 |
| Iva J. Tharp, et al. v Ethicon, Inc., et al. | 2:12-cv-03251 |
| Bertha Towns, et al. v. Ethicon, Inc., et al. | 2:12cv03306 |
| Diana Tucker, et al. v Ethicon, Inc., et al. | 2:12-cv-04958 |
| Mary Wade, et al. v. Ethicon, Inc., et al. | 2:12-cv-04512 |