# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 4 CASES LISTED IN<br>EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF BRUCE ROSENZWEIG, M.D. FOR WAVE 4

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert Motion and Reply Brief filed against Dr. Bruce Rosenzweig for Ethicon Wave 3, Dkt. 2817 (Motion), 2818 (Memorandum in Support), 3024 (Reply Brief). Defendants respectfully request that the Court exclude Dr. Bruce Rosenzweig's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the following Wave 4 cases identified in Exhibit A attached hereto.

1

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Shelby Anders v. Ethicon, Inc., et al | 2:12-cv-05168 |
| Danielle Baksic, et al. v. Ethicon, Inc., et al. | 2:12-cv-03536 |
| Dana Bates v. Ethicon, Inc., et al. | 2:12-cv-03939 |
| Brenda Taylor-Berry v Ethicon, Inc., et al. | 2:12-cv-04811 |
| Sheila Birchfield, et al. v. Ethicon, Inc., et al. | 2:12-cv-05053 |
| Nancy Blades, et al. v. Ethicon, Inc., et al. | 2:12-cv-04349 |
| Lynn Bowman, et al. v. Ethicon, Inc., et al. | 2:12-cv-05485 |
| Stephanie Browley v. Ethicon, Inc., et al. | 2:12-cv-04515 |
| Verla Christopherson v. Ethicon, Inc., et al. | 2:12-cv-04365 |
| Donna Cisek v Ethicon, Inc., et al | 2:12-cv-05521 |
| Mary Coppinger, et al v. Ethicon, Inc., et al | 2:12-cv-05129 |
| Debbie Cotton v Ethicon, Inc., et al | 2:12-cv-05530 |
| Patty Cox et al. v. Ethicon, Inc., et al. | 2:12-cv-03616 |
| Shirley Cox, et al. v. Ethicon, Inc., et al. | 2:12-cv-05191 |
| Sharon Creager-Awichi v. Ethicon, Inc., et al. | 2:12-cv-05184 |
| Tawyna Crespin v. Ethicon, Inc., et al. | 2:12-cv-05004 |
| Cinnamon Dorsey v. Ethicon, Inc., et al | 2:12-cv-05528 |
| Amy Draper v Ethicon, Inc., et al | 2:12-cv-05594 |

| | |
|---|---|
| Sharon Duffy v Ethicon, Inc., et al | 2:12-cv-05529 |
| Audrey J. Euans, et al. v. Ethicon, Inc., et al. | 2:12-cv-04514 |
| Carol Fredenburg, et al. v Ethicon, Inc., et al | 2:12-cv-04513 |
| Delia Galarza. v Ethicon, Inc., et al | 2:12-cv-03998 |
| Melinda Geisinger v. Ethicon, Inc., et al. | 2:12-cv-05112 |
| Connie Sue Gibson, et al. v. Ethicon, Inc., et al. | 2:12-cv-05142 |
| Pamela Gracon, et al. v. Ethicon, Inc., et al. | 2:12-04516 |
| Theresa Gross v. Ethicon, Inc., et al | 2:12-cv-03842 |
| Tiffany Gutillo v. Ethicon, Inc., et al | 2: 12-cv-03378 |
| Kathleen K. Hahn v. Ethicon, Inc., et al | 2:12-cv-04364 |
| Anne Humbert v Ethicon, Inc., et al | 2:12-cv-04170 |
| Stacy Husted, et al.  v. Ethicon, Inc., et al. | 2:12-cv-05024 |
| LaJoyce James v Ethicon, Inc., et al. | 2:12-cv-04096 |
| Pamela Johnson et al. v. Ethicon, Inc., et al. | 2:12-cv-03615 |
| Beverly Jones, et al. v. Ethicon, Inc., et al | 2:12-cv-05555 |
| Lisa Kerley, et al. v. Ethicon, Inc. et al. | 2:12-cv-03786 |
| Cathy Kimsey et al. v. Ethicon, Inc., et al. | 2:12-cv-04814 |
| Margie Lowery, et al. v Ethicon, Inc., et al | 2:12-cv-04092 |
| Kara McKay v Ethicon, Inc., et al | 2:12-cv-03807 |
| Rebecca Melton, et al. v. Ethicon, Inc., et al | 2:12-cv-04094 |

| | |
|---|---|
| Jennifer Moore, et al. v Ethicon, Inc., et al | 2:12-cv-05084 |
| Christine Wilder Moses, et al. v. Ethicon, Inc., et al. | 2:12-cv-04005 |
| Glendora Neal  v. Ethicon, Inc., et al. | 2:12-cv-03614 |
| Claudine Paul et al. v. Ethicon, Inc., et al. | 2:12-cv-04808 |
| Mary Jo Ragusa v. Ethicon, Inc., et al. | 2:12-cv-04272 |
| Kimberly A. Riffle, et al v Ethicon, Inc., et al | 2:12-cv-03611 |
| Jeanette Roman, et al. v Ethicon, Inc., et al | 2:12-cv-005255 |
| Wanda Sally et al. v. Ethicon, Inc., et al. | 2:12-cv-04065 |
| Estelle Secord et al. v. Ethicon, Inc., et al | 2:12-cv-04042 |
| Christine Sheldon et al. v. Ethicon, Inc., et al. | 2:12-cv-04508 |
| Penny Sloan v Ethicon, Inc., et al | 2:12-cv-05515 |
| Teresa Smith et al.  v Ethicon, Inc., et al | 2:12-cv-05305 |
| Candace Strauss, et al v Ethicon, Inc., et al | 2:12-cv-05280 |
| Iva J. Tharp, et al. v Ethicon, Inc., et al | 2:12-cv-03251 |
| Connie F. Thate, et al. v Ethicon, Inc., et al | 2:12-cv-04144 |
| Deana Thomas v. Ethicon, Inc., et al | 2:12-cv-04095 |
| Harriet Thompson, et al. v. Ethicon, Inc., et al. | 2:12-cv-03741 |
| Jeannae Thomson-Roy v. Ethicon, Inc., et al. | 2:12-cv-04586 |
| Diana Tucker, et al. v Ethicon, Inc., et al | 2:12-cv-04958 |
| Mary Wade, et al. v. Ethicon, Inc., et al. | 2:12-cv-04512 |
| Jessica White v. Ethicon, Inc., et al | 2:12-cv-03736 |

36106950v1