IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF ROBERT SHULL, M.D. FOR WAVE 4

Comes now, the Defendants, and hereby adopt and incorporate by reference the Daubert Motion and Reply Brief filed against Dr. Robert Shull for Ethicon Wave 3, Dkt. 2805 (Motion), 2808 (Memorandum in Support) 2969 (Reply Brief).  Defendants respectfully request that the Court exclude Dr. Robert Shull's testimony, for the reasons expressed in the Wave 3 briefing.  This notice applies to the following Wave 4 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christy D. Jones*
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Gladys Bird v Ethicon, Inc., et al | 2:12-cv-03869 |
| Addie Clark  v Ethicon, Inc., et al | 2:12-cv-03598 |
| Brenda Justice  v Ethicon, Inc., et al | 2:12-cv-03285 |
| Kimberly A. Riffle, et al. v Ethicon, Inc., et al. | 2:12-cv-03611 |

35933167v1