# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION CHALLENGING GENERAL-CAUSATION OPINIONS OF DIONYSIOS K. VERONIKIS, M.D. FOR WAVE 4

Defendants hereby adopt and incorporate by reference their *Daubert* motion challenging the general-causation opinion testimony of Dionysios K. Veronikis, M.D. filed in Ethicon Wave 3, Dkt. 2820 (motion) and Dkt. 2821 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Veronikis's general-causation testimony, for the reasons expressed in the Wave 3 briefing and, as to his alternative-procedures opinions, for the additional reason that this Court has subsequently found that an alternative surgical procedure is not an alternative design. *See Mullins v. Johnson & Johnson*, No. 2:12-cv-02952, 2017 WL 711766, at *2 (S.D.W. Va. Feb. 23, 2017); *see also In re: Ethicon, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, MDL No. 2327, 2017 WL 1264620, at *3 (S.D.W. Va. Mar. 29, 2017) ("I agree with Ethicon that alternative procedures/surgeries do not inform the issue of whether an alternative design for a product exists.").

This notice applies to the Wave 4 cases identified in Exhibit A attached here.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5002
rita.maimbourg@tuckerellis.com

*/s/ David B. Thomas*
David B. Thomas
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on April 11, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>                     /s/ *Rita A. Maimbourg*
>                     Rita A. Maimbourg
>                     TUCKER ELLIS LLP
>                     950 Main Avenue, Suite 1100
>                     Cleveland, OH 44113-7213
>                     Telephone:  216.592.5000
>                     Facsimile:   216.592.5002
>                     rita.maimbourg@tuckerellis.com

012177\004186\3108640.1

# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF DIONYSIOS K. VERONIKIS, M.D. APPLIES**

1. *Audrey J. Euans, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-04514 (Gynemesh PS; TVT-O*)

2. *Carol Fredenburg, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-04513 (Gynemesh PS; TVT-O*; Prosima*; TVT)

3. *Pamela M. Gracon, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-04516 (Gynemesh PS)

4. *Tiffany Gutillo v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03378 (Gynemesh PS; TVT-O*)

5. *Barbara Heidel, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03236 (TVT-O*)

6. *Pamela F. Johnson, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03615 (Gynemesh PS; TVT-O*)

7. *Carol Ocker v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03227 (TVT)

8. *Wanda Presley, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-04945 (Gynemesh PS; TVT-O*)

9. *Donna Plahmer, et al. v. Ethicon, Inc., et al.*, Civil Action No. 2:12-cv-03241 (TVT)

*Dr. Veronikis does not offer general-causation opinions as to the Prosima and TVT-O products, and therefore the general-causation opinions he offers here do not apply to those products in these cases (*Euans*, *Fredenburg*, *Gutillo*, *Heidel*, *Johnson*, and *Presley*).

**Defendants reserve the right to supplement this list should any plaintiff designate Dr. Veronikis as a general-causation expert in MDL Wave 4.