# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| **This document applies to:**<br><br>WAVE 4 CASES LISTED IN EXHIBIT A, ATTACHED | |

## MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D.

Defendants Ethicon, Inc., Johnson & Johnson, and, if applicable, Ethicon LLC (Ethicon) move to exclude Dr. Walmsley's general-causation opinions because they fail to satisfy the standard set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and as expressed by this Court in prior rulings. Ethicon incorporates the Memorandum in Support of Motion to Exclude Testimony of Konstantin Walmsley, M.D., and also the following exhibits:

1. The list of Wave 4 cases to which this motion applies, identified by case style and number, attached as Exhibit A;

2. Rule 26 Report of Konstantin Walmsley, M.D. in *Heidel v. Ethicon, Inc.*, attached as Exhibit B;

3. Rule 26 Report of Konstantin Walmsley, M.D. in *Ocker v. Ethicon, Inc.*, attached as Exhibit C;

4. Rule 26 Report of Konstantin Walmsley, M.D. in *Plahmer v. Ethicon, Inc.*, attached as Exhibit D;

5. The deposition of Konstantin Walmsley, M.D., taken on August 11, 2016 in *Baker v. Ethicon, Inc.*, attached as Exhibit E;

6. The deposition of Konstantin Walmsley, M.D., taken on August 11, 2016 in *Ward v. Ethicon, Inc.*, attached as Exhibit F; and

7. The deposition of Konstantin Walmsley, M.D., taken on August 17, 2016 in *Phillips v. Ethicon, Inc.*, attached as Exhibit G.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the General-Causation Testimony of Konstantin Walmsley, M.D.

Respectfully submitted,

ETHICON, INC., JOHNSON & JOHNSON, AND ETHICON LLC

/s/ *Rita A. Maimbourg*
Rita A. Maimbourg
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5002
rita.maimbourg@tuckerellis.com

/s/ *David B. Thomas*
David B. Thomas
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that on April 11, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        /s/ *Rita A. Maimbourg*
        Rita A. Maimbourg
        TUCKER ELLIS LLP
        950 Main Avenue, Suite 1100
        Cleveland, OH 44113-7213
        Telephone: 216.592.5000
        Facsimile: 216.592.5002
        rita.maimbourg@tuckerellis.com