# EXHIBIT A

**LIST OF CASES TO WHICH MOTION TO EXCLUDE GENERAL CAUSATION TESTIMONY OF KONSTANTIN WALMSLEY, M.D. APPLIES**

1.  *Barbara Heidel, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-03236 (TVT-O)

2.  *Carol Ocker v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-03227 (TVT)

3.  *Donna Plahmer, et al. v. Ethicon, Inc., et al.,* Civil Action No. 2:12-cv-03241 (TVT)

*Defendants reserve the right to supplement this list should any plaintiff designate Dr. Walmsley as a general-causation expert in MDL Wave 4.

012177\004186\3116365.1