# EXHIBIT A

| Case Name | Case Number |
| --- | --- |
| Lori Adkins & William Preston Martin | 2:12cv03751 |
| Dana & Charles Bates | 2:12cv03939 |
| Sheila & Dennis Birchfield | 2:12cv05053 |
| Deborah Bowers | 2:12cv05477 |
| Ediany & Albert Carbon | 2:12cv04269 |
| Peggy & Gregory Connolly | 2:12cv04026 |
| Shirley & Randall Cox | 2:12cv05191 |
| Tawnya Crespin | 2:12cv05004 |
| Kathy & Ian Cross | 2:12cv02281 |
| Lucille & Donald Deakins | 2:12cv03605 |
| Brooke Ferrer | 2:12cv04591 |
| Barbara & James Heidel | 2:12cv03236 |
| Barbara & Michael Horton (Inactive) | 2:12cv03641 |
| Tammy & James Lewis | 2:12cv05169 |
| Margie & John Lowery | 2:12cv04092 |
| Rebecca & Arthur Melton | 2:12cv04094 |
| Kara McKay | 2:12cv03807 |
| Christine Wilder & Robert Moses | 2:12cv04005 |
| Carol Ocker | 2:12cv03227 |
| Kary O'Neill  (Inactive) | 2:12cv03642 |
| Melanie & Macaki Peshewa | 2:12cv04332 |

| | |
|---|---|
| Donna & Gary Plahmer | 2:12cv03241 |
| Renae Lynn Rizer | 2:12cv05128 |
| Deana Thomas | 2:12cv04095 |
| Jasmine Valencia, | 2:12cv05475 |
| Jessica & Jeremy White | 2:12cv03736 |
| Julieann & Bruce Wurtz, | 2:12cv04679 |

36138108v1