**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR　　　Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY　　　　　　MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A　　　　　　　　　　　　　　JOSEPH R. GOODWIN U.S. DISTRICT
　　　　　　　　　　　　　　　　　　　　　　JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
MARIA ABADI, M.D. FOR WAVE 4</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Maria Abadi for Ethicon Wave 1, Dkt. 1992 (motion), 1993 (memorandum

in support).  Plaintiffs respectfully request that the Court exclude Maria Abadi's testimony, for

the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 4 cases

identified in Exhibit A attached hereto.

Dated: April 12, 2017　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　<u>/s/ Edward A. Wallace</u>
　　　　　　　　　　　　　　　　　Edward A. Wallace
　　　　　　　　　　　　　　　　　Wexler Wallace LLP
　　　　　　　　　　　　　　　　　55 W Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　T. (312) 346-2222
　　　　　　　　　　　　　　　　　F. (312) 346-0022
　　　　　　　　　　　　　　　　　E. eaw@wexlerwallace.com

　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　T. (850) 202-1010
　　　　　　　　　　　　　　　　　F. (850) 916-7449
　　　　　　　　　　　　　　　　　E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Jucha, Anna | 2:12-cv-03646 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com