# EXHIBIT A

| Case Name | Plaintiff Expert | Product |
|---|---|---|
| Anders, Shelby - 105501 | Parisian, Suzanne | Prolift; TVT Secur |
| Dorsey, Cinnamon - 104995 | Parisian, Suzanne | TVT Secur |
| Justice, Brenda - 103446 | Parisian, Suzanne | Prolift +M |
| Strauss, Candace & Troy - 105477 | Parisian, Suzanne | Prosima; TVT Secur; TVT Abbrevo |