# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br>**THIS DOCUMENT RELATES TO:**<br><br>*All Wave 4 Cases* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## GENERAL RETAINED EXPERTS

1) Dr. Bruce Rosenzweig (Urogynecologist) (adoption of previously served reports)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

2) Dr. Daniel Elliott (Urologist) (adoption of previously served report)
   Mayo Clinic
   200 1st Street SW
   Rochester, MN 55902

3) Dr. Jerry Blaivas (Urologist)
   445 East 77th Street
   New York, NY 10075

4) Dr. Ralph Zipper (Urogynecologist) (adoption of previously served report)
   Zipper Urogynecology
   1130 S. Harbor City Boulevard
   Melbourne, FL 32901

5) Dr. Robert Shull (Urogynecologist) (adoption of previously served report)
   Scott & White Clinic & Hospital
   Department of Obstetrics and Gynecology
   2401 S. 31st Street
   Temple, Texas  76508

6) Dr. Abbas Shobeiri (Urogyn) (adoption of previously served report)
   825 NE 10th St
   Oklahoma City, OK 73104

7) Dr. Vladimir Iakovlev, M.D. (Pathologist) (adoption of previously served report)
St. Michael's Hospital, Division of Pathology
30 Bond Street, Cardinal Carter, Room 2-093
Toronto, ON, M5B1W8
CANADA

8) Dr. Paul Michaels (Pathologist) (adoption of previously served report)
Austin, TX

9) Prof. Dr. med. Uwe Klinge (Materials) (adoption of previously served report)
KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
RWTH Aachen und Universitätsklinikum Aachen
Pauwelsstraße 30
D-52074 Aachen
Germany

10) Prof. Dr.-Ing. Thomas Muehl (Materials) (adoption of previously served report)
FH Aachen - University of Applied Sciences
Labor für Elektrische Messtechnik und Prozessdatenverarbeitung
Eupener Str. 70
52066 Aachen
Germany

11) Dr. Howard Jordi (Materials) (adoption of previously served report)
Jordi Labs
200 Gilbert Street
Mansfield, MA 02048

12) Dr. Scott Guelcher (Materials)
Polymer and Chemical Technologies, LLC
1008 Caldwell Avenue
Nashville, TN 37204

13) Dr. Jimmy Mays (Materials) (adoption of previously served report)
Department of Chemistry
University of Tennessee at Knoxville
655 Buehler Hall
Knoxville, TN 37996

14) Dr. Russell Dunn (FMEA) (adoption of previously served report)
Polymer and Chemical Technologies, LLC
1008 Caldwell Avenue
Nashville, TN 37204

15) Dr. Dionysios Veronikis (Urogyn) (adoption of previously served report)
St. Johns Mercy Medical Center
Tower B
621 S New Ballas Rd
#2002-B
St. Louis, MO 63141

16) Dr. Michael Thomas Margolis (Urogyn) (adoption of previously served report)
Bay Area Pelvic Surgery
1820 Ogden Dr.
Burlingame, California 94010

17) Dr. Anne Wilson (FMEA) (adoption of previously served report)
QA Consulting, Inc.
7500 Rialto Blvd.
Bldg. 1, Ste. 225
Austin, Tx 78735

18) Dr. John Miklos (Urogyn) (adoption of previously served report)
3400 Old Milton Parkway
Bldg. C, Suite 330
Alpharetta, GA 30005

19) Dr. Neeraj Kohli (Urogyn) (adoption of previously served report)
70 Walnut St
Wellesley, MA 02481

20) Dr. Alan Garely (Urogyn) (adoption of previously served report)
1 S Central Ave
Valley Stream, NY 11580

21) Dr. Brian Raybon (Urogyn) (adoption of previously served report)
79 Doyle St
Toccoa, GA 30577

22) Dr. Robert Moore (Urogyn) (adoption of previously served report)
3400 Old Milton Pkwy
Alpharetta, GA 30005

23) Dr. Donald R. Ostergard (Urogyn) (adoption of previously served report)
8557 Mountain View Farms Ln
Salida, CO 81201

24) Duane Priddy, Ph.D. (Materials) (adoption of previously served report)
Plastic Failure Labs
6004 Camelot Ct
Midland, MI 48640

25) Dr. Anne M. Weber (Urogynecologist) (adoption of previously served report)
5626 Sharon Drive
Glen Arm, MD 21057

## **GENERAL RETAINED REGULATORY EXPERTS**

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling, Plaintiffs reserve the right to designate the following General Regulatory Experts:

1) Dr. Peggy Pence (Regulatory) Dr. Peggy Pence (Regulatory) (adoption of previously served reports)
Symbion Research International, Inc.
3537 Old Conejo Road, Suite 115
Newbury Park, CA 91320

2) Dr. Suzanne Parisian (Regulatory) (adoption of previously served report)
MD Assist, Inc.
7117 N. 3rd Street
Phoenix, AZ 85020