# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ ETHICON WAVE 4 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327 MDL No. 2327 Joseph R. Goodwin UNITED STATES DISTRICT JUDGE |

**Exhibit A to Defendants' Motion to Exclude Peggy Pence, Ph.D.**

**List of Applicable Cases**[1]

| Case Name | Case Number | Product(s) |
|---|---|---|
| Anders, Shelby | 2:12cv05168 | Prolift; TVT Secur |
| Bartley, Sharon & Larry D. | 2:12cv04270 | TVT |
| Bates, Dana & Charles | 2:12cv03939 | TVT Obturator |
| Beltran, Alba G. & Manuel | 2:12cv04824 | Prolift +M; TVT Obturator |
| Birchfield, Sheila & Dennis | 2:12cv05053 | TVT Obturator |
| Bowman, Lynn M. & Bradley | 2:12cv05485 | TVT Obturator |
| Breeden, Candy S. | 2:12cv04658 | TVT Obturator |
| Browley, Stephanie Q. & Marcus Johnson | 2:12cv04515 | TVT Obturator |
| Bynum, Rachel & Randall | 2:12cv03729 | TVT Obturator; TVT |
| Comstock, Margaret H. & Roger | 2:12cv05345 | Prolift+M; TVT Obturator |
| Coppinger, Mary & Robert | 2:12cv05129 | Prolift; Prolift; TVT Obturator |
| Cox, Patty & Raymond | 2:12cv03616 | TVT Obturator |
| Cox, Shirley & Randall | 2:12cv05191 | TVT Obturator |
| Crespin, Tawnya | 2:12cv05004 | TVT |
| Dano, Autumn & Larry | 2:12cv04100 | TVT |
| Draper, Amy L. | 2:12cv05594 | TVT |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Pence "[i]n the event of a contrary ruling." Ethicon understands this to mean that Dr. Pence is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Pence's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted number.

1

| | | |
|---|---|---|
| Euans, Audrey J. & Brad | 2:12cv04514 | Gynemesh PS; TVT |
| Flowers, Lisa & Keith | 2:12cv03922 | Prolift |
| Fredenburg, Carol & Oliver | 2:12cv04513 | Gynemesh PS; Prosima; TVT Exact; TVT Obturator |
| Galarza, Delia | 2:12cv03998 | TVT |
| Geisinger, Melinda P. | 2:12cv05112 | TVT |
| Goins, Sondra & William | 2:12cv03289 | Prolift |
| Gracon, Pamela M. & Lawrence | 2:12cv04516 | Gynemesh PS; TVT Obturator |
| Griffin, Tamika | 2:12cv04331 | Prolift; TVT Obturator |
| Gross, Theresa | 2:12cv03842 | Prolift+M; TVT Obturator |
| Hahn, Kathleen K. | 2:12cv04364 | TVT; TVT Exact |
| Howard, Ella Jean & John Aubrey, Sr. | 2:12cv03976 | TVT Obturator |
| Hubbard, Pamela | 2:12cv03309 | TVT Obturator |
| Humbert, Anne | 2:12cv04170 | TVT |
| Husted, Stacy & Kenneth | 2:12cv05024 | TVT Obturator |
| Johnson, Pamela F. & James | 2:12cv03615 | Gynemesh PS; TVT Obturator |
| Jucha, Anna M. | 2:12cv03646 | Prolift; TVT |
| Kerley, Lisa & K. Lynn | 2:12cv03786 | TVT Secur |
| Kimsey, Cathy & Christopher | 2:12cv04814 | TVT Obturator |
| Lewis, Tammy & James | 2:12cv05169 | Prolift; TVT Obturator |
| Lowery, Margie & John | 2:12cv04092 | TVT |
| Lunsford, Sharon & Charles | 2:12cv03308 | TVT |
| Mayes, Tammy M. | 2:12cv03463 | TVT |
| Melton, Rebecca & Arthur | 2:12cv04094 | TVT Secur |
| Moore, Jennifer & Ronald | 2:12cv05084 | TVT |
| Moses, Christine Wilder & Robert | 2:12cv04005 | TVT Obturator |
| Neal, Glendora | 2:12cv03614 | TVT |
| Newton, Cynthia D. & Robert A. | 2:12cv05517 | TVT |
| Norris, Thelma | 2:12cv03294 | Prolift; TVT Obturator |
| Peshewa, Melanie & Macaki | 2:12cv04332 | Prolift; TVT |
| Poland, Nyla S. | 2:12cv04659 | Prolift; TVT Secur |
| Riffle, Kimberly A. & Michael | 2:12cv03611 | Prosima; TVT Obturator |
| Rizer, Renae Lynn | 2:12cv05128 | TVT Obturator |
| Robinson, Carol A. | 2:12cv05573 | TVT |

| | | |
|---|---|---|
| Schalk, Julie K. & Ron | 2:12cv04806 | Prolift |
| Secord, Estelle & Paul | 2:12cv04042 | Prolift; TVT Obturator |
| Sheldon, Christine & Michael | 2:12cv04508 | TVT Obturator |
| Sloan, Penny | 2:12cv05515 | Prolift; TVT-Obturator |
| Stepski, Zinaida | 2:12cv05342 | Prolift; TVT Obturator |
| Stewart, Juanita & Benny | 2:12cv03958 | TVT |
| Strauss, Candace & Troy | 2:12cv05280 | Prosima ; TVT Secur; TVT Abbrevo |
| Thate, Connie F. & Steven C. | 2:12cv04144 | TVT |
| Thomas, Deana | 2:12cv04095 | TVT Secur |
| Thornton, Betty | 2:12cv05115 | Prolift |
| Towns, Bertha & Frank | 2:12cv03306 | TVT |
| Turner, Melanie | 2:12cv03847 | TVT Obturator; TVT |
| Wade, Mary F. & Forrest | 2:12cv04512 | TVT Obturator |
| White, Jessica & Jeremy | 2:12cv03736 | TVT Exact |
| Wurtz, Julieann & Bruce | 2:12cv04679 | TVT Obturator |

**\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Pence as a general expert in MDL Wave 4.**