# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br> ──────────────────────────── <br> ETHICON WAVE 4 CASES LISTED IN THIS EXHIBIT | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> Joseph R. Goodwin <br> UNITED STATES DISTRICT JUDGE |
|---|---|

**Exhibit A to Defendants' Motion to Exclude Anne M. Weber, M.D.**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Berry, Brenda L. (Taylor) | 2:12cv04811 | Prolift +M; TVT Secur[1] |
| Thomson-Roy, Jeannae | 2:12cv04586 | Prolift; TVT Obturator |
| Christopherson, Verla M. | 2:12cv04365 | Prolift; TVT Obturator |
| Duffy, Sharon | 2:12cv05529 | Prolift; TVT |
| Griffin, Tamika | 2:12cv04331 | Prolift; TVT Obturator |
| Paul, Claudine & Jack Gary | 2:12cv04808 | Prolift |

\* Defendants reserve the right to supplement this list should any plaintiff designate Dr. Weber as a general expert in MDL Wave 4.

---

[1] Defendants object to Dr. Weber's designation in the *Berry* case, which only involves Prolift +M and TVT Secur, products for which Dr. Weber has not offered an expert report.

1