# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS OF MICHAEL THOMAS MARGOLIS, M.D. FOR WAVE 4

Come now, Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Michael Thomas Margolis. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Michael Thomas Margolis for Ethicon Wave 1 cases, Dkt. Nos. 2029 (motion), 2031 (memorandum in support) and supporting Reply brief, Dkt. 2212, as well as their supplemental briefing filed in Ethicon Wave 3 cases, Dkt. Nos. 2832 and 2833.

Ethicon respectfully requests that the Court exclude Dr. Michael Thomas Margolis's testimony, for the reasons expressed in the Wave 1 and 3 briefings. This notice applies to the Wave 4 cases identified in Exhibit A attached hereto.

Respectfully submitted,

/s/Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)

1

36149464v1

P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
christy.jones@butlersnow.com


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christy D. Jones
Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4523
christy.jones@butlersnow.com

/s/ David B. Thomas
David B. Thomas (W. Va. Bar #3731)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
dthomas@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC AND
JOHNSON & JOHNSON

36149464v1

# EXHIBIT A

36149464v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Deborah Bowers v. Ethicon, Inc., et al. | 2:12-cv-05477 | Prolift, TVT |
| Rachel Bynum, et al. v. Ethicon, Inc., et al. | 2:12-cv-03729 | TVT, TVT-O |
| Addie Clark v. Ethicon, Inc., et al. | 2:12-cv-03598 | Prolift, TVT-O |
| Martha Cockman, et al. v. Ethicon, Inc., et al. | 2:12-cv-05504 | Prolift, TVT-O |
| Peggy Connolly, et al. v. Ethicon, Inc., et al. | 2:12-cv-04026 | TVT |
| Kathy Cross, et al., et al. v. Ethicon, Inc., et al. | 2:12-cv-02281 | TVT-O |
| Jackie L. Gaines v. Ethicon, Inc., et al. | 2:12-cv-04844 | TVT-O |
| Sondra Goins, et al. v. Ethicon, Inc., et al. | 2:12-cv-03289 | Prolift |
| Deborah M. Hartwig, et al. v. Ethicon, Inc., et al. | 2:12-cv-05257 | TVT-O, Gynemesh PS |
| Janice M. Holloway, et al. v. Ethicon, Inc., et al. | 2:12-cv-03417 | TVT, Gynemesh PS |
| Brenda Justice v. Ethicon, Inc., et al. | 2:12-cv-03285 | Prolift+ M |
| Darlene Martin, et al. v. Ethicon, Inc., et al. | 2:12-cv-05394 | TVT |
| Roxanna D. Miller, et al. v. Ethicon, Inc., et al. | 2:12-cv-05185 | TVT, Gynemesh PS |

36149464v1

| Thelma Norris, et al. v. Ethicon, Inc., et al. | 2:12-cv-03294 | Prolift, TVT-O |
| Leigh Price, et al. v. Ethicon, Inc., et al. | 2:12-cv-04476 | TVT-O |
| Janet Stensgard v. Ethicon, Inc., et al. | 2:12-cv-05389 | TVT |
| Juanita Stewart, et al. v. Ethicon, Inc., et al. | 2:12-cv-03958 | TVT |
| Betty Thornton v. Ethicon, Inc., et al. | 2:12-cv-05115 | Prolift |
| Diana Tucker, et al. v. Ethicon, Inc., et al. | 2:12-cv-04958 | TVT, Gynemesh PS |
| Melanie Turner v. Ethicon, Inc., et al. | 2:12-cv-03847 | TVT, TVT-O |
| Jasmine Valencia v. Ethicon, Inc., et al. | 2:12-cv-05475 | TVT |
| Gloria Wang, et al. v. Ethicon, Inc., et al. | 2:12-cv-04466 | Prolene mesh |