**EXHIBIT A**

| | |
|---|---|
| Bartley, Sharon | 2:12-cv-04270 |
| Connolly, Peggy | 2:12-cv-04026 |
| Lunsford, Sharon Kay | 2:12-cv-03308 |
| Thruman, Gladys | 2:12-cv-04930 |
| Towns, Bertha | 2:12-cv-03306 |