# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A            JOSEPH R. GOODWIN U.S. DISTRICT
                       JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## NICOLETTE SIGRID HORBACH, M.D. FOR WAVE 4

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Nicolette Sigrid Horbach for Ethicon Wave 1, Dkt. 2044 (motion), 2045

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Nicolette Sigrid

Horbach's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017            Respectfully submitted,


           /s/ Edward A. Wallace
           Edward A. Wallace
           Wexler Wallace LLP
           55 W Monroe Street, Suite 3300
           Chicago, Illinois 60603
           T. (312) 346-2222
           F. (312) 346-0022
           E. eaw@wexlerwallace.com

           Bryan F. Aylstock, Esq.
           Renee Baggett, Esq.
           Aylstock, Witkin, Kreis and Overholtz, PLC
           17 East Main Street, Suite 200
           Pensacola, Florida  32563
           T. (850) 202-1010
           F. (850) 916-7449
           E. rbaggett@awkolaw.com

1

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

2

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Bartley, Sharon | 2:12-cv-04270 |
| Mayes, Tammy | 2:12-cv-03463 |
| Stewart, Juanita | 2:12-cv-03958 |
| White, Jessica | 2:12-cv-03736 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com