**EXHIBIT A**

| | |
|---|---|
| Thate, Connie | 2:12-cv-04144 |