EXHIBIT C

# Elizabeth Mueller, MD, MSME, FACS
Professor
Division and Fellowship Director
## Loyola University Medical Center
Female Pelvic Medicine and Reconstructive Surgery
Departments of Urology and Obstetrics & Gynecology



**Personal Information:**

**Date of Birth:**

**Place of Birth:**

**Address:**



**Present Academic Rank:**

Professor, Female Pelvic Medicine and Reconstructive Surgery
Division and Fellowship Director, FPMRS
Departments of Urology, Obstetrics and Gynecology
Loyola University Chicago Stritch School of Medicine

**Education:**

| | | |
|---|---|---|
| 2002-2003 | Fellowship | Female Pelvic Medicine  & Reconstructive Surgery |
| 2004-2005 | | Departments: Urology/Obstetrics  & Gynecology |
| | | Loyola University Chicago Stritch SOM |
| 1998-2004 | Urology Residency | Loyola University Medical Center |
| | | Maywood, Illinois |
| May 1998 | MD | Graduated AOA |
| | | St. Louis University School of Medicine |
| | | St. Louis, Missouri |

| May 1988 | MSME | Master of Science, Mechanical Engineering |
| | | Certificate in BioMedical Engineering |
| | | Washington University, Mechanical Engineering |
| | | St. Louis, Missouri |
| Dec. 1985 | BSME | Bachelor of Science, Mechanical Engineering |
| | University of Missouri-Rolla | |
| | | Rolla, Missouri |
| Feb. 1980 | RN | Barnes Hospital School of Nursing |
| | | St. Louis, Missouri |

**Board Certification:**

Female Pelvic Medicine and Reconstructive Surgery, 2013
American Board of Urology – Certificate #15519
United States Medical License Examination (USMLE) Step I, II, III

**Licensure:**

| Physician and Surgeon | Illinois #036-104051 |
| Controlled Substance | Illinois #336-065400 |
| American Board of Urology | Certificate #15519 February 2007 |

**Academic Appointments:**

| 2016 | Tenured Professor | Loyola University Medical Center |
| 2014-2016 | Tenured Associate Professor | Loyola University Medical Center |
| 2016 | Compensation Committee | Loyola University Medical Center |
| 2013-present | Co-Chair for the Women's Health/OB Sub-Committee | Loyola University Medical Center |
| 2013 - 2015 | Co-Chair Surgical Scheduling Committee | Loyola University Medical Center |
| 2013-Present | Division/Fellowship Director | FPMRS, Loyola University |
| 2011- 2014 | Associate Professor | Loyola University Medical Center |
| 2007-2011 | Assistant Professor | Loyola University Medical Center |
| 2005-2007 | Instructor | Loyola University Medical Center |

**Major Administrative Responsibilities:**

| 2013 | Division and Fellowship Director | Female Pelvic Surgery Loyola University Medical Center |
| 2005-2016 | Medical Director | Female Pelvic Surgery Loyola University Medical Center |

**Research, Teaching and Clinical Contributions:**
### A. Funding Information

Grant title:                              NIH  1U01DK106898
Funding:                                  $3.75 million
Date of funding period:          7/01/15-6/30/20
Role in Project:                       PI
Title of Project:                      PLUS Loyola Clinical Center

Grant title:                              NIH/NICHD R21DK097435
Funding:                                  $150,000
Date of funding period:          3/15/13  - 8/31/15
Role in Project:                        Co-investigator
Title of Project:                       *Urinary Bacterial Communities in Urge Incontinence Women*

Grant title:                           NIH/ NIAID 1 RO1 AI-118941-01
Funding:                                   $250,000
Date of funding period:           12/01/15 – 11/30/20
Role in Project:                        Co-investigator
Title of Project:                       Cholinergic Regulation of Urothelial Innate Immune Responses

Grant title:                              NIH  1R56DK104718
Funding:                                  $205,292
Date of funding period:          4/01/15 – 3/31/20
Role in Project:                       Co-investigator
Title of Project:                       The Female Urinary Microbiome and Urinary Incontinence

**COMPLETED**
Grant title:                               Allergan-516

Grant title:                              Astellas Competitive Grant
Funding:                                  $124,000
Date of funding period:          03/15/2012
Role in Project:                       PI   (1%)

Title of Project:                      Incontinence Impact on Couples Relationship
Funding:                                   Allergan: $700,000 (Directs and Indirects)
Date of funding period:          9/07 – study extended to 2013
Role in Project:                       PI
Title of Project:                      Use of Botulinum Toxin for Neurogenic Detrusor     Overactivity in
                                               Multiple Sclerosis.

Grant title:                               Falk Foundation Translation Research Award
Funding:                                  $60,000
Date of funding period:           10/01/2014
Role in Project:                        PI
Title of Project:                      Human Urothelium Homeostasis: Function of IL22 and Microbiota

| | |
|---|---|
| Grant title: | Urinary Microbiome and Post-Operative Urinary Tract Infections |
| Funding: | Loyola Infections Disease Institute Funding |
| Date of funding period: | |
| Role in Project: | Co-investigator |
| Title of Project: | Urinary Microbiome and Post-Operative Urinary Tract Infection |

| | |
|---|---|
| Grant title: | NIH/NIBIB 1RC1EB10649-01 |
| Funding: | $1,000,000 |
| Date of funding period: | 09/01/2009-03/31/2012 |
| Role in Project: | Co-PI  (10%) |
| Title of Project: | Abdominal Colpopexy: Comparison of Endoscopic Surgical Strategies (ACCESS) |

| | |
|---|---|
| Grant title: | The Effect of Detrol LA on Patient-Reported Urinary Urgency |
| Funding: | Pfizer: $75,000 |
| Date of funding period: | 08/01/2008-07/31/2009 |
| Role in Project: | PI |
| Title of Project: | The Effect of Detrol LA on Patient-Reported Urinary Urgency |

| | |
|---|---|
| Grant title: | SUFU/SUU Educational Grant #001 |
| Funding: | Directs ($65,000) |
| Date of funding period: | 9/06-12/10 |
| Role in Project: | PI |
| Title of Project: | Urodynamics Curriculum for Urology Residents |

| | |
|---|---|
| Grant title: | NIH/NIDDK – 1U10 DK60379-01 |
| Funding: | Directs and indirects |
| Date of funding period: | 9/05-6/11 |
| Role in Project: | Co-investigator |
| Percentage on Project: | 5% |
| Title of Project: | Urinary Incontinence Treatment Network |

| | |
|---|---|
| Grant title: | NIH/NICHD 5U10 HD04 1250 |
| Funding: | Directs and indirects |
| Date of funding period: | 9/05-6/11 |
| Role in Project: | Co-investigator |
| Percentage on Project: | 5% |
| Title of Project: | Pelvic Floor Disorders Network |

| | |
|---|---|
| Grant title: | Pfizer # |
| Funding: | Directs $1,500 |
| Date of funding period: | 7/07 |
| Role in Project: | PI |
| Title of Project: | Medical Student Education of Pelvic Floor Disorders |
| Grant title: | NIH/NIDDK 5U10 HD041250 |
| Funding: | Directs and indirects |
| Date of funding period: | 09/01/01 |

Role in Project:                Co-investigator
Title of Project:               Urinary Incontinence Treatment Network


### Local/Regional Contributions

1.  Evaluation Techniques for Patients Presenting with Problems after Mesh Procedures: Use of 3-D transvaginal ultrasound. Chicago Urologic Society invited Speaker, February 2015

2.  Understanding Pelvic Floor Dysfunction in Women. Grand Rounds Speaker, MacNeal Hospital, Chicago, Illinois, February 2015

3.  Managing Mesh Complications. Chicago Urologic Society invited Speaker, April 2014

4.  Female Pelvic Floor Disorders. Mount Sinai Grand Rounds. Departments of Urology and Obstetrics/Gynecology. Chicago, Il June, 2013

5.  Update on Female Pelvic Floor Disorders. Cook County Grand Rounds. Departments of Urology and Obstetrics/Gynecology. Chicago, Il March 2012

6.  Prolapse repairs without mesh. Invited Speaker. Chicago Urologic Society. Chicago, IL February, 2012

7.  Preparation and dissemination of research. Invited Speaker. STAR student seminar. Loyola University Stritch School of Medicine. Maywood, IL July 2010, 2011, 2013, 2014

8.  What to do when surgery for stress incontinence fails. Invited Speaker. Chicago Urologic Society. Chicago, IL December, 2009

9.  Surgery for Prolapse in the Mesh Kit Era. Invited Speaker. Chicago Urologic Society. Chicago, IL November, 2009

10. Redesigning the Medical School Curriculum: A Surgeon's Perspective. Leischner Institute Medical Curriculum Lecture Series. April 24, 2009. Loyola University Medical School

11. Research for (Relatively) Normal Physicians. Graduate Medical School Faculty Lecture. April 14th, 2009. Loyola University Medical School.

12. Executive Leadership. Loyola Leadership for Physicians. Invited Speaker. January 22, 2009. Loyola University Medical School.

13. Post-operative Voiding Dysfunction – Chicago Urologic Society. Chicago, IL January, 2009

14. Management of Genito-Urinary Fistulas in Women.  Chicago Urologic Society. Chicago, IL November, 2007

15. Pathophysiology and Diagnosis of Pelvic Organ Prolapse.  Urology Grand Rounds, Cook County Hospital, Chicago, Il Feb 2006

16. Pathophysiology and Diagnosis of Pelvic Organ Prolapse and Stress Incontinence.  Urology Grand Rounds – University of Illinois – Chicago, September 2006.

17. Diagnosis and treatment of pelvic organ prolapse.  Chicago Urological Society, Conference on Female Urology, Chicago, IL.  February 2003

18. Medical and surgical treatment of urinary incontinence.  Chicago Society of Urology Nurses, Chicago, IL December 2002

**National/International  Contributions**

1. Full Day Cadaveric Course Director. Complications in pelvic surgery – avoidance strategies and minimally invasive treatment options. Society of Gynecologic Surgeons, SGS Annual Meeting Austin, Tx 2017

2. Invited Faculty and Lecturer,  Australian Incontinence Society, Adailaide, Australia. November 2016

3. Invited Faculty, Bladder Boot Camp Workshop. American Urogynecological Society Annual Meeting Post Graduate Workshop. Denver, CO, September 2016

4. Webinar Speaker "Urodynamic Evaluation of Lower Urinary Tract Symptoms" American Urologynecological Society Webinar Series. April 27, 2016

5. Invited Faculty, 2015 AUGS Fellow Course; Perspectives in Female Pelvic Surgery.  Cincinnati, OH. August 2015

6. 2015 SUFU at 2015 AUA.   Options of treating SUI at the time of prolapse repair 2015; SUFU Meeting New Orleans, LA.  AUA Annual Meeting, May 2015

7. Invited Faculty, Urodynamic Evaluations. Society of Women in Urology Annual Meeting, Tampa, FL January 2015

8. Invited Faculty Participate Society of Women's Health Research Interdiciplary Urology Program on the Research presented for the Urologic Health for Women.  Ongoing 2014-2015, Washington DC.

