EXHIBIT D

Elizabeth Mueller, MD, MSME, FACS

```
 1            IN THE UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON
 2
 3      -------------------------    )
        IN RE:  ETHICON, INC.,       ) Master File No.
 4      PELVIC REPAIR SYSTEM         ) 2:12-MD-02327
        PRODUCTS LIABILITY           )
 5      LITIGATION                   ) MDL 2327
        -------------------------    )
 6                                   ) JOSEPH R. GOODWIN
        THIS DOCUMENT RELATES TO     ) U.S. DISTRICT JUDGE
 7      ALL WAVE 4 AND SUBSEQUENT    )
        WAVE CASES AND               )
 8      PLAINTIFFS:                  )
                                     )
 9      Connie Thate                 )
        Case No. 2:12cv04144         )
10                                   )
        -------------------------    )
11
12
13           GENERAL EXPERT DEPOSITION OF
14        ELIZABETH MUELLER, M.D., MSME, FACS
15              **TVT and TVT-O**
16
17                March 11, 2017
18               Rosemont, Illinois
19
20
21
22
23          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

Elizabeth Mueller, MD, MSME, FACS

```
1    Exact?

2         A.    Yes.

3         Q.    Are you able to split, you know, give me

4    a number for each?

5         A.    No.

6         Q.    What do you currently use?

7         A.    TVT Exact.

8         Q.    Why do you use TVT Exact over the TVT

9    original?

10        A.    Well, I like the smaller -- I like the

11   smaller introducer.

12        Q.    So, the smaller trocar?

13        A.    The smaller trocar.

14        Q.    What is the diameter of the trocar for

15   the TVT Retropubic original?

16        A.    I have no idea.

17        Q.    And the TVT Exact is a 3 millimeter

18   trocar, is that correct?

19        A.    It sounds right.

20        Q.    Would the TVT Retropubic trocar be

21   around 4 to 5 millimeters?  A fair estimate?

