**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**MICHAEL KARRAM, M.D. FOR WAVE 4**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Michael Karram for Ethicon Wave 1, Dkt. 2091 (motion), 2092

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Michael

Karram's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13 2017                         Respectfully submitted,


                                             /s/ Edward A. Wallace
                                             Edward A. Wallace
                                             Wexler Wallace LLP
                                             55 W Monroe Street, Suite 3300
                                             Chicago, Illinois 60603
                                             T. (312) 346-2222
                                             F. (312) 346-0022
                                             E. eaw@wexlerwallace.com

                                             Bryan F. Aylstock, Esq.
                                             Renee Baggett, Esq.
                                             Aylstock, Witkin, Kreis and Overholtz, PLC
                                             17 East Main Street, Suite 200
                                             Pensacola, Florida  32563
                                             T. (850) 202-1010
                                             F. (850) 916-7449
                                             E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Gracon, Pamela | 2:12-cv-04516 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


<u>/s/ Edward A. Wallace</u>
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com