**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY          MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A             JOSEPH R. GOODWIN U.S. DISTRICT
                                 JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF</u><br><u>ELIZABETH KAVALER, M.D. FOR WAVE 4</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Elizabeth Kavaler for Ethicon Wave 1, Dkt. 2005 (motion), 2007

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Elizabeth

Kavaler's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the

following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017             Respectfully submitted,


            /s/ Edward A. Wallace
            Edward A. Wallace
            Wexler Wallace LLP
            55 W Monroe Street, Suite 3300
            Chicago, Illinois 60603
            T. (312) 346-2222
            F. (312) 346-0022
            E. eaw@wexlerwallace.com

            Bryan F. Aylstock, Esq.
            Renee Baggett, Esq.
            Aylstock, Witkin, Kreis and Overholtz, PLC
            17 East Main Street, Suite 200
            Pensacola, Florida  32563
            T. (850) 202-1010
            F. (850) 916-7449
            E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Datz, Lillian | 2:12-cv-03735 |
| Stepski, Zinaida | 2:12-cv-05342 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Edward A. Wallace</u>
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

4