# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WAVE 4 CASES ON ATTACHED EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE OPINIONS AND TESTIMONY OF OLGA RAMM, M.D.

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of Olga Ramm, M.D. and would respectfully show the Court that Dr. Ramm should be excluded for the following reasons:

1. Dr. Ramm is not qualified to offer general opinions on the design or warnings for the TVT mesh device, based on Dr. Ramm's lack of experience, training and education related to warnings and materials engineering, along with Dr. Ramm's own admission that her warnings opinions are offered without proper review of the materials.

2. In support of this motion, Plaintiff has submitted a memorandum of law and also relies upon the following attached exhibits:

    1. A true copy of the Wave 4 TVT Expert Report of Olga Ramm, M.D. is attached hereto as Exhibit B.

    2. A true copy of the Curriculum Vitae of Olga Ramm, M.D. is attached hereto as Exhibit C.

1

3. A true copy of excerpts from the Deposition of Dr. Olga Ramm dated March 17, 2017 is attached hereto as Exhibit D.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of Olga Ramm, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: April 13, 2017

                          Respectfully submitted,

                          /s/ Bryan F. Aylstock
                          Bryan F. Aylstock, Esq.
                          Renee Baggett, Esq.
                          Aylstock, Witkin, Kreis and Overholtz, PLC
                          17 East Main Street, Suite 200
                          Pensacola, Florida  32563
                          (850) 202-1010
                          (850) 916-7449 (fax)
                          rbaggett@awkolaw.com
                          baylstock@awkolaw.com
                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 13, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com