**EXHIBIT A**

| Galarza, Delia | 2:12-cv-03998 |
| Kramer, Catherine | 2:12-cv-03696 |
| Moore, Jennifer | 2:12-cv-05084 |
| Tucker, Diana | 2:12-cv-04958 |