# EXHIBIT C

# Olga Ramm, M.D.

*Faculty*

Division of Urogynecology - Female Pelvic Medicine and Reconstructive Surgery
Fellowship Director, FPMRS Kaiser Permanente East Bay - UCSF
Department of Obstetrics & Gynecology
Kaiser Permanente East Bay

Regional Chief, Female Pelvic Medicine and Reconstructive Surgery
The Permanente Medical Group, Northern California Region



Address:

Telephone:
Fax:
Cell:

e-mail:

---

**EDUCATION:**

| | | | |
|---|---|---|---|
| 2009 – 2012 | Fellow | | Female Pelvic Medicine & Reconstructive Surgery<br>Loyola University Medical Center<br>Chicago, Illinois |
| 2005 – 2009 | Resident | | Obstetrics & Gynecology<br>Northwestern-McGaw Medical Center<br>Northwestern University<br>Chicago, Illinois |
| 2001 – 2005 | Doctor of Medicine | | University of Kansas School of Medicine<br>Kansas City, Kansas |
| 1997 – 2001 | Bachelor of Science<br>*Summa cum laude* | | Molecular Genetics<br>University of Kansas<br>Kansas City, Kansas |
| 1997 – 2001 | Bachelor of Arts<br>*Summa cum laude* | | Spanish Language and Literature<br>University of Kansas<br>Kansas City, Kansas |

---

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| 2013 | Certified, Female Pelvic Medicine & Reconstructive Surgery |
| 2010 | Diplomate, American Board of Obstetrics and Gynecology |
| 2012-present | Physician and Surgeon License, California (provided upon request) |

**HONORS & AWARDS**:

| | | |
|---|---|---|
| 2015-2016 | APGO-CREOG Teaching Award | *-Selected by OB/Gyn residents and presented to a single faculty Member for dedication to didactic and clinical teaching and mentorship* |
| 2015 | Most Impactful Paper Award | *-Awarded for research presentation at the 2016 Kaiser Permanente Northern California Region OB/Gyn Research Symposium* |
| 2014 | FPMRS PROLOG | *- Selected by FPMRS colleagues to co-author the ACOG-endorsed review text for obstetricians and gynecologists* |
| 2013, 2014 | Best Surgical Teacher Award | *- Selected by resident vote* |
| 2009 | Susan Pearlman Award | *- Awarded to one senior resident of Northwestern Feinberg School of Medicine for clinical excellence and dedication to humane patient care.* |
| 2009 | Golden Apple Award | *- Presented to one OB/Gyn resident for dedication to clinical and didactic teaching.* |
| 2008 – 2009 | Chief Administrative Resident | *- Elected by residents and faculty to represent resident interests, serve as mentor for junior residents, coordinate academic activities and call schedule.* |
| 2006 | Berlex Teaching Award | *- Awarded by fellow residents for dedication to and excellence in clinical teaching.* |
| 2004 | Alpha Omega Alpha Honor Medical Society | |
| 2005 | Service to KUMC & Beyond Award | *- Awarded to a single fourth year medical student in recognition of dedication to broadening the learning and service opportunities available to students at the University of Kansas Medical Center.* |
| 2001 – 2005 | Harry F. Lose Scholarship | *- Awarded to one medical student in the entering class for academic excellence and commitment to leadership and service.* |
| 1999 | J. Michael Young Undergraduate Research Award | *- Awarded to a single student each year in recognition of creativity of research project.* |

**PUBLICATIONS**:

1. Shatkin-Margolis AL, Merchant M, Margulies RU, Ramm O. Titanium Surgical Tacks: Are They Safe? Do They Work? J FPMRS. 2016. Epub ahead of print.
2. Gleason JL, Kenton K, Greer WJ, **Ramm O**, Szychowski JM, Wilson T, Richter HE. Sacral neuromodulation effects on periurethral sensation and urethral sphincter activity.. Neurourol Urodyn. 2013 Jun;32(5):476-9.
3. **Ramm O**, Kenton K. Robotic/laparoscopic prolapse repair: role of hysteropexy: a urogynecology perspective..Urol Clin North Am. 2012 Aug;39(3):343-8
4. **Ramm O**, Mueller ER, Brubaker L, Lowenstein L, Kenton K Complex repetitive discharges--a feature of the urethral continence mechanism or a pathological finding?.J Urol. 2012 Jun;187(6):2140-3.
5. **Ramm O**, Brubaker L Conflicts-of-interest disclosures at the 2010 AUGS Scientific Meeting..Female Pelvic Med Reconstr Surg. 2012 Mar-Apr;18(2):79-81
6. **Ramm O**, Gleason JL, Segal S, Antosh DD, Kenton KS . Utility of preoperative endometrial assessment in asymptomatic women undergoing hysterectomy for pelvic floor dysfunction.. Int Urogynecol J. 2012 Jul;23(7):913-7
7. **Ramm O**, Kenton K Robotics for Pelvic Reconstruction..Curr Bladder Dysfunct Rep. 2011 Jun 30;6(3):176-181
8. Lowenstein L, **Ramm O**, Mueller E, Brubaker L, FitzGerald MP, Lopez J, Kenton K The impact of dispositional optimism on symptoms and treatment choices in patients with pelvic floor disorders.. Int Urogynecol J. 2012 Mar;23(3):295-8

9. **Ramm O**, Mueller EM, Brubaker L, Lowenstein L, Kenton K. "Complex Repetitive Discharges Are Common In Normal Women". J Pelvic Medicine and Surgery 16(2S):S13, March/April 2010.

