EXHIBIT D

Olga Ramm, M.D

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       CHARLESTON DIVISION
 4    IN RE:  ETHICON, INC.,        Master File No.
      PELVIC REPAIR SYSTEM          2:12-MD-02327
 5    PRODUCTS LIABILITY            MDL 2327
      LITIGATION,                   JOSEPH R. GOODWIN
 6                                  U.S. DISTRICT JUDGE
 7    _____
 8    THIS DOCUMENT RELATES TO:
 9    Wave 4 Cases
10    _____
11
12
13
14
15              *GENERAL RE: TVT MATTER*
16              DEPOSITION OF OLGA RAMM, M.D.
17                   Oakland, California
18                Friday, March 17, 2017
19                       Volume I
20
21
22    REPORTED BY:
23    REBECCA L. ROMANO, RPR, CSR No. 12546
24
25
```

Olga Ramm, M.D

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       CHARLESTON DIVISION
 4   IN RE:  ETHICON, INC.,        Master File No.
     PELVIC REPAIR SYSTEM          2:12-MD-02327
 5   PRODUCTS LIABILITY            MDL 2327
     LITIGATION,                   JOSEPH R. GOODWIN
 6                                 U.S. DISTRICT JUDGE
 7   _____
 8   THIS DOCUMENT RELATES TO:
 9   Wave 4 Cases
10   _____
11
12
13
14
15            DEPOSITION OF OLGA RAMM, M.D., taken on behalf
16   of the Plaintiff, at Oakland Marriott City Center,
17   1001 Broadway, Conference Room 212, Oakland, California,
18   commencing at 9:34 a.m., Friday, March 17, 2017 before
19   Rebecca L. Romano, Certified Shorthand Reporter
20   No. 12546
21
22
23
24
25
```

Olga Ramm, M.D

| | | |
|---|---|---|
| 1 | A. | No, I don't believe that. |
| 2 | Q. | Doctor, have you reviewed the IFU? |
| 3 | A. | I have. |
| 4 | Q. | Which ones? |
| 5 | A. | I reviewed the 2015, as well as the 2011 IFU. |
| 6 | Q. | And did you find the 2015 IFU to be |
| 7 | sufficient? | |
| 8 | A. | The 2015, is that the one you are asking |
| 9 | about? | |
| 10 | Q. | Yes. |
| 11 | A. | I actually found both of them to be |
| 12 | sufficient. | |
| 13 | Q. | Now, did you review any IFUs besides the 2015 |
| 14 | and 2011? | |
| 15 | A. | About the TVT, specifically? |
| 16 | Q. | About the TVT, specifically. |
| 17 | A. | I don't think so. |
| 18 | Q. | So you didn't review the 2000 IFU; is that |
| 19 | correct? | |
| 20 | A. | I may -- I may have reviewed it. |
| 21 | | MR. SNELL: You are allowed to look through |
| 22 | your stuff, if it will help you to refresh your | |
| 23 | recollection. | |
| 24 | | MS. LIU: And I appreciate if Counsel would |
| 25 | not coach the witness. | |

```
 1   foundation as well.
 2           THE DEPONENT:  So when I explant mesh,
 3   there's no gross evidence of inflammation around the
 4   mesh.  There's good tissue incorporation that's seen.
 5   You know, that's why it's sometimes difficult to remove
 6   mesh.
 7       Q.  (By Ms. Liu)  But you have never actually
 8   examined mesh, like an explanted mesh piece, under
 9   electron microscope to see whether or not there's
10   evidence of chronic inflammation; is that correct?
11           MR. SNELL:  Objection.  Asked and answered.
12           THE DEPONENT:  I haven't, but I'm not -- I
13   don't believe that an electron microscopy image would
14   even be indicative of inflammation.  I think
15   inflammation is something that is better assessed with
16   plain histology.
17       Q.  (By Ms. Liu)  And, Doctor, you are not a
18   pathologist, are you?
19       A.  I am not a pathologist; although, I've worked
20   closely with pathologists.
21       Q.  But you have never performed the work of a
22   pathologist?
23       A.  I'm not a pathologist.
24       Q.  Doctor, we talked a little bit about the IFU
25   earlier, and you had stated that you specifically
```

Olga Ramm, M.D

```
 1   remember reviewing the 2015 and the 2011 IFUs, correct?
 2       A.    Correct.
 3       Q.    Doctor, have you ever written an IFU?
 4       A.    I have not written an IFU.
 5       Q.    Have you ever given input to a medical device
 6   company on what needs to be in an IFU?
 7       A.    I have not.
 8       Q.    Would you consider yourself to be an expert
 9   in drafting IFUs?
10       A.    I have used IFUs.  I have been the end user,
11   the intended audience of IFUs.
12       Q.    But you have never drafted one, correct?
13       A.    I have not drafted an IFU, not --
14       Q.    Do you know -- sorry.  Didn't mean to cut you
15   off.
16             Do you know what the regulations are of what
17   needs to be in an IFU?
18       A.    So in preparation for this case, I -- I have
19   reviewed some of the FDA regulations around IFUs.
20       Q.    Do you know which regulations they were?
21       A.    I don't remember the exact number.  There --
22   there are lots of regulations, but they were specific
23   for medical devices whose use would be limited to train
24   physicians --
25       Q.    Now --
```

