# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> WAVE 4 CASES ON ATTACHED EXHIBIT A | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

### PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE OPINIONS AND TESTIMONY OF JOHN R. WAGNER, M.D.

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of John R. Wagner, M.D. and would respectfully show the Court that Dr. Wagner should be excluded for the following reasons:

1. Dr. Wagner is not qualified to offer general opinions on the design or warnings for the TVT mesh device, based on Dr. Wagner's lack of experience, training and education related to warnings and biomaterials engineering, along with Dr. Wagner's own admission that his warnings opinions are offered without proper review of the materials.

2. In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

    1. A true copy of the Wave 4 TVT Expert Report of John Wagner, M.D. is attached hereto as Exhibit B.

    2. A true copy of the Curriculum Vitae of John Wagner, M.D. is attached hereto as Exhibit C.

1

3. A true copy of excerpts from the Deposition of Dr. John Wagner dated March 13, 2017, is attached hereto as Exhibit D.

4. A true copy of Exhibit 9 from Deposition of Dr. John Wagner dated March 13, 2017, is attached hereto as Exhibit E.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of John Wagner, M.D.  Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: April 13, 2017

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document on April 13, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ Bryan F. Aylstock
Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com