# EXHIBIT A

| Mayes, Tammy | 2:12-cv-03463 |