EXHIBIT D

John R. Wagner, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     AT CHARLESTON
 4    ------------------------------:
      IN RE ETHICON, INC., PELVIC   :
 5    REPAIR SYSTEM PRODUCTS        : MASTER FILE
      LIABILITY LITIGATION          : No. 2:12-MD-02327
 6    _____:
                                    :
 7    THIS DOCUMENT RELATES TO      : MDL 2327
                                    :
 8    GENERAL DEPOSITION            : JOSEPH R. GOODWIN
      RE:  TVT                      : US DISTRICT JUDGE
 9    ------------------------------
10                       - - -
11                  March 13, 2017
12                       - - -
13          Deposition of JOHN R. WAGNER, M.D.,
14    held at Marriott Melville, 1350 Old Walt
15    Whitman Road, Melville, New York,
16    commencing at 9:04 a.m., on the above
17    date, before Marie Foley, a Registered
18    Merit Reporter, Certified Realtime
19    Reporter and Notary Public.
20                       - - -
21             GOLKOW TECHNOLOGIES, INC.
22        877.370.3377 ph | 917.591.5672 fax
23                 Deps@golkow.com
24
```

John R. Wagner, M.D.

```
 1      Q.    Do you have any preliminary
 2  finding based upon your review so far?
 3      A.    My preliminary findings are
 4  based on my surgical experience that we
 5  haven't seen an anterior mesh erosion in
 6  three or four years since we started doing
 7  this approach.
 8      Q.    And that particular mesh that's
 9  being used that was used in those patients
10  was what?
11      A.    I don't believe it's uniform.
12  It was Prolift for a while.  We've had
13  some Coloplast products that we've put in.
14  I'm pretty sure that there's even some
15  Boston Scientific Uphold meshes that we've
16  placed.
17      Q.    You know that the Prolift mesh
18  that was used by Ethicon is not the same
19  mesh that's used in the TVT Retropubic,
20  correct?
21      A.    The Prolift mesh has -- you're
22  not just talking about straight Prolift.
23  You're talking about -- I mean, not
24  Prolift+M.  You're talking straight
```

John R. Wagner, M.D.

1  Prolift.

2     Q.    I'm talking about the
3  polypropylene Prolift mesh.

4     A.    It's a different pore size, but
5  it's the same material.

6     Q.    It's made out of polypropylene,
7  but it's lighter weight, correct?

8           MS. KABBASH:  Objection to form.

9     A.    It has a larger pore size, but
10 the weight of the material is the same.

11    Q.    Do you know whether the
12 individual strands of polypropylene that
13 are woven are the same thickness or
14 diameter between the TVT Retropubic or
15 Prolift?

16    A.    I'm not aware of the size of the
17 actual strands.  I'm aware of the pore
18 size.

19    Q.    And the Prolift has a larger
20 pore size, correct?

21    A.    The Prolift has a larger pore
22 size, yes, it does.

23    Q.    Have you seen any studies or
24 materials that reflect the weight of the

John R. Wagner, M.D.

```
 1   Prolift as it relates to the TVT
 2   Retropubic polypropylene mesh?
 3       A.    Weight would be a function of
 4   how much polypropylene you have.  I mean,
 5   if you have a small piece of it, the
 6   weight of that's going to be small.  If
 7   you have a large piece of it, the weight's
 8   going to be large.
 9             I'm not sure I understand the
10   question.
11       Q.    Okay.  We'll get back to that.
12             So, have we now -- you've also
13   submitted some other materials for peer
14   review that have been published in medical
15   journals, correct?
16       A.    I have.
17       Q.    Why is it important to disclose
18   any financial relationships with any
19   manufacturers when one is publishing in
20   peer-reviewed literature?
21       A.    People want to know what
22   potential biases somebody might have in
23   presenting data.  So the logic is to state
24   your potential conflicts of interest at
```

John R. Wagner, M.D.

