IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 4 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV

Defendants Ethicon, Inc.; Ethicon, LLC; and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Dr. Vladimir Iakovlev. Dr. Iakovlev's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, and also the following exhibits:

1. List of cases to which this motion applies, attached as Exhibit A.

2. Deposition of Dr. Vladimir Iakovlev taken March 21, 2016 in the *Stubblefield* case, attached as Exhibit B.

3. A. Hill, *et al.*, *Histopathology of Excised Midurethral Sling Mesh*, 26 Int'l Urogyncol. J. 591 (2015), attached as Exhibit C.

4. Expert Report of Dr. Vladimir Iakovlev dated January 29, 2016, attached as Exhibit D.

5. 3/5/15 Bellew Trial Transcript, attached as Exhibit E.

6. Deposition of Dr. Vladimir Iakovlev taken March 18, 2014 in the *Huskey* case, attached as Exhibit F.

7. Deposition of Dr. Vladimir Iakovlev taken September 11, 2015 in the *Mullins* case, attached as Exhibit G.

8. Deposition of Dr. Vladimir Iakovlev taken April 19, 2016 in the *Ramirez* case, attached as Exhibit H.

9. Deposition of Dr. Vladimir Iakovlev taken March 4, 2016 in the *Vignos-Ware* case, attached as Exhibit I.

10. Expert Report of Dr. Steven MacLean dated February 14, 2017, attached as Exhibit J.

11. Deposition of Dr. Steven MacLean taken April 18, 2016, attached as Exhibit K.

12. S. Benight, *et al.*, *Microscopy of Intentionally Oxidized Polypropylene-Based Mesh Material* (forthcoming May 2016), attached as Exhibit L.

13. V. Iakovlev, et al., *Pathology of Explanted Transvaginal Meshes* (2014), attached as Exhibit M.

14. Deposition of Dr. Vladimir Iakovlev taken December 17, 2014 *In re Boston Scientific*, attached as Exhibit N.

15. V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015), attached as Exhibit O.

16. J. Blaivas, *et al.*, *Safety Considerations for Synthetic Sling Surgery*, Nature Reviews Urol (2015), attached as Exhibit P.

17. Expert Report of Juan C. Felix, M.D.dated March 2, 2016, attached as Exhibit Q.

18. V. Iakovlev, *et al.*, In Vivo *Degradation of Surgical Polypropylene Meshes: A Finding Overlooked For Decades*, 465 Virchows Arch (2014), attached as Exhibit R.

19. V. Iakovlev, *Explanted Surgical Meshes: What Pathologists and Industry Failed to Do for 50 Years*, 465 Virchows (2014), attached as Exhibit S.

20. Expert Report of Teri Longacre, M.D. dated February 13, 2017, attached as Exhibit T.

21. Expert Report of Roger McLendon, M.D. dated March 1, 2016, attached as Exhibit U.

22. Expert Report of Hannes Vogel, M.D. dated March 1, 2016, attached as Exhibit V.

23. Deposition of Dr. Vladimir Iakovlev taken November 5, 2015 in the *Carlino* case, attached as Exhibit W.

24. Deposition of Dr. Vladimir Iakovlev taken March 13, 2016 in the *McBrayer* case, attached as Exhibit X.

25. Deposition of Dr. Vladimir Iakovlev taken March 4, 2016 in the *Funderburke* case, attached as Exhibit Y.

26. CDC, *Guideline for Prevention of Surgical Site Infection* (1999), attached as Exhibit Z.

27. Expert Report of Daniel J. Sexton, M.D. dated February 24, 2016, attached as Exhibit AA.

28. CDC, *CDC/NHSN Surveillance Definitions for Specific Types of Infections*, at 17–25 (Jan. 2016) ("Infection Definitions"), attached as Exhibit BB.

29. Global Guidelines for the prevention of surgical site infection, (2017), attached as Exhibit CC.

30. Excerpts from William Westra, *et al.*, Surgical Pathology Dissection (2003), attached as Exhibit DD.

31. Excerpts from Susan Lester, Manual of Surgical Pathology (2010), attached as Exhibit EE.

32. Deposition of Maria A. Abadi, M.D. taken March 31, 2016, attached as Exhibit FF.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev.

Respectfully submitted,

ETHICON, INC., ETHICON, LLC, AND JOHNSON & JOHNSON


*/s/ David B. Thomas*
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers St.
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone:   304.414.1807
dthomas@tcspllc.com

*/s/ Christy D. Jones*
Christy D. Jones
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:   601.985.4523
christy.jones@butlersnow.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 4 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I certify that on April 13, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>*/s/ David B. Thomas*
>David B. Thomas (W.Va. Bar #3731)
>THOMAS COMBS & SPANN PLLC
>300 Summers St.
>Suite 1380 (25301)
>P.O. Box 3824
>Charleston, WV 25338
>Telephone:  304.414.1807
>dthomas@tcspllc.com