# EXHIBIT A

EXHIBIT A TO IAKOVLEV MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Adkins, Lori & William Preston Martin | 2:12cv03751 |
| Benz, Christine | 2:12cv04097 |
| Bowers, Deborah | 2:12cv05477 |
| Bynum, Rachel & Randall | 2:12cv03729 |
| Carbon, Ediany & Albert | 2:12cv04269 |
| Clark, Addie | 2:12cv03598 |
| Connolly, Peggy & Gregory | 2:12cv04026 |
| Coppinger, Mary & Robert | 2:12cv05129 |
| Creager-Awichi, Sharon | 2:12cv05184 |
| Cross, Kathy & Ian | 2:12cv02281 |
| Euans, Audrey J. & Brad | 2:12cv04514 |
| Ferrer, Brooke | 2:12cv04591 |
| Fredenburg, Carol & Oliver | 2:12cv04513 |
| Howard, Ella Jean & John Aubrey, Sr. | 2:12cv03976 |
| Jucha, Anna M. | 2:12cv03646 |
| Justice, Brenda | 2:12cv03285 |
| Schalk, Julie K. & Ron | 2:12cv04806 |
| Sloan, Penny | 2:12cv05515 |
| Smith, Teresa & Dwaine | 2:12cv05305 |
| Stewart, Juanita & Benny | 2:12cv03958 |
| Thomson-Roy, Jeannae M. | 2:12cv04586 |
| Valencia, Jasmine | 2:12cv05475 |