# EXHIBIT CC

# GLOBAL GUIDELINES FOR THE PREVENTION OF SURGICAL SITE INFECTION





World Health Organization

# GLOBAL GUIDELINES FOR THE PREVENTION OF SURGICAL SITE INFECTION



WHO Library Cataloguing-in-Publication Data

Global Guidelines for the Prevention of Surgical Site Infection.

I.World Health Organization.

ISBN 978 92 4 154988 2
Subject headings are available from WHO institutional repository

© World Health Organization 2016

All rights reserved. Publications of the World Health Organization are available on the WHO website (http://www.who.int) or can be purchased from WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland (tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Requests for permission to reproduce or translate WHO publications–whether for sale or for non-commercial distribution–should be addressed to WHO Press through the WHO website (http://www.who.int/about/licensing/copyright_form).

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by the World Health Organization to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall the World Health Organization be liable for damages arising from its use.

Designed by CommonSense, Greece
Printed by the WHO Document Production Services, Geneva, Switzerland

# CONTENTS

Acknowledgements .................................................................................................................... 6

Abbreviations and acronyms ..................................................................................................... 8

Glossary ...................................................................................................................................... 9

Declaration of interests ............................................................................................................ 12

Executive summary .................................................................................................................... 13

Summary of core topics, research questions and recommendations for the prevention of surgical site
infection .................................................................................................................................... 15

**1. Background........................................................................................................................... 21**

   1.1 Target audience ............................................................................................................ 22

   1.2 Scope of the guidelines ............................................................................................... 22

**2. Methods ................................................................................................................................ 23**

   2.1 WHO guideline development process ........................................................................ 23

   2.2 Evidence identification and retrieval .......................................................................... 24

**3. Important issues in the approach to surgical site infection prevention ......................... 27**

   3.1 Surgical site infection risk factors: epidemiology and burden worldwide ................. 27

   3.2 Surgical site infection surveillance: definitions and methods and impact ................. 38

   3.3 Importance of a clean environment in the operating room and decontamination of medical
       devices and surgical instruments ............................................................................... 45

        3.3.1 Environment ..................................................................................................... 45

        3.3.2 Decontamination of medical devices and surgical instruments ....................... 47

**4. Evidence-based recommendations on measures for the prevention of surgical site infection ........ 58**

**Preoperative measures**

   4.1 Preoperative bathing .................................................................................................. 58

   4.2 Decolonization with mupirocin ointment with or without chlorhexidine gluconate body wash for
       the prevention of *Staphylococcus aureus* infection in nasal carriers undergoing surgery .............. 63

   4.3 Screening for extended-spectrum beta-lactamase colonization and the impact on surgical
       antibiotic prophylaxis .................................................................................................. 69

   4.4 Optimal timing for preoperative surgical antibiotic prophylaxis ................................. 71

   4.5 Mechanical bowel preparation and the use of oral antibiotics ................................... 76

   4.6 Hair removal................................................................................................................. 82

   4.7 Surgical site preparation ............................................................................................. 87

   4.8 Antimicrobial skin sealants ........................................................................................ 92

   4.9 Surgical hand preparation .......................................................................................... 95

**Preoperative and/or intraoperative measures**

4.10 Enhanced nutritional support ............................................................................. 102

4.11 Perioperative discontinuation of immunosuppressive agents ..................................... 107

4.12 Perioperative oxygenation ............................................................................... 110

4.13 Maintaining normal body temperature (normothermia) ............................................ 116

4.14 Use of protocols for intensive perioperative blood glucose control .......................... 120

4.15 Maintenance of adequate circulating volume control/normovolemia ........................... 126

4.16 Drapes and gowns ......................................................................................... 131

4.17 Wound protector devices ................................................................................. 136

4.18 Incisional wound irrigation .............................................................................. 140

4.19 Prophylactic negative pressure wound therapy .................................................... 145

4.20 Use of surgical gloves .................................................................................... 149

4.21 Changing of surgical instruments ...................................................................... 152

4.22 Antimicrobial-coated sutures ........................................................................... 153

4.23 Laminar airflow ventilation systems in the context of operating room ventilation ................ 158

**Postoperative measures**

4.24 Surgical antibiotic prophylaxis prolongation ...................................................... 163

4.25 Advanced dressings ....................................................................................... 171

4.26 Antibiotic prophylaxis in the presence of a drain and optimal timing for wound drain removal... 174

**5. Dissemination and implementation of the guidelines** ............................................... 178

**6. Annexes** ............................................................................................................ 180

6.1 Guidelines Development Group ........................................................................... 180

6.2 WHO Steering Group ....................................................................................... 182

6.3 Systematic Reviews Expert Group ...................................................................... 182

6.4 External Peer Review Group .............................................................................. 184

**Web appendices: www.who.int/gpsc/SSI-guidelines/en**

Appendix 1:   Overview of available relevant guidelines on surgical site infection prevention

Appendix 2:   Summary of the systematic review on preoperative bathing

Appendix 3:   Summary of the systematic review on decolonization with or without chlorhexidine gluconate body wash for the prevention of *Staphylococcus aureus* infection in nasal carriers undergoing surgery

Appendix 4:   Summary of the systematic review on screening for extended-spectrum beta-lactamase colonization and the impact on surgical antibiotic prophylaxis

Appendix 5:   Summary of the systematic review on optimal timing for preoperative surgical antibiotic prophylaxis

Appendix 6:   Summary of the systematic review on mechanical bowel preparation and the use of oral antibiotics

Appendix 7:   Summary of the systematic review on hair removal

Appendix 8:   Summary of the systematic review on surgical site preparation

Appendix 9:   Summary of the systematic review on antimicrobial skin sealants

Appendix 10:  Summary of the systematic review on surgical hand preparation

Appendix 11:  Summary of the systematic review on enhanced nutritional support

Appendix 12:  Summary of the systematic review on the perioperative discontinuation of immunosuppressive agents

Appendix 13:  Summary of the systematic review on perioperative oxygenation

Appendix 14:  Summary of the systematic review on maintaining normal body temperature (normothermia)

Appendix 15:  Summary of the systematic review on the use of protocols for intensive perioperative blood glucose control

Appendix 16:  Summary of the systematic review on the maintenance of adequate circulating volume control/normovolemia

Appendix 17:  Summary of the systematic review on drapes and gowns

Appendix 18:  Summary of the systematic review on wound protector devices

Appendix 19:  Summary of the systematic review on incisional wound irrigation

Appendix 20:  Summary of the systematic review on prophylactic negative pressure wound therapy

Appendix 21:  Summary of the systematic review on the use of surgical gloves

Appendix 22:  Summary of the systematic review on the changing of surgical instruments

Appendix 23:  Summary of the systematic review on antimicrobial-coated sutures

Appendix 24:  Summary of the systematic review on laminar airflow ventilation systems in the context of operating room ventilation

Appendix 25:  Summary of the systematic review on surgical antibiotic prophylaxis prolongation

Appendix 26:  Summary of the systematic review on advanced dressings

Appendix 27:  Summary of the systematic review on antimicrobial prophylaxis in the presence of a drain and optimal timing for wound drain removal

# ACKNOWLEDGEMENTS

The Department of Service Delivery and Safety of the World Health Organization (WHO) gratefully acknowledges the contributions that many individuals and organizations have made to the development of these guidelines.

**Overall coordination and writing of the guidelines**
Benedetta Allegranzi (Department of Service Delivery and Safety, WHO) coordinated and led the development and writing of the guidelines. Peter Bischoff (Charité-University Medicine Berlin, Germany), Zeynep Kubilay (Department of Service Delivery and Safety, WHO), Stijn de Jonge (University of Amsterdam, Amsterdam, the Netherlands) and Bassim Zayed (Department of Service Delivery and Safety, WHO) helped coordinate the development and writing of the guidelines. Mohamed Abbas (University of Geneva Hospitals, Switzerland), Nizam Damani (Southern Health and Social Service Trust, UK) and Joost Hopman (Radboud University Medical Center Nijmegen, the Netherlands) also contributed to the writing of specific chapters. Rosemary Sudan provided professional editing assistance. Thomas Allen and Jose Luis Garnica Carreno (Library and Information Networks for Knowledge, WHO) provided assistance with the systematic reviews searches. Susan Norris (Guidelines Review Committee Secretariat, WHO) provided guidance on the document development.

**WHO Guideline Steering Group**
The following WHO staff formed the Guideline Steering Group:

Department of Service Delivery and Safety: Benedetta Allegranzi, Edward Kelley, Walter Johnson, Bassim Zayed.

Department of Pandemic and Epidemic Diseases: Sergey Eremin.

Regional Office for the Americas: Valeska Stempliuk.

**WHO Guidelines Development Group**
The chair of the Guidelines Development Group was Joseph S Solomkin (University of Cincinnati College of Medicine/OASIS Global, USA).

The GRADE methodologist of the WHO Guidelines Development Group was Matthias Egger (University of Bern, Bern, Switzerland).

The following experts served on the Guidelines Development Group:

Hanan H Balkhy (King Saud Bin Abdulaziz University for Health Sciences, Kingdom of Saudi Arabia); Marja A Boermeester (University of Amsterdam, the Netherlands); Nizam Damani (Southern Health and Social Service Trust, UK); E Patchen Dellinger (University of Washington, USA); Mazen S Ferwana (King Saud Bin Abdulaziz University for Health Sciences, Kingdom of Saudi Arabia); Petra Gastmeier (Institute of Hygiene and Environmental Medicine, Charité-University Medicine Berlin, Germany); Xavier Guirao (Parc Taulí Hospital Universitari, Spain); Nordiah Jalil (Universiti Kebangsaan Malaysia Medical Centre, Malaysia); Robinah Kaitiritimba (Uganda National Health Consumers' Organization, Uganda); Regina Kamoga (Community Health and Information Network, Uganda); Claire Kilpatrick (Imperial College, London CIPM, S3 Global, UK); Shaheen Mehtar (Stellenbosch University and Infection Control Africa Network, Republic of South Africa); Babacar Ndoye (Infection Control Africa Network Board, Senegal); Peter Nthumba (AIC Kijabe Hospital, Kenya); Leonardo Pagani (Bolzano Central Hospital, Italy and Annecy-Genevois Hospital Centre, France); Didier Pittet (University of Geneva Hospitals, Switzerland); Jianan Ren (Nanjing University, People's Republic of China); Joseph S Solomkin (University of Cincinnati/OASIS Global, USA); Akeau Unahalekhaka (Chiang Mai University, Thailand); Andreas F Widmer (Basel University, Switzerland).

**Members of the Systematic Reviews Expert Group**
The following experts served on the Systematic Reviews Expert Group (names of team leaders are underlined):

Jasper J Atema, Marja A Boermeester, Quirne Boldingh, Sarah Gans, Stijn de Jonge, Fleur de Vries, and Elon D Wallert (University of Amsterdam, the Netherlands); Stacey M Gomez (OASIS Global, USA); and Joseph S. Solomkin (University of Cincinnati College of Medicine/OASIS Global, USA); Jan Kluytmans and Miranda van Rijen (Amphia Hospital Breda, the Netherlands); Jianan Ren and Yiuwen Wu (Nanjing University, People's Republic of China); Xavier Guirao and Sandra Pequeno (Parc Taulí Hospital Universitari, and Centre Cochrane Iberoamericà de l'Hospital de la Santa Creu i Sant Pau, Spain); Petra Gastmeier and Peter Bischoff (Institute of Hygiene and Environmental Medicine, Charité-University Medicine Berlin, Germany); Didier Pittet and Caroline Landelle (University of Geneva Hospitals, Switzerland); Nizam Damani (Southern Health and Social Service Trust, UK); Benedetta Allegranzi, Zeynep Kubilay and Bassim Zayed (Department of Service Delivery and Safety, WHO).

**External Peer Review Group**
The following experts served as external peer reviewers of the draft guideline documents:
Emmanuel Ameh (Ahmadu Bello University, Nigeria); Kamal Itani (VA Boston Healthcare System & Boston University School of Medicine, USA); Fernando Otaíza (Infection Prevention and Control Unit, Ministry of Health, Chile); Val Robertson (University of Zimbabwe, Zimbabwe); Ilker Uçkay (University of Geneva Hospitals, Switzerland).

**Acknowledgement of financial support**
Funding for the development of these guidelines was mainly provided by WHO, partly funded by the Fleming Fund of the UK Government. However, the views expressed do not necessarily reflect the official policies of the UK Government. The Swiss Government and OASIS Global (USA) also provided essential financial support. The systematic reviews performed by the external expert teams were conducted free of charge as in-kind contributions by the following institutions: Amphia Hospital Breda (the Netherlands); University of Amsterdam (the Netherlands); University of Berlin (Germany); University of Cincinnati (USA); Corporació Sanitaria del Parc Taulí, University Hospital (Spain); Jinling Hospital and the Medical School of Nanjing University (People's Republic of China).

**Photograph contributions**
Courtesy of Didier Pittet, MD (University of Geneva Hospitals, Switzerland); courtesy of Juliana Cusack (Patrick Okao, MD, Surgeon at Butaro District Hospital, Rwanda and James Cusack, MD, Visiting Surgeon from Massachusetts General Hospital and Harvard Medical School, Boston, MA, USA).

# ABBREVIATIONS AND ACRONYMS

ABHR — alcohol-based handrub

AMR — antimicrobial resistance

ASHP — American Society of Health-System Pharmacists

CDC — Centers for Disease Control and Prevention

CHG — chlorhexidine gluconate

CI — confidence interval

ECDC — European Centre for Disease Prevention and Control

ESBL — extended spectrum beta-lactamase

FiO2 — fraction of inspired oxygen

GDFT — goal-directed fluid therapy

GDG — Guidelines Development Group

GRADE — Grading of Recommentations Assessment, Development and Evaluation

HAI — health care-associated infection

IDSA — Infectious Diseases Society of America

IPC — infection prevention and control

LMICs — low- and middle-income countries

MBP — mechanical bowel preparation

MRSA — methicillin-resistant *Staphylococcus aureus*

MSSA — methicillin-susceptible *Staphylococcus aureus*

MTX — methotrexate

NHSN — National Healthcare Safety Network

NICE — National Institute for Health and Care Excellence

NNIS — National Nosocomial Infections Surveillance System

OR — odds ratio

PAHO — Pan American Health Organization

PHMB — polyhexamethylene biguanide

PICO — Population, Intervention, Comparison, Outcomes

pNPWT — prophylactic negative pressure wound therapy

PVP-I — povidone-iodine

RCT — randomized clinical trial

SAP — surgical antibiotic prophylaxis

SHEA — Society of Healthcare Epidemiology of America

SIGN — Scottish Intercollegiate Guidelines Network

SREG — Systematic Reviews Expert Group

SSI — surgical site infection/s

THA — total hip arthroplasty

TKA — total knee arthroplasty

TNF — tumour necrosis factor

UK — United Kingdom

USA — United States of America

v/v — volume/volume

WHO — World Health Organization

WP — wound protectors

# GLOSSARY OF TERMS

**Alcohol-based handrub** refers to an alcohol-based preparation designed for application to the hands to inactivate microorganisms and/or temporarily suppress their growth. Such preparations may contain one or more types of alcohol, other active ingredients with excipients and humectants.

**Antimicrobial skin sealants** refer to sterile, film-forming cyanoacrylate-based sealants that are commonly used as additional antimicrobial skin preparation after antisepsis and prior to skin incision. These sealants are intended to remain in place and block the migration of flora from surrounding skin into the surgical site by dissolving for several days postoperatively.

**Grading of Recommendations Assessment, Development and Evaluation (GRADE)** is an approach used to assess the quality of a body of evidence and to develop and report recommendations.

**Health care-associated infection**, also referred to as "nosocomial" or "hospital" infection, is an infection occurring in a patient during the process of care in a hospital or other health care facility, which was not present or incubating at the time of admission. Health care-associated infections can also appear after discharge. They represent the most frequent adverse event during care.

**Hygienic handrub** refers to the treatment of hands with an antiseptic handrub to reduce the transient flora without necessarily affecting the resident skin flora. These preparations are broad spectrum and fast-acting, and persistent activity is not necessary.

**Hygienic handwash** refers to the treatment of hands with an antiseptic handwash and water to reduce the transient flora without necessarily affecting the resident skin flora. It is broad

spectrum, but it is usually less efficacious and acts more slowly than hygienic handrub.

**Interactive (advanced) wound dressings** refer to modern (post-1980) dressing materials that are designed to promote the wound healing process through the creation and maintenance of a local, warm, moist environment underneath the chosen dressing when left in place for a period indicated through a continuous assessment process. Examples are alginates, semipermeable film membranes, foams, hydrocolloids and fibrous hydrocolloids, non-adherent wound contact materials and combinations of those.

**Iodophors** refer to a preparation containing iodine complexed with a solubilizing agent, such as a surfactant or povidone (forming povidone-iodine). The result is a water-soluble material that releases free iodine when in solution. Iodophors are prepared by mixing iodine with the solubilizing agent; heat can be used to speed up the reaction.

**Low- and middle-income countries:** WHO Member States are grouped into four income groups (low, lower-middle, upper-middle, and high) based on the World Bank list of analytical income classification of economies for the 2014 fiscal year, calculated using the *World Bank Atlas* method. For the current (2016) fiscal year, low-income economies are defined as those with a gross national income (GNI) per capita of US$ 1045 or less in 2014; middle-income economies are those with a GNI per capita of more than US$ 1045, but less than US$ 12 736; (lower-middle-income and upper-middle-income economies are separated at a GNI per capita of US$ 4125) high-income economies are those with a GNI per capita of US$ 12 736 or more.

**Mechanical bowel preparation** refers to the

preoperative administration of substances to induce voiding of the intestinal and colonic contents.

**Paediatric population:** infants, children, and adolescents, within an age limit usually ranging from birth up to 18 years of age.

**Point prevalence (survey)** refers to the proportion of individuals with a particular disease or attribute measured on a particular date.
*Note:* Prevalence differs from incidence in that prevalence includes all cases, both new and preexisting, in the population at the specified time, whereas incidence is limited to new cases only.

**Primary closure** is defined as closure of the skin level during the original surgery, regardless of the presence of wires, wicks, drains, or other devices or objects extruding through the incision. This category includes surgeries where the skin is closed by some means. Thus, if any portion of the incision is closed at the skin level, by any manner, a designation of primary closure should be assigned to the surgery.

**Resident flora** refers to microorganisms residing under the superficial cells of the *stratum corneum* and found also on the surface of the skin.

**Standard antibiotic prophylaxis** refers to the prevention of infectious complications by administering an effective antimicrobial agent prior to exposure to contamination during surgery.

**Surgical hand preparation** refers to an antiseptic handwash or antiseptic handrub performed preoperatively by the surgical team to eliminate transient flora and reduce resident skin flora. Such antiseptics often have persistent antimicrobial activity.

**Surgical handrub(bing)** refers to surgical hand preparation with a waterless alcohol-based handrub.

**Surgical handscrub(bing)/presurgical scrub** refers to surgical hand preparation with antimicrobial soap and water.

**Surgical procedure** refers to an operation where at least one incision (including a laparoscopic approach) is made through the skin or mucous membrane, or reoperation via an incision that was left open during a prior operative procedure AND takes place in an operating room.

**Surgical site infection** refers to an infection that occurs after surgery in the part of the body where the surgery took place. Surgical site infections can sometimes be superficial infections involving the skin only. Other surgical site infections are more serious and can involve tissues under the skin, organs, or implanted material.
*(Source: United States Centers for Disease Control and Prevention.*
*https://www.cdc.gov/HAI/ssi/ssi.html, accessed 11 July 2016.).*

**Surgical site infection** is also defined as an infection that occurs within 30 days after the operation and involves the skin and subcutaneous tissue of the incision (superficial incisional) and/or the deep soft tissue (for example, fascia, muscle) of the incision (deep incisional) and/or any part of the anatomy (for example, organs and spaces) other than the incision that was opened or manipulated during an operation (organ/space).
*(Source: European Centre for Disease Prevention and Control.*
*http://ecdc.europa.eu/en/publications/Publications/120215_TED_SSI_protocol.pdf, accessed 16 August 2016).*

**SSI-attributable mortality** refers to deaths that are directly attributable to SSI. The numerators refer to surgical patients whose cause of death was directly attributable to SSI and the denominator usually refers to all surgical patients in a patient population.

**Surgical site infection rates** per 100 operative procedures are calculated by dividing the number of surgical site infections by the number of specific operative procedures and multiplying the results by 100. Surgical site infection rate calculations can be performed separately for the different types of operative procedures and stratified by the basic risk index.

**Surgical instruments** are tools or devices that perform such functions as cutting, dissecting, grasping, holding, retracting, or suturing the surgical site. Most surgical instruments are made from stainless steel.

**Surgical wound** refers to a wound created when an incision is made with a scalpel or other sharp cutting device and then closed in the operating room by suture, staple, adhesive tape, or glue and resulting in close approximation to the skin edges.

**Transient flora** refers to microorganisms that colonize the superficial layers of the skin and are more amenable to removal by routine handwashing/handrubbing.

**Underweight** is a term describing a person whose body weight is considered too low to be healthy. The definition usually refers to people with a body mass index of under 18.5 or a weight 15-20% below the norm for their age and height group.

**Surgical wounds** are divided into four classes.

1. **Clean** refers to an uninfected operative wound in which no inflammation is encountered and the respiratory, alimentary, genital or uninfected urinary tracts are not entered. In addition, clean wounds are primarily closed and, if necessary, drained with closed drainage. Operative incisional wounds that follow non-penetrating (blunt) trauma should be included in this category if they meet the criteria.

2. **Clean-contaminated** refers to operative wounds in which the respiratory, alimentary, genital or urinary tracts are entered under controlled conditions and without unusual contamination. Specifically, operations involving the biliary tract, appendix, vagina and oropharynx are included in this category, provided no evidence of infection or major break in technique is encountered.

3. **Contaminated** refers to open, fresh, accidental wounds. In addition, operations with major breaks in sterile technique (for example, open cardiac massage) or gross spillage from the gastrointestinal tract, and incisions in which acute, non-purulent inflammation is encountered ,including necrotic tissue without evidence of purulent drainage (for example, dry gangrene), are included in this category.

4. **Dirty or infected** includes old traumatic wounds with retained devitalized tissue and those that involve existing clinical infection or perforated viscera. This definition suggests that the organisms causing postoperative infection were present in the operative field before the operation.
*(Source: United States Centers for Disease Control and Prevention.*
*https://www.cdc.gov/hicpac/SSI/table7-8-9-10-SSI.html, accessed 11 July 2016.)*

# DECLARATION OF INTERESTS

In accordance with WHO regulations, all members of the Guidelines Development Group (GDG) were required to complete and submit a WHO Declaration of interests form prior to participating in each meeting. External reviewers and members of the Systematic Reviews Expert Group were also required to submit a Declaration of interest form. The secretariat then reviewed and assessed each declaration. In the case of a potential conflict of interest, the reason was presented to the GDG.

Procedures for the management of declared conflicts of interest were undertaken according to the WHO *guidelines for declaration of interests (WHO experts)*. Where a conflict of interest was not considered significant enough to pose any risk to the guideline development process or reduce its credibility, the experts were only required to openly declare the potential conflict at the beginning of the Technical Consultation. However, the declared conflicts were considered irrelevant on all occasions and did not warrant any exclusion from the GDG. Therefore, all members participated fully in the formulation of the recommendations and no further action was taken.

**The following interests were declared by GDG members:**
Joseph Solomkin, chair of the GDG, is also the chief executive officer of OASIS Global (USA), an organization that provided funds to partially support the salary of a WHO consultant assisting in initiating the guideline development process.

Andreas Widmer declared that he received a research support grant of 200 000 Swiss francs from the Swiss National Science Foundation for a study on antibiotic prophylaxis in 2014.

Peter Nthumba declared that his attendance at a workshop on surgical site infections in 2014 was supported by Ethicon Surgical Care (Johnson & Johnson).

Marja A Boermeester declared that her attendance at a meeting was supported by Johnson & Johnson in 2014 and that she obtained a research grant of € 49 000 from Johnson & Johnson on a subject not related to these guideline recommendations. She also received grants or honoraria for delivering lectures on surgical site infection or serving on scientific advisory boards for Abbott/Mylan, Acelity, Bard, Baxter, GSK, Ipsen and Johnson & Johnson.

E Patchen Dellinger declared that he received honoraria for delivering lectures on surgical site infection. He also received fees for serving on scientific advisory boards for Astellas, Baxter, Cubist, Durata, Merck, Ortho-McNeil, Pfizer, Rib-X, R-Pharm, Targanta, Tetraphase and 3M. These honoraria and fees varied between US$ 1000 and US$ 5000 but the activities were not related to the guideline recommendations.

Xavier Guirao declared that he received personal fees of about € 1000 from Merck, Pfizer, Astra-Zeneca, and Novartis; these activities were not related to the guideline recommendations.

Apart from Marja Boermeester, Joseph Solomkin and Xavier Guirao (see above), no member of the Systematic Reviews Expert Group declared any conflict of interest. One external reviewer declared the following interests which were considered irrelevant by the WHO Steering Group:
Val Robertson declared that she received a research grant of US$ 3500 from the International Federation of Infection Control in 2015 and that she currently receives a monthly honorarium of US$ 2241 as a technical advisor to the Zimbabwe Infection Prevention and Control Project.

# EXECUTIVE SUMMARY

## Introduction

Health care-associated infections (HAI) are acquired by patients while receiving care and represent the most frequent adverse event affecting patient safety worldwide.

Recent work by the World Health Organization (WHO) shows that surgical site infection (SSI) is the most surveyed and frequent type of HAI in low- and middle-income countries and affects up to one third of patients who have undergone a surgical procedure. Although SSI incidence is lower in high-income countries, it remains the second most frequent type of HAI in Europe and the United States of America (USA).

Many factors in the patient's journey through surgery have been identified as contributing to the risk of SSI. Therefore, the prevention of these infections is complex and requires the integration of a range of preventive measures before, during and after surgery. However, the implementation of these measures is not standardized worldwide. No international guidelines are currently available and inconsistency in the interpretation of evidence and recommendations among national guidelines is frequently identified.

The aim of these guidelines is to provide a comprehensive range of evidence-based recommendations for interventions to be applied during the pre-, intra- and postoperative periods for the prevention of SSI, while also considering aspects related to resource availability and values and preferences.

Although the guidelines are intended for surgical patients of all ages, some recommendations do not apply to the paediatric population due to lack of evidence or inapplicability and this is clearly stated.

## Target audience

The primary target audience for these guidelines is the surgical team, that is, surgeons, nurses, technical support staff, anaesthetists and any professionals directly providing surgical care. Pharmacists and sterilization unit staff will also be concerned by some aspects of these guidelines. The recommendations are also intended to be used by policy-makers, senior managers and infection prevention and control (IPC) professionals as the basis for developing national and local SSI protocols and policies, and supporting staff education and training.

## Guideline development methods

The guidelines were developed according to the processes described in the WHO *Handbook for guideline development* issued in 2014. In summary, the process included:
(1) identification of the primary critical outcomes and priority topics and formulation of a series of questions structured in a PICO (Population, Intervention, Comparison, Outcomes) format;
(2) retrieval of the evidence through specific systematic reviews of each topic using a standardized agreed methodology;
(3) assessment and synthesis of the evidence;
(4) formulation of recommendations; and
(5) writing of the guideline content and planning for its dissemination and associated implementation strategy.

The development of the guidelines involved the formation of four main groups to guide the process: the WHO Guideline Steering Group; the Guidelines Development Group (GDG); the Systematic Reviews Expert Group; and the External Review Group.

Using the list of priority topics, questions and critical outcomes identified by the WHO Guideline

Steering Group, the GDG and the guideline methodologist in a scoping meeting convened by WHO in September 2013, the Systematic Reviews Expert Group conducted 27 systematic reviews to provide the supporting evidence for the development of the recommendations; summaries of the systematic reviews are available as web appendices of the guidelines. The scientific evidence was synthesized using the Grading of Recommendations Assessment, Development and Evaluation (GRADE) approach. WHO convened four GDG technical consultations between June 2014 and November 2015 to formulate and approve the recommendations based on the evidence profiles. In agreement with the methodologist and the WHO Guidelines Review Committee secretariat, five recommendations were re-discussed through GDG on-line consultations after the meetings and slightly modified, based on either comments by the external peer reviewers or emerging new evidence.

The guidelines consist of a core section including a dedicated chapter for each recommendation, which is divided into subsections according to their application in the pre-, intra- and postoperative periods. This is preceded by a section including other important issues in the approach to SSI prevention that were not the subject of recommendations, but of which users should be fully aware. A summary of main existing national guidelines on SSI prevention is also provided as a web appendix of the guidelines.

## Recommendations

The WHO technical consultations led to the adoption of 29 recommendations covering 23 topics for the prevention of SSI in the pre-, intra- and postoperative periods (see Table). For four topics, the GDG considered that the available evidence was not sufficient to develop related recommendations. For each recommendation, the quality of evidence was graded as "very low", "low", "moderate" or "high". The GDG qualified the direction and strength of each recommendation by considering the quality of evidence and other factors, including the balance between benefits and harms, the values and preferences of stakeholders and the resource implications of the intervention. To ensure that each recommendation is correctly understood and applied in practice, the GDG has provided additional remarks where needed. Guideline users should refer to these remarks, as well as to the summary of the evidence provided in each chapter of the recommendations. The summaries of the systematic reviews, including the risk of bias assessments and the GRADE tables, are available in full as on-line appendices of the guidelines. Each chapter also features a research agenda identified by the GDG for each topic.

The recommendations for the prevention of SSI to be applied or considered in the pre-, intra- and postoperative periods are summarized in the Table below, together with the associated PICO questions and their strength and evidence quality. In accordance with WHO guideline development procedures, these recommendations will be reviewed and updated following identification of new evidence at least every five years. WHO welcomes suggestions regarding additional questions for inclusion in future updates of the guidelines.

**Table 1.** **Summary of core topics, research questions and recommendations for the prevention of surgical site infection**

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| **Preoperative measures** | | | | |
| Preoperative bathing | 1. Is preoperative bathing using an antimicrobial soap more effective in reducing the incidence of SSI in surgical patients compared to bathing with plain soap? 2. Is preoperative bathing with CHG-impregnated cloths more effective in reducing the incidence of SSI in surgical patients compared to bathing with antimicrobial soap? | It is good clinical practice for patients to bathe or shower prior to surgery. The panel suggests that either plain soap or an antimicrobial soap may be used for this purpose. The panel decided not to formulate a recommendation on the use of CHG-impregnated cloths for the purpose of reducing SSI due to the very low quality of evidence. | Conditional | Moderate |
| Decolonization with mupirocin ointment with or without CHG body wash for the prevention of *Staphylococcus aureus* infection in nasal carriers | Is mupirocin nasal ointment in combination with or without CHG body wash effective in reducing the number of *S. aureus* infections in nasal carriers undergoing surgery? | The panel recommends that patients undergoing cardiothoracic and orthopaedic surgery with known nasal carriage of *S. aureus* should receive perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash. | Strong | Moderate |
| | | The panel suggests considering to treat also patients with known nasal carriage of *S. aureus* undergoing other types of surgery with perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash. | Conditional | Moderate |
| Screening of ESBL colonization and the impact on antibiotic prophylaxis | 1. Should SAP be modified in high (>10%) ESBL prevalence areas? 2. Should SAP be modified in patients who are colonized with or a carrier of ESBL? 3. Should patients be screened for ESBL prior to surgery? | The panel decided not to formulate a recommendation due to the lack of evidence. | NA | NA |

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| **Preoperative measures** | | | | |
| Optimal timing for preoperative SAP | How does the timing of SAP administration impact on the risk of SSI and what is the precise optimal timing? | The panel recommends that SAP should be administered prior to the surgical incision when indicated (depending on the type of operation). | Strong | Low |
| | | The panel recommends the administration of SAP within 120 minutes before incision, while considering the half-life of the antibiotic. | Strong | Moderate |
| Mechanical bowel preparation and the use of oral antibiotics | Is mechanical bowel preparation combined with or without oral antibiotics effective for the prevention of SSI in colorectal surgery? | The panel suggests that preoperative oral antibiotics combined with mechanical bowel preparation should be used to reduce the risk of SSI in adult patients undergoing elective colorectal surgery. | Conditional | Moderate |
| | | The panel recommends that mechanical bowel preparation alone (without administration of oral antibiotics) should **not** be used for the purpose of reducing SSI in adult patients undergoing elective colorectal surgery. | Strong | Moderate |
| Hair removal | 1. Does hair removal affect the incidence of SSI?<br><br>2. What method and timing of hair removal is associated with the reduction of SSI? | The panel recommends that in patients undergoing any surgical procedure, hair should either **not** be removed or, if absolutely necessary, it should be removed only with a clipper. Shaving is strongly discouraged at all times, whether preoperatively or in the OR. | Strong | Moderate |
| Surgical site preparation | Should alcohol-based antiseptic solutions or aqueous solutions be used for skin preparation in surgical patients and, more specifically, should CHG or PVP-I solutions be used? | The panel recommends alcohol-based antiseptic solutions based on CHG for surgical site skin preparation in patients undergoing surgical procedures. | Strong | Low to moderate |

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| **Preoperative measures** | | | | |
| Antimicrobial skin sealants | Should antimicrobial sealants (in addition to standard surgical site skin preparation) be used in surgical patients for the prevention of SSI compared to standard surgical site skin preparation only? | The panel suggests that antimicrobial sealants should **not** be used after surgical site skin preparation for the purpose of reducing SSI. | Conditional | Very Low |
| Surgical hand preparation | 1. What is the most effective type of product for surgical hand preparation to prevent SSI? <br><br> 2. What is the most effective technique and ideal duration for surgical hand preparation? | The panel recommends that surgical hand preparation should be performed by scrubbing with either a suitable antimicrobial soap and water or usng a suitable alcohol-based handrub before donning sterile gloves. | Strong | Moderate |
| **Preoperative and/or intraoperative measures** | | | | |
| Enhanced nutritional support | In surgical patients, should enhanced nutritional support be used for the prevention of SSI? | The panel suggests considering the administration of oral or enteral multiple nutrient-enhanced nutritional formulas for the purpose of preventing SSI in underweight patients who undergo major surgical operations. | Conditional | Very Low |
| Perioperative discontinuation of immunosuppressive agents | Should immunosuppressive agents be discontinued perioperatively and does this affect the incidence of SSI? | The panel suggests not to discontinue immunosuppressive medication prior to surgery for the purpose of preventing SSI. | Conditional | Very Low |
| Perioperative oxygenation | How safe and effective is the perioperative use of an increased fraction of inspired oxygen in reducing the risk of SSI? | The panel recommends that adult patients undergoing general anaesthesia with endotracheal intubation for surgical procedures should receive an 80% fraction of inspired oxygen intraoperatively and, if feasible, in the immediate postoperative period for 2-6 hours to reduce the risk of SSI. | Strong | Moderate |

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| | | Preoperative measures | | |
| Maintaining normal body temperature (normothermia) | Should systemic body warming vs. no warming be used for the prevention of SSI in surgical patients? | The panel suggests the use of warming devices in the OR and during the surgical procedure for patient body warming with the purpose of reducing SSI. | Conditional | Moderate |
| Use of protocols for intensive perioperative blood glucose control | 1. Do protocols aiming to maintain optimal perioperative blood glucose levels reduce the risk of SSI? 2. What are the optimal perioperative glucose target levels in diabetic and non-diabetic patients? | The panel suggests the use of protocols for intensive perioperative blood glucose control for both diabetic and non-diabetic adult patients undergoing surgical procedures to reduce the risk of SSI. The panel decided not to formulate a recommendation on this topic due to the lack of evidence to answer question 2. | Conditional | Low |
| Maintenance of adequate circulating volume control/ normovolemia | Does the use of specific fluid management strategies during surgery affect the incidence of SSI? | The panel suggests the use of goal-directed fluid therapy intraoperatively to reduce the risk of SSI. | Conditional | Low |
| Drapes and gowns | 1. Is there a difference in SSI rates depending on the use of disposable non-woven drapes and gowns or reusable woven drapes and gowns? 1.1. Is there a difference in SSI rates depending on the use of disposable non-woven or reusable woven drapes? 1.2. Is there a difference in SSI rates depending on the use of disposable non-woven or reusable woven gowns? | The panel suggests that either sterile, disposable non-woven or sterile, reusable woven drapes and gowns can be used during surgical operations for the purpose of preventing SSI. No specific evidence was retrieved to answer to questions 1.1 and 1.2. | Conditional | Moderate to very low |
| | 2. Does the use of disposable, adhesive, incise drapes reduce the risk of SSI? | The panel suggests **not** to use plastic adhesive incise drapes with or without antimicrobial properties for the purpose of preventing SSI. | Conditional | Low to very low |

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| **Preoperative measures** | | | | |
| Wound protector devices | Does the use of wound protector devices reduce the rate of SSI in open abdominal surgery? | The panel suggests considering the use of wound protector devices in clean-contaminated, contaminated and dirty abdominal surgical procedures for the purpose of reducing the rate of SSI. | Conditional | Very low |
| Incisional wound irrigation | Does intraoperative wound irrigation reduce the risk of SSI? | The panel considered that there is insufficient evidence to recommend for or against saline irrigation of incisional wounds before closure for the purpose of preventing SSI. | NA | NA |
| | | The panel suggests considering the use of irrigation of the incisional wound with an aqueous PVP-I solution before closure for the purpose of preventing SSI, particularly in clean and clean-contaminated wounds. | Conditional | Low |
| | | The panel suggests that antibiotic incisional wound irrigation should **not** be used for the purpose of preventing SSI. | Conditional | Low |
| Prophylactic negative pressure wound therapy | Does prophylactic negative pressure wound therapy reduce the rate of SSI compared to the use of conventional dressings? | The panel suggests the use of prophylactic negative pressure wound therapy in adult patients on primarily closed surgical incisions in high-risk wounds for the purpose of the prevention of SSI, while taking resources into account. | Conditional | Low |
| Use of surgical gloves | 1. When is double-gloving recommended? 2. What are the criteria for changing gloves during an operation? 3. What type of gloves should be used? | The panel decided not to formulate a recommendation due to the lack of evidence to assess whether double-gloving or a change of gloves during the operation or the use of specific types of gloves are more effective in reducing the risk of SSI. | NA | NA |

| Topic | Research questions | Recommendations | Strength | Quality of evidence |
|---|---|---|---|---|
| **Preoperative measures** | | | | |
| Changing of surgical instruments | At the time of wound closure, is there a difference in SSI when instruments are changed for fascial, subcutaneous and skin closure using a new set of sterile instruments? | The panel decided not to formulate a recommendation on this topic due to the lack of evidence. | NA | NA |
| Antimicrobial-coated sutures | Are antimicrobial-coated sutures effective to prevent SSI? If yes, when and how should they be used? | The panel suggests the use of triclosan-coated sutures for the purpose of reducing the risk of SSI, independent of the type of surgery. | Conditional | Moderate |
| Laminar flow ventilation systems in the context of OR ventilation | 1. Is the use of laminar air flow in the OR associated with the reduction of overall or deep SSI? | The panel suggests that laminar airflow ventilation systems should **not** be used to reduce the risk of SSI for patients undergoing total arthroplasty surgery. | Conditional | Low to very low |
| | 2. Does the use of fans or cooling devices increase SSIs? 3. Is natural ventilation an acceptable alternative to mechanical ventilation? | The panel decided not to formulate a recommendation on these topics due to the lack of evidence to answer questions 2 and 3. | NA | NA |
| **Postoperative measures** | | | | |
| SAP prolongation | Does continued postoperative SAP reduce the risk of SSI compared with preoperative and (if necessary) intraoperative prophylaxis only? | The panel recommends **against** the prolongation of SAP after completion of the operation for the purpose of preventing SSI. | Strong | Moderate |
| Advanced dressings | In surgical patients, should advanced dressings vs. standard sterile wound dressings be used for the prevention of SSI? | The panel suggests **not** using any type of advanced dressing over a standard dressing on primarily closed surgical wounds for the purpose of preventing SSI. | Conditional | Low |
| Antimicrobial prophylaxis in the presence of a drain and optimal timing for wound drain removal | 1. In the presence of drains, does prolonged antibiotic prophylaxis prevent SSI? | The panel suggests that preoperative antibiotic prophylaxis should **not** be continued in the presence of a wound drain for the purpose of preventing SSI. | Conditional | Low |
| | 2. When using drains, how long should they be kept in place to minimize SSI as a complication? | The panel suggests removing the wound drain when clinically indicated. No evidence was found to allow making a recommendation on the optimal timing of wound drain removal for the purpose of preventing SSI. | Conditional | Very low |

SSI: surgical site infection; PICO: Population, Intervention, Comparison, Outcomes; CHG: chlorhexidine gluconate; SAP: surgical antibiotic prophylaxis; OR: operating room; ESBL: extended-spectrum beta-lactamase; PVP-I: povidone-iodine; NA: not applicable.

# 1. BACKGROUND

Health care-associated infections (HAIs) are acquired by patients when receiving care and are the most frequent adverse event affecting patient safety worldwide. Common HAIs include urine, chest, blood and wound infections. HAIs are caused mainly by microorganisms resistant to commonly-used antimicrobials, which can be multidrug-resistant.

Although the global burden remains unknown because of the difficulty to gather reliable data, it is estimated that hundreds of millions of patients are affected by HAIs each year, leading to significant mortality and financial losses for health systems. At present, no country is free from the burden of disease caused by HAIs and antimicrobial resistance (AMR).

Of every 100 hospitalized patients at any given time, seven in developed and 15 in developing countries will acquire at least one HAI. The endemic burden of HAI is also significantly (at least 2-3 times) higher in low- and middle-income countries (LMICs) than in high-income nations, particularly in patients admitted to intensive care units, and neonates.

Recent work by the World Health Organization (WHO) *Clean Care is Safer Care* programme (http://www.who.int/gpsc/en) shows that surgical site infection (SSI) is the most surveyed and frequent type of HAI in LMICs and affects up to one third of patients who have undergone a surgical procedure. In LMICs, the pooled incidence of SSI was 11.8 per 100 surgical procedures (range 1.2 to 23.6) *(1, 2)*. Although SSI incidence is much lower in high-income countries, it remains the second most frequent type of HAI in Europe and the United States of America (USA). In some European countries, it even represents the most frequent type of HAI. The European Centre for Disease

Prevention and Control (ECDC) reported data on SSI surveillance for 2010-2011. The highest cumulative incidence was for colon surgery with 9.5% episodes per 100 operations, followed by 3.5% for coronary artery bypass graft, 2.9% for caesarean section, 1.4% for cholecystectomy, 1.0% for hip prosthesis, 0.8% for laminectomy and 0.75% for knee prosthesis *(3)*.

Many factors in a patient's journey through surgery have been identified as contributing to the risk of SSI. The prevention of these infections is complex and requires the integration of a range of measures before, during and after surgery. However, the implementation of these measures is not standardized worldwide and no international guidelines are currently available.

No full guidelines have been issued by WHO on this topic, although some aspects related to the prevention of SSI are mentioned in the 2009 WHO *guidelines for safe surgery (4)*. Some national guidelines are available, especially in Europe and North America, but several inconsistencies have been identified in the interpretation of evidence and recommendations and validated systems to rank the evidence have seldom been used. Importantly, none of the currently available guidelines have been based on systematic reviews conducted ad hoc in order to provide evidence-based support for the development of recommendations. In addition, important topics with a global relevance that can lead to potentially harmful consequences for the patient if neglected are mentioned in only a few guidelines, for example, surgical hand antisepsis or the duration of surgical antibiotic prophylaxis (SAP). Of note, the prolongation of antibiotic prophylaxis is one of the major determinants of AMR.

Given the burden of SSI in many countries and the numerous gaps in evidence-based guidance,

there is a need for standardization based on strategies with proven effectiveness and a global approach. International, comprehensive SSI prevention guidelines should include also more innovative or recent approaches. To ensure a universal contribution to patient safety, recommendations should be valid for any country, irrespective of their level of development and resources.

The aim of these guidelines is to provide a comprehensive range of evidence-based recommendations for interventions to be applied during the pre-, intra- and postoperative periods for the prevention of SSI, while taking into consideration resource availability and values and preferences.

## 1.1  Target audience

The primary target audience for these guidelines is the surgical team, that is, surgeons, nurses, technical support staff, anaesthetists and any professionals directly providing surgical care. Pharmacists and sterilization unit staff will be concerned also by some recommendations or aspects of these guidelines. The guidelines will be an essential tool for health care professionals responsible for developing national and local infection prevention protocols and policies, such as policy-makers and infection prevention and control (IPC) professionals. Of note, it will be crucial to involve senior managers, hospital administrators, individuals in charge of quality improvement and patient safety and those responsible for staff education and training to help advance the adoption and implementation of these guidelines.

## 1.2  Scope of the guidelines

### Population and outcome of interest

The guidelines focus on the prevention of SSI in patients of any age undergoing any surgical procedure. However, there are recommendations that are either not proven for the paediatric population due to lack of evidence or inapplicable. The primary outcomes considered for developing the recommendations were the occurrence of SSI (SSI incidence rates) and SSI-attributable mortality.

### Priority questions

The priority research questions guiding the evidence review and synthesis according to each topic addressed by these guidelines are listed in the table of recommendations included in the executive summary. These were further developed as a series of questions structured in a PICO (Population, Intervention, Comparison, Outcomes) format (available in full in web Appendices 2-27) (www.who.int/gpsc/SSI-guidelines/en).

# 2. METHODS

## 2.1 WHO guideline development process

The guidelines were developed following the standard recommendations described in the WHO *Handbook for guideline development (5)* and according to a scoping proposal approved by the WHO Guidelines Review Committee.

In summary, the process included: (i) identification of the primary critical outcomes and priority topics and formulation of the related PICO questions; (ii) retrieval of the evidence through specific systematic reviews of each topic using an agreed standardized methodology; (iii) assessment and synthesis of the evidence; (iv) formulation of recommendations; and (v) writing of the guidelines' content and planning for the dissemination and implementation strategy.

The initial plan for the guidelines included a section dedicated to best implementation strategies for the developed recommendations, based on a systematic review of the literature and expert advice. However, given the very broad scope and length of the present document and following consultation with the methodologist and the Guidelines Review Committee secretariat, the Guideline Steering Group decided not to include this section. A short chapter is included to address this aspect, but a separate document dedicated to this topic will be provided to accompany the guidelines.

The development of the guidelines involved the formation of four main groups to guide the process and their specific roles are described in the following sections.

### WHO Guideline Steering Group

The WHO Guideline Steering Group was chaired by the director of the Department of Service Delivery and Safety (SDS). Participating members were from the SDS IPC team, the SDS emergency and essential surgical care programme, the Department of Pandemic and Epidemic Diseases, and the IPC team at the WHO Regional Office of the Americas.

The Group drafted the initial scoping document for the development of the guidelines. In collaboration with the Guidelines Development Group (GDG), it then identified the primary critical outcomes and priority topics and formulated the related questions in PICO format. The Group identified systematic review teams, the guideline methodologist, the members of the GDG and the external reviewers. It supervised also the evidence retrieval and syntheses, organized the GDG meetings, prepared or reviewed the final guideline document, managed the external reviewers' comments and the guideline publication and dissemination. The members of the WHO Steering Group are presented in the Acknowledgements section and the full list including affiliations is available in the Annex (section 6).

### Guidelines Development Group

The WHO Guideline Steering Group identified 20 external experts and stakeholders from the 6 WHO regions to constitute the GDG. Representation was ensured from various professional and stakeholder groups, including surgeons, nurses, IPC and infectious disease specialists, researchers and patient representatives. Geographical representation and gender balance were also considerations when selecting GDG members. Members provided input for the drafting of the scope of the guidelines, the PICO questions and participated in the identification of the methodology for the systematic reviews. In addition, the GDG appraised the evidence that was

used to inform the recommendations, advised on the interpretation of the evidence, formulated the final recommendations based on the draft prepared by the WHO Steering Group and reviewed and approved the final guideline document. The members of the GDG are presented in the Annex (section 6.1).

### Systematic Reviews Expert Group

Given the high number of systematic reviews supporting the development of recommendations for the guidelines, a Systematic Reviews Expert Group (SREG) was created. This group included researchers and professionals with a high level of expertise in the selected topics and the conduct of systematic reviews. While some of the reviews were conducted by the WHO IPC team, most SREG experts volunteered to conduct the systematic reviews as an in-kind contribution of their institutions to the development of the guidelines.

The SREG undertook the systematic reviews and meta-analyses and prepared individual summaries, which are available as web appendices to the guidelines. It assessed also the quality of the evidence and prepared the evidence profiles according to the Grading of Recommendations Assessment, Development and Evaluation (GRADE) methodology.

Some SREG members were also part of the GDG. However, according to the Guideline Review Committee's instructions and to avoid any intellectual conflict, experts leading the systematic reviews were excluded from consensus decision-making for the development of recommendations related to the topic they reviewed, in particular when voting was necessary. As a member of the SREG, the GDG chair was equally excluded from decision-making on recommendations that were based on systematic reviews conducted by himself and his team. Furthermore, in sessions where the chair presented the evidence from systematic reviews conducted by his team, another GDG member was identified to act as the chair. The members of the GDG are presented in the Acknowledgements and the full list including affiliations is available in the Annex (section 6.1).

### External Peer Review Group

This group included five technical experts with a high level of knowledge and experience in the fields of surgery and IPC. The group was geographically balanced to ensure views from both high- and LMICs; no member declared a conflict of interest.

The group reviewed the final guideline document to identify any factual errors and commented on technical content and evidence, clarity of the language, contextual issues and implications for implementation. The group ensured that the guideline decision-making processes had incorporated contextual values and preferences of potential users of the recommendations, health care professionals and policy-makers. It was not within the remit of this group to change the recommendations formulated by the GDG. However, very useful comments were provided in some cases, which led to modifications of the recommendation text or the explanations provided within the remarks. The members of the WHO External Peer Review Group are presented in the Acknowledgements and the full list including affiliations is available in the Annex (section 6.4).

## 2.2  Evidence identification and retrieval

The SREG retrieved evidence on the effectiveness of interventions for the prevention of SSI from randomized controlled trials (RCTs) and non-randomized studies as needed. The Guideline Steering Group provided the SREG with the methodology and a briefing on the desired output of the systematic reviews and the members of these groups agreed together on the format and timelines for reporting. Using the assembled list of priority topics, questions and critical outcomes from the scoping exercise identified by the WHO Guideline Steering Group, the GDG and the guideline methodologist, the SREG conducted 27 systematic reviews between December 2013 and October 2015 to provide the supporting evidence for the development of the recommendations.

To identify relevant studies, systematic searches of various electronic databases were conducted, including Medline (Ovid), the Excerpta Medica Database, the Cumulative Index to Nursing and Allied Health Literature, the Cochrane Central Register of Controlled Trials and WHO regional databases. All studies published after 1 January 1990 were considered. In a few reviews, the GDG and the SREG judged that relevant studies had been published before 1990 and no time limit was used. Studies in at least English, French and Spanish were included; some reviews had no language restrictions. A comprehensive list of search terms was used, including Medical Subject Headings. Criteria for the inclusion

and exclusion of literature (for example, study design, sample size and follow-up duration) for the reviews were based on the evidence needed and available to answer the specific research questions. Studies from LMICs and high-income countries were considered. Search strategies and summaries of evidence for each systematic review are reported in web Appendices 2-27 (www.who.int/gpsc/SSI-guidelines/en).

Two independent reviewers screened the titles and abstracts of retrieved references for potentially relevant studies. The full text of all potentially eligible articles was obtained and then reviewed independently by two authors based on inclusion criteria. Duplicate studies were excluded. Both authors extracted data in a predefined evidence table and critically appraised the retrieved studies.

Quality was assessed using the Cochrane Collaboration tool to assess the risk of bias of RCTs (6) and the Newcastle-Ottawa Quality Assessment Scale for cohort studies (7). Any disagreements were resolved through discussion or after consultation with the senior author, when necessary.

Meta-analyses of available comparisons were performed using Review Manager version 5.3 (8), as appropriate. Crude estimates were pooled as odds ratios (OR) with 95% confidence intervals (CI) using a random effects model. The GRADE methodology (GRADE Pro software; http://gradepro.org/) was used to assess the quality of the body of retrieved evidence (9, 10). Based on the rating of the available evidence, the quality of evidence was graded as "high", "moderate", "low" or "very low" (Table 2.2.1).

| **Table 2.2.1. GRADE categories for the quality of evidence** |
|---|
| **High:** We are very confident that the true effect lies close to that of the estimate of the effect. |
| **Moderate:** We are moderately confident in the effect estimate: the true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different. |
| **Low:** Our confidence in the effect estimate is limited: the true effect may be substantially different from the estimate of the effect. |
| **Very low:** We have very little confidence in the effect estimate: the true effect is likely to be substantially different from the estimate of the effect. |

The results of the systematic reviews and meta-analyses were presented at four GDG meetings held in June 2014 and in February, September and November 2015. The evidence profiles and decision-making tables were reviewed to ensure understanding and agreement on the scoring criteria. According to a standard GRADE decision-making table proposed by the methodologist, recommendations were formulated based on the overall quality of the evidence, the balance between benefits and harms, values and preferences and implications for resource use. These were assessed through discussion among members of the GDG. The strength of recommendations was rated as either "strong" (the panel was confident that the benefits of the intervention outweighed the risks) or "conditional" (the panel considered that the benefits of the intervention probably outweighed the risks). Recommendations were then formulated and the wording was finalized by consensus. If full consensus could not be

achieved, the text was put to the vote and the recommendation was agreed upon according to the opinion of the majority of GDG members.

In some conditional recommendations, the GDG decided to use the terminology "the panel suggests considering…" because they considered that it was important to stimulate the user to undertake a thorough decision-making process and to give more flexibility, especially because these recommendations involve important remarks about resource implications and feasibility in LMICs. Areas and topics requiring further research were also identified. After each meeting, the final recommendation tables were circulated and all GDG members provided written approval and comments, if any.

The systematic reviews targeted patients of any age. In general, these guidelines are valid for both adult and paediatric patients unless specified in

the text of the recommendation or in the remarks. In several systematic reviews, no study was retrieved on the paediatric population and thus the GDG discussed whether the recommendations are valid in this population topic by topic. As a result, there are recommendations that are either inapplicable in the paediatric population or not proven due to lack of evidence.

Draft chapters of the guidelines containing the recommendations were prepared by the WHO secretariat and circulated to the GDG members for final approval and/or comments. Relevant suggested changes were incorporated in a second draft. If GDG comments involved substantial changes to the recommendation, all members participated in online or telephone discussions to reach a final agreement on the text. The second draft was then edited and circulated to the External Peer Review Group and the Guideline Steering Group. The draft document was further revised to address their comments. Suggested changes to the wording of the recommendations or modifications to the scope of the document were not considered in most cases. However, in 3 specific recommendations, most reviewers suggested similar changes and these were considered to be important by the Guideline Steering Group. In these cases, further discussions were undertaken with the GDG through teleconferences and consensus was achieved to make slight changes in the text of the recommendations to meet the reviewers' comments under the guidance of the methodologist.

The guideline methodologist ensured that the GRADE framework was appropriately applied throughout the guideline development process. This included a review of the PICO questions and the results of the systematic reviews and meta-analyses, including participation in re-analyses when appropriate, thus ensuring their comprehensiveness and quality. The methodologist also reviewed all evidence profiles and decision-making tables before and after the GDG meetings and provided guidance to the GDG in formulating the wording and strength of the recommendations.

## References

1. Allegranzi B, Bagheri Nejad S, Combescure C, Graafmans W, Attar H, Donaldson L, et al. Burden of endemic health-care-associated infection in developing countries: systematic review and meta-analysis. Lancet. 2011;377(9761):228-41.
2. Report on the burden of endemic health are-associated infection worldwide. A systematic review of the literature. Geneva: World Health Organization; 2011.
3. Surveillance of surgical site infections in Europe 2010–2011. Stockholm: European Centre for Disease Prevention and Control; 2013 (http://ecdc.europa.eu/en/publications/Publicati ons/SSI(-in-europe-2010-2011.pdf, accessed 13 July 2016).
4. Guidelines for safe surgery; Safe Surgery Saves Lives. Geneva: World Health Organization; 2009 (http://www.who.int/patientsafety/safesurgery/ tools_resources/9789241598552/en/, accessed 13 July 2016).
5. WHO Handbook for guideline development. 2nd edition. Geneva: World Health Organization; 2014 (updated 23 July 2015) (http://www.who.int/kms/handbook_2nd_ed.pdf, accessed 13 July 2016).
6. Higgins JP, Altman DG, Gotzsche PC, Juni P, Moher D, Oxman AD, et al. The Cochrane Collaboration's tool for assessing risk of bias in randomised trials. BMJ. 2011;343:d5928.
7. Wells GA, Shea B, O'Connell D, Peterson J, Welch V, Losos M, et al. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomized studies in meta-analyses. Toronto: The Ottawa Hospital Research Institute; 2014 (http://www.ohri.ca/programs/clinical_epidemio logy/oxford.asp, accessed 13 July 2016).
8. The Nordic Cochrane Centre TCC. Review Manager (RevMan). Version 5.3 ed. Copenhagen: The Cochrane Collaboration; 2014.
9. Balshem H, Helfand M, Schunemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol. 2011;64(4):401-6.
10. Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011;64(4):383-94.

# 3. IMPORTANT ISSUES IN THE APPROACH TO SURGICAL SITE INFECTION PREVENTION

## 3.1  Surgical site infection risk factors: epidemiology and burden worldwide

### Background

SSIs are potential complications associated with any type of surgical procedure. Although SSIs are among the most preventable HAIs (1, 2), they still represent a significant burden in terms of patient morbidity and mortality and additional costs to health systems and service payers worldwide (3-11). SSI is both the most frequently studied and the leading HAI reported hospital-wide in LMICs (3, 4). For these reasons, the prevention of SSI has received considerable attention from surgeons and infection control professionals, health care authorities, the media and the public. In particular, there is a perception among the public that SSIs may reflect a poor quality of care (12). The aim of this review is to provide an update of the global data on SSI with a special focus on LMICs, notably to assess infection rates, associated risk factors and the economic burden.

### Summary of the available evidence

#### 1. Burden of SSI

#### a. Evidence from high-income countries

#### i. USA

In 2010, an estimated 16 million surgical procedures were performed in acute care hospitals in the USA (13). In a recent report on the rates of national and state HAIs based on data from 2014, 3654 hospitals reported 20 916 SSI among 2 417 933 surgical procedures performed in that year (5).

Of note, between 2008 and 2014 there was an overall 17% decrease in SSI in the 10 main surgical procedures. As an example, there was a decrease of 17% in abdominal hysterectomy and 2% in colon surgery (5).

By contrast, a multi-state HAI prevalence survey conducted in 2011 estimated that there were 157 000 SSIs related to any inpatient surgery and SSI was ranked as the second most frequently reported HAI between 2006 and 2008 (14). Another study reported data from the National Healthcare Safety Network (NHSN) between 2006 and 2008 that included 16 147 SSIs following 849 659 surgical procedures across all groups, representing an overall SSI rate of 1.9% (15).

AMR patterns of HAI in the USA have been described (16) and compared to a previous report (17). Among the 1029 facilities that reported one or more SSI, *Staphylococcus aureus* was the most commonly reported pathogen overall (30.4%), followed by coagulase-negative staphylococci (11.7%), *Escherichia coli* (9.4%) and *Enterococcus faecalis* (5.9%). Table 3.1.1 summarizes the distribution of the top seven reported pathogens (16).

**Table 3.1.1. Distribution and percentage of pathogenic isolates associated with SSI and resistant to selected antimicrobial agents, NHSN, 2009-2010\***

| Rank | Pathogen | No. of pathogens/ total SSI pathogens reported (%) | Antimicrobial agent (s) | No. of isolates tested (%) | Resistance (%) |
|---|---|---|---|---|---|
| 1 | S. aureus | 6415 (30.4) | OX/METH | 6304 (98.3) | 43.7 |
| 2 | Coagulase-negative staphylococci | 2477 (11.7) | NA | NA | NA |
| 3 | E. coli | 1981 (9.4) | ESC4 | 1627 (82.1) | 10.9 |
| | | | FQ3 | 1876 (94.7) | 25.3 |
| | | | Carbapenems | 1330 (67.1) | 2 |
| | | | MDR1 | 1390 (70.2) | 1.6 |
| 4 | E. faecalis | 1240 (5.9) | VAN | 1187 (95.7) | 6.2 |
| 5 | Pseudomonas aeruginosa | 1156 (5.5) | AMINOS | 664 (57.4) | 6 |
| | | | ESC2 | 1097 (94.9) | 10.2 |
| | | | FQ2 | 1111 (96.1) | 16.9 |
| | | | Carbapenems | 872 (75.4) | 11 |
| | | | PIP/PIPTAZ | 818 (70.8) | 6.8 |
| | | | MDR2 | 1053 (91.1) | 5.3 |
| 6 | Enterobacter spp. | 849 (4.0) | ESC4 | 816 (96.1) | 27.7 |
| | | | Carbapenems | 594 (70.0) | 2.4 |
| | | | MDR1 | 648 (76.3) | 1.7 |
| 7 | Klebsiella spp. | 844 (4.0) | ESC4 | 710 (84.1) | 13.2 |
| | | | Carbapenems | 582 (69.0) | 7.9 |
| | | | MDR1 | 621 (73.6) | 6.8 |

\* Modified from reference 16.
NHSN: National Healthcare Safety Network; SSI: surgical site infection; OX/METH: oxacillin/methicillin; ESC4: extended-spectrum (ES) cephalosporins (cefepime, cefotaxime, ceftazidime, ceftriaxone); FQ3: fluoroquinolones (ciprofloxacin, levofloxacin, moxifloxacin); MDR1: multidrug resistance 1 gene (pathogen must test as "I" [intermediate] or "R" [resistant] to at least one drug in 3 of the 5 following classes: ESC4, FQ3, aminoglycosides, carbapenems§, and piperacillin [PIP] or piperacillin/tazobactam [PIP/TAZ]); NA: not available; VAN: vancomycin; AMINOS: aminoglycosides (amikacin, gentamicin, tobramycin); ESC2: ES cephalosporins (cefepime, ceftazidime); MDR2: multidrug resistance 2 gene (pathogen must test as I or R to at least 1 drug in 3 of the 5 following classes: ESC2, FQ2, AMINOS, carbapenems, and PIP or PIP/TAZ.
§ Carbapenems are imipenem and meropenem.

To investigate the costs of SSI, a study used the 2005 hospital stay data from the US Nationwide Inpatient Sample, which represents 1054 hospitals from 37 states. Extra hospital stay attributable to SSI was 9.7 days with increased costs of US$ 20 842 per admission. From a national perspective, SSI cases were associated with 406 730 extra hospital days and hospital costs exceeding US$ 900 million. An additional 91 613 readmissions for the treatment of SSI accounted for a further 521 933 days of care at a cost of nearly US$ 700 million (18).

Applying two different consumer price index adjustments to account for the rate of inflation in hospital resource prices, the Centers for Disease Control and Prevention estimated that the aggregate attributable patient hospital costs for SSI infection ranged between US$ 1087 and US$ 29 443 per infection (adjusted for the 2007 US$ level). Using the consumer price index for urban consumers and inpatient hospital services, SSI is considered as the HAI with the largest range of annual costs (US$ 3.2–8.6 billion and US$ 3.5–10 billion, respectively) (19).

## ii. European countries
The European point prevalence survey of HAIs and antimicrobial use conducted in 2011-2012 showed that SSIs are the second most frequent HAI in hospitals (20). A recent report from the ECDC on SSI surveillance of SSI provided data for 2010

and 2011 *(6)* from 20 networks in 15 European Union countries and one European Economic Area country using a standardized protocol *(21)*. Hip prosthesis was the most frequently reported surgical procedure and represented 33% of all operations. The cumulative incidence of patients with SSI was the highest in colon surgery with 9.5% (episodes per 100 operations), followed by 3.5% for coronary artery bypass graft, 2.9% for caesarean section, 1.4% for cholecystectomy, 1.0% for hip prosthesis, 0.8% for laminectomy and 0.75% for knee prosthesis *(6)*. The results showed also decreasing trends in SSI incidence in several types of procedure (caesarean section, hip prosthesis and laminectomy) (Figure 3.1.1), thus suggesting that prevention efforts, including surveillance, were successful in participating hospitals *(6, 22)*.



*Figure 3.1.1.* **Cumulative incidence for SSI by year and type of procedure: European Union/European Economic Area countries, 2008–2011**

Data source: ECDC, HAI-Net SSI patient-based data 2008–2011 (http://ecdc.europa.eu/en/activities/surveillance/Pages/data-access.aspx#sthash.hHYRJ9ok.dpuf, accessed 21 May 2016).

SSI: surgical site infection; CABG: coronary artery bypass graft; CHOL: cholecystectomy; COLO: colon; CSEC: caesarean section; HPRO: hip prosthesis; KPRO: knee prosthesis; LAM: laminectomy.

A study published in 2004 reviewed data from 84 studies and estimated the economic costs of SSIs in Europe to range between € 1.47–19.1 billion. It predicted also that the average patient stay would increase by approximately 6.5 days and cost 3 times as much to treat an infected patient. The analysis suggested that the SSI-attributable economic burden at that time was likely to be underestimated *(10)*.

In **France**, it was estimated that 3% of surgical procedures resulted in infection for a total annual cost of nearly € 58 million. Moreover, patients who experienced SSI had a significantly increased mortality risk (from 4- to 15-fold) and a 3-fold increased length of hospital stay *(23)*.

The prevalence of SSI in **Switzerland** was reported to be 5.4% in a study conducted in 50 acute care hospitals participating in the Swiss Nosocomial Infection Prevalence surveillance programme *(24)*. Another study described a 13-year multicentre SSI surveillance scheme performed from 1998 to 2010. Reported SSI rates were: 18.2% after 7411 colectomies; 6.4% after 6383 appendicectomies; 2.3% after 7411 cholecystectomies; 1.7% after 9933 herniorrhaphies; 1.6% after 6341 hip arthroplasties; and 1.3% after 3667 knee arthroplasties *(25)*.

In **Italy**, the SSI rate reported by the "Sistema Nazionale di Sorveglianza delle Infezioni del Sito Chirurgico" (national SSI surveillance system) from

355 Italian surgical wards between 2009 and 2011 was 2.6% episodes per 100 procedures (1628 cases/60 460 procedures); 60% of SSIs were diagnosed through 30-day post-discharge surveillance. SSI rates were higher in colon (9.0%) and rectal surgery (7.0%), laparotomy (3.1%) and appendectomy (2.1%) *(26)*.

In **England**, the most recent summary of data collected by National Health Service hospitals reported cumulative SSI rates from January 2008 to March 2013. The highest rate was reported among large bowel surgery (8.3%; 95% CI: 7.9–8.7 per 1000 inpatient days), followed by small bowel surgery (4.9%; 95% CI: 4.3–5.7), bile duct, liver and pancreatic surgery (4.9%; 95% CI: 4.1–5.9) and cholecystectomy (4.6%; 95% CI: 3.1–6.6). The lowest rate was reported for knee prosthesis (0.4%; 95% CI: 0.3–0.4) *(8)*.

Data collected from April 2010 to March 2012 estimated that the median additional length of stay attributable to SSI was 10 days (7-13 days), with a total of 4694 bed-days lost over the 2-year period *(27)*.

### iii. Australia

A study evaluated the time trends in SSI rates and pathogens in 81 Australian health care facilities participating in the Victorian Healthcare Associated Infection Surveillance System. A total of 183 625 procedures were monitored and 5123 SSIs were reported. *S. aureus was* the most frequently identified pathogen, and a statistically significant increase in infections due to ceftriaxone-resistant *E. coli* was observed (relative risk: 1.37; 95% CI: 1.10–1.70) *(9)*.

### iv. Japan

Data from the Japan nosocomial infection surveillance system showed that 470 hospitals voluntarily participated in SSI surveillance in 2013 *(28, 29)*. A retrospective study evaluated also the influence of SSI on the postoperative duration of hospitalization and costs between 2006 and 2008 after abdominal or cardiac surgery. Overall, the mean postoperative hospitalization was 20.7 days longer and the mean health care expenditure was US$ 8791 higher in SSI patients. SSI in abdominal surgery extended the average hospitalization by 17.6 days and increased the average health care expenditure by US$ 6624. Among cardiac surgical patients, SSI extended the postoperative hospitalization by an average of 48.9 days and increased health care expenditure

by an average of US$ 28 534 *(30)*. A recent study assessed SSI rates and risk factors after colorectal surgery using the Japan nosocomial infection surveillance system national database. The cumulative incidence of SSI for colon and rectal surgery was 15.0% (6691/44 751 procedures) and 17.8% (3230/18 187 procedures), respectively *(31)*.

### v. Republic of Korea

A prospective multicentre surveillance study published in 2000 concluded that SSI constituted 17.2% of all HAIs reported from 15 acute care hospitals *(32, 33)*. The 2009 national SSI surveillance system report described the incidence and risk factors for SSI in 7 types of procedures. The SSI rate per 100 operations was 3.68% (22/1169) after craniotomies, 5.96% (14/235) for ventricular shunt operations, 4.25% (75/1763) for gastric operations, 3.37% (22/653) for colon surgery, 5.83% (27/463) for rectal surgery, 1.93% (23/1190) for hip joint replacement and 2.63% (30/1139) for knee joint replacement *(34)*.

A web-based surveillance of SSIs was performed between 2010 and 2011 to determine the incidence of SSIs after 15 surgical procedures in 43 hospitals. The overall SSI rate represented 2.10% of the total of 18 644 operations and differed after various types of surgery *(35)*. In addition, a systematic review of the literature published between 1995 and 2010 on the epidemiological and economic burden of SSI in the Republic of Korea reported an overall incidence of SSI ranging from 2.0% to 9.7% *(36)*. SSIs were associated with increased hospitalization costs and each episode of SSI was estimated to cost around an additional 2 000 000 Korean Republic won (approximately US$ 1730). Postoperative stays for patients with SSIs were 5 to 20 days longer *(36)*.

In a recent study conducted between 2008 and 2012, the SSI rate following gastrectomy was 3.12% (522/16 918), 2.05% (157/7656) for total hip arthroplasty and 1.90% (152/7648) for total knee arthroplasty. There was a significant trend of decreased crude SSI rates over 5 years *(37)*.

### vi. Gulf Council Countries

We were not able to retrieve published national data on SSI rates from any of the Gulf Council Countries (Bahrain, Kingdom of Saudi Arabia, Kuwait, Oman, Qatar and the United Arab Emirates). However, in Saudi Arabia, a 5-year analysis of SSI in orthopaedic surgery in one hospital estimated a rate of 2.55% *(38)*. Another

study from the King Abdulaziz Medical City (Saudi Arabia) compared SSI rates for herniorraphy and cholecystectomy in 2007 to 1999-2000. In 2007, SSI rates per 100 operations in 2007 were 0.88% for herniorrhaphy and 0.48% for cholecystectomy, while in 2007, rates were reduced by 80% for herniorrhaphy (*P*=0.049) and 74% for cholecystectomy (*P*=0.270) *(39)*.

### vii. Singapore
In a systematic literature review (2000 to 2012) *(40)* of the burden of HAI in South-East Asia, the pooled incidence of SSI was 7.8% (95% CI: 6.3–9.3). A study conducted between January and March 2008 in a tertiary care hospital in Singapore reported an SSI incidence of 8.3% for general, neurologic and orthopaedic surgical procedures *(41)*.

### viii. Uruguay
The national incidence data on SSI for 2012-2013 reported that the incidence rate for appendectomy was 3.2%, 2.5% for cardiac surgery, 6.2% for cholecystectomy and 15.4% for colon surgery *(42)*.

### ix. Chile
The 2013 national report on HAI surveillance showed a SSI rate of 3.09% for coronary bypass surgery and 1.89% for hip joint replacement. Infection rates in cholecystectomy performed via laparotomy were 4.12% (95% CI: 2.8-6.11) times higher than laparoscopic cholecystectomy (*P*<0.0001) *(43)*.

| *Table 3.1.2.* Summary of SSI rates in different countries | | | | |
|---|---|---|---|---|
| Country (reference) | SSI rate (%) (95% CI [when provided]) | Year* | Measurement used | Study design |
| USA *(5, 15)* | 0.9<br>17% decrease in SSI related to the 10 selected procedures (2014 compared to 2008) | 2014 | Cumulative incidence (episodes per 100 operations) | NHSN data (incidence design) |
| European Union *(6)* | 9.5 (COLO)<br>3.5 (CABG)<br>2.9 (CSEC)<br>1.4 (CHOL)<br>1.0 (HPRO)<br>0.8 (LAM)<br>0.75 (KPRO) | 2010–2011 | Cumulative incidence (episodes per 100 operations) | ECDC HAI SSI protocol *(21)* |
| England *(8)* | Large bowel surgery:<br>8.3 (7.9–8.7)<br>Small bowel surgery:<br>4.9 (4.3–5.7)<br>Bile duct, liver and pancreatic surgery:<br>4.9 (4.1–5.9)<br>CHOL:<br>4.6 (3.1–6.6)<br>KPRO:<br>0.4 (0.3–0.4) | 2008–2013 | Incidence density (episodes per 1000 patient-days) | SSI surveillance - incidence design |
| Australia *(9)* | 2.8 | 2002–2013 | Incidence density (episodes per 1000 patient-days) | Victorian Healthcare Associated Infection Surveillance System |
| Japan *(29, 31)* | COLO:<br>15.0 (6691/44 751)<br>Rectal surgery:<br>17.8 (3230/18 187) | 2008–2010 | Cumulative incidence (episodes per 100 operations) | National nosocomial infection surveillance system – incidence design |

| Country (reference) | SSI rate (%) (95% CI [when provided]) | Year* | Measurement used | Study design |
|---|---|---|---|---|
| Republic of Korea (35, 37) | Overall: 2.1 Gastrectomy: 3.1 (522/16 918) Total hip arthroplasty: 2.0 (157/7656) | 2010–2011 2008–2012 | Cumulative incidence (episodes per 100 operations) | National surgical site infection surveillance system – incidence design |
| Uruguay (42) | Appendectomy: 3.2 Cardiac surgery: 2.5 Cholecystectomy: 6.2 COLO: 15.4 | 2014 | Cumulative incidence (episodes per 100 operations) | National nosocomial infection surveillance system |
| Chile (43) | Coronary bypass surgery: 3.1 Hip joint replacement: 1.9 | 2013 | | National HAI infection surveillance system |
| LMICs-WHO | Average: 6.1 (5.0–7.2) | 1995–2015 | Cumulative incidence (episodes per 100 operations) | Incidence/prospective |
| South-East Asia (40) | 7.8 (6.3–9.3) | 2000–2012 | Pooled incidence review | Systematic literature |

* Year of the most recent publication assessing the national SSI rates.
# Unpublished WHO data.

SSI: surgical site infection; CI: confidence interval; NHSN: National Healthcare Safety Network; ECDC: European Centre for Disease Prevention and Control; HAI: health care-associated infection; COLO: colon surgery; CABG: coronary artery bypass graft; CSEC: caesarean section; CHOL: cholecystectomy; HPRO: hip prosthesis; LAM: laminectomy; KPRO: knee prosthesis; UK: United Kingdom; LMIC: low- and middle-income countries.

## b. WHO systematic reviews on SSI in LMICs

The WHO report on the global burden of endemic HAI provided SSI data from LMICs. The pooled SSI incidence was 11.8 per 100 surgical patients undergoing surgical procedures (95% CI: 8.6–16.0) and 5.6 per 100 surgical procedures (95% CI: 2.9–10.5). SSI was the most frequent HAI reported hospital-wide in LMICs and the level of risk was significantly higher than in developed countries (3, 4).

Recently, WHO conducted an update of the systematic literature review of from 1995 to 2015 with a special focus on SSI in LMICs (WHO unpublished data). A total of 231 articles in English, French, German, Spanish and Portuguese were included. The pooled SSI rate was 11.2 per 100 surgical patients (95% CI: 9.7–12.8) for incidence/prospective studies. There was no statistical difference in SSI rates when stratified by study quality, study age groups, geographic regions, country income, SSI definition criteria, type of setting or year of publication. However, there were statistical differences between studies

according to the type of surgical population procedures (P=0.0001) and the number of patients per study (P=0.0004).

In incidence studies, the SSI rate was higher for procedures in oncology (17.2%; 95% CI: 15.4–19.1), orthopaedic (15.1%; 95% CI: 10.2–20.6), general surgery (14.1%; 95% CI: 11.6–16.8) and paediatric surgery (12.7%; 95% CI: 6.7–20.3). The SSI rate expressed as the number of SSI infections per 100 surgical operations was reported in 57 (24.7%) studies. The pooled SSI rate using this measure was 6.1% (95% CI: 5.0–7.2) for incidence/prospective studies (Figure 3.1.2).

Some studies (44-50) investigated SSI rates after caesarean section surgery and showed a substantial variability in the definition of SSI and in reported rates. High rates of SSI following caesarean section were reported in several LMICs: 16.2% in a study from Nigeria (44), 19% from Kenya (45), 10.9% from Tanzania (46) and 9.7% by Viet Nam (47). In 2 studies from Brazil, one reported a rate of 9.6% (48) and the other a higher rate of 23.5% (49). In comparison, a much lower average SSI rate of 2.9% is reported in Europe (6, 21).

## 2. Factors increasing the risk of SSI

Many factors influence surgical wound healing and determine the potential for infection (51). These include patient-related (endogenous) and process/procedural-related (exogenous) variables that affect a patient's risk of developing an SSI. Some variables are obviously not modifiable, such as age and gender. However, other potential factors can be improved to increase the likelihood of a positive surgical outcome, such as nutritional status, tobacco use, correct use of antibiotics and the intraoperative technique.

The usefulness of risk assessment and the definition of risk is debatable as there are very few studies that have an altered patient outcome based on information gained by risk assessment (52, 53). One study analysed a 2-year data report of the NHSN for all surgical procedures and used stepwise logistic regression to develop specific risk models by procedure category. The study concluded that a set of new models using existing data elements collected through the NHSN improved predictive performance, compared to the traditional NHSN risk index stratification (15).

A systematic review of 57 studies from both high-income countries and LMICs identified the following factors associated with an increased risk of SSI in adjusted analysis: a high body mass index; a severe score according to the US National Nosocomial Infections Surveillance (NNIS) risk index; severe wound class; diabetes; and a prolongation of surgery duration (54). A meta-analysis of prospective cohort studies suggested that diabetes mellitus is significantly associated with an increased risk of SSI (55). The national nosocomial surveillance system protocol in Italy identified a longer duration of surgery, an American Society of Anesthesiologists score of at least 3 and a pre-surgery hospital stay of at least 2 days as factors associated with an increased risk of SSI, while videoscopic procedures reduced SSI rates (26). In the Republic of Korea, a systematic review of the epidemiological and economic burden identified diabetes, the absence or >1 hour administration of antibiotic prophylaxis and the type of wound classification (contaminated or dirty) as risk factors significantly associated with SSI by multivariate analyses (36). In addition, the NNIS risk index identified trauma, re-operation and age (60-69 years) as risk factors for SSI after total hip arthroplasty (37).

In a recent unpublished systematic review conducted by WHO, a total of 14 observational studies (no RCTs) (56-69) describing the relationship between surgical volume and the risk of SSI were identified. There was a substantial heterogeneity in the definitions of volume, surgical procedures studied and SSI measurement. Thus, separate meta-analyses were performed to evaluate SSI rates between high vs. low and medium vs. low hospital volume, and high vs. low and medium vs. low surgeon volume. A moderate quality of evidence showed that surgical procedures performed in high-/medium-volume hospitals have lower SSI rates compared to low-volume hospitals (OR: 0.69; 95% CI: 0.55-0.87 and OR: 0.80; 95% CI: 0.69-0.94, respectively). In addition, there was a moderate quality of evidence that surgical procedures performed by high- or medium-volume surgeons have lower SSI rates (OR: 0.67; 95% CI: 0.55-0.81 and OR: 0.73; 95% CI: 0.63-0.85, respectively) compared to low-volume hospitals. However, there was controversial evidence when high- and medium-volume hospitals were compared and it remains unclear whether there is a linear relationship between procedure/surgeon volume and the SSI rate.

## Conclusions

Despite robust data on the burden of SSI in some countries or regions, accurate estimates of the global burden in terms of SSI rates and the economic aspects still remain a goal for the future. As an example, SSI and overall HAI data are not yet included in the list of diseases for which the global burden is regularly estimated by WHO or other international organizations gathering data on global health. Although SSI rates vary between countries and geographical regions, they represent an important problem, with a significantly higher burden in developing countries. If SSI rates are to serve as a quality indicator and comparison benchmark for health care facilities, countries and the public, they must be determined in a reliable way that produces robust infection rates to ensure valid comparisons. There is a global need to address changes to SSI definitions, strengthen and validate SSI data quality, and to conduct robust SSI economic and burden studies.

## References
1. Haley RW, Culver DH, White JW, Morgan WM, Emori TG, Munn VP, et al. The efficacy of infection surveillance and control programs in preventing nosocomial infections in US hospitals. Am J Epidemiol. 1985;121(2): 182-205.

2. Harbarth S, Sax H, Gastmeier P. The preventable proportion of nosocomial infections: an overview of published reports. J Hosp Infect. 2003;54(4):258-66; quiz 321.

3. Allegranzi B, Bagheri Nejad S, Combescure C, Graafmans W, Attar H, Donaldson L, et al. Burden of endemic health-care-associated infection in developing countries: systematic review and meta-analysis. Lancet. 2011;377(9761):228-41.

4. Report on the burden of endemic health care-associated infection worldwide. A systematic review of the literature. Geneva: World Health Organization; 2011 (http://apps.who.int/iris/bitstream/10665/80135/1/9789241501507_eng.pdf, accessed 10 August 2016).

5. National and state healthcare-associated infections progress report. Atlanta (GA): National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention; 2016 (http://www.cdc.gov/HAI/pdfs/progress-report/hai-progress-report.pdf, accessed 10 August 2016).

6. Surveillance of surgical site infections in Europe 2010–2011. Stockholm: European Centre for Disease Prevention and Control; 2013 (http://ecdc.europa.eu/en/publications/Publications/SSI-in-europe-2010-2011.pdf, accessed 10 August 2016).

7. English national point prevalence survey on healthcare associated infections and antimicrobial use, 2011. Preliminary data. London: Health Protection Agency; 2012.

8. Surveillance of surgical site infections in NHS hospitals in England (2012/13). London: Public Health England; 2013.

9. Worth LJ, Bull AL, Spelman T, Brett J, Richards MJ. Diminishing surgical site infections in Australia: time trends in infection rates, pathogens and antimicrobial resistance using a comprehensive Victorian surveillance program, 2002-2013. Infect Control Hosp Epidemiol. 2015;36(4):409-16.

10. Leaper DJ, van Goor H, Reilly J, Petrosillo N, Geiss HK, Torres AJ, et al. Surgical site infection - a European perspective of incidence and economic burden. Int Wound J. 2004;1(4):247-73.

11. Humphreys H. Preventing surgical site infection. Where now? J Hosp Infect. 2009;73(4):316-22.

12. Birgand G, Lepelletier D, Baron G, Barrett S, Breier A-C, Buke C, et al. Agreement among healthcare professionals in ten European countries in diagnosing case-vignettes of surgical site infections. PLoS One. 2013;8(7):e68618.

13. Surgical site infection (SSI) event. Atlanta (GA): Centers for Disease Control and Prevention; 2016 (www.cdc.gov/nhsn/PDFs/pscManual/9pscSSIcurrent.pdf, accessed 10 August 2016).

14. Magill SS EJ, Bamberg W, Beldavs ZG, Dumyati G, Kainer MA, et al. Multistate point-prevalence survey of health care–associated infections. N Engl J Med. 2014;370 (13):1198-208.

15. Mu Y, Edwards JR, Horan TC, Berrios-Torres SI, Fridkin SK. Improving risk-adjusted measures of surgical site infection for the national healthcare safety network. Infect Control Hosp Epidemiol. 2011;32(10):970-86.

16. Sievert DM, Ricks P, Edwards JR, Schneider A, Patel J, Srinivasan A, et al. Antimicrobial-resistant pathogens associated with healthcare-associated infections: summary of data reported to the National Healthcare Safety Network at the Centers for Disease Control and Prevention, 2009-2010. Infect Control Hosp Epidemiol. 2013;34(1):1-14.

17. Hidron AI, Edwards JR, Patel J, Horan TC, Sievert DM, Pollock DA, et al. NHSN annual update: antimicrobial-resistant pathogens associated with healthcare-associated infections: annual summary of data reported to the National Healthcare Safety Network at the Centers for Disease Control and Prevention, 2006-2007. Infect Control Hosp Epidemiol. 2008;29(11):996-1011.

18. de Lissovoy G, Fraeman K, Hutchins V, Murphy D, Song D, Vaughn BB. Surgical site infection: incidence and impact on hospital utilization and treatment costs. Am J Infect Control. 2009;37(5):387-97.

19. Scott RD. The direct medical costs of healthcare-associated infections in US hospitals and the benefits of prevention. Atlanta (GA): Division of Healthcare Quality Promotion, National Center for Preparedness, Detection, and Control of Infectious Diseases, Centers for Disease Control and Prevention; 2009 (http://www.cdc.gov/HAI/pdfs/hai/Scott_CostPaper.pdf, accessed 10 August 2016).

20. European Centre for Disease Prevention and Control. Point prevalence survey of healthcare-associated infections and antimicrobial use in European acute care hospitals. Stockholm: European Centre for Disease Prevention and Control; 2013 (http://www.ecdc.europa.eu/en/publications/Publications/Forms/ECDC_DispForm.aspx?ID=1155,

accessed 10 August 2016).

21. Surveillance of surgical site infections in European hospitals – HAISSI protocol. Stockholm: European Centre for Disease Prevention and Control; 2012 (http://ecdc.europa.eu/en/publications/Publications/120215_TED_SSI_protocol.pdf, accessed 10 August 2016).

22. Cosgrove SE, Ristaino P, Caston-Gaa A, Fellerman DP, Nowakowski EF, Carroll KC, et al. Caveat emptor: the role of suboptimal bronchoscope repair practices by a third-party vendor in a pseudo-outbreak of pseudomonas in bronchoalveolar lavage specimens. Infect Control Hosp Epidemiol. 2012;33(3):224-9.

23. Lamarsalle L, Hunt B, Schauf M, Szwarcensztein K, Valentine WJ. Evaluating the clinical and economic burden of healthcare-associated infections during hospitalization for surgery in France. Epidemiol Infect. 2013;141(12):2473-82.

24. Sax H, Uçkay I, Balmelli C, Bernasconi E, Boubaker K, Mühlemann K, et al. Overall burden of healthcare-associated infections among surgical patients: results of a national study. Ann Surg. 2011;253(2):365-70.

25. Staszewicz W, Eisenring MC, Bettschart V, Harbarth S, Troillet N. Thirteen years of surgical site infection surveillance in Swiss hospitals. J Hosp Infect. 2014;88(1):40-7.

26. Marchi M, Pan A, Gagliotti C, Morsillo F, Parenti M, Resi D, et al. The Italian national surgical site infection surveillance programme and its positive impact, 2009 to 2011. Euro Surveill. 2014;19(21): pii: 20815..

27. Jenks PJ, Laurent M, McQuarry S, Watkins R. Clinical and economic burden of surgical site infection (SSI) and predicted financial consequences of elimination of SSI from an English hospital. J Hosp Infect. 2014;86(1):24-33.

28. Ministry of Health, Labour and Welfare. Japan nosocomial infections surveillance. 2016 (https://www.nih-janis.jp/english/about/index.html, accessed 10 August 2016).

29. Morikane K, Konishi T, Harihara Y, Nishioka M, Kobayashi H. Implementation and establishment of nationwide surgical site infections surveillance in Japan. Am J Infect Control. 2005; 33(5):e175-e6.

30. Kusachi S, Kashimura N, Konishi T, Shimizu J, Kusunoki M, Oka M, et al. Length of stay and cost for surgical site infection after abdominal and cardiac surgery in Japanese hospitals:

multi-center surveillance. Surg Infect (Larchmt). 2012;13(4):257-65.

31. Morikane K, Honda H, Yamagishi T, Suzuki S, Aminaka M. Factors associated with surgical site infection in colorectal surgery: the Japan nosocomial infections surveillance. Infect Control Hosp Epidemiol. 2014;35(6):660-6.

32. Kim JM, Park ES, Jeong JS, Kim KM, Kim JM, Oh HS, et al. Multicenter surveillance study for nosocomial infections in major hospitals in Korea. Nosocomial Infection Surveillance Committee of the Korean Society for Nosocomial Infection Control. Am J Infect Control. 2000;28(6):454-8.

33. Park SJ, Lee KY, Park JW, Lee JG, Choi HJ, Chun HK, et al. A preliminary study for the development of indices and the current state of surgical site infections (SSIs) in Korea: the Korean Surgical Site Infection Surveillance (KOSSIS) program. Ann Surg Treat Res. 2015;88(3):119-25.

34. Kim YK, Kim HY, Kim ES, Kim HB, Uh Y, Jung SY, et al. Korean surgical site infection surveillance system report, 2009. Korean J Nosocomial Infect Control. 2010;15(1):1-13.

35. Kim YK Kim HY, Kim ES, Kim HB, Jin HY, Lee JY, et al. Korean surgical site infection surveillance system report: data summary from July 2010 through June 2011. Korean J Nosocomial Infect Control. 2012;17(1):1-12.

36. Lee KY, Coleman K, Paech D, Norris S, Tan JT. The epidemiology and cost of surgical site infections in Korea: a systematic review. J Korean Surg Soc. 2011;81(5):295-307.

37. Choi HJ, Adiyani L, Sung J, Choi JY, Kim HB, Kim YK, et al. Five-year decreased incidence of surgical site infections following gastrectomy and prosthetic joint replacement surgery through active surveillance by the Korean Nosocomial Infection Surveillance System. J Hosp Infect. 2016;93(4):339-46.

38. Al-Mulhim FA BM, Sadat-Ali M, Alomran AS, Azam MQ. Prevalence of surgical site infection in orthopedic surgery: a 5-year analysis. Int Surg. 2014;99(3):264-8.

39. El Beltagy KE E-SA, Sallah M, Memish ZA. Surgical site infection rates for herniorrhaphy and cholecystectomy in a tertiary care hospital in Saudi Arabia. J Chemother. 2010;22(1):44-7.

40. Ling ML AA, Madriaga G. The burden of healthcare-associated infections in Southeast Asia: a systematic literature review and meta-analysis. Clin Infect Dis. 2015;60(11):1690-9.

41. Young B NT, Teng C, Ang B, Tai HY, Lye DC. Nonconcordance with surgical site infection

prevention guidelines and rates of surgical site infections for general surgical, neurological, and orthopedic procedures. Antimicrob Agents Chemother. 2011;55(10):4659-63.

42. Sistema Nacional de vigilancia de las infecciones hospitalarias. Montevideo (Uruguay): Ministerio de Salud Publica; 2014 (http://www.msp.gub.uy/publicaci%C3%B3n/sistema-nacional-de-vigilancia-de-infecciones-hospitalarias, accessed 10 August 2016).

43. Informe de vigilancia de infecciones asociadas a la atención en salud. Santiago (Chile): Departamento De Calidad y Formación, Programa Control DE IAAS, Ministerio de Salud; 2013.

44. Morhason-Bello IO, Oladokun A, Adedokun BO, Obisesan KA, Ojengbede OA, Okuyemi OO. Determinants of post-caesarean wound infection at the University College Hospital, Ibadan, Nigeria. Niger J Clin Pract. 2009;12(1):1-5.

45. Koigi-Kamau R, Kabare LW, Wanyoike-Gichuhi J. Incidence of wound infection after caesarean delivery in a district hospital in central Kenya. East Afr Med J. 2005;82(7):357-61.

46. Mpogoro FJ, Mshana SE, Mirambo MM, Kidenya BR, Gumodoka B, Imirzalioglu C. Incidence and predictors of surgical site infections following caesarean sections at Bugando Medical Centre, Mwanza, Tanzania. Antimicrob Resist Infect Control. 2014;3:25.

47. Tran TS, Jamulitrat S, Chongsuvivatvong V, Geater A. Postoperative hospital-acquired infection in Hungvuong obstetric and gynaecological hospital, Vietnam. J Hosp Infect. 1998;40(2):141-7.

48. Couto RC, Pedrosa TM, Nogueira JM, Gomes DL, Neto MF, Rezende NA. Post-discharge surveillance and infection rates in obstetric patients. Int J Gynaecol Obstet. 1998;61(3):227-31.

49. Cardoso Del Monte MC, Pinto Neto AM. Postdischarge surveillance following cesarean section: the incidence of surgical site infection and associated factors. Am J Infect Control. 2010;38(6):467-72.

50. Rizvi M, Rizvi MW, Shaheen, Sultan A, Khan F, Shukla I, et al. Emergence of coryneform bacteria as pathogens in nosocomial surgical site infections in a tertiary care hospital of North India. J Infect Public Health. 2013;6(4):283-8.

51. Buggy D. Can anaesthetic management influence surgical wound healing? Lancet. 2000;356(9227):355-7.

52. Boyd O, Jackson N. How is risk defined in high-risk surgical patient management? Crit Care. 2005;9(4):390-6.

53. Gibbons C, Bruce J, Carpenter J, Wilson AP, Wilson J, Pearson A, et al. Identification of risk factors by systematic review and development of risk-adjusted models for surgical site infection. Health Technol Assess. 2011;15(30):1-156, iii-iv.

54. Korol E, Johnston K, Waser N, Sifakis F, Jafri HS, Lo M, et al. A systematic review of risk factors associated with surgical site infections among surgical patients. PLoS One. 2013;8(12):e83743.

55. Zhang Y, Zheng QJ, Wang S, Zeng SX, Zhang YP, Bai XJ, et al. Diabetes mellitus is associated with increased risk of surgical site infections: A meta-analysis of prospective cohort studies. Am J Infect Control. 2015;43(8):810-5.

56. Anderson DJ, Hartwig MG, Pappas T, Sexton DJ, Kanafani ZA, Auten G, et al. Surgical volume and the risk of surgical site infection in community hospitals: size matters. Ann Surg. 2008;247(2):343-9.

57. Hervey SL, Purves HR, Guller U, Toth AP, Vail TP, Pietrobon R. Provider volume of total knee arthroplasties and patient outcomes in the HCUP-nationwide inpatient sample. J Bone Joint Surg (Am). 2003;85-a(9):1775-83.

58. Jalisi S, Bearelly S, Abdillahi A, Truong MT. Outcomes in head and neck oncologic surgery at academic medical centers in the United States. Laryngoscope. 2013;123(3):689-98.

59. Meyer E, Weitzel-Kage D, Sohr D, Gastmeier P. Impact of department volume on surgical site infections following arthroscopy, knee replacement or hip replacement. BMJ Qual Saf. 2011;20(12):1069-74.

60. Muilwijk J, van den Hof S, Wille JC. Associations between surgical site infection risk and hospital operation volume and surgeon operation volume among hospitals in the Dutch nosocomial infection surveillance network. Infect Control Hosp Epidemiol. 2007;28(5):557-63.

61. Namba RS, Inacio MC, Paxton EW. Risk factors associated with surgical site infection in 30,491 primary total hip replacements. J Bone Joint Surg (Br). 2012;94(10):1330-8.

62. Patel HJ, Herbert MA, Drake DH, Hanson EC, Theurer PF, Bell GF, et al. Aortic valve replacement: using a statewide cardiac surgical database identifies a procedural volume hinge point. Ann Thorac Surg. 2013;96(5):1560-5; discussion 5-6.

63. Wu SC, Chen CC, Ng YY, Chu HF. The relationship between surgical site infection and volume of coronary artery bypass graft surgeries: Taiwan experience. Infect Control Hosp Epidemiol. 2006;27(3):308-11.

64. Geubbels EL, Wille JC, Nagelkerke NJ, Vandenbroucke-Grauls CM, Grobbee DE, de Boer AS. Hospital-related determinants for surgical-site infection following hip arthroplasty. Infect Control Hosp Epidemiol. 2005;26(5):435-41.

65. Katz JN, Losina E, Barrett J, Phillips CB, Mahomed NN, Lew RA, et al. Association between hospital and surgeon procedure volume and outcomes of total hip replacement in the United States medicare population. J Bone Joint Surg (Am). 2001;83-a(11):1622-9.

66. Katz JN, Barrett J, Mahomed NN, Baron JA, Wright RJ, Losina E. Association between hospital and surgeon procedure volume and the outcomes of total knee replacement. J Bone Joint Surg (Am). 2004;86-a(9):1909-16.

67. Kreder HJ, Deyo RA, Koepsell T, Swiontkowski MF, Kreuter W. Relationship between the volume of total hip replacements performed by providers and the rates of postoperative complications in the state of Washington. J Bone Joint Surg (Am). 1997;79(4):485-94.

68. Nguyen NT, Paya M, Stevens CM, Mavandadi S, Zainabadi K, Wilson SE. The relationship between hospital volume and outcome in bariatric surgery at academic medical centers. Ann Surg. 2004;240(4):586-93; discussion 93-4.

69. Shah SN, Wainess RM, Karunakar MA. Hemiarthroplasty for femoral neck fracture in the elderly surgeon and hospital volume-related outcomes. J Arthroplasty. 2005;20(4):503-8.

## 3.2  Surgical site infection surveillance: definitions, methods and impact

The surveillance of HAI is one of the core components of an effective IPC programme (1, 2). However, defining, detecting, reporting and interpreting HAI, including SSI, is challenging and requires expertise, time and resource dedication.

### Definitions of surveillance and SSI

Surveillance is defined as "the ongoing, systematic collection, analysis, interpretation and evaluation of health data closely integrated with the timely dissemination of these data to those who need it" (3).

There are many definitions of SSI and a systematic review identified as many as 41 different definitions. However, only five were described as being standardized definitions created by multidisciplinary groups (Table 3.2.1) (4). More than one third of included studies used the US CDC definitions (either 1988 or 1992). While the authors of this review suggest that a single definition allows longitudinal analysis and benchmarking, they conclude by stating that "there is no single, objective gold standard test for surgical wound infection" (4). In addition, many countries use the HAI SSI protocol developed by the ECDC (http://ecdc.europa.eu/en/healthtopics/Healthcare-associated_infections/surgical-site-infections/Pages/SSI.aspx, accessed 20 May 2016).

| Table 3.2.1. Definitions of SSI* | | | | | |
|---|---|---|---|---|---|
| Criterion | CDC 1988 | CDC 1992 | SISG | NPS | PHLS |
| Purulent discharge in or exuding from the wound or observed on direct examination | I | | ✓ | ✓ | ✓ |
| Painful spreading erythema indicative of cellulitis | | | ✓ | ✓ | |
| Purulent drainage | D | SI/D | | | |
| Purulent drainage from a drain placed beneath the fascial layer | D | | | | |
| Purulent drainage from a drain placed through a stab wound into the organ/space | | OS | | | |
| Organisms isolated from fluid or tissue from the wound | I | SI | | | |
| Organisms isolated from fluid or tissue in the organ/space | | OS | | | |
| Surgeon/physician diagnosis | I/D | SI/DI/OS | | | |
| Surgeon deliberately opens wound, unless wound is culture-negative | I/D | SI/DI | | | |
| Wound spontaneously dehisces | D | SI/DI | | | |
| Pain | D | SI/DI | | | |
| Tenderness | D | DI | ✓ | ✓ | |
| Fever › 38°C | D | DI | ✓ | ✓ | |
| Localized swelling (oedema) | | SI | ✓ | ✓ | |
| Redness or extending margin or erythema | | SI | ✓ | ✓ | |
| Patient still receiving active treatment for a wound with discharged pus | | | | or ✓ | |
| Heat | | SI | | | |
| Abscess or other evidence of infection found on direct examination | D | DI/OS | | | |

*Reproduced from reference 4.

CDC: Centers for Disease Control and Prevention; SISG: Surgical Infection Study Group; NPS: National Prevalence Survey; PHLS: Public Health Laboratory Service.

CDC 1988 definitions: I, incisional surgical wound infection; D, deep surgical wound infection. CDC 1992 definitions: SI, superficial incisional; DI, deep incisional; OS, organ/space. The SISG and NPS allow fever (›38°C), tenderness, oedema, an extending margin of erythema or if the patient is still receiving treatment for the wound.

## Aims of surveillance

The primary aim of surveillance is the collection of data on SSI rates in order to obtain a measure of the magnitude of the problem. These data must then be analysed to identify and investigate trends, including a careful interpretation of results. Finally, surveillance data should guide the identification of improvement actions and evaluate the effectiveness of these interventions. In this context, the feedback of SSI rates to relevant stakeholders is important.

## Should surveillance be conducted?

The positive impact of HAI surveillance was first described in the landmark study on the efficacy of a nosocomial infection control programme conducted in the USA in the 1970s. In this trial, it was shown that an IPC programme with both surveillance and control components could lower SSI rates significantly (5). Importantly, surveillance of SSI is part of the WHO safe surgery guidelines (6). Many countries have introduced mandatory surveillance of HAI, including SSI, such as the UK and certain states in the USA, whereas other countries have voluntary-based surveillance, such as France, Germany and Switzerland. However, there are considerable differences related to the types of surveillance, as well as in the length and type of surveillance (7, 8). Increasingly, national networks and "networks of networks" are being created, such as the CDC NHSN, the ECDC HAI Surveillance Network (HAI-Net) and the International Nosocomial Infection Control Consortium.

By using standardized definitions of HAI and specifically SSI, these networks allow inter-hospital comparisons and benchmarking. An essential component of these surveillance networks is feedback to individual hospitals, as discussed below.

It has been postulated that a "surveillance effect" might occur, similar to the Hawthorne effect in clinical trials, that is, the simple fact of being conscious that one is being observed may independently lead to improved practices or improved adherence to guidelines (9).

Another way in which a successful surveillance programme may decrease SSI rates is that the feedback given to the institution may prompt investigation of why its rates are higher than the benchmark. Certain process indicators (if not already collected) may then identify the reason for "underperformance" and prompt local initiatives

to improve performance on these indicators. There is conflicting evidence that conducting surveillance as part of a network has a positive impact on SSI rates (Table 3.2.2). Some studies report a successful reduction of SSI rates after participation in a surveillance network (10-12), while others report no effect (13). However, there is an important methodological issue that could "dilute" the reduction in the time trend of SSI rates, which is the fact of adding smaller hospitals in a network without taking into account their year of participation in the network. This obstacle was overcome in an analysis of German data where hospitals were stratified by year of participation (9) and in an analysis of Dutch (14) and Swiss (13) data where SSI rates were stratified by surveillance time to operation in consecutive one-year periods using the first year of surveillance as a reference. The Dutch and German studies reported decreasing time trends of SSI rates after surveillance, whereas the Swiss study did not.

Conversely, as shown in clinical trials, intensive surveillance may lead to the detection of higher SSI rates than under standard surveillance conditions. As an example, in a recent clinical trial comparing skin antiseptic agents for caesarean section, the SSI rate was 4.0% in one arm and 7.3% in the other (15).These rates seem higher than the most recently available data from the ECDC, which show an SSI rate of 2.9% (inter-country range: 0.4%-6.8%) (16).

**Table 3.2.2.** Temporal trends of SSI rates after surveillance in selected networks*

| Country (name of network) | Duration of surveillance | Procedures | Change in SSI rate | Reference |
|---|---|---|---|---|
| England (SSISSF) | 5 | Orthopaedic | -64 to -69% | *(17)* |
| France (ISO-RAISIN) | 8 | Various | -30% | *(11)* |
| Germany (KISS) | 4 | Various | -25% | *(10)* |
| The Netherlands (PREZIES) | 5 | Various | -57% | *(14)* |
| Switzerland (regional network) | 13 | Various | 3% to 22% | *(13)* |
| USA (SENIC) | 5 | Various | -35% | *(18)* |

* Adapted from reference *19*.

SSISS: surgical site infection surveillance service; ISO-RAISIN: Infections du Site Opératoire-Réseau d'alerte, d'investigation et de surveillance des infections nosocomiales; KISS: Krankenhaus Infektions Surveillance System; PREZIES: Preventie Ziekenhusinfecties door surveillance; SENIC: study on the efficacy of nosocomial infection control.

### Establishing a surveillance system

According to the US Association for Professionals in Infection Control and Epidemiology *(20)*, there is "no single or "right" method of surveillance design or implementation" *(21)*. However, the following minimal requirements for ensuring quality of surveillance have been identified by the Association *(21)*.

• A written plan that states goals, objects and elements of surveillance process
• Constant rigour of intensity of surveillance
• Consistent elements of surveillance (for example, definitions, calculation methods)
• Adequate human resources (professionals trained in epidemiology)
• Informatic services, computer support
• Evaluation methods.

For a surveillance programme to be successful, there should be a method of data validation to ensure that data are accurate and reliable *(22)*, particularly for benchmarking purposes, as discussed further *(23)*.

### Methods for conducting surveillance

In the field of SSI, most surveillance systems target colorectal surgery and total hip and knee arthroplasty. The most common outcome indicator is the cumulative SSI incidence (or SSI rate). Detecting SSI using prevalence methods is less reliable given the high proportion of SSIs that manifest after discharge.

For any given period, denominator data represent the total number of procedures within each category. The number of patients can be used also as the denominator, but it is less precise because more than one infection can occur in the same patient. Numerator data will be the number of SSIs in that same period. Demographic data (age, sex, timing and choice of antimicrobial prophylaxis, American Society of Anesthesiologists score, duration of the operation and wound contamination class) are recorded for all patients, including the site of infection and type of SSI (superficial, deep, organ/space) for those with SSI. Linkage with microbiological data may also be useful.

The gold standard is prospective direct surveillance, although it is time- and labour-intensive and costly *(24)*. The CDC recommendations describe indirect methods of surveillance (sensitivity of 84-89%; specificity 99.8%) as a combination of:

1. Review of microbiology reports and patient medical records.
2. Surgeon and/or patient surveys.
3. Screening for readmission and/or return to the OR.
4. Other information, such as coded diagnoses, coded procedures, operative reports or antimicrobials ordered. *(24)*

## The importance of post-discharge surveillance

It is estimated that a significant proportion of SSIs are detected following patient discharge. This proportion varies across settings and according to different definitions, but it has been estimated to be between 13% to 71% *(25)*. The fact that hospital length of stay has been steadily decreasing over the past decades has probably contributed to shifting the burden from inpatient to outpatient infections. Moreover, implant-associated infections may not become apparent until one year after the procedure. For this reason, many surveillance networks recommend the practice of post-discharge surveillance. There is no known gold standard procedure for post-discharge surveillance and a systematic review identified only 7 reports of studies comparing different surveillance methods *(26)*. Due to variations in data collection and classification, as well as missing information regarding diagnostic criteria, no synthesis of post-discharge surveillance data was possible. The authors concluded that more research is required regarding the measurement of SSI after hospital discharge.

There has been recent controversy regarding the CDC decision to shorten post-discharge surveillance to 90 days instead of one year after certain procedures *(27)*. This change was aimed at simplifying post-discharge surveillance and reducing delayed feedback, but it has not been universally adopted as yet *(28)*. A report compared historical prospective SSI surveillance data from a USA network to the retrospective application of the new CDC definitions *(29)*. The authors found that 9.6% of SSIs detected by the former definition went undetected with the new definitions; 28.8% of these undetected SSIs concerned hip and knee prostheses. The proportion of missed SSIs varied by procedure, but they were high for hip (8.8%) and knee prostheses (25.1%). Another report from the Dutch SSI surveillance network analysed the influence of the duration and method of post-discharge surveillance on SSI rates in selected procedures *(30)*. The proportion of missed SSIs was variable, but they were 6% and 14% for hip and knee prostheses, respectively. More importantly, the study showed that the new CDC method of performing post-discharge surveillance was associated with a higher risk of not detecting a SSI when compared with the former method.

## How to report surveillance data

Although most surveillance systems report SSI rates, there has been debate in the literature regarding the best choice of outcome indicator. Some authors argue that the incidence density of in-hospital SSI is a more suitable choice of outcome indicator by taking into account different lengths of hospital stay and different post-discharge surveillance methods *(31)*. This indicator requires recording the date of patient discharge.

In order to adjust for variations in case-mix, it is recommended to present risk-adjusted SSI rates in addition to crude rates *(32)*. The most commonly used method of risk adjustment is the NNIS risk index whose aim is to predict the occurrence of an SSI in a given patient *(33)*. This risk index has been updated and includes procedure-specific factors that improve its predictive power, but it is not widely used *(28, 34)*. Of note, collecting data for the NNIS risk index may be difficult in settings with limited resources where very limited information is reported in patient records. As an example, in a recent systematic review conducted by WHO, only 14 of 231 SSI surveillance studies from developing countries reported using the NNIS risk index (WHO unpublished data).

Some surveillance systems report standardized infection ratios, which is the ratio between the observed and the expected infection rates *(35, 36)*. A ratio higher than 1.0 indicates that more SSIs occurred than were expected, whereas a ratio lower than 1.0 indicates the opposite *(36)*. The simplest manner to calculate the expected number of SSIs is by multiplying the number of operations in each procedure category by the SSI rate and dividing by 100. This accounts for the case-mix and is therefore a risk-adjusted summary measure *(36)*.

Other surveillance systems (UK, Switzerland) use a funnel plot to improve the precision of the estimates of SSI rates, which are dependent on the number of operations performed. SSI rates are plotted against the number of procedures for each hospital and 95% CIs are drawn. In this manner, outliers (hospitals with unusually high rates) can be easily identified *(37)*.

## Difficulties associated with surveillance

Active surveillance is a resource- and time-consuming activity. Constraints can be both in financial terms and/or in the availability of trained and dedicated staff. Surveillance data need validation and interpretation by supervising IPC professionals and/or epidemiologists. A major and very common constraint to HAI surveillance

in developing countries is the lack of reliable microbiology support. However, this may have a less significant impact on SSI surveillance as a clinical diagnosis can often be made without microbiological confirmation. Thus, the correct collection of clinical data (preferably electronically) is essential for a successful surveillance system. Another difficulty in low-income countries is the high loss of patient follow-up for post-discharge surveillance due to long distances between surgical care services and the patient's place of residence and/or the patient's financial constraints. Based on some interesting publications *(38)*, WHO has developed an adapted approach to SSI post-discharge surveillance by issuing pre-discharge instructions to the patient to allow him/her to recognize signs of infection and maintain follow-up through telephone calls. Finally, in the absence of effective infection control programmes and societies (local and national), it is difficult to introduce a sustainable surveillance system.

## Use of surveillance for benchmarking
The use of HAI surveillance data, including SSIs, has been advocated for benchmarking purposes *(23)*. Benchmarking can be used for several purposes, including for the publication of "league tables" as in the UK and USA *(39)*. In addition, it is also used in the USA as the basis for modifying hospital payments to facilities paid by Medicare *(24)*. There are advantages and disadvantages of benchmarking as there are important pitfalls that should be actively avoided. There is a possibility that surveillance systems with more intensive and sensitive surveillance methods that result in higher SSI rates may be unfairly penalised.

Even in the presence of uniform standardized definitions, several studies have shown that inter-rater agreement for SSI is rather low *(40-42)*. One study evaluated inter-rater agreement by submitting 12 case-vignettes of suspected SSI to IPC physicians and surgeons from 10 European countries *(41)*. It was found that there was poor agreement regarding SSI diagnosis and the type of SSI, with variations between and within countries. An analysis of data submitted from 11 countries to the ECDC HELICS (Hospitals in Europe for Infection Control through Surveillance) network showed that there was a substantial variation not only in terms of case-mix (as measured by the NNIS risk index score), but also in the reporting of SSI (highly variable inter-country proportions of superficial SSI ranging from 20-80%) and the length and intensity of postoperative follow-up *(31)*.

An audit of SSI surveillance methods in England showed that differences in data collection methods and data quality were associated with large differences in SSI rates *(43)*. What is striking is that even in the presence of mandatory surveillance with a clearly defined national protocol, a substantial proportion of responders (15%) used alternative definitions *(43)*.

## Conclusions
Ideally, surveillance of SSI should be an integral part of IPC programmes of health care organizations and priorities for public health agencies worldwide. However, caution must be exerted when interpreting SSI data, especially when making comparisons, due to a possible heterogeneity of definitions used, surveillance methods, risk stratification and reporting.

Further studies are needed to determine the most sensitive methods of diagnosing SSI, both for in-patients and as part of PDS, and the most efficient methods of collecting data. It is of the utmost importance to develop and test reliable adapted definitions and surveillance methods for settings with limited resources. The role of automated computerized algorithms needs to be also further evaluated. Similarly, the role of SSI surveillance data for benchmarking purposes needs to be clarified, especially when public reporting is involved.

## References
1. Core components for infection prevention and control programmes. Geneva: World Health Organization; 2009.
2. Zingg W, Holmes A, Dettenkofer M, Goetting T, Secci F, Clack L, et al. Hospital organisation, management, and structure for prevention of health-care-associated infection: a systematic review and expert consensus. Lancet Infect Dis. 2015;15(2):212-24.
3. Centers for Disease Control and Prevention. Guidelines for evaluating surveillance systems. Morb Mortal Wkly Rep (MMWR). 1988;37(5):1-18.
4. Bruce J, Russell EM, Mollison J, Krukowski ZH. The quality of measurement of surgical wound infection as the basis for monitoring: a systematic review. J Hosp Infect. 2001;49(2):99-108.
5. Haley RW, Quade D, Freeman HE, Bennett JV. The SENIC project. Study on the efficacy of nosocomial infection control (SENIC project). Summary of study design. Am J Epidemiol. 1980;111(5):472-85.

6. Guidelines for safe surgery: safe surgery saves lives. Geneva: World Health Organization; 2009.

7. Wilson AP, Kiernan M. Recommendations for surveillance priorities for healthcare-associated infections and criteria for their conduct. J Antimicrob Chemother. 2012;67(Suppl. 1): i23-8.

8. National Institute for Health and Care Excellence. NICE guideline. Healthcare-associated infections: prevention and control. 2011 (https://www.nice.org.uk/guidance/ph36, accessed 19 July 2016).

9. Gastmeier P, Schwab F, Sohr D, Behnke M, Geffers C. Reproducibility of the surveillance effect to decrease nosocomial infection rates. Infect Control Hosp Epidemiol. 2009;30(10):993-9.

10. Brandt C, Sohr D, Behnke M, Daschner F, Ruden H, Gastmeier P. Reduction of surgical site infection rates associated with active surveillance. Infect Control Hosp Epidemiol. 2006;27(12):1347-51.

11. Astagneau P, L'Heriteau F, Daniel F, Parneix P, Venier AG, Malavaud S, et al. Reducing surgical site infection incidence through a network: results from the French ISO-RAISIN surveillance system. J Hosp Infect. 2009;72(2):127-34.

12. Mannien J, van den Hof S, Muilwijk J, van den Broek PJ, van Benthem B, Wille JC. Trends in the incidence of surgical site infection in the Netherlands. Infect Control Hosp Epidemiol. 2008;29(12):1132-8.

13. Staszewicz W, Eisenring MC, Bettschart V, Harbarth S, Troillet N. Thirteen years of surgical site infection surveillance in Swiss hospitals. J Hosp Infect. 2014;88(1):40-7.

14. Geubbels EL, Nagelkerke NJ, Mintjes-De Groot AJ, Vandenbroucke-Grauls CM, Grobbee DE, De Boer AS. Reduced risk of surgical site infections through surveillance in a network. Int J Qual Health Care. 2006;18(2):127-33.

15. Tuuli MG, Liu J, Stout MJ, Martin S, Cahill AG, Odibo AO, et al. A randomized trial comparing skin antiseptic agents at cesarean delivery. N Engl J Med. 2016;374(7):647-55.

16. Surveillance of surgical site infections in Europe 2010-2011. Stockholm: European Centre for Disease Prevention and Control; 2013.

17. Fifth report of the mandatory surveillance of surgical site infection in orthopaedic surgery. April 2004 to March 2009. London: Health Protection Agency; December 2009 (http://webarchive.nationalarchives.gov.uk/20140714084352/http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1259151994683, accessed 19 July 2016).

18. Haley RW, Culver DH, White JW, Morgan WM, Emori TG, Munn VP, et al. The efficacy of infection surveillance and control programs in preventing nosocomial infections in US hospitals. Am J Epidemiol. 1985;121(2):182-205.

19. Astagneau P, L'Heriteau F. Surveillance of surgical-site infections: impact on quality of care and reporting dilemmas. Curr Opin Infect Dis. 2010;23(4):306-10.

20. Association for Professionals in Infection Control. Vision and mission (http://www.apic.org/About-APIC/Vision-and-Mission, accessed 19 July 2016).

21. Lee TB, Montgomery OG, Marx J, Olmsted RN, Scheckler WE; Association for Professionals in Infection Control. Recommended practices for surveillance: Association for Professionals in Infection Control and Epidemiology (APIC), Inc. Am J Infect Control. 2007;35(7):427-40.

22. Mannien J, van der Zeeuw AE, Wille JC, van den Hof S. Validation of surgical site infection surveillance in the Netherlands. Infect Control Hosp Epidemiol. 2007;28(1):36-41.

23. Haustein T, Gastmeier P, Holmes A, Lucet JC, Shannon RP, Pittet D, et al. Use of benchmarking and public reporting for infection control in four high-income countries. Lancet Infect Dis. 2011;11(6):471-81.

24. Anderson DJ, Podgorny K, Berríos-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control. 2014;35(06):605-27.

25. Holtz TH, Wenzel RP. Postdischarge surveillance for nosocomial wound infection: a brief review and commentary. Am J Infect control. 1992;20(4):206-13.

26. Petherick ES, Dalton JE, Moore PJ, Cullum N. Methods for identifying surgical wound infection after discharge from hospital: a systematic review. BMC Infect Dis. 2006;6:170.

27. Surgical site infection (SSI) event. Atlanta (GA): Centers for Disease Control and Prevention; 2013 (http://www.cdc.gov/nhsn/pdfs/pscmanual/9pscssicurrent.pdf, accessed 19 July 2016).

28. Surveillance of surgical site infections in European hospitals – HAISSI protocol. Version 1.02. Stockholm: European Centre for Disease Prevention and Control; 2012 (http://ecdc.europa.eu/en/publications/Publications/120215_TED_SSI_protocol.pdf, accessed 19 July 2016).

29. Dicks KV, Lewis SS, Durkin MJ, Baker AW, Moehring RW, Chen LF, et al. Surveying the surveillance: surgical site infections excluded by the January 2013 updated surveillance definitions. Infect Control Hosp Epidemiol. 2014;35(5):570-3.

30. Koek MB, Wille JC, Isken MR, Voss A, van Benthem BH. Post-discharge surveillance (PDS) for surgical site infections: a good method is more important than a long duration. Euro Surveill. 2015;20(8);pii 21042.

31. Wilson J, Ramboer I, Suetens C: HELICS-SSI working group. Hospitals in Europe Link for Infection Control through Surveillance (HELICS). Inter-country comparison of rates of surgical site infection--opportunities and limitations. J Hosp Infect. 2007;65(Suppl. 2):165-70.

32. O'Neill E, Humphreys H. Use of surveillance data for prevention of healthcare-associated infection: risk adjustment and reporting dilemmas. Curr Opin Infect Dis. 2009;22(4):359-63.

33. Culver DH, Horan TC, Gaynes RP, Martone WJ, Jarvis WR, Emori TG, et al. Surgical wound infection rates by wound class, operative procedure, and patient risk index. National Nosocomial Infections Surveillance System. Am J Med. 1991;91(3B):152S-7S.

34. Mu Y, Edwards JR, Horan TC, Berrios-Torres SI, Fridkin SK. Improving risk-adjusted measures of surgical site infection for the national healthcare safety network. Infect Control Hosp Epidemiol. 2011;32(10):970-86.

35. Rioux C, Grandbastien B, Astagneau P. The standardized incidence ratio as a reliable tool for surgical site infection surveillance. Infect Control Hosp Epidemiol. 2006;27(8):817-24.

36. Gaynes RP, Culver DH, Horan TC, Edwards JR, Richards C, Tolson JS. Surgical site infection (SSI) rates in the United States, 1992-1998: the National Nosocomial Infections Surveillance System basic SSI risk index. Clin Infect Dis. 2001;33(Suppl. 2):S69-77.

37. Spiegelhalter DJ. Funnel plots for comparing institutional performance. Stat Med. 2005;24(8):1185-202.

38. Aiken AM, Wanyoro AK, Mwangi J, Mulingwa P, Wanjohi J, Njoroge J, et al. Evaluation of surveillance for surgical site infections in Thika Hospital, Kenya. J Hosp Infect. 2013;83(2):140-5.

39. Jarvis WR. Benchmarking for prevention: the Centers for Disease Control and Prevention's National Nosocomial Infections Surveillance

(NNIS) system experience. Infection. 2003;31(Suppl. 2):44-8.

40. Hedrick TL, Harrigan AM, Sawyer RG, Turrentine FE, Stukenborg GJ, Umapathi BA, et al. Defining surgical site infection in colorectal surgery: an objective analysis using serial photographic documentation. Dis Colon Rectum. 2015;58(11):1070-7.

41. Birgand G, Lepelletier D, Baron G, Barrett S, Breier AC, Buke C, et al. Agreement among healthcare professionals in ten European countries in diagnosing case-vignettes of surgical-site infections. PLoS One. 2013;8(7):e68618.

42. Wilson AP, Gibbons C, Reeves BC, Hodgson B, Liu M, Plummer D, et al. Surgical wound infection as a performance indicator: agreement of common definitions of wound infection in 4773 patients. BMJ. 2004;329(7468):720.

43. Tanner J, Padley W, Kiernan M, Leaper D, Norrie P, Baggott R. A benchmark too far: findings from a national survey of surgical site infection surveillance. J Hosp Infect. 2013;83(2):87-91.

## 3.3  Importance of a clean environment in the operating room and decontamination of medical devices and surgical instruments

### 3.3.1  Environment

For many years, environmental contamination was considered to be less important than many other factors in contributing to HAI. However, recent evidence shows that a contaminated health care environment plays a significant role in the transmission of microorganisms [1,2]. It is essential that the operating room (OR) is thoroughly cleaned on a daily basis. Proper mechanical ventilation is also necessary to prevent surgical wound contamination from unfiltered air drawn into the OR and to dilute and remove microorganisms shed in skin scales [3]. Specific guidance on the most appropriate ventilation systems in the OR and an evidence-based recommendation on laminar flow are included in chapter 4.23 of these guidelines.

### Environmental cleaning and waste management in the OR

Cleaning consists of the removal of dust, soil and contaminants on environmental surfaces and ensures a hygienic and healthy environment both for patients and staff. The environment should be thoroughly cleaned and general principles of good practice should be taken into consideration (Box 3.3.1). Cleaning requirements for various surfaces are detailed in Table 3.3.1.

At the beginning of each day, all flat surfaces should be wiped with a clean, lint-free moist cloth to remove dust and lint. Between cases, hand-touch surfaces (Figure 3.3.1) and surfaces that may have come in contact with patients' blood or body fluids, should be wiped clean first by using a detergent solution and then disinfected according to hospital policy and allowed to dry.

---

**Box 3.3.1. General principles for environmental cleaning**

- Cleaning is an essential first step prior to any disinfection process to remove dirt, debris and other materials.
- The use of a neutral detergent solution is essential for effective cleaning. It removes dirt while improving the quality of cleaning by preventing the build-up of biofilms and thus increasing the effectiveness of chemical disinfectants.
- If disinfectants are used, they must be prepared and diluted according to the manufacturer's instructions. Too high and/or too low concentrations reduce the effectiveness of disinfectants. In addition, high concentrations of disinfectant may damage surfaces.
- Cleaning should always start from the least soiled areas (cleanest) first to the most soiled areas (dirtiest) last and from higher levels to lower levels so that debris may fall on the floor and is cleaned last [4].
- Detergent and/or disinfectant solutions must be discarded after each use.
- Avoid cleaning methods that produce mists or aerosols or disperse dust, for example dry sweeping (brooms, etc.), dry mopping, spraying or dusting.
- Routine bacteriological monitoring to assess the effectiveness of environmental cleaning is not required, but may be useful to establish the potential source of an outbreak and/or for educational purposes [5].

| Table 3.3.1. Cleaning requirements for various surface types in ORs | | |
|---|---|---|
| **Surface type** | **Definition** | **Cleaning requirement** |
| High hand-touch surface | Any surface with frequent contact with hands. | Requires special attention and more frequent cleaning. *After* thorough cleaning, consider the use of appropriate disinfectants to decontaminate these surfaces. |
| Minimal touch surface (floors, walls, ceilings, window sills, etc.) | Minimal contact with hands. Not in close contact with the patient or his/her immediate surroundings. | Requires cleaning on a regular basis with *detergent only* or when soiling or spills occur. Also required following patient discharge from the health care setting. |
| Administrative and office areas | No patient contact. | Require normal domestic cleaning with *detergent only*. |
| Toilet area | – | Clean toilet areas at least twice daily and as needed. |
| Medical and other equipment | – | Require cleaning according to written protocols (for example, daily, weekly, after each patient use, etc.). This should include the use of appropriate personal protective equipment, cleaning methods conforming to the type/s of surface and cleaning schedules, etc. Schedules and procedures should be consistent and updated on a regular basis and education and training must be provided to all cleaning staff. Please refer to the manufacturer's instructions for medical equipment to ensure that the item is not damaged by the use of disinfectants. |
| Surface contaminated with blood and body fluids | Any areas that are visibly contaminated with blood or other potentially infectious materials. | Requires prompt cleaning and disinfection (see below). |

**Figure 3.3.1.** Example of cleaning frequencies in preoperative and postoperative care areas



Reproduced with permission from reference 6.

All spills must be carefully cleaned up and the surface cleaned and disinfected according to hospital policy. Domestic heavy duty gloves should be always worn to undertake this task. Use a single-use plastic apron if contamination of the body is likely. Use of a gown and mask is *not* necessary. If there is a risk of spills with chemicals, the use of a face shield or goggles should be considered, depending on the type of chemical products used for disinfection. All waste from the OR should be collected and removed in closed leak-proof containers; soiled linen should be placed in plastic bags for collection. All reusable medical devices should be sent for reprocessing to the sterile services department or the decontamination unit. The operating table should be cleaned and wiped with a detergent solution, including the mattress and the surface. All surfaces that have come in contact with a patient or a patient's body fluids must be cleaned and disinfected using an appropriate disinfectant solution according to local protocols.

At the end of every day, it is necessary to perform a total cleaning procedure. All areas of the surgical suite, scrub sinks, scrub or utility areas, hallways and equipment should be thoroughly cleaned, regardless of whether they were used or not during the last 24 hours. Soiled linen should be removed in closed leak-proof containers. All contaminated waste containers should be removed and replaced with clean containers. Sharps' containers should be closed and removed when they are three quarters full. All surfaces should be cleaned from top to bottom using a detergent, followed by a disinfectant if necessary, and then allowed to dry. To reduce the microbial contamination of environmental surfaces, such as walls, ceilings and floors, they should be thoroughly cleaned from top to bottom with a detergent and allowed to dry. The routine use of a disinfectant or fumigation of the OR is *not* necessary even after contaminated surgery.

### 3.3.2 Decontamination of medical devices and surgical instruments

Decontamination is a complex and highly specialized subject. This section provides a brief summary on the decontamination and reprocessing of reusable medical devices and patient care equipment.

In countries with established programmes, decontamination is a speciality in its own right and is an independent, quality-assured and accountable service delivered to health care institutions. The entire process of decontamination is highly regulated and governed by clearly defined guidelines and standards, which are established at both national and international (International Organization for Standardization) levels. This ensures validation of the processes and patient safety (7-10).

In LMICs, decontamination science is in its infancy and few structured decontamination programmes exist, as was evident during the recent Ebola outbreak. In these countries, where the lack of sterile instruments and/or the availability of a properly designed OR and sterile services department have a considerable impact, SSI can be described as surgery-associated infection (11,12). In response to this need, the WHO/Pan American Health Organization (PAHO) have produced a decontamination and reprocessing manual for health care facilities (13) to support and guide operational activities to improve standards of care.

In the USA, the term decontamination does not include cleaning and refers to all reprocessing following on thereafter. In the UK and Europe, decontamination relates to the entire process, including cleaning, and this term is used in this chapter (see Table 3.3.2).

| *Table 3.3.2.* **Glossary of terms** | |
|---|---|
| **Decontamination** | The use of physical or chemical means to remove, inactivate or destroy pathogenic microorganisms from a surface or item to the point where they are no longer capable of transmitting infectious particles and the surface or item is rendered safe for handling, use or disposal. This term is used to cover cleaning, disinfection and/or sterilization. A risk assessment based on the sections below must be conducted to decide the appropriate level of decontamination required. |
| **Cleaning** | The removal, usually with detergent and water, of adherent visible soil, blood, protein substances, microorganisms and other debris from the surfaces, crevices, serrations, joints and lumens of instruments, devices and equipment by a manual or mechanical process that prepares the items for safe handling and/or further decontamination. Cleaning is *essential* prior to the use of heat or chemicals. |
| **Disinfection** | Either thermal or chemical destruction of pathogenic and other types of microorganisms. Disinfection is less lethal than sterilization because it destroys most recognized pathogenic microorganisms, but not necessarily all microbial forms (for example, bacterial spores). It reduces the number of microorganisms to a level that is not harmful to health or safe to handle. |
| **Sterilization** | The complete destruction of all microorganisms including bacterial spores. |

## Essentials of decontamination

All medical devices that are reprocessed, such as surgical instruments, must undergo rigorous cleaning prior to decontamination and sterilization procedures. Soaking contaminated medical devices prior to cleaning in disinfectants of any kind is not sufficient or recommended (14). Regardless of the type of operative procedure, the decontamination steps in reprocessing surgical instruments and other medical devices are the same. The life cycle of decontamination illustrates (Figure 3.3.2) the salient features of decontamination, with each step being as important as the next.

**Figure 3.3.2. The cycle of decontamination of a reusable surgical instrument**



Reproduced with permission from reference *14*.

## Risk assessment of contaminated instruments

The risk of transferring microorganisms from instruments and equipment is dependent on the following factors:

- the *presence of microorganisms*, their number, and their virulence;
- the *type of procedure* that is going to be performed (invasive or non-invasive);
- the *body site* where the instrument or equipment will be used.

Risk assessment for the reprocessing of medical devices was best described by Spaulding *(15)* and has since been modified. After thorough cleaning, the decision to disinfect or sterilize is based on whether the device is stable to heat or not. In addition, the body site where the instrument or equipment will be used/have contact with will determine whether cleaning or high level disinfection or sterilization is required. According to the Spaulding classification, medical devices are categorized as critical, semi-critical or non-critical according to the degree of risk of infection transmission (Table 3.3.3).

**Table 3.3.3.** Spaulding classification of equipment decontamination *(15)*

| Category | Definition | Level of microbicidal action | Method of decontamination | Example of common items/equipment |
|---|---|---|---|---|
| **High (critical)** | Medical devices involved with a break in the skin or mucous membrane or entering a sterile body cavity. | Kills all microorganisms. | Sterilization (usually heat if heat-stable or chemical if heat-sensitive). | Surgical instruments, implants, prostheses and devices, urinary catheters, cardiac catheters, needles and syringes, dressing, sutures, delivery sets, dental instruments, rigid bronchoscopes, cystoscopies, etc. |
| **Intermediate (semi-critical)** | Medical devices in contact with mucous membranes or non-intact skin. | Kills all microorganisms, except high numbers of bacterial spores. | High-level disinfection by heat or chemicals (under controlled conditions with minimum toxicity for humans). | Respiratory therapy and anaesthetic equipment, flexible endoscopes, vaginal specula, reusable bedpans and urinals/urine bottles, patient bowls, etc. |
| **Low (non-critical)** | Items in contact with intact skin. | Kills vegetative bacteria, fungi and lipid viruses. | Low level disinfection (cleaning). | Blood pressure cuffs, stethoscopes, electrocardiogram leads, etc. Environmental surfaces, including the OR table and other environmental surfaces. |

## Decontamination facility

### The work space

All reprocessing of medical devices must take place in the sterile services department, which should be a separate demarcated department or in a designated decontamination area. Many countries have centralized decontamination areas (central sterile services department) and provide services to the OR, wards and clinical areas. Centralized decontamination processes make the decontamination process cheaper, increase the process safety and enhance its quality. A structured transportation system for clean and used equipment must also be in place. Of note, when the decontamination area space is very limited (usually just one room) and reprocessing is expected to take place in the smallest and least appropriate space with old equipment and overcrowded surfaces, the risk of contamination of clean trays is highly likely. Decontamination of medical devices in clinical areas is not recommended.

### Standard operating procedures for decontamination and sterilization

All decontamination units must have written policies and procedures for each stage of the decontamination process and should include:

- formal staff qualification, education/training and competency assessment;
- cleaning;
- high-level disinfection (all processes available);
- preparation and packaging of medical devices;
- sterilizer operating procedures;
- monitoring and documenting of chemical or cycle parameters;
- workplace health and safety protocols specific to the chemical sterilant;
- handling, storage and disposal of the sterilant according to the manufacturer's instructions for use and local regulations;
- use of physical, chemical and/or biological indicators;
- quality systems;
- validation of cleaning, disinfection and sterilization.

### Provisions for hand hygiene and personal protective equipment

Equipped hand hygiene stations should be available at the entrance and exit of the sterile services department or decontamination areas. Appropriate personal protective equipment must be provided at each entry point into the sterile services department or decontamination area. Personal protective equipment is designed to be disposable, but it is reused in some low-resource settings. This is acceptable provided that the personal protective equipment, for example, an apron, is cleaned by wiping with a damp cloth and allowed to dry. The apron should then be wiped with 70% alcohol and allowed to dry. A discard bucket for used personal protective equipment must be provided at the exit point, preferably near the wash hand basin.

### The workflow

There should be clearly demarcated areas during the reprocessing of medical devices, such as the dirty area where the items are received and cleaned, the inspection-assembly-packaging and the sterilization or high-level disinfection areas, and finally those dedicated to the storage of sterile packs and their transportation. It is recommended that these areas be physically demarcated to avoid cross-contamination from dirty to clean. When this is not possible because of lack of space, obstacles should be placed in order to only permit a unidirectional movement of staff and equipment from dirty to clean without any possibility of overlap.

### Transportation of used medical devices

Once devices have been used in the clinical area such as the OR, they should be prepared for transportation to the sterile services department by counting and collecting the devices, rinsing them under cold running water, allowing excess water to drain away, and placing them in a closed container or tray, which will keep them moist until they are removed. These trays (and the accompanying checklist) should be transported in a robust trolley, preferably with closed sides, to the decontamination area. Soaking of medical devices in disinfectant prior to cleaning or during transportation is not recommended as there is a danger of spilling contaminated fluids *(13)* (Box 3.3.2). Used devices should be received, checked and sorted for cleaning in the "dirty" area. Cleaning is normally done either manually or by automated methods.

---

**Box 3.3.2. Recommendations related to the soaking of instruments in disinfectant prior to cleaning**

**Do not soak instruments in desinfectant prior to cleaning**

Soaking instruments in 0.5% hypochlorite solution or any other disinfectant before cleaning is not recommended for the following reasons.

- It may damage/corrode the instruments.
- The disinfectant may be inactivated by blood and body fluids, which could become a source of microbial contamination and formation of biofilm.
- Transportation of contaminated items soaked in chemical disinfectant to the decontamination area may pose a risk to health care workers and result in inappropriate handling and accidental damage.
- Soaking may contribute to the development of antimicrobial resistance to disinfectants.

---

*Manual cleaning*

Cleaning by hand will require well-trained operators to wear appropriate personal protective equipment (waterproof aprons, domestic heavy duty gloves, face cover to protect mucous membranes and head cover [optional]), dilute the detergent accurately according to the manufacturer's guidelines, open up all the hinges on the devices and clean these by holding the item below the surface of the water (water temperature no more than 50° C) while using a soft nylon brush to remove debris. Visual inspection of the hinges, teeth and serrated edges should be carried out to ensure cleanliness. There is no controlled validation of manual cleaning apart from protein detection, which is expensive. Water or air pressure guns are used to blow through and clear lumen devices.

*Automated cleaning*

Reprocessing medical devices through a washer disinfector is safer and usually more efficient. Devices are cleaned using water jets, then washed with detergent and warm water, followed by a thermal disinfection cycle (some machines have a drying cycle). The load is substantial, although some washer disinfectors are capable of reprocessing up to 60 trays per hour. Most importantly, each cycle is validated with physical and biological parameters *(13)*.

*Inspection, assembly and packaging*

Using a magnifying glass and good lighting, clean devices are carefully checked to confirm cleanliness and being fit for purpose and then reassembled. If the medical device is found not to be clean, it is returned for re-cleaning; damaged devices are replaced and the completed tray is wrapped ready for sterilization. Packaging is usually done by double wrapping for surgical trays or sterilization

pouches for single items. Packaging material should be robust, permeable to steam, but maintain a fluid barrier, and should protect the sterility of the package prior to use.

## Methods of decontamination

*Steam sterilization*

Most surgical devices are heat-resistant and therefore steam is the preferred sterilizing agent globally. It is inexpensive, efficient, easily maintained and widely available, compared with chemical sterilizers. There are several types of autoclaves/sterilizers. All of them work on the same principle of converting water to steam and holding the steam just below boiling point (saturated) so that there is maximum (latent) heat held in a semi-gaseous state. The steam makes contact with the load in the chamber and releases the heat, thus resulting in sterilization. The time that the steam is in contact with the devices is crucial and is known as the "holding time".

*Types of autoclaves*

- The *pre-vacuum* steam sterilizer is the most widely-used sterilizer and is suitable for the sterilization of wrapped clean instruments, gowns, drapes, towelling and other dry materials required for surgery. Air removal is part of the cycle and thus it is suitable for medical devices with lumens and porous loads.
- *Downward (gravity) displacement* sterilizers are designed for sterilizing bio-hazardous waste, solutions and instruments. They are now obsolete and have many drawbacks as sterility cannot be assured and they are less reliable than pre-vacuum sterilizers. They are not the best option for wrapped packs or porous materials. Air removal is by gravity displacement and they

are also not suitable for medical devices with lumens.

- *Non-vacuum steam sterilizers*: self-contained (benchtop) sterilizers are sometimes used, but they are only suitable for relatively few or simple items. Table top sterilizers may be used in outpatient departments, dental surgeries and some family planning clinics, but they should not be considered for use in ORs and they are also not suitable for medical devices with lumens.

### Sterilization by chemical (low temperature) automatic methods

Chemical gas (low temperature) sterilization is used to sterilize heat- and moisture-sensitive devices. It should be noted that these methods are expensive to install and to run. The mechanics are complex and well-trained staff should be employed if this method is used. Manual chemical sterilization is not recommended because the process cannot be controlled and may lead to occupational health issues.

Use of chemicals, such as chlorine, ortho-phthalaldehyde or glutaraldehyde, is not recommended for sterilization. Although they have sporicidal activity, it is difficult to control the process and there is a risk of contamination during the rinse to removal residual chemicals before patient use. In addition, items cannot be packed and stored, but must be used immediately after rinsing.

Sterilization with gaseous chemical methods should be carried out in chambers with automated cycles that provide safety for the user and guarantee the process. Medical device compatibility will vary with each low temperature sterilization method. Low temperature (gas) sterilization can be achieved using a number of different chemicals for example, ethylene oxide, hydrogen peroxide gas/plasma, ozone, low temperature and steam formaldehyde.

### Immediate use sterilization system or "flash" sterilization

An Immediate use sterilization sysstem or "flash" sterilization is a common term that describes the fast sterilization of non-porous and/or non-cannulated surgical instruments in an unwrapped condition in downward displacement steam instrument sterilizers located close to the point where the instruments will be used immediately.

In the past, "flash"sterilization was the main means of providing sterile instruments for surgery. Special high-speed sterilizers are usually located in the OR in order to process unwrapped instruments and instruments for urgent use. For example, the only available hand piece is dropped on the floor in the middle of the procedure and this single instrument needs to be sterilized in a rush. These sterilizers operate at 134° C for 3-10 minutes. "Flash" sterilization delivers the instruments wet and very hot into the OR environment. Of note, "flash" sterilization should never replace the lack of material or instruments for a programmed surgical procedure.

If an immediate use sterilization system must be used, it should be used only after all of the following conditions have been met:

- Work practices should ensure proper cleaning, inspection and arrangement of instruments before sterilization.
- The physical layout of the area ensures direct delivery of sterilized items to the point of use.
- Procedures are developed, followed and audited to ensure aseptic handling and staff safety during transfer of the sterilized items from the sterilizer to the point of use.

### Validation

In sterile services, it is the process and not the procedure, which is usually tested and validated to ensure high quality assurance and the reliability of the process. There are both simple and complex methods to check that the surgical package has been through the correct decontamination process. Validation of the sterilization process has to take place at every step and can be quite confusing for the sterile services department staff. For details, please refer to the WHO/PAHO decontamination and reprocessing manual for health care facilities *(13)*.

### Loan instruments

It is common practice for expensive medical devices used for operations, such as instruments for orthopaedics, neurology or implants and transplants, to be rented ("loaned") from supply companies and brought to the OR. Often the companies deliver the sets directly to the OR and recuperate them directly, thus bypassing the sterile services department. These medical devices are used between several hospitals and the greatest concern is that often there is no control of correct reprocessing of these devices. In LMICs, many

companies supplying loan instruments do not have facilities to reprocess medical devices and they are often moved from one health care facility to another without adequate reprocessing. In these circumstances, there is often very little documentation about where or how the medical devices have been used. In a very comprehensive document published by the UK Institute of Decontamination Sciences, which outlines the relationship between the OR, the supply company and the sterile services department, it is clear that the ultimate responsibility for patient safety and quality of sterilization lies with the sterile services department in the health care facility and not the supply company *(14)*. Therefore, it is vital that all medical devices destined for the OR must transit via the sterile services department of that health care facility and are validated as safe to use.

*Storage of sterile packs*
After sterilization, the packs are removed and allowed to cool. If there is an adequate supply of surgical trays and equipment, appropriate storage in the sterile services department has to be provided before the packs are dispatched to the OR. The proper storage of sterile instruments and equipment is essential to ensure that the product maintains its level of sterilization or disinfection. The storage area for sterile packs has specific requirements.

- Store in a clean, dry environment (that is, far from moisture sources) that is protected from any damage. It is recommended that the storage containers should not be made of absorbent material, such as wood.
- The area must be bright, light and airy with good air circulation. The temperature must be moderate without wide fluctuations during the day.
- The storage area should have an adequate level of lighting and the walls should be smooth and easy to clean.
- Access to the area should be restricted.
- The packs should be placed on open racks rather than closed shelves in a single layer to prevent moisture from accumulating between the packs.
- The labels must be visible and clear.
- The pack inspection register should be clearly visible. The racks must be at least 10 cm off the ground and from the ceiling.
- Before use, packages should be inspected in order to verify that they meet the requirements of a sterile product.

### User sterility check

It is the duty of the sterile services manager or the person in charge of the sterile services department to ensure that a medical device does not leave the unit unless it is completely safe to use on a human. When there is a lack of equipment in the OR, it is frequent that medical devices are taken for use in the knowledge that the reprocessing cycle has not been completed. However, it is also the responsibility of each health care worker not to allow the use of an unsafe device on a patient. Therefore, all staff should be trained in the checks to be made before a medical device may be used.

## Use of sterile instruments in the operating room

### 1. Role of the nurse who lays out the sterile surgical instruments on the operating trolley in the operating room
The nurse who prepares the operating trolley should check that:
- the preparation area is quiet, clean and undisturbed;
- the packs are not wet (no moisture);
- the packaging of the pack is intact, not torn or opened;
- there are no water marks from condensation indicating non-sterility;
- the chemical indicator strip is present and has a uniform change of colour;
- the internal indicator shows sterilization;
- the devices are clean;
- the surfaces of the devices are intact;
- the devices are fit for use.

### 2. Role of the scrub nurse
The scrub nurse should check to ensure that:
- the devices are ready and fit for use;
- the devices are not dirty or broken;
- there are an adequate number of devices for the procedure (to avoid opening several packs or resorting to an immediate use sterilization system);
- the pack indicators are placed in the patient notes;
- the surgeon is aware of any shortage of equipment or devices.

### 3. Role of the surgeon and surgical team

The surgeon should ensure that before making an incision:

- the operating field is sterile and clearly defined;
- the devices are visibly clean;
- the devices are fit for purpose;
- all the necessary equipment is available;
- there is no unnecessary delay on the operating table because of a lack of instruments;
- the pack indicators are in the patient notes and are satisfactory.

On completion of the surgical procedure, OR staff should:

- check that all instruments are present before returning to the sterile services department;
- rinse the instruments as per the standard operating protocol;
- ensure that items are securely contained in a leak-proof container before transportation to the sterile services department;
- inform the sterile services department of any issues with the surgical instruments, for example, a broken device.

### Decontamination of endoscopes

An increasing number of diagnostic and therapeutic procedures are now being carried out using rigid or flexible endoscopes (16). Effective decontamination will protect the patient from infection, ensure the quality of diagnostic procedures and samples and prolong the life of the equipment (17) (Table 3.3.4). The source of infection may be due to:

- the previous patient or inadequate decontamination of the endoscope before reuse;
- endogenous skin, bowel or mucosal flora;
- contaminated lubricants, dyes, irrigation fluid or rinse water;
- inadequate decontamination of the reprocessing equipment.

Staff should be aware of the complexities of the endoscopes they are processing to ensure that the construction of the endoscope is fully understood. Failures in decontamination, particularly for flexible endoscopes, have been reported due to failure to access all channels of the endoscope. Irrespective of the method of disinfection or sterilization, cleaning is an essential stage in the decontamination procedure and the manufacturers' instructions should be followed at all times. An endorsement of compatibility of the endoscope with the decontamination process is essential.

Rigid endoscopes are relatively easy to clean, disinfect and sterilize as they do not have the sophistication of functionality, construction and channel configuration and compatibility issues that exist with flexible endoscopes. Where possible, all reprocessing of autoclavable endoscopes and their accessories should take place in a sterile services department or dedicated decontamination unit as the process controls and validation are already in place. It should never take place in the clinical area (17).

Flexible endoscopes are heat-sensitive and require chemical disinfection (or low temperature disinfection) (18). Decontamination of flexible endoscopes should take place in a dedicated well-ventilated room (up to 12 air changes per hour) away from the procedure room. There should be adequate ventilation to remove potentially harmful disinfectant vapour. The room should be equipped with a sink with sufficient capacity to accommodate the largest endoscopes and a dedicated wash hand basin equipped with soap and disposable paper towels.

There should be a workflow direction within the room from dirty to clean to avoid the possibility of recontamination of decontaminated endoscopes from those just used on a patient. Systems should be in place to indicate which endoscopes are ready for patient use and recorded either manually or by an automated endoscope reprocessor. Modern units will have a 2-room system with pass-through washer disinfectors to separate the clean and dirty areas. Storage of endoscopes should be organized to avoid any recontamination of processed endoscopes. There should be sufficient storage for the consumables used during the decontamination procedure, for example, personal protective equipment, chemicals, cleaning brushes and sufficient capacity for waste disposal.

| Table 3.3.4. Types of endoscopic procedures | | | |
|---|---|---|---|
| Types of endoscopes | Rigid endoscope example | Flexible endoscope example | Level of decontamination |
| **Invasive**: passed into normally sterile body cavities or introduced into the body through a break in the skin or mucous membrane | Arthroscope Laparoscope Cystoscope | Nephroscope Angioscope Choledochoscope | Sterilization by steam or a low temperature method, for example, gas plasma. |
| **Non-invasive:** in contact with intact mucous membrane, but does not enter sterile cavities | Bronchoscope | Gastroscope Colonoscope Bronchoscope | High-level disinfection, for example, immersion in glutaraldehyde, peracetic acid, chlorine dioxide. |

## References

1. Dancer SJ. Controlling hospital-acquired infection: focus on the role of the environment and new technologies for decontamination. Clin Microbiol Rev. 2014; 27(4):665-90.
2. Centers for Disease Control and Prevention. Guidelines for environmental infection control in health-care facilities: recommendations of CDC and the Healthcare Infection Control Practices Advisory Committee (HICPAC). Morbid Mortal Wkly Rep (MMWR). 2003;52 (RR-10):1–48. (http://www.cdc.gov/hicpac/pdf/guidelines/eic_in_HCF_03.pdf, accessed 16 February 2016).
3. Health technical memorandum (HTM) 03-01: heating and ventilation of health sector buildings. Leeds: Department of Health; 2007 (https://www.gov.uk/government/publications/guidance-on-specialised-ventilation-for-healthcare-premises-parts-a-and-b, accessed 16 February 2016).
4. Best practices for environmental cleaning for prevention and control of infections in all health care settings. 2nd edition. Ontario: Provincial Infectious Diseases Advisory Committee; 2012 (https://www.publichealthontario.ca/en/eRepository/Best_Practices_Environmental_Cleaning_2012.pdf, Accessed 16 February 2016).
5. Woodhead K, Taylor EW, Bannister G, Chesworth T, Hoffman P, Humphreys H. Behaviours and rituals in the operating theatre. J Hosp Infect. 2002;51:241-55 (http://www.his.org.uk/files/2313/7338/2940/Theatre_rituals.pdf, accessed 16 February 2016).
6. Spruce L, Wood A. Back to basics: environmental cleaning. AORN J. 2014; 100:55-61.
7. Recommended practices for environmental cleaning. In: Perioperative standards and recommended practices. Denver (CO): AORN, Inc. 2014;255-76.
8. ISO 17665-1:2006. Sterilization of health care products - moist heat - Part 1: requirements for the development, validation and routine control of a sterilization process for medical devices. Geneva: International Organization for Standardization; 2006.
9. ISO/TS 17665-2:2009. Sterilization of health care products - moist heat - Part 2: guidance on the application of ISO 17665-1. Geneva: International Organization for Standardization; 2009.
10. ISO/TS 17665-3:2013. Sterilization of health care products - moist heat - Part 3: guidance on the designation of a medical device to a product family and processing category for steam sterilization. Geneva: International Organization for Standardization; 2013.
11. ISO 15883-2:2006. Washer-disinfectors - Part 2: requirements and tests for washer-disinfectors employing thermal disinfection for surgical instruments, anaesthetic equipment, bowls, dishes, receivers, utensils, glassware, etc. Geneva: International Organization for Standardization; 2006.
12. Hirsch T, Hubert H, Fischer S, Lahmer A, Lehnhardt M, Steinau HU, et al. Bacterial burden in the operating room: impact of airflow systems. Am J Infect Control. 2012;40:e228-32.
13. Khan MA, Manan F, Khan A, Ahmad I, Alam Q. Pattern of isolation and sensitivity in surgical patients presented to Khyber teaching hospital. Khyber J Med Surg. 2013; 6:222-25.
14. Health building note 13 (HBN13): sterile

services department. Norwich: Her Majesty's Stationery Office; 2004 (http://www.gov.uk/government/uploads/system/uploads/attachment_data/file/148489/HBN_13.pdf).

15. Health technical memorandum 01-01: management and decontamination of surgical instruments (medical devices) used in acute care. London: Department of Health, 2013 (https://www.gov.uk/government/publications/management-and-decontamination-of-surgical-instruments-used-in-acute-care, accessed 16 February 2016).

16. Spaulding EH. Chemical disinfection of medical and surgical materials. In: Lawrence CA, Block SS, editors. Disinfection, sterilization and preservation, Philadelphia (PA): Lea & Febiger; 1968:517-31g

17. Kovaleva J, Peters FT, van der Mei HC, Degener JE. Transmission of infection by flexible Gastrointestinal endoscopy and bronchoscopy. Clin Microbiol Rev. 2013;26(2):231-54.

18. Health technical memorandum 01-06: decontamination of flexible endoscopes: London: Department of Health; 2013 (https://www.gov.uk/government/publications/management-and-decontamination-of-flexible-endoscopes, accessed 16 February 2016).

# 4. EVIDENCE-BASED RECOMMENDATIONS ON MEASURES FOR THE PREVENTION OF SURGICAL SITE INFECTION

## PREOPERATIVE MEASURES

### 4.1  Preoperative bathing

**Recommendations**

**It is good clinical practice for patients to bathe or shower prior to surgery.**

**The panel suggests that either a plain or antimicrobial soap may be used for this purpose.** *(Conditional recommendation, moderate quality of evidence)*

**The panel decided not to formulate a recommendation on the use of chlorhexidine gluconate (CHG)-impregnated cloths for the purpose of reducing SSI due to the limited and very low quality evidence.**

**Rationale for the recommendation**

- The GDG considers it good clinical practice to bathe or shower before surgery to ensure that the skin is as clean as possible and to reduce the bacterial load, especially at the site of incision. Moderate quality evidence shows that preoperative bathing with antimicrobial soap containing CHG has neither benefit nor harm compared to plain soap in reducing the SSI rate. As no study was available using antimicrobial agents other than CHG, the GDG unanimously agreed that either plain or antimicrobial soap may be used.

- Evaluation of the evidence from 3 observational studies showed that preoperative bathing with 2% CHG-impregnated cloths may have some benefit in reducing the SSI rate when compared to bathing with CHG soap or no preoperative bathing. However, in 2 of these studies, the comparison group was inadequate as it included patients who did not comply with instructions to use the cloths preoperatively. This limited and very low quality evidence was considered as insufficient to make any recommendation regarding the use of CHG cloths. All GDG members agreed not to formulate a recommendation on this topic, apart from one member who would have preferred to have a recommendation discouraging the use of CHG-impregnated cloths due to concerns about the waste of resources if these products are purchased, especially in developing countries.

**Remarks**

- Although no study including paediatric patients was retrieved, the GDG believes that the good practice statement on the importance of patient bathing applies also to paediatric patients. However, if performed with antimicrobial soap, the manufacturer's instructions should be followed regarding the suitability for this age category.

- The GDG identified possible harm associated with the use of CHG-containing solutions, although it was stressed that this is a rare occurrence. Two studies *(1, 2)* found that CHG solutions may cause skin irritation, delayed reactions, such as contact dermatitis and photosensitivity, and hypersensitivity reactions in very rare cases, such as anaphylactic shock. Some of these potential adverse events may be induced also by ingredients of regular soap, such as fragrances. A concern of the GDG was the possible development of reduced susceptibility to CHG, particularly when using CHG-impregnated cloths *(3)*.

- The GDG also expressed concern about the cost of CHG-impregnated cloths, in particular in settings with limited resources where other interventions may have a higher priority.

## Background

Preoperative whole-body bathing or showering is considered good clinical practice to make the skin as clean as possible prior to surgery in order to reduce the bacterial load, especially at the site of incision. This is generally done with an antimicrobial soap (usually CHG 4% combined with a detergent or in a triclosan preparation) in settings where this is available and affordable *(4, 5)*.

Preoperative showering with antiseptic agents is a well-accepted procedure for reducing skin microflora *(6-8)*, but it is less clear whether this procedure leads to a lower incidence of SSI *(7, 8)*. Although rare, patient hypersensitivity and allergic reactions to CHG can occur *(1)*.

When considering the available evidence, the most relevant question is whether preoperative bathing or showering with an antimicrobial soap is more effective than plain soap to reduce SSI. The GDG also considered it relevant to investigate whether using CHG-impregnated cloths rather than bathing with CHG soap is more effective.

Several organizations have issued recommendations regarding preoperative bathing (Table 4.1.1). Most recommend bathing with soap the day of the operation or the day before. Only the US Institute of Healthcare Improvement bundle for hip and knee arthroplasty recommends CHG soap for preoperative bathing. Others state that the use of an antimicrobial soap instead of plain soap is an unresolved issue.

| *Table 4.1.1.* **Recommendations on preoperative bathing according to available guidelines** | |
|---|---|
| **Guidelines** (year issued) | **Recommendations on preoperative bathing and related time of administration** |
| **SHEA/IDSA practice recommendation** (2014) *(9)* | Unresolved issue. |
| **NICE** (2008 and 2013 update) *(10, 11)* | Bathing is recommended to reduce the microbial load, but not necessarily SSI. Soap should be used. The use of antiseptic soap to prevent SSI is inconclusive. |
| **Health Protection Scotland bundle** (2013) *(12)* | Ensure that the patient has showered (or bathed/washed if unable to shower) using plain soap on day of or day before surgery. |
| **The Royal College of Physicians of Ireland** (2012) *(13)* | Bathing with soap is recommended on the day of or before the procedure. |
| **US Institute of Healthcare Improvement bundle for hip and knee arthroplasty** (2012) *(14)* | Preoperative bathing with CHG soap is recommended for at least 3 days before surgery. |
| **UK High impact intervention bundle** (2011) *(15)* | Patient showering (or bathing/washing if unable to shower) is recommended preoperatively using soap. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; UK: United Kingdom.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the effectiveness of preoperative bathing or showering with antimicrobial soap (including CHG-impregnated cloths) compared to plain soap and to determine if the former should be recommended for surgical patients to prevent SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 2) was to evaluate whether preoperative bathing using an antimicrobial soap is more effective in reducing the risk of SSI than bathing with plain soap. The review evaluated also whether preoperative bathing with CHG-impregnated cloths is more effective than using an antimicrobial soap. The target population included patients of all ages undergoing a surgical procedure. The primary outcome was occurrence of SSI and SSI-attributable mortality.

A total of 9 studies (7 RCTs and 2 observational studies) including a total of 17 087 adult patients *(2, 16-23)* investigated preoperative bathing or showering with an antimicrobial soap compared to plain soap.

There is a moderate quality of evidence that bathing with CHG soap does not significantly reduce SSI rates compared to bathing with plain soap (OR: 0.92; 95% CI: 0.80−1.04).

Three observational studies *(24-26)* examined the effectiveness of bathing with CHG-impregnated cloths on SSI rates. One prospective cohort study *(24)* compared bathing with CHG 2% cloths vs. CHG 4% antiseptic soap. Two other prospective studies *(25, 26)* compared bathing twice preoperatively with CHG 2%-impregnated cloths to no preoperative bathing among orthopaedic surgery patients. In the latter studies, the comparison group was inadequate as it comprised patients who did not comply with instructions to use the cloths preoperatively (and therefore most likely did not bathe). No RCTs meeting the specified inclusion criteria were identified.

There is only very low quality evidence that preoperative bathing with CHG-impregnated cloths may reduce SSI rates when compared to either bathing with CHG soap or no bathing. The body of retrieved evidence focused on adult patients and no studies were available in the paediatric population. No studies reported SSI-attributable mortality rates.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG acknowledged that most people with access to water would bathe prior to surgery. It was highlighted that patients wish to be informed of best clinical practice and they will tend to carry out the procedures that they were told to do by the professional health care worker. Some GDG members highlighted that patients may value CHG-impregnated cloths if access to clean water is limited. However, others emphasized that the evidence on the use of CHG-impregnated cloths is very low quality and their use could contribute to CHG resistance.

### Resource use

The GDG pointed out that the availability of and access to clean water can be a problem in rural areas in LMICs and preoperative bathing may be neglected. In addition, antimicrobial soap will place an additional financial burden on the health care facility and/or patients in many of these countries. Similarly, CHG-impregnated cloths will pose an additional important financial burden and availability might be very limited in LMICs. Plain soap is more widely available and cheaper than antimicrobial soap.

A cost-effectiveness study *(16)* found that preoperative whole-body washing with a CHG solution is not a cost-effective intervention for reducing SSI. However, it is important to note that this study predominantly consisted of clean surgical procedures for which the risk of SSI is low. Findings from 2 additional studies suggested that the use of CHG-impregnated cloths could lead to reducing health care costs, mainly by decreasing the incidence of SSI *(27, 28)*.

## Research gaps

GDG members highlighted that the available evidence compared only CHG as the antiseptic agent to bathing with plain soap. Further research is needed to compare different antiseptic agents to each other and to plain soap for preoperative bathing. Well-designed RCTs and cost-effectiveness analyses are also needed to examine the timing and duration of bathing and its importance in the context of different types of surgery and wound classes, especially in LMICs. In addition, microbiological studies of contamination levels could be of interest. Finally, well-designed RCTs are needed to produce better quality results on

the effectiveness of CHG-impregnated cloths to reduce SSI and their cost implications, in particular in low-resource settings. The long-term impact of the use of CHG on the possible induction of CHG resistance should also be studied, particularly CHG-impregnated cloths. Further research is also needed to clarify the effect of soap or antiseptics on the skin microbiome.

## References

1. Krautheim AB, Jermann TH, Bircher AJ. Chlorhexidine anaphylaxis: case report and review of the literature. Contact Dermatitis. 2004;50(3):113-6.
2. Byrne DJ, Napier A, Cuschieri A. Prevention of postoperative wound infection in clean and potentially contaminated surgery. A prospective, randomised, double-blind, placebo-controlled clinical trial. Surg Res Comm. 1992;12:43-52.
3. Horner C, Mawer D, Wilcox M. Reduced susceptibility to chlorhexidine in staphylococci: is it increasing and does it matter? J Antimicrob Chemother. 2012;67(11):2547-59.
4. Derde LP, Dautzenberg MJ, Bonten MJ. Chlorhexidine body washing to control antimicrobial-resistant bacteria in intensive care units: a systematic review. Intensive Care Med. 2012;38(6):931-9.
5. Koburger T, Hubner NO, Braun M, Siebert J, Kramer A. Standardized comparison of antiseptic efficacy of triclosan, PVP-iodine, octenidine dihydrochloride, polyhexanide and chlorhexidine digluconate. J Antimicrob Chemother. 2010;65(8):1712-9.
6. Garibaldi RA. Prevention of intraoperative wound contamination with chlorhexidine shower and scrub. J Hosp Infect. 1988;11(Suppl. B):5-9.
7. Kaiser AB, Kernodle DS, Barg NL, Petracek MR. Influence of preoperative showers on staphylococcal skin colonization: a comparative trial of antiseptic skin cleansers. Ann Thorac Surg. 1988;45:35-8.
8. Seal LA, Paul-Cheadle D. A systems approach to preoperative surgical patient skin preparation. Am J Infect Control. 2004;32:57-62.
9. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(Suppl. 2):S66-88.
10. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary

11. of NICE guidance. BMJ. 2008;337:a1924.
12. Surgical site infection: evidence update 43 (June 2013). London: National Institute for Health and Care Excellence (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidence/evidence-update-241969645, accessed 21 July 2016). .
13. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0, February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 21 July 2016).
14. Owens P, McHugh S, Clarke-Moloney M, Healy D, Fitzpatrick F, McCormick P, et al. Improving surgical site infection prevention practices through a multifaceted educational intervention. Ir Med J. 2015;108(3):78-81.
15. How-to guide: prevent surgical site infection for hip and knee arthroplasty: Cambridge (MA): Institute for Healthcare Improvement; 2012 (http://www.ihi.org, accessed 21 July 2016).
16. High impact intervention: care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 21 July 2016).
17. Lynch W, Davey PG, Malek M, Byrne DJ, Napier A. Cost-effectiveness analysis of the use of chlorhexidine detergent in preoperative whole-body disinfection in wound infection prophylaxis. J Hosp Infect. 1992;21(3):179-91.
18. Rotter ML. A placebo-controlled trial of the effect of two preoperative baths or showers with chlorhexidine detergent on postoperative wound infection rates. J Hosp Infect. 1988;12:137-8.
19. Earnshaw JJ, Berridge DC, Slack RC, Makin GS, Hopkinson BR. Do preoperative chlorhexidine baths reduce the risk of infection after vascular reconstruction? Europ J Vasc Surg. 1989;3(4):323-6.
20. Hayek LJ, Emerson JM. Preoperative whole body disinfection--a controlled clinical study. J Hosp Infect. 1988;11(Suppl. B):15-19.
21. Randall PE, Ganguli LA, Keaney MG, Marcuson RW. Prevention of wound infection following vasectomy. Br J Urology. 1985;57:227-9.
22. Veiga DF, Damasceno CA, Veiga-Filho J,

Figueiras RG, Vieira RB, Garcia ES, et al. Randomized controlled trial of the effectiveness of chlorhexidine showers before elective plastic surgical procedures. Infect Control Hosp Epidemiol. 2008;30:77-9.

22. Ayliffe GA, Noy MF, Babb JR, Davies JG, Jackson J. A comparison of pre-operative bathing with chlorhexidine-detergent and non-medicated soap in the prevention of wound infection. J Hosp Infect. 1983;4:237-44.

23. Leigh DA, Stronge JL, Marriner J, Sedgwick J. Total body bathing with 'Hibiscrub' (chlorhexidine) in surgical patients: a controlled trial. J Hosp Infect. 1983;4:229-35.

24. Graling PR, Vasaly FW. Effectiveness of 2% CHG cloth bathing for reducing surgical site infections. AORN J. 2013;97(5):547-51.

25. Johnson AJ, Daley JA, Zywiel MG, Delanois RE, Mont MA. Preoperative chlorhexidine preparation and the incidence of surgical site infections after hip arthroplasty. J Arthroplasty. 2010;25(6;Suppl.):98-102.

26. Johnson AJ, Kapadia BH, Daley JA, Molina CB, Mont MA. Chlorhexidine reduces infections in knee arthroplasty. J Knee Surg. 2013;26(3):213-8.

27. Bailey RR, Stuckey DR, Norman BA, Duggan AP, Bacon KM, Connor DL, et al. Economic value of dispensing home-based preoperative chlorhexidine bathing cloths to prevent surgical site infection. Infect Control Hosp Epidemiol. 2011;32(5):465-71.

28. Kapadia BH, Johnson AJ, Daley JA, Issa K, Mont MA. Pre-admission cutaneous chlorhexidine preparation reduces surgical site infections in total hip arthroplasty. J Arthroplasty. 2013;28(3):490-3.

## 4.2 Decolonization with mupirocin ointment with or without chlorhexidine gluconate body wash for the prevention of *Staphylococcus aureus* infection in nasal carriers undergoing surgery

### Recommendations

1. The panel recommends that patients undergoing cardiothoracic and orthopaedic surgery with known nasal carriage of *S. aureus* should receive perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash.
   *(Strong recommendation, moderate quality of evidence)*

2. The panel suggests considering to treat also patients with known nasal carriage of *S. aureus* undergoing other types of surgery with perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash.
   *(Conditional recommendation, moderate quality of evidence)*

### Rationale for the recommendation

- Moderate quality evidence shows that the use of mupirocin 2% ointment with or without a combination of CHG body wash in surgical patients with *S. aureus* nasal carriage has significant benefit when compared to placebo/no treatment in reducing the *S. aureus* SSI rate, as well as the overall *S. aureus* HAI rate.

- The GDG carefully considered this evidence and the additional subgroup analysis conducted by the systematic review team. The GDG concluded that the evidence is most solid for the cardiothoracic and orthopaedic patient population and that recommending the intervention with the same strength for all surgical patients would pose cost and feasibility constraints, including diagnostic implications to identify carriers among all surgical patients.

- As a result, the GDG agreed to recommend that cardiothoracic and orthopaedic surgical patients with known nasal carriage of *S. aureus* should receive perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash. The strength of this recommendation was considered to be strong. Although the risk and consequences of postoperative *S. aureus* infection are more relevant in cardiothoracic and orthopaedic surgery, the GDG noted that the data from the meta-analysis and meta-regression show that patients with known *S. aureus* nasal carriage undergoing other types of surgery might also benefit from perioperative intranasal applications of mupirocin 2% ointment with or without a combination of CHG body wash. The strength of this recommendation was considered to be conditional and the GDG proposed to use the terminology "The panel suggests considering..." to highlight the need for careful local evaluation about whether and how to apply this recommendation, in particular regarding feasibility of carriers' identification in a broader surgical patient population and cost effectiveness.

- In patients undergoing other types of surgery to be targeted with this intervention, it is advisable to take other factors into account, such as the local rates of *S. aureus* and methicillin-resistant *S. aureus* (MRSA) and patient-related factors. Among the latter, the most important are past *S. aureus* infection, known carrier status of community-acquired MRSA, and patients colonized by *S. aureus* in sites other than the nose.

- The GDG emphasized that the recommendation to use mupirocin with or without a combination of CHG body wash is derived from the available evidence as CHG 4% soap was used for full body wash in combination with mupirocin nasal ointment in 2 of the included 6 studies. Moreover, in one study CHG 2% soap body wash was used as standard preoperative clinical practice.

- The GDG highlighted that the studies identified as the evidence base for these recommendations did not assess screening for *S. aureus* as part of the intervention. Consequently, no recommendation can be formulated on the role of screening in this context or the surgical patient population that should undergo screening for *S. aureus* carriage. The GDG noted also that standard operating procedures should be agreed upon according to national recommendations and the decision based

on the local epidemiology, the patient's risk factors for *S. aureus* acquisition, the microbiological capacity and financial resources available at the health care facility. The GDG emphasized that this recommendation applies to facilities where screening for *S. aureus* is feasible. The GDG strongly believes also that decolonization with mupirocin ointment with or without a combination of CHG body wash should be performed on known *S. aureus* carriers only in order to avoid unnecessary treatment and the spread of resistance.

## Remarks

- Included studies were performed in adult patients undergoing cardiac, orthopaedic, general, gynaecological, neurological, Mohs micrographic, vascular and gastrointestinal surgery. Based on this evidence, this recommendation is not applicable to paediatric patients.

- The available evidence focused on the nasal carriage of *S. aureus*. Other body sites of frequent and/or known colonization could be considered for decolonization. However, due to the lack of substantial evidence, no recommendation can be made in this direction.

- Studies were performed mostly in high-income countries.

- Mupirocin nasal ointment at a concentration of 2% was used in all included studies. In 2 of the included 6 studies *(1, 2)* CHG 4% soap was used for full body wash in combination with the mupirocin nasal ointment. In one study *(3)* CHG 2% soap body wash was used as standard preoperative clinical practice.

- The application of mupirocin varied from 2 times a day for 5 days *(2, 4, 5)* to 7 days *(3)* before surgery or from the day of hospital admission until the day of surgery *(6)*. Daily administration was continued after surgery for a total of 5 days only in one trial *(1)*. In all studies, at least one administration took place in the immediate preoperative period. Given the variability of treatment protocols, the GDG was unable to give specific instructions about the frequency and duration of mupirocin administration.

- The GDG identified AMR as an important possible harm associated with the use of mupirocin *(7)*. It was emphasized that an approach to treat all patients, regardless of their carriage status, instead of carriers only increases the likelihood of resistance to mupirocin *(8, 9)*. Consequently, monitoring of AMR is recommended in facilities where mupirocin is used *(10-12)*. The available evidence *(3, 5, 6)* and additional studies *(13, 14)* showed no trend towards an increasing prevalence of mupirocin resistance following its short-term use in surgical patients. However, there is evidence that the increased short-term use of mupirocin leads to an increase of resistance to mupirocin and other antibiotics *(15)*. Moreover, in settings known to have a high prevalence of mupirocin resistance, the recommendation to use perioperative intranasal mupirocin ointment may not apply.

- Potential allergic reactions to mupirocin should be accounted for.

- One recent study *(16)* showed a reduction in mortality at one year in patients receiving mupirocin compared to patients receiving placebo. The present review of the evidence based on 3 studies *(1, 3, 5)* did not find an effect on short-term mortality (up to 8 weeks follow-up).

- The GDG identified a possible harm associated with the use of CHG-containing solutions, although it was stressed that this is a rare occurrence. Two studies *(17, 18)* found that CHG solutions may cause skin irritation, delayed reactions (such as contact dermatitis and photosensitivity) and hypersensitivity reactions in very rare cases, such as anaphylactic shock. Some of these potential adverse events may be induced also by ingredients of regular soap, such as fragrances. A concern of the GDG was the possible development of reduced susceptibility to CHG *(19)*.

## Background

*S. aureus* is the leading health care-associated pathogen in hospitals worldwide. These infections are associated with substantial morbidity and mortality and this trend is increasing due to the widespread dissemination of MRSA *(20)*.

Staphylococcal infections occur regularly in hospitalized patients and can have severe consequences, including postoperative wound infections, nosocomial pneumonia and catheter-related bacteraemia *(21-25)*. A recent study of over 7 million hospital admissions in the USA estimated that the annual national impact was 2.7 million additional days in hospital, US$ 9.5 billion excess costs and at least 12 000 in-patient deaths *(26)*. Given the high burden of these infections for the patient and the health system, effective prevention strategies are essential.

Traditionally, the control of *S. aureus* has been focused on preventing cross-transmission between patients *(27)*. However, it has been shown repeatedly that a large proportion (approximately 80% after surgery) of HAI due to *S. aureus* originate from the patients' own flora *(23, 28, 29)*. Nasal carriage of *S. aureus* is now considered a well-defined risk factor for subsequent infection in various patient groups *(22, 30)*.

Mupirocin nasal ointment (usually applied to the nose 2 times daily for 5 days) is an effective, safe and relatively cheap treatment for the eradication of carriage. Mupirocin can be used for the eradication of both methicillin-sensitive *S. aureus* (MSSA) and MRSA, although mupirocin resistance has been reported *(31)*. Several interventional studies have attempted to reduce infection rates by eradicating nasal carriage *(22)*. Recently, rapid molecular diagnostics with the capacity to detect *S. aureus* nasal carriage within hours rather than days have become available *(32, 33)*, thus enabling the prompt pre-emptive treatment of carriers when appropriate.

The SSI prevention guideline published by SHEA/IDSA *(34)* recommends screening for *S. aureus* and decolonizing surgical patients for high-risk procedures. Some SSI prevention bundles, such as the one issued by the US-based Institute for Healthcare Improvement *(35)* recommend to screen for *S. aureus* and decolonize prior to surgery, if positive (Table 4.2.1). However, these recommendations are not based upon systematic reviews of the literature and meta-analysis or a rigorous evaluation of the quality of the available evidence.

**Table 4.2.1.** Recommendations on screening and decolonization of *S. aureus* according to available guidelines and bundles

| Guidelines (year issued) | Recommendations on screening and decolonizations of S. aureus |
|---|---|
| **SHEA/IDSA** (2014) *(34)* | Screen for *S. aureus* (**MSSA and MRSA**) and decolonize surgical patients for high-risk procedures, including some orthopaedic and cardiothoracic procedures. |
| **NICE** (2008) *(36)* | Do not use nasal decontamination with topical antimicrobial agents aimed at eliminating *S. aureus* routinely to reduce the risk of SSI. |
| **Institute for Healthcare Improvement: hip and knee arthroplasty** (2012) *(35)* | Screen for *S. aureus*. If positive, decolonize 3 days before surgery with nasal mupirocin and CHG soap for 5 days in total for both **MSSA and MRSA**. |
| **Health Protection Scotland bundle** (2013) *(37)* | Screen for **MRSA** based on clinical risk assessment. |
| **UK High impact intervention bundle** (2011) *(38)* | Screen for **MRSA**: follow local guideline. Screen and decolonize prior to surgery, if found positive. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; SSI: surgical site infection; MSSA: methicillin-susceptible *S. aureus*; MRSA: methicillin-resistant *S. aureus*; CHG: chlorhexidine gluconate.

Following the in-depth analysis of the sources and strength of evidence in available guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on the effectiveness of decolonization with mupirocin nasal ointment for the reduction of the *S. aureus* infection rate, including SSI, in patients undergoing surgery with known *S. aureus* nasal carriage.

## Summary of the evidence

The purpose of the evidence review (web Appendix 3) was to determine whether decolonization with intranasal mupirocin ointment with or without a combination with CHG soap body wash reduces *S. aureus* overall infection rates, including SSI. The target population included patients of all ages with known *S. aureus* nasal carriage undergoing a surgical procedure. The primary outcomes were the occurrence of SSI and SSI-attributable mortality.

Six RCTs *(1-6)* including 2385 patients comparing mupirocin nasal ointment combined with or without CHG soap body wash to placebo or no treatment were identified. Five trials described surgical patients (cardiac, orthopaedic, general, gynaecological, neurological or Mohs micrographic surgery) and one *(1)* included both surgical (cardiac, vascular, orthopaedic, gastrointestinal or general surgery) and non-surgical patients (internal medicine). According to the selected studies, the following comparisons were evaluated:

1. mupirocin vs. placebo/no treatment with the following outcomes:
   a. all HAI caused by *S. aureus*;
   b. health care-associated SSI caused by *S. aureus*.

Overall, a moderate quality of evidence shows that the use of mupirocin 2% ointment combined with or without CHG soap body wash has a significant benefit for the reduction of the SSI rate caused by *S. aureus* in surgical patients with nasal carriage when compared to placebo/no treatment (OR: 0.46; 95% CI: 0.31–0.69), including the overall health care-associated *S. aureus* infection rate (OR: 0.48; 95% CI: 0.32–0.71). It should be noted that most studies included patients undergoing cardiothoracic and orthopaedic surgery, but 2 trials included also other types of procedures. Indeed, in meta-regression analysis, there was no evidence to suggest that the effect on the *S. aureus* infection rate differed between different types of surgery (*P*=0.986).

The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG is confident that patients with nasal *S. aureus* colonization would prefer to be treated with mupirocin ointment nasally with or without a combination of CHG body wash in order to reduce the risk of SSI. Conversely, patients could be concerned about the emergence of AMR, as well as the possible development of reduced susceptibility to antiseptics, such as CHG.

### Resource use

The use of mupirocin, including screening for *S. aureus* ("screen-and-treat" strategy), was shown to be cost-effective in 2 studies *(1, 39)*. On average, hospital costs were € 1911 lower per patient treated with mupirocin and CHG soap (n=210) than the costs of care in the placebo arm (n=205; € 8602 vs. € 10 513; *P*=0.01). A subgroup analysis showed that cardiothoracic patients with *S. aureus* nasal carriage treated with mupirocin and CHG cost € 2841 less (n=280; € 9628 vs. €12 469; *P*=0.006) and orthopaedic patients € 955 less than non-treated patients (n=135; € 6097 vs. € 7052; *P*=0.05). Furthermore, based on a nasal *S. aureus* carriage rate of 20%, the authors estimated a saving of approximately € 400 000 per 1000 surgical patients *(39)*.

The GDG highlighted that the access to and availability of nasal mupirocin ointment could be limited for LMICs and pose a financial burden, including also to patients. In addition, antimicrobial soap will pose an additional financial burden to the health care facility and/or patients in many LMICs. The same applies to the technical laboratory capacity and financial burden for the screening process.

## Research gaps

Most GDG members emphasized that no further studies are needed on mupirocin. However, given the variability in the timing and duration of mupirocin administration and bathing with CHG across the trials included in this review, additional

well-designed RCTs are needed to clarify this issue in surgical patients. GDG members highlighted that other agents for the decolonization of nasal *S. aureus* carriers scheduled for surgery should be investigated in well-designed double-blind RCTs. It was underlined that the development and implementation of an inexpensive screening process for *S. aureus* is highly desirable for LMICs. In addition, there is a need for effectiveness and cost-effectiveness studies in these settings.

## References

1. Bode LG, Kluytmans JA, Wertheim HF, Bogaers D, Vandenbroucke-Grauls CM, Roosendaal R, et al. Preventing surgical-site infections in nasal carriers of *Staphylococcus aureus*. New Engl J Med. 2010;362(1):9-17.
2. Tai YJ, Borchard KL, Gunson TH, Smith HR, Vinciullo C. Nasal carriage of *Staphylococcus aureus* in patients undergoing Mohs micrographic surgery is an important risk factor for postoperative surgical site infection: a prospective randomised study. Austral J Dermatol. 2013;54(2):109-14.
3. Konvalinka A, Errett L, Fong IW. Impact of treating *Staphylococcus aureus* nasal carriers on wound infections in cardiac surgery. J Hosp Infect. 2006;64(2):162-8.
4. Garcia AM, Villa MV, Escudero ME, Gomez P, Velez MM, Munera MI, et al. [Use of nasal mupirocin for *Staphylococcus aureus*: effect on nasal carriers and nosocomial infections]. Biomedica. 2003;23(2):173-9.
5. Perl TM, Cullen JJ, Wenzel RP, Zimmerman MB, Pfaller MA, Sheppard D, et al. Intranasal mupirocin to prevent postoperative *Staphylococcus aureus* infections. New Engl J Med. 2002;346(24):1871-7.
6. Kalmeijer MD, Coertjens H, van Nieuwland-Bollen PM, Bogaers-Hofman D, de Baere GA, Stuurman A, et al. Surgical site infections in orthopedic surgery: the effect of mupirocin nasal ointment in a double-blind, randomized, placebo-controlled study. Clin Infect Dis. 2002;35(4):353-8.
7. Poovelikunnel T, Gethin G, Humphreys H. Mupirocin resistance: clinical implications and potential alternatives for the eradication of MRSA. J Antimicrob Chemother. 2015;70(10):2681-92.
8. Cookson BD. The emergence of mupirocin resistance: a challenge to infection control and antibiotic prescribing practice. J Antimicrob Chemother. 1998;41(1):11-8.
9. Talon D, Marion C, Thouverez M, Bertrand X. Mupirocin resistance is not an inevitable consequence of mupirocin use. J Hosp Infect. 2011;79(4):366-7.
10. Hetem DJ, Vogely HC, Severs TT, Troelstra A, Kusters JG, Bonten MJ. Acquisition of high-level mupirocin resistance in CoNS following nasal decolonization with mupirocin. J Antimicrob Chemother. 2015;70(4):1182-4.
11. Desroches M, Potier J, Laurent F, Bourrel AS, Doucet-Populaire F, Decousser JW. Prevalence of mupirocin resistance among invasive coagulase-negative staphylococci and methicillin-resistant *Staphylococcus aureus* (MRSA) in France: emergence of a mupirocin-resistant MRSA clone harbouring mupA. J Antimicrob Chemother. 2013;68(8):1714-7.
12. Lee AS, Macedo-Vinas M, Francois P, Renzi G, Schrenzel J, Vernaz N, et al. Impact of combined low-level mupirocin and genotypic chlorhexidine resistance on persistent methicillin-resistant *Staphylococcus aureus* carriage after decolonization therapy: a case-control study. Clin Infect Dis. 2011;52(12):1422-30.
13. Fawley WN, Parnell P, Hall J, Wilcox MH. Surveillance for mupirocin resistance following introduction of routine peri-operative prophylaxis with nasal mupirocin. J Hosp Infect. 2006;62(3):327-32.
14. Hetem DJ, Bonten MJ. Clinical relevance of mupirocin resistance in *Staphylococcus aureus*. J Hosp Infect. 2013;85(4):249-56.
15. Bathoorn E, Hetem DJ, Alphenaar J, Kusters JG, Bonten MJ. Emergence of high-level mupirocin resistance in coagulase-negative staphylococci associated with increased short-term mupirocin use. J Clin Microbiol. 2012;50(9):2947-50.
16. Bode LG, Rijen MM, Wertheim HF, Vandenbroucke-Grauls CM, Troelstra A, Voss A, et al. Long-term mortality after rapid screening and decolonization of *Staphylococcus aureus* carriers: observational follow-up study of a randomized, placebo-controlled trial. Ann Surgery. 2016;263(3):511-15.
17. Krautheim AB, Jermann TH, Bircher AJ. Chlorhexidine anaphylaxis: case report and review of the literature. Contact Dermatitis. 2004;50(3):113-6.
18. Byrne DJ, Napier A, Cuschieri A. Prevention of postoperative wound infection in clean and potentially contaminated surgery. A prospective, randomised, double-blind, placebo-controlled clinical trial. Surg Res Comm. 1992;12:43-52.
19. Horner C, Mawer D, Wilcox M. Reduced susceptibility to chlorhexidine in staphylococci: is it increasing and does it matter? J Antimicrob Chemother. 2012;67(11):2547-59.

20. National Nosocomial Infections Surveillance (NNIS) System Report, data summary from January 1992 through June 2004, issued October 2004. Am J Infect Control. 2004;32(8):470-85.

21. Kaplowitz LG, Comstock JA, Landwehr DM, Dalton HP, Mayhall CG. Prospective study of microbial colonization of the nose and skin and infection of the vascular access site in hemodialysis patients. J Clin Microbiol. 1988;26(7):1257-62.

22. Kluytmans J, van Belkum A, Verbrugh H. Nasal carriage of Staphylococcus aureus: epidemiology, underlying mechanisms, and associated risks. Clin Microbiol Rev. 1997;10(3):505-20.

23. Kluytmans JA, Mouton JW, Ijzerman EP, Vandenbroucke-Grauls CM, Maat AW, Wagenvoort JH, et al. Nasal carriage of Staphylococcus aureus as a major risk factor for wound infections after cardiac surgery. J Infect Dis. 1995;171(1):216-9.

24. Yu VL, Goetz A, Wagener M, Smith PB, Rihs JD, Hanchett J, et al. Staphylococcus aureus nasal carriage and infection in patients on hemodialysis. Efficacy of antibiotic prophylaxis. New Engl J Med. 1986;315(2):91-6.

25. Yzerman EP, Boelens HA, Tjhie JH, Kluytmans JA, Mouton JW, Verbrugh HA. Delta APACHE II for predicting course and outcome of nosocomial Staphylococcus aureus bacteremia and its relation to host defense. J Infect Dis. 1996;173(4):914-9.

26. Noskin GA, Rubin RJ, Schentag JJ, Kluytmans J, Hedblom EC, Smulders M, et al. The burden of Staphylococcus aureus infections on hospitals in the United States: an analysis of the 2000 and 2001 Nationwide Inpatient Sample Database. Arch Int Med. 2005;165(15): 1756-61.

27. Pittet D, Hugonnet S, Harbarth S, Mourouga P, Sauvan V, Touveneau S, et al. Effectiveness of a hospital-wide programme to improve compliance with hand hygiene. Lancet. 2000;356(9238):1307-12.

28. von Eiff C, Becker K, Machka K, Stammer H, Peters G. Nasal carriage as a source of Staphylococcus aureus bacteremia. New Engl J Med. 2001;344(1):11-6.

29. Wertheim HF, Vos MC, Ott A, van Belkum A, Voss A, Kluytmans JA, et al. Risk and outcome of nosocomial Staphylococcus aureus bacteraemia in nasal carriers versus non-carriers. Lancet. 2004;364(9435):703-5.

30. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for prevention of surgical site infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999;27(2):97-132; quiz 3-4; discussion 96.

31. Henkel T, Finlay J. Emergence of resistance during mupirocin treatment: is it a problem in clinical practice? J Chemother. 1999;11(5):331-7.

32. Francois P, Pittet D, Bento M, Pepey B, Vaudaux P, Lew D, et al. Rapid detection of methicillin-resistant Staphylococcus aureus directly from sterile or nonsterile clinical samples by a new molecular assay. J Clin Microbiol. 2003;41(1):254-60.

33. Paule SM, Pasquariello AC, Hacek DM, Fisher AG, Thomson RB, Jr., Kaul KL, et al. Direct detection of Staphylococcus aureus from adult and neonate nasal swab specimens using real-time polymerase chain reaction. J Mol Diag. 2004;6(3):191-6.

34. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

35. How-to guide: prevent surgical site infection for hip and knee arthroplasty. Cambridge (MA): Institute for Healthcare Improvement; 2012.

36. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

37. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0, February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 21 July 2016).

38. High impact intervention bundle: care bundle to prevent surgical site infection. July 2010. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 21 July 2016).

39. van Rijen MM, Bode LG, Baak DA, Kluytmans JA, Vos MC. Reduced costs for Staphylococcus aureus carriers treated prophylactically with mupirocin and chlorhexidine in cardiothoracic and orthopaedic surgery. PloS One. 2012;7(8):e43065.

## 4.3  Screening for extended-spectrum beta-lactamase colonization and the impact on surgical antibiotic prophylaxis

| Recommendation |
| --- |
| **The panel decided not to formulate a recommendation due to the lack of evidence.** |

| Rationale for the recommendation |
| --- |
| The literature search did not identify any relevant studies comparing the tailored modification of SAP for the prevention of SSI in areas with a high prevalence of extended spectrum beta-lactamase (ESBL)-producing Enterobacteriacae (including patients with rectal colonization of ESBL) to no modification of standard antibiotic prophylaxis. Furthermore, no studies comparing routine screening for ESBL (irrespective of ESBL prevalence prior to surgery) with no screening that could inform a recommendation for this question were identified. |

| Remarks |
| --- |
| • The prevalence of ESBL-producing Enterobacteriacae was considered to be high when demonstrating a prevalence of ›10% on the total number of all samples submitted to the laboratory for investigation, including both infection and/or colonization.<br><br>• The GDG believes that routine screening for ESBL prior to surgery might increase the widespread use of broad-spectrum antibiotics (particularly carbapenems) pre-surgery in ESBL-colonized patients. This practice may be harmful as it is likely to further increase the emergence of resistance in gram-negative bacteria, especially carbapenem-resistant Enterobacteriacae. The WHO global surveillance report on AMR has already highlighted concerns about the emergence of antibiotic-resistant bacteria due to the inappropriate use of antimicrobial agents. Importantly, the options for the treatment of infections are now extremely limited due to the lack of development of a new class of antimicrobial agents over the past decades *(1)*. |

### Background

In recent years, the prevalence of patients colonized with ESBL-producing bacteria has increased globally both in health care facilities and in the community. Similar to most gram-negative bacteria, ESBL resides in the gastrointestinal tract and decolonization is very difficult to achieve. The most frequent infections caused by ESBL concern the urinary tract and, to a lesser extent, bloodstream infections. Current SSI prevention guidelines do not address the screening, decolonization and modification of SAP in patients who are colonized with these organisms prior to surgery or the effect of these procedures for the prevention of SSI. The GDG decided to conduct a systematic review to assess the effectiveness of these measures.

### Summary of the evidence

The purpose of the evidence review (web Appendix 4) was to evaluate whether the tailored modification of SAP in areas with a high prevalence of ESBL-producing Enterobacteriaceae (›10%), including patients known to be colonized with ESBL, is more effective in reducing the risk of SSI than no modification of prophylaxis. A further objective was to investigate whether routine screening for ESBL in both low and high ESBL prevalence areas has an impact on reducing the risk of SSI compared to no screening. The target population included patients of all ages undergoing a surgical operation. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

The literature search did not identify any studies comparing the tailored modification of SAP for the prevention of SSI in areas with a high prevalence of ESBL-producing Enterobacteriaceae (including patients with rectal colonization of ESBL) to no modification of standard prophylaxis. Similarly, no studies were identified comparing routine patient screening for ESBL with no screening as a preventive measure prior to surgery.

## Additional factors considered

*Resource use*

In the absence of evidence, the implementation of routine screening for ESBL to detect faecal colonization prior to surgery would have major cost implications, especially in LMICs. For example, this would include clinical staff who have to take a swab and competent microbiology laboratory services to detect ESBL, perform antibiotic susceptibility tests and then communicate the results to the surgical team in a timely manner. This may be difficult as most laboratories are under-resourced and may lack good quality control programmes, particularly in LMICs. In addition, when the screening swab is positive for ESBL, it is very tempting for a clinical team to use carbapenems on colonized patients. This generates additional costs as they have to be given by the intravenous route, which is costly and time-consuming, notably in settings with low resources where there are already a shortage of nursing and medical power.

## Research gaps

The GDG members highlighted that although there is an increase in the emergence of ESBL-producing Enterobacteriacae worldwide, no controlled trials or good quality observational studies have been published to answer the questions of this review, even in countries where ESBL-producing Enterobacteriaceae are endemic. Well-designed, RCTs and good quality observational studies are urgently needed to give guidance to the surgical team and prevent the inappropriate use of broad-spectrum antibiotics and the emergence of multidrug-resistant organisms on a global basis. As a priority, these studies should investigate whether the tailored modification of SAP in areas with a high prevalence of ESBL-producing Enterobacteriacae, including patients known to be colonized with ESBL, is more effective in reducing the risk of SSI than no modification of the standard prophylaxis.

## References

1. Antimicrobial resistance: global report on surveillance. Geneva: World Health Organization; 2014 (http://apps.who.int/iris/bitstream/10665/112642/1/9789241564748_eng.pdf, accessed 17 May 2016).

## 4.4  Optimal timing for preoperative surgical antibiotic prophylaxis

### Recommendations

The panel recommends the administration of SAP prior to the surgical incision when indicated (depending on the type of operation).
*(Strong recommendation, low quality of evidence)*

The panel recommends the administration of SAP within 120 minutes before incision, while considering the half-life of the antibiotic.
*(Strong recommendation, moderate quality of evidence)*

### Rationale for the recommendations

1. Overall low quality evidence shows that the administration of SAP after the incision causes harm with a significant increase of the SSI risk compared with administration of SAP prior to incision. Adequate tissue concentrations of the antibiotic should be present at the time of incision and throughout the procedure for SAP to be effective. This necessitates administration prior to incision. Further evidence shows that a low tissue concentration of antibiotics at the time of wound closure is associated with higher SSI rates *(1, 2)*. As a result, the GDG unanimously agreed to recommend the administration of SAP prior to incision and decided that the strength of this recommendation should be strong, although the overall quality of evidence is low. It is unlikely that higher quality evidence will be available in the future and indeed it would be unethical to perform a study where SAP is only administered post-incision because of the risk to cause significant harm.

2. A moderate quality of evidence comparing different time intervals prior to incision shows significant harm when SAP is administered before 120 minutes compared to within 120 minutes pre-incision. Given the significant increase of SSI with SAP administration more than 120 minutes before incision, the GDG decided to recommend SAP administration within 120 minutes pre-incision. A further analysis of data from studies assessing the effect of SAP administration on SSI at different time intervals within the 120-minute pre-incision period was performed, that is, 120-60 minutes vs. 60-0 minutes and 60-30 minutes vs. 30-0 minutes. No significant difference was found. Therefore, based on the available evidence, it is not possible to establish more precisely the optimal timing within the 120-minute interval.

   Several GDG members expressed concern that serum and tissue concentrations of antibiotics with a short half-life may be less effective than administration closer to the time of incision if given early in this time interval. For this reason, the GDG recommends to take into account the half-life of the administered antibiotics in order to establish the exact time of administration within 120 minutes pre-incision (for example, administration closer to the incision time [<60 minutes] for antibiotics with a short half-life, such as cefazolin, cefoxitin and penicillins in general).The same attention should be paid to the single antibiotic half-life when considering re-dosing during prolonged surgery. Concerns about antibiotic protein binding may arise when choosing highly-bound antimicrobials, such as ceftriaxone, teicoplanin or ertapenem. Under particular pathophysiological conditions (for example, patients with a low level of serum proteins, such as the critically ill or very elderly individuals), such drug disposition may indeed be affected. In addition, malnourishment, obesity, cachexia or renal disease with protein loss may result in suboptimal antibiotic exposure through increased antibiotic clearance in the presence of normal or augmented renal function, including overexposure and potential toxic effects in the presence of severely impaired renal function.

### Remarks

- It is not within the scope of these guidelines to provide recommendations on what type of operations require SAP and the antibiotics, doses and intraoperative redosing rules that should be used. Separate specific guidelines will be made available by WHO on this topic. Examples of procedures that do not require SAP are clean orthopaedic operations not involving implantation of foreign materials or low-risk elective laparoscopic procedures.

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. However, the GDG considers this recommendation valid also for paediatric patients.

- In the included studies, the information was generally unclear regarding the duration of the procedure, re-dosing protocol, exact timing of the administration, infusion time and whether the half-life of the administered antibiotics was taken into account.

- Studies on caesarean section were not included in this review as they compared pre-incisional administration of SAP vs. administration after cord clamping. A recent systematic review on caesarean section indicated that SAP should be administered prior to incision in order to reduce maternal infectious morbidities *(3)*. This aligns with the recommendations in other surgical procedures where SAP is indicated.

- The guidelines of the American Society of Health-System Pharmacists (ASHSP) *(4)* recommend that intraoperative re-dosing is needed if the duration of the procedure exceeds 2 half-lives of the drug or if there is excessive blood loss during the procedure. While the benefit of this approach seems reasonable from a drug pharmacokinetic aspect, the reviewed studies have not addressed in SAP protocols the duration of surgical procedures or re-dosing in relation to SSI. No recommendation could be concluded on the benefit or harm of this approach.

- Some guidelines distinguish that some antibiotics require administration over 1-2 hours, such as fluoroquinolones and vancomycin. Therefore, the administration of these agents should begin within 120 minutes before the surgical incision. The literature search has not identified studies with SSI as an outcome that differentiate between the timing of administration of antibiotics requiring a longer period and those with a shorter administration timing. Clinicians should consider the half-life and protein binding as the most important pharmacokinetic parameters of any single SAP agent in order to ensure adequate serum and tissue concentration at the time of incision and during the entire surgical procedure.

## Background

SAP refers to the prevention of infectious complications by administering an effective antimicrobial agent prior to exposure to contamination during surgery *(4)*. Successful SAP requires delivery of the antimicrobial agent in effective concentrations to the operative site before contamination occurs *(5)*. Microbial contamination of the wound during the procedure can be of exogenous or endogenous origin. The benefit of the routine use of SAP prior to non-clean and implant surgery to prevent SSI has long been recognized. Further evidence of its benefit for other clean procedures where the consequences of an infection would be devastating (for example, cardiac and neurosurgery) is also an important research topic. Of note, the effect of SAP does not concern the prevention of SSI caused by postoperative contamination. Within these guidelines, the recommendations have been developed with a focus on the optimal timing of SAP administration and the indication and type of SAP depending on the type of surgery is outside the scope of the document. Some experimental and clinical studies have demonstrated an effect of SAP timing on SSI *(6, 7)*, but the optimal timing is still under debate.

The administration of SAP prior to surgery has been specified in many clinical practice guidelines issued by professional societies or national authorities (Table 4.4.1). Several of these guidelines, such as those published by the ASHP *(4)*, SHEA/ IDSA) *(8)*, the Royal College of Physicians of Ireland *(9)* or Health Protection Scotland *(10)*, recommend administration within 60 minutes prior to incision (120 minutes for vancomycin and fluoroquinolones due to prolonged infusion times) *(3)*. However, these recommendations are not based on systematic reviews of the literature and meta-analysis or a rigorous evaluation of the quality of the available evidence.

| Table 4.4.1. Recommendations on SAP according to available guidelines | |
| --- | --- |
| **Guidelines** (date issued) | **Recommendations on SAP and the related time of administration** |
| **SHEA/IDSA** (2014) *(8)* | Administer only when indicated, within 1 hour before incision with superior efficiency between 0 and 30 minutes prior to incision compared with administration between 30 and 60 minutes. |
| **NICE** (2013) *(11)*. | Single dose of antibiotic intravenously on starting anaesthesia. Prophylaxis should be given earlier for operations in which a tourniquet is used, that is, *after* rather than before tourniquet inflation. |
| **ASHSP** (2013) *(4)* | Administration of the first dose of the antimicrobial beginning within 60 minutes before surgical incision is recommended. Administration of vancomycin and fluoroquinolones should begin within 120 minutes before surgical incision because of the prolonged infusion times required for these drugs. |
| **The Royal College of Physicians of Ireland** (2012) *(9)* | At induction (within 60 minutes prior to incision surgery). If a *tourniquet* is to be applied, a 15-minute period is required between the end of antibiotic administration and tourniquet application. Single dose, except if blood loss (>1.5 L in adults or 25 mL/kg in children) and prolonged surgical procedures (4 hours). |
| **USA Institute of Health Improvement: surgical site infection** (2012) *(12)* | Within 60 minutes prior to incision. Discontinue within 24 hours (48 hours for cardiac patients). |
| **Health Protection Scotland bundle** (2013) *(10)* | Within 60 minutes prior to incision. Follow SIGN104 guideline. |
| **UK High impact intervention care bundle** (2011) *(13)* | Appropriate antibiotics administered within 60 minutes prior to incision and only repeated if there is excessive blood loss, a prolonged surgical procedure or during prosthetic surgery. |

SAP: Surgical antibiotic prophylaxis; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; ASHSP: American Society of Health-Care Pharmacists.

Following the in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on the correct timing of SAP administration.

## Summary of the evidence

The purpose of the evidence review (web Appendix 5) was to compare the effect of different timings of SAP administration on the risk of SSI and to identify the optimal timing to effectively prevent SSI. The target population were patients of all ages undergoing surgical interventions where SAP was indicated. The primary outcomes were the occurrence of SSI and SSI-attributable mortality. A total of 13 observational studies *(7, 14-25)*

including a total of 53 975 adult patients were identified; 2 were from multiple centres. No RCTs were identified. The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality. Despite substantial heterogeneity in reporting time intervals between the selected studies, separate meta-analyses were performed to evaluate the following comparisons of SAP timing administration: pre- vs. post-incision within 120 minutes vs. more than 120 minutes prior to incision; more than 60 minutes vs. within 60 minutes prior to incision; and 30-60 minutes vs. 0-30 minutes.

Moderate quality evidence shows that SAP administration before 120 minutes pre-incision is associated with a significantly higher risk of SSI when compared to administration within 120 minutes (OR: 5.26; 95% CI: 3.29–8.39). Furthermore, there is low quality evidence that administration of SAP after incision is associated with a significantly higher risk of SSI compared to administration prior to incision (OR: 1.89; 95% CI: 1.05–3.4). In addition, low quality evidence shows that administration within 60 minutes prior to incision has neither benefit nor harm for the reduction of SSI rates compared to administration between 60 to 120 minutes prior to incision. Similarly, SAP administration within 30 to 0 minutes prior to incision has neither benefit nor harm for the reduction of SSI rates when compared to administration within 60 to 30 minutes prior to incision.

## Additional factors considered when formulating the recommendation

### Values and preferences
No study was found on patient values and preferences with regards to this intervention. The GDG concluded that all patients, health care providers and policy-makers will favour the intervention for both recommendations. Due to logistic and practical considerations, anaesthesiologists tend to administer SAP in the operating room. This is often close to the start of incision, but it still lies within the 120-minute interval recommended by the GDG.

### Resource use
There are no extra costs related to an optimized timing interval for SAP. However, the GDG believes that it is important to define responsibility for timely SAP administration and organizational resources may be required. In-service training including best practices for SAP administration should be provided. Feasibility and equity are not identified as significant issues for both recommendations.

## Research gaps
The GDG highlighted the limited evidence available on optimal SAP timing to prevent SSI and the need for further studies on this topic. In particular and as a high priority, RCTs comparing the effect of different time intervals within the 120 minutes prior to incision are needed, that is, 120-60 minutes vs. 60-0 minutes and 60-30 minutes vs. 30-0 minutes. These should clearly state the duration of the procedure, the re-dosing protocol according to the drug chosen, as well as the infusion time and best exact timing of administration, while taking into account the half-lives of the antibiotics. Research is warranted also to identify the best timing according to specific types of surgical procedures. Furthermore, well-designed RCTs are necessary to investigate the relation between the pharmacokinetic and pharmacodynamic parameters of the antimicrobial agents used for SAP, including tissue levels at the incision site and SSI rates. The GDG noted that there are no high quality data examining the effect of dose adjustments or intraoperative re-dosing on SSI rates. Thus, it would be important to conduct RCTs comparing optimal doses of antibiotics and re-dosing protocols.

## References
1. Goldmann DA, Hopkins CC, Karchmer AW, Abel RM, McEnany MT, Akins C, et al. Cephalothin prophylaxis in cardiac valve surgery. A prospective, double-blind comparison of two-day and six-day regimens. J Thorac Cardiovasc Surg. 1977;73(3):470-9.
2. Zelenitsky SA, Ariano RE, Harding GKM, Silverman RE. Antibiotic pharmacodynamics in surgical prophylaxis: an association between intraoperative antibiotic concentrations and efficacy. Antimicrob Agents Chemother. 2002;46(9):3026-30.
3. Mackeen AD, Packard RE, Ota E, Berghella V, Baxter JK. Timing of intravenous prophylactic antibiotics for preventing postpartum infectious morbidity in women undergoing cesarean delivery. Cochrane Database Syst Rev. 2014;12:CD009516.
4. Bratzler DW, Dellinger EP, Olsen KM, Perl TM, Auwaerter PG, Bolon MK, et al. Clinical practice guidelines for antimicrobial prophylaxis in surgery. Surg Infect (Larchmt). 2013;14(1):73-156.
5. Dellinger EP, Gross PA, Barrett TL, Krause PJ, Martone WJ, McGowan JE, Jr., et al. Quality standard for antimicrobial prophylaxis in surgical procedures. Infect Control Hosp Epidemiol. 1994;15(3):182-8.
6. Burke JF. The effective period of preventive antibiotic action in experimental incisions and dermal lesions. Surgery. 1961;50:161-8.
7. Classen DC, Evans RS, Pestotnik SL, Horn SD, Menlove RL, Burke JP. The timing of prophylactic administration of antibiotics and the risk of surgical-wound infection. N Engl J Med. 1992;326(5):281-6.

8. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(Suppl. 2):S66-88.

9. Preventing surgical site infections. Key recommendations for practice. Dublin: Joint Royal College of Surgeons in Ireland/Royal Colleges of Physicians of Ireland Working Group on Prevention of Surgical Site Infection; 2012 (https://www.rcsi.ie/files/surgery/docs/2014031 8021114_Sample%20Audit%20Surgical%20sit e%20Inf.pdf, accessed 21 July 2016).

10. Scottish Intercollegiate Guidelines Network. Antibiotic prophylaxis in surgery. July 2008, updated April 2014. Edinburgh: Healthcare Improvement Scotland; 2014 (http://www.sign.ac.uk/pdf/sign104.pdf., accessed 10 May 2016).

11. A summary of selected new evidence relevant to NICE clinical guideline 74 "Prevention and treatment of surgical site infection" (2008). Evidence update 43. June 2013. Manchester: National Institute for Health and Care Excellence; 2013. (http://www.nice.org.uk/guidance/cg74/evidenc e, accessed 21 July 2016).

12. How-to guide: prevent surgical site infections. Cambridge (MA): Institute for Healthcare Improvement; 2012 (http://www.ihi.org, accessed 21 July 2016).

13. High impact intervention bundle: care bundle to prevent surgical site infection. London: Department of Health; July 2010 (http://webarchive.nationalarchives.gov.uk/201 20118106404/http://hcai.dh.gov.uk/files/2011/ 03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 21 July 2016).

14. van Kasteren ME, Mannien J, Ott A, Kullberg BJ, de Boer AS, Gyssens IC. Antibiotic prophylaxis and the risk of surgical site infections following total hip arthroplasty: timely administration is the most important factor. Clin Infect Dis. 2007;44(7):921-7.

15. Weber WP, Marti WR, Zwahlen M, Misteli H, Rosenthal R, Reck S, et al. The timing of surgical antimicrobial prophylaxis. Ann Surg. 2008;247(6):918-26.

16. Steinberg JP, Braun BI, Hellinger WC, Kusek L, Bozikis MR, Bush AJ, et al. Timing of antimicrobial prophylaxis and the risk of surgical site infections: results from the Trial to Reduce Antimicrobial Prophylaxis Errors.

Ann Surg. 2009;250(1):10-6.

17. Ho VP, Barie PS, Stein SL, Trencheva K, Milsom JW, Lee SW, et al. Antibiotic regimen and the timing of prophylaxis are important for reducing surgical site infection after elective abdominal colorectal surgery. Surg Infect (Larchmt). 2011;12(4):255-60.

18. Koch CG, Nowicki ER, Rajeswaran J, Gordon SM, Sabik JF, III, Blackstone EH. When the timing is right: Antibiotic timing and infection after cardiac surgery. J Thorac Cardiovasc Surg. 2012;144(4):931-7.

19. Koch CG, Li L, Hixson E, Tang A, Gordon S, Longworth D, et al. Is it time to refine? An exploration and simulation of optimal antibiotic timing in general surgery. J Am Coll Surg. 2013;217(4):628-35.

20. El-Mahallawy HA, Hassan SS, Khalifa HI, El-Sayed Safa MM, Khafagy MM. Comparing a combination of penicillin G and gentamicin to a combination of clindamycin and amikacin as prophylactic antibiotic regimens in prevention of clean contaminated wound infections in cancer surgery. J Egypt Natl Canc Inst. 2013;25(1):31-5.

21. Munoz PE, Jimenez Antolin JA, Brea ZS, Bravo GP. [The effect of surgical antibiotic prophylaxis and the timing of its administration on the risk of surgical wound infection]. Rev Clin Esp. 1995;195(10):669-73.

22. Lizan-Garcia M, Garcia-Caballero J, Sensio-Vegas A. Risk factors for surgical-wound infection in general surgery: a prospective study. Infect Control Hosp Epidemiol. 1997;18:310-5.

23. Trick WE, Scheckler WE, Tokars JI, Jones KC, Reppen ML, Smith EM, et al. Modifiable risk factors associated with deep sternal site infection after coronary artery bypass grafting. J Thorac Cardiovasc Surg. 2000;119(1):108-14.

24. Garey KW, Dao T, Chen H, Amrutkar P, Kumar N, Reiter M, et al. Timing of vancomycin prophylaxis for cardiac surgery patients and the risk of surgical site infections. J Antimicrob Chemother. 2006;58(3):645-50.

25. Kasatpibal N, Norgaard M, Sorensen H, Schonheyder H, Jamulitrat S, Chongsuvivatwong V. Risk of surgical site infection and efficacy of antibiotic prophylaxis: a cohort study of appendectomy patients in Thailand. BMC Infect Dis. 2006;6(1):111.

## 4.5  Mechanical bowel preparation and the use of oral antibiotics

### Recommendations

1. **The panel suggests that preoperative oral antibiotics combined with mechanical bowel preparation (MBP) should be used to reduce the risk of SSI in adult patients undergoing elective colorectal surgery.**
   (*Conditional recommendation, moderate quality evidence*)

2. **The panel recommends that MBP alone (without administration of oral antibiotics) should not be used for the purpose of reducing SSI in adult patients undergoing elective colorectal surgery.**
   (*Strong recommendation, moderate quality evidence*)

### Rationale for the recommendations

1. Overall moderate quality evidence shows that preoperative oral antibiotics combined with MBP reduce the SSI rate compared to MBP alone. Of note, none of the included studies investigated the effect of oral antibiotics alone, that is, without combining their administration with MBP. All studies also applied standard intravenous antibiotic prophylaxis. Furthermore, the available evidence shows that there is no difference between the intervention and control groups in the occurrence of anastomotic leakage. This result is important because concerns can be raised about the possible higher frequency of leakage if MBP is not performed. Considering the moderate quality of the evidence and the demonstrated effect, the GDG decided to suggest that preoperative oral antibiotics in combination with MBP should be used to reduce the risk of SSI in addition to routine standard intravenous antibiotic prophylaxis, when appropriate.

2. A moderate quality of evidence shows that preoperative MBP alone has no benefit in reducing the SSI rate when compared to performing no MBP. Moreover, the meta-analysis indicates that no MBP has a non-significant beneficial effect in reducing the risk of SSI. In addition, the available evidence shows that there is no difference in the occurrence of anastomotic leakage with or without MBP. Therefore, the GDG unanimously agreed to recommend that MBP alone, without administration of oral antibiotics, should not be used for the purpose of reducing SSI in elective colorectal surgery.

### Remarks

- MBP refers to the preoperative administration of substances to induce voiding of the intestinal and colonic contents. Polyethylene glycol and/or sodium phosphate were the agents of choice for MBP in most studies. However, the protocols differed between the trials in terms of dosage, timing of the application and fasting. It was emphasized that suboptimal cleaning of the colon may be more problematic than no bowel preparation at all.

- All studies included adult patients undergoing colorectal surgical procedures; therefore, the effectiveness of these interventions is not proven for paediatric patients.

- Apart from the MBP regimen, the oral antibiotics and the drug of choice for intravenous antibiotic prophylaxis varied across the studies. In 8 trials, oral aminoglycosides were combined with anaerobic coverage (metronidazole *(1-5)* or erythromycin *(6-8)*) and 3 studies *(9-11)* applied a gram-negative coverage only.

- The GDG acknowledges that is difficult to provide a universal statement on the choice of drugs for oral antibiotics to be used for MBP. The combination of the drugs used should guarantee an activity against both facultative gram-negative and anaerobic bacteria. The choice of antimicrobials should be made ideally according to local drug availability, updated resistance data within institutions and the volume of surgical activity.

- The GDG identified possible harms of the intervention of MBP with varying levels of severity. These include patient discomfort, electrolyte abnormalities and potentially severe dehydration at the time of anaesthesia and incision.

- The GDG pointed out that there is an alert issued by the US Food and Drug Administration highlighting that acute phosphate nephropathy (a type of acute renal failure) is a rare but serious adverse event associated with oral sodium phosphate bowel cleansing *(12)*.

- Concerns were also raised with regard to the potential adverse effects of the oral antibiotics used (for example, high risk of idiosyncratic reaction with erythromycin). A further concern was AMR as a potential unintended consequence of this intervention. The effectiveness of oral antibiotics may decrease due to their widespread use, thus triggering the emergence of resistant strains. The GDG noted that there was a widespread belief that non-absorbable antibiotics should be preferably used. In the corresponding comparisons, a combination of non-absorbable and absorbable antibiotics was administered in 8 of 11 RCTs *(1-8)*. Two studies *(9, 10)* applied non-absorbable and one study *(11)* absorbable antibiotics only.

- The GDG emphasized that the intervention of oral antibiotics with MBP is for preoperative use only and should not be continued postoperatively. This intervention should not be referred to as "selective digestive decontamination" (SDD) in order to avoid any confusion with SDD used for the prevention of ventilator-associated pneumonia in the intensive care setting.

## Background

The optimal preparation of the bowel of patients undergoing colorectal surgery has been a subject of debate for many years. The main focus has been on whether or not mechanical cleansing of the bowel should be part of the standard preoperative regimen. MBP involves the preoperative administration of substances to induce voiding of the intestinal and colonic contents. The most commonly used cathartics for MPB are polyethylene glycol and sodium phosphate. It was assumed that cleaning the colon of its contents was necessary for a safe operation and could lower the risk of SSI by decreasing the intraluminal faecal mass and theoretically decreasing the bacterial load in the intestinal lumen. Furthermore, it was believed that it could prevent the possible mechanical disruption of a constructed anastomosis by the passage of hard faeces. Finally, MBP was perceived to improve handling of the bowel intraoperatively.

Another aspect of preoperative bowel preparation that has evolved over the last decades concerns the administration of oral antibiotics. Since the 1930s, orally administered antibiotics have been used with the aim to decrease the intraluminal bacterial load. However, these drugs had typically poor absorption, achieved high intraluminal concentrations and had activity against (anaerobic and aerobic) species within the colon. The addition of oral antibiotics that selectively target potentially pathogenic microorganisms in the digestive tract, predominantly gram-negative bacteria, *S. aureus* and yeasts, is known also as "selective digestive decontamination". This term originates from intensive care medicine

and usually refers to a regime of tobramycin, amphotericin and polymyxin combined with a course of an intravenous antibiotic, often cefotaxime. Originating from the belief that oral antibiotics would work only when the bowel had been cleansed of its content, a regime of oral antibiotics was frequently combined with MBP.

A few organizations have issued recommendations regarding preoperative MBP and the administration of oral antimicrobials (Table 4.5.1). For example, SHEA/IDSA recommend to use MBP for colorectal procedures, but only combined with oral antibiotics. However, these recommendations are not based on systematic reviews of the literature and meta-analysis or a rigorous evaluation of the quality of the available evidence.

**Table 4.5.1. Recommendations on MBP and the administration of oral antimicrobials according to available guidelines**

| Guidelines (year issued) | Recommendations on MBP and the administration of oral antimicrobials |
|---|---|
| SHEA/IDSA practice recommendation (2014) *(13)* | Use a combination of parenteral antimicrobial agents and oral antimicrobials to reduce the risk of SSI following colorectal procedures. (i) The additional SSI reduction achieved with MBP has not been studied, but the data supporting the use of oral antimicrobials have all been generated in combination with MBP. (ii) MBP preparation without oral antimicrobials does not decrease the risk of SSI. |
| NICE (2008) *(14)* | Do not use MBP routinely to reduce the risk of SSI. |

MBP: mechanical bowel preparation; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; SSI: surgical site infection; NICE: National Institute for Health and Care Excellence.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess the available evidence on the effectiveness of preoperative oral antibiotics and MBP for the prevention of SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 6) was to evaluate whether preoperative MBP is more effective in reducing the risk of SSI than no MBP at all. The review evaluated also whether combining the preoperative administration of oral antibiotics with MBP in addition to the standard preoperative intravenous antibiotic prophylaxis is more effective than MBP alone. The population targeted were patients of any age undergoing elective colorectal surgery. The primary outcome was the occurrence of SSI and SSI-attributable mortality. Data on anastomotic leakage were analysed separately as a secondary outcome. The body of retrieved evidence focused on adult patients and no study was available in the paediatric population.

A total of 24 RCTs *(1-11, 15-27)* were identified. They compared either MBP with no MBP or the combined intervention of MBP and oral antibiotics with MBP and no oral antibiotics.

A total of 11 RCTs *(1-11)* including a total of 2416 patients and comparing preoperative MBP combined with the administration of oral antibiotics vs. MBP and no oral antibiotics were identified. Moderate quality evidence shows that preoperative MBP combined with oral antibiotics reduces the SSI rate when compared to MBP only (OR: 0.56; 95% CI: 0.37–0.83). Using this intervention, there is neither benefit nor harm in the occurrence of anastomotic leakage (OR: 0.64; 95% CI: 0.33–1.22).

A total of 13 RCTs *(15-27)* including a total of 4869 patients and comparing MBP with no MBP were identified. Moderate quality evidence shows that preoperative MBP has neither benefit nor harm for the reduction of SSI rates when compared to no MBP at all (OR: 1.31; 95% CI: 1.00–1.72). The available evidence shows also that there is no difference in the occurrence of anastomotic leakage with or without MBP (OR: 1.03; 95% CI: 0.73–1.44).

Among the studies comparing MBP combined with oral antibiotics vs. MBP alone, only 2 *(8, 11)* reported specifically on SSI-attributable mortality. Both studies reported a lower mortality rate when oral antibiotics were administered, although they failed to report any test for statistical significance. Of the 13 trials comparing MBP with no MBP, 3 reported on SSI-attributable mortality *(18, 23, 27)*, but they did not find any statistical difference in the mortality rate.

None of the identified RCTs specifically evaluated the role of oral antibiotics without a MBP regimen, but some observational studies *(28-30)* using registry databases suggested that oral antibiotics may be effective in reducing the risk of SSI, irrespective of being combined with MBP. In addition, a prospective, randomized study *(31)*

strongly supports the use of oral antibiotics as part of a bundled intervention, but in combination with MBP. In this study, the combination of the preoperative administration of oral antibiotics and MBP was omitted in one group and compared with a standard regimen of oral antibiotics and MBP, while both arms received intravenous antibiotics prior to the surgical incision.

### Additional factors considered when formulating the recommendation

*Values and preferences*
One study *(9)* found a higher incidence of diarrhoea when oral antibiotics were administered. Another study *(1)* assessed patient tolerance with 3 different oral antibiotic regimes. Patients reported more gastrointestinal symptoms (that is nausea and vomiting) at the time of preoperative preparation when given 3 doses of oral antibiotics compared to no oral antibiotics or one dose only. Among the studies comparing MBP with no MBP, 4 reported on patient discomfort. Berrera and colleagues *(15)* reported that half of all patients (50%) receiving MBP reported fair or poor tolerance. The main causes were nausea (56%), vomiting (23%) and cramping abdominal pain (15%). In another study *(16)* including 89 patients with MBP, 17-28% complained of similar disorders which led to a stop of preoperative MBP in 11% of cases. In one study *(17)*, MBP was associated with discomfort in 22% of patients, including difficulty in drinking the preparation, nausea, vomiting and abdominal pain. Zmora and colleagues *(27)* found that diarrhoea in the early postoperative period was more common in the MBP than the non-MBP group and reached statistical significance. The GDG acknowledged that some patients, for example, the elderly or disabled, might prefer not to undergo MBP, regardless of the outcome.

*Resource use*
It was acknowledged that MBP, including the administration of oral antibiotics, involves an additional workload as this intervention requires organizational resources to ensure its appropriate administration (for example, clear written instructions to patients and staff education). Furthermore, the initial cost is higher compared to not undertaking this intervention, but none of the included studies reported on costs and cost-effectiveness. However, the GDG concluded that the benefits of administering oral antibiotics outweigh these aspects. The antibiotics commonly used for the intervention (erythromycin, metronidazole and an aminoglycoside) are generally inexpensive and readily available, including in LMICs.

### Research gaps
The GDG highlighted that there is enough evidence available on MBP alone. However, further research is needed on the effects of using oral antibiotics without MBP for the prevention of SSI. In particular, well-designed RCTs are needed to compare oral antibiotics and adequate intravenous prophylactic antibiotics vs. adequate intravenous prophylactic antibiotics only. The GDG noted also that there is limited evidence on the role of these interventions for patients undergoing laparoscopic procedures. However, some observational studies of mixed populations who underwent open and laparoscopic procedures suggested benefits for MBP across all groups. A RCT was recently published on this topic and showed a significant reduction of SSI in laparoscopic patients receiving oral antibiotics in addition to MBP and standard intravenous antibiotic prophylaxis *(32)*. However, this study could not be included in the systematic review due to the time limits determined for study inclusion.

### References

1. Espin-Basany E, Sanchez-Garcia JL, Lopez-Cano M, Lozoya-Trujillo R, Medarde-Ferrer M, Armadans-Gil L, et al. Prospective, randomised study on antibiotic prophylaxis in colorectal surgery. Is it really necessary to use oral antibiotics? Int J Colorectal Dis. 2005;20(6):542-6.
2. Lewis RT. Oral versus systemic antibiotic prophylaxis in elective colon surgery: a randomized study and meta-analysis send a message from the 1990s. Can J Surg. 2002;45(3):173-80.
3. Oshima T, Takesue Y, Ikeuchi H, Matsuoka H, Nakajima K, Uchino M, et al. Preoperative oral antibiotics and intravenous antimicrobial prophylaxis reduce the incidence of surgical site infections in patients with ulcerative colitis undergoing IPAA. Dis Colon Rectum. 2013;56(10):1149-55.
4. Sadahiro S, Suzuki T, Tanaka A, Okada K, Kamata H, Ozaki T, et al. Comparison between oral antibiotics and probiotics as bowel preparation for elective colon cancer surgery to prevent infection: prospective randomized trial. Surgery. 2014;155(3):493-503.
5. Takesue Y, Yokoyama T, Akagi S, Ohge H, Murakami Y, Sakashita Y, et al. A brief course

of colon preparation with oral antibiotics. Surg Today. 2000;30(2):112-6.

6. Ishida H, Yokoyama M, Nakada H, Inokuma S, Hashimoto D. Impact of oral antimicrobial prophylaxis on surgical site infection and methicillin-resistant *Staphylococcus aureus* infection after elective colorectal surgery. Results of a prospective randomized trial. Surg Today. 2001;31(11):979-83.

7. Kobayashi M, Mohri Y, Tonouchi H, Miki C, Nakai K, Kusunoki M. Randomized clinical trial comparing intravenous antimicrobial prophylaxis alone with oral and intravenous antimicrobial prophylaxis for the prevention of a surgical site infection in colorectal cancer surgery. Surg Today. 2007;37(5):383-8.

8. Stellato TA, Danziger LH, Gordon N, Hau T, Hull CC, Zollinger RM, Jr., et al. Antibiotics in elective colon surgery. A randomized trial of oral, systemic, and oral/systemic antibiotics for prophylaxis. Am Surg. 1990;56(4):251-4.

9. Horie T. Randomized controlled trial on the necessity of chemical cleaning as preoperative preparation for colorectal cancer surgery. Dokkyo J Med Sci. 2007;34.

10. Roos D, Dijksman LM, Oudemans-van Straaten HM, de Wit LT, Gouma DJ, Gerhards MF. Randomized clinical trial of perioperative selective decontamination of the digestive tract versus placebo in elective gastrointestinal surgery. Br J Surg. 2011;98(10):1365-72.

11. Taylor EW, Lindsay G. Selective decontamination of the colon before elective colorectal surgery. West of Scotland Surgical Infection Study Group. World J Surg. 1994;18(6):926-31; discussion 31-2.

12. Postmarket drug safety information for patients and providers. Silverspring (MD): Food and Drug Administration; 2015 (http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/default.htm, accessed 21 July 2016).

13. Anderson DJ, Podgorny K, Berríos-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control. 2014;35(06):605-27.

14. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

15. Barrera E A, Cid B H, Bannura C G, Contreras R J, Zúniga T C, Mansilla E J. Utilidad de la preparación mecánica anterógrada en cirugía colorrectal electiva. Resultados de una serie prospectiva y aleatoria [Usefulness of anterograde mechanical bowel cleansing in colorectal surgery.]. Rev Chil Cir. 2012;64:373-7.

16. Bretagnol F, Panis Y, Rullier E, Rouanet P, Berdah S, Dousset B, et al. Rectal cancer surgery with or without bowel preparation: The French GRECCAR III multicenter single-blinded randomized trial. Ann Surg. 2010;252(5):863-8.

17. Bucher P, Gervaz P, Soravia C, Mermillod B, Erne M, Morel P. Randomized clinical trial of mechanical bowel preparation versus no preparation before elective left-sided colorectal surgery. Br J Surg. 2005;92(4):409-14.

18. Burke P, Mealy K, Gillen P, Joyce W, Traynor O, Hyland J. Requirement for bowel preparation in colorectal surgery. Br J Surg. 1994;81(6):907-10.

19. Contant CM, Hop WC, van't Sant HP, Oostvogel HJ, Smeets HJ, Stassen LP, et al. Mechanical bowel preparation for elective colorectal surgery: a multicentre randomised trial. Lancet. 2007;370(9605):2112-7.

20. Fa-Si-Oen P, Roumen R, Buitenweg J, van de Velde C, van Geldere D, Putter H, et al. Mechanical bowel preparation or not? Outcome of a multicenter, randomized trial in elective open colon surgery. Dis Colon Rectum. 2005;48(8):1509-16.

21. Jung B, Pahlman L, Nystrom PO, Nilsson E. Multicentre randomized clinical trial of mechanical bowel preparation in elective colonic resection. Br J Surg. 2007;94(6):689-95.

22. Miettinen RP, Laitinen ST, Makela JT, Paakkonen ME. Bowel preparation with oral polyethylene glycol electrolyte solution vs. no preparation in elective open colorectal surgery: prospective, randomized study. Dis Colon Rectum. 2000;43(5):669-75; discussion 75-7.

23. Pena-Soria MJ, Mayol JM, Anula R, Arbeo-Escolar A, Fernandez-Represa JA. Single-blinded randomized trial of mechanical bowel preparation for colon surgery with primary intraperitoneal anastomosis. J Gastrointest Surg. 2008;12(12):2103-8; discussion 8-9.

24. Ram E, Sherman Y, Weil R, Vishne T, Kravarusic D, Dreznik Z. Is mechanical bowel preparation mandatory for elective colon surgery? A prospective randomized study. Arch Surg. 2005;140(3):285-8.

25. Santos JC, Jr., Batista J, Sirimarco MT, Guimaraes AS, Levy CE. Prospective randomized trial of mechanical bowel preparation in

patients undergoing elective colorectal surgery. Br J Surg. 1994;81(11):1673-6.

26. Young Tabusso F, Celis Zapata J, Berrospi Espinoza F, Payet Meza E, Ruiz Figueroa E. [Mechanical preparation in elective colorectal surgery, a usual practice or a necessity?]. Rev Gastroenterol Peru. 2002;22(2):152-8.

27. Zmora O, Mahajna A, Bar-Zakai B, Rosin D, Hershko D, Shabtai M, et al. Colon and rectal surgery without mechanical bowel preparation: a randomized prospective trial. Ann Surg. 2003;237(3):363-7.

28. Cannon JA, Altom LK, Deierhoi RJ, Morris M, Richman JS, Vick CC, et al. Preoperative oral antibiotics reduce surgical site infection following elective colorectal resections. Dis.Colon Rectum. 2012;55(11):1160-6.

29. Morris MS, Graham LA, Chu DI, Cannon JA, Hawn MT. Oral Antibiotic bowel preparation significantly reduces surgical site infection rates and readmission rates in elective colorectal surgery. Ann Surg. 2015;261(6):1034-40.

30. Scarborough JE, Mantyh CR, Sun Z, Migaly J. Combined mechanical and oral antibiotic bowel preparation reduces incisional surgical site infection and anastomotic leak rates after elective colorectal resection: an analysis of colectomy-targeted ACS NSQIP. Ann Surg. 2015;262(2):331-7.

31. Anthony T, Murray BW, Sum-Ping JT, Lenkovsky F, Vornik VD, Parker BJ, et al. Evaluating an evidence-based bundle for preventing surgical site infection: a randomized trial. Arch Surg. 2011;146(3):263-9.

32. Hata H, Yamaguchi T, Hasegawa S, Nomura A, Hida K, Nishitai R, et al. Oral and parenteral versus parenteral antibiotic prophylaxis in elective laparoscopic colorectal surgery (JMTO PREV 07-01): a phase 3, multicenter, open-label, randomized trial. Ann Surg. 2016;263:1085-91.

## 4.6  Hair removal

| Recommendation |
| --- |
| The panel recommends that in patients undergoing any surgical procedure, hair should either not be removed or, if absolutely necessary, it should be removed only with a clipper. Shaving is strongly discouraged at all times, whether preoperatively or in the operating room (OR). *(Strong recommendation, moderate quality of evidence)* |

| Rationale for the recommendation |
| --- |
| • For the formulation of the recommendation, the GDG considered the meta-analysis comparing clipping and no hair removal vs. shaving to be the most relevant. Moderate quality evidence shows a clear benefit of either no hair removal or clipping when compared to shaving with a significant decrease of the SSI risk. |
| • As a result, the GDG unanimously agreed to recommend that hair should either not be removed or, if absolutely necessary, it should be removed only with a clipper and the strength of this recommendation should be strong. |

| Remarks |
| --- |
| • The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. However, the GDG considers this recommendation valid also for paediatric patients. |
| • When analysed separately, there was no significant difference between clipping and shaving compared to no hair removal, but clipping was found to be significantly beneficial when compared to shaving. The GDG decided that no hair removal and clipping should be compared to shaving in the same group as they are both similar in nature. |
| • It was noted that only one study *(1)* compared different times of hair removal (night before vs. day of surgery for both shaving and clipping). This study showed no clear evidence favouring any of the times for either method. Therefore, the GDG agreed that no recommendation regarding the timing of hair removal could be given. However, it was acknowledged that if hair is removed, removal shortly before surgery could be the most practical and safest approach. |
| • No studies were identified evaluating the effect of settings where hair removal is performed (OR vs. ward or home) with the outcome of SSI. Thus, the GDG agreed that no recommendation could be developed regarding the location of hair removal with clippers when this is necessary. |
| • The GDG did not identify any possible harm associated with no hair removal or using clippers. |

### Background

Removal of hair from the intended site of surgical incision has traditionally been part of the routine preoperative preparation of patients undergoing surgery. Hair removal may be necessary to facilitate adequate exposure and preoperative skin marking. Furthermore, suturing and the application of wound dressings can be complicated by the presence of hair. Apart from these practical issues, hair has been associated with a lack of cleanliness and the potential to cause SSI. There is also the belief that hair removal inversely increases the risk of SSI by causing microscopic trauma of the skin. To minimize the potential of skin trauma, the use of clippers instead of razors has been proposed for preoperative hair removal. In contrast to razors that involve a sharp blade drawn directly over the skin, clippers cut the hair close to the skin without actually touching it. A third method for hair removal is the application of depilatory creams containing chemicals. Drawbacks of the use of these creams are the necessity to leave them in place for approximately 15-20 minutes for the hair to be dissolved and the potential for allergic reactions. A Cochrane review published in 2009 and updated in 2011 found no statistically significant difference in SSI rates between hair removal and no hair removal interventions.

However, a significant harm was observed when hair removal with razors was compared with clipping (2).

Among available guidelines, 4 explicitly recommend to avoid routine hair removal as a part of preoperative measures to prevent SSI (3-6).

All other guidelines recommend not using razors. If electric clippers are used, a single-use head should be used (Table 4.6.1). Only a few guidelines provide an evaluation of the quality of the evidence.

| Table 4.6.1. Recommendations on hair removal according to available guidelines | |
|---|---|
| **Guidelines**<br>(date issued) | **Recommendations on hair removal** |
| **SHEA/IDSA**<br>(2014) (6) | Hair should not be removed at the operative site unless the presence of hair will interfere with the operation. Do not use razors. If hair removal is necessary, remove hair outside the operating room using clippers or a depilatory agent. |
| **NICE**<br>(2013) (7) | Evidence for preoperative hair removal in reducing SSI rates is insufficient. Razors should not be used for hair removal because they increase the risk of SSI. If hair has to be removed, use electric clippers with a single-use head on the day of surgery as clipping may be associated with a reduced rate of SSI. |
| **The Royal College of Physicians of Ireland**<br>(2012) (4) | Avoid hair removal. If hair must be removed, then use single-patient use clippers and not razors. |
| **USA Institute for Healthcare Improvement: surgical site infection**<br>(2012) (5) | Avoid hair removal. If removal is necessary, remove outside the operating room using a single-patient use clipper. |
| **Health Protection Scotland bundle**<br>(2013) (3) | Avoid hair removal. If removal is necessary, use a single-patient use clipper. |
| **UK High impact intervention bundle**<br>(2011) (8) | If hair removal is required, use clippers with a disposable head and timed as close as possible to the operating procedure. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; SSI: surgical site infection; NICE: National Institute for Health and Care Excellence; UK: United Kingdom.

Following the in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on the need and correct method for hair removal.

## Summary of the evidence
The purpose of the evidence review (web Appendix 7) was to investigate whether the method and timing of hair removal (using clippers, depilatory

cream or shaving with razors) or no hair removal affect the incidence of SSI. The target population was patients of all ages undergoing a surgical procedure. The primary outcomes were the occurrence of SSI and SSI-attributable mortality.

A total of 15 RCTs or quasi-randomized trials (1, 9-22) comparing the effect of preoperative hair removal vs. no hair removal or different methods of hair removal (shaving, clipping and depilatory

cream) were identified. Meta-analyses were performed to evaluate the following comparisons: shaving, clipping and depilatory cream individually vs. no hair removal, shaving vs. clipping and shaving vs. depilatory cream. As no hair removal and clipping are similar in terms of reduced potential to cause microscopic skin trauma, an additional analysis was performed combining no hair removal and clipping *vs.* shaving.

A low to very low quality of evidence shows that shaving, clipping or the use of depilatory cream has neither benefit nor harm related to the reduction of the SSI rate when compared to no hair removal (OR: 1.78; 95% CI: 0.96-3.29; OR: 1.00;95% CI: 0.06-16.34; and OR: 1.02; 95% CI: 0.42-2.49, respectively).

However, when hair is removed, there is a low quality of evidence showing that clipping has a significant benefit in reducing the SSI rate compared to shaving (OR: 0.51; 95% CI: 0.29-0.91). A very low quality of evidence shows that the use of depilatory cream has neither benefit nor harm when compared to shaving for the prevention of SSI (OR: 2.78; 95% CI: 0.86-9.03). When clipping and no hair removal were combined in the meta-analysis, a moderate quality of evidence showed that both are associated with a significantly lower risk of SSI when compared to shaving (OR: 0.51; 95% CI: 0.34-0.78).

A moderate quality of evidence shows that hair removal the day before surgery does not affect the SSI rate compared to hair removal on the day of surgery (OR: 1.22; 95% CI: 0.44-3.42).

The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

### Additional factors considered when formulating the recommendation

#### *Values and preferences*
Studies evaluating surgeon or patient preferences for hair removal show variable results. Ilankovan and colleagues investigated patient and surgeon preferences before maxillofacial surgery and showed that patients prefer no hair removal over shaving, while the surgeons' assessment of the difficulty of wound closure did not differ between the two methods *(18)*.

The GDG acknowledged that the preferences of both patients and surgeons may differ according to the body area. Some members expressed the following opinions.
- Surgeons may be hesitant to use clippers in the male genitalia area.
- Women may prefer shaving for surgery in the genital area or even come to the hospital already shaved because of cultural norms.
- Surgeons may prefer to remove hair because of concerns that long hair would interfere with surgery and stick to the drapes.

While acknowledging this variability of approaches and cultural issues, the GDG emphasized that these preferences could be changed with an awareness-raising campaign to highlight the benefits of the recommendation and the harms of shaving practices, together with strong implementation strategies. Furthermore, the GDG was confident that the typical values of the target population regarding the SSI outcome would most probably favour the intervention.

#### *Resource use*
The GDG observed that avoiding hair removal has no cost and puts no burden on staff. Clippers are expensive and it might be difficult to procure them in LMICs. It is generally advisable to use single-use clippers/clipper heads, which may again be difficult to procure in LMICs. Of note, when reused, clipper heads can be very difficult to clean and decontaminate. When required for reuse, the GDG suggests that local infection prevention procedures are followed for clipper/clipper head decontamination, taking into account the following basic instructions for the general process: carefully disassemble the blades; clean with soap and water using a cloth and wearing appropriate personal protective equipment; dry with a fresh cloth and wipe with alcohol, again using a fresh cloth. Following the procedure, dispose of cloths and personal protective equipment, cleanse hands and store the clipper in a clean, covered dry storage space to avoid contamination.

### Research gaps
Although the evidence to support the recommendation appears to be sufficient, the GDG provided the following directions for additional research on this topic. Studies are needed to evaluate the optimal timing and the most appropriate setting (ward vs. home) for the hair removal procedure when it is considered necessary by the surgeon. It would be important also to conduct surveys on the acceptability of patients

and surgeons regarding hair removal (or not) prior to surgery, particularly for body areas where preferences may vary, for example, genitalia for females and the maxillofacial area for males. The best and most acceptable methods of hair removal in settings with limited resources need to be investigated, including low-cost solutions. In particular, studies with a focus on the use of clippers in LMICs are needed to stimulate research on the design and production of an affordable clipper for these settings, including a cost-effectiveness analysis. For all settings, research is required to develop and test evidence-based procedures on how to decontaminate clippers.

## References

1. Alexander JW, Fischer JE, Boyajian M, Palmquist J, Morris MJ. The influence of hair-removal methods on wound infections. Arch Surg. 1983;118(3):347-52.
2. Tanner J, Norrie P, Melen K. Preoperative hair removal to reduce surgical site infection. Cochrane Database Syst Rev. 2011(11):CD004122.
3. Mangioni C, Bianchi L, Bolis PF, Lomeo AM, Mazzeo F, Ventriglia L, et al. Multicenter trial of prophylaxis with clindamycin plus aztreonam or cefotaxime in gynecologic surgery. Clin Infect Dis. 1991;13(Suppl.7):S621-5.
4. Hemsell DL, Bernstein SG, Bawdon RE, Hemsell PG, Heard MC, Nobles BJ. Preventing major operative site infection after radical abdominal hysterectomy and pelvic lymphadenectomy. Gynecol Oncol. 1989; 35(1):55-60.
5. Friese S, Willems FT, Loriaux SM, Meewis JM. Prophylaxis in gynaecological surgery: a prospective randomized comparison between single dose prophylaxis with amoxycillin/clavulanate and the combination of cefuroxime and metronidazole. J Antimicrob Chemother. 1989;24 (Suppl. B):213-6.
6. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.
7. Yildiz B, Abbasoglu O, Tirnaksiz B, Hamaloglu E, Ozdemir A, Sayek I. Determinants of postoperative infection after laparoscopic cholecystectomy. Hepatogastroenterology. 2009; 56(91-92):589-92.
8. Neri V, Fersini A, Ambrosi A, Tartaglia N, Valentino TP. Umbilical port-site complications in laparoscopic cholecystectomy: role of topical antibiotic therapy. JSLS. 2008;12(2):126-32.
9. Thur de Koos P, McComas B. Shaving versus skin depilatory cream for preoperative skin preparation. A prospective study of wound infection rates. Am J Surg. 1983;145:377-8.
10. Goëau-Brissonnière O, Coignard S, Merao AP, Haicault G, Sasako M, Patel JC. [Preoperative skin preparation. A prospective study comparing a depilatory agent in shaving]. Presse Med. 1987;16(31):1517-9.
11. Abouzari M, Sodagari N, Hasibi M, Behzadi M, Rashidi A. Re: Nonshaved cranial surgery in black Africans: a short-term prospective preliminary study (Adeleye and Olowookere, Surg Neurol 2008;69-72) Effect of hair on surgical wound infection after cranial surgery: a 3-armed randomized clinical trial. Surg Neurol. 2009;71(2):261-2.
12. Adisa AO, Lawal OO, Adejuyigbe O. Evaluation of two methods of preoperative hair removal and their relationship to postoperative wound infection. J Infect Dev Ctries. 2011;5(10):717-22.
13. Balthazar ER, Colt JD, Nichols RL. Preoperative hair removal: a random prospective study of shaving versus clipping. South Med J. 1982;75(7):799-801.
14. Celik SE, Kara A. Does shaving the incision site increase the infection rate after spinal surgery? Spine. 2007;32(15):1575-7.
15. Court-Brown CM. Preoperative skin depilation and its effect on postoperative wound infections. J R Coll Surg Edinb. 1981;26(4):238-41.
16. Grober ED, Domes T, Fanipour M, Copp JE. Preoperative hair removal on the male genitalia: clippers vs. razors. J Sex Med. 2013;10(2):589-94.
17. Horgan MA, Kernan JC, Schwartz MS, Kellogg JX, McMenomey SO, Delashaw JB. Shaveless brain surgery: safe, well tolerated, and cost effective. Skull Base Surg. 1999;9(4):253-8.
18. Ilankovan V, Starr DG. Preoperative shaving: patient and surgeon preferences and complications for the Gillies incision. J R Coll Surg Edinb. 1992;37(6):399-401.
19. Kattipattanapong W, Isaradisaikul S, Hanprasertpong C. Surgical site infections in ear surgery: hair removal effect; a preliminary, randomized trial study. Otolaryngol Head Neck Surg. 2013;148(3):468-74.
20. Powis SJ, Waterworth TA, Arkell DG. Preoperative skin preparation: clinical evaluation of depilatory cream. BMJ. 1976;2(6045):1166-8.

21. Rojanapirom S, Danchaivijitr S. Pre-operative shaving and wound infection in appendectomy. J Med Assoc Thai. 1992;75(Suppl. 2);20-3.
22. Seropian R, Reynolds BM. Wound infections after preoperative depilatory versus razor preparation. Am J Surg. 1971;121(3):251-4.

## 4.7  Surgical site preparation

### Recommendation

**The panel recommends alcohol-based antiseptic solutions based on CHG for surgical site skin preparation in patients undergoing surgical procedures.**
*(Strong recommendation, low to moderate quality of evidence)*

### Rationale for the recommendation

- Moderate quality evidence shows that the use of alcohol-based antiseptic solutions for surgical site skin preparation are more effective compared to aqueous solutions in reducing SSI. A meta-analysis of available studies (low quality of evidence) showed that alcohol-based CHG is beneficial in reducing SSI rates compared to alcohol-based povidone-iodine (PVP-I). As a result, the GDG agreed to recommend the use of an alcohol-based antiseptic solution preferably based on CHG for surgical site preparation on intact skin. The strength of this recommendation was considered to be strong.

- The GDG discussed whether to formulate the recommendation for adult patients only or to make a recommendation for all patients. The body of evidence focused on adult patients. The paediatric population was not represented as most commercially-available products have no indications for use in these patients due to the lack of studies in this population. By contrast, the GDG emphasized that it is unlikely that high quality evidence will be available in the future on paediatric patients, mainly due to ethical reasons.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, the effectiveness of this intervention is not proven for paediatric patients.

- Although the systematic review time limits for inclusion were set to a publication date between 1990 and 15 August 2014, a relevant trial published on 4 February 2016 was exceptionally included after discussion with the WHO Guidelines Review Committee and the GDG. The GDG was confident that no additional relevant trial had been published since the systematic review set date and therefore the search was not fully updated.

- According to the available studies, a sub-analysis of the comparison of alcohol-based antiseptic solutions vs. aqueous solutions was performed. A significant benefit in reducing the risk of SSI was observed with CHG in an alcohol-based solution compared to PVP-I in an aqueous solution. No significant difference was found between alcohol-based vs. aqueous PVP-I solutions. Most of the included studies used isopropyl alcohol at a concentration of 70-74%. Concentrations of the iodophor compound ranged from 0.7-10% and from 0.5-4% for CHG. Due to this heterogeneity and the lack of data to confirm any one direction, the GDG did not feel comfortable to include a statement about the concentration of the antiseptic compound in the recommendation.

- Washing the patient's skin with detergents or antiseptics is dealt with in chapter 4.1 and should be performed separately outside of the OR, whereas surgical site skin preparation is done prior to surgery within the OR.

- The GDG identified possible harms associated with the use of alcohol-based solutions and it was highlighted that they should not be used on neonates or be in contact with mucosa or eyes. CHG solutions must not be allowed to come into contact with the brain, meninges, eye or middle ear. As alcohol is highly flammable, alcohol-based antiseptic preparations may ignite if used in the presence of diathermy and they must be allowed to dry by evaporation. Therefore, it is advisable to ensure that the drapes are not saturated with alcohol or that the alcohol-based solution has not formed a pool underneath the patient before operating. While possible allergies should be accounted for (for example, to PVP-I), it should be noted that CHG has a potential risk of causing skin irritation. OR staff should be trained and informed about the potential harms associated with the solutions used for surgical site preparation.

## Background

Surgical site preparation refers to the preoperative treatment of the intact skin of the patient within the OR. Preparation includes not only the immediate site of the intended surgical incision, but also a broader area of the patient's skin. The aim of this procedure is to reduce the microbial load on the patient's skin as much as possible before incision of the skin barrier. The most widely used agents include CHG and PVP-I in alcohol-based solutions, which are effective against a wide range of bacteria, fungi and viruses. However, aqueous solutions, particularly those containing iodophors, are also widely used, notably in developing countries.

Application techniques for preoperative surgical site preparation are also a topic of interest.

However, 3 trials investigating the effect of the application technique with comparable antiseptic compounds showed no difference in surgical site infection (SSI) rates *(1-3)*. Despite current knowledge of the antimicrobial activity of many antiseptic agents and application techniques, it remains unclear what is the best approach to surgical site preparation *(4, 5)*.

Several guidelines, such as those published by SHEA/IDSA *(6)*, NICE *(7)* or the Royal College of Physicians of Ireland *(8)*, recommend the use of an alcohol-based solution for surgical site preparation (Table 4.7.1). However, these recommendations are not based upon systematic reviews of the literature and meta-analysis or a rigorous evaluation of the quality of the available evidence.

| *Table 4.7.1.* **Recommendations on surgical site skin preparation according to available guidelines** | |
|---|---|
| **Guidelines** (date issued) | **Recommendations on surgical site skin preparation** |
| **SHEA/IDSA** (2014) *(6)* | Wash and clean skin around the incision site. Use a dual agent skin preparation containing alcohol, unless contraindications exist. |
| **NICE** (2013) *(7)* | PVP-I or CHG, although alcohol-based solutions may be more effective than aqueous solutions. The most effective antiseptic for skin preparation before surgical incision remains uncertain. |
| **The Royal College of Physicians of Ireland** (2012) *(8)* | CHG 2% in isopropyl 70% alcohol solution; PVP-I with alcohol for patients who are allergic to CHG. |
| **USA Institute for Healthcare Improvement: hip and knee arthroplasty** (2012) *(9)* | Combining either an iodophor or CHG with alcohol is better than PVP-I alone. |
| **Health Protection Scotland bundle** (October 2013) *(10)* | CHG 2% in isopropyl 70% alcohol solution; PVP-I with alcohol for patients who are allergic to CHG. |
| **UK High impact intervention bundle** (2011) *(11)* | CHG 2% in isopropyl 70% alcohol solution; PVP-I with alcohol for patients who are allergic to CHG. |

PVP-I: povidone-iodine; CHG: chlorhexidine gluconate; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence.

Following the in-depth analysis of the sources and strength of evidence in available guidelines, the GDG decided to conduct a systematic review to assess the available evidence on the efficacy of solutions and antiseptic agents used for surgical site skin preparation.

## Summary of the evidence

The purpose of the evidence review (web Appendix 8) was to compare the effect of different solutions (alcohol-based vs. aqueous preparations) and antiseptic agents (CHG vs. PVP-I) used for surgical site skin preparation in order to prevent SSI. The target population included patients of all ages undergoing a surgical procedure. The primary outcomes were the occurrence of SSI and SSI-attributable mortality.

A total of 17 RCTs *(2, 12-27)* comparing antiseptic agents (PVP-I and CHG) in aqueous or alcohol-based solutions were identified. According to the selected studies, the following comparisons were evaluated:

1. Alcohol-based antiseptic solutions vs. aqueous solutions
   a) CHG in an alcohol-based solution vs. PVP-I in an aqueous solution
   b) PVP-I in an alcohol-based solution vs. PVP-I in an aqueous solution

2. CHG vs. PVP-I - both in alcohol-based solutions

Moderate quality evidence shows that alcohol-based antiseptic solutions are overall more effective compared to aqueous solutions in reducing the risk of SSI (OR: 0.60; 95% CI: 0.45–0.78). More specifically, a low quality of evidence shows a significant reduction of the SSI risk with the use of alcohol-based CHG compared to PVP-I in alcohol-based solutions (OR: 0.58; 95% CI: 0.42–0.80). Moderate quality evidence shows also a significant benefit in using CHG alcohol-based solutions compared to aqueous PVP-I for the reduction of SSI rates (OR 0.65; 95% CI: 0.47–0.90). However, very low quality evidence suggests that there is no significant difference between PVP-I alcohol-based solutions and PVP-I aqueous solutions (OR 0.61; 95% CI: 0.19–1.92).

The literature search did not identify any studies that used aqueous CHG for surgical site skin preparation. The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Furthermore, most commercially available products have no indications for use in paediatric patients due to the lack of studies in this population. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences
No study was found on patients' values and preferences with regards to this intervention. The GDG concluded that most patients wish to receive this intervention in order to reduce the risk of SSI.

However, the use of alcohol might be refused by patients and/or health care workers because of religious reasons. This issue was addressed as part of the WHO *Clean Care is Safer Care* programme of work and a chapter on this topic is included in the WHO *guidelines on hand hygiene in health care (28)*, which recommends the preferred use of alcohol-based handrub (ABHR) for hand cleansing. The engagement of cultural and religious leaders (for example, in the hand hygiene campaign in health care facilities) proved useful to overcome such barriers and positive solutions were found. Indeed, an encouraging example is the statement issued by the Muslim Scholars' Board of the Muslim World League during the Islamic High Council's meeting held in Mecca, Saudi Arabia, in January 2002: "It is allowed to use medicines that contain alcohol in any percentage that may be necessary for manufacturing it if it cannot be substituted. Alcohol may be used as an external wound cleanser, to kill germs, and in external creams and ointments." There may be a necessity to resume the discussion with religious leaders and individual patients with regards to the recommendation to use alcohol-based solutions for surgical site skin preparation.

### Resource use
The GDG highlighted that the availability of alcohol-based solutions is limited in LMICs, particularly when combined with an antiseptic compound. These commercial products may represent a financial burden to health care facilities and patients if they are required to provide care supplies. The GDG discussed the implementation of this recommendation in LMICs and argued that local production may be a more affordable and feasible option in these settings, provided that adequate quality control is put in place. As an example, in

the context of the Surgical Unit-based Safety Programme, instructions for the local production of an alcohol- and CHG-based preparation were produced and implemented by WHO in 5 African hospitals (http://www.who.int/gpsc/susp/en/). A cost-effectiveness study (29) found that although CHG is more expensive, its effectiveness to reduce SSI makes it up to 36% more cost-effective than PVP-I.

## Research gaps

GDG members highlighted that the use of alcohol-based solutions in surgical site skin preparation per se is no longer a research topic. There is a need for well-designed RCTs comparing specific preparations containing CHG, PVP-I and other antiseptics in alcohol-based and other solutions, taking into consideration their effectiveness, toxicity and costs. The GDG remarked that studies should focus on SSI as the critical endpoint and defined according to the CDC criteria. Furthermore, there is a need to compare commercial products with locally-produced solutions in health facilities in LMICs in effectiveness and cost-effectiveness studies. As there are no studies investigating the use of these solutions in paediatric patients, studies in this population would be particularly welcome. Currently, a few alcohol-based or aqueous solutions with antiseptic compounds contain colouring agents. Adding these agents to preparations can be helpful to indicate where surgical site preparation products have been applied on the patient's skin, but further studies would be needed if new colouring agents are proposed in order to ascertain effectiveness and tolerability.

## References

1. Ellenhorn JD, Smith DD, Schwarz RE, Kawachi MH, Wilson TG, McGonigle KF, et al. Paint-only is equivalent to scrub-and-paint in preoperative preparation of abdominal surgery sites. J Am Coll Surg. 2005;201(5):737-41.
2. Segal CG, Anderson JJ. Preoperative skin preparation of cardiac patients. AORN J. 2002;76(5):821-8.
3. Shirahatti RG, Joshi RM, Vishwanath YK, Shinkre N, Rao S, Sankpal JS, et al. Effect of pre-operative skin preparation on post-operative wound infection. J Postgrad Med. 1993;39(3):134-6.
4. Lowbury EJ. Prevention of postoperative infection. Injury. 1985;16(9):583-4.
5. Mishriki SF, Law DJ, Jeffery PJ. Factors affecting the incidence of postoperative wound infection. J Hosp Infect. 1990;16(3):223-30.
6. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al.

Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.
7. A summary of selected new evidence relevant to NICE clinical guideline 74 "Prevention and treatment of surgical site infection" (2008). Evidence update 43. June 2013. Manchester: National Institute for Health and Care Excellence; 2013. (http://www.nice.org.uk/guidance/cg74/evidence, accessed 21 July 2016).
8. Preventing surgical site infections. Key recommendations for practice. Dublin: Joint Royal College of Surgeons in Ireland/Royal Colleges of Physicians of Ireland Working Group on Prevention of Surgical Site Infection; 2012 (https://www.rcsi.ie/files/surgery/docs/20140318021114_Sample%20Audit%20Surgical%20Site%20Inf.pdf, accessed 21 July 2016).
9. How-to guide: prevent surgical site infection for hip and knee arthroplasty. Cambridge (MA): Institute for Healthcare Improvement; 2012 (http://www.IHI.org, accessed 21 July 2016).
10. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Version 3.0. February 2015. Edinburgh: Health Protection Scotland; 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 21 July 2016).
11. High impact intervention: care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 21 July 2016).
12. Rodrigues AL, Simoes Mde L. Incidence of surgical site infection with pre-operative skin preparation using 10% polyvidone-iodine and 0.5% chlorhexidine-alcohol. Rev Col Bras Cir. 2013;40(6):443-8.
13. Sistla SC, Prabhu G, Sistla S, Sadasivan J. Minimizing wound contamination in a 'clean' surgery: comparison of chlorhexidine-ethanol and povidone-iodine. Chemotherapy. 2010;56(4):261-7.
14. Srinivas A, Kaman L, Raj P, Gautam V, Dahiya D, Singh G, et al. Comparison of the efficacy of chlorhexidine gluconate versus povidone iodine as preoperative skin preparation for

the prevention of surgical site infections in clean-contaminated upper abdominal surgeries. Surg Today. 2014;45:1378-84

15. Paocharoen V, Mingmalairak C, Apisarnthanarak A. Comparison of surgical wound infection after preoperative skin preparation with 4% chlohexidine and povidone iodine: A prospective randomized trial. J Med Associ Thai. 2009;92(7):898-902.

16. Bibbo C, Patel DV, Gehrmann RM, Lin SS. Chlorhexidine provides superior skin decontamination in foot and ankle surgery: a prospective randomized study. Clin Orthop Rel Res. 2005;438:204-8.

17. Saltzman MD, Nuber GW, Gryzlo SM, Marecek GS, Koh JL. Efficacy of surgical preparation solutions in shoulder surgery. J Bone Joint Surg (Am). 2009;91:1949-53.

18. Roberts A, Wilcox K, Devineni R, Harris R, Osevala M. Skin preparation in CABG surgery: A prospective randomized trial. Complications Surg. 1995;14(6):741-7.

19. Howard R. Comparison of a 10-minute aqueous iodophor and 2-minute water-insoluble iodophor in alcohol preoperative skin preparation. Complications Surg. 1991;10.

20. Hort KR, DeOrio JK. Residual bacterial contamination after surgical preparation of the foot or ankle with or without alcohol. Foot Ankle Int. 2002;23(10):946-8.

21. Gilliam DL, Nelson CL. Comparison of a one-step iodophor skin preparation versus traditional preparation in total joint surgery. Clin Orthop Rel Res. 1990;(250):258-60.

22. Darouiche RO, M. J. Wall J, Itani KMF, Otterson MF, Webb AL, Carrick MM, et al. Chlorhexidine-alcohol versus povidone-iodine for surgical-site antisepsis. New Engl J Med. 2010;362:18-26.

23. Savage JW, Weatherford BM, Sugrue PA, Nolden MT, Liu JC, Song JK, et al. Efficacy of surgical preparation solutions in lumbar spine surgery. J Bone Joint Surg (Am). 2012;94:490-4.

24. Veiga DF, Damasceno CA, Veiga-Filho J, Figueiras RG, Vieira RB, Florenzano FH, et al. Povidone iodine versus chlorhexidine in skin antisepsis before elective plastic surgery procedures: a randomized controlled trial. Plast Reconstr Surg. 2008;122(5):170e-1e.

25. Cheng K, Robertson H, Mart JPS, Leanord A, McLeod I. Quantitative analysis of bacteria in forefoot surgery: a comparison of skin preparation techniques. Foot Ankle Int. 2009;30:992-7.

26. Berry AR, Watt B, Goldacre MJ, Thomson JW, McNair TJ. A comparison of the use of povidone-iodine and chlorhexidine in the prophylaxis of postoperative wound infection. J Hosp Infect. 1982;3(1):55-63.

27. Tuuli MG, Liu J, Stout MJ, Martin S, Cahill AG, Odibo AO, et al. A randomized trial comparing skin antiseptic agents at cesarean delivery. New Engl J Med. 2016;374(7):647-55.

28. WHO guidelines on hand hygiene in health care. Geneva: World Health Organization; 2009 (http://apps.who.int/iris/bitstream/10665/44102/1/9789241597906_eng.pdf, accessed 21 July 2016).

29. Lee I, Agarwal RK, Lee BY, Fishman NO, Umscheid CA. Systematic review and cost analysis comparing use of chlorhexidine with use of iodine for preoperative skin antisepsis to prevent surgical site infection. Infect Control Hosp Epidemiol. 2010;31(12):1219-29.

## 4.8  Antimicrobial skin sealants

### Recommendation

**The panel suggests that antimicrobial sealants should not be used after surgical site skin preparation for the purpose of reducing SSI.**
*(Conditional recommendation, very low quality of evidence)*

### Rationale for the recommendation

- Overall very low quality evidence from eight RCTs and one quasi-randomized trial shows that the preoperative application of antimicrobial skin sealants, in addition to standard surgical site skin preparation, produces neither benefit nor harm in reducing the SSI rate. The GDG unanimously agreed that there is no advantage in using antimicrobial sealants and suggested not using them. Given the quality of the evidence, the GDG decided that the strength of this recommendation should be conditional.

### Remarks

- The body of retrieved evidence mainly focused on adult patients, but one study also included children. This recommendation is valid for both patient populations.

- The GDG observed that most studies investigating cyanoacrylate-based antimicrobial sealants were funded by manufacturers of commercial sealants.

- All included studies investigated the use of antimicrobial sealants on the skin of the surgical site before incision.

- Although the type and concentration of the antiseptics used for skin preparation varied among the included studies, the GDG underlined that the intervention and control groups in each of the studies received the same skin preparation technique, while antimicrobial sealants were added in the intervention group.

- The GDG identified skin irritation and allergic reactions as possible harms associated with the use of antimicrobial sealants.

### Background

The endogenous bacteria on a patient's skin is believed to be the main source of pathogens that contribute to SSI *(1)*. Surgical site skin preparation commonly includes scrubbing or applying alcohol-based preparations containing antiseptic agents prior to incision, such as CHG or iodine solutions. Additional technologies are being researched and developed to reduce the rate of contamination at the surgical site and subsequent SSI.

Antimicrobial skin sealants are sterile, film-forming cyanoacrylate-based sealants commonly applied as an additional antiseptic measure after standard skin preparation of the surgical site and prior to skin incision. The sealant is intended to remain in place and block the migration of flora from the surrounding skin into the surgical site by dissolving over several days postoperatively. As an antimicrobial substance, sealants have been shown to reduce bacterial counts on the skin of the

operative site *(2)*. However, most studies reported only changes in bacterial colonization and did not investigate SSI rates. Therefore, the use of antimicrobial sealants for the purpose of preventing SSIs is still under debate.

Currently available SSI prevention guidelines do not address the use of antimicrobial skin sealants and their effect to prevent SSI. The GDG decided to conduct a systematic review to assess the effectiveness of their use.

### Summary of the evidence

The purpose of the evidence review (web Appendix 9) was to evaluate whether the use of antimicrobial skin sealants in addition to standard surgical site skin preparation is more effective in reducing the risk of SSI than standard surgical site skin preparation only. The target population were patients of all ages undergoing a surgical procedure. The primary outcome

was the occurrence of SSI and SSI-attributable mortality.

A total of nine studies including a total of 1974 patients and comprising 8 RCTs (3-10) and one prospective quasi-randomized trial (11) were identified. The studies compared the effect of the addition of antimicrobial skin sealants to standard skin preparation in the intervention group vs. standard skin preparation only in the control group.

Very low quality evidence shows no benefit or harm for the reduction of SSI rates when using the addition of antimicrobial sealants compared to standard surgical skin preparation only (OR: 0.69; 95% CI: 0.38–1.25).

The body of retrieved evidence mainly focused on adult patients, but one study also included children. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences
No study was retrieved on patient values and preferences with regards to this intervention. However, the GDG observed that some studies (8, 12) reported that patients may suffer skin irritation due to the antimicrobial sealants as they remain on the skin for some time. Therefore, patients may prefer not to experience skin irritation, particularly when there is no evidence of benefit in using antimicrobial sealants to prevent SSI.

### Resource use
The GDG pointed out that the availability of antimicrobial sealants may be limited in LMICs and their cost was a potential major resource concern. Lipp and colleagues observed that no studies included in a meta-analysis reported the cost of cyanoacrylate sealants as a preoperative preparation of the surgical site and no benefit was shown in preventing SSI (13).

In addition to economic concerns, the availability of these commercial products may be an added barrier in LMICs. Furthermore, training in the proper technique and resources for their use would need to be available for surgical staff.

## Research gaps
GDG members highlighted that many of the

available RCTs have a high risk of bias and potential conflicts of interest. Several studies were excluded because they reported only bacterial colonization and not SSI as the primary outcome. Further studies are needed to identify evidence associated with important outcomes, including SSI rates (rather than microbial data), length of stay, cost-effectiveness and adverse effects on skin.

Most of the included studies investigated the use of cyanoacrylate-based sealants in contaminated procedures and the use of these agents may be more or less effective in other procedures. Importantly, the protocol for standard surgical site skin preparation with antiseptics varied across studies, thus making it difficult to discern the actual effect of the sealant alone. The GDG considers that more well-designed RCTs with adequate power are needed. These should focus on SSI as the primary outcome, rather than a reduction in the microbial load. Conducting trials with a more diverse surgical patient population will also further support evidence-based guidance on the use of antimicrobial sealants. For example, more evidence is needed in paediatric surgical patients.

## References
1. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for prevention of surgical site infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999;27(2):97-132; quiz 3-4; discussion 96.
2. Dohmen PM. Impact of antimicrobial skin sealants on surgical site infections. Surg Infect (Larchmt). 2014;15(4):368-71.
3. Daeschlein G, Napp M, Assadian O, Bluhm J, Krueger C, von Podewils S, et al. Influence of preoperative skin sealing with cyanoacrylate on microbial contamination of surgical wounds following trauma surgery: a prospective, blinded, controlled observational study. Int J Infect Dis. 2014;29:274-8.
4. Doorly M, Choi J, Floyd A, Senagore A. Microbial sealants do not decrease surgical site infection for clean-contaminated colorectal procedures. Tech Coloproctol. 2015;19(5):281-5.
5. Dromzee E, Tribot-Laspiere Q, Bachy M, Zakine S, Mary P, Vialle R. Efficacy of integuseal for surgical skin preparation in children and adolescents undergoing scoliosis correction. Spine. 2012;37(21):e1331-5.
6. Falk-Brynhildsen K, Soderquist B, Friberg O, Nilsson U. Bacterial growth and wound

infection following saphenous vein harvesting in cardiac surgery: a randomized controlled trial of the impact of microbial skin sealant. Europ J Clin Microbiol Infect Dis. 2014;33(11):1981-7.

7. Iyer A, Gilfillan I, Thakur S, Sharma S. Reduction of surgical site infection using a microbial sealant: a randomized trial. J Thorac Cardiovasc Surg. 2011;142(2):438-42.

8. Towfigh S, Cheadle WG, Lowry SF, Malangoni MA, Wilson SE. Significant reduction in incidence of wound contamination by skin flora through use of microbial sealant. Arch Surg. 2008;143(9):885-91; discussion 91.

9. Vierhout BP, Ott A, Reijnen MM, Oskam J, Ott A, van den Dungen JJ, et al. Cyanoacrylate skin microsealant for preventing surgical site infection after vascular surgery: a discontinued randomized clinical trial. Surg Infect (Larchmt). 2014;15(4):425-30.

10. von Eckardstein AS, Lim CH, Dohmen PM, Pego-Fernandes PM, Cooper WA, Oslund SG, et al. A randomized trial of a skin sealant to reduce the risk of incision contamination in cardiac surgery. Ann Thorac Surg. 2011;92(2):632-7.

11. Waldow T, Szlapka M, Hensel J, Plotze K, Matschke K, Jatzwauk L. Skin sealant InteguSeal(R) has no impact on prevention of postoperative mediastinitis after cardiac surgery. J Hosp Infect. 2012;81(4):278-82.

12. Roy P, Loubiere A, Vaillant T, Edouard B. [Serious adverse events after microbial sealant application in paediatric patients]. Ann Pharm Fr. 2014;72(6):409-14.

13. Lipp A, Phillips C, Harris P, Dowie I. Cyanoacrylate microbial sealants for skin preparation prior to surgery. Cochrane Database Syst Rev. 2013;8:CD008062.

## 4.9  Surgical hand preparation

### Recommendation

**The panel recommends that surgical hand preparation be performed either by scrubbing with a suitable antimicrobial soap and water or using a suitable ABHR before donning sterile gloves.**
*(Strong recommendation, moderate quality of evidence)*

### Rationale for the recommendation

- The GDG noted that surgical hand preparation is vitally important to maintain the lowest possible contamination of the surgical field, especially in the event of sterile glove puncture during the procedure. Appropriate surgical hand preparation is recommended in the WHO *guidelines on hand hygiene in health care (1)* issued in 2009 and in all other existing national and international guidelines on the prevention of SSI.

- Moderate quality evidence shows the equivalence of handrubbing with an ABHR and handscrubbing with antimicrobial soap and water for surgical hand preparation for the prevention of SSI.

### Remarks

- The available evidence on SSI as an outcome is limited to three RCTs. The trials compared handrubbing (with alcohol-based preparations) vs. handscrubbing (with PVP-I, CHG or plain soap) for surgical hand preparation and showed no significant difference between the two methods.

- Evidence from additional studies using the bacterial load on participants' hands as the outcome demonstrated that some ABHR formulations are more effective to reduce colony-forming units than scrubbing with water and antimicrobial or plain soap. The relevance of this outcome to the risk of SSI remains uncertain and the GDG considered this as indirect evidence and concluded that the recommendation could not be developed based on this surrogate outcome. Only evidence from RCTs with an SSI outcome was taken into account for the recommendation development.

- The WHO hand hygiene guidelines recommend preferably using "a product ensuring sustained activity". It was assumed that the sustained activity ensured by certain products (for example, CHG) was desirable, but there was no evidence that these products were more effective in directly reducing the risk of SSI. In the absence of such evidence, the GDG decided not to make any recommendations on specific products with or without a sustained effect and it emphasized the need to define what is considered a "suitable" product.

- The hands of the surgical team should be clean upon entering the OR by washing with a non-medicated soap. Once in the operating area, repeating handrubbing or scrubbing without an additional prior handwash is recommended before switching to the next procedure.

- It should be kept in mind that the activity of ABHRs may be impaired if hands are not completely dried before applying the product or by the handwashing itself. Hence, surgical handscrub and surgical handrub with alcohol-based products should not be combined sequentially *(1)*.

- When choosing ABHR, health care facilities should regularly procure products with proven efficacy (that is, complying with European norms or those of the American Society for Testing and Materials or equivalent international standards) to implement this recommendation and position no-touch or elbow-operated dispensers in surgical scrub rooms. Alternatively, antimicrobial soap, clean running water and disposable or clean towels for each health care worker should be available in the scrub room.

- In LMICs where ABHR availability is limited, WHO strongly encourages facilities to undertake the local production of an alcohol-based formulation according to WHO guidance, which has been demonstrated to be a feasible and low-cost solution *(1, 2)*.

- Skin irritation, dryness, dermatitis and some rare allergic reactions are adverse events that can occur following frequent scrubbing for surgical hand preparation. Although these are less frequent with

ABHRs and more frequent with iodophors, even well-tolerated ABHRs containing emollients may cause a transient stinging sensation at any site of broken skin (cuts, abrasions). Allergic contact dermatitis or contact urticaria syndrome caused by hypersensitivity to alcohol or to various additives present in some ABHRs are rare occurrences. ABHR preparations with strong fragrances may be poorly tolerated by a few health care workers with respiratory allergies. Studies of surgeon preferences indicate a primary preference for ABHRs with a higher tolerability and acceptability, due mostly to the shorter application time required and fewer skin reactions.

- Care must be taken to avoid contact with the eyes when using preparations with CHG 1% or greater as it may cause conjunctivitis or serious corneal damage. Ototoxicity precludes its use in surgery involving the inner or middle ear. Direct contact with brain tissue and the meninges should be avoided. The frequency of skin irritation is concentration-dependent, with products containing 4% most likely to cause dermatitis when used frequently for antiseptic handwashing. True allergic reactions to CHG are very uncommon *(1)*.

- Alcohols are flammable and health care workers handling alcohol-based preparations should respect safety standards.

## Background

The purpose of routine hand hygiene in patient care is to remove dirt, organic material and reduce microbial contamination from transient flora. In contrast to hygienic hand hygiene through handwash or handrub, surgical hand preparation must eliminate the transient flora and reduce the resident flora. In addition, it should inhibit the growth of bacteria under the gloved hand *(1)*. Despite the limited scientific evidence on the effect of surgical hand preparation (usually called "handscrubbing") in reducing SSIs, the aim of this preventive measure is to reduce the release of skin bacteria from the hands of the surgical team to the open wound for the duration of the procedure, particularly in the case of an unnoticed puncture of the surgical glove. A rapid multiplication of skin bacteria occurs under surgical gloves if hands are washed with a non-antimicrobial soap, whereas it occurs more slowly following preoperative scrubbing with a medicated soap. The skin flora, mainly coagulase-negative staphylococci, *Propionibacterium* spp. and *Corynebacteria* spp., are rarely responsible for SSI, but in the presence of a foreign body or necrotic tissue, even inocula as low as 100 colony-forming units can trigger such infections *(3)*.

The spectrum of antimicrobial activity for surgical hand preparation should be as broad as possible against bacteria and fungi. Viruses are rarely involved in SSI and are not part of test procedures for licensing in any country. Similarly, activity against spore-producing bacteria is not part of international testing procedures. According to the European Committee for Standardization *(4, 5)* and the American Society for Testing and Materials *(6)*,

antiseptic preparations intended for use as surgical hand preparations are evaluated for their ability to reduce the number of bacteria released from hands for immediate and persistent activity, thus targeting both transient and resident flora. Therefore, to be considered efficacious, antiseptic preparations should comply with either the European norm 12791 *(7)* or the American Society for Testing and Materials E-1115 standards *(8)*.

The WHO *guidelines on hand hygiene in health care (1)* (Table 4.9.1) recommend to keeping nails short and to remove all jewellery, artificial nails or nail polish before surgical hand preparation. If hands are visibly soiled, the guidelines recommend to wash hands and remove debris from underneath fingernails using a nail cleaner (not brushes), preferably under running water (sinks should be designed to reduce the risk of splashes). Surgical hand antisepsis should be performed using either (but not combined) a suitable antimicrobial soap or ABHR, preferably with a product ensuring sustained activity, before donning sterile gloves. Hands and forearms should be scrubbed with antimicrobial soap for the length of time recommended by the manufacturer, usually 2–5 minutes. The guidelines stipulate that if the quality of water is not assured in the OR, surgical hand antisepsis using ABHR is recommended. A sufficient amount of ABHR should be applied to *dry* hands and forearms for the length of time recommended by the manufacturer, typically 1.5 minutes, and hands and forearms allowed to dry before donning sterile gloves. Several organizations have issued recommendations regarding surgical hand preparation and these are summarized in Table 4.9.1.

**Table 4.9.1. Summary of recommendations on surgical hand preparation according to available guidelines**

| Guidelines (date issued) | Recommendations on surgical hand preparation |
|---|---|
| **WHO** *Guidelines on hand hygiene in health care* **(2009)** *(1)* | • Surgical hand antisepsis should be performed using either a suitable antimicrobial soap or suitable ABHR, preferably with a product ensuring sustained activity, before donning sterile gloves.<br>• If the quality of water is not assured in the OR, surgical hand antisepsis using an ABHR is recommended before donning sterile gloves when performing surgical procedures.<br>• When performing surgical hand antisepsis using an antimicrobial soap, scrub hands and forearms for the length of time recommended by the manufacturer, typically 2–5 minutes. Long scrub times (for example, 10 minutes) are not necessary.<br>• When using an alcohol-based surgical handrub product with sustained activity, follow the manufacturer's instructions for application times. Apply the product to dry hands only. Do not combine surgical handscrub and surgical handrub with alcohol-based products sequentially.<br>• When using an ABHR, use a sufficient amount of the product to keep hands and forearms wet with the handrub throughout the surgical hand preparation procedure.<br>• After application of the ABHR as recommended, allow hands and forearms to dry thoroughly before donning sterile gloves. |
| **SHEA/IDSA** (2014) *(9)* | • Use an appropriate antiseptic agent to perform preoperative surgical scrub, scrubbing the hands and forearms for 2–5 minutes for most products. |
| **NICE** (2008 and 2013) *(10,11)* | • The operating team should wash their hands prior to the first operation on the list using an aqueous antiseptic surgical solution and ensure that hands and nails are visibly clean, with a single-use brush or pick for the nails.<br>• Before subsequent operations, hands should be washed using either using an ABHR or an antiseptic surgical solution.<br>• If hands are soiled, they should be washed again with an antiseptic surgical solution.<br>• The revised version of this guideline published in 2013 repeats the same surgical hand preparation recommendation with the addition of ensuring the removal of any hand jewellery, artificial nails and nail polish before starting surgical hand decontamination. |

OR: operating room; ABHR: alcohol-based handrub; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence.

A Cochrane systematic review was published in 2008 *(12)* and very recently updated in 2016 *(13)*. The update included 14 RCTs; four trials reported rates of SSIs as the primary outcome, while the other studies measured the numbers of colony-forming units on participants' hands. The main finding was that that there is no firm evidence that one type of hand antisepsis (either ABHRs or aqueous scrubs) is better than another in reducing SSIs, but the quality of the evidence was considered low to very low. However, moderate or very low quality evidence showed that ABHRs with additional antiseptic ingredients may be more effective to reduce colony-forming units compared with aqueous scrubs *(12, 13)*.

Following an in-depth analysis of the sources and strength of the evidence in current guidelines, which are not based on systematic reviews and GRADE methodology, the GDG decided to address the issue of what type of products and scrubbing technique should be used for surgical hand preparation.

## Summary of the evidence

The purpose of the evidence review (web Appendix 10) was to compare the effect of different techniques (that is, handrubbing vs. handscrubbing), products (that is, different ABHR formulations and plain or medicated soap) and application times for the same product. The primary outcome was the occurrence of SSI and SSI-attributable mortality. The target population included patients of all ages undergoing a surgical procedure.

Only six studies comprising 3 RCTs *(14-16)* and three observational studies *(17-19)* were identified with SSI as the primary outcome. All studies compared handrubbing to handscrubbing for surgical hand preparation. Handrubbing was performed by using either Sterilium® (Bode Chemie GmbH, Hamburg-Stellingen, Germany; 75% aqueous alcohol solution containing propanol-1, propanol-2 and mecetronium), the WHO-recommended formulation II (75% (volume/volume [v/v]) isopropyl alcohol, 1.45% (v/v) glycerol, 0.125% (v/v) hydrogen peroxide), Avagard® (3M, Maplewood, MN, USA; 61% ethanol plus CHG 1% solution) or Purell® (Gojo Industries Inc., Akron, OH, USA; 62% ethyl alcohol as an active ingredient; water, aminomethyl propanol, isopropyl myristate, propylene glycol, glycerine, tocopheryl acetate, carbomer and fragrance as an inactive ingredient). Handscrubbing products contained either CHG or PVP-I and/or plain soap. Five studies compared ABHR to handscrubbing with an antimicrobial soap containing either PVP-I 4% or CHG 4% and showed no significant difference in SSI. The same result was found in a cluster randomized cross-over trial comparing ABHR to handscrubbing with plain soap *(15)*. It was not possible to perform any meta-analysis of these data as the products used for handrubbing and/or handscrubbing were different.

The systematic review also identified 58 studies conducted either in laboratory or hospital settings, which evaluated participants' hand microbial colonization following surgical hand preparation with different products and techniques. There was a high variability in the study setting, microbiological

methods used, type of product and time of sampling. The GDG decided not to take this indirect evidence into consideration to formulate the recommendation. Evidence from RCTs with only a SSI outcome was taken into account for the development of the recommendation, which is rated as moderate due to inconsistency. The overall evidence shows no difference between handrubbing and handscrubbing in reducing SSI.

The systematic review did not identify any studies comparing different durations of the technique for the same product with an SSI outcome. Only studies assessing the bacterial load on hands were found. After evaluation of this indirect evidence, the GDG decided not to develop any recommendation on the duration of surgical hand preparation and to continue to recommend following the manufacturer's instructions for each product.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. Given that surgical hand preparation has been considered to be best clinical practice since almost 200 years and is recommended in all surgical guidelines, the GDG is confident that the typical values and preferences of the target population regarding the outcome would favour the intervention.

Studies of surgeon preferences indicate a primary preference for ABHR. In general, studies show that ABHRs are more acceptable by surgeons compared to handscrubbing, due mainly to the reduced time required for surgical hand preparation and fewer skin reactions. The included studies provided some data on acceptability and tolerability of the products. According to a user survey in a study conducted in Kenya *(15)*, OR staff showed a preference for ABHR as it was faster to use, independent of the water supply and quality and did not require drying hands with towels. No skin reactions were reported with either ABHR or plain soap and water. Parienti and colleagues *(14)* assessed 77 staff for skin tolerance and found that skin dryness and irritation was significantly better in the handrubbing periods of the study. Although Al-Naami and colleagues *(16)* failed to show a significant difference, a survey of OR staff in a Canadian surgical hand preparation intervention

study *(18)* showed that 97% of responders approved of the switch to handrubbing and four persons even noted an improvement in their skin condition. All studies reported fewer (one or none) episodes of substantial dermatitis with ABHR compared to handscrubbing. In one study, some surgeons noted the occasional reversible bleaching of the forearm hair after the repeated use of handrub *(15)*.

### Resource use

Observational studies with SSI outcome show a significant cost benefit of handrubbing. A Canadian study *(18)* showed that the standard handscrub-related costs of direct supplies were evaluated to be around Can$ 6000 per year for 2000 surgical procedures, not including the cost of cleaning and sterilizing surgical towels. The actual expenses incurred after a full year of handrub use were Can$ 2531 for an annual saving of approximately Can$ 3500. A dramatic decrease in surgical towel use (an average of 300 fewer towels per week) added to the savings. Two other studies *(17, 19)* from the USA and Cote d'Ivoire showed lower costs with Avagard® and Sterilium® when compared to the use of antiseptic-impregnated hand brushes and a PVP-I product, respectively. One RCT *(15)* also supported these findings and showed that the approximate total weekly cost of locally-produced ABHR according to the modified WHO formula was just slightly higher than plain soap and water (€ 4.60 compared with € 3.30; cost ratio: 1:1.4).

Despite this evidence on the cost-effectiveness of ABHRs, they may still have a high cost and limited availability in LMICs, even if local production is promoted. The barriers to local production may include the difficulty to identify staff with adequate skills, the need for staff training, constraints related to ingredient and dispenser procurement and the lack of adequate quality control. However, the GDG strongly emphasized that local production still remains a promising option in these circumstances. A WHO survey *(20)* of 39 facilities from 29 countries demonstrated that the WHO ABHR formulations can be easily produced locally at low cost and are very well tolerated and accepted by health care workers. Although the contamination of alcohol-based solutions has seldom been reported, the GDG emphasized the concern that top-up dispensers, which are more readily available, impose a risk for microbial contamination, especially in LMICs. According to the survey, the reuse of dispensers at several sites helped to overcome

difficulties caused by local shortages and the relatively high costs of new dispensers. However, such reuse may lead to handrub contamination, particularly when empty dispensers are reprocessed by simple washing before being refilled, and the "empty, clean, dry, then refill" strategy to avoid this risk may require extra resources.

The feasibility and costs related to the standard quality control of locally-produced products is another consideration. In the WHO survey *(20)*, 11/24 assessed sites could not perform quality controls locally due to lack of equipment and costs. However, most sites were able to perform basic quality control with locally-purchased alcoholmeters. The use of soap and water will require disposable towels, which adds to the cost. Towel reuse is not recommended in the health care setting and towels should be changed between health care workers, thus resulting in resource implications.

### Research gaps

The GDG noted that there are major research gaps and heterogeneity in the literature regarding comparisons of product efficacy, technique and duration of the scrubbing methods with SSI as the primary outcome. In particular, it would be useful to conduct RCTs in clinical settings to compare the effectiveness of various antiseptic products with sustained activity to reduce SSI vs. ABHR or antimicrobial soap with no sustained effect. Well-designed studies on the cost-effectiveness and tolerability/acceptability of locally-produced formulations in LMICs would be also helpful. Furthermore, research is needed to assess the interaction between products used for surgical hand preparation and the different types of surgical gloves, in relation to SSI outcome.

### References

1. WHO guidelines on hand hygiene in health care. Geneva: World Health Organization; 2009 (http://apps.who.int/iris/bitstream/10665/44102/1/9789241597906_eng.pdf, accessed 24 July 2016).
2. Guide to local production; WHO-recommended handrub formulations. Geneva: World Health Organization; 2009 (http://www.who.int/gpsc/5may/Guide_to_Local_Production.pdf, accessed 24 July 2016).
3. Elek SD, Conen PE. The virulence of *Staphylococcus pyogenes* for man; a study of the problems of wound infection. Br J Exper Pathol. 1957;38(6):573-86.

4. European standard EN 1499. Chemical disinfectants and antiseptics. Hygienic handwash. Test method and requirements. Brussels: European Committee for Standardization; 1997.

5. European standard EN 1500. Chemical disinfectants and antiseptics. Hygienic handrub. Test method and requirements. Brussels: European Committee for Standardization; 1997.

6. Standard test method for evaluation of the effectiveness of health care personnel or consumer handwash formulations. (designation: E 1174). American Society for Testing and Materials (ASTM International); 1999.

7. European standard EN 12791. Chemical disinfectants and antiseptics. Surgical hand disinfection. Test method and requirements. Brussels: European Committee for Standardization; 2004.

8. Test method for evaluation of surgical handscrub formulations; (designation: E 1115). American Society for Testing and Materials (ASTM International); 2002.

9. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

10. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

11. Surgical site infection: evidence update 43 (June 2013). London: National Institute for Health and Care Excellence (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidence/evidence-update-241969645, accessed 24 July 2016).

12. Tanner J, Swarbrook S, Stuart J. Surgical hand antisepsis to reduce surgical site infection. Cochrane Database Syst Rev. 2008(1):CD004288.

13. Tanner J, Dumville JC, Norman G, Fortnam M. Surgical hand antisepsis to reduce surgical site infection. Cochrane Database Syst Rev. 2016;1:CD004288.

14. Parienti JJ, Thibon P, Heller R, Le Roux Y, Von Theobald P, Bensadoun H, et al. Hand-rubbing with an aqueous alcoholic solution vs traditional surgical hand-scrubbing and 30-day surgical site infection rates: A randomized equivalence study. JAMA. 2002;288(6):722-7.

15. Nthumba PM, Stepita-Poenaru E, Poenaru D, Bird P, Allegranzi B, Pittet D, et al. Cluster-randomized, crossover trial of the efficacy of plain soap and water versus alcohol-based rub for surgical hand preparation in a rural hospital in Kenya. Br J Surg. 2010; (11):1621-8.

16. Al-Naami MY, Anjum MN, Afzal MF, Al-Yami MS, Al-Qahtani SM, Al-Dohayan AD, et al. Alcohol-based hand-rub versus traditional surgical scrub and the risk of surgical site infection: a randomized controlled equivalent trial. EWMA J. 2009;9(3):5-10.

17. Weight CJ, Lee MC, Palmer JS. Avagard hand antisepsis vs. traditional scrub in 3600 pediatric urologic procedures. Urology. 2010;76(1):15-7.

18. Marchand R, Theoret S, Dion D, Pellerin M. Clinical implementation of a scrubless chlorhexidine/ethanol pre-operative surgical handrub. Can Oper Room Nurs J. 2008;26(2):21-2, 6, 9-2231.

19. Adjoussou S, Konan Ble R, Seni K, Fanny M, Toure-Ecra A, Koffi A, et al. Value of hand disinfection by rubbing with alcohol prior to surgery in a tropical setting. Med Trop. 2009;69(5):463-6.

20. Bauer-Savage J, Pittet D, Kim E, Allengranzi B. Local production of WHO-recommended alcohol-based handrubs: feasibility, advantages, barriers and costs. Bull World Health Organ. 2013;91:963-9.

# Surgical Handrubbing Technique

- Handwash with soap and water on arrival to OR, after having donned theatre clothing (cap/hat/bonnet and mask).
- Use an alcohol-based handrub (ABHR) product for surgical hand preparation, by carefully following the technique illustrated in Images 1 to 17, before every surgical procedure.
- If any residual talc or biological fluids are present when gloves are removed following the operation, handwash with soap and water.



1 Put approximately 5ml (3 doses) of ABHR in the palm of your left hand, using the elbow of your other arm to operate the dispenser.



2 Dip the fingertips of your right hand in the handrub to decontaminate under the nails (5 seconds).







Images 3-7: Smear the handrub on the right forearm up to the elbow. Ensure that the whole skin area is covered by using circular movements around the forearm until the handrub has fully evaporated (10-15 seconds).







Images 8-10: Now repeat steps 1-7 for the left hand and forearm.

11 Put approximately 5ml (3 doses) of ABHR in the palm of your left hand as illustrated, to rub both hands at the same time up to the wrists, following all steps in images 12-17 (20-30 seconds).

12 Cover the whole surface of the hands up to the wrist with ABHR, rubbing palm against palm with a rotating movement.







13 Rub the back of the left hand, including the wrist, moving the right palm back and forth, and vice-versa.

14 Rub palm against palm back and forth with fingers interlinked.

15 Rub the back of the fingers by holding them in the palm of the other hand with a sideways back and forth movement.

16 Rub the thumb of the left hand by rotating it in the clasped palm of the right hand and vice versa.

17 When the hands are dry, sterile surgical clothing and gloves can be donned.

Repeat this sequence (average 60 sec) the number of times that adds up to the total duration recommended by the ABHR manufacturer's instructions. This could be two or even three times.



**World Health Organization**

All reasonable precautions have been taken by the World Health Organization to verify the information contained in this document. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall the World Health Organization be liable for damages arising from its use.

# PREOPERATIVE AND/OR INTRAOPERATIVE MEASURES

## 4.10  Enhanced nutritional support

### Recommendation

**The panel suggests considering the administration of oral or enteral multiple nutrient-enhanced nutritional formulas for the purpose of preventing SSI in underweight patients who undergo major surgical operations.**
*(Conditional recommendation, very low quality of evidence)*

### Rationale for the recommendation

- Multiple nutrient-enhanced nutritional formulas contain any combination of arginine, glutamine, omega-3 fatty acids and nucleotides.

- After careful appraisal of the included studies, the research team and the GDG decided to perform meta-analysis comparisons including only studies in which the oral and enteral routes were used and excluding those where the parenteral route was used. The main reason was that the parenteral route is very different and the experts considered it inappropriate to administer enhanced nutritional formulas only for the purpose of preventing SSI when considering the infectious risk related to intravenous access.

- Overall very low quality evidence from eight RCTs and two observational studies shows that multiple nutrient-enhanced formulas demonstrate a benefit in reducing the risk of SSI compared to standard nutritional support. The population studied were adult patients undergoing major surgical procedures (mainly cancer and cardiac patients).

- Overall low quality evidence from five RCTs and one observational study (very low quality) shows that a single nutrient-enhanced formula (containing either arginine or glycine or omega-3 fatty acids) produces neither benefit nor harm when compared to standard nutritional support in reducing the risk of SSI.

- As a result of these evaluations and comparisons, the GDG agreed to suggest that underweight patients who are undergoing major surgical operations (particularly oncology and cardiovascular procedures) may benefit from the administration of oral or enteral multiple nutrient-enhanced nutritional formulas for the purpose of preventing SSI. Given the very low quality of the evidence, the strength of this recommendation was considered to be conditional and the GDG proposed to use the terminology "The panel suggests considering…" to highlight the need for careful local and patient-by-patient evaluation about whether and how to apply this recommendation, in particular depending on the availability of nutritional formulas and costs.
  Note: "underweight" is a term describing a person whose body weight is considered too low to be healthy. The definition usually refers to people with a body mass index of under 18.5 or a weight 15-20% below the norm for their age and height group.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, the effectiveness of the intervention is not proven for paediatric patients and is valid for adult patients only.

- There is little evidence as to whether the timing of administration of multiple nutrient-enhanced nutritional formulas modifies the effect on the prevention of SSI. Therefore, the GDG was unable to identify an optimal timing and duration of the administration of these formulas.

- The GDG emphasized that most patients included in the studies were receiving enteral feeding through a tube for other reasons than the prevention of SSI. When inserting a feeding tube solely to administer multiple nutrient-enhanced nutritional formulas for the purpose of SSI prevention, it is important to be aware of the possible discomfort and harm ranging from mucosal irritation and the development of sinusitis to perforation. The GDG does not encourage the insertion of a feeding tube for the sole purpose of preventing SSI. In particular, it considers that improving nutritional status should not in any way lead to a delay in surgery.

- The GDG identified contaminated preparations as a potential harm, especially due to contaminated water and/or a break in the aseptic technique during preparation. This risk is increased when the feeding takes place at the patient's home. It is good practice to follow clinical and IPC guidelines and aseptic precautions when preparing nutritional formulas.

## Background

Malnutrition, including protein-energy and micronutrient deficiencies, continues to be a major public health problem, particularly in developing countries. It affects also the rapidly growing elderly population in high-income countries *(1, 2)*. Nutritional status can have a profound impact on the immune system *(3)* as documented by some studies *(2-4)*. These alterations in host immunity may make patients more susceptible to postoperative infections and malnutrition was reported as a threat to surgical outcome, such as delayed recovery, higher rates of morbidity and mortality, prolonged hospital stay, increased health care costs and a higher early readmission rate *(2-7)*.

Some studies showed that early nutritional support can improve the outcome following major surgery and decrease the incidence of infectious complications in selected malnourished or severely injured patients. The hypothesis is that the immune system may be modulated by the use of specific types of nutritional support *(2, 3, 6, 8)*.

Surgery also induces an altered metabolism of protein, marked by a negative nitrogen balance and changes in amino acid patterns in blood. In addition, inflammation is integral to the recovery after stress, such as a surgical procedure. Therefore, nutritional support is being used more and more as a means to increase protein and caloric intake during the perioperative period, particularly by using formulas high in specific amino acids, antioxidants and anti-inflammatory nutrients *(9, 10)*.

Given the role of nutrition in the host response to surgery, many researchers believe that nutritional interventions would reduce SSI and the related morbidity. However, an epidemiological association between incisional SSI and malnutrition has been difficult to demonstrate consistently for all surgical subspecialties. There is very little consensus on the optimal timing and dosage of multiple nutrient-enhanced nutrition, especially for the prevention of SSI.

At present, there are no formal recommendations for nutrition supplementation for SSI prevention. Recent recommendations from SHEA/IDSA state that the preoperative administration of parenteral nutrition should not delay surgery *(11)*. Following an in-depth analysis of the resources and limited recommendations from other guidelines, the GDG members decided to conduct a systematic review on the effectiveness of nutrition supplementation for SSI prevention.

## Summary of the evidence

The purpose of the evidence review (web Appendix 11) was to evaluate the effect of enhanced nutritional support compared to standard nutrition for the prevention of SSI. The population targeted were patients of all ages undergoing surgical procedures. The primary outcomes were the occurrence of SSI and SSI-attributable mortality.

A total of 23 studies comprising 19 RCTs *(12-30)* and four observational studies *(31-34)* were identified with SSI as a reported outcome. Studies included adult patients undergoing cardiac surgical procedures (one study) or undergoing elective surgical procedures for head and neck, gastrointestinal, colorectal or gynaecological cancer. No study was available in the paediatric population. There was a substantial variation in the route of administration, nutritional formulas used and the definition of SSI. After careful appraisal of the included studies, the research team and the GDG decided to perform meta-analysis comparisons including only studies in which the oral and enteral routes were used and excluded those using the parenteral route.

Despite the above-mentioned heterogeneity, two meta-analyses were performed to evaluate the following comparisons: a multiple nutrient-enhanced nutritional formula vs. standard nutrition and a single nutrient-enhanced nutritional formula vs. standard nutrition, administered through either oral or enteral routes.

A total of 10 studies were identified. They comprised

eight RCTs *(15, 19-21, 23, 26, 28, 29)* and two observational studies *(31, 33)* including a total of 1434 patients and comparing the use of multiple nutrient-enhanced nutritional formulas (containing any combination of arginine, glutamine, omega-3 fatty acids and nucleotides) to standard nutrition. One study *(19)* involved data from multiple centres. Very low quality evidence shows that a multiple nutrient-enhanced nutritional formula has a significant benefit when compared to a standard nutritional formula in reducing the risk of SSI. The combined OR was 0.53 (95% CI: 0.30–0.91) for the RCTs and 0.07 (95% CI; 0.01–0.53) for the observational studies.

Furthermore, six studies including 397 patients and comprising of five RCTs *(14, 16-18, 29)* and one observational study *(32)* compared the use of nutritional supplements enhanced with a single nutrient (either arginine, glycine or branched chain amino acids) to standard nutrition. These studies included adult patients undergoing elective surgical procedures with head and neck cancer, hepatocellular carcinoma and cardiac disease. Low quality evidence shows that a single nutrient-enhanced formula has neither benefit nor harm for the reduction of SSI when compared to standard nutrition (RCTs: OR: 0.61; 95% CI: 0.13–2.79; observational study: OR: 0.29; 95% CI: 0.06–1.39).

The literature search did not identify any studies that reported on SSI-attributable mortality.

### Additional factors considered when formulating the recommendation

*Values and preferences*
No study was found on patient values and preferences with regards to this intervention. It was acknowledged that although patients may value measures to prevent SSI, they do not wish to be exposed to discomfort or possible harm due to a feeding tube inserted solely for that purpose. The GDG is confident that patients would very likely accept the administration of multiple nutrient-enhanced nutritional formulas if they are already receiving enteral feeding. Moreover, if oral feeding is possible, this would be an alternative likely welcomed by most patients. Some of the formulas were dairy-based, which may represent a problem for individuals who avoid dairy products for dietary, ethical or cultural reasons.

*Resource use*
No cost-effectiveness studies were identified. However, the use of enhanced nutrition support is expensive and requires additional work for clinical staff. In facilities where these formulas are used, there is a special need for dieticians and pharmacists, including the training of staff on their appropriate use and preparation. It is essential that all oral feeds be prepared in a clean dedicated area using an aseptic technique. Furthermore, the availability of enhanced nutrition formulas may be limited, particularly in LMICs, including the availability of ingredients for the preparation of the formulas (for example, clean drinking water). IPC measures for the preparation of the formulas need to be implemented. Given the very low quality of evidence for a benefit, the GDG was uncertain whether the benefits outweigh the costs of multiple nutrient-enhanced nutritional formulas.

### Research gaps
The GDG highlighted that the few trials studying the efficacy of enhanced nutritional support for the prevention of SSI are small and generally of low quality. In addition, they are often conducted in populations that are at a high risk of malnutrition (for example, gastrointestinal cancer), which limits their generalizability. Many studies were funded by manufacturers of proprietary formulas and this could increase the potential for bias.
Future well-designed RCTs should be independent of manufacturers and performed in larger populations of individuals undergoing a variety of general surgical procedures. The impact of nutritional support should be investigated further in LMICs. Studies should investigate the benefit of other nutritional elements (for example, iron, zinc) and vitamins. Finally, the optimal timing and duration of the administration of nutritional support in relation to the time of surgery should be further assessed by well-designed RCTs.

### References
1. Muller O, Krawinkel M. Malnutrition and health in developing countries. CMAJ. 2005;173(3):279-86.
2. Culebras JM. Malnutrition in the twenty-first century: an epidemic affecting surgical outcome. Surg Infect (Larchmt). 2013;14(3):237-43.
3. Mainous MR, Deitch EA. Nutrition and infection. Surg Clin North Am. 1994;74(3):659-76.
4. Waitzberg DL, Ravacci GR, Raslan M. [Hospital hyponutrition]. Nutr Hosp. 2011;26(2):254-64.

5. Studley HO. Percentage of weight loss: a basic indicator of surgical risk in patients with chronic peptic ulcer. 1936. Nutr Hosp. 2001;16(4):141-3; discussion 0-1.

6. Culebras-Fernandez JM, de Paz-Arias R, Jorquera-Plaza F, Garcia de Lorenzo A. [Nutrition in the surgical patient: immunonutrition]. Nutr Hosp. 2001;16(3):67-77.

7. Fry DE. Fifty ways to cause surgical site infections. Surg Infect (Larchmt). 2011;12(6):497-500.

8. Di Carlo V, Gianotti L, Balzano G, Zerbi A, Braga M. Complications of pancreatic surgery and the role of perioperative nutrition. Dig Surg. 1999;16(4):320-6.

9. Mazaki T, Ishii Y, Murai I. Immunoenhancing enteral and parenteral nutrition for gastrointestinal surgery: a multiple-treatments meta-analysis. Ann Surg. 2015;261(4):662-9.

10. Yue C, Tian W, Wang W, Huang Q, Zhao R, Zhao Y, et al. The impact of perioperative glutamine-supplemented parenteral nutrition on outcomes of patients undergoing abdominal surgery: a meta-analysis of randomized clinical trials. Am Surg. 2013;79(5):506-13.

11. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(Suppl. 2):S66-88.

12. Beattie AH, Prach AT, Baxter JP, Pennington CR. A randomised controlled trial evaluating the use of enteral nutritional supplements postoperatively in malnourished surgical patients. Gut. 2000;46(6):813-8.

13. Burden ST, Hill J, Shaffer JL, Campbell M, Todd C. An unblinded randomised controlled trial of preoperative oral supplements in colorectal cancer patients. J Human Nutr Diet. 2011;24(5):441-8.

14. Casas-Rodera P, Gomez-Candela C, Benitez S, Mateo R, Armero M, Castillo R, et al. Immunoenhanced enteral nutrition formulas in head and neck cancer surgery: a prospective, randomized clinical trial. Nutr Hosp. 2008;23(2):105-10.

15. Çelik JB, Gezginç K, Özçelik K, Çelik Ç. The role of immunonutrition in gynecologic oncologic surgery. Europ J Gynaecol Oncol. 2009;30(4):418-21.

16. de Luis DA, Aller R, Izaola O, Cuellar L, Terroba MC. Postsurgery enteral nutrition in head and neck cancer patients. Europ J Clin Nutr. 2002;56(11):1126-9.

17. de Luis DA, Izaola O, Cuellar L, Terroba MC, Aller R. Randomized clinical trial with an enteral arginine-enhanced formula in early postsurgical head and neck cancer patients. Europ J Clin Nutr. 2004;58(11):1505-8.

18. De Luis DA, Izaola O, Cuellar L, Terroba MC, Martin T, Aller R. High dose of arginine enhanced enteral nutrition in postsurgical head and neck cancer patients. A randomized clinical trial. Europ Rev Med Pharmacol Sci. 2009;13(4):279-83.

19. Falewee MN, Schilf A, Boufflers E, Cartier C, Bachmann P, Pressoir M, et al. Reduced infections with perioperative immunonutrition in head and neck cancer: exploratory results of a multicenter, prospective, randomized, double-blind study. Clin Nutr. 2014;33(5):776-84.

20. Fujitani K, Tsujinaka T, Fujita J, Miyashiro I, Imamura H, Kimura Y, et al. Prospective randomized trial of preoperative enteral immunonutrition followed by elective total gastrectomy for gastric cancer. Br J Surg. 2012;99(5):621-9.

21. Gianotti L, Braga M, Nespoli L, Radaelli G, Beneduce A, Di Carlo V. A randomized controlled trial of preoperative oral supplementation with a specialized diet in patients with gastrointestinal cancer. Gastroenterology. 2002;122(7):1763-70.

22. Klek S, Kulig J, Sierzega M, Szybinski P, Szczepanek K, Kubisz A, et al. The impact of immunostimulating nutrition on infectious complications after upper gastrointestinal surgery: a prospective, randomized, clinical trial. Ann Surg. 2008;248(2):212-20.

23. Klek S, Sierzega M, Szybinski P, Szczepanek K, Scislo L, Walewska E, et al. The immunomodulating enteral nutrition in malnourished surgical patients - a prospective, randomized, double-blind clinical trial. Clin Nutr. 2011;30(3):282-8.

24. Oguz M, Kerem M, Bedirli A, Mentes BB, Sakrak O, Salman B, et al. L-alanin-L-glutamine supplementation improves the outcome after colorectal surgery for cancer. Colorectal Dis, 2007;9(6):515-20.

25. Roth B, Birkhauser FD, Zehnder P, Thalmann GN, Huwyler M, Burkhard FC, et al. Parenteral nutrition does not improve postoperative recovery from radical cystectomy: results of a prospective randomised trial. Europ Urol. 2013;63(3):475-82.

26. Snyderman CH, Kachman K, Molseed L, Wagner R, D'Amico F, Bumpous J, et al. Reduced postoperative infections with an

immune-enhancing nutritional supplement. Laryngoscope. 1999;109(6):915-21.

27. Suzuki D, Furukawa K, Kimura F, Shimizu H, Yoshidome H, Ohtsuka M, et al. Effects of perioperative immunonutrition on cell-mediated immunity, T helper type 1 (Th1)/Th2 differentiation, and Th17 response after pancreaticoduodenectomy. Surgery. 2010;148(3):573-81.

28. Tepaske R, Velthuis H, Oudemans-van Straaten HM, Heisterkamp SH, van Deventer SJ, Ince C, et al. Effect of preoperative oral immune-enhancing nutritional supplement on patients at high risk of infection after cardiac surgery: a randomised placebo-controlled trial. Lancet. 2001;358(9283):696-701.

29. Tepaske R, te Velthuis H, Oudemans-van Straaten HM, Bossuyt PM, Schultz MJ, Eijsman L, et al. Glycine does not add to the beneficial effects of perioperative oral immune-enhancing nutrition supplements in high-risk cardiac surgery patients. J Parenter Enteral Nutr. 2007;31(3):173-80.

30. Wei Z, Wang W, Chen J, Yang D, Yan R, Cai Q. A prospective, randomized, controlled study of ω-3 fish oil fat emulsion-based parenteral nutrition for patients following surgical resection of gastric tumors. Nutr J. 2014;13(1);25-31.

31. Horie H, Okada M, Kojima M, Nagai H. Favorable effects of preoperative enteral immunonutrition on a surgical site infection in patients with colorectal cancer without malnutrition. Surg Today. 2006;36(12):1063-8.

32. Okabayashi T, Nishimori I, Sugimoto T, Maeda H, Dabanaka K, Onishi S, et al. Effects of branched-chain amino acids-enriched nutrient support for patients undergoing liver resection for hepatocellular carcinoma. J Gastroenterol Hepatol. 2008;23(12):1869-73.

33. Takeuchi H, Ikeuchi S, Kawaguchi Y, Kitagawa Y, Isobe Y, Kubochi K, et al. Clinical significance of perioperative immunonutrition for patients with esophageal cancer. World J Surg. 2007;31(11):2160-7.

34. Yeh CN, Lee HL, Liu YY, Chiang KC, Hwang TL, Jan YY, et al. The role of parenteral glutamine supplement for surgical patient perioperatively: Result of a single center, prospective and controlled study. Langenbeck's Arch Surg. 2008;393(6):849-55.

## 4.11 Perioperative discontinuation of immunosuppressive agents

| Recommendation |
|---|
| **The panel suggests not discontinuing immunosuppressive medication prior to surgery for the purpose of preventing SSI.**<br>*(Conditional recommendation, very low quality of evidence)* |

| Rationale for the recommendation |
|---|
| • Very low quality evidence shows that the perioperative discontinuation of methotrexate (MTX) might be harmful or have no effect on the risk of SSI compared to its continuation. Furthermore, very low quality evidence from two observational studies showed that the perioperative discontinuation of tumour necrosis factor (TNF) inhibitors (anti-TNF) might have a benefit for the reduction of the SSI rate when compared to the continuation of anti-TNF. Taking into consideration (1) the very limited evidence (for anti-TNF) or lack of evidence and even potential harm (for MTX) to support a discontinuation of treatment, and (2) the risk associated with the discontinuation of treatment on the patient's underlying disease/s, the GDG unanimously agreed to suggest that immunosuppressive medication should not be discontinued for the purpose of preventing SSI. |

| Remarks |
|---|
| • The GDG emphasized that the decision to discontinue immunosuppressive medication may be made on an individual basis, involving the prescribing physician, the patient and the surgeon.<br><br>• No relevant evidence was found on the perioperative discontinuation of long-term corticosteroid therapy.<br><br>• The population investigated in the studies on MTX included patients with rheumatoid arthritis *(1-5)* and Crohn's disease *(6)*. Studies on anti-TNF investigated a population with rheumatoid arthritis *(7)* and other inflammatory rheumatic diseases *(8)*.<br><br>• The time point and time interval of discontinuation of the immunosuppressive agent were very heterogeneous across studies or not specified.<br><br>• The GDG identified the occurrence of a flare-up of the underlying disease as a potential harm associated with discontinuation of immunosuppressive therapy. The risk of major adverse events associated with discontinuation is high in patients taking immunosuppressive therapy after organ transplantation or for rheumatoid arthritis, whereas it might be lower in those taking immunosuppressive agents for inflammatory bowel disease *(4, 5, 9-14)*. |

### Background

Immunosuppressive agents are drugs that inhibit or prevent activation of the immune system. They are commonly prescribed to prevent rejection of transplanted organs or for the treatment of inflammatory diseases, such as rheumatoid arthritis or inflammatory bowel disease. Some observational studies indicate that the immunosuppressive effect of the drugs could lead to impaired wound healing and increased risk of infection in patients treated with these agents *(8)*. Conversely, the discontinuation of immunosuppressive treatment could induce flares of disease activity and long-term interruptions of therapy might induce the formation of anti-drug antibodies and subsequently decrease the effect of the immunosuppressives *(15)*.

To date, only one SSI prevention guideline has issued a recommendation regarding the administration of immunosuppressive agents in the perioperative period. This guideline was published by SHEA/IDSA and recommends avoiding the use of immunosuppressive agents in the perioperative period if possible *(16)*. However, this recommendation is not based on systematic reviews of the literature and meta-analyses or a rigorous evaluation of the quality of the available evidence. Of note, several other SSI prevention guidelines do not address this topic.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess the influence of immunosuppressive agents on the

incidence of SSI and whether a discontinuation of immunosuppressive medication in the perioperative period is effective to prevent SSI in surgical patients.

## Summary of the evidence

The purpose of the evidence review (web Appendix 12) was to evaluate whether a discontinuation of immunosuppressive medication in the perioperative period is more effective in reducing the risk of SSI than continuation of the medication. The target population was patients of all ages taking immunosuppressive agents and undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

A total of eight studies comparing the perioperative discontinuation of immunosuppressive medication vs. continuation were identified and included a total of 2461 patients. They comprised one RCT (5), one quasi-RCT (3) and six observational studies (1, 2, 4, 6-8). Six studies comprising one RCT (5), one quasi-RCT (3) and four observational (1, 2, 4, 6) investigated MTX and two observational studies (7, 8) investigated anti-TNF. The time point and time interval of discontinuation of the immunosuppressive agent were as follows: seven days before surgery (5); one week prior to surgery and the week of surgery (2); two weeks before surgery until two weeks after surgery (3); within four weeks prior to surgery (6); four weeks before surgery (1); and one, four or eight weeks before and reintroduced one week after surgery (8). The remaining two studies gave a rather unspecific description of the time point and time interval of discontinuation, that is, more than four times the half-life of the agent (7) or more than one week during the perioperative period (4).

According to the selected studies the following comparisons were evaluated:

Discontinuation vs. continuation of:
    a. MTX
    b. anti-TNF.

Very low quality evidence shows that the perioperative discontinuation of MTX might be harmful or have no effect on the risk of SSI when compared to continuation of MTX. The combined OR was 7.75 (95% CI: 1.66–36.24) for the controlled trials and 0.37 (95% CI: 0.07–1.89) for the observational studies. Furthermore, there is very low quality evidence from two observational studies (7, 8) that the perioperative discontinuation of anti-TNF might have a benefit in reducing the SSI rate compared to the continuation of anti-TNF (OR: 0.59; 95% CI: 0.37–0.95).

The body of retrieved evidence focused mainly on adult patients, although a few studies also included a paediatric population (6, 8). The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG is confident that most patients value the prevention of SSI, but they also do not want to be exposed to the risk of flare-ups or progression of their underlying disease due to the discontinuation of immunosuppressive therapy. Furthermore, most patients would like to be fully informed about the consequences of these decisions and to be involved in the decision making process.

### Resource use

No cost-effectiveness data are available on the continuation or discontinuation of immunosuppressive therapy. The GDG pointed out that when making any decision on discontinuation, the physician treating the underlying disease or another senior physician will have to be involved, which may generate additional costs.

## Research gaps

GDG members highlighted that well-designed RCTs are urgently needed to clarify this issue. Trials should examine also the optimal time between discontinuation of immunosuppressive agent(s) and time of surgery. In addition, the importance of the optimal dose of the various immunosuppressive therapy agents with regards to the SSI rate should be investigated. Studies should take into account new immunosuppressive agents. The GDG pointed out that surveillance and registry data are very likely to contribute also to the evidence in this field of research.

## References

1. Bridges SL, Jr., Lopez-Mendez A, Han KH, Tracy IC, Alarcon GS. Should methotrexate be discontinued before elective orthopedic surgery in patients with rheumatoid arthritis? J Rheumatol. 1991;18(7):984-8.
2. Carpenter MT, West SG, Vogelgesang SA, Casey Jones DE. Postoperative joint infections

in rheumatoid arthritis patients on methotrexate therapy. Orthopedics. 1996;19(3):207-10.

3. Grennan DM, Gray J, Loudon J, Fear S. Methotrexate and early postoperative complications in patients with rheumatoid arthritis undergoing elective orthopaedic surgery. Ann Rheum Dis. 2001;60(3):214-7.

4. Murata K, Yasuda T, Ito H, Yoshida M, Shimizu M, Nakamura T. Lack of increase in postoperative complications with low-dose methotrexate therapy in patients with rheumatoid arthritis undergoing elective orthopedic surgery. Mod Rheumatol. 2006;16(1):14-9.

5. Sany J, Anaya JM, Canovas F, Combe B, Jorgensen C, Saker S, et al. Influence of methotrexate on the frequency of postoperative infectious complications in patients with rheumatoid arthritis. J Rheumatol. 1993;20(7):1129-32.

6. Colombel JF, Loftus EV, Jr., Tremaine WJ, Pemberton JH, Wolff BG, Young-Fadok T, et al. Early postoperative complications are not increased in patients with Crohn's disease treated perioperatively with infliximab or immunosuppressive therapy. Am J Gastroenterol. 2004;99(5):878-83.

7. den Broeder AA, Creemers MC, Fransen J, de Jong E, de Rooij DJ, Wymenga A, et al. Risk factors for surgical site infections and other complications in elective surgery in patients with rheumatoid arthritis with special attention for anti-tumor necrosis factor: a large retrospective study. J Rheumatol. 2007;34(4):689-95.

8. Berthold E, Geborek P, Gulfe A. Continuation of TNF blockade in patients with inflammatory rheumatic disease. An observational study on surgical site infections in 1,596 elective orthopedic and hand surgery procedures. Acta Orthop. 2013;84(5):495-501.

9. Hirano Y, Kojima T, Kanayama Y, Shioura T, Hayashi M, Kida D, et al. Influences of anti-tumour necrosis factor agents on postoperative recovery in patients with rheumatoid arthritis. Clin Rheumatol. 2010;29(5):495-500.

10. Jain A, Witbreuk M, Ball C, Nanchahal J. Influence of steroids and methotrexate on wound complications after elective rheumatoid hand and wrist surgery. J Hand Surg. 2002;27(3):449-55.

11. Kawakami K, Ikari K, Kawamura K, Tsukahara S, Iwamoto T, Yano K, et al. Complications and features after joint surgery in rheumatoid arthritis patients treated with tumour necrosis

factor-alpha blockers: perioperative interruption of tumour necrosis factor-alpha blockers decreases complications? Rheumatology. 2010;49(2):341-7.

12. Perhala RS, Wilke WS, Clough JD, Segal AM. Local infectious complications following large joint replacement in rheumatoid arthritis patients treated with methotrexate versus those not treated with methotrexate. Arthritis Rheum. 1991;34(2):146-52.

13. Schluender SJ, Ippoliti A, Dubinsky M, Vasiliauskas EA, Papadakis KA, Mei L, et al. Does infliximab influence surgical morbidity of ileal pouch-anal anastomosis in patients with ulcerative colitis? Dis Colon Rectum. 2007;50(11):1747-53.

14. Waterman M, Xu W, Dinani A, Steinhart AH, Croitoru K, Nguyen GC, et al. Preoperative biological therapy and short-term outcomes of abdominal surgery in patients with inflammatory bowel disease. Gut. 2013;62(3):387-94.

15. Bafford AC, Powers S, Ha C, Kruse D, Gorfine SR, Chessin DB, et al. Immunosuppressive therapy does not increase operative morbidity in patients with Crohn's disease. J Clin Gastroenterol. 2013;47(6):491-5.

16. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

## 4.12  Perioperative oxygenation

### Recommendation

**The panel recommends that adult patients undergoing general anaesthesia with endotracheal intubation for surgical procedures should receive an 80% fraction of inspired oxygen ($FiO_2$) intraoperatively and, if feasible, in the immediate postoperative period for 2-6 hours to reduce the risk of SSI.**

(*Strong recommendation, moderate quality of evidence*)

### Rationale for the recommendation

- A moderate quality of evidence shows that providing high $FiO_2$ (80%) is beneficial in patients undergoing procedures under general anaesthesia with endotracheal intubation and results in a significant decrease of the risk of SSI compared to 30-35% $FiO_2$. As a result, the GDG unanimously agreed to recommend that patients undergoing surgical procedures under general anaesthesia should receive 80% $FiO_2$ intraoperatively and in the immediate postoperative period for 2-6 hours, if feasible, and that the strength of this recommendation should be strong.

- $FiO_2$ was chosen as the unit of measurement because it was used in the studies retrieved, which led to the recommendation. The key point recognized by initial investigations is that $O_2$ saturation is reflective of oxygen bound to haemoglobin. Various studies have demonstrated that as a consequence of passive diffusion of oxygen from blood exposed to $FiO_2 = 80\%$, tissue concentrations far exceed those attributable to haemoglobin release.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, the effectiveness of this intervention is not proven for paediatric patients.

- After careful appraisal of the included studies, the research team and the GDG decided to perform meta-analysis comparisons including only patients under general anaesthesia with endotracheal intubation and mechanical ventilation. Studies using neuraxial anaesthesia with a facemask or nasal cannula were excluded. Indeed, according to a meta-regression analysis introducing general anaesthesia with endotracheal intubation as a significant covariate, the type of anaesthesia proved to independently modify the effect of hyperoxygenation. In neuraxial anaesthesia with a nasal cannula or facemask, the control of ventilation (and thereby control of the actual administration of high $FiO_2$ to the lungs) is limited and was therefore considered different from an intervention with mechanical ventilation.

- The benefit of hyperoxygenation tended to be greater in open colorectal surgery than in other types of surgery, but no significant association was found between the type of surgery and the effect of hyperoxygenation.

- The GDG emphasized that the benefits of this intervention can be observed only when it can be implemented both by intubation during the operation and by using a high flux mask in the immediate postoperative period.

- Other potential sources of heterogeneity were discussed, including the age of the population (older patients may benefit more) and duration of surgery. It is known that colorectal surgery has a higher risk for SSI compared to other surgical procedures and hyperoxygenation may be beneficial in this group of patients due to the predominance of anaerobic flora in the colonic flora.

- None of the clinical trials that reported adverse events when investigating the administration of 80% $FiO_2$ showed a significant difference in pulmonary complications or other adverse events *(1-4)*. However, the GDG discussed the possible harms of hyperoxemia, in particular in patients with obstructive lung disease (for example, chronic obstructive pulmonary disease), such as absorption atelectasis with exposure to high oxygen tension and the possibility of depressing ventilation drive, particularly in the postoperative period. It was also pointed out that adverse events may not have been addressed adequately in the included trials. In addition, there was a considerable variation in the exclusion criteria for underlying lung disease, especially chronic obstructive pulmonary disease.

- The GDG discussed the results of one study indicating that long-term survival may be better with normal oxygenation *(5)*. However, the trial was underpowered for survival and the shorter survival was predominantly observed in a subgroup of patients with malignant disease, which is biologically implausible. The long-term follow-up of the Enigma trial showed no difference in survival *(2)*. Therefore, the GDG concluded that there was no convincing evidence of increased mortality attributable to high FiO2 during the perioperative period.

- The GDG highlighted that the benefits of hyperoxygenation would be maximized when normothermia and normovolemia are maintained. (See chapters 4.13 and 4.15 for the recommendations on normothermia and normovolemia.)

- The GDG acknowledged also that the studies were performed in high-income countries only.

## Background

There is evidence that an optimized blood flow to the surgical incision reduced SSI rates through the avoidance of hypothermia, hypoxia and decreased perfusion *(6)*. Since 2000, several trials have been published on the use of high $FiO_2$ concentrations during the perioperative period and the potential association with lower rates of SSI (see *Summary of the evidence*). These studies include RCTs, meta-analyses and the long-term survival follow-up of original cohorts.

The intervention consists of providing patients with 80% oxygen compared to the usual administration of 30% oxygen. Patients are routinely given 100% oxygen for 30 seconds to 2 minutes prior to intubation and then maintained on either "normoxia", defined as oxygen at 30% or 35% $FiO_2$, or "hyperoxia", defined as oxygen at 80% $FiO_2$.

The arguments for providing oxygen levels beyond the standard 30% standard are largely based on two notions *(7)*. The first is that the surgical incision may not be adequately perfused and therefore might receive substantially higher oxygen if there is a higher partial pressure of oxygen in the blood *(8)*. The other notion is that the host defence systems might be further improved by higher oxygen partial pressures, particularly by enhancing neutrophil oxidative killing *(9)*.

The argument regarding enhanced killing devolves down to the affinity of the nicotinamide adenine dinucleotide phosphate oxidase for oxygen. The Km (Michaelis constant) of the enzyme for oxygen is 5-20 µM Hg O2 *(10, 11)*. It has been shown that the oxygen tension at infected sites is greatly reduced compared with that of most uninfected tissues, with PO2 approximating 25 mM of oxygen, equivalent to 3% oxygen *(12)*.

Perioperative oxygenation has been specified in clinical practice guidelines issued by professional societies or national authorities (Table 4.12.1). SSI prevention bundles from both England's High impact intervention approach and Health Protection Scotland, as well as guidelines from the Royal College of Physicians of Ireland and the UK-based NICE, recommend maintaining a haemoglobin oxygen saturation of at least 95% *(13-16)*. The SSI prevention guidelines of SHEA/IDSA recommend optimizing tissue oxygenation by administering supplemental oxygen during and immediately following surgical procedures involving mechanical ventilation *(17)*.

| Table 4.12.1. Recommendations on oxygenation preparation according to available guidelines | |
|---|---|
| **Guidelines** (date issued) | **Recommendations on oxygenation preparation** |
| **SHEA/IDSA** (2014) *(17)* | Optimize tissue oxygenation by administering supplemental oxygen during and immediately following surgical procedures involving mechanical ventilation. |
| **NICE** (2008) *(15)* | Sufficient oxygen to maintain a haemoglobin saturation of more than 95%. |
| **The Royal College of Physicians of Ireland** (2012) *(18)* | Haemoglobin saturation is maintained above 95% (or greater if there is underlying respiratory insufficiency). |
| **Health Protection Scotland bundle** (2013) *(13)* | Haemoglobin saturation is maintained above 95% (or greater if there is underlying respiratory insufficiency). |
| **UK High impact intervention bundle** (2011) *(16)* | Haemoglobin saturation is maintained above 95% (or greater if there is underlying respiratory insufficiency) both during the intra- and postoperative stages (recovery room). |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; England.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on optimal perioperative oxygenation.

A recent systematic review assessed the same PICO question as these guidelines *(19)*. However, the conclusions by Wetterslev and colleagues differ substantially from those presented here. Although the same data were used in the analysis performed for this review, the authors did not conduct a subgroup analysis based on the type of anaesthesia (that is, general with endotracheal intubation vs. neuraxial with facemask or nasal cannula) as was done here, following to the strong suggestion by the GDG. In the review by Wetterslev and colleagues, general anaesthesia was not identified as a significant covariate and, consequently, it was not taken into account in the final analysis, thus resulting in a different outcome. The GDG strongly believes that the approach chosen here is superior and the difference in outcome is of critical importance for the presented recommendation.

## Summary of the evidence

The purpose of the evidence review (web Appendix 13) was to compare the effect of increased (80%) $FiO_2$ with standard (30-35%) $FiO_2$ on the risk of SSI. The target population included patients of all ages undergoing a surgical procedure. The primary outcomes were the occurrence of SSI and SSI-attributable mortality.

We identified 15 RCTs *(1, 2, 20-32)* including a total of 7237 adult patients, which investigated the perioperative use of increased $FiO_2$ and reported SSI as an outcome. All studies compared the administration of 80% $FiO_2$ to 30-35% $FiO_2$ (14 studies 30%; one study *(24)* 35%). The type of anaesthesia and respiratory control varied between neuraxial anaesthesia with a facemask or nasal cannula *(29-32)* and general anaesthesia with endotracheal intubation and mechanical ventilation *(1, 2, 20-28)*. Operative procedures differed also between colorectal surgery *(20, 22, 23, 26)*, acute and elective abdominal surgery *(1, 2, 24)*, gynaecological procedures and breast surgery *(28)*, tibial fixation *(27)* and caesarean section *(29-32)*. The body of retrieved evidence

focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

After careful appraisal of the included studies, the research team and the GDG decided to perform meta-analysis comparisons including only studies in which patients were under general anaesthesia with endotracheal intubation and mechanical ventilation (1, 2, 20-28). Those using neuraxial anesthesia with a facemask or nasal cannula (29-32) were excluded for the recommendation. In a meta-regression analysis introducing general anaesthesia with endotracheal intubation as a significant covariate, the type of anaesthesia proved to independently modify the effect of hyperoxygenation. In neuraxial anaesthesia with a facemask or nasal cannula, the control of ventilation (and thereby control of the actual administration of the high $FiO_2$ to the lungs) is limited and was considered different from the intervention with mechanical ventilation. No significant association was found between the type of surgery and the effect of hyperoxygenation.

A meta-analysis of 11 RCTs was conducted to compare increased (80%) perioperative $FiO_2$ with standard (30-35%) $FiO_2$ in patients undergoing procedures under general anaesthesia with endotracheal intubation (1, 2, 20-28). An overall moderate quality of evidence shows that increased perioperative $FiO_2$ is beneficial in reducing SSI compared to standard perioperative $FiO_2$ in this patient population (OR: 0.72; 95% CI: 0.55–0.94). The quality of the evidence for this comparison was moderate due to inconsistency.

### Additional factors considered when formulating the recommendation

#### Values and preferences
No study was found on patient values and preferences with regards to this intervention. The GDG concluded that all patients, health care providers and policy-makers will favour the intervention. The GDG acknowledged that oxygen administration with a mask might be quite uncomfortable for patients in the postoperative period when they are extubated and waking up from anaesthesia.

#### Resource use
In LMICs, oxygen availability (procurement and distribution) and the related costs are a problem and a burden on available resources; thus, the local production of oxygen in hospitals should be encouraged. However, it was pointed out that even when it is implemented, the equipment for both the concentration and production of oxygen (that is, oxygen generation tanks/pumps) may not be cost effective or readily available. Lack of quality control (for example, contamination of the tanks with bacteria and fungi can occur, especially during condensation), incorrectly labelled tanks, maintenance of production and infrastructure challenges (for example, electricity) are other considerations in resource-limited settings. It was noted also that a high flux mask would be needed to maintain high-flow oxygen in the postoperative period in extubated patients, which would be an additional cost. Furthermore, as it may be uncomfortable for patients to wear a mask for 2-6 hours after surgery, it could be an additional burden on staff. In settings where medical oxygen is scarce, policy-makers may not consider this recommendation as a priority.

### Research gaps
The GDG members highlighted the limited evidence available in some areas and additional research is required on the effect of hyperoxygenation in reducing SSI rates. In particular, studies should be conducted in the paediatric population outside the neonatal period. Further research is needed in settings with limited resources, while ensuring that basic IPC measures are in place and including different surgical procedures. Research is also needed to investigate the benefit of post-extubation hyperoxemia, including different durations, concentrations and oxygen administration routes. As the underlying mechanism of the effect of hyperoxygenation on the incidence of SSI is not entirely understood, translational research investigating these mechanisms is needed. These studies should also take into consideration the importance of normovolemia and normothermia. All studies should be RCTs with the SSI outcome defined according to CDC criteria and sub-specified as superficial, deep and organ space occupying.

### References
1. Meyhoff CS, Wetterslev J, Jorgensen LN, Henneberg SW, Hogdall C, Lundvall L, et al. Effect of high perioperative oxygen fraction on surgical site infection and pulmonary complications after abdominal surgery: the PROXI randomized clinical trial. JAMA. 2009;302(14):1543-50.
2. Myles PS, Leslie K, Chan MTV, Forbes A, Paech

MJ, Peyton P, et al. Avoidance of nitrous oxide for patients undergoing major surgery: a randomized controlled trial. Anesthesiology. 2007;107(2):221-31.

3. Staehr AK, Meyhoff CS, Henneberg SW, Christensen PL, Rasmussen LS. Influence of perioperative oxygen fraction on pulmonary function after abdominal surgery: a randomized controlled trial. BMC Res Notes. 2012;5:383.

4. Akca O, Podolsky A, Eisenhuber E, Panzer O, Hetz H, Lampl K, et al. Comparable postoperative pulmonary atelectasis in patients given 30% or 80% oxygen during and 2 hours after colon resection. Anesthesiology. 1999;91(4):991-8.

5. Meyhoff CS, Jorgensen LN, Wetterslev J, Christensen KB, Rasmussen LS, Group PT. Increased long-term mortality after a high perioperative inspiratory oxygen fraction during abdominal surgery: follow-up of a randomized clinical trial. Anesth Analg. 2012;115(4):849-54.

6. Kurz A, Fleischmann E, Sessler DI, Buggy DJ, Apfel C, Akca O. Effects of supplemental oxygen and dexamethasone on surgical site infection: a factorial randomized trial double dagger. Br J Anaesth. 2015;115(3):434-43.

7. Rodriguez PG, Felix FN, Woodley DT, Shim EK. The role of oxygen in wound healing: a review of the literature. Dermatol Surg. 2008;34(9):1159-69.

8. Hopf HW, Hunt TK, Rosen N. Supplemental oxygen and risk of surgical site infection. JAMA. 2004;291(16):1956; author reply 8-9.

9. Allen DB, Maguire JJ, Mahdavian M, Wicke C, Marcocci L, Scheuenstuhl H, et al. Wound hypoxia and acidosis limit neutrophil bacterial killing mechanisms. Arch Surg. 1997;132(9):991-6.

10. Edwards SW, Hallett MB, Campbell AK. Oxygen-radical production during inflammation may be limited by oxygen concentration. Biochem J. 1984;217(3):851-4.

11. Gabig TG, Bearman SI, Babior BM. Effects of oxygen tension and pH on the respiratory burst of human neutrophils. Blood. 1979;53(6):1133-9.

12. Hays RC, Mandell GL. PO2, pH, and redox potential of experimental abscesses. Proc Soc Exper Biol Medic Soc. 1974;147(1):29-30.

13. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0, February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 13 May 2016).

14. Owens P, McHugh S, Clarke-Moloney M, Healy D, Fitzpatrick F, McCormick P, et al. Improving surgical site infection prevention practices through a multifaceted educational intervention. Ir Med J. 2015;108(3):78-81.

15. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Guidelines: Prevention and treatment of surgical site infection: Summary of NICE guidance. BMJ. 2008;337(7677):1049-51.

16. High impact intervention bundle: care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 16 May 2016).

17. Anderson DJ, Podgorny K, Berríos-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(06):605-27.

18. Preventing surgical site infections. Key recommendations for practice.Joint Royal College of Surgeons in Ireland/Royal College of Physicians of Ireland Working Group on Prevention of Surgical Site Infection; 2012 (https://www.rcpi.ie/wp-content/uploads/2016/01/Preventing-Surgical-Site-Infections-Key-Recommendations-for-Practice.pdf, accessed 13 May 2016).

19. Wetterslev J, Meyhoff CS, Jorgensen LN, Gluud C, Lindschou J, Rasmussen LS. The effects of high perioperative inspiratory oxygen fraction for adult surgical patients. Cochrane Database Syst Rev. 2015;6:CD008884.

20. Belda FJ, Aguilera L, García de la Asunción J, Alberti J, Vicente R, Ferrándiz L, et al. Supplemental perioperative oxygen and the risk of surgical wound infection: a randomized controlled trial. JAMA. 2005; 294(16):2035-42.

21. Bickel A, Gurevits M, Vamos R, Ivry S, Eitan A. Perioperative hyperoxygenation and wound site infection following surgery for acute appendicitis: a randomized, prospective, controlled trial. Arch Surg. 2011;146(4):464-70.

22. Greif R, Akca O, Horn EP, Kurz A, Sessler DI. Supplemental perioperative oxygen to reduce the incidence of surgical-wound infection. N Engl J Med. 2000;342(3):161-7.

23. Mayzler O, Weksler N, Domchik S, Klein M, Mizrahi S, Gurman GM. Does supplemental perioperative oxygen administration reduce the incidence of wound infection in elective colorectal surgery? Minerva Anestesiol. 2005;71(1-2):21-5.

24. Pryor KO, Fahey TJ, 3rd, Lien CA, Goldstein PA. Surgical site infection and the routine use of perioperative hyperoxia in a general surgical population: a randomized controlled trial. JAMA. 2004;291(1):79-87.

25. Schietroma M, Cecilia EM, Carlei F, Sista F, De Santis G, Piccione F, et al. Prevention of anastomotic leakage after total gastrectomy with perioperative supplemental oxygen administration: a prospective randomized, double-blind, controlled, single-center trial. Ann Surg Oncol. 2013;20(5):1584-90.

26. Schietroma M, Cecilia EM, Sista F, Carlei F, Pessia B, Amicucci G. High-concentration supplemental perioperative oxygen and surgical site infection following elective colorectal surgery for rectal cancer: a prospective, randomized, double-blind, controlled, single-site trial. Am J Surg. 2014;208(5):719-26.

27. Stall A, Paryavi E, Gupta R, Zadnik M, Hui E, O'Toole RV. Perioperative supplemental oxygen to reduce surgical site infection after open fixation of high-risk fractures: a randomized controlled pilot trial. J Trauma Acute Care Surg. 2013;75(4):657-63.

28. Thibon P, Borgey F, Boutreux S, Hanouz JL, Le Coutour X, Parienti JJ. Effect of perioperative oxygen supplementation on 30-day surgical site infection rate in abdominal, gynecologic, and breast surgery: the ISO2 randomized controlled trial. Anesthesiology. 2012;117(3):504-11.

29. Duggal N, Poddatoori V, Noroozkhani S, Siddik-Ahmad RI, Caughey AB. Perioperative oxygen supplementation and surgical site infection after cesarean delivery: a randomized trial. Obstet Gynecol. 2013;122(1):79-84.

30. Gardella C, Goltra LB, Laschansky E, Drolette L, Magaret A, Chadwick HS, et al. High-concentration supplemental perioperative oxygen to reduce the incidence of postcesarean surgical site infection: a randomized controlled trial. Obstet Gynecol. 2008;112(3):545-52.

31. Scifres CM, Leighton BL, Fogertey PJ, Macones GA, Stamilio DM. Supplemental oxygen for the prevention of postcesarean infectious morbidity: a randomized controlled trial. Am J Obstet Gynecol. 2011;205(3):267 e1-9.

32. Williams NL, Glover MM, Crisp C, Acton AL,

McKenna DS. Randomized controlled trial of the effect of 30% versus 80% fraction of inspired oxygen on cesarean delivery surgical site infection. Am J Perinatol. 2013;30(9):781-6.

## 4.13  Maintaining normal body temperature (normothermia)

### Recommendation

**The panel suggests the use of warming devices in the operating room and during the surgical procedure for patient body warming with the purpose of reducing SSI.**
*(Conditional recommendation, moderate quality of evidence)*

### Rationale for the recommendation

- Overall moderate quality evidence from two RCTs shows that the maintenance of normothermia has a significant benefit in reducing the risk of SSI when compared to non-warming standard care. The GDG unanimously agreed that warming devices should be used to avoid patient hypothermia in the operating room and during the surgical procedure in order to reduce the risk of SSI and, more importantly, other complications associated with surgery (see below). Considering the quality of the evidence (moderate, but relying only on 2 small RCTs), the GDG did not reach full consensus about the strength of this recommendation and most members (11 vs. 4) voted for a conditional recommendation. The GDG appraised that the available evidence supporting this recommendation is limited. It was noted also that no observational studies investigating body warming with a SSI outcome were identified.

- However, the GDG emphasized that there are additional relevant benefits of warming strategies, such as a decrease in myocardial events, blood loss and transfusion requirements.

- The GDG agreed that the evidence was insufficient to identify a target temperature to be reached and maintained or an optimal device for warming the patient (for example, fluid warmers or simple blankets). The generally accepted target is core temperature >36°C, considering that "hypothermia" (or low body temperature) is defined as a core temperature below 36°C and is common during and after major surgical procedures lasting more than two hours. However, it was not possible to reach an agreement regarding the optimal pre- and postoperative time for warming.

### Remarks

- Included studies were conducted in high-income countries and in adult patient populations. However, the GDG considers this recommendation valid also for paediatric patients.

- The systematic review team and the GDG decided to exclude the study by Wong and colleagues *(1)* because the PICO question asks for a comparison of warming vs. non-warming, whereas the study by Wong applies warming procedures in both groups. Nevertheless, the GDG acknowledged that the study showed a tendency towards reduced SSI in the intervention group, which employed more intensive warming.

- The GDG identified a potential harm of skin burns, depending on the warming device (possible with conductive warming mattresses).

- It was mentioned also that the increased temperature within the work environment may be a concern for surgical staff. Of note, raising the room temperature is not an option to warm the patient as it causes thermal discomfort for the surgical staff, with an increased risk of dripping sweat onto the surgical site.

### Background

Hypothermia (or low body temperature) is defined as a core temperature below 36°C and is common during and after major surgical procedures lasting more than two hours. The human body has a central compartment comprising the major organs where temperature is tightly regulated and a peripheral compartment where temperature varies widely *(2)*. Heat loss is compensated by reducing blood flow through the skin and by increasing heat production, mainly by inducing muscular activity (shivering) and increasing the basal metabolic rate. Typically, the periphery compartment may be 2-4°C cooler than the core compartment *(2)*.

Exposure to a cold operating room environment and anaesthetic-induced impairment of thermoregulatory control are the most common

events leading to hypothermia (3, 4). Skin surface exposure during the perioperative period can increase heat loss. Furthermore, cool intravenous and irrigation fluids directly cool patients. Sedatives and anaesthetic agents inhibit the normal response to cold, resulting in improved blood flow to the periphery and increased heat loss (3, 4). During the early period of anaesthesia, these effects are observed as a rapid decrease in core temperature caused by redistribution of heat from the central to the peripheral compartment. This early decrease is followed by a more gradual decline, reflecting ongoing heat loss. With epidural or spinal analgesia, the peripheral blockade of vasoconstriction below the level of the nerve block results in vasodilatation and greater ongoing heat loss.

For the above reasons, inadvertent non-therapeutic hypothermia is considered to be an adverse effect of general and regional anaesthesia (5). Published research has correlated unplanned perioperative hypothermia with impaired wound healing, adverse cardiac events, altered drug metabolism and coagulopathies (5-7).

It is unclear how the maintenance of normothermia in the core body compartment might reduce the incidence of SSI. All available studies measure core and not peripheral temperature. However, it is highly likely that the reported lower core temperatures result in reduced cutaneous temperature at the operative site. Nonetheless, incisional warming has not been shown to decrease SSI rates (8). A recent Cochrane review of the effect of warmed intravenous fluids found no statistically significant differences in core body temperature or shivering between individuals given warmed and room temperature irrigation fluids (9), but SSI was not the primary outcome. Another Cochrane review of interventions used for treating inadvertent postoperative hypothermia concluded that active warming reduces the time to achieve normothermia. Several warming devices have been studied, including forced-air warming, circulating hot water devices, radiant blankets, radiant warmers and electric blankets. Again, SSI was not among the primary outcomes of the review (10). Temperature monitoring can be performed non-invasively either orally or by infrared ear temperature measurement, which is inaccurate. Intraoperatively, acceptable semi-invasive temperature monitoring sites are the nasopharynx, oesophagus and urinary bladder (11).

Some of the current health care bundles and guidelines recommend that body temperature be maintained above 35.5-36°C during the perioperative period, although there is no consensus among these recommendations for the lower limit or optimal timing for normothermia (Table 4.13.1).

| *Table 4.13.1.* **Recommendations on body temperature control (normothermia) according to available guidelines** | |
|---|---|
| **Guidelines** (date issued) | **Recommendations on body temperature control (normothermia)** |
| **SHEA/IDSA** (2014) (12) | Maintain normothermia (temperature of 35.5°C or more) during the perioperative period in surgical patients who have an anaesthesia duration of at least 60 minutes. |
| **Royal College of Physicians of Ireland** (2012) (13) | Body temperature maintained above 36° C in the perioperative period (excludes cardiac patients). |
| **Health Protection Scotland bundle** (2013) (14) | Body temperature maintained above 36° C in the perioperative period (excludes cardiac patients). |
| **UK High impact intervention bundle** (2011) (15) | Body temperature maintained above 36° C in the perioperative period. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; England

Following an in-depth analysis of the sources and strength of evidence in available guidelines, the GDG decided to conduct a systematic review to assess the effectiveness of body warming on the prevention of SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 14) was to assess whether perioperative body warming vs. no warming is more effective in reducing the risk of SSI. The target population was patients of all ages undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Two RCTs *(16, 17)* including a total of 478 patients were identified (one was a multicentre study). Both studies compared the effect of body warming in the intervention group vs. no warming in the control group. Both studies addressed pre- and intraoperative warming; no studies were identified that assessed the effect of postoperative warming on SSI. The population studied were adult patients undergoing elective colorectal, hernia repair, vascular and breast surgical procedures. No study was available in the paediatric population. No observational study with SSI as the primary outcome was identified. The literature search did not identify any studies that reported on SSI-attributable mortality.

Moderate quality evidence shows that body warming has a significant benefit when compared to no warming in reducing the risk of SSI (OR: 0.33; 95% CI: 0.17–0.62).

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was retrieved on patient values and preferences with regards to this intervention. The GDG emphasized that pain, nausea and shivering are among the most frequently reported adverse events following cooling down of the body temperature in the OR. Therefore, the GDG acknowledged that patients may prefer being kept warm during the surgical procedure and would also favour the intervention in order to reduce the risk of SSI. By contrast, the GDG is confident that patients wish to be protected from skin burns due to temperature and contact pressure (for example, conductive warming mattress).

### Resource use

The GDG highlighted that the use of warming devices, such as forced-air warming devices or radiant blankets, increases the space and energy needed to store and run the equipment. The equipment and maintenance costs represent also a substantial financial burden, especially for LMICs. Availability and procurement are additional issues in LMICs. It was pointed out that the use of warming devices may decrease the risk of adverse outcomes and overall hospital costs *(18-20)*.

The GDG observed that given the lack of evidence to identify the optimal warming devices, it is arguable that simple blankets might function as efficiently as electrically-run devices in warming the patient, particularly in low-resource settings,

## Research gaps

The GDG highlighted that well-designed RCTs are needed to identify the target temperature, the optimal devices (fluid warmers, mattresses, simple blankets, etc.) and the proper timing and duration of warming (pre-/intra-/postoperative). Trials should focus on SSI as the primary outcome and ideally address the cost-effectiveness of the intervention. It was emphasized also that there is no evidence from LMICs or in the paediatric population, which represent important research areas.

## References

1. Wong PF, Kumar S, Bohra A, Whetter D, Leaper DJ. Randomized clinical trial of perioperative systemic warming in major elective abdominal surgery. Br J Surg. 2007;94(4):421-6.
2. Hall JE, Guyton AC, editors. Textbook of medical physiology. 12th edition. London: Elsevier Saunders; 2011.
3. Sessler DI. Mild perioperative hypothermia. New Engl J Med. 1997;336(24):1730-7.
4. Diaz M, Becker DE. Thermoregulation: physiological and clinical considerations during sedation and general anesthesia. Anesthes Prog. 2010;57(1):25-32; quiz 3-4.
5. Sessler DI, Rubinstein EH, Moayeri A. Physiologic responses to mild perianesthetic hypothermia in humans. Anesthesiology. 1991;75(4):594-610.
6. Rajagopalan S, Mascha E, Na J, Sessler DI. The effects of mild perioperative hypothermia on blood loss and transfusion requirement. Anesthesiology. 2008;108(1):71-7.
7. Leslie K, Sessler DI, Bjorksten AR, Moayeri A. Mild hypothermia alters propofol pharmacokinetics and increases the duration

of action of atracurium. Anesthes Analg. 1995;80(5):1007-14.

8. Whitney JD, Dellinger EP, Weber J, Swenson RE, Kent CD, Swanson PE, et al. The effects of local warming on surgical site infection. Surg Infect (Larchmt). 2015;16(5):595-603.

9. Campbell G, Alderson P, Smith AF, Warttig S. Warming of intravenous and irrigation fluids for preventing inadvertent perioperative hypothermia. Cochrane Database Syst Rev. 2015;4:CD009891.

10. Warttig S, Alderson P, Campbell G, Smith AF. Interventions for treating inadvertent postoperative hypothermia. Cochrane Database Syst Rev. 2014;11:CD009892.

11. Torossian A. Thermal management during anaesthesia and thermoregulation standards for the prevention of inadvertent perioperative hypothermia. Best Pract Res Clin Anaesthesiol. 2008;22(4):659-68.

12. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(Suppl. 2):S66-88.

13. Owens P, McHugh S, Clarke-Moloney M, Healy D, Fitzpatrick F, McCormick P, et al. Improving surgical site infection prevention practices through a multifaceted educational intervention. Ir Med J. 2015;108(3):78-81.

14. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgicalsite infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0, February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 24 July 2016).

15. High impact intervention: care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 24 July 2016).

16. Kurz A, Sessler DI, Lenhardt R. Perioperative normothermia to reduce the incidence of surgical-wound infection and shorten hospitalization. Study of Wound Infection and Temperature Group. New Engl J Med. 1996; 334(19):1209-15.

17. Melling AC, Ali B, Scott EM, Leaper DJ. Effects of preoperative warming on the incidence of wound infection after clean surgery: a randomised controlled trial. Lancet. 2001;358(9285):876-80.

18. Fleisher LA, Metzger SE, Lam J, Harris A. Perioperative cost-finding analysis of the routine use of intraoperative forced-air warming during general anesthesia. Anesthesiology. 1998;88(5):1357-64.

19. Mahoney CB, Odom J. Maintaining intraoperative normothermia: a meta-analysis of outcomes with costs. AANA J. 1999;67(2):155-63.

20. Berry D, Wick C, Magons P. A clinical evaluation of the cost and time effectiveness of the ASPAN hypothermia guideline. J Perianesthes Nurs. 2008;23(1):24-35.

## 4.14  Use of protocols for intensive perioperative blood glucose control

### Recommendation

**The panel suggests the use of protocols for intensive perioperative blood glucose control for both diabetic and non-diabetic adult patients undergoing surgical procedures to reduce the risk of SSI.**
*(Conditional recommendation, low quality of evidence)*

### Rationale for the recommendation

- Overall low quality evidence shows that a protocol with more strict blood glucose target levels has a significant benefit in reducing SSI rates when compared to a conventional protocol. There was evidence that the effect was smaller in studies that used intensive blood glucose controls intraoperatively only compared to studies that used an intensive protocol postoperatively or both intra- and postoperatively. Among the intensive protocols, the effect was similar in studies with a target blood glucose level of ≤110 mg/dL (6.1 mmol/L) and an upper limit target level of 110-150 mg/dL (6.1-8.3 mmol/L). Similar to meta-regression analysis, there was no evidence that the effect of intensive blood glucose control differed between studies of diabetic and non-diabetic patients. Thus, the GDG unanimously agreed that the recommendation to use protocols for intensive perioperative blood glucose control should apply to both diabetics and non-diabetics. However, the GDG decided that the available evidence did not allow the definition of an optimal target level of blood glucose. The strength of this recommendation was considered to be conditional.

### Remarks

- The GDG observed that most studies were done in intensive care settings, with no studies in paediatric populations. Therefore, the effectiveness of this intervention is not proven for paediatric patients.

- In general, blood glucose target levels in the intensive protocol group were ≤150 mg/dL (8.3 mmol/L), whereas blood glucose target levels in the conventional protocol group were all <220 mg/dL (12.2 mmol/L).

- Intravenous insulin administration was performed in the intensive protocol group in all studies and in the conventional protocol group in most studies. Three trials *(1-3)* used subcutaneous administration in the conventional group. Some studies used continuous insulin administration, whereas others used intermittent. One study *(4)* administered a fixed high dose of intravenous insulin with dextrose 20% infused separately to maintain a blood glucose level between 70 and 110 mg/dL ("insulin clamp").

- Duration and timing of glucose control differed between studies. The definitions of postoperative glucose control varied from 18 hours and "until enteral nutrition" to a maximum of 14 days.

- Five trials *(1-3, 5, 6)* studied diabetic patients, 8 studies *(4, 7-13)* included both diabetic and non-diabetic individuals, and 2 studies *(14, 15)* concerned only non-diabetic patients. The most frequent surgical procedures were cardiac surgery. Some studies focused on patients undergoing other major surgical procedures, including abdominal surgery.

- The GDG emphasized that hypoglycaemia is a possible harm associated with protocols with strict blood glucose target levels. Hypoglycaemia has a serious risk of life-threatening complications, such as cardiac events. Different definitions for hypoglycaemic events were used in the studies and varied from blood glucose levels ≤40 mg/dL (2.2 mmol/L) to ≤80 mg/dL (4.4 mmol/L).

- Data from the available evidence showed no difference in the risk of death and stroke with the use of an intensive protocol compared to a conventional protocol.

### Background

Blood glucose levels rise during and after surgery due to surgical stress. Surgery causes a stress response that results in a release of catabolic hormones and the inhibition of insulin. Moreover, surgical stress influences pancreatic beta-cell function, which results in lower plasma insulin levels. Taken together, this relative

hypoinsulinaemia, insulin resistance and excessive catabolism from the action of counter-regulatory hormones make surgical patients at high risk for hyperglycaemia, even non-diabetic individuals (16).

Several observational studies (17-20) showed that hyperglycaemia is associated with an increased risk of SSI and therefore an increased risk of morbidity, mortality and higher health care costs in both diabetic and non-diabetic patients and in different types of surgery. Conflicting results have been reported regarding the different treatment options to control hyperglycaemia in diabetic and non-diabetic patients, the optimal target levels of blood glucose and the ideal timing for glucose control (intra- and/or postoperative). Moreover, some

studies targeting relatively low perioperative glucose levels have highlighted the risk of adverse effects associated with intensive protocols as they may cause hypoglycaemia (21-24).

Several organizations have issued recommendations regarding perioperative blood glucose control (Table 4.14.1). While most recommendations focus on the diabetic patient only, those issued by SHEA/IDSA (25) and the American College of Physicians (26) apply to all surgical patients. They recommend either target levels between 140-200 mg/dL (7.8-11.1 mmol/L) or upper limits of 180 mg/dL (10mmol/L) or 198 mg/dL (11mmol/L). Due to the risk of hypoglycaemia, targeting lower levels should be avoided (26, 27).

| Table 4.14.1. Recommendations on perioperative blood glucose control according to available guidelines | |
|---|---|
| **Guidelines** (year issued) | **Recommendations on perioperative blood glucose control** |
| **SHEA/IDSA practice recommendation** (2014) (25) | Control blood glucose during the immediate postoperative period for cardiac and non-cardiac surgery patients. a) Maintain postoperative blood glucose at 180 mg/dL or lower. b) Intensive postoperative glucose control (targeting levels less than 110 mg/dL) has not been shown to reduce the risk of SSI and may actually lead to higher rates of adverse outcomes, including stroke and death. |
| **NICE** (2008) (28) | Do not give insulin routinely to patients who do not have diabetes to optimize blood glucose postoperatively as a means of reducing the risk of SSI. |
| **Health Protection Scotland bundle** (2013) (29) | Ensure that the diabetic patient's glucose level is kept at <11 mmol/L throughout the operation. |
| **The Royal College of Physicians of Ireland** (2012) (30) | Ensure that if the patient is diabetic that the glucose level is kept at <11 mmol/L throughout the operation. |
| **UK High impact intervention bundle** (2011) (31) | A glucose level of <11 mmol/L has to be maintained in diabetic patients. |
| **The Society of Thoracic Surgeons practice guideline series** (2009) (27) | All patients with diabetes undergoing cardiac surgical procedures should receive an insulin infusion in the operating room and for at least 24 hours postoperatively to maintain serum glucose levels ≤180 mg/dL. |
| **American College of Physicians: clinical practice guideline** (2011) (26) | Do not use intensive insulin therapy (4.4 to 6.1 mmol/L [80 to 110 mg/dL]) to normalize blood glucose in SICU/MICU patients with or without diabetes mellitus. A target blood glucose level of 7.8 to 11.1 mmol/L (140 to 200 mg/dL) is recommended if insulin therapy is used in SICU/MICU patients. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; SICU: surgical intensive care unit; MICU: medical intensive care unit.

Following an in-depth analysis of the sources and strength of the evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the impact of perioperative blood glucose levels on the risk of SSI and to determine the optimal perioperative target levels in diabetic and non-diabetic surgical patients to prevent SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 15) was to evaluate whether the use of protocols for intensive perioperative blood glucose control is more effective in reducing the risk of SSI than conventional protocols with less stringent blood glucose target levels. The population studied were patients of all ages, both diabetic and non-diabetic, and undergoing several types of surgical procedures. The primary outcome was the occurrence of SSI and SSI-attributable mortality. A total of 15 RCTs (1-15) including a total of 2836 patients and comparing intensive perioperative blood glucose protocols vs. conventional protocols with less stringent blood glucose target levels were identified. Eight studies were performed in adult patients undergoing cardiac surgery (1, 2, 4, 6, 9-11, 15), 6 in patients undergoing abdominal or major non-cardiac surgery (3, 5, 7, 12-14), and one other study in patients undergoing emergency cerebral aneurysm clipping (8). No study was available in a paediatric population. In 2 studies (4, 7), glucose control was performed intraoperatively only. Eight studies (1, 2, 6, 8, 9, 11, 13, 15) investigated intra- and postoperative glucose control and 5 studies (3, 5, 10, 12, 14) focused on postoperative glucose control.

None of the studies had SSI as their primary outcome. Most studies had a combined outcome of postoperative complications. The definition of SSI was also different in most studies.

There was substantial heterogeneity among the selected studies in the population, notably regarding the timing when intensive blood glucose protocols were applied in the perioperative period and intensive blood glucose target levels. For this reason, separate meta-analyses were performed to evaluate intensive protocols vs. conventional protocols in different settings (that is, in diabetic, non-diabetic and a mixed population) with intraoperative, intra- and postoperative glucose control, and in trials with intensive blood glucose upper limit target levels of ≤110 mg/dL (6.1 mmol/L) and 110-150 mg/dL (6.1-8.3 mmol/L) (web Appendix 15).

Overall, there is low quality evidence that a protocol with more strict blood glucose target levels has a significant benefit in reducing SSI rates when compared to a conventional protocol (OR: 0.43; 95% CI; 0.29–0.64). In addition, there was no evidence in meta-regression analyses that the effect of intensive blood glucose control differed between studies of diabetic and non-diabetic patients ($P$=0.590). There was evidence that the effect was smaller in studies that used intensive blood glucose control intraoperatively only (OR: 0.88; 95% CI: 0.45-1.74) compared to studies that used controls postoperatively or both intra- and postoperatively (OR: 0.47; 95% CI: 0.25-0.55; $P$=0.049 for the difference between ORs). Among the intensive protocols, the effect was similar in studies with upper limit target blood glucose levels of ≤110 mg/dL (6.1 mmol/L) and 110-150 mg/dL (6.1-8.3 mmol/L) ($P$=0.328).

Data from the available evidence showed no difference in the risk of postoperative death and stroke with the use of an intensive protocol compared to a conventional protocol (OR: 0.74; 95% CI: 0.45-1.23 and OR: 1.37; 95% CI: 0.26-7.20, respectively). The study by Ghandi and colleagues was the only one that reported more strokes and deaths in the intensive group (11). This study had comparable 24-hour achieved blood glucose levels in the intensive care unit in both groups, although they were significantly lower in the intensive group intraoperatively and at baseline. Other studies showed equal or even less strokes and/or deaths in the intensive group, but these findings were not significant. In meta-regression analyses, there is no evidence for a difference in risk between studies with an upper limit target blood glucose level of ≤110 mg/dL (6.1 mmol/L) and an upper limit level of 110-150 mg/dL (6.1-8.3 mmol/L) ($P$=0.484 for mortality and $P$=0.511 for stroke).

Meta-analysis of hypoglycaemic events in the 8 RCTs with a blood glucose upper limit target level of ≤110 mg/dL (6.1 mmol/L) showed an increased risk of hypoglycaemic events with the use of an intensive protocol over a conventional protocol (OR: 4.18; 95% CI: 1.79–9.79). However, 2 of the 8 studies included in this analysis had no hypoglycaemic events (4, 13) and only 3 studies (3, 7, 14) found significantly more hypoglycaemic events with the use of the intensive protocol. A meta-analysis of 4 studies (1, 2, 6, 10) showed an increased risk of hypoglycaemic events with the use of a strict protocol with a blood glucose upper

limit target level of 110-150 mg/dL (6.1-8.3 mmol/L) compared to a conventional protocol (OR: 9.87; 95% CI: 1.41–69.20). Two studies included in this analysis had no hypoglycaemic events *(1, 2)*. Among the studies that could not be included in the meta-analysis due to missing data, 2 reported significantly more hypoglycaemic events in the intensive group *(8, 12)*, while no difference in risk was observed in another study *(9)*. Overall, there is an increased risk for hypoglycaemic events with the use of either intensive protocol for blood glucose control (OR: 5.55; 95% CI: 2.58–11.96). In meta-regression analyses, there is no evidence for a difference in the risk of hypoglycaemia between studies with a target blood glucose level of ≤110 mg/dL (6.1 mmol/L) and an upper limit target level of 110-150 mg/dL (6.1-8.3 mmol/L) (*P*=0.413).

The GDG underlined that there are many observational studies showing a reduction in SSI with intensive blood glucose control in non-diabetic populations. However, after discussion, the GDG agreed not to include the data from the observational studies.

### Additional factors considered when formulating the recommendation

#### Values and preferences
No study was found on patient values and preferences with regards to this intervention. The GDG is confident that most patients wish to receive this intervention in order to reduce the risk of SSI. Patients are concerned about hypoglycaemic events, as well as being monitored for the blood glucose target level on a regular (sometimes a few times daily) basis, which might be associated with frequent needle pricks.

#### Resource use
The GDG members emphasized that apart from in intensive care settings, patients are more likely to receive a conventional protocol because of concerns regarding resources and the ability to monitor blood glucose adequately. The GDG highlighted that the purchase and storage (refrigerator) of insulin is a financial burden in LMICs and the availability of insulin is a concern. The equipment for the application of frequent glucose control is also expensive and may be limited in availability in such settings. In addition, the medical staff has to be carefully trained to correctly monitor the blood glucose level and treat hypoglycaemic events. There are no data available to determine the cost-effectiveness of different protocols.

### Research gaps
GDG members highlighted that the available evidence mostly consists of intensive care and cardiac surgery populations. There is a need for studies in the paediatric setting, as well as in non-ICU surgical patients and those undergoing different types of surgical procedures. Adequately-powered RCTs should be performed to compare different blood glucose target levels in order to better define the optimal level for the purpose of SSI prevention, but with only a very limited risk of hypoglycaemia. For a given target level, there should be studies investigating the optimal route of insulin administration, as well as studies on the duration of continued postoperative glucose control. In particular, the GDG noted that research on cost-effectiveness and studies from LMICs are needed.

### References

1. Emam IA, Allan A, Eskander K, Dhanraj K, Farag el S, El-Kadi Y, et al. Our experience of controlling diabetes in the peri-operative period of patients who underwent cardiac surgery. Diabetes Res Clin Pract. 2010;88(3):242-6.
2. Kirdemir P, Yildirim V, Kiris I, Gulmen S, Kuralay E, Ibrisim E, et al. Does continuous insulin therapy reduce postoperative supraventricular tachycardia incidence after coronary artery bypass operations in diabetic patients? J Cardiothorac Vasc Anesth. 2008;22(3):383-7.
3. Yuan J, Liu T, Zhang X, Si Y, Ye Y, Zhao C, et al. Intensive versus conventional glycemic control in patients with diabetes during enteral nutrition after gastrectomy. J Gastrointest Surg. 2015;19(8):1553-8.
4. Albacker T, Carvalho G, Schricker T, Lachapelle K. High-dose insulin therapy attenuates systemic inflammatory response in coronary artery bypass grafting patients. Ann Thorac Surg. 2008;86(1):20-7.
5. Cao SG, Ren JA, Shen B, Chen D, Zhou YB, Li JS. Intensive versus conventional insulin therapy in type 2 diabetes patients undergoing D2 gastrectomy for gastric cancer: a randomized controlled trial. World J Surg. 2011;35(1):85-92.
6. Lazar HL, McDonnell MM, Chipkin S, Fitzgerald C, Bliss C, Cabral H. Effects of aggressive versus moderate glycemic control on clinical outcomes in diabetic coronary artery bypass graft patients. Ann Surg. 2011;254(3):458-63; discussion 63-4.
7. Abdelmalak BB, Bonilla A, Mascha EJ, Maheshwari A, Tang WH, You J, et al.

Dexamethasone, light anaesthesia, and tight glucose control (DeLiT) randomized controlled trial. Br J Anaesthes. 2013;111(2):209-21.

8. Bilotta F, Spinelli A, Giovannini F, Doronzio A, Delfini R, Rosa G. The effect of intensive insulin therapy on infection rate, vasospasm, neurologic outcome, and mortality in neurointensive care unit after intracranial aneurysm clipping in patients with acute subarachnoid hemorrhage: a randomized prospective pilot trial. J Neurosurg Anesthesiol. 2007;19(3):156-60.

9. Chan RP, Galas FR, Hajjar LA, Bello CN, Piccioni MA, Auler JO, Jr. Intensive perioperative glucose control does not improve outcomes of patients submitted to open-heart surgery: a randomized controlled trial. Clinics (Sao Paulo). 2009;64(1):51-60.

10. Desai SP, Henry LL, Holmes SD, Hunt SL, Martin CT, Hebsur S, et al. Strict versus liberal target range for perioperative glucose in patients undergoing coronary artery bypass grafting: a prospective randomized controlled trial. J Thorac Cardiovasc Surg. 2012;143(2):318-25.

11. Gandhi GY, Nuttall GA, Abel MD, Mullany CJ, Schaff HV, O'Brien PC, et al. Intensive intraoperative insulin therapy versus conventional glucose management during cardiac surgery: a randomized trial. Ann Int Med. 2007;146(4):233-43.

12. Grey NJ, Perdrizet GA. Reduction of nosocomial infections in the surgical intensive-care unit by strict glycemic control. Endocrine Pract. 2004;10(Suppl. 2):46-52.

13. Okabayashi T, Shima Y, Sumiyoshi T, Kozuki A, Tokumaru T, Iiyama T, et al. Intensive versus intermediate glucose control in surgical intensive care unit patients. Diabetes Care. 2014;37(6):1516-24.

14. Cao S, Zhou Y, Chen D, Niu Z, Wang D, Lv L, et al. Intensive versus conventional insulin therapy in nondiabetic patients receiving parenteral nutrition after D2 gastrectomy for gastric cancer: a randomized controlled trial. J Gastrointest Surg. 2011;15(11):1961-8.

15. Zheng R, Gu C, Wang Y, Yang Z, Dou K, Wang J, et al. Impacts of intensive insulin therapy in patients undergoing heart valve replacement. Heart Surg Forum. 2010;13(5):E292-8.

16. McAnulty GR, Robertshaw HJ, Hall GM. Anaesthetic management of patients with diabetes mellitus. Br J Anaesthes. 2000;85(1):80-90.

17. Ata A, Lee J, Bestle SL, Desemone J, Stain SC.

Postoperative hyperglycemia and surgical site infection in general surgery patients. Arch Surg. 2010;145(9):858-64.

18. Kao LS, Phatak UR. Glycemic control and prevention of surgical site infection. Surg Infect (Larchmt). 2013;14(5):437-44.

19. Kotagal M, Symons RG, Hirsch IB, Umpierrez GE, Dellinger EP, Farrokhi ET, et al. Perioperative hyperglycemia and risk of adverse events among patients with and without diabetes. Ann Surg. 2015;261(1):97-103.

20. Richards JE, Hutchinson J, Mukherjee K, Jahangir AA, Mir HR, Evans JM, et al. Stress hyperglycemia and surgical site infection in stable nondiabetic adults with orthopedic injuries. J Trauma Acute Care Surg. 2014;76(4):1070-5.

21. Blondet JJ, Beilman GJ. Glycemic control and prevention of perioperative infection. Curr Opin Crit Care. 2007;13(4):421-7.

22. Buchleitner AM, Martinez-Alonso M, Hernandez M, Sola I, Mauricio D. Perioperative glycaemic control for diabetic patients undergoing surgery. Cochrane Database Syst Rev. 2012;9:CD007315.

23. Griesdale DE, de Souza RJ, van Dam RM, Heyland DK, Cook DJ, Malhotra A, et al. Intensive insulin therapy and mortality among critically ill patients: a meta-analysis including NICE-SUGAR study data. CMAJ. 2009;180(8):821-7.

24. Kao LS, Meeks D, Moyer VA, Lally KP. Peri-operative glycaemic control regimens for preventing surgical site infections in adults. Cochrane Database Syst Rev. 2009(3):CD006806.

25. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

26. Qaseem A, Humphrey LL, Chou R, Snow V, Shekelle P. Use of intensive insulin therapy for the management of glycemic control in hospitalized patients: a clinical practice guideline from the American College of Physicians. Ann Int Med. 2011;154(4):260-7.

27. Lazar HL, McDonnell M, Chipkin SR, Furnary AP, Engelman RM, Sadhu AR, et al. The Society of Thoracic Surgeons practice guideline series: Blood glucose management during adult cardiac surgery. Ann Thorac Surg. 2009;87(2):663-9.

28. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention

and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

29. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0, February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 24 July 2016).

30. Preventing surgical site infections. Key recommendations for practice. Dublin: Joint Royal College of Surgeons in Ireland/Royal College of Physicians of Ireland Working Group on Prevention of Surgical Site Infection; 2012 (http://www.rcpi.ie/content/docs/000001/1005_5_media.pdf, accessed 24 July 2016).

31. High impact intervention bundle: care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://webarchive.nationalarchives.gov.uk/20120118164404/http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 24 July 2016).

## 4.15  Maintenance of adequate circulating volume control/normovolemia

### Recommendation

**The panel suggests the use of goal-directed fluid therapy (GDFT) intraoperatively to reduce the risk of SSI.**

*(Conditional recommendation, low quality of evidence)*

### Rationale for the recommendation

- Overall low quality evidence shows that intraoperative GDFT has significant benefit in reducing the SSI rate compared to standard fluid management. This effect is shown also for GDFT in the postoperative period.

- Considering that both fluid overload and hypovolemia are likely to affect other clinical outcomes, the GDG agreed to emphasize that specific fluid management strategies, such as GDFT or restrictive fluid management, may be used during surgery for purposes other than the reduction of SSI, for example, to support cardiovascular and renal functions.

- Considering the low quality evidence, as well as the above-mentioned factors, the GDG agreed to suggest the use of GDFT intraoperatively and decided that the strength of this recommendation should be conditional.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, this effectiveness of this intervention is not proven for paediatric patients.

- GDFT refers to a haemodynamic treatment based on the titration of fluid and inotropic drugs according to cardiac output or similar parameters.

- Restrictive fluid management refers to the administration of a regimen with a reduced volume of fluids in the bolus and/or over time compared to local standard fluid maintenance.

- Standard fluid maintenance in the control group refers to the administration of fluid regimens at the discretion of the treating medical team or according to the local standard.

- Most trials among the included studies compared the efficacy of specific fluid management strategies with standard fluid regimens in the intraoperative period. Fourteen RCTs investigated GDFT *(1-14)* and 5 RCTs focused on restrictive fluid management *(15-19)*. As the PICO question focused on fluid management during surgery, these comparisons were used to formulate the recommendation.

- Further trials compared specific fluid management strategies vs. standard fluid management in the preoperative *(20)* and/or postoperative period *(21-24)*.

- It was discussed that the actual physiological effect of administered fluids may also differ, depending on several other factors, such as surgical stress, normothermia and tissue oxygenation.

- The GDG argued that both fluid overload and hypovolemia are likely to increase mortality and morbidity *(25)*.

- Although the optimal strategy for GDFT cannot be identified from the published data due to the heterogeneity of the protocols used in the included studies, the panel suggests administering haemodynamic therapy based on a goal-directed approach during the entire surgical procedure. Optimization is preferably based on dynamic pre-load parameters (that is, pulse pressure variation, systolic pressure variation) derived from arterial catheter measurements (when an arterial line is indicated) or minimal invasive alternatives.

- The GDG felt that using an algorithm is helpful, while taking into account that local resources and expertise may vary and limit possibilities for the optimal strategy. Indeed, the variety of effective algorithms on a multitude of outcomes indicates that having an algorithm for a specific goal is the most important factor, more than any particular algorithm associated with the effect of GDFT.

## Background

Wound healing and resistance to infection is dependent on tissue oxygen tension. In addition, sufficient tissue oxygenation is essential for collagen synthesis and wound repair *(17)* and is improved by adequate arterial oxygenation. Ideally, perioperative fluid therapy prevents tissue hypoxia by maximizing the cardiac output and thus improving arterial oxygenation. However, the optimal perioperative fluid strategy remains a subject of debate. A large variability exists between regimens in daily practice and both fluid overload (hypervolemia) and hypovolemia have been associated with increased mortality and morbidity. Fluid overload leads to a decrease in muscular oxygen tension. Due to surgical trauma, a systemic inflammatory response arises, which leads to a fluid shift to the extravascular space. Following a large fluid shift, generalized oedema may occur, which decreases tissue oxygenation and impedes tissue healing. By contrast, hypovolemia leads to arterial and tissue hypoxia due to a decrease in cardiac output.

The optimal fluid (colloid or crystalloid) or strategy of fluid management (GDFT, liberal or restricted) remains a subject of controversy. GDFT uses cardiac output or similar parameters to guide intravenous fluid and inotropic administration, but the disadvantage of this strategy is the difficulty to adequately assess normovolemia. Liberal and restrictive fluid strategies use standard fluid regimens not based on cardiac output. Nevertheless, an adequate assessment of normovolemia in these strategies remains complicated. In addition, the physiological effects of any given volume of fluid may differ, depending on the magnitude of the surgical stress response and not solely on the volume of fluids administered. At present, there is no universal definition of normovolemia or a standardized method for its assessment. Some studies assess normovolemia by urinary output or serum markers, whereas others use more invasive techniques, such as cardiac output or cardiac index.

Few organizations have issued recommendations regarding the maintenance of normovolemia (Table 4.15.1). The UK-based NICE recommends maintaining adequate perfusion during surgery *(26)*. Based on an evidence update in 2013, it is stated that haemodynamic GDFT appears to reduce SSI rates *(27)*. The SHEA/IDSA guidelines do not formulate a specific recommendation on the maintenance of normovolemia for SSI prevention. However, in a statement on oxygen therapy, it is indirectly recommended to maintain an appropriate volume replacement *(28)*.

*Table 4.15.1.* **Recommendations for the maintenance of normovolemia according to available guidelines**

| Guidelines (year issued) | Recommendations for the maintenance of normovolemia |
|---|---|
| SHEA/IDSA practice recommendation (2014) *(28)* | No specific recommendation on the maintenance of normovolemia for SSI prevention. Indirect recommendation: "Supplemental oxygen is most effective when combined with additional strategies to improve tissue oxygenation, including maintenance of normothermia and **appropriate volume replacement**". |
| NICE (2008) *(26)* | Maintain adequate perfusion during surgery. |
| NICE (2013 update) *(27)* | Haemodynamic goal-directed therapy (titration of fluid and inotropic drugs to reach normal or supraoptimal physiological endpoints, such as cardiac output and oxygen delivery) appears to reduce SSI rates. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; SSI: surgical site infection; NICE: National Institute for Health and Care Excellence;

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the effectiveness of specific fluid management strategies compared with standard fluid regimens and to determine if certain fluid management strategies during surgery might be beneficial to prevent SSI in surgical patients.

## Summary of the evidence

The purpose of the evidence review (web Appendix 16) was to evaluate whether specific fluid management strategies for the maintenance of normovolemia are more effective in reducing the risk of SSI than standard fluid regimens administered during surgery. The target population included patients of all ages undergoing a surgical operation. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Twenty-four RCTs (1-24) including a total of 4031 patients and comparing specific strategies of fluid management with standard fluid management were identified. Types of surgical procedures included were colorectal, abdominal, general, urology, gynaecological, cardiothoracic, vascular, orthopaedic and other surgery.

Due to heterogeneity among the selected studies in the type of specific fluid management strategy used throughout the perioperative period, separate meta-analyses were performed for GDFT or restrictive fluid regimens vs. standard fluid regimens in the pre-, intra- and postoperative periods.

Overall, there is low quality evidence that intraoperative GDFT has a significant benefit in reducing the SSI rate compared to standard fluid management (OR: 0.56; 95% CI: 0.35–0.88). By contrast, very low quality evidence indicated that intraoperative restrictive fluid management has neither benefit nor harm compared to standard intraoperative fluid management in reducing the SSI rate (OR: 0.73; 95% CI: 0.41–1.28).

One study (20) compared GDFT vs. standard fluid management preoperatively and demonstrated no benefit in reducing the risk of SSI (OR: 0.47; 95% CI: 0.13–1.72), whereas a meta-analysis of 2 RCTs (22, 23) comparing GDFT vs. standard fluid management in the postoperative period showed a decrease of the risk of SSI in the GDFT group (OR: 0.24; 95% CI: 0.11–0.52). One study (24) comparing restrictive vs. standard fluid management postoperatively showed no difference

in risk (OR: 6.20; 95% CI: 0.68–56.56). Similarly, one RCT (21) compared GDFT vs. standard fluid management pre- and postoperatively combined and demonstrated no benefit (OR: 0.75; 95% CI: 0.16–3.52).

The retrieved evidence focused on adult patients only. No study was available in a paediatric population. Five RCTs reported that either fluid overload or hypovolemia seem to be associated with increased mortality and morbidity (15, 18, 19, 23, 24).

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG pointed out that patients are seldom informed about fluid management.

### Resource use

The GDG underlined that there are no studies on the costs or cost-effectiveness of different fluid management strategies during surgery. However, the GDG noted that GDFT might require more resources, including the fact that the medical staff needs to be specifically trained. It was noted that in low-resource settings, anaesthesia is often provided by non-specialized professionals and there may also be a limitation in the type of intravenous fluids available.

## Research gaps

The GDG highlighted that a widely-accepted definition for normovolemia is needed. Future studies including large well-designed RCTs with clear definitions should aim at identifying the most accurate and least invasive method of measuring normovolemia and assess its influence with regard to tissue oxygenation and normothermia. In particular, studies should be conducted in LMICs. More research is required to investigate the effectiveness of different fluid management strategies in paediatric populations.

## References

1. Forget P, Lois F, de Kock M. Goal-directed fluid management based on the pulse oximeter-derived pleth variability index reduces lactate levels and improves fluid management. Anesth Analg. 2010;111(4):910-4.
2. Gan TJ, Soppitt A, Maroof M, el-Moalem H, Robertson KM, Moretti E, et al. Goal-directed

intraoperative fluid administration reduces length of hospital stay after major surgery. Anesthesiology. 2002;97(4):820-6.

3. Harten J, Crozier JE, McCreath B, Hay A, McMillan DC, McArdle CS, et al. Effect of intraoperative fluid optimisation on renal function in patients undergoing emergency abdominal surgery: a randomised controlled pilot study (ISRCTN 11799696). Int J Surg. 2008;6(3):197-204.

4. Mayer J, Boldt J, Mengistu AM, Rohm KD, Suttner S. Goal-directed intraoperative therapy based on autocalibrated arterial pressure waveform analysis reduces hospital stay in high-risk surgical patients: a randomized, controlled trial. Crit Care. 2010;14(1):R18.

5. Mythen MG, Webb AR. Perioperative plasma volume expansion reduces the incidence of gut mucosal hypoperfusion during cardiac surgery. Arch Surg. 1995;130(4):423-9.

6. Pillai P, McEleavy I, Gaughan M, Snowden C, Nesbitt I, Durkan G, et al. A double-blind randomized controlled clinical trial to assess the effect of Doppler optimized intraoperative fluid management on outcome following radical cystectomy. J Urol. 2011;186(6):2201-6.

7. Sandham JD, Hull RD, Brant RF, Knox L, Pineo GF, Doig CJ, et al. A randomized, controlled trial of the use of pulmonary-artery catheters in high-risk surgical patients. New Engl J Med. 2003;348(1):5-14.

8. Scheeren TW, Wiesenack C, Gerlach H, Marx G. Goal-directed intraoperative fluid therapy guided by stroke volume and its variation in high-risk surgical patients: a prospective randomized multicentre study. J Clin Monit Comput. 2013;27(3):225-33.

9. Senagore AJ, Emery T, Luchtefeld M, Kim D, Dujovny N, Hoedema R. Fluid management for laparoscopic colectomy: a prospective, randomized assessment of goal-directed administration of balanced salt solution or hetastarch coupled with an enhanced recovery program. Dis Colon Rectum. 2009;52(12):1935-40.

10. Smetkin AA, Kirov MY, Kuzkov VV, Lenkin AI, Eremeev AV, Slastilin VY, et al. Single transpulmonary thermodilution and continuous monitoring of central venous oxygen saturation during off-pump coronary surgery. Acta Anaesthesiol Scand. 2009;53(4):505-14.

11. Venn R, Steele A, Richardson P, Poloniecki J, Grounds M, Newman P. Randomized controlled trial to investigate influence of the fluid challenge on duration of hospital stay and perioperative morbidity in patients with hip fractures. Br J Anaesth. 2002;88(1):65-71.

12. Wakeling HG, McFall MR, Jenkins CS, Woods WG, Miles WF, Barclay GR, et al. Intraoperative oesophageal Doppler guided fluid management shortens postoperative hospital stay after major bowel surgery. Br J Anaesth. 2005;95(5):634-42.

13. Benes J, Chytra I, Altmann P, Hluchy M, Kasal E, Svitak R, et al. Intraoperative fluid optimization using stroke volume variation in high risk surgical patients: results of prospective randomized study. Crit Care. 2010;14(3):R118.

14. Lopes MR, Oliveira MA, Pereira VO, Lemos IP, Auler JO, Jr., Michard F. Goal-directed fluid management based on pulse pressure variation monitoring during high-risk surgery: a pilot randomized controlled trial. Crit Care. 2007;11(5):R100.

15. Brandstrup B, Tonnesen H, Beier-Holgersen R, Hjortso E, Ording H, Lindorff-Larsen K, et al. Effects of intravenous fluid restriction on postoperative complications: comparison of two perioperative fluid regimens: a randomized assessor-blinded multicenter trial. Ann Surg. 2003;238(5):641-8.

16. Holte K, Foss NB, Andersen J, Valentiner L, Lund C, Bie P, et al. Liberal or restrictive fluid administration in fast-track colonic surgery: a randomized, double-blind study. Br J Anaesth. 2007;99(4):500-8.

17. Kabon B, Akca O, Taguchi A, Nagele A, Jebadurai R, Arkilic CF, et al. Supplemental intravenous crystalloid administration does not reduce the risk of surgical wound infection. Anesth Analg. 2005;101(5):1546-53.

18. Lobo DN, Bostock KA, Neal KR, Perkins AC, Rowlands BJ, Allison SP. Effect of salt and water balance on recovery of gastrointestinal function after elective colonic resection: a randomised controlled trial. Lancet. 2002;359(9320):1812-8.

19. Nisanevich V, Felsenstein I, Almogy G, Weissman C, Einav S, Matot I. Effect of intraoperative fluid management on outcome after intraabdominal surgery. Anesthesiology. 2005;103(1):25-32.

20. Wilson J, Woods I, Fawcett J, Whall R, Dibb W, Morris C, et al. Reducing the risk of major elective surgery: randomised controlled trial of preoperative optimisation of oxygen delivery. BMJ. 1999;318(7191):1099-103.

21. Boyd O, Grounds RM, Bennett ED. A randomized clinical trial of the effect of deliberate perioperative increase of oxygen

delivery on mortality in high-risk surgical patients. JAMA. 1993;270(22):2699-707.

22. McKendry M, McGloin H, Saberi D, Caudwell L, Brady AR, Singer M. Randomised controlled trial assessing the impact of a nurse delivered, flow monitored protocol for optimisation of circulatory status after cardiac surgery. BMJ. 2004;329(7460):258.

23. Pearse R, Dawson D, Fawcett J, Rhodes A, Grounds RM, Bennett ED. Early goal-directed therapy after major surgery reduces complications and duration of hospital stay. A randomised, controlled trial [ISRCTN38797445]. Crit Care. 2005;9(6):R687-93.

24. Vermeulen H, Hofland J, Legemate DA, Ubbink DT. Intravenous fluid restriction after major abdominal surgery: a randomized blinded clinical trial. Trials. 2009;10:50.

25. Silva JM, Jr., de Oliveira AM, Nogueira FA, Vianna PM, Pereira Filho MC, Dias LF, et al. The effect of excess fluid balance on the mortality rate of surgical patients: a multicenter prospective study. Crit Care. 2013;17(6):R288.

26. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

27. A summary of selected new evidence relevant to NICE clinical guideline 74 "Prevention and treatment of surgical site infection" (2008). Evidence update 43. June 2013. Manchester: National Institute for Health and Care Excellence (http://www.nice.org.uk/guidance/cg74/evidence, acccessed 21 July 2016).

28. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

## 4.16  Drapes and gowns

### Recommendations

1. **The panel suggests that either sterile, disposable, non-woven or sterile, reusable woven drapes and surgical gowns can be used during surgical operations for the purpose of preventing SSI.**
   *(Conditional recommendation, moderate to very low quality of evidence)*

2. **The panel suggests not to use plastic adhesive incise drapes with or without antimicrobial properties for the purpose of preventing SSI.**
   *(Conditional recommendation, low to very low quality of evidence)*

### Rationale for the recommendations

- It is good clinical practice to use sterile drapes and gowns for surgery. To determine what type of surgical drapes and gowns are the most effective for the purpose of preventing SSI, the GDG decided to focus on disposable non-woven and reusable woven drapes, including plastic adhesive incise drapes with or without antimicrobial properties. Non-woven and woven drapes and gowns with antimicrobial properties were not considered a priority and no relevant evidence was found.

- Available evidence from one RCT, one quasi-RCT and 2 observational studies (moderate quality for RCTs and very low for observational) shows that the use of sterile disposable non-woven drapes and sterile surgical gowns has neither benefit nor harm when compared to sterile reusable woven drapes and surgical gowns in reducing the SSI rate. Considering the quality of the evidence, the GDG unanimously agreed to suggest that either sterile disposable non-woven or sterile reusable woven drapes and surgical gowns can be used. The strength of this recommendation was considered to be conditional.

- The GDG pointed out that there is no evidence for the potential effect of the timing or usefulness of changing surgical drapes or gowns in the course of a surgical operation for the purpose of preventing SSI.

- Evidence available from one RCT, one quasi-RCT and 2 observational studies (overall very low quality for both RCTs and observational) shows that the use of adhesive iodophor-impregnated incise drapes has neither benefit nor harm when compared to no adhesive incise drapes in reducing the SSI rate.

- Available evidence from 2 RCTs (overall low quality) shows that the use of plastic, adhesive, non-impregnated incise drapes has neither benefit nor harm when compared to no adhesive incise drapes in reducing the SSI rate.

- Considering the lack of evidence that plastic adhesive incise drapes (with or without antimicrobial properties) prevent SSI, the GDG unanimously agreed that they should not be used. Given the quality of the evidence (moderate to very low), the strength of this recommendation was considered to be conditional.

### Remarks

- The GDG highlighted that if the material of the disposable and reusable surgical drapes and gowns is permeable to liquids, it can expose health care workers to body fluids and also represents a risk for patients. Ideally, the material should be impermeable to prevent the migration of microorganisms. The GDG remarked that both reusable and disposable drapes and gowns commercially available are in permeable or impermeable forms.

- The GDG identified possible harms associated with the use of disposable drapes in that the adhesive bands of single-use drapes may provoke skin rash or eczema and devices may be dislodged when removing adhesive drapes after the surgical procedure *(1)*.

- Regarding plastic, adhesive incise drapes, the GDG identified allergic reactions as a possible harm associated with the use of iodophor-impregnated incise drapes *(2)*. The GDG noted also that a further possible harm could be that pieces of the adhesive film might remain in the wound.

## Background

Sterile surgical drapes are used during surgery to prevent contact with unprepared surfaces and maintain the sterility of environmental surfaces, equipment and the patient's surroundings. Similarly, sterile surgical gowns are worn over the scrub suit of the operating team during surgical procedures to maintain a sterile surgical field and reduce the risk of the transmission of pathogens to both patients and staff *(3)*.

Surgical gowns and drapes are fabricated from either multiple- or single-use materials. In addition, there is a considerable variation in design and performance characteristics within each of these two broad categories, which reflects the necessary trade-offs in economy, comfort and degree of protection required for particular surgical procedures *(4)*.

During surgical procedures, the risk of pathogen transmission increases if the barrier materials become wet. Consequently, the multiple- or single-use materials of the drapes and gowns used in a surgical procedure should prevent the penetration of liquids. Reusable materials are typically composed of different tightly woven textiles and/or knitted cotton or other fabrics possibly blended with polyester and/or chemically treated. These products have to be durable and provide protection after many cycles of processing and treatment. Disposable surgical drapes and gowns are typically composed of non-woven material of synthetic and/or natural origin, possibly combined with chemical treatment *(3)*.

Adhesive plastic incise drapes, either plain or impregnated with an antimicrobial agent (mostly an iodophor), are used on the patient's skin after completion of the surgical site preparation. The film adheres to the skin and the surgeon cuts through the skin and the drape itself *(5)*. Such a drape is theoretically believed to represent a mechanical and/or microbial barrier to prevent the migration of microorganisms from the skin to the operative site *(6)*. However, some reports have shown an increased recolonization of the skin following antiseptic preparation underneath adhesive drapes compared to the use of no drapes *(7)*.

A Cochrane review *(8)* and its updates *(5, 9)* of the effect of adhesive incise drapes to prevent SSI found that there is no evidence that plastic adhesive drapes reduce SSI. No recommendation is available on the use of sterile disposable or reusable drapes

and surgical gowns for the purpose of SSI prevention.

This topic is addressed in a few of the recent available guidelines, but with conflicting recommendations. The recent SHEA/IDSA guidelines issued in 2014 recommend that plastic adhesive drapes with or without antimicrobial properties should not be used routinely as a strategy to prevent SSI *(10)*. However, the UK-based NICE issued a guideline in 2008 recommending that an iodophor-impregnated drape should be used if a plastic adhesive drape is required *(11)*.

Following an in-depth analysis of the available resources and given the limited recommendations from other guidelines, the GDG decided to conduct a systematic review to assess the effect of the use of sterile disposable or reusable drapes and surgical gowns, including plastic adhesive incise drapes, for the purpose of SSI prevention.

## Summary of the evidence

The purpose of the evidence review (web Appendix 17) was to evaluate 3 important questions: (1) whether sterile disposable non-woven drapes and gowns or sterile reusable woven drapes and gowns should be used to prevent SSI; (2) whether changing drapes during operations affect the risk of SSI; and (3) whether sterile, disposable, adhesive incise drapes should be used to reduce the risk of SSI. The target population included patients of all ages undergoing a surgical procedure, with the presence of postoperative drainage. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

A total of 11 studies *(1, 12-21)* related to these topics with SSI as the primary outcome were identified and included 4 RCTs *(12, 17, 20, 21)*.

Regarding the first question, five studies including a total of 6079 patients and comprising one RCT *(12)*, one quasi-RCT *(13)* and three observational *(1, 14, 15)* were identified. Studies included clean and clean-contaminated (for example, general, cardiothoracic, orthopaedic, neurosurgery and plastic surgery) procedures. Four studies *(1, 12, 13, 15)* compared the use of sterile, disposable non-woven drapes and gowns vs. sterile, reusable woven drapes and gowns. One study *(14)* compared the use of sterile, disposable fenestrated drapes designed originally for cardiac catheterization with traditional draping that involved the use of multiple

reusable cloth drapes. There was a substantial variation among studies in the definition of SSI and the type and material of the single-use and reusable drapes and gowns.

After careful appraisal of the retrieved studies, a meta-analysis including the studies evaluating sterile, disposable non-woven vs. sterile, reusable woven drapes and gowns was performed. A moderate (RCTs) and very low (observational studies) quality of evidence showed that the use of sterile disposable non-woven drapes and gowns has neither benefit nor harm compared to sterile reusable woven items (OR: 0.85; 95% CI: 0.66–1.09 for RCTs; OR: 1.56; 95% CI: 0.89–2.72 for observational studies).

Regarding the second question, no studies assessing whether changing drapes during operations affects the risk of SSI were identified.

Regarding the third question, 6 studies (3 RCTs *(17, 20, 21)*, one quasi-RCT *(16)* and 2 observational *(18, 19)*) including a total of 1717 adult patients with SSI as an outcome were identified. Studies included clean and clean-contaminated (for example, cardiac, hip fracture fixation, open appendectomy, hernia repair and liver resection for hepatocellular carcinoma) surgical procedures. There was a substantial variation in the definition of SSI among studies.

Two separate meta-analysis comparisons were performed to evaluate sterile, disposable, antimicrobial-impregnated adhesive incise drapes vs. sterile non-adhesive incise drapes, and sterile, non-antimicrobial-impregnated adhesive incise drapes vs. sterile non-adhesive incise drapes. There is a very low quality of evidence suggesting that the use of sterile, disposable, antimicrobial-impregnated adhesive incise drapes has neither benefit nor harm compared to sterile non-adhesive incise drapes in reducing the risk of SSI (OR: 2.62; 95% CI: 0.68–10.04 for RCTs; OR: 0.49; 95% CI: 0.16–1.49 for observational studies). There is a low quality of evidence from 2 RCTs that the use of sterile, disposable non-antimicrobial-impregnated adhesive incise drapes has neither benefit nor harm compared to sterile non-adhesive incise drapes in reducing the risk of SSI (OR: 1.10; 95% CI: 0.68–1.78).

## Additional factors considered when formulating the recommendation

### Values and preferences
No study was found on patient values and preferences with regards to the interventions addressed in the recommendations. The GDG is confident that most patients would not want to be involved in the decision of whether to use disposable or reusable drapes and surgical gowns as long as the risk of SSI is minimized. It was acknowledged also that although patients may value measures to prevent SSI, they do not wish to be exposed to discomfort or possible harm due to skin irritation or allergic reactions to drapes (for example, associated with some adhesive disposable drapes or adhesive incise drapes).

### Resource use
The GDG acknowledged that many different aspects need to be taken into account when evaluating the resource implications for the use of sterile disposable vs. sterile reusable drapes and surgical gowns. These include (but are not limited to) direct purchase costs and costs related to laundry and sterilization, labour required for reprocessing and waste disposal *(22)*. Two studies *(23, 24)* showed lower costs associated with the use of disposable drapes and gowns, whereas a cost-benefit analysis *(22)* found costs for sterile disposable drapes and gowns to be relatively higher compared with reusable ones. Other authors reported that costs were similar for disposable and reusable items *(25, 26)*. The heterogenous findings of the available data on resource implications suggest that disposable and reusable surgical drapes and gowns are probably similar in costs.

In LMICs, the availability of disposable drapes and gowns and adhesive incise drapes may be limited and costs may represent a high financial burden, whereas labour costs for reprocessing reusable items may be less of an issue. The disposal of single-use drapes and gowns and the ecological impact should be considered as their use generates additional clinical waste. Taking into account the lack of evidence of any benefit for the prevention of SSI, the additional cost for plastic adhesive incise drapes is not justified, irrespective of the setting.

### Research gaps
The GDG highlighted that the available evidence regarding the interventions addressed in the recommendations is limited and comes mainly

from high-income countries. More well-designed RCTs investigating the use of sterile disposable compared to sterile reusable drapes and surgical gowns in terms of SSI prevention are needed, particularly in LMICs. A cost-effectiveness analysis is highly recommended, especially in low-resource settings. Further research should focus also on different types of materials (including permeable and impermeable materials) and address environmental concerns (water, energy, laundry, waste, etc.). Another research priority is to investigate whether drapes should be changed during the operation and if this measure has an effect on SSI rates. The GDG highlighted that the use of adhesive incise drapes is not considered a high priority topic in the field of SSI prevention research. Nevertheless, well-designed RCTs should be encouraged to further investigate the potential benefits of these products, which are aggressively promoted by the manufacturing companies.

## References

1. Castro Ferrer MJ, Maseda Alvarez AM; Rodríguez García JI. Comparison of sterile, disposable surgical drapes. Enferm Clín. 2004;14(01):3-6.

2. Zokaie S, White IR, McFadden JD. Allergic contact dermatitis caused by iodophor-impregnated surgical incise drape. Contact Dermatitis. 2011;65(5):309.

3. Rutala WA, Weber DJ. A review of single-use and reusable gowns and drapes in health care. Infect Control Hosp Epidemiol. 2001;22(4):248-57.

4. Selection of surgical gowns and drapes in healthcare facilities. AAMI Technical Information Report TIR No. 11-1994; Arlington (VA); Association for the Advancement of Medical Instrumentation; 1994.

5. Webster J, Alghamdi A. Use of plastic adhesive drapes during surgery for preventing surgical site infection. Cochrane Database Syst Rev. 2013;1:CD006353.

6. French ML, Eitzen HE, Ritter MA. The plastic surgical adhesive drape: an evaluation of its efficacy as a microbial barrier. Ann Surg. 1976;184(1):46-50.

7. Falk-Brynhildsen K, Friberg O, Soderquist B, Nilsson UG. Bacterial colonization of the skin following aseptic preoperative preparation and impact of the use of plastic adhesive drapes. Biol Res Nurs. 2013;15(2):242-8.

8. Webster J, Alghamdi AA. Use of plastic adhesive drapes during surgery for preventing surgical site infection. Cochrane Database Syst Rev. 2007(4):CD006353.

9. Webster J, Alghamdi A. Use of plastic adhesive drapes during surgery for preventing surgical site infection. Cochrane Database Syst Rev. 2015;4:CD006353.

10. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(Suppl. 2):S66-88.

11. Daeschlein G, Napp M, Assadian O, Bluhm J, Krueger C, von Podewils S, et al. Influence of preoperative skin sealing with cyanoacrylate on microbial contamination of surgical wounds following trauma surgery: a prospective, blinded, controlled observational study. Int J Infect Dis. 2014;29:274-8.

12. Bellchambers J, Harris JM, Cullinan P, Gaya H, Pepper JR. A prospective study of wound infection in coronary artery surgery. Europ J Cardiothorac Surg. 1999;15(1):45-50.

13. Belkin NL. Are "barrier" drapes cost effective? Today's Surg Nurse. 1998;20(6):18-23.

14. Gallagher MM, Santini L, Magliano G, Sgueglia M, Venditti F, Padula M, et al. Feasibility and safety of a simplified draping method for pacing procedures. Europace. 2007;9(10):890-3.

15. Treggiari M, Benevento A, Caronno R, Dionigi R. [The evaluation of the efficacy of drapes and gowns of nonwoven fabric versus drapes and gowns of cotton in reducing the incidence of postoperative wound infections]. Minerva Chir. 1992;47(1-2):49-54.

16. Al-Qahtani SM, Al-Amoudi HM, Al-Jehani S, Ashour AS, Abd-Hammad MR, Tawfik OR, et al. Post-appendectomy surgical site infection rate after using an antimicrobial film incise drape: a prospective study. Surg Infect (Larchmt). 2015;16(2):155-8.

17. Segal CG, Anderson JJ. Preoperative skin preparation of cardiac patients. AORN J. 2002;76(5):821-8.

18. Swenson BR, Camp TR, Mulloy DP, Sawyer RG. Antimicrobial-impregnated surgical incise drapes in the prevention of mesh infection after ventral hernia repair. Surg Infect (Larchmt). 2008;9(1):23-32.

19. Yoshimura Y, Kubo S, Hirohashi K, Ogawa M, Morimoto K, Shirata K, et al. Plastic iodophor drape during liver surgery operative use of the iodophor-impregnated adhesive drape to prevent wound infection during high risk surgery. World J Surg. 2003;27(6):685-8.

20. Chiu KY, Lau SK, Fung B, Ng KH, Chow SP. Plastic adhesive drapes and wound infection after hip fracture surgery. Aust N Z J Surg. 1993;63(10):798-801.

21. Ward HR, Jennings OG, Potgieter P, Lombard CJ. Do plastic adhesive drapes prevent post caesarean wound infection? J Hosp Infect. 2001;47(3):230-4.

22. Baykasoglu A, Dereli T, Yilankirkan N. Application of cost/benefit analysis for surgical gown and drape selection: a case study. Am J Infect Control. 2009;37(3):215-26.

23. Murphy L. Cost/benefit study of reusable and disposable OR draping materials. J Healthc Mat Manage. 1993;11(3):44-8.

24. Lizzi AM, Almada GC, Veiga G, Carbone N. Cost effectiveness of reusable surgical drapes versus disposable non-woven drapes in a Latin American hospital. Am J Infect Control. 2008;36(5):e125.

25. Overcash M. A comparison of reusable and disposable perioperative textiles: sustainability state-of-the-art 2012. Anesth Analg. 2012;114(5):1055-66.

26. McDowell J. An environmental, economic, and health comparison of single-use and reusable drapes and gowns. Asepsis. 1993:1-15.

## 4.17 Wound protector devices

### Recommendation

**The panel suggests considering the use of wound protector (WP) devices in clean-contaminated, contaminated and dirty abdominal surgical procedures for the purpose of reducing the rate of SSI.**
*(Conditional recommendation, very low quality of evidence)*

### Rationale for the recommendation

- Overall very low quality evidence shows that a single- or double-ring WP device has benefit in reducing the rate of SSI compared with regular wound protection. Meta-regression analysis showed no strong evidence for a difference in the effect between single- and double-ring WPs. There was also no evidence that the effect differed between clean-contaminated or contaminated or dirty surgery and other surgery.

- The GDG agreed to suggest the use of either WP device in abdominal surgery with laparotomy for the purpose of reducing SSI. Given the very low quality evidence, the strength of the recommendation was considered to be conditional and the GDG proposed to use the terminology "The panel suggests considering…" to highlight the need for careful local evaluation about whether and how to apply this recommendation, in particular regarding the availability of these devices and associated costs.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, the effectiveness of this intervention is not proven for paediatric patients.

- Two differently designed types of commercially-available WP devices have been used as an intervention in the included studies, that is, single- *(1-6)* and double-ring WPs *(7-11)*.

- With regard to the degree of wound contamination in abdominal surgery, 5 studies included clean-contaminated *(3-7)*, 5 studies included contaminated *(2-6)* and 6 studies investigated dirty procedures *(2-6, 9)*.

- The GDG identified possible harms associated with the use of WP devices, particularly in patients with abdominal adhesions. In these cases, the insertion of a WP device may be difficult and lead to the need to enlarge the incision, to injuries to the small bowel and to the prolongation of the procedure. A further concern is the limited space to access the surgical field after insertion of the WP.

- Although poorly assessed by the studies included, no serious adverse effects have been reported.

- The GDG emphasized that the operating surgeon needs to be familiar with handling a WP device during placement, in the operative phase and upon removal to avoid wound contamination at these critical time points, particularly when WP is used in patients with a high intra-abdominal bacterial load, such as diffuse peritonitis.

- The GDG highlighted that these are single-use devices that must not be reused.

### Background

Although surgeons have progressively paid more attention to the control of operative wound contamination during surgical procedures, incisional SSI is still a frequent postoperative adverse event jeopardizing patient safety and increasing health care costs.

Conventional surgical drapes are commonly used by surgeons to limit the aseptic surgical area and to cover the freshly-made wound edges. Nevertheless, this non-fixed mechanical barrier may become dislodged or potentially contaminated.

To better reinforce the aspects related to wound edge isolation, surgical WP devices have been fabricated and marketed, unlike new developed drugs that need different controlled studies before approval by regulatory bodies. These new surgical devices comprise a non-adhesive plastic sheath

attached to a single or double rubber ring that firmly secures the sheath to the wound edges. The device is intended to facilitate the retraction of the incision during surgery without the need for additional mechanical retractors and cloths. Theoretically, commercially-available WPs are intended to reduce wound edge contamination to a minimum during abdominal surgical procedures, including contamination from outside (clean surgery) and inside the peritoneal cavity (clean-contaminated, contaminated and dirty surgery). Although these surgical devices are already on the market, their real usefulness and cost-effectiveness warrants additional evidence-based analysis.

Few organizations have issued recommendations regarding the use of WP devices (Table 4.17.1). The UK-based NICE states that wound edge protection devices may reduce SSI rates after open abdominal surgery, but no recommendation is given due to the lack of further high quality evidence *(12)*. However, SHEA/IDSA guidelines recommend the use of impervious plastic WPs for gastrointestinal and biliary tract surgery *(13)*.

*Table 4.17.1.* **Recommendations on the use of WP devices according to available guidelines**

| Guidelines (year issued) | Recommendations on the use of WP devices |
|---|---|
| **SHEA/IDSA practice recommendation** (2014) *(13)* | Use impervious plastic WPs for gastrointestinal and biliary tract surgery. |
| **NICE** (2013 update) *(12)* | Wound edge protection devices may reduce the SSI rate after open abdominal surgery, but the current lack of high quality studies implies that more research is needed. |

WP: wound protector; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence.

Following the in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess the effectiveness of WP devices compared with standard wound edge protection and to determine if they might be beneficial to prevent SSI.

### Summary of the evidence
The purpose of the evidence review (web Appendix 18) was to evaluate whether the use of a WP device is more effective in reducing the risk of SSI than conventional wound protection, which is mainly through placing wet towels between the wound edge in combination with steel retractors. The target population included patients of all ages undergoing either elective or urgent abdominal surgery through conventional open access. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Eleven trials comparing  the use of a WP device with conventional wound protection in abdominal surgical procedures with laparotomy were identified. These included a total of 2949 patients and comprised 10 RCTs *(1, 3-11)* and one prospective controlled trial *(2)*. There is very low quality evidence for the benefit of either a single- or double-ring WP device in reducing the SSI rate when compared with standard wound protection (OR: 0.42; 95% CI: 0.28–0.62).

This beneficial effect was observed both for single- (OR: 0.51; 95% CI: 0.34–0.76) and double-ring WPs (OR: 0.25; 95% CI: 0.13–0.50). Similarly, meta-regression analysis showed no strong evidence for a difference in the effect between single- and double-ring WPs (*P*=0.107). There was also no evidence that the effect differed between clean-contaminated (*P*=0.244), contaminated (*P*=0.305) or dirty (*P*=0.675) surgery and other surgery. The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG is confident that most patients wish to receive this intervention in order to reduce the risk of SSI. Patients will prefer also to be treated by surgeons who are familiar with the use of WP devices in order to reduce the risk of complications.

### Resource use

In LMICs, the availability of WP devices may be limited and represent a high financial burden. The GDG pointed out that this intervention may not be prioritized in resource-limited settings compared to other interventions to reduce SSI. It was highlighted that there is a need for staff training, irrespective of the setting. Few studies addressed the cost-effectiveness of the intervention. Two small studies found the use of WP to be cost-effective *(6, 9)*, while one larger trial did not *(14)*.

## Research gaps

The GDG highlighted that the available evidence consists mainly of low quality small studies. There is a need for properly designed multicentre RCTs. The SSI outcome should be defined according to the CDC criteria and sub-specified as superficial, deep and organ/space occupying infections. Specific and relevant surgical procedures should be reported regarding the level of wound contamination and the rate of incisional SSI (for example, colorectal surgery and laparotomy for peritonitis). Investigators should consider comparing single- with double-ring WP devices. Trials should report adverse events related to the intervention. Finally, cost-effectiveness studies are also needed.

## References

1. Baier P, Kiesel M, Kayser C, Fischer A, Hopt UT, Utzolino S. Ring drape do not protect against surgical site infections in colorectal surgery: a randomised controlled study. Int J Colorectal Dis. 2012;27(9):1223-8.
2. Brunet P, Bounoua F, Bugnon PY, Gautier-Benoit C, Intérêt des champs à anneau en chirurgie abdominale. Lyon Chir. 1994;90(6):438-41.
3. Mihaljevic AL, Schirren R, Ozer M, Ottl S, Grun S, Michalski CW, et al. Multicenter double-blinded randomized controlled trial of standard abdominal wound edge protection with surgical dressings versus coverage with a sterile circular polyethylene drape for prevention of surgical site infections: a CHIR-Net trial (BaFO; NCT01181206). Ann Surg. 2014;260(5):730-7; discussion 7-9.
4. Pinkney TD, Calvert M, Bartlett DC, Gheorghe A, Redman V, Dowswell G, et al. Impact of wound edge protection devices on surgical site infection after laparotomy: multicentre randomised controlled trial (ROSSINI Trial). BMJ. 2013;347:f4305.
5. Redmond HP, Meagher PJ, Kelly CJ, Deasy JM. Use of an impervious wound-edge protector to reduce the postoperative wound infection rate. Br J Surg. 1994;81(1811).
6. Sookhai S, Redmond HP, Deasy JM. Impervious wound-edge protector to reduce postoperative wound infection: a randomised, controlled trial. Lancet. 1999;353(9164):1585.
7. Cheng KP, Roslani AC, Sehha N, Kueh JH, Law CW, Chong HY, et al. ALEXIS O-Ring wound retractor vs conventional wound protection for the prevention of surgical site infections in colorectal resections (1). Colorectal Dis. 2012;14(6):e346-51.
8. Horiuchi T, Tanishima H, Tamagawa K, Matsuura I, Nakai H, Shouno Y, et al. Randomized, controlled investigation of the anti-infective properties of the Alexis retractor/protector of incision sites. J Trauma. 2007;62(1):212-5.
9. Lee P, Waxman K, Taylor B, Yim S. Use of wound-protection system and postoperative wound-infection rates in open appendectomy: a randomized prospective trial. Arch Surg. 2009;144(9):872-5.
10. Reid K, Pockney P, Draganic B, Smith SR. Barrier wound protection decreases surgical site infection in open elective colorectal surgery: a randomized clinical trial. Dis Colon Rectum. 2010;53(10):1374-80.
11. Theodoridis TD, Chatzigeorgiou KN, Zepiridis L, Papanicolaou A, Vavilis D, Tzevelekis F, et al. A prospective randomized study for evaluation of wound retractors in the prevention of incision site infections after cesarean section. Clin Exper Obstet Gynecol. 2011;38(1):57-9.
12. Surgical site infection: evidence update 43 (June 2013) London: National Institute for Health and Care Excellenc (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidenc e/evidence-update-241969645, accessed 24 July 2016).
13. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al.

Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

14. Gheorghe A, Roberts TE, Pinkney TD, Bartlett DC, Morton D, Calvert M. The cost-effectiveness of wound-edge protection devices compared to standard care in reducing surgical site infection after laparotomy: an economic evaluation alongside the ROSSINI trial. PloS One. 2014;9(4):e95595.

## 4.18  Incisional wound irrigation

### Recommendations

The panel considers that there is insufficient evidence to recommend for or against saline irrigation of <u>incisional</u> wounds before closure for the purpose of preventing SSI.

The panel suggests considering the use of irrigation of the <u>incisional</u> wound with an aqueous PVP-I solution before closure for the purpose of preventing SSI, particularly in clean and clean-contaminated wounds.

The panel suggests that antibiotic <u>incisional</u> wound irrigation before closure should not be used for the purpose of preventing SSI.
*(Conditional recommendations/low quality of evidence)*

### Rationale for the recommendation

- RCTs comparing wound irrigation vs. no wound irrigation or wound irrigation using different solutions with SSI as an outcome were evaluated. Evidence was available on intraperitoneal, incisional wound and mediastinal irrigation in patients undergoing various surgical procedures.
- Considering the substantial heterogeneity in the available evidence, the GDG decided to focus only on incisional wound irrigation. In particular, the GDG agreed not to consider intraperitoneal irrigation for the formulation of recommendations as the identified studies described contaminated and dirty intra-abdominal procedures (for example, peritonitis). Therefore, wound irrigation was likely to represent a therapeutic intervention, rather than a prophylactic measure.
- Very low quality evidence shows that incisional wound irrigation with saline solution has neither benefit nor harm compared to no irrigation.
- Low quality evidence shows that the irrigation of the incisional wound with an aqueous PVP-I solution is beneficial with a significant decrease of the risk of SSI when compared to irrigation with a saline solution.
- Very low quality evidence shows that the irrigation of the incisional wound with antibiotic solutions has neither benefit nor harm compared to irrigation with a saline solution or no irrigation.
- The GDG agreed that there is insufficient evidence to issue a recommendation for or against the saline solution irrigation of <u>incisional</u> wounds for the purpose of preventing SSI. The GDG also decided to suggest considering the use of irrigation of the incisional wound with an aqueous PVP-I solution. The term "considering" was proposed to highlight that a decision-making process is needed, especially focusing on clean and clean-contaminated wounds. Finally, the GDG agreed to suggest that antibiotic incisional wound irrigation should not be used for the purpose of preventing SSI. The strength of these recommendations should be conditional due to the low quality of the evidence.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, the effectiveness of irrigation of the <u>incisional</u> wound with an aqueous PVP-I solution is not proven for paediatric patients.

- The available evidence from 7 RCTs *(1-7)* (10 estimates) showed that irrigation of the incisional wound with an aqueous PVP-I solution was beneficial in reducing the risk of SSI when compared to irrigation with a saline solution. Stratification of the evidence by contamination showed that the effect was attributable to incisional wound irrigation in clean and clean-contaminated procedures rated as wound classes I and II according to the CDC system *(8)*.

- The evidence on irrigation of incisional wounds with aqueous PVP-I is available from studies investigating PVP-I 10% in open abdominal surgery (CDC wound classes I-IV; 3 RCTs), PVP-I 1% in appendectomies (CDC wound classes II-IV; one RCT) and PVP-I 0.35% in orthopaedic spine surgery (CDC wound class I; 3 RCTs). There was no evidence for a dose-response effect with regard to the concentration of the PVP-I solution used.

- Two RCTs showed that the pulse pressure irrigation of incisional wounds with a normal saline solution was beneficial in reducing the risk of SSI in CDC wound classes I and II-III compared to normal irrigation with a saline solution. One RCT showed that irrigation with a normal saline solution applied with pressure to the incisional wound was beneficial compared to no irrigation. Nevertheless, the GDG considered that there is insufficient evidence to issue a recommendation for or against the saline solution irrigation of incisional wounds as one RCT investigating regular irrigation with a saline solution showed neither benefit nor harm when compared to no irrigation. When saline solution irrigation is used, the use of pulse pressure irrigation may be considered.

- The available evidence from 5 RCTs shows that the antibiotic irrigation of the incisional wound has neither benefit nor harm in reducing SSI when compared to no or saline solution irrigation.

- Of the included studies, 3 RCTs *(5, 9, 10)* described sterility of the irrigation fluid. The other studies did not report whether the irrigation fluid was sterile or not.

- The GDG discussed allergic reactions and metabolic adverse events as potential harms of iodine uptake. However, clinical signs of iodine toxicity were not reported in the included studies *(5)*. In the case of known or presumed allergy to iodine, other products (for example, chlorhexidine) should be used if incisional wound irrigation is performed. PVP-I must not be allowed to come into contact with exposed meninges and neural tissues, such as the brain or spinal cord *(11)*. Based on in vitro studies *(12, 13)*, the GDG also raised concerns about the potential toxic effects of PVP-I on fibroblasts, the mesothelium and the healing of tissue. No study assessed undesirable outcomes for pulse pressure irrigation.

- The GDG highlighted the risk of emergence of AMR associated with the use of antibiotics for wound irrigation. Considering that the evidence shows that this procedure has no benefit with regard to SSI prevention, the GDG strongly emphasized that this practice is associated with an unnecessary risk of contributing to AMR. Furthermore, the GDG underlined that there is no standardized procedure to prepare an antibiotic solution for wound irrigation and no certainty of target attainment by using this method.

### Background

Intraoperative wound irrigation is the flow of a solution across the surface of an open wound to achieve wound hydration and it is widely practised to help prevent SSI *(14-16)*. It is intended to act as a physical cleaner by removing cellular debris, surface bacteria and body fluids, to have a diluting effect on possible contamination, and to function as a local antibacterial agent when an antiseptic or antibiotic agent is used. Up to 97% of surgeons state that they use intraoperative irrigation *(14)*.

However, practices vary depending on the patient population, the surface of application and solutions used. Similar variations in methodology and results can be observed in studies investigating the effect of wound irrigation *(17)*. Some experimental studies have also raised concerns about the cytotoxicity of some bactericidal additives, but the clinical relevance of these findings is unclear. Moreover, most of the literature investigating wound irrigation dates from an era when infection prevention measures were incomparable to practice today.

Two clinical practice guidelines issued by professional societies and a national authority have included contradictory recommendations regarding intraoperative wound irrigation (Table 4.18.1). The SHEA/IDSA guideline recommends performing intraoperative antiseptic wound lavage (grade II level of evidence) *(18)*. The UK-based NICE guideline states that there is only limited evidence suggesting a benefit for intraoperative wound irrigation with PVP-I. However, although wound irrigation with PVP-I may reduce SSI, PVP-I is not licensed for open wounds by the US Food and Drug Administration *(19)*. Therefore, the NICE guideline recommends that wound irrigation should not be used to reduce the risk of SSI *(20)* .

| Table 4.18.1. Recommendations on wound irrigation according to available guidelines | |
|---|---|
| **Guidelines** (date issued) | **Recommendations on wound irrigation to reduce the risk of SSI** |
| **SHEA/IDSA** (2014) *(18)* | Perform antiseptic wound lavage (for example, with diluted PVP-I ). |
| **NICE** (2008) *(20)* | Do not use wound irrigation to reduce the risk of SSI. |

SSI: surgical site infection; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence.

Following the in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on wound irrigation.

## Summary of the evidence

The purpose of the evidence review (web Appendix 19) was to investigate whether intraoperative wound irrigation (with or without active agents or pressured application) affects the incidence of SSI. The population studied were adult patients undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality. Only studies investigating wound irrigation (flow of solution across the surface of an open wound, with or without active additives) were included. Studies investigating the topical application of antibiotics or antiseptics (powder, gels, sponges, etc.) other than intraoperative wound irrigation were not included. To ensure that only evidence relevant to the current standard of infection prevention measures was included in our analyses, studies where SAP was not administered appropriately (that is, preoperatively and intravenous) were excluded. In addition, studies where wound irrigation represented a therapeutic intervention for a pre-existent infection rather than a prophylactic measure were also excluded.

A total of 21 RCTs comparing (active) wound irrigation vs. no (active) wound irrigation in patients undergoing various surgical procedures were identified with SSI as the outcome (web Appendix 19). There was substantial heterogeneity in the available evidence. The main differences were related to the irrigated surface, the composition of the irrigation fluid and the surgical procedure with the associated wound contamination level. After careful appraisal of the included studies, the research team and the GDG decided to restrict the recommendation to incisional wound irrigation

as too little (and heterogeneous) evidence was available to address other applications of irrigation (that is, intraperitoneal or mediastinal irrigation). In particular, the GDG agreed not to consider intraperitoneal irrigation for the formulation of recommendations as the identified studies described contaminated and dirty intra-abdominal procedures (for example, peritonitis). Therefore, wound irrigation was likely to represent a therapeutic intervention, rather than a prophylactic measure.

Meta-analyses were performed to evaluate the following comparisons in incisional wound irrigation: saline solution vs. no irrigation; syringe pressure irrigation with saline solution vs. no irrigation; pulse pressure irrigation with saline solution vs. normal saline solution; aqueous PVP-I vs. saline solution; and antibiotic vs. saline solution or no irrigation.

One study *(21)* compared irrigation of the incisional wound with normal saline solution to no irrigation in women undergoing a caesarean section (CDC wound class II). The study demonstrated no significant difference between wound irrigation and no irrigation on the incidence of incisional wound infection (OR: 1.09; 95% CI: 0.44-2.69; $P$=0.85). The quality of evidence was very low due to risk of bias and imprecision. When different methods of irrigation were compared, a low quality of evidence from 2 studies *(22, 23)* demonstrated a significant benefit for pulse pressure irrigation in preventing SSI compared to normal irrigation with a saline solution (OR: 0.30; 95% CI: 0.08-0.86; $P$=0.0003). A moderate quality of evidence from another study *(24)* demonstrated a significant benefit for irrigation with a normal saline solution applied with force compared to no irrigation (OR: 0.35; 95% CI: 0.19-0.65; $P$=0.0009).

Seven RCTs *(1-7)* compared irrigation of the incisional wound with aqueous PVP-I solutions in

different concentrations to irrigation with a saline solution. Meta-analysis of these studies demonstrated a significant benefit for incisional wound irrigation with an aqueous PVP-I solution (OR: 0.31; 95% CI: 0.13-0.73; $P$=0.007). However, the quality of evidence was low due to risk of bias and imprecision. Stratification for wound contamination and PVP-I solution showed that the effect was attributable to incisional wound irrigation in clean and clean-contaminated procedures with PVP-I 10% and PVP-I 0.35%.

Five studies (25-29) compared irrigation of the incisional wound with an antibiotic solution to irrigation with a normal saline solution or no irrigation in CDC wound classes I-IV. A meta-analysis of the 5 RCTs demonstrated no significant difference between antibiotic irrigation of the incisional wound and no irrigation or only with a saline solution (OR: 1.16; 95% CI: 0.64-2.12; P=0.63). The quality of evidence was very low due to risk of bias and imprecision.

## Factors considered when formulating the recommendation

### Values and preferences
Patient values and preferences were not assessed by the studies, but the GDG argued that the recommendation was in line with the values and preferences of most patients.

### Resource use
The GDG pointed out that there is a lack of data on costs or the cost-effectiveness of interventions using wound irrigation. Although the GDG recognized that saline and PVP-I solutions are usually readily available in most settings, the availability of sterile products may be limited in LMICs. In many settings, the availability and costs of pulse pressure devices, including their purchase, waste disposal, procurement, energy and machine maintenance, represent a high financial burden, especially in LMICs. Moreover, the use of pressure devices introduces the need for staff protection, such as gowns and face shields.

## Research gaps
The GDG highlighted that the available evidence comes from old studies mainly conducted in the 1980s. This represents a serious limitation as IPC measures have changed significantly since that period. New well-designed RCTs using standard of care protocols for SAP are needed to evaluate and compare the most commonly-used irrigation

practices with a special emphasis on the agent used and a focus on the prevention of SSI in different surgical procedures. In particular, it is unclear as to what is the best alternative agent to PVP-I in the case of an adverse event with this solution. These studies should be conducted in both high-income and LMICs. In addition, trials should address also the cost-effectiveness of the intervention and the harm associated with irrigation and the agents used for irrigation.

## References

1. Cheng MT, Chang MC, Wang ST, Yu WK, Liu CL, Chen TH. Efficacy of dilute betadine solution irrigation in the prevention of postoperative infection of spinal surgery. Spine. 2005; 30(15):1689-93..
2. Chang FY, Chang MC, Wang ST, Yu WK, Liu CL, Chen TH. Can povidone-iodine solution be used safely in a spinal surgery? Europ Spine J. 2006;15(6):1005-14.
3. Kokavec M, Fristáková M. Efficacy of antiseptics in the prevention of post-operative infections of the proximal femur, hip and pelvis regions in orthopedic pediatric patients. Analysis of the first results. [Article in Czech]. Acta Chir Orthop Traumatol Cech. 2008; 75(2):106-9.
4. Rogers DM, Blouin GS, O'Leary JP. Povidone-iodine wound irrigation and wound sepsis. Surg Gynecol Obstet. 1983;157(5):426-30.
5. Sindelar WF, Brower ST, Merkel AB, Takesue EI. Randomised trial of intraperitoneal irrigation with low molecular weight povidone-iodine solution to reduce intra-abdominal infectious complications. J Hosp Infect. 1985;6(Suppl. A):103-14.
6. Sindelar WF, Mason GR. Irrigation of subcutaneous tissue with povidone-iodine solution for prevention of surgical wound infections. Surg Gynecol Obstet. 1979;148(2):227-31.
7. Lau WY, Fan ST, Chu KW, Yip WC, Chong KK, Wong KK. Combined topical povidone-iodine and systemic antibiotics in postappendicectomy wound sepsis. Br J Surg. 1986;73(12):958-60.
8. Mangram AJ, Horan TC, Pearson ML, Silver LC, Jarvis WR. Guideline for prevention of surgical site infection, 1999. Centers for Disease Control and Prevention (CDC) Hospital Infection Control Practices Advisory Committee. Am J Infect Control. 1999;27:97-132.
9. Tanaka K, Matsuo K, Kawaguchi D, Murakami T, Hiroshima Y, Hirano A, et al. Randomized clinical trial of peritoneal lavage for preventing

surgical site infection in elective liver surgery. J Hepatobiliary Pancreat Sci. 2015; 22(6):446-53.

10. Silverman SH, Ambrose NS, Youngs DJ. The effect of peritoneal lavage with tetracycline solution of postoperative infection. A prospective, randomized, clinical trial. Dis. Colon Rectum.1986;29(3):165-9.

11. Akcay E, Ersahin Y, Ozer F, Duransoy YK, Camlar M, Atci I, et al. Neurotoxic effect of povidone-iodine on the rat spine using a laminectomy-durotomy model. Child's Nerv Syst. 2012;28(12):2071-5.

12. Kaysinger KK, Nicholson NC, Ramp WK, Kellam JF. Toxic effects of wound irrigation solutions on cultured tibiae and osteoblasts. J Orthop Trauma. 1995;9(4):303-11.

13. Lineaweaver W, McMorris S, Soucy D, Howard R. Cellular and bacterial toxicities of topical antimicrobials. Plast Reconstr Surg. 1985;75(3):394-6.

14. Whiteside OJ, Tytherleigh MG, Thrush S, Farouk R, Galland RB. Intra-operative peritoneal lavage--who does it and why? Ann R Coll Surg Engl. 2005;87(4):255-8.

15. Diana M, Hubner M, Eisenring MC, Zanetti G, Troillet N, Demartines N. Measures to prevent surgical site infections: what surgeons (should) do. World J Surg. 2011;35(2):280-8.

16. Pivot D, Tiv M, Luu M, Astruc K, Aho S, Fournel I. Survey of intraoperative povidone-iodine application to prevent surgical site infection in a French region. J Hosp Infection. 2011;77(4):363-4.

17. Mueller TC, Loos M, Haller B, Mihaljevic AL, Nitsche U, Wilhelm D, et al. Intra-operative wound irrigation to reduce surgical site infections after abdominal surgery: a systematic review and meta-analysis. Langenbeck's Arch Surg. 2015;400(2):167-81.

18. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

19. Barnes S, Spencer M, Graham D, Johnson HB. Surgical wound irrigation: a call for evidence-based standardization of practice. Am J Infect Control. 2014;42(5):525-9.

20. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337:a1924.

21. Al-Ramahi M, Bata M, Sumreen I, Amr M. Saline irrigation and wound infection in abdominal gynecologic surgery. Int J Gynaecol Obstet. 2006;94(1):33-6.

22. Hargrove R, Ridgeway S, Russell R, Norris M, Packham I, Levy B. Does pulse lavage reduce hip hemiarthroplasty infection rates? J Hosp Infect. 2006;62(4):446-9.

23. Nikfarjam M, Weinberg L, Fink MA, Muralidharan V, Starkey G, Jones R. Pressurized pulse irrigation with saline reduces surgical-site infections following major hepatobiliary and pancreatic surgery: randomized controlled trial. World J Surg. 2014; 38(2):447-55.

24. Cervantes-Sánchez CR, Gutiérrez-Vega R, Vázquez-Carpizo JA, Clark P, Athié-Gutiérrez C. Syringe pressure irrigation of subdermic tissue after appendectomy to decrease the incidence of postoperative wound infection. World J Surg. 2000; 24(1):38-41.

25. Pitt HA, Postier RG, MacGowan AW, Frank LW, Surmak AJ, Sitzman JV, et al. Prophylactic antibiotics in vascular surgery. Topical, systemic, or both? Ann Surg. 1980;192(3):356-64.

26. Freischlag J, McGrattan M, Busuttil RW. Topical versus systemic cephalosporin administration in elective biliary operations. Surgery. 1984; 96(4):686-93.

27. Juul P, Merrild U, Kronborg O. Topical ampicillin in addition to a systemic antibiotic prophylaxis in elective colorectal surgery. A prospective randomized study. Dis Colon Rectum. 1985;28(11):804-6.

28. Moesgaard F, Nielsen ML, Hjortrup A, Kjersgaard P, Sorensen C, Larsen PN, et al. Intraincisional antibiotic in addition to systemic antibiotic treatment fails to reduce wound infection rates in contaminated abdominal surgery. A controlled clinical trial. Dis Colon Rectum. 1989;32(1):36-8.

29. Ruiz-Tovar J, Cansado P, Perez-Soler M, Gomez MA, Llavero C, Calero P, et al. Effect of gentamicin lavage of the axillary surgical bed after lymph node dissection on drainage discharge volume. Breast. 2013; 22(5):874-8.

## 4.19  Prophylactic negative pressure wound therapy

| Recommendation |
| --- |

**The panel suggests the use of prophylactic negative pressure wound therapy (pNPWT) in adult patients on primarily closed surgical incisions in high-risk wounds, for the purpose of the prevention of SSI, while taking resources into account.**
*(Conditional recommendation, low quality of evidence)*

| Rationale for the recommendation |
| --- |

- Overall low quality evidence shows that pNPWT has a benefit in reducing the risk of SSI in patients with a primarily closed surgical incision following high-risk wounds (for example, in case of poor tissue perfusion due to surrounding soft tissue/skin damage, decreased blood flow, bleeding/ hematoma, dead space, intraoperative contamination) when compared to conventional postoperative wound dressings.

- The GDG emphasized that the devices used for pNPWT are expensive and may not be available in low-resource settings. Thus, the prioritization of this intervention should be carefully considered according to resources available and other priority measures for the prevention of SSI.

- It was also noted that there were no trials comparing different levels of negative pressure or different durations of applying negative pressure to the wound. In addition, studies did not report subgroup analyses by type of surgery or the degree of wound contamination. In stratified meta-analyses, there was little evidence that the effects differed by type of surgery, wound class or the level and duration of applying negative pressure. The GDG concluded that the effect appears to be independent of these factors and that no recommendations can be made on the optimal level of pressure or duration of application.

- As a result of the low quality evidence and the other above-mentioned factors, the majority of GDG members agreed to suggest the use of pNPWT on primarily closed surgical incisions in high-risk procedures, but taking resources into account. One GDG member disagreed with the recommendation because he considered the evidence insufficient to support it. The GDG decided that the strength of this recommendation should be conditional.

| Remarks |
| --- |

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. Therefore, this recommendation is not proven for paediatric patients. The GDG pointed out that all RCTs were performed in clean surgery (4 in orthopaedic and trauma surgery), apart from one study that also included abdominal procedures. By contrast, the included observational studies were performed in clean, clean-contaminated, contaminated and dirty procedures. As pNPWT devices are commonly used in abdominal surgery, the GDG considered that observational studies should be included.

- Negative pressure devices were set between 75 mm Hg and 125 mm Hg with the postoperative duration ranging from 24 hours up to 7 days. The control group used sterile dry gauze, tape, occlusive or absorbent dressings.

- The overall quality of evidence was low for the RCTs due to risk of bias and imprecision and low for the observational studies.

- The GDG discussed potential mechanisms for the observed benefit of pNPWT, including less wound dehiscence, better removal of fluids and protection against microorganisms entering the wound from the surrounding environment.

- The GDG identified the appearance of blisters *(1)* or maceration as possible harms associated with the use of use of negative pressure devices. No other relevant adverse event was identified through the available evidence.

## Background

Negative Pressure Wound Therapy consists of a closed sealed system connected to a vacuum pump, which maintains negative pressure on the wound surface. pNPWT is used on primarily closed surgical incisions to prevent SSI. Although negative pressure wound therapy has been used since the late 1990s for several purposes, such as open bone fractures (2), diabetic ulcers (3) and management of open abdomen wounds (4), its use for the prevention of SSI is relatively new. After the first report of its use in orthopaedic surgery in 2006 (5), several studies have followed.

Current SSI prevention guidelines do not offer a recommendation on the use of pNPWT. Only the UK-based NICE addresses this topic in a recent evidence update of its guidelines, but without formulating a recommendation. These guidelines state that "NPWT appears to reduce SSI rates after the invasive treatment of lower limb trauma, but may be less effective in other patient groups, such as those with multiple comorbidities. Further research is needed." (6).

Following discussion about the interest in this topic and the lack of recommendations in other guidelines, the GDG decided to conduct a systematic review to assess the effectiveness of the use of pNPWT to prevent SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 20), was to evaluate whether the use of pNPWT is more effective in reducing the risk of SSI than the use of conventional wound dressings without negative pressure therapy. The target population included patients of all ages undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Nineteen articles describing 20 studies that compared the use of pNPWT with conventional wound dressings were identified. These included a total of 6122 patients and comprised six RCTs (1, 5, 7-9) and 14 observational studies (10-23) (RCTs, 562; observational studies, 5560). One article (5) described two separate studies and another article assessed and analysed separately two different patient populations (breast and colorectal) (20).

Due to heterogeneity among the selected studies regarding the type of surgical procedure or wound contamination class, as well as the level and duration of applying negative pressure, additional separate meta-analyses were performed. These concerned the type of surgical procedure, wounds classified as clean and clean-contaminated, the duration of pNPWT for <5 days vs. >5 days and a pressure level of <100 mmHg vs. >100 mmHg (web Appendix 20).

Overall, there is low quality evidence from RCTs and observational studies that pNPWT has a significant benefit in reducing the risk of SSI in patients with a primarily closed surgical incision when compared to conventional postoperative wound dressings (RCTs: OR: 0.56; 95% CI: 0.32–0.96; observational studies: OR: 0.30; 95% CI: 0.22–0.42). When stratified by the type of surgery (web Appendix 20), the most relevant meta-analyses results showed no statistically significant benefit in the reduction of the risk of SSI in orthopaedic and/or trauma surgery. By contrast, a significant benefit was observed in reducing SSI rates with the use of pNPWT compared to conventional wound dressings in abdominal (9 observational studies; OR: 0.31; 95% CI: 0.19–0.49) and cardiac surgery (2 observational studies; OR: 0.29; 95% CI: 0.12–0.69).

In the stratification by wound contamination class (web Appendix 20), the most relevant meta-analyses results showed a significant benefit in reducing SSI rates with the use of pNPWT compared to conventional wound dressings in clean surgery (8 observational studies; OR: 0.27; 95% CI: 0.17–0.42) and in clean-contaminated surgery (8 observational studies; OR: 0.29; 95% CI: 0.17–0.50).

When considering different durations of pNPWT (for either < or ≥ 5 days) and a pressure level (of either < or ≥ 100 mmHg), the significant benefit observed with the use of pNPWT remained unchanged (web Appendix 20).

The body of retrieved evidence focused on adult patients only. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG is confident that most patients would

wish to receive this intervention in order to reduce the risk of SSI. However, there are concerns about comfort and convenience as some devices can be noisy and may disturb sleep. The GDG pointed out that the use of pNPWT may prolong hospital stay, but this could be prevented by the use of portable suction systems.

*Resource use*
The availability and costs of these devices and the potential extension of hospital stay are major concerns, mainly in LMICs, but also in high-resource settings. The GDG remarked that patients are generally more likely to receive a conventional dressing instead of pNPWT due to lack of material and evidence of cost-effectiveness. However, studies in gynaecological patients showed that the intervention may be cost-effective *(24-26)*. The GDG acknowledged that it may be possible to construct a non-portable, locally-made device at low cost for LMICs. It was highlighted also that there is a need to train staff in handling these devices, regardless of the setting.

## Research gaps
The GDG highlighted that additional well-designed RCTs investigating the use of pNPWT for SSI prevention are needed, especially in LMICs. Future research is likely to have an important impact on our confidence in the estimate of effect. The main research priority is to identify the groups of patients in whom this intervention is cost-effective, including those undergoing contaminated and dirty procedures. Further research is also needed to identify the optimal level of negative pressure and duration of application.

## References
1. Howell R.D., Hadley S., Strauss E., F.R. P. Blister formation with negative pressure dressings after total knee arthroplasty. Curr Orthop Pract 2011;22(2):176-9.
2. Stannard JP, Volgas DA, Stewart R, McGwin G, Jr., Alonso JE. Negative pressure wound therapy after severe open fractures: a prospective randomized study. J Orthop Trauma. 2009;23(8):552-7.
3. Rapid response report: negative pressure wound therapy for managing diabetic foot ulcers: a review of the clinical effectiveness and guidelines. Ottawa (ON): Canadian Agency for Drugs and Technologies in Health. CADTH Rapid Response Reports. August 2014.
4. Roberts DJ, Zygun DA, Grendar J, Ball CG, Robertson HL, Ouellet JF, et al. Negative-pressure wound therapy for critically ill adults with open abdominal wounds: a systematic review. J Trauma Acute Care Surg. 2012;73(3):629-39.
5. Stannard JP, Robinson JT, Anderson ER, McGwin G, Jr., Volgas DA, Alonso JE. Negative pressure wound therapy to treat hematomas and surgical incisions following high-energy trauma. J Trauma. 2006;60(6):1301-6.
6. A summary of selected new evidence relevant to NICE clinical guideline 74 "Prevention and treatment of surgical site infection" (2008). Evidence update 43. June 2013. London/Manchester: National Institute for Health and Care Excellence (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidence, accessed 25 July 2016).
7. Gillespie BM, Rickard CM, Thalib L, Kang E, Finigan T, Homer A, et al. Use of negative-pressure wound dressings to prevent surgical site complications after primary hip arthroplasty: A pilot RCT. Surg Innov. 2015;22(5):488-95.
8. Masden D, Goldstein J, Endara M, Xu K, Steinberg J, Attinger C. Negative pressure wound therapy for at-risk surgical closures in patients with multiple comorbidities: a prospective randomized controlled study. Ann Surg. 2012;255(6):1043-7.
9. Stannard JP, Volgas DA, McGwin G, 3rd, Stewart RL, Obremskey W, Moore T, et al. Incisional negative pressure wound therapy after high-risk lower extremity fractures. J Orthop Trauma. 2012;26(1):37-42.
10. Adogwa O, Fatemi P, Perez E, Moreno J, Gazcon GC, Gokaslan ZL, et al. Negative pressure wound therapy reduces incidence of postoperative wound infection and dehiscence after long-segment thoracolumbar spinal fusion: a single institutional experience. Spine J. 2014;14(12):2911-7.
11. Blackham AU, Farrah JP, McCoy TP, Schmidt BS, Shen P. Prevention of surgical site infections in high-risk patients with laparotomy incisions using negative-pressure therapy. Am J Surg. 2013;205(6):647-54.
12. Bonds AM, Novick TK, Dietert JB, Araghizadeh FY, Olson CH. Incisional negative pressure wound therapy significantly reduces surgical site infection in open colorectal surgery. Dis Colon Rectum. 2013;56(12):1403-8.
13. Chadi SA, Kidane B, Britto K, Brackstone M, Ott MC. Incisional negative pressure wound therapy decreases the frequency of postoperative perineal surgical site infections: a cohort study.

Dis Colon Rectum. 2014;57(8):999-1006.

14. Conde-Green A, Chung TL, Holton LH, 3rd, Hui-Chou HG, Zhu Y, Wang H, et al. Incisional negative-pressure wound therapy versus conventional dressings following abdominal wall reconstruction: a comparative study. Ann Plast Surg. 2013;71(4):394-7.

15. Gassman A, Mehta A, Bucholdz E, Abthani A, Guerra O, Maclin MM, Jr., et al. Positive outcomes with negative pressure therapy over primarily closed large abdominal wall reconstruction reduces surgical site infection rates. Hernia. 2015;19(2):273-8.

16. Grauhan O, Navasardyan A, Hofmann M, Muller P, Stein J, Hetzer R. Prevention of poststernotomy wound infections in obese patients by negative pressure wound therapy. J Thorac Cardiovasc Surg. 2013;145(5):1387-92.

17. Grauhan O, Navasardyan A, Tutkun B, Hennig F, Muller P, Hummel M, et al. Effect of surgical incision management on wound infections in a poststernotomy patient population. Int Wound J. 2014;11(Suppl. 1):6-9.

18. Matatov T, Reddy KN, Doucet LD, Zhao CX, Zhang WW. Experience with a new negative pressure incision management system in prevention of groin wound infection in vascular surgery patients. J Vasc Surg. 2013;57(3):791-5.

19. Pauli EM, Krpata DM, Novitsky YW, Rosen MJ. Negative pressure therapy for high-risk abdominal wall reconstruction incisions. Surg Infect (Larchmt). 2013;14(3):270-4.

20. Pellino G, Sciaudone G, Candilio G, De Fatico GS, Landino I, Della Corte A, et al. Preventive NPWT over closed incisions in general surgery: does age matter? Int J Surg. 2014;12(Suppl. 2):S64-8.

21. Reddix RN, Jr., Leng XI, Woodall J, Jackson B, Dedmond B, Webb LX. The effect of incisional negative pressure therapy on wound complications after acetabular fracture surgery. J Surg Orthop Adv. 2010;19(2):91-7.

22. Selvaggi F, Pellino G, Sciaudone G, Corte AD, Candilio G, Campitiello F, et al. New advances in negative pressure wound therapy (NPWT) for surgical wounds of patients affected with Crohn's disease. Surg Technol Int. 2014;24:83-9.

23. Soares KC, Baltodano PA, Hicks CW, Cooney CM, Olorundare IO, Cornell P, et al. Novel wound management system reduction of surgical site morbidity after ventral hernia repairs: a critical analysis. Am J Surg. 2015;209(2):324-32.

24. Echebiri NC, McDoom MM, Aalto MM, Fauntleroy J, Nagappan N, Barnabei VM. Prophylactic use of negative pressure wound therapy after cesarean delivery. Obstet Gynecol. 2015;125(2):299-307.

25. Lewis LS, Convery PA, Bolac CS, Valea FA, Lowery WJ, Havrilesky LJ. Cost of care using prophylactic negative pressure wound vacuum on closed laparotomy incisions. Gynecol Oncol. 2014;132(3):684-9.

26. Tuffaha HW, Gillespie BM, Chaboyer W, Gordon LG, Scuffham PA. Cost-utility analysis of negative pressure wound therapy in high-risk cesarean section wounds. J Surg Res. 2015;195(2):612-22.

## 4.20  Use of surgical gloves

| Recommendation |
|---|
| The panel decided not to formulate a recommendation due to the lack of evidence to assess whether double-gloving or changing of gloves during the operation or using specific types of gloves is more effective in reducing the risk of SSI. |

**Remarks**

- Gloving refers to the use of sterile gloves by the surgical team during the operation.

- During the operation, glove decontamination with alcohol or other products for the purpose of reuse should never be performed.

- Sterile surgical gloves (as well as medical examination gloves) are single-use items and should not be reused.

- The literature search failed to identify relevant studies on the following topics of interest that ultimately could inform a recommendation for these questions with regard to the prevention of SSI: a comparison of double-gloving vs. using a single pair of gloves; the intraoperative changing of gloves vs. retaining gloves; and latex gloves vs. other types of gloves.

- The GDG emphasized that most surgeons prefer to double-glove because it is plausible that bacterial contamination of the surgical field may occur in the event of glove perforation. Moreover, most surgeons prefer to wear double gloves for their own protection against injury from sharps and/or bloodborne infections. In the case of double-gloving, a routine change of the outer gloves during long surgeries is often recommended by health care practitioners. However, no evidence was found to support these practices.

### Background

The invasive nature of surgery introduces a high risk for the transfer of pathogens that may cause bloodborne infections in patients and/or the surgical team, as well as SSI. This risk may be reduced by implementing protective barriers, such as wearing surgical gloves.

A Cochrane review *(1)* published in 2009 investigated whether additional glove protection reduces the number of SSIs or bloodborne infections in patients or the surgical team and the number of perforations to the innermost pair of surgical gloves. There was no direct evidence that additional glove protection worn by the surgical team reduces SSI in patients. However, the review had insufficient power for this outcome as only two trials were found with the primary outcome of SSI, both of which reported no infections. No trials were found with transmitted bloodborne infections as an outcome in surgical patients or the surgical team in relation to the gloving method. Thirty-one RCTs were identified with the outcome of glove perforation, leading to the result that the use of a second pair of surgical gloves, triple gloving, knitted outer gloves and glove liners significantly reduces perforations to the innermost gloves.

Few organizations have issued recommendations regarding the use of gloves (Table 4.20.1). The latest WHO *guidelines for safe surgery* published in 2009 *(2)* recommend that the operating team should cover their hair and wear sterile gowns and sterile gloves during the operation, but without any indication on single or double-gloving. The SHEA/IDSA guidelines *(3)* recommend that all members of the operative team should double-glove and change gloves when perforation is observed. However, the modalities and frequency of changing gloves have not been included in any guidelines or recommendations *(2-4)*.

| Table 4.20.1. Recommendations on gloving according to available guidelines | |
|---|---|
| **Guidelines** (year issued) | **Recommendations on the use of gloves** |
| **WHO guidelines for safe surgery** (2009) (2) | The operating team should cover their hair and wear sterile gowns and sterile gloves during the operation. |
| **SHEA/IDSA practice recommendation** (2014) (3) | All members of the operative team should double-glove and change gloves when perforation is observed. |

WHO: World Health Organization; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess the effectiveness of double-gloving and the changing of gloves at a specific time during the operation to reduce SSI. The question of whether a specific type of gloving is beneficial in reducing the risk of SSI was also addressed.

### Summary of the evidence

The purpose of the evidence review (web Appendix 21) was to evaluate whether double-gloving or the changing of gloves during the operation is more effective in reducing the risk of SSI than single-glove use or no change of gloves. In a third approach, it was evaluated whether specific types of gloving (that is, glove liners, coloured perforation indicator systems, cloth/steel outer gloves, triple gloves) are more effective in reducing the risk of SSI than the use of latex gloves. The target population included patients of all ages undergoing a surgical operation. The primary outcome was the occurrence of SSI and SSI-attributable mortality. Bacterial contamination of the gloves was considered as a surrogate outcome.

Ten studies comprising 8 RCTs (5-12) and 2 observational studies (13, 14) were identified. Among these, one observational study compared the efficacy of double-gloving with the use of a single pair of gloves with an SSI outcome (13) and another (observational) with a cerebrospinal fluid shunt infection outcome (14). Six studies compared the changing of gloves during the operation with the retaining of gloves (3 RCTs with an SSI outcome (6, 7, 10), 2 RCTs (5, 11) focusing on bacterial contamination and one RCT (12) reporting on both). Two RCTs with an SSI outcome compared

specific types of gloving with the use of latex gloves (8, 9). Types of surgery included were neurosurgery, hernia repair, caesarean section, orthopaedic and vascular surgery.

Due to heterogeneity among the selected studies regarding comparison, design and outcome, quantitative meta-analyses were not performed.

Whereas one observational study (14) showed that the cerebrospinal fluid shunt infection rate was significantly higher in the single-glove group compared to the double-glove group, another observational study (13) found no difference in the risk of SSI between double- vs. single-gloving in patients undergoing hernia repair. Three RCTs (6, 7, 10) showed no difference in risk for post-caesarean SSI or endometritis when comparing changing of gloves or removal of the external second pair of gloves after delivery of the placenta or fetus to retaining the gloves during the entire procedure. One RCT (12) reported a reduction of superficial SSI when changing of gloves was performed vs. no change of gloves before the first contact with the vascular prosthesis in synthetic vascular graft surgery. Three RCTs (5, 11, 12) and one additional non-comparative observational study (15) showed that changing of the external second pair of gloves in the course of the operation significantly decreases the incidence of bacterial contamination of the gloves. Two RCTs (8, 9) showed no difference in SSI when comparing different types of gloves (double-gloving) in orthopaedic surgery.

The methodological quality of most of the selected studies was poor as most trials did not provide sufficient details of their process of randomization, allocation, sample size calculation and blinding. SSI

definitions varied across the studies. There were few studies with SSI as the primary outcome. Included studies with bacterial contamination as a surrogate outcome showed a great heterogeneity in the setting, design and outcome measures. There is no direct evidence demonstrating the link between bacterial contamination and SSI rates.

The body of retrieved evidence focused on adult patients and no study was available in a paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered

### Resource use
The availability of surgical gloves could be limited in LMICs, particularly specific types, such as glove liners, coloured perforation indicator systems, cloth steel outer gloves. In limited resource settings, an acceptable quality of gloves needs to be ascertained as patients are often asked to purchase surgical gloves themselves, which could be of substandard quality.

## Research gaps
GDG members highlighted that well-designed RCTs investigating the effectiveness of double-gloving compared to the use of a single pair of gloves would be welcome, especially in LMICs. In addition, RCTs evaluating whether a change of gloves during the operation is more effective in reducing the risk of SSI than no change of gloves are needed, including an assessment of the criteria for changing gloves during the surgical procedure. It would be interesting also to compare different types of gloving to address the question of the optimal type of gloves to be used. All studies should focus on SSI as the primary outcome and be defined according to the CDC criteria and sub-specified as superficial, deep and organ space-occupying.

## References

1. Tanner J, Parkinson H. Double gloving to reduce surgical cross-infection. Cochrane Database Syst Rev. 2009(4).
2. Guidelines for safe surgery. Geneva: World Health Organization; 2009 (http://apps.who.int/iris/bitstream/10665/44185/1/9789241598552_eng.pdf, accessed 25 July 2016).
3. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.
4. Alexander JW, Solomkin JS, Edwards MJ. Updated recommendations for control of surgical site infections. Ann Surg. 2011;253(6):1082-93.
5. Al-Maiyah M, Bajwa A, Mackenney P, Port A, Gregg PJ, Hill D, et al. Glove perforation and contamination in primary total hip arthroplasty. J Bone Joint Surg Br. 2005;(4):556-9.
6. Atkinson MW, Owen J, Wren A, Hauth JC. The effect of manual removal of the placenta on post-cesarean endometritis. Obstet Gynecol. 1996;87(1):99-102.
7. Cernadas M, Smulian JC, Giannina G, Ananth CV. Effects of placental delivery method and intraoperative glove changing on postcesarean febrile morbidity. J Matern Fetal Med. 1998;7(2):100-4.
8. Sanders R, Fortin P, Ross E, Helfet D. Outer gloves in orthopaedic procedures. Cloth compared with latex. J Bone Joint Surg Am. 1990;72(6):914-7.
9. Sebold EJ, Jordan LR. Intraoperative glove perforation. A comparative analysis. Clin Orthop Rel Res. 1993(297):242-4.
10. Ventolini G, Neiger R, McKenna D. Decreasing infectious morbidity in cesarean delivery by changing gloves. J Reprod Med. 2004;49(1):13-6.
11. Ward WG, Cooper JM, Lippert D, Kablawi RO, Neiberg RH, Sherertz RJ. Glove and gown effects on intraoperative bacterial contamination. Ann Surg. 2014;259(3):591-7.
12. Zdanowski Z, Danielsson G, Jonung T, Norgren L, Ribbe E, Thorne J, et al. Intraoperative contamination of synthetic vascular grafts. Effect of glove change before graft implantation. A prospective randomised study. Europ J Vascular Endovasc Surg. 2000;19(3):283-7.
13. Dodds RD, Barker SG, Morgan NH, Donaldson DR, Thomas MH. Self protection in surgery: the use of double gloves. Br J Surg. 1990;77(2):219-20.
14. Tulipan N, Cleves MA. Effect of an intraoperative double-gloving strategy on the incidence of cerebrospinal fluid shunt infection. J Neurosurg. 2006;104(Suppl. 1):5-8.
15. Beldame J, Lagrave B, Lievain L, Lefebvre B, Frebourg N, Dujardin F. Surgical glove bacterial contamination and perforation during total hip arthroplasty implantation: when gloves should be changed. Orthop Traumatol Surg Res. 2012;98(4):432-40.

## 4.21  Changing of surgical instruments

| Recommendation |
|---|
| The panel decided not to formulate a recommendation on this topic due to the lack of evidence. |

**Remarks**

- Surgical instruments are tools or devices that perform functions such as cutting, dissecting, grasping, holding, retracting or suturing. Most surgical instruments are made from stainless steel.

- The literature search failed to identify relevant studies comparing wound closure using new, sterile surgical instruments with wound closure with previously-used instruments in contaminated surgery for the purpose of preventing SSI.

- The GDG believes that changing instruments for wound closure in contaminated surgery is common practice. A change of instruments prior to wound closure after contaminated surgical procedures seems logical, particularly after colorectal surgery or in patients operated on for diffuse peritonitis. Nevertheless, there is no evidence to support this practice.

### Background

SSI is caused by microorganisms either from the patient's own skin flora or from the environment surrounding the patient. In both cases, there is a potential for microorganisms to adhere to surgical instruments and consequently contaminate the incisional wound, particularly during contaminated surgical procedures. Therefore, it is common practice to exchange surgical instruments used in contaminated surgical procedures for a new sterile set of surgical instruments before wound closure.

Current SSI prevention guidelines do not address the exchange of surgical instruments prior to wound closure and its effect to prevent SSI. The GDG decided to conduct a systematic review to assess the effectiveness of this practice.

### Summary of the evidence

The purpose of the evidence review (web Appendix 22) was to evaluate whether wound closure employing new, clean surgical instruments is more effective in reducing the risk of SSI than wound closure with previously-used surgical instruments. The target population included patients of all ages undergoing contaminated surgical operations. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

The literature search did not identify any studies comparing wound closure using new, sterile surgical instruments and wound closure with previously-used surgical instruments in contaminated surgery.

Two studies, one RCT *(1)* and one observational study *(2)*, investigated the change of instruments in colorectal surgery in combination with other interventions performed before wound closure, including the change of drapes, gowns and gloves, wound lavage and rescrubbing (not homogeneous in terms of interventions). Both studies showed no benefit for the prevention of SSI.

### Research gaps

The GDG highlighted that well-designed RCTs investigating the change of instruments prior to wound closure would be welcome. SSI outcome should be defined according to CDC criteria and studies should be conducted in LMICs and high-income countries and include different surgical procedures. However, several GDG members pointed out that such trials are unlikely to be done. In the future, it is more likely that further studies of combined interventions will be conducted.

### References

1. Ortiz H, Armendariz P, Kreisler E, Garcia-Granero E, Espin-Basany E, Roig JV, et al. Influence of rescrubbing before laparotomy closure on abdominal wound infection after colorectal cancer surgery: results of a multicenter randomized clinical trial. Arch Surg. 2012;147(7):614-20.
2. Ghuman A, Chan T, Karimuddin AA, Brown CJ, Raval MJ, Phang PT. Surgical site infection rates following implementation of a colorectal closure bundle in elective colorectal surgeries. Dis Colon Rectum. 2015;58(11):1078-82.

## 4.22  Antimicrobial-coated sutures

### Recommendation

**The panel suggests the use of triclosan-coated sutures for the purpose of reducing the risk of SSI, independent of the type of surgery.**
*(Conditional recommendation, moderate quality of evidence)*

### Rationale for the recommendation

Overall low to moderate quality evidence shows that antimicrobial-coated sutures have significant benefits in reducing SSI rates in patients undergoing surgical procedures when compared to non-coated sutures. The effect seems to be independent of the type of suture, procedure or wound contamination classification. In meta-regression analysis, there was no evidence that the effect of antimicrobial-coated sutures differed between braided and monofilament sutures, clean, cardiac or abdominal surgery, and other surgeries. However, the GDG highlighted that the available trials examined triclosan-coated, absorbable sutures only. There were no studies identified that investigated other antimicrobial agents. Considering the low to moderate quality of the evidence and the low quality of comparisons in the subgroups of the RCTs included in the meta-regression analyses, the GDG agreed that the strength of the recommendation should be conditional.

### Remarks

- The body of retrieved evidence mostly focused on adult patients and only one study was available in a paediatric population. This recommendation can be applied to paediatric patients, but the manufacturer's instructions should be checked to evaluate any contraindication for paediatric patients.

- The GDG discussed the available evidence and agreed to consider only studies comparing the same type of suture in order to prevent confounding by type of suture (monofilament or braided).

- The overall quality of evidence was moderate for the RCTs due to risk of bias and low for the observational studies. The GDG discussed whether or not to consider indirectness for the overall comparison of antimicrobial-coated vs. non-coated sutures. The agreement was that indirectness does not apply because the PICO question is very broad.

- Included studies were performed in high- and middle-income countries.

- Types of surgical procedures included were colorectal, abdominal, breast, head and neck, lower limb, spinal, cardiac, vascular and other surgery.

- The types of sutures investigated in the included studies were triclosan-coated polydioxanone suture vs. polydioxanone suture featuring a monofilament suture construction (3 RCTs *(1-3)*); triclosan-coated polyglactin 910 suture vs. polyglactin 910 suture featuring a braided (multifilament) suture construction (7 RCTs *(4-10)* and 4 observational studies *(11-14)*); and polyglactin 910 and poliglecaprone 25 (both triclosan-coated) sutures vs. polyglactin 910 and poliglecaprone 25 sutures featuring a braided (polyglactin 910) and a monofilament (poliglecaprone 25) suture construction (3 RCTs *(15-17)* and one observational study *(18)*).

- No adverse events have been associated in the included studies with the use of antimicrobial-coated sutures. However, the GDG pointed out that there is limited evidence that triclosan may have negative effects on wound healing *(19)* or lead to contact allergy *(20)*. Although the development of resistance is mentioned as a concern, the daily absorption of triclosan from consumer products (for example, commercially-available hand soap) is higher than a single triclosan suture *(21-23)*.

## Background

Surgical suture material is used to adequately adapt the wound edges and thus it is in direct contact with the wound itself. To prevent microbial colonization of the suture material in operative incisions, sutures with antibacterial activity have been developed. Triclosan (5-chloro-2-[2.4-dichlorophenoxy] phenol) is a broad-spectrum bactericidal agent that has been used for more than 40 years in various products, such as toothpaste and soaps. Higher concentrations of triclosan work as a bactericide by attacking different structures in the bacterial cytoplasm and cell membrane *(24)*. At lower concentrations, triclosan acts as a bacteriostatic agent binding to enoyl-acyl reductase, a product of the Fab I gene and thus inhibiting fatty acid synthesis *(25, 26)*.

Several trials have shown that the use of triclosan-coated sutures leads to a reduction of the number of bacteria in vitro and also of wound infections in animal and clinical studies *(27-29)*. Of note, this effect is not confined to any particular tissue or organ system *(23)*. Apart from triclosan, several novel antimicrobial coatings are now becoming available *(30, 31)*, but there are still no reported clinical studies comparing the efficacy of novel antibacterial sutures with non-coated ones. Triclosan-coated polyglactin 910, triclosan-coated polydioxanone, and triclosan-coated poliglecaprone 25 are commercially-available sutures with antimicrobial properties. Commonly-used non-coated sutures are polyglactin 910, polydioxanone, poliglecaprone 25, polyglycolic acid and polyglyconate sutures.

Few organizations have issued recommendations regarding the use of antimicrobial-coated sutures (Table 4.22.1). The UK-based NICE suggests that antimicrobial-coated sutures may reduce the SSI risk compared to non-coated sutures, although this effect may be specific to particular types of surgery, such as abdominal procedures *(32)*. The SHEA/IDSA guidelines indicate that antiseptic-impregnated sutures should not be used routinely as a strategy to prevent SSI *(33)*.

**Table 4.22.1. Recommendations on the use of antimicrobial-coated sutures according to available guidelines**

| Guidelines (year issued) | Recommendations on the use of antimicrobial-coated sutures |
|---|---|
| **SHEA/IDSA practice recommendation** (2014) *(33)* | Do not routinely use antiseptic-impregnated sutures as a strategy to prevent SSI. |
| **NICE** (2013 update) *(32)* | Antimicrobial-coated sutures may reduce the SSI risk compared to uncoated sutures, although this effect may be specific to particular types of surgery, such as abdominal procedures. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; SSI: surgical site infection.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess if the use of antimicrobial-coated sutures might be beneficial for surgical patients to prevent SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 23) was to evaluate whether the use of antimicrobial-coated sutures is more effective in reducing the risk of SSI than the use of non-coated sutures. The target population included patients of all ages undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Eighteen studies (13 RCTs *(1-10, 15-17)* and five cohort studies *(11-14, 18)*) including a total of 7458 patients (RCTs, 5346; observational studies, 2112) and comparing the use of antimicrobial- with non-coated sutures were identified.

Seven studies compared the efficacy of antimicrobial-coated sutures with non-coated sutures in mixed wounds (5 RCTs *(2-5, 8)* and 2 observational studies *(12, 14)*). A further 7 studies (5 RCTs *(6, 10, 15-17)*

and 2 observational studies *(11, 18)*) made the same comparison in clean wounds, mainly cardiac and breast cancer surgery, and 4 studies (3 RCTs *(1, 7, 9)* and one observational study *(13)*) concerned clean-contaminated wounds in abdominal surgery.

Due to heterogeneity among the selected studies regarding the type of suture used, type of surgical procedure or wound contamination class, additional separate meta-analyses were performed for triclosan-coated polydioxanone suture vs. polydioxanone suture, triclosan-coated polyglactin 910 suture vs. polyglactin 910 suture, and polyglactin 910 and poliglecaprone 25 (both triclosan-coated) sutures vs. polyglactin 910 and poliglecaprone 25 sutures, as well as in clean, clean-contaminated and mixed types of wounds (web Appendix 23).

Overall, there is moderate to low quality evidence that antimicrobial-coated sutures have significant benefit in reducing SSI rates in patients undergoing surgical procedures when compared to non-coated sutures (moderate quality for RCTs: OR: 0.72; 95% CI: 0.59–0.88; low quality for observational studies: OR: 0.58; 95% CI: 0.40–0.83).
In meta-regression analysis, there was no evidence that the effect of antimicrobial-coated sutures differed between braided and monofilament sutures (*P*=0.380), or between clean (*P*=0.69), cardiac (*P*=0.900) or abdominal (*P*=0.832) and other types of surgery. According to these analyses, the effect seems to be independent of the type of suture, procedure or wound contamination classification.

Regarding the comparisons of specific types of sutures (web Appendix 23), only the meta-analyses of the studies comparing triclosan-coated polyglactin 910 suture vs. polyglactin 910 suture featuring a braided suture construction showed that the use of antimicrobial-coated sutures has significant benefit compared to non-coated sutures in reducing SSI rates (OR: 0.62; 95% CI: 0.44–0.88 for RCTs; OR: 0.58; 95% CI: 0.37–0.92 for observational studies).

Some limitations of the included studies should be noted. The quality of the included RCTs was moderate to low. Indeed, some studies had an unclear or high risk of blinding of participants, care-providers and outcome assessors, and/or a high risk of incomplete outcome data. Furthermore, some studies had industrial sponsorship or conflicts of interest with a commercial company.

## Additional factors considered when formulating the recommendation

### Values and preferences
No study was found on patient values and preferences with regards to this intervention. The GDG is confident that most patients wish to receive this intervention in order to reduce the risk of SSI, but patients must be informed about the small and unconfirmed risk of allergy to triclosan. The GDG emphasized that patients would like to be part of the process by being involved and informed.

### Resource use
The GDG emphasized that sutures are expensive in general. Moreover, the availability of antimicrobial-coated sutures is limited in LMICs. In settings where patients have to pay for the material themselves, an increase in costs would represent an additional personal financial burden. At the time of formulating this recommendation, the GDG noted that manufacturers sold the antimicrobial-coated and non-coated sutures for approximately the same price. However, the GDG is not aware of the future pricing policy of manufacturers. The use of antimicrobial-coated sutures could increase the cost per patient, but it might reduce the mean length of hospital stay and reduce potential costs to the health care system due to the avoidance of the risk of SSI *(5, 8, 34)*.

The body of retrieved evidence mostly focused on adult patients and only one study *(4)* was available in a paediatric population. The literature search did not identify any studies that reported on SSI attributable-mortality.

## Research gaps
The GDG highlighted the limited evidence available in some areas and the need for further research on the effects of antimicrobial-coated sutures in reducing SSI rates. In particular, studies should be conducted in LMICs and include different surgical procedures. Comparisons between antimicrobial-coated and non-coated sutures should be performed with the same type of suture material, including non-absorbable sutures. In particular, comparisons with an alternative antimicrobial agent to triclosan would be welcome. More research is required to investigate the effectiveness of antimicrobial-coated sutures in the paediatric population and in various types of settings. All studies should be designed as a RCT with the SSI outcome defined according to CDC criteria and sub-specified as superficial, deep and organ space

occupying. Adverse events related to the intervention should be clearly reported, including the need to assess the risk of allergy. Importantly, possible emerging AMR to the antimicrobial agent should be monitored. Moreover, cost-effectiveness studies are also needed. Of note, research investigating the effectiveness of antimicrobial-coated sutures should be independently funded with a limited influence of industry sponsorship.

## References

1. Baracs J, Huszar O, Sajjadi SG, Horvath OP. Surgical site infections after abdominal closure in colorectal surgery using triclosan-coated absorbable suture (PDS Plus) vs. uncoated sutures (PDS II): a randomized multicenter study. Surg Infect (Larchmt). 2011;12(6):483-9.

2. Diener MK, Knebel P, Kieser M, Schuler P, Schiergens TS, Atanassov V, et al. Effectiveness of triclosan-coated PDS Plus versus uncoated PDS II sutures for prevention of surgical site infection after abdominal wall closure: the randomised controlled PROUD trial. Lancet. 2014;384(9938):142-52.

3. Justinger C, Slotta JE, Ningel S, Graber S, Kollmar O, Schilling MK. Surgical-site infection after abdominal wall closure with triclosan-impregnated polydioxanone sutures: results of a randomized clinical pathway facilitated trial (NCT00998907). Surgery. 2013;154(3):589-95.

4. Ford HR, Jones P, Gaines B, Reblock K, Simpkins DL. Intraoperative handling and wound healing: controlled clinical trial comparing coated VICRYL plus antibacterial suture (coated polyglactin 910 suture with triclosan) with coated VICRYL suture (coated polyglactin 910 suture). Surg Infect (Larchmt). 2005;6(3):313-21.

5. Galal I, El-Hindawy K. Impact of using triclosan-antibacterial sutures on incidence of surgical site infection. Am J Surg. 2011;202(2):133-8.

6. Isik I, Selimen D, Senay S, Alhan C. Efficiency of antibacterial suture material in cardiac surgery: a double-blind randomized prospective study. Heart Surg Forum. 2012;15(1):e40-5.

7. Mingmalairak C, Ungbhakorn P, Paocharoen V. Efficacy of antimicrobial coating suture coated polyglactin 910 with tricosan (Vicryl plus) compared with polyglactin 910 (Vicryl) in reduced surgical site infection of appendicitis, double blind randomized control trial, preliminary safety report. J Med Assoc Thai. 2009;92(6):770-5.

8. Nakamura T, Kashimura N, Noji T, Suzuki O, Ambo Y, Nakamura F, et al. Triclosan-coated sutures reduce the incidence of wound infections and the costs after colorectal surgery: a randomized controlled trial. Surgery. 2013;153(4):576-83.

9. Rasic Z, Schwarz D, Adam VN, Sever M, Lojo N, Rasic D, et al. Efficacy of antimicrobial triclosan-coated polyglactin 910 (Vicryl* Plus) suture for closure of the abdominal wall after colorectal surgery. Coll Antropol. 2011;35(2):439-43.

10. Seim BE, Tonnessen T, Woldbaek PR. Triclosan-coated sutures do not reduce leg wound infections after coronary artery bypass grafting. Interact Cardiovasc Thorac Surg. 2012;15(3):411-5.

11. Chen SY, Chen TM, Dai NT, Fu JP, Chang SC, Deng SC, et al. Do antibacterial-coated sutures reduce wound infection in head and neck cancer reconstruction? Europ J Surg Oncol. 2011;37(4):300-4.

12. Hoshino S, Yoshida Y, Tanimura S, Yamauchi Y, Noritomi T, Yamashita Y. A study of the efficacy of antibacterial sutures for surgical site infection: a retrospective controlled trial. Int Surg. 2013;98(2):129-32.

13. Okada N, Nakamura T, Ambo Y, Takada M, Nakamura F, Kishida A, et al. Triclosan-coated abdominal closure sutures reduce the incidence of surgical site infections after pancreaticoduodenectomy. Surg Infect (Larchmt). 2014;15(3):305-9.

14. Ueno M, Saito W, Yamagata M, Imura T, Inoue G, Nakazawa T, et al. Triclosan-coated sutures reduce wound infections after spinal surgery: a retrospective, nonrandomized, clinical study. Spine J. 2015;15(5):933-8.

15. Thimour-Bergstrom L, Roman-Emanuel C, Schersten H, Friberg O, Gudbjartsson T, Jeppsson A. Triclosan-coated sutures reduce surgical site infection after open vein harvesting in coronary artery bypass grafting patients: a randomized controlled trial. Europ J Cardiothorac Surg. 2013;44(5):931-8.

16. Turtiainen J, Saimanen EI, Makinen KT, Nykanen AI, Venermo MA, Uurto IT, et al. Effect of triclosan-coated sutures on the incidence of surgical wound infection after lower limb revascularization surgery: a randomized controlled trial. World J Surg. 2012;36(10):2528-34.

17. Williams N, Sweetland H, Goyal S, Ivins N, Leaper DJ. Randomized trial of antimicrobial-coated sutures to prevent surgical site infection after breast cancer surgery. Surg Infect (Larchmt). 2011;12(6):469-74

18. Laas E, Poilroux C, Bezu C, Coutant C, Uzan S, Rouzier R, et al. Antibacterial-coated suture in reducing surgical site infection in breast surgery: a prospective study. Int J Breast Cancer. 2012;2012:819578.

19. Deliaert AE, Van den Kerckhove E, Tuinder S, Fieuws S, Sawor JH, Meesters-Caberg MA, et al. The effect of triclosan-coated sutures in wound healing. A double blind randomised prospective pilot study. J Plast Reconstr Aesth Surg. 2009;62(6):771-3.

20. Bhutani T, Jacob SE. Triclosan: a potential allergen in suture-line allergic contact dermatitis. Dermatol Surg. 2009;35(5):888-9.

21. Barbolt TA. Chemistry and safety of triclosan, and its use as an antimicrobial coating on Coated VICRYL* Plus Antibacterial Suture (coated polyglactin 910 suture with triclosan). Surg Infect (Larchmt). 2002;3(Suppl. 1):S45-53.

22. Giuliano CA, Rybak MJ. Efficacy of triclosan as an antimicrobial hand soap and its potential impact on antimicrobial resistance: a focused review. Pharmacotherapy. 2015;35(3):328-36.

23. Leaper D, Assadian O, Hubner NO, McBain A, Barbolt T, Rothenburger S, et al. Antimicrobial sutures and prevention of surgical site infection: assessment of the safety of the antiseptic triclosan. Int Wound J. 2011;8(6):556-66.

24. Russell AD. Whither triclosan? J Antimicrob Chemother. 2004;53(5):693-5.

25. Levy CW, Roujeinikova A, Sedelnikova S, Baker PJ, Stuitje AR, Slabas AR, et al. Molecular basis of triclosan activity. Nature. 1999;398(6726):383-4.

26. McMurry LM, Oethinger M, Levy SB. Triclosan targets lipid synthesis. Nature. 1998;394(6693):531-2.

27. Marco F, Vallez R, Gonzalez P, Ortega L, de la Lama J, Lopez-Duran L. Study of the efficacy of coated Vicryl plus antibacterial suture in an animal model of orthopedic surgery. Surg Infect (Larchmt). 2007;8(3):359-65.

28. Rothenburger S, Spangler D, Bhende S, Burkley D. In vitro antimicrobial evaluation of coated VICRYL* Plus antibacterial suture (coated polyglactin 910 with triclosan) using zone of inhibition assays. Surg Infect (Larchmt). 2002;3(Suppl. 1):S79-87.

29. Storch ML, Rothenburger SJ, Jacinto G. Experimental efficacy study of coated VICRYL plus antibacterial suture in guinea pigs challenged with Staphylococcus aureus. Surg Infect (Larchmt). 2004;5(3):281-8.

30. Matl FD, Zlotnyk J, Obermeier A, Friess W, Vogt S, Buchner H, et al. New anti-infective coatings of surgical sutures based on a combination of antiseptics and fatty acids. J Biomat Sci, 2009;20(10):1439-49.

31. Obermeier A, Schneider J, Wehner S, Matl FD, Schieker M, von Eisenhart-Rothe R, et al. Novel high efficient coatings for anti-microbial surgical sutures using chlorhexidine in fatty acid slow-release carrier systems. PloS One. 2014;9(7):e101426.

32. A summary of selected new evidence relevant to NICE clinical guideline 74 "Prevention and treatment of surgical site infection" (2008). Evidence update 43 (June 2013). London/Manchester: National Institute for Health and Care Excellence (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidenc e, accessed 24 July 2016).

33. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

34. Fleck T, Moidl R, Blacky A, Fleck M, Wolner E, Grabenwoger M, et al. Triclosan-coated sutures for the reduction of sternal wound infections: economic considerations. Ann Thorac Surg. 2007;84(1):232-6.

## 4.23  Laminar airflow ventilation systems in the context of operating room ventilation

| Recommendation |
| --- |
| The panel suggests that laminar airflow ventilation systems should not be used to reduce the risk of SSI for patients undergoing total arthroplasty surgery.<br>*(Conditional recommendation, low to very low quality of evidence)* |

| Rationale for the recommendation |
| --- |
| Very low quality evidence shows that in both total hip (THA) and knee (TKA) arthroplasty, laminar airflow ventilation has no benefit when compared to conventional ventilation in reducing the SSI rate. In THA, conventional ventilation had a non-significant beneficial effect in reducing the risk of SSI. Therefore, the GDG unanimously agreed that laminar airflow ventilation systems should not be used as a preventive measure to reduce the risk of SSI for total arthroplasty surgery. The strength of this recommendation was considered to be conditional, considering the very low quality of the supporting evidence. For other types of procedures, the available evidence consisted of single observational studies only and the GDG considered this body of evidence to be insufficient to lead to any specific recommendation. Moreover, laminar airflow ventilation has been of interest mainly as a preventive measure in orthopaedic arthroplasty surgery. |

| Remarks |
| --- |
| • Conventional ventilation systems pass air with a mixed or turbulent flow into the OR. These systems aim to homogenize the fresh air and the air, aerosols and particles within the room. This leads to an accelerated dilution of the air volume and an irregular movement of the particles. Conventional turbulent ventilation systems are used for any type of surgery. Systems with laminar airflow are frequently used in an environment where a contamination with particles is a highly adverse event, for example, in orthopaedic implant surgery. The goal of laminar airflow is to pass the fresh air unidirectionally with a steady velocity and approximately parallel streamlines to create a zone where the air, aerosols and particles within the room are being driven out.<br><br>• No possible harms associated with the recommendation were identified. However, the cooling effect of the fresh air from a laminar airflow system on the surgical wound and the patient may lead to lower intraoperative tissue temperatures in the surgical wound or systemic hypothermia if the temperature is not monitored intraoperatively *(1)*.<br><br>• The GDG underlined that most data are from national surveillance databases or registries. Although these studies have a large sample size, they are not designed specifically for this comparison. Indeed, comparisons were between hospitals with laminar flow and those with conventional ventilation, rather than comparisons within the same hospital. This may lead to major confounding by factors such as differences in hospital/surgeon volume, characteristics of admitted patients and/or the extent of implementation of other SSI prevention measures.<br><br>• The systematic review investigated also the use of fans or cooling devices and natural ventilation in the operating room compared to conventional ventilation with regards to the risk of SSI. However, the literature search did not identify studies that evaluated these interventions. One observational study *(2)* that evaluated natural ventilation in the operating room compared to conventional ventilation following THA and TKA found no difference in the SSI risk.<br><br>• Given the very limited evidence on natural ventilation and fans/cooling systems, the GDG decided not to develop a recommendation on these topics. Nevertheless, it is advisable to ensure a proper ventilation rate of the operating room and an adequate maintenance of the components of the installed ventilation system *(3)*. |

## Background

The ventilation system in the operating room is designed to provide certain functions, primarily to create thermal comfort for the patient and staff and to maintain constant air quality by eliminating aerosols and particles within the room. It serves also to maintain certain air pressure requirements between communicating rooms. Special ventilation systems supplying filtered air at positive pressure are required in the operating room. Ideally, around 20 air changes per hour are necessary to dilute microorganisms generated in the operating room and to exclude ingress from surrounding areas *(3)*.

There are various systems used to ventilate an operating room. Natural ventilation is the most basic way and refers to airflow by natural forces. WHO provides the following definition *(4)*: "use of natural forces to introduce and distribute outdoor air into or out of a building. These natural forces can be wind pressures or pressure generated by the density difference between indoor and outdoor air". Exploiting natural ventilation may be a suitable solution for settings with limited resources and it is considered as an option for IPC by WHO. However, there is no evidence available for its use in operating rooms *(4)*.

A well-designed ventilation system that takes advantage of natural air movements is still complex to achieve and is limited to a benign local climate *(4)*. If natural ventilation alone is not sufficient to fulfil the desired functions mentioned above, fans and cooling or warming devices are commonly installed, mostly to maintain the air temperature and humidity at a comfortable level. Limitations of these devices might be an inadequate rate of air changes per hour and control of the direction of airflow in the operating room and the spread of particles and dust, thus resulting in an insufficient elimination of aerosols and particles.

In most LMICs, operating rooms do not have a full mechanical ventilation system and the air conditioning used is a recirculating cooling device. If such a system is used, it should be wall-mounted rather than floor standing, and should be maintained regularly, including filters checked, cleaned or changed. The use of fans in the operating room is not recommended and should be used only as a last resort if the lack of air circulation affects the surgeon's performance. Any fans in the operating room or preparation room should be cleaned on a regular basis.

In well-resourced environments, conventional ventilation systems that pass air with a mixed or turbulent flow into the operating room are the most widely installed. These systems aim to homogenize the fresh air and the air, aerosols and particles within the room. This leads to an accelerated dilution of the air volume and an irregular movement of the particles. Conventional turbulent ventilation systems are used for all types of surgery. Systems with laminar airflow are frequently used in an environment where contamination with particles is a highly adverse event, for example, orthopaedic implant surgery. The goal of passing the fresh air unidirectionally with a steady velocity and approximately parallel streamlines is to create a zone where the air, aerosols and particles within the room are being driven out. Limitations to this principle are all forces disrupting the parallel airflow.

In many countries, the use of high efficiency particulate air filters (at least 99.97% efficient in removing particles $\geq 0.3$ µm in diameter) in the operating room ventilation system is mandatory by law. Of note, the utmost importance must be paid to the maintenance of any kind of ventilation system and its components. The operating room ventilation system should be regularly checked and filters changed (the need for this is assessed by monitoring the pressure differential across the filters) according to local standard operating procedures, which should be based on the manufacturer's instructions and international guidelines.

A systematic review *(5)* published in 2012 on the influence of laminar airflow on prosthetic joint infections found laminar airflow ventilation to be a risk factor for the development of a severe SSI.

Some guidelines have issued recommendations regarding the ventilation systems in the operating room (Table 4.23.1), but several other SSI prevention guidelines do not address this topic. These range from a technical advice for proper air handling in the operating room *(6)* to leaving this question as an unresolved issue *(3)*. However, these recommendations are not based on systematic reviews of the literature and meta-analysis or a rigorous evaluation of the quality of the available evidence.

| Table 4.23.1. Recommendations on ventilation systems in the operating room according to available guidelines | |
|---|---|
| **Guidelines** (year issued) | **Recommendations on ventilation systems in the operating room** |
| **SHEA/IDSA practice recommendation (2014)** *(5)* | Follow the American Institute of Architects' recommendations for proper air handling in the operating room. |
| **CDC/HICPAC Guidelines for environmental infection control in health-care facilities (2003)** *(3)* | No recommendation for orthopaedic implant operations in rooms supplied with laminar airflow. |

SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; CDC: Centers for Disease Control and Prevention; HICPAC: Healthcare Infection Control Practices Advisory Committee.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG decided to conduct a systematic review to assess the effectiveness of ventilation systems in the operating room for the prevention of SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 24) was to evaluate whether a laminar airflow ventilation system is more effective in reducing the risk of SSI than a conventional ventilation system. The review investigated also whether fans or cooling devices and natural ventilation are acceptable alternatives to conventional ventilation for the prevention of SSI. The target population was patients of all ages undergoing a surgical procedure. The primary outcome was the occurrence of SSI and SSI-attributable mortality. Definitions in included studies that related to severe SSI, periprosthetic infection and deep infections requiring revision were considered as deep SSI.

Twelve observational studies *(9-20)* comparing laminar airflow with conventional ventilation were identified. No RCTs were identified. Most data were obtained from national surveillance systems and registries. Of note, although these sources had a large sample size, the databases were not specifically designed for this comparison. Most studies focused on THA (33 0146 procedures) and TKA (134 368 procedures). Only single studies were available for other types of surgery (appendectomy *(8)*, cholecystectomy *(8)*, colon surgery *(8)*, herniorrhaphy *(8)*, gastric *(10)* and vascular surgery *(7)*). The population studied were mostly adult patients. According to the selected studies, the following comparisons were evaluated.

1. Laminar airflow ventilation vs. conventional ventilation
   a. in THA
   b. in TKA.

Very low quality evidence shows that laminar airflow ventilation has no benefit when compared to conventional ventilation in reducing the SSI rate in THA (OR: 1.29; 95% CI: 0.98–1.71) or TKA (OR: 1.08; 95% CI: 0.77–1.52).

In single observational studies, laminar flow was found to be associated with an increased overall risk of SSI in patients undergoing appendectomy; no significant association was shown in colon surgery, cholecystectomy and herniorraphy.
In gastric and open vascular surgery, the absence of laminar flow was found to increase the risk of SSI.

The search did not identify data that evaluated the use of fans or cooling devices in the operating room and their impact on the risk of SSI compared to a normal/conventional ventilation system. One observational study *(2)* that evaluated natural ventilation in the operating room compared with conventional ventilation and its impact on the risk of SSI following THA and TKA found no difference in the risk of SSI.

The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

No study was found on patient values and preferences with regards to this intervention. The GDG is confident that the typical values and preferences of the target population regarding the outcome would not favour the intervention and therefore would agree with the recommendation. The GDG believes also that patients would not have an opinion about a hospital ventilation system, as long as other aspects are being taken into account to prevent infections.

### Resource use

Cost-effectiveness analyses found laminar airflow to be more expensive compared to a conventional ventilation system. An Italian study (18) evaluated an increase of 24% in building costs and an increase of 36% in annual operating costs. A model calculation study from Australia (19) evaluated additional costs of AUD\$ 4.59 million per 30 000 THAs performed. Additional costs of € 3.24 procedure (1000 procedures per year for 15 years) were calculated by a German study group (20). The GDG highlighted that the implementation of laminar airflow is difficult in low-income settings due to the lack of resources, technical expertise and infrastructure.

### Research gaps

The GDG highlighted the very low quality evidence available on the topic and the need for further research on the effects of laminar flow in reducing the SSI rate, particularly well-designed clinical trials in the field of endoprosthetic surgery. The GDG acknowledged that RCTs may not be reasonable as they would require a massive investment with a high sample size to have enough power to see a difference. In addition, cluster trials could be problematic as it would be almost impossible to control for confounding factors, such as different surgeons operating in the same operating room. Nationwide databases may provide the best affordable information, but adherence to international definitions and more information about confounders need to be obtained from country surveillance systems and registries. The lack of evidence on the impact of fans/cooling devices and natural ventilation on the SSI rate compared to conventional ventilation emphasizes the need for further research in this field in order to evaluate whether these systems might be an alternative in resource-limited countries when properly designed and maintained.

## References

1. Yang L, Huang CY, Zhou ZB, Wen ZS, Zhang GR, Liu KX, et al. Risk factors for hypothermia in patients under general anesthesia: Is there a drawback of laminar airflow operating rooms? A prospective cohort study. Int J Surg. 2015;21:14-7.

2. Song KH, Kim ES, Kim YK, Jin HY, Jeong SY, Kwak YG, et al. Differences in the risk factors for surgical site infection between total hip arthroplasty and total knee arthroplasty in the Korean Nosocomial Infections Surveillance System (KONIS). Infect Control Hosp Epidemiol. 2012;33(11):1086-93.

3. Sehulster L, Chinn RY. Guidelines for environmental infection control in health-care facilities. Recommendations of CDC and the Healthcare Infection Control Practices Advisory Committee (HICPAC). Morbid Mortal Wkly Rep. 2003;52(Rr-10):1-42.

4. Atkinson JYC, Pessoa-Silva CL, Jensen P, Li Y, Seto WH. Natural ventilation for infection control in health-care settings. Geneva: World Health Organization; 2009 (http://www.who.int/water_sanitation_health/publications/natural_ventilation/en/, accessed 25 July 2016).

5. Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

6. Gastmeier P, Breier AC, Brandt C. Influence of laminar airflow on prosthetic joint infections: a systematic review. J Hosp Infect. 2012;81(2):73-8.

7. Bosanquet DC, Jones CN, Gill N, Jarvis P, Lewis MH. Laminar flow reduces cases of surgical site infections in vascular patients. Ann R Coll Surg Engl. 2013;95(1):15-9.

8. Brandt C, Hott U, Sohr D, Daschner F, Gastmeier P, Ruden H. Operating room ventilation with laminar airflow shows no protective effect on the surgical site infection rate in orthopedic and abdominal surgery. Ann Surg. 2008;248(5):695-700.

9. Dale H, Hallan G, Hallan G, Espehaug B, Havelin LI, Engesaeter LB. Increasing risk of revision due to deep infection after hip arthroplasty. Acta Orthop. 2009;80(6):639-45.

10. Jeong SJ, Ann HW, Kim JK, Choi H, Kim CO, Han SH, et al. Incidence and risk factors for surgical site infection after gastric surgery: a multicenter prospective cohort study. Infect Chemother. 2013;45(4):422-30.

11. Namba RS, Inacio MC, Paxton EW. Risk factors associated with surgical site infection in 30,491 primary total hip replacements. J Bone Joint Surg Br. 2012;94(10):1330-8.

12. Namba RS, Inacio MC, Paxton EW. Risk factors associated with deep surgical site infections after primary total knee arthroplasty: an analysis of 56,216 knees. J Bone Joint Surgery Am. 2013;95(9):775-82.

13. Pedersen AB, Svendsson JE, Johnsen SP, Riis A, Overgaard S. Risk factors for revision due to infection after primary total hip arthroplasty. A population-based study of 80,756 primary procedures in the Danish Hip Arthroplasty Registry. Acta Orthop. 2010;81(5):542-7.

14. Breier AC, Brandt C, Sohr D, Geffers C, Gastmeier P. Laminar airflow ceiling size: no impact on infection rates following hip and knee prosthesis. Infect Control Hosp Epidemiol. 2011;32(11):1097-102.

15. Hooper GJ, Rothwell AG, Frampton C, Wyatt MC. Does the use of laminar flow and space suits reduce early deep infection after total hip and knee replacement?: the ten-year results of the New Zealand Joint Registry. J Bone Joint Surg (Br). 2011;93(1):85-90.

16. Kakwani RG, Yohannan D, Wahab KH. The effect of laminar air-flow on the results of Austin-Moore hemiarthroplasty. Injury. 2007;38(7):820-3.

17. Miner AL, Losina E, Katz JN, Fossel AH, Platt R. Deep infection after total knee replacement: impact of laminar airflow systems and body exhaust suits in the modern operating room. Infect Control Hosp Epidemiol. 2007;28(2):222-6.

18. Cacciari P, Giannoni R, Marcelli E, Cercenelli L. [Cost evaluation of a ventilation system for operating theatre: an ultraclean design versus a conventional one]. Ann Ig. 2004;16(6):803-9.

19. Merollini KM, Crawford RW, Whitehouse SL, Graves N. Surgical site infection prevention following total hip arthroplasty in Australia: a cost-effectiveness analysis. Am J Infect Control. 2013;41(9):803-9.

20. Kramer A, Kulpmann R, Wille F, Christiansen B, Exner M, Kohlmann T, et al. [Importance of displacement ventilation for operations and small surgical procedures from the infection preventive point of view]. Zentr Chir. 2010;135(1):11-7.

## POSTOPERATIVE MEASURES

### 4.24  Surgical antibiotic prophylaxis prolongation

| Recommendation |
| --- |
| **The panel recommends against the prolongation of SAP administration after completion of the operation for the purpose of preventing SSI.**<br>*(Strong recommendation/moderate quality of evidence)* |

| Rationale for the recommendation |
| --- |
| • Moderate quality evidence from a high number of RCTs (44 studies included in the overall meta-analysis) shows that prolonged SAP postoperatively has no benefit in reducing SSI after surgery when compared to a single dose. However, there was some evidence (low to very low quality) that a prolonged postoperative administration of antibiotics may be beneficial to reduce the risk of SSI in cardiac, vascular and orthognathic surgery when compared to single-dose prophylaxis. Considering this limited and low to very low quality evidence in support of SAP prolongation in the above-mentioned procedures, as well as the possible harm associated with the prolonged duration of antibiotic administration, the GDG agreed to recommend against the prolongation of antibiotic administration after completion of the operation for the purpose of preventing SSI.<br><br>• Considering the possible adverse events, the risk of generating AMR linked to SAP prolongation and the high number of available studies of moderate quality showing no benefit, the strength of the recommendation was decided to be strong. |

| Remarks |
| --- |
| • In the included studies, "single dose" usually refers to a preoperative dose with or without intraoperative re-dosing, depending on the duration of the operation and the half-life of the drug. The included studies always compared the same antibiotic agent in the same dose per administration.<br><br>• The guidelines of the American Society of Health-System Pharmacists *(1)* recommend that intraoperative re-dosing is needed if the duration of the procedure exceeds 2 half-lives of the drug or if there is excessive blood loss during the procedure. While the benefit of this approach seems reasonable from a drug pharmacokinetic aspect, the reviewed studies have not addressed the duration of surgical procedures or re-dosing in relation to SSI in standard antibiotic prophylaxis protocols. No recommendation could be concluded on the benefit or harm of this approach.<br><br>• For cardiac (2 RCTs *(2, 3)*) and orthognathic surgery (3 RCTs *(4-6)*), there was some evidence that prolonging antibiotic administration after completion of the operation may be beneficial in reducing the risk of SSI when compared to single-dose prophylaxis. By contrast, other RCTs *(7-13)* showed no benefit of prolonging antibiotic prophylaxis beyond 24 hours compared to prophylaxis for up to 24 hours in these types of surgery.<br><br>• In vascular surgery, there was some evidence from one RCT *(14)* that prolonging antibiotic prophylaxis until intravenous lines and tubes are removed may be beneficial in reducing the risk of SSI when compared to single-dose prophylaxis.<br><br>• The GDG highlighted the risk of promoting AMR if antibiotics are prolonged in the postoperative period, both in the individual patient and at the health care facility level. In addition, this practice might negatively affect the patient microbiome and lead to short- and long-term gastrointestinal complications. A relevant harm possibly linked to prolonged SAP is the intestinal spread of *C. difficile* with a higher risk of a clinical manifestation of infection. |

## Background

The preventive effect of the routine use of SAP prior to non-clean and implant surgery has long been recognized. However, the benefit of continuing SAP after completion of the procedure is unclear. While current guidelines recommend a maximum postoperative SAP duration of 24 hours, increasing evidence shows that there may be non-inferiority of a single preoperative dose (and possible additional intraoperative doses according to the duration of the operation). Despite this, surgeons still have a tendency to routinely continue SAP up to several days after surgery (15, 16).

The use and duration of postoperative prophylaxis have been specified in clinical practice guidelines issued by professional societies or national authorities (Table 4.26.1). Several guidelines, such as those published by SHEA/IDSA (17) and the American Society of Health-System Pharmacists (1), recommend discontinuing SAP within 24 hours after surgery. The 2012 SSI prevention bundle from the US Institute of Healthcare Improvement (18) recommends discontinuing SAP within 24 hours in general and within 48 hours in cardiac surgery. Other guidelines published by the UK-based NICE (19), the Scottish Intercollegiate Guidelines Network (SIGN) (20), the Royal College of Physicians of Ireland (21) and the UK Department of Health (22), recommend a single dose of preoperative SAP and no postoperative continuation with or without exceptions for specific surgical procedures.

| *Table 4.24.1.* **Recommendations on SAP according to available guidelines** | |
| --- | --- |
| **Guidelines**<br>(date issued) | **Recommendations on SAP duration** |
| **SHEA/IDSA**<br>(2014) *(17)* | Stop agent within 24 hours after the procedure for all procedures. |
| **American Society**<br>**of Health-System**<br>**Pharmacists** *(1)* | Discontinue antibiotic prophylaxis within 24 hours after surgery. |
| **NICE**<br>(2008) *(19)* | Consider giving a single dose of antibiotic prophylaxis intravenously on starting anaesthesia. |
| **The Royal College**<br>**of Physicians**<br>**of Ireland**<br>(2012) *(21)* | With the exception of a small number of surgical indications (see below), the duration of surgical prophylaxis should be a single dose.<br><br>Duration of prophylaxis involving more than a single dose, but not for more than 24 hours: open reduction and internal fixation of compound mandibular fractures, orthognathic surgery, complex septorhinoplasty (including grafts), head and neck surgery.<br><br>Duration for more than 24 hours, but not for more than 48 hours: open heart surgery. |
| **USA Institute**<br>**for Healthcare**<br>**Improvement:**<br>**surgical site**<br>**infection**<br>(2012) *(18)* | Discontinue antibiotic prophylaxis within 24 hours and 48 hours for cardiac patients. |
| **SIGN: Antibiotic**<br>**prophylaxis**<br>**in surgery**<br>(2014) *(20)* | A single dose of antibiotic with a long enough half-life to achieve activity throughout the operation is recommended. Up to 24 hours of antibiotic prophylaxis should be considered for arthroplasty. |
| **UK High impact**<br>**intervention bundle**<br>(2011) *(22)* | Appropriate antibiotics were administered within 60 minutes prior to incision and only repeated if there was excessive blood loss, a prolonged operation or during prosthetic surgery. |

SAP: surgical antibiotic prophylaxis; SHEA: Society for Healthcare Epidemiology of America; IDSA: Infectious Diseases Society of America; NICE: National Institute for Health and Care Excellence; SIGN: Scottish Intercollegiate Guidelines Network.

Following an in-depth analysis of the sources and strength of evidence in current guidelines, the GDG members decided to conduct a systematic review to assess the available evidence on the effectiveness of prolonged antibiotic prophylaxis to prevent SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 25) was to investigate whether prolonged SAP in the postoperative period is more effective in reducing the risk of SSI than perioperative prophylaxis (single dose before incision and possible intraoperative additional dose/s according to the duration of the operation). The target population included patients of all ages undergoing a surgical procedure for which SAP is indicated. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Sixty-nine RCTs *(2-9, 11-14, 23-79)* including a total of 21 243 patients and investigating the optimal duration of antibiotic prophylaxis in a variety of surgical procedures were identified: appendectomy *(23-27)*; colorectal surgery *(28-30, 60-64, 75)*; upper gastrointestinal tract surgery *(31-34)*; cholecystectomy *(35, 65)*; hepatobiliary surgery *(76, 80)*; mixed general surgery *(37-42, 79)*; caesarean section *(43-45)*; gynaecological surgery *(46, 47, 74)*; orthopaedic and trauma surgery *(48, 49)*; spine surgery *(50, 66)*; cardiac surgery *(2, 3, 7, 8, 77)*; thoracic surgery *(51)*; vascular surgery *(14)*; transplantation surgery *(52)*; head and neck surgery *(53, 67-69, 78, 81)*; ear, nose and throat surgery *(55, 70)*; maxillofacial surgery *(56-59, 71)*; orthognathic surgery *(4-6, 9, 11-13, 72)*; and others *(73)*. Both intervention and control groups received the same preoperative regimen in all included studies and they only differed in the postoperative continuation of antibiotic prophylaxis. There were variations in the antibiotic regimens and in the duration of SAP prolongation. The first dose of the antibiotic prophylaxis was always administered preoperatively.

Considering the heterogeneity among the selected studies regarding the duration of SAP prolongation postoperatively and the type of surgical procedure, several separate meta-analyses were performed according to the following comparisons (web Appendix 25).

1. Any prolonged regimen vs. no postoperative dose (44 RCTs).
2. A prolonged regimen less than 24 hours postoperatively vs. a single postoperative dose (one RCT).
3. A prolonged regimen more than 24 hours postoperatively vs. a prolonged regimen less than 24 hours postoperatively (23 RCTs).
4. A prolonged regimen more than 48 hours postoperatively vs. a prolonged regimen less than 48 hours postoperatively (3 RCTs).
5. Type of procedure with a prolonged antibiotic regimen:
   a. cardiac surgery
   b. vascular surgery
   c. orthognathic surgery.

Overall, there is a moderate quality of evidence that prolonged postoperative antibiotic prophylaxis has no benefit in reducing the SSI rate when compared to a single dose of antibiotic prophylaxis (OR: 0.89; 95% CI: 0.77–1.03).

In cardiac *(2, 3)* and orthognathic surgery *(4-6)*, there is some low quality evidence that SAP continuation after completion of the operation may be beneficial in reducing SSI when compared to a single dose of prophylaxis (OR: 0.43; 95% CI: 0.25–0.76 and OR: 0.30; 95% CI: 0.10–0.88, respectively). Conversely, other RCTs *(7-13)* showed no benefit in SSI prevention by prolonging SAP beyond 24 hours compared to SAP for up to 24 hours in both cardiac *(7, 8)* (OR: 0.74; 95% CI: 0.32–1.73; very low quality of evidence) and orthognathic surgery *(9-13)* (OR: 0.34; 95% CI: 0.08–1.44; very low quality of evidence). In vascular surgery, there was some evidence from one RCT *(14)* that prolonging antibiotic prophylaxis until intravenous lines and tubes are removed may be beneficial in reducing the risk of SSI when compared to a single dose (OR: 0.50; 95% CI: 0.25–0.98).

The retrieved evidence focused mostly on adult patients. Only 2 studies *(27, 61)* addressed specifically the paediatric population. Fifteen studies *(4, 6, 11-13, 25, 26, 37, 39, 41, 42, 57, 70, 82, 83)* included some paediatric patients, but with a majority of adult patients. Among the 69 included studies, 14 *(4, 6, 9, 11, 13, 26, 38, 43-45, 56, 57, 70, 77)* were conducted in LMICs. The literature search did not identify any studies that reported on SSI-attributable mortality.

## Additional factors considered when formulating the recommendation

### Values and preferences

Patient values and preferences were not assessed by the studies. The GDG argued that the recommendation was likely to be similar to the values and preferences of most patients. The GDG pointed out that some patients feel reassured by receiving prolonged antibiotic prophylaxis, while others would prefer to receive the lowest number of drugs possible and, in particular, to discontinue antibiotics as soon as possible.

### Resource use

Studies addressing cost-effectiveness reported a cost reduction associated with shorter antibiotic prophylaxis regimens. This varied from US$ 36.90 to US$ 1664 and was attributable to the lower number of antibiotic doses administered and a reduced treatment of side-effects and duration of hospitalization *(24, 47, 52, 55, 74, 84)*. The GDG emphasized that the recommendation may generate cost savings due to reduced expenses in drugs and materials, staff time and reduced costs due to the prevention of adverse events associated with prolonged antibiotic prophylaxis. The GDG highlighted that there is a need to raise awareness and provide education on the rational use of antibiotics and antibiotic stewardship among both health care workers (surgeons in particular, with reference to this recommendation) and patients.

### Research gaps

The GDG highlighted that there is a need for further well-designed RCTs in cardiac and vascular surgery, as well as in in the paediatric population. Importantly, it would be crucial that studies include the selection of the most appropriate antibiotic according to the surgical procedure. Future trials should investigate the effect of prolonged antibiotic prophylaxis on the microbiome.

## References

1. Bratzler DW, Dellinger EP, Olsen KM, Perl TM, Auwaerter PG, Bolon MK, et al. Clinical practice guidelines for antimicrobial prophylaxis in surgery. Am J Health Syst Pharm. 2013;70(3):195-283.
2. Nooyen SM, Overbeek BP, Brutel de la Rivière A, Storm AJ, Langemeyer JJ. Prospective randomised comparison of single-dose versus multiple-dose cefuroxime for prophylaxis in coronary artery bypass grafting. Europ J Clin Microbiol Infect Dis. 1994; 13(12):1033-7.
3. Tamayo E, Gualis J, Florez S, Castrodeza J, Eiros Bouza JM, Alvarez FJ. Comparative study of single-dose and 24-hour multiple-dose antibiotic prophylaxis for cardiac surgery. J Thorac Cardiovasc Surg. 2008;136(6):1522-7.
4. Danda AK, Wahab A, Narayanan V, Siddareddi A. Single-dose versus single-day antibiotic prophylaxis for orthognathic surgery: a prospective, randomized, double-blind clinical study. J Oral Maxillofac Surg. 2010;68(2):344-6.
5. Kang SH, Yoo JH, Yi CK. The efficacy of postoperative prophylactic antibiotics in orthognathic surgery: A prospective study in Le Fort I osteotomy and bilateral intraoral vertical ramus osteotomy. Yonsei Med J. 2009;50(1):55-9.
6. Wahab PUA, Narayanan V, Nathan S, Madhulaxmi. Antibiotic prophylaxis for bilateral sagittal split osteotomies: a randomized, double-blind clinical study. Int J Oral Maxillofac Surg. 2013;42(3):352-5.
7. Lin MH, Pan SC, Wang JL, Hsu RB, Lin Wu FL, Chen YC, et al. Prospective randomized study of efficacy of 1-day versus 3-day antibiotic prophylaxis for preventing surgical site infection after coronary artery bypass graft. J Form Med Assoc. 2011;110(10):619-26.
8. Niederhauser U, Vogt M, Vogt P, Genoni M, Kunzli A, Turina MI. Cardiac surgery in a high-risk group of patients: is prolonged postoperative antibiotic prophylaxis effective? J Thorac Cardiovasc Surg. 1997;114(2):162-8.
9. Baqain ZH, Hyde N, Patrikidou A, Harris M. Antibiotic prophylaxis for orthognathic surgery: a prospective, randomised clinical trial. The Br J Oral Maxillofac Surg. 2004;42(6):506-10.
10. Bentley KC, Head TW, Aiello GA. Antibiotic prophylaxis in orthognathic surgery: a 1-day versus 5-day regimen. J Oral Maxillofac Surg. 1999;57(3):226-30.
11. Eshghpour M, Khajavi A, Bagheri M, Banihashemi E. Value of prophylactic postoperative antibiotic therapy after bimaxillary orthognathic surgery: A clinical trial. Iran J Otorhinolaryngol. 2014;26(77):207-10.
12. Fridrich KL, Partnoy BE, Zeitler DL. Prospective analysis of antibiotic prophylaxis for orthognathic surgery. Int J Adult Orthodon Orthognath Surg. 1994;9(2):129-31.
13. Jansisyanont P, Sessirisombat S, Sastravaha P, Bamroong P. Antibiotic prophylaxis for orthognathic surgery: a prospective, comparative, randomized study between

amoxicillin-clavulanic acid and penicillin. J Med Assoc Thai. 2008;91(11):1726-31.

14. Hall JC, Christiansen KJ, Goodman M, Lawrence-Brown M, Prendergast FJ, Rosenberg P, et al. Duration of antimicrobial prophylaxis in vascular surgery. Am J Surg. 1998;175(2):87-90.

15. Kobayashi M, Takesue Y, Kitagawa Y, Kusunoki M, Sumiyama Y. Antimicrobial prophylaxis and colon preparation for colorectal surgery: Results of a questionnaire survey of 721 certified institutions in Japan. Surg Today. 2011;41(10):1363-9.

16. Bratzler DW, Houck PM, Richards C, Steele L, Dellinger EP, Fry DE, et al. Use of antimicrobial prophylaxis for major surgery: baseline results from the National Surgical Infection Prevention Project. Arch Surg. 2005;140(2):174-82.

17. \Anderson DJ, Podgorny K, Berrios-Torres SI, Bratzler DW, Dellinger EP, Greene L, et al. Strategies to prevent surgical site infections in acute care hospitals: 2014 update. Infect Control Hosp Epidemiol. 2014;35(6):605-27.

18. Friese S, Willems FT, Loriaux SM, Meewis JM. Prophylaxis in gynaecological surgery: a prospective randomized comparison between single dose prophylaxis with amoxycillin/clavulanate and the combination of cefuroxime and metronidazole. J Antimicrob Chemother. 1989; 24(Suppl. B):213-6.

19. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337.

20. Scottish Intercollegiate Guidelines Network. Antibiotic prophylaxis in surgery. July 2008, updated April 2014. Edinburgh: Healthcare Improvement Scotland (http://www.sign.ac.uk/pdf/sign104.pdf., accessed 10 May 2016).

21. Preventing surgical site infections. Key recommendations for practice. Dublin: Joint Royal College of Surgeons in Ireland/Royal College of Physicians of Ireland Working Group on Prevention of Surgical Site Infection; 2012 (https://www.rcpi.ie/wp-content/uploads/2016/01/Preventing-Surgical-Site-Infections-Key-Recommendations-for-Practice.pdf, accessed 25 July 2016).

22. High impact intervention; care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 24 July 2016).

23. Hussain MI, Alam MK, Al-Qahatani HH, Al-Akeely MH. Role of postoperative antibiotics after appendectomy in non-perforated appendicitis. J Coll Physicians Surg Pak. 2012;22(12):756-9.

24. Liberman MA, Greason KL, Frame S, Ragland JJ. Single-dose cefotetan or cefoxitin versus multiple-dose cefoxitin as prophylaxis in patients undergoing appendectomy for acute nonperforated appendicitis. J Am Coll Surg. 1995;180(1):77-80.

25. Mui LM, Ng CSH, Wong SKH, Lam YH, Fung TMK, Fok KL, et al. Optimum duration of prophylactic antibiotics in acute non-perforated appendicitis. ANZ J Surg. 2005;75(6):425-8.

26. Rajabi-Mashhadi MT, Mousavi SH, Mh KM, Ghayour-Mobarhan M, Sahebkar A. Optimum duration of perioperative antibiotic therapy in patients with acute non-perforated appendicitis: A prospective randomized trial. Asian Biomed 2012;6(6):891-4.

27. Tsang TM, Tam PK, Saing H. Antibiotic prophylaxis in acute non-perforated appendicitis in children: single dose of metronidazole and gentamicin. J R Coll Surge Edin. 1992; 37(2):110-2.

28. Cuthbertson AM, McLeish AR, Penfold JCB, Ross H. A comparison between single and double dose intravenous timentin for the prophylaxis of wound infection in elective colorectal surgery. Dis Colon Rectum. 1991;34(2):151-5.

29. Fujita S, Saito N, Yamada T, Takii Y, Kondo K, Ohue M, et al. Randomized, multicenter trial of antibiotic prophylaxis in elective colorectal surgery: Single dose vs 3 doses of a second-generation cephalosporin without metronidazole and oral antibiotics. Arch Surg. 2007;142(7):657-61.

30. Suzuki T, Sadahiro S, Maeda Y, Tanaka A, Okada K, Kamijo A. Optimal duration of prophylactic antibiotic administration for elective colon cancer surgery: A randomized, clinical trial. Surgery. 2011;149(2):171-8.

31. Fujita T, Daiko H. Optimal duration of prophylactic antimicrobial administration and risk of postoperative infectious events in thoracic esophagectomy with three-field lymph node dissection: Short-course versus prolonged antimicrobial administration. Esophagus. 2015;12(1):38-43.

32. Haga N, Ishida H, Ishiguro T, Kumamoto K, Ishibashi K, Tsuji Y, et al. A Prospective randomized study to assess the optimal duration of intravenous antimicrobial

prophylaxis in elective gastric cancer surgery. Int Surg. 2012;97(2):169-76.

33. Imamura H, Kurokawa Y, Tsujinaka T, Inoue K, Kimura Y, Iijima S, et al. Intraoperative versus extended antimicrobial prophylaxis after gastric cancer surgery: a phase 3, open-label, randomised controlled, non-inferiority trial. Lancet Infect Dis. 2012;12(5):381-7.

34. Mohri Y, Tonouchi H, Kobayashi M, Nakai K, Kusunoki M. Randomized clinical trial of single- versus multiple-dose antimicrobial prophylaxis in gastric cancer surgery. Br J Surg. 2007;94(6):683-8.

35. Regimbeau JM, Fuks D, Pautrat K, Mauvais F, Haccart V, Msika S, et al. Effect of postoperative antibiotic administration on postoperative infection following cholecystectomy for acute calculous cholecystitis: A randomized clinical trial. JAMA. 2014;312(2):145-54.

36. Meijer WS, Schmitz PI. Prophylactic use of cefuroxime in biliary tract surgery: randomized controlled trial of single versus multiple dose in high-risk patients. Galant Trial Study Group. Br J Surg. 1993;80(7):917-21.

37. Aberg C, Thore M. Single versus triple dose antimicrobial prophylaxis in elective abdominal surgery and the impact on bacterial ecology. J Hosp Infect. 1991; 18(2):149-54.

38. Abro AH, Pathan AH, Siddiqui FG, Syed F, Laghari AA. Single dose versus 24 hours antibiotic prophylaxis against surgical site infections. J Liaquat Univ Med Health Sci. 2014;13(1):27-31.

39. Bates T, Roberts JV, Smith K, German KA. A randomized trial of one versus three doses of augmentin as wound prophylaxis in at-risk abdominal surgery. Postgrad Med J. 1992;68(804):811-6.

40. Becker A, Koltun L, Sayfan J. Impact of antimicrobial prophylaxis duration on wound infection in mesh repair of incisional hernia - preliminary results of a prospective randomized trial. Europ Surg. 2008;40(1):37-40.

41. Kow L, Toouli J, Brookman J, McDonald PJ, Ronald M, Nichols RL. Comparison of cefotaxime plus metronidazole versus cefoxitin for prevention of wound infection after abdominal surgery. World J Surg. 1995;19(5):680-6.

42. Turano A. New clinical data on the prophylaxis of infections in abdominal, gynecologic, and urologic surgery. Multicenter Study Group. Am J Surgery. 1992;164(4 A Suppl.):16S-20S.

43. Lyimo FM, Massinde AN, Kidenya BR, Konje ET,

Mshana SE. Single dose of gentamicin in combination with metronidazole versus multiple doses for prevention of post-caesarean infection at Bugando Medical Centre in Mwanza, Tanzania: A randomized, equivalence, controlled trial. BMC Pregnancy Childbirth. 2013;13:123.

44. Shaheen S, Akhtar S. Comparison of single dose versus multiple doses of anitibiotic prophylaxis in elective caesarian section. J Postgrad Med Inst. 2014;28(1):83-6.

45. Westen EH, Kolk PR, Van Velzen CL, Unkels R, Mmuni NS, Hamisi AD, et al. Single-dose compared with multiple day antibiotic prophylaxis for cesarean section in low-resource settings, a randomized controlled, noninferiority trial. Acta Obstet Gynecol Scand. 2015;94(1):43-9.

46. Cartana J, Cortes J, Yarnoz MC, Rossello JJ. Antibiotic prophylaxis in Wertheim-Meigs surgery. A single dose vs three doses. Europ J Gynaecol Oncol. 1994;15(1):14-8.

47. Su HY, Ding DC, Chen DC, Lu MF, Liu JY, Chang FY. Prospective randomized comparison of single-dose versus 1-day cefazolin for prophylaxis in gynecologic surgery. Acta Obstet Gynecol Scand. 2005;84(4):384-9.

48. Buckley R, Hughes GNF, Snodgrass T, Huchcroft SA. Perioperative cefazolin prophylaxis in hip fracture surgery. Can J Surg. 1990;33(2):122-5.

49. Garotta F, Pamparana F. Antimicrobial prophylaxis with ceftizoxime versus cefuroxime in orthopedic surgery. Ceftizoxime Orthopedic Surgery Italian Study Group. J Chemother. 1991;3(Suppl. 2):34-5.

50. Hellbusch LC, Helzer-Julin M, Doran SE, Leibrock LG, Long DJ, Puccioni MJ, et al. Single-dose vs multiple-dose antibiotic prophylaxis in instrumented lumbar fusion-a prospective study. Surg Neurol. 2008;70(6):622-7.

51. Olak J, Jeyasingham K, Forrester-Wood C, Hutter J, Al-Zeerah M, Brown E. Randomized trial of one-dose versus six-dose cefazolin prophylaxis in elective general thoracic surgery. Ann Thorac Surg. 1991;51(6):956-8.

52. Orlando G, Manzia TM, Sorge R, Iaria G, Angelico R, Sforza D, et al. One-shot versus multidose perioperative antibiotic prophylaxis after kidney transplantation: A randomized, controlled clinical trial. Surgery. 2015;157(1):104-10.

53. Maier W, Strutz J. Perioperative single-dose prophylaxis with cephalosporins in ENT surgery. A prospective randomized study. [Article in

German]. Laryngorhinotologie. 1992;71(7):365-9.

54. Mann W, Maurer J. [Perioperative short-term preventive antibiotics in head-neck surgery]. Laryngorhinootologie. 1990; 69(3):158-60.

55. Rajan GP, Fergie N, Fischer U, Romer M, Radivojevic V, Hee GK. Antibiotic prophylaxis in septorhinoplasty? A prospective, randomized study. Plast Reconstr Surg. 2005;116(7):1995-8.

56. Campos GBP, Lucena EES, da Silva JSP, Gomes PP, Germano AR. Efficacy assessment of two antibiotic prophylaxis regimens in oral and maxillofacial trauma surgery: Preliminary results. Int J Clin Exper Med. 2015;8(2):2846-52.

57. Cioaca RE, Bucur A, Coca-Nicolae C, Coca CA. Comparative study of clinical effectiveness of antibiotic prophylaxis in aseptic mouth-jaw- and facial surgery. [German]. Mund-, Kiefer- und Gesichtschirurgie : MKG. 2002;6(5):356-9.

58. Lindeboom JAH, Tuk JGC, Kroon FHM, van den Akker HP. A randomized prospective controlled trial of antibiotic prophylaxis in intraoral bone grafting procedures: Single-dose clindamycin versus 24-hour clindamycin prophylaxis. Mund Kiefer Gesichtschir. 2005;9(6):384-8.

59. Lindeboom JA, Baas EM, Kroon FH. Prophylactic single-dose administration of 600 mg clindamycin versus 4-time administration of 600 mg clindamycin in orthognathic surgery: a prospective randomized study in bilateral mandibular sagittal ramus osteotomies. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2003;95(2):145-9.

60. Karran SJ, Sutton G, Gartell P, Karran SE, Finnis D, Blenkinsop J. Imipenem prophylaxis in elective colorectal surgery. Br J Surg. 1993;80(9):1196-8.

61. Akgur FM, Tanyel FC, Buyukpamukcu N, Hicsonmez A. Prophylactic antibiotics for colostomy closure in children: Short versus long course. Pediatr Surg Int. 1992;7(4):279-81.

62. Ishibashi K, Kuwabara K, Ishiguro T, Ohsawa T, Okada N, Miyazaki T, et al. Short-term intravenous antimicrobial prophylaxis in combination with preoperative oral antibiotics on surgical site infection and methicillin-resistant *Staphylococcus aureus* infection in elective colon cancer surgery: Results of a prospective randomized trial. Surg Today. 2009;39(12):1032-9.

63. Ishibashi K, Ishida H, Kuwabara K, Ohsawa T, Okada N, Yokoyama M, et al. Short-term intravenous antimicrobial prophylaxis for elective rectal cancer surgery: Results of a prospective randomized non-inferiority trial. Surg Today. 2014;44(4):716-22.

64. McArdle CS, Morran CG, Pettit L, Gemmell CG, Sleigh JD, Tillotson GS. Value of oral antibiotic prophylaxis in colorectal surgery. Br J Surg. 1995;82(8):1046-8.

65. Lau WY, Yuen WK, Chu KW, Chong KK, Li AK. Systemic antibiotic regimens for acute cholecystitis treated by early cholecystectomy. ANZ J Surg. 1990;60(7):539-43.

66. Takemoto RC, Lonner B, Andres T, Park J, Ricart-Hoffiz P, Bendo J, et al. Appropriateness of twenty-four-hour antibiotic prophylaxis after spinal surgery in which a drain Is utilized: a prospective randomized study. J Bone Joint Surg (Am). 2015;97(12):979-86.

67. Carroll WR, Rosenstiel D, Fix JR, Torre J, Solomon JS, Brodish B, et al. Three-dose vs extended-course clindamycin prophylaxis for free-flap reconstruction of the head and neck. Arch Otolaryngol Head Neck Surg. 2003;129(7):771-4.

68. Liu SA, Tung KC, Shiao JY, Chiu YT. Preliminary report of associated factors in wound infection after major head and neck neoplasm operations—does the duration of prophylactic antibiotic matter? J Laryngol Otol. 2008;122(4):403-8.

69. Righi M, Manfredi R, Farneti G, Pasquini E, Cenacchi V. Short-term versus long-term antimicrobial prophylaxis in oncologic head and neck surgery. Head Neck. 1996;18(5):399-404.

70. Bidkar VG, Jalisatigi RR, Naik AS, Shanbag RD, Siddappa R, Sharma PV, et al. Perioperative only versus extended antimicrobial usage in tympanomastoid surgery: a randomized trial. Laryngoscope. 2014;124(6):1459-63.

71. Abubaker AO, Rollert MK. Postoperative antibiotic prophylaxis in mandibular fractures: A preliminary randomized, double-blind, and placebo-controlled clinical study. J Oral Maxillofac Surg. 2001;59(12):1415-9.

72. Bentley KC, Head TW, Aiello GA. Antibiotic prophylaxis in orthognathic surgery: a 1-day versus 5-day regimen. J Oral Maxillofac Surg. 1999;57(3):226-30; discussion 30-2.

73. Bozorgzadeh A, Pizzi WF, Barie PS, Khaneja SC, Lamaute HR, Mandava N, et al. The duration of antibiotic administration in penetrating abdominal trauma. Am J Surg. 1999;177(2):125-31.

74. Chang WC, Hung YC, Li TC, Yang TC, Chen HY, Lin CC. Short course of prophylactic antibiotics in laparoscopically assisted vaginal hysterectomy. J Reprod Med. 2005;50(7):524-8.

75. Becker JM, Alexander DP. Colectomy, mucosal proctectomy, and ileal pouch-anal anastomosis. A prospective trial of optimal antibiotic management. Ann Surg. 1991;213(3):242-7.

76. Togo S, Tanaka K, Matsuo K, Nagano Y, Ueda M, Morioka D, et al. Duration of antimicrobial prophylaxis in patients undergoing hepatectomy: A prospective randomized controlled trial using flomoxef. J Antimicrob Chemother. 2007;59(5):964-70.

77. Gupta A, Hote MP, Choudhury M, Kapil A, Bisoi AK. Comparison of 48 h and 72 h of prophylactic antibiotic therapy in adult cardiac surgery: A randomized double blind controlled trial. J Antimicrob Chemother. 2010;65(5):1036-41.

78. Sawyer R, Cozzi L, Rosenthal DI, Maniglia AJ. Metronidazole in head and neck surgery–the effect of lengthened prophylaxis. Otolaryngol Head Neck Surg. 1990;103(6):1009-11.

79. Scher KS. Studies on the duration of antibiotic administration for surgical prophylaxis. Am Surg. 1997; 63(1):59-62.

80. Meijer WS, Schmitz PIM. Prophylactic use of cefuroxime in biliary tract surgery: Randomized controlled trial of single versus multiple dose in high-risk patients. Br J Surg. 1993;80(7):917-21.

81. Mann W, Maurer J, Wolfensberger M, Riechelmann H, Daschner F. [Perioperative preventive use of antibiotics in head and neck surgery]. [Article in German]. HNO. 1990; 38(6):197-201.

82. Liberman MA, Greason KL, Frame S, Ragland JJ. Single-dose cefotetan or cefoxitin versus multiple-dose cefoxitin as prophylaxis in patients undergoing appendectomy for acute nonperforated appendicitis. J Am Coll Surg. 1995;180:77-80.

83. Bozorgzadeh A, Pizzi WF, Barie PS, Khaneja SC, LaMaute HR, Mandava N, et al. The duration of antibiotic administration in penetrating abdominal trauma. Am J Surg. 1999;177(2):125-31.

84. Wu CC, Yeh DC, Lin MC, Liu TJ, P'Eng F K. Prospective randomized trial of systemic antibiotics in patients undergoing liver resection. Br J Surg. 1998;85(4):489-93.

## 4.25  Advanced dressings

### Recommendation

**The panel suggests not using any type of advanced dressing over a standard dressing on primarily closed surgical wounds for the purpose of preventing SSI.**
*(Conditional recommendation/low quality of evidence)*

### Rationale for the recommendation

- Advanced dressings used in the included studies were of the following types: hydrocolloid; hydroactive; silver-containing (metallic or ionic); and polyhexamethylene biguanide (PHMB) dressings. Standard dressings were dry absorbent dressings.

- Low quality evidence from 10 RCTs shows that advanced dressings applied on primarily closed incisional wounds do not significantly reduce SSI rates compared to standard wound dressings. The GDG unanimously agreed that advanced dressings should not be used as a preventive measure to reduce the risk of SSI. Given the low quality of the evidence, the GDG decided that the strength of this recommendation should be conditional.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. However, the GDG considered this recommendation valid also for paediatric patients.

- The GDG identified possible harms associated with the use of silver-containing dressings. Allergic reactions or skin irritations may develop in some patients *(1)*.

- Regarding ionic silver dressings, the GDG was concerned about the possible exposure of patients and health care workers to nanoparticles. It was also pointed out that microbial resistance to silver and PHMB may develop.

- The GDG also highlighted that the availability of advanced dressings may be limited in LMICs and their purchase might represent a financial burden.

- The GDG emphasized that dressings used on primarily closed surgical wounds should be sterile and should be applied with an aseptic technique.

- The studies included did not investigate negative pressure dressings. pNPWT is dealt with in chapter 4.19 of these guidelines.

### Background

The term "surgical wound" used in this document refers to a wound created when an incision is made with a scalpel or other sharp cutting device and then closed in the operating room by suture, staple, adhesive tape, or glue and resulting in close approximation to the skin edges. It is common practice to cover such wounds with a dressing. The dressing acts as a physical barrier to protect the wound from contamination from the external environment until the wound becomes impermeable to microorganisms. The dressing can also serve to absorb exudate from the wound and keep it dry.

A wide variety of wound dressings are available (web Appendix 26). Advanced dressings are mainly hydrocolloid or hydrogels or fibrous hydrocolloid or polyurethane matrix hydrocolloid dressings and vapour-permeable films.

A Cochrane review *(2)* and its update *(3)* of the effect of dressings for the prevention of SSI found no evidence to suggest that one dressing type was better than any others.

The UK-based NICE issued a clinical guideline for SSI prevention and treatment in 2008 which recommended covering surgical incisions with an appropriate interactive dressing at the end of the procedure *(4)*. The 2013 evidence update of these guidelines suggests that no particular type of dressing emerges as the most effective in reducing the risk of SSI, although silver nylon dressings may be more effective than gauze.

The update recommends further research to confirm the effectiveness of modern types of dressing *(5)*. Postoperative care bundles recommend that surgical dressings be kept undisturbed for a minimum of 48 hours after surgery unless leakage occurs. However, there are currently no specific recommendations or guidelines regarding the type of surgical dressing *(6-8)*.

Following an in-depth analysis of the sources and strength of evidence in current guidelines and reviews, the GDG members decided to conduct a systematic review to assess the effectiveness of advanced dressings compared to standard surgical wound dressings for the prevention of SSI.

## Summary of the evidence

The purpose of the evidence review (web Appendix 26) was to evaluate whether the use of advanced dressings is more effective in reducing the risk of SSI than standard wound dressings. The target population included patients of all ages undergoing a surgical procedures. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Ten RCTs *(1, 9-17)*, including a total of 2628 patients, evaluated advanced dressings compared to standard dressings. Patients were adults undergoing sternotomy and elective orthopaedic, cardiac, vascular, plastic, abdominal and colorectal cancer surgical procedures. There were variations in the interventions as some studies used hydrocolloid, hydroactive and silver- or PHMB-impregnated dressings. In addition, there were variations in the definition of SSI and the duration of postoperative follow-up.

Despite the heterogeneity of the types of advanced dressings used in the selected studies, separate meta-analyses were performed to evaluate (1) an overall comparison of advanced vs. standard dressings, and (2) hydrocolloid or silver-impregnated or hydroactive or PHMB dressings vs. standard dressings.

Overall, there is low quality evidence that advanced dressings do not significantly reduce SSI rates compared to standard dressings (OR: 0.80; 95% CI: 0.52–1.23). In particular, compared to standard dressings, very low quality evidence showed neither benefit nor harm for hydrocolloid dressings (OR: 1.08; 95% CI: 0.51–2.28), silver-impregnated dressings (OR: 0.67; 95% CI: 0.34–1.30) and hydroactive dressings (OR: 1.63; 95% CI: 0.57–4.66). There is also low evidence for

PHMB-containing dressings (OR: 0.20; 95% CI: 0.02–1.76).

The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. In addition, no studies reported SSI-attributable mortality rates.

## Additional factors considered when formulating the recommendation

### Values and preferences

There are many factors that may contribute to the preferences of surgeons and/or patients with regard to the use of particular dressings. Although no difference in SSI prevention was shown in the meta-analysis of 10 RCTs, other outcomes were reported in some studies. Two RCTs included in these analyses assessed patient comfort and reported that hydrocolloid dressings were more comfortable than standard dressings *(16, 17)*. Another study reported better cosmetic results in patients whose incisions were dressed with hydrocolloid dressings compared to incisions covered with standard dressings, despite no SSI events in either group *(13)*. It was acknowledged that patients may prefer a low frequency of dressing change.

### Resource use

The cost and availability of advanced dressings may be a limitation, particularly in LMICs. The added cost of using hydrogel, hydrocolloid or silver-containing dressings has been investigated by several studies included in this review. Two studies reported fewer dressing changes for hydrogel dressings compared to standard dressings *(10, 16)*. Although the hydrogel dressings were associated with a cost 2 to 5 times higher than standard dressings, they may be beneficial for patients unable to change dressings or requiring a return to hospital for subsequent dressing changes *(16)*. One study attributed increased nursing time with standard dressings, which is a consideration for hospitals with a small nursing staff. Another study reported higher costs for hydrocolloid compared to standard dressings *(17)*. In addition to cost, it may be difficult for some LMICs to acquire and properly use moist or metallic dressings. However, one study reported that hydrocolloid dressings were less complicated to apply *(15)*.

## Research gaps

It was emphasized that there are very few large, high-quality trials investigating different types of dressings with SSI prevention as a primary outcome.

Future clinical studies should focus on generating a large sample size and include blind outcome assessment. Well-designed studies conducted in LMICs are needed, as well as in the paediatric population. The GDG highlighted a special interest in investigating the use of silver-containing dressings in orthopaedic and cardiac surgery with regard to SSI prevention. Assessment of adverse events should be considered in the trials, including the possible effects of silver nanoparticles. In addition, it would be interesting to explore the comparison of opaque dressings with transparent ones in terms of postoperative visual examination and the duration of keeping the primary dressing in place, ultimately with regard to SSI prevention.

## References

1. Dickinson Jennings C, Culver Clark R, Baker JW. A prospective, randomized controlled trial comparing 3 dressing types following sternotomy. Ostomy Wound Manage. 2015;61(5):42-9.
2. Dumville JC, Walter CJ, Sharp CA, Page T. Dressings for the prevention of surgical site infection. Cochrane Database Syst Rev. 2011(7):CD003091.
3. Dumville JC, Gray TA, Walter CJ, Sharp CA, Page T. Dressings for the prevention of surgical site infection. Cochrane Database Syst Rev. 2014;9:CD003091.
4. Leaper D, Burman-Roy S, Palanca A, Cullen K, Worster D, Gautam-Aitken E, et al. Prevention and treatment of surgical site infection: summary of NICE guidance. BMJ. 2008;337.
5. Surgical site infection: evidence update 43 (June 2013) London: National Institute for Health and Care Excellence (NICE); 2013 (http://www.nice.org.uk/guidance/cg74/evidence/evidence-update-241969645, accessed 25 July 2016).
6. Targeted literature review: What are the key infection prevention and control recommendations to inform a surgical site infection (SSI) prevention quality improvement tool? Edinburgh: Health Protection Scotland; version 3.0 February 2015 (http://www.documents.hps.scot.nhs.uk/hai/infection-control/evidence-for-care-bundles/literature-reviews/ssi-review-2015-02.pdf, accessed 13 May 2016).
7. Owens P, McHugh S, Clarke-Moloney M, Healy D, Fitzpatrick F, McCormick P, et al. Improving surgical site infection prevention practices through a multifaceted educational intervention. Ir Med J. 2015;108(3):78-81.
8. High impact intervention; care bundle to prevent surgical site infection. London: Department of Health; 2011 (http://hcai.dh.gov.uk/files/2011/03/2011-03-14-HII-Prevent-Surgical-Site-infection-FINAL.pdf, accessed 25 July 2016).
9. Biffi R, Fattori L, Bertani E, Radice D, Rotmensz N, Misitano P, et al. Surgical site infections following colorectal cancer surgery: a randomized prospective trial comparing common and advanced antimicrobial dressing containing ionic silver. World J Surg Oncol. 2012;10:94.
10. Burke NG, Green C, McHugh G, McGolderick N, Kilcoyne C, Kenny P. A prospective randomised study comparing the jubilee dressing method to a standard adhesive dressing for total hip and knee replacements. J Tissue Viability. 2012;21(3):84-7.
11. Krieger BR, Davis DM, Sanchez JE, Mateka JJ, Nfonsam VN, Frattini JC, et al. The use of silver nylon in preventing surgical site infections following colon and rectal surgery. Dis Colon Rectum. 2011;54(8):1014-9.
12. Martin-Trapero C, Martin-Torrijos M, Fernandez-Conde L, Torrijos-Torrijos M, Manzano-Martin E, Pacheco-del Cerro JL, et al. [Surgical site infections. Effectiveness of polyhexamethylene biguanide wound dressings]. Enferm Clin. 2013;23(2):56-61.
13. Michie DD, Hugill JV. Influence of occlusive and impregnated gauze dressings on incisional healing: a prospective, randomized, controlled study. Ann Plast Surg. 1994;32(1):57-64.
14. Ozaki CK, Hamdan AD, Barshes NR, Wyers M, Hevelone ND, Belkin M, et al. Prospective, randomized, multi-institutional clinical trial of a silver alginate dressing to reduce lower extremity vascular surgery wound complications. J Vasc Surg. 2015;61(2):419-27 e1.
15. Shinohara T, Yamashita Y, Satoh K, Mikami K, Yamauchi Y, Hoshino S, et al. Prospective evaluation of occlusive hydrocolloid dressing versus conventional gauze dressing regarding the healing effect after abdominal operations: randomized controlled trial. Asian J Surg. 2008;31(1):1-5.
16. Vogt KC, Uhlyarik M, Schroeder TV. Moist wound healing compared with standard care of treatment of primary closed vascular surgical wounds: a prospective randomized controlled study. Wound Repair Regen. 2007;15(5):624-7.
17. Wynne R, Botti M, Stedman H, Holsworth L, Harinos M, Flavell O, et al. Effect of three wound dressings on infection, healing comfort, and cost in patients with sternotomy wounds: a randomized trial. Chest. 2004;125(1):43-9.

## 4.26  Antimicrobial prophylaxis in the presence of a drain and optimal timing for wound drain removal

### Recommendations

1. The panel suggests that perioperative antibiotic prophylaxis should not be continued to the presence of a wound drain for the purpose of preventing SSI.
   *(Conditional recommendation, low quality of evidence)*

2. The panel suggests removing the wound drain when clinically indicated. No evidence was found to recommend an optimal timing of wound drain removal for the purpose of preventing SSI.
   *(Conditional recommendation, very low quality of evidence)*

### Rationale for the recommendation

- Overall low quality evidence (from 7 RCTs) indicates that prolonged antibiotic prophylaxis in the presence of a wound drain has neither benefit nor harm in reducing SSI when compared to perioperative prophylaxis alone (single dose before incision and possible intraoperative additional dose/s according to the duration of the operation). Considering the lack of evidence that prolonged antibiotic prophylaxis prevents SSI and the possible associated harms (see below), the GDG unanimously agreed that antibiotic prophylaxis should not be continued in the presence of a wound drain. Given the low quality of the evidence, the strength of this recommendation was considered to be conditional.

- Very low quality evidence (from 11 RCTs) shows that the early removal of wound drains has neither benefit nor harm in reducing the SSI rate when compared to late removal of drains (at postoperative day 6 or later). In particular, no benefit was shown when comparing early removal (from postoperative days 1 to 5) with removal on or after postoperative day 6. Results were also similar when comparing early removal with removal determined according to the volume of drainage. Considering the very low quality evidence and the finding that the body of evidence does not identify an optimal time point for wound drain removal with regard to the prevention of SSI, the GDG decided to suggest that the wound drain should be removed when clinically indicated. Given the very low quality of evidence, the strength of this recommendation was considered to be conditional.

### Remarks

- The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. However, the GDG considers this recommendation valid also for paediatric patients.

- The GDG emphasized that the body of evidence does not identify an optimal time point of wound drain removal with regard to the reduction of SSI. Definitions for the early removal of drains varied across the studies from 12 hours to 5 days postoperatively. In addition, the definitions for the late removal of drains varied from removal when the drainage volume became minimal (that is, <30 or <50 mL/day) or at specific time points, such as postoperative days 2 to 10.

- The GDG pointed out that the evidence on the optimal time for drain removal consists of studies that were done with closed wound drains. Therefore, the related recommendation refers to the use of closed wound drainage systems.

- The available evidence on the optimal time for drain removal was limited to studies conducted in breast and orthopaedic surgery.

- It was noted that the great majority of available studies on the topics of these recommendations were conducted in high- and middle-income countries; only one study is available from a low-income country.

- The GDG identified possible harms associated with the prolonged duration of antibiotic administration, such as the selection and emergence of resistant bacteria, the risk of fungal superinfections and *Clostridium difficile* infection and side effects of antibiotics. Furthermore, early removal of the wound drain may be associated with possible postoperative complications, such as an increase of the occurrence of seroma and haematoma requiring treatment *(1)*.

- The GDG highlighted that wound drains are single-use devices and must not be reused.

## Background

The use of drainage tubes in surgical wounds has a long history (2). Prophylactic placement postoperatively has been widely practiced since the mid-1800s with the dictum of Lawson Tait, the 19th century British surgeon, "When in doubt, drain", well known to all surgical trainees. However, some studies have called into question the benefits of routine drainage (3, 4). It is even argued that drains might adversely affect surgical outcomes, for example, affecting anastomotic healing by causing infection in the anastomotic area and the abdominal wound (5, 6). Thirty-four systematic reviews investigating the effect of drains compared to no wound drainage in terms of the related infection risk in surgical patients have been published so far. A meta-review summarizing these reviews (web Appendix 27) demonstrated that most meta-analyses showed a tendency towards a beneficial effect of not using a wound drain with regard to a reduced risk of wound infection, but no significant differences were achieved.

The aim of drainage tubes is to remove any fluid or blood that may collect in the wounds and cavities created by the surgical procedure and thus may cause complications. When used, the optimal time for drain removal after surgery is still unknown. Drains are usually left in place until the amount of fluid draining out of them in a 24-hour period has reduced to a certain volume (typically less than 30 mL to 100 mL). However, some surgeons will remove the drains at a particular time point after surgery, which may vary from hours to more than a week. In most cases, antibiotic prophylaxis is continued postoperatively when a drain is used, but this practice is not evidence based.

With the presence of drainage tubes, the need for perioperative antibiotic prophylaxis and the optimal regimen requires further assessment and investigation given the dramatic increase in AMR worldwide. In recognition of the fact that AMR is now considered a major health problem, the implementation of global and national programmes to optimize the use of antibiotic agents in humans has been strongly urged by WHO (7).

There are currently no formal recommendations for antimicrobial prophylaxis in the presence of a drain or regarding wound drain removal for the prevention of SSI. Following an in-depth analysis of the resources and lack of recommendations from other guidelines, the GDG decided to

conduct a systematic literature review on these topics.

## Summary of the evidence

The purpose of the evidence review (web Appendix 27) was to evaluate whether prolonged antibiotic prophylaxis in the presence of a wound drain is more effective in reducing the risk of SSI than perioperative prophylaxis alone (single dose before incision and possible intraoperative additional dose/s according to the duration of the operation). The review evaluated also whether the early removal of wound drains is more effective than late removal to prevent SSI. The target population included patients of all ages undergoing a surgical operation with the presence of postoperative drainage. The primary outcome was the occurrence of SSI and SSI-attributable mortality.

Seven RCTs (8-14) were identified. They included a total of 1670 patients and investigated whether antibiotics should be administered preoperatively as a single dose and possibly re-dosed according to the duration of the operation, or if their administration should be extended to the postoperative period.

Three studies reported a prolonged antibiotic administration until the wound drain was removed (8, 9, 11). In the remaining 4 trials, patients received a 3-day (10, 14) or 5-day intravenous course (13). Patients enrolled in the studies underwent general surgery (8-10, 14), kidney transplantation (11) and pilonidal sinus surgery (13). One trial (12) determined whether prolonged antibiotic prophylaxis reduced the risk of infectious complications for patients undergoing elective thoracic surgery with tube thoracostomy. The antibiotic was continued for 48 hours after the procedure or until all thoracostomy tubes were removed, whichever came first.

There is low quality evidence that prolonged antibiotic prophylaxis in the presence of a wound drain has neither benefit nor harm in reducing SSI when compared to perioperative prophylaxis alone (OR: 0.79; 95% CI: 0.53–1.20).

Eleven RCTs (1, 15-24) including a total of 1051 patients and comparing early vs. late removal of drainage were identified. Nine studies investigated the duration of drains in patients undergoing mastectomy (1, 15-22) and 2 studies after hip or knee arthroplasty (23, 24). Study definitions

for early drain removal varied from removal at 12 hours, 24 hours and 48 hours to 3, 4 or 5 days postoperatively. Late removal was either defined as removal when the drainage volume became minimal (that is, <30 mL/day or <50 mL/day) or as specific time points, such as postoperative days 2, 6, 8 and 10. One trial (24) compared 3 different time points of drain removal (12 hours, 24 hours and 48 hours).

Despite this heterogeneity, two subgroup analyses were performed based on two main classifications for the indication of late wound drain removal, that is, specific time points with drain removal at postoperative day 6 or later (3 studies (17, 19, 22)) and drainage volume (6 studies (1, 15, 16, 18, 20, 21)). Early removal was considered to be from postoperative days 1 to 5. Therefore, 2 studies that compared drain removal at postoperative day 1 vs. postoperative day 2 (23) and 12 hours/24 hours vs. postoperative day 2 (24) were not included in the subgroup comparisons.

There is very low quality evidence that the early removal of wound drains has neither benefit nor harm in reducing the SSI rate when compared to late removal (OR: 0.86; 95% CI: 0.49–1.50). When this comparison was sub-classified by late removal at specific time points (postoperative day 6 or later) and drainage volume, the results remained unchanged (OR: 0.63; 95% CI: 0.07–5.70 and OR: 0.93; 95% CI: 0.51–1.70, respectively).

The body of retrieved evidence focused on adult patients and no study was available in the paediatric population. The literature search did not identify any studies that reported on SSI-attributable mortality.

### Additional factors considered when formulating the recommendation

#### Values and preferences
The GDG is confident that most patients do not wish to receive prolonged antibiotic prophylaxis to reduce SSI in the absence of good evidence for a benefit, including the possibility of potential harms, such as the development of AMR, antimicrobial-related adverse events and C. difficile infection.

The GDG acknowledged that wound drains are uncomfortable and inconvenient for patients. One survey showed that patients prefer early wound drain removal (15). Even patients who developed seromas requiring aspiration indicated their preference for early removal with a return to hospital for further

aspiration if necessary. In one trial on mastectomy, Barton and colleagues (1) reported that early drain removal increased the occurrence of seromas requiring treatment and this trial was even halted because of the significantly higher rate of adverse events in the early removal group.

#### Resource use
The GDG noted that the availability of antibiotics might be limited, particularly in LMICs. The additional costs of prolonged antibiotic prophylaxis in the presence of a wound drain, including the acquisition of wound drains, may represent not only a financial burden to the health system/ medical centre in low-resource settings, but also to the patients themselves. The GDG emphasized that there is a need to raise awareness and education on the rational use of antibiotics and antibiotic stewardship among both health care workers (surgeons in particular, with reference to this recommendation) and patients. Early removal of drains may shorten hospital length of stay and therefore lead to cost savings (22).

### Research gaps
GDG members highlighted that the available evidence on the time point of wound drain removal is limited to the fields of breast and orthopaedic surgery only. The GDG observed that the number of studies evaluating specific time points is very limited and there is therefore a need for RCTs to focus on specific time points for drain removal, rather than on drainage volume. All future studies should use SSI as the outcome, defined according to CDC criteria, and report any adverse events related to the time of drain removal. There is a need also for well-designed RCTs, especially in orthopaedic joint replacement and cardiac surgery. All included studies were in adult patients and more research is required to investigate the benefit of early drain removal in paediatric populations and among neonates. The great majority of the available evidence comes from high- and middle-income countries and more studies in low-income countries are required.

### References
1. Barton A, Blitz M, Callahan D, Yakimets W, Adams D, Dabbs K. Early removal of postmastectomy drains is not beneficial: results from a halted randomized controlled trial. Am J Surg. 2006;191(5):652-6.
2. Moss JP. Historical and current perspectives on surgical drainage. Surg Gynecol Obstet. 1981;152(4):517-27.

3. Galandiuk S, Fazio VW. Postoperative irrigation-suction drainage after pelvic colonic surgery. A prospective randomized trial. Dis Colon Rectum. 1991;34(3):223-8.

4. Sagar PM, Couse N, Kerin M, May J, MacFie J. Randomized trial of drainage of colorectal anastomosis. Br J Surg. 1993;80(6):769-71.

5. Berliner SD, Burson LC, Lear PE. Use and a buse of intraperitoneal drains in colon surgery. Arch Surg. 1964;89:686-9.

6. Smith SR, Connolly JC, Crane PW, Gilmore OJ. The effect of surgical drainage materials on colonic healing. Br J Surg. 1982;69(3):153-5.

7. Tenover FC, Hughes JM. WHO Scientific Working Group on monitoring and management of bacterial resistance to antimicrobial agents. Emerg Infect Dis. 1995;1(1):37.

8. Becker A, Koltun L, Sayfan J. Impact of antimicrobial prophylaxis duration on wound infection in mesh repair of incisional hernia – preliminary results of a prospective randomized trial. Europ Surg. 2008;40(1):37-40.

9. Hall JC, Christiansen KJ, Goodman M, Lawrence-Brown M, Prendergast FJ, Rosenberg P, et al. Duration of antimicrobial prophylaxis in vascular surgery. Am J Surg. 1998;175(2):87-90.

10. Mohri Y, Tonouchi H, Kobayashi M, Nakai K, Kusunoki M. Randomized clinical trial of single- versus multiple-dose antimicrobial prophylaxis in gastric cancer surgery. Br J Surg. 2007;94(6):683-8.

11. Orlando G, Manzia TM, Sorge R, Iaria G, Angelico R, Sforza D, et al. One-shot versus multidose perioperative antibiotic prophylaxis after kidney transplantation: a randomized, controlled clinical trial. Surgery. 2015;157(1):104-10.

12. Oxman DA, Issa NC, Marty FM, Patel A, Panizales CZ, Johnson NN, et al. Postoperative antibacterial prophylaxis for the prevention of infectious complications associated with tube thoracostomy in patients undergoing elective general thoracic surgery: a double-blind, placebo-controlled, randomized trial. JAMA Surg. 2013;148(5):440-6.

13. Seker D, Ugurlu C, Ergul Z, Akinci M. Single dose prophylactic antibiotics may not be sufficient in elective pilonidal sinus surgery: An early terminated study. . Turk Klin J Med Sci. 2011;31:186-90.

14. Suzuki T, Sadahiro S, Maeda Y, Tanaka A, Okada K, Kamijo A. Optimal duration of prophylactic antibiotic administration for elective colon cancer surgery: A randomized, clinical trial. Surgery. 2011;149(2):171-8.

15. Ackroyd R, Reed MR. A prospective randomized trial of the management of suction drains following breast cancer surgery with axillary clearance. Breast. 1997;6:271-4.

16. Baas-Vrancken Peeters MJ, Kluit AB, Merkus JW, Breslau PJ. Short versus long-term postoperative drainage of the axilla after axillary lymph node dissection. A prospective randomized study. Breast Cancer Res Treat. 2005;93(3):271-5.

17. Clegg-Lamptey JN, Dakubo JC, Hodasi WM. Comparison of four-day and ten-day post-mastectomy passive drainage in Accra, Ghana. East Afr Med J. 2007;84(12):561-5.

18. Dalberg K, Johansson H, Signomklao T, Rutqvist LE, Bergkvist L, Frisell J, et al. A randomised study of axillary drainage and pectoral fascia preservation after mastectomy for breast cancer. Europ J Surg Oncol. 2004;30(6):602-9.

19. Gupta R, Pate K, Varshney S, Goddard J, Royle GT. A comparison of 5-day and 8-day drainage following mastectomy and axillary clearance. Europ J Surg Oncology. 2001;27(1):26-30.

20. Inwang R, Hamed H, Chaudary MA, Fentiman IS. A controlled trial of short-term versus standard axillary drainage after axillary clearance and iridium implant treatment of early breast cancer. Ann R Coll Surg Engl. 1991;73(5):326-8.

21. Kopelman D, Klemm O, Bahous H, Klein R, Krausz M, Hashmonai M. Postoperative suction drainage of the axilla: for how long? Prospective randomised trial. Eur J Surg. 1999;165(2):117-20; discussion 21-2.

22. Parikh HK, Badwe RA, Ash CM, Hamed H, Freitas R, Jr., Chaudary MA, et al. Early drain removal following modified radical mastectomy: a randomized trial. J Surg Oncol. 1992;51(4):266-9.

23. Strahovnik A, Fokter SK, Kotnik M. Comparison of drainage techniques on prolonged serous drainage after total hip arthroplasty. J Arthroplasty. 2010;25(2):244-8.

24. Zamora-Navas P, Collado-Torres F, de la Torre-Solis F. Closed suction drainage after knee arthroplasty. A prospective study of the effectiveness of the operation and of bacterial contamination. Acta Orthop Belg. 1999;65(1):44-7.

# 5. DISSEMINATION AND IMPLEMENTATION OF THE GUIDELINES

The overall aim of this guideline is to improve the quality of care and outcome of patients undergoing surgical procedures through the prevention of SSI.

Uptake of the guidelines by all players included in the target audience is essential. In particular, adoption of the recommendations within national and local IPC and safe surgery guidelines and policies is a key element. Their translation into practice in surgical services and operating rooms is the ultimate and most important goal to achieve a reduction of harm due to SSI through the continuum of the patient's surgical journey. The dissemination and implementation of these guidelines are crucial steps that should be undertaken by the international community, as well as by national and local health services.

## Guidelines implementation
The IPC team of the WHO Service Delivery and Safety Department works with experts and a separate document to accompany the guidelines will be dedicated to strategies for their implementation. This work is based on a systematic literature review aimed at identifying successful strategies and protocols for the implementation of SSI prevention measures, included those recommended by these guidelines.

The team is also considering the results of some key projects that WHO and other partners have led in the field of safe surgery and SSI prevention over the last years. The results and impact of the dissemination and adoption of the WHO safe surgery checklist will be evaluated and included in the implementation strategy document. Furthermore, over the last 3 years, the WHO IPC team and the Johns Hopkins Armstrong Institute for Patient Safety and Quality (Baltimore, MD) led the implementation of the Surgical Unit-based Safety Programme in hospitals in the WHO African Region and the USA. This was a quasi-experimental before/after study implementing a range of SSI prevention measures, together with infection surveillance, combined with an improvement of the patient safety culture. The quantitative results have shown a significant reduction of SSI and improvement of the patient safety climate, while qualitative evaluations have provided insightful lessons learned on barriers and facilitating factors for implementation. As demonstrated by the Surgical Unit-based Safety Programme and other projects, IPC guidelines are most successfully implemented when embedded in an enabling environment supportive of a patient safety culture. Following expert consultation, the results of all these pieces of work will be included in the implementation strategy document. In addition, a package of more than 20 implementation tools was produced for the Surgical Unit-based Safety Programme. This tool package is in the process of being revised and updated by WHO and it will be issued as the formal implementation package accompanying these guidelines. The package will include SSI prevention, as well as patient safety culture building tools.

## Guidelines dissemination and evaluation
The recommendations in these guidelines will be disseminated through a broad network of international technical partners and stakeholders in the field of IPC, surgery and patient safety, including professional societies and patient organizations. More specifically, the WHO Global Infection Prevention and Control network and the Global Initiative for Emergency and Essential Surgical Care forum will be targeted. Other WHO teams working on IPC projects, WHO country and regional offices, ministries of health, WHO collaborating centres, other United Nations agencies and nongovernmental organizations will be targeted through specific communications and

support and collaboration will be provided for dissemination and implementation as appropriate. Dissemination will be done also through all facilities participating in the WHO *Save Lives: Clean Your Hands* and *Safe Surgery Saves Lives* global campaigns. Plans are being developed to conduct pilot implementation in some countries, particularly in the African Region and the Region of the Americas.  All these activities will be supported by specific communication messages and, importantly, by the implementation strategy document and tool package planned to be issued shortly after publication of the guidelines.

Dissemination through the scientific literature is considered crucial for the successful uptake and adoption of the recommendations and WHO and members of the Systematic Reviews Expert Group have already submitted some papers for publication in peer-reviewed journals.

The WHO IPC team will continue to work with all stakeholders and implementers to identify and assess the priorities, barriers and facilitators to guideline implementation. The team will support also the efforts of stakeholders to develop guideline adaptation and implementation strategies tailored to the local context. The recommendations contained in the present guideline should be adapted into locally appropriate documents that are able to meet the specific needs of each country and its health service. Modifications to the recommendations, where necessary, should be limited to conditional recommendations and justifications for any changes should be made in an explicit and transparent manner.

To assess and follow-up the implementation of these guidelines, an evaluation framework will be developed by the WHO IPC team and colleagues from regional offices. This work will also be based on already available tools from Surgical Unit-based Safety Programme and other IPC projects.

# 6. ANNEXES

## 6.1  Guidelines Development Group

**Dr Hanan H Balkhy**
Director, WHO Collaborating Centre
and GCC Center for Infection Control
Executive Director, Infection Prevention
and Control Department
King Saud Bin Abdulaziz University for Health
Sciences
PO Box 22490
Riyadh 11426, Kingdom of Saudi Arabia
BalkhyH@ngha.med.sa

**Professor Marja A Boermeester**
Professor of Surgery
Department of Surgery (G4-132.1)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
m.a.boermeester@amc.uva.nl

**Dr Nizam Damani**
Clinical Microbiologist and Associate Medical
Director IPC
Southern Health and Social Service Trust
68 Lurgan Road
Portadown, Craigavon, Co Armagh, UK
nizdamani@aol.com

**Professor E. Patchen Dellinger**
Professor of Surgery
University of Washington
Box 356410 Room BB 441
1959 N.E. Pacific Street
Seattle, WA 98195-6410, USA
patch@u.washington.edu

**Dr Mazen Ferwana**
Co-director, National & Gulf Centre for Evidence
Based Health Practice
King Saud Bin Abdulaziz University for Health
Sciences MNGHA
Riyadh, Kingdom of Saudi Arabia
ferwanam@ngha.med.sa

**Professor Petra Gastmeier**
Director, Institute of Hygiene and Environmental
Medicine
Charité-University Medicine Berlin
Hindenburgdamm 27
12203 Berlin, Germany
petra.gastmeier@charite.de

**Dr Xavier Guirao**
Head, Unit of Endocrine & Head and Neck Surgery
Unit of Surgical Infection Support
Assistant Professor of Surgery
Parc Taulí Hospital Universitari, Sabadell
Barcelona, Spain
xguirao@gmail.com

**Professor Nordiah Awang Jalil**
Consultant Clinical Microbiologist
Department of Medical Microbiology &
Immunology and Head of Infection Control Unit
Universiti Kebangsaan Malaysia Medical Centre
Jalan Yaacob Latif, Bandar Tun Razak 56000 Cheras
Kuala Lumpur, Malaysia
nordiah@ppukm.ukm.edu.my

**Ms Robinah Kaitiritimba**
Patient Champion
Uganda National Health Consumers' Organisation
Plot 744 Namuli Road, Bukoto, P.O Box 70095
Kampala Uganda
rkitungi@yahoo.com

**Ms Claire Kilpatrick**
Imperial College London, CIPM
& KS Healthcare Consulting
London, UK
clairekilpatrick.ck@googlemail.com

**Professor Shaheen Mehtar**
Tygerberg Hospital & Stellenbosch University
Tygerberg 7505
Cape Town, Republic of South Africa
smehtar@sun.ac.za

**Ms Regina Namata Kamoga**
Patient Champion
Community Health and Information Network
(CHAIN)
Kampala, Uganda
namata.kamoga@gmail.com

**Dr Babacar Ndoye**
IPC specialist
Infection Control Africa Network
Dakar, Senegal
basendoye2@yahoo.fr

**Dr Peter M Nthumba**
Head of Plastic, Reconstructive and Hand Surgery
Unit
Medical Education and Research Unit
AIC Kijabe Hospital
Kijabe, Kenya
nthumba@gmail.com

**Dr Leonardo Pagani**
Senior infectious disease specialist
Infectious Diseases Unit
Bolzano Central Hospital
Via L. Boehler, 5
39100 Bolzano, Italy
lpagani.id@gmail.com

**Professor Didier Pittet**
Director, Infection Control Programme and
WHO Collaborating Centre on Patient Safety
University of Geneva Hospitals and Faculty of
Medicine
4 Rue Gabrielle-Perret-Gentil
1211 Geneva 14, Switzerland
Didier.Pittet@hcuge.ch

**Professor Jianan Ren**
Director, Research Institute of General Surgery
Jinling Hospital
Medical School of Nanjing University
Nanjing, 210002, People's Republic of China
jan@medmail.com.cn

**Professor Joseph S Solomkin**
Professor of Surgery (Emeritus)
University of Cincinnati College of Medicine
231 Albert B. Sabin Way
Cincinnati OH 45267-0558, USA /
CEO, OASIS Global
6005 Given Road
Cincinnati, OH 45243, USA
solomkjs@ucmail.uc.edu

**Ms Akeau Unahalekhaka**
Faculty of Nursing
Chiang Mai University
A Muang
Chiang Mai, 50200 Thailand
akeau@hotmail.com

**Professor Dr Andreas Widmer**
Deputy Chief, Division of Infectious Diseases &
Hospital Epidemiology and Infection Control
University of Basel Hospital and Clinics
4031 Basel, Switzerland
Andreas.Widmer@usb.ch

**Professor Matthias Egger**
**Methodologist**
Institute of Social and Preventive Medicine
University of Bern
Finkenhubelweg 11
3012 Bern, Switzerland
egger@ispm.unibe.ch

## 6.2  WHO Steering Group

**Dr Benedetta Allegranzi**
Coordinator
Infection Prevention and Control Global Unit
Department of Service Delivery and Safety
allegranzib@who.int

**Dr Edward Kelley**
Director
Department of Service Delivery and Safety
kelleye@who.int

**Dr Walter Johnson**
Department of Service Delivery and Safety
johnsonw@who.int

**Dr Bassim Zayed**
Department of Service Delivery and Safety
baszayed99@yahoo.com

**Dr Sergey Eremin**
Department of Pandemic and Epidemic Diseases
eremins@who.int

**Dr Valeska Stempliuk**
IPC focal point
Regional Office for the Americas
stempliv@paho.org

## 6.3  Systematic Reviews Expert Group

**Dr Benedetta Allegranzi**
Infection Prevention and Control Global Unit
Service Delivery and Safety, HIS
WHO
20 Avenue  Appia
1211 Geneva 27, Switzerland
allegranzib@who.int

**Dr Jasper Atema**
Department of Surgery (G4-142)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
j.j.atema@amc.nl

**Dr Peter Bischoff**
Institute of Hygiene and Environmental Medicine,
Charité-University Medicine Berlin
Hindenburgdamm 27
12203, Berlin, Germany
peter.bischoff@charite.de

**Professor Marja A. Boermeester**
Department of Surgery (G4-132.1)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
m.a.boermeester@amc.uva.nl

**Ms Quirne Boldingh**
Department of Surgery (G4-132.1)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
j.q.boldingh@amc.uva.nl

**Dr Sarah Gans**
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
s.l.gans@amc.uva.nl

**Professor Petra Gastmeier**
Institute of Hygiene and Environmental Medicine
Charité-University Medicine Berlin
Hindenburgdamm 27
12203 Berlin, Germany
petra.gastmeier@charite.de

**Dr Stacey Gomez**
OASIS Global
6005 Given Road
Cincinnati OH 45243, USA
gomes.stacey@gmail.com

**Dr Xavier Guirao**
Unit of Endocrine & Head and Neck Surgery
Unit of Surgical Infection Support
Assistant Professor in Surgery, UAB
Hospital Universitari Parc Tauli, Sabadell
Barcelona, Spain
xguirao@gmail.com

**Dr Stijn de Jonge**
Department of Surgery (G4-129)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105AZ Amsterdam, the Netherlands
s.w.dejonge@amc.uva.nl

**Professor Jan Kluytmans**
Amphia Hospital Breda
Laboratory for Microbiology and Infection Control
4800 RK Breda, the Netherlands
jankluytmans@gmail.com

**Dr Zeynep Kubilay**
Infection Prevention & Control Global Unit,
Service Delivery and Safety, HIS
WHO
20 Avenue Appia
1211 Geneva 27, Switzerland
zepella@hotmail.com

**Ms Caroline Landelle**
Infection Control Programme and WHO
Collaborating Centre on Patient Safety
University of Geneva Hospitals
4 Rue Gabrielle-Perret-Gentil
1211 Geneva 14, Switzerland
caroline.landelle@gmail.com

**Ms Sandra Pequeno**
Iberoamerican Cochrane Center
Biomedical Institute, IIB-Sant Pau-CIBERESP
Barcelona, Spain

**Professor Didier Pittet**
Infection Control Programme and WHO
Collaborating Centre on Patient Safety
University of Geneva Hospitals and Faculty
of Medicine
4 Rue Gabrielle-Perret-Gentil
1211 Geneva 14, Switzerland
Didier.Pittet@hcuge.ch

**Professor Jianan Ren**
Research Institute of General Surgery
Jinling Hospital, Medical School of Nanjing
University
305 East Zhongshan Rd
Nanjing 210002, People's Republic of China
jan@medmail.com.cn

**Dr Miranda van Rijen**
Amphia Ziekenhuis, Molengracht
PO Box 90158
4800 RK Breda, the Netherlands
mvanrijen@amphia.nl

**Professor Joseph S. Solomkin**
University of Cincinnati College of Medicine
231 Albert B. Sabin Way
Cincinnati, OH 45267-0558, USA
CEO, OASIS Global
6005 Given Road
Cincinnati, OH 45243, USA
solomkjs@ucmail.uc.edu

**Dr Fleur de Vries**
Department of Surgery (G4-133)
Academic Medical Center
University of Amsterdam
Meibergdreef 9
1105 AZ Amsterdam, the Netherlands
f.e.devries@amc.uva.nl

**Dr Xiuwen Wu**
Department of Surgery
Jinling Hospital, Medical School of Nanjing
University
305 East Zhongshan Road
Nanjing 210002, People's Republic of China
xiuwenwoo@gmail.com

**Dr Bassim Zayed**
Infection Prevention and Control Global Unit,
Service Delivery and Safety, HIS
WHO
20 Avenue Appia
1211 Geneva 27, Switzerland
baszayed99@yahoo.com

## 6.4 External Peer Review Group

**Professor Emmanuel A. Ameh**
Department of Surgery
Ahmadu Bello University & Ahmadu Bello
University Teaching Hospital
Zaria, Nigeria
eaameh@yahoo.co.uk

**Professor Valerie Robertson**
Zimbabwe Infection Prevention and Control
Project
Department of Medical Microbiology,
University of Zimbabwe
Harare, Zimbabwe
robertson@uz-ucsf.co.zw

**Dr Fernando Otaíza**
IPC Unit
Departamento de Calidad y Seguridad del Paciente
Subsecretaría de Redes Asistenciales
Ministerio de Salud
Santiago, Chile
fotaiza@minsal.cl

**Professor Kamal Itani**
General Surgery
VA Boston Healthcare System & Boston University
School of Medicine
Boston, USA
Kamal.Itani@va.gov

**Dr Ilker Uçkay**
Infectious Diseases and Orthopaedic Surgery,
University of Geneva Hospitals
4 Rue Gabrielle Perret-Gentil
1211 Geneva 14, Switzerland.
Ilker.Uckay@hcuge.ch



**World Health Organization**

20 Avenue Appia
CH-1211 Geneva 27
Switzerland
Tel.: +41 22 791 5060

Email: savelives@who.int
Please visit us at:
www.who.int/gpsc/en



