# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **WAVE 4 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' MOTION** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

### PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DEFENSE EXPERT SAMANTHA J. PULLIAM, M.D.

**NOW COME** Plaintiffs, by and through undersigned counsel, and, pursuant to the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, respectfully file this Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Defense Expert Samantha J. Pulliam, M.D., as contained in the TVT and TVT-O Expert Report of Samantha J. Pulliam, M.D. Specifically, Plaintiffs would respectfully show the Court that certain opinions and testimony should be excluded because: (1) they will not assist the jury in understanding the evidence; (2) they are not based upon sufficient facts, data or methodology; and, (3) the opinions are the product of unreliable principles and therefore cannot be reliably applied. Additionally, based on her education, background, training and experience, Dr. Pulliam is not qualified to render these opinions.

In support of this Motion, Plaintiffs incorporate by reference their contemporaneously filed Memorandum of Law in Support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Samantha J. Pulliam, M.D. and the following exhibits:

    1. Wave 4 Cases This Document Relates To, attached hereto as Ex. A.

1

2. TVT and TVT-O Expert Report of Samantha J. Pulliam, M.D., attached hereto as Ex. B.

3. Curriculum Vitae of Samantha J. Pulliam, M.D., attached hereto as Ex. C.

4. A true copy of the 3/31/2017 deposition transcript of Samantha J. Pulliam, M.D., attached hereto as Ex. D.

5. AA Ford et al., *Mid-urethral Sling Operations for Stress Urinary Incontinence in Women (Review)*, Cochrane Database of Systematic Reviews 2015, Issue 7, attached hereto as Ex. E.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Plaintiffs' supporting memorandum of law, Plaintiffs respectfully request that this Court grant their Motion to Exclude Certain Opinions and Testimony of Defense Expert Samantha J. Pulliam, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

This the 13th day of April, 2017.

WILSON LAW, P.A.

/s/ Kimberly Wilson White
Kimberly Wilson White
N.C. Bar No. 30044
W.V. Bar No. 6980
kim@wilsonlawpa.com
1111 Haynes Street, Suite 103
Raleigh, North Carolina 27604
Tel:   (919) 890-0180
Fax:   (919) 882-1758

PLAINTIFFS' STEERING COMMITTEE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WAVE 4 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' MOTION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        WILSON LAW, P.A.

        /s/ Kimberly Wilson White
        Kimberly Wilson White
        N.C. Bar No. 30044
        W.V. Bar No. 6980
        kim@wilsonlawpa.com
        1111 Haynes Street, Suite 103
        Raleigh, North Carolina 27604
        Tel:   (919) 890-0180
        Fax:  (919) 882-1758

        PLAINTIFFS' STEERING COMMITTEE