# EXHIBIT A

# EXHIBIT A

| CIVIL ACTION NUMBER | PLAINTIFF NAME |
|---|---|
| 2:12-cv-04658 | *Candy Breeden* |
| 2:12-cv-04515 | *Stephanie Browley* |
| 2:12-cv-03889 | *Wendy Happel* |
| 2:12-cv-03976 | *Ella Howard* |
| 2:12-cv-04810 | *Charlotte Humphreys* |
| 2:12-cv-04814 | *Cathy Kimsey* |
| 2:12-cv-03847 | *Melanie Turner* |