# EXHIBIT C

CURRICULUM VITAE
**SAMANTHA J. PULLIAM, M.D.**

### Personal Information

Business Address: ▬

Home Address: ▬

### Board Certifications and Licensure

| | |
|---|---|
| 2015-present | North Carolina Medical Licensure |
| 2013-present | Certification, Female Pelvic Medicine and Reconstructive Surgery, American Board of Obstetrics and Gynecology |
| 2006-present | Diplomate, American Board of Obstetrics and Gynecology |
| 2006-present | Certification, Obstetrics and Gynecology, American Board of Obstetrics and Gynecology |
| 2003-present | Massachusetts Board of Registration in Medicine |
| 2000-present | National Board of Medical Examiners |

### Education

| | |
|---|---|
| 2015 | Value-Based Healthcare, Harvard Medical School |
| 2014 | Executive Leadership Program in Health Policy and Management |
| 2013 | Clinical Process Improvement Program, Massachusetts General Hospital/ Partners Healthcare |
| 09/05-06/06 | Fellow, Medical Education, Mount Auburn Hospital |
| 07/03-06/06 | Fellow, Female Pelvic Medicine and Reconstructive Surgery, Mount Auburn Hospital |
| 07/02-06/03 | Resident, Obstetrics and Gynecology, Massachusetts General Hospital/ Brigham and Women's Hospital |
| 07/00-06/01 | Resident, Obstetrics and Gynecology, Boston Medical Center |
| 07/99-06/00 | Intern, Obstetrics and Gynecology, Medical College of Ohio |
| 07/98-06/99 | Intern, Anatomic Pathology, Massachusetts General Hospital |
| 1994 -1998 | MD, Medicine, Wake Forest University School of Medicine |
| 1986 -1990 | BS, Biology, Duke University |

### Professional Experience – Employment History

| | |
|---|---|
| 02/16-present | Assistant Professor of Obstetrics and Gynecology, and Division Director for Urogynecology and Pelvic Reconstructive Surgery, UNC at Chapel Hill School of Medicine |
| 11/12-12/15 | Assistant Professor of Obstetrics, Gynecology, and Reproductive Biology, |

|             |                                                                                           |
|-------------|-------------------------------------------------------------------------------------------|
|             | Harvard Medical School                                                                    |
| 03/11-12/15 | Director, Fellowship in Female Pelvic Medicine and Reconstructive Surgery, Massachusetts General Hospital |
| 08/08-05/10 | Active Staff, Obstetrics and Gynecology, York Hospital                                    |
| 10/07-12/11 | Associate Residency Director, Integrated Program in Obstetrics and Gynecology, Massachusetts General Hospital/ Brigham and Women's Hospital |
| 08/06-12/15 | Assistant in Gynecology, Gynecology and Obstetrics, Massachusetts General Hospital        |
| 08/06-12/15 | Associate Director, Urogynecology and Pelvic Reconstructive Surgery, Massachusetts General Hospital |
| 08/06-11/12 | Instructor in Obstetrics, Gynecology, and Reproductive Biology, Harvard Medical School    |
| 07/02-06/03 | Administrative Chief Resident, Obstetrics and Gynecology, Massachusetts General Hospital/ Brigham and Women's Hospital |

## Honors & Awards

| | |
|------|---|
| 2010 | Partners in Excellence for Administrative Contribution, Massachusetts General Hospital |
| 2004 | 3rd Price Poster for Research, American Association of Gynecologic Laparoscopists |
| 2003 | Partners in Excellence for Administrative Contribution, Brigham and Women's Hospital |
| 2001 | Certificate of Excellence in Teaching, Boston Medical Center |
| 2001 | Berlex Teaching Award, Boston Medical Center |
| 1999 | Certificate of Excellence in Teaching, Medical College of Ohio |

## Bibliography and products of scholarship

### Books and Chapters

1. Silveira S and **Pulliam SJ.** (2013) Pelvic floor muscle pain and dysfunction. In Bailey A and Bernstein C (Eds) *Pain in Women: A clinical guide* (chapter 3, p 143-154):Springer.

### Refereed Papers/Articles

1. Foust-Wright CE, **Pulliam SJ**, Batalden RP, Berk TK, Weinstein MM, Wakamatsu MM, Phillippe M. Hormone Modulation of Toll-Like Receptor 5 in Cultured Human Bladder Epithelial Cells. Reprod Sci. 2016 Sep 20. pii: 1933719116667489. [Epub ahead of print] PMID: 27651177.
2. Foust-Wright C, Hudson P, **Pulliam S.** Quality Measures for Prolapse Management Curr Obstet Gynecol Rep 2016 Jun 5(2):152-7.
3. Hawkins AT, Olariu AG, Savitt LR, Gingipally S, Wakamatsu MM, **Pulliam S**, Weinstein MM, Bordeianou L. Impact of Rising Grades of Internal Rectal Intussusception on Fecal Continence and Symptoms of Constipation. Dis Colon Rectum. 2016 Jan;59(1):54-61.
4. **Pulliam SJ**, Morgan DM, Guaderrama N, Guire K, Adam RA. Differences in Patterns of Preoperative Assessment Between High, Intermediate, and Low Volume Surgeons When Performing Hysterectomy for Uterovaginal Prolapse. Female Pelvic Med Reconstr Surg. 2016 Jan-Feb;22(1):7-10.
5. Morgan DM, **Pulliam S**, Adam RA, Swenson C, Guire K, Kamdar N, Guaderrama N. Analysis of High-, Intermediate-, and Low-Volume Surgeons When Performing Hysterectomy for Uterovaginal Prolapse.Female Pelvic Med Reconstr Surg. 2016 Jan-Feb;22(1):43-50.

