## EXHIBIT "A"

| PLAINTIFF | CASE NUMBER | PRODUCT |
|---|---|---|
| Breeden, Candy S | 2:12cv04658 | TVT Obturator |
| Poland, Nyla S. | 2:12cv04659 | Prolift<br>Prolift Posterior<br>TVT Secur |

35907928v1