# EXHIBIT A

EXHIBIT A TO KLINGE MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Baksic, Danielle & Brian | 2:12cv03536 |
| Berry, Brenda L. (Taylor) | 2:12cv04811 |
| Bynum, Rachel & Randall | 2:12cv03729 |
| Christopherson, Verla M. | 2:12cv04365 |
| Cisek, Donna | 2:12cv05521 |
| Clark, Addie | 2:12cv03598 |
| Cotton, Debbie | 2:12cv05530 |
| Dorsey, Cinnamon | 2:12cv05528 |
| Duffy, Sharon | 2:12cv05529 |
| Geisinger, Melinda P. | 2:12cv05112 |
| Goins, Sondra & William | 2:12cv03289 |
| Griffin, Tamika | 2:12cv04331 |
| Hahn, Kathleen K. | 2:12cv04364 |
| Jones, Beverly & Greg | 2:12cv05555 |
| Jucha, Anna M. | 2:12cv03646 |
| McKay, Kara | 2:12cv03807 |
| Norris, Thelma | 2:12cv03294 |
| Paul, Claudine & Jack Gary | 2:12cv04808 |
| Schalk, Julie K. & Ron | 2:12cv04806 |
| Smith, Teresa & Dwaine | 2:12cv05305 |
| Stewart, Juanita & Benny | 2:12cv03958 |
| Thomson-Roy, Jeannae M. | 2:12cv04586 |
| Tucker, Diana & Carl | 2:12cv04958 |