# EXHIBIT G

Prof. Dr. Med. Uwe Klinge

Page 341

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE: ETHICON, INC,          ) MASTER FILE
REPAIR SYSTEM PRODUCTS,    ) NO. 2:12-MD-02327
LIABILITY LITIGATION          )
                              ) MDL NO. 2327
_____ )
                              ) JOSEPH R. GOODWIN
THIS DOCUMENT RELATES TO ) US DISTRICT JUDGE
CAROLYN LEWIS, ET AL. V. )
ETHICON, INC.                 )
CASE NO. 2:12-CV-04301        )

FRIDAY, NOVEMBER 15, 2013

- - -

Deposition of Prof. Dr. Med.

Uwe Klinge, Volume II, held at the Quellenhoff

Hotel, Monheimsallee 52, 52062 Aachen, Germany,

commencing at 8:35 a.m., on the above date,

before Carrie A. Campbell, Registered

Professional Reporter, Certified Realtime

Reporter, Certified Shorthand Reporter,

and Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Prof. Dr. Med. Uwe Klinge

## Page 342

INDEX
                                      PAGE
APPEARANCES................................. 344
EXAMINATIONS
    BY MR. THOMAS............................ 345
    BY MR. ANDERSON.......................... 616
    BY MR. THOMAS............................ 664
    BY MR. ANDERSON.......................... 666

            EXHIBITS
No.  Description                        Page
12   Interdisciplinary S2e Guideline for    345
     the Diagnosis and Treatment of Stress
     Urinary Incontinence in Women
13   AWMF online                        346
14   "EAU Guidelines on the Surgical    349
     Treatment of Stress Urinary
     Incontinence."
15   Guidelines on Urinary Incontinence  350
16   American Urological Association     353
     positions statements
17   "Position Statement on Restriction of  354
     Surgical Options for Pelvic Floor
     Disorders"
18   "ICS Fact Sheets, A Background to   355
     Urinary and Fecal Incontinence"
19   "Urinary Incontinence, the Management  359
     of Urinary Incontinence in Women"
20   "The New Objective Measurements to  378
     Characterize the Porosity of Textile
     Implants"
21   "Tensile Properties of Five Commonly  386
     Used Midurethral Slings Relative to
     the TVT"
22   "Hernia Repair Sequela"            496
23   "Comparison of Long-Term           501
     Biocompatibility of PVDF and PP
     Meshes"

## Page 343

24   Pathology report for Carolyn Lewis   565
25   Findings from Klinge review of the   615
     slides
26   "Impact of Polymer Pore Size on the  624
     Interface Scar Formation in a Rat
     Model"
27   "The Argument for Light-Weight       633
     Polypropylene Mesh in Hernia Repair"
28   Ethicon documents,                   641
     ETH.MESH.01782867
29   E-mail from Joerg Holste to Jonathan  644
     Meek dated April 22, 2009,
     ETH.MESH.02148431 - ETH.MESH.02148432
30   Clinical expert report from Piet     645
     Hinoul,
     ETH.MESH.08315779 - ETH.MESH.08315810
31   "Demand the most proven technology   647
     when selecting a midurethral sling.
     Make data and safety your choice"
32   PowerPoint slides                    653
33   Letter from Christoph Walther to     654
     Quentin,
     HMESH_ETH_00379723
(Exhibits attached to the deposition.)
CERTIFICATE.................................... 668
ACKNOWLEDGMENT OF DEPONENT.................... 669
ERRATA......................................... 670
LAWYER'S NOTES................................ 671

## Page 344

A P P E A R A N C E S :

ANDERSON LAW OFFICES, LLC
BY:  BENJAMIN HOUSTON ANDERSON, ESQUIRE
    ben@andersonlawoffices.net
    1360 West 9th Street, Suite 215
    Cleveland, Ohio 44113
    (216) 592-8384

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
BY:  DANIEL J. THORNBURGH, ESQUIRE
    dthornburgh@awklaw.com
    17 East Main Street, Suite 200
    Pensacola, Florida  32502
    (850) 202-1010
    Counsel for Plaintiffs

THOMAS COMBS & SPANN, PLLC
BY:  DAVID B. THOMAS, ESQUIRE
    dthomas@tcspllc.com
    PHILIP J. COMBS, ESQUIRE
    pcombs@tcspllc.com
    300 Summers Street, Suite 1380
    Charleston, West Virginia  25301
    (304) 414-1807

ALSO PRESENT:
    Julie Filarski, Anderson Law Offices, LLC

            - - -

## Page 345

(Klinge Exhibit 12 marked for

identification.)

    MR. THOMAS:  Before the

deposition, I told Mr. Anderson during

the inquiry yesterday about the

redacted exhibit concerning the

meeting in Suvretta in 2003.  I've

been advised that the company has

already produced an unredacted copy of

that document in another production.

I've asked for it and hope to have it

when they wake up.  So I'll produce it

to you as soon as I have it.

    MR. ANDERSON:  Thank you for

doing that.

    DIRECT EXAMINATION (Witness previously sworn)

QUESTIONS BY MR. THOMAS:

    Q.   Doctor, when we closed

yesterday, we were talking about who a doctor

could consult with to understand the risks

related to the using of mesh for the

treatment of stress urinary incontinence.

2 (Pages 342 to 345)

Prof. Dr. Med. Uwe Klinge

Page 346

1    Do you recall that?
2    A.   Yes.
3    Q.   And I believe you identified
4 for me an organization in Germany that you
5 called the AWMF; is that correct?
6    A.   Yes.
7    Q.   Let me show you what I've
8 marked as Exhibit Number 12. As I understand
9 it from those people who looked for me,
10 Exhibit Number 12 is an English version and
11 the short version of the AWMF registry for
12 the diagnosis and treatment of stress urinary
13 incontinence in women.
14    Is that fair?
15    MR. ANDERSON: Objection.
16 QUESTIONS BY MR. THOMAS:
17    Q.   Are you familiar with this
18 document, Doctor?
19    A.   With this English, no, I never
20 read it.
21    (Klinge Exhibit 13 marked for
22 identification.)
23 QUESTIONS BY MR. THOMAS:
24    Q.   Let me hand you what's been

Page 347

1 marked as Exhibit Number 13. It's the long
2 version, and it's in German.
3    Do you recognize that document?
4    MR. ANDERSON: Well, objection.
5 This is a 62-page document and if you
6 want to ask him if he has -- if by the
7 cover of this or he can read 62 pages.
8    MR. THOMAS: All I want to
9 know, Ben, is whether this is the
10 organization that he discussed
11 yesterday consulting online for the
12 guidelines for the treatment of stress
13 urinary incontinence. I don't want
14 him to read the whole document. We
15 don't have time to do that.
16    MR. ANDERSON: Different
17 question.
18    Is this AWMF the organization
19 that you mentioned yesterday as far as
20 you can tell?
21    THE WITNESS: Yes. I mentioned
22 this.
23 QUESTIONS BY MR. THOMAS:
24    Q.   And did you consult the

Page 348

1 guidelines that you discussed yesterday
2 online on the computer?
3    A.   Please, I had to look, sorry.
4    Q.   I am sorry.
5    When you referred to the AWMF
6 guidelines --
7    A.   Yeah.
8    Q.   -- did you go to the computer
9 to consult the computer to find those
10 guidelines?
11    A.   When I hadn't looked to this,
12 yes.
13    Q.   Do you have a hard copy of the
14 guidelines from the computer?
15    A.   No.
16    Q.   All right. Do you know whether
17 Exhibit 13 are the guidelines that you looked
18 at online?
19    A.   I tried to figure out the date
20 of when these guidelines have been finished
21 because I know that there are at least two
22 different versions; an older version and a
23 more actual version there. And, therefore,
24 yesterday I mentioned this phrase that has

Page 349

1 been changed in the documents I saw when I
2 made my research. It's somewhere in the
3 text. If you like, I can try to find it
4 here, but it's the recommendation of surgical
5 therapy.
6    Q.   Okay. I don't want to do that.
7    A.   So I'm not sure whether this is
8 the last version here.
9    Q.   That's fine.
10    (Klinge Exhibit 14 marked for
11 identification.)
12 QUESTIONS BY MR. THOMAS:
13    Q.   Let me hand you what's been
14 marked now as Deposition Exhibit Number 14.
15 Deposition Exhibit Number 14, Dr. Klinge, is
16 a document titled "EAU Guidelines on the
17 Surgical Treatment of Stress Urinary
18 Incontinence."
19    Simple question, have you seen
20 this document before?
21    A.   No, I've not seen it.
22    Q.   And the date on it is September
23 the 7th, 2012, when it was accepted and
24 published online on September the 17th, 2012;

3 (Pages 346 to 349)

Prof. Dr. Med. Uwe Klinge

Page 350

1    is that correct?  On the left right in the
2    middle?
3         A.   Yeah.  That's correct.
4         Q.   Are you familiar with the
5    European Association of Urology?
6         A.   No.
7              (Klinge Exhibit 15 marked for
8         identification.)
9    QUESTIONS BY MR. THOMAS:
10        Q.   Let me show you what's been
11   marked as Deposition Exhibit Number 15.
12             Exhibit Number 15 is a document
13   titled Guidelines on Urinary Incontinence,
14   Text Update, March 2013.  It reads, "This
15   pocket version aims to synthesize the
16   important clinical messages described in the
17   full text and is presented as a series of
18   evidence summaries and graded action-based
19   recommendations which follow the standard for
20   levels of evidence used by the EAU."
21             Have you seen Exhibit Number 15
22   before today?
23        A.   No, I haven't seen it.
24        Q.   Doctor, are you familiar with

Page 351

1    an organization known as the American
2    Urological Association?
3         A.   Familiar, if you mean that I
4    have ever heard of it or noticed it, I think
5    so, yes.
6         Q.   Do you consider the American
7    Urological Association to be authoritative in
8    the field of stress urinary incontinence
9    treatment?
10             MR. ANDERSON:  Objection.
11        Dr. Klinge is not a urologist and he's
12        not here being offered as a urologist
13        nor the treatment options of SUI, and
14        as I stated yesterday, and so all of
15        these questions about treatment
16        recommendations for a urologist or a
17        urogynecologist clearly are outside of
18        the scope of his expert report and the
19        reasons that he's being offered as an
20        expert.  If counsel wants to continue
21        to ask questions about it, but I'm
22        going to move to strike all of it.
23   QUESTIONS BY MR. THOMAS:
24        Q.   Do you consider the American

Page 352

1    Urological Association to be authoritative in
2    the field of treatment of stress urinary
3    incontinence?
4         A.   I cannot comment on this.  I
5    know from my colleagues here that there are
6    various societies taking care of the problem
7    of incontinence and they're competing.
8    They're sometimes with -- conflicting with
9    different assumptions, different advices or
10   less.
11             To my knowledge from all of the
12   discussions with them, there is not one
13   single society that is authoritative, yeah,
14   that is able to give recommendations for the
15   woman either treated by urologist or
16   gynecologist.  But, of course, you find a lot
17   of these different societies.  Maybe this is
18   an expression that there are different
19   opinions as well.
20        Q.   And you said, "I know from my
21   colleagues here."  Is that conversations that
22   you've had with colleagues at the hospital
23   where you work?
24        A.   Yes.  We have a close

Page 353

1    collaboration with Professor
2    Kirschner-Hermanns, for example, she has been
3    the leader of the incontinence center.
4         Q.   And that's the incontinence
5    center at the hospital that's part of the
6    university?
7         A.   Yeah.
8              (Klinge Exhibit 16 marked for
9         identification.)
10             QUESTIONS BY MR. THOMAS:
11        Q.   Let me show you what's been
12   marked as Deposition Exhibit Number 16.  This
13   is titled "Position Statements of the
14   American Urological Association."  It's dated
15   at the bottom November 2011.
16             Is it fair to understand that
17   you've not seen this position statement of
18   the American Urological Association?
19             MR. ANDERSON:  Same objections
20        I stated before.
21             THE WITNESS:  I don't recall
22        whether this is exactly.  I recall
23        that I have seen some recent position
24        statements by some of these societies,

4 (Pages 350 to 353)

Prof. Dr. Med. Uwe Klinge

Page 354

1     but it's not my focus to list all of
2     these various societies and various
3     aspects.
4          (Klinge Exhibit 17 marked for
5     identification.)
6     QUESTIONS BY MR. THOMAS:
7          Q.   Let me show you what I've
8     marked now Deposition Exhibit Number 17.
9          Deposition Exhibit Number 17 is
10    from the American Urogynecologic Society, and
11    it's titled "Position Statement on
12    Restriction of Surgical Options for Pelvic
13    Floor Disorders."
14         Have you seen Exhibit 17
15    before?
16         A.   Maybe.  I'm not sure.
17         Q.   Did you consider the position
18    of the American Urogynecologic Society in the
19    formation of your opinions in this case?
20         MR. ANDERSON:  Objection.  Same
21    objection before.
22         THE WITNESS:  Please, can you
23    say it again?
24

Page 355

1     QUESTIONS BY MR. THOMAS:
2          Q.   Did you consider the position
3     of the American Urogynecologic Society in the
4     formation of your opinions in this case?
5          MR. ANDERSON:  Objection.  The
6     question is not fair.
7          Do you want him to read the
8     entire document because how could he
9     know whether he considered the
10    position if he doesn't know what it
11    is.  My objection stands.  He's not
12    going to be asked any of these
13    questions and you know that and it's
14    not anywhere in his report nor is it
15    in his reliance materials, but if you
16    want to keep asking, please, feel free
17    to.
18         MR. THOMAS:  Thank you, I will.
19    I have a limited amount of time here.
20         MR. ANDERSON:  You do.
21         MR. THOMAS:  You can have a
22    standing objection to that.
23         (Klinge Exhibit 18 marked for
24    identification.)

Page 356

1     QUESTIONS BY MR. THOMAS:
2          Q.   Doctor, are you familiar with
3     the International Incontinence Society?
4          A.   Yes.  I know them.
5          Q.   Let me hand you what's been
6     marked as Deposition Exhibit Number 18.
7     Deposition Exhibit Number 18 is titled "ICS
8     Fact Sheets, A Background to Urinary and
9     Fecal Incontinence," prepared by the
10    publications and communications committee,
11    July 2013.
12         Have you seen this document
13    before?
14         A.   Not as a printout version, but
15    I repeatedly am going to the website because
16    they offered a lot of interesting tools for
17    making research and how to investigate all
18    these.  So it's an interesting website from
19    the society.
20         Q.   Do you --
21         A.   And among this, there is -- I
22    made a lot of downloads from the society.
23         Q.   Why did you do that?
24         A.   Because I'm interested.  I want

Page 357

1     to be informed of what happens.  There's so
2     many contradicting information and to get an
3     overview, yeah, I'm a scientist and,
4     therefore, it is my duty to go into the
5     problems.
6          Q.   Let's go --
7          A.   To try to learn of it.
8          Q.   Let's go to page 13 of
9     Exhibit 18, please.
10         On the left side, the second
11    full half reads, "Definitive therapy for SUI
12    is surgical and involves restoring urethral
13    support through use of a sling.  Worldwide
14    mid-urethral slings comprised of synthetic
15    mesh have become the treatment of choice for
16    SUI.  Long-term data are robust and
17    demonstrate durable efficacy and a very low
18    complication rate particularly in experienced
19    hands."
20         Do you agree with that
21    statement of the ICS?
22         MR. ANDERSON:  Same objections.
23         THE WITNESS:  The -- I don't
24    think that I'm -- in the moment that

5 (Pages 354 to 357)

Prof. Dr. Med. Uwe Klinge

Page 358

1    I'm able to give an opinion in what
2    woman, at what stage of the disease,
3    what therapy may be the best.
4        When they said here they are a
5    low complication rate, we talked about
6    what does it mean low, can we be sure
7    that it is low, that is a question we
8    can have intense discussions about it.
9        My topic or my -- so far as I
10   understood, my question was whether
11   the use of the Prolene®, when it is
12   coming to complications, whether this
13   is a problem of the material. Whether
14   there are some basic requirements that
15   makes it imperative to use the most
16   heaviest weight mesh from a hernia
17   surgery for the use of this. That was
18   the question that I wanted to address
19   by looking all these things.
20       So even if there is only one
21   patient with a complication that is
22   not necessary because of using the
23   wrong requirements, that was the
24   question that I wanted to address.

Page 359

1    But I'm not able to say their
2    requirements for the societies or so.
3    And I have no doubt that there are
4    some patients taking a big benefit by
5    the use of slings.
6        (Klinge Exhibit 19 marked for
7    identification.)
8    QUESTIONS BY MR. THOMAS:
9        Q.    Let me hand you what I've
10   marked now as Deposition Exhibit Number 19.
11   Deposition Exhibit Number 19 --
12       A.    Yeah, that is the NICE, yeah,
13   the National Institute.
14       Q.    Is NICE -- it's called -- it's
15   titled "Urinary Incontinence, the Management
16   of Urinary Incontinence in Women," issued
17   September 2013. And it's issued by the
18   organization called NICE, the National
19   Institute For Health and Care Excellence.
20       Is this the document to which
21   you referred yesterday in your testimony?
22       A.    I downloaded, if I remember
23   correctly, about 10, 15 documents from the
24   website from NICE. So this is one of it.

Page 360

1        Q.    Why did you go to the NICE
2    website?
3        A.    Same answer as some minutes
4    before; to get informed the search and
5    literature is one of our most important tools
6    and -- there has been -- in February -- last
7    year the question whether we have access to
8    all of these things and I would like to point
9    out that at the university we have an almost
10   unlimited access to all things that are
11   published there to correct this impression
12   that it is restricted to the journals I get
13   personally.
14       Q.    I didn't suggest that.
15       A.    No, it was from the last year
16   or in February there has been the discussion,
17   there has been the question whether do our --
18   getting these specific journal and I just
19   wanted to take this opportunity to clarify
20   that we have huge possibilities to access.
21       Q.    I understand that.
22       The computer is a wonderful
23   thing, isn't it?
24       A.    It has changed completely our

Page 361

1    work.
2        Q.    Doctor, let's go back to your
3    report, please, which is Exhibit Number 11.
4        On page 2 of Exhibit 11 under
5    the summary of your opinions, you say, "The
6    mesh -- excuse me, the Prolene® mesh in TVT®
7    is a heavy-weight mesh --
8        MR. ANDERSON:  Can you show us
9    where you are?
10       MR. THOMAS:  Right at the top
11   of the page.
12       MR. ANDERSON:  Thank you.
13   QUESTIONS BY MR. THOMAS:
14       Q.    Doctor, in page 2 of
15   Exhibit 11, you state in your report under
16   the heading, "The Prolene® mesh in TVT® is a
17   heavy-weight mesh ('over engineered').
18       In that paragraph, you say,
19   "Any pelvic mesh designed with this much
20   excess surface area and weight unreasonably
21   increases the risk of injury to the patient
22   and is a less safe design."
23       Did I read that correctly?
24       A.    Yes.

6 (Pages 358 to 361)

Golkow Technologies, Inc. - 1.877.370.DEPS

Prof. Dr. Med. Uwe Klinge

Page 362

1    Q.    And my question is when you say
2  that this mesh design unreasonably increases
3  the risk of injury, compared to what?
4    A.    To a material -- that is, in
5  fact, the most important thing, you have to
6  do it in comparison. If you compare the
7  108 grams of the Prolene® mesh with the
8  42 grams of Gynemesh® for the 34 grams of
9  ULTRAPRO™, it has a surplus, it has more
10  material, it has more surface. So if you
11  compare these two, you have more contact area
12  to the tissue and, therefore, you will have
13  intensified tissue reaction.
14       So if there is no need to have
15  this amount of material, if you can reduce
16  it, if you can produce, if there are some
17  facts that allow you to reduce the amount of
18  material of the Prolene® mesh by half, then
19  you will have an improved tissue reaction
20  and, therefore, you will lessen the scar
21  formation, you will lessen the risks for the
22  patient. That is it. Prolene® mesh is at
23  the maximum. In comparison to all other
24  meshes, it's the maximum of the weight of the

Page 363

1  material that is placed in this area and,
2  therefore, it is, of course, it is
3  heavy-weight. I think it's the heaviest
4  monofilament mesh that I know, and if you can
5  reduce the amount of material, that has been
6  the sense of our work, then you improve the
7  tissue reaction and reduce the risk.
8    Q.    Didn't we decide yesterday that
9  weight was not the determining factor in the
10  intensity of the foreign body reaction?
11       MR. ANDERSON: Objection to
12  form.
13       Go ahead.
14       THE WITNESS: In fact, that
15  is -- yeah. If you have a Prolene®
16  with these fibers and just reduce the
17  amount of material, using a similar
18  fiber, the same fiber, but just reduce
19  the amount of material, of course, you
20  will increase the pore sizes, you will
21  reduce the material and you will
22  improve the tissue reaction.
23       If you just stick to the weight
24  and change the fiber from 120 microns

Page 364

1  to 2 microns and create a
2  multifilament made of polypropylene,
3  then you are right, completely right.
4  That is -- but this has been a -- an
5  important part of our discussions
6  because we, that is coming from
7  Aachen, that is -- has been our work
8  to stick on the importance of the
9  pores and not of the weight.
10       So but sometimes it is more
11  easy to reduce it to this to make it
12  better understandable for the people.
13    Q.    Doctor, do you have any
14  clinical data to which you can point to
15  support your opinion that the Prolene® mesh
16  increases the risk of injury in the treatment
17  of stress urinary incontinence above other
18  materials for the same application?
19       MR. ANDERSON: Objection.
20       THE WITNESS: As I pointed out
21  yesterday, the clinical data
22  unfortunately that are provided, they
23  are too limited to allow this
24  consequence; however, the basic

Page 365

1  principle that heavy-weight, a huge
2  amount of material locally, small pore
3  size, that this is linked to an
4  increased risk, there are several
5  studies showing it and not least
6  because of this in the guidelines, in
7  the meta-analysis for surgical meshes
8  for hernia repair they're usually
9  already is a statement that you have
10  to consider light-weight and large
11  pore.
12  QUESTIONS BY MR. THOMAS:
13    Q.    You referred to a meta-analysis
14  for surgical meshes for hernia repair.
15       Have you considered the
16  meta-analysis for the use of meshes for
17  stress urinary incontinence?
18    A.    We mentioned yesterday I'm
19  deeply aware about the fact that the limited
20  value of meta-analysis.
21    Q.    Okay.
22    A.    It just -- it is helpful to
23  confirm the importance of weight and pore
24  size. In general, that this is -- that has a

7 (Pages 362 to 365)

Prof. Dr. Med. Uwe Klinge

Page 366

1    strong impact of the clinical results.  There
2    is no doubt about it.  But as I pointed out
3    yesterday, it is impossible to see or to
4    prove any inferiority or superiority of any
5    specific device.
6        Q.    Also in your answer, you
7    referenced several studies showing this basic
8    principle.
9        Are these all animal studies?
10       A.    No, there is -- if you are --
11   if you're trying to figure out what is the
12   relevance of this mesh material discussion in
13   the field of hernia surgery, and the field of
14   hernia surgery is a little bit older than
15   this for the pelvic floor and a lot of -- and
16   we introduced the meshes, I think, earlier,
17   if you try to figure out what is the
18   relevance there, then you find there are
19   several meta-analysis meanwhile summarizing
20   clinical studies, and there are guidelines
21   for the clinical treatment based on these
22   clinical trials and giving the recommendation
23   to use large pore material, reduce
24   light-weight meshes in the treatment -- for

Page 368

1    That there are some similarities when
2    you place meshes in living tissue,
3    that you have some similarities.
4    There are -- depending on the specific
5    location, there can be some
6    differences in the tissue reaction,
7    but there are very important aspects
8    that are quite similar that a mesh
9    behaves similarly in the various areas
10   from the point of the histological
11   analysis.
12       There are considerable
13   differences in the biomechanics and
14   there we know that pelvic floor has
15   different biomechanics.  We have a
16   similar area in the reenforcement of
17   the diagram where we have some forces
18   as well.  So the biomechanical problem
19   makes it as a functional difference to
20   the hernia mesh.  That is even more in
21   another respect when you're taking a
22   hernia mesh to use it in another
23   functional condition.  It's a concern
24   and problem.

Page 367

1    the treatment of hernia patients.
2        So that confirms that the
3    principle to think or to consider the mesh
4    material and the weight and the pore size,
5    that is well-accepted in the hernia society,
6    yes.
7        Q.    Is it fair to understand,
8    Doctor, that you're relying upon your
9    training, education and experience in
10   connection with the care and treatment of
11   hernias to support your position that mesh
12   used in the treatment of stress urinary
13   incontinence has the same risks as the mesh
14   that's used in hernia repair?
15       MR. ANDERSON:  Objection.
16       Go ahead.
17       THE WITNESS:  Of course, my
18   knowledge of the Prolene® is based on
19   our preclinical studies that we did in
20   the animal models, from our clinical
21   experience, from the experience we
22   have got from hernia patients.
23   Overall, everything confirmed that the
24   tissue response is quite similar.

Page 369

1    QUESTIONS BY MR. THOMAS:
2        Q.    Let me try my question again
3    and maybe you didn't understand it.
4        What I'm trying to understand,
5    we were talking about clinical studies used
6    to analyze the extent to which mesh causes
7    problems in the pelvic floor -- strike that.
8        The goal of my question was to
9    try to determine whether there are clinical
10   studies on which you rely to analyze the
11   problems of complications with the use of
12   mesh for the treatment of stress urinary
13   incontinence, and I think you told me that
14   you rely on your clinical experience in
15   hernia for that information.
16       Is that true?
17       MR. ANDERSON:  Objection to the
18   form of the whole question.
19       Go ahead.
20       THE WITNESS:  No, that is, of
21   course, not true because to my
22   opinions, it is -- it is necessary to
23   see whether there are some
24   complications when using it as a

8 (Pages 366 to 369)

Prof. Dr. Med. Uwe Klinge

Page 370

1      sling, and as you know from the
2      documents, there are some specific
3      complications which are different from
4      those from hernia surgery.  So you
5      have to look to the specific
6      literature what may be some
7      consequences.
8              However, the general opinion
9      whether it's heavy-weight, whether
10     it's a higher risk than another, you
11     have to take all of this information
12     together.
13     QUESTIONS BY MR. THOMAS:
14         Q.    Okay.  Is it your testimony
15     that you need to go to the specific
16     literature to learn what may be the
17     consequences of the use of mesh for the
18     treatment of stress urinary incontinence?
19         A.    You have to consider this as
20     well.  You have to include it into this.
21         Q.    What literature have you
22     considered to understand the complications
23     which arise from the use of mesh in the
24     treatment of stress urinary incontinence?

Page 371

1          A.    I'm not able to give you a list
2      of all of the documents I've downloaded
3      during the past years.  I regularly are
4      looking to the literature, and I know it's
5      hundreds of documents every week are coming,
6      some new.  So, yeah, several.  I looked at
7      several of them.
8          Q.    Can you tell me one?
9          A.    One of these publications?
10         Q.    Yes, just one.
11         A.    Sling.  As I told you, it's the
12     NICE meta-analysis.
13         Q.    Okay.
14         A.    That their -- it is -- as I
15     told you, the AWMF, it is study for PVDF
16     meshes from Norway that has been published
17     this year.  There has been several studies
18     comparing the textile properties.
19         Q.    Are there any clinical studies
20     about which you're aware that suggest that
21     the design of the Prolene® mesh increases the
22     risk of injury to a patient over a larger
23     pore, lighter-weight mesh?
24             MR. ANDERSON:  Objection again.

Page 372

1      Asked and answered.
2          Go ahead.
3              THE WITNESS:  I did not know
4      that there has been a comparison of
5      different materials as it has been
6      done in the hernia -- in the field of
7      hernia surgery where we make
8      randomized controlled trials comparing
9      light-weight and large pore meshes.  I
10     don't know whether -- I don't know in
11     the moment a study where someone
12     compared two different slings with the
13     outcome.  But as we discussed
14     yesterday, clinical studies are very
15     limited in clarifying when one
16     material really is better than the
17     other.  It is very likely that if you
18     make such a study that you get
19     nonsignificant results due to the
20     variation in your collectives.
21     QUESTIONS BY MR. THOMAS:
22         Q.    Is it true, simple question,
23     that there are no -- it's true that there are
24     no clinical studies about which you're aware

Page 373

1      that suggest that the design of the Prolene®
2      mesh increases the risk of injury to a
3      patient over -- in the treatment of stress
4      urinary incontinence over a larger pore,
5      lighter-weight mesh; is that true?
6              MR. ANDERSON:  Objection.
7      Asked and answered again.
8              THE WITNESS:  It isn't true
9      because you didn't reduce it to the
10     pelvic floor.  So if you made it in
11     general --
12     QUESTIONS BY MR. THOMAS:
13         Q.    Oh, I think I did.
14         A.    You just asked me if I'm
15     correct.  If there are clinical studies
16     showing that Prolene® has more complications
17     in comparison to heavy-weight or I missed it.
18     So a general, there are clinical studies.
19     For the use as sling, I don't know any.
20         Q.    Okay.  So just to make sure
21     we're clear.  For the use of slings, mesh
22     slings, in the treatment of stress urinary
23     incontinence, you're unaware of any clinical
24     studies that show that the use of Prolene®

9 (Pages 370 to 373)

Prof. Dr. Med. Uwe Klinge

Page 374

1    mesh increases the risk of injury to a
2    patient in the treatment of stress urinary
3    incontinence over a larger pore,
4    lighter-weight mesh; is that true?
5         MR. ANDERSON:  Objection.
6    Asked and answered.
7         THE WITNESS:  That is true.
8    QUESTIONS BY MR. THOMAS:
9         Q.   Okay.  Doctor, on page 2 of
10   your report, you continue and say, "The
11   Prolene® mesh in TVT® is a small pore mesh."
12        How big is the pore in TVT®
13   used for the treatment of stress urinary
14   incontinence?
15        A.   This is -- this is a question
16   that is -- that has to be explained in detail
17   from various aspects.  It is insufficient to
18   just make a measure in one dimension and say
19   this is a pore.
20        In the '90s, we made with the
21   VYPRO mesh with 3, 4, 5 millimeters of pores
22   roughly when you make these measurements.  So
23   these are considered really as large pores.
24   There are others that are from the

Page 375

1    microscopical view can be regarded as small
2    pores.  So to make a precise measurement of
3    the pore size or the distribution of the
4    pores, it was a problem for a long time.
5         We first started in 2000, I
6    think, for the first time that we tried to
7    figure out that it is a distribution, that
8    every mesh has some smaller pores, some
9    larger pores.  So one specific value -- yeah,
10   figure and value of a pore, this does not
11   reflect the reality of a mesh construction.
12   So you have these different pore sizes in
13   every mesh.
14        And then we got aware that if
15   you look to the histology and not to the
16   foreign body reaction around the filaments
17   but to the pores inside, then you see the
18   differences that in the VYPRO and the
19   ULTRAPRO™, you don't have this bridging and
20   there are, if the filaments are coming closer
21   together, then you have these pores filled by
22   scar tissue.  So there seems to be a
23   difference.
24        In 2003, 2004, we started to

Page 376

1    get objective analysis of this pore
2    distribution.  To make it easier to
3    understand what was found in histology, to
4    make it easier to understand what are the
5    consequences if you change something of the
6    textile construction, what is the consequence
7    to the pore sizes and the distribution of the
8    pores, therefore, we made this machine or we
9    developed this machine together with
10   Professor Mühl and it was able to get clear
11   images of a mesh construction and if you are
12   using the textile porosity as before, you get
13   this distribution.
14        The next decision has to be how
15   to compare distributions to define which is
16   better than the other.  And it is
17   statistically, scientifically it is not easy
18   to make a reliable comparison of
19   distributions and, therefore, we decided to
20   make a cutoff, to define a cutoff because we
21   have seen at various histological sections
22   that there may be a minimum pore size that is
23   increasing the risk for this bridging.  It
24   has been with the Marlex.  It has been done

Page 377

1    for the first time with the Marlex, and we
2    have -- somewhere in your documents there is
3    a PowerPoint slide with a distribution and
4    then there is on the left side, there is a
5    distribution for the Marlex and there we
6    marked in between 600 and 800 microns that we
7    saw and we measured the distance of the
8    filaments that we saw that below this border
9    of 600, 800 with the Marlex and you have this
10   bridging.
11        Later on, 2003, 2002, we took
12   as a limit -- as a cutoff to separate the
13   meshes with low risk and high risk by 1
14   millimeter because we then had the values of
15   the experiments that has been published by
16   Conze where we measured it in Aachen.
17        But at the beginning, we
18   noticed that there is an impact of the
19   polymer so we separated for PVDF and PP.  Of
20   course, there are a lot of other impact
21   factors that can do it.
22        So the question what is small
23   or what is the best pore or what is the pore
24   cannot be answered by giving you just a

Prof. Dr. Med. Uwe Klinge

Page 378

1    figure.  If you take the extremes, the
2    ULTRAPRO™, the VYPRO, was a pore of 3 to
3    5-millimeter.  If you made a linear
4    measurement there with all of the
5    limitations, all restrictions, please don't
6    stick me to this number 3 to 5-millimeter.
7    It's just a shortening of this.  This is low
8    risk for bridging, and whereas, very small
9    pores has a high risk of bridging.  That is
10   the message.
11        Q.    Doctor, have you ever attempted
12   to physically measure the pore size in the
13   Prolene® mesh used in TVT® for stress urinary
14   incontinence repair?
15        A.    Whether we made a measurement
16   of the Prolene® mesh?
17        Q.    Yes.
18        A.    Dr. Mühl did it.
19            (Klinge Exhibit 20 marked for
20   identification.)
21        QUESTIONS BY MR. THOMAS:
22        Q.    And I'm not -- and just for the
23   record, what you're talking about is Exhibit
24   Number 20, the article that you coauthored

Page 379

1    with Dr. Mühl in 2007, "The New Objective
2    Measurements to Characterize the Porosity of
3    Textile Implants."
4            Is that correct?
5        A.    Yes.
6        Q.    My question is in the 1990s
7    when you're doing your experiments, did you
8    ever measure the pore size of the TVT® mesh
9    used -- strike that.
10           In the 1990s when you were
11   studying first generation Prolene® mesh,
12   which you call old Prolene®, did you ever
13   measure the pore sizes?
14        A.    The pore sizes in the '90s have
15   been done first by just making linear
16   measurements.  We know -- we all know that
17   this is not accurate to give a good
18   reflection of the pore size, but at that
19   time, it was the way we did it, and the next
20   thing we tried to do is the textile porosity.
21   So it is impossible.  It is still today
22   impossible to measure a pore size.
23        Q.    Okay.  Still today impossible
24   to measure a pore size, correct?

