# **EXHIBIT A**

| PLAINTIFF | CASE NUMBER | PRODUCT |
|---|---|---|
| Adkins, Lori & William Preston Martin | 2:12cv03751 | TVT Secur |
| Baksic, Danielle & Brian | 2:12cv03536 | TVT Obturator |
| Bartley, Sharon & Larry D. | 2:12cv04270 | TVT |
| Beltran, Alba G. & Manuel | 2:12cv04824 | TVT Obturator |
| Bowman, Lynn M. & Bradley | 2:12cv05485 | TVT Obturator |
| Browley, Stephanie Q. & Marcus Johnson | 2:12cv04515 | TVT Obturator |
| Carbon, Ediany & Albert | 2:12cv04269 | Prolift<br>Prolift Total<br>TVT-S |
| Comstock, Margaret H. & Roger | 2:12cv05345 | Prolift +M<br>TVT Obturator |
| Cox, Patty & Raymond | 2:12cv03616 | TVT Obturator |
| Dano, Autumn & Larry | 2:12cv04100 | TVT |
| Draper, Amy L. | 2:12cv05594 | TVT |
| Euans, Audrey J. & Brad | 2:12cv04514 | Gynemesh PS<br>TVT |
| Ferrer, Brooke | 2:12cv04591 | Prolift +M<br>Prolift +M Total<br>TVT Secur |
| Fredenburg, Carol & Oliver | 2:12cv04513 | Prosima<br>Gynemesh PS<br>Prosima |
| Galarza, Delia | 2:12cv03998 | TVT |
| Hubbard, Pamela | 2:12cv03309 | TVT Obturator |
| Humbert, Anne | 2:12cv04170 | TVT |
| Humphrey, Charlotte & Allen C., III | 2:12cv04810 | TVT Obturator |
| Husted, Stacy & Kenneth | 2:12cv05024 | TVT Obturator |
| Johnson, Pamela F. & James | 2:12cv03615 | Gynemesh PS<br>TVT Obturator |
| Lunsford, Sharon Kay & Charles | 2:12cv03308 | TVT |
| Mayes, Tammy M. | 2:12cv03463 | TVT |
| Moore, Jennifer & Ronald | 2:12cv05084 | TVT |
| Neal, Glendora | 2:12cv03614 | TVT |
| Newton, Cynthia D. & Robert A. | 2:12cv05517 | TVT |
| Robinson, Carol A | 2:12cv05573 | TVT |
| Sheldon, Christine & Michael | 2:12cv04508 | TVT Obturator |
| Stepski, Zinaida | 2:12cv05342 | Prolift<br>Prolift Total<br>TVT Obturator |
| Thate, Connie F. & Steven C | 2:12cv04144 | TVT |
| Towns, Bertha & Frank | 2:12cv03306 | TVT |
| Wade, Mary F. & Forrest | 2:12cv04512 | TVT Obturator |