IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br>ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | |

**PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF <u>NICOLE FLEISCHMANN, M.D.</u>**

For the reasons set forth in Plaintiffs' Memorandum in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Nicole Fleischmann, M.D.

This 13th Day of April, 2017        By:    /s/ Edward A. Wallace
                                             Edward A. Wallace
                                             Mark Miller
                                             Timothy E. Jackson
                                             Wexler Wallace LLP
                                             55 W. Monroe St. Ste. 3300
                                             Chicago, IL 60603
                                             Phone: (312) 346-2222
                                             Fax: (312) 346-0022
                                             Email: eaw@wexlerwallace.com
                                                    mrm@wexlerwallace.com
                                                    tej@wexlerwallace.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

                                            By:    <u>/s/ Edward A. Wallace</u>