# Exhibit A

## List of Case Disclosures

| Plaintiff Name | Case No. |
| --- | --- |
| Fine, Vicki | 2:12-cv-03167 |
| Newton, Cynthia | 2:12-cv-05517 |
| Robinson, Carol | 2:12-cv-05573 |