# EXHIBIT A

EXHIBIT A TO JORDI MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Anders, Shelby | 2:12cv05168 |
| Bartley, Sharon & Larry D. | 2:12cv04270 |
| Beltran, Alba G. & Manuel | 2:12cv04824 |
| Comstock, Margaret H. & Roger | 2:12cv05345 |
| Coppinger, Mary & Robert | 2:12cv05129 |
| Cox, Shirley & Randall | 2:12cv05191 |
| Crespin, Tawnya | 2:12cv05004 |
| Dano, Autumn & Larry | 2:12cv04100 |
| Datz, Lillian & Kerry M. | 2:12cv03735 |
| Hubbard, Pamela | 2:12cv03309 |
| Kimsey, Cathy & Christopher | 2:12cv04814 |
| Lewis, Tammy & James | 2:12cv05169 |
| Lunsford, Sharon & Charles | 2:12cv03308 |
| Mayes, Tammy M. | 2:12cv03463 |
| Moses, Christine Wilder & Robert | 2:12cv04005 |
| Newton, Cynthia D. & Robert A. | 2:12cv05517 |
| Peshewa, Melanie & Macaki | 2:12cv04332 |
| Rizer, Renae Lynn | 2:12cv05128 |
| Robinson, Carol A. | 2:12cv05573 |
| Sloan, Penny | 2:12cv05515 |
| Stepski, Zinaida | 2:12cv05342 |
| Tharp, Iva June | 2:12cv03251 |
| Towns, Bertha & Frank | 2:12cv03306 |
| Wurtz, Julieann & Bruce | 2:12cv04679 |