# EXHIBIT K

ismuth titanate — 1389, 1398, 1409, 1413

tile to brittle — 1420, 1427

:omposites — 1434, 1441

COOPER — 1447, 1459

f lithium ferrite — 1465

r divalent

,N films — 1474, 1479, 1487, 1493, 1501

ack-tip plasticity — 1508, 1513

C₆ carbide phases — 1519

, TOYOTA, der high pressure — 1523, 1533

< propagation in — 1536

nce of fatigue — 1537

ssed alumina"

JOURNAL OF MATERIALS SCIENCE 17 (1982) 1233-1246

# Review
# Biodegradation of surgical polymers

D. F. WILLIAMS
Department of Dental Sciences, School of Dental Surgery, University of Liverpool, Liverpool, UK

This work combines a review of the literature on the degradation of polymers in the physiological environment with a description of a series of experiments concerned with the role of components of that environment, such as enzymes, lipids and bacteria, on such degradation.

## 1. Introduction

Polymeric materials have been used in medical and surgical applications for 30 to 40 years [1–6], often in situations where there is intimate contact with living tissues. Although the specific materials requirements will differ according to the nature of the application, it is a fundamental requirement in each and every case that the polymer should display adequate biocompatibility. This implies that, for permanent implant applications, the material should not degrade within the physiological environment, nor should it have any adverse effect on the tissue, and that for short-term intentionally degradable prostheses, the rate of degradation and the release of degradation products should be physiologically tolerable.

In theory, polymeric-based materials have one significant advantage over metals, since, although the isotonic saline solution that comprises the extra-cellular fluid is extremely hostile to metals, it is not normally associated with the degradation of synthetic high molecular-weight polymers. Since the tissue response to an implanted material is often associated with the degradation of that material and the release of degradation products, this physiological inertness augurs well for good overall biocompatibility. Such a prediction is generally upheld by practical and clinical experience and it is commonly observed that the implantation of pure homo-chain high molecular-weight polymers elicits minimal response from the tissues.

In many situations this minimal response is regarded as ideal, but there are several points which deserve attention in this respect.

(a) The above generalization does not hold good for all polymers and there are some, and especially the hetero-chain polymers, which are not totally resistant to environmental degradation and have the potential for initiating a greater response.

(b) As noted above, there are some applications where it is actually desirable that the polymer degrades either in the course of its particular function (such as controlled drug release via matrix erosion) or after a specific function has been performed (such as after bone union in disposable fracture plates).

(c) Although strictly controlled, surgical polymeric materials may have to contain some additives, such as plasticizers, which themselves have a potential to irritate the tissue, especially if they are leached out from the plastic.

(d) It is not correct to assume that the physiological environment is a simple isotonic saline solution and it cannot be modelled in such a way. The extracellular fluid itself is complex, containing a variety of anions, cations and organic species, while the cells themselves may play very important parts in some reactions. It is, therefore, necessary to consider the degradation of polymers in the light of this more complex environment.

In the present work the degradation of surgical polymers is reviewed and some recent experimental work on the subject is discussed. Frequently, any degradation process that occurs in the body is referred to as biodegradation. This is not strictly correct, since biodegradation implies an active role for the biological media. Any changes produced

0022-2461/82/051233-14$04.18/0    © 1982 Chapman and Hall Ltd.    1233

simply by the aqueous extracellular fluid not involving any vital function of the host, (such as simple hydrolysis) are not examples of biodegradation. Emphasis is placed in this paper on this latter aspect and a distinction is drawn between conventional degradation in a physiological environment and biodegradation.

## 2. Susceptibility of polymers to degradation under physiological conditions

All polymers are susceptible to degradation [7], but the conditions under which this occurs and the kinetics of the reactions are extremely variable. The degradation processes can generally be divided into two types. Firstly, there are those which involve the absorption of some kind of energy to cause disruption of primary covalent bonds to form free radicals, which then cause the propagation of molecular degradation by secondary reactions. Secondly, there are hydrolytic mechanisms where the depolymerization process can be seen as the reverse of polycondensation.

The conditions under which the first of these general processes takes place include elevated temperatures, especially in the presence of oxygen to give thermal oxidation, electromagnetic radiation (i.e., $\gamma$-rays, X-rays or ultra-violet radiation), mechanical stress at elevated temperatures giving thermo-mechanical degradation and ultrasonic vibration. Clearly, the physiological environment within the human body does not offer any of these conditions to an implanted polymer; hence, the optimistic statement that most polymers should be stable upon implantation.

Hydrolysis, on the other hand, is quite feasible in the aqueous extra-cellular fluid. A number of conditions have to be met in this respect. Firstly, the polymer has to contain hydrolytically unstable bonds. Secondly, for any significant degradation to occur, the polymer should be hydrophilic, otherwise the medium producing hydrolysis will have very limited opportunity for gaining access to the hydrolysable bonds. Thirdly, the hydrolysis has to take place at a physiological pH (around 7.4).

Thus, polymers can be placed in a ranking order of predicted susceptibility to *in vivo* degradation [8] in the sequence:

hydrophobic, no hydrolyzable bonds — most stable;

hydrophilic, no hydrolyzable bonds — may swell, but little or no degradation;

hydrophobic, hydrolyzable — surface activity only; and

hydrophilic, hydrolyzable — bulk degradation.

The validity of these predictions is discussed below under the two headings of non-hydrolyzable and hydrolyzable polymers.

## 3. *In vivo* degradation of non-hydrolyzable polymers

The types of polymer used in surgery and included here are: some polyolefins (polyethylene and polypropylene), halogenated hydrocarbon polymers (most notably polytetrafluoroethylene) polyacrylic acids and their esters (such as polymethyl- and polyethyl-acrylates), some polyether urethanes and certain silicone polymers (notably polydimethyl siloxane).

Each degradation process involves initiation, propagation and termination stages. During initiation, energy is absorbed from the external source, causing the breaking of a covalent bond (either the primary chain bond or a cross-link) and the formation of active radicals. Thus, thermal degradation occurs when the vibrational, rotational or translational energy exceeds the activation energy required to break a carbon–carbon bond on increasing the temperature. Considering the polyethylenes as examples, the thermal degradation of pure polyethylene provides one of the simplest cases, with a random chain scission initiation phase:

$$\sim\!\!\underset{\substack{|\ |\ |\ |\ |\\ H\ H\ H\ H\ H}}{\overset{H\ H\ H\ H\ H}{C-C-C-C-C}}\!\!\sim \rightarrow \sim\!\!\underset{\substack{|\ |\ |\\ H\ H\ H}}{\overset{H\ H\ H}{C-C-C^{\cdot}}} + \underset{\substack{|\ |\\ H\ H}}{\overset{H\ H}{C-C}}\!\!\sim \quad (1)$$

Propagation takes place as follows:

$$\sim\!\!\underset{\substack{|\ |\ |\ |\ |\\ H\ H\ H\ H\ H}}{\overset{H\ H\ H\ H\ H}{C-C-C-C-C^{\cdot}}} \rightarrow \sim\!\!\underset{\substack{|\ |\ |\\ H\ H\ H}}{\overset{H\ H\ H}{C-C-C^{\cdot}}} + \underset{\substack{|\ \ \ |\\ H\ \ \ H}}{\overset{H\ \ \ H}{C=C}} \quad (2)$$

or free radical transfer may take place to terminate the process in any one molecule according to

$$\sim\!\!\underset{\substack{|\ |\ \ \ |\ |\\ H\ H\ \ \ H\ H}}{\overset{H\ H\ \overset{\frown}{H}\ H\ H}{C-C+C-C-C}}\!\!\sim \rightarrow$$

$$\sim\!\!\underset{\substack{|\ |\\ H\ H}}{\overset{H\ H}{C-CH}} + \sim\!\!\underset{\substack{|\ |\ \ \ |\\ H\ H\ \ \ H}}{\overset{H\ H\ \ \ H}{C-C-C=C}}$$

and termination may take pl proportionation or combinatio

The result will be a mixtur of varying sizes and some m radical transfer predominates propagation, then there will produced. The activation energ varies with physical and chem ing to Madorsky [9], the act polyethylene of molecular v 66.1 kcal mol$^{-1}$ and that for a 11 000 is 46 kcal mol$^{-1}$. An ethylene will have a higher ac a branched material. The a polypropylene degradation 58 kcal mol$^{-1}$.

