# EXHIBIT

# "A"

# EXHIBIT A

**This motion applies to the following Wave 4 cases:**

| |
|---|
| Christopherson, Verla M., 2:12cv04365 |
| Geisinger, Melinda P., 2:12cv05112 |
| Hahn, Kathleen K., 2:12cv04364 |