Case 2:12-md-02327   Document 3636-2   Filed 04/13/17   Page 1 of 2 PageID #: 126811

Case 2:12-md-02327   Document 3636-2   Filed 04/13/17   Page 1 of 2 PageID #: 126811

# EXHIBIT

# "B"

# EXHIBIT B

**Wave 4 cases in which William Porter, M.D. is designated as an expert:**

| |
|---|
| Baksic, Danielle & Brian, 2:12cv03536 |
| Beltran, Alba G. & Manuel, 2:12cv04824 |
| Christopherson, Verla M., 2:12cv04365 |
| Comstock, Margaret H. & Roger, 2:12cv05345 |
| Creager-Awichi, Sharon, 2:12cv05184 |
| Datz, Lillian & Kerry M., 2:12cv03735 |
| Duffy, Sharon, 2:12cv05529 |
| Geisinger, Melinda P., 2:12cv05112 |
| Hahn, Kathleen K., 2:12cv04364 |
| Jones, Beverly & Greg, 2:12cv05555 |
| Mayes, Tammy M., 2:12cv03463 |
| McKay, Kara, 2:12cv03807 |
| Newton, Cynthia D. & Robert A., 2:12cv05517 |
| Paul, Claudine & Jack Gary, 2:12cv04808 |
| Robinson, Carol A., 2:12cv05573 |