# EXHIBIT

# "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: *Sharon Creager-Awichi v. Ethicon, Inc., et al* Case No. 2:12-cv-05184 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Dr. Bruce Rosenzweig (Urogyencologist – General) (adoption of previously served expert reports)
   1725 W. Harrison Street, Suite 358
   Chicago, IL 60612

2) Dr. Jimmy W. Mays (Materials – General) (adoption of previously served report)
   Department of Chemistry
   University of Tennessee at Knoxville
   655 Buehler Hall
   Knoxville, TN 37996

3) Dr. Vladimir Iakolev (Pathologist – General) (adoption of previously served report)
   St. Michael's Hospital, Division of Pathology
   30 Bond Street
   Toronto, Ontartio M5B 1W8

4) Dr. William E. Porter (Urogynecologist – Case Specific Causation)
6324 Fairview Road, Suite 390
Charlotte, NC 28210

5) Dr. Daniel S. Elliott (Urologist - General) (adoption of previously served report)
Mayo Clinic, Department of Urology
200 1st Street SW
Rochester, MN 55902

**NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Kenneth G. Singleton | Cornerstone Clinic for Women 1 Lile Court, Suite 200 Little Rock, AR 72205 | Obstetrics and Gynecology |
| Dr. Sallie Oliphant | University of Arkansas Medical Sciences, 4301 West Markham Road, Little Rock, AR 72205 | Obstetrics and Gynecology; Female Pelvic Medicine and Reconstructive Surgery |
| Dr. William W. Greenfield | University of Arkansas Medical Sciences, 4301 West Markham Road, Little Rock, AR 72205 | Obstetrics and Gynecology |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact

depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

                                              Respectfully submitted,

                                              BERTRAM & GRAF, L.L.C.

Dated: January 17, 2016            /s/ Benjamin A. Bertram
                                              Benjamin A. Bertram, MO #56945
                                              J. Scott Bertram, MO # 23715
                                              4717 Grand Avenue, Suite 800
                                              Kansas City, Missouri 64112
                                              TEL:   (816) 523-2205
                                              FAX:   (816) 523-8258
                                              benbertram@bertramgraf.com
                                              jsbertram@bertramgraf.com

                                              Lamar Porter, ABN 78128
                                              George R. Wise, ABN 78171
                                              BRAD HENDRICKS LAW FIRM
                                              500 Pleasant Valley Drive
                                              Little Rock, Arkansas 72227
                                              TEL:   (501) 221-0044
                                              FAX:   (501) 661-0196
                                              lporter@bradhendricks.com
                                              gwise@bradhendricks.com

                                              **Attorneys for Plaintiff Sharon Creager-Awichi**