# EXHIBIT

# "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Verla Christopherson v. Ethicon, Inc., et al.*<br><br>Case No. 2:12-cv-04365 | Master File No. 2:12-MD-02327<br><br>MDL No. 2327<br><br><br><br>JOSEPH R. GOODWIN<br><br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 243, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Verla Christopherson in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Daniel Elliott, M.D. (Urologist) (General) (adoption of previously served report)
   Mayo Clinic
   200 1st Street SW
   Rochester, MN 55902

2) Prof. Dr. med. Uwe Klinge (Materials) (General) (adoption of previously served report)
   KLINIK FÜR ALLGEMEIN-, VISZERAL- UND
   TRANSPLANTATIONSCHIRURGIE

   RWTH Aachen und Universitätsklinikum Aachen Pauwelsstraße 30
   D-52074 Aachen
   Germany

3) Bruce Rosenzweig, M.D. (Urogynecologist) (General) (adoption of previously served report)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

4) Dr. Anne M. Weber (Urogynecologist) (General) (adoption of previously served report)
   5626 Sharon Drive
   Glen Arm, MD 21057

5) William E. Porter, M.D. (General and Case Specific Causation)
   6324 Fairview Rd, Suite 390
   Charlotte, NC 28210

**NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Sheila Hockman, D.O. | Berwick Hospital Center Lehigh Valley Hospital-Hazelton 1000 Alliance Drive, Hazelton, PA 18202 | Obstetrics and Gynecology |
| Hyamayun S. Mian, M.D. | Urology Associates of Green Bay 720 South Van Buren Street, Suite 301 Green Bay, WI 54301 | Urologist |
| Wen Yap, M.D. | Urology Associates of Green Bay 720 South Van Buren Street, Suite 301 Green Bay, WI 54301 | Urologist |
| Yoon W. Chun, M.D. | OB-GYN Associates of Green Bay 704 S. Webster Avenue Green Bay, WI 54301 | Obstetrics and Gynecology |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified

2

above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff. In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 17th day of January 2017.

/s/Charles H. Johnson

Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:   (651) 633-5685
Fax Phone:   (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**