**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ---------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
BARRY SCHLAFSTEIN, M.D. FOR WAVE 4**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Barry Schlafstein for Ethicon Wave 1, Dkt. 2017 (motion), 2019 (memorandum in support).  Plaintiffs respectfully request that the Court exclude Barry Schlafstein's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017                          Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
T. (850) 202-1010
F. (850) 916-7449
E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Bird, Gladys | 2:12-cv-03869 |
| Bynum, Rachel | 2:12-cv-03729 |
| Bynum, Rachel | 2:12-cv-03729 |
| Thompson, Harriett | 2:12-cv-03741 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. eaw@wexlerwallace.com