# EXHIBIT A

EXHIBIT A TO MAYS MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Adkins, Lori & William Preston Martin | 2:12cv03751 |
| Bowers, Deborah | 2:12cv05477 |
| Breeden, Candy S. | 2:12cv04658 |
| Carbon, Ediany & Albert | 2:12cv04269 |
| Cisek, Donna | 2:12cv05521 |
| Connolly, Peggy & Gregory | 2:12cv04026 |
| Cotton, Debbie | 2:12cv05530 |
| Cox, Patty & Raymond | 2:12cv03616 |
| Creager-Awichi, Sharon | 2:12cv05184 |
| Cross, Kathy & Ian | 2:12cv02281 |
| Dorsey, Cinnamon | 2:12cv05528 |
| Draper, Amy L. | 2:12cv05594 |
| Ferrer, Brooke | 2:12cv04591 |
| Gracon, Pamela M. & Lawrence | 2:12cv04516 |
| Hartwig, Deborah M. & Douglas | 2:12cv05257 |
| Husted, Stacy & Kenneth | 2:12cv05024 |
| Johnson, Pamela F. & James | 2:12cv03615 |
| Neal, Glendora | 2:12cv03614 |
| Poland, Nyla S. | 2:12cv04659 |
| Presley, Wanda | 2:12cv04945 |
| Riffle, Kimberly A. & Michael | 2:12cv03611 |
| Valencia, Jasmine | 2:12cv05475 |
| Wade, Mary F. & Forrest | 2:12cv04512 |