# EXHIBIT N

83 0759

CONFIDENTIAL-For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON.
## RESEARCH
## FOUNDATION
SOMERVILLE, NEW JERSEY 08876



To:  Dr. A. Lunn

March 23, 1983
  cc:  Mr. E. A. Block
      Dr. A. W. Fetter
      Dr. A. J. Levy
      to
      Dr. R. L. Kronenthal
      Mr. R. Lilenfeld
      Dr. D. C. Marshall
      Dr. A. Melveger
      Dr. W. D. Sheffield
      RDCF

**Subject:** PROLENE* (POLYPROPYLENE) MICROCRACKS
-------------------------------------

Tony,

Since the latest "human retrieval" specimens of PROLENE suture showed surface microcracking (ERF Acc. No. 83-165), I thought it would be useful to review the histological preparations from past samples more critically. The slides were reviewed by light microscopy using polarized light to help identify the cracking. The results are listed below.

| ERF Accession No. | PROLENE Suture Size | Site | In Vivo Residence | Fixative | Findings |
|---|---|---|---|---|---|
| 70-148 | not identified | abdomen | 3-5 years | formalin | no cracking noted |
| 79-220 | Sample 1A 5/0 | vascular graft | 6 years | formalin | cracking evident |
| | Sample 2 5/0 | vascular graft | 2.5 years | formalin | no cracking noted |
| 79-320 | 5/0 | vascular graft | 4.5 years | formalin | cracking evident |
| 81-266 | 3/0, 4/0 or 5/0 | vascular graft | 7.5 years | formalin | no cracking noted |

Attached are photographs of samples from ERF Acc. No. 79-220 and 79-320. The original 35mm slides are available. If you felt it appropriate, I'd be happy to show these at the next PROLENE Microcrack Committee meeting.

*Barbara*
B. Matlaga

799A/drp

Attachments

ETHICON, INC.
MAR 25 1983
RD-Central File

*Trademark

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**     **ETH.MESH.15955438**



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955439

83 0783

CONFIDENTIAL·For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON.
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

**To:**   Mr. P. Marshall

March 29, 1983
cc:  Mr. E. A. Block
Mr. G. G. Jones
Dr. A. J. Levy
to
Dr. R. L. Kronenthal
to
Dr. T. S. Graves
Dr. D. C. Marshall
Dr. A. Melveger
Dr. A. Lunn
Mr. H. L. Schrayer
to
Mr. B. O'Holla
RDCF

**Subject:** HUMAN RETRIEVAL SPECIMENS FROM
DR. ROGER GREGORY, NORFOLK SURGICAL
GROUP
------------------------------------

ERF ACCESSION NO.

83-165

PROJECT NO. 47201

SUMMARY

Formalin fixed tissue samples containing Dacron graft material and PROLENE*
(polypropylene) sutures were submitted for evaluation from the Norfolk
surgical group. Sample #1 was resected from a false aneurysm from a patient
six years after an aorto-bifemoral graft was inserted using 6-0 PROLENE
suture. Sample 2 was resected 5.5 years after an aorto-femoral bypass graft
was inserted using 5-0 PROLENE suture.

Segments of 5-0 PROLENE from specimen #2 were carefully removed from the
graft and tested for breaking strength evaluation (BSE). Results were 54%
breaking strength remaining when measured against a similar size control.
No segments of an adequate length were recovered from sample #1 to be tested
for breaking strength. PROLENE sutures from both samples displayed surface
cracking when examined by light microscopy.

Histological examination revealed a cellular response consistent with other
long-term implants of Dacron graft. The reaction surrounding the PROLENE
suture was minimal in all cases.

Reported by _Barbara Matlaga_ 3/18/8:
B. Matlaga

Approved by _W. D. Sheffield_ 3/21/83
W. D. Sheffield, V.M.D., Ph.D.

Approved by _A. W. Fetter_ 3/21/83
A. W. Fetter, D.V.M., PH.D.

ETHICON, INC.
MAR 31 1983
RD·Central File

455E/drp

*Trademark

-2-                    83-165

## SAMPLE #1

### Description

A fixed tissue specimen measuring approximately 1.5cm x 0.8cm was received
for examination. Grossly, tissue was adherent to only one side of the
specimen, Figure 1. On the fabric side of the specimen, a knot and running
suture line was visible, Figure 2. This specimen was resected from a false
aneurysm 6 years after an aorto-bifemoral graft was inserted using 6-0
PROLENE sutures. (See attached memo Gregory to Marshall, patient Miriam
Brown, 2/4/83).

### Suture Evaluation

Three suture segments were carefully removed from the tissue specimen.
These measured approximately .08cm, 1.2cm and 3cm (with knot),
respectively. These specimens were considered too short for breaking
strength evaluation. The diameters of the sutures were between .080mm to
.070mm which is consistent with USP standards for a nonabsorbable 6-0
suture. Light microscopic evaluation of these strands revealed surface
cracking, Figure 3.

### Histological Evaluation

The histological observations of the sections revealed the presence of
Dacron graft fibers infiltrated by macrophages, giant cells and
fibroblasts. An acellular eosinophilic material was also seen surrounding
the graft fibers. Adjacent to the graft segment was a thick capsule of
well-vascularized connective tissue. Cracking of the suture surface was
also evident in a longitudinal section of PROLENE located near the graft
fibers, Figure 4. The cracking appeared along only one edge of the PROLENE
and was especially prominent when viewed with polarized light, Figure 5.

