# EXHIBIT O

# ETHICON, INC.

## a Johnson-Johnson company

SOMERVILLE  NEW JERSEY · 08876-0151

September 30, 1987

Dr. A. J. Melveger                          cc:  Dr. S. Garg
                                                 Dr. R. Kronenthal
                                                 Dr. A. Levy
                                                 Mr. R. Lilenfeld
                                                 Dr. J. McDivitt
                                                 Mr. R. Morrissey
                                                 Mr. F. Schiller
                                                 RDCF

IR MICROSCOPY OF EXPLANTED PROLENE*
RECEIVED FROM PROF. R. GUIDOIN

- - - - - - - - - - - - - - - - - - -

Samples of PROLENE* suture carefully removed from human vascular graft
explants received from Prof. R. Guidoin were examined by IR microscopy
"as is".  A PROLENE suture control was examined for comparison.  The
samples are described below:

| Sample | Implant Duration | Microscopy Observations (SEM- F. Schiller) | IR Spectra (Figure #) |
|--------|------------------|--------------------------------------------|------------------------|
| 83D062 + 83TI9020 | 2 yr. | No cracking | 1,2 |
| 83D035 | 8 yr. | Severe cracking | 3,4,5,6,7 |
| TB2418-Q Sterile Product | Non-implanted control | -- | 8,9 |

The samples were examined "as is" with no special preparation.  Multiple
spectra were obtained at different sites along the explants, especially
for the 8-year severely cracked specimens.  The IR spectra appear
"bottomed out" since the sample thickness is quite significant.

Some samples of 83D035 (8 yr.) were examined optically.  Using a needle,
the cracked surfaces were easily wiped off and deposited on a KBr
window.  The surface "scrapings" had the handling and consistency of a
waxy snow.  The sample was not conducive to IR microscopy in this form
however.  Similar treatment with needles on sterile packaged PROLENE and
the 2-year sample generated no scrapings.

ETHICON, INC.

*Trademark          OCT 16 1987

RD-CENTRAL FILE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831391

Page 2

The surface scrapings of 83DO35 were melted at 147°-156°C on the Mettler hot stage. This is the melting range previously observed for oxidatively degraded polypropylene. IR microscopy of the melted film produced (Figures 10 & 11) yielded good spectra.

Observations

Spectra of samples examined "as is" show remarkable similarity between explanted suture and unimplanted suture. All major polypropylene and pigment bands are observed (Figure 9). The 1740 cm$^{-1}$ band, seen strongest in the sterile product, is due to dilauryl thiodipropionate (DLTDP) additive. The DLTDP appears reduced in the 2-year sample spectra and further reduced in the 8-year sample spectra. DLTDP is not observed in the surface scraping spectra.

The observation of chemical species in the surface scrapings spectra of 83DO35, yet not seen in the "bulk" spectra (surface + interior) of the suture explants, suggests that the regions affected by cracking or degradation are very small relative to the entire suture. The surface scraping spectra are very different from the "bulk" spectra, and both types of spectra show no evidence of the presence of protein.

The surface scrapings spectra of 83DO35 clearly indicate polypropylene, but also three or four other broadened bands. Table I explains the possible functionalities determined from a library search of the IR bands not normally seen in polypropylene.

Conclusions

The IR data collected for the PROLENE suture explant samples suggest:

1. The amount of DLTDP is reduced in the explanted sutures. No DLTDP is observed in the surface scraped (cracked regions) of 83DO35. The observed DLTDP decreases with implant time.

2. No protein is observed in any spectra of the explanted sutures.

3. The surface scraped material from the cracked regions of 83DO35 has a melting range indicative of degraded polypropylene. The IR spectra of this scraped material is clearly polypropylene, but it appears to be degraded in an oxidative fashion. There are a number of degradation species possible from the IR data. Hydroxyl and acid/ester functionality are definitely present. Ketone and/or unsaturated species are suggested, but not verified.

4. The degraded portion of the 8-year explant makes up only a minor portion of the entire suture.

D. F. Burkley

rmw
Attachment
1949N/93-95

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831392

TABLE I

Possible Explanations for the Additional IR

Bands Observed in the Surface Scrapings of 83D035

| Band(s) | Possible Functionalities |
|---------|--------------------------|
| 3409 cm$^{-1}$ | The broadened nature of this band, along with its position suggests a primary amine or multiple hydroxyl species as in a sugar or saccharide. For the hydroxyl species, a smaller broad band should be observed in the region of 1620 cm$^{-1}$ and this is observed. |
| 3268 cm$^{-1}$ | This is moisture associated with the scraping and/or the KBr window employed. This band can be observed alone for the KBr window and this was used to subtract moisture from the original spectrum in Figures 10 and 11. |
| 1718 cm$^{-1}$ | This is a carbonyl band associated most likely with esters but also likely with acids. It is a broadened band which suggests multiple carbonyl species. |
| 1638 and 1618 cm$^{-1}$ | Library search of these bands with the 1718 cm$^{-1}$ band suggests b-ketone esters/acids or acrylic species (conjugated unsaturated esters/acids). |

1949N/95

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831393



PROLENE EXPLANT (2 YR) 83D062 + 83TM020

7/27/87   D.F.BURKLEY

Figure 1

1740 cm⁻¹

% TRANSMITTANCE

WAVENUMBERS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831394



PROLENE EXPLANT (2 YR) 83D062 + 83TM020   SIZE 2/0?

7/27/87   D.F.BURKLEY

Figure 2

1740 cm⁻¹

% TRANSMITTANCE

WAVENUMBERS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831395



Figure 3

PROLENE EXPLANT (8 YR)   83DD035   2/0

7/27/87   D.F.BURKLEY

1736 cm$^{-1}$

% TRANSMITTANCE

WAVENUMBERS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831396



PROLENE EXPLANT   (8 YR)   830035   2/0

7/27/87   D.F.BURKLEY

Figure 4

1736 cm⁻¹

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831397



PROLENE EXPLANT  (8 YR) 830035   2/0

7/27/87   D.F.BURKLEY

Figure 5

1736 cm$^{-1}$

% TRANSMITTANCE

WAVENUMBERS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831398



PROLENE EXPLANT (8 YR) 83D035   2/0

7/27/87   D.F.BURKLEY

Figure 6

1736 cm$^{-1}$

WAVENUMBERS

% TRANSMITTANCE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831399



PROLENE EXPLANT (8 YR) 83D035    2/0

7/27/87    D.F.BURKLEY

Figure 7

1736 cm⁻¹

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831400



SIZE 0 PROLENE   STERILE PACKAGE   IR MICROSCOPY

9/1/87   D.F.BURKLEY

Figure 8

1740 cm⁻¹

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831401



SIZE 0 PROLENE STERILE PACKAGE   IR MICROSCOPY

9/1/87   D.F.BURKLEY

Figure 9 - DLTDP and pigment bands shown
(P = pigment)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831402



Figure 10

PROLENE Explant 83D035 - Surface scrapings after melting on KBr window(147-156°C) - moisture band subtracted

PROLENE Explant 83D035 - as above but original spectrum

3268 cm⁻¹
3469 cm⁻¹
1718
1639
1618

% TRANSMITTANCE

WAVENUMBERS

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831403



Figure 11

PROLENE Explant 83D035 – Surface scrapings after melting on KBr window(147-156°C) – moisture band subtracted

3409 cm⁻¹

Polypropylene film (undyed)

WAVENUMBERS

% TRANSMITTANCE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.12831404