# EXHIBIT Q

# ETHICON.INC.
## ANALYTICAL CHEMISTRY DEPARTMENT

SAMPLE CONTROL # J 2095

PAGE 2 OF 2

| SERVICE REQUEST NO. | ANALYSIS REQUIRED | ANALYTICAL SUPERVISOR |
|---|---|---|
| 33853 | GPC, IR Identity | |

TEST REPORT

The explanted samples were prepared as hot pressed films for IR identity. From the IR spectra generated, the explant samples are identified as:

ERF 85-214
Dog
1995

SITE 1 : ETHILON (Nylon 6)
SITE 2 : PVDF (polyvinylidene Fluoride)
SITE 3 : Prolene (polypropylene)
SITE 4 : Novafil (polybutylene terephthalate - polybutoxy ether)
SITE 5 : Novafil ( " " )
SITE 6 : ETHILON (Nylon 6)

James F B        6/15/92

IR file 33853

| SAMPLE | IV/dlg |
|---|---|
| Novafil (Site 4) | 0.73 |
| Novafil (Site 5) | 0.82 |
| ETHILON (site 1) | 1.25 |
| ETHILON (site 6) | 1.24 |

Robin R Ray/amle NB 2519-31

Insufficient sample for prolene IV's

| SAMPLE | MW | MN | MW/MN |
|---|---|---|---|
| Novafil (site 4) | 32,000 | 18,000 | 1.8 |
| Novafil (site 5) | 33,64,000 | 18,000 | 2.0 or 1.8 |
| ETHILON (site 1) | 62,000 | 30,000 | 2.1 |
| ETHILON (site 6) | 61,000 | 31,000 | 2.0 |

Robin R Ray/amle NB 2519-34

Although there was insufficient sample to run IV
GPC of Dog # 1995 Site 3 was compared to a current 4/0 Prolene suture

| | MW | MN | N |
|---|---|---|---|
| Dog #1995 Site 3 | 327,000 | 59,000 | |
| Current 4/0 Prolene | 324,000 | 60,000 | |

Results indicate no degradation has taken place    EPM 2362-94

| ANALYST SIGNATURE | DATE | REFERENCE | | |
|---|---|---|---|---|
| Robin R Ray/amle | 9/21/92 | | | |
| SUPERVISOR SIGNATURE | DATE | ANALYTICAL DEPT MANAGER | | DATE |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.09888220