# Exhibit A

1.  *Christine Benz v. Ethicon, Inc., et al.*, 2:12-cv-04097