**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION

-----------------------------------------------------

ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A                       JOSEPH R. GOODWIN U.S. DISTRICT
                                         JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF</u>
## <u>SCOTT SERELS, M.D. FOR WAVE 4</u>

       Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Scott Serels for Ethicon Wave 1, Dkt. 2112 (motion), 2113 (memorandum

in support).  Plaintiffs respectfully request that the Court exclude Scott Serel's testimony, for the

reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 4 cases

identified in Exhibit A attached hereto.

Dated: April 13, 2017             Respectfully submitted,


                                     /s/ Timothy E. Jackson
                                     Timothy E. Jackson
                                     Wexler Wallace LLP
                                     55 W Monroe Street, Suite 3300
                                     Chicago, Illinois 60603
                                     T. (312) 346-2222
                                     F. (312) 346-0022
                                     E. tej@wexlerwallace.com

                                     Bryan F. Aylstock, Esq.
                                     Renee Baggett, Esq.
                                     Aylstock, Witkin, Kreis and Overholtz, PLC
                                     17 East Main Street, Suite 200
                                     Pensacola, Florida  32563
                                     T. (850) 202-1010
                                     F. (850) 916-7449
                                     E. rbaggett@awkolaw.com

1

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Dana & Charles Bates | 2:12-cv-03939 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Timothy E. Jackson
Timothy E. Jackson
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. tej@wexlerwallace.com