IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>Ethicon Wave 4 cases listed in Exhibit A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS
AND TESTIMONY OF HARRY JOHNSON, M.D.**

Plaintiffs respectfully request that the Court preclude defense expert Harry Johnson, M.D., from giving opinions on (1) the safety and efficacy of Defendants' products based on his own clinical practice; (2) the design of Defendants' transvaginal mesh products at issue, including the safety and efficacy of those devices; and (3) the adequacy of Defendants' product warnings and instructions for use. The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

1

Dated: April 13, 2017

        Respectfully submitted,

        /s/ Thomas P. Cartmell
        Thomas P. Cartmell, Esq.
        Jeffrey M. Kuntz, Esq.
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        Telephone:    (816) 701-1100
        Facsimile:    (816) 531-2372
        tcartmell@wcllp.com
        jkuntz@wcllp.com

        /s/ D. Renee Baggett
        Bryan F. Aylstock, Esq.
        Renee Baggett, Esq.
        Aylstock, Witkin, Kreis and Overholtz, PLC
        17 East Main Street, Suite 200
        Pensacola, Florida  32563
        Telephone:    (850) 202-1010
        Facsimile:    (850) 916-7449
        baylstock@awkolaw.com
        rbaggett@awkolaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 13, 2017, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

        /s/Thomas P. Cartmell
        **Attorney for Plaintiffs**

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Johnson is designated

**Exhibit B:** Johnson Expert Report

**Exhibit C:** Johnson Deposition March 21, 2016