# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF MICHAEL P. WOODS, M.D. FOR WAVE 4

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Michael P. Woods for Ethicon Wave 1, Dkt. 2041 (motion), 2043 (memorandum in support). Plaintiffs respectfully request that the Court exclude Michael P. Woods' testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017            Respectfully submitted,

/s/ Michael H. Bowman
Michael H. Bowman
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. mhb@wexlerwallace.com

Bryan F. Aylstock, Esq.
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
T. (850) 202-1010
F. (850) 916-7449
E. rbaggett@awkolaw.com

1

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Blades, Nancy | 2:12-cv-04349 |
| Connolly, Peggy | 2:12-cv-04026 |
| Dano, Autumn | 2:12-cv-04100 |
| Erickson, Jennifer | 2:12-cv-05462 |
| Geisinger, Melinda | 2:12-cv-05112 |
| Hahn, Kathleen | 2:12-cv-04365 |
| Hartwig, Deborah | 2:12-cv-05257 |
| Horton, Barbara | 2:12-cv-03641 |
| Wurtz, Julieann and Bruce | 2:12-cv-04679 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Michael H. Bowman
Michael H. Bowman
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. mhb@wexlerwallace.com