# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br>**WAVE 4 CASES** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DUANE B. PRIDDY, PH. D.

Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Duane B. Priddy, Ph.D. Dr. Priddy's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum in Support of Motion to Exclude The Opinions and Testimony of Duane B. Priddy, Ph.D., and also the following exhibits:

| Exhibit | Description |
|---|---|
| A | List of cases to which this motion applies; |
| B | *Huskey* 8/25/14 Trial Transcript; |
| C | Scott Guelcher, Ph.D. 3/23/16 Deposition Transcript; |
| D | Duane Priddy, Ph.D. 3/8/16 Deposition Transcript; |
| E | Jimmy Mays, Ph.D. 3/2/16 Deposition Transcript; |
| F | Duane Priddy, Ph.D. Expert Report; |

| | |
|---|---|
| G | de la Rie, *Polymer Stabilizers: A Survey with Reference to Possible Applications in the Conservation Field*, 33 Studies in Conservation 9–22 (1988); |
| H | ASTM 3895-14; |
| I | Costello's *Materials Characterization of Explanted Polypropylene Hernia Meshes*, 83B J. Biomed. Mater. Res Part B: Appl Biomater 44 (2007); |
| J | Clave, *et al.*, *Polypropylene As A Reinforcement In Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants*, 21 Int. Urogynecol. J. 261, 266 (2010); |
| K | A.J. Wood, *et al.*, *Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient*, 24 J. Mater. Sci. Mater. Med. 1113 (2013); |
| L | T. Liebert, *et al.*, *Subcutaneous Implants of PP Filaments*, 10 J. Biomed. Mater. Res. 939, 941 (1976); |
| M | Scott A. Guelcher, Ph.D. 3/25/14 Deposition Transcript; |
| N | D.F. Williams, 17 *Biodegradation of Surgical Polymers*, J. of Mater. Sci. 1233 (1982); |
| O | G. Sternschuss, Donald Ostergard, *et al.*, *Post-Implantation Alterations of Polypropylene in the Human*, 188 J. of Urology 27, 30-31 (2012); |
| P | W. Jongebloed & J. Worst, *Degradation of Polypropylene in the Human Eye: A SEM Study*, 64 Documenta Opthamologica 143 (1986); |
| Q | W. Jongebloed, *et al.*, *Mechanical and Biochemical Effects of Man-Made Fibres and Metals in the Human Eye, A SEM Study*, 61 Documenta Opthamologica 303 (1986); |
| R | A. Altman, *et al.*, *The Breakdown of Polypropylene in the Human Eye: Is It Clinically Significant?*, 18 Ann. Opthalmol 182 (1986); |
| S | L. Miao, *et al.*, *Physical Characteristics of Medical Textile Prostheses Designed for Hernia Repair: A Comprehensive Analysis of Select Commercial Devices*, 8 Materials 8148, 8151 (2015); |
| T | M. Lundback, *et al.*, 91 *Loss of Stability by Migration and Chemical Reaction of Santonox R in Branched Polyethylene Under Anaerobic and Aerobic Conditions* 1071 (2006); |

| | |
|---|---|
| U | W, B. Bell, D. Priddy, *et al.*, 54 *Permanence of Polymer Stabilizers in Hostile Environments* 1605 (1994); |
| V | J. Arutchelvi, *et al.*, *Biodegradation of Polyethylene and Polypropylene*, 7 Indian J. of Biotechnology 9 (2008); |
| W | A. Imel, *et al.*, *In vivo Oxidative Degradation of Polypropylene Pelvic Mesh*, 73 Biomaterials 131, 132 (2015); |
| X | Scott A. Guelcher, Ph.D. 12/18/14 Deposition Transcript; |
| Y | U. Klinge & B. Klosterhalfen, *Modified Classification of Surgical Meshes for Hernia Repair Based on the Analyses of 1,000 Explanted Meshes*, 16 Hernia 251 (2012); |
| Z | V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015); |
| AA | V. Iakovlev, *et al.*, *Pathology of Explanted Transvaginal Meshes*, 8 Int. J. of Med., Health, Pharm., and Biomed. Engineering 510 (2014); |
| BB | Howard C. Jordi, Ph.D. 10/30/13 Deposition Transcript; |
| CC | IR Microscopy of Explanted Prolene (Sept. 30, 1987), ETH.MESH.12831391–1404; |
| DD | ETH.MESH.12729337; |
| EE | ETH.MESH.07690752; |
| FF | ETH.MESH.05453719; |
| GG | ETH.MESH.11336184; |
| HH | ETH.MESH.11336071; |
| II | ETH.MESH.11336165 |
| JJ | ETH.MESH.09888187; and |
| KK | ETH.MESH.11336181. |

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D.

    Respectfully submitted,

    ETHICON, INC., ETHICON LLC, AND
    JOHNSON & JOHNSON


    */s/  David  B. Thomas*
    David B. Thomas (W.Va. Bar #3731)
    THOMAS COMBS & SPANN PLLC
    300 Summers Street
    Suite 1380 (25301)
    P.O. Box 3824
    Charleston, WV 25338
    Telephone:  304.414.1807
    dthomas@tcspllc.com

    */s/ Christy D. Jones*
    Christy D. Jones
    BUTLER SNOW LLP
    1020 Highland Colony Parkway
    Suite 1400 (39157)
    P.O. Box 6010
    Ridgeland, MS 39158-6010
    Telephone:  601.985.4523
    christy.jones@butlersnow.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br>WAVE 4 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### CERTIFICATE OF SERVICE

I certify that on April 13, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ David B. Thomas
David B. Thomas (W.Va. Bar #3731)
THOMAS COMBS & SPANN PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
Telephone: 304.414.1807
dthomas@tcspllc.com