# EXHIBIT A

EXHIBIT A TO PRIDDY MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Datz, Lillian & Kerry M. | 2:12cv03735 |
| Roman, Jeanette | 2:12cv05255 |
| Thompson, Harriet & Bertram | 2:12cv03741 |