# EXHIBIT V

Indian Journal of Biotechnology
Vol. 7, January 2008, pp 9-22

# Biodegradation of polyethylene and polypropylene

J Arutchelvi, M Sudhakar, Ambika Arkatkar, Mukesh Doble*, Sumit Bhaduri[1] and Parasu Veera Uppara[1]

Department of Biotechnology, Indian Institute of Technology, Madras, Chennai 600 036, India

[1]Polymer Research and Technology Center, Reliance Industries Limited, Swastik Mills Compound,
Chembur, Mumbai 400 071, India

*Received 26 May 2006; revised 21 February 2007; accepted 22 May 2007*

Polyethylene and polypropylene are the two polyolefins with wide ranging applications. They are recalcitrant and hence remain inert to degradation and deterioration leading to their accumulation in the environment, and, therefore creating serious environmental problems. In this review, biodegradation of these two polymers under *in vitro* conditions is reported. An attempt has been made to cover the mechanism of biodegradation, the various bacterial and fungal organisms that have been reported for the same, methods adopted for the studies and different characterization techniques followed to measure the extent of degradation

**Keywords:** polyethylene, polypropylene, biodegradation, *in vitro*

## Introduction

The myriad applications of polymers in almost all the fields ranging from sophisticated articles such as, prosthetic hips and knee joints to disposable food utensils implies their significance and importance in our day to day life. Thus, enormous production and utilisation of polymers lead to their accumulation in the environment. Since not easily degraded by microorganisms, today they have become a serious source of pollution affecting both flora and fauna.

Polyolefins or saturated polymers have a broad range of applications. Polypropylene (PP) and polyethylene (PE), expressed as $C_nH_{2n}$, are most widely used linear hydrocarbon polymers. The versatility of these polymers arises from the fact that they are made from cheap petrochemical feed stocks through efficient catalytic polymerisation process and their ease of processing to various products. The range of their applications include, food packaging, textiles, lab equipments, and automotive components. PP has a methyl group instead of one of the hydrogens present in PE, on every other carbon, which gives rise to the existence of three stereoisomeric forms namely, atactic, isotactic, and syndiotactic[1]. This stereoregular polymer was first synthesised by Ziegler and Natta with propylene as the monomer. Metallocene catalysts can also be used

for its synthesis. Industrially applicable PE was first synthesised in 1933 by Eric Fawcett and Reginald Gibson at ICI chemicals[2]. PE is totally linear and available with varying range of densities from 0.91 to 0.97 g/cm³. Low density PE has branching at random places leading to low packing of the polymer chains, whereas the high density PE is more linear with minimal branching leading to high packing density[1].

As reported by American Plastic Association, percentage distribution of PP, high density polyethylene (HDPE), linear low density polyethylene (LLDPE) and low density polyethylene (LDPE) are 18.4%, 17.4%, 12.1% and 8.2%, respectively in terms of sales and use in the year 2004 in the United States, Canada, and Mexico[3]. Non-degradable plastics accumulate in the environment at a rate of 25 million tonnes per year[4]. Extensive use of non-biodegradable thermoplastics and the rate at which they accumulate in the environment, makes the humankind to realise the necessity to find its environmental impact. As the polymer usage is unavoidable, ways have to be found to (1) Enhance the biodegradability of the polymers by blending them with biodegradable natural polymers such as starch[5-19] or cellulose[20] etc; (2) Mixing with prooxidants[5,21,22] so that they are easily degraded and (3) Isolate[23] and improve microorganisms that can efficiently degrade these polymers. In order to attempt the third option the mechanism of biodegradation should be understood.

―――――――――――――
*Author for correspondence:
Tel: 91-44-2257407
E-mail: mukeshd@iitm.ac.in

Case 2:12-md-02327 Document 3652-22 Filed 04/13/17 Page 3 of 15 PageID #: 128386

## Overview of Biodegradation of Polymers

A general overview of biodegradation of polymers over a period of time is schematically represented in Fig. 1. Polymeric materials released into the environment can undergo physical, chemical and biological degradation or combination of all these due to the presence of moisture, air, temperature, light (photo-degradation), high energy radiation (UV, γ-radiation) or microorganisms (bacteria or fungi). The rates of chemical and physical degradation are higher when compared to that of biodegradation. Also, physical and chemical degradation facilitates microbial degradation and complete mineralisation of the polymer happens due to biodegradation, which is generally the final step[24,25].

### Mechanism of Biodegradation

Biodegradation of polymers involves following steps:

1. Attachment of microorganism to the surface of the polymer
2. Growth of microorganism utilising the polymer as the carbon source
3. Primary degradation of the polymer and
4. Ultimate degradation

Microorganisms can attach to the surface, if the polymer surface is hydrophilic. Since PP and PE have only $CH_2$ groups, the surfaces are hydrophobic. Initial physical or chemical degradation leads to the insertion of hydrophilic groups on the polymer surface making it more hydrophilic (insertion of hydrophilic groups also decreases the surface energy). Once the organism gets attached to the surface, it start growing by using the polymer as the carbon source. In the primary degradation, the main chain cleaves, leading to the formation of low-molecular weight fragments (oligomers), dimers or monomers[24]. The degradation is due to the extra cellular enzymes secreted by the organism. These low molecular weight compounds are further utilised by the microbes as carbon and energy sources. Small oligomers may also diffuse into the organism and get assimilated. The ultimate products of degradation are $CO_2$, $H_2O$ and biomass under aerobic conditions. Anaerobic microorganisms can also degrade these polymers under anoxic conditions. The primary products then are $CO_2$, $H_2O$, $CH_4$ and biomass under methanogenic condition or $H_2S$, $CO_2$ and $H_2O$ under sulfidogenic condition. The environmental conditions decide the group of microorganisms and the degradative pathway involved. Ultimate degradation of recalcitrant



Fig. 1—Overview of degradation of polymers (Adapted from Vasile).

synthetic polymers may take several hundred years[24-28]. Additives, antioxidants and other stabilisers added to commercial polymers may be toxic to the organisms or may slow down the rate of biodegradation.

### Strategies used to Characterize Biodegradability of Polymers

As mentioned before, the high molecular weight polymers are degraded first into oligomers, some of which might be water soluble and then they are further broken down into organic intermediates. The intermediate products may be acids, alcohols, ketones, etc. The following strategies are used to assess and monitor the biodegradation of the polymers:

1. Accumulation of biomass (experimentally determine the growth rate of microorganisms with the polymer as the sole carbon source)
2. Oxygen uptake rate
3. Carbon dioxide evolution rate
4. Products of reaction using chemical analysis
5. Surface changes
6. Changes in the mechanical and physical properties of the polymer[8]

### Analytical Techniques

Several analytical techniques have been used to monitor the extent and nature of biodegradation (Fig. 2). These characterisation techniques are meant to study the mechanical, chemical, and physical properties of the polymer before and after degradation, which will help in understanding the extent as well as the mechanism of degradation. The study of mechanical properties comprises measuring of the tensile strength, elongation at fail and modulus of the polymer by using Instron. The physical properties of the polymers monitored are: morphology (microcracks, embrittlement using SEM, transmission optical microscopy), density, contact angle, viscosity,

ARUTCHELVI *et al*: BIODEGRADATION OF POLYETHYENE & POLYPROPYLENE                11



Fig. 2—Different levels of investigations on polymer biodegradation.



