# EXHIBIT GG




# ETHICON
## *RESEARCH*
## *FOUNDATION*

SOMERVILLE, NEW JERSEY 08876
May 30, 1985

Dr. R. L. Kronenthal
Mr. R. Lilenfeld
Dr. D. C. Marshall

PROTOCOL FOR 10 YEAR IN VIVO STUDY
OF MONOFILAMENT SUTURES.
----------------------------------

cc: Ms. P. Britnell
    Dr. A. W. Fetter
    Mrs. B. F. Matlaga
    Dr. J. R. McDivitt
    Ms. J. Roy
    ERFCF (85-219)

Your suggestions and concurrence with this protocol is sought.  In vivo initiation
date for the study is June 10, providing all of the samples have been delivered to
ERF in timely fashion.  Your input is needed for the protocol approval process to
be completed on time.

Each of you is receiving their own copy of this "final" version of the protocol.
It represents the combined input from ERF surgical, mechanical and morphological
groups as well as the project leader, and groups outside ERF which will be
analyzing chemical, optical and electronmicroscopic properties of explanted
specimens by specific disciplinary and statistical techniques.

Please review the protocol, and annotate it with your comments and suggestions.
Returning it to me as soon as possible will be appreciated.

N. R. Cholvin
Study Director

727F/8/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336184

## PROTOCOL

PROLENE*, PVDF, ETHILON AND NOVAFIL SUTURE, MONOFILAMENT
SIZE 5-O:  BREAKING STRENGTH EVALUATION AFTER 2, 5, 7 AND 10 YEARS
SUBCUTANEOUS IMPLANTATION IN THE BEAGLE DOG.


### Sponsor                          Testing Facility


ETHICON, Inc.                     ETHICON Research Foundation

U. S. Route 22                    ETHICON, Inc.

Somerville, NJ  08876             Somerville, NJ  08876



ERF Accession No.  85-219                 Project No. 16102


Proposed date of initiation:  June 3, 1985


Proposed date of completion (in vivo phase):  June, 1995




Study Director_____     _____

                N. R. Cholvin, D.V.M., Ph.D.               Date

                Section Manager, Experimental Surgery


Co-Investigator_____     _____

CONFIDENTIAL                                                          ETH.MESH.11336185
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY     _____

M. M. Heath, B.S.             Date

Research Assistant


Co-Investigator_____    _____

E. Covington            Date

Implantation Surgery Supervisor


Approved by_____    _____

A. W. Fetter, D.V.M., Ph.D.        Date

Director, ETHICON Research Foundation


727F/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336186

-2-        ERF 85-219

## PURPOSE

This study will be conducted to assess breaking strength and other parameters of PROLENE, PVDF, ETHILON and Novafil suture, monofilament size 5-0, after an _in vivo_ residence of 10 years with interim periods of 2, 5, 7 years with baseline testing of unimplanted suture at each explant period.

## TEST MATERIALS

PROLENE size 5/0 dyed, Lot #

ETHILON size 5/0 dyed, Lot #

Novafil size 5/0 dyed, Lot #

PVDF size 5/0 undyed Lot #

## EXPERIMENTAL ANIMALS

Twenty-four healthy, mature, female Beagle dogs weighing approximately 7 to 10 kg (Marshall Beagles), will be used as the surgical models in this study.  These dogs will be acclimated in the ETHICON Research Foundation (ERF) vivarium for a minimum of 2 weeks prior to use.  Beagles are believed to be of adequate size and temperament for the purpose of this study and a large body of laboratory data is available on this breed for purposes of comparing any responses elicited.

Each dog will be identified by United States Department of Agriculture (USDA)

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336187

tattoos in the pinna of the ear.  In addition, each dog will be assigned an ERF number.

The animals utilized in this study will be handled and maintained in accordance with the requirements of the Laboratory Animal Welfare Act (PL 89-544), its 1970 (PL 91-579) and 1976 (PL 94-279) amendments.  Compliance for the above Public Laws will be accomplished by conforming to the standards promulgated in the Guide for the Care and Use of Laboratory Animals, DHEW Publication No. (NIH) 78-23, Revised 1978.

Dogs will be housed in the ERF facility for a minimum of 10 days postoperatively unless otherwise directed by the study director.  Dogs then will be transferred to the Scott Research facility in Washington, NJ for the duration of the study.

Each dog housed at the Scott Research will be monitored daily by Scott Research personnel and monthly by ERF personnel for general condition and care.  Should any animal require veterinary attention Scott Research will notify the study director.

Diet will consist of Purina Dog Chow (RALSTON PURINA), and tap water ad libitum except as indicated in surgical aftercare.

Further details for the housing and care of the dogs at Scott Research are enumerated in a contract dated March 1, 1984 and revised May 9, 1984.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

-3-          ERF 85-219

METHODS

1. Anesthesia:

Each dog will be anesthetized with a 2.5% solution of SURITAL (PARKE-DAVIS) administered intravenously.  This solution will be administered slowly until a sufficient level of anesthesia is obtained for endotracheal intubation.  The endotracheal tube will then be attached to a VETAFLEX 5 (PITMAN-MOORE) Veterinary Anesthesia Machine.  Anesthesia for the remainder of the the preparation and surgical procedures will be maintained by closed circuit inhalation of METOFANE (PITMAN-MOORE).

2. Surgical Preparation:

Depilation of the dorsum and lateral thorax will be accomplished with an electric animal clipper equipped with a surgical shaving blade.  The area will be vacuumed to remove hair clippings and debris, then scrubbed with NOLVASAN (FORT DODGE), and water.  Following scrubbing and drying, the entire area will be painted with tr. Merthiolate 1:1000 (ELI LILLY AND CO.).

3. Surgical Procedure:

Prior to implantation, all sutures will be 100% inspected by a staff member in the

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

Suture Technology Section using approximately 25X magnification to ensure that no surface damage exists as described for PROLENE in Ethicon's Finished Goods Specification #40, Issue 4, Appendix VII.  Personnel conducting the examination will be trained to insure that proper aseptic technique is followed.

On each side of the thorax three small incisions, spaced approximately 5cm apart will be made through skin and cutaneous trunci muscle approximately 3.0cm from and perpendicular to the midline.  Another similar set of incisions will be made approximately 6.0 inches ventral to the initial incisions.  A precut flanged segment of a 30cc polypropylene syringe barrel will be positioned subcutaneously in both the dorsal and ventral incisions so as to provide a sterile dam to isolate the subcutaneous implant sites from the cut surface of the skin during implantation.

A bougie (stainless steel intramedullary 5/16" diameter bone pin) will be inserted into a cannula consisting of a 6 inch piece of commercial plastic drinking straw and the pair introduced into the dorsal skin dam.  The bougie and cannula will then be carefully introduced into the subcutaneous tissue to exit through the ventral dam.  The bougie will be carefully withdrawn and six, 6 inch strands of the appropriate sample will be manipulated through the cannula.  The cannula will then be withdrawn and discarded, taking care that the strands remain straight in the implant bed.  The suture ends will then be secured together both dorsally and ventrally with an LC-200 clip.  Both ends of each suture bundle will be secured to the adjacent subcutaneous tissue with an LC-300 clip.  The cutaneous trunci muscle then will be closed by size 4-O PROLENE suture in a continuous pattern.  The skin incisions will be closed with PROXIMATE skin staples.  Similar procedures will be performed at the remaining two ipsilateral skin incision sites and three sites on

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336190

the opposite side of the dog.  Five dogs per period will have sutures implanted in this fashion with an additional four dogs for replacement as indicated.

The implantation scheme is shown in Table 1.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336191

-4-        ERF 85-219

4. Clinical Procedures

Blood samples will be obtained from all dogs for a complete blood count (CBC) which will include red cell count, white cell count, hemoglobin, hematocrit, differential and blood cell indices.  Samples additionally will be drawn for a blood chemistry screen which will include A/G ratio, albumin, alkaline phosphatase, bilirubin, direct and total BUN/creatinine ratio, calcium, chloride, cholestorol, creatinine, gamma glutamyl transpeptidase, globulin, glucose, iron, LDH, magnesium, phosphate, potassium, SGOT, SGPT, sodium, total protein, triglycerides, urea nitrogen, and uric acid.  Blood samples will be drawn for analysis before surgery and again approximately one week postoperative.  Thereafter, samples will be taken on an annual basis in order to monitor the general health of the animals throughout the study.  Analysis will be done by the Vet Lab Division of MetPath Inc., Hackensack, NJ  07603.

Pulse rate, body temperature, and respiration rate will be taken prior to surgery and daily postoperatively for 7 days following surgery as directed by the veterinary surgeon in charge.  Dogs will be observed daily throughout the study  to determine their health status on the basis of food consumption, excretion and general attitude.

Dogs will be vaccinated annually against canine distemper, hepatitis, leptospirosis, tracheobronchitis and parvovirus infections and every three years

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

for rabies as indicated by ERF personnel.

Body weight will be measured before surgery, and every three months thereafter until the scheduled explantation period.

5.  Explantation

Five dogs at each period will be euthanatized by ERF personnel employing an intravenous injection of T-61 (NATIONAL LABORATORIES) euthanasia solution. Thoracic skin will be carefully reflected and the implants extracted from the subcutaneous tissues without physical stress.  After explantation one strand of each sample immediately will be selected arbitrarily and placed with being allowed to dry in a capped, properly labeled test tube containing sterile deionized water. These will be submitted to the Analytical Chemistry Department for appropriate physical and chemical analytical testing.  The other 5 strands of each sample will be examined by an ERF staff member for surface damage as described in Ethicon's Finished Goods Specifications #40, Issue 4, Appendix VII.  These will then be placed in saline-soaked, prelabeled towels, and delivered to Implantation Surgery for testing of mechanical products.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336193

-5-          ERF 85-219

### 6. Suture Breaking Strength Procedure:

Five strands of each test article recovered from each site and those from the unimplanted baseline group will be evaluated on an Instron Universal Testing Instrument set in the tensiometric test mode utilizing the Instron Expanded Program. Suture breaking/tensile strength, modulus, elongation and other mechanical parameters will be recorded on a calibrated strip chart recorder and on disc file in the calibrated IBM computer.

All pulled segments will be forwarded to the Analytical Chemistry Department for additional testing.

The Instron parameters will be set as follows:

Instron - Model 1122

Load Cell - Tensiometric (Model No. AR2254-1, Serial No. 003)

Jaw Faces - Plastic

Jaw Pressure - 50 psi

Gauge Length - 1 inch

Chart Speed - 10 in/min (PVDF, ETHILON, NOVAFIL)

20 in/min (PROLENE)

Crosshead Distraction Rate - 5 in/min (PVDF, ETHILON, NOVAFIL, PROLENE)

### 7. Data Handling:

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336194

All recordings of mechanical test data, including peaks and numerical breaking strength values, will then be grouped and identified by the appropriate United States Department of Agriculture (USDA) tattoo and dog number.

At each test interval an interim report will be issued.  Data will be recorded from each tested suture segment on the computer printout and stored on a floppy disc. It then will be proofread and run through the Program "Pounds" (ETHICON) to compute and/list % elongation, Young's Modulus, group average, confidence limits (95%), standard deviation, conversion to metric, percent remaining of implanted groups from baseline group, sample description and all Instron parameters.  A final report will be written after testing the 10 year sample group.

Information obtained by staff in the Analytical Chemistry and Suture Technology sections will be reported separately.

