# EXHIBIT HH

CONFIDENTIAL-For internal use only unless authorized by the director of ERF and/or the director of medical affairs.

**ETHICON RESEARCH FOUNDATION** 

SOMERVILLE, NEW JERSEY 08876

88 0730

SEP 2 0 1988

Dr. B. Schwartz

TWO YEAR INTERIM REPORT.
PROLENE* POLYPROPYLENE, PVDF,
ETHILON* NYLON AND NOVAFIL SUTURE,
MONOFILAMENT SIZE 5-0: BREAKING STRENGTH
EVALUATION AFTER 2, 5, 7 AND 10 YEARS
SUBCUTANEOUS IMPLANTATION IN THE
BEAGLE DOG

cc: Dr. E. C. Barber
    Dr. R. L. Kronenthal
    Mr. R. Lilenfeld
    Dr. D. C. Marshall
    Dr. J. R. McDivitt
       to
    Dr. A. Melveger
    Ms. J. Roy
    RDCF

------------------------------------------------

ERF ACCESSION NO.

85-219

PROJECT NO. 16102

## PURPOSE

This study was conducted to assess breaking strength and other parameters of PROLENE, PVDF, ETHILON and Novafil suture, monofilament size 5-0, after an *in vivo* subcutaneous residence of 10 years with interim periods of 2, 5 and 7 years.

## MATERIALS AND METHODS

### Test Materials:

1. PROLENE size 5/0 dyed, Lot # TC 7275
2. PVDF size 5/0 undyed, Lot # 1633223
3. ETHILON size 5/0 dyed, Lot # TA 5061
4. Novafil size 5/0 dyed, Lot # 27635

### Experimental Animals:

Twenty-four healthy, mature, female Beagle dogs weighing approximately 6 to 10 kg (Marshall Beagles) were used as the surgical models in this study. The dogs were acclimated in the ETHICON Research Foundation (ERF) vivarium for a minimum of 2 weeks prior to use. Beagles are believed to be of adequate size and temperament for the purpose of this study and a large body of laboratory data is available on this breed for purposes of comparing any responses elicited.

Each dog was identified by a United States Department of Agriculture (USDA) tattoo in the pinna of the ear. In addition, each dog was assigned an ERF number.

ETHICON, INC.

OCT 07 1988

*Trademark

2922E/lak

RD-CENTRAL FILE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                                    ETH.MESH.11336071

-2-             ERF Accession No. 85-219

The animals utilized in this study were handled and maintained in accordance with the requirements of the Laboratory Animal Welfare Act (PL 89-544), and its amendments (PL 91-579, PL 94-279 and 99-198). Compliance for the above Public Laws will be accomplished by conforming to the standards promulgated in the <u>Guide for the Care and Use of Laboratory Animals</u>, NIH Publication No. 85-23, Revised 1985.

The dogs were housed in the ERF vivarium for a minimum of 10 days postoperatively. The dogs were then transferred to the Scott Research Facility in Washington, NJ. On July 15, 1988 the remaining dogs on study were returned to the ERF vivarium for housing.

Each dog housed at either the Scott Research facility or the ERF vivarium was monitored daily for general condition and care.

Diet consisted of Purina Dog Chow (RALSTON PURINA CO.), and tap water <u>ad libitum</u> except as indicated in surgical aftercare.

<u>Anesthesia</u>:

Each dog was anesthetized with a 2.5% solution of SURITAL (PARKE-DAVIS) administered intravenously. This solution was administered slowly until a sufficient level of anesthesia was obtained for endotracheal intubation. The endotracheal tube was then attached to a VETAFLEX 5 (PITMAN-MOORE) Veterinary Anesthesia Machine. Anesthesia for the remainder of the preparation and surgical procedures was maintained by semi-closed circuit inhalation of METOFANE (PITMAN-MOORE).

---

RALSTON PURINA CO.   - PURINA DOG CHOW
                       Trademark of Ralston Purina Co.
                       Checkerboard Square
                       St. Louis, MO 63164

PARKE-DAVIS          - SURITAL Veterinary (thiamylal sodium for injection NF)
                       Trademark of Parke-Davis
                       Division of Warner-Lambert Co.
                       Morris Plains, NJ 07950

PITMAN-MOORE         - VETAFLEX 5 Veterinary Anesthesia Machine
                       METOFANE (methyoxyflurane)
                       Trademark of Pitman-Moore, Inc.
                       Washington Crossing, NJ 08560

2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                    ETH.MESH.11336072

-3-    ERF Accession No. 85-219

Surgical Preparation:

Depilation of the dorsum and lateral thorax was accomplished with an electric animal clipper equipped with a surgical shaving blade. The area was vacummed to remove hair clippings and debris, then scrubbed with NOLVASAN (FORT DODGE), and water. Following scrubbing and drying, the entire area was painted with tincture of Merthiolate 1:1000 (ELI LILLY AND CO.).

Preimplant Suture Inspection:

Prior to implantation, all sutures were 100% inspected by a staff member in the Suture Technology Department using approximately 10X magnification to ensure that no surface damage existed as described in ETHICON's Finished Goods Specification #40, Issue 4, Appendix VII. Personnel conducting the examination were trained to follow proper aseptic technique.

