# EXHIBIT KK

92 1471

# ETHICON, INC.

a Johnson-Johnson company

P.O. BOX 151
SOMERVILLE • NEW JERSEY • 08876-0151

October 19, 1992

To:   Mr. Mark A. Cofone

cc:   Mr. Chao Chen
      Mr. John Karl
      Mr. Robert Lilenfeld
      Ms. Barbara Matlaga
      Ms. Irene Nozad
      RDCF

**Interim report on the physical testing of PROLENE, PVDF, ETHILON & NOVAFIL after seven year subcutaneous implantation in the Beagle Dogs – TEN YEAR BSR STUDY,** *ST#E211-92, 85-219*

Attached table shows the physical properties of explanted and baseline samples of size 5-0 Ethilon, Novafil, Prolene and PVDF (N) sutures up to the seven year mark of the ten year BSR study. Implanted Ethilon shows a decrease in breaking strength of 37% at the seven year period compared to the baseline samples. Ethilon samples looked fragile and worn out with spotted surface. Novafil samples show a corresponding decrease of 14% in breaking strength while Prolene and PVDF show no significant change after seven year of implantation. There is a large variation in the elongation results of these samples and all of them showed an increase in the elongation. Young's Modulus values showed a decreasing trend in the range of 50-70% for all the sutures through the seven year period.

Seven year testing conditions were based on the one year and two year data to keep them consistent throughout the study. Tensile testing conditions were 1 in./min crosshead speed (XH) for the Prolene samples and 5 in./min for all other samples with gauge length (G.L.) of 1 inch. If you have any further questions, please feel free to contact me at x2205.

Vishvaroop Agarwal

*Reference: Two year tensile data report from Dr. Peter Moy to Dr. Glenn Graves "10 Year Prolene BSR Study", August 18, 1988.*
*b:10YR-REP*

ETHICON INC.

OCT 28 1992

RD-CENTRAL FILE

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336181

# TEN YEAR PROLENE BSR STUDY
## 7-YEAR DATA SUMMARY

| Suture | Dog | Site | Straight Strength (lb) | Elongation (%) | Modulus (psi) |
|---|---|---|---|---|---|
| ETHILON | 2001 | 2 | 1.92 ± 0.03 | 49.50 ± 3.81 | 263500 ± 20360 |
| ETHILON* | 2008 | 5 | 0.89 ± 0.16 | 25.14 ± 4.10 | 181500 ± 8866 |
| ETHILON* | 2008 | 1 | 0.64 ± 0.26 | 20.73 ± 6.72 | 149300 ± 25230 |
| ETHILON | 2019 | 5 | 1.63 ± 0.12 | 40.12 ± 4.77 | 298600 ± 47810 |
| ETHILON | 2019 | 6 | 1.65 ± 0.25 | 35.76 ± 12.21 | 244200 ± 12310 |
| Average | | | 1.35 | 34.25 | 227420 |
| NOVAFIL | 2001 | 3 | 1.53 ± 0.14 | 60.80 ± 3.54 | 166900 ± 13150 |
| NOVAFIL | 2001 | 6 | 1.53 ± 0.02 | 59.20 ± 2.26 | 182100 ± 13130 |
| NOVAFIL | 2007 | 2 | 1.49 ± 0.01 | 56.80 ± 2.38 | 177000 ± 7476 |
| NOVAFIL | 2008 | 3 | 1.51 ± 0.02 | 57.88 ± 3.62 | 167400 ± 8933 |
| NOVAFIL | 2019 | 1 | 1.51 ± 0.02 | 54.60 ± 1.54 | 191100 ± 4925 |
| Average | | | 1.51 | 57.86 | 176900 |
| PROLENE | 2001 | 4 | 1.58 ± 0.05 | 80.14 ± 8.15 | 207700 ± 14672 |
| PROLENE | 2001 | 5 | 1.61 ± 0.03 | 80.26 ± 2.07 | 219600 ± 19430 |
| PROLENE | 2007 | 6 | 1.62 ± 0.02 | 79.50 ± 6.41 | 218925 ± 18508 |
| PROLENE | 2007 | 1 | 1.61 ± 0.04 | 76.76 ± 11.63 | 217275 ± 20455 |
| PROLENE | 2008 | 2 | 1.54 ± 0.02 | 70.76 ± 10.21 | 220000 ± 8305 |
| PROLENE | 2019 | 2 | 1.61 ± 0.03 | 78.06 ± 12.46 | 203125 ± 19402 |
| Average | | | 1.60 | 77.58 | 214438 |
| PVDF (N) | 2001 | 1 | 2.14 ± 0.04 | 67.66 ± 2.92 | 163900 ± 8454 |
| PVDF (N) | 2007 | 4 | 2.13 ± 0.04 | 67.62 ± 2.56 | 167600 ± 13220 |
| PVDF (N) | 2007 | 5 | 2.19 ± 0.06 | 61.80 ± 1.03 | 188125 ± 2634 |
| PVDF (N) | 2008 | 4 | 1.86 ± 0.08 | 84.80 ± 15.29 | 131800 ± 11150 |
| PVDF (N) | 2019 | 4 | 2.13 ± 0.06 | 64.72 ± 3.04 | 167000 ± 5115 |
| Average | | | 2.09 | 69.32 | 163685 |

* Looked Worn Out

Untested:

(i) PVDF in Dog#2008 at Site#6 had less than required gage length.

(ii) Ethilon in Dog#2007 at Site#3 looked very fragile, spotted surface and worn out.

Conditions: Tested on Instron 4201 (Series IX) at G.L. of 1 in. and XH Speed of 1"/min for Prolene and 5"/min for all other samples.

ST# E211-92, 85-219

b:\7yr-bsr

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336182

# DATA SUMMARY OF TEN YEAR PROLENE BSR STUDY

| | TIME PERIOD (Years) | | | | | CHANGE FROM BASELINE (%) | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 7 | | 1 | 2 | 7 |
| **BREAKING STRENGTH (lb)** | | | | | | | | |
| ETHILON | 2.13 | 1.76 | 1.75 | 1.35 | | −17 | −18 | −37 |
| NOVAFIL | 1.76 | 1.68 | 1.64 | 1.51 | | −5 | −7 | −14 |
| PROLENE | 1.68 | 1.56 | 1.64 | 1.60 | | −7 | −2 | −5 |
| PVDF(N) | 2.17 | 2.12 | 2.16 | 2.09 | | −2 | −0 | −4 |
| **ELONGATION (%)** | | | | | | | | |
| ETHILON | 27 | 29 | 25 | 34 | | 7 | −7 | 26 |
| NOVAFIL | 37 | 41 | 32 | 58 | | 11 | −14 | 57 |
| PROLENE | 37 | 37 | 33 | 78 | | 0 | −11 | 111 |
| PVDF(N) | 34 | 41 | 38 | 69 | | 21 | 12 | 103 |
| **YOUNG'S MODULUS (Kpsi)** | | | | | | | | |
| ETHILON | 544 | 352 | 449 | 227 | | −35 | −17 | −58 |
| NOVAFIL | 369 | 314 | 301 | 177 | | −15 | −18 | −52 |
| PROLENE | 721 | 661 | 677 | 214 | | −8 | −6 | −70 |
| PVDF(N) | 330 | 306 | 392 | 164 | | −7 | 19 | −50 |

Testing Conditions: G.L. = 1 in. and XH Speed = 1"/min for Prolene and 5"/min for all other samples.

ST# E211−92, 85−219

B:\10YR−SUM

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.11336183