# Kim Geisinger

## General Reliance List
## *in Addition to Materials Referenced in Report*

## MDL Wave 4

Kim Geisinger Materials List

**Medical Literature**

| |
|---|
| Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, James ND. [Pop 341, 1-3 yr fu] Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women: 3-year outcomes from the Evaluation of Transobturator Tapes study. Eur Urol (2012) 62:843-851 |
| Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. European Journal of Obstetrics & Gynecology and Reproductive Biology 151 (2010) 190-192 |
| Abdelwahab O, Shedid I, Al-Adi AM. [Pop 60, 9 mo fu] Tension-free vaginal tape versus secure tension-free vaginal tape in treatment of female stress urinary incontinence. Curr Urol 2010;4:93-98. |
| Abed H. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J; 2011;11:1384-95. |
| Aigmueller T, et al. [10 yr fu] Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol. 2011; 205:496.e1-5. |
| Altman MD, et al. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse. N Engl J Med 2011;364:1826-36 |
| Amid PK. Classification of biomaterials and their related complications in abdominal wall hernia surgery. Hernia: 1997:1:15-21. |
| Athanasiou S. Grigoriadis T, Zacharakis D, Skampardonis N, Lourantou D, Antsaklis A. [Pop 124, 7 yr fu] Seven years of objective and sub-jective outcomes of transobturator (TVT-O) vaginal tape: why do tapes fail? Int Urogynecol J (2014) 25:219-225 |
| Barone, Abramowitch, Moalli. Host Response to Biomaterials for Pelvic Floor Reconstruction. Ch. 13 (2015) |
| Benbouzid S, et al. Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up. Int J Urol 2012:19;1010-1016. |
| Bendavid, Iakovlev, et al. A mechanism of mesh-related post-herniorraphy neuralgia. Hernia (2015). |
| Bendavid, Iakovlev. Mesh-Related SIN Syndrome. A Surreptitious Irreversible Neuralgia and Its Morphologic Background in the Etiology of Post-Herniorrhaphy Pain. International Journal of Clinical Medicine, 2014, 5, 799-810 |
| Bernasconi F, et al. TVT SECUR System: Final results of a prospective, observational, multicentric study. Int Urogynecol J (2012) 23:93-98 |
| Bianchi-Ferraro AM, et al. Randomized controlled trial comparing TVT-O and TVT-S for the treatment of SUI: 2 year resultsRandomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence: 2-year results. Int Urogynecol J 2014 Oct;25(10):1343-8. |
| Blaivas J, Iakovlev. Safety considerations for synthetic sling surgery. Nat. Rev. Urol. (2015) |
| Blaivas, Mekel. Management of urinary fistulas due to midurethral sling surgery. J Urol (2014), doi: 10.10.16/j.juro.2014.04.009. |
| Boulanger L, Boukerrou M, Lambaudie E, Defossez A, Cosson M. Tissue integration and tolerance to meshes used in gynecologic surgery: an experimental study, Eur J Obstet Gynecol Reprod Biol 2006; 125(1): 103-8. |
| Boulanger L. Bacteriological Analysis Of Meshes Removed For Complications After Surgical Management of Urinary Incontinence or Pelvic Organ Prolapse. Int Urogynecol J (2008) 19: 827-831 |
| Boulanger. Development of an animal model to study meshes used in genital prolapse surgery. European Journal of Obstetrics & Gynecology and Reproductive Biology 136 (2008) 254-259 |
| Brown, Abramowitch, Moalli, et al. Characterization of the host inflammatory response following implantation of prolapse mesh in rhesus macaque. Am J Ostet Gynecol (2015), 213:668.e1-10. doi:10.1016/j.ajog.2015.08.002. |

