**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 4 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 4**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018 (memorandum in support). Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017          Respectfully submitted,

                                        /s/ Edward A. Wallace
                                        Edward A. Wallace
                                        Wexler Wallace LLP
                                        55 W Monroe Street, Suite 3300
                                        Chicago, Illinois 60603
                                        T. (312) 346-2222
                                        F. (312) 346-0022
                                        E. eaw@wexlerwallace.com

                                        Bryan F. Aylstock, Esq.
                                        Renee Baggett, Esq.
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 East Main Street, Suite 200
                                        Pensacola, Florida 32563
                                        T. (850) 202-1010
                                        F. (850) 916-7449
                                        E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Benz, Christine | 2:12-cv-04097 |
| Clark, Addie | 2:12-cv-03598 |
| Clark, Addie | 2:12-cv-03598 |
| Herold, Melissa | 2:12-cv-04412 |
| Howe, Cynthia | 2:12-cv-05237 |
| Poland, Nyla | 2:12-cv-04659 |
| Rizer, Ranae Lynn | 2:12-CV-05128 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                           /s/ Edward A. Wallace
                           Edward A. Wallace
                           Wexler Wallace LLP
                           55 W Monroe Street, Suite 3300
                           Chicago, Illinois 60603
                           T. (312) 346-2222
                           F. (312) 346-0022
                           E. eaw@wexlerwallace.com