# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| THIS DOCUMENT RELATES TO:<br>WAVE 4 CASES ON ATTACHED<br>EXHIBIT A | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF TED ROTH, MD

Plaintiffs respectfully request that the Court preclude defense expert Ted Roth, M.D., from giving opinions on: (1) the adequacy of Defendants' product warnings and instructions for use ("IFU"); (2) the design of Defendants' transvaginal mesh products at issue, including whether or not the design of those devices is reasonable; (3) any opinions regarding the safety and efficacy of TVT or TVT-O, or in the alternative, any opinions regarding differences in safety and efficacy rates between the TVT mechanically cut mesh and the TVT laser cut mesh; and (4) his statements about the safety and efficacy of Defendants' products based on his own practice. The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

Dated: April 13, 2017

1

Respectfully submitted,


/s/ Jeffrey M. Kuntz
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on April 13, 2017 using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


/s/ Jeffrey M. Kuntz
**Attorney for Plaintiffs**