**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR  Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY    MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 4 CASES LISTED IN
EXHIBIT A        JOSEPH R. GOODWIN U.S. DISTRICT
             JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
ROBERT M. ROGERS, M.D. FOR WAVE 4**

   Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Robert M. Rogers for Ethicon Wave 2, Dkt. 2417 (motion), 2466

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Robert M.

Rogers' testimony, for the reasons expressed in the Wave 2 briefing.  This notice applies to the

following Wave 4 cases identified in Exhibit A attached hereto.

Dated: April 13, 2017     Respectfully submitted,


          /s/ Michael H. Bowman
          Michael H. Bowman
          Wexler Wallace LLP
          55 W Monroe Street, Suite 3300
          Chicago, Illinois 60603
          T. (312) 346-2222
          F. (312) 346-0022
          E. mhb@wexlerwallace.com

          Bryan F. Aylstock, Esq.
          Renee Baggett, Esq.
          Aylstock, Witkin, Kreis and Overholtz, PLC
          17 East Main Street, Suite 200
          Pensacola, Florida  32563
          T. (850) 202-1010
          F. (850) 916-7449
          E. rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
T. 816-701-1102
F. 816-531-2372
E. tcartmell@wcllp.com

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Christopherson, Verla | 2:12-cv-04365 |
| Euans, Audrey | 2:12-cv-04514 |
| Gracon, Pamela | 2:12-cv-04516 |
| Hartwig, Deborah | 2:12-cv-05257 |
| Johnson, Pamela | 2:12-cv-03615 |
| Poland, Nyla | 2:12-cv-04659 |
| Schalk, Julie | 2:12-cv-04806 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Michael H. Bowman
Michael H. Bowman
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
T. (312) 346-2222
F. (312) 346-0022
E. mhb@wexlerwallace.com