# Exhibit A

**EXHIBIT A – JOHNSON DAUBERT MOTION**

**THIS DOCUMENT RELATES TO
PLAINTIFFS:**

*Sandra l. Elliott, John W. Elliott*
*Case No. 2:12-cv-03834*

*Wendy B. Happel, John B. Happel*
*Case No. 2:12-cv-03889*

*Tiffany Gutillo*
*Case No. 2:12-cv-03378*

*Mary Coppinger, Robert Coppinger*
*Case No. 2:12-cv-05129*

1