# Exhibit C

# In The Matter Of:

*In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*

---

*Harry Johnson, M. D., FACOG, FACS*

*Vol. 1*

*March 21, 2017*

---

*Gore Brothers Reporting & Videoconferencing*

*20 South Charles Street, Suite 901*

*Baltimore, MD 21201*

*410-837-3027*

*www.gorebrothers.com*



Since 1961 - Serving MD, DC & VA - Worldwide

**Min-U-Script® with Word Index**

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

3    CHARLESTON DIVISION

4

5    IN RE:  ETHICON, INC.,              MASTER FILE NO.

6    PELVIC REPAIR SYSTEM                2:12-MD-02327

7    PRODUCTS LIABILITY                  MDL 2327

8    LITIGATION                          JOSEPH R. GOODWIN

9    _____/  U.S. DISTRICT JUDGE

10   THIS DOCUMENT RELATES TO ALL

11   WAVE 4 PLAINTIFFS and THESE

12   CASE-SPECIFIC PLAINTIFFS:

13   Mary Coppinger, et al.

14   vs.                                 Case No. 2:12-cv-05129

15   Ethicon, Inc., et al.

16   _____/

17

18

19

20

21   TITLE PAGE CONTINUED ON NEXT PAGE.

2

1        The Telephonic deposition of HARRY JOHNSON,

2    JR., M.D., FACOG, FACS was held on Tuesday, March 21,

3    2017, commencing at 1:05 p.m., at Gore Brothers Reporting

4    & Videoconferencing, 20 South Charles Street, Suite 901,

5    Baltimore, Maryland 21022, before Susan M. Wootton,

6    Notary Public.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    REPORTED BY: Susan M. Wootton, RPR, CLR

3

1    APPEARANCES:

2

3        ON BEHALF OF THE PLAINTIFFS:

4    NATHANIEL M. JONES, ESQUIRE (Via Telephone)

5        Wagstaff & Cartmell, LLP

6        4740 Grand Avenue, Suite 300

7        Kansas City, MO 64112

8        Telephone:  816-701-1100

9        Facsimile:  816-531-2372

10        Email:  njones@wcllp.com

11

12        ON BEHALF OF THE DEFENDANTS:

13    PHILIP J. COMBS, ESQUIRE

14        Thomas Combs & Spann, PLLC

15        300 Summers Street, Suite 1380

16        Charleston, WV 25301

17        Telephone:  304-414-1805

18        Facsimile:  304-414-1801

19        Email:  pcombs@tcspllc.com

20

21

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

INDEX

Deposition of HARRY JOHNSON

March 21, 2017


Examination By:                                    Page

MR. JONES                                        5, 45

MR. COMBS                                           51


Exhibit No.                                       Marked

Exhibit 1 Flash Drive of Dr. Johnson's General

          Prolift Reliance Materials                11

Exhibit 2 Content Sheet for Dr. Johnson's

          Deposition Binder                         13

Exhibit   Dr. Johnson's Report                      13


          (Exhibits attached to transcript.)

5

```
 1                    PROCEEDINGS
 2   Whereupon,
 3              HARRY JOHNSON, M.D., FACOG, FACS
 4   called as a witness, having been first duly sworn to
 5   tell the truth, the whole truth, and nothing but the
 6   truth, was examined and testified as follows:
 7              EXAMINATION BY MR. JONES:
 8         Q    Hi, Doctor.  Could you state your full name
 9   for the record, please?
10         A    Harry Wallace Johnson, Junior.
11         Q    My name is Nate Jones and do you understand
12   this, that I represent the plaintiffs in this
13   litigation, and this is my opportunity to ask you
14   questions related to the report that you have written
15   about the Prolift Mesh Kit?
16         A    Yes.
17         Q    Have you ever acted as a consultant
18   physician for Ethicon before, Doctor?
19         A    I -- I have proctored some physicians on
20   Ethicon products.
21         Q    When did you start proctoring physicians on
```

6

1  Ethicon products?

2      A    I only did it probably for three, I don't

3  know, three or four physicians somewhere around the

4  year 2000.

5      Q    What products, what Ethicon products did

6  you proctor other physicians on?

7      A    TVT.

8      Q    Is it fair to say you've never proctored

9  other physicians on the Prolift Mesh Kit for Ethicon

10  before?

11      A    I -- I've been an instructor in a cadaver

12  course where I instructed on Prolift.

13      Q    Any other work?  Were you paid by Ethicon

14  for that work?

15      A    I believe that work was done for a company

16  called Innovations in Medical Education and Technology.

17      Q    Fair to say that Ethicon has never asked

18  you to perform consulting work on the Prolift Mesh Kit

19  device, outside of litigation?

20      A    Right.  I'm not a consultant on that

21  product.

7

1      Q      When did you -- well, let me ask you this
2   first.  How many times have you used the Prolift Mesh
3   Kit device?
4      A      Approximately 150 times.
5      Q      When did you start using the device?
6      A      Mid 2000.  So, you know, 2005, 2006,
7   somewhere in there.  I'm not even sure of the exact
8   year.
9      Q      Doctor, as part of your review of
10  materials, in forming your opinions related to the
11  Prolift Mesh Kit device, have you reviewed what are
12  commonly referred to as society statements on
13  Transvaginal Mesh for the Repair of Pelvic Organ
14  Prolapse?
15     A      I have.
16     Q      Why did you first use the Prolift measure
17  device, Doctor?
18     A      It was a surgical procedure, that was less
19  invasive than an abdominal procedure, that was designed
20  to give you a result that was better than a native
21  tissue vaginal procedure.

8

1      Q      And I assume at some point in time you

2   stopped using the Prolift Mesh Kit device, is that

3   fair?

