# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br>**WAVE 4 CASES** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PAUL J. MICHAELS, M.D.

Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Dr. Paul J. Michaels. Dr. Michaels' proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Paul J. Michaels, M.D., and also the following exhibits:

- A  List of cases to which this motion applies;
- B  June 18, 2016 General Deposition of Paul J. Michaels, M.D.;
- C  General Expert Report of Dr. Paul J. Michaels dated July 1, 2016;
- D  August 25, 2014 Trial Testimony from the Jo Huskey case;
- E  March 23, 2016 deposition of Scott Guelcher, Ph.D.;
- F  March 2, 2016 deposition of Jimmy Mays;
- G  October 30, 2013 deposition of Howard Jordi;

| | |
|---|---|
| H | June 18, 2016 deposition of Paul J. Michaels, M.D. in the Tamara Carter case; |
| I | June 18, 2016 deposition of Paul J. Michaels, M.D. in the Marion Chrysler case; |
| J | February 12, 2014 trial testimony from the Carolyn Lewis case; |
| K | Eth.Mesh.15955462; |
| L | General Report of Dr. Steven MacLean, February 14, 2017; |
| M | S. Benight, *et al.*, *Microscopy of Intentionally Oxidized Polypropylene-Based Mesh Material* (forthcoming May 2016); |
| N | C.R. Costello, et al., *Characterization of Heavyweight and Lightweight Polypropylene Prosthetic Mesh Explants From a Single Patient,* 14 Surg. Innov. 168 (2007); |
| O | A. Clave, et al., *Polypropylene As a Reinforcement In Pelvic Surgery Is Not Inert: Comparative Analysis of 100 Explants,* 21 Int. Urogynecol. J. 261, 266 (2010); |
| P | A.J. Wood, et al., *Materials Characterization and Histological Analysis of Explanted Polypropylene, PTFE, and PET Hernia Meshes from an Individual Patient*, 24 J. Mater. Sci. Mater. Med. 1113 (2013); |
| Q | W. Jongebloed & J. Worst, *Degradation of Polypropylene in the Human Eye: A SEM Study*, 64 Documenta Opthamologica 143 (1986); |
| R | C. Mary, *et al.*, *Comparison of the* In Vivo *Behavior of Polyvinylidene Fluoride and Polypropylene Sutures Used in Vascular Surgery*, 44 Am. Soc'y Articial Internal Organs J. 199 (1998); |
| S | General TVT Expert Report of Shelby Thames, Ph.D., January 12, 2017; |
| T | T. Liebert, et al., *Subcutaneous Implants of PP Filaments*, 10 J. Biomed. Mater. Res. 939 (1976); |
| U | March 25, 2014 Deposition of Scott Guelcher, Ph.D. from the Tonya Edwards case; |
| V | Eth.Mesh.13334286-13334299; |
| W | Eth.Mesh.15955438-15955473; |

X V. Iakovlev, et al., *Pathology of Explanted Transvaginal Meshes* (2014);

Y V. Iakovlev, *et al.*, *Degradation of Polypropylene* In Vivo: *A Microscopic Analysis of Meshes Explanted From Patients*, J. Biomed. Mater. Res. Part B (2015);

Z Excerpts from William Westra, *et al.*, Surgical Pathology Dissection (2003);

AA Excerpts from Susan Lester, Manual of Surgical Pathology (2010);

BB March 31, 2016 deposition of Maria Abadi, M.D.;

CC General Expert Report of Teri Longacre, M.D., February 13, 2017;

DD General Expert Report of Roger McLendon, M.D., March 1, 2016;

EE General Expert Report of Hannes Vogel, M.D., March 1, 2016;

FF A. Hill, *et al.*, *Histopathology of Excised Midurethral Sling Mesh*, 26 Int'l Urogyncol. J. 591 (2015); and

GG Paul J. Michaels, M.D. *Sierra* Report, May 13, 2016.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Paul J. Michaels.

 Respectfully submitted,

 ETHICON, INC., ETHICON LLC, AND
 JOHNSON & JOHNSON

 */s/ David B. Thomas*
 David B. Thomas (W.Va. Bar #3731)
 THOMAS COMBS & SPANN PLLC
 300 Summers Street
 Suite 1380 (25301)
 P.O. Box 3824
 Charleston, WV 25338
 Telephone: 304.414.1807
 dthomas@tcspllc.com

3

        */s/ Christy D. Jones*
        Christy D. Jones
        BUTLER SNOW LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        Telephone:   601.985.4523
        christy.jones@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327 |
| **THIS DOCUMENT RELATES TO:**<br>**WAVE 4 CASES** | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I certify that on April 13, 2017, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

 

                                                                */s/ David B. Thomas*
                                                David B. Thomas (W.Va. Bar #3731)
                                                THOMAS COMBS & SPANN PLLC
                                                300 Summers Street
                                                Suite 1380 (25301)
                                                P.O. Box 3824
                                                Charleston, WV 25338
                                                Telephone: 304.414.1807
                                                dthomas@tcspllc.com