# EXHIBIT A

EXHIBIT A TO MICHAELS MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Baksic, Danielle & Brian | 2:12cv03536 |
| Goins, Sondra & William | 2:12cv03289 |
| Humbert, Anne | 2:12cv04170 |
| Jones, Beverly & Greg | 2:12cv05555 |
| McKay, Kara | 2:12cv03807 |
| Moore, Jennifer & Ronald | 2:12cv05084 |
| Norris, Thelma | 2:12cv03294 |
| Presley, Wanda | 2:12cv04945 |
| Roman, Jeanette | 2:12cv05255 |
| Thompson, Harriet & Bertram | 2:12cv03741 |