# EXHIBIT BB

```
                  UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF WEST VIRGINIA
                     CHARLESTON DIVISION

        ********************************

IN RE:  ETHICON, INC. PELVIC       Master File No.
REPAIR SYSTEM PRODUCTS             2:12-MD-02327
LIABILITY LITIGATION
                                   MDL No. 2327
        ********************************
                                   JOSEPH R. GOODWIN
This Document Relates to           U.S. DISTRICT JUDGE
Plaintiff:

Barbara Kaiser
Case No. 2:12-cv-00887

        ********************************
```

         DEPOSITION OF MARIA A. ABADI, MD


                 Thursday, March 31st, 2016

                      10:27 a.m.


         Held At:

              Butler Snow

              1700 Broadway

              New York, New York


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 2

1  APPEARANCES:
2
3  FOR THE PLAINTIFF:
4     THOMAS O. PLOUFF, ESQ. (Via speakerphone)
5        COSTELLO, MCMAHON BURKE & MURPHY, LTD
6        150 N. Wacker Drive
7        Chicago, Illinois 60606
8        312-541-9700
9        tplouff@costellaw.com
10
11
12  FOR THE DEFENDANT:
13     PHILIP J. COMBS, ESQ.
14        THOMAS COMBS & SPANN, PLLC
15        PO Box 3824
16        Charleston, West Virginia 25338-3824
17        304-414-1805
18        pcombs@tcspllc.com
19
20
21
22
23
24
25

Page 3

1              INDEX
2  EXAMINATION                    PAGE
3  MARIA A. ABADI, MD
4    BY MR. PLOUFF              4
5    BY MR. COMBS              92
6    BY MR. PLOUFF             99
7
8
9         E X H I B I T S
10  NO.      DESCRIPTION        PAGE
11   1   Dr. Iakovlev's Report titled
         Clinico-Pathological Correlation
12       of Complications Experienced by
         Ms. Barbara Kaiser.................. 32
13
14   2   Four color figures.................. 48
15
     3   Five sheets of notes................. 85
16
17
18
19
20
21
22
23
24
25

Page 4

1            P R O C E E D I N G S
2
3        MARIA A. ABADI, MD,
4  having been first duly sworn, was examined and
5  testified as follows:
6         DIRECT EXAMINATION
7  BY MR. PLOUFF:
8     Q.  Please state your name.
9     A.  Maria A. Abadi.
10    Q.  And you are Ethicon's expert
11  pathologist in this case, is that right?
12    A.  Yes, that is correct.
13    Q.  What do you perceive your role to be
14  as an expert witness?
15    A.  Okay.  My role is to assess the
16  pathology of Ms. Kaiser, to examine -- in this
17  particular case, I examined the tissues, I
18  processed some of the tissues, and I performed a
19  microscopic evaluation.  I was also in charge of
20  reviewing Dr. Iakovlev's report, and to give my
21  opinions as to his report.
22    Q.  And when you say that one of the
23  things you are to do is to assess Mrs. Kaiser's
24  tissue, that has to be done in a fair manner, is
25  that right?

Page 5

1     A.  Yes, with the proper pathologic
2  methodology.
3     Q.  Right.
4         And in this case your job was to
5  report what you saw in the Kaiser tissue, and
6  that would be factual in nature, is that right?
7     A.  That is correct.
8     Q.  If there were changes due to mesh, you
9  would report that, correct?
10    A.  Yes.  If I saw any changes that were
11  related to the mesh, yes, I had -- absolutely
12  had to report that.
13    Q.  Okay.  Obviously I have your written
14  report on the Kaiser matter.  It is a -- well, I
15  notice the pages not numbered now that I have
16  looked at it, but it is a six-page report dated
17  March 16th, 2016.  And you issued that report,
18  correct?
19    A.  Yes, I did.
20    Q.  All right.  And are all the opinions
21  that you hold on the Kaiser matter disclosed in
22  your written report?
23    A.  Yes.
24    Q.  So you do not hold any opinions that
25  are not disclosed, is that correct, in your

2 (Pages 2 to 5)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 6

1    written report?
2        A.  That is correct.
3        Q.  Okay.  Who contacted you regarding the
4    Kaiser case?
5        A.  Who contacted me?
6        Q.  Yes.
7        A.  It was Mr. Andrew Snowden from Butler
8    Snow.
9        Q.  And when was that?
10        A.  It was about the same time as the
11    other cases.  I would say the end of 2015.
12        Q.  Okay.  When he contacted you initially
13    about any cases, I mean, did he talk to you
14    about any one particular case, or just in
15    general whether you would be an expert witness
16    for Ethicon?
17        A.  Yes, it was in a general manner, not
18    specifically to any case.
19        Q.  Is that the first time that you had
20    ever talked to Mr. Snowden?
21        A.  No.  I spoke to him in the summer of
22    2015 just in general, and he gave me a case
23    initially that I -- eventually I did not perform
24    the review.  And then after that he contacted me
25    for these cases.  And it was always in a general

Page 7

1    manner.
2        Q.  And before the summer of 2015, had you
3    ever had any contact with Mr. Snowden?
4        A.  No.
5        Q.  So how many cases have you reviewed
6    for Ethicon?
7        A.  So far I have reviewed -- you mean
8    written the reports, or just general review?
9        Q.  Well, let's start with general review,
10    and then let's go with written reports.
11        A.  Okay.  Initially I was sent more
12    cases, I was sent about ten cases, and I started
13    working on them, you know, doing the microscopic
14    review, and eventually some of the cases did not
15    go forward, and so I ended up writing reports
16    for five cases.
17        Q.  Okay.  And do you know why the other
18    five cases did not go forward?
19        A.  No, I have no idea.  I was just
20    contacted to return those cases.
21        Q.  Okay.  Had you provided any opinions
22    about those cases to anyone before you returned
23    the case?
24        A.  No, no.  Because they did not go
25    forward, they didn't want my report, so even

Page 8

1    though I had started writing some notes it
2    didn't come to pass, so I did not discuss the
3    findings with anybody.
4        Q.  Okay.  When did you look at
5    Mrs. Kaiser's tissue for the first time?
6        A.  So I don't have the chain of custody
7    with me, but I was sent some of her tissues.  I
8    believe it was at the beginning of this year.
9        Q.  Where -- do you have -- you don't have
10    the chain of custody in your black binder?
11        A.  No, it's not included in the black
12    binder.
13        Q.  Okay.  I mean, how many chain of
14    custody forms do you have?
15        A.  Oh, I have many chain of custody
16    forms.
17        Q.  No, I'm talking about for Ms. Kaiser's
18    case.
19        A.  Well, yes, there were several, too,
20    because some -- you know, they sent -- every
21    time they send me a chain of custody form, it
22    would have the copies of the other people that
23    had the, you know, the tissues at one point or
24    another.
25        Q.  Okay.  You don't have a way to produce

Page 9

1    those today?
2        A.  No, I don't.
3        MR. PLOUFF:  I'd ask counsel to
4    produce those in the future.  Is that all right?
5        MR. COMBS:  Yes.  Sure, yes, Tom,
6    we'll be glad to produce them.  I'm going to
7    display my ignorance.  I don't know whether you
8    already have them or not, in terms of I don't
9    know whether the Plaintiff's chain of custody
10    forms are given to the defense and the defense
11    chain of custody forms are given to the
12    Plaintiff.  I just don't know the answer to
13    that.  That's all handled by Butler Snow.  But
14    yes, we will get you the chain of custody forms
15    related to the Kaiser case.
16        MR. PLOUFF:  Okay.  Fantastic.
17    BY MR. PLOUFF:
18        Q.  When did you first look at
19    Dr. Iakovlev's report?
20        MR. COMBS:  And one last thing, Tom.
21    If I could, I just ask you please to send
22    me a reminder e-mail so I can forward that to
23    someone at Butler Snow?
24        MR. PLOUFF:  Sure.  What's your
25    e-mail?

3 (Pages 6 to 9)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 10

```
1          (Off the record discussion.)
2          MR. COMBS:  So we're back on the
3    record.
4    BY MR. PLOUFF:
5        Q.  And my next question is, when did you
6    first look at Dr. Iakovlev's report on
7    Mrs. Kaiser?
8        A.  Okay.  It was after I had already
9    processed my part of her tissues and done my
10   microscopic evaluation.
11       Q.  The tissue that you looked at for
12   Mrs. Kaiser, did it appear to be preserved
13   properly?
14       A.  Well, it was sent informally, but
15   similar to Mrs. Wroble, I don't know what was
16   the time -- the fixation time, in other words,
17   when was the tissue placed in formalin in the
18   first place.
19       Q.  Would that affect the results at all?
20       A.  Absolutely.  You know, if you have the
21   tissues just in a container without any fixative
22   they will dry and they will shrink, so yes, it
23   affects the preservation of the tissues.
24       Q.  I mean, did you see any evidence of
25   drying or shrinkage?
```

Page 11

```
1        A.  Oh, yes, there is -- in all these
2    cases, there is some degree of some shrinkage.
3    In part it's due to -- perhaps in this case,
4    which I don't know what was the -- what we call
5    the ischemic time, meaning the time from when
6    the tissue is excised to the time when it's put
7    in formalin, it affects that.  But also the
8    formalin itself can cause shrinkage.
9        Q.  So how would you go about determining
10   whether -- well, let me ask you this.
11          Do you have an opinion in terms of
12   what period of time -- well, no, let me rephrase
13   that.
14          Typically for a mesh sample like this,
15   will a hospital pathologist put it in formalin,
16   or will it come to them in formalin from the
17   operating room?
18       A.  Right.  In this particular case, if
19   you see the pathology report dated November 13,
20   2013, you would see that the specimen came
21   fresh, so it was not placed in formalin.
22       Q.  Okay.  And is there -- will a hospital
23   pathologist after taking a look at the fresh
24   sample typically put it in formalin?
25       A.  Yeah, but I would expect some note in
```

Page 12

```
1    the report as to that, that it was placed in
2    formalin for fixation, which it is not -- is not
3    present in the report, so I really don't know if
4    the pathologist at Northwestern put the tissue
5    in formalin or if it was sent somewhere else and
6    then upon arrival placed in formalin.
7        Q.  And if you wanted to determine when it
8    was placed in formalin, how would you go about
9    figuring that out?
10       A.  Oh, I don't know.  It would have to be
11   based on in your records.  I don't know where
12   the tissue was sent to, and I don't know if
13   they, you know, have any notes as to when the
14   tissue was placed in formalin.
15       Q.  Okay.  When you say it's "placed in
16   formalin for fixation," what does that "for
17   fixation" mean?
18       A.  That means that you have what is
19   pre-prepared containers with buffered formalin,
20   that's formaldehyde 10 percent, and they come
21   pre-prepared, so what the pathologists do in
22   these cases is that they describe them, and then
23   they place the tissue in these formalin
24   containers.  But in pathology we also have empty
25   containers, so it's possible they put in an
```

Page 13

```
1    empty container as opposed to a form -- a
2    prefilled formalin container.
3        Q.  And what does the term -- what does
4    the phrase "for fixation" mean?
5        A.  Fixation means that you stop the
6    ischemic time.  "Ischemic time" means when you
7    excise the tissue you cut off blood supply, and
8    therefore, the tissue starts to degrade.  So
9    when you fix it means you basically fix that
10   process, you -- to put a stop to it so the
11   tissue doesn't continue to degrade.  And you can
12   look at it with -- in the microscope, and you
13   will see that it is preserved.
14       Q.  Do you have any opinion when it comes
15   to Mrs. Kaiser's tissue, and let's assume that
16   it wasn't in formalin when the hospital
17   pathologist looked at it, how much time would
18   have to elapse between that pathologist looking
19   at it and it being placed in formalin for any of
20   the shrinkage to be due to that period of time?
21       A.  Well, I really don't know.  I cannot
22   based on her tissues assess the ischemic time,
23   but I can tell you -- you know, exactly.  But I
24   can tell you that her tissues were preserved, in
25   fact.  You could evaluate them with no problem.
```

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 14

1    So I don't assume that the ischemic time -- the
2    ischemic time in this particular -- in
3    Ms. Kaiser was very prolonged.
4        Q.  And what do you mean by "not very
5    prolonged"?
6        A.  Well, when you see degeneration, you
7    see a lot of autolysis in the tissues, you know,
8    the inflammatory cells start to look very
9    distorted, because the lymphocytes in particular
10   are very fragile.  So any autolysis that occurs,
11   meaning degradation to the tissue due to lack of
12   fixation, you would see that.
13       So if you have a pre-machine type
14   specimen where the blood vessels are healthy
15   where you can assess the quality of the
16   connective tissue of the inflammatory cells,
17   then that's a well-preserved specimen.
18       Q.  So, I mean, when you use the term "not
19   a very prolonged amount of time," you know, does
20   that mean within hours, within days, within
21   months?
22       A.  Right.
23       Q.  Can you be any more specific on that?
24       A.  Sorry, yes.  You know, basically if
25   you let tissue stand for too long without any

Page 15

1    preservation, it will start to autolyze.  There
2    are certain tissues that degrade much rapidly.
3    In other words, for example, liver or kidney or
4    certain tissues, they degrade pretty fast.  And
5    there are others, like connective tissue, that
6    degrade much slower.  And, for example, if you
7    have collagen, it may be preserved for longer.
8    So that means days.
9        Q.  Okay.  And the -- you know, if you're
10   speaking to another pathologist, some of these
11   phrases might mean something like not very
12   prolonged or too long or pretty fast, but to me
13   I'm trying to get a better handle on the time
14   frame here.  I mean, do you have an opinion that
15   this tissue was placed in formalin within
16   24 hours of the pathologist looking at it?
17       A.  Yeah, based on the preservation, my
18   estimate is that, yes, that it was probably
19   placed before 24 hours.
20       Q.  Can you say whether it was placed
21   within four hours?
22       A.  No, I cannot give you that time frame,
23   because I really -- I really don't know, because
24   the -- for the most part, this is
25   fibroconnective tissues, and I said to you that

