# EXHIBIT A

EXHIBIT A TO GUELCHER MOTION TO EXCLUDE

| CASE NAME | CASE NUMBER |
|---|---|
| Bates, Dana & Charles | 2:12cv03939 |
| Benz, Christine | 2:12cv04097 |
| Birchfield, Sheila & Dennis | 2:12cv05053 |
| Bird, Gladys | 2:12cv03869 |
| Bowman, Lynn M. & Bradley | 2:12cv05485 |
| Browley, Stephanie Q. & Marcus Johnson | 2:12cv04515 |
| Cox, Shirley & Randall | 2:12cv05191 |
| Crespin, Tawnya | 2:12cv05004 |
| Euans, Audrey J. & Brad | 2:12cv04514 |
| Flowers, Lisa & Keith | 2:12cv03922 |
| Fredenburg, Carol & Oliver | 2:12cv04513 |
| Galarza, Delia | 2:12cv03998 |
| Gracon, Pamela M. & Lawrence | 2:12cv04516 |
| Gross, Theresa | 2:12cv03842 |
| Howard, Ella Jean & John Aubrey, Sr. | 2:12cv03976 |
| Humbert, Anne | 2:12cv04170 |
| Humphrey, Charlotte & Allen C., III | 2:12cv04810 |
| James, LaJoyce & Jesse | 2:12cv04096 |
| Justice, Brenda | 2:12cv03285 |
| Kerley, Lisa & K. Lynn | 2:12cv03786 |
| Kimsey, Cathy & Christopher | 2:12cv04814 |
| Lewis, Tammy & James | 2:12cv05169 |
| Lowery, Margie & John | 2:12cv04092 |
| Melton, Rebecca & Arthur | 2:12cv04094 |
| Moore, Jennifer & Ronald | 2:12cv05084 |
| Moses, Christine Wilder & Robert | 2:12cv04005 |
| Peshewa, Melanie & Macaki | 2:12cv04332 |
| Riffle, Kimberly A. & Michael | 2:12cv03611 |
| Roman, Jeanette | 2:12cv05255 |
| Secord, Estelle & Paul | 2:12cv04042 |
| Sheldon, Christine & Michael | 2:12cv04508 |
| Strauss, Candace & Troy | 2:12cv05280 |
| Tharp, Iva June | 2:12cv03251 |
| Thate, Connie F. & Steven C. | 2:12cv04144 |
| Thomas, Deana | 2:12cv04095 |
| Thompson, Harriet & Bertram | 2:12cv03741 |
| Thornton, Betty | 2:12cv05115 |
| White, Jessica & Jeremy | 2:12cv03736 |