# EXHIBIT J

Research

## Original Investigation

# Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence

Blayne Welk, MD, MSc; Hana'a Al-Hothi, MD; Jennifer Winick-Ng, MSc

**IMPORTANCE** Synthetic mesh slings are the most common surgical treatment for female stress urinary incontinence (SUI). However, the US Food and Drug Administration has released warnings that question the safety of vaginal mesh.

**OBJECTIVES** To measure the incidence of mesh removal or revision after SUI procedures and to determine whether significant surgeon and patient risk factors exist.

**DESIGN, SETTING, AND PARTICIPANTS** Population-based retrospective cohort study that included all adult women undergoing an incident procedure for SUI with synthetic mesh in Ontario, Canada, from April 1, 2002, through December 31, 2012 (N = 59 887). The end of potential follow-up was March 31, 2013. Data were analyzed from November 1, 2014, through February 28, 2015.

**EXPOSURES** Yearly volume of mesh-based procedures for SUI performed by the treating surgeons and their surgical specialty.

**MAIN OUTCOMES AND MEASURES** The primary outcome was a composite of surgical procedures related to removal or revision of mesh slings (owing to erosion, fistula, pain, or retention). We hypothesized a priori that surgeon volume would be inversely correlated with complications.

**RESULTS** Among the identified 59 887 women who underwent a mesh-based procedure for SUI, the median age was 52 (interquartile range [IQR], 45-63) years. High-volume surgeons (≥75th percentile of yearly mesh-based procedures) were less likely to perform a simultaneous hysterectomy (performed in 11.5% vs 16.5% of patients; standardized difference, 0.14), were more likely to work in an academic center (28.9% vs 16.3% of patients; standardized difference, 0.30), and saw the patient less frequently in the year before the procedure (median, 2 [IQR, 1-3] vs 3 [IQR, 2-4] visits; standardized difference, 0.26). Complications were treated in 1307 women (2.2%), and the 10-year cumulative incidence rate was 3.29 (95% CI, 3.05-3.53). In our multivariable survival model, patients of high-volume surgeons had a significantly lower risk (95% CI) for experiencing our composite outcome (hazard ratio [HR], 0.73 [0.65-0.83]; absolute risk reduction, 0.63% [0.36%-0.92%]; $P < .01$). Gynecologists were not significantly associated with more complications compared with urologists (HR, 0.94 [95% CI, 0.83-1.08]; $P = .38$). Among our secondary exposures of interest, multiple mesh-based SUI procedures increased the risk for complications (HR, 4.73 [95% CI, 3.62-6.17]; $P < .01$). However, traditional high-risk patient features did not increase the risk (HR, 0.58 [95% CI, 0.08-4.13]; $P = .59$).

**CONCLUSIONS AND RELEVANCE** Ten years after SUI mesh surgery, 1 of every 30 women may require a second procedure for mesh removal or revision. Patients of lower-volume surgeons have a 37% increased likelihood of having a complication. These findings support the recommendations of the US Food and Drug Administration related to the use of vaginal mesh for treatment of SUI.

*JAMA Surg.* doi:10.1001/jamasurg.2015.2590
Published online September 9, 2015.

Invited Commentary

Supplemental content at jamasurgery.com

**Author Affiliations:** Department of Surgery, Western University, St Joseph's Health Care, London, Ontario, Canada (Welk); Department of Epidemiology and Biostatistics, Western University, St Joseph's Health Care, London, Ontario, Canada (Welk); Institute for Clinical Evaluative Sciences, London, Ontario, Canada (Welk, Winick-Ng); Department of Surgery, Hamad Medical Corporation, Doha, Qatar (Al-Hothi).

**Corresponding Author:** Blayne Welk, MD, MSc, Department of Surgery, Western University, Room B4-667, St Joseph's Health Care, 268 Grosvenor St, London, ON N6A 4V2, Canada (bkwelk@gmail.com).

E1

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

Female stress urinary incontinence (SUI) is a common condition[1] that is often treated with surgery when conservative management options are unsuccessful. An estimated 1 in 7 women will undergo surgery for SUI during their lifetime.[2]

Synthetic mesh has been used since the 1960s for the treatment of SUI. However, the introduction of commercial midurethral sling kits in the mid-1990s led to the rapid adoption of this procedure and an overall increase of use in procedures to treat SUI.[3] Midurethral sling implants constitute the most prevalent surgical treatment for SUI, and they have supplanted previously common operations, such as retropubic suspensions and bladder-neck sling implants.[3,4] Although the efficacy is similar among all of these procedures,[5] the midurethral sling is preferable owing to a significantly shorter operative time and hospital stay and a quicker patient recovery.[6] Long-term follow-up of some of the first women to receive a midurethral sling (>17 years ago) suggests that patients have excellent results and minimal complications.[7]

However, in recent years, significant concerns have been raised about the safety of vaginal mesh (used for procedures to treat SUI and pelvic organ prolapse).[8] Several case series have suggested that mesh-based SUI procedures can lead to chronic pain,[9] urethral fistula,[10] significant voiding dysfunction,[11] and mesh erosions into the urethra or the vagina.[6] The treatment of these complications may require surgical revision or removal of the mesh and can leave the patient with substantial residual symptoms and emotional distress.[8,12] In the United States, more than 50 000 women have joined class action lawsuits for transvaginal mesh complications resulting from SUI and prolapse procedures.[13]

The US Food and Drug Administration (FDA)[14] and Health Canada[15] have released warnings stating that complications caused by vaginal mesh are not uncommon, that surgeons should obtain specialized training in their use, and that the risk factors for complications have not been well identified. In light of these statements, we conducted a population-based cohort study with the following objectives: (1) to measure the incidence of mesh removal or revision after a mesh sling procedure for SUI, (2) to assess the potential effect of surgeon volume and specialty, and (3) to determine whether specific risk factors exist for mesh removal or revision.

## Methods

### Study Design and Setting

We conducted this study through the Institute for Clinical Evaluative Sciences according to a prespecified protocol. This study was approved by the research ethics board at Sunnybrook Hospital, Toronto, Ontario, Canada. Individual patient consent was waived by the research ethics board, in keeping with provincial privacy regulations. All data were deidentified.

We performed a population-based, retrospective cohort study of all adult women who underwent a mesh sling implant for SUI from April 1, 2002, through December 31, 2012, in the province of Ontario (which has a population of approxi-mately 13 million people, all of whom have unlimited access to a single universal health care system). The STROBE (Strengthening the Reporting of Observational Studies in Epidemiology) guidelines were followed (eTable 1 in the Supplement).[16]

### Data Sources

Our study population, outcomes, exposures, and covariates were obtained using 3 linked databases. The Discharge Abstract and Same Day Surgery databases of the Canadian Institute for Health Information (CIHI-DAD/SDS) capture all diagnostic and procedural information for patients in Ontario who had a hospital admission or a surgical procedure (inpatient and outpatient). The Ontario Health Insurance Plan database captures all health claims for inpatient and outpatient care rendered by physicians. Finally, the Registered Persons Database contains demographic information on all individuals in Ontario. The databases are considered complete for all study variables, aside from physician specialty, which was unknown for 150 of 1068 of relevant physicians (14.0%). All databases have patient-level data available from October 1, 1992, through March 31, 2013. The accuracy of these databases has been previously measured,[17-19] and data elements are valid and reliable.

### Patient Population

Canadian Classification of Health Intervention (CCI) codes from the CIHI-DAD/SDS database were used to identify our cohort of adult women who underwent a mesh-based surgical procedure for SUI during our study period (eTable 2 in the Supplement). The date of the procedure was considered the index date, and patients were followed up until death, emigration from the province, the first occurrence of an outcome, or the end of the study (March 31, 2013). We excluded women who may have had a mesh-based procedure for SUI before April 1, 2002 (n = 56), and women who had a mesh-based procedure for pelvic organ prolapse before or during our study period (n = 1101) (eFigure 1 in the Supplement).

### Outcome

We used CCI codes to identify our composite outcome of the first reoperation for SUI mesh-related complications (eTable 3 in the Supplement). We included specific codes related to the surgical removal or revision of vaginal or urethral mesh or removal of a foreign body, endoscopic treatment of a urethral foreign body or mesh encrustation, urethrolysis, or repair of a urethrovaginal fistula. Rare acute surgical complications of SUI mesh procedures, such as adjacent organ or major-vessel injury, hematoma, and necrotizing infections, have been characterized previously[11] and were not included in this study.

