**EXHIBIT A – ROTH DAUBERT MOTION**

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

*Alba Beltran*
*Case No. 2:12-cv-04824*

*Margaret Comstock*
*Case No. 2:12-cv-05345*

*Vicki Fine*
*Case No. 2:12-cv-03167*

*Glendora Neal*
*Case No. 2:12-cv-03614*

*Leigh Price, Douglas Price*
*Case No. 2:12-cv-04476*