# EXHIBIT A

**EXHIBIT A – ZASLAU DAUBERT MOTION**

**THIS DOCUMENT RELATES TO
PLAINTIFFS:**

*Sandy Strunk, Charles Strunk*
*Case No. 2:12-cv-04933*