9. Invited Faculty Leader for Cadaveric Course for Fellows on the Upper Urinary Tract. AUGS/IUGA 2014 Annual Meeting, Washington D.C., July 2014

10. Invited Faculty for Post-Graduate Course. Robotic Ureteral Reimplant and Robotic Supracervical Hysterectomy at the time of Sacrocolpopexy. American Urological Society. 2013 AUA Annual Meeting, Orlando, FL.  May 2014.

11. Visiting Professor. Department of Obstetrics and Gynecology. University of Conneticut. Farmington, CT. May 2014

12. Scientific Program Director, American Urogynecological Society Annual Meeting, Las Vegas, NV, October 2013

13. 2013 SUFU Course in Female Urology and Voiding Dysfunction: Resident Preceptorship Program, Faculty Spaker  August 9-10, 2013, Chicago, Il

14. Session Speaker "Urology Resident Urodynamics Education" Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction Annual Meeting at the American Urological Association Annual Meeting 2013, San Diego, CA, May 2013

15. Invited Faculty for Post-Graduate Course. Robotic Ureteral Reimplant and Robotic Supracervical Hysterectomy at the time of Sacrocolpopexy. American Urological Society. 2013 AUA Annual Meeting, San Diego, CA, May 2013.

16. Course Faculty: Ultrasound of the Anterior Compartment, American Society of Colo-Rectal Surgeons Annual Meeting. Phoenix, AZ, April 2013

17. Invited Faculty for Post-Graduate Course. Robotic Ureteral Reimplant and Robotic Supracervical Hysterectomy at the time of Sacrocolpopexy. American Urological Society. AUA Annual Meeting 2011.

18. Invited Faculty, Robotic Ureteral Reimplant, Urodynamics and Teaching Residents and Fellows in the Operating Room. Society of Women in Urology Clinical Mentoring Conference. Scottsdale, AZ, January 2013.

19. Guest Specialist on the Dr. Oz show "Botulinum Toxin in the Bladder" taped December 4th, 2012 and aired January 2013. New York, NY

20. Visiting Professor: Department of Urology and Geriatrics, "Putting things back where they belong" and "Prolapse Repair: An update from the front lines", University of Texas-Southwestern, Dallas, Texas, November 5-6, 2012

21. Assistant Scientific Program Director, American Urogynecological Society Annual Meeting, Chicago, Illinois, October 2012

22. Course Faculty: Ultrasound of the Anterior Compartment, Ultrasound Imaging of the Pelvic Floor after Mesh Placement, Workshop for "hands-on" demonstration of US of the Female Pelvic Floor. Minnesota Colon and Rectal Surgery Course. St. Paul, Minnesota, October 2012

23. Course faculty: SUFU Course in Female Urology and Voiding Dysfunction Resident Preceptor Program, Chicago, Illinois, August 2012

24. Course Co-Director "American Urological Association sponsored-Primary Care Cases: Topics in Women's Health". Full-day course for primary care physicians regarding women's urologic issues. Chicago, Il, June 16, 2012

25. Course Faculty: American Urogynecological Society Clinical Conference. New Orleans, Louisiana, June 7-9, 2011

26. Plenary Session Speaker "Management of Pelvic Organ Prolapse in Elderly Women". Atlanta, Georgia, AUA Annual Meeting 2012

27. Invited Faculty for Post-Graduate Course. Robotic Ureteral Reimplant and Robotic Supracervical Hysterectomy at the time of Sacrocolpopexy. American Urological Society. 2012 AUA Annual Meeting, Atlanta, GA .

28. Invited Faculty, Jackson Hole Urology Meeting. Jackson Hole, Wyoming February 5-10 2012

29. Invited Faculty, Society of Urodynamics and Female Urology. Robotic Surgery for Pelvic Organ Prolapse. Winter Meeting of SUFU. New Orleans, February, 2012

30. Invited Faculty, Robotic Ureteral Reimplant and Urodynamics Workshop. Society of Women in Urology Clinical Mentoring Conference. Scottsdale, AZ, January 2012.

31. Invited Faculty for Post-Graduate Course. Robotic Ureteral Reimplant and Robotic Supracervical Hysterectomy at the time of Sacrocolpopexy. American Urological Society. AUA Annual Meeting 2011.

32. Course Director: Urology for the Urogynecologist. Post-Graduate Course at the American Urogynecological Society Annual Meeting. Providence, Rhode Island. September 2011

33. Course Faculty: American Urogynecological Society Clinical Conference. Baltimore, Maryland, August 2011

34. AUA: Overactive Bladder Guidelines Reviewer. January 2012, American Urological Society

35. Visiting Professor for Texas A&M Health Science Center Department of Obstetrics and Gynecology, Division of Female Pelvic Medicine and Reconstructive Surgery. January 2011

36. 2010 SUFU Course in Female Urology and Voiding Dysfunction: Resident Preceptorship Program,. Faculty Member and Course Director for Urodynamics Simulation. August 27-29, 2010, Chicago, Il

37. Led task force for the American Urogynecological Society (AUGS) to evaluate the organizations need for a society journal that led to the eventual purchase and launch of the Journal of Female Pelvic Medicine and Reconstructive Surgery in January 2010.

38. Guest speaker on Dr. Oz Show, "Pelvic Organ Prolapse" taped December 2010 and first aired January 1011, New York, NY

39. Urologic Issues in Urogynecology Practice. Roundtable Lunch Course Leader. American Urogynecology Society 2010 Annual Meeting. September 2010. Long Beach, CA

40. Pelvic Floor Ultrasound for Specialists: A Multidisciplinary Approach. Didactic and Hands-On Workshop for 3-D Imaging of the Pelvic Floor. Course lecturer. International Continence Society and International Urogynecology Association Annual Meeting. August 2010. Toronto, ON

41. Ultrasound Imaging of the Anal Sphincter Complex. Training session for investigators performing ultrasound imaging of women in the NIH-sponsored BOOST trial.  April 2010 Chapel Hill, NC

42. Robotic Training for Fellows in Female Pelvic Medicine and Reconstructive Surgery. Invited Speaker. February 2010, Orlando, FL.

43. An Update on Female Pelvic Medicine and Reconstructive Surgery. Invited Speaker. American College of Osteopathic Surgeons - Urology Section - Annual Meeting. October 2009. Chicago, Illinois

44. Pelvic Floor Ultrasound for Specialists: A Multidisciplinary Approach. Didactic and Hands-On Workshop for 3-D Imaging of the Pelvic Floor. Course Lecturer. September 22, 2009, International Continence Society Annual Meeting, San Francisco, CA

45. Urologic Issues in a Urogynecology Practice. Roundtable Lunch Course Leader. American Urogynecology Society 2009 Annual Meeting. Hollywood, Florida.

46. Pelvic Floor Ultrasound for Specialists: A Multidisciplinary Approach. Didactic and Hands-On Workshop for 3-D Imaging of the Pelvic Floor. Course Director. May 1-2, 2009, Chicago, Illinois

47. Urodynamics: Take Home Message, Invited Speaker, Plenary Session V. AUA Annual Meeting Chicago, IL, April 2009

48. Urodynamic Utilization Among Urologists. Invited Speaker, Society of Urodynamics and Female Urology Annual Meeting, Las Vegas, NV, February 2009

49. Show me the Money: An Introduction to Medical Practice and Personal Finance. Course Director, American Urogynecology Society Annual Meeting, Chicago, IL, September 2008.

50. Pelvic Floor Anatomy: Invited Speaker, American Urogynecology Society Annual Meeting, Chicago, IL, September 2008.

51. University of Oregon Visiting Professor, Departments of Obstetrics and Gynecology and Departments of Urology. "Pathophysiology of Pelvic Organ Prolapse", "The Upper Urinary Tract: The Rest of the Story". May 2008, Portland, Oregon.

52. Update on the Urodynamics Curriculum for Urology Residents, Society of Urology Chairpersons and Program Directors (SUCPD), AUA Annual Meeting. Orlando, FL, May 2008.

53. Making the Transition from Fellowship to Academic Practice. Course Faculty. American Urogynecology Society Annual Meeting, Fort Lauderdale, FL, September 2007.

54. Pelvic Organ Prolapse for the Advanced Surgeon. Course Director.  AUA Annual Meeting, Anaheim, CA, May 2007

55. Teaching Residents Surgical Skills: A Review of the CASST Program.  Department of Obstetrics/Gynecology Grand Rounds Speaker. University of CA-Irvine, Irvine, CA., May 2007.

56. NURPP (National Urology Preceptorship Program for Female Pelvic Medicine and Reconstructive Surgery).  Invited Guest Faculty.  Cleveland Clinic Foundation, Cleveland, OH, April 30 – May 3, 2007.

57. Management of Complications in Reconstructive Pelvic Surgery.  Faculty Member.  SGS Annual Meeting, Orlando, FL, April 2007

58. Female Urology: Foundations for Young Urologists.  Course Faculty.  AUA Annual Meeting, Atlanta, GA, May 2006.

## Honors and Awards:

Loyola University Stritch School of Medicine
Attending of the Year.  Voted by 3rd year Medical Students, May 2015

Society of Women in Urology Christina Manthos Mentoring Award given to men or women who have demonstrated extraordinary mentoring skills to female urologists.   Awarded at the AUA Annual Meeting, May 2014

ACOG National Faculty Award – voted on by the Obstetrics and Gynecology Residents at Loyola University for best teacher of the year in the Department of OB/Gynecology. Awarded June 2012

Bjorn Fortling Award, February 2008, Treviso International Congress on Ultrasonographic Imaging of Pelvic Floor Disorders XI° Course

Leischner Scholar Award, Loyola University Medical Center, 2008

Charles Huggins Resident Essay Award, January 2004, Chicago Urological Society

TAP Pharmaceutical Urology Resident Debate Award, May 2003

Irving J. Shapiro Conference Award, April 2003, Chicago Urologic

ACOG -"Stump the Professor" Award, May 2002
American Urogynecology Society- Eli Lilly Scholar Award, 2001

Alpha Omega Alpha National Honor Society, 1998

Paul J. McBryan, PhD. Student Service Award, 1998

Psychiatry Departmental Award, 1998

Mary Nawrocki Mcginnis, M.D. Women's Leadership Award, 1996

Washington University Mechanical Engineering Graduate Research Fellowship Award 1985-87

## Previous Professional Positions:

**Procter and Gamble-Soap Manufacturing, St. Louis, Missouri**

Manufacturing Department Manger- Cascade Packing and Warehouse, 1991-1994
Department Manager-Warehouse and Distribution, 1989-1991
Team Manager/Quality Engineer, 1988-1989

In final assignment managed a 120 person department with a $13 million/year operating budget.
Negotiated packing supplies contracts of $6 million/year.