22        MS. SCHMID:  Objection; foundation.  Go ahead.

23   BY THE WITNESS:

24        A.    I don't know.  I think it's a little bit
```

Elizabeth Mueller, MD, MSME, FACS

1    TVT Retropubic slings, do you do it under general

2    anesthesia?

3         A.    It depends.

4         Q.    Do you do it under just local sometimes?

5         A.    Never.

6         Q.    So, when you say "It depends," what do

7    you mean by that?

8         A.    Well, there is spinal anesthesia, too.

9         Q.    So, you either use spinal or general

10   anesthesia?

11        A.    That's correct.

12        Q.    And what about local, do you do local in

13   addition to spinal?

14        A.    Yes.

15        Q.    And general?

16        A.    Yes.

17        Q.    Doctor, I know that in your report you

18   talk about mechanically-cut mesh as well as

19   laser-cut mesh.

20             Do you know how many mechanically-cut

21   mesh that you've implanted?

22        A.    No.

23        Q.    What about the laser-cut mesh?

24        A.    No.

Elizabeth Mueller, MD, MSME, FACS

1      Q.      Do you have a percentage between the

2   two?

3      A.      No.

4      Q.      So, you don't make a concerted effort to

5   determine which kind of mesh you're implanting?

6      A.      You know, there is not a thing in the

7   literature that suggests that that makes any

8   difference.  So, no, that's not something that I

9   look at.

10      Q.      Doctor, would you -- do you believe that

11   mechanically-cut mesh can fray prior to

12   implantation?

13      A.      I don't -- I don't have that much of an

14   opinion on it.

15      Q.      When you implanted the mechanically-cut

16   mesh, was it clear or blue?

17      A.      I don't remember.

18      MS. SCHMID:  If you know.

19   BY MS. LIU:

20      Q.      Currently the mesh that you're

21   implanting is blue, is that correct?

22      A.      That's correct.

23      Q.      Do you remember implanting clear mesh?

24      A.      I -- I'm -- I don't know.

Elizabeth Mueller, MD, MSME, FACS

1    that's, you know -- the plastic that's around it.

2    And I implant those myself.  I haven't seen blue

3    particles when I pull the sheaths out.  So, I

4    haven't seen blue particles.

5         Q.    And, Doctor, you say that you have been

6    using TVT Exact pretty much since it came out, is

7    that correct?

8         A.    I don't know.  I don't know when it was,

9    so I can't say if it's when it came out.

10        Q.    And the TVT Exact uses the laser-cut

11   mesh, is that correct?

12        A.    You would have to tell me.

13        MS. SCHMID:  Objection; foundation.

14   BY THE WITNESS:

15        A.    You would have to tell me that.  I

16   don't.

17   BY MS. LIU:

18        Q.    So, you're not aware of whether or not

19   the TVT Exact uses laser-cut mesh or

20   mechanically-cut mesh?

21        A.    No.

22        Q.    And, Doctor, I want to go through the

23   process of how the mesh is handed to you.

24              You mentioned once it's taken out of the

Elizabeth Mueller, MD, MSME, FACS

1                    meant for you to use different

2                    introducers than the ones that's

3                    attached, is it?)

4    BY THE WITNESS:

5        A.    I guess not.  I don't -- I don't

6    understand what this is about.  I'm not -- I have

7    placed the sling every day.

8            I am, by the way, an engineer and have a

9    Master's Degree in engineering.

10           All I do is pass the sling behind the

11   pubic bone.

12   BY MS. LIU:

13       Q.    And, Doctor, I'm just asking some

14   questions about whether or not, since -- okay.

15   Let's strike that.

16           Doctor, you're -- you have a Master's

17   Degree in engineering, correct?

18       A.    That's right.

19       Q.    And as far as an engineer goes, have you

20   ever designed a trocar?

21       A.    No.

22       Q.    And if you could design a trocar,

23   Doctor, would you use your own trocar, take the TVT

24   mesh off of the trocar that it's attached to and

Elizabeth Mueller, MD, MSME, FACS

1    in mechanical engineering, correct?

2        A.    That's right.

3        Q.    Doctor, when you -- strike that.

4              How many years did you work as an

5    engineer?

6        A.    Six.

7        Q.    And based on your report, it looks like

8    you were a manufacturing engineer, is that correct?

9        A.    No.  I was a manufacturing manager, but

10   I had specific engineering responsibilities.

11       Q.    And as far as the engineering

12   responsibilities go, was it more from a production

13   standpoint or design standpoint?

14       A.    It was from a production standpoint.

15       Q.    Did you design any products during your

16   time as an engineer?

17       A.    No.

18       Q.    And, Doctor, with your engineering

19   background, have you designed any mesh devices?

20       A.    No.

21       Q.    And when you were an engineer, was it an

22   engineering in a medical device product?

23       A.    No.

24       Q.    What was the product that you were

Elizabeth Mueller, MD, MSME, FACS

1    working on?

2         A.    It was dishwashing -- Cascade -- it was

3    for Procter & Gamble.  So, I worked in high-speed

4    manufacturing.

5         Q.    And it was, you said, Cascade

6    dishwashing liquid?

7         A.    That was the final job.

8         Q.    Was it with Procter & Gamble your entire

9    career as an engineer?

10        A.    That's correct.

11        Q.    So, Doctor, you don't have any

12   experience designing mesh products, is that

13   correct?

14        A.    No, I don't.

15        Q.    Doctor, have you only ever used the