---

**PRESENTATIONS:**

1. Shatkin-Margolis A, Margulies R, Merchant M, **Ramm O**. Titanium Surgical Tacks: Are They Safe? Do They Work?. Society of Gynecologic Surgeons Annual Scientific Meeting. Orlando, FL March 22-25, 2015.

2. Chen H, Shatkin-Margolis A, Hung Y, **Ramm O**. OASIS: The Real Culprit. American Urogynecologic Society Annual Scientific Meeting. Accepted for Poster Presentation. Seattle, WA Oct 14-17, 2015.

3. Schmidt MF, Jacobs K, **Ramm O**, Kenton K. Surgeons' Versus Patients' Perceptions of Perioperative Events. American Urogynecologic Society-International Urogynecologic Association Annual Scientific Meeting. Accepted for Oral Poster Presentation. Washington, DC July 22-26, 2014.

4. Jacobs K, Schmidt MF, **Ramm O**, Kenton K. Crossing the Divide: Surgeons' Versus Patients' Perceptions of Perioperative Events. American Urogynecologic Society Annual Scientific Meeting. Accepted for Oral Poster Presentation. Chicago, IL October 16-19, 2013.

5. **Ramm, O**. "Choosing the right prolapse repair for the right patient". Grand Rounds, University of Kansas School of Medicine, Department of Obstetrics and Gynecology. 7/15/2011.

6. **Ramm O**, Gleason J, Segal S, Marshall DD, Kennedy V, Kenton K. "Utility of Preoperative Endometrial Assessment in Asymptomatic Women Undergoing Hysterectomy for Pelvic Floor Dysfunction". Society of Gynecologic Surgeons Annual Scientific Meeting. Oral Presentation. San Antonio, TX. 4/11/2011.

7. **Ramm O**, Mueller EM, Brubaker L, Lowenstein L, Kenton K. "Complex Repetitive Discharges Are Common In Normal Women". Society of Urodynamics and Female Urology Annual Scientific Meeting. Poster Presentation. 3/3/2011.

8. **Ramm O**, Mueller EM, Brubaker L, Lowenstein L, Kenton K. "Complex Repetitive Discharges Are Common In Normal Women". American Urogynecologic Society Annual Scientific Meeting. Podium Oral Presentation. Long Beach, CA. 9/29/2010.

9. **Ramm O**, Lowenstein L, Mueller EM, FitzGerald MP, Brubaker L, Kenton K. "The Impact of Dispositional Optimism on Treatment of Pelvic Floor Disorders". Society of Gynecologic Surgeons Annual Meeting. Oral Presentation. Tucson, AZ. 4/14/2010.

10. **Ramm, O**. "International Volunteer Efforts in Surgery". Grand Rounds, Department of Obstetrics & Gynecology. Northwestern University-McGaw Medical Center, 12/12/2008.

11. **Ramm, O**. "Medical students in a service learning program positively impact the community". Poster Presentation at the 14th Annual Conference on the Art and Science of Health Promotion. Washington, DC. February 17 – 21, 2003.

12. Gibson CA, Moranetz, CA, Rush E, **Ramm O**, Sheperd J. "An innovative public health practicum for medical students yields benefits on multiple levels". 61st Annual Conference of the Association of Teachers of Preventive Medicine, March 27-29, 2003.

---

## TEACHING, SERVICE, AND ADVOCACY:

| | | |
|---|---|---|
| 2013-present | Lecturer | Kaiser Permanente East Bay Obstetrics & Gynecology Residency Training Program |
| 2013-present | Research Mentor | Kaiser Permanente East Bay Obstetrics & Gynecology Residency Training Program |
| 2011-present | Reviewer | American Journal of Obstetrics & Gynecology<br>Journal of Female Pelvic Med & Reconstruc Surg<br>International Urogynecology Journal<br>Obstetrics and Gynecology International |
| 2010-2012 | Research Mentor | STAR: Student Training in Approaches to Research<br>Loyola University Stritch School of Medicine<br>- *Provide ideas, guidance and mentorship to two of thirty medical students selected for the STAR program* |
| 2009 – 2012 | Lecturer | Loyola University Stritch School of Medicine<br>OB/Gyn Problem-based Learning Group Leader |
| 2005 – 2009 | Lecturer | Northwestern-McGaw Medical Center<br>Northwestern University<br>Chicago, Illinois |

| | | |
|---|---|---|
| 2008 | Volunteer | Surgical Mission Trip<br>Dailekh Regional Hospital, Dailekh, Nepal<br>*- Provided evaluation, counseling, and treatment of pelvic organ prolapse* |
| 2006, 2002 | Volunteer, Interpreter | Medical Mission Trip<br>San Andres Itzapa, Guatemala<br>*- Provided routine medical exams and treatment of cervical dysplasia at a shelter for abused women in rural Guatemala.* |
| 2005 | Instructor | Step I Preparation Program<br>University of Kansas School of Medicine<br>Kansas City, Kansas<br>*- Participated in designing and writing review course curriculum and providing lectures* |
| 2003 – 2005 | Co-Founder & Volunteer | JayDoc Free Health Clinic<br>Kansas City, Kansas<br>*- Participated in the founding and served on the Research & Development Committee of a student-run multi-specialty free health clinic.* |
| 2003 | Intern | The Art & Science of Health Promotion National Conference, Washington DC<br>*- Collected and organized material on issues in health promotion and disease prevention and lobbied for support of preventive medicine funding on Capitol Hill.* |
| 2002 | Executive Director | Community Health Project<br>University of Kansas School of Medicine<br>Kansas City, Kansas<br>*- Managed a campus-based program designed to provide medical students with didactics on public health and health policy in the context of a service-learning experience.* |