Olga Ramm, M.D

```
 1   complications about their product; is that correct?
 2              MR. SNELL:  Objection.  Asked and answered.
 3              THE DEPONENT:  I -- in this specific case, we
 4   are so far into the litigation that I imagine Ethicon
 5   has a pretty good sense of what the complaints are and
 6   has painstakingly reviewed them.  But if we are talking
 7   in general about a surgery procedure that involves --
 8   you know, whether an implant or a device or whatnot,
 9   no.  I would not expect that the manufacturer have
10   their finger on the pulse of all of the complications
11   or latest developments.  I think that is for the
12   practicing community that actually utilizes that.
13         Q.   (By Ms. Liu)  And do you believe that the
14   manufacturer who is selling the product should be
15   keeping up with all the -- all the complications about
16   their product?
17         A.   I don't think -- I think they shouldn't be
18   ignoring those complications, certainly.
19         Q.   Doctor, do you believe that the TVT mesh has
20   a potential to degrade?
21         A.   I don't believe that, no.
22         Q.   Doctor, have -- you stated -- strike that.
23              Doctor, you stated earlier that you have not
24   looked at any explanted mesh under electron microscope;
25   is that correct?
```

```
 1   is also corroborated by all of the clinical data that
 2   shows sustained efficacy in the long term in terms of
 3   stress incontinence cure for women who have had the TVT
 4   implant.
 5        Q.   And, Doctor, your experience is clinical
 6   experience, correct?
 7        A.   Well, my experience is my own clinical
 8   experience, but it is also the -- the added experience,
 9   so to speak.  We are all privileged to have the added
10   experience of the entire academic community that
11   publishes studies and also that then creates
12   meta-analyses to pool the data.
13        Q.   And, Doctor, have you designed any mesh
14   products before?
15        A.   I haven't designed mesh products, no.
16        Q.   Do you know what goes into the design of a
17   mesh product?
18        A.   Well, it depends on what you mean by
19   "design," but I have a rough understanding of what went
20   into the design of the TVT, for example, based on the
21   articles that I reviewed by Petrus and by Olmsted.
22        Q.   And, Doctor, you mentioned Olmsted.
23             Are you aware that Olmsted was compensated
24   based on positive results?
25             MR. SNELL:  Object.  Lacks foundation.  Also
```

Olga Ramm, M.D

```
 1   that look specifically at dyspareunia after stress
 2   incontinence surgery, not the TVT, and after pelvic
 3   reconstructive surgery, in general.
 4        Q.   (By Ms. Liu)  And, Doctor, I know that I
 5   skipped around a little bit.  I want to circle back
 6   around to your experience.
 7             Your experience, in generating your report,
 8   has been clinical experience, correct?
 9             MR. SNELL:  Object.  Misstates.
10             THE DEPONENT:  So, again, my experience is a
11   combination of my own clinical experience, the clinical
12   experience of my colleagues, my training, my review of
13   the literature; and specific to the generation of the
14   report, also my review of company documents.
15        Q.   (By Ms. Liu)  And, Doctor, you stated before
16   that you have not designed a medical device.
17             Have you designed any type of polymer before?
18        A.   I have not designed a polymer.
19        Q.   You wouldn't purport yourself to be a polymer
20   expert, would you?
21             MR. SNELL:  Objection.
22             THE DEPONENT:  I believe that I am an expert
23   in the polypropylene polymer based on my clinical use
24   of it, based on my review of the literature surrounding
25   its design and applications.
```

Olga Ramm, M.D

```
 1      Q.   (By Ms. Liu)  Are you a materials engineer?
 2      A.   I don't have that degree, no.
 3      Q.   Have you designed any materials before?
 4      A.   I haven't personally designed materials.
 5      Q.   Have you provided any input to a medical
 6   device company on how to design a sling, for example?
 7      A.   Informally, I have given feedback about
 8   the -- the clinical applications of mesh.
 9      Q.   And have you given any opinions to a medical
10   device company as to the weight of the mesh -- of what
11   the mesh should be?
12      A.   I haven't personally done that, no.
13      Q.   Have you given a medical device company what
14   you believe the pore size -- the optimum pore size of
15   the mesh should be?
16      A.   So, again, not personally, because those
17   questions were actually answered before I was
18   mid-career, right?  I'm fortunate to practice in a time
19   where those questions have been answered.
20      Q.   So -- but to answer my question, you have
21   never given, then, any opinion as to how the TVT or any
22   type of sling should be designed, correct?
23      A.   Correct.
24           MR. SNELL:  Object to form.
25           MS. LIU:  Off the record.
```