```
 1   your residents, correct?
 2        A.    Yes.
 3        Q.    With regard to the instructions
 4   for use, have you ever designed any
 5   instructions for use?
 6        A.    No.
 7        Q.    Have you ever held yourself out
 8   as an expert in what should or should not
 9   be in instructions for use?
10        A.    No.
11        Q.    Are you familiar with what the
12   or have you ever studied what the industry
13   standards are with regard to what should
14   or should not be in the instructions for
15   use?
16        A.    No, I have to say I'm not aware
17   of the industry criteria for that.
18        Q.    So you're not holding yourself
19   out as an expert as to what should or
20   should not be in instructions for use,
21   correct?
22              MS. KABBASH:  Objection to form.
23        A.    I would hold myself out as an
24   expert in teaching residents.
```

John R. Wagner, M.D.

```
 1      Q.     Of course.  But that patient
 2   should be told that this is an
 3   experimental, you're the first patient,
 4   you're the fifth patient, it's not
 5   released to the general public yet,
 6   correct?
 7      A.     I think that's a fair statement,
 8   yes.
 9             And you like to see some basic
10   science data, animal studies, cadaver
11   studies that back up what you do, whatever
12   may be appropriate.
13      Q.     Have you ever conducted any
14   bench or laboratory research yourself on
15   polypropylene mesh?
16      A.     I have not.
17      Q.     Have you ever tested different
18   mesh material for the treatment of stress
19   urinary incontinence?
20             MS. KABBASH:  Objection to form.
21      A.     I haven't done any formal
22   testing.  I've just used the different
23   products and felt that some of them worked
24   better for me.
```

John R. Wagner, M.D.

1  probably in a cadaver lab setting
2  somewhere.  I really don't have any
3  experience with AMS products.
4      Q.   And Boston Scientific slings,
5  same thing?
6      A.   I did not use their slings.  I
7  used their Uphold for anterior and apical
8  support.
9      Q.   In those times where you removed
10 mesh from women, TVT, Prolene mesh, did
11 you request any particular analysis of the
12 explanted mesh?
13     A.   No.
14     Q.   Did you personally review the
15 pathology reports for those?
16     A.   I'm sure that I did, and I'm
17 sure that I probably sent it to pathology.
18     Q.   Did you in that request a SEM
19 analysis?
20     A.   No.
21     Q.   Did you request any particular
22 analysis of those explanted meshes?
23     A.   No, I did not.
24     Q.   I take it you're not a

John R. Wagner, M.D.

1 pathologist?
2 A. No.
3 Q. And don't hold yourself out to
4 be an expert on pathology?
5 A. No.
6 Q. Same with you're not an
7 epidemiologist?
8 A. No, I'm not an epidemiologist.
9 Q. You're not a biomedical
10 engineer?
11 A. Not a bit.
12 Q. And you've never done a
13 comparison study of different mesh
14 designs?
15 A. No, I have not.
16 Q. And you don't hold yourself out
17 to be an expert in medical device design?
18 MS. KABBASH: Objection to form.
19 A. Not in the bench work of design,
20 but I think I have a handle on what seems
21 to work best for me and for other
22 physicians in the O.R. just based on
23 experience.
24 Q. But with regard to comparison of

John R. Wagner, M.D.

1  different designs, you don't have an
2  expertise on that?
3      A.    Beyond my own surgical
4  experience, no.
5      Q.    And you agree that would be
6  anecdotal experience, correct?
7          MS. KABBASH:  Objection.
8  BY MR. AYLSTOCK:
9      Q.    I mean, I guess you haven't done
10 a study on SUI.  We've established that.
11     A.    No, but the problem I have with
12 anecdotal would mean that there's a total
13 absence of any ergonomic literature
14 suggesting that one handle might be better
15 than another, and I'm not sure I could say
16 that.  So I'd say that my migration to
17 certain products over my career probably
18 involves as much how I can handle the
19 device as what data may be out there
20 supporting a superior design or ergonomics
21 that agrees with what I'm feeling.
22     Q.    So it's based upon your clinical
23 experience in treating particular
24 patients, correct?

John R. Wagner, M.D.