6. Hawkins AT, Olariu AG, Savitt LR, Gingipally S, Wakamatsu MM, **Pulliam S**, Weinstein MM, Bordeianou L. Impact of Rising Grades of Internal Rectal Intussusception on Fecal Continence and Symptoms of Constipation. Dis Colon Rectum. 2016 Jan;59(1):54-61.
7. Bordeianou L, Hicks CW, Olariu A, Savitt L, **Pulliam SJ**, Weinstein M, Rockwood T, Sylla P, Kuo J, Wakamatsu M. Effect of Coexisting Pelvic Floor Disorders on Fecal Incontinence Quality of Life Scores: A Prospective, Survey-Based Study. Dis Colon Rectum. 2015 Nov;58 (11):1091-7.
8. Batalden RP, Weinstein MM, Foust-Wright C, Alperin M, Wakamatsu MM, **Pulliam SJ**. Clinical application of the IUGA/ICS classification system for mesh erosion. Neurourol Urodyn. 2015 Apr 14.
9. Unger CA, McKinney JL, Weinstein MM. **Pulliam SJ** Pelvic Floor Muscle Evaluation Findings in Patients With Urinary Incontinence. Journal of Women's Health Physical Therapy. 38(2):90-94, May/August 2014.
10. Hicks CW, Weinstein M, Wakamatsu M, Savitt L, **Pulliam S**, Bordeianou L. In patients with rectoceles and obstructed defecation syndrome, surgery should be the option of last resort. Surgery. 2014 Apr;155(4):659-67.
11. **Pulliam, SJ**. The trouble with trabeculation. Menopause. 2013 Aug;20(8):800-1
12. Hicks CW, Weinstein M, Wakamatsu M, **Pulliam S**, Savitt L, Bordeianou L. Are rectoceles the cause or the result of obstructed defecation syndrome? A prospective anorectal physiology study. Colorectal Dis. 2013 Aug;15(8):993-9. doi: 10.1111/codi.12213.
13. Lau T, Weinstein M, Wakamatsu M, Macklin EA and **Pulliam S**. Low back pain does not improve with surgical treatment of pelvic organ prolapse. Int Urogynecol J. 2013 Jan;24(1):147-53. doi: 10.1007/s00192-012-1797-9. Epub 2012 May 23.
14. **Pulliam SJ**, Weinstein DF, Malhotra A, Macklin EA, Berkowitz LR. Baseline sleep dysfunction among matriculating interns. J Grad Med Educ. 2012 Jun;4(2):202-8. doi: 10.4300/JGME-D-11-00153.1.
15. **Pulliam SJ**, Weinstein MM, Wakamatsu MM. Minimally-invasive Apical Sacropexy: A retrospective review of laparoscopic and robotic operating room experiences. Female Pelvic Medicine and Reconstructive Surgery. Female Pelvic Med Reconstr Surg. 2012 Mar-Apr;18(2):122-6. doi: 10.1097/SPV.0b013e31824a3995.
16. Link CL, **Pulliam SJ**, McKinlay JB. Hysterectomies and Urologic Symptoms: Results from the Boston Area Community Health (BACH) Survey. Female Pelvic Med Reconstr Surg. 2010 Jan;16(1):37-47.
17. **Pulliam SJ**, Berkowitz LR. Smaller pieces of the hysterectomy pie: current challenges in resident surgical education. Obstet Gynecol. 2009 Feb;113(2 Pt 1):395-8
18. Hall SA, Link CL, **Pulliam SJ**, Hanno PM, Eggers PW, Kusek JW, McKinlay JB. The relationship of common medical conditions and medication use with symptoms of painful bladder syndrome: results from the Boston area community health survey. J Urol. 2008 Aug;180(2):593-8. doi: 10.1016/j.juro.2008.04.002. Epub 2008 Jun 12.
19. **Pulliam SJ**. Fracture and prolapse: is there a connection? Menopause. 2008 Jan-Feb;15(1):14-5.
20. Link CL, **Pulliam SJ**, Hanno PM, Hall SA, Eggers PW, Kusek JW, McKinlay JB. Prevalence and psychosocial correlates of symptoms suggestive of painful bladder syndrome: results from the Boston area community health survey. J Urol. 2008 Aug;180(2):599-606. doi: 10.1016/j.juro.2008.04.009. Epub 2008 Jun 12.
21. **Pulliam SJ**, Ferzandi TR, Hota LS, Elkadry EA, Rosenblatt PL. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J Pelvic Floor Dysfunct. 2007 Dec;18(12):1405-8. Epub 2007 Apr 25.