Page 380

1        A.    It depends from your definition
2    what you're thinking of as a pore size.  What
3    is -- of course, you can make images of the
4    pore area so -- first of all, you have to
5    define what is your meaning of pore size, in
6    what context you want to have this.  General
7    finding.
8        Q.    Doctor, are you -- I am sorry,
9    I didn't mean to interrupt you.
10        A.    Yeah.
11        Q.    Doctor, are you aware of any
12   standard that tells you or Ethicon how to
13   measure pore size?
14        A.    I think -- or the -- the best
15   solution to get an idea or to try -- an
16   objective measurement to make a
17   characterization of textile structures by the
18   use of pores, this is done in this
19   publication.
20        Q.    Okay.  Other than the Mühl
21   publication, Exhibit Number 20 that we've
22   talked about before, are you aware of any
23   standard promulgated by any regulatory,
24   public health authority or company that tells

Page 381

1    you or Ethicon how to measure its pore size?
2        A.    I know there are some -- there
3    has been some publications related to the
4    textile porosity.  How to make the textile
5    porosity in a two-dimensional way.  There are
6    some -- there are maybe some experimental
7    other attempts to grasp the problem of pores
8    to describe this.  But there is, of course, I
9    don't know any official standard showing you
10   have to do it like this.
11        Q.    In the '90s when you were doing
12   your own studies, you measured them in a
13   linear fashion; is that true?
14        A.    At the beginning, yes.
15        Q.    Okay.  And tell me how you did
16   that.  What points in the pore did you
17   measure?
18        A.    As I remember, we had a visual
19   impression what may be the mean distance in
20   the pore.  Not looking what is the farest
21   distance, what is the shortest, but what may
22   be the mean roughly.
23           But, again, the purpose at that
24   time was to give a hint to the reader, to

11 (Pages 378 to 381)

Prof. Dr. Med. Uwe Klinge

Page 382

1    show the difference between 3 millimeters and
2    .3 millimeters.  And, therefore, this gives a
3    good impression that the textile construction
4    was different.
5        Q.    Before VYPRO, was there
6    anything in the literature about
7    light-weight -- strike that.
8            Before VYPRO, was there
9    anything about a comparison of large pore to
10   small pore in the literature?
11       A.    I'm not aware of it, no.
12       Q.    Before VYPRO, was Prolene®
13   known as a large pore mesh?
14       A.    These words were not -- it was
15   not a discussion.  At the beginning of the
16   '90s, you already had the Mersilene.
17   Mersilene is a mesh with a very low weight.
18   You had the Prolene® with very high weight,
19   and there hasn't been any discussion about
20   the different textile characteristics.  I
21   think that is what we introduced.  If you
22   look to the literature what has been
23   published until '99 with the search for
24   meshes, you will hardly find any good data up

Page 383

1    to there.  It's a dozen experimental studies
2    until this and then it's going up.
3        Q.    Was the first generation 6-mil
4    Prolene® mesh used for hernia repair, which
5    you refer to as old Prolene®, ever described
6    in the literature as large pore macroporous
7    mesh?
8        A.    In what -- before 1995, that
9    has not been the wording for -- to describe a
10   experimental setting there.  Yeah, later on,
11   I know that there is some of the documents
12   where we took over -- I think ourselves took
13   over some measurements provided by the
14   manufacturer and said -- or took it in and
15   mentioned it as 1.2 millimeter, the pore
16   size.
17           So, but, yeah, as we discussed
18   already, it is not sufficient to give a real
19   impression of pore.  It's too difficult.
20       Q.    Doctor, we spent a lot of time
21   yesterday talking about the progress in your
22   understanding about the design of meshes
23   beginning in the party in Christmas 1993?
24       A.    Uh-huh.

Page 384

1        Q.    At any time in your research
2    from 1993 to the present, in your experience,
3    was it ever appropriate to describe Prolene®
4    as a large pore macroporous mesh?
5        A.    It is in contrast.  If you're
6    looking to our experimental publications,
7    there we took the Prolene® mesh in our
8    experiments as a control for a mesh that is
9    usually bridging, that induces usually an
10   intense inflammatory and fibrotic reaction.
11   That was our control for many of these
12   experiments.
13           And on the other end, we really
14   had some large pores, light-weight mesh
15   materials, but the prototype of a
16   heavy-weight, small pore meshes, that has
17   been Marlex and Prolene®.
18       Q.    My question, Doctor, is a very
19   simple one and I'm trying to understand
20   whether based on your 20 years of experience
21   in this field, at any time during that
22   20 years whether the state of knowledge about
23   mesh design was such that it was appropriate
24   to describe first generation 6-mil Prolene®

Page 385

1    mesh as large pore and macroporous?
2            MR. ANDERSON:  Objection to
3    form.
4            THE WITNESS:  No.  No.  It
5    is --
6    QUESTIONS BY MR. THOMAS:
7        Q.    You're familiar with the Amid
8    classification?
9        A.    Uh-huh.
10       Q.    Is that "yes"?
11       A.    Yes.  Yes.  Sorry.
12       Q.    And you know under the Amid
13   classification that Prolene® is a Class I
14   mesh?  Is that "yes"?
15       A.    Yes, I know it, but I have to
16   explain this is not fair because now we are
17   switching to different definitions of large
18   pore.
19       Q.    Okay.
20       A.    I --
21       Q.    Can I --
22       A.    From our work, it is very clear
23   what large pore is.  That is a large pore.
24   The consequence of a large pore that you have

12 (Pages 382 to 385)

Prof. Dr. Med. Uwe Klinge

Page 386

1  a low risk for bridging.  That is the message
2  of all our work, and this shouldn't be put
3  together with the definition of large pore in
4  the Amid classification because he has a
5  different aim and purpose to do so.
6       So it is mixing up two
7  different things and it is increasing the
8  confusion that everywhere happens.
9       Q.   You've talked about the Amid
10  classification at length in other depositions
11  and I'm not going to explore that again, but
12  feel free --
13       A.   Me neither.
14            (Klinge Exhibit 21 marked for
15  identification.)
16  QUESTIONS BY MR. THOMAS:
17       Q.   Doctor, I've handed you what's
18  been marked as Exhibit 21.
19            Exhibit 21 is a --
20            MR. ANDERSON:  Excuse me,
21  Counsel, can you tell me what the F
22  mesh is?  Mine is cut off.
23            MR. THOMAS:  Yeah, mine is too.
24  I was just going to say that for the

Page 387

1  record, but I can't, but I'll get them
2  for you.
3  QUESTIONS BY MR. THOMAS:
4       Q.   Exhibit 21 a journal article in
5  the International Urogynecology Journal,
6  volume 19, number 5, May 2008, it's titled
7  "Tensile Properties of Five Commonly Used
8  Midurethral Slings Relative to the TVT®."
9       You cited this article in your
10  paper, haven't you?  Do you remember that?
11       A.   Cited in what --
12       Q.   In your report?
13       A.   Yes.  Yes.  It's very nice,
14  very interesting study.
15       Q.   And this study compares the
16  tensile properties of five different slings
17  against the Johnson & Johnson TVT® sling,
18  correct?
19       A.   The textile properties, yeah.
20       Q.   Okay.  I want you to turn to
21  page 657 of Exhibit 21, to Table 1.
22            And Table 1 shows, "The textile
23  properties (including loaded failure)
24  provided by the manufacturers listed at the

Page 388

1  top (AMS, American Medical Systems)
2  describing the different meshes tested in
3  this study.
4            Have you looked at this table
5  before?
6       A.   Yes.
7       Q.   And there are six different
8  types of meshes that are used for the
9  treatment of stress urinary incontinence; is
10  that correct?
11       A.   That is correct.
12       Q.   And the authors in the Moalli
13  paper have a category for mesh thickness,
14  correct?
15       A.   Yes.
16       Q.   And mesh thickness is exactly
17  what it says, it's just how thick the mesh
18  is?
19       A.   Yes.
20       Q.   Then it has pore size and it
21  shows the pore sizes for each of these meshes
22  used for the treatment of TVT®, and you
23  understand that Gynecare is the TVT® mesh,
24  correct?

Page 389

1       A.   Yes.
2       Q.   And the Gynecare mesh is shown
3  as having a pore size of 1,379 microns,
4  correct?
5       A.   It is written here, but we
6  pointed out, I think, very extensively that
7  the number of 1,379 microns is a measurement
8  within the textile mesh, but it does not
9  reflect the textile characteristic in regard
10  to pores and porosity because you always have
11  a distribution.
12            But you see still here in the
13  year 2008, it was still used there, but this
14  is not what is the relevant information to
15  predict the tissue reaction there.
16       Q.   Do you view --
17       A.   So it's not relevant.  It's not
18  really relevant.
19       Q.   Okay.  Is it inappropriate from
20  a scientific perspective for the authors in
21  the Moalli study, Exhibit 21, to regard pore
22  size in this fashion?
23       A.   No, it is -- no.  It is -- a
24  lot of people is doing it when they don't --

13 (Pages 386 to 389)

Prof. Dr. Med. Uwe Klinge

Page 390

1  when they were not aware of the problems of
2  this. You cannot discuss every parameter in
3  detail in every manuscript, otherwise, you --
4  so every manuscript is a comprise. You can
5  present some data.
6          But in this litigation, we're
7  sitting here and discussing about the pores
8  of the Prolene® when you cited this
9  document as proof that Prolene® is a mesh
10  with pore size of more than 1,000 microns,
11  that is -- that is not relevant. It is a --
12  it is a paper, it is a manuscript and they
13  did the best to take the information they got
14  there, but it doesn't help me for my opinion
15  whether it's a small pore or large pore.
16  That is the fact that has to be clear, I
17  think.
18      Q.   I understand that. I actually
19  am going to use this for a whole different
20  reason than you think.
21      A.   I'm not sure.
22      Q.   I know that, but that's why I
23  get to ask the questions.
24      A.   And I have to be concerned.

Page 391

1      Q.   No, you don't.
2          So have you looked at the mesh
3  of Boston Scientific used in the treatment of
4  stress urinary incontinence?
5          MR. ANDERSON: It's a specific
6          question. Have you looked at the mesh
7          of Boston Scientific?
8          THE WITNESS: No.
9  QUESTIONS BY MR. THOMAS:
10      Q.   Have you looked at the mesh
11  manufactured by AMS for the treatment of
12  stress urinary incontinence?
13      A.   No.
14      Q.   Have you looked at the mesh
15  manufactured by BARD for the treatment of
16  stress urinary incontinence?
17      A.   No.
18      Q.   Have you looked at the mesh
19  manufactured by Caldera for the treatment of
20  stress urinary incontinence?
21      A.   No.
22      Q.   Have you looked at the mesh
23  manufactured by Mentor for the treatment of
24  stress urinary incontinence?

Page 392

1      A.   No.
2      Q.   Are you aware of any other mesh
3  marketed in the United States for the
4  treatment of stress urinary incontinence
5  other than the ones listed in Exhibit 21?
6      A.   Aware in the meaning that I
7  know that there are several others. I'm
8  not -- I'm not able to present the total list
9  of all possible sling materials there.
10      Q.   Okay. The PVDF mesh for the
11  treatment of stress urinary incontinence is
12  not available in the United States.
13          You agree with that?
14      A.   To my knowledge, it is correct.
15      Q.   And the PVDF mesh from FEG
16  that's used for the treatment of stress
17  urinary incontinence has not been approved by
18  the United States Food and Drug
19  Administration.
20          Do you agree with that?
21      A.   It is -- yeah, to my knowledge,
22  it is the fact. But I'm not sure whether
23  they really sent it to them to have it
24  checked.

Page 393

1      Q.   I understand.
2      A.   Or whether they didn't do it.
3      Q.   I don't know whether they've
4  asked either, but --
5      A.   But this is -- I think this is
6  a major difference.
7      Q.   Okay. Would you agree with me
8  that the pore size for the Gynecare mesh used
9  for the treatment of stress urinary
10  incontinence, the Ethicon TVT®, has a pore
11  size that's larger than the other five that
12  are listed in the Moalli study?
13      A.   No.
14      Q.   Why?
15      A.   Because the question what is
16  the pore size, whether it's bigger than the
17  other, it cannot be answered. You have this
18  distribution. You have some pores bigger
19  than the others. You have to make the
20  testing or you have to figure out what is the
21  specific distribution of the various pore
22  size and then when you want to make a cutoff,
23  when you include a cutoff, then you have to
24  look to the effective porosity and then you

14 (Pages 390 to 393)

Prof. Dr. Med. Uwe Klinge

Page 394

1  can get an opinion whether one is better than
2  the other.
3      Q.   Okay.  Have you ever analyzed
4  the extent to which meshes available in the
5  United States have an area of pore size that
6  are larger than the Ethicon TVT® mesh, any of
7  them?
8      A.   Though even the information
9  about the area has some limitations, but I
10  have to say, no, I never made systemic
11  analysis of the competitor -- of the slings
12  from the competitors to have a systemic
13  analysis of the other devices.
14      Q.   It's your opinion that the
15  Ethicon TVT® mesh used for the treatment of
16  stress urinary incontinence does not have
17  sufficient effective porosity as measured by,
18  I think it's Exhibit Number 20, the Mühl
19  study, to be used safely in a woman for the
20  treatment of stress urinary incontinence; is
21  that true?
22      A.   The idea was or the facts are
23  that when you look to the histology, reaction
24  to this mesh material, you always hardly ever

Page 395

1  or always -- almost always find some bridging
2  when looking to tissue around the Prolene®
3  mesh.  Therefore, it behaves biologically as
4  a small pore meshes.  Then if you -- and this
5  is consistent to the measurements and this is
6  consistent to the missing effective porosity
7  in the Mühl testing.
8          So this is very, very
9  consistent.  If you look to the competitors,
10  it is hardly difficult to find -- just to see
11  the differences from the images between the
12  various devices.  So I think -- I assume that
13  we will get similar results.
14          MR. ANDERSON:  And you were
15      pointing to page 658 of Exhibit 21
16      when you said "images"?
17          THE WITNESS:  Yes.  Figure 2
18      and --
19  QUESTIONS BY MR. THOMAS:
20      Q.   Let me break down your answer a
21  little bit.
22          When you measure pore size,
23  it's your expert opinion that it's
24  appropriate to use the effective porosity

Page 396

1  analysis that you and Dr. Mühl devised in
2  Exhibit Number 20, correct?
3      A.   Please can you rephrase the --
4  I didn't -- I'm not sure whether I got the
5  first relationship in your sentence.
6      Q.   When you measure pore size,
7  it's your expert opinion that it's
8  appropriate to use the effective porosity
9  analysis that you and Dr. Mühl devised in
10  Exhibit Number 20, correct?
11      A.   I can say that the effective
12  porosity that we mirrored from the study from
13  Professor Mühl, they give some relevant,
14  important information about the pores, the
15  distribution of the pores in the Prolene®
16  mesh.  So, therefore, this is consistent with
17  the histological findings and, therefore, my
18  opinion is based or includes this one.
19          But it wouldn't be correct to
20  reduce every statement about pores to the
21  effective porosity.
22      Q.   But isn't it true for purposes
23  of your analysis of the extent to which a
24  mesh is designed inappropriately insofar as

Page 397

1  there's adequate pore size for appropriate
2  tissue integration that you rely on the study
3  that you and Professor Mühl prepared, Exhibit
4  Number 20, to determine the appropriate
5  porosity measurement?
6          MR. ANDERSON:  Objection.
7          Go ahead.
8          THE WITNESS:  It's a very long
9      sentence, but I try to answer it
10      however.
11          You have to understand that the
12      measurement of Professor Mühl helps us
13      to understand and to predict the
14      tissue response.
15          If you assume the textile
16      engineers from Ethicon would change
17      the machine a little bit and the
18      Prolene® really is a challenge for
19      this machine.  If they changed the
20      machine a little bit and made the
21      pores a little bit wider, then
22      probably you get with the testing of
23      the machine an effective porosity of
24      maybe 40 percent, yeah.

15 (Pages 394 to 397)

Prof. Dr. Med. Uwe Klinge

Page 398

1    In this case that the machine
2    would have been changed a little bit,
3    then we would have problems because in
4    the histological analysis we saw the
5    scar formation, we saw this bridging
6    and, therefore, it is one way -- it is
7    one important information, the
8    effective porosity, and it helps to
9    explain why certain devices have some
10   problem.
11       And we would have serious
12   problems if there is a mesh device,
13   and I don't know whether the
14   competitors have it, which may be
15   1.1 millimeter.  So that you have an
16   effective porosity, then the
17   consequence for us would have to be to
18   rise this limit.  But in the moment,
19   we feel consistent and satisfied with
20   this limit.
21   QUESTIONS BY MR. THOMAS:
22       Q.   Under the Mühl study that you
23   and Professor Mühl did in 2007, Exhibit
24   Number 20, is it fair to understand that

Page 400

1        Go ahead.
2            THE WITNESS:  Is it possible
3    not to make a comment to this?
4            MR. ANDERSON:  No, you have to
5    answer the question, but you can --
6            THE WITNESS:  I think it is
7    inaccurate to compare textiles,
8    different textile constructions by the
9    use of these values for the pore size.
10   It is inaccurate and insufficient.
11   QUESTIONS BY MR. THOMAS:
12       Q.   Let me ask you this question,
13   Doctor.
14       Do you know whether any mesh
15   used for the treatment of stress urinary
16   incontinence available in the United States
17   has an effective porosity of greater than a
18   thousand microns as measured by the Mühl
19   study, Exhibit 20?
20       A.   No, I don't know.
21           MR. THOMAS:  Let's take a
22   break, please.
23           MR. ANDERSON:  Okay.
24       (Off the record at 9:46 a.m.)

Page 399

1    meshes with an effective porosity with less
2    than 1,000 microns as measured by Professor
3    Mühl, you believe present an increased risk
4    of injury to patients?
5            MR. ANDERSON:  Objection.
6            Go ahead.
7            THE WITNESS:  Yes.
8    QUESTIONS BY MR. THOMAS:
9        Q.   And that meshes with an
10   effective porosity of greater than a thousand
11   microns -- strike that.  Let me start over
12   again.
13       Do you know whether any of the
14   meshes on page 657 of Exhibit 21 have an
15   effective porosity of greater than
16   1,000 microns as described in Exhibit 20?
17       A.   No, I don't know.
18       Q.   As you look at the relative
19   pore sizes as measured by Moalli and others
20   where you see that the Gynecare mesh has a
21   pore size measured at 1379, all of the other
22   manufacturers mesh sizes as measured by
23   Moalli are lower, correct?
24           MR. ANDERSON:  Objection.

Page 401

1    QUESTIONS BY MR. THOMAS:
2        Q.   Doctor, did you have any
3    involvement in the development of the 5-mil
4    hernia mesh used by -- marketed by Ethicon
5    for pelvic -- strike that.
6        Doctor, did you have any
7    involvement in the development of the 5-mil
8    hernia mesh marketed by Ethicon?
9        A.   No, I don't have.
10       Q.   Do you know whether the 5-mil
11   hernia mesh marketed by Ethicon is still used
12   today for the care and treatment of hernias?
13       A.   No, I don't.
14       Q.   Do you know whether the 5-mil
15   hernia mesh made by Ethicon is appropriate
16   for use in the treatment of any hernias?
17       A.   For any hernias in the way that
18   there may be some hernias that should be --
19   can be treated with hernia, yes.
20       Q.   And under what circumstances
21   would it be appropriate to use a 5-mil
22   Ethicon hernia mesh?
23       A.   If this is a -- in its textile
24   properties comparable to what we know as the

16 (Pages 398 to 401)

Prof. Dr. Med. Uwe Klinge

Page 402

1    Prolene® mesh.  If there aren't any severe
2    differences because I'm not familiar with
3    this mesh and its textile characteristics.
4    It should be considered as a heavy-weight,
5    small pore, very stable mesh material and the
6    indication for these mesh materials in
7    general from my point it's more or less the
8    replacement of defect and not the use for the
9    treatment of a hernia.
10        Q.    When you say it's for the
11   "replacement of a defect," what do you mean?
12        A.    There are some cases where you
13   have a complex defect of all tissues.  There
14   are various layers of tissues.  In a hernia,
15   you mainly have a hole and you have some
16   stable surrounded tissue there and,
17   therefore, the principle for the treatment of
18   a hernia is to cover the hole with a wide
19   overlap.
20        If you don't have this strong
21   tissue that can cover the mesh, then it is
22   necessary to have a more stable mesh with a
23   restricted stretchability, otherwise you have
24   a bulging here.  And I think still the best

Page 403

1    indication for using these meshes are when
2    you made a resection of the thoracic wall
3    here in this field and when you want to make
4    a repair in this area.
5        If you remove the ribs, then
6    you need some very strong material without
7    any significant flexibility.
8        Q.    So would it be appropriate for
9    a hernia surgeon in certain indications to
10   use 5-mil hernia mesh for the repair of a
11   hernia defect?
12        MR. ANDERSON:  Objection.
13   Asked and answered.
14        Answer it again.
15        THE WITNESS:  There will be
16   some specific indications where you
17   have -- where the surgeon can have
18   some good arguments to use this
19   material, yeah.
20   QUESTIONS BY MR. THOMAS:
21        Q.    Is Marlex mesh still an
22   acceptable option for a hernia surgeon to use
23   in the treatment of hernia patients?
24        A.    You have to define what is

Page 404

1    acceptable.  Acceptable in a legal way, yes,
2    so all of these mesh materials that are
3    permitted to be used in surgery can be used
4    without any legal consequences.
5        If you're thinking of the
6    possible risks for your patients, then it has
7    to be seen in relation to the patient and the
8    specific conditions and the specific hernia
9    type whether you use a Marlex mesh, yes or
10   not.  There is no principle answer to this
11   question.
12        Q.    Based on your training,
13   education and experience in mesh research and
14   your experience as a hernia surgeon, would
15   you ever use Marlex mesh in any of your
16   patients?
17        A.    As I told you, it is -- the
18   basic question wouldn't be whether to use
19   specifically Marlex or -- yeah, but the
20   question would be whether to take a
21   heavy-weight, stable, small pore, whatever
22   you want to -- whatever you prefer to name
23   these type of meshes.  Whether you want to
24   take these more stable meshes or whether you

Page 405

1    can reduce the amount of material to come to
2    a satisfying result for the patient.  That is
3    the decision you have to do, and I can
4    imagine that there are some conditions where
5    Marlex is an appropriate -- Marlex or
6    Prolene® or something like this is an
7    appropriate selection.
8        Q.    You've described one
9    circumstance where you thought it might be
10   appropriate to use a 5-mil Prolene® mesh for
11   a repair.
12        Are there others that you can
13   think of?
14        A.    Maybe replacement in the brain,
15   but I -- I don't -- or I do not have any
16   specific condition in the moment where I
17   think that it is necessary to use a mesh like
18   Prolene® or Marlex.
19        Q.    Over this litigation, I've
20   heard a number of different estimates of the
21   hernia surgeries conducted around the world
22   in a year.
23        What is your current best
24   judgment about how many hernia surgeries are

17 (Pages 402 to 405)

Prof. Dr. Med. Uwe Klinge

Page 406

1  conducted around the world each year?  Using
2  mesh, I am sorry.
3      A.    I never counted it, but I've
4  read this publication from Sanders and
5  Kingsnorth.  They estimate the use of meshes
6  with about 20 million per year.  I know that
7  there are in the US about 1 million hernia
8  operations a year.  In Germany, it's about
9  300,000 hernia operations in the year.  I
10  guess India and China will contribute
11  significantly, however, I don't know the
12  figures.
13      Q.    Do you have any information
14  that allows you to estimate of the 300,000
15  hernia surgeries in Germany using mesh, how
16  many use Prolene® 5-mil mesh?
17      A.    For the treatment of groin
18  hernia, I don't know any.  For the treatment
19  of incisional hernia, there will be some few
20  that are still using heavy-weight meshes.
21      Q.    And of the 300,000 hernias in
22  Germany, do you have a breakdown into groin
23  and incisional hernias?
24      A.    Incisional hernia it's about

Page 407

1  30,000 to 50,000.  And there is a -- maybe
2  about 50, 60,000 infant hernias that are
3  treated without any mesh.
4      Q.    Of the 30 to 50,000 incisional
5  hernias, which is I think the only category
6  where you said it would be appropriate to use
7  Prolene® 5-mil hernia mesh, what percentage
8  of those incisional hernias would be treated
9  with 5-mil hernia mesh?
10      MR. ANDERSON:  Objection to
11  form.  Misstates -- mischaracterizes
12  testimony.
13      Go ahead.
14      THE WITNESS:  I do not have
15  the -- I do not know the market
16  shares.  I know that the predominantly
17  used mesh in Germany is the ULTRAPRO™.
18  It is a large pore, small pore meshes
19  in the groin and for incisional
20  hernia, and I cannot remember in the
21  past years anyone reporting about his
22  experience with a heavy-weight, small
23  pores, either Marlex or Prolene®.
24

Page 408

1  QUESTIONS BY MR. THOMAS:
2      Q.    Do you include any other mesh,
3  specific mesh brand names that are currently
4  used when you describe the Prolene® 5-mil and
5  the Marlex as a heavy-weight, small pore
6  mesh, any other meshes on the market?
7      A.    There are other manufacturers
8  as Covidien and Brown.  In Germany, there
9  are, yeah, other manufacturers as well.  So
10  there are lots of -- finally Coda comes up
11  with a list of 200 different mesh materials.
12      MR. ANDERSON:  I'm not sure he
13  understood your question.  He was
14  asking about how many other
15  manufacturers make heavy-weight, small
16  pore meshes.
17      Did you understand that?
18      THE WITNESS:  Well, there are
19  other -- yeah, there are some others
20  from Brown, others from Covidien,
21  others from AraVista.
22  QUESTIONS BY MR. THOMAS:
23      Q.    Within your category that
24  you've described as heavy-weight, small pore

Page 409

1  mesh, including as you describe it Marlex,
2  the Prolene® 5-mil, do you know what
3  percentage of the incisional hernia repairs
4  use the heavy-weight, small pore meshes?
5      A.    I don't have exact data.  So
6  far I have heard that market share of
7  ULTRAPRO™ was about 70 percent in Germany.
8      Q.    Does that mean --
9      A.    So that will be the most
10  easiest way to figure out what is the
11  relationship between Prolene® and ULTRAPRO™
12  in Germany.
13      Q.    Is it just as simple to say
14  that the remaining 30 percent is a
15  heavy-weight, small pore mesh?
16      A.    No, all of these other
17  manufacturers have light-weight, there's tie
18  mesh, light-weight, material reduced.
19  There's something midway.  Again, we're
20  coming into this confusion about the weight
21  material.
22      Q.    Okay.
23      A.    The conclusion that everything
24  else is heavy-weight is not true.

18 (Pages 406 to 409)

Prof. Dr. Med. Uwe Klinge

1      Q.   Okay.  That helps me.
2           But what I'm trying to figure
3   out, and maybe you don't know the answer to
4   this, do you have any information that leads
5   you to be able to estimate the percentage of
6   heavy-weight, small pore meshes used for the
7   treatment of incisional hernias?
8      A.   Apart from this estimate, no.
9      Q.   Okay.  This estimate, I don't
10  think you gave me an estimate.
11     A.   Estimate is 70 percent market
12  share of the ULTRAPRO™.
13     Q.   Okay.
14     A.   So at least it should be
15  70 percent.
16     Q.   Okay.  Doctor, on page 43 of
17  your report, which is Exhibit 11, you begin
18  your discussion of fraying/particle
19  loss/MCM/LCM/curling/roping.
20          Do you have that?
21     A.   I have it, yes, I see it.
22     Q.   In 2012 when your deposition
23  was taken, I believe your testimony at that
24  time was that you didn't have any information

1   that fraying, particle loss from mesh insofar
2   as it related to pelvic organ prolapse
3   created any injury of clinical significance.
4           MR. ANDERSON:  Is that a
5   question?
6           MR. THOMAS:  Yes.
7           MR. ANDERSON:  It doesn't seem
8   like one.  I'll object to
9   mischaracterizing testimony.
10  QUESTIONS BY MR. THOMAS:
11     Q.   Let me start over again.
12          As you sit here today, Doctor,
13  are you aware of any literature that supports
14  the contention that any fraying of TVT® mesh
15  leads to clinically significant results in
16  patients who receive the mesh for the
17  treatment of stress urinary incontinence?
18     A.   There is good evidence that
19  fraying, increase of surface induces an
20  inferior tissue response, but I don't know
21  any clinical study testing the relationship
22  between particle loss and the clinical
23  outcome, and I cannot imagine that it can be
24  done in a clinical study.

1      Q.   Is the same thing true for each
2   of these categories that you have in heading
3   G on page 43 of Exhibit 11, do you have any
4   clinical data to link what you understand to
5   be these conditions being fraying, particle
6   loss, machine-cut mesh, laser-cut mesh,
7   curling and roping, to any clinically
8   significant conditions?
9      A.   No, unfortunately, I did not
10  find any study dealing with these problems.
11     Q.   Doctor, the next several pages
12  in the description of the fraying, particle
13  loss section beginning on 43 of Exhibit 11,
14  have you ever read any study that discusses
15  risks associated with particle loss in vivo
16  from Ethicon mesh used for the treatment of
17  stress urinary incontinence?
18     A.   I don't know any study that is
19  testing the impact of this particle loss in
20  an in vivo system.
21     Q.   You were a hernia surgeon for
22  how long?
23     A.   I have been surgeon starting in
24  1985, and I'm still surgeon.  I have been

1   operating hernias from 1985 to 2006.
2      Q.   Okay.
3      A.   I'm not a hernia surgeon
4   because in Germany you don't have hernia
5   surgeons.
6      Q.   I see.
7           Have you had any surgery --
8   have you done any surgeries since
9   December 2006?
10     A.   No.  Not in humans.
11     Q.   Do you still have your license
12  to practice surgery if you like?
13     A.   Yes.
14     Q.   When you used mesh for the
15  treatment of hernias, did you on occasion
16  have to cut the mesh?
17     A.   Usually you have to trim it,
18  yes.
19     Q.   And how do you trim it?
20     A.   Outside of the OR field with
21  specific other gloves to reduce the risk for
22  contamination there, then you get some
23  sterile scissors and you're cutting out of
24  the OR because when you're trimming a mesh,

Prof. Dr. Med. Uwe Klinge

Page 414

1  always you have some sort of particle loss,
2  always. There are some structures that
3  create more. It depends on the bindings, it
4  depends on the coarse of the filaments. So
5  we know that there is some particle loss when
6  you trim this mesh and, therefore, we did it
7  outside and then we took the trimmed mesh and
8  took these mesh and placed it in the groin or
9  in the abdominal wall. So we try to avoid to
10 trim it when it's already placed in the
11 tissues.
12     Q.     And is it fair to understand
13 that for the approximately 20 million hernia
14 surgeries conducted a year using mesh that
15 you would expect those hernia surgeries to
16 involve the trimming of the mesh in some way?
17     A.     Yes.
18     Q.     Do you expect based on your
19 training, education and experience to the
20 extent there was a clinical problem
21 associated with particles being shed by mesh
22 in vivo during the surgery that it would be
23 reported in the literature now?
24     A.     No. No. I don't think that

Page 415

1  the -- that it has -- that there has -- would
2  have to -- or that there should be a report
3  about this and I don't think that the absence
4  of such a report indicates that it's not a
5  problem.
6      Q.     In the 20 years of mesh
7  research that you've conducted, have you ever
8  studied the clinical effects of particle loss
9  from mesh?
10     A.     We only studied in these years
11 the impact of surface to bacteria adherence,
12 to tissue response, cellular response. So
13 increased surface means enhancement of this
14 reaction. We never made a specific
15 investigation whether reduction of particle
16 loss by 10 percent leads to a change of this.
17 We never did it.
18     Q.     Did you ever consider analyzing
19 the extent that particles shed by hernia mesh
20 create any risk of injury in patients?
21     A.     As I told you, we are convinced
22 or we know that increase of surface will mean
23 increase of tissue response and that means
24 finally increase of scar and increase of the

Page 416

1  risks. In hernia surgery if you place a mesh
2  20 to 30 centimeters in a flat area and you
3  made this trimming of some corners there in
4  relation to the abdominal, surgical trauma,
5  in relation to the mesh area, it is a
6  considerably small area where there may be
7  some effect.
8      We never selected a mesh
9  material by thinking or asking for the amount
10 of particle loss or, yeah, selected the mesh
11 material with the least amount of particle
12 loss. In hernia surgery, it was not an issue
13 and I don't know anyone who is doing so.
14     Q.     Prior to this litigation, in
15 the 20 years of experience that you had in
16 mesh research, did you ever identify a
17 potential risk of injury to a patient
18 associated with particles that are lost from
19 a mesh during hernia implantation?
20     A.     Only in the sense increased
21 surface generally increases the risks but not
22 specifically that we had some patient with a
23 specific complication that can be related to
24 particle loss, no.

Page 417

1      MR. THOMAS: I am sorry, I have
2  to take a quick break again.
3      MR. ANDERSON: Okay.
4      (Off the record at 10:21 a.m.)
5  QUESTIONS BY MR. THOMAS:
6      Q.     Doctor, as a part of your
7  opinions in this case, have you analyzed the
8  extent to which you think that the Ethicon
9  mesh used for the treatment of stress urinary
10 incontinence sheds particles in vivo?
11     A.     Can you please repeat the first
12 word?
13     Q.     As a part of your opinions in
14 this case --
15     A.     Yeah.
16     Q.     -- have you analyzed the extent
17 to which the Ethicon mesh used for the
18 treatment of stress urinary incontinence
19 sheds particles in vivo?
20     A.     Sorry, whether we analyze it or
21 whether --
22     Q.     Yes.
23     A.     We did made a systemic
24 analysis, but I saw in one of the specimen

20 (Pages 414 to 417)

Prof. Dr. Med. Uwe Klinge

Page 418

1    that I was sent, that I got of the explants
2    there are at least one area where you can be
3    sure that this is a particle that has been
4    there since the implantation.
5            There are a lot of other
6    particles there, but you cannot be sure
7    whether it's by dissecting for the
8    histological preparation, but at least there
9    is one and I made an image where this one
10   particle can be seen there.
11       Q.   We'll talk about that a lot
12   later.
13           My question is -- I think
14   you've already answered.
15           You've not made any systemic
16   analysis to measure the extent to which the
17   Ethicon mesh used in the treatment of stress
18   urinary incontinence sheds particles in vivo;
19   is that fair?
20       A.   No quantitative analysis.
21       Q.   Have you ever -- strike that.
22           Did you compare the extent to
23   which Ethicon mesh used for the treatment of
24   stress urinary incontinence compares to

Page 419

1    hernia mesh to determine the extent to which
2    one sheds particles in vivo compared to the
3    other?
4        A.   Compared to hernia mesh?
5        Q.   Yes.
6        A.   I didn't get it.
7        Q.   Have you made any kind of
8    analysis to understand whether more particles
9    are shed when you trim hernia mesh and
10   implant it for hernia repair as compared to
11   the placement of Ethicon mesh for the
12   treatment of stress urinary incontinence?
13       A.   First of all, it is similar
14   mesh. It is mainly similar textile
15   structures so when you cut these mesh
16   structures, I wouldn't expect that there is
17   any difference. The extent of trimming
18   during the gynecological or urological
19   operation, I don't know.
20       Q.   Okay. Would you expect any
21   particle loss between the placement of mesh
22   in the treatment of stress urinary
23   incontinence to be similar to the placement
24   of mesh for the treatment of hernias?

Page 420

1        A.   What I expect is that you
2    cannot divide some particle loss when you're
3    cutting a textile due to the way it is
4    manufactured. Therefore, I expect that you
5    will have some particle loss in both areas.
6    The consequences and quantity -- and quantity
7    may be different.
8        Q.   Do you have an opinion as to in
9    which area the particle loss is greater,
10   whether it be hernia repair or stress urinary
11   incontinence?
12       A.   I think that -- or the particle
13   loss depends on the textile structure of a
14   specific device, whether there are some loose
15   ends that can be released from the material,
16   it depends from the lengths of the cutting,
17   not from the amount of mesh material, but
18   from the lengths of the cutting, the more
19   trimming, the more particle loss you will
20   have. The biological consequences, they have
21   to be defined in relationship to the surgical
22   trauma around.
23       Q.   And my question is: Do you
24   have an opinion to a reasonable degree of

Page 421

1    scientific or medical certainty that the
2    hernia procedure has some degree of particle
3    loss different from what you would expect
4    from placement of mesh for the treatment of
5    stress urinary incontinence?
6        A.   My opinion is from what I've
7    seen from all of the documents that the
8    surgical trauma in hernia repair is much
9    bigger than the application of a sling.
10       Q.   And how does that inform your
11   opinions about the amount of particle loss in
12   either procedure?
13       A.   As I told you, the amount of
14   particle loss depends on the -- can vary
15   between the different devices. It depends
16   from the lengths of the trimming away.
17       Q.   Okay. Doctor, do you know the
18   extent to which a surgeon who implants
19   Ethicon mesh, the TVT® classic, for the
20   treatment of stress urinary incontinence
21   trims the mesh?
22       A.   I'm not an expert of how to
23   handle this during the OR, but at least he
24   cuts it.