With polytetrafluoroethyle much stronger than the C–H radical transfer is possible di dation. Chain scission occurs gation takes place entirely by virtually 100% $C_2F_4$:

$$\sim\!\!\underset{\substack{|\ |\ |\ |\ |\ |\\ F\ F\ F\ F\ F\ F}}{\overset{F\ F\ F\ F\ F\ F}{C-C-C-C-C-C}}\!\!\sim \rightarrow \sim\!\!\underset{\substack{|\\ F}}{\overset{F}{C-}}$$

$$\sim\!\!\underset{\substack{|\ |\ |\\ F\ F\ F}}{\overset{F\ F\ F}{C-C-C^{\cdot}}}$$

The activation for this reactic

The thermal degradation acrylate is rather similar, inv scission and unzipping to yield of monomer,

$$\sim\!\!\underset{\substack{|\ \ \ \ |\\ H\ COOCH_3}}{\overset{H\ \ CH_3}{C-C}}\!\!-\!\!\underset{\substack{|\ \ \ \ |\\ H\ COOCH_3}}{\overset{H\ \ CH_3}{C-C}}\!\!\sim$$

| | |
|---|---|
| lrolyzable bonds — may swell, egradation; | |
| lyzable — surface activity | |
| zable — bulk degradation. | |

predictions is discussed below
lings of non-hydrolyzable and
ers.

### tion of non-hydrolyzable

r used in surgery and included
olyolefins (polyethylene and
ogenated hydrocarbon poly-
polytetrafluoroethylene) poly-
ir esters (such as polymethyl-
tes), some polyether urethanes
ie polymers (notably poly-

process involves initiation,
termination stages. During
absorbed from the external
breaking of a covalent bond
chain bond or a cross-link)
f active radicals. Thus, thermal
hen the vibrational, rotational
ergy exceeds the activation
eak a carbon—carbon bond on
nperature. Considering the
mples, the thermal degradation
provides one of the simplest
om chain scission initiation

$$\sim\!\!C\!-\!C\!-\!C^{\cdot} + \overset{H\;H}{\underset{H\;H}{C\!-\!C}}\sim \quad (1)$$

ice as follows:

$$\rightarrow \sim\!\!C\!-\!C\!-\!C^{\cdot} + C=C \quad (2)$$

er may take place to terminate
one molecule according to

$$\sim\!\!C\!-\!C^{\cdot} + \sim\!\!C\!-\!C\!-\!C\!=\!C + C\!-\!C\!\sim \quad (3)$$

and termination may take place by either a disproportionation or combination process.

The result will be a mixture of chain fragments of varying sizes and some monomer. If the free radical transfer predominates over the unzipping propagation, then there will be little monomer produced. The activation energy for the degradation varies with physical and chemical factors. According to Madorsky [9], the activation energy for a polyethylene of molecular weight of 23 000 is 66.1 kcal mol$^{-1}$ and that for a molecular weight of 11 000 is 46 kcal mol$^{-1}$. An unbranched polyethylene will have a higher activation energy than a branched material. The activation energy for polypropylene degradation has been given as 58 kcal mol$^{-1}$.

With polytetrafluoroethylene the C–F bond is much stronger than the C–H bond so that no free radical transfer is possible during thermal degradation. Chain scission occurs as before, but propagation takes place entirely by unzipping, to yield virtually 100% $C_2F_4$:

$$\sim\!\!C\!-\!C\!-\!C\!-\!C\!-\!C\!-\!C\!\sim \rightarrow \sim\!\!C\!-\!C\!-\!C^{\cdot} + C\!-\!C\!-\!C\!\sim$$

$$\sim\!\!C\!-\!C\!-\!C^{\cdot} \rightarrow \sim\!\!C^{\cdot} + C=C \quad (4)$$

The activation for this reaction is 80.5 kcal mol$^{-1}$.

The thermal degradation of polymethylmethacrylate is rather similar, involving random chain scission and unzipping to yield substantial amounts of monomer,

$$\sim\!\!C\!-\!C\!\!-\!\!-\!\!-\!\!-\!\!C\!-\!C\!\sim \rightarrow$$

$$\sim\!\!C\!-\!C^{\cdot} + C^{\cdot}\!\!\sim \quad (5)$$

and

$$\sim\!\!C\!-\!C\!\!-\!\!-\!\!-\!\!-\!\!C\!-\!C^{\cdot} \rightarrow$$

$$\sim\!\!C\!-\!C^{\cdot} + C=C \quad (6)$$

In this case the steric hinderance associated with the $CH_3$ and $COOCH_3$ groups prevents free radical transfer. The activation energy is variable, depending on the stage of the process, being 32 kcal mol$^{-1}$ at the beginning, rising to around 40 kcal mol$^{-1}$ as the reaction proceeds [10].

Radiative degradation of synthetic polymers largely involves either ultra-violet (u.v.) or high-energy radiation, the latter being defined for these purposes as radiation composed of photons or particles of higher energy than that encountered in binding electron orbitals. As discussed by Shalaby [11], the radiative degradation caused by u.v. light is called photolysis and that caused by high-energy radiation is called radiolysis. Radiolysis is far more significant than photolysis in pure synthetic polymers. The ability to degrade increases as the wavelength decreases or the energy increases. Thus, 300 to 400 nm, corresponding to an energy of 90 to 70 kcal mol$^{-1}$, represents the limit above which photolysis will not occur. Since radiation from sunlight involves wavelengths greater than 290 nm, and since most pure synthetic polymers will not absorb radiation of this wavelength range, u.v. radiation from sunlight is not very effective for radiative degradation. However, the presence of some impurities (such as ketones) may significantly alter the ability to absorb u.v. radiation, giving greater degradation of the polymer.

Degradation by u.v. radiation usually proceeds via the formation of free radical intermediates while degradation by high-energy radiation proceeds via the formation of both radical and ionic intermediates. The presence of oxygen in the polymer molecule has a significant influence, largely by favouring hydroperoxide formation.

Polyethylene undergoes both chain scission

and cross-linking with the formation of a $-\dot{C}H-$ radical. When irradiated in air, oxidative degradation is predominant [12]:

$$\sim CH_2-\dot{C}H\sim + O_2 \rightarrow \sim CH_2-CH\sim \rightarrow$$
$$\phantom{xxxxxxxxxxxxxxxxxx} | $$
$$\phantom{xxxxxxxxxxxxxxxxxx} OO\cdot$$

$$\sim CH_2-CH\sim \rightarrow H_2O + \sim CH_2-CO\sim \quad . \quad (7)$$
$$\phantom{xx} |$$
$$\phantom{xx} COOH$$

Polypropylene may degrade via the formation of any of the free radicals

$$\sim CH_2-\dot{C}-CH_2\sim, \quad \sim CH_2-\overset{H}{\underset{\dot{C}H_2}{C}}-CH_2\sim$$
$$\phantom{xxxxx} | $$
$$\phantom{xxxx} CH_3$$

or  $\sim \dot{C}-\overset{H}{\underset{CH_3}{C}}-\overset{H}{\underset{CH_3}{C}}=CH\sim$ .

Polyvinylchloride undergoes dehydrohalogenation when either heated or irradiated:

$$\sim CHCl-CH_2-CHCl-CH_2\sim \rightarrow$$
$$\sim \dot{C}H-CH_2-CH=CH\sim \rightarrow \quad (8)$$
$$\sim CH=CH-CH=CH-CH-\dot{C}H-CH_2\sim.$$

The effects of these degradation processes will naturally vary, but generally there will be a change in average molecular weight, molecular-weight distribution, crystallinity and mechanical properties.

Chain scission will generally result in reduced strength and creep resistance, while cross-linking will be associated with an increased modulus of elasticity.

The purpose of this brief review is to show how and when degradation can occur in these polymers. Activation energies for the degradation of the high molecular-weight polymers used in surgery vary from 30 kcal mol$^{-1}$ to 80 or 90 kcal mol$^{-1}$ and such reactions generally require either heat, u.v. light or high energy radiation, preferably in the presence of oxygen, to proceed. It seems certain from these conditions that no such degradation should occur within the confines of the human body.

While this prediction is largely borne out in practice, there is some evidence that other factors are involved and that unexpected degradation mechanisms operate within the body. One of the first hints of this arose from the work of Oppenheimer et al. [13] on the carcinogenic properties of plastics. In attempting to elucidate the mechanisms by which plastic films induced tumours after subcutaneous implantation, some radiolabelled polymers were studied in experimental animals. $C^{14}$-labelled polystyrene ($-C_6H_5CH-C^{14}H_2-$), polyethylene ($-CH_2-C^{14}H_2-$) and polymethylmethacrylate ($-CH_2-C(CH_3)COOC^{14}H_3-$) were used and urine, faeces and respiratory $CO_2$ were monitored for periods of over a year. With the polystyrene, nothing radioactive was excreted in the urine until 21 weeks, but some radioactivity was detected after this time. With polyethylene, radioactive species were excreted after 26 weeks; with polymethylmethacrylate, radioactive species were excreted after 54 weeks. Removal of the films caused the urinary radioactivity to decrease. Nothing was found in the expired air, nor in tissues surrounding the implants that were removed at sacrifice. Although the results, which showed that small amounts of degradation products were produced but that these were rapidly removed and excreted, did not help Oppenheimer et al. to establish mechanisms for carcinogenicity, they are very interesting from the point of view of the polymer degradation itself.