## SAMPLE #2

### Description

A fixed tissue specimen measuring 3cm x 3cm was received for examination.
Grossly, a segment of Dacron measuring 1.3cm was firmly adherent to the
tissue mass and a PROLENE suture line was evident, Figure 6. This specimen
was resected 5.5 years after an aorto-femoral bypass graft was inserted
using 5-0 PROLENE suture. (See attached memo Gregory to Marshall, patient
Paul Newman, 2/4/83). Another segment of PROLENE was free-floating in the
fixative container and presumably was removed from this graft.

### Suture Evaluation

One length of suture, with a knot, was carefully removed from the tissue
specimen. The legs measured 1cm and 2.5cm, respectively. The free length
of suture measured 8.2cm and had areas of kinks and instrument damage on the
surface, Figure 7. The diameter of the strands were .145mm which is
consistent with USP standards for a 5-0 nonabsorbable suture. A 4cm segment
from the long strand, which was relatively free from instrument damage, was
used for breaking strength evaluation. Measured against a 5-0 PROLENE

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          ETH.MESH.15955441

-3-                    83-165

control, this segment had 54% strength remaining.  Light microscopic
evaluation of this strand revealed surface cracking identical to Sample #1,
Figure 8.

## Histological Evaluation

The histological observations of this tissue revealed a row of Dacron graft
fibers infiltrated with foreign body giant cells, macrophages and
fibroblasts.  An acellular eosinophilic fibrinoid material was located among
the graft fibers in some areas.  This fibrinoid material was in varying
states of degredative change with focal areas of basophilia suggestive of
early mineral deposition.  Located adjacent to the graft were segments of
dense fibrous connective tissue measuring approximately 1mm x 3mm.  These
areas may correspond to normal vascular tissue adjacent to the graft site.
Remnants of internal elastic membrane were visible, based on an elastic
tissue stained section, and the normal intima had evolved into a dense layer
of collagen fibers.  No endothelial cells were present on what was judged to
be the luminal surface.  Only one cross sectional profile of PROLENE was
contained in this slide.  No evidence of cracking was noted.  The cellular
response to the suture material was minimal.

## CONCLUSION

The histological picture of the grafts in this study are consistent with
other long-term human retrieval graft specimens we have evaluated in the
past.  This includes a foreign body response to the graft fibers along with
a degraded acellular infiltrate.  The tissue response to the PROLENE sutures
was minimal in all cases.

Surface cracking was noted on the PROLENE sample from both explants.  Why
the cracking occurred or if this condition contributed to the loss of
breaking strength (54%) could not be determined from this type of
examination.  It could also not be determined when or how the instrument
damage occurred on the strand from Sample #2.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955442**

# ETHICON
### I N C .

**S O M E R V I L L E   •   N E W   J E R S E Y**

February 15, 1983

**To:**   Mrs. B. Matlaga                          cc:  Mr. C. H. Fricke, III

**Subject:** EVALUATION REQUEST
--------------------

    Barbara, enclosed please find specimens of graft and suture
material from two patients of Doctor Roger Gregory.

    I would appreciate it if you could evaluate this material,
and forward the results to my attention.

    Thank you,

Paul R. Marshall

PRM:klk

Enclosures

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                          **ETH.MESH.15955443**

RECEIVED

FEB 15 1983

P.R. MARSHALL

**NORFOLK SURGICAL GROUP, LTD.**

SUITE 101, BRAMBLETON MEDICAL CENTER
250 WEST BRAMBLETON AVENUE
NORFOLK, VIRGINIA 23510
(804) 622-2649

SUITE 105, DOCTORS CLINIC CENTER
844 KEMPSVILLE ROAD
NORFOLK, VIRGINIA 23502
(804) 461-2515

GENERAL SURGERY
AND
SURGICAL ENDOSCOPY

ROBERT L. PAYNE, JR., M.D., RETIRED
ROBERT E. McALPINE, M.D., RETIRED
JOHN H. VANSANT, M.D., M.S., F.A.C.S.
CLAIBORNE W. FITCHETT, M.D., M.S., F.A.C.S.
JOHN W. BAKER, JR., M.D., F.A.C.S.
GEORGE C. HOFFMAN, M.D., F.A.C.S., F.R.C.S. (ED.)
G. WILKINS HUBBARD, II, M.D., M.S.

THORACIC SURGERY
JOHN W. BAKER, JR., M.D., F.A.C.S.

VASCULAR SURGERY
AND
RENAL TRANSPLANTATION

JOCK R. WHEELER, M.D., F.A.C.S.
ROGER T. GREGORY, M.D., F.A.C.S.
STANLEY O. SNYDER, JR., M.D.
ROBERT G. GAYLE, M.D.

ADMINISTRATOR
DANIEL J. RODGERS, M.S.A.

February 4, 1983

Mr. Paul Marshall
Product Director, Cardiovascular Surgery
Ethicon, Inc.
Somerville, NJ 08876

Dear Mr. Marshall:

Enclosed for your evaluation is a speciman from a false aneurysm resected
on 2/3/83. The patient is Miriam Brown. An Operative note from her original
procedure is enclosed for your review of the suture material and graft
involved.