Fig. 3—Techniques used to characterize the degraded products.

molecular weight distribution (using GPC), melting temperature ($T_m$), glass transition temperature ($T_g$) (doing TGA and DSC) and changes in the crystalline and amorphous regions (X-ray diffraction, SAXS and WAXS). The changes in the chemical properties that could be measured include formation or disappearance of functional groups as determined by FTIR. The molecular weight and molecular weight distribution of the degraded products or intermediates are characterised by techniques such as TLC, GC, GCMS, CL, MALDI-TOF, NMR (Fig. 3)[5,23]. The level of information derived from each technique, as shown in Fig. 2, increases as one moves downwards thereby understanding the mechanism of biodegradation. $CO_2$ evolution is measured by using GC[50], titrating with barium hydroxide[41]. Biofilm studies can be carried out using the acridine orange or BacLight bacterial viability kit[57]. The metabolic activity of the cells in the culture as well as in the biofilm can be done by ATP assays[22], protein analysis and FDA analysis[28]. Thermally stimulated current spectra obtained from electret-thermal analysis reveals the electric polarization properties of polymer which is used for investigating biodegradation. Corona discharge pretreatment of polymers showed better results compared to UV treatment[13,27].

**Factors Affecting Biodegradability**

Biodegradability of the polymer is essentially determined by the following important physical and chemical characteristics:

1. Availability of functional groups that increases hydrophilicity
2. Size, molecular weight and density of the polymer

3. Amount of crystalline and amorphous regions
4. Structural complexity such as linearity or presence of branching in the polymer
5. Presence of easily breakable bonds such as ester or amide bonds as against carbon-carbon bonds
6. Molecular composition (blend) and
7. Nature and physical form of the polymer such as whether it is in the form of films, pellets, powder or fibres[8,27]

**Mechanism of Biodegradation of Polyolefins**

In general, polyolefins are inert materials not susceptible to microbial attack because of the following reasons:

1. Hydrophobic backbones consisting of long carbon chains that give high resistivity against hydrolysis[3]
2. Addition of antioxidants and stabilisers during their manufacture which keeps polyolefins from atmospheric oxidation[3]
3. High molecular weight (from 10,000 to 40,000)
4. High packing density[8]

Even though PP is a polyolefin and prone to oxidative degradation similar to PE, the substitution of methyl in the place of hydrogen in the β position makes it more resistant to microbial attack, as already discussed in the factors affecting biodegradability (namely structural complexity)[8].

The decreasing order of susceptibility of polymers to degradation in soil mixed with municipal refuse was PE>>>>LDPE>HDPE as revealed by analysing the weight loss of samples, $CO_2$ evolution, changes in tensile strength, changes in FTIR and bacterial activity in the soil[12].

Studies reported on biodegradation of PP are given in Table 1. As evident from the table, the work carried out in this area is scarce. Apart from fungal species (*Aspergillus niger*), microbial communities such as the species of *Pseudomonas* and *Vibrio* have been reported to biodegrade PP[23]. A decrease in viscosity and

12                INDIAN J BIOTECHNOL, JANUARY 2008

Table 1—Various literature reports on biodegradation of polypropylene and its blends

| Title of the paper | Polymer | Organism | Conditions | Analytical techniques | Observation | Reference |
|---|---|---|---|---|---|---|
| Isotactic polypropylene biodegradation by microbial community | Isotactic polypropylene | Microaerophilic microbial community | Mineral medium containing sodiumlactate & glucose | IR, NMR, GC-MS | Organism & mycelia with known adaptability & metabolic flexibility can degrade isotactic PP | 23 |
| UV-Irradiated biodegradability of ethylene-propylene copolymers | Ethylene-propylene copolymers | Fungal species | Composting & culture environments | FTIR, SEM, VISCOSITY | Viscosity decrease & increase in carbonyl/hydroxyl region in FTIR | 31 |
| Biodegradation of γ-sterilised biomedical polyolefins | Isotactic polypropylene | Fungal species | Composting & culture environments | FTIR, SEM, VISCOSITY | Viscosity decrease & increase in chain scission | 32 |
| Blends | | | | | | |
| Calorimetric & thermogravimetric studies of UV-irradiated polypropylene/starch-based materials aged in soil | Polypropylene/ starch | Soil | Soil burial tests | DSC and TGA | Biodegradation not affects the thermal stability, photooxidation decrease the thermal stability of the mixture | 18 |
| Effect of short wavelength UV-irradiation on ageing of polypropylene/cellulose compositions | polypropylene/ cellulose | Soil | Composted in garden soil | ATR-FTIR, TENSILE & SEM | Significant mechanical and surface changes found | 20 |
| Mechanical behavior of biodegradable polyolefins | (HDPE)/ polypropylene (PP) | Soil | Soil burial tests | DMM, VISCOELASTIC & DSC | A significant change in mechanical behaviour observed | 36 |
| Structure & properties of degradable polyolefin-starch blends | polyolefin-starch | *Phanerochaete chrsosporium* | Liquid fungus culture & soil burial test | Tensile DMTA, GPC, intrinsic viscosity, FTIR, & optical microscopy | Increased susceptibility to biodegradation | 6 |
| Enzymatic degradation of PCL/PP plastics containing polycaprolactone | PCL/PP | *Rhizopus arrhizus* lipase | Enzymatic condition | SEM & SPECTRO-METRIC | Blends of PCL and LDPE or PP retained high biodegradability of PCL | 33 |
| Thermal degradation of polypropylene/starch based materials with enhanced biodegradation | Polypropylene/ starch based materials | Soil | Soil burial tests | TGA, FTIR | Biodegradability observed more in starch based material rather than PP matters | 15 |
| Characterization by thermal analysis of HDPE/PP blends with enhanced biodegradation | Blends of HDPE/PP with different biodegradable additives | Soil | Soil burial tests | TG, DSC and dynamic-mechanical spectroscopy | Additive more affected by degradation than the polymeric matrix. Changes both in the crystalline morphology and activation energies of relaxation processes happens at different time & depends on the additives used | 52 |