---

ETHICON:   "POUNDS" Program
           ETHICON, Inc.
           ETHICON Research Foundation

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336195

-6-        ERF 85-219

8.   <u>Data Storage</u>:

Upon completion of this study, all relative raw and finished data, memorandums, and communications will be submitted to the ERF Central File.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336196

TABLE I

## RANDOMIZATION FOR 10-YEAR MONOFILAMENT SUTURE STUDY

| Implantation Period (Yrs.) | Dog # | Suture Type For Each Site* | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 1 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
| | 2 | PVDF | PROLENE | Novafil | ETHILON | PVDF | PROLENE |
| | 3 | ETHILON | Novafil | PROLENE | PVDF | ETHILON | PVDF |
| | 4 | Novafil | ETHILON | PVDF | PROLENE | PROLENE | ETHILON |
| | 5 | PROLENE | PVDF | Novafil | ETHILON | Novafil | PVDF |
| 5 | 1 | PROLENE | Novafil | ETHILON | PVDF | PROLENE | ETHILON |
| | 2 | Novafil | PROLENE | PVDF | ETHILON | Novafil | PROLENE |
| | 3 | ETHILON | PVDF | PROLENE | Novafil | PVDF | Novafil |
| | 4 | PVDF | ETHILON | Novafil | PROLENE | ETHILON | PVDF |
| | 5 | ETHILON | Novafil | ETHILON | PROLENE | PVDF | Novafil |
| 7 | 1 | ETHILON | PVDF | PROLENE | Novafil | Novafil | ETHILON |
| | 2 | PVDF | ETHILON | Novafil | PROLENE | PROLENE | Novafil |
| | 3 | PROLENE | Novafil | ETHILON | PVDF | PVDF | PROLENE |
| | 4 | Novafil | PROLENE | PVDF | ETHILON | ETHILON | PVDF |
| | 5 | Novafil | PROLENE | PROLENE | PVDF | ETHILON | ETHILON |
| 10 | 1 | Novafil | PVDF | ETHILON | PROLENE | PROLENE | Novafil |
| | 2 | PVDF | Novafil | PROLENE | ETHILON | PVDF | PROLENE |
| | 3 | ETHILON | PROLENE | Novafil | PVDF | ETHILON | PVDF |
| | 4 | PROLENE | ETHILON | PVDF | Novafil | Novafil | ETHILON |
| | 5 | PVDF | ETHILON | PVDF | Novafil | Novafil | PROLENE |
| Replacements** | 1 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
| | 2 | Novafil | ETHILON | PVDF | PROLENE | PVDF | PROLENE |
| | 3 | PVDF | Novafil | PROLENE | ETHILON | ETHILON | PVDF |
| | 4 | ETHILON | PROLENE | Novafil | PVDF | Novafil | ETHILON |

* Site 1 = Left Cranial
  Site 2 = Left Middle
  Site 3 = Left Caudal
  Site 4 = Right Cranial
  Site 5 = Right Middle
  Site 6 = Right Caudal

** Try to select a replacement dog with the same number of each suture type as the original.

07501/5

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336197

"B" SHEET:  Experimental Surgery, Toxicology, and Cell Biology

## ETHICON RESEARCH FOUNDATION

### KILL SCHEDULE

ACCESSION NUMBER ___85-219___          DATE __6/18/85__

MATERIAL(s) __Proline  PVD7  Novafil  Ethilon__
(test/control article)

NUMBER OF SAMPLES __4__          EXPERIMENTAL ANIMAL __Beagle__
(test system)

TOTAL NUMBER OF ANIMALS __24__   NUMBER OF ANIMALS PER PERIOD __5 ₹ 4 Replacement__

EVALUATION ___B.SS___

| ANIMAL NO.(s) (USDA NO.)* | TREATMENT DATE | OBSERVATION PERIOD | KILL DATE | COMMENTS |
|---|---|---|---|---|
| 1993 (S85921) | 6/10/85 | 2 yr | 6/8/87 | |
| 1994 (S83251) | 6/11/85 | 5 yr | week of 6/11/90 | |
| 1995 (6C0725) | 6/11/85 | 7 yr | week of 6/11/92 | |
| 1996 (S89268 | 6/13/85 | 10 yr | week of 6/13/95 | |
| 1997 (597333) | 6/13/85 | X | ——— | replacement |
| 1999 (592285 | 6/17/85 | 2 yr | 6/15/87 | |
| 2000 (594865) | 6/18/85 | 5 yr | week of 6/18/90 | |

*WHEN APPLICABLE

EI 70-226

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336198

"B" SHEET: Experimental Surgery, Toxicology, and Cell Biology

## ETHICON RESEARCH FOUNDATION

### KILL SCHEDULE

ACCESSION NUMBER ___85-219___ DATE _6/18/35_

MATERIAL(s) ___Prolene  PVD7  Novafil  Ethilon___
(test/control article)

NUMBER OF SAMPLES ___4___ EXPERIMENTAL ANIMAL _Beagle_
(test system)

TOTAL NUMBER OF ANIMALS ___24___ NUMBER OF ANIMALS PER PERIOD _5 = 4 replacement_

EVALUATION ___BSE___

| ANIMAL NO.(s) (USDA NO.)* | TREATMENT DATE | OBSERVATION PERIOD | KILL DATE | COMMENTS |
|---|---|---|---|---|
| 2001 (592161) | 6/18/85 | 7 yr | week of 6/18/92 | |
| 2002 (598453) | 6/19/85 | 10 yr | week of 6/19/95 | ✓ |
| 2003 (601080) | 6/19/85 | X | — | replacement |
| 2005 (602868) | 6/20/85 | 2 yr | 6/18/87 | Died 2/15/86 ; Replaced c #2009 Kb6 12/9/86 |
| 2006 (598658 | 6/20/85 | 5 yr | week of 6/20/90 | |
| 2007 (594091 | 6/24/85 | 7 yr | week of 6/24/92 | |
| 2008 (591386) | 6/25/85 | 10 yr | week of 6/25/85 | |
| 2009 (591726) | 6/25/85 | X | — | replacement Replaces #2005 Kb6 12/9/86 |

*WHEN APPLICABLE

EI 70-226

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336199

"B" SHEET: Experimental Surgery, Toxicology, and Cell Biology

# ETHICON RESEARCH FOUNDATION

## KILL SCHEDULE

ACCESSION NUMBER _85-219_        DATE _6/26/85_

MATERIAL(s) _Proolene PVD7 Nourafil Ethilon_
(test/control article)

NUMBER OF SAMPLES _4_        EXPERIMENTAL ANIMAL _Beagle_
(test system)

TOTAL NUMBER OF ANIMALS _24_   NUMBER OF ANIMALS PER PERIOD _5 ǣ 4 replacement_

EVALUATION _BSE_

| ANIMAL NO.(s) (USDA NO.)* | TREATMENT DATE | OBSERVATION PERIOD | KILL DATE | COMMENTS |
|---|---|---|---|---|
| 2011 (591505) | 6/26/85 | 2yr | 6/24/87 | |
| 2012 (597694) | 6/27/85 | 5yr | week of 6/27/90 | |
| 2013 (594016) | 6/27/85 | 7yr | week of 6/27/92 | |
| 2014 (601438) | 7/1/85 | 10yr | week of 7/1/95 | |
| 2015 (590517) | 7/1/85 | X | — | replacement |
| 2017 (602108) | 7/9/85 | 2yr | 7/7/87 | |
| 2018 (602329) | 7/10/85 | 5yr | week of 7/10/90 | |

*WHEN APPLICABLE

EI 70-226

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336200

"B" SHEET: Experimental Surgery, Toxicology, and Cell Biology

## ETHICON RESEARCH FOUNDATION

### KILL SCHEDULE

ACCESSION NUMBER _85-219_      DATE _7/10/05_

MATERIAL(s) _Prolene, PVD7, NovAfil, Ethilon_
(test/control article)

NUMBER OF SAMPLES _4_      EXPERIMENTAL ANIMAL _Beagle_
(test system)

TOTAL NUMBER OF ANIMALS _24_      NUMBER OF ANIMALS PER PERIOD _5 & 4 replacem_

EVALUATION _BSE_

| ANIMAL NO.(s) (USDA NO.)* | TREATMENT DATE | OBSERVATION PERIOD | KILL DATE | COMMENTS |
|---|---|---|---|---|
| 2019 (599719) | 7/10/85 | 7 yr | week of 7/10/92 | |
| 2020 (588229) | 7/10/85 | 10 yr | week of 7/10/95 | |

*WHEN APPLICABLE      EI 70-226

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336201

CONFIDENTIAL-For Internal use only unless authorized by the director of ERF and/or the director of medical affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE. NEW JERSEY 08876

June 7, 1985

Ms. P. Britnell

PROLENE* PVDF, ETHILON AND NOVAFIL SUTURE,
MONOFILAMENT SIZE 5-O:  BREAKING STRENGTH
EVALUATION AFTER 2, 5, 7 AND 10 YEARS
SUBCUTANEOUS IMPLANTATION IN THE
BEAGLE DOG.  ERF ACC. NO. 85-219
------------------------------------------------

cc:  Dr. R. L. Kronenthal
     Mr. R. Lilenfeld
     Dr. D. C. Marshall
     Mrs. B. F. Matlaga
     Dr. J. R. McDivitt
        to
     Dr. A. Melveger
     Ms. J. Roy
        to
     Dr. T. S. Graves
     RDCF

Attached is a copy of the above-referenced protocol.

*Neal R. Cholvin*

N. R. Cholvin, D.V.M., Ph.D.
Study Director

727F/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE. NEW JERSEY 08876

June 7, 1985

PROTOCOL

PROLENE*, PVDF, ETHILON AND NOVAFIL SUTURE, MONOFILAMENT
SIZE 5-O:  BREAKING STRENGTH EVALUATION AFTER 2, 5, 7 AND 10 YEARS
SUBCUTANEOUS IMPLANTATION IN THE BEAGLE DOG.

Sponsor

ETHICON, Inc.
U. S. Route 22
Somerville, NJ  08876

Testing Facility

ETHICON Research Foundation
ETHICON, Inc.
Somerville, NJ  08876

ERF Accession No. _85-219_                       Project No. _16102_

Proposed date of initiation: _June 10, 1985_

Proposed date of completion (in vivo phase): _July, 1995_

Study Director _N. R. Cholvin_                            _6/6/85_
N. R. Cholvin, D.V.M., Ph.D.                               Date
Section Manager, Experimental Surgery

Co-Investigator _M. M. Heath_                             _6/6/85_
M. M. Heath, B.S.                                          Date
Research Assistant

Co-Investigator _N. R. Cholvin for_                      _6/6/85_
E. Covington                                              Date
Implantation Surgery Supervisor

Approved by _A. W. Fetter_                               _6/7/85_
A. W. Fetter, D.V.M., Ph.D.                               Date
Director, ETHICON Research Foundation

727F/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336203

-2-        ERF 85-219

## PURPOSE

This study will be conducted to assess breaking strength and other parameters of PROLENE, PVDF, ETHILON and Novafil suture, monofilament size 5-0, after an _in vivo_ residence of 10 years with interim periods of 2, 5, 7 years with baseline testing of unimplanted suture at each explant period.