Surgical Procedure:

On each side of the thorax three small incisions, spaced approximately 5 cm apart were made through the skin and cutaneous trunci muscle approximately 3.0 cm from and perpendicular to the midline. Another similar set of incisions was made approximately 15 cm ventral to the initial incisions. A precut flanged segment of a 30 cc polypropylene syringe barrel was positioned subcutaneously in both the dorsal and ventral incisions so as to provide a sterile dam to isolate the subcutaneous implant sites from the cut surface of the skin during implantation.

A bougie (5/16" diameter stainless steel intramedullary bone pin) was inserted into a cannula consisting of a 15 cm piece of 6 mm diameter thin walled disposable plastic tubing. The bougie and cannula were then carefully placed subcutaneously, entering the dorsal skin dam and exiting through the ventral dam. The bougie was carefully withdrawn and six 15 cm long strands of the appropriate suture sample, each bundle secured at both ends with an LC-100 clip, was manipulated through the cannula. The cannula was then withdrawn and discarded, taking care that the strands remained straight in the implant bed. Both ends of each suture bundle were then secured to adjacent subcutaneous tissue with an LC-300 clip. The cutaneous trunci muscle was closed with

---

FORT DODGE          — NOLVASAN Surgical Scrub
                      Trademark of Fort Dodge Laboratories, Inc.
                      Fort Dodge, IA 50501

ELI LILLY AND CO.   — TINCTURE No. 99 MERTHIOLATE
                      THIMEROSAL TINCTURE, USP 1:1000
                      Trademark of Eli Lilly and Co.
                      Indianapolis, IN 46285

2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336073

-4-    ERF Accession No. 85-219

PROLENE suture, size 4-0, using a simple continuous suture pattern. The skin incisions were closed with PROXIMATE* skin staples. Similar procedures were performed at the remaining two ipsilateral and three contralateral skin incision sites. Five dogs per time period had sutures implanted in this fashion. Four additional dogs were implanted, as previously described, to be used as replacement animals if required.

The implantation scheme as developed by the Statistics & Computer Applications Department is shown in Table I.

Clinical Procedures:

Blood samples were drawn for analysis before surgery and again approximately one week postoperatively. Thereafter, samples are taken on an annual basis in order to monitor the general health of the animals throughout the study. Analyses were done by the Vet Lab Division of MetPath Inc., Hackensack, NJ 07603. Blood samples obtained from all dogs were subjected to a complete blood count (CBC) which included red cell count, white cell count, hemoglobin, hematocrit, differential and blood cell indices. Samples additionally were drawn for a blood chemistry screening test battery which included A/G ratio, albumin, alkaline phosphatase, bilirubin (direct and total), BUN/creatinine ratio, calcium, chloride, cholesterol, creatinine, gamma glutamyl transpeptidase, globulin, glucose, iron, LDH, magnesium, phosphate, potassium, SGOT, SGPT, sodium, total protein, triglycerides, urea nitrogen, and uric acid.

Pulse rate, body temperature, and respiration rate were taken prior to surgery and daily postoperatively for 7 days following surgery as directed by the veterinary surgeon in charge. Dogs are observed daily throughout the study to determine their health status on the basis of food consumption, excretion and general attitude. Quarterly evaluations of pulse rate, body temperature and respiration rate are conducted.

Dogs are vaccinated annually against canine distemper, hepatitis, leptospirosis, tracheobronchitis and parvovirus infections and every three years for rabies.

Body weights were measured before surgery, every three months thereafter and at the time of scheduled explantation.

Explantation and Sample Inspections:

Dog #2005, which died on February 15, 1985 as an unscheduled death, and the 2 year interim period dog group had suture samples explanted for evaluation. The 2 year interim period dogs were euthanatized by ERF personnel employing an intravenous injection of T-61 Euthanasia Solution (AMERICAN HOECHST CORP.). The thoracic skin was carefully reflected and the suture implants extracted from the subcutaneous tissues without exposing them to physical stress.

---

American Hoechst Corporation - T-61 Euthanasia Solution
                             Trademark of American Hoechst Co.
                             Animal Health Division
                             Somerville, NJ 08876

*Trademark

2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY    ETH.MESH.11336074

-5-   ERF Accession No. 85-219

Immediately after explantation one strand of each sample was randomly selected and without being allowed to dry placed in a capped, properly labeled test tube containing sterile deionized water. These samples were submitted for analytical physical and chemical testing according to a protocol developed for this study by the Analytical Chemistry Department (Addendum I). The labeling included dog number and site location. The other 5 strands of each sample were examined for surface damage as described in ETHICON's Finished Goods Specifications #40, Issue 4, Appendix VII. The sutures were then placed in saline-soaked, prelabeled towels, and delivered to Implantation Surgery for tensiometric evaluation. Following tensiometric testing, the suture framents were submitted to the Analytical Chemistry Department.

Tensiometric Evaluation:

Five strands of each test suture recovered from each site were evaluated on an Instron Universal Testing Instrument. Unimplanted samples, stored under existing room conditions, were tested in an identical manner.