Kim Geisinger Materials List

**Medical Literature**

| |
|---|
| Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surger: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011;205:498e.1-6 |
| Capobianco G. TVT-Abbrevo: efficacy and two years follow-up for the treatment of stress urinary incontinence. Clin Exp Obstet Gynecol 2014; 41(4): 445-447 |
| Carey M, et al. Vaginal repair with mesh versus colporrhaphy for prolapse; a randomized controlled trial.  BJOG 2009;116:1380-1386. |
| Clave A, et al. Polypropylene as a reinforcement in pelvic surgery is not inert: comparative analysis of 100 explants. Int Urogynecol J (2010) 21: 261-270 |
| Collinet P. The safety of the inside-out transobturator approach for transvaginal tape (TVT-O) treatment in stress urinary incontinence: French registry data on 984 women. Int Urogynecol J (2008) 19:711-715 |
| Costello CR, et al. Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants from a Single Patient. Surgical Innovation 2007; 14(3): 168-176. |
| Costello, et al. Materials Characterization of Explanted Polypropylene Hernia Meshes. J Biomed Mater Res Part B: Appl Biomater 83B: 44-49, 2007 |
| Cox A, Herschorn S, Lee L. [Nat Rev Urol] Surgical management of female SUI: is there a gold standard? Nat Rev Urol. 2013 Feb;10(2):78-89. |
| Cozad, Ramshaw et al. Materials characterization of explanted polypropylene, polyethylene terephthalate, and expanded polytetrafluoroethylene composites: Spectral and thermal analysis. (2010) Wiley InterScience |
| de Landsheere L. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol 2012;206:83.e1-7 |
| de Leval J, Thomas A, Waltregny D. [Pop 175, 1 yr f_u] (Abbrevo) The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J 2011;22:145-156. |
| Deng D, et al. Presentation and Management of Major Complications of Midurethral Slings: Are Complications Under-reported? Neurourol Urodynam. 2007. 26:46-52. |
| Deprest J, et al. The biology behind fascial defects and the use of implants in pelvic organ prolapse repair. Int Urogynecol J (2006) 17:S16-S25. |
| Dietz HP, et al. [Pop 68, median 1.6 yrs fu] Does the Tension-Free Vaginal tape stay Where you Put It? Am J Obstet Gynecol 2003; 188:950-3 |
| Elmer C, et al. Histological inflammatory response to transvaginal polypropylene mesh for pelvic reconstructive surgery, J Urol (2009), 181 (3), 1189-95. |
| Engelsman. In Vivo Evaluation of Bacterial Infection Involving Morphologically Different Surgical Meshes. Ann Surg 2010;251: 133-137 |
| Falconer C, Ulmsten U. Influence of Different Sling Materials on Connective Tissue Metabolism in Stress Urinary Incontinent Women. Int Urogynecol J (2001) (Suppl 2): S19-S23 |
| Ford AA, et al. (Cochrane Review[FULL]) Mid-urethral sling operations for stress urinary incontinence in women. (2015) |
| Gad N. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study, J Obstet Gynaecol Res. 2013 Jan;39(1):243-9 |
| Govier F. et al. Complications of transvaginal silicone-coated polyester synthetic mesh sling. Urology 66 (4). 2005 |