4      A      I did.

5      Q      Why did you stop using it?

6      A      Because I couldn't obtain it at my hospital

7   any longer.

8      Q      When?  What time period was that?

9      A      I'm not sure of the exact year.  I would

10   guess somewhere around 2010 or '11, somewhere in there.

11   I don't know the exact year.

12      Q      At some point in 2010 or 2011, your

13   hospital stopped purchasing the Prolift Mesh Kit

14   Device?

15      A      Yes.

16      Q      And at that point in time, you stopped

17   using the Prolift Mesh Kit Device because your hospital

18   no longer made it available to you, fair?

19      A      Yes.

20      Q      What hospital was that?

21      A      University of Maryland Medical System.

9

1      Q     Did you have any conversations with any of

2 the physicians, at that point in time, about the

3 hospital's no longer making the Prolift Mesh Kit Device

4 available for use?

5      A     I don't believe so.

6      Q     You didn't make any effort to persuade the

7 hospital to continue to purchase the Prolift Mesh Kit

8 Device, at that point in time?

9      A     Well, I let them know that I was satisfied

10 with the device.

11      Q     Could you repeat that?  Sorry, sometimes

12 things get lost over here.

13      A     I let them know that I was satisfied with

14 the device.

15      Q     And what was their response?

16      A     That they couldn't obtain it from, from

17 Ethicon any longer.

18      Q     Were there any other physicians at the

19 University of Maryland Hospital that were, at that

20 point in time, using the Prolift Mesh Kit Device?

21      A     No.

10

1          Q       Fair to say that in 2010 or 2011, you were

2    the only physician at the University of Maryland

3    Hospital using the Prolift Mesh Kit Device?

4          A       Yes.

5          Q       Doctor, did you prepare a reliance list

6    associated with your report in this case or this

7    litigation?

8          A       I have a list of -- of materials, yes.

9          Q       And did you prepare that list?

10         A       That was a list -- well, the materials, the

11   materials that I obtained were from Butler Snow and

12   they prepared the list.

13         Q       Was it important for you, Doctor, in

14   forming your opinions in this litigation related to the

15   Prolift Mesh Kit Device, to review internal Ethicon

16   company documents about the Prolift Mesh Kit Device?

17         A       I didn't review internal Ethicon memos

18   regarding the device.

19         Q       Doctor, how long did it take you to

20   draft -- well, let me back up.

21                 Did you bring with you today any materials,

11

1    Doctor?

2         A     I brought some articles, my CV, my report.

3         Q     If we could -- go ahead.

4         A     Like, there are some review articles and

5    then some IFU and educational material from Ethicon for

6    physicians.

7              MR. COMBS:  And Nate, this is Phil Combs.

8    I brought a flashdrive that has a copy, an electronic

9    copy of the materials on Dr. Johnson's reliance list.

10             MR. JONES:  Why don't we do it like this.

11   Let's mark the flashdrive as Exhibit 1 for the record.

12   And Phil, is there a password for that flashdrive?

13             MR. COMBS:  Nate, there probably is.

14   Honestly, I don't know it.  I can get it for you.

15             MR. JONES:  Yeah, that's fine.

16             MR. COMBS:  Okay.  Give me one second just

17   to make a note of that so I don't forget that.  All

18   right.  I'm good now.

19             (Johnson Exhibit 1 was marked for purposes

20              of identification.)

21             MR. JONES:  And then if we could mark the

12

1    materials that the doctor has brought as Exhibit 2.

2                 THE REPORTER:  Do you want the entire

3    folder marked?

4                 MR. COMBS:  Yeah, Nate, it's a three-ring

5    binder.

6                 THE REPORTER:  Do you want this on the

7    record?

8                 MR. COMBS:  Yeah, we can stay on the

9    record.

10                THE REPORTER:  Okay.

11                MR. COMBS:  Could I make a suggestion on

12   that, Nate?  We have an Index or a Table of Contents

13   that's just one page that lists everything that's on

14   it.

15                There's not a single thing on it that --

16   that you're not -- that you don't have.

17                It's basically four sections.  It just has

18   his general report, some literature, FDA notifications,

19   and the IFUs.

20                And could we just maybe mark the Table of

21   Contents, so that we don't have a 2000 page exhibit?

13

1          MR. JONES:  Yeah, that's fine, but I do

2     want to mark his report.

3          MR. COMBS:  Okay.

4          MR. JONES:  So let's mark the Table of

5     Contents, and again it's hard for me, because I'm not

6     there.

7          But I'll trust your report of what's in

8     front of him.  And it sounds like we already have that

9     stuff.

10          MR. COMBS:  Yes.

11          MR. JONES:  I do want to mark the report.

12     So we'll mark the Table of Contents as Exhibit 2 and

13     we'll mark his Expert Report as Exhibit 3.

14          MR. COMBS:  Okay.  That is fine.  Those

15     have been handed to the court reporter.

16          MR. JONES:  Thanks, Phil.

17          THE REPORTER:  Just give me one second, and

18     I'll mark everything here.

19          (Johnson Exhibits 2 and 3 were marked for

20     purposes of identification.)

21

14

1        THE REPORTER:  Okay, they're marked.

2        Q        Thank you.  Doctor, do you know what year

3   Prolift was launched by Ethicon?

4        A        I think it was around 2005.  That's an

5   estimate.

6        Q        Did you review, in forming your opinions in

7   this case, the application that Ethicon filed with the

8   FDA?

9                 Let's refer to it as the 510(k)

10  Application, to market the Prolift Mesh Kit Device?

11       A        I did not.

12       Q        Fair to say since you didn't review it, you

13  don't know when that application was filed?