Page 16

1    you can have fibroconnective tissue not put in
2    formalin for days and sometimes even months and
3    nothing would happen.
4        And the reason why I'm saying to you
5    that I think it's less than 24 hours is because
6    I could see the inflammatory cells, I could see
7    the vessels, so they were actually well
8    preserved, so my opinion is that it had to be
9    less than 24 hours.  Now, to give you an exact
10   time before that, I cannot.
11       Q.  Do you think that if the tissue was
12   placed in the formalin after 12 hours that you
13   would be able to see the inflammatory cells in
14   the vessels?
15       A.  Yes, you could see inflammatory cells,
16   but you can also see areas were -- are not so
17   well preserved.  So you would see, for example,
18   some what we call crushing artifact, you know,
19   where -- or streaming artifact.  You will see
20   some artifactual distortion.
21       Q.  And did you see artifactual distortion
22   here?
23       A.  I may have.  I don't have it in my
24   notes, so it was probably something that I could
25   dismiss.  There are certain artifacts in

Page 17

1    pathology that pathologists are used to look at,
2    and basically you just disregard them.
3        Q.  So is it artifactual distortion can be
4    seen in a situation where there's been some
5    period of time that's gone by before the tissue
6    is placed in the formalin?
7        A.  Yes.  You know, every time you don't
8    fix a tissue right away, it might cause some
9    form of distortion.  I mean, distortion is
10   caused by many factors, not just the fixation.
11   It is also caused by the processing of the
12   tissue itself.
13       Q.  I mean, can you -- given the fact that
14   you could see the inflammatory cells in the
15   vessels, can you say that this tissue was placed
16   in the formalin within 18 hours of the -- within
17   18 hours?
18       A.  Yes.  Likely, yes.  It is
19   well-preserved, so I would expect that the
20   tissue was placed in formalin even at the time
21   -- after the pathologists initially performed
22   their evaluation at Northwestern.
23       Q.  Oh, okay.  So you're saying that from
24   all -- you have no reason to suspect that the
25   tissue was not placed in the formalin

Golkow Technologies, Inc. - 1.877.370.DEPS

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 18

1  immediately after the pathologists looked at it,
2  is that right?
3      A.  Correct.  Yes.
4      Q.  Okay.  And so the -- you know, given
5  the fact that it appears that the tissue was
6  immediately placed in the formalin, do you think
7  that if there was any shrinkage of the mesh it
8  could be due to the delay in placing the tissue
9  in the formalin?
10     A.  Well, as I --
11         MR. COMBS:  Object to form.
12     A.  Sorry.  Should I...
13         MR. COMBS:  Yes.  No, you can answer.
14     A.  Yes, there are certain things that can
15  be due to the time, what I said, the ischemic
16  time, or it could be the formalin itself,
17  because formalin is known to shrink tissue as
18  well.
19  BY MR. PLOUFF:
20     Q.  Okay.  And do you know, shrink tissue
21  or shrink mesh?
22     A.  No, shrink tissues.
23     Q.  Okay.  Did you see any shrinkage of
24  the mesh in Ms. Kaiser's case?
25     A.  Well, there's no shrinkage of mesh.

Page 19

1  The mesh is embedded in this fibrous tissue, and
2  the fibrous tissue is the one that actually
3  shrinks and contracts.  The mesh in itself is
4  just embedded into it.  It's just a framework.
5  What shrinks or, you know, or remodels is the
6  collagen that it's ingrown into -- it's
7  incorporated into that mesh.
8      Q.  How long would the ischemic time have
9  to be for the tissue to contract due to the
10  amount of ischemic time?
11     A.  As I said, it depends on the tissues.
12  It depends on what kind of tissues --
13     Q.  On Ms. Kaiser's --
14     A.  Right.  The problem with this case is
15  that not only you have fibroconnective tissue,
16  but you can also have surrounding adipose
17  tissue, and that tends also to shrink.
18     Q.  My question simply had to do with, you
19  know, how much ischemic time would there have to
20  be to cause any shrinkage of the tissue in
21  Mrs. Kaiser's case?
22     A.  I cannot give you an exact time.  It
23  could be days or it could be weeks, I don't
24  know.  As I said to you, collagen usually takes
25  time to degrade, so...

Page 20

1      Q.  And when you're referring to "ischemic
2  time," does that time start when the tissue is
3  explanted from the body?
4      A.  Correct, because once you cut off the
5  blood supply, once you cut in the, you know, the
6  nourishment of the tissues, then the tissues
7  start to degrade.  That's known, because
8  obviously you don't have the support system.
9  It's just like when you have, you know, a skin
10  wound, you see that, you know, once it detaches
11  from the blood supply it's dead, dead skin.
12  It's the same concept.
13     Q.  Do you have an opinion as to whether,
14  you know, any -- as to what extent Mrs. Kaiser's
15  tissue shrink was due to ischemic time?
16     A.  Well, first of all, I don't know if
17  she had any ischemic time.  We just talked about
18  that.  We don't know for how long the tissue was
19  not placed in formalin, so I cannot have an
20  opinion as to whether her ischemic time caused
21  shrinkage because I really don't know what time
22  she -- this tissue was placed in formalin.
23         The only thing I can tell you is that
24  based on the preservation of the tissues, I
25  assume that after the pathologists looked at

Page 21

1  this tissue, they placed it immediately in
2  formalin.  And I receive it in formalin, so
3  there is no reason for me to believe that it
4  wasn't done right away.
5      Q.  And, you know, this is just due to my
6  ignorance on the subject of ischemic time, but
7  it appears to me that, you know, even if it was
8  placed in the formalin immediately by a
9  pathologist, there would still be some period of
10  time that elapsed between when it was explanted
11  from Mrs. Kaiser and when the pathologist looked
12  at it, and wouldn't that qualify as ischemic
13  time?
14     A.  Yes, that's right.  The problem is
15  that sometimes, let's say you have an excision,
16  right, an excision occurs in the operating room,
17  then that tissue obviously has to be sent to
18  pathology.  The time of transportation is taken
19  into account.  Then we don't know -- let's say
20  the surgery occurs late in the day, may not be
21  delivered to the pathology laboratory until the
22  following day, it may be placed in a
23  refrigerator.  You know, there are so many other
24  variables that come into play with this, so it
25  depends --

6 (Pages 18 to 21)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 22

1    Q.  Is it evident --
2    A.  I'm sorry.
3       -- it depends on what time -- we would
4  have to look at the collection time in the
5  medical system, and then the accession time or
6  receiving time in the laboratory to really
7  assess ischemic time.
8    Q.  Okay.  And do you have any opinion as
9  to whether or not the period of time that
10  elapsed between when the specimen was collected
11  in Ms. Kaiser's case and when the pathologist
12  looked at it, whether that ischemic time caused
13  any shrinkage of tissue?
14    A.  Based on the appearance of the
15  tissues, I do not believe that the ischemic time
16  was of relevance here, and --
17    Q.  Okay.  So you don't think that any of
18  the shrinkage of the tissue was due to ischemic
19  time in Ms. Kaiser's case, is that correct?
20    A.  Correct.  Right.
21    Q.  And then turning to the formalin
22  aspect of this, do you have any opinion whether
23  the formalin caused a shrinkage of the tissue?
24    A.  Yes, formalin always causes shrinkage
25  of tissue.  Always.

Page 23

1    Q.  Can you quantify that in any way?
2    A.  Yes, it's about -- the range is
3  usually between 4 to 10 percent of the tissue
4  volume.
5    Q.  Okay.  You reviewed the records of the
6  explanting physician, Dr. Lisa Johnson, is that
7  right?
8    A.  Yes, I did.
9    Q.  And what is your understanding as to
10  why Dr. Johnson removed some of Mrs. Kaiser's
11  Prolift mesh?
12    A.  Okay.  Well, what I saw in the records
13  is that she was having several complaints.  She
14  was having complaints of pain during
15  intercourse, she was having complaints of pain
16  while she was sitting, standing, walking.  She
17  was having bladder spasms, groin pain.  And then
18  when they did -- when Dr. Johnson examined her,
19  she found that she could palpate the vaginal
20  mesh, and that there was any stricture, and she
21  that had tenderness in the area.  So I guess
22  with the vaginal stricture and her pains, they
23  just -- and the palpation of the mesh that they
24  decided to explant the mesh.
25    Q.  Are you -- just in general, a

Page 24

1  pathologist like yourself, are you ever asked by
2  a treating doctor if there's anything in the
3  tissue that you examine that could cause pain?
4    A.  Yes, we have -- we have been -- yes,
5  pathologists like myself have -- request
6  sometimes of what could possibly cause the pain
7  in a patient, yes.
8    Q.  Give me some examples of that, if you
9  would.
10    A.  For example, if you have -- if the
11  clinician suspects any form of inflammation in
12  the colon, for example colitis, then you have --
13  you know, if they think that that's the source
14  of the pain, then, you know, you're asked to
15  give an opinion as to whether there is
16  inflammation, how severe it is, and if it really
17  affects, you know, the main aspects of the
18  tissue, like, for example, glands.
19       So you -- there are many ways to go
20  around pain.  It depends on the pain, and it
21  depends on the findings on the histology.  And
22  many times, and oftentimes, you know, the
23  clinician thinks there is pain -- not thinks
24  there is pain, no, that the patient reports
25  pain, the physician feels that there's pain in a

Page 25

1  certain area, but the histology doesn't show the
2  changes.
3    Q.  And in that situation do you accept
4  that the patient can still have pain regardless
5  of the histology not supporting it?
6    A.  That is correct, yes.  That -- the
7  fact that you don't see it in histology doesn't
8  rule the symptom -- doesn't rule out that the
9  patient has pain.
10    Q.  And other than -- I found your colon
11  example very interesting.  Any other examples
12  where, in other organs, where you're sometimes
13  asked by a treating doctor whether the tissue
14  would be corroborative of pain?
15    A.  Yes.  For example, in many other
16  organs, like, for example, bone, you know, if
17  the, you know, patient experiences, let's say,
18  pain at night, then the doctor, you know,
19  believes the pain is caused, for example, by a
20  tumor, then you obviously look for the cause of
21  that pain.  And if you find tumor, that's the
22  likely cause of the pain in that patient.
23    Q.  So the colon, the bone, other
24  examples --
25    A.  Oh, no, there are many examples.  You

7 (Pages 22 to 25)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 26

1    know, every -- you know, different organs and
2    different tissues can give you information as to
3    whether there is pain or not, except that there
4    are some times when, you know, the patient
5    experiences pain, but you cannot definitely
6    correlate it or you cannot correlate it at all.
7        Q.  Okay.  So just in terms of like, I was
8    going to ask you the top five in terms of
9    situations as a pathologist where you've been
10   asked by a treating doctor whether what you were
11   looking at in a tissue sample could cause pain,
12   I assume a couple in the five would be the colon
13   and the bone.  Is there anything that you could
14   add to that that would round out the top five?
15       A.  Well --
16       MR. COMBS:  And --
17       A.  I'm sorry.
18       MR. COMBS:  And objection to the form.
19   But also, Tom, I mean, obviously this is totally
20   a general deposition, and Dr. Abadi got deposed
21   on general cause issues and her general report
22   on Tuesday, so this is supposed to be a
23   deposition focusing on Ms. Kaiser.
24       MR. PLOUFF:  Right.  And because
25   Ms. Kaiser has complaints of pain, I think it's

Page 27

1    an appropriate area of inquiry.
2    BY MR. PLOUFF:
3        Q.  So go ahead, Doctor.
4        A.  Well, I wouldn't -- it's not based on
5    organs, it's based on etiology.  In other words,
6    you know, when the doctors, you know, request or
7    they are concerned about pain in a patient, they
8    are not -- it's not about the organ in itself,
9    it's about what could cause that pain, what --
10   if you can find a cause to that pain.  And
11   sometimes, as I said, you cannot.
12           And so what you would look for is --
13   as I mentioned in my general deposition, you
14   would look for causes of pain like ulceration,
15   like infection, like acute inflammation, like
16   necrosis, or more often than not in our
17   practice, neoplasms.
18       Q.  Right.  And I understand that from
19   your general deposition, but I'm asking you if
20   you can simply give me the top five situations
21   that you've experienced with treating physicians
22   where you were asked whether the tissue would
23   support a claim of pain.
24       MR. COMBS:  Object to form.
25       A.  Well, you can have -- as I said to

Page 28

1    you, you can have colon, you can have bone, you
2    can have bladder.  If you have urothelium in the
3    bladder, you can have it in soft tissues.  I
4    mean, there are many organs where you can find a
5    source of pain.
6    BY MR. PLOUFF:
7        Q.  So there are many different organs
8    where physicians had asked you whether the
9    tissue sample from that organ could be
10   corroborative of a complaint of pain, is that
11   right?
12       A.  Yes, that is correct.
13       Q.  Have there been any situations you've
14   been in, not as an expert witness, but as a
15   treating pathologist, where you've been asked by
16   a treating physician whether any tissue you
17   looked at from the vagina could be a cause of
18   complaint of vaginal pain?
19       MR. COMBS:  Object to form.
20       A.  No.  Normally for the vagina, the
21   requests are a little different.
22   BY MR. PLOUFF:
23       Q.  Okay.
24       A.  So, in other words, you know, mostly
25   when a doctor conducts a biopsy of the vagina,

Page 29

1    it's usually to look for other things.
2        Q.  Okay.  You know that, in terms of the
3    mesh that was implanted in Mrs. Kaiser, that it
4    was Prolift mesh, is that right?
5        A.  Yes, that is correct, that's what I
6    have in my records.
7        Q.  Were all five of your reports on
8    Prolift mesh?
9        A.  No.  I had Gynecare mesh, Gynemesh,
10   Prolene Soft.
11       Q.  How many were for mesh for pelvic
12   organ prolapse repair?
13       A.  I think there were five.
14       Q.  Okay.  And do you know whether in all
15   five cases that the -- that an indication for
16   the removal of mesh was pain?
17       MR. COMBS:  Object to form.
18       A.  If in all five it was for pain?  Is
19   that --
20   BY MR. PLOUFF:
21       Q.  Yes.
22       MR. COMBS:  Yes.  And also just object
23   again.  I mean, this is not a question about
24   Ms. Kaiser's case.
25       MR. PLOUFF:  Well, it relates to her