### Exposures and Covariates

We prespecified surgeon volume and specialty as the primary exposures of interest, with a hypothesized inverse relationship between volume and complications and a hypothesized difference in the complication rate between urologists and gynecologists. *Surgeon volume* was defined as the number of mesh-based procedures for SUI performed per year and was

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

determined using unique physician identifiers in the CIHI-DAD/SDS database. *High-volume surgeons* were defined as being at the 75th percentile or greater for mesh implants for SUI in a given year, and surgeons could move between high- and low-volume categories with each successive year. Surgeon specialty was classified as urology, obstetrics/gynecology, or undetermined using the CIHI-DAD/SDS database. Secondary exposures included patients at high risk for mesh-related complications (a binary variable indicating a previous urinary fistula, urethral diverticulum, urethral injury, or pelvic radiotherapy[20,21]) and those with multiple mesh slings. Other covariates (eTable 4 in the Supplement) were age, obesity (body mass index [calculated as weight in kilograms divided by height in meters squared] >40), diabetes mellitus,[22] combined hysterectomy or non-mesh-based repair of pelvic organ prolapse, provincial region, academic or community hospital, rural residence,[23] general medical comorbidity (health care usage served as a proxy for overall health and was determined from the Aggregated Diagnostic Groups resource utilization bands from the validated Johns Hopkins University Adjusted Case Groups case-mix system[24,25]), socioeconomic status (using the Ontario Marginalization Index, a measure of regional marginalization, which served as a proxy for individual socioeconomic status[26]), and health care usage in the year before the mesh-based procedure for SUI.

### Statistical Analysis

Data analysis was performed from November 1, 2014, through February 28, 2015. All baseline characteristics are reported as frequencies (number [percentage]) or medians (interquartile range [IQR]). We compared patient baseline characteristics between high- and low-volume surgeons using standardized differences.[27] This method identifies clinically meaningful differences (standardized difference, >10%) as opposed to statistically significant differences (which are likely with large sample sizes).[27]

Our primary analysis was a multivariable survival analysis performed using the PROC PHREG procedure in SAS software (version 9.3; SAS Institute Inc). Results are reported as hazard ratios (HRs) with 95% CIs and *P* values (*P* < .05 was considered significant). We included surgeon volume and specialty, high-risk patients, and the number of mesh slings (modeled as a time-varying covariate to account for different periods during which the patient would be at risk owing to an increasing number of consecutive procedures). We adjusted for age, obesity, diabetes mellitus, other pelvic surgery, Aggregated Diagnostic Groups resource utilization bands (as an ordinal variable), provincial region, hospital type, rurality, and socioeconomic status. The Cochrane-Armitage test for linear trends[28] was used to assess for significant changes in the 1-year event rate over time.

A number of post hoc sensitivity analyses were performed to confirm the effects of our primary and secondary exposures. First, we restricted the patient population to those with CCI codes suggesting a midurethral sling implant (as opposed to other potential mesh-based surgical procedures for SUI, such as bladder-neck mesh sling implants).

Second, we censored patients on future non-mesh-based SUI surgery. Third, we varied our definition of high-volume surgeon to those who performed procedures at the 50th percentile or greater among all surgeons performing the mesh-based procedures in a given year. Fourth, we explored the volume outcome relationship graphically. Fifth, we considered multiple mesh slings as a count variable. Finally, we accounted for patient clustering within individual surgeons using a hierarchical model.

## Results

### Baseline Characteristics

We identified 59 887 women who underwent mesh-based procedures for SUI during the study period. Median follow-up was 4.4 years (IQR, 2.4-6.9). One thousand seven hundred forty women (2.9%) were censored for death; 915 women (1.5%), for emigration.

The surgical procedures were performed by 1068 unique surgeons (293 urologists [27.4%], 625 gynecologists [58.5%], and 150 unspecified [14.0%]). The overall number of procedures increased from 2002 through 2009 and then declined (eFigure 2 in the Supplement). The numbers of high- and low-volume surgeons are shown in eFigure 3 in the Supplement. Patients were classified as having received a sling from a high-volume surgeon (≥75th percentile for the yearly volume of surgeons performing mesh-based procedures for SUI) or a low-volume surgeon (<75th percentile), and the baseline characteristics of our cohort are shown in **Table 1**. The median cutoff for the number of yearly mesh-based procedures for SUI that defined high-volume surgeons during each year of the 10-year study was greater than 16 (IQR, 13-18). High-volume surgeons were less likely to perform a simultaneous hysterectomy (11.5% vs 16.5%; standardized difference, 0.14), were more likely to perform surgery in an academic center (28.9% vs 16.3%; standardized difference, 0.30), and saw the patient less frequently in the year before the surgery (median, 2 [IQR, 1-3] vs 3 [IQR, 2-4] visits; standardized difference, 0.26). We found significant regional variation, with patients in some regions being more or less likely to be treated by a low-volume surgeon.

### Primary Analysis

Overall, 1307 women (2.2%) underwent mesh removal or revision a median of 0.94 (IQR, 0.35-2.49) years after receiving a mesh implant for SUI (**Table 2**). The sling complication was treated by the same surgeon responsible for the original procedure in 812 of the 1307 cases (62.1%). The cumulative incidence rate of the complications of interest increased from 1.17 (95% CI, 1.09-1.27) at 1 year to 3.29 (95% CI, 3.05-3.53) at 10 years (**Table 3**). Unadjusted analysis demonstrated that patients of low-volume surgeons had a 37% (95% CI, 17%-49% [*P* < .01]) higher relative risk and a 0.63% (95% CI, 0.36%-0.92%) increased absolute risk for mesh removal or revision compared with patients treated by high-volume surgeons (HR, 0.73 [0.65-0.83]); the effect of surgical specialty was not significant. Similarly, in our multivariable model,

**Copyright 2015 American Medical Association. All rights reserved.**

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**Table 1. Baseline Characteristics of Patients by Surgeon Volume**

| | Patient Data[a] | | Standardized Difference of the Mean[c] |
|---|---|---|---|
| | High-Volume Surgeon[b] (n = 44 140) | Low-Volume Surgeon (n = 15 747) | |
| Age, median (IQR), y | 53 (45-63) | 52 (45-63) | 0.02 |
| ADG resource utilization band, median (IQR)[d] | 3 (3-4) | 4 (3-4) | 0.06 |
| BMI >40 (obese) | 1976 (4.5) | 698 (4.4) | 0 |
| Diabetes mellitus | 5222 (11.8) | 2036 (12.9) | 0.03 |
| Simultaneous hysterectomy | 5061 (11.5) | 2603 (16.5) | 0.14 |
| Prior hysterectomy | 3633 (8.2) | 1329 (8.4) | 0.01 |
| Simultaneous non-mesh-based surgery for pelvic organ prolapse | 13 115 (29.7) | 4743 (30.1) | 0.01 |
| Prior non-mesh-based surgery for pelvic organ prolapse | 2386 (5.4) | 805 (5.1) | 0.01 |
| >1 Mesh-based procedure for SUI during the study period | 900 (2.0) | 352 (2.2) | 0.01 |
| High-risk patient[e] | 54 (0.1) | 19 (0.1) | 0 |
| Fiscal year of cohort entry (index date) | | | |
| 2002[f] | 1917 (4.3) | 668 (4.2) | 0 |
| 2003 | 2664 (6.0) | 859 (5.5) | 0.02 |
| 2004 | 3199 (7.2) | 1005 (6.4) | 0.03 |
| 2005 | 4056 (9.2) | 1251 (7.9) | 0.05 |
| 2006 | 4144 (9.4) | 1584 (10.1) | 0.02 |
| 2007 | 4727 (10.7) | 1669 (10.6) | 0 |
| 2008 | 5218 (11.8) | 1759 (11.2) | 0.02 |
| 2009 | 5177 (11.7) | 2055 (13.1) | 0.04 |
| 2010 | 4836 (11.0) | 1859 (11.8) | 0.03 |
| 2011 | 4969 (11.3) | 1835 (11.7) | 0.01 |
| 2012[g] | 3233 (7.3) | 1203 (7.6) | 0.01 |
| Patients' provincial region[h] | | | |
| 1 | 6175 (14.0) | 1461 (9.3) | 0.15 |
| 2 | 4081 (9.2) | 1466 (9.3) | 0 |
| 3 | 1312 (3.0) | 241 (1.5) | 0.10 |
| 4 | 3972 (9.0) | 899 (5.7) | 0.13 |
| 5 | 5610 (12.7) | 2233 (14.2) | 0.04 |
| 6 | 1855 (4.2) | 830 (5.3) | 0.05 |
| 7 | 2436 (5.5) | 949 (6.0) | 0.02 |
| 8 | 1191 (2.7) | 692 (4.4) | 0.09 |
| 9 | 2806 (6.4) | 1557 (9.9) | 0.13 |
| 10 | 3093 (7.0) | 1397 (8.9) | 0.07 |
| 11 | 906 (2.1) | 932 (5.9) | 0.19 |
| 12 | 4548 (10.3) | 1105 (7.0) | 0.12 |
| 13 | 3522 (8.0) | 777 (4.9) | 0.13 |
| 14 | 2621 (5.9) | 1202 (7.6) | 0.07 |
| Ontario Marginalization Index, median (IQR)[i] | | | |
| Dependency | 3 (2-4) | 3 (2-4) | 0.04 |
| Material deprivation | 2 (1-4) | 3 (2-4) | 0.10 |
| Ethnic concentration | 3 (2-4) | 3 (2-4) | 0.06 |
| Residential instability | 2 (1-4) | 3 (1-4) | 0.06 |
| Rural residence | 8290 (18.8) | 3025 (19.2) | 0.01 |
| Surgeon specialty | | | |
| Urology | 18 946 (42.9) | 6648 (42.2) | 0.01 |
| Obstetrics/gynecology | 25 133 (56.9) | 8837 (56.1) | 0.02 |
| Unknown | 61 (0.1) | 262 (1.7) | 0.17 |
| Teaching or academic hospital | 12 762 (28.9) | 2562 (16.3) | 0.30 |