**Washington University School of Engineering - Research Assistant 1985-1987**

**Monsanto Silicon Wafer Manufacturing, St. Peters, Missouri-Summer/Fall 1984**
Taught statistical process-control to machine operators

**Registered Nurse**
Barnes Hospital St. Louis, Missouri 1980-1983, 1985-1987
Phelps County Hospital, Rolla Missouri 1983-1985
Deaconess Hospital, St. Louis, Missouri 1984-1988

**Professional and Society Membership:**

American Urogynecologic Society    Chair, Program Committee, 2012-2013
Co-Chair, Program Committee, 2011-2012
Chairman, Membership Committee, 2008-
Board of Directors, 2008 -2010
Chairman, Journal Task Force, 2008 -2010
Membership Committee, 2005-Member, 2001-

Society of Women in Urology,    Immediate Past President, 2010-2011
President, 2009 - 2010
President Elect, 2008 -2009
Executive Board, 2005-2011
Resident Representative, 2002-2005
Member, 1998-

American Urological Association,    Member, 2001-
Core Curriculum, Executive Comm    2013-2015

North Central Section-AUA    Member, 2005-

Society of Urodynamics, Female    Member, 2005-
Pelvic Medicine and Urogenital Reconstruction
American College of Surgeons    Fellow, 2008-present
Candidate Group, 2001-2008

American Medical Women's Association
SLU Student Chapter, 1995, 1997    President

**Editorial Boards:**

| 2010 | Editorial Board | Journal of Female Pelvic Medicine and Reconstructive Surgery |
| 2014 | Reviewer | Obstetrics and Gynecology |

| 2005- | Ad hoc reviewer | Neurourology and Urodynamics |

| 2005- | Ad hoc reviewer | Journal of Urology |

| 2005- | Ad hoc reviewer | International Urogynecology Journal |

| 2009- | Ad hoc reviewer | American Journal of Obstetrics and Gynecology |

| 2009 – | Ad hoc reviewer | British Journal of Urology |

| 2009 – | Ad hoc reviewer | European Urology |

| 2007- | Ad hoc reviewer | Indian Journal of Urology |

| 2009- | Ad hoc reviewer | International Brazilian Journal of Urology |

## Peer-reviewed Manuscripts

1. E.V. Dray and **E.R. Mueller**. Use of Urodynamic Studies among Certifying and Recertifying Urologists from 2003-2014. AUA Urology Practice *Accepted for publication July 2016*

2. Graham E, Akl A, Brubaker L, Dhaher Y, Fitzgerald C, **Mueller ER.** Investigation of Sacral Needle depth in Minimally Invasive Sacrocolpopexy. Journal of Female Pelvic Medicine and Reconstructive Surgery July/Aug 2016 22(4) p 214-218

3. Mueller MG, Jacobs KM, **Mueller ER,** Abernathy M, Kenton K. Outcomes in 450 women after minimally invasive abdominal sacrocolpopexy for pelvic organ prolapse. . Journal of Female Pelvic Medicine and Reconstructive Surgery July/Aug 2016 22(4) p 267-271

4. Lilliana Losada, PhD[1], Cindy L. Amundsen, MD[2], James Ashton-Miller, PhD[3], Toby Chai, MD[4] Lare Close, MS[5], Margot Damaser, PhD[6], Michael DiSanto, PhD[7], Roger Dmochowski, MD, MMCH, FACS[8], Matthew Fraser, PhD[9], Stephanie J Kielb, MD[10], George Kuchel, MD FRCP[11], **Elizabeth Mueller, MD, MSME[12]**,Candace Parker-Autry, MD[13], Alan J. Wolfe, PhD[14] and Monia P. Mallampalli, PhD, MSc[1]. Expert Panel Recommendations on Lower Urinary Tract Health of Women Across Their Life Span. Journal of Women's Health May 2016, DOI: 10.1089/JWH.2016.5895

5. **Mueller ER,** Corton M, Fielding J, Spino C, Jelovsek JE, Weidner A, Zyczynski H, Menefee S, Gantz MG, Tuteja A and Richter HE.  Results of a Novel and Comprehensive Training Program for Standarziation of 2-Dimensional Ultrasound Interpretation as a Precursor to  a Multcenter Trial. JJ Med Diagnosis and Image. 2016, 1(1):012.

6. **Elizabeth R Mueller,** Kimberly Kenton, Jennifer T. Anger, Catherine Bresee and Chris Tarnay. Cosmetic Apperance of Port-site Scars 1 Year after Laparoscopic Versus Robitc Sacrocolpexy: S supplementary Study of the ACCESS Clinical Trial.  doi: 01.1016/1.1mig.2016.05.001

7.  Mueller MG, Ellimootil C, Abernethy MG, **Mueller ER**, Hohmann S, Kenton K. Colpocleisis: a safe, Minimally invasive option for pelvic organ prolapse. Female Pelvic Med Reconstr Surg. 2016 Jan-Feb;21(1):30-3.

8.  Nienhouse V, Gao X, Dong Q, Nelson DE, Toh E, McKinley K, Schreckenberger P, Shibata N, Fok CS, **Mueller ER**, Brubaker L, Wolfe AJ, Radek KA. Interplay between bladder microbiota and urinary antimicrobial peptides: mechanisms for human urinary tract infection risk and symptom severity. PLoS One. 2014 Dec 8;9(12):e114185.

9.  Le PT, Pearce MM, Zhang S, Campbell EM, Fok CS, **Mueller ER**, Brincat CA, Wolfe AJ, Brubaker. IL22 regulates human urothelial cell sensory and innate functions through modulation of the acetylcholine response, immunoregulatory cytokines and antimicrobial peptides: assessment of an in vitro model. L. PLoS One. 2014 Oct 29;9(10):e111375.

10. Abernathy MG, Davis C, Lowenstein L, **Mueller ER**, Brubaker L, Kenton K. Urethral sensation following reconstructive pelvic surgery. Internationl Uroguynecology Journal. 25(11):1569-73, 2014 Nov.

11. Hannick J., **Mueller ER**  Gross hematuria, irritative lower urinary tract symptoms, and bilateral hydroureteronephrosis: A concerning presentation of an ultimately benign case of concurrent nephrogenic adenoma and eosinophilic cystitis. Bladder 1(1):e1. doi: 10.14440/bladder.2014.32

12. S. Odegard, M. Abernethy, **E. R. Mueller**. Does Side Make a Difference?  Anatomical Differences Between the Left and Right Ureter.  Journal of Female Pelvic Medicine and Reconstructive Surgery. 21(5):249-51, 2015 Sep-Oct

9.  Tarr ME, Rivard C, Petzel AE, Summers S, **Mueller ER**, Rickey LM, Denman MA, Harders R, Durazo-Arvizu R, Kenton K. Robotic objective structured assessment of technical skills: a randomized multicenter dry laboratory training pilot study. Female Pelvic Med Reconstr Surg. 2014 Jul-Aug;20(4):228-36.

10. **Mueller ER**, Litman H, Rickey LR, Sirls L, Norton P, Wilson T, Moalli P, Albo M, Zimmern P. Comparison of Flowrates and Voided Volumes During Non-instrumented Uroflowmetry and Pressure-Flow Studies in Women with Stress Incontinence. Neurourology and Urodynamics, 34(6):549-53, 2015 Aug

11. P Zimmern, HLitman, C. Nager; GE. Lemack, HE Richter, L Sirls, SR. Kraus, G Sutkin; and **E.R. Mueller.** Effect of aging on storage and voiding function in women with stress–predominant urinary incontinence. J Urol. 2014 Aug;192(2):464-8

12. Evann Hilt, Kathleen McKinley, Meghan Pearce, Amy Rosenfeld, Michael Zilliox, **Elizabeth Mueller**, Linda Brubaker, Xiaowu Gai, Alan Wolfe and Paul Schreckenberger. Urine is not sterile: use of enhanced urine culture techniques to detect resident bacterial flora in the adult female bladder. [Paper #JCM02876-13R1], 52(3):871-6, 2014  March Journal of Clinical Microbiology, UI: 24371246

13. Anger JT;  **Mueller ER;** Tarnay C: Smith B; Stroupe K; Rosenman A; Brubaker L; Bresee C; Kenton K. Robotic compared with laparoscopic sacrocolpopexy: a randomized controlled trial.  Obstetrics & Gynecology 123(1):5-12, 2014 Jan; UI: 24463657

14. Peggy A Norton, Charles W Nager, Toby C Chai, **Elizabeth Mueller**, Anne Stoddard, Jerry Lowder, Edward Varner, Gary Lemack Risk factors for incomplete bladder emptying after midurethral sling. Urology 11/2013; 82(5):1038-41.

15. Leslie Rickey, Liyuan Huang, David D. Rahn, Yvonne Hsu, Heather J. Litman and **Elizabeth Mueller**. Risk Factors for Urgency Incontinence in Women Undergoing Stress Urinary Incontinence Surgery. Advances in Urology, Volume2013 (2013), Article ID567375.

16. Abernethy M, Vasquez E, Kenton K, Brubaker L, **Mueller E**. Where Do We Place the Sacrocolpopexy Stitch? A Magnetic Resonance Imaging Investigation. Female Pelvic Medicine & Reconstructive Surgery. 19(1):31-3, 2013 Jan-Feb,  UI: 23321656

17. Schaffer J, Nager CW, Xiang F, Borello-France D, Bradley CS, Wi JM, **Mueller E**, Norton P, Paraiso MF, Zyczynski H, Richter HE. Predictors of Success and Satisfaction of onsurgical Therapy for Stress Urinary Incontinence. Obstetrics & Gynecology. 120(1):91-7, 2012 Jul, UI:22914396

18. Wolfe AJ. Toh E. Shibata N. Rong R. Kenton K. Fitzgerald M. **Mueller ER**. Schreckenberger P. Dong Q. Nelson DE. Brubaker L. Evidence of uncultivated bacteria in the adult female bladder. *Journal of Clinical Microbiology. 50(4):1376-83, 2012 Apr.*

19. **E.R. Mueller**, K. Kenton, C. Tarney, L. Brubaker, A. Rosenman, B. Smith, K. Stroupe, C. Breseed A. Pantuck, P. Schulam, J.T. Anger.  Abdominal Colpopexy: Comparison of Endoscopic Surgical Strategies (ACCESS). Contemp Clin Trials (2012),  33(5): 1011-8, 2012, Sept.

20. Fok CS, McKinley K, **Mueller ER**, Kenton K, Schreckenberger P, Wolfe A, Brubaker L.  "Day of Surgery Urine Cultures Identify Urogynecologic Patients at Increased Risk for Post-operative Urinary Tract Infection".  J Urol. 2012 Dec 3. doi:pii: S0022-5347(12)05799-0. 10.1016/j.juro.2012.11.167.  PMID:23219547

21. Lowenstein L, Ramm O, **Mueller E**, Brubaker L, FitzGerald MP, Lopez J, Kenton K.  The Impact of Dispositional Optimism on Symptoms and Treatment Choices in Patients with Pelvic Floor Disorders.  Int Urogynecol J 2012 March;23:295-298. PMID: 21887549.