16   Gynecare TVT products for slings?

17        A.    No.  I think there was -- I just said

18   that, that there was a period in which we didn't

19   use Gynecare products for slings.  I don't remember

20   what was the manufacturer.  It was a short-lived

21   experience at Loyola, and it had to do with cost

22   concerns when we were bought by Trinity.

23        Q.    Do you remember how long ago this was?

24        A.    I don't.

Elizabeth Mueller, MD, MSME, FACS

1    might be a recurrence and someone would have to do

2    another surgery that's close by.

3            So, I just choose not to use it then.

4       Q.    And, Doctor, you've reviewed the IFU for

5    the TVT Retropubic, is that correct?

6       A.    You know, I don't typically review IFUs.

7    So, I can't ever remember -- I remember the first

8    time that I wrote an operative note.  I went

9    through the IFU just looking at it, but that wasn't

10   how I decided to put the sling in.

11           So, I don't typically read IFUs, no.

12      Q.    And, Doctor, did you review the IFU

13   prior to putting together your expert report?

14      A.    There was -- I glanced at a couple IFUs.

15   But, again, I -- I was going to read it.  I know

16   that that's one of the big legal issues.  But then

17   I thought I would just reflect what truly has been

18   my practice, that I don't read device IFUs.

19           I base my decisions off of the way I was

20   taught, the way I teach, and the clinical trials

21   I've participated in.

22      Q.    Doctor, do you know whether it is a

23   contraindication in the IFU that somebody has had a

24   tumor at the bladder neck or any of those other

Elizabeth Mueller, MD, MSME, FACS

1    procedures that you had described as

2    contraindicated for the TVT sling?

3         MS. SCHMID:  Objection; form, foundation.  Do

4    you have a copy of the IFU for the doctor?

5         MS. LIU:  I do not.

6         MS. SCHMID:  Okay.

7    BY THE WITNESS:

8         A.    I don't know.

9    BY MS. LIU:

10         Q.    And, Doctor, so, in drafting your

11    report, you did not rely on the IFU, is that

12    correct?

13         A.    No, I wouldn't rely on the IFU.

14         Q.    And not even for the expert opinion that

15    you have provided?

16         A.    No.

17         Q.    And, Doctor, you've never drafted an IFU

18    before, have you?

19         A.    No.

20         Q.    Would you consider yourself an IFU

21    expert?

22         A.    I don't really know what you even mean

23    by an IFU.  I mean, Instructions for Use.  So, no,

24    I wouldn't consider myself a -- I consider myself a

Elizabeth Mueller, MD, MSME, FACS

1    surgical teacher and a teacher expert, but I'm not

2    an IFU expert.

3         Q.    You've never drafted any kind of

4    labeling for a medical device --

5         A.    No.

6         Q.    -- is that correct?

7         A.    No, I have not.

8         Q.    Have you ever given any opinions to a

9    medical device company as to what they needed in

10   their IFU?

11        A.    No.

12        Q.    Doctor, you provided two reliance lists

13   for your expert report.  Do you recall that?

14        A.    Yes.

15                  (WHEREUPON, certain documents were

16                  marked Mueller (TVT/TVT-O) Exhibit

17                  No. 5, General Reliance List in

18                  Addition to Materials Referenced in

19                  Report, MDL Wave 4, and No. 6,

20                  Supplemental General Reliance List

21                  in Addition to Materials Referenced

22                  in Report, MDL Wave 4.)

23   BY MS. LIU:

24        Q.    Doctor, I'm handing you what I have

Elizabeth Mueller, MD, MSME, FACS

1      Q.    I just want to ask in general did you

2   read everything?

3      A.    I didn't read everything.

4      Q.    Did you read the internal documents?

5      A.    I did not.

6      Q.    Did you read the company witness

7   depositions?

8      A.    No.

9      Q.    So, would it be fair to say that you did

10   not rely on any internal company documents in

11   drafting your report?

12      A.    That would be fair to say that.

13      Q.    And would it be fair to say that you did

14   not rely on any of the corporate witness

15   depositions?

16      A.    That's right.  I did not rely on those.

17      Q.    Do you know why they're on your reliance

18   list?

19      A.    I suppose.  I don't know.

20      Q.    Doctor, do you know how the company

21   documents were selected to be provided to you?

22      A.    I have -- I don't know.

23      Q.    And have you reviewed any of them?

24      A.    No.

Elizabeth Mueller, MD, MSME, FACS

1      Q.     Do you believe that companies would put

2   less information in their IFUs than what is

3   necessary?

4      A.     No.

5      MS. SCHMID:   Objection; form, foundation.

6   BY THE WITNESS:

7      A.     No, I don't believe that.  I just don't

8   believe that it's in any kind of context.  So, it

9   doesn't -- physicians don't read IFUs I believe.

10     Q.     And --

11     A.     So, I don't -- I can't comment on what

12   should be in an IFU or what is in an IFU because

13   it's not something I'm reading.  It's not something

14   I'm teaching and I'm certainly not teaching people

15   to read.

16            I'm teaching them to go to the

17   literature, read about what your -- what procedures

18   are indicated, and there is plenty of literature

19   for us to understand what to do for patients.

20     Q.     Now, you stated that you started using

21   slings for this TOMUS trial, correct?

22     A.     That's correct.

23     Q.     And you never used them prior to the

24   TOMUS trial?

Elizabeth Mueller, MD, MSME, FACS