```
 1   them involved TVT mechanical-cut versus
 2   TVT laser-cut?
 3        A.   No.
 4        Q.   Are you familiar with -- well, I
 5   guess you've never actually implanted a
 6   TVT laser-cut -- TVT Retropubic laser-cut,
 7   to your knowledge, correct?
 8             MS. KABBASH:  Objection to form.
 9        A.   I actually don't know that.  I
10   consider those slings interchangeable.  I
11   know I've implanted the mechanical-cut,
12   but as far as I'm aware, I could have
13   easily implanted a laser-cut mesh.  It
14   would have been the same to me.
15        Q.   You wouldn't know the difference
16   if you held it?
17        A.   I mean, if I really carefully
18   pulled on it and tugged on it and tried to
19   wreck it, I'd see the difference, but I'm
20   not trying to pull and tug it and wreck it
21   before I put it in.  So to me they're
22   interchangeable.
23        Q.   So you don't know the
24   biomechanical properties of each and
```

John R. Wagner, M.D.

1  whether they're the same or different?
2          MS. KABBASH:  Objection to form.
3     A.    To my mind, they're clinically
4  the same.
5     Q.    Do you know whether or not the
6  TVT laser-cut is stiffer mesh than the TVT
7  mechanical-cut?
8     A.    Again, I come back to clinically
9  to me, it makes no difference to me
10 whether it's laser-cut or mechanical-cut.
11    Q.    You say clinically, but you
12 don't know as we sit here today whether
13 you've actually ever implanted a TVT
14 laser-cut retropubic, correct?
15         MS. KABBASH:  Objection to form.
16    A.    That is true.  But it's not a
17 characteristic that I would ever insist
18 upon, and so I could have implanted
19 multiple laser-cuts.  I'd actually have to
20 check the requisition office in our
21 hospital and in my other hospital to see
22 what they ordered.  But I do know that I
23 have used the mechanical-cut mesh.
24    Q.    And the reason you don't know

1    three hours, it's up.

2             THE WITNESS:  He's done.

3             MS. KABBASH:  Go ahead and have

4    a minute because I believe in

5    professional courtesy.

6             I've been held to a very tough

7    standard by some of your colleagues on

8    this.

9             MR. AYLSTOCK:  No, I understand.

10   FURTHER EXAMINATION BY

11   MR. AYLSTOCK:

12        Q.   Your opinion 8 in your report

13   about the IFU being properly describing

14   the risks, is that -- are you referring to

15   Exhibit 9 with regard to that report with

16   regard to the risks described?

17        A.   Yes.

18        Q.   And you changed your testimony,

19   or I guess you were asked questions about

20   the type of mesh in your study.

21             Do you recall those questions?

22        A.   Yes.

23        Q.   And I take it you discussed the

24   type of mesh in that study during break

John R. Wagner, M.D.

1  with counsel, correct?
2  A.    I did 'cause she asked me what
3  it looked like, what was the name of it,
4  and I was --
5  Q.    She was the one who suggested to
6  you that it was Prolene Gynemesh PS?
7         MS. KABBASH:  I'm going to
8      object to this line of questioning,
9      but you can go ahead and answer.
10 Q.    Not Prolene, correct?
11 A.    Actually, I remember the
12 Gynemesh PS as being the mesh.  That
13 wasn't the issue.  My mistake was thinking
14 that that was the same mesh as the TVT.
15 In fact, that mesh is the same as what's
16 in the Prolift in terms of its dime --
17 pore diameter and things like that.
18        So, actually it was my error.
19 It wasn't I didn't remember what I put in.
20 It's that I was under the impression that
21 that mesh pore size more reflected the TVT
22 pore size, not the -- but instead it
23 actually reflected the Prolift pore size.
24 Q.    Okay.  So you didn't know that

John R. Wagner, M.D.

```
 1   at the time we came in here?
 2              MS. KABBASH:  Objection.
 3        A.    I knew the mesh I put in.  I
 4   didn't know the pore size of the -- I was
 5   incorrect in stating -- in thinking and
 6   alluding to the fact that the Gynemesh PS
 7   had the same pore size as the TVT.  I was
 8   under that impression, and counsel
 9   corrected me, that it was actually the
10   same as the Prolift pore size.
11              MR. AYLSTOCK:  Thank you.
12              Thank you, Maha.  I appreciate
13     that.
14              (Deposition adjourned at 12:45 p.m.)
15
16
17
18
19
20
21
22
23
24
```