22. Rosenblatt P, **Pulliam S**, Edwards R, Boyles SH. Suprapubically assisted operative cystoscopy in the management of intravesical TVT synthetic mesh segments. Int Urogynecol J Pelvic Floor Dysfunct. 2005 Nov-Dec;16(6):509-11. Epub 2005 Feb 26.
23. Conti JA, Kemeny NE, Saltz LB, Huang Y, Tong WP, Chou TC, Sun M, **Pulliam S**, Gonzalez C. Irinotecan is an active agent in untreated patients with metastatic colorectal cancer. J Clin Oncol. J Clin Oncol. 1996 Mar;14(3):709-15.
24. Kemeny N, Conti JA, Cohen A, Campana P, Huang Y, Shi WJ, Botet J, **Pulliam S**, Bertino JR. Phase II study of hepatic arterial floxuridine, leucovorin, and dexamethasone for unresectable liver metastases from colorectal carcinoma. J Clin Oncol. 1994 Nov;12(11):2288-95.

## Published Abstracts
*Peer-Reviewed Oral presentations*

1. Foust-Wright CE, Wakamatsu M, Johnson A, Weinstein M, Pulliam SJ  Decreasing length of stay through quality improvement cycles. Society of Gynecologic Surgeons, Palm Springs, CA 2016 Am J Obstet Gyneco 2016:214(4) S471.
2. Foust-Wright CE, WeinsteinMM, **Pulliam SJ**, Batalden RP, Wakamatsu MM, Berk TK, Phillippe M.  Effect of estradiol and progesterone on toll-like receptor 5 in cultured human bladder epithelial cells.American Urogynecologic Society, Seattle, WA, 2015. [Abstract]  Female Pelvic Med Reconstr Surg 2015 Sept/Oct; (5 Suppl):S35.
3. Johnson AM, **Pulliam SJ**, Foust-Wright CE , Bordeianou L, Savitt L, Weinstein  Rectoceles: Is there a correlation between clinical exam and radiographic findings in symptomatic women? A retrospective Study. American Urogynecologic Society, Seattle WA, 2015 [Abstract] Female Pelvic Med Reconstr Surg 2015 Sept/Oct; (5 Supp 1):S53.
4. Foust-Wright CE, **Pulliam S**, Batalden R, Berk T, Weinstein M, Wakamatsu M, Phillipe M.  Hormone Modulation of toll-like receptor 5 in cultured human bladder epithelial cells. International Continence Society, Montreal, Canada 2015. [Abstract] Neurourol Urodynam 2015 Aug; (34 S3):S369-70.
5. Johnson AM, **Pulliam SJ**, Foust-Wright CE, Bordeianou L, Savitt L, Wakamatsu MM. Relationship between radiographic and clinical rectoceles in women with constipation: Is there a disease continuum? International Urogynecologic Association, Nice, France, 2015. [Abstract] Int Urogynecol J. 2015 June; 26 supp 1):S16.
6. Posthuma RL, **Pulliam SJ**, Foust-Wright CE, Weinstein MM, Wakamatsu MM, Kaimal AJ. Pelvic floor muscle training versus retropubic midurethral sling as the Initial treatment for stress urinary incontinence: a decision analysis. American Urogynecology Association/International Urogynecologic Association Washington, DC. 2014 [Abstract] Female Pelvic Med Reconstr Surg 2014:20(4): S86.
7. Posthuma RL, **Pulliam SJ**, Berkowitz LB, Burke TK, Foust-Wright CE, Weinstein MM, Wakamatsu MM, Phillippe M. Estradiol and progesterone modulate toll-like receptor 4 in cultured human bladder epithelial cells. American Urogynecology. Association/International Urogynecologic Association Washington, DC 2014 [Abstract] Female Pelvic Med Reconstr Surg 2014:20(4):S49.
8. Posthuma R, Weinstein MM, Iyer S, Alperin M, Wakamatsu MM, **Pulliam SJ**. Clinical Usefulness of IUGA/ICS classification system in women with mesh erosion. American Urogynecologic Society Las Vegas, NV, 2013. [Abstract] Female Pelvic Med Reconstr Surg 2013:19(5):S72.
9. Unger C, Weinstein MM, McKinney J, **Pulliam S**  Pelvic floor muscle evaluation in patients with myofascial pain syndrome. American Urogynecologic Association, Chicago, IL 2012. [Abstract] Female Pelvic Med Reconstr Surg 2012:18(8 suppl) S81-2.
10. Sylla P, Wakamatsu MM, **Pulliam S**.  Vaginal-assisted laparoscopic rectosigmoid resection with transvaginal rectopexy and extraction for rectal prolapse. American