21 (Pages 418 to 421)

Prof. Dr. Med. Uwe Klinge

Page 422

1    Q.   And where does he cut it?
2    A.   He cuts it to remove the
3  needles beneath the skin level.
4    Q.   Does he cut it
5  intra-abdominally or outside?
6    A.   He tear it and cutted it and
7  then it slipped back, but you have to
8  consider that you have a cutting of the mesh
9  during the manufacturing process and,
10  therefore, usually you have these particles
11  there.  We all know that there are some
12  during the transport, during the preparation.
13  There are some additional particles that is
14  not necessary that they are released during
15  the trimming process, but particle loss is a
16  concern for textiles in general.
17    Q.   For all meshes?
18    A.   Overall.  The amount will
19  differ independent of the type of linkings
20  and connections between the filaments.
21    Q.   When a surgeon implants Ethicon
22  TVT® mesh for the treatment of stress urinary
23  incontinence, the only cutting of the mesh
24  occurs after the mesh is placed, the needles

Page 423

1  are pulled through the skin and then the mesh
2  is cut on the outside of the body; is that
3  correct?
4    A.   The trimming, yeah, outside.
5    Q.   Okay.  When the mesh is
6  placed -- strike that.
7       When a surgeon places Ethicon
8  mesh for the treatment of stress urinary
9  incontinence, after the mesh is cut as you've
10  just described, is the mesh secured to the
11  tissue with anchors in any way, staples or
12  sutures or anything of that kind?
13    A.   No.  No.
14    Q.   Doctor, when a surgeon places
15  Ethicon TVT® mesh for the treatment of stress
16  urinary incontinence, what holds the mesh in
17  place?
18    A.   The mesh is kept in place
19  because the surrounding tissue is filling or
20  is -- yeah, is filling the pores of the mesh.
21  So if you are using a sheet without any
22  pores, it will be more easy to remove this.
23  If you have a -- and this is a reason that we
24  use textiles for the reenforcement of the

Page 424

1  tissues because we know that one place in the
2  tissue it is -- it is more difficult to
3  remove them again.  Therefore, we had the
4  similar discussions about fixation of meshes
5  in hernia surgery.
6    Q.   So when the surgeon places the
7  mesh underneath the urethra for the treatment
8  of stress urinary incontinence, it's the
9  tissue of the patient filling the pores that
10  keeps the mesh in place?
11    A.   That is my belief, yeah.
12    Q.   Now, do you have any
13  understanding about how the mesh used for the
14  treatment of stress urinary incontinence is
15  placed?
16    A.   I've seen a video.
17    Q.   Okay.  And --
18    A.   Or several videos I would say.
19    Q.   Are these -- were you provided
20  videos or did you access them on YouTube or
21  where did you see these videos?
22    A.   Several times on the
23  conferences, videos have been presented there
24  how to do it and there I had the opportunity

Page 425

1  to see this and I got some for this
2  litigation.
3    Q.   From Mr. Anderson?
4    A.   Yes.
5    Q.   Have you seen videotapes
6  showing how surgeons are instructed to use
7  Ethicon TVT® classic mesh for the treatment
8  of stress urinary incontinence?
9    A.   Yes.
10    Q.   What is your understanding
11  about how a surgeon is to place the Ethicon
12  mesh for the treatment of stress urinary
13  incontinence, where and how?
14       MR. ANDERSON:  Objection.
15  Outside the scope of the opinions
16  being offered in this case.
17       THE WITNESS:  I've not the
18  knowledge to discuss any or to give
19  comments to any details of this
20  procedure.
21  QUESTIONS BY MR. THOMAS:
22    Q.   Do you know how -- strike that.
23       Do you know the mechanism by
24  which the Ethicon mesh treats stress urinary

22 (Pages 422 to 425)

Prof. Dr. Med. Uwe Klinge

Page 426

1    incontinence?
2        Do you know how it works?
3        A.   I know a lot of ideas that have
4    been developed to get an understanding why
5    this -- why this works and why this doesn't
6    work sometimes.  So a lot of ideas to
7    understand this, but I don't know one way how
8    it works.
9        Q.   What's your best understanding
10   as you sit here today about how Ethicon mesh
11   used for the treatment of stress urinary
12   incontinence works?
13       MR. ANDERSON:  Same objection.
14       THE WITNESS:  So far I
15   understood that the sling provides a
16   relaxation of this area at certain
17   strain of the patient so that you have
18   this tendency to -- that you have
19   these changes in the function of the
20   bladder and the sphincters and if you
21   can provide a resistance there by this
22   textile and the -- and the scarring
23   process around this textile.
24

Page 427

1    QUESTIONS BY MR. THOMAS:
2        Q.   What role do you understand
3    mesh has on the sphincter?
4        MR. ANDERSON:  Objection.
5    Outside the scope of his opinions.
6        Go ahead.
7        THE WITNESS:  I know that there
8    are several other experts saying that
9    it is not a -- that it shouldn't
10   impact the sphincter at all, but
11   should be in the midurethral area, but
12   it is a huge field and it is not my
13   topic to --
14   QUESTIONS BY MR. THOMAS:
15       Q.   That's fine.
16       Do you have any information
17   about how the mesh relates to the bladder for
18   the control of stress urinary incontinence?
19       MR. ANDERSON:  Same objection.
20       THE WITNESS:  Yeah, in general,
21   I have an impression where the sling
22   is, that it's not directly interfering
23   with the wall of the bladder, but,
24   again, this is not the center of my

Page 428

1    work to identify the anatomy or the
2    structures in the pelvic area.
3        We worked a lot of it, but I'm
4    not prepared to give you a specific
5    analysis of it.
6    QUESTIONS BY MR. THOMAS:
7        Q.   Can you tell me anything about
8    what the mesh does to treat stress urinary
9    incontinence?
10       MR. ANDERSON:  Same objections.
11       THE WITNESS:  Roughly we assume
12   that with the providence of a
13   nonabsorbable permanent textile
14   structure you have a reenforcement of
15   these tissues around the midurethra,
16   and this is a some sort of
17   counterforce when the pelvis is going
18   down.  So, therefore, this is
19   compensating these forces and thereby
20   it improves the situation.
21   QUESTIONS BY MR. THOMAS:
22       Q.   Do you know mechanistically how
23   mesh used for the treatment of stress urinary
24   incontinence improves the situation as you've

Page 429

1    described it?
2        A.   As I told you, there are a lot
3    of discussions how it definitely works and I
4    just reflect that there are controversials
5    about the definite mechanism, and I cannot
6    provide you the one mechanistic solution.
7        Q.   Do you have any understanding
8    about whether mesh used for the treatment of
9    stress urinary incontinence provides support
10   to the urethra?
11       MR. ANDERSON:  Same objections.
12       Go ahead.
13       THE WITNESS:  Of course, it
14   supports the tissue area there.  It
15   shouldn't be close to the urethra,
16   but, of course, it supports this --
17   the urethra and this tissue as well.
18   QUESTIONS BY MR. THOMAS:
19       Q.   You said it shouldn't be close
20   to the urethra.
21       How close should it be at the
22   most?
23       MR. ANDERSON:  Same objections.
24       THE WITNESS:  If it's very

23 (Pages 426 to 429)

Prof. Dr. Med. Uwe Klinge

Page 430

1    close, there's a high risk for
2    erosion.
3    QUESTIONS BY MR. THOMAS:
4        Q.   Okay.  So based on your
5    training and education and experience, how
6    far away should a surgeon place the mesh in
7    order to protect against erosion?
8        MR. ANDERSON:  Same objection.
9    His experience -- training, education
10   and experience, as he has told you,
11   has nothing to do with the treatment
12   of SUI.
13       THE WITNESS:  I have no
14   experience to give you some comment on
15   this.  I know it is a problem for the
16   surgeons doing this procedure.
17   QUESTIONS BY MR. THOMAS:
18       Q.   What's a problem?
19       MR. ANDERSON:  Same objections.
20       THE WITNESS:  That in some
21   patients you have a damage of the
22   urethra later on.
23   QUESTIONS BY MR. THOMAS:
24       Q.   Do you know in what percentage

Page 431

1    of patients that happens in the placement of
2    mesh for stress urinary incontinence?
3        MR. ANDERSON:  Same objections.
4        THE WITNESS:  No, not -- I
5    don't recall.  I've read it, of
6    course, but I don't recall in the
7    moment.
8    QUESTIONS BY MR. THOMAS:
9        Q.   Do you know from your research
10   in this case where relative to the urethra
11   the surgeon is instructed to place the mesh?
12       MR. ANDERSON:  Same objections.
13       THE WITNESS:  I know this from
14   the video, what is said there, but
15   I've not the expertise to do this
16   procedure or to give a comment on
17   this.
18   QUESTIONS BY MR. THOMAS:
19       Q.   What do you recall from the
20   video about the placement of the mesh
21   relative to the urethra?
22       MR. ANDERSON:  Same objections.
23       THE WITNESS:  That it should be
24   placed right and left to this and

Page 432

1    there has to be a distance.  So I'm
2    not able to recall and to replay the
3    video and I didn't never tried to do
4    so.
5    QUESTIONS BY MR. THOMAS:
6        Q.   Do you have any understanding
7    about whether the mesh -- strike that.
8        Do you have any understanding
9    about whether the Ethicon TVT® mesh used for
10   the treatment of stress urinary incontinence
11   is designed to provide support for the
12   urethra?
13       MR. ANDERSON:  Same objections.
14   He's not being offered as a
15   urogynecologist or a urologist.
16       Answer his question, if you
17   can.
18       THE WITNESS:  I only have a
19   very limited -- no, I -- if you
20   address that problem whether it's
21   designed for the use as a sling, I
22   cannot remember very good -- no, I
23   cannot remember in the documents that
24   there was a specific design for this

Page 433

1    purpose that is used for the
2    reenforcement of this area.  As I told
3    you, yes, there is a risk of the
4    damage of the urethra, yes, by the
5    surgeon immediately, that is one sort
6    of damage.
7        The other is after two or three
8    years you may have this damage and
9    this is a problem with the material.
10   So these are -- has to be separated in
11   this discussion that the mesh material
12   is specifically designed for this
13   purpose.  I don't get any data that
14   confirms this.
15   QUESTIONS BY MR. THOMAS:
16       Q.   Doctor, let's go to page 28 of
17   Exhibit 11.
18       Page 28 of Exhibit 11 deals
19   with that portion of your opinion that
20   addresses mesh contraction.
21       On page 29, you have a Figure 7
22   which is a photograph of a mesh explant.
23       Is that a hernia mesh explant?
24       A.   It is a mesh that we used in

24 (Pages 430 to 433)

Prof. Dr. Med. Uwe Klinge

Page 434

1   hernia.
2        Q.    What kind of mesh is that?
3        A.    I have to recall.  It's either
4   Prolene® or it's Marlex.  I guess it's
5   Marlex.  I know it's written in the document,
6   but I don't recall it.
7        Q.    Okay.  On page 30, Figure 8,
8   again, Figure 8 is a hernia mesh?
9        A.    Yes.
10       Q.    And do you know what kind of
11  hernia mesh that is?
12       A.    It is a composite of
13  polypropylene and the ePTFE.
14       Q.    And who makes that mesh?  Is it
15  called a Kugel mesh?
16       A.    Kugel mesh.
17       Q.    And that's a BARD product?
18       A.    I think so, yeah.
19       Q.    And Figure 9 A, that's an
20  explanted Prolift® mesh that apparently
21  you've taken from the International
22  Urogynecological Journal; is that correct?
23       A.    Yes.
24       Q.    And Prolift® mesh is a

Page 435

1   different kind of mesh than what is used in
2   the treatment of stress urinary incontinence,
3   isn't it?
4        A.    Yes.
5        Q.    It's called Prolene® Soft?
6        A.    Yes.
7        Q.    And page 31, Figure 9 B is a
8   photograph of what's described in footnote
9   121 as the Carolyn Lewis explant photos.
10            Is that correct?
11       A.    Yes.
12       Q.    Did you ever observe other than
13  by photographs the actual explant of Carolyn
14  Lewis?
15       A.    No.
16       Q.    So do you have other
17  photographs of the mesh explant in addition
18  to the one that's in 9 B?
19       A.    I do not recall.
20       Q.    Did you make any effort to use
21  the photograph in paragraph 9 B to analyze
22  the condition of the mesh?
23       A.    No.  And I'm convinced it is
24  not possible to make any further analysis

Page 436

1   from this image.
2        Q.    Okay.  Why?
3        A.    The placement of these mesh
4   particles, it depends from how it -- what
5   happens during the OR, how it's done, how
6   it's taken, how it was handled.  There's no
7   protocol how to handle all of these mesh
8   materials there to remove this so, therefore,
9   every further finding when you try to measure
10  something here, it will be very hard to
11  impossible to get a good interpretation of
12  this.
13       Q.    It's fair to understand that
14  after a mesh is explanted, a person needs to
15  know how the mesh is handled at every step
16  before your analysis so that you can
17  understand the extent to which the explant
18  may have been altered, fair?
19            MR. ANDERSON:  Objection.
20            Go ahead.
21            THE WITNESS:  It depends from
22  the question you further on have.
23            If you just want to know if
24  there are some specific cells at the

Page 437

1   interface, it is not important to know
2   where it's explanted or so.
3            So it very -- it depends from
4   where you're looking at whether this
5   is affected by the handling of the
6   surgeon.
7   QUESTIONS BY MR. THOMAS:
8        Q.    Was it important to you in your
9   work in this case that the mesh that was
10  provided to you for analysis had been cut
11  prior to being sent to you?
12       A.    Cut in sections, in
13  histological sections?
14       Q.    Yes.
15       A.    The fact that I was provided
16  only the histological cut that gives some
17  limitations to the analysis, of course.  So
18  you are restricted to what you see there.
19       Q.    Other than the image that's on
20  page 31 of your report and the histological
21  cuts that you've just described, were you
22  provided any other information related to the
23  explant of Mrs. Lewis?
24       A.    I've seen the report during the

25 (Pages 434 to 437)

Prof. Dr. Med. Uwe Klinge

Page 438

1   operation by the surgeon.
2       Q.   Okay.
3       A.   And the pathology statement
4   from the hospital.  So some medical records.
5       Q.   Other than the operating room
6   report and the pathology report from the
7   hospital after the explant, do you recall
8   receiving any other information about Carolyn
9   Lewis?
10      A.   Yeah, I recall 10, 11 files
11  with medical records to various extents and
12  thousands of pages with lab results and
13  post-analysis and --
14      Q.   Okay.  Did you understand that
15  you received, to the extent that it was
16  available, her medical history?
17      A.   Yes.
18      Q.   Okay.  So is it fair to
19  conclude, Doctor, that you didn't analyze the
20  mesh that's on -- in the photograph on
21  Figure 9 B on page 31 of your report to
22  determine the extent to which the mesh
23  contracted?
24          MR. ANDERSON:  Objection.

Page 439

1          Go ahead.
2          THE WITNESS:  I didn't analyze
3   it on the basis of this microscopical
4   image.
5   QUESTIONS BY MR. THOMAS:
6       Q.   Do you have an opinion to a
7   reasonable degree of scientific certainty
8   that Ethicon TVT® mesh used for the treatment
9   of stress urinary incontinence contracts
10  after implantation?
11      A.   To make it clear in advance, I
12  know that polymer itself does not contract
13  and polypropylene does not contract itself.
14  It is contraction of the wound area.  It's a
15  contraction of the collagen.  It is a change
16  of the tissue there.  To be clear in this
17  field, otherwise everyone can say a plastic
18  sheet doesn't contract.
19          So in this regard that the scar
20  shows some contraction and with this scar
21  contracts the mesh, yes, it depends.  In
22  principle, the extent of contraction is
23  related to the extent of scar formation and
24  Prolene® induces a lot of scar formation and,

Page 440

1   therefore, yeah, you have a high risk for
2   shrinkage and contraction.  We know -- to say
3   it already here, we know that there are some
4   patients where it's less and there are other
5   patients where it's more pronounced.
6          But what we have learned in
7   these 20 years is that Prolene®, with its
8   structure, with its weight, with its amount
9   of material, it's a high risk for
10  contraction.
11  QUESTIONS BY MR. THOMAS:
12      Q.   In your 20 years of research,
13  have you specifically studied the extent to
14  which Ethicon Prolene® mesh used in the
15  treatment of stress urinary incontinence
16  contracts in vivo in the stress urinary
17  incontinence application specifically?
18      A.   We did not make our preclinical
19  experimental studies to this topic, but I
20  know that my clinical colleagues made some
21  ultrasound investigation looking into the
22  slings that Dr. Tunn in Berlin has done it,
23  that there is -- there are some references
24  showing that you can -- that you can analyze

Page 441

1   the degree of contraction in patients as well
2   and that you find there some narrowing of the
3   width of the sling.
4       Q.   Have your clinical colleagues
5   published any study describing their
6   experience of contraction?
7       A.   There has been a presentation,
8   I think, at an international Congress and at
9   the -- at a German conference where they
10  presented their results.
11      Q.   Do you know if the results that
12  your clinical colleagues found have been
13  published anywhere outside of this
14  presentation?
15      A.   At least the European or the
16  international abstract has been published in
17  the supplements there.
18      Q.   Who are your colleagues so if I
19  wanted to find that abstract I could find it?
20      A.   Professor Kirschner-Hermanns,
21  was a coauthor, Dr. Najjari, she made the
22  study.
23      Q.   Do you cite that abstract in
24  your report?

26 (Pages 438 to 441)

Prof. Dr. Med. Uwe Klinge

Page 442

1    You know, I don't need to know.
2    You mentioned some work by
3  Dr. Tunn in this area.
4    A.    Dr. Tunn, yeah.  We call it --
5  he has published studies using ultrasound
6  looking what happens to meshes there, and I
7  think it was -- it were one of the first
8  articles published showing that there is this
9  change of the mesh structure which was quite
10  common in hernia surgery, we know it ten
11  years longer, but for the urogynecologists,
12  it was a new message at that time, I believe.
13    Q.    Now, was his study published in
14  a journal?
15    A.    It was published in a journal.
16  I don't recall precisely whether he was
17  focused on meshes, the flat meshes, the
18  Prolift® things, or whether he really looked
19  to the slings or whether he combined it.  I
20  don't recall the details any longer, but he
21  showed very clearly that using a textile in
22  the pelvic floor as well you have these
23  changes what we have seen in hernia surgery
24  years ago.

Page 443

1    Q.    Do you recall the extent to
2  which Dr. Tunn found contraction in the study
3  that he conducted?
4    A.    Significantly.  50 percent or
5  more.
6    Q.    And when you say "50 percent or
7  more," does that mean that the tissues
8  surrounding the mesh basically shrinks in
9  half?
10    A.    That is a good point because
11  there is a mixup of all of these things.
12  Whether it's a reduction of the area of
13  50 percent, then you have a smaller reduction
14  in the lengths and in the sides.  So
15  sometimes they -- in the literature, it's --
16  they mention the reduction of the lengths,
17  not of the area.
18    So it is very often not clear
19  about it, but at least in our clinical study,
20  they measured the widths of the sling so it
21  is clear it is in one dimension.
22    Q.    Okay.  Now, on page 33 of your
23  report, in the middle of the page it says,
24  "It also is my opinion to a reasonable degree

Page 444

1  of medical and scientific certainty that the
2  Prolene® mesh in Ethicon's TVT® products
3  contracts or shrinks 30 to 50 percent after
4  implantation.
5    Is that correct?  Did I read
6  that correctly?
7    A.    Yes.
8    Q.    Does that mean that every mesh
9  implanted in a woman for the treatment of
10  stress urinary incontinence is going to
11  shrink at least 30 percent?
12    A.    No, that is -- that is not --
13  that is not correct.  I wouldn't expect this.
14  We know that from all of these preclinical
15  and clinical studies that has been done to
16  address the issue of shrinkage, it, of
17  course, is influenced by the textile
18  structure, but it is influenced by the
19  surgical trauma as well, which leads to scar,
20  which leads to a contraction of this area.
21    So even the best mesh which
22  probably does not induce any inflammation in
23  this field will be in an area of scar that
24  shows a contraction of about 15, 20 percent,

Page 445

1  if you have extended scar tissue.  If you
2  have a laparoscopic procedure where the
3  surgical trauma is minimized, this can be
4  less than 20 percent.  When you have an open
5  surgical trauma there, it should be in around
6  20 percent.  I would expect that this is a
7  range that will be very hard to come below
8  this range.
9    Q.    For any --
10    A.    Everything -- yeah, it is a
11  consequence of the surgery and of scar.  If
12  you create some scar, you have it.  If you
13  produce a lot of scar, this shrinkage rate
14  can go up to 80 or 90 percent.
15    Q.    And when you use figures in
16  your report of 30 to 50 percent or use
17  numbers like you just used a moment ago of 80
18  to 90 percent shrinkage, what does that mean?
19    MR. ANDERSON:  Other than what
20  he's already told you?
21    MR. THOMAS:  Well, he told me
22  there's a confusion in the literature
23  about how it was measured and I want
24  to know what he means.

27 (Pages 442 to 445)

Golkow Technologies, Inc. - 1.877.370.DEPS

Prof. Dr. Med. Uwe Klinge

Page 446

1          MR. ANDERSON:  Well, he told
2     you more than that, but go ahead.
3          THE WITNESS:  So we started
4     when we first made revision operations
5     and looked to all of these old meshes.
6     We took a lot of photographs where we
7     took the images of the mesh when it
8     was implanted, we got a size of it and
9     then later on at the revision you see
10    that only a small -- a much smaller
11    mesh because of the contraction.  And
12    that was the extent of shrinkage at
13    that time.
14          Amid at the Suvretta meetings,
15    he reported of a shrinkage rate of 80
16    to 90 percent for the plaques which
17    are very big amount of material in a
18    small place so this is the upper limit
19    80 to 90 percent of this.  When we
20    made our own experiments where we
21    tried to figure out and we were still
22    busy to work on it to objectify the
23    extent of the shrinkage under various
24    conditions.

Page 447

1     QUESTIONS BY MR. THOMAS:
2          Q.    Are you currently involved in a
3     study analyzing the extent to which the
4     tissue around mesh shrinks or contracts?
5          A.    Yeah.  We have a study in the
6     groin to look what happens to the mesh
7     material after one year and specifically with
8     the focus on shrinkage.
9          Q.    Okay.  And we talked about that
10    yesterday?
11         A.    Yeah.
12         Q.    Have you ever conducted a study
13    to determine the extent to which the tissues
14    surrounding mesh after implantation for the
15    treatment of stress urinary incontinence
16    contracts?
17         A.    We did a lot of these studies
18    with Prolene®, with Marlex, which is the mesh
19    that is used for the treatment of.
20         Q.    I'm talking -- I am sorry.
21         A.    But we didn't make specific
22    analysis which reflects the treatment with a
23    sling in the pelvic.
24         Q.    Okay.  So is it fair to

Page 448

1     understand that based on your training,
2     education and experience that the use of mesh
3     in any application will induce a shrinkage or
4     contracture of 20 percent?
5          A.    Not in the meaning that the
6     mesh makes a shrinkage of 20 percent.  It
7     depends from the type of mesh.  There are
8     some meshes which usually lead to shrinkage
9     that is 30 to 50 to 60 to 80 to 90 percent
10    so.
11         Q.    I get that.
12         My question is:  Is the best
13    that you can do when you use mesh in the
14    human body is to have a shrinkage or
15    contracture rate of 20 percent?
16         MR. ANDERSON:  Objection.
17    Asked and answered.
18         Go ahead.
19         THE WITNESS:  As I told you, it
20    depends.  It's influenced by the
21    surgical trauma as well.  If you have
22    a very, very small surgical trauma and
23    very little scar formation, there may
24    be.  I can't imagine that you can go

Page 449

1     below this range.
2     QUESTIONS BY MR. THOMAS:
3          Q.    "This range" being what?
4          A.    Of 20 percent but, yeah.
5          Q.    Okay.  In how many patients who
6     receive Ethicon TVT® products do you expect
7     to see a shrinkage rate of 30 percent?
8          A.    You cannot answer.  It depends
9     from the time period.  It depends from the
10    conditions of the OR.  It depends whether
11    there is a contamination with bacteria.  It
12    depends from the degree of the inflammatory
13    process.  So hopefully the number is quite
14    low, but even if it's low, if it's not
15    necessary, it should be avoided.
16         Q.    In how many patients who
17    receive Ethicon mesh for the treatment of
18    stress urinary incontinence would you expect
19    to see a shrinkage or contracture of
20    50 percent after implantation?
21         A.    I can't give you a figure.
22         Q.    Is that a common finding, a
23    rare finding?  Do you have any kind of range
24    at all to attach to that number?

28 (Pages 446 to 449)

Prof. Dr. Med. Uwe Klinge

Page 450

1          MR. ANDERSON:  Objection as to
2     form.
3          Go ahead.
4          THE WITNESS:  Again, it depends
5     from the subgroup which you analyze
6     and the time period.  If you're
7     looking after two months, then you
8     will not expect a significant
9     shrinkage due to wound contraction and
10    therefore, the function may be very
11    well.
12         If you're going to -- if you're
13    looking at two years, three years and
14    you have a patient with increased
15    problems in this area due to the
16    scarring process, then the likelihood
17    of finding a shrinkage is -- well
18    considerably higher.
19         If you look to all of the
20    patients that you are -- you have to
21    think about in the moment.  In this
22    subgroup, I expect that the rate of
23    the significant shrinkage is much
24    higher than in those who doesn't have

Page 451

1     any problems.
2     QUESTIONS BY MR. THOMAS:
3          Q.    Doctor, is it fair to
4     understand that mesh shrinkage or contracture
5     does not always lead to patient
6     complications?
7          A.    I would expect that there isn't
8     a hundred percent correlation between
9     shrinkage and complaints.  However, what we
10    have learned in all our work is shrinkage is
11    another description of reality.  It's an
12    explanation of complaints in many patients.
13         Q.    And when you performed hernia
14    surgery, you understood that your mesh would
15    shrink or contract, fair?
16         A.    I expected a shrinkage of this
17    area to some degree in every patient, yes.
18         Q.    And the extent to which that
19    shrinkage or contracture caused any
20    complication in the patient depends on the
21    surgeon's skill and the specific
22    comorbidities of the plaintiff -- excuse me,
23    of the patient; is that fair?
24         MR. ANDERSON:  Objection.

Page 452

1          THE WITNESS:  No, it doesn't
2     depend on it.  It is influenced on.
3     So you can create some pain just by
4     surgery.  You don't need a mesh to
5     create some pain.  But if you have an
6     excellent surgery, excellent patient
7     and then you get a pain, then maybe it
8     can be a problem of the mesh.
9     QUESTIONS BY MR. THOMAS:
10         Q.    Well, my point is you discuss
11    with the patient who is considering whether
12    to have mesh implanted for hernia the fact
13    that this mesh will contract and it may cause
14    complications?
15         A.    Yes, but we are able to tell
16    them that we are using mesh material where
17    this risks has been minimized.
18         Q.    Okay.  And to the extent that
19    you're using a heavy-weight, small pore mesh
20    for those repairs where still appropriate,
21    you would have the same conversation,
22    wouldn't you?
23         A.    Similar conversation, but
24    another list of risks and benefits.

Page 453

1          Q.    What are the complications that
2     you associate with shrinkage?
3          A.    Shrinkage?
4          It is a considerably stiffening
5     of the implant so that migration, erosion is
6     related to this.  It is an expression of that
7     you have an intense scar formation there so
8     the likelihood that you will get a very stiff
9     material that is not any longer very close to
10    the physiological requirement or
11    physiological characteristics, properties of
12    the surrounding tissue, it became a very
13    stiff thing and, therefore, it causes
14    complaints and pain just by restricting the
15    mobility of the tissue.  It expresses huge
16    intensity of scar formation in this area so
17    there is a high risk of getting entrapped
18    nerves in this scar formation.  It reduces
19    the area of the mesh material.  In the field
20    of hernia surgery, you expect that the
21    overlap is decreased and, therefore, the
22    increase for recurrence is higher.
23         If you have a significant
24    shrinkage for meshes, slings that have to

Prof. Dr. Med. Uwe Klinge

Page 454

1  withstand some forces, then you have a higher
2  pressure to the cells because the contact
3  area is reduced.  Shrinkage means that you
4  have an accumulation of material at a
5  specific area so even the large pore
6  constructions will change and switch to small
7  pore constructions.  This may be some.
8       Q.   Do you have any idea of the
9  rate of complications that are reported due
10 to contracture or shrinkage in the placement
11 of mesh for the treatment of stress urinary
12 incontinence?
13      A.   We had some figures where we
14 can -- where we can estimate the increase of
15 risk for pain for these heavy-weight, small
16 pore meshes as Marlex, as Prolene®, which
17 were used for the treatment of incontinence.
18      Q.   Marlex is not used for the
19 treatment of stress urinary incontinence, is
20 it?
21      A.   As these meshes that are used,
22 Marlex, no, it's not used.  But these are --
23 these are the group of meshes and Prolene® is
24 one of the meshes that is used.

Page 455

1       I'm not sure whether you are
2  sticking on the specific situation in the
3  pelvic floor or whether you want to focus on
4  Prolene®.  Prolene® is a hernia mesh that is
5  used for this purpose and, therefore, I can
6  say for the Prolene® mesh there is a
7  significantly increased risk for pain.  There
8  are some data about it.
9       Q.   I'm talking more specifically
10 than pelvic floor.  I would like to know for
11 the treatment of stress urinary incontinence
12 whether you have any idea of the rate of
13 complications that are reported due to
14 contracture or shrinkage in the placement of
15 mesh for the treatment of stress urinary
16 incontinence?
17      MR. ANDERSON:  Objection.
18 Asked and answered.
19 Go ahead.
20      THE WITNESS:  Independent from
21 the mesh material, if you wanted to
22 know some figures of the patients
23 treated for incontinence, whether they
24 have some problems, I can't give you

Page 456

1  the figures.
2  QUESTIONS BY MR. THOMAS:
3       Q.   Okay.  Doctor, do you have an
4  opinion about the extent to which mesh
5  contracture or shrinkage in patients who are
6  being treated for stress urinary incontinence
7  impacts the cure for stress urinary
8  incontinence?
9       MR. ANDERSON:  Objection to
10 form.
11      THE WITNESS:  It depends from
12 the subgroup you're analyzing.  If
13 you're analyzing the patients that
14 complains afterwards, you will find a
15 significant ratio of patient that
16 suffered from shrinkage and,
17 therefore, developed these
18 complications.
19 QUESTIONS BY MR. THOMAS:
20      Q.   When you say "complaints," what
21 kind of complaints are you talking about?
22      A.   Pain, dysfunction of the
23 bladder.
24      Q.   Now, just so --

Page 457

1       A.   Erosions.
2       Q.   Just so we're clear, the
3  treatment of stress urinary incontinence is
4  designed to help a woman manage her bladder
5  for lack of a better description, isn't that
6  fair?
7       A.   What?
8       Q.   Strike that.
9       The treatment of stress urinary
10 incontinence is designed to treat the
11 involuntary discharge of urine?
12      A.   Yes.
13      Q.   With that goal of the treatment
14 in mind, does mesh contracture or shrinkage
15 have any impact on the ability of the mesh to
16 treat that condition?
17      A.   Shrinkage, from my opinion,
18 will be one reason or is a fact that reflects
19 the extent of scar formation and this will be
20 one reason for bad results of this procedure.
21      Q.   And when you say "bad results,"
22 in terms of the ultimate goal of treating the
23 stress urinary incontinence, what would you
24 expect?

30 (Pages 454 to 457)

Prof. Dr. Med. Uwe Klinge

Page 458

1     MR. ANDERSON: Objection to
2  form.
3     THE WITNESS: I didn't -- I
4  didn't understand what comparison you
5  want to have.
6  QUESTIONS BY MR. THOMAS:
7     Q.   Well, we understand the goal of
8  using mesh to treat stress urinary
9  incontinence is to manage the involuntary
10  discharge of urine, correct?
11     A.   Yes.
12     Q.   If you have mesh contracture or
13  shrinkage, how does that impact what the mesh
14  does to treat the involuntary discharge of
15  urine?
16     A.   If you have a significant
17  shrinkage, a significant scar formation in
18  this area, then you can have pain, you can
19  have a increase -- or migration and erosion
20  of the urethra.  You can have erosion in the
21  vagina.
22     So all of these things can be
23  the consequence of scar formation and
24  shrinkage in this field.