Perhaps the most significant work in this respect is that of Leibert et al. [14] who studied the *in vivo* degradation of polypropylene with a view to determining the degradation rate, the nature of the degradation products and the influence of antioxidant. Samples were implanted subcutaneously in hamsters. Hydroxyl concentration and carboxyl absorbance were determined as a function of implantation time. While neither the hydroxyl concentration nor the carboxyl absorbance were altered by the tissue fluids in the antioxidant-containing material, changes were seen in pure antioxidant-free polypropylene. Here the hydroxyl concentration increased linearly with time up to 100 days, after which it increased at a faster rate. Some 90 days passed before any measurable carboxyl was formed. Gas-phase chromatography (GPC) analysis showed a slight shift in molecular-weight distribution, with a decrease in the proportion of very large molecules and an increase in the number of medium-sized molecules. Dynamic mechanical testing showed a slight decrease in tan δ during the first 40 days for the pure specimens, where δ is the phase angle between the applied strain and the resultant stress.

The authors attempted to [...] dation with oxidative degradat[ion ...] tures. It has been suggested [...] energy for the initiation step [...] 31 kcal mol$^{-1}$ and there is [...] which is a function of temp[erature and] concentration. Hydroperoxide [...]

$$RH + O_2 \rightarrow RC[...]$$

and when these decompose, c[...] causing carboxyl groups to fo[rm]

$$ROOH \rightarrow RO\cdot + [...]$$
$$RH + O_2 \rightarrow R\cdot [...]$$

and

$$R\cdot + O_2 \rightarrow RC[...]$$

Rapid oxidation then follow[s ...] in carboxyl content and loss [...] During propagation, both [...] peroxide content increase:

$$ROO\cdot + RH \rightarrow RC[...]$$

and

$$RO\cdot + RH \rightarrow RC[...]$$

At 75° C and in 100% o[xygen ...] degrades by the above n[...] extrapolation of data to 3 [...] logical oxygen partial pressu[re ...] predicts an hydroxyl prod[uction of] 10$^{-4}$ (mg OH) (g polymer)$^{-[1]}$ [...] tion period of 20 years. C[...] Liebert et al., degradation [...] occurred at a much faster r[ate, with a] period of about 100 days. [...] trace amounts of metallic i[...] species could be responsi[ble for the] oxidation rate.

The suggestion is made, t[hat ...] may be influential in degra[dation ...] authors, in fact, have mac[...] always without proof. Leini[nger ...] speculated that degradatio[n ...] caused by enzymatic oxid[ation ...] quoted some unpublished [work ...] in polyethylene film were [...] weeks by exposing them [to ...] which produce relatively la[rge amounts of] enzymes.

There is a certain attrac[tion to the hypoth-] esis of enzyme-accelerated [degra-] dation, since enzymes [...]

1236

ose from the work of Oppen-
on the carcinogenic properties
pting to elucidate the mech-
lastic films induced tumours

implantation, some radio-
re studied in experimental ani-
lystyrene ($-C_6H_5CH-C^{14}H_2-$),
$-C^{14}H_2-$) and polymethyl-
$-C(CH_3)COOC^{14}H_3-$) were
es and respiratory $CO_2$ were
ds of over a year. With the
g radioactive was excreted
weeks, but some radioactivity
this time. With polyethylene,
were excreted after 26 weeks;
thacrylate, radioactive species
54 weeks. Removal of the
nary radioactivity to decrease.
, in the expired air, nor in
he implants that were removed
gh the results, which showed
of degradation products were
hese were rapidly removed and
help Oppenheimer et al. to
ns for carcinogenicity, they
from the point of view of the
itself.

ost significant work in this
eibert et al. [14] who studied
tion of polypropylene with a
g the degradation rate, the
dation products and the influ-
nt. Samples were implanted
hamsters. Hydroxyl concen-
l absorbance were determined
plantation time. While neither
centration nor the carboxyl
ltered by the tissue fluids in
taining material, changes were
idant-free polypropylene. Here
ntration increased linearly with
s, after which it increased at a
90 days passed before any
xyl was formed. Gas-phase
PC) analysis showed a slight
-weight distribution, with a
portion of very large molecules
the number of medium-sized
c mechanical testing showed a
an δ during the first 40 days
ens, where δ is the phase angle
strain and the resultant stress.

The authors attempted to compare this degra-
dation with oxidative degradation at high tempera-
tures. It has been suggested that the activation
energy for the initiation step in this oxidation is
31 kcal mol$^{-1}$ and there is an induction time
which is a function of temperature and oxygen
concentration. Hydroperoxides are formed:

$$RH + O_2 \rightarrow ROOH \quad (9)$$

and when these decompose, chain scission occurs,
causing carboxyl groups to form:

$$ROOH \rightarrow RO^{\cdot} + HO^{\cdot} \quad (10)$$
$$RH + O_2 \rightarrow R^{\cdot} + HO_2^{\cdot} \quad (11)$$

and

$$R^{\cdot} + O_2 \rightarrow ROO^{\cdot}. \quad (12)$$

Rapid oxidation then follows, causing an increase
in carboxyl content and loss of tensile properties.
During propagation, both hydroxyl and hydro-
peroxide content increase:

$$ROO^{\cdot} + RH \rightarrow ROOH + R^{\cdot} \quad (13)$$

and

$$RO^{\cdot} + RH \rightarrow ROH + R^{\cdot}. \quad (14)$$

At 75°C and in 100% oxygen, polypropylene
degrades by the above mechanism [15] and
extrapolation of data to 37°C under a physio-
logical oxygen partial pressure, $pO_2$, of 15 mm Hg
predicts an hydroxyl production rate of $2.9 \times 10^{-4}$ (mg OH) (g polymer)$^{-1}$ day$^{-1}$ and an induc-
tion period of 20 years. Clearly, in the work of
Liebert et al., degradation under these conditions
occurred at a much faster rate, with an induction
period of about 100 days. They speculated that
trace amounts of metallic ions, enzymes or other
species could be responsible for this increased
oxidation rate.

The suggestion is made, therefore, that enzymes
may be influential in degrading polymers. Several
authors, in fact, have made this suggestion, but
always without proof. Leininger [16], for example,
speculated that degradation of polyethylene was
caused by enzymatic oxidative chain scission and
quoted some unpublished work where changes
in polyethylene film were found in a matter of
weeks by exposing them to bacterial cultures
which produce relatively large amounts of oxidative
enzymes.

There is a certain attractiveness in the hypoth-
esis of enzyme-accelerated in vivo polymer degra-
dation, since enzymes have the characteristic
ability to catalyse certain chemical reactions; it
would certainly be very useful to invoke this
hypothesis in the case, above, of polypropylene
to explain why the degradation, which involves
a high activation energy, occurs at room tempera-
ture. There are some difficulties involved in
confirming the hypothesis, however, since enzymes
are normally so substrate specific and one does
not normally associate their catalytic effect with
synthetic high molecular-weight polymers. Never-
theless, it remains an attractive possibility, worthy
of further investigation.

The possible role of enzymes is discussed at
greater length in the following section on hydro-
lyzable polymers.

### 3. Hydrolyzable polymers

Hetero-chain polymers, particularly those contain-
ing oxygen and/or nitrogen atoms in the main
chain, are generally susceptible to hydrolysis.
Depending on the structure, this hydrolysis may
be favoured by either acid or alkaline conditions
and naturally is much faster at elevated tempera-
tures. Although hydrolysis of many of these poly-
mers will therefore be most marked under, for
example, hot alkaline conditions, the aqueous
environment of the body at 37°C is sufficiently
hostile to degrade a number of polymers by
hydrolysis. It is in this context that enzymes,
and especially hydrolytic enzymes, are most
likely to have an effect. Amongst the polymers
which have been shown to degrade by hydrolysis
in vivo are certain polyamides, including nylons
and polyamino acids, some polyurethanes, cyano-
acrylates and some polyesters, both aromatic
and aliphatic.