I would be most interested in the status of the graft and suture material
regarding tensile strength, etc.

Thank you for your help.

Sincerely,

Roger T. Gregory, M. D.

RTG:cg

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955444**

DR. E. ROZAR
OP NOTE
MIRIAM BROWN
577 66 01 32                    CVU      PVT                    *Gregory*
1/4/77

PREOP DIAGNOSIS:          AORTOILIAC DISEASE WITH
                          BILATERAL SUPERFICIAL FEMORAL
                          BLOCKS

POSTOP DIAGNOSIS:         SAME

OPERATION:                AORTO BY FEMORAL GRAFT WITH BILATERAL
                          PROFUNDOPLASTIES

SURGEONS:                 DR. R. GREGORY
                          DR. E. ROZAR

ANESTHESIA:               GENERAL ENDOTRACHEAL VIA DR. ASKEW

REPLACED:                 3 UNITS OF PACKED CELLS AND 1 UNIT
                          OF WHOLE BLOOD

PROCEDURE:                This patient was placed in the supine
position after satisfactory intravenous and arterial and EKG
monitoring systems were connected to the patient. She was
put to sleep under general endotracheal anesthesia. She
was then prepped and draped from her nipples to her toes.
A transverse skin incision was made and carried down to the
skin and subcutaneous tissue and the anterior rectus sheath
on both sides were excised. The rectus muscle bilaterally was
then opened using bovie coagulation. The midline was then opened
and cross clamped with Kellys and divided and ligated. The
posterior rectus sheath, muscles and peritoneum were then opened
using bovie. Exploration of the abdomen was then carried out.
Appropriate retraction was done on the intestines moving all of
the small gut up to the RUQ and the transverse colon above the
midline. Retroperitoneum was then opened over the aorta. Small
bleeders were clipped. The aorta was then exposed from just
below the renal vein down to below the bifurcation. Proxixal
and distal control were obtained, several lumbar arteries were
clipped with hemoclips. It was decided at this time that we
would indeed do an end to side anastomosis. The abdomen was
then packed and both groins were opened, down to the artery and
the common femoral, superficial femoral and profunda artery and
its branches were all isolated using the vascular tapes.
Tunnels were then placed just above the artery into the abdomen
and kept open with Penrose drains. At this time the graft was
brought up, blood was drawn from the aorta to preclot the graft.
The graft was that of a 19 x 9 1/2 size. The aortic clamp
was then clamped proximally and the hypergastric clamp was placed
distally on the aorta and the aorta opened using an arteriotomy
knife followed by Pott scissors. The graft was then brought up

Signed                                                        M.D

| Name | Miriam Brown | Physician | Dr. E. Rozar |
| H. No. | 577 66 01 32 | Room | CVU |
| Date Dictated | 1/4/77 | Type of Report | Op Note |
| Date Transcribed | 1/5/77  jlh | | ☒NGH  ☐LMH |

MEDICAL CENTER HOSPITALS
CE STANDARD FORMS, INC., NORFOLK, VA. 23502

CONTINUED

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955445

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955446

PAGE II

and using 3-0 Prolene, and end to side anastomosis was fashioned
using running Prolene suture. Appropriate flushing maneuvers
were done and the seal was good. The right limb of the graft
was then brought through the tunnel. Appropriate vascular
clamps were placed on the profunda superficial femoral and
common femoral and an arteriotomy was done with a knife followed
by Pott scissors and was opened up onto the profunda for a good
ways to involve a profundoplasty. The right limb of the graft
was then sewn to the common femoral and profunda using a running
6-0 Prolene suture. Appropriate flushing maneuvers were
done when the anastomosis was completed, and then this was
completed and the limb opened and there was no leaks. The
graft clamp at this time, of course, had been placed on the l
left limb of the graft. At this time, the left limb of the
graft was placed through the tunnel and after appropriate vascular
clamps were placed in the groin, an arterial line was done
from the common femoral down into the profunda--in a like manner,
the left limb of the graft was sewn to the common femoral and
profunda using a continuous 6-0 Prolene suture. Appropriate
flushing maneuvers were done and the anastomosis completed. There
ws a good flow with the flow meter being placed on the graft
on the left side showing 400 mls per minute and the right
side, 340 mls. per minute. There was adequate hemostasis.
Thrombin powder was inserted on both sides. Both groins were
then closed using 2 layers of 3-0 Chromic followed by running
and 3-0 Prolene to the skin. Exploration of the abdomen was
then done again, and there was adequate hemostasis. The
periaortic tissue was closed over the aorta, using interrupted
0 Chromic sutures. The peritoneum was then reapproximated to
the form of the retroperitoneum by using a running 0 Chromic
suture. The bowels were placed back in the abdomen and the
posterior rectus sheath and peritoneum were then reapproximated
using a running 0 Chromic suture. These were reinforced with
interrupted 0 Ethiflex. The midline was reapproximated using
4 interrupted 0 Ethiflex sutures. The anterior rectus sheath
and external oblique fascia and muscle were then reapproximated
using a running #2 Tev Dek suture. The skin was then reapproximated
using clips. A dressing was placed and the patient went to
the Recovery Room in good condition. She had good hemodynamics,
and both warm feet on leaving the Operative Suite.