ARUTCHELVI *et al*: BIODEGRADATION OF POLYETHYENE & POLYPROPYLENE            13

formation of new groups namely carbonyl and hydroxyl were observed during the degradation process[32,33]. Except for one report[23], all the studies deal with degradation of pretreated PP. The pretreatment techniques reported range from UV-irradiation[17,20,32], γ-sterilization[33] and thermal treatment[14]. These pretreatments either decrease the hydrophobicity of the polymer thereby making it more compatible with the organism or introduces groups such as C=O or –OH, which are more prone to degradation. It is reported that UV-treated PP sample is more susceptible to degradation than LDPE[32]. Biodegradation of polypropylene/starch or polypropylene/cellulose blends has been reported using soil organisms. It is observed that the organisms easily degrade starch or cellulose leaving behind the polymer. These carbohydrates or fillers also increase the adhesion of the organisms to the surface of the polymer[5-20]. Polycaprolactone (PCL) blended PP has also been reported to degrade in the presence of lipase[34]. PCL is an ester and since lipase is well known to degrade ester linkages, degradation of this polymer is facile. Lipase cannot affect the carbon-carbon present in PP. There are no reports available on the effect of tacticity on the nature and rates of biodegradation as well as on the use of marine organisms to achieve biodegradation.

Biodegradation of isotactic polypropylene without any pretreatment is reported with one of the community designated as 3S among the four microbial communities (designated as 1S, 2S, 3S and 6S) adapted to grow on starch containing polyethylene obtained from enrichment culture. *Pseudomonas chlororaphis*, *P. stutzeri*, and *Vibrio* species were identified in the community 3S. TLC, GC-MS, FTIR and NMR analysis of dichloro methane extracted products confirmed the mixtures of hydrocarbons with different degrees of functionalisation along with aromatic esters, which are added to the PP as a plasticiser. Sodium lactate and glucose had a co-metabolic effect. Starch enhances the adhesion of the microorganisms and also acts as a co-metabolite[23].

The degradability of PCL blends such as PCL with polystyrene (PS), poly-ethylenetelephthalate (PET), and polyhydroxybutyrate (PHB) were less when compared to the degradability of PCL blended with LDPE or PP. This was due to the miscibility of PCL with conventional plastics such as polyolefins. High biodegradability of PCL was observed with PCL-LDPE and PCL-PP blends[33].

Outdoor soil burial tests were done on the samples of a HDPE and PP blend with different biodegradable additives. DSC analysis of these polymers with different additives after a year showed no change in melting temperature and fraction of crystalline region. Therefore, it was concluded that the biodegradation begins at the amorphous region rather than at the crystalline region. Biodegraded HDPE/PP blends were more brittle in nature compared to non-degraded[36].

Mechanical, rheological and susceptibility for natural degradation of polymer starch blends mainly depends upon the content, properties of starch, kind and concentration of additives added with the plastics. LDPE demonstrated lower degradability as compared with polypropylene in the presence of epoxidised rubber. The biodegradation of polymer along with the starch phase was observed in few cases[6].

The biodegradability of the UV-irradiated films of isotactic polypropylene (i-PP), ethylene-propylene copolymer and LDPE was studied in composting and *A. niger* culture. Increase in the rate of carbonyl and hydroxyl groups, decrease in the intrinsic viscosity and increase in chain scission after UV-irradiation has been reported. Decrease in the carbonyl region in FTIR was confirmed by the utilization of oxidized polymers by the microorganisms. The copolymer EPF-30R (having 7.7% ethylene) degraded faster than EPQ-30R (having 15.1% ethylene) demonstrating the effect of the composition of copolymer on biodegradability. PP was found to be more susceptible to microbial attack than LDPE. Weight loss and surface erosion were also reported[31]. Additives are more susceptible to degradation rather than the HDPE and PP in HDPE/PP blends in outdoor soil burial test. Changes in the crystalline morphologies and activation energies of the relaxation process were confirmed by thermal analysis[52].

Accelerated photo- and bio-degradations were reported with PP/cellulose blends when compared with pure PP in garden soil compost[20]. γ-Sterilization of PP, LDPE and E-P copolymers were reported to have the same kind of effects as mentioned for UV-irradiated films[32]. Colorimetric and thermogravimetric studies on photo-degradation of polypropylene and a starch biodegradable additive mixture showed decrease in the crystallinity content due to free radical assisted chain scission, followed by biodegradation in soil, which later increased crystallinity due to the break down of chains in the amorphous region of the starch[18].

Studies carried out on polyethylene bio-degradation have been mentioned in Table 2. Unlike

INDIAN J BIOTECHNOL, JANUARY 2008

| Title of the paper | Polymer | Organism | Analytical techniques used | Observation | Reference |
|---|---|---|---|---|---|
| Biodegradation of thermally oxidized polyethylene | LDPE | Fungi *Aspergillus niger*, *Penicillium funiculosum*, *Paecilomyces variotii*, & *Cliocladium virens* Bacteria *Streptomyces badius*, *S. setnii* & *S. viridosporous* | DSC, FTIR, GPC & SEM | Molecular weight reduction, increase in carbonyl double bond groups, erosion on the surface of polyethylene is due to the microorganism | 34 |
| Degradation product pattern and morphology changes as means to differentiate abiotically and biotically aged degradable polyethylene | LDPE/ starch | *Arthrobacter paraffineus* | Gas chromatography-mass spectrometry, X-ray diffraction, size exclusion chromatography, FTIR, UV-Vis spectroscopy, DSC and SEM | Decrease in value of crystallinity, microorganism consumes carboxylic acids (carbon) evidenced by gas-mass spectrometry product | 5 |
| Biodegradation of octanoated starch and its blends with LDPE | LDPE/ starch blends | Soil microorganisms, sludge microorganisms | Tensile strength, elongation, weight loss & SEM | 85% percentage of elongation and 50% weight loss in 6 months | 7 |
| Biodegradation of disposable polyethylene by fungi and *Streptomyces* species | Polyethylene | Fungi *Mucor rouxii* & Bacterium *Streptomyces* spp. | Tensile strength | Heat treatment 70°C for 10 d samples showed 60% elongation reduction in *Streptomyces* sp & 46.5% in fungi | 40 |
| Mechanical behavior of biodegradable polyolefins | HDPE/PP/ blends | Soil microorganisms | DSC, viscoelastic properties | Under soil burial conditions HDPE/PP blends altered mechanical behaviours | 36 |
| Physical structure of polyolefin-starch blends after ageing | LDPE blends | Soil organisms | DSC | 48% increase in crystallinity index | 8 |
| Surface changes brought about by corona discharge treatment of polyethylene film and the effect on subsequent microbial colonization | LDPE | Fungus | Contact angle and FTIR | Formation of carbonyl groups by oxidative process | 27 |
| Enhancement of biodegradability of disposable polyethylene in controlled biological soil | LDPE/12% starch blend LDPE | Fungus *Phanerochaete chrysosporium* | Viscosity, percentage of elongation, $CO_2$ evolution, FT-IR | Molecular weight reduced from 90,000 to 50,000 in 6 months, FT-IR showed strong absorbance in the region 1650-1860 cm$^{-1}$, 56% percentage of elongation in 3 months, increases $CO_2$ evolution after 45 d of incubation | 41 |
| Thermally treated low density polyethylene biodegradation *Penicillium pinophilum* and *Aspergillus niger* | LDPE | *Penicillium pinophilum* & *Aspergillus niger* | DSC, X-ray diffraction, FTIR & SEM | Mineralization was evaluated and observed as 0.64% for *P. pinophilium* and 0.57% for *A. niger*. Decreases crystallinity, crystalline lamellar thickness. Increases carbonyl index incubation of 31 months samples | 42 |