## TEST MATERIALS

PROLENE size 5/0 dyed, Lot # TC 7275
ETHILON size 5/0 dyed, Lot # TA 5061
Novafil size 5/0 dyed, Lot # 27635
PVDF size 5/0 undyed Lot # 1633223

## EXPERIMENTAL ANIMALS

Twenty-four healthy, mature, female Beagle dogs weighing approximately 7 to 10 kg (Marshall Beagles), will be used as the surgical models in this study. These dogs will be acclimated in the ETHICON Research Foundation (ERF) vivarium for a minimum of 2 weeks prior to use. Beagles are believed to be of adequate size and temperament for the purpose of this study and a large body of laboratory data is available on this breed for purposes of comparing any responses elicited.

Each dog will be identified by United States Department of Agriculture (USDA) tattoos in the pinna of the ear. In addition, each dog will be assigned an ERF number.

The animals utilized in this study will be handled and maintained in accordance with the requirements of the Laboratory Animal Welfare Act (PL 89-544), its 1970 (PL 91-579) and 1976 (PL 94-279) amendments. Compliance for the above Public Laws will be accomplished by conforming to the standards promulgated in the Guide for the Care and Use of Laboratory Animals, DHEW Publication No. (NIH) 78-23, Revised 1978.

Dogs will be housed in the ERF facility for a minimum of 10 days postoperatively unless otherwise directed by the study director. Dogs then will be transferred to the Scott Research facility in Washington, NJ for the duration of the study.

Each dog housed at the Scott Research will be monitored daily by Scott Research personnel and periodically by ERF personnel for general condition and care. Should any animal require veterinary attention Scott Research will notify the study director.

Diet will consist of Purina Dog Chow (RALSTON PURINA), and tap water ad libitum except as indicated in surgical aftercare.

Further details for the housing and care of the dogs at Scott Research are enumerated in a contract dated March 1, 1984 and revised May 9, 1984.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336204

-3-                ERF 85-219

## METHODS

1. Anesthesia:

Each dog will be anesthetized with a 2.5% solution of SURITAL (PARKE-DAVIS) administered intravenously. This solution will be administered slowly until a sufficient level of anesthesia is obtained for endotracheal intubation. The endotracheal tube will then be attached to a VETAFLEX 5 (PITMAN-MOORE) Veterinary Anesthesia Machine. Anesthesia for the remainder of the the preparation and surgical procedures will be maintained by closed circuit inhalation of METOFANE (PITMAN-MOORE).

2. Surgical Preparation:

Depilation of the dorsum and lateral thorax will be accomplished with an electric animal clipper equipped with a surgical shaving blade. The area will be vacuumed to remove hair clippings and debris, then scrubbed with NOLVASAN (FORT DODGE), and water. Following scrubbing and drying, the entire area will be painted with tr. Merthiolate 1:1000 (ELI LILLY AND CO.).

3. Preimplant Suture Inspection:

Prior to implantation, all sutures will be 100% inspected by a staff member in the Suture Technology Department using approximately 20X magnification to ensure that no surface damage exists as described in Ethicon's Finished Goods Specification #40, Issue 4, Appendix VII. Personnel conducting the examination will be trained to follow proper aseptic technique.

4. Surgical Procedure:

On each side of the thorax three small incisions, spaced approximately 5cm apart will be made through skin and cutaneous trunci muscle approximately 3.0cm from and perpendicular to the midline. Another similar set of incisions will be made approximately 6.0 inches ventral to the initial incisions. A precut flanged segment of a 30cc polypropylene syringe barrel will be positioned subcutaneously in both the dorsal and ventral incisions so as to provide a sterile dam to isolate the subcutaneous implant sites from the cut surface of the skin during implantation.

A bougie (stainless steel intramedullary 5/16" diameter bone pin) will be inserted into a cannula consisting of a 5 to 6 inch piece of 1/4" diameter thin walled disposable plastic tubing and the pair introduced into the dorsal skin dam. The bougie and cannula will then be carefully directed through the subcutaneous tissue to exit through the ventral dam. The bougie will be carefully withdrawn and six, 6 inch long strands of the appropriate sample, each bundle secured at both ends with an LC-200 clip, will be manipulated through the cannula. The cannula will then be withdrawn and discarded, taking care that the strands remain straight in the implant bed. Both ends of each suture bundle then will be secured to adjacent subcutaneous tissue with an LC-300 clip. The cutaneous trunci muscle then will be closed by size 4-0 PROLENE suture in a continuous pattern. The skin incisions will be closed with PROXIMATE skin staples. Similar procedures will be performed at the remaining two ipsilateral skin incision sites and three sites on the opposite side of the dog. Five dogs per period will have sutures implanted in this fashion with an additional four dogs for replacement if indicated.

The implantation scheme as developed by Statistics & Computer Applications Deaprtment, is shown in Table 1.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336205

-4-          ERF 85-219

## 5. Clinical Procedures

Blood samples will be drawn for analysis before surgery and again approximately one week postoperative. Thereafter, samples will be taken on an annual basis in order to monitor the general health of the animals throughout the study. Analysis will be done by the Vet Lab Division of MetPath Inc., Hackensack, NJ 07603. Blood samples be obtained from all dogs will be subjected to a complete blood count (CBC) which will include red cell count, white cell count, hemoglobin, hematocrit, differential and blood cell indices. Samples additionally will be drawn for a blood chemistry screening test battery which will include A/G ratio, albumin, alkaline phosphatase, bilirubin, direct and total BUN/creatinine ratio, calcium, chloride, cholestorol, creatinine, gamma glutamyl transpeptidase, globulin, glucose, iron, LDH, magnesium, phosphate, potassium, SGOT, SGPT, sodium, total protein, triglycerides, urea nitrogen, and uric acid.

Pulse rate, body temperature, and respiration rate will be taken prior to surgery and daily postoperatively for 7 days following surgery as directed by the veterinary surgeon in charge. Dogs will be observed daily throughout the study  to determine their health status on the basis of food consumption, excretion and general attitude.

Dogs will be vaccinated annually against canine distemper, hepatitis, leptospirosis, tracheobronchitis and parvovirus infections and every three years for rabies as indicated by ERF personnel.

Body weight will be measured before surgery, every three months thereafter and on the scheduled explantation date.

## 6. Explantation and Sample Inspections

Five dogs at each period will be euthanatized by ERF personnel employing an intravenous injection of T-61 (NATIONAL LABORATORIES) euthanasia solution. The thoracic skin will be carefully reflected and the implants extracted from the subcutaneous tissues without exposing them to physical stress. Immediately after explantation one strand of each sample will be randomly selected and without being allowed to dry placed in a capped, properly labeled test tube containing sterile deionized water. These samples will be submitted for analytical physical and chemical testing according to a protocol developed for this study by the Analytical Chemistry Department. The labeling will include dog number and site location. The other 5 strands of each sample will be examined by an ERF staff member for surface damage as described in Ethicon's Finished Goods Specifications #40, Issue 4, Appendix VII. These will then be placed in saline-soaked, prelabled towels, and delivered to Implantation Surgery for testing of mechanical properties.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336206

-5-        ERF 85-219

7.  Suture Breaking Strength Procedure:

Five strands of each test article recovered from each site will be evaluated on an
Instron Universal Testing Instrument. Unimplanted samples, stored under existing
room conditions, also will be tested at each time period. The testing instrument
will be set in the tensiometric test mode utilizing the Instron/IBM "Expanded"
program. Suture mechanical parameters will be recorded on the Instron calibrated
strip chart recorder and on an IBM PC/XT computer disc file.

The Instron parameters will be set as follows:

                    Instron - Model 1122
        Load Cell - Tensiometric (Model No. AR2254-1, Serial No. 003)
                    Jaw Faces - Plastic
                    Jaw Pressure - 50 psi
                    Gauge Length - 1 inch
            Chart Speed - 10 in/min (PVDF, ETHILON, Novafil)
                    20 in/min (PROLENE)
    Crosshead Distraction Rate - 5 in/min (PVDF, ETHILON, Novafil, PROLENE)

8.  Data Handling:

All strip chart recordings of mechanical test data, including peaks and numerical
breaking strength values, will then be grouped and identified by the appropriate
United States Department of Agriculture (USDA) tattoo and dog number and filed.

All pulled segments will be forwarded to the Analytical Chemistry Department for
additional testing. Each set of 5 strands will remain identified as to dog number
and site location.

At each test interval an interim report will be issued. Data from each tested
suture segment will be proofread and run through the Program "Pounds" (ETHICON) to
compute and list breaking and tensile strengths, % elongation to break, Young's
Modulus* and area under stress-strain curve. Also calculated will be breaking
strength group averages, confidence limits (95%), standard deviation and percent
strength remaining compared to the baseline group. A final report summarizing
findings from all time periods will be written after testing the 10 year sample
group.

Information obtained by staff in the Analytical Chemistry and Suture Technology
Departments will be reported separately.

---

ETHICON:  "POUNDS" Program
          ETHICON, Inc.
          ETHICON Research Foundation

*Young's Modulus calculations. Modulus values are functions of crosshead
distraction rate and gauge length. The actual values obtained for these specimens
will be inherently consistant within this study because the two sensitive test
parameters will have been held constant. Direct comparisons with data obtained
under different test conditions in other studies may not be valid.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336207

-6-      ERF 85-219

9.  <u>Data Storage</u>:

Upon completion of this study, all relvant raw and finished data, memorandums, and communications will be submitted to the ERF Central File.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336208

Table I

## RANDOMIZATION FOR 10-YEAR MONOFILAMENT SUTURE STUDY

| Implantation Period (Yrs.) | Dog # | Suture Type For Each Site* | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 1 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
| | 2 | PVDF | PROLENE | Novafil | ETHILON | PVDF | PROLENE |
| | 3 | ETHILON | Novafil | PROLENE | PVDF | ETHILON | PVDF |
| | 4 | Novafil | ETHILON | PVDF | PROLENE | PROLENE | ETHILON |
| | 5 | PROLENE | PVDF | Novafil | ETHILON | Novafil | PVDF |
| 5 | 1 | PROLENE | Novafil | ETHILON | PVDF | PROLENE | ETHILON |
| | 2 | Novafil | PROLENE | PVDF | ETHILON | Novafil | PROLENE |
| | 3 | ETHILON | PVDF | PROLENE | Novafil | PVDF | Novafil |
| | 4 | PVDF | ETHILON | Novafil | PROLENE | ETHILON | PVDF |
| | 5 | ETHILON | Novafil | ETHILON | PROLENE | PVDF | Novafil |
| 7 | 1 | ETHILON | PVDF | PROLENE | Novafil | Novafil | ETHILON |
| | 2 | PVDF | ETHILON | Novafil | PROLENE | PROLENE | Novafil |
| | 3 | PROLENE | Novafil | ETHILON | PVDF | PVDF | PROLENE |
| | 4 | Novafil | PROLENE | PVDF | ETHILON | ETHILON | PVDF |
| | 5 | Novafil | PROLENE | PROLENE | PVDF | ETHILON | ETHILON |
| 10 | 1 | Novafil | PVDF | ETHILON | PROLENE | PROLENE | Novafil |
| | 2 | PVDF | Novafil | PROLENE | ETHILON | PVDF | PROLENE |
| | 3 | ETHILON | PROLENE | Novafil | PVDF | ETHILON | PVDF |
| | 4 | PROLENE | ETHILON | PVDF | Novafil | Novafil | ETHILON |
| | 5 | PVDF | ETHILON | PVDF | Novafil | Novafil | PROLENE |
| Replacements** | 1 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
| | 2 | Novafil | ETHILON | PVDF | PROLENE | PVDF | PROLENE |
| | 3 | PVDF | Novafil | PROLENE | ETHILON | ETHILON | PVDF |
| | 4 | ETHILON | PROLENE | Novafil | PVDF | Novafil | ETHILON |

```
 * Site 1 = Left Cranial
   Site 2 = Left Middle
   Site 3 = Left Caudal
   Site 4 = Right Cranial
   Site 5 = Right Middle
   Site 6 = Right Caudal

** Try to select a replacement dog with the same number of each suture type as the
   original.
```

0750I/5

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336209

CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

**JAN 0 5 1989**

Dr. S. Trenka-Benthin
Dr. G. Graves

cc:  RDCF

SURGICAL BIOPSY REPORT
—————————————————————

ERF ACCESSION NO.