The Instron parameters were set as follows:

       Instron - Model 1122
       Load Cell - Tensiometric Model No. AR2254-1, Serial No. 003
       Jaw Faces - Plastic
       Jaw Pressure - 50 psi
       Gauge Length - 1 inch
       Chart Speed - 20 in/min
       Crosshead Distraction Rate - 10 in/min

Calculation of average breaking strength, elongation, and modulus were accomplished by Dr. P. Moy of the Suture Technology Department.

Data Handling:

All strip chart recordings of mechanical test data, including peaks and numerical breaking strength values, were grouped and identified by the appropriate United States Department of Agriculture (USDA) tattoo and dog number and filed.

Data Storage:

Upon completion of this study, all relevant raw and finished data, memorandums, and communications will be submitted to the ERF Central File.


2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336075

-6-     ERF Accession No. 85-219

Results:

The Scanning Electron Microscopy Interim Report, from Mr. F. Schiller to Dr. A. J. Melveger, 8/26/87 (Addendum II) presents the SEM surface morphologic data. Tensiometric data are detailed in the report from Dr. P. Moy to Dr. G. Graves, 8/18/88 (Addendum III).

A report on the Infrared Identity and Inherent Viscosity of explanted and unimplanted control suture samples will be issued by the Analytical Chemistry Department.

Reported By: _G. M. Graves_ 9/6/88
G. M. Graves, D.V.M., M.S.
Senior Scientist

Approved By: _[signature]_ 9/6/88
D. R. Stoloff, D.V.M., M.S.
Section Manager
Experimental Surgery

Approved By: _D. Paulson_ 9/9/88
J. D. Paulson, Ph.D.
Director
ETHICON Research Foundation

2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336076

ERF Accession No. 85-219

Table I

## 10 YEAR MONOFILAMENT SUTURE STUDY

### RANDOMIZATION PROTOCOL

| Implantation Period (Yrs.) | Dog # | Suture Type At Each Site* | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 1993 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
|  | 1999 | PVDF | PROLENE | Novafil | ETHILON | PVDF | PROLENE |
| ** | 2005 | ETHILON | Novafil | PROLENE | PVDF | ETHILON | PVDF |
|  | 2011 | Novafil | ETHILON | PVDF | PROLENE | PROLENE | ETHILON |
|  | 2017 | PROLENE | PVDF | Novafil | ETHILON | Novafil | PVDF |
| 5 | 1994 | PROLENE | Novafil | ETHILON | PVDF | PROLENE | ETHILON |
|  | 2000 | Novafil | PROLENE | PVDF | ETHILON | Novafil | PROLENE |
|  | 2006 | ETHILON | PVDF | PROLENE | Novafil | PVDF | Novafil |
|  | 2012 | PVDF | ETHILON | Novafil | PROLENE | ETHILON | PVDF |
|  | 2018 | ETHILON | Novafil | ETHILON | PROLENE | PVDF | Novafil |
| 7 | 1995 | ETHILON | PVDF | PROLENE | Novafil | Novafil | ETHILON |
|  | 2001 | PVDF | ETHILON | Novafil | PROLENE | PROLENE | Novafil |
|  | 2007 | PROLENE | Novafil | ETHILON | PVDF | PVDF | PROLENE |
|  | 2013 | Novafil | PROLENE | PVDF | ETHILON | ETHILON | PVDF |
|  | 2019 | Novafil | PROLENE | PROLENE | PVDF | ETHILON | ETHILON |
| 10 | 1996 | Novafil | PVDF | ETHILON | PROLENE | PROLENE | Novafil |
|  | 2002 | PVDF | Novafil | PROLENE | ETHILON | PVDF | PROLENE |
|  | 2008 | ETHILON | PROLENE | Novafil | PVDF | ETHILON | PVDF |
|  | 2014 | PROLENE | ETHILON | PVDF | Novafil | Novafil | ETHILON |
|  | 2020 | PVDF | ETHILON | PVDF | Novafil | Novafil | PROLENE |
| Replacements | 1997 | PROLENE | PVDF | ETHILON | Novafil | PROLENE | Novafil |
|  | 2003 | Novafil | ETHILON | PVDF | PROLENE | PVDF | PROLENE |
| ** | 2009 | PVDF | Novafil | PROLENE | ETHILON | ETHILON | PVDF |
|  | 2015 | ETHILON | PROLENE | Novafil | PVDF | Novafil | ETHILON |

```
* Site 1 = Left Cranial
  Site 2 = Left Middle
  Site 3 = Left Caudal
  Site 4 = Right Cranial
  Site 5 = Right Middle
  Site 6 = Right Caudal
```

** Dog #2005, which died on February 15, 1985 as an unscheduled death, was replaced with dog #2009.

2922E/lak

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336077

ADDENDUM I

# ETHICON, INC.
a Johnson-Johnson company
SOMERVILLE · NEW JERSEY · 08876-0151

June 3, 1985

Ms. P. A. Britnell

cc: Mr. D. F. Burkley
Dr. N. Cholvin
Dr. T. Davidson
Dr. A. Fetter
Dr. R. L. Kronenthal
Mr. R. Lilenfeld
Ms. B. Matlaga
Dr. A. J. Melveger
Dr. R. F. Morrissey
Dr. P. Moy
Mr. F. Schiller
RDCF