# Kim Geisinger Materials List

**Medical Literature**

| |
|---|
| Groutz A, Rosen G, Cohen A, Gold R, Lessing JB, Gordon D. [Pop 52, 10 yr fu] Ten-year subjective outcome results of the retropubic tension-free vaginal tape for treatment of stress urinary incontinence. J Minim Invasive Gynecol (2011) 18:726-729 |
| Halaska M, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol. 2012 Oct;207(4):301.e1-7 |
| Hazewinkel M. Persistent groin pain following a trans-obturator sling procedure for stress urinary incontinence: a diagnostic and therapeutic challenge. Int Urogynecol J (2009) 20:363-365 |
| Heinonen P. [Pop 191, mean 10.5 yrs fu] Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol 2012; 19:1003-1009 |
| Hill, Barber, et al. [Pop 130] Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 26:591-595 |
| Hinoul P. Anatomical variability in the trajectory of the inside-out transobturator vaginal tape technique (TVT-O). Int Urogynecol J (2007) 18:1201-1206 |
| Hinoul, Waltregny, de Leval. (IUJ) An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J (2011) 22:997-1004 |
| Huffaker K et al. Histologic response of porcine collagen-coated and uncoated polypropylene grafts in a rabbit vagina model. Am J Obstet Gynecol 2008;198:582.e1-582.e7. |
| Iakovlev, Guelcher, Bendavid. Degradation of polypropylene in vivo: A microscopic analysis of meshes explanted from patients. J Biomed Mater Res Part B (2015) |
| Jacquetin B, et al. Total transvaginal mesh technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21: 1455-1462 |
| Jamieson DJ and Steege JF. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain and Irritable Bowel Syndrome in Primary Care Practices. Obstet Gynecol, 1996; 87:1, 55-58 |
| Kao A, et al. Dyspareunia in postmenopausal women: A critical review. Pain Res Manage 2008; 13(3): 243-254 |
| Karlovsky M. Synthetic Biomaterials for Pelvic Floor Reconstruction. Current Urology Report 2005; 6:376-384 |
| Kelly, et al. [+Supplementary] In vivo response to polypropylene following implantation in animal models: a review of biocompatibility. Int Urogynecol J (2016). |
| Khan ZA, Thomas L, Emery SJ. Outcomes and complications of trans-vaginal mesh repair using the Prolift kit for pelvic organ prolapse at 4 years median follow-up in a tertiary referral centre. Arch Gynecol Obstet (2014) 290:1154-1157. |
| Khandwala S, et al. [Pop 141, mean 14 mo fu] Experience with TVT-Secur sling for stress urinary incontinence: a 141-case analysis. Int Urogynecol J (2010) 21:767-772 |
| King A. Is there an association between polypropylene midurethral slings and malignancy. Urology 84: 789-792, 2014 |
| King AB, Goldman HB. Current controversies regarding oncologic risk associated with polypropylene midurethral slings. Curr Urol Rep (2014) 15:453. |
| Klinge U. Alloplastic Implants for the Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse. Hernia Repair Sequelae (2010), Ch. 56, 440-444 |
| Klinge, Klosterhalfen. Modified classification of surgical meshes for hernia repair based on the analysis of 1,000 explanted meshes. Hernia (2012) 16: 251-258 |
| Klosterhalfen, Junge, Klinge, et al. The lightweight and large porous mesh concept for hernia repair. Expert Rev. Med. Devices 2(1) 2005. |
| Klosterhalfen, Junge, Klinge. Influence of implantation interval on the long-term biocompatibility of surgical mesh. British Journal of Surgery (2002), 89, 1043-1048 |

**Kim Geisinger Materials List**

**Medical Literature**

| |
|---|
| Laurikainen E, Valpas A, Aukee P, Kivelä A, Rinne K, Takala T, Nilsson CG. [Pop 254, 5 yr fu] Five-year results of a randomized trial comparing retropubic and transobturator midurethral slings for stress incontinence. Eur Urol (2014) 65:1109-1114 |
| Lee J, et al. [Pop 283, 1 yr fu] ICS Abs 5 - A Prospective Multicenter Randomized Comparative Study Between the U-and H-type Methods of the TVT Secur Procedure for the Treatment of Female Stress Urinary Incontinence: 1-Year Follow-up. (2009) |
| Liapis A, Bakas P, Creatsas G. [Pop 65, 5 & 7 yr fu] Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J Pelvic Floor Dysfunct (2008) 19:1509-1512 |
| Liebert, et al. Subcutaneous Implants of Polypropylene Filaments. J Biomed Mater Res, Vol. 10, PP 939-951 (1976) |
| Lin AT, et al. In vivo tension sustained by fascial sling in pubovaginal sling surgery for female stress urinary incontinence. J Urol. 2005 Mar;173(3):894-7. |
| Linder BJ, et al. Evaluation of the local carcinogenic potential of mesh used in the treatment of female stress urinary incontinence. Int Urogynecol J (2016). |
| Lo TS, et al. Ultrasound assessment of mid-urethra tape at three-year follow-up after tension-free vaginal tape procedure. Urology 63:671-675, 2004 |
| Lowman JK, Hale DS, et al. Does the Prolift system cause dyspareunia? AJOG 2008; 199:707.e1-707.e6 |
| Lucas MG, et al. EAU Guidelines on Surgical Treatment of Urinary Incontinence. Eur Urol (2012) 62:1118-1129. |
| Lukacz ES, et al. [Pop 54, 1 yr fu] The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J Pelvic Floor Dysfunct. 2003 Aug;14(3):179-84. |
| Maher C, et al. (full 141pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Collaboration (2016) |
| Maher C. Surgical management of pelvic organ prolapse in women. Cochrane Review (2013). |
| Meschia M. [IUGA Abs. 059] Multicenter randomized trial of tension-free vaginal tape (TVT) and Tran-obturator in-out technique (TVT-O) for the Treatment of Stress urinary Incontinence. Int Urogynecol J. (2006) 17 (Suppl. 2): S57-S100 |
| Mesh Structure Table |
| Miller D, Lucente V, Babin E, Beach P, Jones P, Robinson D. [AUGS Abs Paper 24] Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Prolapse: 5-Year Results. Female Pelvic Med Reconstr Surg 2011;17: 139-143 |
| Moalli PA, et al. Tensile Properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 19:655-663. |
| Moalli, Nager, et al. Polypropylene mesh: evidence for lack of carcinogenicity. Int Urogynecol J (2014). |
| Muhl, Klinge. New Objective Measurement to Characterize the Porosity of Textile Implants. J Biomed Maler Res Pan B: Appl Biomaler 84B: 176-1 83, 2008 |
| Nambiar A, Cody JD, Jeffery ST. Single-incision sling opera-tions for urinary incontinence in women. Cochrane Database Syst Rev 6 (2014) :CD008709 |
| Nguyen J, Burchette. Outcome after Anterior Vaginal Prolapse Repair; A randomized Controlled Trial. Obstet Gynecol 2008;111;891-8 |
| Nieminen K. Outcomes after anterior vaginal wall repair with mesh: a randomized, controlled trial with a 3 year follow-up. Am J Obstet Gynecol2010;203:235.e1-8. |