14       A        That's correct.

15       Q        Do you know anything about the regulatory

16  history concerning the Prolift Mesh Kit Device, as it

17  relates to it being cleared by the FDA for market?

18       A        I know it was cleared by the FDA.

19       Q        Other than that, any other information?

20       A        I don't believe so.

21       Q        Doctor, from the time period of the

15

1    mid 2000s, when you first started using the Prolift

2    Mesh Kit Device, to 2010 or '11 when you stopped using

3    the Prolift Mesh Kit Device, were there any other

4    physicians besides yourself at the University of

5    Maryland Hospital also using the Prolift Mesh Kit

6    Device?

7         A    Well, first I'll say; you know, I know

8    those years are just estimates.  I don't know the -- I

9    would have to check the exact years.

10        But during that time, I was training

11   fellows in urogynecology, that worked with me for up to

12   a year, that -- that I trained to use the device.

13        But there were no other attending

14   physicians there using the device.

15        Q    Other than the Prolift Mesh Kit Device, did

16   you use any other transvaginal mesh kits for the repair

17   of pelvic organ prolapse?

18             MR. COMBS:  Object to form.

19             THE WITNESS:  I've used the AMS device and

20   that's the only one that I can recall.

21        Q    Do you recall what AMS device you used?

16

1      A      I don't.  I don't.  I can't recall the name

2  of it, but it was a posterior wall repair.

3      Q      And why did you use that device, Doctor?

4      A      I was at another hospital in the system and

5  that was the device that they had.

6      Q      Have you -- we talked a little bit about

7  your use of the Prolift Mesh Kit Device, and now I want

8  to a break it up and ask you specifically about the

9  different types of repair kits for the Prolift Mesh Kit

10  device.

        Have you used the Prolift posterior mesh

11

12  kit?

13      A      I have.

14      Q      Have you used the Prolift anterior mesh

15  kit?

16      A      I have.

17      Q      And have you used the Prolift total mesh

18  kit?

19      A      I have.

20      Q      And correct me if I'm wrong, but I think

21  you said you've used the Prolift about 150 times, fair?

17

1        A       Approximately, yes.

2        Q       Okay.  Of those 150 times, how many times,

3    can you give me a breakdown of how many times were for

4    posterior kit, anterior kit and Prolift total?

5        A       I can't, off the top of my head, give you

6    that number; but I would estimate that I used the

7    anterior more than the total or the posterior.

8        Q       You can't give me an exact number, but more

9    likely than not, your use of the Prolift mesh kits

10   would have been predominantly the use of the Prolift

11   anterior mesh kit, is that fair?

12       A       It would be, yeah, anterior, greater than

13   posterior, greater than total, would be my estimate.

14       Q       And is there a reason for that, Doctor?

15       A       It just was the procedure that was needed

16   by the patient that I was seeing.

17       Q       Did you ever have any concerns about using

18   transvaginal mesh for the repair of -- or let me -- let

19   me strike that.

20               Did you ever have any concerns about using

21   transvaginal mesh in a posterior repair?

18

1     A     Not really.

2     Q     Do you currently use any transvaginal mesh

3  for the repair of pelvic organ prolapse, Doctor?

4     A     No.  Well, I mean, other than for

5  mid-urethral slings.

6     Q     Yeah, and I'm just asking about pelvic

7  organ prolapse.

8     A     Okay.  No, I don't.

9     Q     Why is that, Doctor?

10    A     Well, there's not really very much

11  available.

12    Q     There are products that involve the use of

13  transvaginal mesh to treat pelvic organ prolapse

14  currently available, correct?

15          THE REPORTER:  I'm sorry, can you repeat

16  the question?  You faded out a little bit.

17          MR. JONES:  Yeah.  Doctor, you do know that

18  there are products currently available that involve the

19  use of transvaginal mesh to treat pelvic organ

20  prolapse, correct?

21          THE WITNESS:  Yes.

19

1          Q       Okay.  You don't currently use any of those

2    products, correct?

3          A       Correct.

4          Q       Other than your use of mesh to treat stress

5    urinary incontinence, do you use any mesh whatsoever in

6    your clinical practice?

7          A       I do.

8          Q       Can you describe that for me?

9          A       I use -- I use abdominal mesh to perform

10   sacral colpopexy for pelvic organ prolapse.

11         Q       Which mesh product do you use for that

12   repair?

13         A       Primarily now I use the Coloplast mesh, but

14   I also use the Prolene soft mesh.

15         Q       Why do you currently primarily use the

16   Coloplast mesh?

17         A       Well, at the -- at my main hospital, that's

18   what we have.

19         Q       Have you noticed the difference between the

20   handling characteristics of the Coloplast mesh as it

21   compares to the Prolene soft mesh?

20

1    A    No.

2    Q    Do you know if there's a difference in the

3  density or weight between the Coloplast mesh and the

4  Prolene soft mesh that you use?

5    A    There is some difference in the weight.

6    Q    Okay.

7    A    I would have to check the density.

8    Q    What's the difference in the weight?

9    A    Coloplast, I believe is a little less,

10  although I don't have the exact numbers.

11    Q    Is there a difference in the pore size

12  between those two meshes?

13    A    Yes.

14    Q    Okay.  What's the difference?

15    A    I would have to check that number.  I mean,

16  I know they're both large pore meshes.

17    Q    Do you know which of those two meshes has

18  larger sized pores?

19    A    I believe the Coloplast does.

20    Q    Is there a difference?

21    A    I'd have to, again, I'd have to check the

21

1    exact number.

2         Q    Sure.  Is there a difference in the

3    stiffness of the two meshes?

4         A    Well, handling them as a surgeon, I find

5    them to be very comparable in stiffness.