8 (Pages 26 to 29)

bc6f21d3-e125-413d-b4de-f8bee245e90c

## Maria A. Abadi, M.D.

Page 30

1    credibility on Mrs. Kaiser's case.
2    BY MR. PLOUFF:
3        Q.  Go ahead, Doctor.
4        A.  Okay.  So the patients in all five --
5    in all of those five cases, they have different
6    complaints, among them was pain, but the pain
7    was in different ways.  I mean, pain either by
8    dyspareunia or spasm or, you know, different
9    types of pain.
10       Q.  Okay.  But a common thread that ran
11   through the five mesh cases you reported on is
12   that there was a complaint of pain in some
13   respect that gave rise to the explant of the
14   mesh, is that correct?
15           MR. COMBS:  Object to form.
16       A.  Yes, in the cases that I reviewed,
17   yes, the complaint of pain was one of the
18   factors that were taken into account for the
19   removal of the mesh.
20   BY MR. PLOUFF:
21       Q.  Okay.  How many hours have you put
22   into Mrs. Kaiser's case?
23       A.  Ms. Kaiser was about, I would say,
24   30 hours.
25       Q.  Did you -- have you -- have you billed

Page 31

1    for that time yet?
2        A.  Well, I have a basically general bill
3    that included, you know, all five cases and also
4    my general report.  It's not itemized.
5        Q.  Was that bill marked as an exhibit
6    during your general deposition the other day?
7        A.  No.  I brought it, but it wasn't
8    marked.
9        Q.  Okay.  Do you have it with you today?
10       A.  No, I did not because I didn't -- I
11   wasn't asked during my general deposition.  I
12   didn't bring it today.
13       Q.  Sure.  Do you have -- have you put any
14   time -- since you issued that bill, have you put
15   in any additional time into your Ethicon work?
16       A.  Yes, but I haven't submitted any
17   additional time.  But I have, yes.
18       Q.  And do you have an estimate of the
19   additional time range?
20       A.  Yes, I gave it on Tuesday.  My
21   original --
22       Q.  Don't worry about it then.  Don't
23   worry about it.
24       A.  Okay.  All right.
25       Q.  Yes.  And what did you say your --

Page 32

1    well, did you say your billing rate was $500 an
2    hour?
3        A.  Yes.  That is correct, yes.
4        Q.  And is that the same for whether
5    you're reviewing the records or giving
6    deposition or trial testimony?
7        A.  Yes.
8        Q.  Okay.  Now, I want to go through
9    Dr. Iakovlev's report with you, and I
10   think the --
11           MR. PLOUFF:  If I could have the
12   reporter mark that as Exhibit 1.
13           (Whereupon, Abadi Exhibit Number 1,
14           Dr. Iakovlev's Report titled
15           Clinico-Pathological Correlation of
16           Complications Experienced by Ms.
17           Barbara Kaiser, was marked for
18           identification.)
19           MR. PLOUFF:  It's a 29-page report.
20       A.  I think it's already been marked.
21   BY MR. PLOUFF:
22       Q.  Okay.  So turning to Page 10 of that
23   report, do you see where there's a Figure BK1?
24       A.  Yes, I see that.
25       Q.  Now, do you have a picture of the

Page 33

1    gross specimen before division that's comparable
2    to this, or not?
3        A.  No, I don't.
4        Q.  Okay.  And you accept the fact that
5    what's depicted here in Figure 1 is the picture
6    of the gross specimen of the mesh and tissue
7    that was explanted by Dr. Johnson for
8    Mrs. Kaiser, is that right?
9        A.  Yes, I assume that this was before the
10   division took place.  Right?
11       Q.  Okay.  Yes.
12       A.  Yes.
13       Q.  All right.  And you accept that all of
14   the figures of mesh and tissue that are depicted
15   in Pages 11 to 29 of Dr. Iakovlev's report are
16   from -- pertain to Mrs. Kaiser, is that correct?
17       A.  Let me see.
18           (Witness reviewing document.)
19       A.  Yeah, I assume that he took all these
20   pictures from Ms. Kaiser's tissues.
21   BY MR. PLOUFF:
22       Q.  Okay.  And you -- were you present
23   when the tissue was divided?
24       A.  No, I wasn't.
25       Q.  And do you know when that happened?

9 (Pages 30 to 33)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 34

1    A.  No, I have no idea.
2    Q.  Okay.  When -- I think I asked this of
3  you earlier, but I forget the answer.  When did
4  you say you -- did you have a date when you
5  first looked at Mrs. Kaiser's tissue?
6    A.  Yes, I mentioned to you that that date
7  is in the chain of custody, and that I don't
8  recall it.
9    Q.  Oh, okay.  And do you know -- and when
10  did you first draft your report on this case?
11    A.  So after I received the tissues, then
12  I processed them, then I evaluated them, and
13  that's when I started writing my draft, you
14  know, based on my observations of the tissues
15  and the, you know, the microscopy.
16    Q.  And the next thing you did apparently
17  was you saw Dr. Iakovlev's report and you were
18  responding to some of the things that he opined
19  on, is that right?
20    A.  Yes, correct.  After constructing my
21  report based on the medical records, and my own
22  observations of the tissue, then it's -- when I
23  received his report, and then I started my
24  opinions of his report.
25    Q.  Okay.  And when did you complete that

Page 35

1  process?
2    A.  As I said, for Ms. Wroble, it was that
3  weekend that everything was completed.  That was
4  before the March 16th deadline.
5    Q.  Okay.  So let's see here.  Let me go
6  back and look at my calendar.  March 16th was on
7  a Wednesday, so you're saying your report on the
8  Kaiser case was finalized on that -- the
9  Saturday or Sunday before the March 16th?
10    A.  Yes, pretty much.  It was just -- it
11  was already written, it was just a matter of,
12  you know, correcting some things here and there.
13    Q.  Okay.
14    A.  Editing basically.
15    Q.  How much sooner had it been already
16  written?
17    A.  It was -- I would have to look at the
18  dates when I received all the materials, but
19  basically it was already -- it had been already
20  written a week or so before.
21    Q.  Okay.  And there were certain slides
22  that were created by Dr. Iakovlev, is that
23  right?
24    A.  There were certain slides that were
25  created by Dr. Iakovlev, yes.

Page 36

1    Q.  And then you -- at some point you
2  looked at those, is that right?
3    A.  Yes.  Let me just check in my report,
4  because I think that was -- yeah, I think that
5  was part of the delay, because initially I just
6  had my slides, and then I received his slides
7  later on.
8    Q.  And have you returned those slides?
9    A.  Yes, everything has been returned.
10  Even my slides -- even my slides were sent to, I
11  believe, Dr. Iakovlev at this point.
12    Q.  Okay.  And have you provided to
13  Dr. Iakovlev the specimens and slides that you
14  were working with?
15    A.  Yes, I provided him with everything,
16  except that obviously the gross tissue is no
17  longer available because he's made into slides.
18  But all the slides were provided to him, yes,
19  all the stains.
20    Q.  Okay.  Now, in terms of the five --
21    Well, actually, let me ask it this
22  way, because you talked earlier about how you
23  had reviewed 10 mesh explantations for Ethicon
24  and reported on five, correct?
25    A.  Correct, I started the review -- I did

Page 37

1  not complete the review on the others,
2  because --
3    Q.  Okay.  I'll just refer to them as the
4  first five.  But did those first five involve
5  mesh explanted for pelvic organ prolapse?
6    A.  Oh, I don't recall.  I don't recall
7  what the specifics were for those cases.
8    Q.  Okay.  Do you know if there were any
9  evidence of erosion of the vagina for those
10  first five?
11    A.  No, I did not have enough time to
12  assess all that.  I basically got -- some of the
13  slides, some of the sets were incomplete, and
14  some medical records.  That was it.  It was too
15  premature.
16    Q.  And the five that you --
17    A.  Yeah, sorry.
18    Q.  No, I'm -- it's hard when it's over
19  the phone to know when you've stopped with your
20  answer, so I'm trying to wait, but if I don't
21  just tell me you have more to say.
22    The five that you reported on, how
23  many of those did you see evidence of erosion?
24    MR. COMBS:  Yeah, and again,
25  objection.  This is totally going to the general

10 (Pages 34 to 37)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 38

1  deposition.  This is why we had a deposition on
2  Tuesday.  You know, Tom, I've given you just
3  scads of leeway on this, but, you know, this
4  isn't about Ms. Kaiser's case.
5        MR. PLOUFF:  Well, I think it relates
6  to her credibility on Mrs. Kaiser's case.
7        MR. COMBS:  This is not what the
8  purpose of this deposition is.  The purpose of
9  this deposition is for you to ask questions
10  about Ms. Kaiser's case.  If you wanted to ask
11  questions about the general -- about other
12  cases, what she did with the other 10, those are
13  the questions that were to be asked on Tuesday.
14  That's not what this is about.
15        MR. PLOUFF:  Well, I, you know, I
16  suppose in the eyes of the beholder in terms of
17  what is a case-specific question.  But I think
18  that if it relates to her opinions on
19  Mrs. Kaiser's case, it relates to her
20  credibility on Mrs. Kaiser's case, that they are
21  appropriate.
22        MR. COMBS:  That's not what this
23  deposition is about.  Let's call Judge Eifert
24  and just get this resolved, because we're not
25  going to have a deposition of two hours of

Page 39

1  questions about other cases that aren't
2  Ms. Kaiser's case, so let's --
3        MR. PLOUFF:  Okay.  Go ahead and get
4  Judge Eifert on the phone then.
5        MR. COMBS:  Yeah, I'm going to.  I'm
6  going to try to get her phone number.
7        We can go off the record now.
8        (Off the record discussion.)
9        (Whereupon, phone call to Judge Eifert
10        was made from 11:12 a.m. to
11        11:30 a.m.)
12  BY MR. PLOUFF:
13     Q.  Okay.  Doctor, on the five cases that
14  you reported on for Ethicon, did you see erosion
15  in any of the tissue?
16     A.  Yes, I did.
17     Q.  In how many of the five?
18     A.  I believe it was one.  It may have
19  been two, but I -- as far as I remember right
20  now, one.
21     Q.  And in the one or two where you saw --
22        MR. COMBS:  And objection.  Tom,
23  excuse me.  I'm trying to interpose an
24  objection.
25        Objection to the use of these other

Page 40

1  cases in this case in this case-specific
2  deposition.  Thank you, Tom.
3        MR. PLOUFF:  Sure.  And I can give you
4  a continuing objection on that also.
5  BY MR. PLOUFF:
6     Q.  In those one or two cases where you
7  saw erosion, did you attribute any of the
8  erosions to the transvaginal mesh?
9     A.  The mesh was in the vicinity, but the
10  erosions that I identified were not related to
11  the mesh specifically.
12     Q.  Okay.  Now, the -- and obviously in
13  Dr. Iakovlev's report, you know, he has these
14  figures, you know, 2 to 20 is it, and I think
15  that your report has four figures attached to
16  it.  Would it be fair to say that the tissues
17  that you looked at had the same features as the
18  tissues that Dr. Iakovlev looked at?
19     A.  Yes, that is correct.
20     Q.  Okay.  Now I want to start walking
21  through some of these Iakovlev figures.
22     A.  Yes.
23     Q.  And Figure 2, for example -- or yeah,
24  I'm just going to -- I'm going to knock out the
25  BK, I'm just going to refer to them as Figure 2

Page 41

1  at Page 11.  The middle picture there, you see
2  some yellow areas designated, is that right?
3     A.  Yes.  Yes, I do.
4     Q.  Do those represent the spaces in the
5  mesh, between the mesh fibers?
6     A.  Well, as a pathologist I would prefer
7  to rely on -- upon the first figure, because the
8  rest is just his drawings, so I would not
9  consider that any scientific measure of how the
10  pores look.  So I would rather base my
11  assessment on the first figure, because the rest
12  is just -- he's drawing over what's supposed to
13  be the pores.
14     Q.  Okay.  Well, what he says is
15  represented by the yellow in the middle picture
16  are spaces between the mesh fibers, and if you
17  want to look at the top picture you can do that,
18  but I'm going to relate the yellow in the middle
19  to the white in the top and say, you know, do
20  you agree that the areas that he says in yellow
21  are spaces in the mesh are, in fact, spaces in
22  the -- between the mesh fibers?
23     A.  Yes, it appears to be so.
24     Q.  Okay.  Do you -- in the bottom figure
25  he is putting yellow what he believes the likely

11 (Pages 38 to 41)

Maria A. Abadi, M.D.