*(continued)*

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

Vaginal Mesh for the Treatment of Stress Urinary Incontinence

Original Investigation **Research**

**Table 1. Baseline Characteristics of Patients by Surgeon Volume (continued)**

| | Patient Data[a] | | Standardized Difference of the Mean[c] |
|---|---|---|---|
| | High-Volume Surgeon[b] (n = 44 140) | Low-Volume Surgeon (n = 15 747) | |
| No. of health care resources used 1 y before mesh-based procedure for SUI, median (IQR) | | | |
| Family physician visits | 6 (3-9) | 6 (3-9) | 0.05 |
| Urology or gynecology visits | 2 (1-3) | 3 (2-4) | 0.26 |
| Hospital admissions | 0 (0-0) | 0 (0-0) | 0.04 |
| Death after index event | 1289 (2.9) | 485 (3.1) | 0.01 |
| Emigration | 683 (1.5) | 232 (1.5) | 0 |

Abbreviations: ADG, Aggregated Diagnostic Groups; BMI, body mass index (calculated as weight in kilograms divided by height in meters squared); IQR, interquartile range; SUI, stress urinary incontinence.

[a] A *high-volume surgeon* is defined as being at the 75th percentile or higher for mesh implants for SUI in a given year; a *low-volume surgeon*, at less than the 75th percentile. Unless otherwise indicated, data are expressed as the number (percentage) of patients. Percentages have been rounded and may not total 100.

[b] Indicates 75th percentile or higher for procedures performed for SUI.

[c] Standardized differences of the mean are less sensitive to sample size than traditional hypothesis testing. A value of greater than 10% (0.1) is considered a meaningful difference between groups.

[d] Using the ADG codes, we assigned 1 of 6 resource utilization bands to patients based on their health care usage and the severity and chronicity of the medical problems for which they access health care services (0 indicates nonusers; 1, healthy users; 2, low morbidity; 3, moderate morbidity; 4, high morbidity; and 5, very high morbidity). This claims-based comorbidity adjustment system considers inpatient and outpatient care and categorizes comorbidities based on the duration, severity, and cause of the comorbidity. This system better discriminates the comorbidities of a patient population that rarely received inpatient care.

[e] Includes history of fistula, diverticulum, radiotherapy, or urethral injury.

[f] Indicates April 1, 2002, through March 30, 2003.

[g] Indicates April 1 through December 30, 2012.

[h] The province of Ontario is separated into 14 local health integration networks, based on geographic boundaries, which are responsible for planning, integrating, and funding local health care. These regions were anonymized according to privacy regulations. This information was missing for 12 patients in the high-volume surgeon category and 6 patients in the low-volume surgeon category (standardized difference, 0).

[i] The Ontario Marginalization Index[26] is a geographically based, multidimensional index derived from Canadian Census data that is used as a proxy for individual marginalization (1 indicates least marginalized; 5, most marginalized). These domains assess 18 different socioeconomic and marginalization variables for small geographic areas, such as the proportion of people older than 65 years or younger than 14 years (dependency), proportion unemployed (material deprivation), proportion of visible minorities (ethnic concentration), and proportion of dwellings not owned (residential instability).

**Table 2. Mesh Revision and Removal After Placement of a Synthetic Sling for SUI**

| | Entire Cohort (N = 59 887) | Surgeon Volume[a] | | Surgical Specialty[b] | |
|---|---|---|---|---|---|
| | | High (n = 44 140) | Low (n = 15 747) | Urology (n = 25 594) | Gynecology (n = 33 970) |
| Duration of follow-up, median, (IQR), y | 4.43 (2.35-6.88) | 4.50 (2.38-6.96) | 4.24 (2.24-6.68) | 4.96 (2.68-7.46) | 4.10 (2.13-6.38) |
| Total follow-up, person-years | 282 801 | 210 483 | 72 318 | 131 036 | 150 074 |
| Events, No. (%) of patients | 1307 (2.2) | 890 (2.0) | 417 (2.6) | 584 (2.3) | 712 (2.1) |
| Time from index date to outcome, median (IQR), y | 0.94 (0.35-2.49) | 0.94 (0.34-2.59) | 0.93 (0.35-2.38) | 1.00 (0.32-2.83) | 0.90 (0.37-2.23) |
| Event rate per 1000 patient-years of follow-up (95% CI) | 4.62 (4.38-4.88) | 4.23 (3.96-4.52) | 5.77 (5.24-6.35) | 4.46 (4.11-4.83) | 4.74 (4.41-5.11) |
| Unadjusted risk ratio (95% CI) | | 1 [Reference] | 1.37 (1.17-1.49)[c] | 1 [Reference] | 0.92 (0.82-1.02)[d] |

Abbreviations: IQR, interquartile range; SUI, stress urinary incontinence.

[a] Defined in Table 1.

[b] Three hundred twenty-three patients underwent operations from 1 of 150 surgeons with an unknown surgical specialty.

[c] $P < .01$ compared with a high surgeon volume.

[d] $P = .13$ compared with a urologist.

patients of low-volume surgeons were significantly more likely to experience the composite outcome (HR, 1.37 [95% CI, 1.21-1.55]; $P < .01$), and the difference between surgical disciplines was not significant (**Table 4**).

For our secondary exposures, 1252 women (2.1%) had multiple mesh sling implants (of whom 1191 [95.1%] had 2 and 61 [4.9%] had ≥3), and 73 women (0.1%) had potential risk factors for mesh-related complications. Among women with multiple mesh-based procedures for SUI, the absolute risk for mesh removal or revision was 4.87% (95% CI, 3.86%-6.06%). In mul-

tivariable modeling, these women had a 4.73-fold increased hazard of this complication (95% CI, 3.62-6.17 [$P < .01$]) and an absolute risk increase of 2.8% (95% CI, 1.7%-4.1%). The HR among women who had risk factors for mesh removal or revision was not significant (0.58 [95% CI, 0.08-4.13; $P = .59$]). The rate of intervention for SUI-related mesh revision or removal during the first postoperative year increased significantly during the study period from 9.74 per 1000 person-years in 2002 to 14.84 per 1000 person-years in 2012 ($P < .001$; eTable 5 in the Supplement).

**Copyright 2015 American Medical Association. All rights reserved.**

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

Table 3. The Cumulative Incidence Rate of Mesh Revision and Removal After Stress Urinary Incontinence Treatment by Years of Follow-up

| Year | No. of Patients | | | Cumulative Incidence (95% CI) |
|---|---|---|---|---|
| | At the Beginning of Follow-up | Censored | With Mesh Removal or Revision During Follow-up | |
| 1 | 59 887 | 4563 | 681 | 1.17 (1.09-1.27) |
| 2 | 54 643 | 7042 | 234 | 1.63 (1.52-1.74) |
| 3 | 47 367 | 6795 | 118 | 1.90 (1.78-2.02) |
| 4 | 40 454 | 7267 | 83 | 2.12 (2.00-2.24) |
| 5 | 33 104 | 6955 | 64 | 2.33 (2.20-2.46) |
| 6 | 26 085 | 6210 | 48 | 2.54 (2.39-2.69) |
| 7 | 19 827 | 5504 | 28 | 2.69 (2.53-2.85) |
| 8 | 14 295 | 5013 | 25 | 2.90 (2.72-3.08) |
| 9 | 9257 | 3874 | 16 | 3.11 (2.91-3.31) |
| 10 | 5367 | 3134 | 7 | 3.29 (3.05-3.53) |

## Sensitivity Analysis

The results of the sensitivity analyses are described in eTable 6 in the Supplement. The statistical significance and direction of effect for our primary and secondary exposures across all of these analyses were consistent. The probability of experiencing an SUI-related mesh complication based on the surgeon's annual procedure volume is shown in the **Figure**.