22. Charles W. Nager, M.D., Linda Brubaker, M.D., Heather J. Litman, Ph.D., Halina M. Zyczynski, M.D., R. Edward Varner, M.D., Cindy Amundsen, M.D., Larry T. Sirls, M.D., Peggy A. Norton, M.D., Amy M. Arisco, M.D., Toby C. Chai, M.D., Philippe Zimmern, M.D., Matthew D. Barber, M.D., Kimberly J. Dandreo, M.Sc., Shawn A. Menefee, M.D., Kimberly Kenton, M.D., Jerry Lowder, M.D., M.Sc.,  Holly E. Richter, Ph.D., M.D., Salil Khandwala, M.D., Ingrid Nygaard, M.D., Stephen R. Kraus, M.D., Harry W. Johnson, M.D., Gary Lemack, M.D., Marina Mihova, B.S., Michael E. Albo, M.D., **Elizabeth Mueller, M.D.**,  Gary Sutkin, M.D., Tracey S. Wilson, M.D.,  Yvonne Hsu, M.D., Thomas A. Rozanski, M.D., Leslie M. Rickey, M.D., David Rahn, M.D., Sharon Tennstedt, Ph.D.,  John W. Kusek, Ph.D. and E. Ann Gormley, M.D., for the Urinary Incontinence Treatment Network* A Randomized Trial of Urodynamic Tests before Stress Incontinence Surgery.  New England Journal of Medicine. 366(21): 1987-97, 2012 May 24.

23. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, **Mueller E**, FitzGerald M , Kenton K . Perioperative Bowel Habits of Women Undergoing Gynecologic Surgery: A Pilot Study.  Female Pelvic Med Reconstruct Surg 2012; 18(3):153-157.

24. Kenton K, **Mueller ER**, Brubaker L.  Continent women have better urethral neuromuscular function than those with stress incontinence.  Int J Urogynecol. 2011;22(12):1479-1484

25. Shobeiri A, Quiroz L, **Mueller E,** Santoro G, Wieczorek P, Stankiewicz A, Nihira M.  Pelvic floor phantoms:  A step forward in teaching hands-on pelvic floor sonography to a large group of participants.  Ultrasound Obstet Gynecol, 2011;37(4)381-96.

26. Lowenstein L, Kenton K, **Mueller E**, Brubaker L, Durazo-Arivzu R, FitzGerald MP.  Solifenacin objectively decreases urinary sensation in women with overactive bladder syndrome.  Int  Urol Nephrol. 2011;Oct 13 – Epub ahead of print.

27. Lowenstein L, Rickey L, Kenton K, FitzGerald MP, Brubaker L, **Mueller E**.  Reliability and Responsiveness of the Urgency Severity and Life Impact Questionnaire.  Int Urogynecol J  2012;23(2):193-6

28. Ramm O, **Mueller ER**, Brubaker L, Lowenstein L, Kenton K. Complex repetitive discharges—a feature of the urethral continence mechanism or a pathological finding? Journal of Urology. 187(6):2140-3, 2012 Jun

29. Kenton K, **Mueller ER**, Brubaker L.  Neuromuscular characterization of the urethra in continent women.  J Female Pelvic Med  Reconst Surg, 2011;17(5):226-230.

30. Lowenstein L, Ramm O, **Mueller E**, Brubaker L, FitzGerald MP, Lopez J, Kenton K.  The impact of dispositional optimism on treatment of pelvic floor dysfunction.  Int Urogynecol J, 2011, Sept 2 (Epub ahead of print)

31. Abbasy S, Kenton K, Brubaker L, **Mueller E**.  Measurement of transurethral bladder neck displacement during tension-free vaginal tape procedure.  Int Urogyne J Nov  2011;22:721-24.

32. Zimmern P, Litman JH, **Mueller E**, Norton P, Goode P, for the Urinary Incontinence Treatment Network* Effect of Fluid Management on Fluid Intake And Urge Incontinence in a Trial for Overactive Bladder in Women. BJU International. 105(12):1680-5, 2010 Jun.

33. Santoro G, Wieczorek A, Shobeiri S, **Mueller E**, Pilat J, Stankiewicz A, Battistelia.  Interobserver and interdisciplinary reproducibility of 3D endovaginal ultrasound assessment of pelvic floor anatomy.  Int Urogynecol J 2010;22(1):53-9.

34. Pham T, Burgart A, Kenton K, **Mueller E**, Brubaker L.  Current Use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Female Pelvic Med Reconst Surg 2011;17(2):67-9.

35. Davis C, Lowenstein L, **Mueller E**, Brubaker L, Kenton K.  Measuring Urinary Sensation with Current Perception Threshold:  A Comparison Between Method of Limits and Method of Levels. Obstet Gynecol Int. 2010;2012:868915. [Epub 2011] October 20 PMID: 22018128

36. Richter H, Albo M, Zyczynski H, Kenton K, Norton P, Sirls L, Kraus S, Chai T, Lemack G, Dandreo K, Varner E, Menefee S, Ghetti C, Brubaker L, Nygaard I, Khandwala S, Rozanski T, Johnson H, Schaffer J, Stoddard A, Holley R, Nager C, Moalli P, **Mueller E**, Arisco A, Corton M, Tennstedt S, Chang D, Gormely A, Litman H for the Urinary Incontinence Treatment Network.  Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med 2010;362(22):2066-76.

37. Fok C, FitzGerald MP. Turk T, **Mueller E**, Dalaza, l, Schreckenberger P.   Reflex testing of male urine specimens misses few positive cultures, may reduce unnecessary testing of normal specimens. Urology 2010; 75(1):74-6.

38. Summers SL, **Mueller ER**, Darrell B, Pombar X, Kobak W, Graziano S, Irwin T, Mody V, Rickey L, Hruska L, Kenton K.  Clinical Anatomy and Surgical Skills Training for Senior Residents: A Multicenter, Multidisciplinary Program for Urogynecological Procedures. Female Pelvic Medicine & Reconstructive Surgery. 2009; 15(4):195-203.

39. Rickey LM, **Mueller ER**, Graziano S, Lowenstein L, Summers S, Pombar X, Dauzardis M, Kenton K.  Clinical anatomy and surgical skill training (CASST) for gynecology and urology residents: Assessment of learners.  J Pelvic Surg 2009 Jul/Aug:15(4);189-93.

40. **Mueller ER**, Kenton K., Rogers RG, Fenner.  Are we are missing an opportunity to teach future primary care providers about female pelvic floor disorder? Int Urogynecol J 2009; 20:1413-15.

41. Lowenstein L, FitzGerald MP, Kenton K, Hatchett L, Durazo-Arvizu R, **Mueller E**, Goldman K, Brubaker L. Evaluation of urgency in women, with a validated urgency, severity and impact questionnaire (USIQ).  Int Urogynecol J 2009;20(3):301-07.

42. Lowenstein L, Fitz A, Kenton K, FitzGerald MP, **Mueller ER**, Brubaker L.  Transabdominal Uterosacral Suspension: Outcomes and Complications.  Am J Obstet Gynecol 2009;2009(6):656.e1-5.

43. Lowenstein L, Pham T, Abbasy S, Kenton K, Brubaker L, **Mueller ER**, Shott S, Vardi Y, Gruenwald I, FitzGerald MP.  Observations relating to urinary sensation during detrusor overactivity.  Neurourol Urodyn 2009;28(6):497-500.

44. Whitehead WE, Borrud L, Goode PS, Meikle S, **Mueller ER**, Tuteja A , Weidner A, Weinstein M, and Ye W for the Pelvic Floor Disorders Network.  Fecal Incontinence in U.S. Adults: Epidemiology and Risk Factors. Gastroenterology 2009;137(2):512-517.

45. Tennstedt SL, Litman HJ, Zimmern P, Ghetti C, Kusek JW, Nager CW, **Mueller ER,** Kraus SR, Varner E and for the Urinary Incontinence Treatment Network. Quality of life after surgery for stress incontinence. Int Urogyn J 2009; 19(12):1631-8.

46. Abbasy S, Lowenstein L, Pham T, **Mueller ER**, Kenton K, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant mid-urethral sling.  Int Urogynecol J. Pelvic Floor Dysfunct. 2009 Feb;20(2):213-6.

47. Pham T, Kenton K, **Mueller E**, Brubaker L.  New pelvic symptoms are common after reconstructive pelvic surgery.  Am J Obstet Gynecol 2009 Jan;2009 (1):88.e1-5.

48. FitzGerald MP, **Mueller E**, Brubaker L, Dalaza L, Abraham T, Schreckenberger P. Lower urinary symptoms do not predict bacteriuria in women seeking urogynecologic care. Int J Gynecol Obstet 2008;101:302-3.

49. Davis C, Kenton K, Lowenstein L, **Mueller E**, FitzGerald MP, Brubaker L.  Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery.  J Pelvic Med Surg 2008; 14(2): 112.

50. Lowenstein L, FitzGerald MP, Kenton K, G Pillar, Kenton K, **Mueller E**, Brubaker L. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Neurourol Urodynam 2008;27(2 Suppl):139.

51. Lowenstein L, Hatchett L, Kenton K, Brubaker L, Durazo-Arvizu R, Goldman K, **Mueller ER**, FitzGerald MP. Urgency severity and bother questionnaire (USBQ) – a new validated questionnaire for the evaluation of urgency. Neurourol Urodynam 2008;27(2 Suppl):144.

52. **Mueller E,** Wei J, Nygaard I, Brubaker L, Varner E., Visco A, Cundiff GW, Weber AM, Getti C., Kreder K. Correlation of Voiding Variables Between Non-instrument Uroflometry and Pressure-flow Studies in Women with Pelvic Organ Prolapse.  Neurourol Urodyn 2008;27; 515-21.

53. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Papier, I., Durazo-Arvizu RA, Elliot C, **Mueller E,** Vardi Y. Validation of a real-time urodynamic measure of urinary sensation. Am J Obstet Gynecol 2008; 198(6):661.e1-4.

54. Lowenstein L, Kenton K,  **Mueller ER**, Brubaker L, Heneghan M, Senka J, FitzGerald MP.  Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experiences. Neurourol Urodynam 2009; 28(5): 400-4.

55. Lowenstein L, FitzGerald MP, Kenton K,  Dooley Y, Templehof M, **Mueller ER,** Brubaker L.:  Patient-selected goals:  The Fourth Dimension in Assessment of Pelvic Floor Disorders.  Int. Urogynecol J 2008, 19(1): 81-84.

56. Vardi Y. Salonia A. Lowenstein L. **Mueller ER**. Giraldi A. Laan E. Should nerve-sparing procedures be reserved to men only? *Journal of Sexual Medicine. 5(10):2259-63, 2008 Oct*.

57. Tennstedt SL, Litman HJ, Zimmern P, Ghetti C, Kusek JW, Nager CW, Mueller ER, Kraus SR, Varner E. Quality of life after surgery for stress incontinence. International urogynecology journal. 19(12):1631-8, 2008 Dec.

58. Kenton K, Pham T, **Mueller E**, Brubaker L.  Patient prepardness: A important predictor of surgical outcome.  Am J Obstet Gynecol Dec 2007;197(6):654.e1-6.