```
 1        A.    No, no.

 2        Q.    Doctor, do you believe that the TVT

 3   sling can degrade?

 4        A.    No.

 5        Q.    And how have you come to that

 6   conclusion?

 7        A.    I've come to that conclusion based on

 8   work.

 9              So, when we started, when Dr. Brubaker

10   was over at Rush, this was before I was even in the

11   fellowship program, they were always using fascial

12   slings for sacral colpopexy.  Well, they were using

13   mesh for sacral colpopexy and they were using

14   fascial slings for -- they were using fascial

15   slings for stress incontinence.

16              I'm sorry.  I'm just fading a little

17   bit.

18              And, so, they went to a meeting and they

19   found that people were using cadaveric tissue to do

20   slings and to do sacral colpopexy.

21              So, Dr. Brubaker, based on that data,

22   changed her practice and put in something like 35

23   slings that were cadaveric and put in a bunch of

24   sacral colpopexies that were cadaveric.
```

Elizabeth Mueller, MD, MSME, FACS

1    Q.    So, Doctor, what you've described, I

2  believe, in the cadaveric slings were --

3    A.    Okay.

4    Q.    -- you're talking about the material

5  being absorbed into the woman's body, is that

6  correct?

7    A.    I'm talking about being degraded.

8    Q.    So, that's your terminology for

9  degradation?

10    A.    Right.

11    Q.    So, if the surface of the TVT is cracked

12  or peeled or blistered, do you consider that to be

13  degradation?

14    MS. SCHMID:   Objection.

15  BY THE WITNESS:

16    A.    No.

17    MS. SCHMID:   Form.

18  BY THE WITNESS:

19    A.    First, we don't see that.  When we take

20  a look at electron microscopy images where instead

21  of leaving the little protein coating that's on --

22  you know, if you spit on something and if you spit

23  on like plastic and it dries, there is a film on

24  it.  That doesn't mean that the plastic has made

Elizabeth Mueller, MD, MSME, FACS

1     that itself.  If you wash that off, then it's gone.

2                And there is nice images that show that

3     that little protein layer is what people thought

4     was disintegrating and actually the mesh is intact.

5                So, no, I don't believe that it's

6     disintegrating or degrading, excuse me, was the

7     word you used.

8          Q.    Have you looked at explanted mesh under

9     microscope?

10         A.    I haven't.

11         Q.    So, you haven't cleaned the mesh to look

12    at it, correct?

13         A.    Well, I would have to say that it

14    wouldn't be something -- we can't appreciate on

15    your version of degradation under a microscope.  It

16    has to be done under an electron microscope.  Not

17    even a microscope sees what you're talking about.

18                So, when you look at images of electron

19    microscopy where the mesh has been put into

20    solutions that degrade, that protein layer, we see

21    an intact mesh.

22         Q.    And, Doctor, do you believe that the TVT

23    sling is an inert material?

24         A.    Yes.

Elizabeth Mueller, MD, MSME, FACS

```
1          Q.    And that's why you also don't believe
2     that it degrades, is that correct?
3          A.    Yes.
4          Q.    Do you know whether or not there are
5     antioxidants added to the TVT prior to its
6     manufacture?
7          A.    I don't --
8          MS. SCHMID:  Objection; foundation.
9     BY THE WITNESS:
10         A.    I don't know if there is antioxidants
11    added.
12    BY MS. LIU:
13         Q.    So, you've never -- you've never come
14    across materials that say that there are
15    antioxidants that are added to the TVT, correct?
16         MS. SCHMID:  Same objection.  Go ahead.
17    BY THE WITNESS:
18         A.    No.
19    BY MS. LIU:
20         Q.    Now, if there are antioxidants added to
21    the TVT to prevent it from, as you would call it,
22    degrading or from it having an inert property,
23    would you be concerned with what those antioxidants
24    are?
```

Elizabeth Mueller, MD, MSME, FACS