Urogynecologic Association, Providence, RI 2011 [Abstract ] Female Pelvic Med Reconstr Surg 2011:17(5Suppl 1)S102.
11. Weinstein MM, **Pulliam SJ**, Wakamatsu MM. Robotic and Laparoscopic Apical Sacropexy: Comparison of operative characteristics. American Urogynecologic Association, Long Beach, CA. 2010 [Abstract] ] Female Pelvic Med Reconstr Surg 2010:16(5 Suppl 2)S87.
12. **Pulliam SJ**, Chelmow D, Weld AW, Rosenblatt PL. Laparoscopic Paravaginal Repair: A case series. International Urogynecologic Association, Copenhagen, Denmark 2005 [Abstract] ] Int Urogynecol J 2005: 16 (suppl 2)S122-3 .
13. **Pulliam SJ**, Chelmow D, Weld AW, Roseblatt PL. Reduced voiding dysfunction after TVT sling using a novel babcock tensioning technique. American Urogynecologic Association, Atlanta, GA. 2005. [Abstract] ] Female Pelvic Med Reconstr Surg 2005:11(Suppl 1) S25.
14. **Pulliam SJ**, Weld AS, Rardin CR, Rosenblatt PL. Retrospective case series of laparoscopic sacrocervicopexy. American Association of Gynecologic Laparoscopists, San Francisco, CA.[Abstract] 2004 J of AAGL 2004:11(3 Suppl)S37.
15. Rosenblatt PL, Elkadry E, **Pulliam SJ**. Laparoscopic sacrocolpopexy utilizing synthetic mesh from previous failed prolapse surgery American Association of Gynecologic Laparoscopists, San Francisco, CA. 2004. J of AAGL 2004:11(3 Suppl)S94.

*Poster presentations*

1. Transitioning to Blunt Suture Needles in Obstetric Operating Rooms: Results from a quality improvement project. Foust-Wright C, Johnson A, **Pulliam S**. American College of Obstetrics and Gynecology, Washington DC 2016 [Abstract] Obstet Gynecol 2016:127(5):59S.
2. Thomson AP, Foust-Wright CE, Posthuma RL, Wakamatsu MM, **Pulliam SJ**, Weinstein MM. Predictors for voiding trial failure after minimally invasive sacrocolpopexy. American Urogynecologic Association/International Urogynecology Association, Washington DC 2014 [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2014:20(4):S303.
3. Foust-Wright CE, Posthuma RL, Thomson AP, Weinstein MM, Wakamatsu MM, **Pulliam SJ**. Predictors for length of stay following vaginal hysterectomy for pelvic organ prolapse. American Urogynecologic Association/International Urogynecology Association, Washington DC 2014. Female Pelvic Medicine and Reconstructive Surgery 2014:20(4):S271-2.
4. Napoe GS, Foust-Wright CE, Posthuma RL, **Pulliam SJ**. Confidence in the repair of obstetric anal sphincter injuries by attending obstetricians and gynecologists. American Urogynecologic Association/International Urogynecology Association, Washington DC 2014 [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2014:20(4):S234-5.
5. **Pulliam SJ**, Morgan DM, Adam RA, Guire K, Guaderraman N. A multicenter collaborate study to evaluate the effect of surgeon volume on preoperative assessment and concomitant surgery for hysterectomy for pelvic organ prolapse. American Urogynecologic Association, Las Vegas, NV 2013 [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2013:19(5):S11.5.
6. Morgan DM, **Pulliam SJ**, Adam RA, Swenson C, Guire K, Guaderrama N. A multicenter, collaborative analysis of the differences in practice patterns between high, intermediate and low volume surgeons when performing hysterectomy for prolapse. American Urogynecologic Association, Las Vegas, NV 2013 [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2013:19(5):S104.

7. Posthuma R, Weinstein MM, Wakamatsu MM, Bordeianou L, Savitt L, **Pulliam SJ.** Interaction of constipation and urinary dysfunction in women. American Urogynecologic Association, Las Vegas, NV 2013 [Abstract] Female Pelvic Medicine & Reconstructive Surgery 2013:19(4):S33.
8. Weinstein MM, Wakamatsu MM, Bordeianou L, Savitt L, **Pulliam S.** American Urogynecologic Association, Las Vegas, NV 2013 [Abstract] Urinary symptoms in women with constipation. Female Pelvic Medicine & Reconstructive Surgery 2013:19(4):S133.
9. Silveira S, **Pulliam SJ**, Wakamatsu MM, Weinstein, MM. Tips and tricks for the removal of a pessary incarcerated in the bladder: A minimally invasive technique. American Urogynecologic Association, Providence RI, 2011 [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2011:17:(5): S174.
10. Silveira S, Grottkau BE, **Pulliam SJ**, Vrahas MS. Pelvic Reconstruction with outlet expansion to allow intercourse in a patient with caudal regression syndrome. American Urogynecologic Association, Providence RI [Abstract] Female Pelvic Medicine and Reconstructive Surgery 2011:17(5):S181.
11. Lau TC, Weinstein MM, Wakamatsu MM, **Pulliam SJ**. Lower back pain does not improve with surgical treatment of pelvic organ prolapse. American Urogynecologic Society Long Beach, CA 2010 [Abstract] Female Pelvic Medicine and Reconstructive Surgery. 2010;16(5):S133.
12. Weinstein MM, **Pulliam SJ**, Wakamatsu MM. Robotic and Apical Sacropexies: Comparison of operative characteristics. American Urogynecologic Society Long Beach, CA 2010 [Abstract] Female Pelvic Medicine and Reconstructive Surgery. 2010;16(5):S87.
13. **Pulliam SJ** Ferzandi TR Hota LS Elkadry EE Rosenblatt, PL . Use of Synthetic Mesh in Pelvic Reconstructive Surgery: A Survey of Attitudes and Practice Patterns of Urogynecologists. American Urogynecologic Association, Palm Springs, CA, October 2006 [Abstract] Int Urogynecol J Pelvic Floor Dysfunct 2006. 2006;17 sup9:S457.
14. **Pulliam SJ**, Chelmow D, Weld AW, Rosenblatt PL. Voiding Dysfunction in Patients with TVT Slings Adjusted Using an Alternative Method of Tensioning. American Urogynecologic Association, Atlanta GA 2005 [Abstract] Int Urogynecol J. 2005;16(Supplement 2):S123.
15. **Pulliam SJ**, Chelmow D, Weld AS, Rosenblatt PL. Laparoscopic Paravaginal Repair: A Case Series. American Urogynecologic Association, Atlanta GA 2005 [Abstract] Int Urogynecol J. 2005;16(Suppl 2):S122.
16. **Pulliam S**, Rardin C, Rosenblatt P. Laparoscopic Sacrocolpopexy and Abdominal Sacrocolpopexy: A retrospective comparison. American Association of Gynecologic Laparoscopists, San Francisco, CA. 2004. [Abstract] J of AAGL 2004:11(3)S84.