Page 459

1  QUESTIONS BY MR. THOMAS:
2     Q.   Do you know whether mesh
3  contracture or shrinkage impacts the ability
4  of the patient receiving the mesh to control
5  her urine?
6     A.   I didn't -- please rephrase it.
7     Q.   Do you know whether mesh
8  contracture or shrinkage controls -- strike
9  that.
10     Do you know whether mesh
11  contracture or shrinkage impacts the ability
12  of the patient receiving the mesh to control
13  her urine?
14     A.   I expect that considerable
15  shrinkage of the mesh can in some patients
16  lead to the -- or to a recurrence of the
17  incontinence.
18     Q.   Okay.  So you would expect the
19  incontinence to return.  Mechanistically, how
20  does that happen?
21     A.   I have the impression that
22  we're back some two hours ago.  There is a
23  complex interaction between the ligaments,
24  the muscles of the pelvic floor.  It's a very

Page 460

1  complex system, and if you have a very strict
2  scar there that may be too small, that this
3  impairs the dynamic of the pelvic floor
4  significantly and, therefore, the function of
5  all of the organs that are in the pelvic
6  floor.
7     MR. ANDERSON:  It's my turn to
8  take a break.
9     MR. THOMAS:  Sure.
10     (Off the record at 11:23 a.m.)
11  QUESTIONS BY MR. THOMAS:
12     Q.   Doctor, during the development
13  of VYPRO I, did you have any involvement in
14  the biocapability analysis of VYPRO I?
15     A.   Yes.
16     Q.   And were there tests conducted
17  on VYPRO I for carcinogenicity, for example?
18     A.   If you think -- if you're
19  thinking of some in vitro tests for -- I do
20  not recall whether these tests have been done
21  in Aachen.
22     If you're thinking of the
23  general discussion about whether there is a
24  risk for cancer when using textiles, we made

Page 461

1  investigations.
2     Q.   Okay.  Did you make
3  investigations -- strike that.
4     Do you recall conducting any in
5  vitro testing for VYPRO I?
6     A.   In vitro testing we did it for
7  the attachment of bacteria.  We did it for
8  the -- for the -- we did it in a setting
9  where we looked what happens to the
10  fibroblasts when growing together with meshes
11  in vitro.  That has been our studies, yeah.
12     Q.   Did you conduct any
13  cytotoxicity testing for VYPRO I?
14     A.   Not that I recall.
15     Q.   Do you recall learning that
16  VYPRO I tested positive for cytotoxicity in
17  vitro?
18     MR. ANDERSON:  Objection.
19  Based on his prior answer.
20     Go ahead.
21     THE WITNESS:  I recall that
22  somewhere in the documents there has
23  been some -- there has been done some
24  in vitro cytotoxicity tests indicating

31 (Pages 458 to 461)

Prof. Dr. Med. Uwe Klinge

Page 462

1    that polypropylene has some problems,
2    but I do not recall any specific
3    investigations to the VYPRO that is
4    done in Aachen.  I'm sure it will be
5    done or it was done in Hamburg Ethicon
6    because it's required before launching
7    a product to the market.
8    QUESTIONS BY MR. THOMAS:
9        Q.   And my question is simply this:
10   Whether you did the testing or not, did you
11   ever learn from any source that VYPRO I
12   tested positive for cytotoxicity in vitro
13   during the biocompatibility analysis?
14       A.   Not that I recall.
15       Q.   About an hour ago, maybe more,
16   you mentioned a recent study in the last year
17   involving PVDF mesh and I thought I
18   understood you to say it was a comparative
19   study.
20           Do you recall that testimony?
21       A.   I mentioned a study with PVDF?
22       Q.   And I want to say, my notes are
23   very sketchy on it, I tried to write it down
24   so I could remember, but I thought it was a

Page 463

1    comparative study involving PVDF meshes
2    perhaps out of Berlin.
3           MR. ANDERSON:  He's asking you
4        if earlier in your testimony did
5        you -- were you talking about some
6        comparative study involving PVDF
7        meshes out of Berlin.
8           THE WITNESS:  In the pelvic
9        floor?
10   QUESTIONS BY MR. THOMAS:
11       Q.   Anywhere.  Pelvic floor,
12   hernia, I'm not sure.
13       A.   Comparative in the meaning that
14   you compared different materials and one of
15   it is PVDF?
16       Q.   Yes.
17       A.   No, I don't recall any clinical
18   study.
19       Q.   Okay.  Since your deposition
20   last year, are you aware of any clinical
21   studies that compare the risks and
22   complications associated between PVDF and
23   polypropylene?
24       A.   Now I got it.  You may refer to

Page 464

1    this study that is done by our gynecologist,
2    Dr. Najjari, who made ultrasound
3    investigation comparing two different slings,
4    one of polypropylene and one of PVDF, and
5    they presented these results in this abstract
6    that has been published in this supplement
7    article.
8        Q.   Other than that study that you
9    just described, since your last deposition in
10   October 2012, are you aware of any clinical
11   studies that compare the use of PVDF to the
12   use of polypropylene in any application to
13   determine which is better?
14       A.   No, I don't recall any clinical
15   study.
16       Q.   Doctor, what have you done to
17   analyze the forces that are placed upon mesh
18   used for the treatment of stress urinary
19   incontinence?
20       A.   It started with our efforts to
21   get a first impression about forces to the
22   mesh materials in principle, how to define
23   it, how to measure it, how to get a range, a
24   figure out, and these efforts started in 1993

Page 465

1    with this question.  And in 1994, we started
2    to think about how to define the forces, the
3    requirements to the textiles for the
4    reenforcement in tissues.
5           So that was the -- that is the
6    rough experience that we got during all these
7    years that we got an impression of the range
8    and what can be considered as over engineered
9    and whatnot.
10          In 2005, '6, the upcoming
11   question was what are the biomechanical
12   properties to the pelvic floor and we tried
13   to -- or we made -- we looked very careful to
14   the literature, Cosson and all of these
15   expressed what they are considering for the
16   use in the pelvic floor and so we tried to
17   combine all of this knowledge to get an
18   impression.
19       Q.   Okay.  So what specifically
20   have you done to analyze the forces that are
21   placed upon mesh used for the treatment of
22   stress urinary incontinence?
23       A.   As I tried to answer it before,
24   we analyzed a lot of these data that have

32 (Pages 462 to 465)

Prof. Dr. Med. Uwe Klinge

Page 466

1    been there.  We analyzed very careful the
2    difficulties to find a good equipment, a good
3    setting, to come to a specific data there.
4    And finally we got an impression about the
5    biomechanics, the differences of the
6    biomechanics between the pelvic floor and the
7    abdominal wall.  We didn't do any specific
8    measurements as Cosson did, yeah.
9        Q.    When you're talking about
10   forces in the pelvic floor, are you talking
11   about forces that occur in the pelvic floor
12   in the management of pelvic organ prolapse?
13       A.    It is not limited to the
14   pelvic -- it is not limited to the prolapse.
15   It is -- when we have been studying the
16   biomechanics of the pelvic floor, what
17   happens there, the intention of this was to
18   define what may be the requirements of the
19   textile in regard to stability.  That was the
20   purpose for this.  Not to simulate or to
21   reflect the situation there and, therefore,
22   we focused mainly on some forces per
23   centimeters and, yeah, we know that there
24   are -- or I know that there is a -- that it's

Page 467

1    very difficult to define really the
2    biomechanics in the pelvic floor.  It is
3    impossible to get all aspects there.
4        So force is one aspect, but we
5    focused on the force -- what is important for
6    the characterization of the mesh material, of
7    the textiles there.
8        Q.    And what forces did you study
9    to determine the requirements for textiles in
10   the pelvic floor, what forces did you study?
11       A.    The forces -- the basis of
12   our -- of my opinion about the -- it is based
13   on the experience that tissue has some
14   limited ability to withstand some forces so
15   any repair has to consider that the
16   surrounding tissue is limited in this field.
17       You have to consider some
18   intraabdominal pressure, that you have to
19   consider some flexibility of the anatomic
20   structures.  We have made some measurements
21   tearing out looking at what is the resistance
22   of tissues to extract meshes or sutures and
23   anchors what are the forces there.  We made
24   some analysis of textile structures, what are

Page 468

1    forces, what is elasticity that can be done
2    there.
3        So a lot of various things to
4    get a closer idea about the biomechanics of
5    the pelvis.
6        Q.    What specifically have you done
7    to measure the forces that are applied to
8    mesh that are used for the treatment of
9    stress urinary incontinence?
10       A.    We never made direct
11   measurements of the forces.
12       Q.    Have you reached any opinions
13   about the nature and the extent of the force
14   that's applied to the mesh used for the
15   treatment of stress urinary incontinence?
16       A.    So in conclusion of all
17   these -- our experiences and all of the
18   literature there, it is -- it is -- I'm sure
19   it is in a range that is far below the
20   tensile strength that is required for the
21   abdominal wall so it is less than 10 newton
22   per centimeters.  Yeah, less than 10 newton
23   per centimeters I would expect.
24       Q.    And when you say 10 newtons per

Page 469

1    centimeter, what does that measure?
2        A.    That means that's the force per
3    centimeter of the textile.  I know there's a
4    mixing up, and I recall a very precise
5    summary of this mixing up by Professor
6    Williams.  At the last deposition, he made an
7    expert report where he summarized the mixing
8    up of pressures force per centimeters and
9    forces, per se.  That cannot be interfered or
10   that cannot be exchanged so this figure is
11   limited to newton per centimeter, that means
12   per centimeter of mesh in the width end or
13   tissue.
14       Q.    And when you speak about force,
15   in what direction is it applied?
16       A.    It's a uniaxial force.
17       Q.    And from what direction is it
18   applied?
19       MR. ANDERSON:  Objection to
20   form.
21       THE WITNESS:  It is a -- first
22   of all, it is an abstract direction --
23   yeah.  No, it's theoretical assumption
24   without having a specific direction.

33 (Pages 466 to 469)

Prof. Dr. Med. Uwe Klinge

Page 470

1   When you estimate the tensile
2   strengths that is necessary to
3   reinforce abdominal wall of the pelvic
4   floor, there is no specific direction.
5   If you made a measurement at the
6   textile, indeed you have to make
7   separate analysis in meshing direction
8   and perpendicular to the machine
9   direction then you will get different
10  results.
11        But to define the -- an
12  estimate of the maximum of the
13  requirement -- maximum or minimum
14  requirements, then there is no
15  direction.
16  QUESTIONS BY MR. THOMAS:
17      Q.   Okay.  You said a moment ago
18  that the force was uniaxial.
19        What do you mean by that?
20      A.   Uniaxial is the experimental
21  setting that you fix the mesh or the
22  sample -- tissue sample or mesh sample on one
23  side and your tearing on the other and then
24  you get a force.  And if it's a stripe with

Page 471

1   widths of 1 centimeter, you get some figure.
2   If it's 2 centimeters, you get another
3   figure.
4         To easy up the comparison of
5   different structures, later on it is
6   normalized to a width of 1 centimeter,
7   though, in fact, these measurements are all
8   done at various widths of the sample size, 4
9   centimeters, 5 centimeters.  There are
10  different standards.  Usually it's described
11  in the material and methods.
12      Q.   And the uniaxial testing you're
13  describing now, is that used by yourself and
14  Dr. Mühl in your study, Exhibit 20; is that
15  correct?
16      A.   This uniaxial testing is part
17  of these measurements of Professor Mühl, but
18  we started in 1994 with our first textile
19  analysis to provide this data.
20      Q.   Back in 2008, 2007, when
21  Exhibit Number 20 was published, the last
22  sentence of the abstract says, "Further, in
23  vivo studies have to investigate whether the
24  preservation of a high effective porosity

Page 472

1   under stress may help to improve
2   biocompatibility of textile implants."
3         Has there been any further in
4   vitro -- have there been any further in vivo
5   studies to investigate whether the
6   preservation of a high effective porosity
7   under stress may help to improve the
8   biocompatibility of textile implants?
9       A.   Can I have a look?
10        As we discussed yesterday,
11  the -- a difficult or an important point is
12  to identify the impact of these effective
13  porosity on the clinical outcome, how to
14  identify this.  And, yes, indeed there -- we
15  meanwhile know that there are various mesh
16  materials.  We try to get precise data of the
17  effective porosity of the various kinds of
18  materials and we want to analyze registries
19  in regard to these properties of the mesh
20  materials.  These are the studies we're
21  working on in the moment.  So, yes, there are
22  attempts to make clinical studies.
23      Q.   But there haven't been any
24  published yet --

Page 473

1       A.   No.  No.  No.
2       Q.   Let me get my question out.
3       A.   Yes.
4       Q.   There haven't been any
5   studies -- strike that.
6         There haven't been any in vivo
7   studies which investigate whether the
8   preservation of a high effective porosity
9   under stress may help to improve the
10  biocompatibility of textile implants; is that
11  correct?
12      A.   Yes.
13      Q.   Now, we talked earlier about
14  how the mesh is placed in the body.
15        It's not anchored or secured on
16  either end?
17      A.   That is correct.
18      Q.   And the way the mesh holds its
19  position in the body is by the tissue moving
20  through the pores and anchoring the pores,
21  correct?
22      A.   If you restrict it to the time
23  period directly after the operation, this is
24  for the first seconds or minutes, this is the

34 (Pages 470 to 473)

Prof. Dr. Med. Uwe Klinge

Page 474

1    major mechanism, I suppose.  Later on, it
2    will be replaced by others.
3        Q.    When there are forces applied
4    to the mesh after implantation, the mesh can
5    move with the forces, can't it?
6        A.    If you apply some forces to a
7    mesh, then, first of all, you have some
8    sheering stress at the area where the forces
9    is applied.
10       So the assumption that the
11   entire mesh as a block moves accordingly to
12   some forces somewhere, I think this is not a
13   true, realistic image.
14       Q.    Okay.  In hernia repair, you
15   often anchor the mesh, suture it; is that
16   fair?
17       A.    Fixation of meshes for
18   incisional hernia, it is not necessary.  When
19   you place a mesh in the retro muscular
20   position, it is not necessary to do any
21   fixation anymore.  If you make a TP repair
22   and you place a mesh there, there's no need
23   for making any further fixation there.  If
24   you make a TAPP, you increasingly use glue --

Page 475

1    which Fibrin glue from Ethicon, for example,
2    that sticks there or fixed there the mesh for
3    some days or hours.  So short-term fixation
4    there.
5        It depends on the position.  It
6    depends -- IPOM mesh usually have to get a
7    fixation.  It is a -- yeah, it is a difficult
8    question there.
9        Q.    Okay.
10       A.    It depends on the mesh and on
11   the localization on the patient, on the
12   surgeon.
13       Q.    Uniaxial loading means just as
14   you described it.  You have one end of the
15   mesh stable and you pull the other end,
16   correct?
17       A.    It's not necessary that one end
18   is stable even if you have a textile like
19   this and you're tearing from both sides, it's
20   uniaxial.
21       Q.    Okay.  And what are the forces
22   underneath the urethra that cause the
23   uniaxial loading that you've just described?
24       A.    To my knowledge, there isn't

Page 476

1    any precise measurements of this that does
2    not interfere with the -- with the procedure.
3        In general, you have to expect
4    that by the movement of the urethra, by some
5    physiological movements, standing up or
6    pressing or so, or the movements of the
7    pelvic floor, that you have some shifting of
8    the position of these -- of these organs in
9    relation to other -- to the bony structures.
10       And this shifting, this
11   mobility, this movements, they will lead to
12   some locally forces.
13       Q.    And those forces will come from
14   multiple directions, won't they?
15       A.    Always.  Always they will come
16   to -- from all directions, from all three
17   directions, but to get a good estimate to get
18   an idea of the model to evaluate a device or
19   to construct a device, I am sure that for
20   slings it is a reasonable and acceptable
21   compromise to think that the uniaxial is more
22   important.
23       Q.    And on what do you rely for
24   that statement?

Page 477

1        A.    On our experience, the
2    literature.
3        Q.    In hernia repair?
4        A.    Textile.  Not hernia repair.
5    It's a use of textiles for the reenforcement
6    of tissues.
7        Q.    Okay.  Specifically, Doctor,
8    have you analyzed the forces that are present
9    in the area of the body where the mesh is
10   placed for the treatment of stress urinary
11   incontinence?
12       A.    Whether I've analyzed these
13   forces?
14       Q.    Yes.
15       A.    Only in the way that I try to
16   express looking to the literature, looking
17   to -- making some measurements at textiles to
18   see whether it's comparable or not.
19       Q.    Can you point me to any
20   literature or research upon which you rely
21   specifically identifying the forces that are
22   present in the area where the mesh is placed
23   for the treatment of stress urinary
24   incontinence?

35 (Pages 474 to 477)

Prof. Dr. Med. Uwe Klinge

Page 478

1      A.   I recently found a publication
2  from 1995, I guess, where they placed at the
3  time before TVT®, they -- at the time, they
4  placed fascia slings around the urethra and
5  there they measured the force there.
6      Q.   Do you remember the name of
7  that study?
8      A.   Not at the moment.
9      Q.   Did you find that information
10 to be valuable, important to you?
11     A.   It was just recently that I
12 found it, but it was a confirmation of these
13 estimates.
14     Q.   Okay.
15     A.   Because it was less than these
16 10 newtons.
17     Q.   And do you recall what that
18 study that you found looked at and what it
19 found?
20     A.   They measured in patients with
21 a device the force at both sides of these
22 fascia sling that the force that was
23 necessary to make a narrowing of the urethra.
24     Q.   Okay.

Page 479

1      A.   So they got an in vivo force
2  there.
3      Q.   Okay.  So anything other than
4  this 1995 study that you recently reviewed
5  upon which you rely for the forces that are
6  present in the area of the body where mesh is
7  placed for the treatment of stress urinary
8  incontinence?
9      A.   Look to a lot of these
10 references, but from my memory, the Deprest
11 working group with Ozon -- I think Ozon is
12 his name, they presented two, three extended
13 thesis, documents where they presented a lot
14 of data, what they measured and what they
15 calculate, what they estimate.
16     Q.   Okay.
17     A.   For the pelvic floor area.
18     Q.   Okay.  Now, did -- is Cosson,
19 is that what you said or Deprest?
20     A.   Yeah, Cosson made a lot of
21 measurements at the tissue, but it was from
22 Leuven, Deprest, yeah.  This working group
23 there.
24     Q.   The working group that you just

Page 480

1  described, did they provide any measurements
2  of the forces in the body at the place where
3  the mesh is used for the treatment of stress
4  urinary incontinence?
5      A.   They made some -- as I recall,
6  they made some estimates of the tensile
7  forces that should be considered for the
8  reenforcement of pelvic floor area.
9      Q.   Now, I'm not talking about
10 reenforcement of pelvic floor.
11          I'm talking very specifically
12 about mesh placement for the treatment of
13 stress urinary incontinence.
14     A.   I don't recall that they have a
15 specific chapter dealing with slings.
16     Q.   Okay.  So we're back to the
17 1995 study.
18          Is there any other study to
19 which you can point me in support of the --
20 your understanding of the forces in the body
21 at the place where the mesh is used for the
22 treatment of stress urinary incontinence?
23     A.   There maybe -- maybe some
24 others, but I don't recall.  But these --

Page 481

1  this is -- to my knowledge, this is the only
2  one who really measured the forces.
3      Q.   And just so the record is
4  clear, you have not conducted your own
5  analysis of the forces in the body at the
6  place where mesh is used for the treatment of
7  stress urinary incontinence; is that true?
8      A.   That is true, I didn't do it.
9      Q.   Okay.  Now, when you use the
10 term "uniaxial loading," you were referring
11 to forces purely coming from one end to the
12 other of the mesh; is that correct?
13     A.   That is correct.
14     Q.   Seems to me that if mesh is
15 placed across a woman to support the urethra
16 for the treatment of stress urinary
17 incontinence, that there will be forces from
18 the back to the front of the mesh as well; is
19 that true?
20          MR. ANDERSON:  Objection to the
21     form of that question.
22          THE WITNESS:  If you're talking
23     about forces that happens in the
24     pelvic floor area, you're right.

36 (Pages 478 to 481)

Prof. Dr. Med. Uwe Klinge

Page 482

1     There are various forces for the
2  various structures.
3  QUESTIONS BY MR. THOMAS:
4     Q.   So the basis of your opinion
5  that the predominant force is uniaxial; is
6  that fair?
7     A.   In a sling, the assumption that
8  the uniaxial force is an important issue,
9  yes, that is true.
10    Q.   Okay.  How does the body apply
11 a uniaxial force to a sling?
12    A.   If you place -- in contrast to
13 meshes which are flat meshes with a wide area
14 of tissue integration, when you make small
15 slings, not 20 centimeters, but 1 centimeter,
16 and this is 20-centimeter long there and you
17 made or placed a sling from the lower part of
18 the pelvis to the skin there, that if you
19 have some movement there in this direction --
20    Q.   You're moving down?
21    A.   Down, yeah.
22          If the pelvic floor is going
23 downwards, I expect that most of the forces,
24 the strain, is going in the similar direction

Page 483

1  where the sling is located.  And if you
2  compare the movements going down, they are --
3  or they are in relation to the widths of the
4  textile, they are -- they are higher than the
5  mobility in these two directions.
6     Q.   Okay.
7     A.   You only have 1 centimeter of
8  width.  If you have a tensile force trying to
9  make this wider, it's a very small effect.
10    Q.   Okay.  So as I understand your
11 answer, please correct me if I am wrong, a
12 downward force perpendicular to the placement
13 of the mesh will cause a uniaxial loading on
14 the mesh; is that correct?
15          MR. ANDERSON:  Objection to
16    form.  Mischaracterizes his testimony.
17          THE WITNESS:  What I wanted to
18    express is that you place a sling,
19    that the uniaxial strain to this sling
20    in the direction of the sling, that is
21    more relevant than the strain from the
22    sides.
23 QUESTIONS BY MR. THOMAS:
24    Q.   Okay.  Uniaxial loading by

Page 484

1  definition means you're pulling on each end,
2  correct?
3     A.   Or you made a fixation at one
4  end.  It is uniaxial, it is just in one
5  direction.
6     Q.   And the force that you just
7  described, if you have a mesh in a straight
8  line, the force that you're describing comes
9  from above is down on top of the mesh; is
10 that correct?
11          MR. ANDERSON:  Objection.
12    Form.
13          THE WITNESS:  However -- the
14    result is that the sling, the
15    ligament, is stretched.
16 QUESTIONS BY MR. THOMAS:
17    Q.   I understand.
18    A.   And that makes an uniaxial
19 strain.
20    Q.   But the force you're describing
21 is not at the end, it's from the top down on
22 the mesh, correct?
23    A.   Yes.
24    Q.   And so when the force comes

Page 485

1  down on top of the mesh, there is a force
2  into the pore structure of the mesh, correct?
3          MR. ANDERSON:  Objection.
4    Do you understand his question?
5          THE WITNESS:  Yeah.  Yeah, but
6    I just -- in principle, yes, there's
7    force, but what is the force, how big
8    is the force.  It depends on the
9    surface, it depends from the cells.
10    As a scientist, I usually try to then
11    to measure it.  I think it is
12    impossible.  There is a force, yes,
13    but I think it is -- I'm sure it is
14    a -- in an area where it's almost
15    impossible to measure because it's so
16    low.
17 QUESTIONS BY MR. THOMAS:
18    Q.   Let me ask you this question,
19 Doctor.
20    A.   And, therefore, not relevant
21 so --
22    Q.   Can you think of a circumstance
23 in the body where a mesh used for the
24 treatment of stress urinary incontinence is

37 (Pages 482 to 485)

Prof. Dr. Med. Uwe Klinge

Page 486

1  placed under stress by pulling one end
2  against the other like you do in Exhibit 20?
3      A.   Is placed under stress?
4      Q.   In the same way that you did in
5  the study which is Exhibit 20.
6      A.   So far I understood is that the
7  recommendations when implanting these slings,
8  that this shouldn't be done by applying a
9  huge amount of tension there.  And I don't
10  think that it's a good idea to place a mesh
11  wherever under tension.
12      Q.   So my question is this, Doctor.
13  I'm trying to understand whether you can
14  identify for me any force in the body that is
15  uniaxial in nature that replicates the forces
16  that you and Professor Mühl used in your
17  study, Exhibit 20.
18      MR. ANDERSON:  By that you mean
19  uniaxial forces?
20      MR. THOMAS:  Yes.
21      MR. ANDERSON:  Okay.
22      THE WITNESS:  Whether I can
23  identify these forces?
24

Page 487

1  QUESTIONS BY MR. THOMAS:
2      Q.   Yes.
3      MR. ANDERSON:  He said anywhere
4  in the body where there are forces
5  that are uniaxial, right?
6      MR. THOMAS:  Okay.  Let me ask
7  the question again.
8      MR. ANDERSON:  It's a little
9  confusing.  Yeah.
10  QUESTIONS BY MR. THOMAS:
11      Q.   My question, Doctor, is this, I
12  think:  Can you describe for me forces in the
13  area where mesh is placed for the treatment
14  of stress urinary incontinence that replicate
15  the forces that are used by you and Dr. Mühl
16  in your study of effective porosity, which is
17  Exhibit 20?
18      A.   The first issue is whether
19  there are some uniaxial strain there and if
20  you look to the anatomy, you have some
21  ligaments.  Ligaments usually are thought to
22  compensate uniaxial the mechanical strain,
23  the biomechanics there, in contrast to some
24  fascias or muscles there.

Page 488

1      So any procedure using textiles
2  for the replacement of ligaments usually
3  mainly has to address uniaxial forces.  So
4  textiles replacement of ligaments usually I
5  think it is -- very acceptable to reduce this
6  to an uniaxial model.
7      Q.   Ligaments have forces and
8  stresses in other directions, too, don't
9  they?
10      A.   As we told, there are always
11  forces to some degree from every direction,
12  but they are not significant.  They are not
13  relevant in comparison to the others.  That's
14  a reason that you have ligaments and not a
15  muscle at that position.
16      Q.   And my question, Doctor, is can
17  you describe for me specifically those forces
18  in the area where mesh is placed for the
19  treatment of stress urinary incontinence that
20  replicate this uniaxial loading?
21      MR. ANDERSON:  Objection.  He
22  just answered it.
23      MR. THOMAS:  He used a ligament
24  as an example.

Page 489

1      MR. ANDERSON:  Yeah.
2      THE WITNESS:  If you look to
3  the book of Petros, yeah, there are
4  some sort of ligaments that are
5  stabilizing the urethra, and if you
6  use a textile as reenforcement of this
7  weak structure to treat this patient,
8  yeah, it should be considered as a
9  replacement of a ligament.  And even
10  from the form, you're dealing now not
11  with a flat mesh area, but with a 1
12  centimeter width.  So that is the
13  difference.  20 to 1 centimeter.
14  QUESTIONS BY MR. THOMAS:
15      Q.   So it's your testimony that the
16  forces that are applied to the mesh by the
17  body are uniaxial in nature all the time?
18      MR. ANDERSON:  Objection.
19  Asked and answered.
20      THE WITNESS:  No, that is not
21  correct, not all time.
22      It is a justified assumption
23  that it gives important information to
24  have this testing in a uniaxial

38 (Pages 486 to 489)

Prof. Dr. Med. Uwe Klinge

Page 490

1     direction.  It helps us to define --
2     to define the requirements to a
3     textile which is intended to replace a
4     ligament in this setting and then you
5     have to define the range not to get
6     the risk of being over engineered.
7     And the Mühl testing just covers
8     one -- some range within this.
9  QUESTIONS BY MR. THOMAS:
10    Q.    For mesh that is implanted for
11  the treatment of stress urinary incontinence,
12  if a force is applied to the mesh, both ends
13  of the mesh have the flexibility to move,
14  don't they, with the tissue?
15        MR. ANDERSON:  Objection to
16        form.
17        THE WITNESS:  Yes.  They have
18        the -- yeah.
19  QUESTIONS BY MR. THOMAS:
20    Q.    Okay.  In the test method that
21  you and Dr. Mühl devised for the measure of
22  the uniaxial loading, when you test the force
23  to measure the effective porosity, one end of
24  the mesh can't move, correct?

Page 491

1     A.    Yes.  And this leads to the
2  question what period of implantation of mesh
3  you want to get this information for.
4        If you're looking for the
5  situation where the surgeon applies this
6  material, he has to have it in his hands.  So
7  he fixed one immediately and that is a
8  situation that is probably more closer to the
9  testing.
10        Of course, there is another
11  situation after three months, after one year
12  when you have all of this tissue integration
13  there and so.
14    Q.    Let's go to page 59 of your
15  report, please.
16        Right in the middle of the page
17  you're talking about, "The danger of
18  heavy-weight, small pore hernia mesh and its
19  impact on tissue reaction when using the
20  hernia mesh Prolene® for your gynecological
21  slings," correct?
22    A.    Yes.
23    Q.    You say, "It is my opinion to a
24  reasonable degree of medical and scientific

Page 492

1  certainty that there is no rational reason
2  why the TVT® needs the stability and the
3  amount of material of the Prolene® hernia
4  mesh which can only be regarded as over
5  engineered for this purpose."
6        Now, we've talked about that at
7  length, haven't we?
8    A.    Yes.
9    Q.    You continue in your opinion,
10  you say, "It should be mentioned that in the
11  field of abdominal wall hernia repair, the
12  use of large pore, light-weight meshes has
13  become a standard recommended by guidelines
14  and meta-analysis."
15        Why is it important to you that
16  in the field of abdominal wall hernia repair
17  the use of large pore, light-weight meshes
18  has become a standard recommended by
19  guidelines and meta-analysis?
20    A.    Just to confirm that the fact
21  that large pore textile constructions are
22  widely accepted in the field of abdominal
23  wall hernia surgery with all the history, and
24  this is not only a fact that is indicated by

Page 493

1  some preclinical animal experiments, but it
2  is widely accepted in the world of surgery
3  that, yeah.
4    Q.    When you talk about a standard
5  recommended by guidelines, to what are you
6  referring there?
7    A.    There are the European Hernia
8  Society that has guidelines for the treatment
9  of groin hernia, and they said that it is
10  advantages to use a large pore, light-weight
11  meshes.  There is the International
12  Endoscopic Hernia Society that has recently
13  published guidelines for the treatment of
14  endoscopic hernia repair and now for the
15  treatment of laparoscopic incisional hernia
16  repair under the guidance of Bittner,
17  Professor Bittner, and they have a chapter,
18  "Impact and Selection of Mesh Material," and
19  there it is clearly expressed that large pore
20  constructions have advantages and should
21  be -- should be used and in these guidelines,
22  you will find the references to the
23  meta-analysis that has been published some in
24  Hernia.

39 (Pages 490 to 493)

Prof. Dr. Med. Uwe Klinge

Page 494

1      I know that there are some
2  meta-analysis coming to the result --
3  nonsignificant result -- difference, but more
4  or less taking these meta-analysis and these
5  guidelines.  It is well-accepted in the
6  society or in the field of hernia surgeon to
7  use material reduced large pore meshes.  It's
8  no doubt about it.  No -- yeah.
9      Q.    No doubt about it based upon
10 the standards you just identified --
11     A.    Not based upon, but this --
12 these guidelines are reflecting the
13 literature, the opinion of experts, there are
14 different levels of recommendations.  So it's
15 not because of the guidelines, but the
16 guidelines indicate that this acceptance of
17 the surgeons.
18     Q.    The meta-analysis studies the
19 data, correct, and collects the data and
20 draws conclusions from the existing studies?
21     A.    Yes.
22     Q.    And the guidelines to which you
23 refer are the guidelines of the professional
24 organizations who have experience in hernia

Page 495

1  surgery who are familiar with the literature
2  and they publish as a professional
3  organization their opinion as to the proper
4  mesh to use in the hernia application?
5      A.    I don't know whether I got the
6  point.  These are not professional
7  organizations.  These are organizations by
8  surgeons.  They have according to the
9  protocol of the oxford community how to make
10 guidelines.  You have to make a reading of
11 the literature.  You have to classify the
12 literature according to the level of
13 evidence.  You have to add the expert
14 comments on it.  You have to pass it several
15 times around so that everyone can give his
16 comment and finally you have some statements,
17 what are the facts and then you have finally
18 some recommendations.
19         And this is not a commercial
20 thing is our -- this is the enthusiasts
21 trying to define the best therapy.
22         MR. THOMAS:  Let's take a break
23 for lunch.
24         MR. ANDERSON:  Sounds good.

Page 496

1          (Off the record at 12:27 p.m.)
2          (Klinge Exhibit 22 marked for
3  identification.)
4  QUESTIONS BY MR. THOMAS:
5      Q.    Doctor, I hand you a document
6  that's been marked as Deposition Exhibit
7  Number 22.
8          Deposition Exhibit Number 22 is
9  a section from a book called "Hernia Repair
10 Sequela," written by Volker Schumpelick and
11 Robert J. Fitzgibbons.
12         Is that Professor Schumpelick
13 the same person that is your superior at your
14 office at the university?
15     A.    That was?
16     Q.    Is that the same Schumpelick
17 that you worked for at the university?
18     A.    Yes.  Yes.
19     Q.    And who is Robert Fitzgibbons?
20     A.    He is an American surgeon who
21 is a co-editor for this work and the
22 cochairman for this conference.
23         Both are editors of the Hernia
24 Journal still additionally to Marc Miserez

Page 497

1  from Leuven.  These three from it.
2      Q.    And it says it's in
3  collaboration with Joachim Conze; is that
4  right?
5      A.    Yes.
6      Q.    And that's the same Dr. Conze
7  that you worked with at the Aachen group?
8      A.    Yes.
9      Q.    I'm sure you're familiar with
10 this chapter, aren't you?
11     A.    Yes.
12     Q.    If you turn to -- it's 2010.
13         The third page reads,
14 "Alloplastic implants for the treatment of
15 stress urinary incontinence and pelvic organ
16 prolapse," shows you as a coauthor with --
17 and who are those people?
18     A.    This was B. Schuessler, it's
19 Professor Schuessler from Luzern.  He's the
20 head of the gynecological department there,
21 and he's giving this presentation at the St.
22 Moritz meeting.  And T. Kavvadias is a
23 coworker of this department who prepared the
24 manuscript.  It was a summarize -- or it's --

40 (Pages 494 to 497)

Prof. Dr. Med. Uwe Klinge

Page 498

1   the manuscript that should be printed and the
2   content of the presentation of Professor
3   Schuessler.
4        Q.    Did you have any responsibility
5   for the presentation of Professor Schuessler?
6        A.    My relationship with Professor
7   Schuessler is that we share a lot of ideas, a
8   lot of knowledge.  We prepare together some
9   publications and, therefore, some of his
10  ideas are reflecting our experiences in
11  this -- in this meaning, yeah, I'm
12  responsible for some of the contents he
13  presented there.
14       Q.    Okay.  What responsibility did
15  you have for the preparation of this chapter
16  in this book?
17       A.    I was asked when they prepared
18  this manuscript as the basic content of the
19  presentation of Professor Schuessler.  They
20  asked me to revise this manuscript because
21  some of these aspects are mainly based on our
22  work and our experience and, therefore, I was
23  asked to give my comments and corrections to
24  this manuscript.  So I'm a coworker there.

Page 499

1        Q.    If you turn to page 440 of
2   Exhibit 22, that's a category that says,
3   "Meshes in Stress Urinary Incontinence."
4        Do you see that?
5        A.    Yes.
6        Q.    Second paragraph says, "At
7   present, the gold standard in SUI surgery is
8   the suburethral sling, using tension-free
9   vaginal tape, (TVT®) or the transobturator
10  tape, (TOT) technique."
11       Do you agree with that
12  statement?
13       A.    I wouldn't have chosen it.  We
14  had similar discussion in our field of
15  surgery is there any gold standard, what is a
16  gold standard.  I made several presentations
17  about this.  Today I wouldn't select the word
18  "gold standard," but it is not -- I don't see
19  that it is a serious mistake to use it in
20  this context of this article.
21       Q.    Okay.  You see in the last
22  paragraph of that column, right in the middle
23  they're talking about "A prospective
24  randomized control trial by Mechia so that

Page 500

1   vaginal erosion of Amid type III mesh used
2   for intravaginal sling plasty was as high as
3   9 percent in a two-year follow-up, which is
4   significantly higher compared to zero percent
5   using the classical TVT®, type 1 macroporous
6   monofilament polypropylene mesh in the same
7   trial."
8        And that's the Johnson &
9   Johnson mesh, Ethicon?
10       A.    I guess I have seen the
11  original publication to this, but it would be
12  misleading to not to mention the first
13  sentence, "Less erosion rates depend on the
14  selection of the material" and, therefore,
15  this study and this article confirms the
16  finding of this study that there is an impact
17  of the material on the clinical outcome and
18  whether it's 9 or zero percent, 1, the power
19  of this study is not sufficient.
20       Q.    You stand by the language in
21  this exhibit, don't you?
22            MR. ANDERSON:  Objection.
23            THE WITNESS:  I don't see any
24       big conflicts of interest or big

Page 501

1        mistakes there.
2   QUESTIONS BY MR. THOMAS:
3        Q.    What do you understand "gold
4   standard" to mean?
5        A.    Gold standard is a difficult
6   word.  I wouldn't use in the moment to define
7   anything.
8        (Klinge Exhibit 23 marked for
9        identification.)
10  QUESTIONS BY MR. THOMAS:
11       Q.    Let me show you what I've
12  marked as Deposition Exhibit Number 23.
13       Deposition Exhibit Number 23 is
14  another study that you've been associated
15  with.
16       You recognize this as the Klink
17  study we talked about yesterday?
18       A.    Uh-huh.
19            MR. ANDERSON:  Yes?
20            THE WITNESS:  Yes.
21            MR. ANDERSON:  Thank you.
22  QUESTIONS BY MR. THOMAS:
23       Q.    And this is a comparison of
24  long-term biocompatibility of PVDF and

41 (Pages 498 to 501)

Prof. Dr. Med. Uwe Klinge

Page 502

1    polypropylene meshes, correct?
2        A.   Yes.
3        Q.   What role did you have in this
4    study?
5        A.   My role in this study was
6    mainly to have a look to the data and to work
7    on the manuscript with the interpretation and
8    the presentation of this data.
9        Q.   And all of the authors on this
10   study are associated with the universities?
11       A.   That's true.
12       Q.   And what specialty or
13   discipline does C.D. Klink have?
14       A.   He's a journal -- he's a
15   surgeon.  He's a general surgeon.
16       Q.   And Dr. Junge, what discipline
17   or expertise does Dr. Junge have?
18       A.   The expertise or the medical
19   profession, he's a surgeon as well.  His
20   expertise is that he has been working since
21   1996, '7, I guess, in our group.  We made a
22   lot of different investigations there so he
23   has a -- he's very familiar with all of these
24   work what we have done.

Page 503

1        Q.   And M. Binnebösel, who is that?
2        A.   He's a surgical resident who
3    later on came and mainly he worked in this
4    field in the past five, six years.
5        Q.   Who is the next person?
6        A.   Dr. Alizai, he's a young
7    resident.  He has not finished his surgical
8    training education and he's just at the
9    beginning of his career.
10       Q.   And how about the next person?
11       A.   Dr. Otto, he is a surgeon.  I
12   think he has been -- he's finished his
13   education as a surgeon.  He's working
14   scientifically for some years meanwhile and
15   in our group, if you want to say, so he
16   mainly is busy to investigate this visible
17   mesh structures.
18       Q.   And Dr. Neumann?
19       A.   Professor Neumann is the head
20   of the department.
21       Q.   The department of surgery?
22       A.   Of surgery.
23       Q.   Took Professor Schumpelick's
24   position?