### 3.1. Nylon

Some 25 years ago, Harrison [17, 18] showed
that nylon fabrics lost about 80% of their tensile
strength during a three-year implantation. Leininger
et al. also found considerable degradation of
nylon [19]. Some nylons are hydrophilic and
hydrolyzable, although the extent of water absorp-
tion is variable. Nylon 6, for example, has a water
content at saturation of 11%, while nylon 11 has
a water content of only 1.5%. The hydrolysis mech-
anism is quite simple [7], the primary attack being
that of the hydrogen ion on the oxygen atom of
the carboxyl group

$$R-\underset{\underset{O}{\|}}{C}-NHR_1 + H^+ \rightarrow R-\underset{\underset{OH}{\|}}{C}=N^+HR_1 \quad (15)$$

and

$$R-\underset{\underset{OH}{|}}{C}=N^+HR_1 + OH^- \rightarrow R-\underset{\underset{OH}{|}}{C}=O + H_2NR_1. \quad (16)$$

Thus, acid and amine end groups are formed. Very few studies have been performed on the actual *in vivo* degradation of nylons, although Williams has found that nylon 6-6 degrades faster in the tissues of an acute inflammatory response than in the more quiescent chronic phase of a tissue response [20].

Several reports have also recently been published concerning the unexpected and undesirable degradation of nylon sutures used to secure ophthalmological prostheses in place [21, 22].

### 3.2. Polyamino acids

Synthetic polyamino acids and polypeptides of more complex main-chain and pendant group structure are often susceptible to hydrolysis. It is now well-known that these materials may be degraded by enzymes *in vitro*, where the enzyme substrate specificity in relation to the bonds broken is unchanged. Much data is available showing the solubility and digestibility of polyamino acids by proteolytic enzymes [23]. For example, synthetic polylysine has been studied on numerous occasions. Trypsin catalyses the degradation of this polymer [24], the chief products being dilysine and trilysine. Interestingly, no lysine is produced, indicating that the terminal peptide bonds are not attacked. This is in contrast to the acid hydrolysis of polylysine where random scission degradation occurs, giving lysine amongst the products.

Further evidence of the role of enzymes on the degradation of polyamino acids *in vivo* and *in vitro* has recently been supplied by Dickinson and co-workers [25, 26]. Several proteolytic enzymes were employed *in vitro* to asses the degradability of cross-linked poly(2-hydroxyethyl-C-glutamine). Trypsin and collagenase had no effect but pronase and papain dissolved the hydrogel. Analysis of the papain digestion products showed that mainly oligomers of degree of polymerization 4 to 9 were produced. It was suggested that trypsin and collagenase were too substrate specific. Degradation of this material was also observed *in vivo*, although this was confined to the first two weeks, as judged by changes in the swelling characteristics. It was suggested that, since this two weeks corresponded with the maximum cellular activity, it was enzymes released from the cells of the wound-healing response that were responsible. The cellular layer at the tissue–implant interface in the chronic response was associated with little or no degradation activity. These conclusions are very interesting in the light of the work of the author discussed later in this paper.

An interesting and complicating factor here is the inhibition of enzyme activity when low molecular-weight peptides are released into enzyme solutions at low concentrations. Thus, while degradation occurs with polyamino acids of molecular weight greater than 40 000, with low molecular weights in the region of 2 500, the enzyme and polymer may form an insoluble complex. This is an important point in the interpretation of *in vitro* work on polyamino acid degradation.

Subtilsin, α-chymotrypsin, ficin, papain and elastase also degrade polylysine, in that order of reactivity [27]. Other polymers of α-amino acids that are degraded by hydrolytic enzymes include poly-DL-alanine, poly-L-aspartic acid and poly-L-proline.

The hydrolytic instability of the amide bond in synthetic amino acid polymers has been used in the formation of intentionally biodegradable polymers. As reviewed by Kopecek [28], these polymers may be designed to give controlled biodegradation via the introduction of segments susceptible to affects by specific enzymes. For example, polymers of $N$-(2-hydroxypropyl) methacrylamide and p-nitrophenyl esters of $N$-methacryloylated amino acids are reacted with compounds containing an aliphatic amino group, with formation of the amide bond. If this bond originates in an amino acid specific for a certain enzyme, an enzymatically cleavable bond is formed. Specific acids for chymotrypsin, for example, and L-phenylalanine, L-tyrosine and L-leucine. A wide variety of degradable polymers has been prepared in this way.

### 3.3. Polyurethanes

Polyurethane is the name given to a group of polymers containing the urethane group,

$$NH-\underset{\underset{O}{\|}}{C}-O.$$

A wide variety of polyurethanes exist in which different groups are present in adjacent molecular chains, most commonly involving urethane, urea, ester or ether groupings, wh[ich] through hydrogen bonding. [These are] classified according to whether polyester or polyether in nature

$$\sim\sim O-\underset{\underset{O}{\|}}{C}-C\sim\sim$$

$$\vdots$$

$$\sim\sim N-\underset{\underset{O}{\|}}{C}-O\sim\sim \quad \text{pol}[y]$$

or

$$\sim\sim R-O-R\sim\sim$$

$$\vdots$$

$$\sim\sim N-\underset{\underset{O}{\|}}{C}-O\sim\sim \quad \text{pol}[y]$$

The polyester urethanes tend [to be] unstable due to their highly [ordered] configurations. Unfortunately [the] uses of polyurethanes invol[ve] and *in vivo* degradation an[d] common [29–31]. Mirkovitch [used] polyester urethane used as an [implant] and found that the molecula[r weight decreased] considerably during a six-m[onth] period.

On the other hand, the pol[yether urethanes are] far more stable. Of particular [interest are the] segmented polyether urethane[s]

$$+[RO]_n(\underset{\underset{O}{\|}}{C}-NH-\langle\bigcirc\rangle-CH_2-$$

$$-\langle\bigcirc\rangle-N\underset{\underset{O}{\|}}{H}C-O-$$

and the segmented polyether u[rea]

$$+[RO]_n(\underset{\underset{O}{\|}}{C}-NH-\langle\bigcirc\rangle-CH_2$$

$$-\langle\bigcirc\rangle-NH-\underset{\underset{O}{\|}}{C}-NH$$

which are flexible stable ma[terials which] withstand long implantatio[n without] noticeable sign of degradatio[n].

ymes released from the cells
ig response that were respon-
layer at the tissue—implant
ronic response was associated
degradation activity. These
interesting in the light of the
discussed later in this paper.
id complicating factor here is
enzyme activity when low
ptides are released into enzyme
concentrations. Thus, while
, with polyamino acids of
reater than 40000, with low
in the region of 2 500, the
mer may form an insoluble
important point in the inter-
ro work on polyamino acid

motrypsin, ficin, papain and
de polylysine, in that order
Other polymers of α-amino
raded by hydrolytic enzymes
ilanine, poly–L–aspartic acid

instability of the amide bond
acid polymers has been used
of intentionally biodegradable
wed by Kopecek [28], these
designed to give controlled
the introduction of segments
cts by specific enzymes. For
s of $N$-(2-hydroxypropyl)
nd p-nitrophenyl esters of
1 amino acids are reacted
:ontaining an aliphatic amino
ion of the amide bond. If this
an amino acid specific for a
enzymatically cleavable bond
: acids for chymotrypsin, for
ihenylalanine, L–tyrosine and
variety of degradable polymers
n this way.

es
ie name given to a group of
g the urethane group,

NH-C-O,
 ||
 O

polyurethanes exist in which
e present in adjacent molecular
nonly involving urethane, urea,

ester or ether groupings, which are combined through hydrogen bonding. They are generally classified according to whether they are primarily polyester or polyether in nature:

~~O-C-C~~
    ||
    O
    :              polyester urethane,
    H O
    | ||
~~N-C-O~~

or

~~R-O-R~~
    :
    H O            polyether urethane.
    | ||
~~N-C-O~~

The polyester urethanes tend to be hydrolytically unstable due to their highly strained molecular configurations. Unfortunately, the early surgical uses of polyurethanes involved these varieties and *in vivo* degradation and disintegration was common [29–31]. Mirkovitch *et al.* [32] studied polyester urethane used as an aortic graft in dogs and found that the molecular structure changed considerably during a six-month implantation period.

On the other hand, the polyether urethanes are far more stable. Of particular interest here are the segmented polyether urethanes,

$\{ [RO]_n(\underset{\underset{O}{||}}{C}-NH-\langle\rangle CH_2-$

$-\langle\rangle NHC-O-(CH_2)_nO)_x \}_y$
      ||
      O

and the segmented polyether urethane ureas,

$\{ [RO]_n(\underset{\underset{O}{||}}{C}-NH-\langle\rangle-CH_2-$

$-\langle\rangle-NH-C-NH-(CH_2)_m NH)_x \}_y,$
            ||
            O

which are flexible stable materials that appear to withstand long implantation times without any noticeable sign of degradation.