Signed _____ M.D.

| Name | Miriam Brown | Physician | Dr. E. Rozar |
|------|--------------|-----------|--------------|
| H... No. | 577 66 01 32 | Room | CVU |
| Date Dictated | 1/4/77 | Type of Report | Op Note |
| Date Transcribed | 1/5/77  jlh | | ☒ NGH   ☐ LMH |

MEDICAL CENTER HOSPITALS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955447

RECEIVED

FEB 1 1983

P.R. MARSHALL

## NORFOLK SURGICAL GROUP, LTD.

SUITE 101, BRAMBLETON MEDICAL CENTER
250 WEST BRAMBLETON AVENUE
NORFOLK, VIRGINIA 23510
(804) 622-2649

GENERAL SURGERY
AND
SURGICAL ENDOSCOPY

ROBERT L. PAYNE, JR., M.D., RETIRED
ROBERT E. McALPINE, M.D., RETIRED
JOHN H. VANSANT, M.D., M.S., F.A.C.S.
CLAIBORNE W. FITCHETT, M.D., M.S., F.A.C.S.
JOHN W. BAKER, JR., M.D., F.A.C.S.
GEORGE C. HOFFMAN, M.D., F.A.C.S., F.R.C.S. (ED.)
G. WILKINS HUBBARD, II, M.D., M.S.

THORACIC SURGERY

JOHN W. BAKER, JR., M.D., F.A.C.S.

SUITE 105, DOCTORS CLINIC CENTER
844 KEMPSVILLE ROAD
NORFOLK, VIRGINIA 23502
(804) 461-2515

VASCULAR SURGERY
AND
RENAL TRANSPLANTATION

JOCK R. WHEELER, M.D., F.A.C.S.
ROGER T. GREGORY, M.D., F.A.C.S.
STANLEY O. SNYDER, JR., M.D.
ROBERT G. GAYLE, M.D.

ADMINISTRATOR

DANIEL J. RODGERS, M.S.A.

February 4, 1983

Mr. Paul Marshall
Product Director, Cardiovascular Surgery
Ethicon, Inc.
Somerville, NJ 08876

Dear Mr. Marshall:

Enclosed is a speciman on a patient named Paul Newman, along with an operative report from the procedure performed many years ago when this was inserted. The sample is in Formalin and consists of dacron graft and suture material.

We would be most interested in the functional status of the suture material and graft which I believe would certainly be of mutual interest to both of us.

Sincerely,

Roger T. Gregory, M. D.

RTG:cg

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955448

OP
PAUL NEWMAN                    PVT
237 05 27 92
6/22/77                        B6

___

SURGEON:                       J. WHEELER, M.D.
                               W. RIVERO, M.D.
                               B. FREEMAN, M.D.

PREOPERATIVE DIAGNOSIS:        GENERALIZED ARTERIOSCLEROSIS, WITH
                               OBSTRUCTION OF THE LEFT ILEAC ARTERY.

POSTOPERATIVE DIAGNOSIS:       SAME

OPERATION:                     AORTO-FEMORAL BYPASS ON LEFT WITH
                               STRAIGHT GRAFT DOUBLE VELOUR 8 MM.
                               GRAFT.

PROCEDURE:                     With the patient on the operating table
resting in decubitus supine under general satisfactory anesthesia,
an arterial line on left wrist, CVP line on the right internal jugular
vein was placed as well as a Foley catheter. Then the whole abdomen
and lower extremities were prepped and draped in sterile fashion.
Oblique incision was made in the left groin exposing the common
femoral artery and dissected down until the profundus femorus
artery was identified. At this area in the posterior wall, there
were some atheromatous plaques in the superficial femoral artery.
Then, oblique incision was made on the left lower abdomen and
dividing the internal oblique aponeurosis, the internal oblique
muscle and the transverse muscle and went right in the preperitoneal
space. and extraperitoneally, we approached retracting to the right
side of the viscus. We approached in this way the left ileac
artery and we had beautiful exposure including the lower portion
of the aorta. We recognized that the area of atheromatous
plaques was not only on the left ileac artery but also the
right as well as in the lower portion of the aorta. The
ureter was identified on this side and preserved. Then, proximal
and distal control was obtained in the left ileac. 5,000 units
of Heparin was given IV, allowing the drug to circulate for
2 minutes and arteriotomy was done on this portion of the aorta
and a side-to-side double velour Dacron graft was placed with
Prolene #5-0 with continuous sutures. Then, a tunnel was made
and passed to the left groin and anastomosed in the common
femoral artery, right on top of the takeoff from the femoralis
profunda artery. In the same fashion side-to-side with the
same Prolene material, 5-0 Prolene. Then, the clamp was
released and the Heparin was reversed, irrigation was done
with Keflin solution in the abdominal cavity as well as in the
groin. Hemostasis was achieved satisfactorily. Flow studies
were done and we had flow up to 230. The abdominal incision

___

Signed_____ M

| Name | PAUL NEWMAN | Physician | W. RIVERO, M.D. |
| p. No. | 237 05 27 92 | Room | B6 |
| Date Dictated | 6/22/77 | Type of Report | OP |
| Date Transcribed | 6/22/77   det 1:35 pm. | X☐ NGH  ☐ LMH  ☐ ASC | |

MEDICAL CENTER HOSPITALS
STANDARD FORMS INC. NORFOLK VA 23502

(CONTINUED)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955449

237 05 27 92

was closed by layers using Chromic catgut for the inner layer, for the muscular layer. Tycron #2-0 for the fascia. The subcutaneous tissue was approximated with Chromic catgut and the skin with clips. In the left groin, the subcutaneous tissue was approximated with Chromic #2-0 and the skin with Prolene #3-0 with mattress sutures and continuous sutures. Sponge count was correct. The amount of blood lost was estimated at about 150 cc. No blood transfusion was given. The patient tolerated well the procedure and was sent to the CVTU in satisfactory condition.