Table 2—Various reports on biodegradation of polyethylene and its blends

Contd.:

ARUTCHELVI *et al*: BIODEGRADATION OF POLYETHYENE & POLYPROPYLENE          15

Table 2—Various reports on biodegradation of polyethylene and its blends: *Contd.*

| Title of the paper | Polymer | Organism | Analytical techniques used | Observation | Reference |
|---|---|---|---|---|---|
| Studies on biodegradability, morphology and thermo mechanical properties of LDPE/modified starch blends | LDPE/starch blends/starch phthalate | Soil organisms | Mechanical properties, DSC, melt flow index & SEM | Tensile strength & elongation at break increased in LDPE/starch phthalate blends compared to the LDPE/starch blends | 11 |
| Degradation of polyethylene by a fungus *Penicillum simssimum* | LDPE | Fungus *Penicillum simssimum* | HT-GPC, FT-IR | HT-GPC & FT-IR results showed double bonds of PE cut by Fungus *P. simssimum* | 44 |
| Experimental analysis and numerical simulation for biodegradability of polyethylene | Polyethylene/ wax | Microbial consortium | GPC | Weight loss was 31.5% | 45 |
| Evaluation of degradability of biodegradable polyethylene (PE) | Polyethylene | Soil microorganisms | Bioassmilations of product was evaluated | 60% bioassimilation after 180 d | 37 |
| Biodegradation of thermally–oxidized, fragmented low density polyethylenes | LDPE pro-oxidant additives | Soil microorganisms | $CO_2$ Evolution, NMR, FTIR and SEM. | Increased 60% $CO_2$ evolution in 18 months, carbonyl & double bond relative intensities of the carbonyl bond at 1715 cm-1 & double bond at 1650 cm-1 | 38 |
| Environmental Biodegradation of Polyethylene | Degradable polyethylene (EPI TAPA) | Bacteria *Rhodococcus rhodochrous, Cladosporium cladosporoides, Nocardia asteroides* | Epiflurocent microscopy, SEM, FT-IR | Increased absorbance of carbonyl groups & double bond formation in 6 months. 60% mineralization produced in 6 months | 39 |
| Biodegradation of synthetic polymers. II. A limited microbial conversion of $^{14}C$ in polyethylene to $^{14}CO_2$ by some soil fungi | Polyethylene | Unidentified three white rot fungi & *Fusarium redolens* | $CO_2$ Evolution | Increases 0.5% $CO_2$ evolution in 2 years of incubation | 45 |
| Biodegradation of synthetic polymers.III. The liberation of $^{12}CO_2$ by molds like *Fusarium redolens* from $^{14}C$ labeled pulverized high density polyethylene | HDPE | *Fusarium redolens, Acremonium kiliense, Aspergillus niger &  Verticillium lecanii* | $CO_2$ Evolution | Mixed culture of organism showed more degradation compared to single pure culture by estimation of $CO_2$ | 46 |
| Biodegradation of plastic compost bags under controlled soil conditions | HDPELDPE and 9% starch polyethylene | Heterotrophic bacteria | Weight loss, tensile strength, carbon dioxide production & IR | Starch PE - 82.76% loss of tensile strength, HDPE-5.33% and LDPE 13.04%. 36% weight loss in starch blend PE | 12 |
| Biodegradation of physicochemically treated by a consortium of filamentous fungi | LDPE | *P. pinophilum, A. niger, Gliocladium virens & P. chrysosporium* | DSC, FTIR & SEM | Thermal treated PE samples decreasing melting point and relative crystallinity. Degradation products were carbonyl & double bonds groups | 47 |

*Contd.*

ARUTCHELVI *et al*: BIODEGRADATION OF POLYETHYENE & POLYPROPYLENE

16

Table 2—Various reports on biodegradation of polyethylene and its blends: *Contd.:*

| Title of the paper | Polymer | Organism | Analytical techniques used | Observation | Reference |
|---|---|---|---|---|---|
| Electret-thermal analysis to assess biodegradation of polymer composites | LDPE/starch | Bacteria *Baccilus, Clostridium & microccuss* Fungi *Aspergillus, Penicillum & Mucor* | DSC, FTIR, SEM & Physico-Mechanical testing | Biological erosion of polyethylene by oxidative process | 13 |
| DSC, FTIR characterization of biodegradation of polyethylene | Polyethylene | Fungi *A. niger* | DSC & FTIR | Decreased amorphosity of the sample and relative intensity of carbonyl bond formation | 48 |
| Colonization, biofilm formation and biodegradation of polyethylene by a strain of *Rhodococus rubber* | LDPE blends | *Rhodococus rubber* | FTIR, SEM & weight loss | Carbonyl index reduced 66%, enrichment medium supplement with 2% mineral oil showed 50% degradation after 30 d incubation | 28 |
| Synergistic effect of combining UV sunlight-soil burial treatment on the biodegradation rate of LDPE/starch blends | LDPE/starch blends | Soil organisms | DSC, FT-IR, tensile strength & SEM | Starch blend PE exposed UV radiation & soil burial samples showed 66% degradation | 14 |
| Biodegradation of polyethylene by the thermophilic bacterium *Brevibacillus borstelensis* | LDPE | *Brevibacillus borstelen* | DSC, FT-IR | 31% Molecular weight reduction in 30 d | 51 |
| Study and development of LDPE/starch partially biodegradable compounds | LDPE/starch blends | Sludge microorganisms | Tensile strength & SEM | Reduction in tensile strength & elongation properties, LDPE degraded in the amorphous region responsible for oxidative process | 16 |
| Acquired biodegradability of polyethylene containing pro-oxidant additives | LDPE HDPE/blends | *R. rhodochrous, N. asterolds, Aspergillus flavis, C. cladospoides* | ATP, ADP assays, Size exclusion chromatography, Microscopy techniques & NMR | *R. rhodochrous & N. astroides* found to be most active for molecular weight reduction | 22 |
| Effect of compatibiliser on the biodegradation and mechanical properties of high content starch/low density polyethylene blends | LDPE/starch blends | Soil organisms | Mechanical properties, weight loss, melt flow index & SEM | 65% weight loss increase in 14 d | 17 |
| Polyethylene biodegradation by developed *Penicillium-Bacillus* biofilm | Polyethylene | *P. frequentans B. mycoides* | Microscopy, weight loss, gas chromatography | Weight loss of preheated polyethylene treated with fungi showed 7.150% & without preheating treated with showed 6.657% | 50 |
| Photo biodegradation of low density polyethylene/banana starch films | LDPE/starch blends | Soil microorganisms | FTIR, tensile strength, elongation & weight loss | Increased carbonyl index & Tensile strength & elongation at break increased in LDPE/starch blends | 19 |
| Biodegradation potential of some barrier-coated boards in different soil environments | Polyethylene & Polyester | Soil microorganisms | DSC & FTIR | Under soil burial condition PE/Polyester blends affect mechanical behaviors | 49 |