85-219

PROJECT NO. 16102

Animal No.:  2013
Species:  Canine
Submission Date:  12/14/88

Clinical Summary:

This dog was under a 10 year suture study and the implant was placed in July, 1985.  A swollen right fifth mammary gland was noted in December, 1988.  Both right fourth and fifth mammary glands were removed and ovariohistorectomy was performed.

Gross Description:

The fifth mammary gland was enlarged, 2.5 x 2.5 x 2 cm, and cystic on cut surface.  The cysts contained pink tinged clear fluid.  Both uterine horns were slightly enlarged with occasionally observed cystic foci.  The ovaries were unremarkable.

Microscopic Description:

Mammary glands:  The glands were multifocally dilated and contained lobules of neoplastic epithelial cells.  The nuclei were fairly uniform in size and shape.

Uterus:  The endometrium was hyperplastic.  Dilated uterine glands were often seen.  Occasionally, there were nests of endometrial glands embedded in the myometrium.

Ovaries:  No significant lesion.

Final Diagnosis:

1.  Mammary cystadenoma, right fifth mammary gland.
2.  Mild adenomyosis with mild endometrial hyperplasia.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

-2-        ERF Accession No. 85-219

## Comments

This is a benign mammary tumor and the surgical margin is good.  Adenomyosis
of the uterus is considered an incidental finding.

Sylvia H. Liu
Veterinary Pathologist

3013E/lat

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336211

# ETHICON, INC.

a Johnson & Johnson company

SOMERVILLE  NEW JERSEY · 08876-0151

August 21, 1987

Dr. D. Stoloff

cc:  Mr. R. Lilenfeld
     Dr. P. Moy
     Dr. B. Schwartz
     Dr. A. Skinner
     Mr. K. Sullivan

10 YEAR BSR
---------------

This memo will serve as documentation regarding changes to the Instron test
conditions for the subject study.  These parameters were recommended by Dr. P.
Moy, and previously communicated to both you and Mr. Sullivan verbally.

    Chart Speed – 20 in./min. for all products
    Crosshead Distraction Rate – 10 in./min. for all products

These changes were requested to standardize testing conditions for all
materials.  In addition, running at these conditions will permit direct
comparison with historical data bases.

Please ensure that this change, along with previously documented changes (such
as the decision to not utilize a specialized computer program, changes to
areas doing test calculations, etc.) become a permanent revision to the
protocol.

Thank you.

Nancy R. Myirski
Nancy R. Myirski

sac/0041c/81

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336212



**ETHICON RESEARCH FOUNDATION**

SOMERVILLE, NEW JERSEY 08876

July 3, 1986

ERF CF #85-219

cc: Ms. P. Britnell
Ms. E. Covington
to
Mr. R. Blocker
Dr. A. W. Fetter
ERF CF #85-226
RDCF

CLARIFICATION OF NUMBERS OF UNIMPLANTED
STRANDS TO BE TESTED ON EXPLANT DATES:
PROLENE* POLYPROPYLENE SUTURE, PVDF,
ETHILON* NYLON SUTURE AND NOVAFIL SUTURE,
MONOFILAMENT SIZE 5-0 BREAKING STRENGTH
EVALUATION – TEN YEAR STUDY

---------------------------------------------

At each explant/test period in the aforementioned studies, a total of ten (10) unimplanted strands of each test sample will be tested for breaking strength according to the prescribed protocol. Each strand shall be obtained from a separate suture package.  Sets of samples have been retained for this purpose.

*N. R. Cholvin*

N. R. Cholvin

*Trademark

S1/4005A/24

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336213

**PROTOCOL REVISION**

June 18, 1985

Acc. No: ERF 85-219

Study Director: N. R. Cholvin

Title of Study: PROLENE, PVDF, ETHILON and Novafil Suture; Monofilament size 5-0:
Breaking Strength Evaluation after 2, 5, 7 and 10 years
Subcutaneous Implantation in the Beagle Dog.

It has become necessary to change the following item(s) in the above described protocol:

1. Suture inspection, presurgical and at explantation, will be conducted under 10X magnification.

2. Suture strands will be clipped together employing LC 100 Ligaclips. Each bundle will then be attached to subcutaneous tissues by LC-300 Ligaclips.

3. Dog weights will range from 6 to 10Kg preoperatively.

The reason(s) for the necessary change(s) are:

1. Suture imperfections can be adequately visualized at this power thus facilitating inspection ease and speed.

2. Suture strands were found to slip from the ligaclip during manipulation. The smaller clip held the strands more securely.

3. Due to the number of dogs in this study, the weight range was extended to include a larger pool from which to choose.

The change(s) will be initiated as of ___June 10, 1985___

___N. R. Cholvin___          ___6/17/85___
Study Director          Date

*THIS FORM MUST BE APPENDED TO THE PROTOCOL DESCRIBED HEREIN*

727f/6/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

# ETHICON
## RESEARCH
## FOUNDATION

SOMERVILLE, NEW JERSEY 08876

September 27, 1985
RDCF
cc: Mr. G. Wallace

ERF CF (ACCESSION NO. 85-219)

HEARTWORM PROPHYLAXIS FOR DOGS
HOUSED OFF SITE.

Prophylactic treatment of housed dogs housed at Scott Research against Dirofilaria immitis infestation is deemed unnecessary unless periodic blood tests disclose microfilaria. The reason for this judgement is that the area in which ETHICON dogs are housed appears to be sufficiently insect-proofed.

N. R. Cholvin

3179A/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336215

# ETHICON, INC.

a Johnson-Johnson company

**P.O. BOX 151**
**SOMERVILLE • NEW JERSEY • 08876-0151**

May 29, 1992

Mark Cofone
Susan Trenka-Benthin

cc:  J. Lefelar
     B. Matlaga
     J. McVey
     A. Melveger
     RDCF

TEN YEAR <u>IN VIVO</u> STUDY:  SCANNING ELECTRON AND LIGHT MICROSCOPY
INTERIM REPORT ON DOG #1995 AFTER 6 YEARS, 10.5 MONTH, SR# 33788
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CONCLUSIONS

- The only explanted suture still undamaged after 6 years and 10.5 months <u>in vivo</u> is the 5-0 PVDF suture.

- The two ETHILON™ sutures from two different sites show the heaviest damage. Cracking starts in the top, black dyed layer; that layer is then lost due to abrasion and cracking will then occur in the undyed underlying layer of the suture. The abrasion is so dramatic that a decrease in suture diameter can be observed at low magnification.

- Approximately 50% of the PROLENE™ suture surface was cracked due to degradation. In some areas a lower degree of surface change was found, which had not been observed before. These marks could very well be the early beginnings of the usual cracks.

- Of the two Novafil sutures only one showed several areas of heavy cracking. These cracks are probably not introduced during preparation of the sample. This holds true, with even higher certainty, for all the other suture damages.

- When these results were compared with the 5 year explants no dramatic changes were found, only an intensification of damage was observed.

## INTRODUCTION

In August 1990 a five year report was issued describing explantation results of a ten year dog study "TEN YEAR <u>IN VIVO</u> STUDY SCANNING ELECTRON MICROSCOPY FIVE YEAR REPORT", by Elke Lindemann. The appearance of explanted sutures (ETHILON, PVDF, PROLENE, Novafil) from five beagle dogs was described. The next explantation, after 7 years, is to start in June 1992. However, after 6 years and 10.5 months dog #1995 died prematurely. This interim report presents the results of the microscopical examination of the explanted sutures from dog #1995.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336216

## EXPERIMENTAL

Dog #1995 had been implanted in November, 1985 with the following 5-0 sutures:
       Site 1   ETHILON (dyed)
       Site 2   PVDF    (undyed)
       Site 3   PROLENE (dyed)
       Site 4   Novafil (dyed)
       Site 5   Novafil (dyed)
       Site 6   ETHILON (dyed)

Pieces of the above sutures were received in the microscopy lab in water in May 1992.

A 100% inspection of all the suture pieces was performed in the Olympus Video Light Microscope (LM). They were kept wet in water and examined under polarized transmitted light. Usually sutures would be examined in oil, however to eliminate the possibility of drying out and cracking after explantation they were examined in the water from their storage vials. This procedure does produce some color artifacts. Also lensing effects of the curved suture, in some cases, allow unwanted visualization of the damage of the suture's underside. Photomicrographs were taken at 285x magnification of a typical area of each explant, which usually included a damaged area.

A fragment of each suture, which included the damage, was then air dried over night and mounted and gold coated under vacuum to provide an electron conductive surface. The sutures were then examined in the JEOL JSM 840 AII (SEM) at 500x magnification.

## RESULTS

Figure 1 shows the ETHILON suture from site 1. In the top micrograph (LM) an area is shown were the upper half of the suture is abraded enough to lose the dyed black surface layer. In the lower half of the suture cracks are seen in the still intact, i.e., dyed surface layer. In the lower SEM micrograph a typical cracked, but not abraded, area is shown.

In Figure 2 the PVDF suture from site 2 is presented. The top micrograph (LM) and lower micrograph (SEM) show the mostly undamaged surface with just a few longitudinal striations.

In Figure 3 the PROLENE suture from site 3 is shown. The top micrograph (LM) shows a type of damage and lensing of this damage which is also seen in the left lower micrograph (SEM). In the right lower micrograph (SEM) the more common PROLENE cracking is found.

Figure 4 shows the Novafil suture from site 4. In the top (LM) micrograph a few voids are found in an otherwise normal looking suture. In the lower (SEM) micrograph a roughening of the suture's surface is observed.

In Figure 5 the Novafil suture from site 5 is shown. The top micrograph (LM) shows a normal looking suture surface with just a hint of some cracks. The lower (SEM) micrograph shows a badly cracked area. It is possible that the area examined by SEM is further along the suture, into the cracked area, while the LM view is from the beginning of the cracked area. It is also possible, but less likely, that the vacuum exposure and drying could have intensified _in vivo_ cracking that was already present.

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336217

In Figure 6 the ETHILON suture from site 6 is shown. In the (LM) micrograph an area is captured where all of the outer, dyed surface was abraded; cracks are found in the underlying undyed body of the suture.

In Figure 7 the SEM micrographs of the ETHILON suture from site 6 are shown. The top micrograph at 200x shows an area where under visual examination the left side of the suture is black and the right side was abraded leaving the underlying white surface. In the lower left micrograph the border between the dyed and the abraded area is shown at 500x. An increase in roughness from left to right is found. In the right lower micrograph a heavily abraded, damaged colorless area is shown.