ANALYTICAL TESTING OF LONG-TERM NONABSORBABLE SUTURE IN-VIVO STUDY
------------------------------------------------------------------

The following analyses will be performed on 5/0 PROLENE* polypropylene suture, PVDF, ETHILON* nylon suture and Novafil material to be implanted in the ten-year dog in-vivo study:

1. SEM

2. Infrared Microscopy

3. Infrared (identity)

4. Inherent Viscosity

5. Gel Permeation Chromatography

The current protocol calls for five explant time periods of 1, 2, 5, 7 and 10 years. Five dogs will be used per explant time period, and each dog will have six implant sites with each site containing six sutures (6 inches) of one type of material. The four suture materials have been randomized among the thirty sites of each explant period (six sites per dog times five dogs) so that 7 or 8 sites will exist for each material per explant period.

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336078

ANALYTICAL TESTING OF LONG-TERM      -2-     June 3, 1985
NONABSORBABLE SUTURE IN-VIVO STUDY

The sample requirements to do the analytical testing will be as follows:

| ANALYTICAL TECHNIQUE | SAMPLES PER EXPLANT PERIOD | REMARKS |
|---|---|---|
| SEM ) <br> IR MICROSCOPY ) <br> ) <br> ) <br> ) <br> ) <br> ) | One strand per site per dog <br><br> Total 7 or 8 strands per material | A strand per site will be selected at random, placed in a water solution and transferred to Analytical Chemistry. Dog and site identity indicated. |
| INFRARED IDENTITY ) <br> INHERENT VISCOSITY ) <br> GEL PERMEATION ) <br> CHROMATOGRAPHY ) | After tensile pulls the remaining fragments from five strands per site per dog <br><br> Total - 35 or 40 strand fragments per material | Dog and site identity of fragments to be indicated. |

The strands for SEM and infrared microscopy will be selected at random among the six strands per site. Arrangements will be made among Ms. Matlaga, and Messrs. Schiller and Burkley for sample treatment to remove protein and for sample examination. Mr. E. Muse will receive the tensile strength tested fragments of the remaining five fibers of each material per site.

J. McDivitt, Ph.D.

mr

1611N/3

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.11336079

# ETHICON, INC.

a Johnson&Johnson company

SOMERVILLE · NEW JERSEY · 08876-0151

August 26, 1987

Dr. A. J. Melveger          cc: Ms. K. Braun
                                     Dr. G. Graves
                                     Dr. A. Levy
                                     Mr. R. Lilenfeld
                                     Dr. J. McDivitt
                                     Dr. R. Morrissey
                                     Dr. D. Sheffield
                                     Dr. S. Trenka-Benthin
                                     RDCF

**TEN YEAR IN-VIVO SUTURE STUDY**
**SCANNING ELECTRON MICROSCOPY**
**INTERIM REPORT**
- - - - - - - - - - - - - - - -

To further understand the long-term effects on nonabsorbable sutures, 5/0 PROLENE* polypropylene suture, PVDF, ETHILON* nylon suture and Novafil were implanted in dogs for up to ten years. The surface morphology of sutures explanted from dogs after several months (unscheduled death), one year and two years have been evaluated by SEM.

The results are summarized in the attached table. Seven or eight sutures were evaluated of each product at each time period according to the established protocol. With the exception of one suture after two years in-vivo, PROLENE displayed no discernible cracking.

Likewise, only one PVDF suture after two years in-vivo showed signs of possible cracking. However, longitudinal score marks and surface detents were evident on several samples.

Four of seven Novafil sutures showed surface cracking or were suspected of cracking after one year in-vivo. After two years in dogs, only two of seven samples revealed cracking.

In contrast, ETHILON produced a cracked surface in virtually all samples at all time periods including the unscheduled specimens.

The next scheduled explants are due in 1990.

                                                 *F. Schiller/ajm*
                                                 F. D. Schiller