Kim Geisinger Materials List

**Medical Literature**

| |
|---|
| Nilsson C. Creating a gold standard surgical procedure: the development and implementation of TVT. Int Urogynecol J 2015; 26(4): 467-469 |
| Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C. [Pop 58, 17 yrs fu] Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013) 24: 1265-1269 |
| Nilsson CG. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008) 19: 1043-1047 |
| Nolfi, Abramowitch, Moalli, et al. [Explant histo review] Host response to synthetic mesh in women with mesh complications. Am J Obstet Gynecol 2016; 215: 206.e1-8. |
| Ogah J. (Short Cochrane Rev) Minimally Invasive Synthetic Suburethral Sling Operations for Stress Urinary Incontinence in Women: A Short Version Cochrane Review. Neurourology and Urodynamics (2011) 30:284-291 |
| Olsson I, Abrahamsson AK, Kroon UB. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence: a retrospective follow-up 11.5 years post-operatively. Int Urogynecol J (2010) 21:679-683 |
| Ong, Thames, White. [IUGA Abs PP 19] The Myth: In Vivo Degradation of Polypropylene Meshes. Int Uogynecol J (2016) 27 (Suppl 1):S37-S38. |
| Pulliam S. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J (2007) 18:1405-1408 |
| Richter HE, Alba ME, Zyczynski HM, et al. (TOMUS) Retropubic versus transobturator midurethral slings for stress incontinence. N Eng J Med (2010); 362:2066-2076. |
| Schimpf MO, Rahn DD, Wheeler TL et al. (published) [meta-analysis] Sling surgery for stress urinary incontinence in women: a systematic review and meta-analysis. Am J Obstet Gynecol (2014) 211:71.e1-71.e27 |
| Schimpf, Murphy, et al. (SGS) Graft and Mesh Use in Transvaginal Prolapse Repair: A Systematic Review. Obstet Gynecol 2016; 0:1-11 |
| Serati M, et al. [Pop 191, 5 yr fu] TVT-O for the treatment of Pure Urodynamics Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. European Urology 63 (2013) 872-878 |
| Serati M, Ghezzi F, Cattoni E, Braga A, Siesto G, Torella M, Cromi A, Vitobello D, Salvatore S. [Pop 58, but 10 yrs fu] Tension-free vaginal tape for the treatment of urodynamic stress incontinence: efficacy and adverse effects at 10-year follow-up. Eur Urol (2012) 61:939-946 |
| Shin YS, et al. [Pop 46, 2 yr fu] Efficacy and Safety of the TVT-Secur and Impact on Quality of Life in Women with Stress Urinary Incontinence: A 2-Year Follow-up. Korean J Urol 2011;52:335-339 |
| Sivaslioglu AA. A randomized comparison of polypropylene mesh surgery with site-specific surgery in the treatment of cystocoele. Int Urogynecol J (2008) 19:467-471 |
| Smith TM, et al. Pathologic evaluation of explanted vaginal mesh: interdisciplinary experience from a referral center, Female Pelvic Med Reconstr Surg (2013) 19(4): 238-41. |
| Sobhgol SS, Charndabee SMA. Rate and related factors of dyspareunia in reproductive age women: a cross-sectional study, Int. J. Impot. Res. (2007) 19(1):88-94 |
| Sokol A, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse, Am J Obstet Gynecol. 2012 Jan;206(1):86.e1-9 |
| Stanford EJ. Traditional native tissue versus mesh-augmented pelvic organ prolapse repairs: providing and accurate interpretation of current literature, Int Urogynecol J (2012) 23:19-28 |
| Su T. Impact of Prolift procedure on bladder function and symptoms in women with pelvic organ prolapse, Int Urogynecol J (2011) 22:585-590 |