6         Q    Do you know if there's been any studies

7    published that compare the stiffness between the

8    Coloplast mesh and the Prolene soft mesh?

9         A    I know I've seen, I've seen charts that

10   compare the two, but I can't give you the exact numbers

11   comparing the two.

12        Q    Doctor, do you know who Gene Kammorer is,

13   as it relates to this litigation?

14        A    No.

15        Q    Doctor, do you know who Charlotte Owens is,

16   as it relates to this litigation?

17        A    No.

18        Q    Doctor, do you know who Martin Wylesburg

19   is, as it relates to this litigation?

20        A    No.

21        Q    Doctor, do you know who Piet Hinoul is, as

22

1    it relates to this litigation?

2         A    No.

3         Q    Doctor, do you know who Laura Angellini is,

4    as it relates to this litigation?

5         A    No.

6              MR. JONES:  Are you there?  Hello.

7              MR. COMBS:  We can hear you, Nate.

8         Q    Okay.  Doctor, do you know who Dr. Kimberly

9    Kenton is?

10        A    I know who that is.

11        Q    Did you review her deposition in forming

12   your opinions in this case?

13        A    No, I did not.

14        Q    Do you know who Dr. Juan Felix is?

15        A    No.

16        Q    Okay.  Do you know who a Dr. Roger McLendon

17   is?

18        A    No.

19        Q    Do you know who a Dr. Anne -- or excuse

20   me -- do you know who Anne Wilson is, as it relates to

21   this litigation?

23

1      A      No.

2      Q      All right.   Doctor, let's talk about your

3  use of Prolene soft, outside of the Prolift mesh kit

4  device, and we're going to talk about the

5  transabdominal approach here.

6             How many times have you used Prolene soft

7  through the abdomen to treat pelvic organ prolapse?

8      A      I would estimate in excess of -- I would

9  estimate in excess of 700 cases.

10     Q      When did you start using Gynemesh PS

11  through the abdominal approach?

12     A      I -- I can't remember the exact year, but I

13  started using Prolene soft mesh sometime after -- I

14  don't know -- I would estimate 1998 or something like

15  that.

16     Q      Since your use in 1998 until today of using

17  Gynemesh PS through the abdominal approach, has there

18  been any fluctuation in your use of Gynemesh PS,

19  meaning, have there been times when you've used it more

20  than other time periods from 1998 to today?

21             MR. COMBS:   Object to form.

24

1    A    Well, the Prolene soft mesh is the only

2    mesh that I was using through the abdomen until, you

3    know, until the hospital switched to the Coloplast

4    mesh.

5    Q    When did your hospital switch to the

6    Coloplast mesh?

7    A    Probably, I would guess maybe three years

8    ago, something like that.

9    Q    So, fair to say as of three years ago, your

10   use of Gynemesh PS through the abdominal approach

11   decreased, correct?

12   A    Yes.

13   Q    And it decreased because the hospital

14   started purchasing Coloplast mesh, correct?

15   A    That's correct.

16   Q    Do you know why your hospital started to

17   purchase Coloplast mesh?

18   A    Well, the meshes were comparable and the,

19   the pricing was better for Coloplast.

20   Q    When you say the meshes are comparable, are

21   you saying that the two meshes are comparable in their

25

1    clinical outcomes?

2         A     Well, the decision was on the

3    characteristics of the mesh.  So it was a type 1 mesh

4    with large pores, low weight, monofilament.

5         Q     Have you noticed any clinical -- well, let

6    me strike that.

7              Have you noticed any differences in the

8    clinical outcomes in your patients that you've

9    implanted the Gynemesh PS mesh abdominally in, as

10   compared to the Coloplast mesh?

11        A     I have not.

12        Q     Doctor, do you keep a patient registry of

13   your mesh patients?

14             MR. COMBS:  Object to form.

15             THE WITNESS:  There's a registry of

16   minimally invasive cases, which is primarily the

17   slings, that's done through --

18             Well, it's a center -- we're a center of

19   minimally invasive gynecologic surgery, and there's a

20   national registry.

21             I'm blanking on the name of it, but I

26

1    believe that mostly would look at cases like slings.

2          Q      Sure.

3          A      I don't think -- I don't think that it

4    looks at open abdominal cases, because they're not

5    minimally invasive.

6          Q      Okay.  So let me break that down a little

7    bit.  It's fair to say that you don't have a patient

8    registry that tracks your patients who have had a

9    transvaginal mesh product implanted for the use of

10   pelvic organ prolapse, fair?

11         A      Well, I do have a registry.  I just don't

12   implant mesh vaginally, currently.

13         Q      All right.  Let me back up.  You don't have

14   a patient registry that tracks the performance of your

15   patients, when you use mesh through the abdomen to

16   treat pelvic organ prolapse, correct?

17         A      Correct.

18         Q      And --

19         A      Unless -- unless it's -- I'm not sure that

20   they -- I have to check if the registry keeps track of

21   robotics and laparoscopy, but I don't have it for open

27

1    cases.

2         Q      And because you currently don't use

3    transvaginal mesh for the treatment of pelvic organ

4    prolapse, you don't have a patient registry for that,

5    correct?

6         A      Well, no, I have a registry.  I just don't

7    have cases that are going into it, currently.

8         Q      How many patients are in that registry?

9              MR. COMBS:  Object to form.

10             THE WITNESS:  That's a -- it's a national

11   database, so I really don't know.

12        Q      Okay.  Do you have access to that database?

13        A      Well, I'm part of it, so I believe I do.

14        Q      Okay.  And what's the name of that

15   database?

16        A      I -- I don't -- I don't have the name with

17   me today.  I would have to get that for you.