Page 42

1    plane of the mesh was.  Do you have a -- do you
2    agree with what he opines is the likely plane of
3    the mesh?
4        A.  Absolutely not.
5        Q.  Okay.  Do you have an --
6        A.  That is only belief.  That's only make
7    believe that -- that's completely arbitrary from
8    his part.
9        Q.  Do you have an opinion on what the
10   most likely plane of the mesh was in the top
11   picture in Figure 2?
12       A.  Well, first of all, you cannot -- with
13   these tissue fragments and with what was
14   received from Ms. Kaiser, you cannot give an
15   opinion as to the orientation of this tissue in
16   vivo.
17           First of all, if you go back to Figure
18   Number 1 just for you, you know, to walk from that
19   figure to Number 2, there are three pieces.  The
20   surgeon that excised the mesh, in this case
21   Dr. Johnson, I believe, did not say how these
22   three pieces were positioned in the body.  There
23   is no indication what is interior, what is
24   posterior, what is caudal, what is cephalad, so
25   you have no orientation whatsoever of these

Page 43

1    tissues, you don't know how they are placed.
2    And you don't know how they are actually related
3    to each other.
4            So for that, to be -- to take that and
5    just write lines, you know, and with a software
6    to make believe that those are the planes is
7    absolutely wrong.  It's not even pathology
8    methodology.
9            MR. PLOUFF:  Move to strike as
10   non-responsive.
11   BY MR. PLOUFF:
12       Q.  Doctor, my question to you is simply,
13   do you have an opinion on what the likely plane
14   of the mesh was on the top figure in figure --
15   the top picture in Figure 2?
16       A.  And I'm saying that no, there is no
17   way to determine the orientation of the fibers
18   or the mesh in vivo, therefore, there is --
19   based on these pictures, I can't give you the
20   orientation of this mesh in vivo.
21       Q.  Okay.  The -- you note in your report
22   on the second unnumbered page regarding the
23   Dr. Johnson surgery that there was a palpable
24   tense band anteriorly from one ischial spine to
25   the other.  Do you have an opinion as to whether

Page 44

1    the three mesh and tissue samples you see in
2    Figure 1 on Page 10 of the Iakovlev report came
3    from that palpable tense band?
4        A.  Well, you know, according to her
5    report she said that she excised some of the
6    mesh, but I don't know what is left or what is
7    right.
8        Q.  Do you know it all came from the
9    palpable tense band that she refers to?
10       A.  I have no -- I don't know how much of
11   that tense band meant the mesh, or what was
12   other tissues incorporated into that.  I have no
13   idea, because when she submitted these tissues,
14   the only thing she said was vaginal mesh.  She
15   did not explain where exactly in the vagina or
16   where in that tense band she took this tissue
17   from.
18       Q.  Okay.  The -- going back to
19   Dr. Iakovlev's report at Page 11, Figure 2, the
20   very top picture there, do you -- does that show
21   folded mesh?
22       A.  Again, you know, these tissues, after
23   they have been excised, they go through a lot of
24   manipulation.  They are go -- they go through
25   manipulation during excision because the surgeon

Page 45

1    is trying to pull the tissue out of the patient,
2    and then they get manipulation when they go into
3    pathology, and they are measured and they are
4    cut.  So this is after division, after that has
5    been cut in the laboratory, it has been
6    processed, and then cut again with a microtome.
7    And so what you're seeing here is not a
8    reflection of how that mesh looked in the
9    patient.  This after too many factors, too
10   many variables that have been introduced.  So
11   that would not be a reflection of how this mesh
12   looked in the patient.
13       Q.  Okay.
14           MR. PLOUFF:  And I move to strike as
15   unresponsive.
16   BY MR. PLOUFF:
17       Q.  Doctor, I'm not asking you if this
18   represents how the mesh looked in the patient.
19   My question simply is, does the top picture in
20   Figure 2 show folded mesh?
21       A.  No, you cannot assess folding with a
22   bidimensional picture.
23       Q.  Does the top figure -- the top picture
24   in Figure 2 show a dense collagenous scar?
25       A.  It just shows fibrosis.  There's no

12 (Pages 42 to 45)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 46

1   way to assess density with a picture.
2       Q.   Where -- in the middle picture of
3   Figure 2 where he's labeled certain areas as
4   scar, and you can look at the comparable areas
5   in the top picture if you prefer, but are those
6   areas, in your view, properly described as scar
7   tissue?
8       A.   Whether you call it scar or
9   fibroconnective tissue or fibrosis is all the
10  same, it's type I collagen.
11      Q.   So regardless of whether you call it
12  fibrosis or scar, you see he's properly
13  identified those areas, is that correct?
14          MR. COMBS:  Object to form.
15      A.   Well, I would not identify them as a
16  scar, just fibrosis.  But if he wants to use
17  that term, it's fine.
18  BY MR. PLOUFF:
19      Q.   Okay.  So if I crossed out the word --
20  in the middle picture if I crossed out the word
21  "scar" and I inserted the word "fibrosis," you
22  would agree that those areas show fibrosis, is
23  that right?
24      A.   Yes.
25      Q.   Okay.  Was there any normal non-scar

Page 47

1   tissue with -- well, you're saying you don't see
2   any mesh folds in the top picture of Figure 2,
3   correct?
4           MR. COMBS:  Object to form.
5       A.   I just see the pores.  I don't see any
6   folds.  There's no way to assess folding with
7   just a -- folding is something that occurs just
8   as a trimensional concept.  You cannot do that
9   with a photograph that is only showing you two
10  dimensions.
11  BY MR. PLOUFF:
12      Q.   Do you -- is there no normal non-scar
13  tissue within the pore areas?
14      A.   Well, this is a very low
15  magnification.  I don't know if there are
16  vessels in-between the pores, I cannot see at
17  this magnification, it's a very low
18  magnification.
19      Q.   Well, regardless of magnification,
20  based upon the Figure 2 pictures, can you see
21  any normal non-scar tissue within the pore area?
22      A.   No, the picture only depicts the
23  fibrosis and the mesh.
24      Q.   Okay.  Do -- let's -- I think it's
25  already been marked perhaps as Exhibit 2, I

Page 48

1   think it's the four figures attached to your
2   report.  Can you put that in front of you,
3   Doctor?
4           (Whereupon, Abadi Exhibit Number 2,
5           Four color figures, was marked for
6           identification.)
7       A.   Sure.  Absolutely.
8   BY MR. PLOUFF:
9       Q.   Thank you.
10      A.   I'm ready.
11      Q.   Now, do any of your -- I see.  So, for
12  example, in your first figure there you're
13  describing an area of fibrosis, is that right?
14      A.   Correct.
15      Q.   All right.  And how do you -- how do
16  you -- how do you identify the fibrosis area?  I
17  mean, is it everything that's pink in this
18  picture?
19      A.   Yeah, when you see an H&E slide, the
20  fibrosis looks pink, it looks homogeneously
21  pink.
22      Q.   Okay.  Do any of your four figures
23  show any mesh fibers within a fibrosis area of
24  tissue?
25          MR. COMBS:  Tom, could you repeat that

Page 49

1   question?  I could not hear you.
2           MR. PLOUFF:  Sure.
3   BY MR. PLOUFF:
4       Q.   I'm on your four figures right now.
5   My question is, do any of them show mesh fibers
6   within the area of fibrosis?
7       A.   Yes, actually Figure 1, if you see I
8   put "Fibrosis" as a text box.  Do you see that
9   in the first figure?
10      Q.   Well, I'm reading the -- I'm reading
11  what you have there in the first figure, and
12  it's probably just due to my ignorance, Doctor,
13  but I'm trying to figure out if there are mesh
14  fibers shown within that figure or not.  Are
15  there?
16      A.   Yes.  Actually, if you see the legend,
17  it says "Mesh associated with mild chronic
18  inflammation and fibrosis."
19      Q.   Oh, I see, the blue area -- now I'm
20  with you.
21      A.   Okay.
22      Q.   So the mesh is indicated by the purple
23  in this slide?
24      A.   Well, the mesh is actually, if you see
25  the empty spaces, you know, that's part of the

13 (Pages 46 to 49)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 50

1   mesh.
2       Q.  Yes.
3       A.  And if you see the top of the figure,
4   there is a folded blue thing.  Do you see that?
5       Q.  Yes.
6       A.  Well, that's actually a polypropylene
7   fiber.  That is -- because the fibers on
8   histology look blue, so when they have been
9   removed, what you'd get is empty spaces.
10      Q.  Okay.  But what -- you have the arrow
11  pointing to a purple area, is that correct?
12      A.  Right.  That area is inflammation.
13      Q.  Oh, I see.
14          Can you see any mesh -- other than the
15  mesh that's the blue line at the very top, can
16  you see any mesh anywhere else in Figure 1?
17      A.  Oh, yes, all those empty spaces that
18  you see, if you were to polarize that, you would
19  see mesh fibers.
20      Q.  So all the white areas?
21      A.  Correct.
22          So what Dr. Iakovlev does for you is
23  that he colors those spaces.
24      Q.  Okay.  So on your Figure 1 where you
25  have the arrow and then there's the purple area

Page 51

1   for inflammation next to that, and then to the
2   right of that is this big white area, that big
3   white area would all be mesh, is that right?
4       A.  Correct.
5       Q.  Okay.  On your Exhibit 2, Doctor,
6   could you simply write the word "mesh" into that
7   white area, please?
8       A.  Into the white -- into the -- in my
9   Figure 2?
10      Q.  In your Figure 1 I thought we were on.
11      A.  Oh, sorry.  Okay.
12      Q.  The white area that's next to the blue
13  arrow, the one to the right there, I believe
14  you've designated that as mesh, if you could
15  just write the word "mesh" in that.
16      A.  Yes.
17      Q.  Are you done?
18      A.  Almost (witness complies).
19      Q.  Okay.
20          MR. COMBS:  Do you want a thinner pen?
21      A.  No, it's just with my handwriting it
22  may not look so clear.
23          Yes, I did that.
24  BY MR. PLOUFF:
25      Q.  Let's go to the next page of

Page 52

1   Dr. Iakovlev's report, Page 12, Figure 3.
2       A.  Yes.
3       Q.  Do you see any dense collagenous scar
4   in the top picture?
5       A.  I just see fibrosis, the same in all
6   the three pictures.
7       Q.  Okay.  Does the phrase "dense
8   collagenous scar" mean anything to you?
9       A.  Yes, sometimes it's used in pathology
10  when you see it more homogeneous than in some
11  other cases, just to separate it from when you
12  say "loose connective tissue."  So when you
13  see -- when you use the term "dense scar" or
14  "dense fibrosis," it just means that it's more
15  compact.
16      Q.  Okay.  Do you see any areas of
17  fibrosis in Figure 3 that are more compact?
18      A.  Which -- Figure 3 of Dr. Iakovlev, you
19  mean?
20      Q.  Yes, yes.
21      A.  Yes, the fibrosis is pretty
22  homogeneous in this picture.
23      Q.  When you say the fibrosis is
24  homogeneous, is that the same thing as saying
25  that the fibrosis is dense?

Page 53

1       A.  Well, it just means that when you
2   stain it, it's pretty much regular staining
3   throughout.
4       Q.  Okay.
5       A.  In other words, if you see any area of
6   this picture, you would see that the quality of
7   the staining is the same.
8       Q.  And can you determine the density of
9   the fibrosis?
10      A.  Yes, you can see whether -- you know,
11  if you see a slide that contains different areas
12  of the tissue, you can see areas where the
13  fibrosis is a little bit more compact and dense
14  than others.
15      Q.  Okay.  The -- if you'd look at -- I'm
16  sorry to flip back and forth with you, but on
17  your four figures, Exhibit 2, can you use any of
18  those pictures to show me where an area would be
19  -- of the fibrosis is denser than other areas?
20      A.  Yes, absolutely.  If you go to Figure
21  2.
22          MR. COMBS:  So, Tom, it's Exhibit 2,
23  Figure 2.
24          MR. PLOUFF:  Right.
25      A.  Okay.  So do you see that in some

14 (Pages 50 to 53)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 54

1    areas around the fibers it's a little pinker
2    than in other areas? Like, for example, on the
3    bottom of the page of the picture, you would see
4    it's a little bit more loose, you know, there's
5    like some separation of the tissues, and
6    actually in the middle of the picture as well
7    there's lighter pink. I don't know if you can
8    see it.
9    BY MR. PLOUFF:
10   Q. Okay. Well, could you just -- as an
11   example, if you could just take your pen and
12   draw a line to where an example of dense
13   fibrosis, and then go ahead at the end of the
14   line write the word "dense," please.
15   A. Okay. So I think I need a better pen.
16   Yes, that's fine. This is fine.
17   MR. COMBS: Okay.
18   A. I'm just going to put, in the area
19   that's dense put "dense," and then in the area
20   that is less dense I would put "less dense."
21   How is that?
22   BY MR. PLOUFF:
23   Q. Oh, that's great.
24   A. (Witness labeling).
25   MR. COMBS: Okay. And, Dr. Abadi,

Page 55

1    just -- Tom, I think it might be helpful if
2    Dr. Abadi circled that with a Sharpie just
3    because it's going to be pretty hard in a copy
4    of this picture to see this.
5    MR. PLOUFF: Okay.
6    MR. COMBS: Just make a big -- make a,
7    you know, a circle around the two areas just so
8    that the --
9    THE WITNESS: (Witness complies).
10   Like that? Okay.
11   MR. COMBS: That's perfect.
12   THE WITNESS: Okay.
13   MR. COMBS: Thank you.
14   A. These are just examples. Doesn't mean
15   that the whole picture does not represent the
16   same things.
17   BY MR. PLOUFF:
18   Q. I understand.
19   And again, using your Exhibit 2, the
20   four figures there, do you see any areas that
21   you would say show lymphocytic chronic
22   inflammation?
23   A. Yes. In fact, in Figure 2 I mark it
24   with a black arrow. Do you see that?
25   Q. I do.

Page 56

1    A. So that is my lymphocytic chronic
2    inflammation.
3    Q. You know, but I'm not -- to me the
4    purple area -- or excuse me. The black arrows
5    indicating the lymphocytic inflammation, it
6    seems like the arrow is pointing to purple dots,
7    is that right?
8    A. Yes, that's how the lymphocytes look
9    in the tissue, like purple dots, exactly right.
10   Q. Okay. So wherever -- even like at the
11   bottom of this Figure 2, there are also purple
12   dots. Are those similarly areas of lymphocytic
13   inflammation?
14   A. Yes, that is correct, those are
15   lymphocytes.
16   Q. Okay. And what is a lymphocyte?
17   A. A lymphocyte is a chronic inflammatory
18   cell.
19   Q. Okay.
20   A. So the one that we have in the lymph
21   nodes.
22   Q. Okay. Now, let me flip you back to
23   Exhibit 1, Dr. Iakovlev's report, again Page 12,
24   Figure 3.
25   A. Yes.

Page 57

1    Q. Do you -- do any -- and I guess you
2    like to use the top picture, which is fine, but
3    does that top picture in your view show any
4    areas of lymphocytic inflammation?
5    A. Yes, it does.
6    Q. Okay. And would those be the areas in
7    purple?
8    A. Yes, that's correct. The areas in
9    purple.
10   Q. And then if you could just draw a line
11   from one of those purple areas as an example and
12   write "lymphocytic inflammation," please?
13   A. (Witness complies).
14   Q. And then when you're done, just let me
15   know.
16   A. Okay. I'm done.
17   Q. Okay. And then do I assume that the
18   reason why the lymphocytes in your Figure 2 show
19   up as purple dots and the ones in Dr. Iakovlev's
20   Figure 3 appear more blurred is just due to the
21   amount of magnification?
22   A. That is correct.
23   Q. All right.
24   A. He used for his picture a 1.6
25   objective, and mine are basically 20x.