## Discussion

Mesh-based slings are appropriate for most female patients with SUI.[29,30] For women with complications, surgical intervention is considered the standard of care for mesh erosions into the urinary tract or urinary fistula and for most women with vaginal mesh exposure, significant voiding dysfunction, or severe pelvic pain after surgery.[6,9-11] Over time, early surgical interventions have become more common (eTable 5 in the Supplement), perhaps as a result of increased patient awareness[31] and improved physician confidence and experience with operative management of mesh complications. We have demonstrated that among our cohort of women undergoing vaginal mesh-based procedures solely for SUI, 2.2% underwent operative intervention for these complications (cumulative incidence rate, 3.29 at 10 years). Our results are consistent with an analysis of data from US health maintenance organizations[32] that reported a 9-year rate of urethrolysis or mesh removal of 3.7% and a meta-analysis of clinical trial data[33] that determined an overall proportion of patients requiring any secondary surgery of 3.2%. Although the FDA in the past has treated all vaginal mesh implants as equivalent, the intervention rates for mesh-based complications in procedures for SUI appear to be lower than those associated with procedures for pelvic organ prolapse.[34]

A surgeon volume of mesh-based procedures for SUI of less than the 75th percentile was associated with a 37% increased risk for surgically managed mesh-related complications. Although surgeon volume has been shown to be important for complex operations, such as oncologic and cardiac surgery,[35] its role in less demanding procedures is not well defined. The vaginal mesh regulatory notifications and expert opinion suggest that surgeons should obtain specialized training and experience in vaginal mesh surgery[8,14,15]; the demonstrated volume-outcome relationship (Figure) in this study supports this assertion. Urologists and gynecologists have very different surgical training and day-to-day practices, and previous studies[36] have suggested that differences exist in SUI outcomes between these groups of physicians. We hypothesized that complication rates may differ between these 2 groups; however, our hypothesis was not proved. This finding suggests that procedure-specific knowledge and experience is important for surgery to treat SUI rather than general operative training.

The prospective assessment of risk factors for SUI-related complications of mesh implants requiring surgical intervention is challenging given their rarity and prolonged time to presentation. Registries, such as the FDA Manufacturer and User Facility Device Experience database, and case series have significant reporting bias.[11] However, observational administrative data studies are well suited to address this question. We demonstrated that undergoing 2 or more mesh-based procedures for SUI is associated with an almost 5-fold increased risk for complications. This novel finding should temper the enthusiasm of case series that suggest that the use of multiple synthetic slings is safe and efficacious.[37,38] This finding is particularly important because undergoing additional mesh-based sling implant procedures (presumably for recurrent SUI) is the primary practice pattern in our cohort (and others[39]): after an initial mesh sling implant, and before surgery for a mesh-related complication, 1307 women underwent an additional mesh sling implant procedure, whereas only 147 women underwent a secondary non-mesh-based procedure for SUI. We did not demonstrate a significant increased risk among women who are considered to be at higher risk for complications from a mesh-based procedure for SUI.[20] This finding is likely a result of the very small number of these patients within our cohort, which in itself is reassuring in terms of patient selection.

The other covariates in our study also deserve discussion. Being younger was associated with a higher likelihood of mesh removal or revision, possibly as a result of more aggressive surgical management of complications[32] and an

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

Vaginal Mesh for the Treatment of Stress Urinary Incontinence

Original Investigation **Research**

Table 4. Multivariable Survival Analysis to Assess Independent Patient and Surgeon Risk Factors Associated With Mesh-Related Complication After Procedure for SUI

| Variable | HR (95% CI) | P Value |
|---|---|---|
| Surgeon volume[a] | | |
| High | 1 [Reference] | |
| Low | 1.37 (1.21-1.55) | <.01 |
| Surgeon specialty | | |
| Urology | 1 [Reference] | NA |
| Gynecology | 0.94 (0.83-1.08) | .38 |
| Unknown | 1.18 (0.64-2.17) | .59 |
| Multiple mesh-based procedures for SUI | 4.73 (3.62-6.17) | <.01 |
| High-risk patient[b] | 0.58 (0.08-4.13) | .59 |
| Age per 10-y increase | 0.86 (0.82-0.90) | <.01 |
| ADG resource utilization band[c] | 1.31 (1.21-1.41) | <.01 |
| Obesity | 0.82 (0.62-1.10) | .19 |
| Diabetes mellitus | 1.11 (0.94-1.32) | .22 |
| Simultaneous hysterectomy | 1.24 (1.08-1.42) | <.01 |
| Simultaneous non-mesh-based surgery for pelvic organ prolapse | 0.80 (0.66-0.97) | .02 |
| Provincial region[d] | | |
| 1 | 1 [Reference] | |
| 2 | 1.72 (1.35-2.20) | <.01 |
| 3 | 2.38 (1.71-3.30) | <.01 |
| 4 | 1.66 (1.29-2.14) | <.01 |
| 5 | 1.40 (1.10-1.78) | <.01 |
| 6 | 1.35 (0.99-1.85) | .06 |
| 7 | 1.26 (0.92-1.71) | .15 |
| 8 | 0.85 (0.55-1.31) | .47 |
| 9 | 1.58 (1.21-2.06) | <.01 |
| 10 | 1.11 (0.84-1.47) | .47 |
| 11 | 1.27 (0.87-1.84) | .22 |
| 12 | 1.06 (0.80-1.41) | .67 |
| 13 | 1.19 (0.90-1.58) | .22 |
| 14 | 1.41 (1.06-1.87) | .02 |
| Ontario Marginalization Index[d] | | |
| Dependency | 1.02 (0.97-1.07) | .46 |
| Deprivation | 1.01 (0.96-1.06) | .70 |
| Ethnic concentration | 0.99 (0.94-1.04) | .65 |
| Instability | 0.99 (0.94-1.04) | .73 |
| Academic or teaching hospital | 1.18 (1.02-1.36) | .03 |

Abbreviations: ADG, Aggregated Diagnostic Groups; SUI, stress urinary incontinence.

[a] Defined in Table 1.

[b] Includes history of fistula, diverticulum, radiotherapy, or urethral injury.

[c] Defined in Table 1. The reference category is band 0/1, indicating a healthy user.

[d] Defined in Table 1.

increased likelihood of dyspareunia. Increased comorbidity was associated with increased mesh removal or revision, which may be caused by impaired healing and preexisting voiding dysfunction from concurrent medical conditions. The additional dissection, trauma to the pelvic nerve plexus, and postoperative change to the vaginal anatomy may account for the increased risk for complications observed

Figure. Predicted Probability of Mesh-Related Complication in the Treatment of Stress Urinary Incontinence by Annual Surgeon Volume



The overlying histogram plot shows the distribution of annual surgeon volume. Predicted probability (solid line) was calculated using a logistic regression model with the same covariates as the primary analysis and was based on the observed sample means and proportions for each of the covariates. Dashed lines represent the 95% CI.

with a simultaneous hysterectomy and mesh-based procedure for SUI.[32,34] The increased risk for mesh removal or revision associated with academic hospitals may be owing to an increased clinical vigilance for complications or to unadjusted case-mix differences compared with nonacademic hospitals. The involvement of surgical trainees may also play a role because an increased risk for morbidity with trainee involvement has been demonstrated across a large spectrum of surgical procedures[40] and specifically among urology residents performing urogynecologic procedures.[41] The reduced risk observed with simultaneous prolapse surgery may be a marker of more favorable vagina exposure at the time of sling placement. The significant regional variation across Ontario (despite multivariable adjustment) may be owing to regional preferences for specific commercial mesh slings, different training and mentoring for practicing surgeons learning the procedure, and varying access to tertiary referral practices for complex issues, such as pain or voiding dysfunction after mesh sling procedures.

Our study has several strengths. This population-based study addresses multiple key questions from the FDA and Health Canada and substantiates their recommendation that surgeons should obtain training and experience in the use of vaginal mesh implants for SUI. Ontario's health care databases and universal health care system provide a large and inclusive population of women treated by a variety of surgeons and with a variety of mesh types and mesh-based procedures. This setting maximizes the precision and generalizability of our results compared with the results of randomized clinical trials that rely on highly selected patients treated at specialist centers. Across several sensitivity analyses, the magnitude and significance of our primary and secondary exposures were consistent.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

The limitations of this study should also be acknowledged. Despite measuring several important covariates, observational studies may have residual confounding; for example, the degree of incontinence, smoking status, and type of mesh could not be measured. Although the CCI codes as a whole defined our cohort and primary outcome well, we could not reliably identify specific sling types (such as retropubic or transobturator slings or mini-slings) or specific complications. Some outcomes in our study may not have had a direct causal link with the mesh-based procedure for SUI. Finally, we relied on surgical removal or revision of mesh as our outcome. This measure captures the most serious complications; however, we have likely underestimated the true absolute rate of mesh-related complications because we were not able to include asymptomatic patients, those with nonsurgical complications, or those treated outside the operating room.

## Conclusions

Among adult women undergoing mesh-based procedures for SUI, the risk for secondary surgery for specific complications is low (cumulative incidence rate, 3.29 at 10 years). Patients of lower-volume surgeons are 37% more likely to require surgery for mesh complications. These findings support the regulatory statements that suggest that patients should be counseled regarding serious complications that can occur with mesh-based procedures for SUI and that surgeons should achieve expertise in their chosen procedure. Multiple mesh-based procedures for SUI are a novel risk factor associated with an almost 5-fold higher rate of mesh removal or revision, and the safety of this practice should be studied further.