59. Lowenstein L, **Mueller E,** Sharma S,  FitzGerald MP. Urinary hesitancy and retention during treatment with Sertraline. Int Urogynecol J 2007, 18(7):827-829.

60. Lowenstein L, Garcia J, **Mueller E,** Kenton K, FitzGerald MP, Brubaker L. Sexual activity and quality of life do not impact treatment choices in women with prolapse. Int Urogyn J 2007;18(Suppl 1):S173.

61. Lowenstein L, Kenton K, Dooley Y**,** FitzGerald MP, **Mueller E,** Brubaker L. Women who experience detrusor overactive at lower bladder volumes report greater bother. J Neurourology and Urodynamics 2007, 27(1): 45-47.

62. Nygaard I, Kreder K, **Mueller E,** Brubaker L, Goode P, Visco A, Weber AM, Cundiff G, Wei J. Does Urethral Competence Affect Urodynamic Voiding Parameters in Women with Prolapse? Neurourol Urodyn 2007, 26(7):1030-1035.

63. Lowenstein L, Dooley Y, Kenton K, Rickey L, FitzGerald MP, **Mueller E**, Brubaker L.  The volume at which women leak first in urodynamic testing is not associated with quality of life, Measures of urethral integrity or surgical failures.  J Urol 2007, 178(1): 193-196.

64. Kenton K, Pham T, **Mueller E**, Brubaker L.  Patient preparedness:  an important predictor of surgical outcome.  Am J Obstet Gynecol 2007;197(6):654.e1-654.e6.

65. Coyne KS, Margolis MK, Jumadilova Z, Bavendam T, **Mueller E,** Rogers R.  Overactive Bladder and Women's Sexual Health: What is the Impact?  J Sex Med 2007;4(3):656-666

66. Lowenstein L, McClund C, **Mueller E**. Periurethral leiomyoma. Israel Medical Association journal 9(1):54, 2007

67. Lowenstein L, Dooley Y, Kenton K, **Mueller E,** Brubaker L. Neural Pain following Uterosacral Ligament Vaginal Suspension. Int Urogynecol J 2007, 18(1):109-110.

68. **Mueller ER**, Kenton K, Mahajan S, FitzGerald MP, Brubaker L.  Urodynamic Prolapse Reduction alters Urethral Pressure but not Filling or Pressure-Flow Parameters.  J Urol 2007, 177(2): 600-03.

69. Kenton K, **Mueller ER**, Graziano S, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B.  Clinical anatomy and surgical skills training (CASST): a multicenter, multidisciplinary program.  Am J Obstet Gynecol 2006;195(6):1789-93.

70. Rooney K, **Mueller ER,** Kenton K, FitzGerald MP, Brubaker L.  Advanced anterior vaginal wall prolapse is highly correlated with apical prolapse.  Am J Obstet Gynecol. December 2006, 195(6):1837-40.

71. Lowenstein L, Dooley Y, Kenton K, FitzGerald MP, **Mueller E,** Brubaker L. How are patients' goals related to quality of life? Int Urogyn J 2006;17(Suppl 3):S379.

72. **Mueller ER,** Latini J, Lux M, Kreder K, Fitzgerald M. "International Prostate Symptom Scores in Young Asymptomatic American Men", British Journal of Urology, 95, 554-556, 2005

73. **Mueller E,** Latini J, Lux M, Stablein U, Brubaker L, Kreder K, Fitzgerald M. " Gender differences in 24-hour Urinary Diaries of Asymptomatic North American Adults." Journal of Urology 2005; 173:490-2.

74. **Mueller E**, Kenton K, and Brubaker L.  Sliding hernia of the bladder presenting as suprapubic pain in a female. Int Urogynecol J 2004;15:51-2.

75. Latini J, **Mueller E,** Lux M, Kreder K, Fitzgerald M, "Voiding Frequency in American Men:  What is Normal?" Journal of Urology 2004, 172:980-984.

76. Sprague RS, Ellsworth ML, Collins DM, **Mueller ER,** Stephenson AH, Lonigro AJ. "Nitric oxide inhibits mechanical deformation-induced adenosine triphosphate release from red blood cells". Pharmacologist 1997, 39(1):53.

77. Sutera SP, **Mueller ER,** Zahalak GI.  "Extensional recovery of an intact erythrocyte from a tank-treading motion", J of Bio Engin. 1990, 112(3):250-6.


**Invited Submissions/Reviews/Book Chapters:**

1. Taege ST and **Mueller ER,** Retropubic Operations for Stress Incontinence. Complications of Female Incontinence and Pelvic Reconstructive Surgery, 2nd edition. Edited by Goldman HA, Humana Press, Springer, 2016

2. Krystal Thomas-White, Megan Brady, Alan J. Wolfe, **Elizabeth R.  Mueller.**  The Bladder Is Not Sterile: History and Current Discoveries on the Urinary Microbiome.  Current Bladder Dysfunction Reports: 2016;11(1):18-24. Springer Publication: DOI: 10.1007/S11884-016-0345-8

3. **Elizabeth R. Mueller.**  Measuring Clinical Outcomes in Overactive Bladder Interventions:  We Can Do Better. Doi: 10.1016/j.eururo.2016.04.033.

4. **Mueller ER,** Post-Operative Voiding Dysfunction. In: Up to Date. Brubaker,L (Ed) March 2016.

5. Linda Brubaker, MD MS, Cynthia Brincat, MD PhD, **Elizabeth R. Mueller,** MD MSME, Are We Satisfied? Perspective on Five-Year Outcomes of Mid-Urethral Slings.  European Journal of Urology, 65 (2014) 1115-1116.

6. **Mueller E.R.,** Transabdominal or Transvaginal Reconstruction of Pelvic Organ Prolapse. Urol List 2013; 11 (4): 34-38.

7. **Mueller ER,**  Why complex pelvic organ prolapse should be approached abdominally. Edited by Chris Winters, Curr Opin Urol 2013, 23:317-322

8. **Mueller ER,** Retropubic Operations for Stress Incontinence. Complications of Female Incontinence and Pelvic Reconstructive Surgery, Edited by Goldman HA, Humana Press, Springer, 2012

9. **Mueller ER,** Fok CS, Tests of Lower Urinary Tract Function. Edited by  Rebecca Rogers

10. **Mueller ER,** Summers SA, Painful conditions of the urogenital compartment. Pelvic Floor Disorders: Imaging and a Multidisciplinary Approach to Management. Edited by Santoro GA, Wieczorek P, Bartram C, Springer 2010

11. **Mueller ER,** Lowenstein L., Surgical Management of Posterior Vaginal Wall Prolapse Glenn's Urologic Surgery, 7th edition. Edited by Graham SD and Keane TE. Lippincott, Williams & Wilkins. 2010

12. **Mueller ER,** Urinary incontinence:  Relative efficacy of retropubic and transobturator slings. Nature Reviews in Urology 6: 523-24. 2009 Oct.

13. **Mueller ER,** Overactive Bladder: An Update for Primary Care Physicians, AUA Webnar activity, submitted to AUA July 2009

14. **Mueller ER,** Overactive Bladder: An Update for Primary Care Physicians, AUA Publication Monograph, June 2009

15. Kenton K., **Mueller ER.**  The global burden of female pelvic floor disorders**.** [Journal Article] BJU International. 98 Suppl 1:1-5; discussion 6-7, 2006 Sep

16. Kenton K, **Mueller ER**. Surgical Repair of the Middle Compartment. Clinical Obstetrics and Gynecology. 48(3), 691-703, 2005

17. **Mueller E**, Kenton K, Brubaker L. "Modern Management of Genitourinary Fistulas", Journal of Pelvic Medicine and Surgery, 11(5), September/October 2005

18. **Mueller ER**, Kenton KS. "Pelvic Organ Prolapse and Urodynamics." American Urogynecologic Society Quarterly Newsletter. Volume XXIII Summer 2003

19. Fitzgerald MP, **Mueller ER**. "Physiology of the Lower Urinary Tract" Clinical Obstetrics and Gynecology, Clinical Obstetrics and Gynecology. 47(1), 18-27 2003

**Published Abstracts:**

1. T.J.Dune, **E.R. Mueller**, C.M. Fitzgerald, L. Brubaker, C.A. Brincat Underestimation of Microscopic Hematuria in a Urogynecologic Population J FPMRS 2014;20(4)S323

2. E. Graham, A. Akl, C. Fitzgerald, **E.R. Mueller**. Disc at Risk: Investigation of Suture Depth in Minimally Invasive Sacrocolpopexy Poster Presentation, 2014 American Urogynecologic Society 35th Annual Scientific Meeting, Washington DC, July 22-26, 2014

3. A. Akl, Voronov, R. Havey, M. Muriuki,  A. Patwardhan, R. Malik, T. Vandenboom, G. Bales, **E. Mueller** Close Encounters – the Sacral Needle Depth at the Sacral Promontory: A Randomized Comparison of Surgeon Training and Surgical Approach. Poster Presentation, 2014 American Urogynecologic Society 35th Annual Scientific Meeting, Washington DC, July 22-26, 2014

4. A. Akl, L. Voronov, M. Muriuki, R. Havey, A. Patwardhan, T. Vandenboom, L. Brubaker, C. Fitzgerald, **E. Mueller** Optimizing Sacral Fixation of Mesh: Comparison of Surgical Techniques Oral Poster Presentation, 2014 American Urogynecologic Society 35th Annual Scientific Meeting, Washington DC, July 22-26, 2014.

5. Brubaker L1, Fok C1, Zilliox M2, Rosenfeld A2, Pearce M2, **Mueller E**1, Kenton K1, Gai X2, Wolfe A2, **14955** Preliminary Evidence of Urinary Microbiome's Role in Female Urinary Incontinence Subtypes.  Podium Poster for ICS 2013

6. **E. R. Mueller**, M. Corton, MULTI-CENTER, MULTISPECIALTY CERTIFICATION FOR ULTRASOUND OF ANAL SPHINCTER ANATOMY. Scientific Meeting of the Society of Gynecologic Surgeons in Charleston, SC, April 8-10, 2013.

7. Cunkelman J, **Mueller E**, Brubaker L, Kenton K. What Do Men Want?  The Surgical Treatment Goals of Male Partners of Urogynecologic Surgery Patients.   J FPMRS March/April 2012;18(2):S18-S19.

8. Ramm O, **Mueller ER**, Brubaker L, Lowenstein L, Kenton K.  Complex Repetitive Discharges – A Feature of the Urethral Continence Mechansim or a Pathological Finding? J Urol 2012 June;187(6):2140-3.  Epub 2012 Apr 12. PMID:  22503012

9. Brubaker L, Toh E, Shibata N, Rong R, Kenton K, FitzGerald MP, **Mueller ER**, Schreckenberger PC, Revanna K, Dong Q, Nelson D, Wolfe AJ.  Evidence that a Urinary Microbiome Exists in Women.  J FPMRS 2011;17(5):S77

10. Cunkelman JA, **Mueller ER**, Brubaker L, Kenton K.  Can Vaginal Topography Predict Prolapse Symptoms? J FPMRS 2011;17(5):S113.