```
 1        MS. SCHMID:  Objection; form, foundation.
 2    BY THE WITNESS:
 3        A.    No.  Again, when I put Prolene sutures
 4    in people or when I use a Prolene mesh and I go
 5    back later or I'm taking it out or I'm visualizing
 6    it on ultrasound, I'm not seeing degradation,
 7    curling, coiling, unbraiding, all of those things.
 8            So, while they might be phenomena that
 9    happen in a laboratory, they might be phenomena
10    that people are pontificating around, when it comes
11    to clinical trials and taking care of women, these
12    are not the things that are making an impact and
13    results.
14            We never looked at the fascial sling
15    like this.  We never looked at the Burch
16    urethropexy, which, by the way, used Gore-Tex
17    sutures and Prolene sutures.
18            So, when we look at surgical outcomes,
19    these are not factors that are making a difference.
20        Q.    Now, Doctor, we've established earlier
21    that when you did your ultrasounds, you did not
22    measure the width of the sling in the retropubic
23    space, correct?
24        A.    That's correct.
```

Elizabeth Mueller, MD, MSME, FACS

1   statistically significant difference. But not now.

2        Q.     Doctor, do you know whether or not

3   Ethicon internally thought about putting out a

4   lighter weight mesh?

5        A.     I have no idea.

6        MS. SCHMID:  Objection; form, foundation.

7   BY THE WITNESS:

8        A.     Yeah, I've already testified that I did

9   not read any of the internal documents.  So, I have

10  no sense of what the internal workings have been of

11  Ethicon.

12  BY MS. LIU:

13       Q.     Do you know whether or not in your

14  discussions in the past with Ethicon that they

15  believed that the polypropylene was not inert?

16       MS. SCHMID:  Objection; form, foundation.

17  BY THE WITNESS:

18       A.     I'd like to -- I don't know what you

19  mean by my discussions with Ethicon.  I've never

20  been a consultant with Ethicon.

21              I've never talked with them about their

22  product other than conversations at conventions

23  where I am having a drink and barely paying

24  attention to what anybody is saying besides myself.

Elizabeth Mueller, MD, MSME, FACS

1    product, correct?

2        A.    Never.

3        Q.    Now, Doctor, why did you not review any

4    of the internal documents in drafting your paper?

5        A.    You know, I felt when I sat down and

6    started this work and I was going to make comment

7    about the care of patients and what was happening

8    to them, that I could only stay within the realm of

9    what is my experience and understanding and that

10   that's what I was being asked to do.

11           I can't possibly understand what those

12   documents mean or what in context they are.

13           I can understand this world.  This is my

14   world.  This is the world I publish in.  This is

15   the world I talk in.  These are the patients I am

16   treating and caring for.

17           So, I kept my understanding to the world

18   I live in, and I think that's important.

19       Q.    And you don't believe that the people

20   who actually designed or tested the product, their

21   input would make any difference in your opinion?

22       A.    Well, I'm being deposed as an expert

23   witness and the only expert part of me is the

24   doctor part of me.  All that other stuff, I'm not

Elizabeth Mueller, MD, MSME, FACS

1    an expert on.  I don't even understand it when I'm

2    reading it.

3              So, I would help no one.  I wouldn't

4    help you in your case.  I certainly wouldn't help

5    Ethicon in their case by what are my

6    interpretations.  I have no idea what I'm reading.

7         Q.    So, anything dealing with the design,

8    the pore size, the weight, none of that is in your

9    purview, is that correct?

10        A.    That's correct, because what I'm looking

11   at is when that mesh was put in patients, and we

12   look, did it help them with their symptoms and what

13   were the complications, that's all that matters to

14   me.

15             Independent of all this stuff that went

16   into the black box over here, I'm looking at what

17   was the outcome.  And -- yeah.

18        Q.    So, you're specifically -- your report

19   is based on clinical outcomes, your clinical

20   outcomes, is that correct?

21        A.    Not my clinical outcomes.  The clinical

22   outcomes of my field that's reported in the

23   international and national literature.

24        Q.    Now --

Elizabeth Mueller, MD, MSME, FACS

1      Q.     Yes, Doctor.

2      A.     Great.

3      Q.     So, you never compared the differences

4   between any of the IFUs that Ethicon put out,

5   correct?

6      A.     I did not, but I read the testimony of

7   other physicians who have talked about that in

8   detail.

9      Q.     Now, Doctor, you also testified that you

10  have never been to any of the professional

11  education courses, correct?

12     A.     I haven't been to ones where they were

13  teaching how to pass a sling.  I have been, of

14  course, in the room when we are doing like, let's

15  say, an AUGS course and at an AUGS course they have

16  borrowed somebody's models or they have got

17  pelvises or they have got slings and they're right

18  next door doing something while I am teaching them

19  how to do a Burch or how to do to a ureteral

20  repair.  So, those things get really fuzzy

21  sometimes, you know.

22     Q.     Have you reviewed professional education

23  materials that Ethicon has put out?

24     A.     No.

Elizabeth Mueller, MD, MSME, FACS

1      Q.     Have you heard of the Surgeon's

2  Monograph that Ethicon put out?

3      A.     No.  I've heard of Surgeon's Monographs

4  in general, but I haven't heard of Ethicon's or

5  read it.

6      Q.     Okay.  I would like you to turn to

7  page 9 of your expert report.

8      A.     Yes.

9      Q.     If you look at -- this is -- actually,

10  if you turn to page 8, you will see that this falls

11  under "Medical Opinions."

12      A.     Yes.

13      Q.     And do you see that the opinion, the

14  No. 6 opinion that you have, states, "The IFUs,

15  monographs and professional education materials for

16  TVT and TVT-O adequately and accurately reflect the

17  complications specific to the device that are

18  described in the medical literature."

19            So, Doctor, how can you make this

20  opinion when you haven't reviewed the materials?

21      A.     That's true.

22      Q.     So, at this point in time, Doctor, can

23  you make an opinion at all as to the materials that

24  were provided by Ethicon to the doctors as to

Elizabeth Mueller, MD, MSME, FACS

```
 1    whether or not they were sufficient?