**Refereed unpublished oral presentations and/or abstracts**
*Peer-Reviewed Poster Presentations*

1. Pulliam SJ, Weinstein DA, Macklin E, Berkowitz LR. Sleep dysfunction among medical trainees: Is this part of the problem? CREOG and APGO Annual Meeting, Orlando FL, 2010

**Products of creative activity**
1. International Patent Application WO 2011/037837A2 filed march 31, 2011/ www.wipo.int/pctdb My colleague and I developed a novel method for performing a sacrocolpopexy (vaginal vault suspension) via a vaginal approach, using a novel device.

## Teaching Activities

### Lectures

| DATES | LEARNERS | PRESENTATION TOPIC | FREQUENCY |
|---|---|---|---|
| 2014-2015<br><br>Mass Gen | 3 Urogyn Fellows<br>3 REI Fellows<br>3 GYN Onc Fellows<br>3 MFM Fellows | Quality Improvement for OB/GYN Fellows | 90 minute session annually |
| 2012-2015<br><br>Mass Gen | 3 Urogyn Fellows | Clinical outcomes in FPMRS | 60 minutes annually |
| 2006-2015<br><br>Mass Gen | 3 Urogyn Fellows<br>15 OB/GYN Residents | Urogynecology Simulation – Minimally invasive Slings | 180 minutes annually |
| 2003-2015<br><br>Mass Gen | 6-8 3rd year Medical Students | Pelvic Organ Prolapse and Urinary Incontinence | 60 minutes twice annually |

### Grand Rounds
*Outside of UNC- Regional/National Presentations*

| | |
|---|---|
| 2016 | Updates on Treatment of Urgency Incontinence<br>OB/GYN Department, New Hanover Hospital, Wilmington, NC |
| 2015 | Update in the Treatment of Female Urinary Incontinence<br>OB/GYN Department, North Shore Medical Center, Salem, MA |
| 2015 | Is it a Rectocele?<br>Reading, PA |
| 2014 | Update in the Treatment of Female Urinary Incontinence<br>Family Practice Department, North Shore Medical Center, Salem, MA |
| 2014 | Update in the Treatment of Female Urinary Incontinence<br>Pentucket Medical Associates, Haverhill, MA |
| 2011 | Update in the Treatment of Female Urinary Incontinence<br>North Shore Medical Center, Salem, MA |
| 2011 | Pelvic Organ Prolapse: What a Mesh!<br>Boston Medical Center, Boston, MA |
| 2009 | Update on Urinary Incontinence Treatment in Women<br>Harvard University Health Services, Cambridge, MA |
| 2009 | Pelvic Floor Disorders in Gynecology<br>Boston Medical Center, Boston, MA |
| 2008 | Pelvic Organ Prolapse; Do you know it when you see it?<br>Massachusetts General Hospital, Boston, MA |
| 2004 | Slings and Things: Treatments for Stress Urinary Incontinence<br>Boston Medical Center, Boston, MA |
| 2003 | Dermatomyositis and Ovarian Cancer<br>Brigham & Women's Hospital, Boston, MA |

| | |
|---|---|
| 2001 | Anal Sphincter Lacerations |
| | Salem Hospital, Salem, MA |