Page 504

1        A.   Yes.
2        Q.   And what was the goal of the
3    study?
4        A.   The goal of the study was to
5    see long-term differences between PVDF and
6    polypropylene meshes.
7        Q.   And the materials that you used
8    for this study were supplied by FEG, correct?
9        A.   Please let me have a look.
10       Q.   It's on the second page under
11   "Mesh Materials."
12       A.   Yes.
13       Q.   Do you know whether FEG
14   provided those materials or you were required
15   to purchase them?
16       A.   I don't know.
17       Q.   All right.  And the mesh
18   materials used in this study -- strike that.
19            One of the things that you also
20   did in this study was to take scanning
21   electron microscope images of the explant,
22   correct?
23       A.   Yes.
24       Q.   And on page 294 of Exhibit 23,

Page 505

1    down under "Results," it says, "Exemplary
2    electron microscopy of explanted samples
3    revealed the signs of surface cracking of the
4    polypropylene samples which were not
5    detectable on the PVDF samples."  And then on
6    the right, there are images of what was found
7    in the study, correct?
8        A.   Yes.
9        Q.   Dr. Klinge, have you discussed
10   with FEG the fact that the polypropylene that
11   they use in their mesh implants displays
12   surface cracks such as are depicted in
13   photograph 9 or page 294?
14       A.   We discussed these results,
15   yes.
16       Q.   Did you discuss with FEG any
17   risks that you saw to patients who received
18   the mesh due to the surface cracking that
19   appears in paragraph -- or picture A on
20   page 294?
21       A.   Not specifically.
22       Q.   Have you discussed with FEG at
23   any time any risks of danger to their
24   patients because of surface cracking such as

42 (Pages 502 to 505)

Prof. Dr. Med. Uwe Klinge

Page 506

1  that depicted in picture A on page 294 of
2  Exhibit 23?
3      A.    We -- since we started to think
4  of PVDF in 1998, we were working to figure
5  out the advantages of PVDF. And, therefore,
6  the study just to us was a confirmation of
7  the findings from others and demonstrates the
8  advantage of PVDF. I didn't -- yeah, that's
9  it.
10     Q.    Okay. FEG uses polypropylene
11  in some of its implants, correct?
12     A.    Yes.
13     Q.    And you've been aware that FEG
14  uses polypropylene in some of its implants
15  for some time?
16     A.    Yes.
17     Q.    You've been aware that -- you
18  understand from conversations with Clavé and
19  Klosterhalfen and others, that there have
20  been reports that surface of some
21  polypropylene meshes show cracks?
22     A.    Yes.
23     Q.    Have you ever discussed with
24  FEG any risks to their patients because of

Page 507

1  these observations of surface cracks?
2      A.    It is -- I always make it clear
3  and Bernd Klosterhalfen made it clear since
4  20 years that using polypropylene in
5  comparison to PVDF has an increased risk,
6  yes.
7      Q.    Did you tell specifically FEG
8  that the surface cracking in these photos
9  presented a risk to their patients that
10  received their mesh?
11     A.    They know this, yes.
12     Q.    My question is: Did you tell
13  them that?
14     A.    Yes, we -- yeah.
15     Q.    And what did you tell them
16  about the risk?
17     A.    That there is a potential risk
18  of this surface cracking that sometime it may
19  be related to some increased inflammatory
20  reaction, more infections. So we always told
21  what is the consequence of a surface
22  cracking. That is an increase of surface
23  with all of the consequences and, therefore,
24  this is an increased risk if you have a

Page 508

1  material that shows this.
2      Q.    And who did you tell FEG about
3  this increased risk?
4          MR. ANDERSON: Who did you
5      tell -- who did you tell FEG?
6  QUESTIONS BY MR. THOMAS:
7      Q.    Who did you tell at FEG about
8  this increased risk from what you observed in
9  this photograph on paragraph A on page 294?
10     A.    To everyone. I'm sure
11  everyone. All of the -- all of the people
12  that are involved in this mesh design, that
13  was it and I've discussed it with them.
14     Q.    Dr. Obolensky?
15     A.    Yes.
16     Q.    Mr. Mullen?
17     A.    Yes.
18     Q.    Do you know whether FEG has
19  ever taken any steps to warn the surgeons
20  that use their products of any risk from
21  degradation -- strike that.
22          Do you know whether FEG has
23  ever taken any steps to warn the doctors who
24  use their mesh about any risks from the

Page 509

1  surface cracking that's observed in paragraph
2  A?
3      A.    I'm not familiar. I'm not
4  familiar with the legal things, what has to
5  do something with warning here and informing.
6          My relationship to the FEG is
7  that we together we're in favor of the PVDF
8  and that's it. And they tried together with
9  me to make more and more devices only of pure
10  PVDF.
11     Q.    You don't want to be associated
12  with a product that creates a risk of harm to
13  patients they don't know about, do you?
14          MR. ANDERSON: Objection to
15      form.
16          THE WITNESS: I didn't
17      understand this question.
18  QUESTIONS BY MR. THOMAS:
19     Q.    You don't want to be associated
20  with a product that creates a risk of harm to
21  patients they don't know about, do you?
22          MR. ANDERSON: Objection to
23      form.
24          THE WITNESS: You have to -- in

43 (Pages 506 to 509)

Prof. Dr. Med. Uwe Klinge

Page 510

1    Germany, you have to inform patients
2    about risks with a rate of 1 to
3    10,000, so in this area.
4         In the moment, we have the
5    information of a surface cracking
6    since some years, five, six, seven
7    years, and before the time we thought
8    it was stable.  We believed what they
9    have seen there.  So this is a recent
10   finding and still today there are a
11   lot of -- there are some people from
12   the manufacturers and saying that is
13   just an artifact.  It's not a real
14   complication.  We know there are some
15   potential risks by the increase of
16   surface by this, but I cannot figure
17   out what is an exact ratio.  I even
18   don't know what happens after
19   30 years, after 40 years.
20        Our experience up to now is
21   that within the first two years, three
22   years, there is no report about a
23   ruptured degraded mesh material
24   leading to a recurrence or to a

Page 511

1    clinical consequence.
2         We have no doubts that it
3    happens, meanwhile the consequences
4    has to be carefully surveyed during
5    the next time.
6    QUESTIONS BY MR. THOMAS:
7         Q.   You used the rate of one in
8    10,000.  Do you have enough information
9    available to you to determine whether the
10   risk to a patient who receives a
11   polypropylene mesh from FEG creates a risk
12   greater than one in 10,000 that they will
13   suffer adverse consequences because of that
14   mesh?
15        A.   My current opinion to this
16   point is that at the moment we don't have
17   sufficient data to quantify exactly the
18   consequence of this finding to the clinical
19   outcome.  We don't have any doubt, there is
20   no doubt that it happens, that you have this
21   degradation and there is no doubt that in
22   principle, surface enhancement leads to some
23   complications.  But I will not -- or to my
24   opinion, to my knowledge, it is not like this

Page 512

1    that the risk is so high that you have to
2    stop any use of polypropylene in the moment
3    in all devices for all purposes.  And that is
4    what I expressed clearly at my presentations
5    as well.  It is a concern and to my opinion,
6    there is no doubt that this happens, but it
7    is not enough to forbid the use of
8    polypropylene in medicine in the moment.  But
9    maybe it happen.  It changes.
10        Q.   What should FEG do about this
11   knowledge and its surgeons and its patients
12   that receive this mesh?
13        A.   I don't have any specific
14   information what they are doing as a
15   consequence of this.  To my knowledge, the
16   way was to use only PVDF.
17        Q.   Okay.  But is it fair to
18   understand that based upon your knowledge of
19   the information available to you at this
20   time, you're unable to determine the extent
21   to which there is any clinical significance
22   to any surface cracking that may be on this
23   polypropylene mesh manufactured by FEG; is
24   that fair?

Page 513

1         MR. ANDERSON:  Objection to
2    form.
3         THE WITNESS:  As I told before,
4    I have no doubts that surface cracking
5    and enhancement of surface leads to a
6    higher risk for complications.  That
7    is a clear relationship, causal
8    relationship, that is proven by all
9    our experience and all of this work.
10        I cannot give you a figure what
11   does this mean to have these
12   materials, but this should be a
13   starting point.  If you decide -- and
14   that is my consequence, if you decide
15   to sell polypropylene further on in
16   your devices, you should study it
17   very, very carefully because this, of
18   course, is not -- a nonlinear process.
19   It happens -- it may happen that 20,
20   30 years after implantation in young
21   patients that you may experience
22   things you don't want to see there.
23        So it has to be studied there.
24

44 (Pages 510 to 513)

Prof. Dr. Med. Uwe Klinge

Page 514

1    QUESTIONS BY MR. THOMAS:
2        Q.    Do you have any ideas as to
3    what you would expect to see?
4        A.    In the worst case for the
5    patient, it can be a malignant transformation
6    because you have 30 years of chronic
7    inflammation.  We know this from medicine in
8    general.  Chronic inflammation over 30 years
9    may cause some malignant transformation, and,
10   this was, of course, the severest
11   complications for the patients, yeah.
12       Q.    Polypropylene sutures have been
13   used now for over 50 years, haven't they?
14       A.    Yes.
15       Q.    Are you aware of any reports in
16   the literature about clinical issues
17   associated with alleged surface cracking in
18   polypropylene sutures?
19       A.    When we're looking to the
20   literature, the number of scientific
21   investigations of tissue response to foreign
22   body materials is very, very limited and
23   mainly for the meshes with the huge amount of
24   sutures, it would be a better material to be

Page 515

1    investigated these effects with meshes.  It
2    mainly started in 1994.  So you don't have a
3    knowledge of 50 years of extensive research
4    in this field.
5        When you -- if you would asked
6    me five years before whether do you know some
7    cancer case in relationship to textiles, I
8    would say, no, I don't know any report, but
9    meanwhile it changed.  Meanwhile we know
10   some.
11       I don't want to say that we
12   have to expect it in certain number of
13   patients, but it is a concern, yes.
14       Q.    Are you aware of any reports in
15   the literature about clinical issues
16   associated with alleged surface cracking in
17   polypropylene sutures?
18       A.    Polypropylene suture surface
19   cracking, there has been reports.  I guess La
20   Roche was an investigation of polypropylene
21   sutures in the eyes showing this cracking or
22   degradation of this material.  So there is
23   some literature showing that indicating that
24   you have this degradation.

Page 516

1        Q.    My question is not whether you
2    show the surface cracking.  My question is
3    whether there are clinical manifestations
4    resulting from the alleged surface cracking?
5        A.    I don't know any study that was
6    able to differentiate whether it was a
7    surface cracking, whether it was a surface of
8    the material, whether it was the functional
9    biocompatibility of the device, therefore.
10       Q.    Last year when you testified,
11   you testified that polypropylene mesh
12   appropriately designed could be used in a
13   mesh.
14       Do you recall that?
15       A.    Yes.
16       MR. ANDERSON:  Objection.
17   Mischaracterizes his testimony.
18       Go ahead.
19   QUESTIONS BY MR. THOMAS:
20       Q.    Do you still believe that?
21       Has your opinion changed?
22       A.    No.  Can you, please, because
23   it depends on -- can you please repeat?
24       Q.    Is polypropylene fiber still an

Page 517

1    appropriate material to be used in a mesh?
2        A.    It depends from your meaning of
3    appropriate.  Is it a possible solution not
4    being forbidden by laws?  Yes.
5        Q.    As --
6        MR. ANDERSON:  Let him finish.
7        MR. THOMAS:  I thought he was,
8    I'm sorry.
9        MR. ANDERSON:  He's still
10   counting on his fingers.
11       THE WITNESS:  When I would
12   prefer the best material, I wouldn't
13   choose polypropylene.
14   QUESTIONS BY MR. THOMAS:
15       Q.    Is PVDF more expensive than
16   polypropylene?
17       A.    It's definitely more expensive,
18   and it's more difficult to handle.
19       Q.    And how much more expensive is
20   it than polypropylene?
21       A.    I don't know.
22       Q.    When you say it's more
23   difficult to handle, what do you mean?
24       A.    What I was told by the textile

45 (Pages 514 to 517)

Prof. Dr. Med. Uwe Klinge

Page 518

```
 1    engineers since over the past 15 years, you
 2    need a specific knowledge of how to make PVDF
 3    fibers because you need higher temperature to
 4    do so, you need specific equipment, you need
 5    other -- other spinning equipment to do so.
 6    Yeah. The advantage is that you can use a
 7    pure material.
 8         Q.   Dr. Klinge when a mesh is
 9    implanted, what bodily fluids surround the
10    mesh.
11         A.   Immediately when you place it
12    there, depending on the skill of the surgeon,
13    some blood. Usually some blood.
14         Q.   Do proteins ultimately surround
15    the mesh?
16         A.   Yes, of course. There are some
17    body liquids from the extra cellular liquids
18    and they contain thousands, hundred thousands
19    of proteins and due to the trauma, to the
20    stress by the implant, you have a
21    accumulation of liquid in this area. If you
22    look very carefully to this area, you always
23    find some accumulation of liquid around a
24    textile implant.
```

Page 519

```
 1         Q.   Is it true that proteins
 2    surround the mesh fibers?
 3         A.   Our current thought is that the
 4    liquid containing the proteins, they are
 5    around the mesh fibers. The proteins
 6    themselves are too small. They just adhere
 7    to the surface, but they are not able to coat
 8    the entire filament to my --
 9         Q.   Okay. Do you know of any
10    impact or effect that these fluids have on
11    the characteristics of the mesh?
12              MR. ANDERSON: Are you talking
13         polypropylene?
14              MR. THOMAS: Yes,
15         polypropylene. Thank you.
16              THE WITNESS: It is necessary
17         to think or to specify which
18         characteristic of the mesh.
19    QUESTIONS BY MR. THOMAS:
20         Q.   Have you ever heard of a term
21    "plasticizer"?
22         A.   Yes, but not in the context
23    with meshes and proteins.
24         Q.   That the bodily fluids as it
```

Page 520

```
 1    gets to the mesh will make the mesh softer
 2    and more pliable?
 3         A.   I never realized this in the
 4    context with the -- with polypropylene or
 5    with meshes.
 6              We used the pre-coating with
 7    vascular grafts. They were preclotted with
 8    some substances to change the appearance, but
 9    for textiles meshes made of polypropylene
10    with a fiber of -- in a diameter of
11    120 microns, I cannot believe that any
12    protein can change significantly the
13    properties of this.
14         Q.   Have you ever studied the
15    extent to which bodily fluids soften meshes
16    and make them more pliable?
17         A.   No.
18         Q.   When a mesh is explanted, the
19    bodily fluids and proteins remain on the
20    mesh, correct?
21              MR. ANDERSON: Objection.
22              THE WITNESS: When you explant
23         a mesh, you usually have a block and
24         you have a lot of scar tissue and
```

Page 521

```
 1    somewhere in between there are these
 2    fibers. There is some liquids, some
 3    cells there, yeah.
 4    QUESTIONS BY MR. THOMAS:
 5         Q.   And once you take the explant
 6    out, you place it into formalin?
 7         A.   Yes. Either you want to make
 8    some specific analysis. If you want to make
 9    an electron microscopy, you need some other
10    solution for fixation, or if you want to make
11    some genetic analysis, you have to freeze it
12    down later on making some other -- so these
13    are the three options you have usually.
14         Q.   Okay. So you can freeze it,
15    you can use formalin or --
16         A.   Yeah.
17         Q.   -- there's some other
18    preparation you use for electron microscopy?
19         A.   Yes.
20         Q.   Tell me what that is.
21         A.   For example, glutaraldehyde.
22         Q.   I'm sorry?
23         A.   Glutaraldehyde.
24         Q.   I don't have any idea what you
```

46 (Pages 518 to 521)

Prof. Dr. Med. Uwe Klinge

Page 522

1    just said.
2            MR. ANDERSON:  Glutaraldehyde.
3    Or glutaraldehyde.
4    QUESTIONS BY MR. THOMAS:
5        Q.   Okay.  Under what circumstances
6    have you used --
7            MR. ANDERSON:  Glutaraldehyde.
8    QUESTIONS BY MR. THOMAS:
9        Q.   -- glutaraldehyde in the
10   preparation of samples for scanning electron
11   microscopy?
12       A.   There has been some time where
13   we tried in some research projects to do some
14   electron microscopy and, therefore, we had to
15   make this specific fixation where we wanted
16   to look to the collagen fibers.  Collagen 3
17   has very small fibers.  So when we were bound
18   to make this fixation and we were asked to
19   make this fixation with glutaraldehyde.
20       Q.   Why did you use glutaraldehyde
21   as opposed to formalin or formaldehyde, what
22   was the reason?
23       A.   Because we received a protocol
24   from the guys making the electron microscopy

Page 523

1    and that we should use this.  I'm not an
2    expert to say the different possibilities to
3    make a preparation for some investigation.  I
4    just told you what my experience was that we
5    have some different options to make it.
6        Q.   Okay.  And how many occasions
7    have you prepared slides for scanning
8    electron microscopy where you've used
9    glutaraldehyde?
10       A.   How many slides for electron
11   microscopy?
12       Q.   Yes.
13       A.   I don't recall.  Most often I
14   think it was to analyze the collagen, the
15   quality of collagens.  There we had -- over
16   some years, we had projects where we made
17   electron microscopy to look to the protein --
18   to the collagens.
19       Q.   Have you prepared any samples
20   for scanning electron microscopy in the last
21   three years using glutaraldehyde?
22       A.   Not that I recall.
23       Q.   Have you prepared any samples
24   using glutaraldehyde for scanning electron

Page 524

1    microscopy where you analyze the extent to
2    which there were --
3        A.   Degradation?
4        Q.   -- surface cracking found on
5    polypropylene?
6        A.   Not that I recall.
7        Q.   Doctor, on pages 40 to 42 of
8    your report, you have three images that come
9    from the report of Dr. Jordi; is that
10   correct?
11       A.   Yes.
12       Q.   Did you select the images that
13   were to be included in your report?
14           MR. ANDERSON:  Objection as to
15       whether or not there's work product
16       and who selected what images.
17   QUESTIONS BY MR. THOMAS:
18       Q.   Well, then I'll ask it this
19   way.
20           Are Figures 13, 14 and 15 of
21   any particular significance to you in your
22   opinions other than just a representation of
23   what was seen in images from Dr. Jordi?
24       A.   I don't see any significant

Page 525

1    differences to many others so --
2        Q.   Do Figures 13, 14 and 15, to
3    your knowledge, have any relationship to
4    Carolyn Lewis?
5        A.   Yes.  I know --
6        Q.   I didn't see it in your report.
7    That's why I'm asking.
8        A.   I remember I received a lot of
9    images from other devices, but from this
10   device specifically as well.  I guess it is
11   from this case.
12       Q.   How do you know that?  You say
13   I guess.
14       A.   I have to be -- look careful
15   every sentence there whether we have already
16   written it here.  Otherwise, if it's not
17   written here, I have to check the files --
18       Q.   Okay.
19       A.   -- with the images there.
20       Q.   I did not find it in your
21   report where you identified these --
22       A.   Sorry.
23       Q.   -- images as being associated
24   with a particular person.  That's why I asked

47 (Pages 522 to 525)

Prof. Dr. Med. Uwe Klinge

1    the question.
2         MR. ANDERSON:  No, but he
3    reviewed Jordi's report.
4         MR. THOMAS:  I understand that.
5    And Jordi has 22 mesh explants, too.
6    I don't know which ones he picked.
7         MR. ANDERSON:  Yeah, they're
8    all identified by identifying number
9    in Jordi's report.  So if you want us
10   to go get Jordi's report out and look
11   through and identify which ones are
12   Ms. Lewis, we can certainly take the
13   time to do that.  Or I can tell you
14   which one it is or however you want to
15   do it.
16        MR. THOMAS:  I was going to
17   ask -- I do want to see the report he
18   has because the report he has is dated
19   a different date than the report that
20   you produced.  The report that's
21   identified in his report is dated
22   October the 12th, 2013.
23        So do you have that with you,
24   the one that he reviewed here?

1         MR. ANDERSON:  No, but it would
2    be the exact same report as Jordi did.
3         MR. THOMAS:  I don't -- it's
4    19 days before his deposition.  You
5    remember we had two marked there with
6    different dates.  I never did figure
7    out --
8         MR. ANDERSON:  Because we
9    reprinted off the first page, and when
10   we reprinted off the first page for
11   you, we printed it as the same day as
12   the depo.
13   QUESTIONS BY MR. THOMAS:
14        Q.    As you sit here today, Doctor,
15   do you know whether the Figures 13, 14 and 15
16   are from mesh explanted from Carolyn Lewis?
17        A.    I'm not sure whether this is
18   precisely from her, but they all look quite
19   similar.
20        Q.    Okay.  You've told me before
21   that you're not a chemist or an analytical
22   chemist.
23        Have you studied the extent to
24   which -- strike that.

1         Have you studied how
2    polypropylene degrades?
3         MR. ANDERSON:  Objection.  It
4    was asked yesterday because you wanted
5    to get into expert opinions yesterday.
6    So we're going back over the same
7    ground.
8         MR. THOMAS:  Not really.  I
9    just didn't remember I asked the
10   question.
11        MR. ANDERSON:  You asked a lot
12   of questions on degradation yesterday.
13        MR. THOMAS:  Okay.
14        MR. ANDERSON:  Because you
15   asked to go ahead and start asking
16   expert questions yesterday.
17        MR. THOMAS:  Can we keep going
18   so we can get out of here?
19   QUESTIONS BY MR. THOMAS:
20        Q.    Can you answer the question?
21        MR. ANDERSON:  Have you studied
22   how polypropylene degrades?  That's
23   his question.
24        THE WITNESS:  We have studying

1    in the meaning that looking to the
2    data, yes.  Doing own studies,
3    experimental studies looking to the
4    chemistry, what happens there, no.
5    QUESTIONS BY MR. THOMAS:
6         Q.    Do you defer to Dr. Jordi for
7    that type of analysis?
8         A.    Yes.  Definitely.
9         Q.    Doctor, let's go to page 76 of
10   your report, please.  Page 76 of your report
11   deals with the heading "Alternative Design."
12        Is it your opinion that
13   ULTRAPRO™ is an appropriate alternative
14   design for the treatment of stress urinary
15   incontinence in women?
16        A.    No.
17        Q.    Why?
18        A.    Because the structural
19   stability of ULTRAPRO™ is not sufficient to
20   withstand -- or to preserve the big pores
21   under -- under these conditions of
22   biomechanics as it is required for the use as
23   a sling.
24        Q.    Is there any mesh design

48 (Pages 526 to 529)

Prof. Dr. Med. Uwe Klinge

Page 530

1    currently marketed by Ethicon that is an
2    appropriate alternative design for the
3    treatment of stress urinary incontinence?
4        A.   I'm not aware of all products
5    from Ethicon that are available in the
6    moment.  In this context, I cannot say
7    whether there is already some device that I
8    can consider sufficiently to be sufficient.
9    It should have -- it has to be tested all
10   these.
11       Q.   And when you mean it has to be
12   tested, what do you mean?
13       A.   To find the optimum structure,
14   the optimum -- the development -- for the
15   development of the optimum structure, you
16   need some studies to define this.
17       Q.   Tell me what studies you need.
18       A.   More or less you need studies
19   to every point of concern that was mentioned
20   in this report and this -- these studies to
21   every point mentioned in this report
22   should -- has to include a lot of preclinical
23   studies in appropriate animal models, in
24   appropriate functional testing, in

Page 531

1    appropriate textile characteristic and then
2    you may get a good impression which design of
3    this -- of your device you want to have is --
4    has the lowest risk.
5        Q.   So first thing you mentioned
6    preclinical studies.
7            Is that animal testing?
8        A.   It can be in vitro testing.  It
9    can be animal testing.
10       Q.   Do you need both?
11       A.   Yes.
12       Q.   And the in vitro testing is
13   what?
14       A.   In vitro testing is maybe it's
15   the counting of particle loss after
16   manufacturing.  It can be the behavior in
17   liquids, the degradation, the combination of
18   these materials with some cells, what happens
19   there, what is the overgrowth.  A lot of
20   questions can be addressed in this field.
21       Q.   Okay.  And do you need to do
22   the in vitro and animal testing before you do
23   the function testing?
24       A.   Everything has to be in

Page 532

1    parallel.  If you want to have a good
2    schedule for how to do so, a good example
3    of -- a good realization of this principle is
4    what we have done with the VYPRO or the
5    principles that we defined at that time, all
6    of these studies, the 100 publications, all
7    of this together gives a good impression or
8    helps you to understand, to find a good
9    device.
10       Q.   And you began with the design
11   of VYPRO in 1994?
12       A.   1994.
13           As I told you, December
14   of 1993.
15       Q.   And when was VYPRO launched?
16       A.   1998.
17       Q.   Is it your opinion today that
18   PVDF is the only appropriate polymer to be
19   used in mesh for implantation in the
20   treatment of stress urinary incontinence?
21       A.   No, but, to my knowledge, it's
22   the best we have.
23       Q.   What other polymers are
24   appropriate for use in a mesh for

Page 533

1    implantation in the treatment of stress
2    urinary incontinence?
3        A.   I cannot answer.  This is a
4    very general question.  There are a lot of
5    polymers, experimental.  We're working on
6    polymers and other polymers so there are a
7    lot of other -- maybe a lot of other
8    alternatives.  There are some literature
9    providing new materials but in the moment
10   from my -- to my knowledge, PVDF has the best
11   results.
12       Q.   Okay.
13       A.   But I cannot give you a
14   complete list of all alternative -- possible
15   alternatives.
16       Q.   Can you give me a list of three
17   possible alternatives?
18       A.   I cannot give you a list of one
19   alternative that is better than PVDF.
20       Q.   And I know that.
21           What I asked you is there --
22       A.   There are some polyimides,
23   polyulitars.  These are classes where you can
24   try to look to see alternatives.

49 (Pages 530 to 533)

Prof. Dr. Med. Uwe Klinge

Page 534

1      Q.    Is it your opinion today that
2  polypropylene is not an appropriate mesh for
3  implantation for the treatment of stress
4  urinary incontinence?
5      A.    I think some minutes ago I
6  already said that the word "appropriate"
7  is -- makes it impossible for me to say yes.
8      Q.    Is it your opinion to a
9  reasonable degree of scientific and medical
10 certainty that the use of polypropylene in
11 meshes for the treatment of stress urinary
12 incontinence is unreasonably dangerous?
13     A.    Unreasonable dangerous?  Has to
14 be seen in regard to the specific situation
15 of the benefits and risks.  If you use this
16 implant of polypropylene in an 80-year-old
17 patient, I will not expect that you will
18 experience any problem just because of
19 degradation within the next one year.  So
20 it --
21     Q.    Do you have a --
22     A.    I cannot give a general
23 statement to this.
24     Q.    Okay.  Do you have an opinion

Page 535

1  to a reasonable degree of scientific and
2  medical certainty whether it's appropriate to
3  use polypropylene mesh in hernia repair?
4      A.    The same objection as before,
5  the term "appropriate."
6      Q.    Do you have an opinion --
7      A.    Makes it difficult or
8  impossible for me.
9      Q.    Do you have an opinion to a
10 reasonable degree of scientific and medical
11 certainty as to whether the use of
12 polypropylene in hernia repair is
13 unreasonably dangerous?
14     A.    The -- my present opinion is
15 that it is not so dangerous that it should be
16 forbidden in today to have -- to use it and,
17 therefore, I'm convinced that it is tolerable
18 or acceptable to use polypropylene in
19 medicine.
20     Q.    Okay.
21     A.    But if I may, it depends on the
22 structure.
23     Q.    Right.
24     A.    So it's not a general free

Page 536

1  comment on polypropylene in general.
2      Q.    I understand that.
3          And, Doctor, you have to start
4  somewhere and choosing the textile is a
5  pretty fundamental issue for any mesh that
6  you might use, you agree with that?
7          MR. ANDERSON:  You mean the
8      polymer?
9          MR. THOMAS:  Yeah, that's what
10     I meant.
11 QUESTIONS BY MR. THOMAS:
12     Q.    Doctor, you have to start
13 somewhere and choosing the appropriate
14 polymer is an important first step in the
15 design of any mesh, would you agree with
16 that?
17     A.    Yeah.  I would agree that this
18 is a first step because then it leads you to
19 further decisions.
20     Q.    And even a PVDF polymer can be
21 designed in a way that's unreasonably
22 dangerous, do you agree?
23     A.    Definitely, yeah.
24     Q.    And so as I understand your

Page 537

1  position for use in medicine today, either
2  PVDF or polypropylene are appropriate -- or
3  excuse me, are not unreasonably dangerous if
4  designed correctly?
5      A.    Again, there is this
6  inappropriate.  It depends on what you're
7  looking.  You can create some acceptable
8  textile structures of both, of polypropylene
9  and PVDF.  You will find some different risks
10 if you compare these two.
11     Q.    Doctor, what is Exhibit A to
12 your report?  That's it right there.  Those
13 images.
14     A.    These images?
15         MR. ANDERSON:  That's
16     Exhibit A?
17         MR. THOMAS:  I think.
18         MR. ANDERSON:  A was his CV.
19         MR. THOMAS:  I am sorry, then
20     Exhibit C.  I apologize.
21 QUESTIONS BY MR. THOMAS:
22     Q.    What is Exhibit C to your --
23 let me start over again so I get a good
24 question and you give me a good answer.

Prof. Dr. Med. Uwe Klinge

Page 538

1    Doctor, what is Exhibit C to
2  Exhibit 11?
3    A.   Exhibit C is a collection of
4  images I made from histological sections I
5  received, and I received HE stainings and
6  stainings with S100.
7    Q.   Okay.  Now, did you create the
8  images that are in Exhibit C?
9    A.   Yes, myself.
10    Q.   And what did you receive --
11  strike that.
12    I take it you received certain
13  materials from Mr. Anderson that allowed you
14  to make these images, correct?
15    A.   I received complete stainings
16  in a box, each explant were prepared with the
17  three stainings, three sections.
18    Q.   So by the time you received
19  them, the slides had already been stained?
20    A.   Yes.
21    Q.   And what stainings were done?
22    A.   HE, this is this one with the
23  red color, and there is an additional
24  staining with a specific antibody S100 that

Page 539

1  marks nerves or nerval structures.  This is a
2  link to a brown color so in these you have
3  this brown color where the S100 is positive.
4    Q.   Okay.  Is the HE two different
5  stains or just one?
6    A.   No, it's two.
7    Q.   Okay.
8    A.   Two.
9    Q.   So you have one -- two --
10    A.   No, it is two colors that are
11  brought to one section.  So it's a counter
12  staining.
13    Q.   You told me, I thought, that
14  you had three slides?
15    MR. ANDERSON:  Three of each.
16    THE WITNESS:  Three of each.
17  Three HE from patient or from case
18  one, and three S100 from case one.
19  QUESTIONS BY MR. THOMAS:
20    Q.   I see.
21    So you have six slides for each
22  patient?
23    A.   Yes.
24    Q.   So you have 66 -- no, you have

Page 540

1  132 slides?
2    A.   You're right.  I'm not a
3  mathematical expert.  It's a big number.
4    Q.   Do you know who prepared the
5  slides?
6    A.   Professor Kreutzer.  I received
7  a note that he prepared this with some
8  numbers so that I can check whether the
9  number of this data sheet was the same as on
10  the slide, on the --
11    Q.   Did you have any interaction
12  with Dr. Kreutzer about how to prepare these
13  slides?
14    A.   Not directly.
15    Q.   Did you provide information to
16  anybody to give to Dr. Kreutzer about how to
17  prepare these slides?
18    MR. ANDERSON:  Other than
19  conversations with me?
20  QUESTIONS BY MR. THOMAS:
21    Q.   Let me ask it this way.
22    Doctor, do you know how
23  Dr. Kreutzer prepared these slides?
24    MR. ANDERSON:  Objection to

Page 541

1  form.
2    Go ahead.
3    THE WITNESS:  I don't know in
4  detail, but this staining HE is a
5  normal procedure for every
6  pathological department and the doing
7  of S100 staining is a -- it's a
8  standard procedure.  Maybe I can use
9  the word "standard" in this context.
10  It is published in all of the reports
11  where we presented these data.  It is
12  no specific knowledge to do these two.
13  QUESTIONS BY MR. THOMAS:
14    Q.   What's Dr. Kreutzer's training,
15  if you know?  I've forgotten.
16    A.   He's pathologist.
17    Q.   That's what I thought.
18    And he's in Connecticut.
19    Have you ever met him?
20    A.   No.
21    Q.   Spoken to him?
22    A.   No.
23    Q.   Did you have any communication
24  with Dr. Kreutzer at all about the slides

51 (Pages 538 to 541)

Prof. Dr. Med. Uwe Klinge

Page 542

1    that he presented to you?
2         A.    No.
3         Q.    Have you ever seen any written
4    analysis by Dr. Kreutzer of the images that
5    are attached as Exhibit C to your report?
6         A.    No.
7         Q.    Tell me again what an HE slide
8    is.
9         A.    HE slide is a staining of cells
10   and of extra cellular matrix, mainly of
11   collagen. So you have a blue color for the
12   nucleus of the cells to identify the cells
13   and you have a red staining mainly for the
14   collagen and, yeah.
15        Q.    Let's go to the very first
16   slide that you have, very first image that
17   you have on Exhibit C.
18        And down in the lower right
19   there is a scale of 500 microns, correct?
20        A.    Yes.
21        Q.    And what's the magnification of
22   this, do you know?
23        A.    I don't know in this, but when
24   I made the image there, I was asked -- I

Page 543

1    usually took the 40 magnification, 100, 200,
2    400. These are the options at the
3    microscope. And then the analyzing system
4    asked me which magnification was done there
5    and then they put into the slide this scaling
6    there.
7         So to place the scaling there,
8    I had to answer the correct magnification.
9    There are only four or five. So we have a
10   look through the different things, then, of
11   course, we will see whether it's the 400 or
12   the 40.
13        Q.    Well, there are different -- I
14   see different scales throughout these
15   photographs.
16        A.    It's 40, 100, 200, 400
17   magnification.
18        So as I recall, these are the
19   four different magnifications and there will
20   be correspondingly four different scales
21   here.
22        Q.    Okay. What does this tell you
23   about this first image in Exhibit C with --
24   lower right-hand corner it says 500 microns.

Page 544

1    In the middle of the first image on
2    Exhibit C, there's a measurement of
3    168.53 microns.
4         Can you tell from looking at
5    this image what the magnification is?
6         A.    The magnification would be 40
7    or 100.
8         Q.    Okay. Now --
9         A.    When I saved the images, I name
10   it so usually I get it from the name.
11        Q.    I believe that one doesn't have
12   any scale on it at all.
13        A.    Yeah, sometimes I forgot it.
14   Sorry. So 200 -- no, 500, 50, this is the
15   highest magnification, this is 400, then
16   this is 40. 40. 40 fold magnification.
17        Q.    And how did you conclude that?
18        A.    Because I've seen there one
19   with the highest magnification and this was
20   400. And so in this the scale was only 50
21   and here we have 500 so it is one-tenth.
22        Q.    Now, you made these images
23   yourself from a scanning electron microscope?
24        A.    No, from a conventional light

Page 545

1    microscope.
2         Q.    And where did you have that
3    light microscope?
4         A.    In our lab on the third level
5    in room 45 at -- no, ward 45, room 1. On a
6    desk, we have two of them and on the left,
7    there is a camera on it to make these images.
8         Q.    Thank you, Doctor.
9         The first image to Exhibit C, I
10   believe you said the red area depicts
11   collagen.
12        A.    It's mainly collagen, yeah.
13        Q.    And what does the tan area
14   represent?
15        A.    The tan?
16        Q.    This area over here, I call
17   tan.
18        A.    Here?
19        Q.    Yes.
20        What is that?
21        A.    There is nothing. No cells
22   there.
23        Q.    Does that mean there's no
24   tissue?