### 3.4. Cyanoacrylates

The degradation of these surgical adhesives and hemostasis agents was thoroughly investigated by Leonard [33, 34]. Using radioactive poly-methyl-2-cyanoacrylate, contained in a polyvinyl alcohol sponge, they showed that, after seven days, 0.2% of the radioactivity had been excreted in the faeces and 8.5% had been excreted in the urine, with 85.4% remaining in the sponge and 5.9% unaccounted for. After 159 days only 6.6% remained in the sponge, 45.1% having been removed in the urine and 4.3% in the faeces, the remaining 44% presumably being expired as $CO_2$. *In vitro*, the degradation appeared to be initiated by $OH^-$ ions and produced formaldehyde and an alkylcyanoacetate after a random hydrolytic chain scission mechanism of propagation. Vezin and Florence [35] have recently studied further the *in vitro* heterogeneous degradation of poly($n$-alkyl α-cyanoacrylates) and found that the degradation mechanisms proposed by Leonard *et al.* [33] may not always apply but may, depending on molecular weight and molecular-weight distribution, involve initiation at chain ends. Enzyme activity does not appear to have been invoked with these polymers.

### 3.5. Polyesters

The ester bond is readily hydrolyzed, resulting from the primary attack of the hydroxyl ion on the positive carbonyl C-atom:

$$\overset{\delta(+)\ \delta(-)}{\frown}$$
$$\sim C-O \sim + OH^- \longrightarrow \sim C-OH + HO\sim . \quad (17)$$
$$\underset{O\ \delta(-)\ H}{||} \qquad \qquad \underset{O}{||}$$

The susceptibility of individual polyesters depends on specific molecular structures and hydrophilicities. In general, the aromatic polyesters are less sensitive to moisture than the aliphatic polyesters because of the greater hydrophobicity of the aromatic parts.

### 3.6. Aromatic polyesters

Polyethylene terephthalate (PET) is the most relevant polyester to mention here, being widely used for prosthetic devices. Although Harrison and co-workers showed some degradation of a woven PET (Dacron) after a three-year implantation [17, 18] it is generally considered sufficiently hydrophobic to render bulk degradation unlikely. Surface degradation may occur slowly,

but usually there is little change in mechanical properties over a long period of time [36].

The kinetics of PET degradation have been recently discussed by Rudakova et al. [37]. They implanted samples subcutaneously in rabbits and dogs and found the time for complete degradation was $30 \pm 7$ years. Fifty per cent of the initial strength of PET filaments was lost in $10 \pm 2$ years.

### 3.7. Aliphatic polyesters

Aliphatic polyesters, typified by polyglycolic acid and polylactic acid, have been studied extensively, since they provide model systems for investigating biocompatibility and also provide useful materials for applications requiring controlled degradation, such as synthetic absorbable sutures.

Polyglycolic acid is the most hydrophilic of all polyesters [38], hydrolysis readily occurring via the ester bond, yielding alcohol and carboxylic acid groups:

$$\sim O-CH_2-\underset{\underset{O}{\|}}{C}-O-CH_2-\underset{\underset{O}{\|}}{C}\sim \rightarrow$$
$$\sim O-CH_2-\underset{\underset{O}{\|}}{C}-OH + HO-CH_2-\underset{\underset{O}{\|}}{C}\sim . \quad (18)$$

Reed and Gilding [39] have shown that the loss of tensile strength of polyglycolic acid sutures (Dexon®) is quite rapid when tested in vitro at pH 7 and 37°C, with total loss of strength occurring after 4 to 6 weeks. This has been confirmed by Chu [40] and Williams [41]. Reed and Gilding [39] also found that the in vivo degradation was similar to in vitro degradation, and could, in fact, be modelled in vitro by using a 0.2 M phosphate buffer at pH 7 and 37°C. Although the tensile strength is reduced to zero after 32 days, the mass-loss does not begin until 21 days, the oligomeric fraction formed by degradation becoming the main component. The conclusion that the in vivo degradation of polyglycolic acid is a result of simple hydrolysis is not totally substantiated by the work of the author, as discussed below. Gilding [38] has stated that the hydrolysis takes place preferentially in the amorphous phase of this semi-crystalline material, and this is supported by the work of Chu [40] who has argued that water is able to penetrate amorphous areas more rapidly than crystalline areas and tie-chain segments in these regions begin to degrade. When the amorphous regions have been removed by hydrolysis, the second stage of degradation starts, thus involving the crystalline areas. The degree of crystallization was observed to increase during the first stage of degradation and then to decrease during the second state.

Other aliphatic polyesters of the same series, and their co-polymers, have been shown to become degraded by hydrolysis, although at substantially slower rates [39]. Further comments on the role of enzymes and bacteria in the degradation of these polymers are given below.

## 4. Experimental observations on the role of the physiological environment in polymer degradation

In view of the conjecture and discussion concerning the precise mechanisms by which polymers degrade in vivo, a series of experiments have been carried out in which certain aspects of the role of the physiological environment in polymer degradation have been studied.

### 4.1. The effect of enzymes on polyglycolic acid [41, 42]

It was considered important to identify whether enzymes, under any conditions, were able to degrade synthetic high molecular-weight polymers, this hitherto only having been demonstrated in the case of some polyamino acids. Polyglycolic acid was chosen for the initial studies, in which Dexon sutures were incubated in various solutions, since this polymer is hydrolyzed in aqueous media, so that the rates of hydrolysis could be compared in the presence or absence of enzymes. The enzymes studied were acid phosphatase, bromelain, carboxypeptidase-A, chymotrypsin, clostridiopeptidase-A, esterase, ficin, leucine aminopeptidase, papain, peptidase, pepsin, pronase, proteinase-K and trypsin. The sutures were immersed in solutions of these enzymes in appropriate buffers for varying periods of time at 37°C and the degradation, monitored mechanically, was compared to that produced in buffers alone.

Acid phosphatase, papain, pepsin, peptidase, pronase, proteinase-K and trypsin had no apparent effect on the polymer. Ficin, carboxypeptidase-A, chymotrypsin and clostridiopeptidase-A all produced significantly greater amounts of degradation, often increasing the rate of hydrolysis by a factor of two. Bromelain, esterase and leucine amino- peptidase all had very significa it was difficult to take into ac the amount of degradation du sulphate, present in the solut enzymes.

While the varying activitie and the different amounts activity during the experimer a comparative and quantitat effect of these enzymes, it was under some conditions, are polymer degradation. It is inte the enzymes that did influence mainly (although not exclusiv might be expected to attack a on the basis of its molecular str

### 4.2. The effect of enzyme acid [43]

Similar studies have been car lactic acid, of structure

$$HO\left[\begin{array}{c}O\ H\\\|\ |\\C-C\\|\\CH_3\end{array}\right.$$

although in this case powder instead of multi-filament su dation was monitored anal mechanically. Of the enzy dehydrogenase gave entire No lactic acid was detecte exposure of polylactic acid was a slight weight-loss and fa that there was a slight att without yielding any low n tions. Ficin also gave equiv suggestion of a slow action y molecular-weight degradatio effect, judged by a small w of lactic acid was noted with

On the other hand, u employed, pronase, protein all had a significant effect o three cases, the polymer sh weight with the detection solution, by both thin-layer a qualitative test with p-h also a concomitant reductio action may not have been tl cases, however, since both p caused a physical break-do

1240

egrade. When the amorphous
removed by hydrolysis, the
radation starts, thus involving
. The degree of crystallization
:rease during the first stage of
hen to decrease during the

polyesters of the same series,
rs, have been shown to become
ysis, although at substantially
Further comments on the role
acteria in the degradation of
;iven below.

### observations on the role of gical environment in dation

injecture and discussion con-
mechanisms by which poly-
)ivo, a series of experiments
out in which certain aspects
physiological environment in
n have been studied.

### f enzymes on polyglycolic

important to identify whether
ny conditions, were able to
igh molecular-weight polymers,
aving been demonstrated in the
amino acids. Polyglycolic acid
initial studies, in which Dexon
ated in various solutions, since
drolyzed in aqueous media, so
/drolysis could be compared in
ience of enzymes. The enzymes
tosphatase, bromelain, carboxy-
otrypsin, clostridiopeptidase-A,
icine aminopeptidase, papain,
pronase, proteinase-K and tryp-
vere immersed in solutions of
appropriate buffers for varying
it 37°C and the degradation,
iically, was compared to that
s alone.
ise, papain, pepsin, peptidase,
:-K and trypsin had no apparent
mer. Ficin, carboxypeptidase-A,
l clostridiopeptidase-A all pro-
greater amounts of degradation,
ie rate of hydrolysis by a factor
n, esterase and leucine amino-

peptidase all had very significant effects, although it was difficult to take into account quantiatively the amount of degradation due to the ammonium sulphate, present in the solution to stabilize the enzymes.

While the varying activities of these enzymes and the different amounts by which they lose activity during the experimental period preclude a comparative and quantitative analysis of the effect of these enzymes, it was clear that enzymes, under some conditions, are able to influence polymer degradation. It is interesting to note that the enzymes that did influence the hydrolysis were mainly (although not exclusively) of the type that might be expected to attack an aliphatic polyester on the basis of its molecular structure, i.e., esterases.