Signed_____M

| | | | |
|---|---|---|---|
| Name | PAUL NEWMAN | Physician | W. RIVERO, M.D. |
| J. No. | | Room | |
| Date Dictated | 6/22/77 | Type of Report | OP |
| Date Transcribed | 6/22/77 | det 1:35 pm. | ☒ NGH  ☐ LMH  ☐ ASC |

MEDICAL CENTER HOSPITALS
STANDARD FORMS INC., NORFOLK, VA. 23502

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955450

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955452

855375

# ETHICON

### INC.

SOMERVILLE · NEW JERSEY

March 25, 1983

To:     See Distribution

Subject: EXAMINATION OF 5/0 AND 6/0 CARDIOVASCULAR PROLENE*
SUTURES EXPLANTED AFTER 2 TO 6 YEARS IMPLANTATION
------------------------------------------------------

Nine samples were submitted by the Research Foundation through
Dr. Lunn.  Three of these had been stored in formalin from the
time of removal from the patient.  The others had all been
allowed to dry.  Sample I.D. is listed in Results.

The samples were examined microscopically using very diffuse
backlighting created by focusing our fiberoptic ringlight on a
sheet of lens tissue held about 3-4 mm below the specimen.

The dry samples were examined dry (in air).  The wet samples
were examined mounted in the formalin in which they were
stored.  After examining and taking pictures of the wet samples,
they were dried and reexamined mounted in air.

### Results

| ERF Acc. # | Size | Implant Time | State | Observations |
|---|---|---|---|---|
| 79-220 | 5/0 | 2.5 yrs. | Dry | Very slight cracking in one small area. |
| 80-169 | 5/0 | 2 yrs. | Wet | No cracks. |
| 80-169 | 5/0 | 2 yrs. | Dried | Very slight cracks. |
| 81-50 | 5/0 | 2 yrs. | Dry | No cracks, very tight flattened knot, suture surface very rough. |
| 81-419 | 6/0 | 4 yrs. | Dry | Moderately cracked. |
| 82-147 | 5/0 | 3 yrs. | Dry | Cracked |
| 82-147 | 5/0 | 3 yrs. | Wet | Barely visible cracks in small area. |
| 82-147 | 5/0 | 3 yrs. | Dried | Slight cracking plainly visible. |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955453

See Distribution      -2-      March 25, 1983

| ERF Acc. # | Size | Implant Time | State | Observations |
|---|---|---|---|---|
| 83-165 | 5/0 | 5.5 yrs. | Dry | Cracked |
| 83-165 | 6/0 | 6 yrs. | Dry | Severely cracked. |
| 83-165 | 6/0 | 6 yrs. | Wet | No Cracks |
| 83-165 | 6/0 | 6 yrs. | Dried | Severely cracked. |

General Observations & Conclusions

Sutures kept in the wet state do not exhibit cracks. Upon drying, cracks appear - this was actually observed happening by drying "83-165 6 yr. wet" on the microscope stage. It is obvious that the severity of cracking is related to the implantation time.

Emil Borysko, Ph.D.

sam

TO:  Dr. A. J. Melveger
      to
     Dr. R. L. Kronenthal
      to
     Dr. A. J. Levy
      to
     Mr. E. A. Block
      to
     Dr. A. C. Lunn
      to
     Dr. B. Schwartz
      to
     Dr. J. McDivitt
      to
     Dr. P. Moy
      to
     Mr. R. Lilenfeld
      to
     Dr. E. Menezes

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.15955454

5/0 PROLENE explant 2 yr. 81-50 DRY 110X

This is the only dry storage sample that did not show any sign of cracking. The knot is so tight and compressed that it is hard to believe that this is a real explant.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.15955455



5/0 PROLENE explant 2 yr. 80-169 WET 110X

No cracks when kept in the wet state. Cracks
develop upon drying under ambient conditions



5/0 PROLENE explant 2 yr. 80-169 WET/DRY 110X

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.15955456

5/0 PROLENE explant  2.5 yr   79-220      DRY        110X



All but one of the dry storage samples exhibited
surface cracks.  The severity of the cracking  is
directly related to time the sutures were implanted.

5/0 PROLENE explant  3 yr.  82-147     DRY      110X



CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.15955457



5/0 PROLENE explant  3 yr.  82-147  WET  110X

A few tiny cracks (arrow) were found in the wet
filament. Many cracks appeared as a result of
drying at ambient temperature (below)



5/0 PROLENE explant  3 yr.  82-147 WET/DRY  110X

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955458**



6/0 PROLENE explant 4 yr.   81-419      DRY      110X

These pictures illustrate the increase in the
severity of cracking with time of implantation.