*Contd.:*

Table 2 — Various reports on biodegradation of polyethylene and its blends: Contd.:

| Title of the paper | Polymer | Organism | Analytical techniques used | Observation | Reference |
|---|---|---|---|---|---|
| Modification of polymers by protein hydrolysate-A way to biodegradable materials | mLLDPE blend with HP | Aspergillus oryzae | Mechanical strength properties | Polymer blend with 20% HP (Protein hydrolysate) shows 35% biodegradation with acceptable range of mechanical strength whereas polymer with 40% HP shows 50% biodegradation with poor mechanical strength properties | 40 |

polypropylene, more research articles are published on studies relating to biodegradation of PE. Fungi that include *A. niger, Penicillium funiculosum, Fusarium redolens,* and *A. vesicolor,* and soil microorganisms (mixed culture as well as *Rhodococcus rhodochrous, Cladosporium cladosporoides*) have been reported to degrade neat PE[8,11,19,34,39]. DSC or FTIR and other mechanical and physical techniques such as weight loss, changes in tensile strength have been the commonly used analytical techniques to monitor the nature of biodegradation. Thermal, UV, photo and corona treated PE has been found to degrade faster than the untreated polymer. Biodegradation of starch blended and modified PE with protein hydrolysate has also been studied[40].

Photooxidation is the triggering step in the oxidative degradation of polyethylene. UV radiation leads to radical formation, followed by the absorption of oxygen resulting in end products with carbonyl groups. Additional UV exposure causes the carbonyl group to undergo Norrish type I and/or Norrish type II degradation which leads to the cleavage of C-C bond and thus leading to the formation of oxidised low molecular weight fragments. Ultimately, photooxidation leads to the formation of low molecular weight fragments and thus increases the hydrophilicity of the polymer[14,18,20,25,26,29,31]. The photooxidation mechanism shown in Fig. 4, comprises both the formation of carbonyl group as well as Norrish type I and type II. Thus, photooxidation enhances the susceptibility of the polymer to microbes. The resulting carboxylic acid from the photooxidation and ω-oxidation of long chain hydrocarbons (similar to the biotic degradation of paraffin-$C_{10-20}$) enters the β-oxidation pathway as shown in Fig. 4. Later, the two carbon acetyl CoA, enters the TCA cycle and gets completely converted into carbon dioxide and water[5,26,27,30,31].

Cell homogenates from *P. putida* and *Bacillus brevis* were found to degrade PE films by oxidative degradation resulting in the formation of terminal hydroxyl, ketone and ester groups. The presence of alcohol dehydrogenase was confirmed indirectly in the degradation reaction by inhibition studies[55]. The known lignin degrading bacteria *S. virdosporos* T7A, *S. badius* 252, and *S. setonni* 75vi2 and the fungus *Phanerochaete chrysosporium* were used to assess their ability to degrade biodegradable polyethylene (polyethylene with 6% starch and pro-oxidant). The authors observed the accelerated pro-oxidant activity by heat treatment and UV treatment with different time period. Reduction in polydispersity and tensile strength were observed in biodegradable PE with bacterial treatment and not with the fungus[53]. The veratryl alcohol lignin peroxidase activity was confirmed[54].

*A. niger* has been reported to degrade commercially available PE. DSC analysis showed reduction in the amorphous region of the polymer[48]. Biodegradation of LDPE was enhanced with Tween 80 in the presence of *P. aeuroginosa.* This study explains the role of nonionic surfactant in biofilm formation, as explained before it is a prerequisite for biodegradation process[56]. Biodegradation of thermally oxidized LDPE with fungal cultures of *A. niger, Pencillium funicalosum, Paecilomyces variotii* and *Gliocladium virens* was marked by the gradual decrease in carbonyl region (1715 cm$^{-1}$) in FTIR[34]. Disposable polyethylene bags with 6% starch were subjected to biodegradation for a period of four weeks by eight different species of *Streptomyces* and the fungi. *Mucor rouxii* and *A. flavus.* Weight gain was seen after degradation with few *Streptomyces* species, whereas a slight loss of weight was observed with *S. aburaviensis, S. parvullus, S. nigellus* and *A. flavus.* Reduction in percentage elongation with *Streptomyces* and fungal cultures were 28.5% and 46.5%, respectively. Thermally treated film incubated with *Mucor* had 60% reduction in tensile strength[40].

ARUTCHELVI *et al*: BIODEGRADATION OF POLYETHYENE & POLYPROPYLENE

18



Fig. 4—Mechanism of biodegradation of polyethylene (Adapted from Vasile).

The bacteria, *Arthobacter parraffineus* was found to degrade LDPE in three years by utilising carboxylic acid formed during thermal oxidation. The utilization was through the β-oxidation mechanism that yields the degradation products like acetyl coA and propionyl CoA. 3- methyl-3-octanol and 1-hexadecanol were detected in biotic environment with series of n-alkanes such as C21-26. These were microbiologically metabolised by the oxidation of carboxylic acid through β-oxidation[5].

Rate of degradation of octonated starch is slower than pure starch. OCST-LDPE blend and octonated starch was subjected for six month soil burial test, which showed weight loss and reduction in mechanical properties. SEM analysis of OCST-LDPE blend showed the presence of holes on the surface, which confirmed the degradation of OCST region in blend[7].