*Elke Lindemann*

Elke Lindemann

Attachment

33788.EL

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336218

# Figure 1

## Ethilon Suture site 1





E. Lindemann SR# 33788     13/5/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336219

# Figure 2

PVDF Suture site 2





E. Lindemann    SR# 33788   13/5/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336220

# Figure 3

## Prolene Suture site 3






E. Lindemann SR# 33788   13/5/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336221

# Figure 4
## Novafil Suture site 4



E. Lindemann SR# 33788 13/5/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336222

# Figure 5

Novafil Suture site 5





5533    5KU                    10μm  WD39

E. Lindemann SR# 33788 5/13/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336223

# Figure 6
## Ethilon Suture site 6



E. Lindemann SR# 33788 5/13/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336224

# Figure 7

## Ethilon Suture site 6



Black ⟷ Undyed



Black ⟷ Undyed

E. Lindemann SR# 33788 5/13/92

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336225

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE NEW JERSEY 08876

February 18, 1986

ERF Central File

cc: 85-219

INSPECTION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
-------------------------------------

On January 22, 1986 M. M. Heath and N. R. Cholvin made a site visit to Scott Research, Washington, N.J.

Clinical examinations of the dogs on ERF # 85-219 were performed. The animals generally were in good physical condition. Few specific clinical problems were encountered. If a problem was detected, notation was made on the record.

All implant sites were quiescent. The implants were not palpable, indicating a paucity of tissue reaction.

The generalized dermatologic problem reported earlier in dog # 2017 had spontaneously regressed towards almost normal.

Several subcutaneous suture knots, used to close implant site skin incisions, had eroded up through the skin. These were removed and noted on the record for the affected animals.

Dog # 2008 exhibited a fibrotic interdigital mass which was thought to require surgical removal. About one week later it had regressed, however, so no treatment is planned unless there is recurrence.

Dog # 1995 exhibited an inflammation of the nictitating membrane of approximately one week duration. Treatment with an antibiotic ophthalmic ointment was inititated, although surgical treatment usually is indicated. This entity rarely regresses with local antibiotic treatment. Surgery was not deemed unnecessary, however, due to regression of the inflammation after several days of treatment with the ophthalmic ointment.

An ongoing phenomenon, predicated by housing two dogs to a run, is that the dogs quickly soil each other's haircoats with excrement when excited by feeding and cleaning operations, despite twice daily cleaning of runs. Consideration is underway to determine whether or not alteration of the daily schedule of feeding and pen cleaning will reduce soiling.

*N. R. Cholvin*

N. R. Cholvin

3737A/wjm

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336226

Case 2:12-md-02327   Document 3652-33   Filed 04/13/17   Page 45 of 77 PageID #: 128710



# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

Dr. N. R. Cholvin

March 3, 1986

cc:  Dr. A. W. Fetter
     Mrs. M. Heath
PROLENE TEN YEAR BSE STUDY:     Dr. W. D. Sheffield
ERF 85-219:  MICROSCOPIC         Mr. G. Wallace
FINDINGS IN DOG NO. 2005         ERF CF
---------------------------

Dog no. 2005 was euthanatized on 2/15/86 due to clinical manifestations of
acute renal failure.  There had been a history of recent exposure to ethylene
glycol.  The necropsy, performed off-site, revealed gross findings suggestive
of acute tubular necrosis.  Formalin-fixed specimens of both kidneys and
stomach were transmitted to ERF by Mrs. Heath.  The microscopic findings
confirmed the historical, clinical and gross observations:  acute tubular
necrosis with many oxalate crystals within renal tubules.

*S. Trenka-Benthin*

S. Trenka-Benthin, D.V.M.

3790A/cal

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336227



**ETHICON**
**RESEARCH**
**FOUNDATION**

SOMERVILLE NEW JERSEY 08876

Dr. N. R. Cholvin                    May 15, 1986

                              cc:  Dr. A. W. Fetter
                                   Mrs. M. M. Heath
INSPECTION OF 10 YEAR STUDY              ERFCF 85-219
ANIMALS (ERF #85-219) AT
SCOTT RESEARCH

On April 21, 1986, Mrs. M. M. Heath and Dr. D. Stoloff made a site visit to
Scott Research, RD 1, Washington, New Jersey.

Clinical examinations of all dogs on ERF Study Accession No. 85-219 were
performed.  All animals were generally in good physical condition.

Pulse rate, body temperature, respiratory rates and body weights of all dogs
on study were within normal units.  The following twelve animals had no
clinical abnormalties:  #s 1994, 1999, 2000, 2001, 2003, 2006, 2007, 2012,
2013, 2018, 2019 and 2020.  The moist dermatitis of dog #2014 and the
interdigital dermatitis of the left forepaw of dog #2008 previously observed
were no longer present.

Improving skin lesions were apparent in dog nos. 1997 and 2017.  Dermatologic
lesions observed in four dogs (#s 2005, 2009, 2011 and 2015) were not present
at the time of previous inspection (1/22/86).  Truncal Alopecia had increased
in dog #1993.

An excision of the prolapsed gland of the third eyelid (left) of animal #1995
was performed.  A topical ophthalmic ointment was administered for a five day
period followng surgery.

D. Stoloff, D.V.M. M.S.                5/16/86

si/4005A/4

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336228

# ETHICON
## *RESEARCH*
## *FOUNDATION*



SOMERVILLE, NEW JERSEY 08876

ERF Central File

August 20, 1986

cc:  Accession #85-219

DEATH OF ANIMAL ON STUDY
(ERF #85-219) AT SCOTT RESEARCH
--------------------------------

On February 13, 1986, Mr. Andre Scott of Scott Research called to report that
animal #2005, in the two year group, was ill.  The illness was severe so we
advised Mr. Scott to contact a local veterinarian and to institute immediate
diagnostic and emergency supportive medical procedures.  Dr. L. W. Wasser of
Washington, New Jersey instituted these procedures.

Mr. Scott reported that the enclosure (run) housing this dog and its mate was
adjacent to a repair site for a heating system pipe leak.  The pipe, which
contained a 1:1 mixture of water and ethylene glycol, had burst and had been
repaired the previous day.  Some of the fluid had spilled into these dogs'
run.  When the leak was spotted, the two dogs were moved to another run and
not returned until the surfaces had been hosed down carefully and allowed to
dry.

The affected dog showed symptoms similar to those described for ethylene
glycol poisoning.  Results of blood and urine specimens also tended to support
this diagnosis.

The condition of animal #2005 continued to deteriorate so the decision was
made to euthanatize it.  The implants were removed by Mrs. M. M. Heath and
returned to ERF for testing according to the study protocol.

Breaking strength data from the explanted specimens, as well as Mr. Andre
Scott's report of the incident and the report of necropsy on #2005 by Dr. S.
Trenka-Benthin, also are on file.

*N. R. Cholvin*

N. R. Cholvin
Study Director

si/4005A/5

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336229




**ETHICON**

*RESEARCH*

*FOUNDATION*

SOMERVILLE, NEW JERSEY 08876

December 16, 1986

ERF CF #85-219

cc:  Dr. N. R. Cholvin
     Mr. A. Scott (Scott Research)
     Dr. D. R. Stoloff

INSPECTION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
--------------------------------------------

On December 10, 1986, Mrs. K. B. Braun and Dr. N. R. Cholvin made a site visit
to Scott Research, Washington, N.J.  Some had gained excess weight since the
last examination.  Mr. Scott will be given a copy of the examination record to
use in adjusting feed consumption of the affected dogs.

Clinical examinations of all dogs on ERF #85-219 were performed.  The animals
were generally in good physical condition.

Pulse rates, body temperatures, respiration rates and body weights of all dogs
on study were within normal limits.  One protruding PROLENE suture was removed
from an incision site in each of two dogs, #2018 and #2008.  Two sutures were
prominent under the skin in dog #2002 and were noted for future observation.

An ulcer was observed on the soft palate in dog #2008 and will be reexamined
on the next site visit.

Dog #1996 was anesthetized with Surital for excision of a mass in the skin at
site #2.  The mass was firm and fibrous, overlying the cutaneous trunci muscle
with no communication to the underlying implant site.  Skin closure was
accomplished with a continuous subcuticular line of 3-O VICRYL so removal of
skin staples/sutures is not required.  Histology will be performed and
recorded with the dog's records.  Recovery from anesthesia was uneventful.

*K.B. Braun*
K. B. Braun, A.A.S.

Enclosure
4384A/kbb

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336230

BIO.CON RESEARCH FOUNDATION
CLINICAL OBSERVATION
RECORD

Date of Surgery **12-10-86**   USDA no. _____   Acc. no. **85-219**

Date of Death _____   Species/Sex _____   Project no. _____

| WEIGHT CHANGE (lbs) | Date | T | P | R | Clinical Observations | |
|---|---|---|---|---|---|---|
| — | 1996 | 102.5 (14cc [scintating'd]) | 112 | 124 | wt.=22 lbs. Anesthetized ē SurHal. Round, nude, ulcerated nodule @ midpt. of Site #2 inc. excised. No involvement of suture strands. Mass was firm, overlying cutaneous Trunci muscle with no communication to the underlying implant site. Submitted for histology. | NRC |
| +2 | 1999 | 101.8 | 124 | 28 | wt = 34 lbs. Normal (implant sites, Eyes, tonsils, L.g.) | NRC |
| +1 | 1993 | 101.5 | 120 | 26 | wt = 21 lbs  Normal | NRC |
| +3 | 2000 | 103.2 | 140 | 36 | wt = 25 lbs.     " . | NRC |
| +1 | 1994 | 102.5 | 120 | 26 | wt = 24 "     " . | NRC |
| +3 | 1995 | 102.5 | 88 | 24 | WT = 28 "     " . | NRC |
| −1 | 2001 | 102.7 | 108 | 24 | WT = 21 "     " . | NRC |
| +3 | 1997 | 102.6 | 112 | 32 | WT = 26 "     " | NRC |
| +1 | 2003 | 102.6 | 88 | 20 | " = 23 "     " . | NRC |
| +4 | 2017 | 103.0 | 112 | 20 | " = 25 "     " | NRC |
| +2 | 2011 | 103.0 | 108 | 24 | " = 19 "     " | NRC |
| — | 2002 | 102.2 | 140 | 40 | " = 18 "     " . 2 sutures @ Vent L1 + L2 are prominent under skin. | NRC |
| +3 | 2006 | 1010 | 120 | 24 | wt = 21 lbs     " | NRC |
| +3 | 2012 | 103.2 | 112 | 28 | " = 23 "     " | NRC |
| +2 | 2018 | 103.4 | 80 | 24 | " = 22 "     "  1 suture removed  RT-Vent | NRC |
| +1 | 2013 | 102.2 | 116 | 24 | " = 20 "     " | NRC |
| +1 | 2007 | 103.3 | 140 | 36 | " = 18 "     " | NRC |
| +2 | 2019 | 103.0 | 92 | 28 | " = 20 "     " | NRC |
| +5 CK NEXT→ TIME | 2008 | 102.6 | 88 | 24 | " = 24 "     " 1 suture removed  Rt dorsal #1  observed ulcer on soft palate ca 1 cm | NRC NRC normal |
| +3 | 2014 | 101.4 | 85 | 20 | " = 19 "   normal | NRC |
| +2 | 2020 | 101.6 | 80 | 20 | " = 18 "     " | NRC |
| — | 2015 | 102.8 | 100 | 24 | " = 20 "     " | NRC |
| +1 | 2009 | 103.2 | 140 | 35 | " = 19 "     " | NRC |

CONFIDENTIAL — SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY
NOA = No Observable Abnormalities

ETH.MESH.11336231




# ETHICON
## RESEARCH
## FOUNDATION

SOMERVILLE NEW JERSEY 08876

February 13, 1987

ERF Central File #85-219

cc: Dr. N. R. Cholvin
Mr. A. Scott (Scott Research)
Dr. D. R. Stoloff
Mr. G. H. Wallace

INSPECTION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
------------------------------------

On January 30, 1987, Mrs. K. B. Braun made a site visit to Scott Research, Washington, New Jersey. Some dogs had gained excess weight since the last two examinations. Feed consumption of the affected dogs was reduced to control or prevent further weight gain.