rmw
Attachment
1949N/28

*Trademark

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336080

TABLE 1

| Period | Product | SEM Observations | SR # | Acc. # | Dog # | Site |
|---|---|---|---|---|---|---|
| Unsched. | Prolene | No cracking | 23577 | – | 2005 | 3 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 1992 | 1 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 1992 | 5 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 1998 | 2 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 1998 | 6 |
| 1 year | Prolene | No cracking; some transverse folds | 24195 | 85-226 | 2004 | 3 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 2010 | 4 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 2010 | 5 |
| 1 year | Prolene | No cracking | 24195 | 85-226 | 2016 | 1 |
| 2 year | Prolene | No cracking | 25649 | 85-219 | 1993 | 1 |
| 2 year | Prolene | No cracking | 25649 | 85-219 | 1993 | 5 |
| 2 year | Prolene | No cracking | 25679 | 85-219 | 1999 | 2 |
| 2 year | Prolene | No cracking | 25679 | 85-219 | 1999 | 6 |
| 2 year | Prolene | No cracking | 25712 | 85-219 | 2009 | 3 |
| 2 year | Prolene | No cracking | 25742 | 85-219 | 2011 | 4 |
| 2 year | Prolene | Cracking | 25742 | 85-219 | 2011 | 5 |
| 2 year | Prolene | No cracking | 25825 | 85-219 | 2017 | 1 |
| Unsched. | PVDF | No cracking | 23577 | – | 2005 | 4 |
| Unsched. | PVDF | No cracking | 23577 | – | 2005 | 6 |
| 1 year | PVDF | No cracking; some surface detents | 24195 | 85-226 | 1992 | 2 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 1998 | 1 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 1998 | 5 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 2004 | 4 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 2004 | 6 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 2010 | 3 |
| 1 year | PVDF | No cracking; longitudinal score marks | 24195 | 85-226 | 2016 | 2 |
| 1 year | PVDF | No cracking | 24195 | 85-226 | 2016 | 6 |
| 2 year | PVDF | No cracking | 25649 | 85-219 | 1993 | 2 |
| 2 year | PVDF | No cracking; longitudinal score marks | 25679 | 85-219 | 1999 | 1 |
| 2 year | PVDF | Possible cracking | 25679 | 85-219 | 1999 | 5 |
| 2 year | PVDF | No cracking | 25712 | 85-219 | 2009 | 1 |
| 2 year | PVDF | No cracking | 25712 | 85-219 | 2009 | 6 |
| 2 year | PVDF | No cracking; longitudinal score marks | 25742 | 85-219 | 2011 | 3 |
| 2 year | PVDF | No cracking | 25825 | 85-219 | 2017 | 2 |
| 2 year | PVDF | No cracking | 25825 | 85-219 | 2017 | 6 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336081

TABLE 2

| Period | Product | SEM Observations | SR # | Acc. # | Dog # | Site |
|---|---|---|---|---|---|---|
| Unsched. | Ethilon | Cracking | 23577 | - | 2005 | 1 |
| Unsched. | Ethilon | Cracking | 23577 | - | 2005 | 5 |
| 1 year | Ethilon | Cracking; longitudinal score marks | 24195 | 85-226 | 1992 | 3 |
| 1 year | Ethilon | Cracking | 24195 | 85-226 | 1998 | 4 |
| 1 year | Ethilon | Cracking | 24195 | 85-226 | 2004 | 1 |
| 1 year | Ethilon | Possible cracking; heavily gouged | 24195 | 85-226 | 2004 | 5 |
| 1 year | Ethilon | Heavy cracking | 24195 | 85-226 | 2010 | 2 |
| 1 year | Ethilon | Cracking | 24195 | 85-226 | 2010 | 6 |
| 1 year | Ethilon | Cracking | 24195 | 85-226 | 2016 | 4 |
| 2 year | Ethilon | Cracking; deep indentations | 25649 | 85-219 | 1993 | 3 |
| 2 year | Ethilon | Heavily abraded | 25679 | 85-219 | 1999 | 4 |
| 2 year | Ethilon | No cracking | 25712 | 85-219 | 2009 | 4 |
| 2 year | Ethilon | Cracking | 25712 | 85-219 | 2009 | 5 |
| 2 year | Ethilon | Cracking | 25742 | 85-219 | 2011 | 2 |
| 2 year | Ethilon | Cracking | 25742 | 85-219 | 2011 | 6 |
| 2 year | Ethilon | Some cracking | 25825 | 85-219 | 2017 | 4 |
| Unsched. | Novafil | No cracking | 23577 | - | 2005 | 2 |
| 1 year | Novafil | Possible cracking | 24195 | 85-226 | 1992 | 4 |
| 1 year | Novafil | No cracking | 24195 | 85-226 | 1992 | 6 |
| 1 year | Novafil | No cracking; longitudinal score marks | 24195 | 85-226 | 1998 | 3 |
| 1 year | Novafil | Possible cracking | 24195 | 85-226 | 2004 | 2 |
| 1 year | Novafil | No cracking | 24195 | 85-226 | 2010 | 1 |
| 1 year | Novafil | Cracking | 24195 | 85-226 | 2016 | 3 |
| 1 year | Novafil | Slight cracking | 24195 | 85-226 | 2016 | 5 |
| 2 year | Novafil | No cracking | 25649 | 85-219 | 1993 | 4 |
| 2 year | Novafil | No cracking | 25649 | 85-219 | 1993 | 6 |
| 2 year | Novafil | No cracking | 25679 | 85-219 | 1999 | 3 |
| 2 year | Novafil | Slight cracking | 25712 | 85-219 | 2009 | 2 |
| 2 year | Novafil | Cracking | 25742 | 85-219 | 2011 | 1 |
| 2 year | Novafil | No cracking | 25825 | 85-219 | 2017 | 3 |
| 2 year | Novafil | No cracking | 25825 | 85-219 | 2017 | 5 |

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                         ETH.MESH.11336082

# ETHICON, INC.
## a Johnson&Johnson company
SOMERVILLE · NEW JERSEY · 08876-0151

August 18, 1988

Dr. Glenn Graves                         cc:   Dr. E. Barber
                                                      Mr. D. Lennard
                                                      Mr. R. Lilenfeld
                                                      Dr. B. Schwartz