# Kim Geisinger Materials List

**Medical Literature**

| |
|---|
| Svenningsen R, et al. (Norwegian registry) [Pop 542, median 129 mo fu] Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J. 2013 Aug;24(8):1271-1278 |
| Svenningsen R. [Pop 810, 10 yr fu] Risk Factors for Long-Term Failure of the Retropubic Tension-Free Vaginal Tape Procedure. Neurourology and Urodynamics (2013) 33:1140-1146 |
| Talley, A. Oxidation and degradation of polypropylene transvaginal mesh. J Biomater Sci Polym Ed. 2017 Apr; 28(5):444-458 |
| Tang X, et al. [Pop 94, 24 mos fu] Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, Vol. 21, No. 6 (2014). |
| Tang X. [Pop 33, 12 mo fu] Short-Term Effect of TVT-Secure Procedure on Quality of Life and Sexual Function in Women with Stress Urinary Incontinence. Journal of Minimally Invasive Gynecology (2013) 20, 455-459 |
| Thames, White Ong. The myth in vivo degradation of polypropylene based meshes. Int Urogynecol J (2016); doi: 10.1007/s00192-016-3131-4 |
| Thames, White, Ong. Reply to Thompson's ltr "In vivo polypropylene mesh degredation is hardly a myth." Int Urogynecol J (2016); doi: 10.1007/s00192-016-3237-8 |
| Thompson, Ostergard, et al. In vivo polypropylene mesh degradation is hardly a myth. Int Urogynecol J (2016); doi: 10.1007/s00192-016-3233-z |
| Tincello DG, et al. The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women. The Journal of Urology 2011, Vol. 186, 2310-2315 |
| Tommaselli GA, D'Afiero A, di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-free vaginal tape-O and -Secur for the treatment of stress urinary incontinence: a thirty-six-month follow-up single-blind, double-arm, randomized study. J Minim Invasive Gynecol (2013) 20, 198-204 |
| Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2645-5 |
| Tommaselli GA, et al. Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence: a 5-year follow-up randomized study. Eur J Obstet & Gynecol and Reprod Biol 2015;185:151-155 |
| Velemir, Amblard. Transvaginal mesh repair of anterior and posterior vaginal wall prolapse: a clinical and ultrasonographic study. Ultrasound Obstet Gynceol 2010; 35:474-480 |
| Vervest HA, Bongers MY, van der Wurff AA. Nerve injury: an exceptional cause of pain after TVT, Int Urogynecol J Pelvic Floor Dysfunct (2006), 17 (6), 665-667. |
| Walters, Weber. [OBMgmt] Which sling for which SUI patient? OBG Management (2012); 24(5): 29-40 |
| Wang AC, et al. [Pop 700, 670 TVT, 30 SPARC] A histologic and immunohistochemical analysis of defective vagina healing after continence taping procedures: A prospective case-controlled pilot study. American Journal of Obstetrics and Gynecology (2004) 191, 1868-74. |
| Withagen M, et al. Does trocar-guided tension-free vaginal mesh (Prolift'") repair provoke prolapse of the unaffected compartments? Int Urogynecol J (2010) 21: 271-278 |
| Withagen M, et al. Risk Factors for Exposure, Pain, and Dyspareunia after Tension-Free Vaginal Mesh Procedure. Obstet Gynecol (2011) 118: 629-36. |
| Withagen M. [Pop 186 (Prolift 83), 1 yr fu] Trocar-Guided Mesh Compared with Conventional Vaginal Repair in Recurrent Prolapse, A Randomized Controlled Trial. Obstet Gynecol 2011;117:242-50 |