18        Q      Okay.

19        A      It's through -- it's through the center,

20   The Center for Minimally Invasive Gynecology at

21   Maryland with the -- I believe the name of the company

28

1    is SRC or Surgical Review.  I would have to check the

2    name for you.

3         Q     Okay.  But that -- would that be a case of

4    registry that we could, or that you could access and

5    pull out information, say, that would report the

6    erosion rate of the patients in which you've implanted

7    the Prolift Mesh Kit devices?

8         A     I believe that that -- I believe that that

9    database is for --

10              Well, it's for complications related to

11   surgery.  But it's through the hospital, so I'm not

12   sure that they have access to the outpatient chart.

13              So I don't actually do the entry into that

14   database.  It's independent of the surgeons.

15        Q     Okay.

16        A     So I would have to check that.

17        Q     Okay.  Would it have information related to

18   the recurrence rate in those patients?  Recurrence

19   meaning the pelvic organ prolapse that was treated with

20   the mesh recurring?

21        A     I would have to check that.

29

1      Q      Okay.  It's fair to say that that's not

2 information that you pulled and relied on, in forming

3 your opinions in this -- in your report?

4      A      That's correct.

5      Q      Doctor, have you ever used the Prolift plus

6 mesh kit?

7      A      I do not recall using that.

8      Q      Doctor, do you know who Axel Arnaud is, in

9 relationship to this litigation?

10     A      I do not.

11     Q      Doctor, are you familiar with the medical

12 diagnosis of chronic mesh pain syndrome?

13     A      I'm familiar with chronic pain syndrome.

14     Q      Yeah, I'm asking specifically about a term,

15 quote, chronic mesh pain syndrome.  Have you heard of

16 that diagnosis?

17     A      I've heard of that.

18     Q      Okay.  What's your understanding of that,

19 that diagnosis, quote, chronic mesh pain syndrome?

20     A      Chronic pain in a patient who has mesh

21 placed or implanted.

30

1      Q      Have you seen that in your own practice,

2   Doctor?

3      A      I've seen patients who had pain that have

4   had mesh procedures.

5      Q      Do you believe that the presence of the

6   Gynemesh PS mesh, inside of a woman's body, can cause

7   that woman pain?

8      A      I believe that patients who have had

9   surgical procedures formed -- performed, which include

10  mesh placement, and include operations without mesh

11  placement, can have pain after the surgery is

12  performed.

13     Q      Do you believe the mesh itself can cause

14  pain in -- to a woman?

15     A      I believe it's related to the surgical

16  procedure, and it can be found in patients with mesh as

17  well as patients without mesh.

18     Q      Fair to say that you do not believe the

19  mere presence of polypropylene mesh inside of a woman's

20  vagina can cause her pain, fair?

21             MR. COMBS:  Object to form.

31

1        THE WITNESS:  I don't believe the mere --

2   mere presence of mesh is a cause of all pelvic pain.  I

3   think it's related to the procedure that the patient

4   had, and that may or may not include mesh.

5        Q     Okay.  And when a surgeon like yourself

6   implants the Prolift Mesh Kit device in a patient that

7   follows the instructions for use, is there any reason

8   why, based on your expert opinion, why the mesh, say

9   five years after the date of implant, will have excess

10  tension on the mesh?

11       A     I'm not completely sure what you mean by

12  that.

13       Q     Sure.  You implant a mesh, Prolift Mesh Kit

14  device.  Say it's a posterior mesh kit.  You follow the

15  instructions for use.  The surgery goes well.

16            Five years after you put it in, the lady

17  comes back and sees you and you examine her and there's

18  tension on the mesh arms.

19            Can you explain why -- well, first off, has

20  that ever happened in your practice?

21       A     Well, I -- I have no way to measure tension

32

1    on mesh arms in the vagina.

2         Q    Have you ever examined a patient where

3    they've had tightness around the transvaginal mesh

4    device?

5         A    Well, the -- the placement of the

6    transvaginal mesh device is an operation in the vagina

7    like any operation in the vagina.

8              And when you do that, you can have scarring

9    of the vagina with mesh or without mesh, that can

10   reduce the caliber of the vagina.

11        Q    Have you ever examined a patient where

12   there's been -- where you have noted tension on the

13   Prolift mesh arms?

14        A    Again, I don't -- I don't know how you

15   would measure tension in the vagina.

16        Q    Have you ever removed transvaginal mesh

17   from women, Doctor?

18        A    I have.

19        Q    How many removal surgeries have you

20   performed?

21             MR. COMBS:  So Nate, you're talking about

33

1  now for meshes implanted for pelvic organ prolapse?

2                    MR. JONES:  Well, let me ask about all of

3  it.  So I'll get to it, Phil, but Doctor, why don't you

4  give us a breakdown of the mesh, total mesh removal

5  surgeries you've performed.

6                    MR. COMBS:  Object to form.

7                    THE WITNESS:  Total mesh removals would

8  probably be, approximately, this is an estimate, around

9  110 or so.

10        Q      And those mesh removal surgeries that you

11  estimate at around 110 or so, do those include mesh

12  revision surgeries?

13        A      That would include patients taken to the

14  operating room for revision or removal of mesh.

15        Q      Okay.  How many surgeries to revise mesh,

16  outside of the operating room, have you performed?

17        A      That -- that number would be very low,

18  probably, I don't know.  Maybe 10 to 15, not many.

19        Q      So the vast majority of the mesh removal or

20  revision surgeries you have performed have been in the

21  operating room, correct?

34

1    A    Yes.

2    Q    And of those 120 to 125 mesh removal or

3    revision surgeries that you've performed, how many of

4    those have been related to pelvic organ prolapse mesh?

5         MR. COMBS:  Object to form.

6    A    I would estimate at approximately 35 or so.

7    Q    And the remaining number would be related

8    to mesh used to treat stress urinary incontinence?