15 (Pages 54 to 57)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 58

1    Q.  Now, the areas of -- I guess we can
2  use your Exhibit 2 where you designate on Figure
3  1 as the pink areas of fibrosis, do you have an
4  opinion as to whether that fibrosis was caused
5  by the Prolift mesh?
6    A.  Well, the fibrosis is actually an
7  intended result, because there is no other way
8  to heal but with scar tissue when you have a
9  foreign body material like a mesh.  So it's been
10  designed to actually facilitate the deposition
11  of collagen.  So that's the result that is
12  expected, and then that's the result that it
13  shows here.
14    Q.  Okay.  And I'm not necessarily asking
15  what the intended result of the mesh is.  I just
16  want to make sure that a -- that the fibrosis is
17  in your opinion caused by the transvaginal mesh,
18  correct?
19    A.  Yes, it's caused by the mesh, right.
20    Q.  Okay.  All right.
21    A.  Once you place the mesh, the result is
22  the fibrosis.
23    Q.  Turning to Dr. Iakovlev's report
24  again, Exhibit 1, Figure 4, the top picture
25  there, do you see any folded mesh in that

Page 59

1  picture?
2    A.  Figure -- I'm sorry, which figure?
3    Q.  Figure 4 at Page 13 of Dr. Iakovlev's
4  report.
5    A.  Page 13.  Okay.  Again, you cannot
6  assess folding with a picture that is flat, that
7  it has two dimensions.
8    Q.  Okay.  Do you know what the basis for
9  Dr. Iakovlev describing Figure 4 as folded mesh
10  is?
11    A.  I have no idea what went through his
12  head, because there's no way to do that with
13  this kind of a specimen.
14    Q.  Okay.  The Page 14 of Exhibit 1,
15  Dr. Iakovlev's report, Figure 5, you see areas
16  of chronic inflammation, is that correct?
17    A.  Yes, I do.
18    Q.  And would you agree that it's not
19  normal to have that amount of inflammation in
20  this tissue?
21    MR. COMBS:  Object to form.
22    A.  Well, first of all, the figure, as you
23  said -- you remember that we spoke about the
24  little dots, right?  So --
25  BY MR. PLOUFF:

Page 60

1    Q.  Right.
2    A.  -- you see the impression that he gets
3  from this picture is there's a lot of
4  inflammation because there's a lot of smudging
5  of the cells here.  You know, you see how it
6  looks like little dots in some areas and then
7  bands that are purple?  Well, that's an
8  artifact, that is the -- it's a crushing
9  artifact, and that happens because the
10  lymphocytes are very fragile.  So it gives you
11  the impression that it's a lot more inflammation
12  than what's really there.
13    And in terms of whether chronic
14  inflammation is normal or abnormal, chronic
15  inflammation in the presence of a foreign body
16  material is normal, that's what you expect to
17  see.  It doesn't go away.
18    Q.  Well, let's use a figure from your
19  report then, Figure 2 of Exhibit 2, that shows
20  the lymphocytic inflammation with purple dots.
21    A.  Okay.
22    Q.  In a woman who does not have a mesh
23  implant, would you expect to see this type of
24  inflammation?
25    A.  Yes.

Page 61

1    Q.  From what?
2    A.  Well, the vaginal mucosa shows
3  inflammation, always has inflammatory cells,
4  always has chronic inflammatory cells.  And so
5  as I explained before, we have what we call the
6  surveillance cells, so the presence of chronic
7  inflammatory cells in the vaginal mucosa is
8  entirely normal.
9    Q.  Well, here's what I don't get on this
10  subject then.
11    A.  Yes.  Right.
12    Q.  On the one hand you say it seems to me
13  to be saying that the inflammation that's seen
14  is caused by the mesh, and that it's an intended
15  result of the mesh, and on the other hand you
16  say that even in the woman without mesh you can
17  see this type of inflammation.  So how can you
18  say it's related to the mesh?
19    MR. COMBS:  Object to form.
20    A.  Right.  So this is the situation.  In
21  a normal vagina you get inflammatory cells, you
22  get a chronic inflammation infiltrate always,
23  and that's normal.  The only reason why we're
24  saying that this is in relation to the mesh is
25  because you see it around the fibers.  But every

16 (Pages 58 to 61)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 62

1  time you have a foreign body material you would
2  have the same type of inflammation. Any foreign
3  body material, whether it's a suture, whether
4  it's a prosthesis, whether it's a mesh, it would
5  have the same chronic inflammatory response.
6      When I talk about normal, it's because
7  that's what -- how the organism, I mean the
8  host, reacts to a foreign body no matter what
9  the foreign body is.
10 BY MR. PLOUFF:
11     Q.  And I know this is probably not
12 possible, but let's say that you were looking at
13 a slide of tissue from a vagina, on the one hand
14 one with no mesh in it and on the other hand the
15 other tissue sample has mesh in it, would you
16 expect -- or strike that.
17     Regardless of whether there's mesh in
18 the vagina, you would expect the same type of
19 inflammation in your Figure 2 as in a person who
20 doesn't have mesh, is that correct?
21     A.  Yeah, if you just see -- for example,
22 if you take a sample of the vaginal wall in a
23 patient, you can see chronic inflammation --
24 without mesh I'm talking about -- then you would
25 see chronic inflammatory cells as well. There

Page 63

1  will be areas that have the same kind of
2  finding. The only difference here is there is a
3  foreign body, and in addition to the lymphocytes
4  you get occasional foreign body giant cells.
5      Q.  In a woman, contrasting the tissue
6  samples of a woman without mesh and with mesh,
7  do you see more chronic inflammatory cells in a
8  woman with mesh?
9      A.  Well, it depends on the woman as well.
10 It depends on the immunological status of the
11 woman and what other situations there are. But
12 if you're talking about normal vagina, this
13 amount of lymphocytes is similar, very similar
14 to what you see in normal vagina sometimes.
15     Q.  So if Dr. Iakovlev -- well, let me --
16 what kind of -- other than mesh explant
17 surgeries, what kind of surgeries do you see
18 with tissue samples from the vagina?
19     A.  Oh --
20     MR. COMBS:  Object to form.
21     A.  I'm sorry.
22     Oh, many, many cases. Different
23 repairs, different excisions of cyst, excisions
24 of tumors, atypias, dysplasias. I get a lot of
25 vaginal mucosa samples.

Page 64

1  BY MR. PLOUFF:
2      Q.  Okay. So if we were to take a -- if
3  we were to look at vaginal tissue samples from
4  one of those kind of patients who doesn't have
5  mesh but a pathologist will typically look at,
6  and you compared the chronic inflammation in
7  those cases with a mesh case, you would expect
8  to see the same amount of chronic -- similar
9  amount of chronic inflammation, is that correct?
10     A.  Yes --
11     MR. COMBS:  Object to form.
12     A.  I'm sorry.
13     Yes, it depends on the patient, as I
14 said. You know, there are patients that have
15 more inflammation and there are others that have
16 less. So it's really just syncretic.
17     But yes, you can have patients where
18 there's a lot of inflammation and means nothing.
19 Chronic inflammation I'm talking about.
20 BY MR. PLOUFF:
21     Q.  And, Doctor, looking back at
22 Dr. Iakovlev's report again, Page 14, Figure 5,
23 do you see any plasma cells?
24     A.  This magnification is too low to
25 assess for plasma cells, so...

Page 65

1      Q.  To you is a foreign body inflammation
2  the same as chronic inflammation?
3      A.  No. Chronic inflammation -- foreign
4  body inflammation -- foreign body chronic
5  inflammation is a type of chronic inflammation.
6      Q.  Okay. And obviously you saw in some
7  of these tissue samples for Mrs. Kaiser examples
8  of foreign body type of inflammation, is that
9  right?
10     A.  Yes, that is correct.
11     Q.  Did you see any other type of chronic
12 inflammation other than foreign body?
13     A.  No. The chronic inflammation that I
14 saw was associated with, you know, the foreign
15 body reaction.
16     Q.  Okay. Going to Page 16 of
17 Dr. Iakovlev's report, Figure 7, he's designated
18 certain areas as dilated vessels. Do you agree
19 that those are dilated?
20     A.  No, I don't. I think they're
21 absolutely normal.
22     Q.  What does a dilated vessel look like?
23     A.  Well, basically the lumen is larger
24 than the rest of the normal vessels, so for
25 that, actually, in order to assess dilatation of

17 (Pages 62 to 65)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 66

1  vessels, you would need to compare it to other
2  areas of the tissue where, you know, if you
3  wanted to illustrate dilatation of vessels in
4  this, he -- in this situation he would have to
5  compare it to the caliber of the vessels in an
6  area that's not involved by the mesh.
7      Q.  Are there -- in terms of the tissue
8  slides that you looked at, are there areas that
9  are not involved with the mesh?
10     A.  In Ms. Kaiser you mean?
11     Q.  Yes.
12     A.  Yeah, Ms. Kaiser all the tissues
13 pertain to the mesh.
14     Q.  Okay.  With regard to this Figure 7
15 where he's indicated dilated vessels, how would
16 you describe the area that he points to?
17     A.  I would just describe it as vessels.
18     Q.  Okay.  And what is the vessel that is
19 -- is it the thin line of purple in that area of
20 white?
21     A.  No, it's the space.
22     Q.  It is the space.  So here's where I
23 get confused, because, you know, in other cases
24 where we looked at white areas it was mesh, and
25 now here it looks like it's vessels.  How do you

Page 67

1  distinguish the two?
2      A.  Well, you have to go through a
3  residency in pathology.
4      Q.  Okay.
5      A.  That's --
6      Q.  I don't think that's going to happen,
7  so -- but if you were going to -- but if I was
8  the stupidest doctor in my class with an MD by
9  my name and I asked you the question how do you
10 know that what's designated here as dilated
11 vessels is not really mesh, what would you
12 explain to that student?
13     A.  Okay.  So basically you have to look
14 for the lining of the vessel.  The vessels are
15 lined by endothelial cells.  So if you
16 noticed -- actually, it's not a very good
17 magnification for that, but if you see the
18 outline of those areas, you will see like tiny
19 black dots.  Do you see that?  Tiny, tiny,
20 minute.  So those are the nuclei of endothelial
21 cells.  That's what we use as a reference.
22     Q.  I do see that.  But it looks like
23 those tiny, tiny black dots aren't in the area
24 of the white, it's in the pink area.
25     A.  Correct.  Because the white area is

Page 68

1  where you have either blood or lymph, you know,
2  the circulation.  And the tiny dots are the
3  nuclei of the cells that line the vessel, that
4  surround that space.
5      Q.  I got you.
6      A.  Okay.
7      Q.  Okay.  Well, I should be able to pass
8  your exam now, then.
9          MR. COMBS:  I'm glad you asked that
10 question, Tom, because that helps me.
11 BY MR. PLOUFF:
12     Q.  Figure 8 on Page 17 of Dr. Iakovlev's
13 report, the area that he's designated as nerve,
14 do you agree?
15     A.  Yes, it is a nerve.
16     Q.  And is the nerve ingrown into the
17 mesh?
18     A.  Well, Dr. Iakovlev should know from
19 his medical studies that a fiber this size would
20 not ever -- would never regrow like this, in a
21 mesh or anywhere.
22     Q.  Well, is the nerve positioned within
23 the scar tissue?
24     A.  It is positioned within fibrosis, yes.
25     Q.  And is it positioned within the mesh?

Page 69

1      A.  It seems so, because there are mesh
2  fibers in this picture, basically both sides of
3  that nerve.
4      Q.  All right.  So is the nerve entrapped
5  within the fibrosis?
6      A.  Oh, I think the nerve was
7  pre-existing, it was probably there, and it's
8  just -- you know, there is -- the fibrosis grew,
9  and he's somewhere in-between.
10     Q.  With regard to --
11     A.  When I say "he," it's an it.
12     Q.  With regard to the nerve that's
13 depicted in Figure 8 -- so is it the purple area
14 that's the nerve, or what's the nerve?
15     A.  The nerve is that pink ball with a lot
16 of black dots inside.
17     Q.  Okay.  Do you see any evidence of
18 degenerative changes within the nerve?
19     A.  No.  In order to assess that you have
20 to do special stains.
21     Q.  Like what?
22     A.  Like with the ones that I mentioned
23 before, like you have to do axonal stains, and
24 you have to do neurofilament stains, and those
25 are very specialized stains that were not done

18 (Pages 66 to 69)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 70

1    in this case.
2         Q.   Dr. Iakovlev didn't do it and you
3    didn't do it, is that right?
4         A.   Yes.  Correct.
5         Q.   Do you think that it would aid -- for
6    example, let's say you did those kind of studies
7    and it showed that there was a degenerative
8    nerve there, that would not be -- a degenerative
9    nerve would not be related to mesh, is that
10   right?
11        A.   No, that's not what it means.  It
12   means that if you have a degenerated nerve, for
13   example, and let's say you show that it's
14   damaged, you don't know whether it was damaged
15   during surgery, because obviously when -- you
16   know, the nerves can get damaged during the
17   actual implantation, not necessarily have
18   anything to do with the mesh at all, or whether
19   the damage was caused by processing, because
20   that can happen as well when you -- the nerves
21   are very delicate.  When you handle them and you
22   put them through so many reagents and use
23   forceps, you can damage then.
24        So even if you do those things and you
25   prove that there is some axonal damage, it may

Page 71

1    not give you any information at all as relates
2    to pain in the patient.
3         Q.   Now let's go to Page 19 of his report,
4    Exhibit 1, Figure 10.
5         A.   Yes.
6         Q.   He identifies the neuroganglion, is
7    that right?
8         A.   Correct.
9         Q.   And what is -- I see the arrow, but
10   what is being pointed to that's the
11   neuroganglion?
12        A.   It's the whole structure that he --
13   that pink is like banana shape in this
14   particular picture, but that -- if you see, it's
15   similar to what we looked at before, except that
16   there were like big -- two big purple balls
17   inside that structure.  You see that?
18        Q.   Well, I actually got -- I actually
19   digressed when you were talking to try to find
20   the banana, and I think I have, but can you use
21   your Sharpie to circle the banana representing
22   the neuroganglion, please?
23        A.   Yes, I could.  (Witness complies).
24        Q.   And then if you would repeat what you
25   were saying about the other thing that's shown

Page 72

1    here.
2         A.   Okay.  So the way you identify
3    ganglion is by identifying ganglion cells.  So
4    within this particular nerve you are going to
5    see two structures that participate in that main
6    nerve, and those are the ganglion cells.
7              MR. COMBS:  Tom, just because
8    obviously we're doing this by phone, if you go
9    straight down from the arrow, Dr. Abadi is
10   pointing to -- if you go about a quarter of an
11   inch below the arrow there's a little circle,
12   and then kind of slightly to the southwest of
13   that there's another little circle.  That's what
14   Dr. Abadi was pointing to with her pen, but you
15   can't see.
16             MR. PLOUFF:  And has that been
17   indicated by the Sharpie?
18        A.   The Sharpie indicated the whole
19   ganglion.  But within that ganglion there are
20   what we call ganglion cells, that's what our
21   indication, that this is a ganglion.
22   BY MR. PLOUFF:
23        Q.   Okay.
24        A.   And those cells are like purple balls
25   that you see within that shape.