**ARTICLE INFORMATION**

**Accepted for Publication:** May 27, 2015.

**Published Online:** September 9, 2015.
doi:10.1001/jamasurg.2015.2590.

**Author Contributions:** Dr Welk and Ms Winick-Ng had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Study concept and design:* Welk.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Welk.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Welk, Winick-Ng.
*Study supervision:* Welk.

**Conflict of Interest Disclosures:** Dr Welk reported receiving investigator-initiated grant funding from Astellas Canada. No other disclosures were reported.

**Funding/Support:** The Institute for Clinical Evaluative Sciences (ICES) is supported by an annual grant from the Ontario Ministry of Health and Long-term Care; the ICES site at Western University is supported by an operating grant from the Academic Medical Organization of Southwestern Ontario.

**Role of the Funder/Sponsor:** The funding sources had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Disclaimer:** The opinions, results, and conclusions are those of the authors, and no endorsement by the ICES, Ontario Ministry of Health and Long-term Care, or Academic Medical Organization of Southwestern Ontario is intended or should be inferred.

**REFERENCES**

1. Nygaard I, Barber MD, Burgio KL, et al; Pelvic Floor Disorders Network. Prevalence of symptomatic pelvic floor disorders in US women. *JAMA*. 2008;300(11):1311-1316.

2. Wu JM, Matthews CA, Conover MM, Pate V, Jonsson Funk M. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. *Obstet Gynecol*. 2014;123(6):1201-1206.

3. Oliphant SS, Wang L, Bunker CH, Lowder JL. Trends in stress urinary incontinence inpatient procedures in the United States, 1979-2004. *Am J Obstet Gynecol*. 2009;200(5):521.e1-521.e6. doi:10 .1016/j.ajog.2009.01.007.

4. Chughtai BI, Elterman DS, Vertosick E, Maschino A, Eastham JA, Sandhu JS. Midurethral sling is the dominant procedure for female stress urinary incontinence: analysis of case logs from certifying American urologists. *Urology*. 2013;82(6):1267-1271.

5. Novara G, Artibani W, Barber MD, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. *Eur Urol*. 2010;58(2):218-238.

6. Chermansky CJ, Winters JC. Complications of vaginal mesh surgery. *Curr Opin Urol*. 2012;22(4): 287-291.

7. Nilsson CG, Palva K, Aarnio R, Morcos E, Falconer C. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. *Int Urogynecol J*. 2013;24(8):1265-1269.

8. Chapple CR, Raz S, Brubaker L, Zimmern PE. Mesh sling in an era of uncertainty: lessons learned and the way forward. *Eur Urol*. 2013;64(4):525-529.

9. Hou JC, Alhalabi F, Lemack GE, Zimmern PE. Outcome of transvaginal mesh and tape removed for pain only. *J Urol*. 2014;192(3):856-860.

10. Blaivas JG, Mekel G. Management of urinary fistulas due to midurethral sling surgery. *J Urol*. 2014;192(4):1137-1142.

11. Deng DY, Rutman M, Raz S, Rodriguez LV. Presentation and management of major complications of midurethral slings: are complications under-reported? *Neurourol Urodyn*. 2007;26(1):46-52.

12. Dunn GE, Hansen BL, Egger MJ, et al. Changed women: the long-term impact of vaginal mesh complications. *Female Pelvic Med Reconstr Surg*. 2014;20(3):131-136.

13. MDL Statistics report: distribution of pending multidistrict lawsuit dockets by district. http://www .jpml.uscourts.gov./sites/jpml/files/Pending_MDL _Dockets_By_District-November-17-2014.pdf. Published 2014. Accessed March 7, 2015.

14. Urogynecologic surgical mesh: update on the safety and effectiveness of transvaginal placement for pelvic organ prolapse. http://www.fda.gov /downloads/medicaldevices/safety /alertsandnotices/UCM262760.pdf. Published 2011. Accessed February 11, 2015.

15. Healthy Canadians Website. Surgical mesh: complications associated with transvaginal implantation for the treatment of stress urinary incontinence and pelvic organ prolapse—notice to hospitals. Recalls & alerts. http://www .healthycanadians.gc.ca/recall-alert-rappel-avis /hc-sc/2014/39475a-eng.php. Published May 13, 2014. Accessed March 5, 2015.

16. von Elm E, Altman DG, Egger M, Pocock SJ, Gøtzsche PC, Vandenbroucke JP; STROBE Initiative. The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies. *Epidemiology*. 2007;18(6):800-804.

17. Raina P, Torrance-Rynard V, Wong M, Woodward C. Agreement between self-reported and routinely collected health-care utilization data among seniors. *Health Serv Res*. 2002;37(3):751-774.

18. Williams J, Young W. Appendix I: a summary of studies on the quality of health care administrative databases in Canada. In: Goel V, Williams JI, Anderson GM, et al, eds. *Patterns of Health Care in Ontario: the ICES Practice Atlas*. 2nd ed. Ottawa, ON: Canadian Medical Association; 2000:339-347.

19. Jha P, Deboer D, Sykora K, Naylor CD. Characteristics and mortality outcomes of thrombolysis trial participants and nonparticipants: a population-based comparison. *J Am Coll Cardiol*. 1996;27(6):1335-1342.

20. American Urologic Association. Guideline for the surgical management of female stress: urinary incontinence: update (2009). https://www.auanet .org/education/clinical-practice-guidelines.cfm. Published 2009. Revised 2012. Accessed March 25, 2015.

21. Daneshgari F, Kong W, Swartz M. Complications of mid urethral slings: important outcomes for future clinical trials. *J Urol*. 2008;180(5):1890-1897.

22. Hux JF, Ivis F, Flintoft V, Bica A. Diabetes in Ontario: determination of prevalence and incidence using a validated administrative data algorithm. *Diabetes Care*. 2002;25(3):512-516.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

Vaginal Mesh for the Treatment of Stress Urinary Incontinence

**23**. Kralji B. Measuring "rurality" for purposes of health care planning: an empirical measure for Ontario. *Ontario Med Rev*. 2000;67(10):33-52.

**24**. Weiner J. The Johns Hopkins ACG System Reference Manual, Version 8.2. http://www .ensolution.se/upl/files/14429.pdf. Published December 2008. Accessed February 27, 2015.

**25**. Austin PC, van Walraven C, Wodchis WP, Newman A, Anderson GM. Using the Johns Hopkins Aggregated Diagnosis Groups (ADGs) to predict mortality in a general adult population cohort in Ontario, Canada. *Med Care*. 2011;49(10):932-939.

**26**. Matheson FI, Dunn JR, Smith KLW, Moineddin R, Glazier RH. Development of the Canadian Marginalization Index: a new tool for the study of inequality. *Can J Public Health*. 2012;103(8)(suppl 2):S12-S16.

**27**. Austin PC. Using the standardized difference to compare the prevalence of a binary variable between two groups in observational research. *Commun Stat Simul Comput*. 2009;38(6):1228-1234.

**28**. Pagano M, Gauvreau K. *Principles of Biostatistics*. 2nd ed. Pacific Grove, CA: Duxbury Press; 2000.

**29**. Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction. Position statement on mesh midurethral slings for stress urinary incontinence. http://www.sufuorg.com /docs/guidelines/AUGS-SUFU-MUS-Position -Statement-APPROVED-1-3-2014.aspx. Published 2014. Accessed February 27, 2015.

**30**. Dmochowski RR, Blaivas JM, Gormley EA, et al; Female Stress Urinary Incontinence Update Panel of the American Urological Association Education and Research, Inc. Update of AUA guideline on the surgical management of female stress urinary incontinence. *J Urol*. 2010;183(5):1906-1914.

**31**. Rice NT, Hu Y, Slaughter JC, Ward RM. Pelvic mesh complications in women before and after the 2011 FDA public health notification. *Female Pelvic Med Reconstr Surg*. 2013;19(6):333-338.

**32**. Jonsson Funk M, Siddiqui NY, Pate V, Amundsen CL, Wu JM. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. *Am J Obstet Gynecol*. 2013;208(1): 73.e1-73.e7. doi:10.1016/j.ajog.2012.10.006.

**33**. Novara G, Galfano A, Boscolo-Berto R, et al. Complication rates of tension-free midurethral slings in the treatment of female stress urinary incontinence: a systematic review and meta-analysis of randomized controlled trials comparing tension-free midurethral tapes to other surgical procedures and different devices. *Eur Urol*. 2008;53 (2):288-308.

**34**. Abed H, Rahn DD, Lowenstein L, Balk EM, Clemons JL, Rogers RG; Systematic Review Group of the Society of Gynecologic Surgeons. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. *Int Urogynecol J*. 2011;22(7):789-798.

**35**. Birkmeyer JD, Stukel TA, Siewers AE, Goodney PP, Wennberg DE, Lucas FL. Surgeon volume and operative mortality in the United States. *N Engl J Med*. 2003;349(22):2117-2127.

**36**. Anger JT, Litwin MS, Wang Q, Pashos CL, Rodríguez LV. Variations in stress incontinence and prolapse management by surgeon specialty. *J Urol*. 2007;178(4, pt 1):1411-1417.