11. Tarr M, Klenov V, Tanzy M, Rivard C, McElhinney M, Brubaker L, **Mueller E**, FitzGerald M, Kenton K.  Peri-operative bowel habits of women undergoing gynecologic surgery.  J FPMRS 2011;17(2):S20.

12. Shoberi A., **Mueller E**. Interobserver and Interdisciplinary reliability for 3D endovaginal ultrasound assessment of pelvic floor anatomy. Journal of Pelvic Medicine and Reconstructive Surgery, 2010

13. Rickey L., Rahn., Huang L., Litman H**. Mueller E**. Risk Factors Associated with Urge Incontinence in Women with Stress Urinary Incontinence. Journal of Pelvic Medicine and Reconstructive Surgery, 2010

14. Abbassy S, Tarr M, Pham T, Kenton K, Brubaker L, **Mueller E**.  Measurement of transurethral bladder neck distraction during tension-free vaginal tap (TVT) procedure.  Neurourol Urodynam 2010; 29(2): 307.

15. Kenton K, **Mueller E**, Lowenstein L, Brubaker L.  Urethral function of women with detrusor overactivity is intermediate that of continent and stress inconvenient women.  Neurourol Urodynam 2010; 29(2):315-316.

16. **Mueller E**, Lowenstein L, Kenton K, FitzGerald MP, Brubaker L, Tulke M, Fordham J.  Test-retest reliability of the urgency, severity and impact questionnaire (USIQ) for patients with overactive bladder.  Neurourol Urodynam 2010;29(2):325-6.

17. Tarr M, Kenton K, **Mueller E**, Brubaker L.  Prior pelvic floor surgery is associated with more bothersome symptoms in urogynecology patients. Journal of Urology 2009; 181(4):482-83.

18. **Mueller E**, Litman H, Zimmern P, Norton P, Goode P.  Impact of fluid management on fluid intake and urge incontinence in the Be-Dri Trial for OAB in women.  Journal of Urology 2009;181(4):547-48.

19. **Mueller E**.  Defining the educational gap in urodynamics training between residency and the first 18 months in practice.  Journal of Urology 2009; 181(4):602.

20. **Mueller E**.  Urodynamics procedures are on the rise.  Journal of Urology 2009; 181(4):602.

21. Abbassy S, Michelfelder A, Kenton K, **Mueller E**, FitzGerald M. Home-based cognitive therapy for overactive bladder. Journal of Urology 2009;181(4)561.

22. Zimmern P, Litman H, **Mueller E**, Norton P, Goode P.  Impact of fluid management on fluid intake and urge incontinence in the Be-Dri trial for OAB in women. Neuro Urol 2009; 28(2);163.

23. **Mueller, E**. Defining the educational gap in urodynamics training between residency and the first 18 months in practice. Neuro Urol 2009; 28(2); 153.

24. Tarr M, Kenton K, **Mueller E**, Brubaker L. Prior POP/SUI Surgery is Associated with More Bothersome Pelvic Floor Symptoms in New Urogynecology Patients. Neuro Urol 2009; 28(2); 121-22.

25. Lowenstein L, Hatchett L, Kenton K, Brubaker L, Durazo-Arvizu R, Goldman K, **Mueller ER**, FitzGerald MP. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Neurourol Urodynam 2008; 27(2 Suppl):144.

26. FitzGerald MP, **Mueller ER**, Brubaker L, Dalaza L, Abraham T, Schreckenberger P.  "Lower urinary symptoms do not predict bacteriuria in a urogynecologic population."  Journal of Pelvic Medicine & Surgery 2008; 14 (2):127.

27. Davis C, Kenton K, Lowenstein L, **Mueller E**, FitzGerald MP, Brubaker L. "Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery." Journal of Pelvic Medicine & Surgery 2008; 14 (2):112.

28. Abbasy SA, Lowenstein L, Pham T, **Mueller ER,** Kenton K, FitzGerald MP, Brubaker LB**.** "Urinary retention is uncommon after colpocleisis with concomitant midurethral sling." Journal of Pelvic Medicine & Surgery 2008; 14 (2):106.

29. **Mueller ER,** Lockhart ME, Fielding JR, Richter HE, Solomon CG, Hakim CM, Wai CY, Stolpen A, Brubaker L, Brown MB, Weber AM. "Reproducibility of dynamic MRI pelvic measures:  a multi-site study." Tech Coloproctol 2008; 12:161-173.

30. FitzGerald MP, **Mueller ER,** Brubaker L, Dalaza L, Abraham T.  Lower urinary symptoms do not predict bacteriuria in a Urogynecologic population.  J Pelvic Med Surg 2008; 14(2): 127.

31. Lowenstein L, Pham T, Abbasy S, Kenton K**,** Brubaker L, **Mueller E,** Vardi Y, Gruenwald I, FitzGerald MP. Continuous measure of lower urinary tract sensation during bladder filling in women with detrusor overactivity. J Pelvic Surgery 2008;14(4):322-3.

32. **Mueller ER,** Rogers RG, Kenton K.  We are missing an opportunity to teach future primary care providers about female pelvic floor disorders.  J Pelvic Med Surg 2008; 14(2): 122.

33. Lowenstein L, Hatchett L, Kenton K, Brubaker L, Durazo-Arvizu R, Goldman K, **Mueller ER,** FitzGerald MP. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Neurourol Urodynam 2008; 27(2 Suppl):144.

34. Abbasy S, Lowenstein L, Pham T, **Mueller E,** Kenton K, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. Neurourol Urodynam 2008;27(2 Suppl):134-5.

35. Abbasy S, Lowenstein L, Pham T, **Mueller E,** Kenton K, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling.  J Pelvic Med Surg 2008; 14(2): 106.

36. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Elliott C, Durazo R, **Mueller E,** Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. Neurourol Urodynam 2008;27(2 Suppl):138.

37. Lowenstein L, FitzGerald MP, Kenton K, Pillar G, **Mueller E,** Brubaker L. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Neurourol Urodynam 2008;27(2 Suppl):139.

38. Lowenstein L, Kenton K, Brubaker L, Pillar G, Undevia N, **Mueller ER,** FitzGerald MP. The relationship between obstructive sleep apnea, nocturia and daytime overactive bladder syndrome in women. Am J Obstet Gynecol 2008, 198(5): 598.e1-598.e5.

39. Davis C, Kenton K, Lowenstein L, **Mueller E,** FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery.  J Pelvic Med Surg 2008; 14(2):112.

40. Davis C, Kenton K, Lowenstein L, **Mueller E,** FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Neurourol Urodynam 2008;27(2 Suppl):150.

41. Lowenstein L, **Kenton K, Mueller ER,** Brubaker M, Senka J, FitzGerald MP.  Patients with painful bladder syndrome have altered response to thermal stimuli and catastrophic reaction to painful experience.  J Pelvic Surgery 2008;14(4):301

42. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Elliott C, Durazo R, **Mueller E,** Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. J Pelvic Surg 2007;13:248-9.

43. Lowenstein L, Kenton K, Pierce K, Fitzgerald MP, **Mueller ER,** Brubaker L. Patients' Pelvic Goals Change After Initial Urogynecologic Consultation Am J Obstet Gynecol 2007, 197(6):640.e1-640.e3.

44. Lowenstein L, Brubaker L, Pillar G, Kenton K, **Mueller E**, FitzGerald MP. Consider a diagnosis of obstructive sleep apnea in patients with nocturia, even when daytime overactive bladder syndrome is present. J Pelvic Surg 2007;13:234-5.

45. Kenton K, Pham T, **Mueller E**, FitzGerald MP, Brubaker L.  Patient Readiness: Important Predictor of Surgical Readiness. J Pelvic Surgery 2007; 13(2):60.

46. Rickey L, Graziano S, Lowenstein L, **Mueller E**, Summers S, Kenton K**.** Clinical Anatomy and Surgical Skills Training (CASST): Assessment of Learners. J Pelvic Surgery 2007; 13(2):60.

47. Fitz A, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L.  Putting things back where they belong: short-term anatomic outcomes of high uterosacral ligament suspension at the time of hysterectomy for prolapse. J Pelvic Surgery 2007;13(2):60.

48. Kenton K, Graziano S, **Mueller E**, Oldham L, Turner F.  Clinical Anatomy and Surgical Skills Training (CASST).  J Pelvic Surgery 2006;12(2):67.

49. Garcia J, Undevia N, Kenton K, **Mueller E**, FitzGerald MP. Nocturia as clinical predictor of obstructive sleep apnea. Int Urogyn J 2006;17(Suppl 3):S432.

50. Dooley YT, West K, **Mueller ER**, FitzGerald MP, Kenton K, Brubaker L. Symptoms and anatomy are poorly correlated in women with advanced prolapse. J Urol 2006;175 (Suppl 4):295.

51. Rooney K, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L.  Can advanced stages of anterior or posterior vaginal wall prolapse occur without apical involvement?  J Pelvic Surgery 2006;12(2):70-71.

52. **Mueller ER**, Kenton KS, Rooney K, Shott S, Brubaker L. Isolated Cystocele Repair May Undertreat Apical Prolapse. Int Urogynecol J 2006; 17(Suppl. 2):S264.

53. **Mueller E**, Kenton K, FitzGerald MP, and Brubaker L.  Striated urethral sphincter activity is not affected by pelvic organ prolapse despite changes in maximal urethral closure pressure.  Neurourol Urodyn 2004; 23(5):422-3.


**Presentations/Posters:**

1. Kenton K, **Mueller ER**, Tarnay C, Brubaker L, Rosenman A, Smith B, Stroupe K, Bresee C, Anger JT. Comparative Effectiveness of Robotic and Laparoscopic Sacrocolpopexy for Apical Vaginal Prolapse: One Year Outcomes. Accepted for presentation at the Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction Annual Meeting, 2013.

2. Kenton K, **Mueller E**, Tarnay C, Brubaker L, Rosenman A, Smith B, Stroupe K, Bresee C, Anger JT. Comparative Effectiveness of Robotic and Laparoscopic Sacrocolpopexy for Apical Vaginal Prolapse: One Year Outcomes. Submitted for presentation at the American Urological Association Annual Meeting, 2013.

3. Ramm O, Ludwig-Scott E, **Mueller E**, Kenton K, Brubaker L.  Perioperative complications:  Do patients and physicians see things the same?  Poster presentation. AUGS Annual Meeting 2011, Providence, Rhode Island.

4. Cunkelman J, **Mueller E**, Brubaker L, Kenton K.  Can vaginal topography predict prolapse symptoms?  Poster presentation.  AUGS Annual Meeting 2011, Providence, Rhode Island.

5. Cunkelman J, **Mueller E**, Brubaker L, Kenton K.  Defining pelvic organ prolapse:  Correlation of symptoms with vaginal topography.  International Continence Society 41st Annual Meeting, 2011.  Glasgow, Scotland.

6.  Abernethy M, Davis C, Lowenstein L, **Mueller E**, Brubaker L, Kenton K.  Urethral afferent nerve function before and after pelvic reconstructive surgery.  St. Alberts Day, May 2011. Loyola University Medical Center, Maywood, IL.  May 2011.