 2         A.    No.

 3         Q.    And, Doctor, you spent a total of 19 --

 4    I'm sorry.  Strike that.

 5              Doctor, you spent a total of 18 hours

 6    preparing for the TVT and TVT-O general report, is

 7    that correct?

 8         A.    That's true.

 9         Q.    And did that encompass all the time that

10    you reviewed medical literature?

11         A.    Yes.

12         Q.    And it included the entire time that you

13    drafted the report?

14         A.    Yes, and read.  I mean, you know, even

15    though they are studies I'm familiar with, to sit

16    down and read them and try to categorize or

17    hole-punch them and put them into a binder, those

18    things, things take time.

19         Q.    And that was just in generating this

20    particular report?

21         A.    Yes.  The general report.

22         Q.    And, Doctor, if you will look at your

23    report again and it's No. 7 on page 9.

24              Your opinion that there was insufficient
```

Elizabeth Mueller, MD, MSME, FACS

1    versus laparoscopic sacral colpopexy.

2            This was a study that was awarded to Kim

3    Kenton and myself at Loyola and also to Jennifer

4    Anger at UCLA.

5            And when we sat down to start designing

6    the trial, we had to agree on a single mesh and at

7    the time we were using the Gynecare mesh.  They

8    were using the Mpathy mesh.  Pamela Moalli's work

9    had come out about the Mpathy mesh.  And, so, we

10   just decided that we would go with what UCLA had

11   moving forward and made that transition.

12           And I haven't handled that mesh or seen

13   that mesh for years now.  I mean, probably we did

14   that in, I don't remember, maybe 2009 or 2010.  So,

15   I don't have much of a memory of it.

16       Q.    And I believe we talked about a little

17   bit about the fact that you don't really have an

18   expertise as far as whether the TVT sling should be

19   lighter weight or larger pore, is that correct?

20       A.    I don't.

21       Q.    So, you don't hold yourself as a

22   materials design expert, correct?

23       A.    Not on mesh, no.

24       Q.    Doctor, have you heard of the TOPA mesh?

Elizabeth Mueller, MD, MSME, FACS

```
1        A.    Excuse me?

2        Q.    The TOPA, T-O-P-A?

3        A.    I haven't.

4        Q.    Give me one second here.

5              Doctor, if you will turn to page 24 of

6   your report.

7        A.    Yes.

8        Q.    Do you see in the middle of that first

9   paragraph there where you --

10       MS. SCHMID:  Hold on one second, counsel.  I

11  just want to get to page 24.

12  BY MS. LIU:

13       Q.    Are you there, Doctor?

14       A.    Yes.

15       Q.    Do you see the sentence where it starts

16  with "Ethicon conducted testing on a lighter

17  weight, larger pore, partially absorbable sling,

18  but it failed multiple cadaver labs"?

19       A.    Yes.  I didn't know the name of that was

20  TOPA.

21       Q.    And, Doctor, this is -- you cite an

22  internal memo with a Bates number.

23             Now, you testified earlier that you

24  never looked at any internal documents?
```

Elizabeth Mueller, MD, MSME, FACS

1         A.    I did look at that one.  I'm sorry.

2         Q.    So, you did look at one?

3         A.    Excuse me.  I'm sorry.

4         Q.    Okay.  And, Doctor, do you know why

5    Ethicon was looking to develop a lighter weight

6    partially absorbable mesh?

7         MS. SCHMID:  Objection; foundation.

8    BY THE WITNESS:

9         A.    I don't know.  But I think there was --

10   when I read in the literature about like what makes

11   the perfect mesh and what -- many people have

12   talked about an absorbable coating, that somehow

13   there was absorption, then there would be more

14   ingrowth and maybe less inflammation.  So, that's

15   what I assumed.

16            I have seen that with a couple different

17   companies that have been trying to do that.

18   BY MS. LIU:

19        Q.    And, Doctor, you expect to see an acute

20   chronic body -- I'm sorry.  Strike that.

21            You expect to see acute inflammation

22   after placing a sling, is that correct?

23        A.    I expect to see acute inflammation after

24   I do any surgery.  The minute I put my scissors in