**Continuing Education Lecture**
*Outside of UNC*

| | |
|---|---|
| 2015 | Vaginal Hysterectomy |
| | 52nd Annual Update in Obstetrics and Gynecology |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2010-2015 | Surgical repair of pelvic organ prolapse |
| | Topics in Contemporary Obstetrics and Gynecology |
| | Massachusetts General Hospital |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2010 | Use of Mesh in Pelvic Reconstructive Surgery |
| | Brigham & Women's Hospital |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2009 | Cystoscopy and Suburethral Slings |
| | Update in Minimally Invasive Gynecologic Surgery |
| | Brigham & Women's Hospital |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2009 | What Urodynamics can do for your patients... and for you! |
| | Update in Minimally Invasive Gynecology Surgery |
| | Brigham & Women's Hospital |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2009 | Truths and Myths in Minimally Invasive Urogynecology |
| | Updates in OB/GYN |
| | Boston Medical Center, Cambridge, MA |
| 2008 | Myofascial Pelvic Pain |
| | Sex, Gender and Pain: Dilemmas in Clinical Practice |
| | Spaulding Rehabilitation Hospital |
| | Harvard Medical School Continuing Medical Education, Boston, MA |
| 2004 | Considerations of the Anterior Abdominal Wall in Laparoscopic Surgery |
| | New England Association of Gynecologic Laparoscopists |
| | Mount Auburn Hospital, Cambridge, MA |
| 2004 | Urinary Tract Infections and Hematuria: When to Worry |
| | Mount Auburn Hospital Quarterly Seminar, Framingham, MA |

*Roundtables and Workshops*

| | |
|---|---|
| 2016 | Improving Postoperative Outcomes in Gynecology: Measuring Quality |
| | American College of Obstetrics and Gynecology, Washington DC |
| 2015 | Defining Your Value Through Quality Measurement and Improvement |
| | American Urogynecologic Society, Seattle WA |
| 2013 | Introduction to Quality Measurement and an Overview of the AUGS |
| | "Value"Study, American Urogynecologic Society, Chicago IL |

Research Mentorships

| MENTEE | DATES | CURRENT POSITION |
|---|---|---|
| **Fellows, Female Pelvic Medicine and Reconstructive Surgery, Massachusetts General Hospital** | | |
| **Rebecca P. Batalden MD** | July 2012– June 2015 | Attending Physician, The Oregon Clinic, Portland OR |

| | |
|---|---|
| Project Title: | Clinical Application of the IUGA/CS classification system for mesh erosion |
| Publications: | Neurourol Urodyn. 2015 Apr 14. doi: 10.1002/nau.22756. |
| Presentations: | Oral presentation at The American Urogynecologic Society Las Vegas, NV, 2013 |
| Project Title: | Estradiol and progesterone modulate toll-like receptor 4 in cultured human bladder epithelial cells |
| Presentations: | Oral presentation at the American Urogynecology /International Urogynecologic Association Washington, DC 2014 |
| Project Title: | Pelvic floor muscle training versus retropubic midurethral sling as the Initial treatment for stress urinary incontinence: a decision analysis. |
| Presentations: | Oral presentation at the American Urogynecology Association/International Urogynecologic Association Washington, DC. 2014 |
| Project Title: | Interaction of constipation and urinary dysfunction in women |
| Presentations: | Oral presentation at American Urogynecologic Association, Las Vegas, NV 2013 |

| | | |
|---|---|---|
| **Caroline Foust-Wright MD** | July 2013 - present | Current 3rd year fellow, Massachuestts General Hospital , Boston, MA |

| | |
|---|---|
| Project Title: | Effect of estradiol and progesterone on toll-like receptor 5 in cultured human bladder epithelial cells. |
| Presentations: | Oral presentation at the American Urogynecologic Society, Seattle, WA, 2015 |
| | Oral presentation at International Continence Society, Montreal, Canada , 2015 |
| Project Title: | Predictors for length of stay following vaginal hysterectomy for pelvic organ prolapse |
| Presentations: | Poster presentation at American Urogynecologic Association/International Urogynecology Association, Washington DC 2014 |

| | | |
|---|---|---|
| **Angel Johnson, MD** | July 2014 - present | Current 2nd year fellow, Massachusetts General Hospital, Boston, MA |

| | |
|---|---|
| Project: | Rectoceles: Is there a correlation between clinical exam and radiographic findings in symptomatic women? A retrospective Study. |
| Presentations: | Oral presentation at the American Urogynecologic Society, Seattle WA, 2015 |
| | Oral presentation at the International Urogynecologic Association, Nice, France, 2015 |

### Residents, Obstetrics and Gynecology, Massachusetts General Hospital

| | | |
|---|---|---|
| **Sarah Napoe, MD** | July 2013-present | 4th year resident, Brigham and Women's/ Massachusetts General Hospital OB/GYN |
| Project: | Confidence in the repair of obstetric anal sphincter injuries by attending obstetricians and gynecologists. | |
| Presentations: | Poster presentation at the American Urogynecologic Association/International Urogynecology Association, Washington DC 2014 | |
| **Cecile Unger, MD** | July 2010-June 2012 | Assistant Professor, Cleveland Clinic, Cleveland OH |

Project: Pelvic Floor Muscle Evaluation Findings in Patients With Urinary Incontinence
Publication: Journal of Women's Health Physical Therapy. 38(2):90-94, May/August 2014.
Presentations: American Urogynecologic Association, Chicago, IL 2012

| | | |
|---|---|---|
| **Sharon Silviera, MD** | July 2010-July 2012 | Assistant Professor, Dartmouth-Hitchcock Medical School, Hanover, NH |