52 (Pages 542 to 545)

Prof. Dr. Med. Uwe Klinge

Page 546

1    A.    No tissue on this.
2    Q.    Does that mean the slide does
3  not contain any tissue as you're looking at
4  it?
5    A.    Yes.
6    Q.    Okay.  Does that mean that the
7  area marked as 168.53 is at the right extreme
8  of the sample you're analyzing?
9    A.    In this picture, yes.
10    Q.    And what is the area marked as
11  168.53?
12    A.    This is a fragment of the
13  polymer fibers.  When looking to the slides,
14  the first thing I try to do is to measure the
15  diameter of these fragments so I know that
16  there is a -- the cutting of these fragments
17  is not directly horizontal to the course of
18  the fibers.
19        But to have a rough impression
20  what is a diameter of the fiber that it is in
21  the area that I expect to be there.
22    Q.    Doctor --
23    A.    So that is around 150 microns.
24    Q.    Okay.  Now, do you believe that

Page 547

1  this -- is this a mesh fiber, is that what
2  you're saying?
3    A.    It is consistent with the --
4  with the fact that the -- that this fiber has
5  the diameter of 160.  If I would have seen a
6  polymer with only 4 microns from this, then I
7  would have some doubts that it's the right
8  material.
9        But this finding is consistent
10  with a polypropylene fiber of a TVT®-O or
11  TVT®.
12    Q.    So what does this mean to you?
13        What's the significance of this
14  finding on this slide which is the first
15  slide of Exhibit 3 to your report?
16    A.    It's consistent with the
17  assumption that it's a TVT®-O or a TVT®.  If
18  it would have been 250 or 300 microns, then I
19  should to rethink about it.  It's just a
20  confirmation that I really just got what was
21  written in the table.
22    Q.    And so you're consulting a
23  table as you review these images; is that
24  correct?

Page 548

1    A.    I have the information of this
2  table, yeah, but usually I look to the images
3  and without any knowledge so in a blind
4  fashion.
5    Q.    I understand.
6        Did you prepare the table which
7  is prepared as the last page of your report?
8        MR. ANDERSON:  I prepared it in
9  accordance with the chain of custody
10  forms.
11        MR. THOMAS:  Did you prepare
12  all of it?
13        MR. ANDERSON:  Well, I had to
14  get his ID number and the Jordi ID
15  number and the Steelgate specimen
16  number and all of the information that
17  Steelgate had in conjunction with the
18  various other information so that I
19  could assimilate his -- the
20  information that he provided on his ID
21  number, and then everything from N to
22  R he prepared or gave the information.
23        So the reason for doing this
24  was to make it A, easier to keep up

Page 549

1  with the chain of custody so that you
2  could see where it went from explant
3  to his hands.  It would also be
4  consistent with the chain of custody
5  forms that Mr. Snell and I agreed to
6  and so it would make it easier at this
7  deposition for you if you wanted to
8  look at a particular device or
9  whatever and be able to compare them.
10        So that was the effort that I
11  put forth in order to try to put the
12  information of all of the slides in
13  one spot for both you and I.
14  QUESTIONS BY MR. THOMAS:
15    Q.    And the identifier for these
16  slides is in the lower left-hand corner; is
17  that correct?
18    A.    That is the number or the
19  coating that I found on the slide, on the
20  stainings, yeah.
21    Q.    Was this number already on the
22  staining or did you have to add it to this
23  document?
24    A.    No.  I used -- I used -- I used

53  (Pages 546 to 549)

Prof. Dr. Med. Uwe Klinge

Page 550

1  the number from the stainings from Professor
2  Kreutzer and then I placed them or I named
3  the images according to this number and added
4  the sort of staining and added the
5  magnification in the name of the slides.
6      Q.   Did you receive all -- did you
7  see -- is 22 slides all you received or did
8  you receive any more than that?  Excuse me,
9  strike that.
10         Did you receive slides from 22
11  separate patients, or did you receive more
12  than that?
13      A.   No, 21, 22 cases, different
14  cases.
15         MR. THOMAS:  Can we take a
16  break a second, please?
17         MR. ANDERSON:  Sure.
18      (Off the record at 2:42 p.m.)
19  QUESTIONS BY MR. THOMAS:
20      Q.   Doctor, looking again at the
21  first image of Exhibit C to your report, what
22  of significance do you find in this image
23  related to adverse reaction to mesh?
24      A.   Just to explain I looked

Page 551

1  through all of these stainings there and I
2  define some parameters which I've been
3  looking at and these I put in this table and
4  then I made some exemplary images of every
5  case. It's even at this low magnification,
6  it is just one small part of the section.
7  The section is much bigger, and, therefore, I
8  just want to cover the general impression of
9  any of these findings that are on the table
10  by these images.
11         So what you see here is
12  appearance of a polymer fiber in a size that
13  we expected.  You see some fat tissue there
14  at the lower part and you see extensive
15  tissue here very close to this fiber.  And
16  this is indicated by the red color.  This is
17  the content of this image.
18      Q.   Is fat tissue and collagen the
19  same thing?
20      A.   No.  The fat tissue is this
21  lower part by the fixation, by the staining.
22  Essentially the fatty liquids are removed so
23  you have almost empty spaces there and you
24  can identify fat cells that you only have the

Page 552

1  cell wall around, and in these cells, the
2  nucleus is at the bottom and you have an area
3  in the middle where the fatty acids have been
4  and, therefore, it is bright.  You don't see
5  significant structures in the fat tissue.
6      Q.   Okay.  So you showed me the fat
7  tissue and the collagen and you've also shown
8  me the polymer fiber.
9         What else is of significance in
10  the first slide of Exhibit C?
11         MR. ANDERSON:  Objection to the
12  form of the question.
13         THE WITNESS:  I wouldn't point
14  out any others.
15  QUESTIONS BY MR. THOMAS:
16      Q.   Okay.  When you looked at the
17  22 different patients you said that you
18  developed some parameters.
19         What does that mean?
20      A.   The parameters I want -- in
21  general, this -- looking at these samples I
22  want to get a confirmation that what we have
23  seen in all these animal slides, what we have
24  seen in the human explants from the abdominal

Page 553

1  wall that this is confirmed by explants
2  provided by Professor Kreutzer, as well and,
3  therefore, the first is that I look to the
4  fiber size, I try to measure it, that I
5  really am sure that it's a monofilament -- a
6  monofilament in a size that has to be
7  expected then, that was the first.
8         The second is the bridging,
9  whether I see pores, the room between two
10  filaments that are filled with fat and I made
11  a coating to get or to differentiate whether
12  these pores are frequently seen, rarely seen,
13  always seen or never seen.
14         The next was whether there was
15  some sign of folding on shrinkage.  The main
16  structure should be -- if there is no folding
17  and shrinkage, should be in a plain way
18  detectable in these stainings or shouldn't be
19  in a folded or in a wave-like position.
20         If I saw somewhere at the mesh
21  that there is a doubling of the structures or
22  there is a configuration that cannot be
23  explained by a plain positioning, then I
24  marked it with a yes.

54 (Pages 550 to 553)

Prof. Dr. Med. Uwe Klinge

Page 554

1        And then finally I looked at
2   the S100 stainings, whether there are some
3   nerves in the -- within the scar area of
4   surrounding the mesh because in former times,
5   there has been the discussion the big nerves
6   are not in this area, therefore, it is
7   impossible that the mesh interacts with some
8   nerves and for this purpose, I just mentioned
9   whether there are some nerves, yes or not,
10  and in fact, you see nerves in this -- small
11  nerves that cannot be visualized by the
12  surgeon during the operation, but you have
13  there some nerve structures very close to
14  this wound.
15       These are the four points and
16  every slide I analyzed to get an opinion on
17  these four things, for every case.
18       Q.    The parameters that you've just
19  described, are those parameters unique to
20  this case?
21       A.    Yes, unique.
22       Q.    Okay.  And why did you pick
23  those parameters?
24       A.    Because the value of this -- of

Page 555

1   these explants is that they allow me to
2   confirm that -- or to test whether what we
3   have seen in the animal tissues, in the human
4   tissues of the abdominal wall, whether this
5   is true for these.  I had the data from
6   Professor Klosterhalfen from his explants and
7   it already indicated that it is similar or
8   comparable and now I personally have the
9   option to test -- to have it tested at these
10  22 sections.
11       Yeah, overall, in fact, you see
12  this extended bridging there, you see that
13  the distance between the fibers is less than
14  these 1,400 microns.  So it is -- it
15  underlines, again, that it is irrelevant to
16  discuss these 1,400 because if you look to
17  the tissues, you see this bridging with these
18  devices.
19       Q.    Okay.  You said a number of
20  things in your answer I want to talk about.
21       You mentioned you received some
22  explants from Professor Kreutzer; is that
23  right?
24       MR. ANDERSON:  Objection.

Page 556

1   Slides.
2        THE WITNESS:  Slides.
3        The data explants from
4   Professor Klosterhalfen.
5   QUESTIONS BY MR. THOMAS:
6        Q.    That's better.  I thought he
7   said explants.  That's -- so the only thing
8   you received from Dr. Kreutzer were the
9   slides?
10       A.    Yes.
11       Q.    Now, the information that you
12  received from Dr. Klosterhalfen was the data
13  that he generated from his analysis of his
14  explant collection, correct?
15       A.    No, I got his data and I had
16  the opportunity to have a look at some
17  stainings in Düren as well.
18       Q.    Okay.
19       A.    So I've seen it.
20       Q.    But just so I understand, the
21  stainings that you looked at in Düren were
22  stainings that Dr. Klosterhalfen had already
23  prepared and analyzed; is that true?
24       A.    Yes.

Page 557

1        Q.    And reported on his findings
2   for those stainings?
3        A.    Yes, but in the moment, I
4   didn't know it.  He just placed these tissues
5   to me and so, yeah.
6        Q.    Okay.
7        A.    I could not relate it to the
8   databases.  It was -- again, it was one way
9   to test whether this was confirmed in these
10  tissues with these explants what we -- what
11  our points of concern are.
12       Q.    What form did the information
13  take that Professor Klosterhalfen gave to
14  you, the data that you talked about?
15       Is it a chart or is it
16  information on the -- that contains his
17  information -- strike that.
18       Did Professor Klosterhalfen
19  give to you a document that detailed his
20  analytical findings from his explant
21  collection?
22       A.    I had an Excel sheet where he
23  had some of his findings.
24       Q.    Is this the Excel sheet we

55 (Pages 554 to 557)

Prof. Dr. Med. Uwe Klinge

Page 558

1   talked about last year, the same sort of
2   thing that you have on your computer?
3       A.   Similar.  Similar.
4       Q.   Is it the same document, just
5   more explants?
6       A.   No.  No.  We talked last year
7   about only explants, full explants, of the
8   abdominal wall.
9       Q.   Okay.
10      A.   Now it is in other Excel sheet
11  for the explants from the pelvic floor.
12      Q.   Okay.  And did you analyze the
13  data provided to you by Professor
14  Klosterhalfen to understand the complications
15  which occur from mesh implants in a pelvic
16  floor?
17      A.   I made an analysis of this data
18  in regard -- or to see whether these slides
19  confirm our opinions and our experience from
20  the abdominal call.
21      Q.   In addition to the Excel
22  spreadsheet that you have of Professor
23  Klosterhalfen's findings, you also went over
24  to Düren and looked at some slides, correct?

Page 559

1       A.   Yes.
2       Q.   Did you look at all of the
3   slides that he had?
4       A.   No.
5       Q.   How many did you look at?
6       A.   About 20 to 30.
7       Q.   Why did you look at 20 to 30
8   slides?
9       A.   To have it seen by my personal
10  eyes.
11      Q.   Okay.  Have you produced to us
12  the Excel spreadsheet with the data that you
13  received from Professor Klosterhalfen?
14      A.   Not that I recall.
15          MR. ANDERSON:  You have it.
16      It was the one that we produced
17      to you right before Klosterhalfen's
18      depo and that was the one that Henry
19      also gave to you at the depo or showed
20      you at the depo.
21          MR. THOMAS:  That's the
22      Klosterhalfen exhibit from the BARD
23      litigation.
24          MR. ANDERSON:  Correct.  That

Page 560

1   correlates to the 473, I forget the
2   number, pelvic floor explants in Düren
3   that he's referencing now.
4   QUESTIONS BY MR. THOMAS:
5       Q.   Okay.  And you were relying on
6   the data generated by Professor Klosterhalfen
7   in part for your opinions that you're giving
8   from your review of these slides; is that
9   fair?
10      A.   There is no -- I don't
11  understand whether you see a relation to
12  this.  We have our experience that bridging
13  is important and so on, and we have tested by
14  our own explants.  I took the opportunity to
15  have it controlled in Düren.  I took the
16  opportunity to have it tested by the data
17  sheet of his and then I took the opportunity
18  to have it tested -- test our opinions, our
19  experience at the 21 cases that I got from
20  Professor Kreutzer and finally eventually I
21  took the opportunity to check this at the
22  last 22nd of this case.
23          So it is subsequently permanent
24  confirm -- or looking for a confirmation or a

Page 561

1   rejection of what we know.
2       Q.   And just so I understand, this
3   is the collection of explants maintained by
4   Professor Klosterhalfen in Düren that I'm not
5   allowed to see; is that true?
6           MR. ANDERSON:  Objection to
7       form.
8           MR. THOMAS:  It's true, isn't
9       it?
10  QUESTIONS BY MR. THOMAS:
11      Q.   This is the collection
12  protected by German privacy laws that limits
13  and prohibits me from looking at it without
14  permission from the patient.
15          Do you know the answer to that?
16      A.   I have read it, but I'm not
17  familiar --
18      Q.   I'm talking about whether I can
19  see it.
20      A.   What?
21          I'm not an expert what are the
22  legal steps to go over there and to do so.  I
23  read it in the depo form.
24      Q.   Now, when you were at the

Prof. Dr. Med. Uwe Klinge

Page 562

1  university, you were a surgeon and you
2  practiced as a surgeon until 2006, correct?
3      A.   I am a surgeon and practiced
4  until 2006.
5      Q.   You did not work for the
6  Institute of Pathology?
7      A.   No.
8      Q.   And that was Dr. Klosterhalfen
9  who worked in the Institute of Pathology and
10 collaborated with you on your work?
11     A.   Yes.
12     Q.   Are you permitted at the
13 hospital where you work to sign pathology
14 reports?
15     A.   No, I'm not permitted to do.
16     Q.   Did you have a residency in
17 pathology?
18     A.   No.
19     Q.   Did you have a fellowship in
20 pathology?
21     A.   No.
22     Q.   Have you ever been an editor or
23 reviewer of a pathology journal?
24     A.   No.

Page 563

1      Q.   Are you familiar with the
2  staining technique known as neurofilament
3  staining?
4      A.   I've read it and I know that it
5  exists.
6      Q.   Have you ever used
7  neurofilament staining?
8      A.   Not that I recall in the recent
9  time.
10     Q.   What is the purpose of
11 neurofilament staining?
12     A.   It's another option to
13 visualize nerval structures.  More specific.
14     Q.   More specific.
15         It can -- okay.  Did you ask
16 for neurofilament staining of the samples
17 that you looked at?
18     A.   No.
19     Q.   Why not?
20     A.   I didn't ask.
21     Q.   Why not?
22     A.   Because in our experience, we
23 made at -- or we preferred due to the advice
24 of Professor Klosterhalfen the S100 staining

Page 564

1  to get an impression whether there are some
2  nerves or not.  And we're not -- or the main
3  focus of our research was not to specify
4  there whether it's neurofilaments or there
5  are so many different options to use
6  antibodies against nerves so we selected
7  S100.
8      Q.   Okay.  You and
9  Dr. Klosterhalfen decided which staining
10 method to use?
11     A.   Mainly he decided.  I think we
12 started at the -- in the '90s and he proposed
13 to use S100 because this was established in
14 the Institute for Pathology and we got good
15 images and good information from this and,
16 therefore, it is still widely used and we are
17 satisfied with it.
18     Q.   Doctor, isn't it true that
19 normal vaginal tissue contains nerve fibers?
20     A.   Yes.
21     Q.   And so the fact that your
22 staining picks up nerve fibers is not
23 remarkable by itself?
24     A.   As I told you, the intention to

Page 565

1  look for these fibers has been discussions we
2  had that someone is standing up and said,
3  okay, it cannot be that someone -- some
4  patient has some pain because the big nerves
5  we took care during the operation and the big
6  nerves are far away and that just to
7  demonstrate to an audience that there are
8  these tiny nerves that cannot be seen by any
9  surgeon when he's in this field, we just made
10 it for this purpose and, therefore, we didn't
11 make any further analysis.  Just yes, no, and
12 as you said earlier, everyone knows that
13 these nerves are there, but some of my
14 colleagues they don't want to know it maybe.
15     Q.   What do you mean, "They don't
16 want to know it"?  I don't understand.
17     A.   They ignore this fact sometimes
18 in discussions.
19     Q.   They ignore the presence of
20 nerves?
21     A.   Of these small, tiny nerves
22 there, yeah.
23     Q.   I see.
24         (Klinge Exhibit 24 marked for

57 (Pages 562 to 565)

Prof. Dr. Med. Uwe Klinge

Page 566

1    identification.)
2    QUESTIONS BY MR. THOMAS:
3        Q.   Doctor, I've handed you what's
4    been marked as Deposition Exhibit Number 24
5    and ask you if that's the pathology report
6    for Carolyn Lewis?
7        A.   Yes.
8        Q.   Thank you.  I'm sorry, I didn't
9    hear your answer, I apologize.
10       A.   I didn't get the question.
11           MR. ANDERSON:  He didn't
12   answer.  He was still looking.
13   QUESTIONS BY MR. THOMAS:
14       Q.   Oh, okay.
15           Did the pathology report inform
16   your opinions at all about the tissue
17   reaction Ms. Lewis had to the mesh implant?
18       A.   I didn't get the -- did the
19   pathology -- no, first of all, I looked
20   afterwards to this pathology report, and as I
21   tried to explain, I'm looking to bridging,
22   folding, nerve contact and this is not
23   included here.  But what they describe is the
24   usual appearance and, unfortunately, it's a

Page 567

1    usual report given by pathology when they get
2    an implant, but they never looked to the
3    pores or the extent of the scar tissue.
4            So I would expect a similar
5    report in Germany.
6        Q.   And just to be clear, there's
7    nothing remarkable in Exhibit 4 which is the
8    pathology report to Ms. Lewis that the
9    pathologist found after the explantation to
10   suggest any remarkable tissue reaction with
11   the mesh; is that true?
12       A.   It is too unspecific.  It just
13   confirms that the routine pathology is not
14   able to give a detailed description of the
15   tissue reaction to a device.
16       Q.   Now, are you able to detect
17   fibroblasts as you look at these images?
18       A.   Yes, yes, you can see them.
19       Q.   Are you able to detect
20   microcapillary cells?
21       A.   Microcapillary, endothelial,
22   yes, you can see it.
23       Q.   What is a microcapillary cell?
24       A.   I assume that you are thinking

Page 568

1    of some endothelial cells forming vessels.
2        Q.   And what are fibroblasts?
3        A.   Fibroblasts are cells that are
4    used to -- mainly their task is make a
5    deposition of collagen there.  They are
6    very -- or if you have an injury or a damage
7    in the tissue, usually the fibroblasts are
8    called to make an unspecific repair by
9    forming scar tissue in this field of damage
10   and defect.  It's -- they are the cells
11   mainly responsible for the scar tissue and
12   has to be differentiated from more
13   specialized cells as fat tissue, for example.
14       Q.   And what is -- what are --
15   what's collagen?
16       A.   Collagen is a protein.  There
17   are 13, 16 different collagens.  Mainly we
18   have to deal with collagen 1.  That is a
19   protein of several helixes and this is
20   responsible for the stability of fascia and
21   of skin.  It has to be separated from
22   collagen type 3.  That is a collagen that
23   appears usually at the early days of wound
24   healing and later on is replaced by this

Page 569

1    stable collagen 1.  An increased amount of
2    collagen 3 is an indicator of an impaired
3    wound healing and indicator for high risk for
4    recurrent hernia.
5        Q.   Is the presence of fibroblasts,
6    microcapillary cells and collagen bundles
7    inconsistent with the formation of scar
8    plate?
9        A.   Complete different things.
10   They are -- they contribute to the extent of
11   a scar.
12       Q.   But the presence of --
13           MR. ANDERSON:  Were you through
14   with your answer?
15           THE WITNESS:  What?
16           MR. ANDERSON:  Were you through
17   with your answer?
18           THE WITNESS:  Yes.
19   QUESTIONS BY MR. THOMAS:
20       Q.   But the presence of
21   fibroblasts, microcapillary vessels and
22   collagen bundles are an indication of proper
23   tissue integration, correct?
24       A.   You can't decide from the

58 (Pages 566 to 569)

Prof. Dr. Med. Uwe Klinge

Page 570

1    presence of these cells either whether it's a
2    scar plate or a scar net.  If you stick to
3    these words or whether it's proper or whether
4    it's inadequate, it's just described that
5    there is some scar reaction there, but it
6    gives -- it doesn't give you any hint whether
7    it's sufficient, necessary or too much scar.
8         Q.   Have you read the expert report
9    of Dr. Zing?
10        A.   Yes.
11        Q.   Okay.  And do you agree with
12   the findings of Dr. Zing?
13             MR. ANDERSON:  Well, objection.
14   Which ones?  It's a long report.
15   Which ones?
16   QUESTIONS BY MR. THOMAS:
17        Q.   Just generally, do you agree
18   with the findings of Dr. Zing?
19        A.   I need to go to the paper
20   otherwise.
21        Q.   Do you have a recollection of
22   anything in the report that you disagreed
23   with?
24             MR. ANDERSON:  Again,

Page 571

1    objection.
2              MR. THOMAS:  I understand.
3              MR. ANDERSON:  Without letting
4    him see the report.
5              THE WITNESS:  My rough
6    recollection was that he described a
7    lot of things that I can agree to, but
8    my impression was that he didn't have
9    a -- or that his experience in
10   comparing tissue reaction to different
11   textile structures, that this -- his
12   experience is limited.
13   QUESTIONS BY MR. THOMAS:
14        Q.   Okay.
15        A.   And that his statements whether
16   it is a -- about the quantity in comparison
17   to others, that there are only very few
18   remarks on it.  But otherwise we have to go
19   to --
20        Q.   Okay.  Let's go to page 70 of
21   your report.
22             Now, are the images of page 70
23   of your report also contained in appendix C?
24        A.   I'm not sure.  I made a lot of

Page 572

1    images, but I have to look whether all of
2    these are here or --
3              MR. THOMAS:  Do you know, Ben?
4    I don't want to spend my time looking
5    through the report and I'm just
6    curious.  I'll want copies of the -- I
7    will want copies of these if they're
8    not the same.
9              MR. ANDERSON:  I don't know if
10   all of them are the same, but
11   certainly have an agreement with Burt
12   that we can -- that we need to swap
13   slides.  Zing's come to me, mine go to
14   you.
15             MR. THOMAS:  Okay.  I didn't
16   know that.
17             MR. ANDERSON:  Yeah, you-all
18   need to talk more.
19             Yeah, so you'll have the
20   opportunity to -- or have your guy
21   look at ours and I need your guy -- I
22   need yours, too.  We just need to get
23   that worked out.
24             MR. THOMAS:  You need the

Page 573

1    slides --
2              MR. ANDERSON:  The slides.
3              MR. THOMAS:  -- somebody else
4    has.  They're not mine.
5              MR. ANDERSON:  So they can be
6    observed by someone else that are not
7    yours.
8              So I can't really answer this
9    question.
10             MR. THOMAS:  Okay.  We'll just
11   make a record of that fact.  We're not
12   sure that the images that appear on
13   pages 70, 71, 72 and 73 and 74 also
14   appear in the appendix C.
15   Mr. Anderson advises that there's an
16   arrangement whereby we will exchange
17   slides so that Dr. Zing will have an
18   opportunity to review what
19   Dr. Klinge's reviewed, and Dr. Klinge
20   will have an opportunity to review
21   what Dr. Zing reviewed; is that
22   correct?
23             MR. ANDERSON:  That's correct.
24   I know without every one of these

Prof. Dr. Med. Uwe Klinge

Page 574

1    photos and taking up your time,
2    without comparing all of these, I know
3    that some of them are certainly in the
4    back.
5            MR. THOMAS:  And probably by
6    definition since there are so many of
7    them, some of them aren't.
8            MR. ANDERSON:  I don't know if
9    that's true.
10   QUESTIONS BY MR. THOMAS:
11       Q.    So going to page 70, do you
12   know if the images from page 70 are from
13   Carolyn Lewis?  And the reason why I ask is
14   on the next page, you refer to her by code
15   name on page 71 for the first time.
16       A.    Yes.  And, therefore, the first
17   images are not from this case.  These are
18   from the first 21 cases.  And then later on,
19   one week later, I got the case BAL 13-23 and,
20   therefore, the first images are not from her.
21           MR. ANDERSON:  It's BAL 13-23.
22   QUESTIONS BY MR. THOMAS:
23       Q.    Why didn't you say Carolyn
24   Lewis in your report?

Page 575

1            MR. ANDERSON:  Objection.
2            THE WITNESS:  No specific
3    reason for it.
4    QUESTIONS BY MR. THOMAS:
5        Q.    Okay.
6        A.    When I got all this -- all
7    these numbers, I have no problems to use
8    these numbers.  If I take numbers of -- names
9    here, I'm not allowed -- I'm not
10   well-informed about possible consequences
11   there.  But when I get a slide with a code, I
12   take the code.
13       Q.    Dr. Klinge, so the first images
14   that relate to Carolyn Lewis appear on
15   page 71?
16       A.    Yeah.
17       Q.    Now, what are the three images
18   that appear in the middle of page 71?
19       A.    All these are HE stainings and
20   should give you an impression that it's only
21   a small part of the tissue there.  It's not a
22   big section that has been stained there.  And
23   a lot of red there, a lot of deposition of
24   collagen and I used a polarization filter.

Page 576

1    It has been possible to detect polymer
2    particles better because they start to get
3    bright there in this.
4        Q.    Let's stay with the three
5    images on page 71 for right now.
6             As you look at the three images
7    on page 71 --
8        A.    Yeah.
9        Q.    -- is there anything about
10   those images that suggests to you that there
11   is inadequate tissue integration -- strike
12   that.
13            Looking at the images on
14   page 71, the three right there in a row, is
15   there anything about those three images that
16   suggests to you that there's an inappropriate
17   inflammatory response to the mesh?
18           MR. ANDERSON:  Objection to the
19   form.
20           Go ahead.
21           THE WITNESS:  What you see in
22   this is in the middle part, it's a
23   higher magnification than you see some
24   inflammatory infiltrate close to the

Page 577

1    polymer that is the typical foreign
2    body reaction.
3    QUESTIONS BY MR. THOMAS:
4        Q.    I am sorry, that's a typical
5    foreign body reaction?
6        A.    Yeah.
7        Q.    Okay.  Thank you.
8        A.    Foreign body reaction.
9             On the right side, you see that
10   there are some fibers, and in between, the
11   space is completely filled by scar tissue and
12   on the left side, you see the lowest
13   magnification, then you see, again, that
14   there nowhere is a huge area of fat tissue,
15   but all is a scar tissue there.
16            So overall, this HE staining
17   confirms that this mesh material completely
18   is integrated in a scar field.
19       Q.    Okay.  We talked earlier about
20   a scar net or a scar plate?
21       A.    Yeah.
22       Q.    Is it a scar net or a scar
23   plate?
24       A.    It is obviously a scar plate

60 (Pages 574 to 577)

Prof. Dr. Med. Uwe Klinge

Page 578

1  because a scar net would require some fatty
2  tissue in between the filaments. And if
3  you're measuring or looking at the distances
4  between the filaments, the filament is
5  150 microns and the distance is very close
6  together. So you can suspect that this is at
7  the linking part and not in the middle of the
8  pores, but if you look through the entire
9  section, you always find images like here,
10  not the big distances.
11      Q.  Okay. And when you get these
12  slides, has the mesh -- does the mesh
13  typically fall out of the slides before you
14  analyze them?
15      A.  Usually, it is a very thin
16  section there and by the knives, it take the
17  polymer fibers out and usually they are --
18  they are out and you only see the cells
19  around.
20      Q.  Okay. So you actually when you
21  look at the slides, you're looking at a hole
22  as opposed to the polymer?
23      A.  Very often, yeah.
24      Q.  Can you tell on 71 whether

Page 579

1  you're looking at the polymer or the hole?
2      A.  From these images, it is very
3  small, but I think even if you make it
4  bigger, that you don't see directly the
5  polymer in this, but only the holes.
6      Q.  Okay. The middle slide depicts
7  a normal fiber foreign body reaction,
8  correct?
9      A.  A typical.
10      Q.  A typical foreign body
11  reaction.
12          Is there anything else
13  remarkable about the middle slide?
14      A.  No.
15      Q.  Now, the slide on the left, you
16  said the red, does that depict collagen?
17      A.  Yeah. Mainly collagen and this
18  is expressing the scar reaction there.
19      Q.  Okay.
20      A.  It's not the yellow color of
21  the fat tissue, but it's the red color of
22  collagen-rich scar. Fibrotic.
23  Fibroconnective tissue.
24      Q.  So I thought collagen was good.

Page 580

1          MR. ANDERSON: Objection.
2          THE WITNESS: In sweeties, it's
3  perfect. There's some sweets made of
4  collagen. There, it's great.
5  QUESTIONS BY MR. THOMAS:
6      Q.  I thought collagen deposition
7  between pores was a good thing.
8          Is that not true?
9      A.  It depends if you have a wound
10  from a burn, then you get an extensive scar
11  formation, and I don't know whether you have
12  seen these images of contractures for these
13  patients. It is a catastrophe. So scar is
14  defect healing, but scar is part of the
15  physiological wound repair as well. It
16  depends on the quality and quantity of the
17  scar.
18          QUESTIONS BY MR. THOMAS:
19      Q.  Describe for me, please, in as
20  detail as you can, what it is about the
21  picture on the left on page 71 that shows you
22  that this is a scar plate?
23      A.  There is no -- not any or there
24  is no area where I can identify a pore that

Page 581

1  is filled by fat tissue. That is not filled
2  by scar and our definition of bridging was
3  that the pore is completely filled by scar
4  tissue.
5      Q.  When you say "your definition,"
6  that definition accepted generally in the
7  field of pathology?
8      A.  That is the definition that we
9  published since years what I -- what is
10  accepted by the documents from Ethicon I saw,
11  I never realized that there was any objection
12  to this.
13      Q.  My question is: Do you know
14  that the definition that you used is
15  acceptable in the field of pathology?
16          MR. ANDERSON: Objection.
17          THE WITNESS: I don't know what
18  is your feeling, what does it mean
19  acceptance in the field of pathology,
20  by whom, in what specific situation?
21  QUESTIONS BY MR. THOMAS:
22      Q.  Okay. Let's go to the same
23  page on the right side, I would like for you
24  to describe for me, please, what is

61 (Pages 578 to 581)

Prof. Dr. Med. Uwe Klinge

Page 582

1    remarkable about the image on the right side
2    of the three section on page 71?
3        A.    This is a section where you see
4    in the middle the two almost circular holes
5    where it is likely that there -- a polymer
6    fiber has been there.  You see on the left
7    side of this image that it's a little bit not
8    circular because you have a diagonal cutting
9    in this area.
10        On the right-hand side, you may
11    have the impression that there may have been
12    some of the polymer fibers, but it's not
13    clear whether it's a destruction of the
14    tissue there by the cutting process, but,
15    however, all of the tissue in between the
16    fibers it is scar.
17        Q.    Next page, page 72 at the top,
18    there are three images there and the heading
19    says, "Some areas of the polymer showed
20    considerable M homogeneity of the crystal
21    structure that can hint to a present change
22    of the crystal structure."
23        What does that mean?
24        A.    As I told you, we have -- we're

Page 583

1    frequently using this polarization filter
2    because this allows us to differentiate
3    between collagen 1 and collagen 3 or to --
4    yeah.  And to identify collagens better.
5        And another option of this
6    polarization filter is the identification of
7    some smaller particles, and I use this to
8    look whether there are some particles.  And
9    if you're looking at the upper row in the
10    right picture, you see that there are very,
11    very small particles there, highlighted
12    there.  And it is usually just doing it
13    without the filter, you will not see them
14    because they are almost the same appearance
15    as some cells.  But when using the filter,
16    you really see in a there is a foreign body.
17        On the left, you see a polymer
18    fiber as I would have expected it,
19    homogenously as a polymer.  In the middle,
20    you see that it is different.  I have no
21    explanation for this.  The only explanation I
22    can imagine is that there is some
23    heterogeneity or change in the crystal
24    structure that leads to this different

Page 584

1    rejection of the light there.
2        It is just a -- what I have
3    seen there, I didn't know any literature
4    making deeper studies to relate degradation
5    to this, but I think it is a finding that may
6    offer the option to make investigations using
7    this filter when you want to look at the
8    degradation of polypropylene.
9        Q.    Do you have an opinion to a
10    reasonable degree of scientific certainty
11    that the image in the middle of the
12    three-image set on page 72 is degradation?
13        A.    As I tried to explain, there is
14    no other information about the -- or
15    confirmation that degradation can be seen by
16    this but for my -- from my point of view, it
17    is consistent with the opinion that there is
18    some structural change, but I need further
19    confirmation by further ongoing studies to
20    prove this, but I just want to mention this.
21        Q.    Okay.  So just so I'm clear and
22    I can stop asking questions about it, is it
23    fair that you do not have an opinion to a
24    reasonable degree of scientific certainty

Page 585

1    that the image in the middle of those three
2    is degradation of the polypropylene mesh?
3        A.    Yes.
4        Q.    Okay.  Is the image in the
5    middle of the page of 72, is that your
6    camera?  What is that?
7        A.    The middle here?
8        Q.    Yes.
9        A.    No, it's another image of this
10    section where you see the different
11    appearance of the polypropylene.
12        Q.    I am sorry.
13        A.    Down there is a polymer which
14    seems to be intact as I would have expected
15    it, and in the middle, you see some light
16    changes of the appearance where I don't have
17    any detailed explanation for the studies.
18    It's a new finding.
19        Q.    These samples came to you fixed
20    in formalin, correct?
21        A.    Yes.
22        Q.    And slides were created.
23        Do you have any idea of the
24    extent to which the creation of the slides

Golkow Technologies, Inc. - 1.877.370.DEPS

Prof. Dr. Med. Uwe Klinge

Page 586

1    could create any kinds of particles?
2        A.   No.  It's -- yes, of course, it
3    has to be -- or the type of fixation, the
4    type of handling can -- or can make some
5    particles.
6        So, therefore, in the upper
7    row, where you see on the left side some very
8    small particles there, I cannot be sure
9    whether is done by the cutting, by the
10   preparation of these sections for these
11   stainings or whether it has been other
12   reasons.
13       But if you're looking to the
14   lower part of this, where you see a big
15   particle, a fragment of the fiber, there you
16   see that you already have some surrounding
17   tissue response there and, therefore, it is
18   clear that this particle has been implanted
19   during the index operation there.
20       Q.   Okay.  Have you finished your
21   comments and remarks about the top four
22   images?
23       A.   Yes.
24       Q.   Moving now to the image that

Page 587

1    you just discussed, the single image at the
2    bottom of page 72, and it says, "Around the
3    separate particle, the usual tissue reaction
4    can be seen is known from the tissue reaction
5    to polymer fibers."
6        Do you have an opinion to a
7    reasonable degree of scientific certainty
8    that this was a particle in Mrs. Lewis that
9    came out with her tissue explant?
10       MR. ANDERSON:  Objection to
11       form.
12       THE WITNESS:  I've seen this in
13       the sections which I got and saw this
14       particle in these slides there.
15   QUESTIONS BY MR. THOMAS:
16       Q.   Okay.  Do you have an opinion
17   as to whether this particle was -- strike
18   that.
19       Do you have an opinion as to
20   whether this image on page 72 is actually a
21   part of the polymer that was cut?
22       MR. ANDERSON:  Objection.
23       THE WITNESS:  The polymer
24       always is cut when you make this

Page 588

1    section, but in contrast to the
2    particles on the -- in the upper row,
3    you see that there is a reaction of
4    cells around, which is very tied
5    together to the surface of this
6    particle and this needs time.  So it
7    is impossible that this particle is
8    the result of the section and it shows
9    clearly that even these particles have
10   the typical foreign body reaction with
11   the foreign body giant cells and the
12   inflammatory infiltrate there.
13   QUESTIONS BY MR. THOMAS:
14       Q.   What is your opinion with
15   respect to the specific particle?
16       MR. ANDERSON:  Other than what
17       he just said?
18       MR. THOMAS:  Right.
19       MR. ANDERSON:  Okay.  In
20       addition to what you just said.
21   QUESTIONS BY MR. THOMAS:
22       Q.   Any further comments that you
23   have about this specific particle?
24       A.   No.