### 4.2. The effect of enzymes on polylactic acid [43]

Similar studies have been carried out on poly-1-lactic acid, of structure

$$HO\left[\begin{array}{c} O\;H \\ \parallel\;\;| \\ C-C-O \\ |\\ CH_3 \end{array}\right]_n H.$$

although in this case powdered polymer was used instead of multi-filament sutures and the degradation was monitored analytically, rather than mechanically. Of the enzymes studied, lactate dehydrogenase gave entirely negative results. No lactic acid was detected in solution after exposure of polylactic acid to esterase, but there was a slight weight-loss and fall in pH; it is possible that there was a slight attack on the polymer without yielding any low molecular-weight fractions. Ficin also gave equivocal results with the suggestion of a slow action yielding relatively high molecular-weight degradation products. A slight effect, judged by a small weight-loss and traces of lactic acid was noted with trypsin.

On the other hand, under the conditions employed, pronase, proteinase-K and bromelain all had a significant effect on this polymer. In all three cases, the polymer showed a reduction in weight with the detection of lactic acid in the solution, by both thin-layer chromatography and a qualitative test with p-hydroxydiphenyl, and also a concomitant reduction in pH. The mode of action may not have been the same in these three cases, however, since both pronase and bromelain caused a physical break-down in the polymer,



*Figure 1* In vivo and in vitro profiles for the degradation of polyglycolic acid sutures [41].

giving a much finer dispersion, while proteinase-K did not substantially alter the physical form of the powder, although there was a similar weight-loss and production of lactic acid. It is conceivable that these enzymes are displaying a different activity in these cases: perhaps the pronase and bromelain exhibiting exokinase behaviour and the proteinase-K exhibiting endokinase behaviour.

### 4.3. In vivo degradation of polyglycolic acid [41]

The degradation of the polyglycolic acid sutures (Dexon®) was studied *in vivo* by the subcutaneous implantation of specimens in rats, monitoring the degradation mechanically. *In vitro* tests were performed in parallel with the *in vivo* tests using Tris buffer at pH 7.4. The degradation profiles are given in Fig. 1, from which it is clear that the material does not display similar behaviour *in vivo* and *in vitro*, as claimed by Reed and Gilding [39]. A considerably greater number of time intervals were chosen for study in the present case, giving an insight into the difference between the two conditions. *In vitro* it is apparent that the rate of loss of strength is linear for about 12 days, by which time a 25% loss has been recorded. At this point the slope changes, the rate of loss becoming more rapid, although still linear, until disintegration between 25 and 30 days. *In vivo* at every time interval studied the strength was less than that recorded *in vitro*. However, this was due to a rapid initial loss of strength, occurring within the first two days. This observation was checked very carefully by subsidiary experiments in which specimens were implanted for short


*Figure 2* Degradation profiles for polyglycolic acid sutures, with transfer between *in vivo* and *in vitro* conditions at 6 days [41].

period of time, the rapid drop being confirmed. After two days, the suture loses strength at the same rate as those in the first stage of *in vitro* degradation, until the same 25% loss of strength has been reached, in this case, at about 8 days. At this point the rate increased, again to an identical value as the *in vitro* specimens.

These observations would suggest that either the initiation of degradation occurs far more readily in the *in vivo* environment than in a buffer solution but that, once initiated, the degradation proceeds by the same hydrolytic mechanism whatever the environment, or that there is something very specific about the first few days *in vivo* that accelerates the degradation process. This was checked by experiments in which some specimens were kept in buffer for 6 days and then implanted, while other specimens were implanted for 6 days and then removed and kept in buffer. Those which were transferred from *in vivo* to *in vitro* conditions followed the same degradation profile throughout as the previous *in vivo* specimens (see Fig. 2), but those which were transferred from *in vitro* to *in vivo* conditions followed the *in vitro* profile at the beginning, but then suffered a rapid loss of strength on implantation, thereafter following the *in vivo* profile. This would indicate that there is something specific about the immediate environment on implantation that influences the hydrolysis mechanism, at any stage in the degradation process. The fact that the profiles are so similar, apart from the period around the implantation time, however, would suggest that at other times *in vivo*, the degradation process is similar under the two con-

ditions, and the results are quite in keeping with the hypothesis of Chu, discussed earlier [40]. These results are also consistent with those of Dickinson and co-workers [25, 26] discussed earlier, where the *in vivo* degradation of polyamino acids was largely confined to the acute phase of the tissue response.

What it is in the immediate post-implantation physiological environment that has this effect is a matter of speculation. It is tempting to assume that it is enzymes released from cells in response to the trauma of implantation that are responsible, but it is very difficult to prove or deny this. An attempt has been made to investigate this by using a novel technique in which specimens are maintained in varying types of inflammatory tissue. This is based on the hypothesis that, if enzymes are able to influence polymer degradation, then, since different enzymes are being synthesized and released at different rates during the various phases of the tissue response to an implant, the polymer will degrade non-linearly as a function of time. It may be, for example, that the enzymes released by cells, such as poly-morpho-nuclear leucocytes, that dominate in the first few days, are the most active in this respect, in which case there will be a rapid initial degradation, followed by a slower rate (ignoring for the moment any variation in degradation rates associated with structural factors). On the other hand, should the polymer be more susceptible to the enzymes released by the macrophages of the chronic response, then the rate would increase with time.

In this particular technique, specimens were implanted in rats, the samples being divided into two groups. Those of the first group were left for the duration of the experiment and checked for degradation on removal. Those of the second group were removed from the animals after a short period of time and re-implanted into fresh animals. This process was repeated at appropriate times during the experiment. In the first group, the specimens experienced an acute response followed by a chronic response, while those in the second group experienced a series of acute responses but were never subjected to the chronic phase. Although, as discussed below, this technique has given very interesting results with other polymers, in the case of polyglycolic acid, in which the second group were re-implanted four times in an eleven-day period, very little change was noted.



The re-implanted specimens ha? more degradation (55.8% st? compared to 59.9%) which significant at $p < 0.005$, but ? a conclusive difference. This wa? the fact that the time period is ? to be a significant change in ? inflammatory tissue and tend? observation that the propagati? hydrolysis is largely independ? of the environment. The attent? has now been turned to oth? more prolonged degradation p? fully will give better results w?

Enzymes, of course, are o? species of the physiological e? could affect polymers, and i? consider the alternatives. On? alternatives are the lipids prese? fluids. It is well-known that ? influence the structural integrit? materials, most notably includ? [44–47]. Heart valves in which? of this material have malfunc? structural changes in the rubb? silicone rubber joint prosthes? apparently because of environ? interactions. Although the exa? degradation are not entirely ?? certain that lipids and other hig? are involved.

Some *in vitro* experimen? performed in which polyglyco? exposed to varying concentrati? lipids: butyric acid, caproic ?? and stearic acid [48]. Fig. 3 sh? cant loss of strength of samp? few days. Interestingly, sampl? the strength and suffer little

1242

ults are quite in keeping with
Chu, discussed earlier [40],
also consistent with those of
-workers [25, 26] discussed
*vivo* degradation of polyamino
onfined to the acute phase of

 immediate post-implantation
onment that has this effect
lation. It is tempting to assume
released from cells in response
plantation that are responsible,
ult to prove or deny this. An
made to investigate this by
nique in which specimens are
ying types of inflammatory
ed on the hypothesis that, if
to influence polymer degra-
 different enzymes are being
eased at different rates during
 of the tissue response to an
ner will degrade non-linearly
ime. It may be, for example,
eleased by cells, such as poly-
cocytes, that dominate in the
the most active in this respect,
e will be a rapid initial degra-
y a slower rate (ignoring for
variation in degradation rates
uctural factors). On the other
polymer be more susceptible
leased by the macrophages of
se, then the rate would increase

ar technique, specimens were
the samples being divided into
 of the first group were left
f the experiment and checked
 removal. Those of the second
d from the animals after a short
re-implanted into fresh animals.
repeated at appropriate times
ment. In the first group, the
ced an acute response followed
onse, while those in the second
 a series of acute responses but
ected to the chronic phase.
ssed below, this technique has
ing results with other polymers,
olyglycolic acid, in which the
 re-implanted four times in an
very little change was noted.



*Figure 3* Loss of strength of polyglycolic acid after incubation in lipid solutions [48].

The re-implanted specimens has suffered slightly more degradation (55.8% strength remaining compared to 59.9%) which was statistically significant at $p < 0.005$, but which was hardly a conclusive difference. This was probably due to the fact that the time period is too short for there to be a significant change in the nature of the inflammatory tissue and tends to confirm the observation that the propagation phase of this hydrolysis is largely independent of the nature of the environment. The attention of the author has now been turned to other polymers of a more prolonged degradation profile which hopefully will give better results with the technique.