5/0 PROLENE explant  5.5 yr    83-165  DRY        110X

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955459

6/0 PROLENE explant, 6 yr 83-165 DRY          110X



After 6 years implantation, the suture above was
explanted and allowed to dry. It shows cracks.
The suture below was implanted for the same time
but was never allowed to dry. It is not cracked.

6/0 PROLENE explant, 6 yr. 83-165 wet          110X



**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.15955460**



6/0 PROLENE explant, 6 yr. 83-165 wet/dried          110X

When the uncracked wet stored suture, shown in another picture, was allowed to dry, it cracked extensively as shown in these two views of the same knot. We were able to watch the suture crack as it dried on the microscope stage.

6/0 PROLENE explant, 6 yr. 83-165 wet/dried          110X

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

84-1162

CONFIDENTIAL-For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON.
## RESEARCH
## FOUNDATION

SOMERVILLE, NEW JERSEY 08876

**To:**   Dr. R. L. Kronenthal

May 2, 1984

cc:  Dr. A. W. Fetter
Mr. G. G. Jones
Dr. A. J. Levy
Mr. R. Lilenfeld
Dr. D. C. Marshall
Dr. A. Melveger
Mr. R. Reinhardt
RDCF

**Subject:**  EXAMINATION OF PROLENE* (POLYPROPYLENE)
SUTURES FROM HUMAN CARDIOVASCULAR EXPLANTS
-------------------------------------------

### ERF ACCESSION NO.

### 84-194

### PROJECT NO. 16104

### SUMMARY

Six, formalin fixed tissue explants, containing PROLENE suture were received
for evaluation of surface cracking and tensile strength measurement.
Samples 1-5 were received from Dr. Margaret Bellingham, Stanford University
Medical Center, and had PROLENE suture in residence from 1 year 2 months to
4 years 3 months post-op, size 3-0 and 4-0.  Sample 6, size 5-0, was sent by
Dr. Richard Sanders, Denver Colorado and had PROLENE in residence for 7
years.

Continuous PROLENE suture lines were carefully removed from the fixed
cardiovascular specimens while keeping sutures wet.  Subsequently, sutures
were examined by light microscopy while wet and dry.  Histological
preparations of PROLENE cross-sections in tissue were stained in Phloxine
and examined for cracking.  Sample 1-5 showed no surface cracking in light
microscopic examinations of both explanted suture or histological sections.
Sample 6 displayed severe surface cracking of a 3 to 4.5 micron layer as
measured in histological cross-sections.

The average breaking strength remaining for size 3-0 was 76.5% (range 47% -
to 93%) and for size 4-0 was 98.25% (range 86% - 110%) when compared to
similar size controls.  Only one length of 5-0 PROLENE was available for
tensile strength measurement indicating 76% strength remaining for the 7
year specimen.

Reported by _Barbara Matlaga_ 5/2/84
B. Matlaga, B.S., ASCP(MT)

Approved by _W. D. Sheffield_ 5/2/84
W. D. Sheffield, V.M.D., Ph.D.

1122E/drp

ETHICON, INC.

MAY  4 1984

RD Central File

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955462

-2-                    ERF 84-194

PURPOSE

The purpose of this study was to evaluate PROLENE suture removed from human cardiovascular explants for evidence of surface cracking.

MATERIALS

The following samples of formalin fixed cardiovascular tissues were received. Each contained multiple PROLENE suture lines.

| Sample Number | Tissue Type | Years Post-Op |
|---|---|---|
| 1 | Aorta Pulmonary Artery & Right Atrium | 1 year, 2 months |
| 2 | Aorta Pulmonary Artery & Right Atrium | 4 years, 3 months |
| 3 | Aorta Pulmonary Artery & Right Atrium | 1 year, 5 months |
| 4 | Aorta Pulmonary Artery & Right Atrium | 2 years |
| 5 | Aorta Pulmonary Artery & Right Atrium | 1 year, 2 months |
| 6 | Dacron Graft | 7 years |

Sample 1-5 were received from Dr. Margaret Bellingham, Stanford University Medical Center via Mr. Garf Jones (see attached letter Jones to Block, 10/21/83). Sample 6 was sent from Dr. Richard J. Sanders of Denver, Colorado via Mr. Ron Reinhardt (see attached letter Reinhardt to Marshall, 2/4/84).

METHODS

Each tissue specimen was removed from the formalin solution and rinsed with distilled water. Thereafter, samples remained wet. PROLENE suture was carefully dissected out of the tissue specimens and kept wet in distilled water until examinations could be performed. Pieces of tissue containing cross-sections of PROLENE suture were submitted for histological preparation and staining with 1% aqueous Phloxine solution to enhance the visualization of the cracked layer.