Corona discharge treatment was found to be more effective towards colonisation of microorganisms on food packaging grade LDPE films with little effect on the mechanical properties as compared to UV treatment. This suggests that corona discharge treatment is affecting the hydrophobicity of the surface of the polymer and not penetrating it. A reduction in hydrophobicity of the LDPE from (92° to 66.6°) was also reported[27]. The pH of *Phanerochaete chrysosporium* inoculated soil with polyethylene decreased at a faster rate. Biomass, biological activity and $CO_2$ evolution was higher in inoculated soil. Analysis of the mechanical properties showed that decrease in the percentage elongation is faster in the inoculated soil compared to the uninoculated soil. Viscosity analysis of the polymers with regular intervals also showed the same trend[41]. A similar study was performed by Yamada-Onodera *et al* using Triton X-100. Improvement was observed in the growth of *Penicillium simplicissimum* YK, however, there was no utilisation of Triton X-100. FTIR analysis confirmed the utilisation of polyethylene by the fungus[44].

Thermal treatment of LDPE-TDPA (Pro-oxidant additive) in aerobic conditions showed substantial polymer fragmentation with loss of mechanical properties in 11 d. 26% of biodegradable and solvent extractable fraction was obtained after thermal oxidation for 20 d. 50-60% carbon dioxide evolution was observed in 18 months of further treatment with soil microorganisms[38]. Temperature is the crucial factor in determining the rate of thermo-oxidation

whereas the effect of concentration of oxygen on the rate of thermo-oxidation is insignificant[37]. *A. niger, G. virens, Penicillium pinophilum, Phanerochaete chrysosporium* showed biodegradation on thermally treated or accelerated ageing treated (AAT) LDPE in 9 months. The biodegradation was evaluated by observing decrease in the onset of melting temperature ($T_0$) and melting temperature $T_m$ and relative crystallinity. Highest mineralization (3.26%) values were obtained with AAT. Superficial growth of microorganisms occurred and penetration of hyphae was observed in the oxidised sample[47]. Synergistic effect of combining UV treatment and soil burial test was reported by Abd El-Rehim *et al*[14]. Electret-thermal analysis used in the electric polarization of dielectrics was used to investigate biodegradation of LDPE- starch blended polymer in 6 months. These studies were based on the assumption that biodegradation process of polymer material can cause transformation in their electrically non-equilibrium structure. Thermally stimulated current spectra (TSC) of PE films exposed to various ageing conditions in soil were reported. After ageing, new peaks were detected on spectra. FTIR results showed formation of functional groups. Reduction in melting was reported in DSC analysis. The degree of biological damage of the films was a function of starch content of the composites. The predominant microbial taxa in composites were *Bacillus, Clostridium, Micrococcus, Aspergillus, Penicillum* and *Mucor*[13].

*Rhodococcus ruber* C208 was isolated from the surface of the PE in polyethylene waste burial site by two step culture-enrichment protocol. Weight loss of 8% of photo-oxidised PE was observed in four weeks. This is higher than the rates already reported (3.5% to 8.4% after 10 years)[30]. In contrast to Albertsson's report, increase in the terminal double bond after photooxidation was observed. This could be explained by Norrish type I degradation of the carbonyl residues. They have reported that the double bonds were observed after the biodegradation of short PE oligomers produced during photooxidation. The analysis of extracellular polysaccharides in the biofilm of C208 was 2.5 folds higher than protein, suggesting its role in biofilm formation. Biofilm showed higher viability even after 60 d of incubation. Cell surface hydrophobicity of *R. ruber* was studied by SAT (salt aggregation test) and BATH (bacterial adhesion to hydrocarbon) tests. Addition of mineral

oil to this culture enhanced the degradation of the PE film by about 50% after four weeks of incubation. SEM photomicrographs of the bacterial biofilm showed some localized degradation of the PE around the bacteria. Protein assay and FDA hydrolysis by extracellular esterases showed increase in the biofilm formation for the first 2 d of assays followed by a sharp decrease in biomass density. The authors have hypothesised a low cell population with a low growth rate consisting of cells that are able to utilise PE as a carbon source[28,57].

*Brevibacillus borstelensis,* a thermophillic bacterium, was found to degrade polyethylene better than *R. rubber*, although the biofilm forming capacity of the former was not found to be as good as of the latter. Still it was able to show reduction in mass and molecular weight by 11 and 30%, respectively for UV irradiated polyethylene[51]. The LDPE and HDPE films after photo-oxidation and thermal oxidation corresponding to three years of outdoor weathering were incubated with *R. rhodochrous* and *Nocardia asteroids*. ATP assay was done to see the metabolic activity of the cells in culture and those adhered to the surface of the polymer. There was fast growth of microorganisms in the initial phase due to the availability of the low molecular weight oxidised products, which was followed by stabile metabolic activity. This was maintained for several months by the organisms utilising the polymer. The NMR analysis of the photo- and thermo-oxidized LDPE/HDPE aqueous extract revealed the presence of ethanol and formate, which are the end products of PE oxidation. This evidence supports the initial fast growth of microorganisms observed by ATP analysis. *Nocardia* formed dense filamentous mycelium on the surface. The size exclusion chromatographic analysis of the LDPE/HDPE after biotic and abiotic treatment showed no change in the molecular weight distribution indicating that the microbial attack was only on the surface of the polymer. The degradation due to both biotic and abiotic factors depended on the thickness of the polymer[22].

Studies on biofilm formation by *Penicillium frequentans* and *Bacillus mycoides* showed that *P. frequentans* formed a network of mycelia on degradable polyethylene (DPE–chemical or photoinitiator added polyethylene), which was colonised by *B. mycoides*. The biofilm formation increased the biodegradability of *P. frequentans* by 14 folds. In general, homologous gene has been found in the genome of some *Bacillus* species that produce alkane monooxygenase. The degradation was checked with weight loss, microscopic studies to visualise biofilm formation and $CO_2$ production using $GC^{50}$.

## Conclusions

This review discusses the literature on biodegradation of PE and PP. Most of the examples deal with fungi and bacterial based degradation. Pretreated polymers degrade more easily than the untreated polymers. Also, degradation is more facile with starch and cellulose blended polymers. Cell surface hydrophobicity and addition of surfactants showed an important role in biofilm formation, which is prerequisite for biodegradation. Degradation leads to decrease in molecular weight, tensile strength and viscosity, formation of new functional groups such as carbonyl, hydroxyl, etc. Based on the literature one could conclude that in order to enhance biodegradation of PP or PE the following approaches could be adopted:

I. Modify the polymer for microbial utility by the (i)Addition of natural polymers and/or prooxidants to PP; (ii) Modification of polymers by protein hydrolysates; and (iii) Pretreatment of the polymer.

II. Modify the microbes to utilise the polymer by (i) Modifying medium composition, and thus enhancing the utilisation of polymer; and (ii) genetically modify the microorganism to utilise the polymer.

III. Overexpress the enzyme, which is responsible for degradation and purify it and utilise for this purpose. Strategies II and III require the understanding of mechanism of microbial degradation of these polymers.