Clinical examinations of all dogs on ERF #85-219 were performed. The animals were generally in good physical condition.

Pulse rates, body temperatures, respiration rates and body weights of all dogs on study were within normal limits. One suture was prominent under the skin in dog #2012 and was noted for future observation.

*KB Braun*

K. B. Braun, A.A.S.

Attachment
si/4005A/27

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336232

## ETHICON RESEARCH FOUNDATION
## CLINICAL OBSERVATION
### RECORD

1-30-87

Date of Surgery _____     USDA no. _____     Acc. no. **85-219**

Date of Death _____     Species/Sex _____     Project no. _____

| | Date | T | P | R | Clinical Observations | |
|---|---|---|---|---|---|---|
| +1 | 2011 | 101.0 | 120 | 24 | 20 lbs sl. redness of skin | Kbb |
| − | 1993 | 101.5 | 144 | 32 | 21 lbs same | Kbb |
| −1 | 2000 | 102.4 | 128 | 36 | 24 lbs pressure sore RF | Kbb |
| | 1994 | 102.4 | 104 | 28 | 24 lbs noa | Kbb |
| −1 | 1995 | 102.5 | 92 | 28 | 27 lbs noa | Kbb |
| +1 | 2001 | 102.4 | 128 | 28 | 22 lbs pressure sores Lft RF | Kbb |
| +1 | 2002 | 101.2 | 128 | 35 | 19 lbs noa | Kbb |
| | 1996 | 103.4 | 132 | 26 | 22 lbs sl. redness of extremeties & muzzle | Kbb |
| +1 | 1997 | 102.0 | 120 | 32 | 27 lbs noa | Kbb |
| | 2003 | 102.2 | 116 | 24 | 23 lbs noa | Kbb |
| −9 | 1999 | 103.2 | 128 | 32 | 25 lbs noa | Kbb |
| | 2017 | 102.6 | 108 | 28 | 25 lbs noa, cleaned ears | Kbb |
| −1 | 2006 | 101.7 | 116 | 24 | 20 lbs noa | Kbb |
| | 2012 | 101.5 | 140 | 36 | 23 lbs sm. red bump @ site 5 (poss. sut. knot below skin surface) | Kbb |
| | 2018 | 102.0 | 88 | 20 | 28 lbs noa | Kbb |
| | 2013 | 101.5 | 132 | 28 | 20 lbs noa - in heat | Kbb |
| | 2007 | 102.8 | 132 | 32 | 18 lbs noa - in heat | Kbb |
| +1 | 2019 | 102.6 | 132 | 32 | 21 lbs noa | Kbb |
| +1 | 2008 | 102.2 | 108 | 26 | 25 lbs noa | Kbb |
| | 2014 | 101.8 | 136 | 28 | 19 lbs noa | Kbb |
| | 2020 | 101.8 | 76 | 20 | 18 lbs noa - thick tartar buildup on molars | Kbb |
| | 2015 | 102.8 | 116 | 24 | 20 lbs noa - same as above | Kbb |
| +1 | 2009 | 103.8 | 140 | 36 | 20 lbs noa - tartar (as above) | Kbb |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336233

# ETHICON
## *RESEARCH*
## *FOUNDATION*



SOMERVILLE, NEW JERSEY 08876

March 13, 1987

ERF Central File #85-219

cc: Mr. A. Scott (Scott Research)
    Dr. D. R. Stoloff
    Mr. G. H. Wallace

SITE VISIT OF 10 YEAR STUDY OF
ANIMALS AT SCOTT RESEARCH (ERF 85-219)
_____

On February 5, 1987, Dr. Glenn Graves and Ms. Karen Braun made a site visit to the Scott Research facility in Washington, New Jersey.  The 23 dogs of the study were generally found to be in good condition although some of the dogs appeared overweight.  The facilities were clean and each dog had fresh water.

Pressure sores were noted on several of the animals (see Clinical Oberservation Record) over the anterior aspect of the carpus/metacarpus and the lateral aspect of the taisus.  The pressure sores appeaed to be secondary to the animals laying on the concrete runs.

Severe tartar accumulation on the molars was noted in several dogs (see Clinical Observation Record).  This tartar accumulation will necessitate anesthesia and dental cleaning in the future.

A small 2 mm skin lesion at site 5 was examined on dog #2012.  The skin lesions apperaed to be a subcutaneous suture knot.  No action at this time was taken and the site will be monitored in the future.

An 8 mm now displaceable umbilical hernis was noted n dog #2020.  This hernis poses no acute danger at the present time.

Dog #2008 was inspectd and the soft palate ulcer previously noted (site visit 12/16/87) was healed.

Glenn M. Graves, D.V.M., M.S.

si/2279E

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336234

CONFIDENTIAL-For Internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION

SOMERVILLE NEW JERSEY 08876

June 11, 1987

ERF CF #85-219

cc:   Dr. W. D. Sheffield
      Mr. A. Scott (Scott Research)
      Dr. D. R. Stoloff

INSPECTION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
---------------------------------------

On April 30, 1987, Mrs. K. Braun and Dr. G. Graves visited Scott Research in
Washington, N.J. to examine the dogs which are housed there while on long term
study.  The housing and facilities were found to be clean and in satisfactory
condition.  Five of the twelve dog runs had the rectangular wooden resting
pad, which is present in each run, covered with a soft vinyl.  The wooden pads
were covered to help alleviate the pressure sores and calluses which were
noted during earlier inspections.  The covered pads have been in place for 6
weeks.  The remaining resting pads are to be covered by July, 1987.
Nineteen of 23 dogs exhibited significant weight loss as a result of dietary
restrictions recommended by Drs. Cholvin and Graves since December 1986.
Three dogs had remained at the same weight and 1 dog gained a pound.  All dogs
were near or at optimum weight and in good physical condition.

Clinical examinations showed that pulse rates, body temperatures and
respiration rates of all dogs were within normal limits.  All dogs had
moderate to marked amounts of dental tartar present.  Five dogs had areas of
dermatitis with alopecia involving the dorsal and/or lateral thoracolumbar or
lumbar regions.

Dog #1993 had a small (5 mm) firm mass of the right caudal mammary gland.  Dog
#1995 had a 1 cm firm mass in both right and left caudal mammary glands.

Dog #2018 had 2 interdigital growths (5 mm and 2 mm) between the 3rd and 4th
digits on the right hind foot.

Dental scaling will be performed during the next scheduled visit (July, 1987)
after the required plumbing fixtures have been installed to accomodate the
Cavitron ultrasonic scaler.

K. B. Braun, A.A.S.

G. M. Graves, D.V.M., M.S.

4556A/kbb

# ETHICON RESEARCH FOUNDATION
## CLINICAL OBSERVATION
### RECORD

4·30·87

Date of Surgery _____     USDA no. _____     Acc. no. __85-219__

Date of Death _____       Species/Sex _____     Project no. _____

| Date | T | P | R | Clinical Observations |
|------|-----|-----|-----|-----|
| 2011 | 102.0 | 92 | 24 | 19 lbs. alopecia bilat. dorsal lumbar + LF elbow r sl. erythema xbb |
| | | | | heavy dental tartar |
| 1993 | 102.2 | 116 | 26 | alopecia (L) th-lum (dorsal); some tartar R caud-mam -5mm tumor |
| | | | | nails trimmed |
| 2000 | 103.3 | 108 | 26 | dental tartar |
| 2008 | 102.1 | 108 | 24 | dental tartar; areas of callous R+L lat malleoli |
| 2002 | 101.9 | 112 | 26 | dental tartar |
| 1996 | 102.8 | 116 | 22 | "   "; alopecia (L) lat. lumbar loci; callous bilat carpus; |
| | | | | metacarpus |
| 1995 | 102.1 | 68 | 20 | dental tartar; 1cm firm mass R caud-mam. |
| 2001 | 102.5 | 112 | 20 | mod. dental tartar |
| 2003 | 102.0 | 108 | 22 | dental tartar; mult. focal areas fibrosis R+L pinnas |
| 2017 | 103.2 | 104 | 24 | tartar; focal area of alopecia r open wound R caud lumbar |
| 1997 | 102.8 | 100 | 20 | tartar; |
| 1994 | 104.0 | 132 | 28 | tartar |
| 2006 | 102.0 | 124 | 24 | tartar |
| 1999 | 103.5 | 128 | 26 | tartar |
| 2012 | 102.8 | 112 | 20 | tartar |
| 2018 | 102.8 | 68 | 20 | tartar; RH pad #4-worn, open wound, b/t 3+4-2 interdigital |
| | | | | growths (2mm + 5-6mm dia.) |
| 2013 | 101.8 | 112 | 24 | tartar |
| 2007 | 103.2 | 132 | 26 | tartar |
| 2019 | 102.2 | 112 | 22 | tartar |
| 2020 | 102.5 | 78 | 20 | tartar; 3mm open sore lat. 2nd d. LR; 5mm nondispl umb hernia |
| 2014 | 101.8 | 104 | 24 | tartar |
| 2009 | 103.8 | 124 | 28 | tartar; thin haircoat over lat. thorac-lumbar regions — |
| | | | | pruritic; ant. dist. R leg - thickened skin, rough haircoat |
| 2015 | 103.8 | 108 | 20 | tartar |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336236

CONFIDENTIAL-For Internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE. NEW JERSEY 08876

ERF Central File #85-219

November 9, 1987

cc: Mr. A. Scott (Scott Research)
    Dr. D. R. Stoloff
    Mr. G. H. Wallace
    ERFCF #85-219

EXAMINATION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
---------------------------------------

On July 23, 1987 Dr. G. Graves, Ms. D. Pursell and Mrs. C. Lawson, and on July 27,
1987 Dr. R. Ringwald, Mrs. K. Braun and Ms. D. Pursell conducted clinical
examinations, vaccinations, and dental prophylaxis on the long-term study dogs
housed at the Scott Research Facility, Washington, New Jersey.

Clinical examinations showed that body temperatures, heart and respiratory rates,
and body weights were all within normal limits. Pressure sores were not evident on
any of the animals. Fecal examinations, for internal gastrointestinal parasites,
were negative. Fleas, and associated flea dermatitis, were found on several dogs.
Treatment consisting of biweekly shampooing with a pyrethrin medicated shampoo will
be instituted immediately.

Annual blood tests, which consisted of a CBC, Micro-Screen (serum chemistries,
electrolytes, and liver enzymes), and Knott's Test, were performed on each dog.
All blood test values were within normal parameters. All Knott's Tests were
negative for microfilaria. Each dog received a dose of Quantum 6®, a polyvalent
vaccine, which provides protection against canine distemper, adenovirus Type-2,
parainfluenza, parvovirus, and leptospiral infections. Dental prophylaxis, which
was conducted under general anesthesia, consisted of scaling and cleaning using the
ultrasonic instrument.

In general, all dogs were found in good physical condition. The facilities were
clean and each dog had fresh drinking water.