**10 YEAR PROLENE BSR STUDY**             Dr. A. Skinner

-------------------------------

The physical properties of explanted and control samples of size 5/0 ETHILON, NOVAFIL, PROLENE and PVDF sutures at the two year mark of the ten year BSR study have been compiled. The results are given in Table 1. Findings are summarized as follows. Implanted ETHILON sutures show a decrease in breaking strength of 14% at the one year period when compared to the unimplanted controls. The suture maintains this strength level into the two year period. Novafil sutures show a corresponding decrease of 4% in breaking strength through the one and two year periods. The breaking strength of PROLENE and PVDF sutures show no significant changes through the two time periods. Elongation and modulus values for all the test samples remain within the statistical variation of the control materials.

Conditions used for the data analysis were 1 in./min. crosshead speed (XH) and 10 in./min. chart speed (CS) for the one year PROLENE controls and explants, 1 in./min. XH and 5 in./min. CS for the two year PROLENE samples, and 5 in./min. XH and 20 in./min. CS for all other samples. The conditions were based on the supplied charts and expected value ranges for the test materials.

P. Moy, Ph.D.

sac/0032c/21

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY      ETH.MESH.11336083

Page 13/18

## Table 1

One and Two Year Data Summary - 10 Year Prolene Study

| | Sample I.D. | Breaking Strength (lb) | (std dev) | Elong (%) | (std dev) |
|---|---|---|---|---|---|
| 1 year | Ethilon-Unimplanted | 2.13 | 0.08 | 26.87 | 1.61 |
| | Ethilon-1992-site3 | 1.85 | 0.08 | 34.37 | 1.56 |
| | Ethilon-1998-site4 | 1.86 | 0.07 | 31.56 | 3.01 |
| | Ethilon-2004-site4 | 1.88 | 0.06 | 29.38 | 2.57 |
| | Ethilon-2004-site1 | 1.39 | 0.27 | 20.62 | 5.88 |
| | Ethilon-2010-site6 | 1.87 | 0.08 | 34.37 | 1.11 |
| | Ethilon-2010-site2 | 1.72 | 0.03 | 28.44 | 1.31 |
| | Ethilon-2016-site4 | 1.78 | 0.09 | 27.19 | 1.78 |
| 2 year | Ethilon-Unimplanted | 2.04 | 0.07 | 27.49 | 2.11 |
| | Ethilon-1993-site3 | 1.80 | 0.07 | 25.94 | 1.78 |
| | Ethilon-1999-site4 | 1.85 | 0.05 | 27.18 | 0.85 |
| | Ethilon-2009-site5 | 1.65 | 0.09 | 20.93 | 1.39 |
| | Ethilon-2009-site4 | 1.76 | 0.02 | 25.00 | 1.91 |
| | Ethilon-2011-site6 | 1.67 | 0.05 | 22.81 | 0.86 |
| | Ethilon-2011-site2 | 1.73 | 0.05 | 24.69 | 2.04 |
| | Ethilon-2017-site4 | 1.80 | 0.05 | 25.94 | 1.78 |
| 1 year | Novafil-Unimplanted | 1.76 | 0.01 | 37.34 | 1.87 |
| | Novafil-1992-site6 | 1.69 | 0.01 | 41.25 | 2.37 |
| | Novafil-1992-site4 | 1.65 | 0.01 | 42.81 | 3.76 |
| | Novafil-1998-site3 | 1.69 | 0.01 | 42.19 | 1.28 |
| | Novafil-2004-site2 | 1.66 | 0.01 | 37.50 | 1.56 |
| | Novafil-2016-site5 | 1.68 | 0.01 | 40.62 | 1.11 |
| | Novafil-2016-site3 | 1.70 | 0.00 | 40.31 | 4.19 |
| 2 year | Novafil-Unimplanted | 1.69 | 0.03 | 36.40 | 1.48 |
| | Novafil-1993-site6 | 1.64 | 0.06 | 31.87 | 1.78 |
| | Novafil-1993-site4 | 1.68 | 0.06 | 30.94 | 1.30 |
| | Novafil-1999-site3 | 1.64 | 0.01 | 32.19 | 0.85 |
| | Novafil-2009-site2 | 1.63 | 0.01 | 32.19 | 2.09 |
| | Novafil-2011-site1 | 1.61 | 0.01 | 33.75 | 0.85 |
| | Novafil-2017-site5 | 1.60 | 0.00 | 34.06 | 1.31 |
| | Novafil-2017-site3 | 1.66 | 0.02 | 32.19 | 1.39 |
| 1 year | Prolene-Unimplanted | 1.68 | 0.04 | 37.06 | 2.65 |
| | Prolene-1992-site1 | 1.66 | 0.01 | 40.99 | 2.37 |
| | Prolene-1998-site6 | 1.65 | 0.03 | 42.65 | 1.79 |
| | Prolene-1998-site2 | 1.54 | 0.07 | 39.12 | 9.52 |
| | Prolene-2004-site6 | 1.63 | 0.03 | 37.19 | 2.13 |
| | Prolene-2010-site5 | 1.20 | 0.24 | 23.87 | 13.07 |
| | Prolene-2010-site4 | 1.58 | 0.03 | 37.49 | 4.24 |
| | Prolene-2016-site1 | 1.63 | 0.03 | 37.37 | 1.49 |
| 2 year | Prolene-Unimplanted | 1.60 | 0.03 | 36.37 | 3.25 |
| | Prolene-1993-site5 | 1.64 | 0.01 | 33.25 | 2.44 |
| | Prolene-1993-site1 | 1.64 | 0.02 | 30.00 | 3.95 |
| | Prolene-1999-site6 | 1.61 | 0.04 | 32.25 | 4.95 |
| | Prolene-1999-site2 | 1.65 | 0.04 | 33.75 | 2.34 |
| | Prolene-2009-site3 | 1.66 | 0.01 | 31.50 | 2.24 |