**Kim Geisinger Materials List**

**Medical Literature**

| |
|---|
| Woodruff AJ, et al. Histologic comparison of pubovaginal sling graft materials: A comparative study. Urology 72 (2008) 85-89. |
| Zyczynski H. [Pop 597, 2 yr fu] Sexual Activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012;207:421.e1-6. |

**Kim Geisinger Materials List**

**Production Materials**

| Document Description [Bates Range] |
|---|
| 91 Day Tissue Integration Study |
| ETH.MESH.00514908-921 - 2007 13 Week PSM study on Contracture and Integration in Swine Models |
| ETH.MESH.00860239-310 - TVT-O IFU |
| ETH.MESH.02319001 - 91 Day Tissue Integration PowerPoint |
| ETH.MESH.02340568-755 - TVT-S |
| ETH.MESH.02341398-1453 - Prosima |
| ETH.MESH.02341658-733 - Prolift IFU |
| ETH.MESH.02615519 - Prolift +M |
| ETH.MESH.02616825 - Prolene Soft |
| ETH.MESH.03932909-11 - History of TVT-O |
| ETH.MESH.03932912-14 - History of TVT |
| ETH.MESH.05453719-727 - 1992 7 Year Dog Study Prolene Sutures |
| ETH.MESH.15955438-473 - 1983 surface cracking reports re prolene sutures in humans |
| ETH.MESH.22128727 - TVT-O |
| ETH.MESH.22128963 - Gynemesh PS |
| ETH.MESH.22129031 - TVT |
| ETH.MESH.22129185 - TVT Exact |
| HMESH_ETH_03034869-70 - Prolene Mesh |
| HMESH_ETH_11049264-328 - TVT Abbrevo |

**Kim Geisinger Materials List**

**Other Materials**

| Publically Available |
|---|
| 2011 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence |
| 2013 AUA SUI Patient Guide |
| 2013 AUGS Position Statement on Restrictions of Surgical Options forPFD FINAL |
| 2013 Sept. NICE Guideline - Urinary Incontinence: The management of urinary incontinence in women. Issued September 2013. |
| 2014 Mar 12 - AUGS SUFU Patient FAQs MUS for SUI |
| 2014 Mar 12 - AUGS-SUFU Provider FAQs MUS for SUI |
| 2016 AUGS, SUFU, ACOG, SGS, AAGL, NAFC, WHF Position Statement: Mesh Midurethral Slings for Stress Urinary Incontinence. |
| ACOG - (FAQ081) Patient Guide to Urinary Incontinence |
| ACOG (1995) technical bulletin. Urinary Incontinence. No. 213 - Oct. 1995 (Replaces |
| ACOG (2005) Practice Bulletin 63 (Obstet Gyn) - Urinary Incontinence in Women |
| ACOG Patient Information Sheet (FAQ166) - Surgery for SUI (2011) |
| AUA - Monograph on SUI (2011) |
| AUA Position Statement on the Use of Vaginal Mesh for the Repair of POP |
| AUGS-SUFU MUS Position Statement Approved 1.3.2014 |
| British Association of Urological Surgeons - BAUS - Synthetic Vaginal Tapes for Stress Incontinence |
| FDA 3.27.2013 Position Statement re Considerations about Surgical Mesh for SUI |
| FDA_24 Hour Summary |
| FDA_Executive Summary |
| FDA_Presentation - SUI - Pressley |
| ICS_Factsheets_2013_Edition - SUI - p 13 Miduretheral sling the choice |
| IUGA (2011) - Stress Urinary Incontinence A Guide for Women |

**Kim Geisinger Materials List**

**MDL Wave Cases**

| Depositions |
|---|
| |
| |
| **Expert Reports** |
| Iakovlev, Vladimir (Wave 1 General Report) - 01.29.16 |