9    A    That's correct.

10   Q    When did you start performing mesh removal

11   or revision surgeries, Doctor?

12   A    Early to mid 2000s.

13   Q    When is the last time you performed a mesh

14   removal or revision surgery?

15   A    For pelvic organ prolapse?

16   Q    For either.

17   A    For stress urinary incontinence; today.

18   Q    Tell me about the revision surgery you

19   performed today.

20   A    It was a -- a patient who had a TVT-O

21   performed approximately 11 years ago that has recurrent

35

1    stress incontinence and I revised her sling today.

2         Q      Did you implant that patient with a

3    additional transvaginal mesh product?

4         A      Well, I removed the TVT-O and implanted a

5    TVT.

6         Q      Besides recurrence of stress urinary

7    incontinence, were there any other symptomatology that

8    led you to remove her TVT-O mesh?

9         A      No.

10        Q      And you know that the Gynemesh PS mesh is

11   made from the same polypropylene material that is in

12   the TVT line of products, correct?

13        A      Yes.

14        Q      Doctor, do you know what standards a

15   medical device company like Ethicon applies when

16   drafting the instructions for use associated with a

17   product like Prolift?

18        A      I've never drafted an IFU, so I'm not, I'm

19   not an expert on the standards required.

20        Q      Doctor, are you familiar with what's

21   referred to as the TVM Group, as it relates to the

36

1    Prolift Mesh Kit device?

2         A    I am.

3         Q    Doctor, are you aware that members of the

4    TVM Group reported to Ethicon that the Gynemesh PS

5    mesh, when used transvaginally, would shrink inside of

6    women's vaginas at three months after implant?

7              MR. COMBS:  Object to form.

8              THE WITNESS:  Well, I am.  I would

9    expect -- I would expect that because of scarring of

10   the tissue where it's placed.

11             In normal healing, you get scarring and

12   shrinkage of tissue.

13        Q    Doctor, how is the Prolift Mesh Kit device

14   held in place or fixated inside of a woman's vagina?

15        A    Which, which device are you talking about?

16        Q    Start with the Total.

17        A    Well, the Total has three arms on each side

18   that are placed posteriorly through the sacrospinous

19   ligament, and anteriorly through the arcus tendineus

20   fasciae pelvis, which are structures lateral to the

21   vagina.

37

1          And then you can use an anchoring suture at

2    the apex, if you feel like you need to.

3          Q    Doctor, are you familiar with the Committee

4    Opinion 513 which is a joint opinion from the medical

5    societies of ACOG and OGS, as its relates to

6    transvaginal mesh for the treatment of pelvic organ

7    prolapse?

8          A    Yes.

9          Q    And what is the significance of that

10   Committee Opinion 513, in forming your opinions in this

11   litigation?

12         A    That was one of the pieces of information

13   that, that I reviewed in forming my opinions.

14         Q    Do you agree or disagree?  Well, first off,

15   what was the finding in Committee Opinion 513 from ACOG

16   and OGS?

17              MR. COMBS:  Object to form.

18              THE WITNESS:  Well, it's a five-page report

19   discussing synthetic, synthetic mesh and the use for

20   pelvic organ prolapse.

21         Q    Are there any statements in that five-page

38

1  report that you disagreed with?

2       A     Well, I don't think I agree with everything

3  in this statement.

4       Q     Okay.  Tell me what -- tell me the -- what

5  you disagreed with in that statement?

6       A     Well, I would have to read this entire

7  statement to -- to agree with you that I don't agree

8  with everything in this statement.

9       Q     All right.  Let's save -- let's save each

10  other both some time here and I'll just ask you:

11       Do you -- a portion of the Committee

12  Opinion states that mesh kits should only be used in

13  high-risk individuals for which no other options are

14  available or appropriate.

15       Do you agree with that finding or opinion

16  contained in this joint opinion from ACOG and OGS?

17       A     Well, I -- I would agree that you should

18  have used the mesh in appropriate patients, as an

19  alternative to abdominal placement of mesh, and that

20  each patient has to be evaluated individually to, to

21  decide whether placement of that mesh is appropriate in

39

1    their particular case or not.

2            Q       Doctor, have you attended the OGS

3    conventions?

4            A       I have from time to time.

5            Q       In OGS conventions, are there

6    representatives from medical device companies?

7            A       There's usually a area of exhibits from

8    companies.  It's not actually in the meeting, but it's

9    adjacent to it.

10           Q       Okay.  As you sit here today, do you recall

11   a report from a medical society stating that the use of

12   transvaginal mesh for the repair of pelvic organ

13   prolapse was an experimental treatment?

14           A       No.

15           Q       As you sit here today, do you recall a body

16   of literature out of the University of Pittsburgh, led

17   by Dr. Pam Moalli studying meshes used for pelvic organ

18   prolapse repair?

19           A       I have seen the studies by Dr. Moalli.

20           Q       Okay.  And generally, and this isn't a

21   memorization test, but generally what do those studies

40

1    discuss?

2              MR. COMBS:  Object to form.

3              THE WITNESS:  The -- the ones that I'm

4    familiar with looked at different characteristics of

5    the mesh, different physical characteristics of -- of

6    meshes from different companies.

7         Q    And do you generally recall any of the --

8    the findings or conclusions that Dr. Moalli and her

9    group of researchers made about mesh characteristics,

10   as -- as it relates to transvaginal mesh for pelvic

11   organ prolapse?

12        A    It's been a while since I looked at those

13   studies.  I would have to look at them.

14        Q    Okay.  Doctor, you are aware that of the

15   mesh products currently on the market used through the

16   abdominal approach to treat pelvic organ prolapse, that

17   Gynemesh PS is one of the most stiff meshes available

18   for physicians to use?