Page 73

1         Q.   And could you just take a line on
2    those two purple balls and just at the end of
3    the line write the word "ball"?
4         A.   Okay.  What I'll try to do is to
5    circle those cells.  Okay?
6         Q.   Great.
7         A.   So you will have a big circle for the
8    entire structure, and then you will have these
9    two small circles for the ganglion cells.  Fair?
10        Q.   Thank you.
11             Is there anatomic innervation shown
12   here?
13        A.   You mean autonomic innervation?
14        Q.   I thought it was A-N-A-T-O-M-I-C.
15        A.   No, it's not.  It's autonomic, meaning
16   we don't govern that, so it's autonomic,
17   A-U-T-O-N-O-M-I-C.  It's not anatomic.
18   Everything is anatomic.  So it's autonomic
19   ganglion.
20        Q.   Well, that will help me, and I think
21   it helps the court reporter, because the
22   transcript I was looking at for Dr. Iakovlev, it
23   was written as anatomic.
24        So do you see an area of autonomic
25   innervation here in Figure 10?

19 (Pages 70 to 73)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 74

1    A.  Yes, the neuroganglion is part of the
2  autonomic system.
3    Q.  Okay.  Does the phrase "scar plate"
4  mean anything to you?
5    A.  Well, I've seen it used by
6  Dr. Iakovlev and some of the German researchers,
7  but we don't use it in pathology.
8    Q.  What does it mean?
9    A.  I have no idea.  I assume that it must
10  be some form of encapsulation, but it's not
11  currently -- it's not used as a terminology in
12  pathology.
13    Q.  Okay.  Can -- so if I -- what's like
14  the leading reference books in pathology?
15    A.  So the leading book in
16  pathology is Robbins.
17    Q.  Okay.  And do you think if I searched
18  Robbins for scar plate I wouldn't find it?  Is
19  that right?
20    A.  Yeah, I don't think so.  You would
21  have -- you would find scar, you would have
22  fibrosis, but scar plate I doubt it, because we
23  don't use it in our standard practice.
24    Q.  Okay.
25    A.  I've seen it -- I've also seen it

Page 75

1  always in quotes, so it's somewhat of a
2  terminology that's used always represented with
3  these quotes, so...
4    Q.  Can the neuroganglion affect sensory
5  innervation?
6    A.  No, absolutely not.
7    Q.  And why do you say that?
8    A.  Because it's not -- that's not what
9  they do.  They are not pain fibers, they're not
10  pain nerves, they're not sensory.  They're
11  motor, and they regulate the autonomic function
12  of the tissues.
13    Q.  Was this neuroganglion directly
14  dissected away from the bladder wall?
15    A.  Well, first of all, this is a vaginal
16  mesh, so we assume that it's probably a vaginal
17  ganglion.  It has nothing to do with the
18  bladder.  And, you know, we don't know even if
19  it's related to any particular function.  There
20  are so many functions that the autonomic
21  ganglion perform, so just by looking at it you
22  cannot possibly know its function.
23    Q.  Do you -- in terms of any of the
24  figures depicted in Dr. Iakovlev's report or in
25  your report, are there any figures that you

Page 76

1  believe represent an area that's from the
2  bladder wall?
3    A.  No.  Without the presence of
4  urothelium, you cannot assess the presence of
5  bladder wall in a specimen like this.  And I
6  wouldn't expect it because that would be
7  terrible for a surgeon.
8    Q.  Figure 10 is Page 19 in Dr. Iakovlev's
9  report.  The neuroganglion is identified there.
10  Do you see any distortion in it?
11    A.  I'm sorry, let me get to that part.
12  What page did you say it was?
13    Q.  Page 19 of Dr. Iakovlev's report.
14    A.  Okay.  19.  All right.
15    MR. COMBS:  It's the one you drew.
16    A.  Oh, it's the same one.  All right.
17  What did you say, I'm sorry, whether it's
18  distorted?
19  BY MR. PLOUFF:
20    Q.  Yes.
21    A.  It doesn't look distorted to me.
22    Q.  Okay.  Are neuroganglions usually more
23  rounded than what you see here?
24    A.  Yes, but it depends on the angle of
25  the cutting.  You know, when we imbed tissues we

Page 77

1  can have what we call tangential sections, and
2  so it gives you the image that it's deformed,
3  but that's not the reality, it's an artifact of
4  cutting and imbedding.
5    Q.  Is this neuroganglion in Figure 10, is
6  this involved in an area of fibrosis?
7    A.  Yeah, there is fibrosis there, yes.
8    Q.  Okay.  Where is the closest mesh to
9  this neuroganglion?
10    A.  So if you see the picture is to, I
11  would say, the right.
12    I'm always having trouble.  How can I
13  refer to him?
14    MR. COMBS:  Tom, could you re-ask the
15  question?  Dr. Abadi is trying to figure out how
16  to answer what you're asking.
17    MR. PLOUFF:  Sure.
18  BY MR. PLOUFF:
19    Q.  I'm still on Figure 10 at Page 19 in
20  Dr. Iakovlev's report, Exhibit 1.
21    MR. COMBS:  Yes.
22  BY MR. PLOUFF:
23    Q.  And we see an area that's been
24  identified as the neuroganglion, and my question
25  is where is the closest mesh fiber to that

20 (Pages 74 to 77)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 78

1   neuroganglion?
2        MR. COMBS:  Okay.
3        A.  So it would -- I mean, I don't have a
4   ruler with me, but it's --
5        MR. COMBS:  She's pointing to the
6   thing -- the white circle that is to the left.
7        MR. PLOUFF:  Okay.
8   BY MR. PLOUFF:
9        Q.  And, Doctor, if you could circle that
10  white -- circle that area that's mesh and then
11  label it as mesh, please.
12       A.  Okay.  (Witness complies).
13       Q.  And when you've done that, let me
14  know.
15       A.  Yes, I'm done.
16       Q.  Okay.  Going to the next page of
17  Dr. Iakovlev's report, Figure 11.
18       MR. PLOUFF:  And let me get a -- from
19  the court reporter, can you tell me where we're
20  at in terms of time?
21       THE COURT REPORTER:  You have 23
22  minutes left.
23  BY MR. PLOUFF:
24       Q.  Page 20, Figure 11, do you see any
25  nerve branches within the mesh?

Page 79

1        A.  Well, I see nerve branches that are
2   highlighted by the S100 staining, and I see some
3   pores that are, you know, considered -- you
4   know, that are mesh spaces, but I don't -- you
5   know, it's very hard to see because it's a low
6   magnification, and there's no H&E stain to see
7   the morphology.  There's nothing for comparison.
8        Q.  I just -- you know, I see some brown
9   areas, I see some yellow areas.
10       A.  Okay.
11       Q.  Do you know what the brown areas
12  represent?
13       A.  The brown areas represent the nerves.
14       Q.  Okay.  And then I know in Figure 1 the
15  white circled areas have been yellowed by
16  Dr. Iakovlev in the bottom picture, but are
17  those all -- are those white areas again mesh
18  areas?
19       A.  Yes.  Correct.
20       Q.  Turning to Page 23 of his report,
21  Figure 14.
22       A.  Yes.
23       Q.  Do you see nerve branches there?
24       A.  Yes, I do.
25       Q.  Do you see any nerve branches that are

Page 80

1   distorted?
2        A.  I just see nerve branches.  You cannot
3   assess distortion again with this magnification
4   and with this stain and with no comparison with
5   any H&E stain.
6        Q.  Okay.  Now, Page 25 of Exhibit 1,
7   Dr. Iakovlev's report, do you see an area of the
8   mesh that he's labeled as a degradation layer?
9        A.  Yes, I do.
10       Q.  Do you agree with that description?
11       A.  No.
12       Q.  How would you describe what's being
13  pointed to there?
14       A.  Well, I see that, you know, outer
15  surface layer, however you want to call it, but
16  I don't know that that has been degraded.
17       Q.  So you don't have an opinion one way
18  or the other on whether it's degraded?
19       A.  Well, I do not believe it's degraded
20  just by the way it is.  It's very smooth.  If
21  you were to talk about true degradation, what
22  happens in the body, enzymatic or chemical
23  degradation would not cause such a smooth layer
24  at all.  In fact, it would be very irregular.
25       Q.  As a pathologist, does the phrase

Page 81

1   "degradation bark" have any meaning to you?
2        A.  Well, bark does not exist, and
3   degradation does exist.  That is basically when
4   the tissue disintegrates.  So that word does
5   exist, but bark does not.
6        Q.  So again, if I looked at Robbins, you
7   wouldn't expect me to be able to see the word
8   bark, correct?
9        A.  Correct.  Yes.  Unless they're talking
10  about a tree.
11       Q.  Or a dog?
12       A.  Or what?  Yes, or a dog.
13       Q.  The last page of this report, Page 29,
14  it appears that there's blue dots within the
15  mesh, is that correct?
16       A.  Yes, that is correct.
17       Q.  What do the blue dots represent in
18  your opinion?
19       A.  I don't know.  This is -- I know that
20  there's a staining in this layer which, you
21  know, does not correlate with polypropylene
22  because polypropylene doesn't stain, so there
23  must be some protein in there, but I do not know
24  what those granules mean.
25       Q.  Could they be splinters of the mesh?

21 (Pages 78 to 81)

Golkow Technologies, Inc. - 1.877.370.DEPS

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 82

1      A.  I don't know.  I have no idea.
2      Q.  Okay.  So let's go to your four
3  figures, Doctor, back to Exhibit 2.
4      A.  Yes.
5      Q.  And I would just ask you -- I'm going
6  to have the same question probably for each one,
7  but what is it that you plan on telling the jury
8  about Figure 1?
9      A.  Okay.  So Figure 1, what I plan to
10  tell the jury is that -- well, obviously there
11  is mesh, there are mesh fibers, and that they
12  are surrounded by fibrosis, which is what I
13  expect to see once the mesh is implanted.  And
14  also mild chronic inflammation, which is what
15  I'm pointing with the arrow, with the blue
16  arrow.
17      Q.  Okay.  Figure 2, what do you plan on
18  telling the jury?
19      A.  Well, Figure 2 uses a higher
20  magnification to illustrate that the chronic
21  inflammatory infiltrate is composed of
22  lymphocytes, which we spoke about, and also the
23  chevron points out to a foreign body giant cell
24  which is what you occasionally see in foreign
25  body reactions, and obviously there is fibrous

Page 83

1  tissue around these fibers.  And I also pointed
2  out to those fragments of the fibers with the
3  blue arrows as well.
4      Q.  We haven't talked much about the
5  foreign body giant cell, and I see your chevron
6  there, but what are you pointing to?
7      A.  You see that it's like a pink ball
8  with a lot of little dots inside?  It's like a
9  little pink ball.
10      Q.  Okay.
11      A.  And so it has --
12      Q.  Is that the only giant cell that you
13  see depicted in Figure 2?
14      A.  Yeah.  There might be another one, but
15  in this area, in this section, you don't see any
16  more giant cells.
17      Q.  Can you look at any of your four
18  figures and tell me if you see a different giant
19  cell located somewhere else?
20      A.  Yes.  For example, in Figure 3 you can
21  see one in one of the superior spaces, there is
22  a little one --
23      Q.  Did you --
24      A.  I'm sorry.  Yes?
25      Q.  Go ahead.

Page 84

1      A.  There is one that looks like moon
2  shaped.
3      Q.  Okay.  If you could circle those and
4  identify them as foreign body cells, please.
5      A.  Yes.
6         In that Figure Number 3?
7      Q.  Yes.
8      A.  (Witness complies).  Okay.
9      Q.  Okay.  Now that we're on Figure 3, my
10  same kind of a question, what do you plan on
11  telling the jury about Figure 3?
12      A.  Well, in Figure 3 I want to show the
13  mesh, I want to show the inflammatory infiltrate
14  that is actually just in the vicinity of the
15  fibers.  I'm showing also that the giant cells
16  are, you know, just a few of them, also in the
17  vicinity of the fibers.  That the tissues that
18  surround the mesh, except for a very thin rim of
19  fibrosis, the rest is loose connective tissue.
20  And the vessels that are present are totally
21  unremarkable.
22      Q.  And then on Figure 4 what do you plan
23  on telling the jury?
24      A.  Okay.  Figure 4 is really the highest
25  magnification, and that's just to illustrate how

Page 85

1  the giant cells look like, because obviously,
2  you know, they are not pathologists, and so, you
3  know, when we talk about giant cells, it's like
4  what does this mean, so I want to just
5  demonstrate how they look in tissues.
6      Q.  Okay.
7         MR. PLOUFF:  Let's go off the record
8  for five minutes, and then I'll finish up my
9  rest of my time.
10         MR. COMBS:  Okay.
11         (Whereupon, a recess was taken from
12         12:32 p.m. to 12:45 p.m.)
13         (Whereupon, Abadi Exhibit Number 3,
14         Five sheets of notes, was marked for
15         identification.)
16  BY MR. PLOUFF:
17      Q.  Doctor, handing you what's been marked
18  as Exhibit 3, are those additional notes for the
19  Barbara Kaiser case?
20      A.  Yes, they are.
21      Q.  You know, we were provided a
22  neuropathologist report by a Dr. McLendon.  Did
23  you rely upon that report in any way for your
24  opinions in the Kaiser case?
25      A.  Yes, just for confirmation of my

22 (Pages 82 to 85)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 86

1   findings, because I have already -- I had
2   already evaluated what I thought was the nerves
3   in this case independently, so it just help as a
4   confirmation.
5       Q.   Okay.  So, Doctor, so other than the
6   fact that Dr. McLendon's report identifies the
7   nerves that you also were able to identify, it
8   adds nothing more to your opinion, is that
9   right?
10          MR. COMBS:  Object to form.
11      A.   Correct.  It's just a confirmation of
12  my findings.  And obviously he's a
13  neuropathologist, so his report is very
14  extensive into -- you know, he goes into the
15  actual nerve evaluation.
16  BY MR. PLOUFF:
17      Q.   Okay.  But in terms of what you're
18  relying upon his report for, in terms of that
19  you accurately identified the nerve in the
20  tissue samples, his report would be cumulative
21  of what you already identified, is that correct?
22      A.   Correct.
23          MR. COMBS:  Object to form.
24      A.   I'm sorry.
25          Yes, correct, I -- yes, I had already

Page 87

1   identified those nerves independently.
2   BY MR. PLOUFF:
3       Q.   Okay.  Did you review anything that
4   led you to conclude one way or the other whether
5   the Prolift mesh became folded and contracted
6   while in Mrs. Kaiser's body?
7       A.   Right.  You know, as I said before
8   when we were talking about this issue, a
9   pathologist cannot evaluate folding or any
10  position of tissue in vivo unless the surgeon
11  identifies the location of the tissue.  In other
12  words --
13      Q.   Okay.
14      A.   -- it's not sufficient to just say
15  "vaginal mesh."  It has to actually to be
16  appropriately oriented.
17      Q.   Do you know what brand-new Prolift
18  mesh looks like?
19      A.   If I know how it looks like?
20      Q.   Do you know what it looks like, yes.
21      A.   The Prolift, yes, I've seen it.  I've
22  seen --
23      Q.   Have you felt it?
24      A.   If I have felt it?
25      Q.   Yes.