**37**. Verbrugghe A, De Ridder D, Van der Aa F. A repeat mid-urethral sling as valuable treatment for persistent or recurrent stress urinary incontinence. *Int Urogynecol J*. 2013;24(6):999-1004.

**38**. Meyer F, Hermieu JF, Boyd A, et al. Repeat mid-urethral sling for recurrent female stress urinary incontinence. *Int Urogynecol J*. 2013;24(5):817-822.

**39**. Patil A, Moran P, Duckett J; British Society of Urogynaecology Audit Committee. How do urogynaecologists treat failed suburethral slings? experience from the British Society of Urogynaecology database and literature review. *J Obstet Gynaecol*. 2011;31(6):514-517.

**40**. Raval MV, Wang X, Cohen ME, et al. The influence of resident involvement on surgical outcomes. *J Am Coll Surg*. 2011;212(5):889-898.

**41**. Patel HD, Ball MW, Cohen JE, Kates M, Pierorazio PM, Allaf ME. Morbidity of urologic surgical procedures: an analysis of rates, risk factors, and outcomes. *Urology*. 2015;85(3):552-559.

Copyright 2015 American Medical Association. All rights reserved.

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**Supplemental Online Content**

Welk B, Al-Hothi H, Winick-Ng J. Removal or revision of vaginal mesh used for the treatment of stress urinary incontinence. *JAMA Surg.* Published online September 9, 2015. doi:10.1001/jamasurg.2015.2590

**eTable 1.** STROBE Checklist for Cohort Studies

**eTable 2.** CCI Codes Used to Identify Any Synthetic Mesh-Based Procedure for SUI

**eTable 3.** CCI Codes Used to Define Our Composite Outcome of Mesh Removal or Revision

**eTable 4.** Coding Definitions for Study Covariates

**eTable 5.** One-Year Rate of Mesh Removal or Revision by Operative Year

**eTable 6.** Summary of Sensitivity Analyses for Primary and Secondary Exposures

**eFigure 1.** Flow Diagram of Cohort Selection

**eFigure 2.** Number of Mesh-Based Procedure for SUI Performed Yearly, 2002-2012

**eFigure 3.** Number of Surgeons Considered High Volume by Specialty, 2002-2012

This supplementary material has been provided by the authors to give readers additional information about their work.

© 2015 American Medical Association. All rights reserved.   1

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

## eTable 1. STROBE Checklist for Cohort Studies

| | Item No. | Recommendation | Page No. |
|---|---|---|---|
| **Title and abstract** | 1 | (*a*) Indicate the study's design with a commonly used term in the title or the abstract | Abstract, *Design* |
| | | (*b*) Provide in the abstract an informative and balanced summary of what was done and what was found | Abstract |
| **Introduction** | | | |
| Background/rationale | 2 | Explain the scientific background and rationale for the investigation being reported | Introduction |
| Objectives | 3 | State specific objectives, including any prespecified hypotheses | Introduction & Methods |
| **Methods** | | | |
| Study design | 4 | Present key elements of study design early in the paper | Methods, *Study Design & Setting* |
| Setting | 5 | Describe the setting, locations, and relevant dates, including periods of recruitment, exposure, follow-up, and data collection | Methods, *Study Design & Setting* and *Primary Exposure* |
| Participants | 6 | (*a*) *Cohort study*—Give the eligibility criteria, and the sources and methods of selection of participants. Describe methods of follow-up | Methods |
| Variables | 7 | Clearly define all outcomes, exposures, predictors, potential confounders, and effect modifiers. Give diagnostic criteria, if applicable | Methods, *Outcome* and *Exposures and covariates* |
| Data sources/ measurement | 8* | For each variable of interest, give sources of data and details of methods of assessment (measurement). Describe comparability of assessment methods if there is more than one group | Methods, *Data sources* and Table 1, and eTable2-4 in the Supplement. |
| Bias | 9 | Describe any efforts to address potential sources of bias | Methods, *Statistical analysis* |
| Study size | 10 | Explain how the study size was arrived at | Methods, eFigure 1, population based study |
| Quantitative variables | 11 | Explain how quantitative variables were handled in the analyses. If applicable, describe which groupings were chosen and why | Methods, *Exposures and covariates* and *Statistical analysis* and Table 1. Additional information: The exposure (surgeon volume >75th percentile was based on previous studies in the literature, and the robustness of this definition was tested |

© 2015 American Medical Association. All rights reserved.   2

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

|  |  |  | with an alternative definition (50th percentile), and graphical assessment (Figure 1). Other variables: age (continuous), ADG RUB (continuous), obesity (binary), hysterectomy (binary), prior prolapse surgery (binary), multiple mesh slings (binary, sensitivity analysis as count variable), high risk patient (Binary variable), Year of cohort entry (categorical), provincial region (categorical), Ontario Marginalisation index domains (continuous), rural residence (binary), surgeon (categorical), teaching hospital (binary), Health care utilisation (continuous). |
| --- | --- | --- | --- |
| Statistical methods | 12 | (*a*) Describe all statistical methods, including those used to control for confounding | Methods, *Statistical analysis* |
|  |  | (*b*) Describe any methods used to examine subgroups and interactions | None |
|  |  | (*c*) Explain how missing data were addressed | Methods, *Data sources* |
|  |  | (*d*) *Cohort study*—If applicable, explain how loss to follow-up was addressed | Methods Patients were censored on death or emigration (date of last healthcare contact plus one year) |
|  |  | (*e*) Describe any sensitivity analyses | Methods, *Statistical analysis* |
| Participants | 13* | (a) Report numbers of individuals at each stage of study—eg numbers potentially eligible, examined for eligibility, confirmed eligible, included in the study, completing follow-up, and analysed | eFigure 1 in the supplement |
|  |  | (b) Give reasons for non-participation at each stage | NA |
|  |  | (c) Consider use of a flow diagram | eFigure 1 |
| Descriptive data | 14* | (a) Give characteristics of study participants (eg demographic, clinical, social) and information on exposures and potential confounders | Results, Table 1, Table 2 |
|  |  | (b) Indicate number of participants with missing data for each variable of interest | NA |
|  |  | (c) *Cohort study*—Summarise follow-up time (eg, average and total amount) | Table 2 |
| Outcome data | 15* | *Cohort study*—Report numbers of outcome events or summary measures | Table 2 |

© 2015 American Medical Association. All rights reserved.  3

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

| | | over time | |
|---|---|---|---|
| Main results | 16 | (a) Give unadjusted estimates and, if applicable, confounder-adjusted estimates and their precision (eg, 95% confidence interval). Make clear which confounders were adjusted for and why they were included | Results, Table 2, Table 4 |
| | | (b) Report category boundaries when continuous variables were categorized | Results Interquartile range |
| | | (c) If relevant, consider translating estimates of relative risk into absolute risk for a meaningful time period | Results Included for the significant exposures of high volume surgeon and multiple mesh slings |
| Other analyses | 17 | Report other analyses done—eg analyses of subgroups and interactions, and sensitivity analyses | eTable 6 in the supplement |
| **Discussion** | | | |
| Key results | 18 | Summarise key results with reference to study objectives | Discussion |
| Limitations | 19 | Discuss limitations of the study, taking into account sources of potential bias or imprecision. Discuss both direction and magnitude of any potential bias | Discussion |
| Interpretation | 20 | Give a cautious overall interpretation of results considering objectives, limitations, multiplicity of analyses, results from similar studies, and other relevant evidence | Discussion |
| Generalisability | 21 | Discuss the generalisability (external validity) of the study results | Discussion |
| **Other information** | | | |
| Funding | 22 | Give the source of funding and the role of the funders for the present study and, if applicable, for the original study on which the present article is based | Acknowledgements |

© 2015 American Medical Association. All rights reserved.   4

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eTable 2. CCI Codes Used to Identify Any Synthetic Mesh-Based Procedure for SUI**

| CCI Code | Dates Active | Description | Number of patients in cohort |
|---|---|---|---|
| 1PL74AFFF | April 2002-March 2006 | Fixation, bladder neck combined open abdominal and endoscopic transvaginal approach using tension free vaginal tape [TVT] technique | 2913 |
| 1PL74AFXXN | April 2002-Present | 'Fixation, bladder neck combined per orifice (vaginal) and open (abdominal) approach using synthetic material | 3677 |
| 1PL74AFXXQ | April 2003-Present | 'Fixation, bladder neck combined per orifice (vaginal) and open (abdominal) approach using combined sources of tissue [e.g. graft and synthetic tissue] | 66 |
| 1PL74ALFF | April 2002-March 2006 | 'Fixation, bladder neck combined percutaneous and vaginal approach using tension free vaginal tape [TVT] technique | 11535 |
| 1PL74ALXXN | April 2006-Present | Fixation, bladder neck combined per orifice (vaginal) and percutaneous approach using synthetic material (e.g. TVT technique) | 32268 |
| 1PL74CRXXN | April 2009-Present | 'Fixation, bladder neck per orifice (vaginal) approach with incision using synthetic tissue  (e.g. TVT technique) | 7932 |
| 1PL74DAXXN | April 2009-Present | 'Fixation, bladder neck endoscopic (laparoscopic) (retropubic) approach using synthetic tissue | 549 |
| 1PL74LAXXN | April 2006-Present | Fixation, bladder neck open (retropubic, perineal) approach using synthetic material (sling) | 933 |
| 1PL74LAXXQ | April 2006-Present | Fixation, bladder neck open (retropubic, perineal) approach using combined sources | 14 |

Codes were selected after review of CIHI CCI code description/evolution guides, yearly coding frequency, and review of actual coding practices with trained hospital based CIHI coders. Other distinct CCI codes specify alternative slings, such as biologic graft and autologous fascial slings.