7.  Shobeiri A, Quiroz L, **Mueller E**, Santor G, Wieczorek P, Stankiewicz A, Nihira M.  3-Dimensional Endovaginal Ultrasongraphic Imaging of Vaginal Masses.  ICS Annual Scientific Meeting, Abstract Submitted March 2011.

8.  Ramm O, **Mueller E**, Brubaker L, Lowenstein L, Kenton K.  Complex Repetitive Discharges are Common in Normal Women.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

9.  Abbasy S, May A, **Mueller E**, Brubaker L, FitzGerald M, Kenton K. Older Women Seeking Care for Pelvic Floor Disorders Report Similar Goals and Treatment Choices Compared to Younger Women. Short oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

10. Allen A, Shobeiri S, Zuiroz H, Santoro A, Wieczorek P, Stankiewicz A, **Mueller E**.  Ultrasound Phantoms in 3-Dimensional Endovaginal and Endoanal Pelvic Floor Imaging:  A Step Forward in Teaching Hands-On Pelvic Floor Imaging to a Large Group of Participants.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

11. Shobeiri S, Santoro A, Wieczorek P, **Mueller E**, Stankiewicz A, Battistella G. Interobserver and Interdisciplinary Reliability of 3D Endovaginal Ultrasound Assessment of Pelvic Floor Anatomy.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

12. Rickey L, Huang L, Litman H, Rahn D, **Mueller E**.  Risk Factors Associated with urge Incontinence in Women with Stress Urinary Incontinence.  Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

13. Lowenstein L, Rickey L, Kenton K, FitzGerald M, Brubaker L, Fordham J, **Mueller E**.  Reliability & Responsiveness of the Urgency Severity and Life Impact Questionnaire. Short Oral presentation, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

14. Tarr M, **Mueller E.**, Polcari A, Summers S, Kenton K. Development of a Robotic Surgical Training Curriculum for Gynecology & Urology Residents: Robotic Objective Structured Assessment of Technical Skills (ROSATS).  Poster, 2010 American Urogynecologic Society Annual Scientific Meeting,  Long Beach, CA.

15. Anger J, **Mueller E**, Tarnay C, Connor S, Pantuck A, Schulam P, Kwan L, Kenton K.  Methodology of the Abdominal Colpopexy:  Comparison of Endoscopic Surgical Strategies (ACCESS) Trial.  Female Pelvic Med Reconstr Surg 16(5S): S118 Poster 47, 2010

16. Anger J, **Mueller E**, Tarnay C, Connor S, Pantuck A, Schulam P, Kwan L, Kenton K.  Methodology of the Abdominal Colpopexy:  Comparison of Endoscopic Surgical Strategies (ACCESS) Trial.  Poster, 2010 American Urogynecologic Society Annual Scientific Meeting in Long Beach, California.

17. Lowenstein L, Rickey L, Kenton K, FitzGerald MP, Brubaker L, Tulke M, Fordham J, **Mueller E**. Test-Retest Reliability of the Urgency, Severity and Impact Questionnaire (USIQ) for Patients with Overactive Bladder. Poster, 2010 AUGS Annual Scientific Meeting in Long Beach, California.

18. Santoro GA, Wieczorek P, Shobeiri SA, **Mueller E**, Pilat J, Stankiewicz A, Battistella G.  Interobserver and interdisciplinary reliability of 3D endovaginal ultrasound assessment of pelvic floor anatomy.  Poster presentation, 2010 International Continence Society/ International Urogynecologic Association Scientific Meeting, Toronto, Canada.

19. Shobeiri S A, Quiroz L H, Santoro G, Wieczorek P, Stankiewicz A, **Mueller E** Ultrasound Phantoms in 3-dimensional endovaginal and endoanal pelvic floor imaging: A step forward in teaching hands-on pelvic floor imaging to a large group of participants. Poster presentation, 2010 International Continence Society/ International Urogynecologic Association Scientific Meeting, Toronto, Canada.

20. Shobeiri S A, Quiroz L H, Santoro G, Wieczorek P, Stankiewicz A, **Mueller E** Ultrasound Phantoms in 3-dimensional endovaginal and endoanal pelvic floor imaging: A step forward in teaching hands-on pelvic floor imaging to a large group of participants. Poster presentation, 2010 Annual Meeting of the International Continence Society, San Francisco, California.

21. Fok C, Ramm O, **Mueller E**, Brubaker L, FitzGerald MP, Kenton K.  Smoking among Urogynecology patients with genitourinary fistulas. St. Albert's Day, May 2010. Loyola University Medical Center, Maywood, IL.

22. Kenton K, Brubaker L, **Mueller E**. Urethral Innervation Better in Continent Women than Stress Incontinent Women. Poster, 2009 Annual Meeting of the International Continence Society, San Francisco, California

23. Lowenstein L, Kenton K, Brubaker L, **Mueller E**, Durazo-Arvizu R, Ladwig-Scott E, FitzGerald MP.  Solifenacin Objectively Decreases Urinary Urge Sensation in Women with OAB. Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

24. Abbasy S, Michelfelder A, Kenton K, **Mueller E**, Abbasy S, FitzGerald MP.  Home-based Hypnotherapy for Overactive Bladder.  Poster presentation, 2009 Annual Meeting of the International Continence Society, San Francisco, California.

25. **Mueller E.**  Urologic Issues in Urogynecology.  Invited Speaker, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

26. **Mueller ER**, Kenton K.  Diagnosis and Robotic Repair of Ureteral Structure Following an Intra-Operative Failed Open End to End Anastamosis.  Poster, 2009 Annual American Urologic Association meeting, Hollywood, Florida.

27. Kenton K, **Mueller E**, Lowenstein L, Brubaker L.  Urethral Function of Women with Detrusor Overactivity is Intermediate that of Continent and Stress Incontinent Women.  Oral presentation, 2009 Annual American Urologic Association meeting, Hollywood, Florida.

28. Tarr M, Wolfe R, Farooq A, **Mueller E**, Brubaker L, Kenton K.  Robot-assisted Laparoscopic Sacrocolpopexy versus Open Sacrocolpopexy: A Single Institution Retrospective Cohort of Perioperative and Short-Term Outcomes.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

29. Abbasy S, Lowenstein L, Durazo-Arvizu R, Fordham1 J, Pate P, **Mueller E**, Kenton K, Brubaker L, FitzGerald MP.  Lower Urinary Tract Sensation is Altered with Aging.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

30. Abbasy S, Tarr M, Pham T, Brubaker L, Kenton K, **Mueller E**.  Measurement of Transurethral Bladder Neck Distraction during Tension-Free Vaginal Tape Procedure.  Oral Presentation, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

31. Abbasy S, Pham T, Shoham D, Guichan C, FitzGerald MP, Kenton K, **Mueller E**, Brubaker L.  The Incidences of Urogenital Fistula and Trachelectomy have Decreased Despite the Rise of Laparoscopy Hysterectomy and Supracervical Hysterectomy Procedures.  Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida

32. Pham T, Burgart A, Kenton K, **Mueller E**, Brubaker L. Current use of Pelvic Organ Prolapse Quantification by AUGS and ICS Members. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

33. Pham T, Polcari A, Brubaker L, FitzGerald MP, **Mueller E**, Kenton K. Surgical Outcomes of Secondary Continence Surgeries. Poster, 2009 Annual American Urologic Association Meeting, Hollywood, Florida.

34. Kenton K, **Mueller E**, Brubaker L. Redesigning the Medical School Curriculum: A Surgeon's Perspective. Leischner Institute Medical Curriculum Lecture Series. April 24, 2009. Loyola University Medical School.

35. **Mueller E**.  Research for (Relatively) Normal Physician. Graduate Medical School Faculty Lecture. April 14th, 2009. Loyola University Medical School.

36. **Mueller E**. Executive Leadership. Loyola Leadership for Physicians. Invited Speaker. January 22, 2009. Loyola University Medical School.

37. **Mueller ER**.  Urodynamics: Take Home Message: Plenary Session IV. Invited Speaker, 2009 American Urological Association Annual Meeting, Chicago, Illinois.

38. **Mueller E**.  Urodynamics: Utilization Patterns Amongst Practitioners.  Invited Speaker, 2009 Society for Urodynamics & Female Urology Winter Meeting, Las Vegas, NV.

39. Tarr M, Kenton K, **Mueller E**, Brubaker L.  Poster, 2009 Society for Urodynamics & Female Urology Winter Meeting, Las Vegas, NV.

40. **Mueller, E**.  Defining the Educational Gap in Urodynamics Training Between Residency and the First 18 Months in Practice.  Podium Abstract, 2009 Society for Urodynamics & Female Urology Winter Meeting, Las Vegas, NV.

41. **Mueller E**.  Urodynamic Procedures are on the Rise.  Accepted for Podium Presentation, 2009 Annual American Urologic Association, Chicago, IL.

42. **Mueller E**.  Defining the Educational Gap in Urodynamics Training Between Residency and the First 18 Months of Practice.  Accepted for Podium Presentation, 2009 Annual American Urologic Association, Chicago, IL.

43. Zimmern P, Ghetti C, Nager C, **Mueller E**, Varner R, Litman H, Kusek J, Tennstedt S, Kraus S.  The Effect of Surgery for Stress Urinary Incontinence on Quality of Life in Women Enrolled in a Randomized Clinical Trial Comparing the Burch and Sling Procedures.  Poster, 2008 Annual Meeting of the American Urologic Association, Orlando, FL.

44. Fok Cy, FitzGerald MP, Turk T, **Mueller E**, Dalaza L, Schreckenberger P.  Reflex Testing of Male Urine Specimens Misses Few Positive Cultures, May Reduce Unnecessary Testing of Normal Specimens.  Poster, 2008 Annual Meeting of the American Urologic Association, Orlando, FL.

45. **Mueller ER**, Kenton K., Scapero HS, Winters CW. Urodynamic Training for Urology Residents: An Opportunity for Improvement. Podium 2008 Annual Meeting of the American Urologic Association, Orlando, FL, May, 2008.

46. Abbassy S, Lowenstein L, Pham T, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. Podium presentation, 2008 Annual Meeting of the American Urologic Association, Orlando, FL, May, 2008.

47. **Mueller ER**, Rogers RG, Kenton K.  "We are missing an opportunity to teach future primary care providers about female pelvic floor disorders." Society of Gynecologic Surgeons 34th Annual Scientific Meeting.  Savannah. April 14-16, 2008.