Project: A minimally invasive technique to remove pessaries incarcerated in the bladder
Presentations: Poster presentation at the American Urogynecologic Association, Providence RI

| | | |
|---|---|---|
| **Trevin Lau, MD** | July 2008-July 2010 | Instructor, Harvard Medical School, Boston MA |

Project: Low back pain does not improve with surgical treatment of pelvic organ prolapse.
Publication: Int Urogynecol J. 2013 Jan;24(1):147-53. doi: 10.1007/s00192-012-1797-9.
Presentation: Poster presentation at American Urogynecologic Society Long Beach, CA 2010

**Clinical Teaching**

**Preceptorships** (Massachusetts General Hospital)

2006-2015   Ambulatory Urogynecology Clinic Preceptor
3rd year Obstetrics and Gynecology Residents
1 monthly session
Massachusetts General Hospital

**Attending on Clinical Service** (Massachusetts General Hospital)

2006-2014   Ward attending, Benign Gynecology
Obstetrics and Gynecology Residents

|              | 2 weeks annually |
|--------------|------------------|
| 2011-present | Attending Physician, FPMRS |
|              | FPMRS Fellows |
|              | 48 Weeks annually |

**Graduate Supervision, Committees**

**Other Supervision**

## Grants
*Active*
2014-    AUGS Quality Improvement Outcomes Research Network
         American Urogynecologic Society
         Site PI ( Total Direct Cost: $10,000  FTE 0%)
         To evaluate quality measures appropriate for FPMRS providers

*Completed*
2013-2014   Practice patterns of specialists treating pelvic organ prolapse
            American Urogynecology Foundation Research Grant
            Site PI (Total Direct Cost: $6,500  FTE 0%)
            To evaluate differences in practice patterns among surgeons who perform
            hysterectomy for pelvic organ prolapse repair.

## Professional Service
**To discipline**
*National Committee Appointments*
2015-present   Council Chair, Quality Outcomes, Quality Network and Quality Registry
               Committees. American Urogynecologic Society (AUGS)
2015-2015      Chair, Quality Outcomes Committee, (AUGS)
2015-present   Member, Task force for Alternative Payment Models,AUGS
2012-2015      Vice Chair, Quality Outcomes Committee, AUGS
2012-2013      AUGS Leadership Program
2010-2012      Member, Health Policy Committee, AUGS

*Peer reviewer*

| 2006-present | Menopause |
|--------------|-----------|
|              | Ad Hoc Reviewer |
| 2010-present | Journal of Minimally Invasive Gynecology |
|              | Ad Hoc Reviewer |
| 2010-present | International Urogynecology Journal |
|              | Ad Hoc Reviewer |

*Society Memberships*

| 2013-2014 | American College of Surgeons |
| 2002- present | American Urogynecologic Society |
| 1999-present | American College of Obstetricians and Gynecologists |
| 2004-present | AAGL |

## Research Statement

My decision to pursue subspecialty training in female pelvic medicine and reconstructive surgery (FPMRS) stemmed from a desire to provide surgical correction for women with pelvic organ prolapse and stress urinary incontinence. My fellowship training was influenced by the creativity and curiosity of my fellowship director, whose commitment to developing novel techniques and new approaches for more familiar procedures became a theme of my training. I learned progressive approaches to prolapse repair surgery (at the time laparoscopic sacrocolpopexy was a rare skill) and was able to experience many newer ways of placing mesh such as so-called "vaginal mesh" kits. Identifying the needs of patients and developing new ideas to meet these needs has been a motivation in my research, leading to the submission of a patent application for a novel approach to prolapse repair surgery. However, understanding that new technique development was essential for progress, I also learned that there was little within the sub-specialty of FPMRS that defined standards or quality of care.

Following my fellowship, I returned to Massachusetts General Hospital (where I completed my OB/GYN residency) to pursue a career in academic medicine. At about that time, the Food and Drug Administration released the first of several warnings about the use of vaginal mesh for pelvic organ prolapse repair. Increasingly, my clinical practice was filled by patients with pain or erosions arising from the placement of mesh for prolapse repair. Again, I was confronted with questions about the quality and safety of care provided by surgeons within my own specialty. Since this time my research efforts have focused on quality of care in FPMRS. **It is my goal to identify procedures and processes that provide optimal care for women with pelvic floor disorders who may undergo pelvic reconstructive surgery, and to define these in such a way that patients and physicians can understand choices that provide the safest and most effective outcomes for women across the lifespan.**

To this end, I was a site investigator for a multi-centered initiative sponsored by the American Urogynecologic Society evaluating the value of a Female Pelvic Medicine and Reconstructive Surgeon as it relates to hysterectomy performed for repair of pelvic organ prolapse. In our initial work, we identified preoperative and intra-operative practices that were characteristic of high-volume pelvic reconstructive surgeons, and associated with decreases in morbidity in the peri-operative period. Ongoing work will determine if the practices more common in high volume surgeons are associated with improved surgical outcomes.