Page 589

1        Q.   Can you tell by looking at
2    the -- what you've described as a particle on
3    page 72 -- strike that.
4        Let's go to the next page.
5    Wait a minute.  Before we do that, the tissue
6    reaction to the polymer on page 72, "Consists
7    of an interzone of polymorphous mononuclear
8    inflammatory cells with some confluent
9    foreign body giant cells as a sign of chronic
10   inflammation, mainly located at the interface
11   the polymer."
12       Does that relate to the image
13   above or the next page?
14       A.   No, to this above.
15       Q.   And that's what you were
16   discussing before about showing the
17   inflammation evidence that that's been going
18   on for some time?  Is that true?
19       A.   This is the chronic foreign
20   body reaction that is ongoing lifelong that
21   happens to the filaments but to the particles
22   as well and this is -- yeah.
23       Q.   Page 73, the top of the page,
24   you have two images, the commentary says,

63 (Pages 586 to 589)

Prof. Dr. Med. Uwe Klinge

Page 590

1    "The thickness of this inflammatory
2    infiltrate is around 50 microns, but in some
3    areas with close distance between the
4    filaments, the entire space completely is
5    filled out by this inflammatory infiltrate.
6    In some areas, the accumulation of
7    inflammatory cells indicates a more active,
8    acute inflammatory reaction."
9         Tell me what it is about those
10   slides that demonstrate that the entire space
11   is filled out by this inflammatory
12   infiltrate.
13        A.    The fact that the entire space
14   between the filaments is completely filled
15   out by this infiltrate is not reflected in
16   these two images.
17        Q.    Okay.  What is depicted in
18   these images?
19        A.    You see on the left, you see
20   that I tried to measure the wall, the --
21   yeah, the inflammatory infiltrate, the
22   thickness of the inflammatory infiltrate very
23   close to the fiber and measured a distance of
24   about 50 microns here.

Page 591

1         On the left side close to the
2    polymer, you see some foreign body giant
3    cells in the red -- in the right picture --
4         Q.    Let's stop on the left for a
5    second.
6              How many foreign body giant
7    cells do you see?
8         A.    I didn't count them.
9         Q.    How do you determine what they
10   are?
11        A.    They are cells that -- that has
12   confluent nucleus, more than one nucleus, and
13   you have to go to the microscope and have to
14   go through the depth to identify whether it's
15   a giant cell, yes or not.  Otherwise, it can
16   be single cells laying over another.
17        Q.    You've used the term
18   "inflammatory infiltrate."
19             What is included in
20   inflammatory infiltrate?
21        A.    The inflammatory infiltrate, it
22   can be best seen on the right side where you
23   see a lot of these blue nucleus of these
24   cells.  These cells indicate this

Page 592

1    inflammatory infiltrate, and as we discussed
2    yesterday, it is a wide field to identify
3    which cells are specifically there.  Usually
4    there's about 40 percent that are positive
5    for markers that represent macrophages.
6    There are 30, 40 percent positive for markers
7    that are related to lymphocytes as the main
8    cells, but what's the name is specifically,
9    we're still working on it.
10        Q.    But the presence of the
11   inflammatory infiltrate itself is normal; is
12   that correct?
13        A.    Normal as it is in principle,
14   as it is compulsory of every foreign body
15   reaction.
16        Q.    What is abnormal about --
17             MR. ANDERSON:  Hold on.
18   QUESTIONS BY MR. THOMAS:
19        Q.    Did I interrupt you?  I didn't
20   mean to.
21        A.    In quantity, in quality, that
22   there is it, it is normal.  If you mean is it
23   normal in quantity, yeah.  For heavy-weight,
24   for a polypropylene, it is quantity that we

Page 593

1    can expect.
2              If you have other polymers, you
3    won't expect so much.
4         Q.    Okay.  What is it about the
5    nature of the inflammatory infiltrate that
6    you see at the top of page 73 creates a risk
7    of complications to Ms. Lewis?
8         A.    The inflammatory infiltrate
9    reflects an area of increased tissue
10   remodelling.  So you have an increased number
11   of cell dying there in -- you have an
12   increased turnover, you have an increased
13   proliferation of these cells there because
14   these inflammatory infiltrate has a more
15   rapid turnover than a -- than other tissues.
16        Q.    Is what you see --
17        A.    And, sorry --
18        Q.    I apologize.
19        A.    And, therefore, the presence of
20   an inflammatory infiltrate, that means that
21   there is a chronic wound, means an
22   intensified cell turnover with possible late
23   risks, but -- and an increased risk for
24   migration of the implant.

64 (Pages 590 to 593)

Prof. Dr. Med. Uwe Klinge

Page 594

1    QUESTIONS BY MR. THOMAS:
2        Q.    There was no evidence in the
3    Carolyn Lewis case that there was a migration
4    of the implant, was there?
5            MR. ANDERSON:  Objection.
6            THE WITNESS:  I cannot state
7    this from these sections.
8    QUESTIONS BY MR. THOMAS:
9        Q.    Okay.
10       A.    It's impossible.
11       Q.    Can you state that from your
12   review of the medical records in the case?
13           Do you know that?
14       A.    Whether it was a real
15   migration?
16       Q.    Yes.
17       A.    Of this?  No.
18       Q.    Okay.  Are the findings that
19   you've described in response to my questions
20   concerning the images at the top of page 23
21   consistent with the reaction that any
22   polypropylene mesh would have?
23       A.    With any heavy-weight, small
24   pore polypropylene meshes, they're completely

Page 595

1    consistent.
2        Q.    Okay.  Middle of page 73, what
3    do we see?
4        A.    We see, again, the holes where
5    the polymers has been.  You see an
6    inflammatory infiltrate around it and it
7    is -- it is an area where a folding and
8    doubling of the layers can be seen, but not
9    in this image, unfortunately, because we are
10   limited with -- the lowest magnification is
11   40, and, therefore, it is impossible to get a
12   good overview.  To really -- either -- no,
13   except of looking at the slides with a
14   microscope where you can see that the
15   configuration of the meshes are not in a
16   plane area any longer, the alternative would
17   be to make five, six images and to place them
18   together.
19           As we made it, we have seen it
20   already in some of the old documents where we
21   made these long combination of various
22   pictures to see the configuration of the
23   meshes.
24           MR. ANDERSON:  You said plane,

Page 596

1    you mean plane?
2            THE WITNESS:  A plane, yeah.
3    QUESTIONS BY MR. THOMAS:
4        Q.    So is it fair to understand
5    that it's your opinion that your microscopic
6    review of these slides shows you that there
7    was folding demonstrated, but this slide
8    that's in the middle, this image that's in
9    the middle of page 73 does not show that?
10       A.    That is -- that is correct.
11       Q.    And you need to see the entire
12   field in order to understand what you believe
13   to be folding demonstrated by that slide?
14       A.    That is correct.
15       Q.    Is the rest of the action --
16   excuse me.
17           Is the rest of the reaction in
18   the middle of page 73 that you've described
19   consistent with the foreign body reaction to
20   every heavy-weight, small pore mesh?
21       A.    Yes.
22       Q.    It is?
23       A.    Yes.
24       Q.    Thank you.

Page 597

1            MR. ANDERSON:  He was waiting
2    to make sure you distinguish
3    heavy-weight, small pore.  That's why
4    he was smiling.
5    QUESTIONS BY MR. THOMAS:
6        Q.    Page 73, the lower image, what
7    does the lower image depict?
8        A.    This is an image, I believe,
9    that the -- the expression of folding is
10   related to the lower image there.  There you
11   have the magnification of 40 and there you
12   have a wider view of the meshes.  And but in
13   reality when you look to the section, you see
14   further on where the mesh is going to.  Here
15   you have -- you see several places where the
16   polymer has been -- this is hardly to believe
17   that this is the mesh with the -- in plane
18   area without doubling or folding that you get
19   this section here.
20       Q.    And help me, I am sorry, it's
21   either late in the day or I'm not very smart,
22   maybe both.  The white areas in those, are
23   those actual polymers?
24       A.    These are some of the few parts

Prof. Dr. Med. Uwe Klinge

Page 598

1  where the polymers are still in place.  The
2  others you only see the holes, but, of
3  course, there has been some polymers now
4  laying in between or being removed by the
5  knife.
6      Q.   So in order for you to conclude
7  that there's been folding here, you count
8  both the polymers that you see and the holes
9  where you suggest that polymers have been and
10 conclude from that that there had to be
11 folding?
12     A.   Yes.
13     Q.   Anything more than that that
14 supports your contention that there's
15 folding?
16     A.   No.  It is the appearance of
17 the holes where the polymers has been and the
18 geometrical configuration of these in a
19 section.
20     Q.   Is there anything else
21 remarkable about the lower slide on page 73
22 other than your testimony about the folding?
23     A.   No.
24     Q.   Is the foreign body reaction

Page 599

1  depicted in the lower slide on page 73
2  consistent with heavy-weight, small pore
3  meshes?
4      A.   Yes.
5      Q.   On page 73 at the top, what do
6  we see?
7      A.   This is an S100 staining and in
8  the little of the left part of the image,
9  there I expect there has been a polymer.  It
10 was removed by the preparation, and you have
11 some areas with a brown staining there and
12 this is consistent with the presence of a
13 nerve in the area.
14         As we have three sections which
15 are very close to each other, if you're
16 looking to all three sections with S100, you
17 see that it's not an artifact -- an
18 artificial staining in one slide, but it is
19 an ongoing structure going through all of
20 these three slides so that I have no doubts
21 that there's a small nerve.
22     Q.   Okay.  And as we said before,
23 the mere presence of a nerve is not
24 remarkable by itself?

Page 600

1      A.   Not for me, but there are
2  people who are -- for whom this is an
3  important message.
4      Q.   In the slides that you analyzed
5  for Ms. Lewis, did you find any evidence of a
6  neuroma?
7      A.   No.
8      Q.   Did you find any evidence of
9  infection?
10     A.   If I remember correctly, there
11 was an area where you have an enhanced or
12 where you have an intensified inflammatory
13 infiltrate in this field.  I know from
14 Professor Klosterhalfen that the definition
15 of infection sometimes is only the appearance
16 of some more inflammatory cells than usually
17 so, therefore, I cannot state it for sure
18 that there has been one.
19     Q.   Do you have an opinion to a
20 reasonable degree of scientific certainty
21 based on your review of the slides that's
22 been provided to you that Ms. Lewis has an
23 infection because of her mesh?
24     A.   I don't have sure proof that

Page 601

1  there was an infection.
2      Q.   So is it fair to understand you
3  don't have such an opinion?
4      A.   Have an opinion that I did not
5  see it.
6      Q.   Great.
7          MR. THOMAS:  Can we take a
8  break, please?
9      (Off the record at 3:54 p.m.)
10 QUESTIONS BY MR. THOMAS:
11     Q.   Doctor, I want to direct your
12 attention to the chart that appears at the
13 end of your report where you compile your
14 findings from the -- your review of the
15 slides and the spreadsheet has columns O, P,
16 Q, R where you record what you found from
17 your review of the slides.
18         Is that correct?
19     A.   That is correct.
20     Q.   The first column P says
21 bridging, 1, less than 5 percent; 2, 5 to
22 30 percent; 3, 30 to 80 percent; and 4,
23 greater than 80 percent.
24         How did you measure that?

66 (Pages 598 to 601)

Prof. Dr. Med. Uwe Klinge

Page 602

1      A.    If you look to the entire
2  section, you have some areas where you can
3  identify something like a pore because you
4  see some filament on the one side and on the
5  other side.  And if you look to the space in
6  between two adjacent filaments, then you can
7  assume this to be a pore.  And if this is
8  filled, if the area between the two
9  neighboring filaments, if this is filled by
10  fat tissue, I notice this in this chart and I
11  only saw one or two times in all these
12  sections that I got the image where I saw two
13  filaments and the space in between was not
14  filled by scar tissue.
15      So if I code this with more
16  than 80 percent, then you got in all these
17  sections four.
18      Q.    Is 80 percent consistent with
19  what you've described as scar plate
20  formation?
21      A.    Scar plate formation has been a
22  term in a specific period of time.  I think
23  it's consistent.
24      Q.    Okay.  Well, do you use a

Page 603

1  different term now to describe what you find
2  when you find bridging at greater than
3  80 percent?
4      A.    You have to be very careful
5  when using the term "scar plate" because some
6  people are thinking of the macroscopically
7  appearance and some are thinking of the
8  microscopically appearance.  So if you made
9  it clear, no problem with this, but you have
10  to be very precise in the definition of what
11  you're thinking of.
12      Overall, this is completely in
13  accordance what we expect that we have
14  predominantly bridged or this -- these pores
15  filled by scar tissue, yeah.
16      MR. ANDERSON:  So the first one
17  was macroscopically and then you said
18  microscopically.
19      THE WITNESS:  Microscopically.
20  QUESTIONS BY MR. THOMAS:
21      Q.    So when you say 80 percent
22  filled with scar, does that mean that there
23  is not room for capillary vessels?
24      A.    No.  You have capillary vessels

Page 604

1  in scar tissue as well.  So it means that you
2  have scar and scar is mainly consistent with
3  collagen leading to wound -- or being
4  major -- majorly important for the wound
5  contraction and some fibroblasts there and,
6  of course, vessels.  The only area where you
7  hardly have vessels is very, very close to
8  the polymer fiber.
9      But the appearance of vessels
10  is no indicator of scar plate or scar net
11  or --
12      Q.    Do you know whether this
13  scaling that you've done for the bridging is
14  a method that's generally accepted by
15  pathologists to look at mesh explants?
16      A.    I made this scaling just for
17  these cases to give -- to be able to give an
18  impression of what I've seen there.
19      Q.    What is the significance in
20  your judgment of scaling of less than 5
21  percent?  Excuse me, strike that.
22      What is -- what is the
23  significance in your judgment of bridging
24  less than 5 percent?

Page 605

1      A.    You have to understand what we
2  tried in these 15, 20 years is not only to
3  make a qualitative description of the tissue
4  reaction but to find some quantitative an --
5  or way to make a quantitative analysis there.
6  And this is very difficult because from the
7  methods.  So, therefore, we make -- we
8  introduced -- there has been some time when
9  we use image analyzing.  Now we're coming
10  back to this coding, and the coding less than
11  5 percent means usually that you never see a
12  bridging in this specimen.
13      Q.    Why do you use 5 to 10 percent
14  as your next range?
15      A.    It is for scientific reasons
16  you should have at least four different
17  scoring levels, otherwise, you very likely go
18  to the middle and then you will not see any
19  difference so you need at least four
20  different levels and you have to start from
21  the extremes always and none and then you
22  have to fill in between.  I have no problem
23  to make it different.  And I made this coding
24  before looking to the images, and, therefore,

67 (Pages 602 to 605)

Prof. Dr. Med. Uwe Klinge

Page 606

1    I was bound to this.
2        Q.    Have you ever used this type of
3    coding before in analyzing mesh explants?
4        A.    We used such a type of coding
5    very, very often to give a semi-quantitative
6    analysis of our staining, yeah.
7        Q.    When you say "we," who do you
8    mean?
9        A.    I, in my projects where we
10   analyze these tissue samples, that is a major
11   aspect before we starting the analysis to
12   define the parameters and to define the
13   coding, how to make the readout there.
14       Q.    Okay.  Do you always use the
15   same numbers?
16       A.    No.  It varies from the
17   specific question there, but it is about four
18   to five.
19       Q.    Okay.  Under folding or
20   shrinkage, that's "or," so if it's either
21   folding or shrinkage, you capture it,
22   correct?
23       A.    Yes.
24       Q.    Didn't we decide that every

Page 607

1    mesh is going to fold -- excuse me, didn't we
2    decide that every mesh is going to shrink
3    approximately 20 percent?
4        A.    What I have been thinking of
5    when looking for this folding was a
6    double-layer structure which I cannot explain
7    by the video I saw where the sling is
8    implanted in a plane area, but when you have
9    the impression that you have two or three
10   layers of mesh materials on top of each
11   other, I would say that there's a folding.
12           And shrinkage is if you have a
13   configuration as a -- with a folding there in
14   this area.
15       Q.    So this says "folding or
16   shrinkage."
17       A.    Yeah.
18       Q.    If you found shrinkage of
19   20 percent, would that be a positive finding?
20       A.    This is a description of what
21   can be seen there.  What is the appearance
22   of --
23       Q.    I understand that.
24           What I'm trying to understand

Page 608

1    if you identified shrinkage of 20 percent,
2    would that be a positive finding in your
3    chart?
4        A.    I didn't measure the degree of
5    shrinkage.  It was not possible to do so.  It
6    was just a configuration of the mesh.
7        Q.    So if you saw any shrinkage at
8    all, it would be a positive finding?
9        A.    If I had the impression that
10   the configuration of the mesh changes by
11   pushing together, going to waves or by
12   doubling, these are the two different things
13   that indicates either shrinkage, pushing it
14   together, or folding --
15       Q.    The only reason I'm asking,
16   Doctor, is because I thought we decided that
17   all wounds shrink to some extent, generally
18   at least 20 percent.
19           And so as I understood your
20   testimony earlier, that means that every mesh
21   explanted would be a positive finding here.
22       A.    Sorry, it may be my fault that
23   I call it shrinkage.  I should have named it
24   waving form or deformation of the shape due

Page 609

1    to shrinkage.
2        Q.    Okay.  The last category,
3    "Nerve contact within one millimeter of
4    sling."
5           Have we -- do we agree that
6    there's nothing remarkable about nerve
7    contact in itself?  The nerves are going to
8    be --
9        A.    The fact that there are nerves
10   in this place is not remarkable.  The fact
11   that these nerves are laying in this scar
12   tissue gives a good explanation why some
13   patients have chronic pain.
14       Q.    Okay.  And if PVDF mesh is
15   placed for the treatment of stress urinary
16   incontinence and comes in contact with a
17   nerve, you would have the same risk of
18   chronic pain, correct?
19           MR. ANDERSON:  Objection.
20           Go ahead.
21           THE WITNESS:  I would assume
22       that if the nerve is laying in the
23       fields of scar that is close to PVDF
24       slings that there will be the chance

68 (Pages 606 to 609)

Prof. Dr. Med. Uwe Klinge

Page 610

1    for chronic pain as well.
2         However, the overall chance to
3    get entrapped into scar tissue, I
4    would expect is much lower and,
5    therefore, the risk for pain is much
6    lower when using large pore PVDF
7    structures.
8    QUESTIONS BY MR. THOMAS:
9         Q.   But we don't know that until we
10   study it, correct?
11        A.   We note from all our
12   experience, from all our work that the risk
13   for chronic pain decreases by using large
14   pore structures and decreasing the amount of
15   inflammatory reaction, yes, we know it
16   already.
17        Q.   From animal studies?
18        A.   No.  From clinical studies as
19   well.  We can go back to the guidelines where
20   it is favored, the advantage of large pore
21   meshes because of less chronic pain.
22        Q.   Have we covered all of your
23   opinions with respect to Carolyn Lewis?
24        MR. ANDERSON:  Objection.

Page 611

1         THE WITNESS:  I have the
2    impression that we covered a lot.
3    There are --
4    QUESTIONS BY MR. THOMAS:
5         Q.   I'm talking about Carolyn Lewis
6    specific to the mesh analysis that you did.
7    Have we covered it all?
8         MR. ANDERSON:  Objection.  With
9    "whether you've covered it all."
10        MR. THOMAS:  Well, I'm trying
11   to go to his report, Ben, and I think
12   I've covered every sentence in the
13   report that deals with the mesh.  If
14   there's something that's in the report
15   that I don't know about --
16        MR. ANDERSON:  The only issue,
17   Dave, is that he said that a lot of
18   the slides that you can't put those
19   types of fields into a one-dimensional
20   report, and I told you that I would
21   provide you mine and you were going to
22   send me your guy's.  So whether or not
23   there are similar but expanded
24   opinions based upon a larger review of

Page 612

1    a slide, that's the only thing I can
2    think of.  If that makes sense.
3         MR. THOMAS:  I just want to
4    make sure I haven't missed something
5    in his report in the information that
6    you provided to me here that I need to
7    explore.
8         MR. ANDERSON:  Anything
9    significant.
10        MR. THOMAS:  Either you or the
11   doctor can tell me, if there's
12   something else I need to explore, I
13   want to do it, otherwise, I'm about to
14   quit.
15        MR. ANDERSON:  I think he's
16   listed in his report in the grid and I
17   think you've covered most all of that
18   for her and I don't know if you
19   covered all of the path slides that
20   are in the back or not.
21        MR. THOMAS:  Well, that's the
22   problem is I don't know which ones are
23   hers.
24        MR. ANDERSON:  Yeah, you do.

Page 613

1    The grid says 13-23 and then the
2    images correspond.  That's one of the
3    reasons I gave that to you to try to
4    make it a little easier.
5         MR. THOMAS:  Thank you.
6    Are they in order?
7         MR. ANDERSON:  They're in
8    order.  Yours is in order of this
9    grid, but hers should be last.
10        MR. THOMAS:  They're not.  No.
11        MR. ANDERSON:  They're grouped
12   together.
13        MR. THOMAS:  Okay.
14        MR. ANDERSON:  There we go.  If
15   you find the dark ones, it makes it
16   easier.
17        MR. THOMAS:  The first one that
18   I have here appears to be -- and
19   they're not numbered so I can't give
20   you a page number, but in Exhibit 11,
21   the first one that I have appears to
22   match the one on page 71.
23        MR. ANDERSON:  And that's why
24   we said we have to go through them and

69 (Pages 610 to 613)

Prof. Dr. Med. Uwe Klinge

Page 614

```
1    see if they're -- all of them are
2    listed.  We just have to count them.
3    There's 13 images in the back that I
4    count of the report and you're in the
5    middle of them right now.
6         MR. THOMAS:  Let's go to the
7    last one.
8         MR. ANDERSON:  Show me which
9    slide.
10   QUESTIONS BY MR. THOMAS:
11        Q.    The last slide that I have in
12   front of me, I'm sorry, it's not numbered,
13   but it's BAL 13-23, which is the patient
14   identifier.  On the right, it has a scale of
15   100 microns, and in the middle of the slide,
16   it shows what appears to be a measurement of
17   43.15 microns.
18        Is that a -- that's the one on
19   page 73?
20        A.    Uh-huh.
21        Q.    Is that right?
22        A.    Seems to.  Yeah, I will agree.
23        MR. THOMAS:  So you counted 13?
24        MR. ANDERSON:  I think that's
```

Page 615

```
1    right.
2         MR. THOMAS:  And there are 13
3    in the report.
4         (Klinge Exhibit 25 marked for
5    identification.)
6    QUESTIONS BY MR. THOMAS:
7         Q.    Let me mark as Deposition
8    Exhibit Number 25 the chart that we've been
9    consulting, correct?
10        A.    Yes.
11        Q.    And that's where you recorded
12   your findings from your review of the slides
13   that we've been discussing, correct?
14        A.    Yes, these are my results.
15        Q.    And it also includes the
16   information that Mr. Anderson provided about
17   the chain of custody and the source of
18   documents that you received, fair?
19        A.    Yes.
20        Q.    Dr. Klinge, did you ever tell
21   Ethicon that they should not sell the
22   Prolene® mesh used for the treatment of
23   stress urinary incontinence?
24        A.    No.
```

Page 616

```
1         MR. THOMAS:  Those are all of
2    the questions I have.
3         CROSS EXAMINATION
4    QUESTIONS BY MR. ANDERSON:
5         Q.    Dr. Klinge, you were asked a
6    few questions a few minutes ago by counsel
7    regarding whether or not you had a residency
8    or a fellowship in pathology.
9         Do you remember those
10   questions?
11        A.    Yes.
12        Q.    Dr. Klinge, approximately when
13   did you begin reviewing pathology slides of
14   explanted meshes?
15        A.    We -- I started to have a look
16   through the microscope to these explanted
17   meshes in 1994.
18        Q.    And was that as part of the
19   work with the IZKF-BIOMAT cross-functional
20   team at Aachen University?
21        A.    It was in relation to this
22   project with the IZKF in collaboration with
23   Professor Klosterhalfen at that time.
24        Q.    Is it fair to say that
```

Page 617

```
1    Dr. Klosterhalfen trained you as a
2    pathologist to review the histopathological
3    slides of foreign body reaction to implanted
4    meshes?
5         MR. THOMAS:  Object to the form
6    of the question.
7         THE WITNESS:  Yes.
8    QUESTIONS BY MR. ANDERSON:
9         Q.    You said "yes"?
10        A.    Yes.
11        Q.    Since that time in 1994 when
12   you first began looking at slides from either
13   animals or human tissue of explanted meshes,
14   approximately how many times have you
15   reviewed such slides and analyzed them?  How
16   many slides?
17        A.    How many slides?  It's
18   difficult to estimate, but I've -- I estimate
19   it's more than 25,000.
20        Q.    And as part of your review of
21   over 25,000 slides of the histopathology of
22   explanted meshes, have you also published on
23   some of those reviews?
24        MR. THOMAS:  Object to the form
```

70 (Pages 614 to 617)

Prof. Dr. Med. Uwe Klinge

Page 618

1    of the question.
2    QUESTIONS BY MR. ANDERSON:
3        Q.   In the peer-reviewed
4    literature?
5        A.   Yes.  Yes.
6        Q.   And have there been times where
7    you have published in the peer-reviewed
8    literature where you were the only
9    pathologist that was reviewing the slides for
10   the work that was contained in the study?
11       A.   Yes.
12           MR. THOMAS:  Object to the form
13       of the question.
14   QUESTIONS BY MR. ANDERSON:
15       Q.   You said "yes"?
16       A.   Yes.
17       Q.   Okay.  And have you presented
18   at Congresses and conferences to your
19   colleagues and others with regard to your
20   analysis of histopathological review of
21   slides from explanted tissue in either humans
22   or animals?
23           MR. THOMAS:  Object to the form
24       of the question.

Page 619

1            THE WITNESS:  Yes.  And it is a
2    common procedure that a scientist made
3        his own personal analysis of the
4        tissues and made the analysis and the
5        presentation of these data by himself.
6    QUESTIONS BY MR. ANDERSON:
7        Q.   A little while ago counsel was
8    asking you some questions about your choice
9    of using the S100 staining with regard to
10   your review of these 22 explants.
11           Do you recall that part?
12       A.   Yes.
13       Q.   He also asked you some
14   questions to which you responded that this
15   was something that you and Bernd
16   Klosterhalfen had discussed many years ago
17   about the choice of S100.
18           Do you remember that part of
19   your question?
20       A.   Yes.
21       Q.   When you were answering these
22   questions, you were talking -- strike that.
23           You never talked to
24   Dr. Klosterhalfen about whether to use S100

Page 620

1    for this case; is that correct?
2        A.   Yes, that's correct, I never
3    talked to him.
4        Q.   Yesterday counsel was asking
5    you some questions about this time period
6    from 1994 to 2000 when you were in this
7    cross-functional team with the IZKF-BIOMAT in
8    Aachen with the group Ethicon Norderstedt.
9            Do you recall that part of your
10   testimony?
11       A.   Yes.
12       Q.   He asked you whether that time
13   period dealt with the treatment of stress
14   urinary incontinence.
15           So my question is this:
16   Dr. Klinge, do you consider that your work
17   that you did in the '90s in developing VYPRO
18   and in working with this BIOMAT team, the
19   publications that you've done over the last
20   20 years, the conferences you've spoken at
21   and all of the work that you've done in this
22   field of biomaterial research and the tissue
23   response to surgical meshes as well as your
24   work as a hernia surgeon relates equally to

Page 621

1    hernia surgery mesh and the body's reaction
2    to it, pelvic organ prolapse mesh and the
3    body's reaction to it and sling mesh and the
4    body's reaction to it?
5            MR. THOMAS:  Object to the form
6        of the question.
7            THE WITNESS:  In regard to the
8        biological response to these meshes,
9        to these hernia meshes, there are a
10       lot of similarities that allows us to
11       make conclusions for both of this.
12       There are, of course, severe
13       differences or significant differences
14       in regard to functional analysis or
15       biomechanics, but the tissue reaction
16       to a polymer is a lot of similarities.
17   QUESTIONS BY MR. ANDERSON:
18       Q.   Is one of the similarities that
19   all of this work that we've been discussing
20   for the last two days and the things that I
21   listed in my former question to you help
22   scientists like yourself try to predict the
23   tissue response to particular surgical
24   meshes?

71 (Pages 618 to 621)

Prof. Dr. Med. Uwe Klinge

Page 622

1     MR. THOMAS:  Object to the form
2  of the question.
3     THE WITNESS:  Yes, in fact, it
4  is this knowledge that we acquired in
5  these years that allow us to make this
6  analysis, to define requirements for
7  textiles in this field and it is
8  usually very appreciated when we
9  present our experiences of these
10  15 years to urogynecologists.
11  QUESTIONS BY MR. ANDERSON:
12     Q.    Thank you, Doctor.
13        Yesterday counsel asked you
14  some questions as well regarding whether or
15  not anyone in Aachen had a direct role in the
16  development of ULTRAPRO™.
17        Do you recall those questions?
18     A.    Yes.
19     Q.    Whether or not anyone had a
20  direct role in the research and development
21  of ULTRAPRO™, do you consider the work that
22  you and your team in conjunction with Ethicon
23  did on VYPRO to be the foundational
24  principles upon which ULTRAPRO™ was designed?

Page 623

1     A.    I think it was quite clear that
2  ULTRAPRO™ was the successor of the VYPRO, and
3  it just replaced an oligofilament mesh
4  materials by monofilament and what we tried
5  with the IZKF funding where we tried to do
6  and realized with the PVDF that was done by
7  Ethicon with polypropylene and Monocryl.  And
8  as a consequence, I guess that, therefore, I
9  got royalties for the ULTRAPRO™, not only for
10  the VYPRO because of this close relationship.
11     Q.    So is it fair to say that you
12  were receiving royalties for ULTRAPRO™ sales
13  at the same time that you were telling
14  Ethicon that you believed and that the Aachen
15  group believed that PVDF was a superior
16  material to polypropylene?
17        MR. THOMAS:  Object to the form
18  of the question.
19        THE WITNESS:  There is an
20  overlapping time period there.
21        So, again, just to make it
22  clear, ULTRAPRO™ took over the
23  principles of the VYPRO, the large
24  pore concept, the material reduced

Page 624

1  concept, therefore, it includes what
2  we have collaborated for the VYPRO,
3  but the specific details of the
4  textile construction, there weren't
5  been involved.
6  QUESTIONS BY MR. ANDERSON:
7     Q.    Okay.  Yesterday counsel asked
8  you some questions about Exhibit 9, which
9  were the meeting minutes from the Suvretta
10  meeting in 2003 in St. Moritz.
11        Do you remember that?
12     A.    Yes.
13     Q.    And he asked you some questions
14  about the part of your presentation where you
15  were discussing whether a scar plate or
16  a scar net might begin to -- that would appear
17  to be between 600 and 800 microns.
18        Do you remember that part of
19  your testimony yesterday?
20     A.    Yes.
21     Q.    I want to show you what we've
22  marked as Klinge Deposition Number 26 to your
23  deposition.
24        (Klinge Exhibit 26 marked for

Page 625

1     identification.)
2  QUESTIONS BY MR. ANDERSON:
3     Q.    Do you recognize this
4  publication?
5     A.    Yes.
6     Q.    And this is a publication in
7  2002 in the Journal of Surgical Research?
8     A.    Yes.
9     Q.    And are you one of the authors
10  along with those from the BIOMAT -- the
11  IZKF-BIOMAT group?
12     A.    Yes, I was the author.
13     Q.    And if you turn to the very
14  last page under the "Acknowledgements"
15  section as well as at the bottom of the page,
16  does this indicate who provided funding?
17     A.    Yes.
18     Q.    And which company provided
19  funding to this research?
20     A.    Most supported by Ethicon and
21  by the IZKF-BIOMAT.
22     Q.    Because this was the time --
23  this is the time that you're working closely
24  with them on developing VYPRO?

72 (Pages 622 to 625)

Prof. Dr. Med. Uwe Klinge

Page 626

1      A.    No, this was after this time
2  where we developed the VYPRO, but it was the
3  time where we worked close together and had
4  several ongoing projects together.
5      Q.    And if we turn to page 213 of
6  this article from 2002, if we look to the
7  left-hand column, down where the words begin
8  "As a result," what does that say?
9      Does it say, "As a result, the
10  large pore sized greater than 2-millimeter
11  mesh is integrated in a loose network of
12  perifilmentary granulomas and plenty of fat
13  tissue in between.  Whereas the monofilament
14  mesh with its smaller pores almost
15  exclusively is imbedded into granulomas and
16  scar tissue which bridges the whole pore
17  diameter of less than 1 millimeter"?
18      Did I read that correctly?
19      A.    Yes.
20      Q.    Does that language that you've
21  seen appear in Ethicon documents?
22      A.    Yes.
23      MR. THOMAS:  Object to the form
24  of the question.