Enzymes, of course, are only one of several species of the physiological environment which could affect polymers, and it is necessary to consider the alternatives. One group of such alternatives are the lipids present in extra-cellular fluids. It is well-known that lipids are able to influence the structural integrity of some polymeric materials, most notably including silicone rubber [44–47]. Heart valves in which the ball was made of this material have malfunctioned because of structural changes in the rubber and a number of silicone rubber joint prostheses have fractured, apparently because of environmental–mechanical interactions. Although the exact reasons for this degradation are not entirely clear, it does seem certain that lipids and other highly polar substances are involved.

Some *in vitro* experiments were therefore performed in which polyglycolic acid sutures were exposed to varying concentrations of the series of lipids: butyric acid, caproic acid, heptonic acid and stearic acid [48]. Fig. 3 shows the very significant loss of strength of samples during the first few days. Interestingly, samples recover some of the strength and suffer little further degradation over a period of time in these particular solutions (in a phosphate buffer at pH 7.0). This subsequent rise in strength may be associated with an absorption of lipids into the polymer or associated swelling. Fig. 4 shows the relationship between the time taken for a suture to break at a nominal load of 2.55 kg in stearic acid and caproic acid, as a function of concentration. Similar experiments with the polyglycolic acid immersed in distilled water produced no fracture after 24 h. These results confirm that these lipids have a very rapid effect on the polyglycolic acid, which could explain the loss of strength upon implantation.

### 4.4. *In vivo* degradation of "non-absorbable" sutures [41, 49]

Sutures are conveniently classified into those which are absorbable, i.e., dissolving in body tissues within a few months, and those which are non-absorbable. The difference is only a matter of degree, however, and many non-absorbable sutures



*Figure 4* Time to failure of polyglycolic acid sutures immersed in caproic acid and stearic acids at an initial load of 2.55 kg, as a function of lipid concentration [48].

1243



*Figure 5* Load–extension curves for nylon: (a) control; (b) after 10 weeks implanted in one rat; and (c) after 10 weeks implanted 1 week in each of 10 rats [41].



*Figure 6* Load–extension curves for silk: (a) control; (b) after 10 weeks implanted in one rat; and (c) after 10 weeks implanted 1 week in each of 10 rats.

do degrade slowly. These materials are, therefore, suitable for study by the re-implantation technique described above. Tests were performed with nylon (Ethilon®, supplied by Ethicon Ltd.) and silk (Mersilk®). With the nylon, differences between specimens are obvious, as shown by the load–elongation curves given in Fig. 5. The specimens implanted in one rat for a total of ten weeks exhibited the same slope as the control, but fractured at a lower load and smaller elongation. Specimens continuously re-implanted every week for the same total of ten weeks, showed a smaller slope and a significantly lower breaking strength.

The curves for the silk sutures, given in Fig. 6, showed that the re-implanted samples gave much higher strengths than those maintained in single animals.

These results indicate that the continued presence of cells of the acute response are more important than cells of the chronic response in producing degradation of the nylon; while, with the silk, the situation is reversed.

Further tests have been carried out with the nylon in which the total period of implantation was 30 weeks with a re-implantation time of 3 weeks [49]. The results of the breaking strength showed the same trend as before, with a mean loss of strength of 11.3% in the re-implanted material and 5.7% in the single-animal experiments. The really interesting observation, however, is that the amount of degradation here is only marginally greater than that observed at 10 weeks, which amounted to just less than 10% in the re-implantation case and 2 to 3% in the single-animal case. This would confirm the hypothesis that much of the degradation is taking place very soon after implantation and that little further degradation occurs thereafter. The significant degradation takes place during one week of implantation, but extending this period to 3 weeks produces little additional effect.

### 4.5. The effect of bacteria on absorbable sutures [50]

As a final commentary on the role of the physiological environment on polymer degradation, some experiments concerning the effects of bacteria on absorbable suture materials are worth reviewing. It is known that some bacteria are capable of degrading certain non-proteinaceous macromolecular structures, principally through the action of intracellular enzymes [51]. This would suggest that, if polyglycolic acid sutures were degraded by enzymes, then sutures in infected wounds might be more susceptible to degradation than those in clean wounds. Experiments were, therefore, performed to test this hypothesis, using cat-gut sutures for comparison.

Tests were carried out both *in vitro* and *in vivo*. In the former case, cat-gut and Dexon sutures were placed in broths at 37°C containing *Streptococcus mites*, *Escherichia coli* or *Staphylococcus albus*. Table I shows the results of the breaking strength of sutures after 3 weeks, comparing the effects of incubation in both broths and bacterial cultures. It can be seen here that, while the cat-gut showed no difference, the polyglycolic acid sutures degraded more in the presence of the broth alone than when bacteria were present.

TABLE I Breaking loads of sutures:

| Suture | Bacteria |
| --- | --- |
| Cat-gut | *Streptococcus mite.* |
|  | *Escherichia coli* |
|  | *Escherichia coli* |
|  | *Staphylococcus alb* |
| PGA | *Streptococcus mite* |
|  | *Escherichia coli* |
|  | *Escherichia coli* |
|  | *Staphylococcus alb* |

These results were confirmed when the broths were artifical into account the lowering of t

In the *in vivo* experime implanted subcutaneously in sites being inoculated with *St* Several experiments were pe the bacterial count and the pe were varied. The conclusior bacteria in sufficient numk degradation of polyglycolic that polyglycolic acid and cat'g different behaviour in this former degraded faster in the cat-gut degraded faster in infec the bacterial count was sufl indicates a clear superiority absorbable suture in infected to the earlier observation by The reason for the observed glycolic acid are not clear at obviously the expected role o enzymes has not materialized.

### 5. Conclusions

This review of the literature imental work has shown that polymers in the physiologica show some differences to d environments. Some polyme expected to be quite stable under these conditions, w unstable polymers show ' degradation profile. It is clea are able to influence the degr polymers and there is some cir to implicate lysosomal enzyr dation. Other factors, such lipids or other organic speci



ion curves for silk: (a) control; implanted in one rat; and (c) after week in each of 10 rats.

would confirm the hypothesis legradation is taking place very tation and that little further s thereafter. The significant place during one week of extending this period to 3 le additional effect.

### f bacteria on absorbable

tary on the role of the physio- t on polymer degradation, some ning the effects of bacteria on materials are worth reviewing. some bacteria are capable of on-proteinaceous macromolecu- icipally through the action of nes [51]. This would suggest ic acid sutures were degraded t sutures in infected wounds isceptible to degradation than inds. Experiments were, there- :o test this hypothesis, using comparison.

ried out both *in vitro* and *in* ner case, cat-gut and Dexon d in broths at 37°C containing :s, *Escherichia coli* or *Staphylo-* ·le I shows the results of the of sutures after 3 weeks, com- )f incubation in both broths and It can be seen here that, while l no difference, the polyglycolic led more in the presence of the when bacteria were present.

TABLE I Breaking loads of sutures after incubation in broths and bacterial cultures [50]

| Suture | Bacteria | Broth | Breaking strength (kg) | | |
|---|---|---|---|---|---|
| | | | Control | In broth | In culture |
| Cat-gut | *Streptococcus mites* | Tryptone soya | 3.41 | 2.34 | 2.25 |
| | *Escherichia coli* | Peptone–glucose | 2.19 | 1.70 | 1.81 |
| | *Escherichia coli* | Brain–heart | 3.38 | 2.67 | 2.37 |
| | *Staphylococcus albus* | Brain–heart | 2.85 | 1.65 | 2.09 |
| PGA | *Streptococcus mites* | Tryptone soya | 4.77 | 1.31 | 2.79 |
| | *Escherichia coli* | Peptone–glucose | 4.20 | 2.06 | 3.01 |
| | *Escherichia coli* | Brain–heart | 4.55 | 2.74 | 3.27 |
| | *Staphylococcus albus* | Brain–heart | 4.63 | 0.59 | 0.96 |

These results were confirmed in additional tests when the broths were artificially acidified to take into account the lowering of the pH by bacteria.

In the *in vivo* experiments, sutures were implanted subcutaneously in rats, half of the sites being inoculated with *Staphylococcus albus*. Several experiments were performed in which the bacterial count and the period of implantation were varied. The conclusion, again, was that bacteria in sufficient numbers inhibited the degradation of polyglycolic acid. It was clear that polyglycolic acid and cat'gut sutures displayed different behaviour in this respect. While the former degraded faster in the absence of bacteria, cat-gut degraded faster in infected tissue, provided the bacterial count was sufficiently high. This indicates a clear superiority for the synthetic absorbable suture in infected tissues, in contrast to the earlier observation by Sebeseri *et al.* [52]. The reason for the observed effects with poly- glycolic acid are not clear at this stage, although obviously the expected role of bacterial-produced enzymes has not materialized.