The surface of each strand of PROLENE suture was examined by light microscopy while wet and selected photographs were taken. The specimens were then allowed to air dry and re-examined for surface cracking. Selected photographs were taken of the appearance of identical areas in wet and dry conditions. Each specimen was then sized using a micrometer and appropriate lengths were tested on the Instron for breaking strength against similar-sized controls. The following suture lots were used as controls: size 3-0, lot no. QB2FJT, size 4-0, lot no. RH2CZN and size 5-0, lot no. MQ0287.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955463**

-3-                         ERF 84-194

RESULTS

The results are listed in the table below.

| Sample Number | PROLENE Suture Size | Length of Residence | Surface Cracking | Size / % Strength Remaining* |
|---|---|---|---|---|
| 1 | 3-0, 4-0 | 1 yr., 2 mos. | no | 4-0 / 106% |
| 2 | 4-0 | 4 yr., 3 mos. | no | 4-0 / 86% |
| 3 | 3-0, 4-0, 5-0 | 1 yr., 5 mos. | no | 3-0 / 75%<br>4-0 / 90%, 102% |
| 4 | 3-0, 4-0 | 2 yr. | no | 3-0 / 93%, 47%, 91%<br>4-0 / 94%, 92%, 110% |
| 5 | 3-0, 4-0 | 1 yr., 2 mos. | no | 4-0 / 106% |
| 6 | 5-0 | 7 yr. | yes | 5-0 / 76% |

* Lists individual data for each strand tested against a similar sized control.

Sample 6 showed evidence of severe surface cracking by light microscopic examination.  The appearance of the cracked layer was not always apparent when the specimens were examined in a wet condition but were dramatically evident in dry segments of identical areas, Figure 1 & 2.  However, one sample did show evidence of a cracked layer when wet and dry, Figure 3.  The cracked surface layer appeared blue when examined against a light colored background, Figure 4.

In histological sections of sample 6, a cracked surface layer measuring 3.0-4.5 microns was seen, accounting for approximately 8.5% of the total cross-sectional area.  This layer was birefringent when examined under polarized light microscopy.  Phloxine stain had completely penetrated the cracked layer, Figure 5, or was confined to the periphery of the surface layer, Figure 6.  Particles of blue dye were evident within the cracked layer, Figure 5.  There was no evidence of migration of particles from the cracked surface layer into the surrounding tissue.

DISCUSSION

In this study, it was shown that a 5-0 PROLENE suture in residence within a human vascular graft for 7 years displayed surface cracking.  Other specimens of size 3-0 and 4-0 in this study from cardiovasular tissue specimens did not show surface cracking.  The depth of the cracking in sample #6 was 3.0 - 4.5 microns in thickness which is consistent with other specimens, from previous samples up to 6 years post-op, ERF 84-132.  This additional evidence from a 7 year specimen suggests no increase in thickness

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

-4-                        ERF 84-194

of the cracked layer over time.  The cracked layer appeared blue in gross specimens and blue dye particles were evident in histological sections of the layer.  This would indicate that the layer is dyed PROLENE polymer and not an isolated protein coating on the strands.

Suture samples in this study were examined in a wet and dry condition to test the hypothesis that the cracking may be an artifact of drying.  In most cases, it was difficult to visualize cracking on the surface when sutures were examined wet.  This phenomenon may be related to the refractive index of the media in which the samples were examined, namely water.  However, in several areas, of sample 6, cracking could be seen in both wet and dry conditions.  The cracked layer was always more evident and dramatic in air dry specimens.

An average of the tensile strength measurements of samples in this study show a loss of strength for all materials tested.  The breaking strength remaining for size 3-0 was 76.5%, size 4-0 98.25%, and size 5-0 76%.  In some cases, however, individual samples of size 3-0 and 4-0 were stronger than control samples of identical size.  All samples for breaking strength evaluation were carefully examined for surface defects prior to Instron testing.  Those with obvious nicks or gouges were not tested.  This breaking strength data must be viewed with caution since damage to strands during removal may have occurred despite efforts to prevent it.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955465**

-5-                    ERF 84-194



Figure 1 – Knot from sample 6 examined under wet and dry conditions.
Cracking is more readily apparent in dry samples, 7 years size 5-0,
magnification x40.



Figure 2 – Strand from sample 6 examined under wet and dry conditions.
Cracking is more readily apparent in dry samples, 7 years, size 5-0,
magnification X40.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955466**

-6-                ERF B4-194



Figure 3 - Sample 6 examined under wet conditions showing some evidence of surface cracking which is more dramatic in the dry sample, 7 years, size 5-0, magnification x40.



Figure 4 - Sample 6 photographed against a white background showing the blue color of the cracked surface layer, 7 years, size 5-0, magnification x40.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                ETH.MESH.15955467



Figure 5 – Histological longitudinal sections of PROLENE from sample 6, block A, Phloxine stained.  A 3.0-4.5 micron cracked surface layer is birefringent when viewed with polarized light, magnification x300.



Figure 6 – Histological cross-section of sample 6, block D, Phloxine stained.  Pink staining is limited to the periphery of the cracked layer in some areas.  Blue dye particles can be seen within the cracked layer, magnification x1100.

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.15955468**

# ETHICON

INC.

SOMERVILLE • NEW JERSEY

February 24, 1984

**To:**    Dr. D. C. Marshall                    cc:  Mr. D. M. Clapper
                                                          Mr. S. J. Czick
                                                          Mr. D. M. Lehman

**Subject:**    PROLENE* POLYPROPYLENE SUTURE

-------------------------------

Dave, as discussed with you, the box accompanying this memo
should contain a dissected surgical specimen of a graft
sutured with PROLENE suture.