## APPENDIX – ABBREVIATIONS

| | |
|---|---|
| AAT | -Accelerated ageing treatment |
| ATP | -Adenosine TriPhosphate |
| ATR-FTIR | -Attenuated total reflectance - Fourier Transform Infrared Spectroscopy |
| CL | -Chemilluminesence |
| DMA | -Dynamic Mechanical Analysis |
| DPE | -Degradable Polyehtylene |
| DSC | -Differential Scanning Calorimetry |
| ESCA | -Electron Spectroscopy for Chemical Analysis |

ESR        -Electron Spin Resonance
FDA        -Fluorescien DiAcetate
FTIR       -Fourier Transform Infrared Spectroscopy
GC-MS      -Gas Chromatography - Mass Spectrometry
HDPE       -High Density Polyethylene
HTGPC      -High temperature gel permeation chromatography
i-PP       -Isotactic Polypropylene
LDPE       -Low Density Polyethylene
MALDI-TOF  -Matrix Assisted Laser Desorption/Ionisation - Time of flight
MFI        -Melt Flow Index
NMR        -Nuclear Magnetic Resonance Spectroscopy
NY         -Nylon
OCST       -Octonated starch
PCL        -Polycaprolactone
PET        -Polyethylenetelephthalate
PHB        -Polyhydroxy butyrate
PS         -Polystyrene
SAXS       -Small Angle X-ray Scattering
SEM        -Scanning Electron Microscopy
Tg         -Glass Transition temperature
TGA        -Thermogravimetric analysis
TLC        -Thin Layer Chromatography
Tm         - Melting temperature
TSC        -Thermally Stimulated Current Spectra
UV         -Ultra Violet Spectroscopy
WAXS       -Wide Angle X-ray Scattering
XPS        -X-ray Photoelectron Spectroscopy
XRD        -X-Ray Diffraction

## References

1  Baker M A-M & Mead J, Thermoplastics, in *Handbook of plastics, elastomers and composites*, 4th edn, edited by C A Harper (McGraw-Hill, New York) 2002, 1-90.
2  Trossarelli L & Brunella V, *Polyethylene: Discovery and growth*, in *UHMWPE meeting*, held on 19 September 2003 (University of Torino, Italy).
3  Zheng Y & Yanful E K, A review of plastic waste degradation, *Crit Rev Biotechnol*, 25 (2005) 243-250.
4  Pometto A L & Lee B, Process of biodegradation of high molecular weight polyethylene by aerobic lignolytic microorganisms, *U S Pat 5145779* 8 08 Sept, 1992.
5  Albertson A-C, Barenstedt C, Karlsson S & Lindberg T, Degradation product pattern and morphology changes as means to differentiate abiotically and biotically aged degradable polyethylene, *Polymer*, 36 (1995) 3075-3083.
6  Zuchowska D, Steller R & Meissner W, Structure and properties of degradable polyolefin-starch blends, *Polym Degrad Stab*, 60 (1998) 471-480.
7  Bikiaris D, Pavlidou E, Prinos J, Aburto J, Alric *et al*, Biodegradation of octanoated starch and its blends with LDPE, *Polym Degrad Stab*, 60 (1998) 437-447.
8  Zuchoswka D, Hlavata D, Steller R, Adamiak W & Meissner W, Physical structure of polyolefin-starch blends after ageing, *Polym Degrad Stab*, 64 (1999) 339-347.
9  Hamid H, *Handbook of polymer degradation*, 2nd edn (Marcel Dekker Inc, New York) 2000.
10  Orhan Y & Buyukgungor H, Enhancement of biodegradability of disposable polyethylene in controlled biological soil, *Int Biodeterior Biodegrad*, 45 (2000) 49-55.
11  Thakore I M, Desai S, Sarawade B D & Devi S, Studies on biodegradability, morphology and thermo-mechanical properties of LDPE/modified starch blends, *Eur Polym J*, 37 (2001) 151-160.
12  Orhan Y, Hrenovic J & Buyukgungor H, Biodegradation of plastic compost bags under controlled soil conditions, *Acta Chim Slov*, 51 (2004) 579-588.
13  Pinchuk L S, Makarevich A V, Vlasova G M, Kravtsov G A & Shapovalov V A, Electret-thermal analysis to assess biodegradation of polymer composites, *Int Biodeterior Biodegrad*, 54 (2004) 13-18.
14  Abd El-Rehim H A, Hegazy E A, Ali A M & Rabie A M, Synergistic effect of combining UV-sunlight-soil burial treatment on the biodegradation rate of LDPE/starch blends, *J Photochem Photobiol A: Chem*, 163 (2004) 547-556.
15  Ramis X, Cadenato A, Salla J M, Morancho J M, Valles A *et al*, Thermal degradation of polypropylene/starch based materials with enhanced biodegradability, *Polym Degrad Stab*, 86 (2004) 483-491.
16  Nakamura E M, Cordi L, Almeida G S G, Duran N & Mei L H I, Study and development of LDPE/starch partially biodegradable compounds, *J Mater Process Tech*, 162-163 (2005) 236-241.
17  Huang C-Y, Roan M-L, Kuo M-C & Lu W-L, Effect of compatibiliser on the biodegradation and mechanical properties of high-content starch/low-density polyethylene blends, *Polym Degrad Stab*, 90 (2005) 95-105.
18  Morancho J M, Ramis X, Fernandez X, Cadenato A, Salla J M *et al*, Calorimetric and thermogravimetric studies of UV-irradiated polypropylene/starch-based materials aged in soil, *Polym Degrad Stab*, 91 (2006) 44-51.
19  Ratanakamnuan U & Aht-ong D, Photobiodegradation of low-density polyethylene/banana starch films, *J Appl Polym Sci*, 100 (2006) 2725-2736.
20  Kaczmarek H, Oldak D, Malanowski P & Chaberska H, Effect of short wavelength UV-irradiation on ageing of polypropylene/cellulose compositions, *Polym Degrad Stab*, 88 (2005) 189-198.
21  Koutny M, Lemaire J & Delort A-M, Biodegradation of polyethylene films with pro-oxidant additives, *Chemosphere*, 64 (2006) 1243-1252.
22  Koutny M, Sancelme M, Dabin C, Pichon N, Delort A & Lemaire J, Acquired biodegradability of polyethylenes containing prooxidant additives, *Polym Degrad Stab*, 91 (2006) 1495-1503.
23  Cacciari P, Quatrini G, Zirletta E, Mincione V, Vinciguerra P *et al*, Isotactic polypropylene biodegradation by a microbial community: Physicochemical characterization of metabolites produced, *Appl Environ Microbiol*, 59 (1993) 3695-3700.

24  Vasile C, Degradation and decomposition, in *Handbook of polyolefins synthesis and properties*, edited by C Vasile & R B Seymour (Marcel Dekker Inc, New York) 1993, 479-506.

25  Matsumura S, Mechanism of biodegradation, in *Biodegradable polymers for industrial applications*, edited by R Smith (Woodhead, England) 2005, 357-409.