*H. M. Graves*

G. M. Graves, D.V.M., M.S.

*R Ringwald*

R. Ringwald, D.V.M.

gmg/2642E

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336237

CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

ERF Central File #85-219

November 13, 1987

cc:  Mr. A. Scott (Scott Research)
     Dr. D. R. Stoloff
     Mr. G. H. Wallace
     RDCF

EXAMINATION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
-----------------------------------

On October 28, 1987 Dr. G. Graves and Mrs. K. Braun conducted the quarterly clinical examinations on the 18 long-term study dogs housed at the Scott Research Facility, Washington, New Jersey.

Clinical examinations showed that body temperatures, heart and respiratory rates, and body weights were all within normal limits. Two dogs (#1996 and #2014) had a mild conjunctivitis of the left eye. A one week treatment with Trioptic® ophthalmic ointment was instituted. Fleas, with its associated flea dermatitis, and pressure sores were not detected on any of the dogs. The flea treatment, which was instituted in July, 1987 and consisted of biweekly shampooing with a pyrethrin medicated shampoo, was discontinued.

In general, all dogs were found in good physical condition. The facilities were clean and each dog had fresh drinking water.

G. M. Graves, D.V.M., M.S.

gmg/2642E

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336238

CONFIDENTIAL-For Internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

ERF Central File #85-219

January 28, 1988
cc:  Mrs. K. B. Braun
     Dr. J. D. Paulson
     Mr. A. Scott (Scott Research)
     Dr. D. R. Stoloff
     Mr. G. H. Wallace
     RDCF

EXAMINATION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
------------------------------------

On January 11, 1988 Dr. G. Graves and Mrs. K. Braun conducted the quarterly
clinical examinations on the 18 long-term study dogs being housed at the Scott
Research Facility, Washington, New Jersey.

Clinical examinations showed that body temperatures, heart and respiratory
rates, and body weights of all dogs were within normal limits.  Fleas, with
its associated dermatitis, and pressure sores were not detected on any of the
animals.

In general, all the dogs appeared to be in good physical condition.  The
facilities were clean and each dog had fresh drinking water.

*H. M. Graves*

G. M. Graves, D.V.M., M.S.

kbb/2710E

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336239

CONFIDENTIAL-For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

ERF Central File #85-219

April 14, 1988

cc: Mrs. K. B. Braun
    Dr. J. D. Paulson
    Mr. A. Scott (Scott Research)
    Dr. D. R. Stoloff
    Mr. G. H. Wallace
    RDCF

EXAMINATION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
-------------------------------------

On April 11, 1988 Dr. G. Graves and Mrs. K. Braun conducted the quarterly
clinical examinations on the 18 long-term study dogs being housed at the Scott
Research Facility in Washington, New Jersey.

Clinical examinations showed that body temperatures, heart and respiratory
rates and body weights of all dogs were within normal limits.  Blood was drawn
and submitted to VetPath, Inc. for a Knott's Test (heartworm check) on all 18
dogs.  All Knott's Tests were negative for microfilaria.  For the prevention
of heartworm disease, HEARTGARD 30® (ivermectin, 68 mcg, TM MERCK & CO.)
tablets will be instituted immediately on a monthly basis and will be
continued throughout the mosquito season.  Fleas, with its associated
dermatitis, and pressure sores were not detected on any of the animals.

In general, all the dogs appeared to be in good physical condition.  The
facilities were clean and each dog had fresh drinking water.

G. M. Graves, D.V.M., M.S.

2842E/kbb

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336240

ETHICON RESEARCH FOUNDATION
CLINICAL RECORD

Date of Surgery Examination: 4·11·88    USDA no. _____    Acc. no. 85·219

Date of Death _____    Species/Sex _____    Project no. 16102

| Date | T | P | R | Clinical Observations | | |
|------|------|------|------|------|------|------|
| 2020 | 101.2 | 92 | 20 | 17 lbs sm area ① vent/lat abd wall - alopecia + erugth. | Hov✓ | KbB |
| 2007 | 101.1 | 120 | 28 | 15 lbs  NOA | Huv✓ | 10b6 |
| 2015 | 101.4 | 112 | 24 | 17 lbs.  NOA | Hov✓ | Klb6 |
| 2006 | 101.9 | 120 | 24 | 17 lbs  NOA | Hov✓ | Kbb |
| 2018 | 1020 | 84 | 20 | 17 lbs trimmed dewclaws; out. tail cut ® vent - Knot under skin | Hov✓ | KBb |
| 1997 | 101.5 | 112 | 24 | 20 lbs. Gen. focal esrugth @ abd. w/ dermatitis | Hov✓ | Kbb |
| 2002 | 101.5 | 120 | 28 | 14# NOA trimmed nails | Hov✓ | Kbb |
| 1994 | 102.4 | 120 | 24 | 19# NOA trimmed nails | Hov✓ | Kbb |
| 2001 | 102.3 | 128 | 32 | 16# NOA | Huv✓ | Kbb |
| 1996 | 102.8 | 120 | 24 | 16# wearing of pads ε some hemor. | Huv✓ | KBb |
| 2012 | 101.5 | 120 | 28 | 15# abraided LH foot pad | Hov✓ | Kbb |
| 2019 | 101.8 | 126 | 24 | 15# NOA | Hov✓ | KbB |
| 2000 | 102.7 | 112 | 28 | 15# NOA | Huv✓ | Kbb |
| 2003 | 102.4 | 100 | 24 | 19# NOA | Huv✓ | Kbb |
| 1995 | 102.6 | 92 | 20 | 16# NOA | Huv✓ | Kbb |
| 2013 | 101.7 | 116 | 28 | 18# trimmed nails | Huv✓ | Kbb |
| 2014 | 102.7 | 100 | 24 | 15# NOA | Huv✓ | Kbb |
| 2008 | 102.6 | 92 | 20 | 15# NOA | Huv✓ | Kbb |

NOA = No Observable Abnormalities

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336241



CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

Mr. D. R. Brazel
    to
Ms. E. Covington
Dr. R. L. Kronenthal
Mr. R. Lilenfeld
Dr. J. R. McDivitt
    to
Dr. A. Melveger
Dr. J. D. Paulson
Ms. J. Roy
    to
Mr. M. J. McGrane
Dr. D. R. Stoloff

July 12, 1988

cc:  RDCF

REVISION OF ERF PROTOCOL 85-219:
PROLENE* POLYPROPYLENE, PVDF, ETHILON* NYLON AND
NOVIFIL SUTURE, MONOFILAMENT SIZE 5-0,
BREAKING STRENGTH EVALUATION AFTER 2, 5, 7 AND 10 YEARS
SUBCUTANEOUS IMPLANTATION IN THE BEAGLE DOG
------------------------------------------------------------

All study dogs will be transferred from the Scott Research Facility,
Washington, New Jersey to the ETHICON Research Foundation for postoperative
housing and care.  The transfer of the 18 dogs currently on study will be
completed by July 15, 1988.

              Glenn M. Graves, D.V.M., M.S.
              Study Director

1029F/lak

Attachment: Protocol Revision

* Trademark

PROTOCOL REVISION

Acc. No:  ERF 85-219

Study Director: Dr. Glenn M. Graves

Title of Study: PROLENE* polypropylene, PVDF, ETHILON* nylon and Novafil
    suture, monofilament size 5-0, Breaking Strength Evaluation after 2, 5, 7
    and 10 years: subcutaneous implantation in the Beagle dog.


It has become necessary to change the following item(s) in the above described
protocol:

    The study dogs currently housed at the Scott Research Facility,
    Washington, New Jersey will be transferred to the Ethicon Research
    Foundation for postoperative housing and care.


The reason(s) for the necessary change(s) is (are):

    Facility improvements must be made at Scott Research.


The change(s) will be initiated as of  July 12, 1988


                              _H. M. Graves_        _7/12/88_
                              Study Director        Date

*THIS FORM MUST BE APPENDED TO THE PROTOCOL DESCRIBED HEREIN.*

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336243

CONFIDENTIAL-For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION

SOMERVILLE, NEW JERSEY 08876

ERF Central File #85-219

**DEC 2 1 1988**

cc:  Mrs. K. Braun
     Dr. J. D. Paulson
     Mr. A. Scott (Scott Research)
     Dr. D. R. Stoloff
     Mr. G. H. Wallace
     RDCF

EXAMINATION OF 10 YEAR STUDY ANIMALS
(ERF #85-219) AT SCOTT RESEARCH
------------------------------------

On July 6, 1988, Dr. G. Graves, Mrs. K. Braun and Ms. D. Pursell conducted clinical examinations and vaccinations on the 18 long-term study dogs housed at the Scott Research Facility in Washington, New Jersey.

Clinical examinations showed that body temperatures, heart and respiratory rates, and body weights were all within normal limits. Pressure sores were not evident on any of the animals.

Annual blood tests, consisting of a CBD and Micro-Screen (serum chemistries, electrolytes, and liver enzymes), were performed on each dog. All blood test values were within normal parameters. Each dog received a dose of Quantum 6* (a polyvalent vaccine which provides protection against canine distemper, adenovirus Type 2, parainfluenza, parvovirus and leptospiral infections).

In general all dogs were found in good physical condition. The facilities were clean and each dog had fresh drinking water.

G. M. Graves, D.V.M., M.S.

* Trademark

4578A/kbb

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336244

CLINICAL RESEARCH... RECORD

Date of ~~Surgery~~ Exams  7.6.88

Date of Death _____

vaccine: Q6
USDA no. K018-B048B   18MAY90
Species/Sex  25APR91

Acc. no.  85-219

Project no.  16102

| | Date | T | P | R | Clinical Observations |
|---|---|---|---|---|---|
| +1 | 2014 | 101⁸ | 132 | 24 | wt - 16  NOA |
| · | 2013 | 102⁰ | 104 | 16 | wt - 18  NOA |
| +2 | 2008 | 102⁶ | 80 | 12 | 17# tartar buildup, alopecia over lateral and medial malleoli |
| +2 | 2000 | 102⁸ | 104 | 16 | 17# alopecia over ® lat. surface/abdomen ~~ttere~~ alopecia over lateral and medial malleoli |
| · | 2003 | 103.0 | 100 | 24 | 19# 1cm umbilical hernia |
| · | 2019 | 102⁴ | 128 | 20 | 17# tartar buildup |
| +2 | 2012 | 103.4 | 140 | 34 | 17# NOA |
| · | 1996 | 103³⁻ | 124 | 20 | 16# alopecia over carpal lat surface bilateral |
| --- | 2001 | 102²⁻ | 142 | 32 | 16# NOA |
| +1 | 1994 | 103²⁻ | 120 | 30 | 20# NOA |
| +1 | 1997 | 102⁶ | 96 | 20 | 21# NOA |
| · | 2002 | 102⁶ | 120 | 24 | 14# Gen'l alopecia and rough, dull haircoat |
| · | 2006 | 103 | 120 | panting | 17# NOA |
| +1 | 2007 | 103⁶ | 140 | 24 | 16# NOA |
| +1.5 | 2015 | 103⁶ | 140 | 20 | 18.5# ⊕ otitis externa |
| +2 | 1995 | 103⁴ | 124 | 16 | 18# ⊕ conjunctivitis & corneal ulcer - Rx triple antibiotic oint TID x 7day |
| -1 | 2020 | 103⁵ | 88 | 16 | 16# Umbilical hernia |
| · | 2018 | 102⁸ | 64 | 20 | 17# Trimmed 3cm length of Prolene tacking suture from ® cranial lateral thoracic position |
| | | | | | |
| | | | | | |

NOA = No Observable Abnormalities

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336245

CONFIDENTIAL.-For internal use only
unless authorized by the director of
ERF and/or the director of medical
affairs.