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                         ETH.MESH.11336084

|        |                    |      |      |       |      |
|--------|--------------------|------|------|-------|------|
|        | Prolene-2011-site5 | 1.65 | 0.01 | 32.75 | 2.98 |
|        | Prolene-2011-site4 | 1.69 | 0.05 | 36.50 | 2.71 |
|        | Prolene-2017-site1 | 1.62 | 0.03 | 29.37 | 4.14 |
| 1 year | PVDF-Unimplanted   | 2.17 | 0.06 | 34.06 | 2.30 |
|        | PVDF-1992-site2    | 2.14 | 0.01 | 37.80 | 1.59 |
|        | PVDF-1998-site5    | 2.11 | 0.03 | 45.31 | 2.21 |
|        | PVDF-1998-site1    | 2.06 | 0.07 | 42.17 | 5.52 |
|        | PVDF-2004-site5    | 2.13 | 0.02 | 41.87 | 4.74 |
|        | PVDF-2004-site3    | 2.09 | 0.06 | 41.40 | 6.05 |
|        | PVDF-2010-site3    | 2.14 | 0.02 | 38.53 | 3.27 |
|        | PVDF-2016-site6    | 2.15 | 0.05 | 40.31 | 2.79 |
|        | PVDF-2016-site2    | 2.11 | 0.08 | 38.75 | 3.73 |
| 2 year | PVDF-Unimplanted   | 2.13 | 0.05 | 33.85 | 1.56 |
|        | PVDF-1993-site2    | 2.15 | 0.06 | 39.69 | 5.37 |
|        | PVDF-1999-site5    | 2.13 | 0.06 | 36.25 | 1.30 |
|        | PVDF-1999-site1    | 2.13 | 0.03 | 35.94 | 1.10 |
|        | PVDF-2009-site6    | 2.22 | 0.03 | 35.63 | 2.79 |
|        | PVDF-2009-site1    | 2.17 | 0.03 | 34.06 | 0.69 |
|        | PVDF-2011-site3    | 2.22 | 0.03 | 40.94 | 2.04 |
|        | PVDF-2017-site6    | 2.15 | 0.07 | 41.01 | 5.89 |
|        | PVDF-2017-site2    | 2.09 | 0.11 | 36.87 | 1.78 |

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**                                                          ETH.MESH.11336085

```
Modulus
 (psi)      (std dev)         Sample I.D.

544000.00   149000.00   Ethilon-Unimplanted
349000.00    31000.00   Ethilon-1992-site3
330000.00    15000.00   Ethilon-1998-site4
375000.00    22500.00   Ethilon-2004-site4
360000.00    28200.00   Ethilon-2004-site1
319000.00    11000.00   Ethilon-2010-site6
359000.00    18900.00   Ethilon-2010-site2
370000.00    23800.00   Ethilon-2016-site4

565000.00    80800.00   Ethilon-Unimplanted
402000.00    31400.00   Ethilon-1993-site3
515000.00    58900.00   Ethilon-1999-site4
527000.00    92200.00   Ethilon-2009-site5
478000.00    89400.00   Ethilon-2009-site4
473000.00    60400.00   Ethilon-2011-site6
378000.00    27500.00   Ethilon-2011-site2
368000.00    23800.00   Ethilon-2017-site4

369000.00    42400.00   Novafil-Unimplanted
340000.00    30500.00   Novafil-1992-site6
347000.00    67600.00   Novafil-1992-site4
324000.00    16100.00   Novafil-1998-site3
327000.00    26500.00   Novafil-2004-site2
277000.00    38600.00   Novafil-2016-site5
269000.00    16800.00   Novafil-2016-site3

282000.00    46200.00   Novafil-Unimplanted
273000.00    41300.00   Novafil-1993-site6
272000.00    35800.00   Novafil-1993-site4
399000.00    69300.00   Novafil-1999-site3
299000.00    30900.00   Novafil-2009-site2
308000.00    35100.00   Novafil-2011-site1
287000.00    38100.00   Novafil-2017-site5
267000.00    24900.00   Novafil-2017-site3

721000.00   210000.00   Prolene-Unimplanted
532000.00    56600.00   Prolene-1992-site1
788000.00   147000.00   Prolene-1998-site6
500000.00    11300.00   Prolene-1998-site2
678000.00    41500.00   Prolene-2004-site6
833000.00   187000.00   Prolene-2010-site5
804000.00   122000.00   Prolene-2010-site4
492000.00    19400.00   Prolene-2016-site1

569000.00    49100.00   Prolene-Unimplanted
574000.00    79400.00   Prolene-1993-site5
653000.00    83900.00   Prolene-1993-site1
755000.00    96900.00   Prolene-1999-site6
711000.00   126000.00   Prolene-1999-site2
875000.00    93900.00   Prolene-2009-site3
```