19             MR. COMBS:  Object to form.

20             THE WITNESS:  I mean, in my experience, I

21   find it very pliable as I hold it in my hands.  The --

41

1    the -- the numbers with that, I -- I can't give you

2    right off the top of my head.

3         Q    Doctor, have you reviewed any of the

4    522 orders from the FDA as it relates to Gynemesh PS?

5         A    I have not.

6         Q    Doctor, as we sit here today, do you know

7    the specific pore size of the Gynemesh PS mesh?

8         A    I believe it's 2400 microns.

9         Q    Do you know the specific weight of the

10    Gynemesh PS mesh?

11         A    42.5.

12         Q    And do you know the pore size of the

13    Gynemesh PS mesh?  Well, let me ask you this way.

14         You know that the pore size of the

15    Gynemesh PS mesh gets smaller after it's implanted

16    inside the woman's vagina, correct?

17         MR. COMBS:  Object to form.

18         THE WITNESS:  Well, I know -- I know it's

19    possible it could get smaller, but it's -- you know, to

20    be a macroporous mesh it needs to be greater than 75

21    and this is 2400.

42

1      Q      Got it.  But you do know that the pore size

2   becomes smaller over time, after it's implanted inside

3   the body, correct?

4      A      I don't know that for sure.

5      Q      Okay.  Have you ever read any peer-reviewed

6   medical literature discussing how the pore size of the

7   Gynemesh PS mesh, or other meshes implanted inside a

8   woman's vagina, gets smaller after it's implanted?

9             MR. COMBS:  Object to form.

10            THE WITNESS:  I'm sure I've read that, but

11   I don't recall it specifically.

12            MR. JONES:  Okay.  Why don't we take a

13   quick break.  I'm going to review my notes.  I might

14   not have much left to go.  Take about a 5 or 10 minute

15   break.

16            THE WITNESS:  Okay.

17            MR. COMBS:  Okay.  Nate, are we going to

18   leave the line open or do you want to call back in?

19            MR. JONES:  No, we'll leave the line open.

20   Do you guys want to take a longer break?

21            MR. COMBS:  It doesn't matter.  It's two,

43

1    it's 2:12.  When do you want us to be back here ready

2    for more questions?

3            MR. JONES:  Let's be back at 2:30, and then

4    I probably don't have much left.

5            I might have 30 more minutes, maybe an hour

6    on at most, but probably about 30 more minutes after

7    that.

8            MR. COMBS:  Okay.  I mean, you can't have

9    an hour, but --

10            MR. JONES:  How much total time do I have;

11    two hours?

12            MR. COMBS:  Yeah.

13            MR. JONES:  Okay.  Let me review my notes.

14    We'll come back at 2:30.

15            MR. COMBS:  Let's come back at, let's come

16    back at, let's come back at 2:20.

17            And the only reason -- I'm not trying to

18    pressure you at all, I just -- I have a flight I want

19    to make sure I catch.

20            MR. JONES:  Oh, Phil, yeah.  I'm not trying

21    to be like that.  So let's come back at 2:20.  I

44

1    guarantee you I -- I don't have much time left so.

2                    MR. COMBS:  Okay.  Great.  And if you need,

3    more time -- oh, I'm sorry, Nate.  I kind of didn't

4    realize what time it was.  It's 2:13.  How about we

5    come back at 2:25?

6                    MR. JONES:  Got it.  Perfect.

7                    MR. COMBS:  I spaced on what time it was

8    when I said come back at 2:20.  Sorry.

9                    MR. JONES:  You're fine.

10                   (A short break was taken.)

11                   MR. JONES:  Doctor, are you ready after a

12   short break?

13        A    Yes.

14        Q    Okay.  I'm going to ask you whether you

15   agree or disagree with this statement:

16                   The published literature reveals that while

17   vaginal POP repair with mesh often restores anatomy --

18                   THE REPORTER:  I'm sorry, can you say that

19   question again, because it faded out in the beginning?

20                   MR. JONES:  Yes.  Doctor, I'm going to ask

21   you simply whether you disagree or agree with this

45

1    statement:

2              The published literature reveals that while

3    vaginal POP repair with mesh often restores anatomy, it

4    has not been shown to improve clinical benefit over

5    traditional non-mesh repair.  This is particularly true

6    for apical and posterior repair with mesh.

7              Do you agree or disagree with that

8    statement?

9         A      I don't completely agree with that

10   statement.

11             MR. JONES:  Those are all questions that I

12   have for you, Doctor, at this point.  I might have some

13   follow-up questions in relationship to questions Phil

14   has for you, if he has some.

15             But those are all the questions that I have

16   for you for now, and thank you very much for your time,

17   Doctor.

18             (A discussion was held off the record.)

19             EXAMINATION BY MR. COMBS:

20        Q      All right.  Dr. Johnson, my name is Phil

21   Combs.  I want to ask you some questions now on behalf

46

1    of Ethicon.

2          During your direct examination, do you

3    remember when Mr. Jones asked you some questions about

4    mesh removals?

5          A    Yes.

6          Q    And I just want to ask you a couple of

7    follow-up questions on that.

8          You testified that you had done

9    approximately 115 to 125 mesh removals total, do you

10   remember that?

11         A    Yes.

12         Q    Would those have been your cases?

13         A    They were -- those patients were referred

14   to me with mesh problems.

15         Q    And what kind of referral practice do you

16   have?

17         A    I have a tertiary referral type practice at

18   the University of Maryland.  I see patients from

19   approximately a -- generally a five-state region.

20         Q    So, in regard to the testimony that you

21   gave to Mr. Jones, those removals, there would be no

47

1    denominator for the amount of meshes that had been put

2    in by the implanting physicians, would there?