Page 88

1       A.   No, I have not felt it, except for the
2   tissues that I got.
3       Q.   No.  I meant, you know, like let's say
4   brand-new mesh out of the box, have you felt
5   what that mesh feels like?
6       A.   No, I have not, you know, palpated a
7   kit of this, you know -- or the mesh.
8       Q.   Can you tell me whether the mesh that
9   was explanted from Mrs. Kaiser was soft or hard?
10      A.   Well, it had to be -- everything had
11  to be hard because it's imbedded into the
12  fibroconnective tissue, so it feels hard.
13      Q.   And is that true of all the explanted
14  mesh that you've examined?
15          MR. COMBS:  Object to form.
16      A.   Yes, it's the -- it's true for every
17  one.
18  BY MR. PLOUFF:
19      Q.   Okay.  Now, you referenced earlier the
20  fact that Dr. Johnson's report references Dr. --
21  or Ms. Kaiser's complaint of pain during
22  intercourse and pain while bending and stooping.
23  Do you have any opinion as to what was the cause
24  of Mrs. Kaiser's pain?
25      A.   No, I don't, because I didn't examine

Page 89

1   Ms. Kaiser, I'm not a urogynecological
2   pathologist -- I mean a clinician, a
3   urogynecologist.
4       Q.   If Mrs. Kaiser had pain upon physical
5   examination when the tense bands that
6   Dr. Johnson refers to was touched, do you have
7   an opinion as to what caused Mrs. Kaiser's pain?
8       A.   No, because as I said, I didn't
9   examine her.  I don't know what areas caused her
10  pain.  I wasn't present to a physical exam, so I
11  have no idea.  I wouldn't --
12      Q.   Did you see any evidence of --
13      A.   Sorry.  I --
14      Q.   Did you see any evidence of vaginal
15  erosion in Mrs. Kaiser's tissues?
16      A.   No.  Actually the pieces that were
17  sent to me and that were actually also evaluated
18  by Dr. Iakovlev did not have vaginal mucosa.
19      Q.   Okay.  Did you see any evidence of
20  vaginal atrophy?
21      A.   Well, again, since it doesn't have
22  epithelium, there's no way to assess atrophy.
23      Q.   Would you have expected the mesh
24  samples to have contained that?
25      A.   Only if the surgeon submits that.

23 (Pages 86 to 89)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 90

1    Q.  I see.  Okay.
2        Is it true that the presence of nerves
3  can cause pain?
4    A.  Well, depends.  You know, the presence
5  of nerves can cause pain, can cause pressure,
6  can cause touch sensitivity, can cause
7  temperature, you know, perceptions.  You know,
8  nerves come -- you know, functional nerves have
9  a lot of different functions basically.
10    Q.  Sure.
11        You saw -- in regard to these tissue
12  samples of Mrs. Kaiser, you saw nerves
13  in-between mesh fibers, is that right?
14    A.  Correct.
15    Q.  Can those nerves have caused pain?
16    A.  There's no way to know.  We don't know
17  what those nerves do.  We don't know if they're
18  pain fibers.
19    Q.  Is there anything -- but are nerves a
20  possible cause of pain?
21    A.  Yeah, nerves can be a possible cause
22  of pain, yes.
23    Q.  Other than the nerves being a possible
24  cause of pain in the tissue samples that you
25  saw, can you identify anything else as a

Page 91

1  potential cause of pain?
2    A.  Yes.  If the surgeon in this case,
3  Dr. Johnson, would have sent tissues from the
4  epithelium, I could have, you know, identified
5  if she had atrophy, an erosion, ulceration, and
6  if there are other changes in the tissue such as
7  an infection or acute inflammation, but I did
8  not see any of that in Ms. Kaiser.
9    Q.  Okay.  All the opinions you've stated
10  today, and they're stated in your report, are to
11  a reasonable degree of medical certainty, is
12  that correct?
13    A.  Yes, that is correct.
14    Q.  Is it possible to be 100 percent
15  certain about your opinions?
16    A.  I am 100 percent certain of my
17  opinions, sir, yes, in this case.
18    Q.  Okay.  You have indicated today and in
19  your report how Dr. Iakovlev is wrong in a
20  number of ways, is that right?
21    A.  Yes, that is correct.
22    Q.  Is there anything that you think
23  Dr. Iakovlev is right about in connection with
24  Mrs. Kaiser's case?
25    A.  Yes, there are things that he's right

Page 92

1  about, absolutely.
2    Q.  What's he right about?
3    A.  He's right about the inflammation.
4  He's right about what constitutes inflammation
5  in this case.  He's right about that there's
6  fibrosis present in this cases.  So all that
7  he's right about.
8        And that he highlights nerves, and
9  those are truly nerves.  What he's wrong about
10  those nerves is what function those nerves, you
11  know, fulfill.
12        MR. PLOUFF:  Okay.  Well, you know, I
13  suppose I should think of more general questions
14  to ask in my five minutes, but I'm actually
15  finished.  Thank you.
16        MR. COMBS:  Sounds good.  All right.
17  Let's take a break for a second, and then I'm
18  going to have some very brief redirect.  It will
19  be less than ten minutes, Tom.
20        MR. PLOUFF:  Okay.
21        (Whereupon, a recess was taken from
22        12:54 p.m. to 1:03 p.m.)
23        CROSS EXAMINATION
24  BY MR. COMBS:
25    Q.  Dr. Abadi, I'm going to ask you a few

Page 93

1  questions regarding the Kaiser case.  First, I
2  want to ask you a question about Exhibit 2.
3  Mr. Plouff asked you some questions about Figure
4  3 on that.  And did you stain -- strike that.
5        What is Figure 3?
6        MR. PLOUFF:  I'm sorry, I missed --
7  are we talking about her Figure 3, or
8  Iakovlev's?
9        MR. COMBS:  We're on Exhibit 2, which
10  is her four photomicrographs, and then Figure 3
11  of those.
12        MR. PLOUFF:  Great.
13  BY MR. COMBS:
14    Q.  So, Dr. Abadi, is this a slide that
15  you made?
16    A.  Yes, it is.
17    Q.  And you then stained it with PAS?
18    A.  Yes, I did.  I stained --
19    Q.  What is PAS?
20    A.  PAS is a stain called periodic
21  acid-Schiff stain, and it's a stain that is used
22  for protein, and especially for glycoprotein.
23    Q.  And is there pink staining on features
24  in this photograph which are what Dr. Iakovlev
25  calls degradation bark?

24  (Pages 90 to 93)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 94

1    A.  Yes.  I wanted to illustrate that that
2  outer layer that Dr. Iakovlev refers to as
3  "bark" is actually stains with periodic
4  acid-Schiff, so that means that it has to
5  contain protein, because otherwise it would not
6  be stained.
7    Q.  All right.  Thank you.
8      Dr. Abadi, you were asked a number of
9  questions regarding Dr. Iakovlev's conclusion
10  that there is a layer of degradation.  I want to
11  ask you a follow-up question on that.
12      Did you review the slides and
13  photomicrographs provided by Dr. Iakovlev?
14    A.  Yes, I did.
15    Q.  And did you review the tissue that is
16  in approximation to the layer that Dr. Iakovlev
17  claims is the degradation layer?
18    A.  Yes.
19    Q.  Did that tissue show any adverse
20  histological findings?
21    A.  No, there's no -- there are no --
22  there's no difference in the areas that have
23  that outer layer from areas that do not have it.
24  In other words, there is no associated
25  inflammation other than chronic, there is no

Page 95

1  acute inflammation, there is no necrosis, there
2  is no apoptosis, nothing that indicates anything
3  different in relation to that layer from the
4  rest of the specimen.
5    Q.  And so the -- Ms. Kaiser's tissue
6  response is the same in regard to sections of
7  the mesh where Dr. Iakovlev claims there's a
8  degradation layer and sections of the mesh where
9  he cannot see a layer he claims is a degradation
10  layer?
11    A.  That is correct, there is no
12  difference between areas that show that outer
13  surface layer from areas that do not have it.
14    Q.  Dr. Abadi, you were asked some
15  questions about whether the mesh felt stiff to
16  you.  Was all of the mesh that was provided to
17  you in this case or any other case mesh that had
18  been preserved in formalin?
19    A.  Yes.  Ms. Kaiser's tissues were
20  preserved in formalin.  I received them in
21  formalin.
22    Q.  And what's the purpose of formalin?
23    A.  Well, as I said, the purpose of the
24  formalin is to basically fix the process of
25  autolysis in the tissue, put a stop to it, so it

Page 96

1  basically just preserve the tissue.
2    Q.  And does the process of fixation also
3  harden the tissue?
4    A.  Yes.  It hardens the tissue because
5  formalin basically is a chemical that causes
6  stiffness in the tissues and also causes changes
7  in coloration of the tissues, the tissues look
8  darker, so yes, it modifies the correctness of
9  the tissues.
10    Q.  I want to ask you a question about
11  Dr. Iakovlev's photomicrographs at BK2, BK3, BK4
12  where he has drawn his lines that he claims
13  represent folding.
14      Now, is there a methodology that
15  pathologists use to orient tissue to demonstrate
16  where that tissue was in vivo?
17    A.  Yes.  We have a protocol for that.
18  Basically, in order to orient the specimen, in
19  order to know exactly where that specimen was
20  positioned in vivo, the surgeon has to give us
21  all the guidelines basically.  So what the
22  surgeon does in those instances where
23  orientation is provided, he pins the tissue to a
24  cardboard and then proceeds to mark the
25  different areas as to where exactly that tissue

Page 97

1  was, anterior, posterior, medial, lateral,
2  inferior, superior.  If they don't use a
3  cardboard, they can use other means of
4  orientation such as sutures; you know, for
5  example, one suture for superior, two for
6  inferior, and so on, or singapore.
7      So those are the -- in order for a
8  pathologist to be absolutely certain and that
9  this tissue is the way it is located in the
10  human body is the assistance of the surgeon and
11  all the guidelines.
12    Q.  And you reviewed the pathology report
13  and the specimen in this case?
14    A.  Yes, I did.
15    Q.  Had any of that methodology been
16  followed for this specimen?
17    A.  No, it wasn't followed.  The surgeon
18  did not orient the specimens.
19    Q.  And if the surgeon has not oriented
20  the specimen, how does that impact the
21  pathologist's ability to make an after-the-fact
22  orientation?
23    A.  Well, once you receive a specimen that
24  is not oriented, then basically you cannot do
25  anything about that.  And, in fact, the

25 (Pages 94 to 97)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 98

1  orientation of the specimen and the way the
2  specimen looks changes through the processing,
3  because not only you cut the specimen, but also
4  you place it into a cassette, and it can be
5  placed in, you know, upside down or whatever
6  arbitrary position that the technologist is
7  putting it into the cassette. So once you have
8  an orientation, there is no way to put it back
9  together.
10      Q. Dr. Abadi, I want to ask you a
11  question now about Dr. Iakovlev's conclusions
12  that the mesh impacted Ms. Kaiser's urinary
13  symptoms.
14          Now, what would the methodology be
15  that a pathologist would have to follow to make
16  a determination about whether histological
17  findings impacted clinical symptoms regarding
18  the patient's urinary symptoms?
19      A. Okay. So urinary symptoms -- there
20  are certain urinary symptoms that cannot be
21  evaluated with pathology. What pathology can do
22  for the urinary symptoms is if you have tissue
23  from the bladder itself, if you have urothelium,
24  transition epithelium, you can assess the degree
25  of inflammation in that tissue, you can assess,

Page 99

1  you know, the status of the epithelium in the
2  bladder. But, you know, in this case there was
3  no submission of anything from the bladder, so
4  there is no way to assess any urinary symptoms
5  pertaining to these tissues.
6      Q. There are no histological findings in
7  any of the slides or specimen that would allow a
8  pathologist to draw that conclusion?
9      A. Correct, there is no way to correlate
10  urinary symptoms with anything that we find in
11  these tissues.
12      MR. COMBS: Dr. Abadi, thank you.
13  Tom, that is all the questions that I
14  have.
15      Do you have redirect?
16      MR. PLOUFF: I do.
17      REDIRECT EXAMINATION
18  BY MR. PLOUFF:
19      Q. Doctor, there were two areas that I
20  heard on the issue of methodology. One had to
21  do with the methodology used to determine the
22  orientation of the mesh to -- let's see, it had
23  to do with the -- whether the mesh was folded in
24  the tissue, is that right, or how you'd have to
25  be able -- what kind of -- what the surgeon

Page 100

1  would have to do to tell you that?
2      A. Yeah. In order to establish the
3  position of the mesh in the tissues, or even the
4  shape of the mesh in the tissues, then the
5  surgeon has to guide the pathologist in that
6  regard. Because when they excise the mesh --
7      Q. Okay.
8      A. Excuse me, I was trying to explain.
9          When you excise -- when the surgeons
10  excise the mesh they're pulling the mesh out.
11  So the way it comes folded, if it comes folded,
12  it has nothing to do with the way it was
13  positioned in vivo, because obviously they are
14  pulling, they're tugging, they are cutting with
15  scissors, they're cutting with cautery. So the
16  mesh is being subjected to a lot of
17  manipulation.
18          So if the surgeon is truly interested
19  in telling the pathologist, or it's important in
20  that sense to give that information to the
21  pathologist so the pathologist can put it
22  together, then the specimen has to come down in
23  a different way. It cannot come in three
24  regular pieces, and then you try to put Humpty
25  Dumpty together, it doesn't work that way.