© 2015 American Medical Association. All rights reserved.   5

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eTable 3. CCI Codes Used to Define Our Composite Outcome of Mesh Removal or Revision**

| CCI Code | Dates Active | Description | Count* |
|---|---|---|---|
| 1PL54CAXXN | April 2006-Present | Management of internal device, bladder neck of synthetic urethral sling (tension free vaginal tape [TVT]) using per orifice [vaginal] approach | 248 |
| 1PL54LAXXN | April 2006-Present | Management of internal device, bladder neck of synthetic material (urethral sling) (tension free vaginal tape [TVT]) using open approach | 67 |
| 1PL55CAXXN | April 2006-Present | Removal of device, bladder neck of synthetic urethral sling [tension free vaginal tape] using vaginal approach | 393 |
| 1PL55LAXXN | April 2006-Present | Removal of device, bladder neck of synthetic urethral sling [tension free vaginal tape] using open approach | 86 |
| 1PQ56BA | April 2002-Present | Removal of foreign body, urethra using endoscopic per orifice (transurethral) approach | 26 |
| 1PQ56CA | April 2002-Present | Removal of foreign body, urethra using per orifice approach | 7 |
| 1PQ56DA | April 2002-Present | Removal of foreign body, urethra using endoscopic (percutaneous) approach | 0 |
| 1PQ56LA | April 2002-Present | Removal of foreign body, urethra using open approach (abdominal, perineal) | <6 |
| 1PQ56QY | April 2002-Present | Removal of foreign body, urethra using open transvaginal approach | 10 |
| 1PQ57BAGX | April 2002-Present | Extraction, urethra using endoscopic per orifice approach(transurethral) and device NEC [e.g. forceps, meatome] | <6 |
| 1PQ57LAAM | April 2002-Present | Extraction, urethra using open approach and basket device | 0 |
| 1PQ57LAGX | April 2002-Present | Extraction, urethra using open approach and device NEC [e.g. forceps, meatome] | <6 |
| 1PQ59BAAG | April 2002-Present | Destruction, urethra endoscopic per orifice approach using laser | 10 |
| 1PQ59BAAZ | April 2002-Present | Destruction, urethra endoscopic per orifice approach using ultrasonic probe | 0 |
| 1PQ72AC | April 2002-Present | Release, urethra using combined open abdominal with vaginal approach | 27 |
| 1PQ72LA | April 2002-Present | Release, urethra using open approach | 49 |
| 1PQ72PK | April 2002-Present | Release, urethra using open retropubic approach | 8 |
| 1PQ72QY | April 2009-Present | Release, urethra using open transvaginal approach | 42 |
| 1PQ72QYAG | April 2002-Present | Release, urethra using open transvaginal approach and laser | 11 |
| 1PQ86MB | April 2002-Present | Closure of fistula, urethra simple excision and closure terminating at skin (urethrocutaneous, urethroscrotal, urethroperineal) | 0 |
| 1PQ86MD | April 2002-March 2009 | Closure of fistula, urethra NEC simple excision and closure terminating in genital tract [urethrovaginal] | 10 |
| 1PQ86MH** | April 2009-Present | Closure of fistula, urethra simple excision and closure terminating in genital tract [urethrovaginal] | <6 |

© 2015 American Medical Association. All rights reserved.   6

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

| | | | |
|---|---|---|---|
| 1RS55CAXXN | April 2003-Present | Removal of device, vagina of synthetic material (e.g. mesh, sling) using per orifice approach | 256 |
| 1RS55LAXXN | April 2002-Present | Removal of device, vagina of synthetic tissue (e.g. mesh) using open approach | 65 |
| 1RS56CA | April 2002-Present | Removal of foreign body, vagina using per orifice [vaginal] approach (for simple extraction) | 18 |
| 1RS56CR | April 2002-Present | Removal of foreign body, vagina using per orifice [vaginal] approach and incisional technique | 65 |
| 1RS56DA | April 2006-Present | Removal of foreign body, vagina using endoscopic (laparoscopic) approach | <6 |
| 1RS56LA | April 2006-Present | Removal of foreign body, vagina using open (abdominal) approach | <6 |
| 1RS86LAXXE | April 2002-March 2006 | Closure of fistula, vagina NEC terminating at skin, using open (perineal) approach and local flap repair | <6 |
| 1RS86MB | April 2006-Present | Closure of fistula, vagina for fistula terminating at skin (vaginal, perineal) and simple apposition (suturing) for closure | <6 |
| 1SZ55LAXXN | April 2002-Present | Removal of device, soft tissue of the chest and abdomen of mesh using open approach | 91 |

Codes were selected after review of CIHI CCI code description/evolution guides, yearly coding frequency, and review of actual coding practices with trained hospital based CIHI coders. Due to the procedure based rather than indication based nature of these codes, and the fact that multiple codes may be assigned to a single surgery, we could not definitively determine the specific reason why most patients were having the mesh removed or revised.

*The number of codes (1509) is greater than the number of patients who experienced an outcome (1307) as patients could have multiple relevant codes for an individual surgery. Groups of patients with n<6 are not reported for privacy reasons.

© 2015 American Medical Association. All rights reserved.  7

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eTable 4. Coding Definitions for Study Covariates**

| Covariate | Source | Codes |
|---|---|---|
| Obesity | OHIP | E676, E010 |
| | CIHI-DAD/SDS (ICD 10) | E66x Obesity |
| | CIHI-DAD/SDS (ICD 9) | 278.x Obesity |
| Pelvic organ prolapse repair (with or without mesh) | CIHI-DAD/SDS (CCP*) | 82.40 Anterior & Posterior repair<br>82.41 Anterior repair<br>82.42 Posterior repair<br>82.43 Anterior & Posterior Repair<br>81.30 Repair of uterine support<br>81.31 Interposition<br>81.32 Other uterine suspension<br>81.33 Vaginal repair chronic uterine inversion<br>81.39 Other repair of uterine support |
| Pelvic organ prolapse repair (with mesh) | CIHI-DAD/SDS (CCI) | 1RS80CRXXN Synthetic repair vagina (Vaginal approach)<br>1RS80CAXXN Synthetic repair vagina<br>1RS80LAXXN  Synthetic repair vagina, (abdominal approach)<br>1RS80DAXXN Synthetic repair vagina (MIS approach)<br>1RS80CRXXQ Repair vagina combined source<br>1RS80CAXXQ Repair vagina combined source<br>1RS80LAXXQ Repair vagina retropubic combined tissue source<br>1RS74CRXXN Repair vagina with synthetics<br>1RS74LAXXN Abdominal repair vagina with synthetics<br>1RS74DAXXN Repair vagina synthetics Lap<br>1RS74CAXXN Fixation vaginal approach with mesh |
| Any prolapse repair | OHIP | S716 S717 S718 S719 S723 S720 S721 S722 S812 S760 S813 S761 S758 S759 |
| | CIHI-DAD/SDS (CCI) | 1RS74 Fixation vagina<br>1RS80 Repair vagina |
| | CIHI-DAD/SDS (CCP) | 82.40 Anterior & Posterior repair<br>82.41 Anterior repair<br>82.42 Posterior repair<br>82.43 Anterior & Posterior Repair<br>81.30 Repair of uterine support<br>81.31 Interposition<br>81.32 Other uterine suspension<br>81.33 Vaginal repair chronic uterine inversion<br>81.39 Other repair of uterine support |
| Prior possible mesh based SUI procedure | CIHI-DAD/SDS (CCP) | 71.40 Suprapubic sling operation<br>71.60 Periurethral suspension and compression |
| Urologic visit | OHIP | A355, C355, W355, A356, C356, W356, A353, C353, C354, A354 |
| Gynecologic visit | OHIP | A205 A206 A203 A204 C205 C206 C203 C204 W305 W306 |
| Hysterectomy | OHIP | S757 S816 S763 S762 S710 S758 S759 |
| | CIHI-DAD/SDS (CCI) | 5CA89CK Vaginal Hysterectomy with pregnancy<br>5CA89GB MIS hysterectomy with pregnancy<br>5CA89WJ Open hysterectomy with pregnancy<br>5CA89WK Open hysterectomy with pregnancy<br>5MD60KE Cesarean section hysterectomy<br>5MD60RC Cesarean section hysterectomy with forceps<br>5MD60RD Cesarean section hysterectomy with vacuum |