48. Lowenstein L, Hatchett L, Kenton K, Brubaker L, Durazo-Arvizu R, Goldman K, **Mueller ER**, FitzGerald MP. Urgency severity and bother questionnaire (USBQ) - a new validated questionnaire for the evaluation of urgency. Poster, 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

49. **Mueller ER**, Kenton K., Scapero HS, Winters CW. Urodynamic Training for Urology Residents: An Opportunity For Improvement. 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

50. Abbassy S, Lowenstein L, Pham T, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L. Urinary retention is uncommon after colpocleisis with concomitant midurethral sling. Podium presentation, 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

51. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Elliott C, Durazo R, **Mueller E**, Vardi Y. Validation of a real-time urodynamic measure of urinary urgency. Poster, 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

52. Lowenstein L, FitzGerald MP, Kenton K, G Pillar, Kenton K, **Mueller E**, Brubaker L. Consider a diagnosis of obstructive sleep apnea in patients with nocturia even when daytime overactive bladder syndrome is present. Poster, 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

53. Davis C, Kenton K, Lowenstein L, **Mueller E**, FitzGerald MP, Brubaker L. Sensory neural changes are present in the lower urinary tract of women after reconstructive pelvic surgery. Podium presentation, 2008 Annual Meeting of the Society for Urodynamics and Female Urology, Miami, FL, February 28-March2.

54. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Elliot C, Durazo R, **Mueller ER**, Vardi Y. Validation of a Real-Time Urodynamic Measure of Urinary Urgency. Central Association for Obstetrics and Gynecology. Chicago October 17-20, 2007.

55. Lowenstein L, Brubaker L, Pillar G, Kenton K, **Mueller ER**, FitzGerald MP. Consider a Diagnosis of Obstructive Sleep Apnea in Patients with Nocturia, Even When Daytime Overactive Bladder Syndrome is Present. Central Association for Obstetrics and Gynecology. Chicago October 17-20, 2007.

56. Lowenstein L, Kenton K, FitzGerald MP, **Mueller ER**, Brubaker L. In women with mixed incontinence, urge incontinence episode frequency is the only predictor of QOL. Central Association for Obstetrics and Gynecology. Chicago October 17-20, 2007.

57. Lowenstein L, Brubaker L, Pillar G, Kenton K, **Mueller ER**, FitzGerald MP. Consider a Diagnosis of Obstructive Sleep Apnea in Patients with Nocturia, Even When Daytime Overactive Bladder Syndrome is Present. American Urogynecology Society Annual Meeting, Fort Lauderdale, FL, September 2007.

58. Lowenstein L, FitzGerald MP, Kenton K, Brubaker L, Gruenwald I, Elliot C, Durazo R, **Mueller ER**, Vardi Y. Validation of a Real- Time Urodynamic Measure of Urinary Urgency. Urogynecology Society Annual Meeting, Fort Lauderdale, FL, September 2007.

59. Gracia J, Lowenstein L, **Mueller ER**, Kenton K, FitzGerald MP, Brubaker L,. Sexual Activity and Quality of Life Do Not Impact Treatment Choice In Women With Prolapse Cancun Mexico June 12-16, 2007.

60. Lowenstein L, Yashika Dooley**,** Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. Leakage at Low Volumes is Associated with Increased Severity and Impact in Women with Detrusor Overactivity. Cancun Mexico June 12-16, 2007.

61. **Mueller E**, Wei J, Nygaard I, Brubaker L,  Varner E., Visco A, Cundiff G, Weber A, Getti C., Kreder K,. Correlation of Voiding Variables between Non-instrument Uroflowmetry and Pressure-flow Studies in Women with Pelvic Organ Prolapse. American Urology Association, Anaheim California May 19-24, 2007

62. **Mueller E**, Nygaard I, Kreder K, Brubaker L, Goode P, Visco A, Weber AM, Cundiff G, Wei J. Does Urethral Competence Affect Urodynamic Voiding Parameters in Women with Prolapse? American Urology Association, Anaheim California May 19-24, 2007

63. Gracia J, Lowenstein L, **Mueller ER**, Kenton K, FitzGerald MP, Brubaker L,. Sexual Activity and Quality of Life Do Not Impact Treatment Choice In Women With Prolapse. American Urology Association, Anaheim California May 19-24, 2007

64. Lowenstein L**,** Pierce K**,** Dooley Y**,** Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. The Effect of Surgical Consultation on Patient Selected Goals. 33rd Annual Meeting of the Society of Gynecologic Surgeon's scientific meeting in Orlando, Florida April 12-14, 2007.

65. Lowenstein L, Yashika Dooley**,** Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. Leakage at Low Volumes is Associated with Increased Severity and Impact in Women with Detrusor Overactivity, but not Stress Incontinence. 33rd Annual Meeting of the Society of Gynecologic Surgeon's scientific meeting in Orlando, Florida April 12-14, 2007.

66. Kenton K, Pham T, **Mueller E**, FitzGerald MP, Brubaker L. Patient Readiness: Important Predictor of Surgical Outcome. (Oral presentation) 33rd Annual Meeting of the Society of Gynecologic Surgeon's scientific meeting in Orlando, Florida April 12-14, 2007.

67. Rickey L, Graziano S,  Lowenstein L**, Mueller E**, Summers S, Kenton K Clinical Anatomy and Surgical Skills Training (CASST): Assessment of Learners. Orlando, Florida April 12-14, 2007.

68. **Mueller E**, Nygaard I, Kreder K, Brubaker L, Goode P, Visco A, Weber A, Cundiff G, Wei J. Does Urethral Competence Affect Urodynamic Voiding Parameters in Women with Prolapse? Society of Female Urology and Urodynamics Annual Meeting, San Diego California February 2007

69. Lowenstein L, Yashika Dooley**,** Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. Urodynamic stress incontinence at low bladder volume is not associated with decreased quality of life or surgical failure. 2007 Annual meeting Society for Urodynamics and Female Urology SUFU Meeting.  February 21-24, San Diego, California.

70. Lowenstein L**,** Dooley Y**,** Kenton K, Rickey L, FitzGerald MP, **Mueller E**, Brubaker L. Do patient self-reported goals correlate with PFDI scores and bother? 27 [th] Annual meeting of American Urogynecology Society, 2006, October 19-21, Palm Springs, California.

71. Lowenstein  L, Dooley Y, Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. How Are Patient's Goals Related to Quality of Life?  American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA.  October 2006.

72. Garcia J, Undevia N, Kenton K, **Mueller E**, FitzGerald MP. Nocturia As Clinical Predictor of Obstructive Sleep Apnea. American Urogynecologic Society 27th Annual Scientific Meeting.  Palm Springs, CA.  October 2006.

73. Lowenstein L, Dooley Y, Kenton K, Rickey L, FitzGerald MP, **Mueller E**, Brubaker L. Are women who leak at lower volumes more bothered by incontinence? Central Association for Obstetrics and Gynecology, 2006 October 18-21, Las Vegas, Nevada.

74. Lowenstein L, Yashika Dooley, Kenton K, FitzGerald MP, **Mueller E**, Brubaker L. Do patient self-reported goals correlate with PFDI scores and bother? 31 Annual Meeting of the International Urogynecological, 2006 6-9 September, Athens, Greece.

75. **Mueller ER**, Kenton KS, Rooney K, Shott S, Brubaker L.  Isolated Cystocele Repair May Undertreat Apical Prolapse.  31st Annual International Urogynecologic Association Meeting. Athens, Greece. September 2006.

76. Rooney K, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L. Can advanced stages of anterior or posterior vaginal wall prolapse occur without apical involvement?  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ. April 2006.

77. Kenton K, Graziano S, **Mueller E**, Summers S, Rickey L, Oldham L, Pombar X, Turner F, Darrell B.  F Clinical Anatomy and Surgical Skills Training (CASST): A multidisciplinary, multicenter program.  Society of Gynecologic Surgeons 32nd Annual Scientific Meeting. Tucson, AZ.  April 2006.

78. Rooney K, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L.  Isolated cystocele repairs may undertreat apical prolapse.  AUA Annual Meeting Podium Presentation, Atlanta, Georgia, 2006

79. Rooney K, **Mueller E**, Kenton K, FitzGerald MP, Brubaker L.  Isolated cystocele repairs may undertreat apical prolapse.  Society of Gynecologic Surgeons, Tuscon, Az, 2006

80. **Mueller ER**, Mahajan S, Brubaker LB, FitzGerald MP, Kenton KS.  Urethral sphincter function in advanced pelvic organ prolapse.   AUA Annual Meeting Podium Presentation, San Antonio, Texas, May 2005

81. **Mueller ER**, Mahajan S, Brubaker LB, FitzGerald MP, Kenton KS.  Striated sphincter activity is not affected by pelvic organ prolapse despite changes in MUCP.  Podium presentation. North Central Section of the American Urologic Association, Palm Beach, Florida. October 2004

82. **Mueller E**, Kenton K, FitzGerald M, and Brubaker L. Striated Urethral Sphincter Activity is not Affected by Pelvic Organ Prolapse Despite Changes in Maximal Urethral Closure Pressure.  International Continence Society Annual Meeting.  Paris, France.  August 2004.

83. Latini JM, **Mueller E**, Lux MM, FitaGerald MP, Kreder KJ. Voiding Frequency in a Sample of Asymptomatic American Men. Journal of Urology. 172(3):980-4, 2004 Sep.

84. **Mueller ER**, Mahajan S, Brubaker LB, FitzGerald MP, Kenton KS.  Striated sphincter activity is not affected by pelvic organ prolapse despite changes in MUCP.  Podium presentation. International Continence Society, Paris France. August 2004

85. **Mueller ER**, Latini J, Lux M, Stablein U, Brubaker L, Kreder K, FitzGerald MP.  Gender differences in 24-hour urinary diaries of asymptomatic adults.  Society for Urodynamics and Female Urology. Phoenix, AZ.  Feb 2004

86. **Mueller ER**, Latini J, Lux M, Stablein U, Brubaker L, Kreder K, FitzGerald MP.  Gender differences in 24-hour urinary diaries of asymptomatic adults.  ICS 2003 Scientific Program Podium Presentation, Florence, Italy, Oct 2003

87. Kenton K, **Mueller E**, and Brubaker L.  In your dreams:  a sliding bladder hernia.  American College of Obstetricians & Gynecologists 50th Annual Clinical Meeting.  "Stump the Professors".  Los Angeles, CA.  May 2002.

**Research Thesis:**

1. **Mueller ER.** "Advanced Pelvic Organ Prolapse Does Not Affect Urethral Sphincter Neuromuscular Activity". Fellowship thesis, Female Pelvic Medicine and Reconstructive Surgery, Loyola University Medical Center, 2005

2. **Mueller ER.,** "A critical evaluation of the characteristic recovery time as an index of red blood cell membrane viscoelastic properties". M.S. thesis, Department of Mechanical Engineering, Washington University, St. Louis, 1988.

**Case Report & Letters:**

1. Lowenstein L. McClung C. **Mueller E**. Periurethral leiomyoma. [Case Reports. Journal Article] Israel Medical Association Journal: Imaj. 9(1):54, 2007 Jan.

2. Lowenstein L, Dooley Y, Kenton K, **Mueller E,** Brubaker L.  Neural pain after uterosacral ligament vaginal suspension.  Int Urogyn J 18(1):109-110.

3. **Mueller ER**, Kenton KS, Brubaker LT.  "Bilateral sliding hernia of the bladder presenting as pelvic pain". Inter Urogyn J, 15(1): 51-2, 2004.