I am inaugural member of the AUGS Quality Improvement Outcomes Research Network (QI-ORN). The goal of this network is to provide data regarding quality of care in FPMRS, and to evaluate the gap in performance of previously determined quality metrics, and the development of new metrics that can be used to better characterize the performance of FPMRS surgeons.

I am also interested in the science behind local change. Evidence-based medicine continues to provide details regarding best practices for patient safety and quality, but incorporating these into pre-existing practice requires changes in workflow, and can affect the practice patterns of many different providers including physicians, nurse practitioners, nurses, medical assistants and others. I have been involved in work to integrate the use of blunt needles as a safety measure in pelvic and obstetric surgeries, establish as safe and effective same-day discharge protocol for patients undergoing vaginal hysterectomy, and create a protocol for postpartum care for patients sustaining 3rd and 4th degree perineal lacerations during childbirth. I have begun to develop a population health/management tool to provide electronic consultation to physicians referring patients with urgency incontinence that may not require a face-to-face office visit by a

urogynecologist. All of these projects which should optimize quality and safety of patient care require careful work to facilitate change.

As a new faculty member at UNC-Chapel Hill as of February 1, 2015, I am excited to work towards building a quality outcomes program in the Urogynecology Division. **Ultimately, my vision is to develop a quality outcomes research program which is dedicated to clarifying best practices and safety measures benefiting women who need care for pelvic organ prolapse and urinary incontinence.**

### Teaching Statement

Participating in medical education has been one of the most important, rewarding experiences of my career. As a fellow in Female Pelvic Medicine and Reconstructive Surgery, I participated in a concurrent Fellowship in Medical Education. This year-long program provided a foundation in curriculum development, the needs of adult learners, and the history of medical education in the United States. Upon completing these fellowships, I accepted a position at Massachusetts General Hospital, where I was soon appointed Associate Residency Director of the Combined Program in Obstetrics and Gynecology at Brigham and Women's and Massachusetts General Hospital. This program is comprised of 44 residents, 11 in each year of the program.
In this role I learned a great deal about the administration of medical education, and at the same time was able to fine-tune **a philosophy of medical education and teaching centered around the provision of an environment conducive for learning, including the substrates of learner-appropriate clinical experiences, clear expectations for learning, and adequate support for learners including constructive feedback and coaching.** Although I thrived in the environment of resident teaching, the challenges of designing and implementing a new Fellowship in Female Pelvic Medicine and Reconstructive Surgery has proven to be one of my most exciting experiences.

The development of a didactic curriculum according to ACGME guidelines for the FPMRS fellowship resulted in the creation of a seminar-style hour long didactic on a weekly basis. To engage fellows as adult learners, each fellow occupied a unique role in the educational experience. First year fellows contributed basic details about surgical technique, anatomy, and patient care. Second year fellows provided critiques of current literature in the field. Third year fellows contributed a novel "question the practice" presentation, allowing them to ask questions to better understand "why we do what we do." Attending physicians provided expert input at all levels.

In the operating room, providing fellows graduated responsibility for more complex cases allows them to develop advanced skills and confidence as surgeons. Teaching decision making and leadership for operative emergencies or situations in which the expert must decide how to proceed helps fellows become responsible independent practitioners. For me, teaching in the operating room is often about diagnosis of the learner—understanding the individual developmental needs and deciding how to best facilitate this. In addition, the challenge of using verbal description to teach manual maneuvers is a skill I continue to develop.

Teaching in an outpatient clinic setting has multiple layers. Educating patients about their diagnoses and treatments requires attention to a patient's baseline educational level which affects their ability to grasp anatomic descriptions and understand the details of treatment. At the same time I educate patients I am also teaching residents or fellows about the scientific content of the patient diagnosis, as well as providing techniques and assessments for their approach to patient

education. In addition, education in the clinic setting must provide fellows with a sense of ownership and responsibility for the patients under their care.

As begin my work as a division director at UNC, I will focus my efforts on the mentoring of junior faculty in my division, and the creation and maintenance of an environment conducive to learning and inquiry within the division. Changes in the ways in which medicine is practiced and healthcare is delivered are sometimes viewed as a challenge to the environment of learning. I am committed to the education and mentoring of medical students, residents and fellows in the field of female pelvic medicine and reconstructive surgery.

### Service and Engagement Statement

My long-term career goal is to improve outcomes for treatment of pelvic organ prolapse and stress urinary incontinence through identifying best practices in the field of Female Pelvic Medicine and Reconstructive surgery, and improving the quality and safety of care as these are adopted by the larger community of care providers. To achieve these goals, I have obtained excellent clinical and surgical training and a broad understanding of the issues of quality and safety in urogynecology. In my work at the University of North Carolina at Chapel Hill I will develop a meaningful quality and safety program at the local level within my division, and I will continue to be engaged at the national and international level in the understanding and development of best practices to optimize quality outcomes and safety for women with pelvic floor disorders. I will work actively to promote excellence in patient care and in the education of the next generation of female pelvic medicine and reconstructive surgeons.