Page 627

1      THE WITNESS:  Yes, I've seen it
2  in many documents, and I'm sure I have
3  repeated many of these phrases
4  yesterday and today.  Because it's
5  still our belief.
6  QUESTIONS BY MR. ANDERSON:
7      Q.    And given that -- strike that.
8      So this journal article that
9  was published in -- based upon studies that
10  were funded, at least in part by Ethicon, was
11  in 2002, and your presentation in St. Moritz
12  was in 2003.
13      So my question is you've listed
14  a limit of 1,000 microns in the 2002 article
15  with regard to a limit where fibrotic
16  bridging may be seen, whereas in the panel
17  discussion in Suvretta in 2003, you listed
18  600 to 800 microns.
19      Can you please explain that?
20      A.    At that time, we had -- we made
21  several attempts to make measure the pore and
22  the bridging and we started at that time with
23  the Marlex mesh and before I saw somewhere in
24  the documents that there is a PowerPoint

Page 628

1  presentation in 2000, 2001 showing the
2  distribution of the pores based on the Marlex
3  mesh and there we indicated that there may be
4  a -- that in these specimen that we measured
5  at that time there was a limit in between
6  600, 800 microns.
7      In the other article, we want
8  to express that a -- wanted to say or to be
9  on a -- in a range that -- where you can
10  expect that you get pores without this
11  bridging, there we find this is 1 millimeter
12  and in between, I guess, there has been the
13  experiment that later on has been published
14  by Conze with IPOM where we again measured
15  all of these distances.
16      So, yeah, we learned that it
17  depends from the polymer that is affected by
18  the animal model there, but, however, we
19  wanted to give a range or to give a hint
20  where the border lays and, therefore, we said
21  1 millimeter.
22      If you look to the documents
23  later on, in the presence of tension,
24  Klosterhalfen advised 3 millimeters in some

Page 629

1  meetings there, and so I've no disagreement
2  to this.  So you see that there was a
3  evolution of these advises and you have to be
4  carefully looking to the specific conditions
5  in what condition this was expressed there.
6      Q.    And during that time period in
7  the late '90s and early 2000s, were most of
8  the heavy-weight, small pore meshes somewhere
9  in this 600 to 1,000-micron pore size?
10      MR. THOMAS:  Object to the form
11  of the question.
12  QUESTIONS BY MR. ANDERSON:
13      Q.    In a linear measurement?
14      A.    Yeah.  We didn't realize that
15  the Prolene® is around this 1 millimeter in
16  this.  And maybe that there will be an
17  upcoming question whether this millimeter is
18  enough or it's not enough.  If we have known
19  at that time that this may be a problem, we
20  would have thought a little bit more
21  precisely to find maybe another border, to
22  find another border there.
23      Q.    Whether the limit is at
24  950 microns and 1,050 microns, is it safe to

73 (Pages 626 to 629)

Prof. Dr. Med. Uwe Klinge

Page 630

1  say that in all of the explants of Prolene®
2  old construction 6-mil mesh, whether it was
3  in the explants that you looked at from
4  animal studies back during your time working
5  with Ethicon or in any of the explants that
6  had been done both in the 1,000 hernia
7  explants as well as the greater than 400
8  explants that have been looked at from the
9  pelvic floor, have you consistently had an
10  observation with regard to the way Prolene®
11  old construction 6-mil mesh that's used in
12  the TVT® slings reacts in the tissue in terms
13  of its pore size?
14         MR. THOMAS:  Object to the form
15  of the question.
16  QUESTIONS BY MR. ANDERSON:
17     Q.    Have you noticed any sort of
18  pattern or consistency there?
19         MR. THOMAS:  Same objection.
20         THE WITNESS:  In all of these
21  sample that we had a look to it,
22  Prolene® behaves as a heavy-weight,
23  small pore mesh regardless whatever
24  figures are printed out.  The

Page 631

1  morphology of the tissue examination,
2  with the extent of the geometry of the
3  scar formation makes it clear that the
4  old Prolene® is a -- behaves like a
5  small pore -- heavy-weight, small pore
6  mesh.
7         QUESTIONS BY MR. ANDERSON:
8     Q.    And a few minutes ago when
9  counsel was asking you some questions about
10  the pathology slides and he said -- when
11  you're looking at these slides of TVT®
12  meshes, he asked you is this a normal
13  fibrotic response or a normal tissue
14  response.
15         Do you remember those types of
16  questions?
17     A.    Yes.
18     Q.    And you said -- your testimony
19  was normal or what we usually see with regard
20  to a heavy-weight, small pore mesh.
21         Do you remember that part of
22  your testimony?
23     A.    Yes, I remember that part.
24     Q.    Is that what you're referring

Page 632

1  to now with regard to the fibrotic bridging
2  you've seen with Prolene®?
3         MR. THOMAS:  Object to the form
4  of the question.
5         THE WITNESS:  Again, it is
6  clear that it is normal for a high
7  risk -- with a mesh for high risk for
8  fibrosis.  For a high-risk mesh, this
9  is a normal reaction.
10  QUESTIONS BY MR. ANDERSON:
11     Q.    And do you believe that the
12  Prolene old construction 6-mil mesh used in
13  TVT® is a high-risk mesh with regard to
14  heavy-weight, small pore mesh that leads to
15  fibrotic bridging and complications in
16  patients?
17         MR. THOMAS:  Object to the form
18  of the question.
19         THE WITNESS:  It's a high risk
20  in regard to the extent of
21  inflammation, scarring, shrinkage,
22  dimension or the amount of material.
23  QUESTIONS BY MR. ANDERSON:
24     Q.    And do you hold that opinion to

Page 633

1  a reasonable degree of medical and scientific
2  certainty?
3     A.    Absolutely.  I'm convinced of
4  it and there's huge evidence for this.
5         (Klinge Exhibit 27 marked for
6  identification.)
7  QUESTIONS BY MR. ANDERSON:
8     Q.    I show you what I've marked as
9  Klinge Exhibit Number 27.
10         Have you seen this article
11  before entitled, "The Argument for
12  Light-Weight Polypropylene Mesh in Hernia
13  Repair" from Surgical Innovation in 2005?
14         Have you seen this before?
15     A.    Yes, I've seen it before.
16     Q.    And do you know these authors,
17  William Cobb, Kent Kercher and Todd Heniford?
18     A.    Yes, I know them.
19     Q.    And is Todd Heniford the hernia
20  surgeon that you mentioned with reference to
21  the Suvretta conference in 2003?
22     A.    Yeah, I met him there and at
23  several conferences in Europe as well.
24     Q.    And you understand after

74 (Pages 630 to 633)

Prof. Dr. Med. Uwe Klinge

Page 634

1    reviewing materials that I've sent you, that
2    Dr. Heniford is an expert for Ethicon in this
3    litigation?
4        A.    Even more, he's an expert for
5    the argument of light-weight polypropylene.
6    Of the use of light-weight meshes.
7        Q.    If we turn to Dr. Heniford's
8    publication, on page 2, which on this
9    publication is on page 64 at the top left of
10   Exhibit 27, what is the weight listed for
11   Prolene®?
12       A.    Prolene® here, it's given
13   105-gram per square meters.
14       Q.    And it's lighter or heavier
15   than Marlex?
16       A.    It is heavier.
17       Q.    And if we turn over to page 67
18   of this article by Dr. Heniford and his
19   colleagues, do you see the section "Degree of
20   Shrinkage"?
21       A.    Yes, I see it.
22       Q.    And reading under there, "One
23   concern with the long-term implantation of
24   mesh is the amount of shrinkage or passive

Page 635

1    compression the material undergoes.  All
2    available meshes regardless of their
3    composition, experience a 20 to 50 percent
4    reduction in their initial size."
5        Did I read that correctly?
6        A.    Yes.
7        Q.    Was that the state of knowledge
8    as of 2005 based upon your understanding and
9    your work that meshes could shrink from 20 to
10   50 percent?
11       MR. THOMAS:  Object to the form
12   of the question.
13       THE WITNESS:  Yes, I agree.
14   QUESTIONS BY MR. ANDERSON:
15       Q.    Is that part of what you were
16   testifying to earlier when answering
17   Mr. Thomas's questions regarding amount of
18   shrinkage that you can expect from
19   polypropylene meshes in the human body?
20       A.    It's in accordance to what I
21   said.
22       Q.    If you turn over to page 68, in
23   this Heniford article, if you look down to
24   the second -- the column on the right in the

Page 636

1    sentence in Dr. Heniford's article, it says,
2    "In contrast, the small pore mesh was
3    incorporated entirely in perifilimentary
4    granulomas and scar tissue which bridged the
5    whole pore diameter of less than 1
6    millimeter."
7        Did I read that correctly?
8        A.    Yes.
9        Q.    And we have the diagrams down
10   below showing that, "A 4-millimeter pore size
11   will not show the granulomas touching of a
12   light-weight mesh, whereas a 0.8-millimeter
13   pore size does have the granulomas touching
14   of a heavy-weight mesh."
15       Do you see that?
16       A.    Yes, I see that.
17       Q.    So according to this article,
18   would Dr. Heniford and his colleagues'
19   opinions be consistent with your own with
20   regard to the percentage of shrinkage of
21   meshes in vivo as well as the limit of around
22   1,000 microns to prevent fibrotic bridging?
23       MR. THOMAS:  Object to the form
24   of the question.

Page 637

1        THE WITNESS:  All of these
2    statements by -- published or
3    concluded in this manuscript confirms
4    my opinions in regard to shrinkage and
5    required pore size to prevent
6    bridging.
7    QUESTIONS BY MR. ANDERSON:
8        Q.    And if we look to the left
9    under the paragraph that begins, "In a dog
10   model," does that paragraph indicate that
11   polypropylene meshes shrink 30 to 50 percent
12   of their original size within two to six
13   months after implantation.
14       Do you see that?
15       A.    Yes, I see it.
16       Q.    Is that consistent with the
17   opinions that you've stated to counsel here
18   today?
19       A.    Yeah.  It is -- it confirms
20   that the extent of shrinkage is higher in
21   heavy-weight -- when using heavy-weight
22   materials and can be reduced by using
23   material-reduced meshes.
24       Q.    And these ideas of the amount

75 (Pages 634 to 637)

Prof. Dr. Med. Uwe Klinge

Page 638

1  of contraction that could be expected in vivo
2  of polypropylene meshes, was this information
3  that Ethicon was aware of as a result of your
4  work with them going back to the '90s?
5          MR. THOMAS:  Object to the form
6  of the question.
7          THE WITNESS:  Yes.  And yeah.
8          MR. THOMAS:  Can we take a real
9  quick break?
10         MR. ANDERSON:  Yeah.
11         MR. THOMAS:  Just ten seconds.
12         (Off the record at 4:44 p.m.)
13  QUESTIONS BY MR. ANDERSON:
14     Q.   I don't remember the exhibit
15  that we had with Professor Klosterhalfen with
16  this document the other day, but if we have
17  the minutes from 2007.
18         I'm going to show you what we
19  marked the other day as Klosterhalfen
20  Exhibit 11, which are the minutes from the
21  meeting in Norderstedt in 2007.
22         You've seen this document
23  before?
24     A.   Yes, I've seen it.

Page 639

1      Q.   And at that meeting, if you
2  turn to page 2, do you see a heading "Factors
3  Related to Mesh Shrinkage"?
4      A.   Yes.
5      Q.   By a Ms. Spychaj?
6      A.   Yes.
7      Q.   S-p-y-c-h-a-j.
8          MR. THOMAS:  Object to the form
9  of the questions related to that
10  document.  Was he at that meeting?
11  Was he shown being in attendance?
12         MR. ANDERSON:  I don't know.
13  It doesn't show him being there.
14         MR. THOMAS:  That's what I
15  thought.  Just a continued objection
16  to his comments because he wasn't
17  there.
18         MR. ANDERSON:  Sure.  I don't
19  think he has to be present at meetings
20  to be able to look at the PowerPoints
21  that were there.
22  QUESTIONS BY MR. ANDERSON:
23     Q.   And this PowerPoint entitled
24  "Factors Related to Mesh Shrinkage," you've

Page 640

1  seen this document before?
2      A.   Yes, I've seen it.
3      Q.   And if we turn over into the
4  document where it says "pore size" from this
5  presentation in -- at Ethicon February 23,
6  2007, does that page indicate on a slide by
7  Kirsten Spychaj, "Small porous meshes less
8  than 1 millimeter lead to fibrotic bridging
9  and increase shrinkage"?
10     A.   Yeah.
11     Q.   "Large porous meshes allow for
12  a better and faster tissue ingrowth and less
13  shrinkage and contraction"?
14     A.   That is a correct summary.
15     Q.   And down below where it says,
16  "less than 1 millimeter" in the three little
17  circles, these are drawings that you've seen
18  before?
19     A.   Yes, I've seen it.
20     Q.   And these little red dots,
21  would those indicate the peri-filamentous
22  granulomas that you were referring to
23  earlier?
24         MR. THOMAS:  Object to the form

Page 641

1  of the question.
2          THE WITNESS:  Maybe it can be
3  interpreted in this way.
4  QUESTIONS BY MR. ANDERSON:
5      Q.   So this would be a depiction of
6  the size of pores after implanted in the body
7  as a depiction of that, correct?
8          MR. THOMAS:  Object to the form
9  of the question.
10         THE WITNESS:  That is correct.
11  It's quite similar to the images that
12  have been in the publication from
13  Heniford.
14  QUESTIONS BY MR. ANDERSON:
15     Q.   And have you seen this image of
16  pores less than 1 millimeter leading to
17  fibrotic bridging that we see here on -- I'll
18  have to mark this as Plaintiff's Exhibit 28.
19         (Klinge Exhibit 28 marked for
20  identification.)
21  QUESTIONS BY MR. ANDERSON:
22     Q.   Is this an image that you've
23  seen many times throughout the Ethicon
24  documents that you've reviewed over the last

76 (Pages 638 to 641)

Prof. Dr. Med. Uwe Klinge

Page 642

1 two years in these litigations?
2 A. Yes, many times. Many times.
3 And I've never seen any document showing that
4 this is not a fact.
5 Q. Have you seen in any of the
6 peer-reviewed literature in the last 20 years
7 anyone who has disputed the fact that you
8 need greater than 1 millimeter pore size to
9 prevent fibrotic bridging in the tissues?
10 MR. THOMAS: Object to the form
11 of the question.
12 THE WITNESS: No, I don't know.
13 No, any study, any discussion that
14 claimed to have facts that are in
15 contradiction to this finding, to this
16 estimate, to this interpretation.
17 QUESTIONS BY MR. ANDERSON:
18 Q. In the worldwide peer-reviewed
19 literature over the last 20 years, have you
20 seen any scientist or surgeon who has
21 published regarding looking at -- has
22 published regarding studies either looking at
23 animal explanted mesh or human explanted mesh
24 who have indicated that light-weight, large

Page 643

1 pore meshes versus heavy-weight, small pore
2 meshes, that the heavy-weight, small pore
3 meshes induce fibrotic bridging and scarring
4 and contraction, whereas larger pore, lighter
5 weight meshes do not? Has anyone in 20 years
6 refuted those findings based upon the
7 indications that I just gave you?
8 MR. THOMAS: Object to the form
9 of the question.
10 THE WITNESS: Do less. Larger
11 pores do less fibrotic reaction, but I
12 never saw or were confronted with
13 someone disputing this findings.
14 QUESTIONS BY MR. ANDERSON:
15 Q. Have you ever seen in the
16 peer-reviewed worldwide publication in the
17 last 20 years any researchers other than
18 yourself and Dr. Klosterhalfen who have
19 reviewed as many explanted meshes from both
20 animals and human beings for hernia, POP and
21 SUI and reported on those in the worldwide
22 literature, any other scientists other than
23 the two of you?
24 MR. THOMAS: Object to the form

Page 644

1 of the question.
2 THE WITNESS: No.
3 (Klinge Exhibit 29 marked for
4 identification.)
5 QUESTIONS BY MR. ANDERSON:
6 Q. Showing you what we will mark
7 as Klinge Exhibit 29.
8 Showing you what we have marked
9 as Plaintiff's -- I am sorry, as Klinge
10 Exhibit 29, have you seen this -- have you
11 seen this e-mail before during this
12 litigation?
13 A. No.
14 Q. Okay. An e-mail from Joerg
15 Holste to Jonathan Meek dated April 22, 2009.
16 Do you see that?
17 A. Yes, I see it.
18 Q. And in the first line,
19 "Jonathan, the border for scar plate
20 formation in small pore standard weight
21 meshes was set around 1,000 microns."
22 Do you see that?
23 A. Yes, I see it.
24 Q. And is this Joerg Holste that

Page 645

1 you have worked with since the '90s going
2 back all the way back to your IZKF-BIOMAT
3 work with Ethicon to develop VYPRO?
4 A. That's true.
5 (Klinge Exhibit 30 marked for
6 identification.)
7 QUESTIONS BY MR. THOMAS:
8 Q. Showing what we will mark as
9 Klinge Exhibit 30.
10 This is a Klinge -- sorry, this
11 is a clinical expert report from Piet Hinoul,
12 medical director, Ethicon, department of
13 medical affairs.
14 Do you see that?
15 A. Yes, I see it.
16 Q. It's dated September 25, 2012?
17 A. Yes.
18 Q. If you turn over to the page
19 four pages back, which ends in Bates
20 number 5782, under Prolene®, what does he
21 list as the maximum pore size in millimeters?
22 A. The pore size of less than 1
23 millimeter.
24 Q. Thank you.

77 (Pages 642 to 645)

Prof. Dr. Med. Uwe Klinge

Page 646

1    Showing you what we will mark
2  as Klinge Exhibit 31 -- wait a minute.
3  Actually you -- strike that.
4    Showing you what was previously
5  marked by counsel as Klinge Exhibit 21.
6  There was this International Urogynecology
7  Journal from Moalli and some of her
8  colleagues entitled "Tensile Properties of
9  Five Commonly Used Midurethral Slings
10 Relative to the TVT®" from May 2008.
11   Do you remember counsel showing
12 you this?
13   A.   Yes, I remember.
14   Q.   And he showed you on the top of
15 what is page 57 of this article, he showed
16 you the pore size of Gynecare being listed as
17 1379.
18   Do you see that?
19   A.   Yes, I see it.
20   Q.   And at the top of that under
21 Table 1, it says, "Textile Properties
22 Provided by the Manufacturers."
23   Do you see that?
24   A.   Yes, I see it.

Page 647

1    Q.   Did you see there -- strike
2  that.
3    There was some questions by
4  counsel about their measurements of the pore
5  size in this article.
6    Do you see anywhere in this
7  article where these authors measured these
8  pore sizes?
9    A.   No.  As it is indicated there,
10 they took it from the manufacturer.
11   (Klinge Exhibit 31 marked for
12 identification.)
13 QUESTIONS BY MR. ANDERSON:
14   Q.   Showing you what we will mark
15 as Klinge Exhibit 31, under "Proprietary
16 Mesh," do you see here where they list there
17 under "Proprietary Mesh," it says, "Largest
18 pore size"?
19   Do you see that?
20   A.   Yes, I see it.
21   Q.   And do you see 1379 --
22 1,379 microns listed here by the
23 manufacturer?
24   A.   Yes, I see it.

Page 648

1    Q.   Other than being listed in
2  this -- I am sorry, let's go to the cover
3  page.
4    It has, "Demand the most proven
5  technology when selecting a midurethral
6  sling.  Make data and safety your choice"
7  with the surgeon on the front.
8    Do you see that?
9    A.   Yes, I see it.
10   Q.   And in this document where they
11 list 1,379 microns --
12   A.   Yes.
13   Q.   -- based upon your review of
14 the depositions and the testing and the
15 porosity and pore size reviews by
16 numerous Ethicon employees, have you ever
17 seen any indication in any of those that
18 there was a measurement of a pore size of
19 Prolene® of 1,379 microns for the mesh used
20 in TVT® anywhere in your review?
21   MR. THOMAS:  Object to the form
22 of the question.
23 QUESTIONS BY MR. ANDERSON:
24   Q.   Other than on this promotional

Page 649

1  document by Ethicon, based upon your review
2  of the depositions of Dan Burkley and all of
3  the other documents that you've seen, have
4  you ever seen them come up with a number of
5  1,379?
6    A.   No, I didn't see it.
7    Q.   In fact, according to their
8  medical affairs director, Piet Hinoul, in
9  this 2012 expert report, which was Klinge
10 Exhibit 30, he says it's less than 1
11 millimeter, correct?
12   A.   Yes.
13   MR. THOMAS:  Object to the form
14 of the question.
15 QUESTIONS BY MR. ANDERSON:
16   Q.   Going back to this Moalli
17 article -- turning to this page where it says
18 Figure 4, is this uniaxial testing that's
19 being shown?
20   A.   Yes, it's uniaxial testing.
21 It's quite similar to what we did with
22 Professor Mühl's machine.
23   Q.   And these are the photos of A,
24 B and C that you have as images in your

78 (Pages 646 to 649)

Prof. Dr. Med. Uwe Klinge

Page 650

1    report, correct?
2        A.    Yes.
3        Q.    Okay.  Doctor, I want to ask
4    you one more thing about this Prolift+M®
5    document.
6            Here it shows a weight of what
7    would be 76 grams per centimeter squared.
8        Do you see that?
9        A.    Yes, I see it.
10       Q.    So this would be a lighter
11   Prolene® mesh than actually the old
12   construction 6-mil mesh, correct?
13       A.    Per the other -- yes.
14       Q.    So would you expect the pore
15   size of the heavier weight Prolene® mesh to
16   be just as small, if not smaller, than the
17   Prolene® 76 grams per meter squared mesh?
18           MR. THOMAS:  Object to the form
19       of the question.
20           THE WITNESS:  It is difficult
21   to -- for me to find this relation
22       between weight and pore size.
23   QUESTIONS BY MR. ANDERSON:
24       Q.    And when you were looking at

Page 651

1    the pore size of Prolene® with
2    Dr. Klosterhalfen back in the late '90s and
3    early 2000s, was it your best estimate as of
4    that time that the old construction 6-mil
5    Prolene® fibers used in all of the TVT®
6    devices had a pore size of 1,000 microns or
7    less?
8            MR. THOMAS:  Object to the form
9        of the question.
10           THE WITNESS:  It is when we
11       made this linear measurements in one
12       dimension, we got figures around 1
13       millimeter.  When we made analysis by
14       defining the area, we got figures
15       around 1 millimeter.  So it is
16       Prolene® has pores in this area.
17   QUESTIONS BY MR. ANDERSON:
18       Q.    Over time I think -- over time
19   I think you were telling counsel that rather
20   than using a linear dimension that the pore
21   diameter dimensions and the distribution of
22   the pore area of 1 millimeter in diameter
23   became more important to you than the linear
24   measurement.

Page 652

1            Do you remember that part of
2    your testimony?
3        A.    Yes.  Yes.
4        Q.    Okay.  Do you consider the Mühl
5    testing to be instructive to your opinions as
6    to whether or not the Prolene® old
7    construction 6-mil mesh used in all of the
8    TVT® devices has pores that are -- any pores
9    that are 1 millimeter in diameter?
10           MR. THOMAS:  Object to the form
11       of the question.
12           THE WITNESS:  There are some
13       pores around 1 millimeter.
14   QUESTIONS BY MR. ANDERSON:
15       Q.    And would a Prolene® mesh that
16   has pores of pore area right around 1
17   millimeter be as safe as a pore size of
18   ULTRAPRO™ or VYPRO with pores that are in the
19   3 to 5 millimeter range in diameter?
20           MR. THOMAS:  Object to the form
21       of the question.
22           THE WITNESS:  No.  It is very
23       clear that large pore meshes with 3, 4
24       millimeters has very, very low risk,

Page 653

1    and it is clear that small pores mesh
2    has higher risk.  And biologically,
3    this is true for Prolene® because it
4    bridges all the time.  If you look to
5    the textile property -- the textile
6    porosity, you see that the pores are
7    around 1 millimeter.  But if you look
8    to the effective porosity, it is quite
9    low.  And, therefore, this is
10   consistent.
11           (Klinge Exhibit 32 marked for
12       identification.)
13   QUESTIONS BY MR. ANDERSON:
14       Q.    Showing you what we will mark
15   as Klinge Exhibit 32.  It's a document that I
16   have previously provided to you.
17           Do you recall that, Dr. Klinge?
18       A.    Yes.
19       Q.    And if you look at the front
20   page of this PowerPoint, are these the same
21   authors that we looked at in this Moalli,
22   Abramowitch, Feola article that counsel
23   showed you earlier today?
24       A.    I agree.

79 (Pages 650 to 653)

Prof. Dr. Med. Uwe Klinge

Page 654

1      Q.    And if you turn to the third
2  page of this document, first of all, is the
3  date, May 24, 2013?
4      A.    Yes.
5      Q.    And if you look down into the
6  middle slide on that page under "Material
7  Parameters, Textile and Structural Properties
8  of Implant Materials," what does the sixth
9  point say?
10     A.    The sixth point means that --
11     Q.    What does it say, number 6?
12     A.    Effective porosity.
13     Q.    And under "Biomechanics," does
14 it list the Mühl article that you did with
15 Professor Mühl in 2008?
16     A.    Yes.
17     Q.    From your reading of the Feola,
18 Abramowitch and Moalli article, was this your
19 understanding that this is a group out of
20 Pittsburgh, Pennsylvania?
21     A.    Yes.
22           (Klinge Exhibit 33 marked for
23     identification.)
24

Page 655

1  QUESTIONS BY MR. ANDERSON:
2      Q.    One last document.  I'm going
3  to show you Klinge Exhibit 33.
4           Showing you this document that
5  we've marked as Klinge 33.  Sorry.
6           Are you familiar with Christoph
7     Walther?
8      A.    Yes, I know him.
9      Q.    Is this a name that you had
10 mentioned yesterday as someone you had worked
11 with from R&D in Hamburg at Ethicon
12 facilities there?
13     A.    Yes.
14     Q.    And even going back to your
15 work with Ethicon from the late '90s in the
16 development of VYPRO?
17     A.    Yes.
18     Q.    And this is a letter from
19 Christoph Walther to Quentin.
20           Are you familiar with a Quentin
21 Manley?
22     A.    No, I don't know.
23     Q.    And this second paragraph here
24 is talking about, "This applicant is a German

Page 656

1  company in Aachen, FEG Textiltechnik, and the
2  inventors are U. Klinge and B. Klosterhalfen,
3  RWTH Aachen, and two peoples from FEG."
4           Do you see that?
5      A.    Yes, I see it.
6      Q.    And then, "FEG has some
7  products for hernia repair on the market and
8  also for pelvic floor surgery."
9           Did I read that correctly?
10     A.    That is correct.
11     Q.    "In Germany, these products are
12 distributed through Dahlhausen, a big dealer
13 for medical device."
14           Do you see that?
15     A.    That is correct.
16     Q.    And then it talks about, "The
17 technology is based on a special material,
18 PVDF."
19           Do you see that?
20     A.    Yes.
21     Q.    And it says that, "Our
22 material, Ethicon's material, Pronova is
23 comparable to PVDF."
24           Do you see that?

Page 657

1      A.    Yes, I see it.
2      Q.    Is it your understanding that
3  Ethicon has a patent for a PVDF mesh that
4  they filed years ago?
5           MR. THOMAS:  Object to the form
6     of the question.
7           THE WITNESS:  Yes.
8  QUESTIONS BY MR. ANDERSON:
9      Q.    And you've seen that patent,
10 correct?
11     A.    Yes, I've seen it.
12     Q.    To your knowledge, has Ethicon
13 ever acted upon that patent and tried to
14 produce a surgical mesh with PVDF in it for
15 the pelvic floor or for hernia?
16     A.    I didn't ever get any positive
17 information for this.
18     Q.    And then if we look at the next
19 paragraph down, "In extremely, this patent
20 applications could be a strict restriction
21 for Ethicon to sell implants manufactured
22 from Pronova monofilaments.  In my eyes,
23 Pronova monofilaments are extremely good
24 candidate as implant material, very high

Prof. Dr. Med. Uwe Klinge

Page 658

1    flexibility, low bending stiffness,
2    Y-sterilization -- gamma -- without loss of
3    tensile strength in contrast to
4    polypropylene, long-term stability in human
5    body."
6        Did I read that correctly?
7        A.    Yes.
8        Q.    And do you know that Christoph
9    Walther is one of the top polymer scientists
10   at Ethicon Norderstedt?
11       A.    Yes.
12           MR. THOMAS:  Object to the form
13       of the question.
14   QUESTIONS BY MR. ANDERSON:
15       Q.    Did Christoph Walther ever
16   contact you to ask you about working with you
17   on a PVDF mesh for Ethicon's catalog of
18   products for either hernia repair, pelvic
19   organ prolapse repair or stress urinary
20   incontinence repair?
21       A.    No, he didn't do.
22       Q.    Counsel asked you whether or
23   not you were aware of any clinical studies or
24   randomized controlled trials that would look

Page 659

1    at the effect of particle loss of surgical
2    meshes in the tissue.
3        Do you remember that part of
4    your testimony?
5        A.    Yes.
6        Q.    Do you need a clinical study
7    result, Dr. Klinge, in order to form your
8    opinion that excess polypropylene particles
9    in a human tissue can elicit a greater
10   inflammatory response?
11           MR. THOMAS:  Object to the form
12       of the question.
13           THE WITNESS:  No, there is --
14       as I tried to express earlier, there
15       is a huge evidence that increase the
16       material, the increase of surface of
17       polymers leads to an increased and
18       intensifying foreign body reaction and
19       with all of the risks.
20   QUESTIONS BY MR. ANDERSON:
21       Q.    Counsel asked you some
22   questions earlier today regarding the in vivo
23   forces that would be realized underneath a
24   woman's urethra.

Page 660

1        Do you remember that?
2        A.    Yes.
3        Q.    He was asking you for articles
4    that you may have or be aware of that relate
5    to what the estimated forces underneath the
6    bladder may be that the TVT® sling may be
7    subjected to.
8        Do you remember that part of
9    your testimony?
10       A.    I remember it.
11       Q.    Turning now to Klinge
12   Exhibit 11, which was your expert report.
13       A.    Uh-huh.
14       Q.    I was going to ask you some
15   things counsel did not.
16       Starting with page 18 of your
17   report and going through page 23 of your
18   report, in those five pages, did you go
19   through an analysis of various literature as
20   well as internal Ethicon documents regarding
21   estimated forces that one could anticipate
22   being on the TVT® sling underneath the
23   bladder neck?
24           MR. THOMAS:  Object to the form

Page 661

1        of the question.
2            THE WITNESS:  Yes.
3    QUESTIONS BY MR. ANDERSON:
4        Q.    Yes?
5        A.    Yes.
6        Q.    And when you gave counsel a
7    measurement -- strike that.
8        When you listed to counsel that
9    you could anticipate less than 10 newtons per
10   centimeter in terms of a force that could be
11   placed upon the sling under the bladder neck,
12   is that reflected in the forces that you list
13   on page 23 of your report?
14       A.    Yes, that is a brief summary of
15   all this knowledge collected on these pages.
16       Q.    And after you collected the
17   knowledge that's on these pages, did you then
18   use these figures on page 23 of Klinge
19   Exhibit 11 in order to instruct Professor
20   Mühl as to the forces that you thought he
21   should put on the machine to test the TVT®
22   laser-cut and mechanical-cut meshes?
23       A.    In fact, that was the reason to
24   define the range for the measurements that we

81 (Pages 658 to 661)

Prof. Dr. Med. Uwe Klinge

Page 662

1  collected all of this data.
2      Q.    Counsel also had a statement to
3  you, "There are no in vivo studies regarding
4  whether high effective porosity under stress
5  will help improve biocompatibility." Taking
6  that statement out of your 2007 publication
7  with Professor Mühl, "The New Objective
8  Measurements for Porosity."
9      Do you recall that part of your
10  testimony today?
11      A.    Yes.
12      Q.    Is the concept of effective
13  porosity to allow for proper tissue healing
14  in between the pores?
15      MR. THOMAS:  Object to the form
16  of the question.
17      THE WITNESS:  Yes.
18  QUESTIONS BY MR. ANDERSON:
19      Q.    And is effective porosity an
20  area that would allow for good tissue healing
21  in pore sizes that are greater than 1
22  millimeter in all direction?
23      A.    Yes.
24      Q.    Based upon your work in this

Page 663

1  area for the last 20 years, your work in the
2  '90s with BIOMAT and with Ethicon, the
3  development of VYPRO, your publications, your
4  Congresses, all of your work in this field
5  for two decades, do you have an opinion to a
6  reasonable degree of medical certainty as to
7  whether or not the Mühl testing in looking at
8  the 1 millimeter pore diameter of meshes will
9  impact the biocompatibility of that mesh in
10  the tissue?
11      MR. THOMAS:  Object to the form
12  of the question.
13      THE WITNESS:  Yes. I have no
14  doubts about that this is the effect.
15  QUESTIONS BY MR. ANDERSON:
16      Q.    And do you believe that putting
17  the machine at a 1,000-millimeter limit is
18  based upon all of the work that you've done
19  for the last 20 years, you, Klosterhalfen and
20  the rest of those involved both in Aachen as
21  well as Ethicon in this area of tissue
22  reaction to surgical meshes?
23      MR. THOMAS:  Object to the form
24  of the question.

Page 664

1      THE WITNESS:  It is based on
2  the current data that are available,
3  which is known to Ethicon as well.
4      MR. ANDERSON:  That's all of
5  the questions I have for right now,
6  Dr. Klinge.
7      THE WITNESS:  Thank you very
8  much.
9      MR. ANDERSON:  He's got a few.
10      REDIRECT EXAMINATION
11  QUESTIONS BY MR. THOMAS:
12      Q.    Dr. Klinge, Exhibit 30, which
13  was the expert report from Piet Hinoul,
14  Mr. Anderson already showed you on page 4 of
15  Exhibit 30 that the weight for the Prolene®
16  mesh is lower than the weight that you
17  typically recorded for the first generation
18  old Prolene®, correct?
19      A.    I tried to calculate there
20  are -- there has been milligram per square
21  centimeters. Usually, it's gram per square
22  meters. I assumed that the usual data of
23  108-gram per square meter would be
24  10.8-milligram per square centimeters.

Page 665

1      Q.    Do you know whether this is the
2  old Prolene® mesh used in TVT® --
3      A.    It shouldn't be the old one.
4      Q.    It should be the 5-mil hernia
5  repair mesh or some other one?
6      A.    I don't know.
7      Q.    It's -- this is the -- your
8  best interpretation of Exhibit 30, page 4 for
9  the entry of Prolene® is that this is not the
10  first generation Prolene® mesh that you
11  tested and that's used in the treatment of
12  stress urinary incontinence, correct?
13      A.    I just see the name Prolene®.
14  I see this white, and this is inconsistent to
15  what we have seen with other tables where
16  there was Prolene® and -- so this is -- by
17  the way, this is a report from Ethicon.
18      Q.    I know.
19      A.    And I would expect that they
20  indicate clearly what they shared in their
21  table there because this makes a lot of
22  confusion in all the subsequent -- when
23  someone else took over these data there.
24      Q.    Doctor --

82 (Pages 662 to 665)

Prof. Dr. Med. Uwe Klinge

Page 666

1      A.    I just want to say it and have
2   it --
3      Q.    And you did.
4      A.    -- documented.
5      Q.    And you did.
6            But so I can say it and
7   document it, this is not the first generation
8   Prolene® mesh, correct?
9      A.    It looks like, yes.
10     Q.    It looks like it's not?
11     A.    It looks like it's not.
12           MR. THOMAS:  Thank you.  That's
13   all I have.
14           RECROSS EXAMINATION
15   QUESTIONS BY MR. ANDERSON:
16     Q.    And even with a later
17   generation Prolene® mesh, they still can't
18   get their pore sizes or Ethicon still chooses
19   not to get their pore sizes above 1
20   millimeter, correct?
21           MR. THOMAS:  Object to the form
22   of the question.
23           THE WITNESS:  Whatever they
24   presented there as a Prolene® there,

Page 667

1   yes, I agree.
2           MR. ANDERSON:  No further
3   questions.
4           MR. THOMAS:  Thank you, Doctor.
5           MR. ANDERSON:  Thank you.
6   (Deposition concluded at 5:16 p.m.)
7
8           - - - - - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 668

1              CERTIFICATE
2
3          I, CARRIE A. CAMPBELL, Registered
    Professional Reporter, Certified Realtime
4   Reporter and Certified Court Reporter, do
    hereby certify that prior to the commencement
5   of the examination, Uwe Klinge was duly sworn
    by me to testify to the truth, the whole
6   truth and nothing but the truth.
7          I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
8   testimony as taken stenographically by and
    before me at the time, place and on the date
9   hereinbefore set forth, to the best of my
    ability.
10
           I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
    _____
17  CARRIE A. CAMPBELL,
    NCRA Registered Professional Reporter
18  Certified Realtime Reporter
    Missouri Certified Court Reporter #859
19  Illinois Certified Shorthand Reporter
    #084-004229
20  Notary Public
21  Dated:  December 3, 2013
22
23
24

Page 669

1        ACKNOWLEDGMENT OF DEPONENT
2
3
4          I,_____, do
    hereby certify that I have read the foregoing
5   pages and that the same is a correct
    transcription of the answers given by me to
6   the questions therein propounded, except for
    the corrections or changes in form or
7   substance, if any, noted in the attached
    Errata Sheet.
8
9
10
11
12
    _____
    Prof. Dr. Med. Uwe Klinge         DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  Notary Public
20
21
22
23
24

Prof. Dr. Med. Uwe Klinge

Page 670

```
1          -------
            ERRATA
2          -------
3    PAGE  LINE  CHANGE/REASON
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```

Page 671

```
1          -------
            LAWYER'S NOTES
2          -------
3    PAGE  LINE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
```