### 5. Conclusions

This review of the literature and recent exper- imental work has shown that the degradation of polymers in the physiological environment may show some differences to degradation in other environments. Some polymers which would be expected to be quite stable do degrade slowly under these conditions, whilst hydrolytically unstable polymers show variations in their degradation profile. It is clear now that enzymes are able to influence the degradation of synthetic polymers and there is some circumstantial evidence to implicate lysosomal enzymes in *in vivo* degra- dation. Other factors, such as the presence of lipids or other organic species, have to be taken into account, however, and more work needs to be carrried out in order to clarify this phenomenon.

### Acknowledgements
The experimental work reported in this review comprised part of a large programme of work on the biocompatibility of materials, supported in part by grants from the Science and Engineering Research Council (GRB/34515) and the Medical Research Council (G977/1375), to whom due acknowledgement is made.

### References
1. D. F. WILLIAMS and R. ROAF, "Implants in Surgery" (W. B. Saunders, London, 1973).
2. D. F. WILLIAMS, (Ed), "Biocompatibility of Clini- cal Implant Materials" Vol. II (CRC Press, Boca Raton, Florida, USA, 1981).
3. C. G. GEBELEIN and F. F. KOBLITZ, "Biomedical and Dental Applications of Polymers" (Plenum Press, New York, 1981).
4. D. J. LYMAN and W. J. SEARE, *Ann. Rev. Mater. Sci.* 4 (1974) 415.
5. B. BLOCH and G. W. HASTINGS, "Plastic Materials in Surgery" (C. C. Thomas, Springfield, Illinois, USA, 1972).
6. R. L. KRONENTHAL, Z. OSER and E. MARTIN, "Polymers in Medicine and Surgery" (Plenum Press, New York, 1975).
7. D. K. GILDING, in "Fundamental Aspects of Biocompatibility" Vol. I, edited by D. F. Williams (CRC Press, Boca Raton, Florida, USA, 1981) Chap. 3.
8. D. F. WILLIAMS, *Ann. Rev. Mater. Sci.* 6 (1976) 237.
9. S. L. MADORSKY, *Polymer Rev.* 7 (1964).
10. N. GRASSIE and H. W. MELVILLE, *Proc. Roy. Soc.* 190 (1949) 1.
11. S. W. SHALABY, *J. Polymer Sci. Macromol. Rev.* 14 (1979) 419.
12. N. HAYAKAWA and I. KURIYAMA, *J. Polymer Sci.* 14 (1976) 1513.
13. B. S. OPPENHEIMER, E. T. OPPENHEIMER, J. DANISHEFSKY, A. P. STOUT and E. F. EIRICH,

13. *Cancer Res.* 15 (1955) 333.
14. T. C. LIEBERT, R. P. CHARTUFF, S. C. COSGROVE and R. S. McCUSKEY, *J. Biomed. Mater. Res.* 10 (1976) 939.
15. H. J. OSWALD and E. TURI, *Polymer Eng. Sci.* 5 (1965) 152.
16. R. I. LEININGER, *CRC Crit. Rev. Bioeng.* 1 (1972) 333.
17. J. H. HARRISON, *Amer. J. Surg.* 95 (1958) 3.
18. J. H. HARRISON and R. H. ALDER, *Surg. Gynaecol. Obstet.* 103 (1956) 613.
19. R. I. LEININGER, V. MIRKOVITCH, A. PETERS and W. A. HAWKS, *Trans. Amer. Soc. Artif. Int. Organs* 10 (1964) 320.
20. D. F. WILLIAMS, *Plast. Rubber Mater. Appl.* 5 (1980) 179.
21. B. E. COHAN, *Amer. J. Opthalmol.* 88 (1979) 982.
22. H. K. MEHTA, *Trans. Ophthalmol. Soc. UK* 99 (1979) 183.
23. H. A. SOBER (Ed), "Handbook of Biochemistry" (CRC Press, Boca Raton, Florida, USA, 1968).
24. S. G. WALEY and J. WATSON, *Biochem. J.* 55 (1953) 328.
25. H. R. DICKINSON, A. HILTNER, D. F. GIBBONS and J. M. ANDERSON, *J. Biomed. Mater. Res.* 15 (1981) 577.
26. H. R. DICKINSON and A. HILTNER, *J. Biomed. Mater. Res.* 15 (1981) 591.
27. W. G. MILLER, *J. Amer. Chem. Soc.* 86 (1964) 3913.
28. J. KOPECEK, in "Systemic Aspects of Biocompatibility" Vol. II, edited by D. F. Williams (CRC Press, Boca Raton, Florida, 1981) p. 159.
29. J. B. WALTER and C. G. CHIARAMONTE, *Brit. J. Surg.* 52 (1965) 49.
30. I. REDLER, *J. Bone Joint Surg.* 44A (1962) 1621.
31. F. R. THOMPSON and M. Z. SEZGIN, *ibid.* 44A (1962) 1605.
32. V. MIRKOVITCH, T. AKUTSU and W. J. ICOCFF, *Trans. Amer. Soc. Artif. Int. Organs* 8 (1962) 79.
33. F. LEONARD, R. K. KULKARNI, G. BRANDES, J. NELSON and J. J. CAMERON, *J. Appl. Polymer Sci.* 10 (1966) 259.
34. C. R. WADE and F. LEONARD, *J. Biomed. Mater. Res.* 6 (1972) 215.
35. W. R. VEZIN and A. T. FLORENCE, *J. Biomed. Mater. Res.* 14 (1980) 93.
36. D. J. LYMAN, *Rev. Macromol. Chem.* 1 (1966) 355.
37. T. E. RUDAKOVA, G. E. ZAIKOV, O. S. VORONKOVA, T. T. DAUROVA and S. M. DEGTYAREVA, *J. Polymer Sci. Poly. Symp.* 66 (1979) 277.
38. D. K. GILDING, in "Biocompatibility of Clinical Implant Materials" Vol. II, edited by D. F. Williams (CRC Press, Boca Raton, Florida, USA, 1982) p. 209.
39. A. M. REED and D. K. GILDING, *Polymer* 22 (1981) 494.
40. C. C. CHU, *J. Appl. Polymer Sci.* 26 (1981) 1727.
41. D. F. WILLIAMS, *A.S.T.M. Spec. Tech. Publ.* 684 (1979) 61.
42. D. F. WILLIAMS and E. MORT, *J. Bioeng.* 1 (1977) 231.
43. D. F. WILLIAMS, *Eng. Med.* 10 (1981) 5.
44. W. R. PIERCE, W. D. HAWCOCK, S. KOORAJIAN and A. STARR, *Ann. N.Y. Acad. Sci.* 146 (1968) 345.
45. J. W. SWANSON and J. G. LEBEAU, *J. Biomed. Mater. Res.* 8 (1974) 357.
46. W. D. MEESTER and A. B. SWANSON, *ibid.* 6 (1972) 193.
47. R. CARMEN and S. C. MUTHA, *ibid.* 6 (1972) 327.
48. C. P. SHARMA and D. F. WILLIAMS, *Eng. Med.* 10 (1981) 8.
49. D. F. WILLIAMS, Transactions of the 7th Meeting of the Society for Biomaterials, Troy, New York, April 1981, p. 36.
50. *Idem, J. Biomed. Mater. Sci.* 14 (1980) 329.
51. F. RODRIGUEZ, *Chem. Tech.* 1 (1971) 409.
52. O. SEBESERI, V. KELLER, P. SPRENG, R. T. SCHOLL and F. ZINGG, *Invest. Urol.* 12 (1975) 490.

*Received 6 November 1981*
*and accepted 11 January 1982*

---

JOURNAL OF MATERIALS

# A comparison strength and

B. J. PLETKA*, S. M. WI
*National Bureau of Standar*

Predictions of lifetime unde
fracture mechanics techniqu
fracture mechanics data, wi
data. An error analysis base
confidence limits for the fa
stressing-rate and fracture r
materials. The implications
propagation and design app

## 1. Introduction

The ultilization of ceramic ma
applications is often hampere
brittle nature of these materia
a substantial variability in st
dependence in strength know
Although it has been recogni
that these effects of brittle b
small cracks or other flaws i
ceramic materials, design tec
developed only recently to im
reliability of these materials.

Design methods for cerami
on the premise that failure res
of cracks that are present eit
volume of the material. When
cracks reaches a critical siz
instantaneous. The strength
determined primarily by the l
of the crack that causes failur
scatter that is observed in the
is due to the scatter in the s
initial cracks present in the c
required for a component to
to a load is the time necessar
from the initial size to the fin

Techniques of predictin
ceramic materials are based

*Present address: Department of
49931, USA.

0022–2461/82/051247–22$(