This specimen was forwarded to me by Dr. Richard J. Sanders of
Denver, Colorado, a General Surgery Advisory Panel member.
Dr. Sanders indicated that the original procedure was per-
formed seven years ago.  The second procedure was done as the
result of a suspected false aneurysm.  This was not the case,
as the suture line is intact.

Dr. Sanders indicated that he would be interested in writing a
short paper regarding this, and would appreciate any help
which we can give him (tensile strength, photographs, etc.).

I did not open the container and do not know whether any addi-
tional information is enclosed.  I do know that Dr. Sanders
has the complete case history, and should you have any ques-
tions regarding this, you can call him in Denver at
303/388-6461.

No. 6   7 yrs.

H. J. Reinhardt

bbg
0165

Enclosure

*Trademark

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955469**



Attention
Sue

RICHARD J. SANDERS, M.D., P.C.
4545 E. 9th AVENUE, SUITE 250
DENVER, COLORADO 80220

Telephone
(303) 388-6461

2-13-84

Practice Limited To
VASCULAR SURGERY

Ron Reinhardt

Ethicon, Inc.

Summerville, N.J. — 08876 —

Dear Ron,

The enclosed specimen is a
Knitted Dacron graft — actually 2 grafts — sewn
together on 1/18/97 — a little over 7 years ago.
She had a true aneurysm of her RT femoral artery
which I excised on 2/9/84. I excised the
2 suture lines of the graft —
① graft to femoral artery (aorto-femoral graft)
② graft to graft — at junction (femoro-pop. graft)

graft to graft suture line

graft to femoral
sut. line

aneurysm —

(over)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.15955470



In the specimen, the sutures
line you can see — with intact
5-0 prolene — is the graft-to-femoral
artery suture line.
  The one you cannot see, is the
graft-to-graft — which should have
an intact 5-0 prolene suture line.

  The patient is Lucile McCaster.
I will be happy to write this up as
a short clinical note on long-term
evaluation of strength of prolene - 7 yrs
after implantation.

        Let me hear from you
                    Dick

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**          **ETH.MESH.15955471**

# ETHICON

INC.

SOMERVILLE, NEW JERSEY

October 21, 1983

To:       Mr. E. A. Block                cc:  See Below

Subject:  PROLENE* POLYPROPYLENE SUTURE/TISSUE SPECIMENS
          ----------------------------------------------

Accompanying this memorandum are PROLENE suture explants just received
from Dr. Margaret Billingham, a cardiac pathologist at Stanford
University Medical Center.  The attached letter from Dr. Billingham is
self-explanatory.

I have made contacts to get additional tissue explants containing
PROLENE suture and will transmit them to you as soon as I receive them.

G. Garfield Jones

vdh

cc:  Mr. D. M. Clapper to Mr. D. r. Murray
     Dr. R. L. Kronenthal to Mr. P. R. Marshall
     Dr. D. C. Marshall to Dr. A. W. Fetter
     Dr. A. Melveger

Enclosure

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY          ETH.MESH.15955472



**STANFORD UNIVERSITY MEDICAL CENTER**

300 PASTEUR DRIVE, STANFORD, CALIFORNIA 94305

Laboratory of Surgical Pathology
Room P2020   (415) 497-XXX—5252

Ronald F. Dorfman, M.D., Co-Director
Richard L. Kempson, M.D., Co-Director
Michael R. Hendrickson, M.D., Associate Director
Roger A. Warnke, M.D., Director, Immunopathology
Margaret E. Billingham, M.D., Director, Cardiac Pathology
Robert V. Rouse, M.D.
Jon C. Ross, M.D.
Norio Azumi, M.D.

*Administrative Assistant:*
*Leslie Culligan*

*Consultation Secretary:*
*Connie Holm*
*(415) 497-7482*

October 14, 1983


G. Garfield Jones
Department of Clinical Research
Ethicon Inc.
Somerville, New Jersey  08876


Dear Mr. Garfield Jones:

Here at last are the samples of Prolene sutures that have been implanted in
human cardiac transplant recipients.  As requested, you will have the length
of time the suture has been implanted, the tissue in which it resided, however,
I do not know the size of the suture and hope that you will be able to determine
that at Ethicon.  I am sorry about the delay but I have been away and we have
had some difficulty in obtaining the specimens which are used for many other
research projects as you can imagine.  I have not envisioned some of the
difficulties which have arisen.  Because of this, the number I promised you
are somewhat reduced but I hope that there is enough for your study to be
useful.

With best wishes.

Sincerely,

Margaret E. Billingham, M.D.
Associate Professor of Pathology


MEB/rl

No 1. SPECIMEN embedded from  12/6/81 — 2/4/83     14 mo.
No 2.    "          "        "     4/19/78 — 7/82.       4 yr. 3 mo.
No 3.    "          "        "    11/23/81 — 4/20/83   1 yr. 5 mo.
No 4.    "          "        "     6/29/79 · 6/28/81.   2 yr.
No 5.    "        "  "       "     8/11/80 — 10/10/81   1 yr 2 mo

All specimens are from the aorta, pulmonary artery and right atrium.
There is enough tissue left on for you to see which is which —  MEB

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                    **ETH.MESH.15955473**