26  Gu J-D, Microbiological deterioration and degradation of synthetic polymeric materials: Recent research advances, *Int Biodeterior Biodegrad*, 52 (2003) 69-91.

27  Matsunaga M & Whitney J P, Surface changes brought about by corona discharge treatment of polyethylene film and the effect on subsequent microbial colonization, *Polym Degrad Stab*, 70 (2000) 325-332.

28  Gilan I, Hadar Y & Sivan A, Colonisation and biofilm formation and biodegradation of polyethylene by a strain of *Rhodococcus rubber*, *Appl Microbiol Biotechnol*, 65 (2004) 97-104.

29  Albertson A-C & Andersson S O, The mechanism of biodegradation of polyethylene, *Polym Degrad Stab*, 18 (1987) 73-87.

30  Albertson A-C & Karlsson S, The influence of biotic and abiotic environments on the degradation of polyethylene, *Prog Polym Sci*, 15 (1990) 177-192.

31  Pandey J K & Singh R P, UV-irradiated biodegradability of ethylene-propylene copolymers, LDPE, and I-PP in composting culture environments, *Biomacromolecules*, 2 (2001) 880-885.

32  Sameh A S, Alariqi, Kumar A P, Rao B S M & Singh R P, Biodegradation of γ-sterilized biomedical polyolefins under composting and fungal culture environments, *Polym Degrad Stab*, 91 (2006) 1105-1116.

33  Iwamoto A & Tokiwa Y, Enzymatic degradation of plastics containing polycaprolactone, *Polym Degrad Stab*, 45 (1994) 205-213.

34  Weiland M, Daro A & David C, Biodegradation of thermally oxidized polyethylene, *Polym Degrad Stab*, 48 (1995) 275-289.

35  Contat-Rodrigo L & Ribes-Greus A, Mechanical behaviour of biodegradable polyolefins, *J Non-Cryst Solids*, 235-237 (1998) 670-676.

36  Jakubowicz I, Evaluation of degradability of biodegradable polyethylene (PE), *Polym Degrad Stab*, 80 (2003) 39-43.

37  Chiellini E, Corti A & Swift G, Biodegradation of thermally-oxidized, fragmented low density polyethylene, *Polym Degrad Stab*, 81 (2003) 341-351.

38  Bonhomme S, Cuer A, Delort A-M, Lemair J, Sancelme M *et al*, Environmental biodegradation of polyethylene, *Polym Degrad Stab*, 81 (2003) 441-452.

39  Saha N, Zatloukal M & Saha P, Modification of polymers by protein hydrolysate–A way to biodegradable materials, *Polym Adv Tech*, 14 (2003) 854-860.

40  El-Shafei H A, Nadia H, El-Nasser A, Kanosh A L & Ali A M, Biodegradation of disposable polyethylene by fungi and *Streptomyces* species, *Polym Degrad Stab*, 62 (1998) 361-365.

41  Orhan Y & Buyukgungor H, Enhancement of biodegradability of disposable polyethylene in controlled biological soil, *Int Biodeterior Biodegrad*, 45 (2000) 49-55.

42  Volke-Sepulveda T, Saucedo-Castaneda G, Gutierrez-Rojas M, Manzur A & Favela-Torres E, Thermally treated low density polyethylene biodegradation by *Penicillium pinophilum* and *Aspergillus niger*, *J Appl Polym Sci*, 83 (2001) 305-314.

43  Yamada-Onodera K, Mukumoto H, Katsuyaya Y, Saiganji A & Tani Y, Degradation of polyethylene by a fungus, *Penicillium simplicissimum* YK, *Polym Degrad Stab*, 72 (2001) 323.

44  Kawai F, Watanabe M, Shibata M, Yokoyama S & Sudate Y, Experimental analysis and numerical simulations for biodegradability of polyethylene, *Polym Degrad Stab*, 76 (2002) 129-135.

45  Albertsson A-C, Biodegradation of synthetic polymers. II. A limited microbial conversion of $^{14}$C in polyethylene to $^{14}CO_2$ by some soil fungi, *J Appl Polym Sci*, 22 (2003) 3419-3433.

46  Albertson A, Baanhidi Z G & Beyer-Ericsson L, Biodegradation of synthetic polymers. III. The liberation of $^{14}CO_2$ by molds like *Fusarium redolen* from $^{14}$C labeled pulverized high density polyethylene, *J Appl Polym Sci*, 22 (2003) 3435-3447.

47  Manzur A, Limon-Gonzalez M & Favela-Torres E, Biodegradation of physicochemically treated LDPE by a consortium of filamentous fungi, *J Appl Polym Sci*, 92 (2004) 265-271.

48  Raghavan D & Torma E A, DSC and FTIR characterization of polyethylene, *Poly Eng Sci*, 32 (1992) 438-442.

49  Nazhad M M, Sridach W, Retulainen E, Kuusipalo J & Parkpian P, Biodegradation potential of some barrier-coated boards in different soil environment, *J Appl Polym Sci*, 100 (2006) 3193-3202.

50  Seneviratne G, Tennkoon N S, Weerasekara M L M A W & Nandasena K A, Polyethylene biodegradation by a developed *Penicillium-Bacillus* biofilm, *Curr Sci*, 90 (2006) 20-21.

51  Hadad D, Geresh S & Sivan A, Biodegradation of polyethylene by the thermophilic bacterium *Brevibacillus borstelensis*, *J Appl Microbiol*, 98 (2005) 1093-1100.

52  Contat-Rodrigo L, Ribes-Greus A & Imrie C T, Characterisation by thermal analysis of HDPE/PP blends with enhanced biodegradability, *J Appl Polym Sci*, 86 (2002) 174-185.

53  Lee B, Pometto III A L, Fratzke A & Bailey Jr T B, Biodegradation of degradable plastic polyethylene by *Phanerochaete* and *Streptomyces* species, *Appl Environ Micrbiol*, 57 (1991) 678- 685.

54  Pometto 3rd A L, Lee B T & Johnson K E, Production of an extracellular polyethylene-degrading enzyme(s) by *Streptomyces* species, *Appl Environ Micrbiol*, 58 (1992) 731-733.

55  Wasserbauer R, Beranova M & Vancurova D, Biodegradation of polyethylene foils by bacterial and liver homogenates, *Biomaterials*, 11 (1990) 36-40.

56  Albersson A-C, Sares Chr & Karlsson S, Increased biodegradation of LDPE with nonionic surfactants, *Acta Polym*, 44 (1993) 243-246.

57  Sivan A, Szanto M & Pavlov V, Biofilm development of the polyethylene degrading-bacterium *Rhodococcus rubber*, *Appl Microb Biotechnol*, 72 (2006) 346-352.