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

**JUN 1 5 1989**

ERF Central File

cc:  Mrs. K. Braun
     Dr. D. R. Stoloff
     Mr. G. Wallace
     RDCF

EXAMINATION OF 85-219: 10 YEAR STUDY DOGS

On April 28 and 29, 1989 Dr. L. Senter and Mrs. K. Braun conducted clinical
examinations of the 18 long-term study dogs.

Examinations showed that body temperatures, heart and respiratory rates and
body weights were all within normal limits.  Fifteen of the dogs were placed
on a reducing diet due to a slight weight gain.  All of the dogs had a high
incidence of dental calculi.  Teeth cleaning is scheduled for July.

In general, all the dogs appeared to be in good physical condition.

L. Senter, D.V.M., M.S.

4578A/kbb

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336246

<u>PROTOCOL REVISION</u>                                    June 18, 1985

Acc. No:   ERF  85-219

Study Director:   N. R. Cholvin

Title of Study:  PROLENE, PVDF, ETHILON and Novafil Suture; Monofilament size 5-0:
                 Breaking Strength Evaluation after 2, 5, 7 and 10 years
                 Subcutaneous Implantation in the Beagle Dog.


It has become necessary to change the following item(s) in the above described
protocol:

1.  Suture inspection, presurgical and at explantation, will be conducted under 10x
    magnification.

2.  Suture strands will be clipped together employing LC 100 Ligaclips.  Each
    bundle will then be attached to subcutaneous tissues by LC-300 Ligaclips.

3.  Dog weights will range from 6 to 10kg preoperatively.


The reason(s) for the necessary change(s) are:

1.  Suture imperfections can be adequately visualized at this power thus
    facilitating inspection ease and speed.

2.  Suture strands were found to slip from the ligaclip during manipulation.  The
    smaller clip held the strands more securely.

3.  Due to the number of dogs in this study, the weight range was extended to
    include a larger pool from which to choose.


The change(s) will be initiated as of   June 10, 1985


                              _N. R. Cholvin_  _6/17/85_
                              Study Director         Date


              *THIS FORM MUST BE APPENDED TO THE PROTOCOL DESCRIBED HEREIN*

727F/9/wjm


CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

TO: Geo. Wallace                    cc: ERF CF

SUBJECT:   RECORD OF ANIMAL EUTHANATIZED

Date of Surgery  6-25-85

Project #  16102              Date of Death  6-23-87

ERF Exper. #  85-219          P.I. Period  2 yr.

ERF Animal #  2009            Sex  female

USDA #  591726               Species  Canine

K Braun
Signature

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336248

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

TO: G. Wallace

cc: ERFCF

SUBJECT: RECORD OF ANIMAL EUTHANATIZED

Date of Surgery 6-17-85

Project # 16102

ERF Exper. # 85-219

ERF Animal # 1999

USDA # 592285

Date of Death 6-15-87

P.I. Period 2 yr.

Sex female

Species Canine

K Braun
Signature

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336249

# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

TO: _G. Wallace_                    cc: _ERF CF_

SUBJECT:   RECORD OF ANIMAL EUTHANATIZED

Date of Surgery _6-10-85_

Project # _16102_                  Date of Death _6-8-87_

ERF Exper. # _85-219_              P.I. Period _2 yr._

ERF Animal # _1993_                Sex _Female_

USDA # _585921_                    Species _Canine_

_____K Braun_____
Signature

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336250



# ETHICON
## RESEARCH
## FOUNDATION



SOMERVILLE, NEW JERSEY 08876

TO: *Geo. Wallace*

cc: *ERF CF*

SUBJECT:   RECORD OF ANIMAL EUTHANATIZED

Date of Surgery  *6-26-85*

Project #  *16102*

ERF Exper. #  *85-219*

ERF Animal #  *2011*

USDA #  *591505*

Date of Death  *6-24-87*

P.I. Period  *2 yr.*

Sex  *female*

Species  *Canine*

*K Braun*

Signature

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336251



**ETHICON**

**RESEARCH**

**FOUNDATION**

SOMERVILLE, NEW JERSEY 08876

TO: *Geo. Wallace*     cc: *ERF CF*

SUBJECT: RECORD OF ANIMAL EUTHANATIZED

Date of Surgery _7-9-85_

Project # _16102_     Date of Death _7-8-87_

ERF Exper. # _85-219_     P.I. Period _2 yr._

ERF Animal # _2017_     Sex _female_

USDA # _602108_     Species _canine_

_K. Braun_
Signature

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336252

acc# 85-219

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION# 85-219 ANIMAL# 1993 SPECIES Canine SEX Fe BODY WT. 7.5 Kgms

DATE 6-8-87 DAYS P.I. 2 yr. KILLED 7-6-1 DIED ___ REFERENCES 10 YR. BSR Study

All suture bundles visible and easily removed from subcutaneous fascia.

LC100's were intact at both ends of all bundles.

Fascia was slightly difficult to strip off suture bundles without stressing or traumatizing sutures - every effort was made to avoid this. Sutures were kept wet with saline or sterile water and moistened gauze sponges were used to gently "pull" fascia from sutures.

One suture strand from each bundle (6 in total) was placed in a plain (no additive, red-top) 15ml tube filled with sterile water and submitted with an Analytical Chemistry Service Request form, to Frank Schiller for SEM evaluation.

The remaining 5 strands were placed in saline-wetted paper towels labeled with the acc. no., dog no. and site no. and inspected under magnification by Ann Heibold. Following inspection, the sutures were tested on the Instron by Kevin Sullivan. Suture fragments were sent to Gene Nunce? Dan Burkley for IR and molecular weight determinations.

EXAMINER K. Braun DATE 6-8-87

WITNESS Kev— Sullivan DATE 6-8-87

PHOTO ___

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336253

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION# 85.219    ANIMAL # 1999    SPECIES Canine    SEX F    BODY WT. 10.5 Kgms

DATE 6-15-87    DAYS P.I. 2 yrs.    KILLED 7-61    DIED    REFERENCES 10 YR. PVDF/PROLENE BSR study

(Same as Dog # 993)

all suture visible and easily removed from subcutaneous fascia.

LC100's were intact at both ends of all bundles except @ site #6, dorsal end = 2 suture strands had slipped out, but were not displaced very far.

To remove suture bundles, the dorsal or ventral LC100 was dissected free from fascia
either
and the sutures cut at the clip. The opposite LC100 was then dissected from fascia
and the whole bundle was gently pulled through the tissue tunnel until
completely extracted from tissue. The remaining LC100 was removed by cutting
the sutures at the clip. The sutures were immediately immersed in saline
when removed from the tissue.

1 suture strand from each bundle was placed in a test tube containing sterile
water and submitted to Frank Schiller, for SEM.

The 5 remaining strands were placed in saline-soaked paper towels and
inspected by Ann Liebold under magnification. Following inspection, the
sutures were tested on the Instron by Kevin Sullivan. Suture fragments
were submitted to Gene Muay/Dan Burkley for IR and molecular weight
determinations.

EXAMINER K. Braun    DATE 6-15-87

WITNESS    DATE

PHOTO

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336254

acc # 85-219

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION # 85-219   DAYS P.I. 2 yr.   ANIMAL # 2009   SPECIES Canine   SEX F   BODY WT. 8.4 K gms

DATE 6-23-87   KILLED T-61   DIED   REFERENCES 10 YR. BSE Study

Same as dog # 1999 6/15/87

All sutures were visible and easily removed from SQ fascia.

LC100's were dissected from the fascia. The dorsal LC100 was cut off the suture and the suture bundle was extracted from the fascia by pulling on the ventral LC100. After removing that clip, the strands were immersed in saline and divided for various testing:

1 strand → to F. Schiller for SEM, in test tube of sterile water.

5 strands → for microscopic inspection by A. Leibold

then to K. Sullivan for Instron testing.

fragments from Instroning go to G. Muse for mole. wt. deter., then to D. Berkley for I.R.

EXAMINER  K. Braun   DATE 6-23-87

WITNESS   DATE

PHOTO   NONE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336255

acc# 85-219

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION# 85-219   ANIMAL# 2-011   SPECIES Canine   SEX F   BODY WT. 8.0 K gms

DATE 6·24·87   DAYS P.I. 2 yr.   KILLED 7·61 DIED ___   REFERENCES 10 yr. BSE Study

Same as dog # 2009  6·23·87

LC190's were dissected from the fascia. The dorsal LC190 was cut off the sutures and the suture bundle was extracted from the fascia by pulling on the ventral LC190. After removing that clip, the strands were immersed in saline and divided for various testing.

1 strand → to T. Schiller for SEM, in test tube of sterile water

5 strands → microscopic inspection by A. Leibold
              then to K. Sullivan for Instron testing.

Fragments from Instroning go to G. Muse for mol. wt. determination
then to D. Burkley for IR.

EXAMINER K. Braun   DATE 6·24·87

WITNESS ___   DATE ___

PHOTO ___

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336256

acc# 85-219

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION# 85-219        ANIMAL# 2017        SPECIES Canine        SEX F        BODY WT. 10.1 Kgms

DATE 7-8-87        DAYS P.I. 2 yr.        KILLED 7-6-87 DIED ____        REFERENCES 10 yr. BSE Study

Same as dog # 2011 (6-24-87)

LC100's were dissected from the fascia. The dorsal LC100 was cut off the sutures and the suture bundle was extracted from the fascia by pulling on the ventral LC100. After removing that clip, the strands were immersed in saline and divided for various testing.

1 strand → to T. Schiller for SEM, in latitude of sterile water.

5 strands → microscopic inspection by A. Keibold,
then to K. Sullivan for Instron testing.

Fragments from Instroning go to G. Muse for mol. wt. determination,
then to D. Buckley for I.R.

EXAMINER K. Braun        DATE 7-8-87

WITNESS ____        DATE ____

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336257

ETHICON RESEARCH FOUNDATION: NECROPSY AND TRIM RECORD

ACCESSION# 85-219 ANIMAL# 1996 SPECIES *canine* SEX F BODY WT. 22 lbs 9ms

DATE 12-10-86 DAYS P.I. 18 mo. KILLED _____ DIED _____ REFERENCES 10 yr. PROLENE study.

acc# 86-519
KBB
12-19-86

On 12-10-86, dog #1996 was anesthetized and a round, denuded, ulcerated growth was removed from the skin over implant site #2 (left dorso-lateral thorax).

Histologic evaluation is requested.

EXAMINER K. Braun                                    DATE 12-9-86

WITNESS _____                                         DATE _____

PHOTO _____

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336258

85-219      #1996

This tissue consists of a 1.5 cm diameter raised skin mass that is approximately 9 mm in diameter. The mass consists of a fairly discrete aggregation of a fairly homogeneous cell population. The cells have infiltrated the dermal and subcuticular structures so that there is not a discrete border or capsule. The cells have fairly large round to lobulated nuclei with fairly small amounts of eosinophilic cytoplasm. Mitotic figures are present but are not numerous. A toluidine blue stain showed that the vast majority of the cells were negative for metachromatic granules.

Diagnosis = Canine Cutaneous Histiocytoma

Edmund X. LeGrand  4/30/87

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336259