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY                           ETH.MESH.11336086

```
706000.00     48200.00  Prolene-2011-site5
574000.00     54000.00  Prolene-2011-site4
564000.00     57500.00  Prolene-2017-site1

330000.00     34400.00  PVDF-Unimplanted
318000.00     22100.00  PVDF-1992-site2
326000.00     37600.00  PVDF-1998-site5
292000.00      6000.00  PVDF-1998-site1
316000.00     27100.00  PVDF-2004-site5
311000.00     29700.00  PVDF-2004-site3
331000.00     75900.00  PVDF-2010-site3
285000.00     23800.00  PVDF-2016-site6
269000.00     11900.00  PVDF-2016-site2

319000.00     30100.00  PVDF-Unimplanted
468000.00     73800.00  PVDF-1993-site2
338000.00     35700.00  PVDF-1999-site5
442000.00    103000.00  PVDF-1999-site1
531000.00     79200.00  PVDF-2009-site6
364000.00     18300.00  PVDF-2009-site1
383000.00     16000.00  PVDF-2011-site3
301000.00     25800.00  PVDF-2017-site6
305000.00     16500.00  PVDF-2017-site2


Data Analysis Conditions

XH = 1 in/min   CS = 10 in/min   -  1 Year Prolene Samples
XH = 1 in/min   CS =  5 in/min   -  2 Year Prolene Samples
XH = 5 in/min   CS = 20 in/min   -  All Other Samples

Diameter = 5.5 mil for Modulus Calculations
```

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336087

PLEASE USE YELLOW HIGHLIGHTER PEN TO HIGHLIGHT WORDS         ERF Acc. No. 85-219

1) ADDITIONAL SAMPLE DESCRIPTION
(include only if not in title)

Form:
| | | |
|---|---|---|
| Mesh | Mono | |
| Staple | Braid | |
| Clip | Dyed | |
| Absorbable | Undyed | |
| Adhesive | Coating_____ | |
| Film | Size_____ | |
| Coupler | Other_____ | |
| Non-absorbable | | |

Test system:
| | |
|---|---|
| Rat | Cell culture |
| Mouse | Guinea pig |
| Rabbit | Pig |
| Dog | Goat |
| Human | Other_____ |

Photography:
| | |
|---|---|
| Gross photo | Video |
| Micro photo | SEM photo |
| TEM photo | Other_____ |

2) ADDITIONAL STUDY DESCRIPTION

Study Type:
| | |
|---|---|
| Tissue reaction | Demonstration |
| Absorption | Sales School |
| Breaking strength | Laser |
| Function | GLP |
| Developmental | Ex vivo |
| Product Service Review | In vitro |
| Product Inquiry Affiliate | Dept. objective |
| Veterinary inquiry | Training study |
| Pilot | Competitive test |
| Cancer | Comparative |
| Allergen | Patency |
| Intracutcut Irritat | Stability |
| Mutagen | Hinge strength |
| Pyrogen | Tensiometry |
| Acute tox | Photomicrography |
| Gross TR | |
| Other_____ | |

3) ADDITIONAL HISTOLOGY DESCRIPTION:

Embed:
| | |
|---|---|
| GMA | Ground section |
| Frozen section | Other_____ |

Special Stains:
| | |
|---|---|
| ORO | Iron |
| Silver | Calcium |
| Trichrome | Geimsa |
| PAS | Gram |
| PTAH | Immunohistochem |
| VG | Other_____ |

Slides, no slides, histopath report

4) SURGICAL DESCRIPTION:
| | |
|---|---|
| Anastomosis vascular | Keratotomy |
| Anastomosis-_____ | Laparotomy |
| Colotomy | Lobectomy |
| Craniotomy | Splenectomy |
| Cystotomy | Thoracotomy |
| Gastrotomy | Ligation |
| Ovariohysterectomy | Other_____ |

Implant Site:
| | |
|---|---|
| SQ | Stomach |
| IM | Genital tract |
| Eye | Lung |
| Vascular | Skin |
| IP | Small intestine |
| IV | Spleen |
| Intradermal | Colon |
| Dura | Bone |
| Urinary bladder | Other_____ |

5) MISCELLANEOUS:
| | |
|---|---|
| Biochem analysis | Other/*infared ident.* |
| Clinical pathology | Other *inherent viscosity* |
| Radiography | Other *Gel permeation* |
| Biomechanics test | *Chromatography* |

Implant period-days:   List

2633A/cal

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY               ETH.MESH.11336088