3         A    Right.  Those -- those were not my

4    patients.  The majority were not my patients.

5         Q    All right.  So the second line of questions

6    I want to ask you about is, Mr. Jones asked you about

7    the drafting of IFUs.  Do you remember those questions?

8         A    Yes.

9         Q    You testified that you were not a

10   regulatory person and were not an expert on the

11   standards required to draft an IFU, is that correct?

12        A    That's correct.

13        Q    Now, do you, in fact, have knowledge about

14   the knowledge of surgeons regarding potential

15   complications?

16        A    Yes.

17        Q    How is it that you would have that

18   knowledge?

19        A    Well, I -- I have knowledge of surgical

20   complications through my training and experience.

21             So that includes medical school, residency,

48

1    fellowship training, 30 years of experience, a review

2    of medical literature, attending conferences, basically

3    anything that, that involves surgical practice and

4    education.

5         Q      And would you also have information

6    regarding the complications related to vaginal surgery

7    that are known by other physicians?

8         A      Yes.

9              MR. JONES:  Objection.

10             MR. COMBS:  Do you, in fact, teach other

11   physicians vaginal surgery?

12        A      I do.

13        Q      And could you just explain what that

14   encompasses?

15        A      Well, I've -- I've trained medical people

16   on all different levels, which includes medical

17   students, residents and fellows, as well as other

18   surgeons, regarding the performance of vaginal

19   procedures.

20             And that can include basically any

21   procedure that's done through the vagina that doesn't

49

1   involve, in general, cancer, unless it's an early, an

2   early stage or something that's unexpected.

3            That involves treatment of anterior and

4   posterior walls of the vagina, hysterectomy, other

5   things that can happen to the vagina, uterus, bladder,

6   rectum and urethra.

7       Q    And during what time period have you been

8   educating medical students, residents, fellows and

9   fellow surgeons?

10      A    Well, I started my residency in 1985, and

11  during residency programs, you teach other residents,

12  residents that are below, you as well as medical

13  students.

14           And then I became an attending physician in

15  1989, and since that time, I've been involved in

16  teaching residents, medical students and fellows.

17           I was head of the residency training

18  program at the University of Maryland from nineteen,

19  approximately 1993 to 2000; basically 2004, basically

20  about 10 or 11 years.

21           I trained fellows in urogynecology for

50

1    approximately 25 years, which meant that I had one

2    fellow per year that spent time with me.

3             And then I've acted as a consultant to

4    physicians in the Baltimore region providing them a

5    referral source as well as instructing them on

6    procedures if they so inquire.

7         Q    Is there any way you can estimate for us

8    the number of surgeons that you have trained?

9         A    Well, I've had six residents a year since

10   approximately 1989.

11            The first three years, there was only four

12   residents per year because I was at the National Naval

13   Medical Center and they only have four.

14            Maryland has six per year and for the last

15   three years, we had seven per year and that would be

16   over the course of 18 years for residents.

17            And then I've trained approximately

18   20 fellows in urogynecology, pelvic reconstructive

19   surgery.

20            MR. COMBS:  Dr. Johnson, that's all the

21   questions I have at this time.  Thank you.  Nate?

51

1             EXAMINATION BY MR. JONES:

2       Q     Yeah, just a couple.  Doctor, you talked

3 about the 115 to 125 mesh removal or revision surgeries

4 that you have performed.

5           Those were predominantly referrals for mesh

6 related problems, correct?

7       A     Yes.

8       Q     What mesh problems would you commonly see

9 in these referrals that were sent to you?

10      A     Most commonly would be an erosion.  I also

11 saw some patients with pain.

12           MR. JONES:  Those are all the questions

13 that I have.  Thanks, Doctor.  Thanks, Phil.

14           MR. COMBS:  Thank you.  Dr. Johnson will

15 read and sign.

16           THE REPORTER:  Okay.  And Mr. Jones, what

17 would you like to receive, and do you have any rush?

18           MR. JONES:  No rush.  And let me check with

19 my -- the people that tell me what to do and send me an

20 E-Mail.  I can reply back very promptly and let you

21 know exactly what we need.

52

1                  THE REPORTER:   Okay.   That would be great.

2                  MR. JONES:   Okay.

3                  MR. COMBS:   All right.   Thank you, Nate.

4      Talk to you later.

5                  MR. JONES:   Safe travels.

6                  (Deposition concluded at 2:40 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

53

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary will be made on the Errata Sheet.

_____

Harry Johnson, M.D., FACOG, FACS

_____

Date

(If needed, make additional copies of the Errata Sheet on the next page or use a blank piece of paper.)

54

1                    ERRATA SHEET

2     Case: Ethicon, Inc.

3     Witness: Harry Johnson, Jr., M.D.

4     Date: March 21, 2017

5     PAGE/LINE          SHOULD READ          REASON FOR CHANGE

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

55

1   State of Maryland

2   County of Baltimore, to wit:

3           I, SUSAN M. WOOTTON, a Notary Public of the

4   State of Maryland, County of Baltimore, do hereby

5   certify that the within-named witness personally

6   appeared before me at the time and place herein set

7   out, and after having been duly sworn by me, according

8   to law, was examined by counsel.

9           I further certify that the examination was

10  recorded stenographically by me and this transcript is

11  a true record of the proceedings.

12          I further certify that I am not of counsel

13  to any of the parties, nor in any way interested in the

14  outcome of this action.

15          As witness my hand this 4th day of

16  April, 2017.

17          *Susan M. Wootton* _____

18              Susan M. Wootton, RPR

19                  Notary Public

20  My Commission Expires:

21  June 12, 2019