Page 101

1          The surgeon needs to give orientation,
2  he needs to position the mesh exactly how it was
3  in a cardboard designated correctly; otherwise,
4  everything that you do with that tissue, you
5  know, whatever orientation you give to it is
6  speculative, because you really don't know what
7  is right, what is left, how is it curved, is it
8  anterior, is it posterior. You understand what
9  I mean? It's all speculation.
10      Q. So you've now explained the
11  methodology that a pathologist would have to
12  follow to come to some conclusion about the
13  position of the mesh in the tissue or the shape
14  of the mesh, correct?
15      A. Correct, yes.
16      Q. All right. And you've also explained
17  a methodology for how to determine if the
18  urinary symptoms were related to the mesh, is
19  that correct?
20      A. Right. In a situation like this, you
21  can only tell what, you know, what you see in
22  that mesh, but you cannot correlate it with
23  urinary symptoms.
24      Q. Okay. And did this methodology that
25  you're referring to, I mean, is this something

26 (Pages 98 to 101)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 102

1  that you learned back when you were doing your
2  residency in pathology?
3      A.  Yeah, that's correct.  You learn that
4  when you learn how to process specimens --
5      Q.  So obviously the --
6      A.  -- so all pathologists follow that.
7      I'm sorry.  Yes?
8      Q.  So obviously at the time that you
9  issued this report in March, 2016 in
10  Mrs. Kaiser's case, you knew about the
11  methodology, correct?
12     A.  Oh, yes, I do it in my practice all
13  the time.
14     Q.  And yet there's nothing in your
15  written report about Mrs. Kaiser that criticizes
16  on the basis you just had, the methodology
17  employed by Dr. Iakovlev regarding the urinary
18  symptoms or the position of the mesh in the
19  tissue, correct?
20         MR. COMBS:  Object to form.
21     A.  Well, first of all, regarding the
22  urinary symptoms, I have a portion in my report
23  that talks about that.  I said "Urinary
24  symptoms.  Ms. Kaiser complains of bladder spasm
25  and urinary frequency, which Dr. Iakovlev claims

Page 103

1  is a result of damaged neuroganglion.  There is
2  no reliable evidence that the neuroganglion
3  present in Ms. Kaiser vaginal specimen has any
4  relationship with her urinary symptoms.  During
5  mesh excision, Ms. Kaiser's urinary bladder was
6  found to be normal."  So that is a paragraph in
7  my report that pertains to urinary symptoms.
8         Regarding the folding of the mesh, I
9  said "The mesh photographs only show mesh fibers
10  within fibrous tissues.  These photographs have
11  been purposely and selectively modified in an
12  attempt to show the most likely orientation of
13  mesh layers.  Neither one of these pictures
14  demonstrate how the mesh was actually positioned
15  in the patient."  So I did talk about it in my
16  report.
17     Q.  Okay.  Well, if you would, read for me
18  in your report where you explain the methodology
19  that would need to be followed in order to
20  determine whether urinary symptoms were related
21  to the mesh.  Read to me that part, please.
22     A.  Well, first of all, as I said, this
23  methodology has nothing to do with urinary
24  symptoms.  This methodology has to do with the
25  position of the mesh in vivo, which I was not

Page 104

1  going to evaluate, because I, as I said, I
2  didn't have that information.  Why should I
3  include it in my report?
4         MR. PLOUFF:  Move to strike as
5  non-responsive.
6  BY MR. PLOUFF:
7      Q.  Doctor, this simply involves you
8  reading from your report, and if you say there's
9  nothing in your report that says it, I'll accept
10  that as an answer.
11         But my question is, read from your
12  report anything that you have to say about what
13  the proper methodology is that needs to be
14  followed in order to determine whether urinary
15  symptoms are related to mesh.
16     A.  I did not include the protocol that we
17  follow in pathology to properly orient the
18  specimen, no, I did not include that.
19         MR. COMBS:  Dr. Abadi, he's asking you
20  the urinary symptoms, not the --
21     A.  Oh, the urinary symptoms have nothing
22  to do with the orientation, with the methodology
23  of the orientation.
24         MR. COMBS:  Tom, you guys are speaking
25  past each other, so maybe you can ask the

Page 105

1  question again.
2      A.  Oh, sorry.  I will let you speak
3  first.
4  BY MR. PLOUFF:
5      Q.  Okay.  Well, there were -- in the
6  questions that Ethicon's counsel just asked you,
7  you explained methodology in two areas, as I
8  understood it.  One was the methodology that
9  would have to be followed to determine if
10  urinary symptoms were related to the mesh, is
11  that correct?
12         MR. COMBS:  Object to form.
13     A.  I think there were -- I think we're
14  confused about two different issues here.  One
15  is the correlation of urinary symptoms with the
16  findings in this tissue.  That's one thing.
17         The other one, which is separate, is
18  how -- the protocol that is used in order to
19  orient the specimen and to know how that
20  specimen -- if it was folded, or how it was
21  positioned in vivo.
22         So those are two different things.
23  I'm not overlapping them.  I'm basically
24  answering two different questions.
25  BY MR. PLOUFF:

27 (Pages 102 to 105)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 106

1      Q.  And I'm trying to ask two different
2  questions.
3      A.  Okay.  So --
4      Q.  And the first one -- and I want to do
5  this -- do it the two ways that I heard Ethicon
6  counsel do it.  One area is urinary symptoms
7  that I want to go into now, and the other area
8  has to do with the orientation of the mesh.
9          So as to the urinary, you went through
10  with counsel your explanation of the methodology
11  that would have to be followed in order to
12  determine if urinary symptoms were related to
13  the mesh.  Is that accurate or not?
14      MR. COMBS:  Object to form.
15      A.  Okay.  So in terms of urinary
16  symptoms, it's not that there's a methodology
17  about urinary symptoms.  What the urinary
18  symptoms -- in order to assess urinary symptoms,
19  what it entails, you need to have bladder in a
20  particular case such as this, which we don't
21  have.  So it's not that there's no methodology,
22  it's just that we don't have that tissue here.
23  BY MR. PLOUFF:
24      Q.  All right.
25      A.  So obviously cannot be assessed.

Page 107

1  That's what I meant by urinary symptoms.
2      MR. PLOUFF:  I'm going to need to have
3  the reporter go back during Ethicon counsel's
4  questioning and search for the word methodology,
5  and I want the -- we're going to start from the
6  end, the last time that methodology was used in
7  a question before I started my questioning.  If
8  you could read that to me, please.
9      MR. COMBS:  Okay.  And, Tom, also
10  you're out of time.  I mean, if you want to
11  follow up --
12      MR. PLOUFF:  I'm not out of time when
13  you conduct an examination and I need follow-up.
14      MR. COMBS:  Yes, you are out of time.
15  Your time is cumulative of both your direct and
16  your redirect, so you are out of time.
17          Now, if you want to follow up on this,
18  I'm going to let you, but I'm just telling you,
19  you've used your two hours.
20      MR. PLOUFF:  All right.  Well, I'm
21  going to keep asking questions as follow-up, and
22  if you want to terminate the deposition, then we
23  can get Judge Eifert on the phone again.
24      MR. COMBS:  Okay.  Well, if you're
25  going to -- why don't you give me an estimate of

Page 108

1  how long you think you're going to take, because
2  if you're going to take --
3      MR. PLOUFF:  Well, I don't -- I think
4  I have -- you know, I mean, I think I've got
5  five minutes, ten minutes maybe.  I don't know.
6      MR. COMBS:  Well, okay.  Ms. Court
7  Reporter --
8      MR. PLOUFF:  I mean, probably a
9  comparable amount of time that you -- whatever
10  time you took, it's probably going to be
11  comparable to that.
12      MR. COMBS:  How long has Mr. Plouff
13  taken?
14      MR. PLOUFF:  Well, we're not going to
15  include all this colloquy, and your objection
16  time and all that, so...
17      (Off the record discussion.)
18      MR. COMBS:  Ms. Court Reporter, I just
19  want to place on the record that we have had an
20  extensive colloquy off the record, and in that
21  colloquy I've pointed out to Mr. Plouff that he
22  is past his two hours for this deposition.  I'm
23  going to permit him some additional time.  Right
24  now he's at two hours and four minutes.  I told
25  him I'd give him five more minutes.

Page 109

1          And Mr. Plouff has asked that you --
2  that the court reporter, you, search for a
3  methodology question, and so, you know, please
4  do that search, and then after you have done
5  that search, then we'll go back on the record.
6          But it is my position that at the end
7  of five minutes, I'm going to be done with the
8  questioning in this case.
9      MR. PLOUFF:  And my response is that I
10  identified the three areas that you went into in
11  your examination that I'm looking to respond to,
12  and that I think it can be a very short
13  examination if the witness is directly
14  responsive.
15      MR. COMBS:  So if you could do that
16  search now, please.
17      (Whereupon, the reporter read back the
18  requested question.)
19      MR. PLOUFF:  We're back on the record
20  then.
21  BY MR. PLOUFF:
22      Q.  Doctor, you were asked a question
23  about what the methodology was for a pathologist
24  to determine if histological findings in past
25  clinical symptoms regarding a patient's urinary

28 (Pages 106 to 109)

bc6f21d3-e125-413d-b4de-f8bee245e90c

Maria A. Abadi, M.D.

Page 110

1  symptoms, right?
2      A.  That is correct.
3      Q.  And you explained that methodology,
4  correct?
5      A.  I did.
6      Q.  And that methodology -- can you read
7  anything from your report on Mrs. Kaiser's case
8  where you explained that methodology?
9      A.  No.
10     Q.  All right.  Can you read anything from
11  your report -- you also were asked questions
12  regarding the methodology used by a pathologist
13  to orient tissue to mesh, correct?
14     A.  Yes, to orient any specimen, not just
15  mesh.
16     Q.  Can you point to anywhere -- can you
17  read from your report where you explain that
18  methodology that's used by a pathologist to
19  orient tissue to mesh?
20     A.  No, I did not explain the methodology
21  because I didn't -- you know, I'm a pathologist.
22  I don't need to explain all the methodology for
23  orientation.
24     Q.  All right.  Now, you said that in
25  looking at Figure 20 of Dr. Iakovlev's report,

Page 111

1  and that's Page 29, do you see areas of
2  inflammation near the area that's labeled
3  "Detached degradation bark"?
4      A.  Yes, I don't see any inflammation.
5  There's no inflammation.
6      Q.  So again, the pictures in the -- the
7  Figure 20 pictures on Page 29, the very top
8  picture, you see no sign of inflammation in that
9  picture, is that correct?
10     A.  Correct.
11     Q.  You see no -- you see signs of
12  fibrosis?
13     A.  Fibrosis I do see, but I do not see
14  any inflammation.
15     Q.  All right.  With regard to Figure 3 in
16  your report --
17     A.  Yes.
18     Q.  -- Exhibit 2, you reference the fact
19  that, you know, what Dr. Iakovlev had identified
20  as bark is really protein, and you can see the
21  protein in this Figure 3, is that right?
22         MR. COMBS:  Object to form.
23     A.  Well, first of all, what I said is
24  that this outer layer stains with PAS, the
25  periodic acid-Schiff with glycoprotein stain, so

Page 112

1  it does stain with that, which means that it has
2  to have some protein in it.  I don't know what
3  the layer is entirely composed of, but certainly
4  it stains with PAS.
5      Q.  And if you could just circle an area
6  that's an example of -- that you believe
7  represents protein.
8      A.  Yes.  Well, actually, I don't even
9  need to circle it, it's actually highlighted by
10  a blue arrow in my figure.  Do you see that?
11     Q.  Is that like the pink band that the
12  arrow is pointing to?
13     A.  Correct.  Yes.
14     Q.  Okay.  And if you could label that --
15  underneath the arrow, if you could label that as
16  "protein," please?
17     A.  (Witness complies).
18         MR. PLOUFF:  And that's all the
19  questions I've got.
20         MR. COMBS:  All right.  Thank you.
21  We'll read and sign.
22         MR. PLOUFF:  And I would like an
23  E-Tran with a PDF of exhibits, please.
24         (Whereupon, the deposition was
25         concluded at 1:32 p.m.)

Page 113

1  STATE OF NEW YORK )
2  COUNTY OF ERIE   )
3         I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
4  and Notary Public in and for the State of New
5  York, do certify that on the 31st day of March,
6  2016, at 10:27 o'clock, the person above-named
7  was duly sworn to testify to the truth of their
8  knowledge, and examined, and such examination
9  reduced to typewriting under my direction, and
10  is a true record of the testimony given by the
11  witness.  I further certify that I am neither
12  attorney, related or employed by any of the
13  parties to this action, and that I am not a
14  relative or employee of any attorney employed by
15  the parties hereto, or financially interested in
16  the action.
17         In witness whereof, I have hereunto
18  set my hand this 3rd day of April, 2016.
19
20  _____
21         MAUREEN O. POLLARD, Notary Public
22  My Commission Expires:  3/14/19
23  Realtime Systems Administrator
24
25

29 (Pages 110 to 113)

bc6f21d3-e125-413d-b4de-f8bee245e90c