© 2015 American Medical Association. All rights reserved.   8

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

| | | |
|---|---|---|
| | CIHI-DAD/SDS (CCP) | 1RM89 Total hysterectomy<br>1RM91 Radical hysterectomy<br>86.42 Hysterectomy with pregnancy<br>80.30 Total abdominal hysterectomy<br>80.40 Vaginal hysterectomy<br>80.50 Radical hysterectomy<br>80.60 Radical vaginal hysterectomy |
| High risk mesh patient: Prior fistula | CIHI-DAD/SDS (CCI) | 1PQ86MH Urethrovaginal fistula excision and closure<br>1PQ86MD Urethrovaginal fistula excision and closure<br>1PQ86MB Urethral fistula excision and closure<br>1RS86MB Vaginal fistula closure<br>1RS86CAXXE Vaginal fistula closure<br>1RS86LAXXE Vaginal fistula closure |
| | OHIP | S709A, S523A, S524A |
| | CIHI-DAD/SDS (CCP) | 70.33 Closure of fistula to urethra |
| High risk mesh patient: Prior urethral diverticulum | CIHI-DAD/SDS (CCI) | 1PQ87QY Partial excision urethra |
| | CIHI-DAD/SDS (CCP) | 70.20 Excision or destruction of urethral lesion<br>82.52 Vaginal reconstruction diverticulum |
| | OHIP | S541 |
| High risk mesh patient: Prior radiation therapy | CIHI-DAD/SDS (CCI) | 1PQ27JA Radiation urethra, external beam<br>1PM27JA Radiation bladder, external beam<br>1RM26 Radiation uterus, brachytherapy<br>1RM27JA Radiation uterus, external beam<br>1RZ27JA Radiation female genital tract<br>1RN26 Radiation cervix, brachytherapy<br>1RN27 Radiation cervix, external beam<br>1NQ27JA Radiation rectum, external beam<br>1NT26CA/HA/LA Radiation anus, brachytherapy<br>1NT27JA Radiation anus, external beam<br>1RB27JA Radiation ovary, external beam<br>1RS26 Radiation vagina, brachytherapy<br>1RS27JA Radiation vagina, external beam |
| High risk mesh patient: Prior urethral injury | CIHI-DAD/SDS ICD10 | S37.3 Injury of urethra |
| | CIHI-DAD/SDS ICD9 | 867.0 Injury bladder or urethra<br>867.1 Open injury bladder or urethra |

The entire data holdings were used as appropriate to determine covariate status.

*Canadian Classification of Diagnostic, Therapeutic and Surgical Procedures (CCP) codes were used prior to April 1 2002 after which they were replaced by CCI codes.

© 2015 American Medical Association. All rights reserved.   9

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eTable 5. One-Year Rate of Mesh Removal or Revision by Operative Year**

|  | Cohort size | Frequency of outcome | Event rate (per 1000 person-years)* |
|---|---|---|---|
| 2002 | 2585 | 0.97% (25) | 9.74 |
| 2003 | 3523 | 0.74% (26) | 7.43 |
| 2004 | 4204 | 1.05% (44) | 10.55 |
| 2005 | 5307 | 1.00% (53) | 10.06 |
| 2006 | 5728 | 1.13% (65) | 11.44 |
| 2007 | 6396 | 1.06% (68) | 10.71 |
| 2008 | 6977 | 1.33% (93) | 13.45 |
| 2009 | 7232 | 1.18% (85) | 11.86 |
| 2010 | 6695 | 1.34% (90) | 13.58 |
| 2011 | 6804 | 1.47% (100) | 14.84 |
| Entire cohort | 55451 | 1.17% (649) | 11.80 |

*There was a significant linear increase in this rate (p=0.0002).

© 2015 American Medical Association. All rights reserved.   10

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eTable 6. Summary of Sensitivity Analyses for Primary and Secondary Exposures**

| | Primary Analysis HR (95% CI) | Cohort restricted to patients receiving a midurethral mesh sling (n=54,648)* | Patients censored for future non mesh SUI surgery (n=147 censored)** | Definition of high volume surgeon ≥50th percentile *** | Multiple mesh surgeries modeled as a count variable**** | Multilevel model accounting for patient clustering within surgeons***** |
|---|---|---|---|---|---|---|
| Surgeon Volume (reference=high volume) | 1.37 (1.21-1.55) p<0.01 | 1.42 (1.24-1.61) p<0.01 | 1.36 (1.20-1.53) p<0.01 | 1.21 (1.01-1.47) p=0.04 | 1.37 (1.22-1.55) p<0.01 | 1.37 (1.17-1.60) p<0.01 |
| Surgeon | | | | | | |
| Urologist | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) | 1.0 (reference) |
| Gynecologist | 0.94 (0.83-1.08) p=0.38 | 0.90 (0.79-1.04) p=0.15 | 0.95 (0.84-1.09) p=0.47 | 0.94 (0.83-1.08) p=0.39 | 0.95 (0.83-1.08) p=0.42 | 0.94 (0.77-1.16) p=0.58 |
| Unknown | 1.18 (0.64-2.17) p=0.59 | 0.98 (0.48-1.99) p=0.36 | 1.21 (0.66-2.22) p=0.54 | 1.24 (0.67-2.30) p=0.49 | 1.21 (0.66-2.22) p=0.54 | 1.18 (0.69-2.03) p=0.55 |
| Multiple mesh based SUI procedures | 4.73 (3.62-6.17) p<0.01 | 5.30 (4.04-6.96) p<0.01 | 4.71 (3.59-6.18) p<0.01 | 4.74 (3.63-6.19) p<0.01 | 3.37 (2.76-4.11) p<0.01 | 4.73 (3.48-6.42) p<0.01 |
| High risk patient (history of fistula, diverticulum, radiation, urethral injury) | 0.58 (0.08-4.13) p=0.59 | 0.61 (0.09-4.31) p=0.62 | 0.60 (0.08-4.30) p=0.62 | 0.57 (0.08-4.06) p=0.58 | 0.59 (0.08-4.16) p=0.59 | 0.58 (0.08-4.17) p=0.59 |

*Cohort was restricted to CCI codes 1PL74AFFF, 1PL74ALFF, 1PL74ALXXN, 1PL74CRXXN, which were most definitively linked to a midurethral sling (tension free vaginal tape placed by either a transvaginal or transobturator technique). Excluded patients may have had bone anchored slings, bladder neck slings placed open or with laparoscopic assistance, or procedures that used combined mesh and biologic implants.

**Patients who had a subsequent retropubic suspension, fascial or biologic bladder neck sling, or bulking agent were censored on the date of this procedure. This removes the potential issue of assigning causality to the initial mesh based SUI procedure when obstruction, mesh exposure or fistula may be due to complications of the subsequent nonmesh procedure.

***To be considered in the top 50th percentile of mesh implanters in a given year, surgeons had a median yearly volume of ≥6 (IQR 4-7) mesh based procedures.

****Rather than defining multiple mesh slings as binary variable, this model's HR for multiple mesh slings is additive for each additional mesh based SUI procedure

*****A multilevel model takes the hierarchical structure of the data into account. In this case patients were clustered within surgeons; a further level of clustering within hospitals was not added as these procedures are generally short stay cases, and the outcome is not likely to be influenced by routine short term hospital care.

© 2015 American Medical Association. All rights reserved.   11

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eFigure 1. Flow Diagram of Cohort Selection**



© 2015 American Medical Association. All rights reserved.   12

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eFigure 2. Number of Mesh-Based Procedures for SUI Performed Yearly, 2002-2012**

The declining number of overall synthetic incontinence slings (after 2009) follows the release of the FDA transvaginal mesh warning in October of 2008, and the Health Canada transvaginal mesh warning in February of 2010.



*As our study period ended Dec 31, 2012, the data for fiscal year 2012 (April 1 2012-March 30, 2013) was extrapolated for January 1 2013-March 30 2013 based on the prior 9 months of available data.

© 2015 American Medical Association. All rights reserved.   13

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015

**eFigure 3. Number of Surgeons Considered High Volume by Specialty, 2002-2012**
High volume indicates ≥75th percentile for annual procedure volume. There were a total of 1068 surgeons during the study period, and within each year there were a median of 400 (IQR 364-446) surgeons performing these operations.



The increased number of "low volume" gynecologists is likely driven by a change in practice pattern as a result of increasing evidence suggesting that women should consider the prophylactic placement of a midurethral mesh sling at the time of prolapse repair (please see Wei JT, Nygaard I, Richter HE, et al. A midurethral sling to reduce incontinence after vaginal prolapse repair. *N Engl J Med.* 2012;366(25):2358–2367).

© 2015 American Medical Association. All rights reserved.   14

Downloaded From: http://archsurg.jamanetwork.com/ by Nils Snell on 09/10/2015