# EXHIBIT B

# CURRICULUM VITAE

## Stanley Zaslau, MD, MBA, FACS

*Board Certified: Urology, Subspecialty Certification in Female Pelvic Medicine & Reconstructive Surgery (FPMRS)*
*American College of Physician Executives (ACPE), American College of Health Care Executives (ACHE),*
*Certified Six Sigma Black Belt*

**PERSONAL DATA**

Date of Birth: ███████████

Place of Birth: ███████████

Marital Status: ███████████

Office Number: ███████████

Beeper Number: ███████████

Citizenship: USA

Languages: English, Spanish (conversational)

E-mail: ███████████

**CURRENT POSITION AND ADDRESS**

Associate Chair, Education, Research and Faculty Development, Department of Surgery
Medical Director, Surgical Clinics, Physician Office Center
Professor and Chief, Urology Residency Program Director
Division of Urology
West Virginia University



**PREVIOUS ACADEMIC EXPERIENCE**

July 2000–July 2001
Associate in Urology
Advanced Training in Neurourology/Voiding Dysfunction, Female and Prosthetic Urology
Long Island College Hospital (Urological Surgical Associates) Brooklyn, New York 11219

Zaslau—2

**EDUCATION**

<u>**Advanced Urologic Training**</u>:

2000-2001                          Associate in Urology
                                   Advanced Training in Neurourology/Voiding Dysfunction, Female and
                                        Prosthetic Urology
                                   Urological Surgical Associates of Long Island College Hospital
                                        Brooklyn, New York 11219

<u>**Residency**</u>:

1996-2000                          <u>Urology</u>
                                        Mount Sinai Medical Center
                                        One Gustave L. Levy Place
                                        New York, New York 10029

1994-1996                          <u>Surgery</u>
                                        Mount Sinai Medical Center
                                        One Gustave L. Levy Place
                                        New York, New York 10029

<u>**Post-Graduate Studies**</u>:

2005            M.B.A., Physician Executive MBA Program
                    University of Tennessee-Knoxville
                    College of Business Administration
                    Knoxville, Tennessee

2004            Certificate of Completion, MBA Essentials Course (October, 2004)
                    West Virginia University
                    College of Business and Economics
                    Morgantown, West Virginia

<u>**Medical Degree**</u>:

1990-1994            M.D.    Hahnemann University School of Medicine
                             Broad and Vine Streets
                             Philadelphia, Pennsylvania

1988-1990                    College of Osteopathic Medicine
                             Old Westbury, New York

<u>**Undergraduate Degree**</u>:

1984-1988            B.A.    Boston University College of Liberal Arts
                             Major: Biology and Psychology
                             Boston, Massachusetts

Zaslau—3

**PROFESSIONAL EXPERIENCE**

**Clinical Staff Appointments**

2002-      Attending Surgeon, HealthSouth Rehabilitation Hospital, Morgantown, West Virginia

2002-      Attending Surgeon, Clarksburg Veterans Affairs Medical Center, Clarksburg, West Virginia

2001-      Attending Surgeon, West Virginia University Hospitals, Morgantown, West Virginia

2000       Assistant Attending, Long Island College Hospital, Department of Urology, Brooklyn, New York

2000       Assistant Attending, Maimonides Medical Center, Division of Urology, Brooklyn, New York

**Academic Appointments**

2014-      Associate Chair & Medical Director, Surgical Services, Department of Surgery

2013-      Associate Chair, Education, Research & Faculty Development, Department of Surgery

2013-4     Interim Vice-Chairman, Administration and Research, Department of Surgery, West Virginia University School of Medicine, Morgantown, West Virginia

2011-      Professor, Department of Obstetrics and Gynecology, West Virginia University School of Medicine, Morgantown, West Virginia

2010-      Professor and Chief, Division of Urology, West Virginia University School of Medicine Morgantown, West Virginia

2006-      Urology Residency Program Director, Division of Urology, West Virginia University School of Medicine, Morgantown, West Virginia

2005-      Associate Professor, Division of Urology, West Virginia University School of Medicine, Morgantown, West Virginia

2005-      Adjunct Clinical Assistant Professor, Surgery/Urology, Ohio University College of Osteopathic Medicine, Athens, Ohio

2005       Associate, Center for Executive Education, College of Business and Economics West Virginia University, Morgantown, West Virginia

2004-      Clinical Assistant Professor, Surgery/Urology, West Virginia School of Osteopathic Medicine, Lewisburg, West Virginia

2001-      Associate Residency Program Director, Division of Urology, West Virginia University School of Medicine, Morgantown, West Virginia

2001-2004  Assistant Professor, Division of Urology, West Virginia University School of Medicine, Morgantown, West Virginia

2000       Clinical Instructor, State University of New York, Downstate Medical Center, Department

Zaslau—4

of Urology, Brooklyn, New York

2000             Adjunct Clinical Instructor of Surgery, New York College of Osteopathic Medicine,
                 Department of Surgery, Old Westbury, New York

## BOARD CERTIFICATION, LICENSURE, AND FELLOWSHIP STATUS

2013             American Board of Urology, Subspecialty Certificate in Female Pelvic Medicine and
                 Reconstructive Surgery (FPMRS), Diplomate #13230
2011             American Board of Urology, Recertification, Diplomate #13230
2006             Certified Six Sigma Black Belt, Aveta Business Systems
2006             American College of Healthcare Executives, Diplomate
2006             Certifying Commission of Medical Management, American College of Physician
                 Executives, Diplomate
2004             American College of Surgeons, Fellow
2003             American Board of Urology, Diplomate #13230
2001             West Virginia Board of Medicine, Charleston, West Virginia #20708
1996             Berit Mila Board of Reform Judaism, Certified Mohel
1995             National Board of Medical Examiners, Diplomate
1995             State of New York, State Board of Medical Examiners, New York #201200

## HONORS AND AWARDS

Inductee, Alpha Omega Alpha, West Virginia University Chapter, 2015.

Top 1% Award Press-Gainey Patient Satisfaction, WVU Medicine, 2015.

Top Regional Doctor, Urology, Castle Connolly Medical Ltd, 2014, 2015.

Member, West Virginia University Health Science Academy of Excellence in Teaching and Learning,
     2009.

Awardee, West Virginia University Foundation Award for Outstanding Teaching, West Virginia University,
     Morgantown, West Virginia, 2007.

Awardee, Distinguished Teacher, School of Medicine, West Virginia University, Morgantown, West
     Virginia, 2006.

Nominee, Distinguished Osteopathic Commitment Award for Visiting Faculty Member, Ohio University
     College of Osteopathic Medicine, Athens, Ohio, 2005 & 2006.

Nominee, Distinguished Faculty Member of the Year, West Virginia University School of Medicine, 2003,
     2004, 2005, & 2006.

Nominee, Clinician of the Year Award, West Virginia University School of Medicine (nominated by the
     Graduating Medical School Class as the Clinician who best displays the qualities of a physician,
     teacher, and leader), 2003 & 2004.

Awardee, Clinician of the Year Award, West Virginia University School of Medicine, Department of Family
     Medicine (chosen by the graduating residents to recognize an outstanding leader, teacher,
     mentor on the non-family medicine faculty), 2003 & 2004.

Awardee, John Traubert Award, West Virginia University School of Medicine (chosen by students to

Zaslau—5

recognize a faculty member who serves as a distinguished leader, teacher, and mentor), 2003.

**COMMITTEE POSITIONS AND RESPONSIBILITIES**

Historian, Mid-Atlantic Section of the American Urological Association, Inc.
    2015-

Chair, Ruby Memorial Hospital Committee on Robotics, 2015-

Member, STEPPS Committee for Operating Room Attire, WVU Hospitals, 2015-

Member, Graduate Medical Education Committee Task Force, West Virginia University School of
    Medicine, 2014-

President, Mid-Atlantic Section of the American Urological Association, Inc.
    2013-2014

Member, Search Committee, Department of Anesthesiology Chairperson Search
    2012-2013

President-Elect, Mid-Atlantic Section of the American Urological Association, Inc.
    2013-2014

Member, Search Committee, Department of Radiation Oncology Chairperson Search
    2010-2011

Member, Program Committee of the WV Chapter of the American College of Surgeons
    2010-

Member, WVU Health Science Center Faculty Development Committee
    2010-

Member, Education Committee of the American Urological Association, Inc.
    2009-2010

Chairman, Committee on Resident Scholarly Activity, West Virginia University School of Medicine,
    Graduate Medical Education, 2008-

Treasurer, Mid-Atlantic Section of the American Urological Association, Inc.,
    2008-2012

Member, Investment Committee of the American Urological Association, Inc.
    2008-

Faculty Advisor, Medical Student Surgery Interest Group, West Virginia University School of Medicine,
    2007-Present.

Chairman, Committee on Applicants, West Virginia Chapter American College of Surgeons,
    2007-Present.

Member, Local Committee on Applicants, West Virginia Chapter American College of Surgeons,
    2005-2007.

Member, Promotions and Tenure Committee, Department of Surgery, West Virginia University,

Zaslau—6

2006-2009, 2010-

Member, Distinguished Teacher Committee, School of Medicine, West Virginia University,
    2006-Present.

Chairman, Arrangements Committee, Mid-Atlantic Section of the American Urological Association, Inc.,
    2006-2007

Member, Investment Committee, Mid-Atlantic Section of the American Urological Association, Inc.,
    2006-Present

Member, Surgical Resident Education Committee, Department of Surgery, West Virginia University,
    2005-Present.

Member, Curriculum Committee, West Virginia University School of Medicine, 2002-2003.

Graduate Medical Education Committee, West Virginia University School of Medicine, 2002-Present.

State Representative, American College of Surgeons Candidate and Associate Society West Virginia
    Chapter, Morgantown, WV, 2003-2004.

Representative, West Virginia University Hospitals Case Management Steering Committee, Morgantown,
    WV, 2003-2004.


**RESEARCH FUNDING**

<u>Grants</u>

July 2003: Development of an In Vitro Model of Interstitial Cystitis: West Virginia University Senate Grant
    for Research:
    $10,000.00/year.

September 2002-2005: Traumatic Urethral Injuries: West Virginia University Hospitals Experience:
    $1,000.00 (West Virginia University Hospitals)

October 2002: Prospective and Retrospective Analysis of the Dura II Penile Prosthesis for Erectile
    Dysfunction:
    $5,000.00/year for 2 years (Timm/Endocare Co.)


**<u>Funded Research Protocols</u>**


1.    Dorsal Genital Nerve Stimulation, Pilot Study. (July 2007-Present)
      • Principal Investigator, West Virginia University Site
        $75,000/5 years

2.    A Multinational, Multicenter, Randomized, Double Blind Study Comparing the
      Efficacy and Safety of AVE5026 with enoxaparin for the Prevention of Venous
      Thromboembolism in Patients Undergoing Major Abdominal Surgery (SAVE-
      ABDO) Protocol EFC6520 Version 2.0 dated 18-Feb-2008
          • Co-Investigator, West Virginia University Site

Zaslau—7

## MEDICAL AND SCIENTIFIC SOCIETIES

American College of Health Care Executives, Member
American College of Physician Executives, Member
American College of Surgeons, Member
American College of Surgeons—West Virginia Chapter, Member
American Geriatrics Society, Member
American Urogynecology Society, Member
American Urological Association, Member
American Urological Association, Mid-Atlantic Section, Member
Interstitial Cystitis Association, Member
Monongalia County Medical Society, Member
Pittsburgh Urologic Association, Member
Society of Robotic Surgeons, Member
Society of Female Urology and Urodynamics, Member
Sexual Medicine Society of North America, Associate Member
West Virginia Medical Society, Member
West Virginia Urologic Association, Member
West Virginia Geriatrics Society, Member

## PUBLICATIONS

### NON-PEER REVIEWED MANUSCRIPTS

**Published:**

Bar-Chama N, **Zaslau S**, Gribetz M: Intracavernosal Injection Therapy and Other Treatment Options for Erectile Dysfunction. <u>Endocr Prac</u> 3(1):54-59, January/February 1997.

**Zaslau S**: Long-Lasting Anesthesia. In "Tricks of the Trade." <u>Emerg Med</u> p. 15, January 1998.

Liu BCS, **Zaslau S**, Savage SJ, Droller MJ: Bladder Cancer: The Need for Translational Research in the Development of Novel Therapy. <u>Mol Urol</u> 2(2):83-86, 1998.

**Zaslau S**, Wainstein S, Schlussel RN: Undescended Testicles: Surgical Versus Hormonal Therapy. <u>Notas de Urologia</u> pp. 27-32, Volume 2, Bulletin 6, Julio-Septiembre 2000.

**Zaslau S**: Chronic Myelogenous Leukemia. A Hematology Quiz. <u>Res and Staff Phys</u> October 2000.

Freyle J, **Zaslau S**: Self Assessment in Urology, Urolithiasis: Review Questions. <u>Hosp Phys</u> 11:49-50, December 2000.

**Zaslau S**: Female Sexual Dysfunction: Epidemiology, Diagnosis and Treatment. <u>J Bellevue Ob & Gyn Soc</u> Vol. XVII:63-65, Spring 2001.

Tetsoti LA, **Zaslau S**: Self Assessment in Urology, Urologic Oncology: Review Questions. <u>Hosp Phys</u> pp. 41-42, July 2001.

Wainstein S, Youngworth H, **Zaslau S**: Screening for Prostate Cancer in the Hispanic Population. <u>Biomedicina Hispana</u> 4(7):307-311, July 2001.

Youngworth H, **Zaslau S**: Giant Condyloma of the Penis, A Pathology Quiz. <u>Res and Staff</u>

Zaslau—8

Phys 47(13):11, November 2001.

Bux S, Youngworth H, **Zaslau S**: Calcium Oxalate Stone. A Pathology Quiz. Res and Staff Phys December 2001.

Youngworth H, **Zaslau S**: Renal Cell Carcinoma. A Radiology Quiz. Res and Staff Phys 47(14):30, January 2002.

Davalos JG, **Zaslau S**: Voiding Dysfunction: Review Questions. Hosp Phys February 2002.

Youngworth H, Chek K, **Zaslau S**: Female Sexual Dysfunction: Incidence and Treatment Alternatives. Biomedicina Hispana April 2002.

Morgan L, **Zaslau S**: Perirenal Hematoma. A Radiology Quiz. Res and Staff Phys 47(14):21, June 2002.

Bux S, **Zaslau S**: Calcium Oxalate Stone. A Surgery Quiz. Res and Staff Phys 47(14):38, August 2002.

Bux S, **Zaslau S**, Tarry WF: Board Review Questions in Pediatric Urology, Hosp Phys pp. 45-46, February 2003.

Mobley J, **Zaslau S**: Self Assessment Questions in Urology: Infertility. Hosp Phys pp. 39-40, March 2004.

Rozenfeld V, **Zaslau S**, New K, Lucas D, Babazadeh L: Transdermal Oxybutynin: Novel Drug Delivery for Overactive Bladder. Pharm and Therap 29(6):367-376, 2004.

Davisson L, Nuss M, Bruno C, Long M, Warden M, **Zaslau S** et al.  Women's Health Tutorial. MedEDPORTAL; 2009.  Available from: http://services.aamc.org/30/mededportal/servlet/s/segment/mededportal/?subid=1060


### ORIGINAL RESEARCH & PEER REVIEWED ARTICLES

**Published:**

**Zaslau S**, Nicholis C, Galea G, Britanico J, Vapnek JM: A simplified pharmacologic erection Program for Spinal Cord Injured Patients. J Spinal Cord Med 22(4):303-307, January/February 2000.

Gans WH, **Zaslau S**, Wheeler S, Galea G, Vapnek JM: Efficacy and Safety of Oral Sildenafil in Men with Erectile Dysfunction. J Spinal Cord Med 24(1):35-40, Spring 2001.

Hakim J, Subit M, Kandzari S, **Zaslau S**: Quality Control in the Screening of Erectile Dysfunction: The Results of a Survey. Urol 60(1):125-129, July 2002.

Bux S, Tarry WF, **Zaslau S**: Contemporary Management of Renal Trauma. WV Med J 98(4):152-155, July-August 2002.

Johnson DN, Vaglienti RM, Huber SJ, **Zaslau S**: Urologic Applications of Sacral Neuromodulation. WV Med J 99:111-113, May/June 2003.

**Zaslau S**: Assessment of Voiding Symptoms After Vaginal Wall Sling Using the International

Zaslau—9

Prostate Symptom Score (IPSS) in a Spanish-Speaking Population. Phys and Pts:  J HispanoAmerican Biomed Assoc 1(3):31-32, September-October 2003.

Mohseni H, **Zaslau S**, McFadden D, Riggs DR, Jackson BJ, Kandzari S: Cox-2 Inhibition Demonstrates Potent Anti-Proliferative Effects on Bladder Cancer In Vitro. J Surg Res 114(2):276-277, October 2003.

Mohseni HF, Kandzari SJ, **Zaslau S**, Riggs DR, Jackson BJ, McFadden DW: Synergistic Effects of Cox-1 and Cox-2 Inhibition on Bladder and Prostate Cancer In-Vitro. Am J Surg 188: 505-510, 2004.

Mohseni HF, **Zaslau S**, McFadden DW, Riggs DR, Jackson BJ, Kandzari SJ: COX-2 Inhibition Demonstrates Potent Anti-Proliferative Effects on Bladder Cancer In Vitro. J Surg Res 119:138-142, 2004.

**Zaslau S**, Adkins F, John C, Riggs D, Jackson B, Kandzari SJ. McFadden DW:  In Vitro Effects of Pentosan Polysulfate (Elmiron) Against Malignant Breast Cells. Am J Surg 188:589-592, 2004.

Hakim J, Subit M, Maroon M, Jacques CH, **Zaslau S**: Screening for Erectile Dysfunction in the Busy Primary Care Physicians Office: Results of a Survey. WV Med J 101:71-74, March/April 2005.

**Zaslau S**, Sparks S, Riggs D, Jackson B, Kandzari SJ: Pentosan Polysulfate (Elmiron): In Vitro Effects on Prostate Cancer Cells In Regards To Cell Growth And VEGF Production. Am J Surg 192(5):640-643, 2006.

Fitzgerald C, Talug C, **Zaslau S**: Pitfalls in Electronic Medical Records. WV Med J 103(2):36-37, March/April 2007.

**Zaslau S**, Galea G, Saunders S, Vapnek JM, Kandzari SJ: Disappointing Results for Transurethral Alprostadil in a V.A. Impotence Clinic. Fed Pract 24(11):11-12, 15-16, 19-20, 38, 2007.

Perlmutter AE, Talug C, Tarry WF, **Zaslau S**, Mohseni HF, Kandzari SJ: The Impact of Stone Location on Success Rates of Endoscopic Lithotripsy for Nephrolithiasis. Urol 71: 214-217, 2008.

**Zaslau S**, Riggs DR, Jackson BJ, Perlmutter AE, Osborne J,  Kandzari SJ: Sexual Dysfunction in Patients with Painful Bladder Syndrome is Age-Related and Progressive. Can J Urol 15(4) 3703-7, 2008.

**Zaslau S**, Perlmutter A, Riggs D, Jackson B, Tarry WF, Kandzari SJ: In Vitro Effects of Dutasteride and Finasteride on Prostate Cell Growth. Int J of Urol 5(2), 2008.

**Zaslau S**, Brown ET, Riggs DR, Jackson BJ, Fooks H, Osborne J, Kandzari S: Initial Characterization of Female Sexual Dysfunction in Patients with Interstitial Cystitis. WV Med J 104(6): 18-21, November/December, 2008.

**Zaslau S**, Riggs DR, Jackson BJ, Talug C, Kandzari SJ.  "Inositol Hexaphosphate (IP6): Modulation of Cell Cycle and Proliferation of Bladder Cancer In Vitro.  Current Urol, 2009;3:136-140

Talug C, Brown ET, Wilson AM, **Zaslau S**, Kandzari SJ.  Traumatic Complete Urethral Disruption:

Zaslau—10

The West Virginia University Experience.  WV Med J, 106(1): 19-20, January/February, 2010.

**Zaslau S**, Luchey A, Riggs DR, Jackson BJ,: Interstitial Cystitis: Can an In-Vitro Model Be Developed. Int J Urol.  2010 Volume 7 Number 2.

Point D, Hakim J, Chander V, Luchey A,  **Zaslau S**: Ureteroarterial Fistulas: Current Diagnostic and Treatment Considerations. Int J of Urol. 2011 Volume 8 Number 1

Perlmutter AE, Riggs D, Osborne J, Jackson B, **Zaslau S**: Chronic Prostatitis is an Independent Risk Factor for Erectile Dysfunction. Int J Urol. 2011 Volume 9 Number 1.

Kandzari SJ, Riggs D, Jackson B, Luchey A, Oliver C, **Zaslau S**.  In Vitro Regulation of Cell Growth and Angiogenesis by Inositol Hexaphosphate in Bladder Cancer, Current Urol, 2012;6:199-204.

Jansen R, **Zaslau S**.  Paraganglioma of the Bladder, Clin Advances in Heme & Onc, 2012 10(12: 4-5.

**Accepted:**

**Submitted:**

**In Preparation:**

## CASE REPORTS & LITERATURE REVIEWS

**Published:**

Nurzia M, **Zaslau S**, Vapnek JM: Chronic Myelogenous Leukemia Presenting Initially As Priapism. Hosp Phys pp. 48-52, November 1999.

**Zaslau S**, Gribetz ME, Unger PD, Vine AJ, Katz LB: Adenocarcinoma of the Urachus Masquerading As A Right Lower Quadrant Mass. Mount Sinai J Med 66(5,6):327-329, October/November 1999.

Pukenas B, **Zaslau S**: Angiomyolipoma: Case Report and Literature Review. WV Med J 99(4):31-32, Jan-Feb 2003.

Pukenas BA, **Zaslau S**: Loin Pain Hematuria Syndrome: Case Series From the West Virginia University Hospitals. WV Med J 99:191-192, September/October 2003.

Whitacre R, **Zaslau S**: Bilateral Testicular Microlithiasis with a Unilateral Testicular Germ Cell Tumor: WV Med J 99:233-234, November/December 2003.

Lore C, Mobley J, **Zaslau S**: Fibroepithelial Polyp of the Ureter Presenting as Vaginal Discharge: Case Report and Review of the Literature. WV Med J 99:70-71, March/April 2004.

Buckner B, Parousis VX, Tarry W, **Zaslau S**: Strangulation Injuries of the Glans Penis: Case Series and the West Virginia University Experience. WV Med J 100:188-189, September/October 2004.

Perlmutter AE, Mastromichaelis M, **Zaslau S**: Emphysematous Cystitis: Case Report and Literature Review. <u>WV Med J</u> 100:232-233, November/December 2004.

**Zaslau S**, Perlmutter AE, Farivar-Mohseni H, Chang WW, Kandzari SJ: Rhabdomyosarcoma of Tunica Vaginalis Masquerading as Hydrocele. <u>Urol</u> 65(5):1001, May 2005.

Perlmutter AE, Livengood R, **Zaslau S**, Farivar-Mohseni H: Periprostatic Pheochromocytoma. <u>Urol</u> 66(1):194, 2005.

Perlmutter AE, Saunders S, **Zaslau S**, Chang W, Farivar-Mohseni H: Primary Synovial Carcinoma of the Kidney. <u>Int J Urol</u> (12):760-762, 2005.

Perlmutter AE, Zaitoon A, Sparks SS, **Zaslau S**, Zaitoon M: Isolated Cerebellar Metastasis in a Patient with Organ Confined Lymph Node Negative Bladder Cancer Treated with Radical Cystectomy. <u>WV Med J</u> 102:14-15, September/October, 2006.

Ferrara D, **Zaslau S**: Success of Sildenafil Treatment in Neurogenic Female Sexual Dysfunction Caused By L5-S1 Intervertebral Disk Rupture: A Case Report. <u>Int J Urol</u> June 14(6): 566-567, 2007.

Perlmutter AE, Roberts L, Farivar-Mohseni H, **Zaslau S**: Ruptured Superficial Dorsal Vein of the Penis Masquerading as a Penile Fracture: Case Report. <u>Can J Urol</u> 14(4):3651-3652, 2007.

Zaitoon A, Zaitoon MM, Perlmutter AE, **Zaslau S**: Aldosterone-Producing Adrenal Cortical Carcinoma. Case Report. <u>WV Med J</u> May-June 103(3):17-18, 2007.

Bottalico T, Sparks S, **Zaslau S**, Tarry WF: Pediatric Xanthogranulamatous Pyelonephritis Masquerading as a Complex Renal Mass: Case Report. <u>Urol</u> 70(2):372, 2007.

Moore K, Morabito R, Sparks SD, **Zaslau S**: Testicular Lymphoma: Case Report. <u>WV Med J</u> July-October, 103(4):10-12, 2007.

Talug C, Mullins J, Saunders SE, **Zaslau S**: Pancreatic Pseudocyst Masquerading as Hydronephrosis. <u>Can J Urol</u> 14(5):3707-3709, October 2007.

Talug C, Perlmutter AE, Kumar T, **Zaslau S**, Tarry WF: Laparoscopic Pyeloplasty for UPJ Obstruction in a Horseshoe Kidney. <u>Can J Urol</u> 14(6):3697-3699, 2007.

Sparks S, Zepp J, **Zaslau S**, Farivar-Mohseni H, Tarry WF: Pediatric Posterior Urethral with Resultant Iatrogenic Dilutional Hyponatremia: Case Report. <u>Int J Ped Neonatol</u> ISSN: 1528-8379, 7(2), Nov 2007.

**Zaslau S,** Talug C, Boo S, Roberts L: Ureteropelvic Junction Obstruction in Association with Autosomal Dominant Polycystic Kidney Disease: A Case Report. <u>WV Med J</u> 104(1):15-17, January-February 2008.

Namsupak J, Headley T, Morabito R, **Zaslau S**, Kandzari SJ: Encrusted Cystitis Managed with Multimodal Therapy. <u>Can J Urol</u> 15(1):3698-3700, 2008.

Susco BM, Perlmutter AE, **Zaslau S**, Kandzari S: Female Urethral Diverticulum Containing a Calculus: A Case Report. <u>WV Med J</u>, 104(1):15-6, July-August, 2008.

Fitzgerald C, Morabito R, **Zaslau S**: Sacral Neuromodulation Unsuccessful For Pain Control After

Zaslau—12

Failed Radical Cystectomy For Chronic Pelvic Pain Syndrome. Int J Pain, Symptom Control & Palliative Care 6(1), 2008.

Brown T, Saunders S, **Zaslau S**:  Penile Prosthesis Pump Tubing Erosion Presenting as Inability to Catheterize:  A Case Report.  J Sexual Med 21, epub ahead, 2008.

Baisden JS, Namsupak J, Vernon M, **Zaslau S**. Dual Causes of Primary Infertility in a patient with Cystic Fibrosis. Int J Gynecol Obstet. 9(2), 2008.

Namsupak J, Sparks S, **Zaslau S**, Kandzari SJ: Carcinosarcoma of the Kidney: A Case Report. Int J Urol 5(2), 2008.

Brown T, Perlmutter AE, Williams EJ, Oliverio B, **Zaslau S**: Chromophobe Renal Carcinoma presenting as spontaneous hemorrhage: A Case Report. Can J Urol, 15(5): 3703-5, 2008.

Talug C, **Zaslau S**, Fooks H, Kandzari SJ: Use of Bacillus Calmette-Guerin in Superficial Bladder Cancer:  A Review. WV Med J 105(1): 17-19, May/June 2009.

Saunders SE.  Conjeski JM, **Zaslau S**, Williams J, Kandzari SJ.  Leiomyoma of the Urinary Bladder presenting as urinary retention in the female.  Can J Urol, 16(4): 4764-7, 2009.

Luchey A, Rogers A, Saunders S, H. James Williams, **Zaslau S**, Fooks H. Blunt Testicular Trauma Results in Rupture of Mixed Germ Cell Tumor.  Can J Urol, 16(6): 4569-71, 2009.

Hakim J, Basu A, Luchey A, **Zaslau S**.  Treatment of the Duplicated Ureter Injured Intraoperatively, Application of Kidney Transplant Techniques to the Urology Reconstruction Setting:  Case Report and Review of the Literature.  Curr Urol, 4:107-109, 2010.

**Zaslau, S**, Luchey A, Riggs D, Jackson B.  Interstitial Cystitis: Pathogenesis, Urinary Markers, and Experimental Models. Int J Urol. 2010 Volume 7 Number 1

Hubscher, C, Luchey A, Bradford N, Steele E, **Zaslau S**: Cystectomy without urethrectomy does not improve pelvic pain in patients with refractory painful bladder syndrome:  A case series and review of the literature.  Int J Urol.  2010 Volume 7 Number 1.

Talug C, Morabito R, Biggers K, Deski CR, **Zaslau S**. Rectal Wall Recurrence Of Transitional Cell Carcinoma Of The Bladder Masquerading As An Abscess Cavity. Int J Urol.  2010 Volume 7 Number 1.

Point D, Hakim J, Chander V, Luchey A, **Zaslau S** : Traumatic Ureteroarterial Fistula Treated with Endovascular Stenting. Int J of Endovascular Med. 2010 Volume 1 Number 2

Morabito RA Talug C, **Zaslau S**, Kandzari S.  Asymptomatic advanced pediatric papillary renal cell carcinoma presenting as a pulmonary embolus.  Urol, 2010 Jul;76(1):153-5.

Luchey A, Hakim J, Haider M, Chander V, **Zaslau S.**  Management of bilateral giant angiomyolipoma. Int J Urol.  2011 Volume 8 Number 1.

Morabito R, Brown T, Bailey N, **Zaslau S**: Adrenal Myelolipoma. A Case Report.  Int J Urol, 2011 Volume 9 Number 1.

Jansen R, Kandzari S, **Zaslau S**.  Testicular trauma resulting in spermatic vessel thrombosis and testicular loss:  a case report.  Can J Urol, 2012, Feb 19(1): 5343-5345.

Morley C, Rogers AE, **Zaslau S**.  Post Vasectomy Pain Syndrome:  Clinical Features and Treatment Options.  Can J Urol, 2012, Apr;19(2):6160-4.

**Zaslau S**, Jansen R, Riggs DR, Jackson BJ, Bryner RW.  Possible Prevention and Treatment of Prostate Cancer by Exercise.  WV Med J, (108) 42-47, May/June 2012

Hubsher CP, Jansen R, Riggs DR, Jackson BJ, **Zaslau S**.  Sacral nerve stimulation for neuromodulation of the lower urinary tract.  Can J Urol, 2012 Oct;19(5):6480-4.

Manwaring J, Luchey A, Hakim J, **Zaslau S**.  Testicular Kaposiform Hemangioendothelioma of an 80-year-old: A case report and literature review.  2012, Int J Urol, Vol 9. No 3. DOI: 10.5580/2c32.

Luchey A, **Zaslau S**, Talug C.  Robotic-Assisted Partial Cystectomy with Pelvic Lymph Node Dissection for Metastatic Paraganglioma of the Urinary Bladder:  Case Report and Review of the Literature.  Can J Urol, 2012, Aug;19(4):6389-91, 2012

Jansen R, **Zaslau S**.  Paraganglioma of the Bladder:  A Review.  Clin Adv Hematol Oncol 2012, Dec;10(12):839-41.

Jansen R, Fooks H, **Zaslau S.**  An Atypical Presentation of Testicular Torsion:  A Case Report.  WV Med J, (109) 30-31, Sept/Oct 2013

Jansen R, **Zaslau S**.  Hydronephrosis and Ureteral Obstruction in Crohns Disease.  Open J of Urol, August 2013, 3, 219-221.  dx.doi.org/10.4236/oju2013.35041

Prudnick, C, Morley C, Shapiro R, **Zaslau S**: Squamous Cell Carcinoma of the Bladder Presenting as Interstitial Cystitis. Case Report. Case Reports in Urol, 2013. http://dx.doi.org/10.1155/2013/924918

Hajiran, A, Point C, **Zaslau S**.  Bedside ultrasound in the diagnosis of intraurethral foreign body.  Case Reports in Emergency Med, 2013. http://dx.doi.org/10.1155/2013/587018

Prudnick C, Prudnick R, Morley C, **Zaslau S.**  Kidney Stones and the Endurance Athlete.  J of the American Med Athletic Assoc, 26(2): 5-6,18. 2013.

Wade G, **Zaslau S**, Jansen R.  A review of urinary fistulae in Crohns disease.  Can J Urol, 2014 Apr;21(2):7179-84.

Matthews L, Shapiro R, **Zaslau S**.  Pharmacologic Management of Overactive Bladder and Urge Incontinence:  A review of new and old treatment options.  J Androl & Gynecol  2014 2(1):4.

Hajiran A, Morley C, Jansen R, Kandzari S, Bacaj P, **Zaslau S**, Cardinal J.  Perirenal extra-adrenal myelolipoma.  World J Clin Cases 2014, July 16; 2(7): 279-283.

Sands K, Jansen R, Greenwald D, **Zaslau S**.  Safety of therapeutic drugs in male inflammatory bowel disease patients wishing to conceive.  Alim Pharm & Ther, 2015 May;41(9):821-34.

Weiumuller, JP, Point D, Fooks H, **Zaslau S**.  History of Cystoscopy.  2015, Internet J Urol, Vol 14. No 1. DOI: 10.5580/IJU.26400

Zaslau—14

Jessop M, Zaslau S, Al-Omar O.  A case of Strangulated Urethral Prolapse in a Pre-Menopausal Female.  Submitted to <u>Case Reports in Urol</u>, February, 2016

Sands K, Jansen R, Greenwald D, **Zaslau S**.  A Review of Metastatic Crohns Disease.  <u>Cutis</u>. IN PRESS, 2015.

**Accepted:**

Talug C, Biggers K, Deski CR, Morabito R, **Zaslau S**, Kandzari S   Bladder Herniation into Scrotum Case Report and Literature Review   <u>Can J Urol</u>, July 2009

**Submitted:**

Jansen R, Greenwald D, **Zaslau S.**  Glomerulonephritis in Inflammatory Bowel Disease.  <u>WV Med J</u>, August 2013.

**In Progress:**

**EDITORIAL COMMENTS**

**Zaslau S**. Anil A. Editorial Comment: Thomas, MD; Ryan Hedgepeth, MD; Timur P. Sarac, MD; Sandip P.Vasvada, MD. RESIDENT'S CORNER, Massive Scrotal Hematoma Following Transfemoral Cardiac Catheterization. <u>Can J Urol</u> 2008, 15(2):3910-3913.

**Zaslau S.**  RE: Emphysematous cystitis and sepsis: a case report. <u>Can J Urol</u> 2008 Jun;15(3):4121

**Zaslau S.**  RE:  Renal Insufficiency Secondary to Delayed Presentation of a Retained Foreign Body.  <u>Can J Urol</u> 2009, June 16(3): 4700.

**Zaslau S.**  RE:  Nutcracker Syndrome in a 20 year old patient treated with intravascular stent placement:  A case report.  <u>Can J Urol</u> 2009, Aug 16(4): 4769.

**Zaslau S.**  Transurethral resection of the prostate (TURP) with low dose spinal anesthesia in outpatients: a 5 year review.  <u>Can J Urol</u> 2011, Jun;18(3):5709.

**Zaslau S**.  Placement of prophylactic midurethral sling at time of hysterectomy…are the potential associated problems worth the additional cost and risk?  <u>Can J Urol</u> 2012 Oct;19(5):6431.

Morley C, **Zaslau S**.  Non-bladder conditions in female Taiwanese patients with interstitial cystitis/hypersensitive bladder syndrome.  <u>Int J Urol</u>  2014 Aug;21(8):809-10..

Zaslau—15

**BOOKS AND BOOK CHAPTERS**

<u>**Published**</u>:

**Zaslau S**: MEDICAL SCHOOL ADMISSIONS SUCCESS: YOU CAN GET IN, 1st ed. Freeport, NY: FMSG Publishing Co., 1995.

**Zaslau S**: STEP 3 SUCCESS: REVIEW FOR THE USMLE STEP III EXAMINATION, 1st ed., Freeport, NY: FMSG Publishing Co., 1995.

**Zaslau S**: COMLEX SUCCESS: LEVEL 1: REVIEW FOR THE COMPREHENSIVE MEDICAL LICENSING EXAMINATION, 1st ed., DeBary FL: FMSG Publishing Co., 1997.

Sobrin JJ, **Zaslau S**: OSTEOPATHIC AND MUSCULOSKELETAL MEDICINE, 1st ed. Debary, FL: FMSG Publishing Co., 1998.

**Zaslau S**: COMLEX SUCCESS: LEVEL 2: CLINICAL SCIENCE REVIEW FOR THE COMPREHENSIVE MEDICAL LICENSING EXAMINATION, 1st ed., DeBary FL: FMSG Publishing Co., 1998.

**Zaslau S**: MATCH SUCCESS ... A STUDENT-TO-STUDENT STRATEGY GUIDE FOR APPLYING TO RESIDENCY TRAINING PROGRAM IN THE UNITED STATES, 3nd ed. Freeport, NY: FMSG Publishing Co., 1999.

**Zaslau S**: USMLE SUCCESS ... A STUDENT-TO-STUDENT "WHAT TO STUDY" STRATEGY GUIDE FOR SUCCESS IN PASSING THE U.S. MEDICAL LICENSING EXAMINATIONS STEPS I, II, and III, 4th ed. Debary, FL: FMSG Publishing Co., 1999.

**Zaslau S**: USMLE SUCCESS: STEP II ON-LINE REVIEW COURSE AND EXAMINATION, 1st ed., SOLE On-Line Version, West Virginia University School of Medicine, January 2002.

**Zaslau S**, Cather A, Ferrari N: From the Wards to the Match: A "Student-to-Student" Pathway to Success, 1st ed, SOLE On-Line and Print Version, West Virginia University School of Medicine, 2003.

**Zaslau S**: Blueprints in Urology, 1st ed. Boston, MA: Blackwell Science, Inc., 2004.

**Zaslau S**: Board Busters Step 2, 1st ed. Boston, MA: Blackwell Science, Inc., 2005.

**Zaslau S**: SOAP Notes in Urology, 1st ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc., 2006.

**Zaslau S**: Board Busters Step 1, 1st ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc., 2007.

**Zaslau S**: In Karp, et al. Chapter of Review Questions & Answers. Blueprints Surgery, 2nd ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc., 2007.

McFadden D, **Zaslau S**: Step Up to Surgery, 1st ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc. 2009.

**Zaslau S**: In Karp, et al. Chapter of Review Questions & Answers. Blueprints Surgery, 3rd ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc., 2009.

**Zaslau S**, Saunders SE.:  Renal Infarct Chapter in 5 Minute Consult, 2nd ed.  Lippincott Williams and Wilkins, Inc., 2009.

**Zaslau S**, Morabito RA.:  Chronic Glomerulonephritis Chapter in 5 Minute Consult, 2nd ed.  Lippincott Williams and Wilkins, Inc., 2009.

**Zaslau S**, Talug C.:  Renal Angiomyolipoma Chapter in 5 Minute Consult, 2nd ed.  Lippincott Williams and Wilkins, Inc., 2009.

**Zaslau S**, Gyorgi J, Morabito RA.:  Renal Papillary Necrosis Chapter in 5 Minute Consult, 2nd ed.  Lippincott Williams and Wilkins, Inc., 2009.

**Zaslau S.**  Dx/Rx:  Sexual Dysfunction in Men and Women, 1st ed.  Jones & Bartlett Learning, 2011.

Luchey A, Jessup M, Oliver C, Riggs D, Jackson B, Talug C, Kandzari S, **Zaslau S**.  "Chemoprevention and Novel Treatments of Non-Muscle Invasive Bladder Cancer" in *Bladder Cancer*, 1st Edition, In Tech Publications, Rijeka, Croatia., Ch. 21. 432-460, 2011.

**Zaslau S**.  Lippincott's Q/A Illustrated Review of Pharmacology, 1st Edition.  Lippincott, Williams and Wilkins, 2013.

Vaughan R, **Zaslau S**: Step Up to Surgery, $2^{st}$ ed. Baltimore, MD: Lippincott Williams and Wilkins, Inc. 2014.

**Zaslau S**: Shelf Life Surgery, 1st ed.  Baltimore, MD: Lippincott Williams and Wilkins, Inc. 2015.

**Zaslau S**.  Section Editor:  Algorithms in 5 Minute Consult, 3rd ed.  Lippincott Williams and Wilkins, Inc., 2015.

**In Progress:**

## MONOGRAPHS

Goluboff ET, **Zaslau S**, Klausner A: Renal Cell Carcinoma. Hospital Physician Urology Board Review Manual, Vol. 8, Pt. I, June 2000.

Goluboff ET, **Zaslau S**: Nonseminomatous Germ Cell Tumors. Hospital Physician Urology Board Review Manual, Vol. 8, Pt. IV, March 2001.

Goluboff ET, **Zaslau S**, Freyle J: Stress Urinary Incontinence. Hospital Physician Urology Board Review Manual, Vol. 8, Pt IV, March 2001.

## LETTERS TO THE EDITOR

**Zaslau S**: Letter to the Editor: The Phi Lambda Kappa Medical Fraternity: Religion and Medicine. NY State J Med 92(8):366, 1992.

Sanford MA, **Zaslau S**: Letter to the Editor: Updated Cancer Staging System for Bladder Cancer. Hospital Phys pp.14-15, November 1999.

### NEWSLETTER

**Zaslau S**: The Histopathology of Commonly Occurring Tumors at the Cerebello-Pontine Angle. Pathways—Newsletter of the Hahnemann University Pathology Laboratories 4(2):2, 1992.

### CD ROM

**Zaslau S**: Practice Step I Questions. In: Stein M, Zei P, Breaden R (eds), CRACKING THE BOARDS USMLE STEP I. New York, NY: Princeton Review Publishing, L.L.C., 1998.

### EDITORIAL

**Zaslau S**: Editorial: And This is How They Thanked Me. Biomedicina Hispana, February 2002.

### EDITORIAL/ADVISORY RESPONSIBILITIES

West Virginia Medical Journal, Associate Editor
Internet Journal of Urology, Editor in Chief
FPMRS Board Review, Erydute Inc, Assistant Editor
AUA Office of Education, Reviewer of Educational Material, Peer Reviewer
BioMedical Central Urology, Peer Reviewer
Canadian Journal of Urology, Peer Reviewer
Carcinogenesis, Peer Reviewer
Journal of Urology, Peer Reviewer
Pediatric Nephrology, Peer Reviewer
Case Reports in Medicine, Peer Reviewer
SRP Journal of Urology, Peer Reviewer
World Journal of Clinical Urology, Peer Reviewer
Journal of Endourology, Peer Reviewer
Scandinavian Journal of Infectious Disease, Peer Reviewer
World Journal of Clinical Case Conference, Peer Reviewer

### TEACHING RESPONSIBILITIES

**First Year Medical Students:**
Lecturer, Genitourinary System: Clinical Correlation, Human Gross Anatomy Course, WV SoM

**Second Year Medical Students:**
Lecturer, Clinical Urology Course, Ohio University College of Osteopathic Medicine, Athens, OH
Lecturer and Clinical Preceptor, Introduction to Physical Diagnosis: GU System, WVU SoM

**Third Year Medical Students:**
Clerkship Director, Urology Rotation (Surgery Elective), WVU SoM

**Fourth Year Medical Students:**
Clerkship Director, Clinical Urology Elective Rotation
Clerkship Director, Neurourology and Voiding Dysfunction Elective

Zaslau—18

Clerkship Director, Urology Research Elective

**Department of Obstetrics and Gynecology**
Lecturer, Clinical Preceptor, Rotation Director, Female Pelvic Medicine and Reconstructive Surgery: developed and implemented 12-hour lecture series in this discipline, and served as a Clinical Preceptor for Obstetrics & Gynecology residents who rotate with me.

**WVU Tropical Medicine Course**
Lecturer, Urology in the Tropics Core Lecture (2 hours), Module II – Tropical Medicine Curriculum

## NATIONAL AND REGIONAL PRESENTATIONS

**Zaslau S**, Kaplan JM, Yancey W, Goldberg M, Cardone J: "Increasing Incidence of Congenital Syphilis (CS) in Philadelphia's Minority Communities." Presented at the American Pediatric Society/Society of Pediatric Research Meeting, Baltimore, MD, May 4-7, 1992.

**Zaslau S**, Ronis ML, Kaplan JM, Nagorsky MJ, Martin WH: "Hearing Loss and Early Congenital Syphilis." Presented at the American Society of Pediatric Otolaryngology Meeting, Los Angeles, CA, April 20-22, 1993.

**Zaslau S**: "Hypogonadism and Exposure of Cadmium." Presented at the Ferdinand C. Valentine Urology Resident's Essay Meeting, New York, NY, March 26, 1997.

**Zaslau S**, Bar-Chama N, Moline J: "Hypogonadism Secondary to the Environmental Toxin Exposure of Cadmium." Presented at the American Society of Reproductive Medicine/The American Fertility Society Meeting, San Francisco, CA, October 20, 1997.

**Zaslau S**: "Suicide Gene Transduction and Radiation Therapy for Locally Advanced Prostate Cancer." Presented at the Ferdinand C. Valentine Urology Resident's Essay Meeting, New York, NY, March 25, 1998.

Atkinson G, Sanford MA, **Zaslau S**, Chen S-K, Hall SJ: "Anti-Tumor Natural Killer Cells are Induced by Herpes Simplex Virus Thymidine Kinase Gene Transduction and Ganciclovir Therapy In a Mouse Model of Prostate Cancer." Presented at the American Urological Association Meeting, San Diego, CA, May 1998.

Bar-Chama NC, **Zaslau S**, Braffman B, Shapiro RB, Pasik AC: "Incidence of Testicular Cancer and Microlithiasis in Male Infertility." Presented at the American Urological Association Meeting, San Diego, CA, May 1998.

**Zaslau S**, Nichois C, Galea G, Britanico J, Vapnek JM: "A Simplified Pharmacologic Erection Program for Spinal Cord Injured Patients." Presented at the American Paraplegia Society Meeting, Las Vegas, NV, September 1998.

**Zaslau S**, Galea G, Britanico J, Vapnek JM: "Efficacy and Safety of Oral Sildenafil in the Treatment of Erectile Dysfunction in Spinal Cord Injured Patients." Presented at the American Paraplegia Society Meeting, Las Vegas, NV, September 1999.

**Zaslau S**: "Retinoic Acid Decreases Cellular Proliferation and Telomerase Activity in an In-Vitro Superficial Bladder Cancer Cell Line." Presented at the Ferdinand C. Valentine Urology Resident's Essay Meeting, New York, NY, March 15, 2000.

Wainstein S, **Zaslau S**: "A Topical Lubricant for Female Sexual Dysfunction." Presented at the

Zaslau—19

Female Sexual Function Forum, Boston, MA, October 28, 2000.

Youngworth H, Chek K, **Zaslau S**: "A Topical Therapy for Female Sexual Dysfunction: Results of a Pilot Study with 1 Year Follow Up."  Presented at the Female Sexual Function Forum, Boston, MA, October 21, 2001.

**Zaslau S**: "Sexuality and Interstitial Cystitis."  Presented at the American Academy of Sex Educators, Teachers and Professionals Meeting, Miami Beach, FL, May 4, 2002.

Hakim J, Subit M, Kandzari S, **Zaslau S**: "Quality Control in the Screening of Erectile Dysfunction: The Results of a Survey."  Presented at the 10th World Congress of the International Society for Sexual and Impotence Research, Montreal, Canada, September 22-26, 2002.

Triggs J, Morgan L, Osborne J, Subit M, **Zaslau S**: "Interstitial Cystitis: Initial Analysis of Female Sexual Dysfunction Through Self-Report."  Presented at the International Society for the Study of Women's Sexual Health Meeting, Vancouver, British Columbia, Canada, October 10-13, 2002.

Davalos J, **Zaslau S**: "Traumatic Urethral Disruptions: The West Virginia University Hospital Experience."  Presented at the West Virginia Chapter of the American College of Surgeons Meeting, Morgantown, WV, October 25, 2002.

**Zaslau S**, Mohseni HF, Riggs D, Jackson B, Kandzari S: "Evaluation of pH as a Model of Interstitial Cystitis."  Presented at the International Bladder Symposium, Arlington, VA, March 8-9, 2003.

Perlmutter A, Riggs DR, Jackson BJ, **Zaslau S**: "Chronic Prostatitis is an Independent Risk Factor for Erectile Dysfunction."  Presented at the Zimmerman Lectureship, West Virginia University Department of Surgery, WV, April 7, 2003.

McFadden DW, Riggs DR, Jackson BJ, **Zaslau S**, Mohseni HF, Kandzari SJ: "Anti-Proliferative  Effects of Rofecoxib (Vioxx) on Breast and Prostate Cancer In Vitro."  Presented at the American Association for Cancer Research Meeting, April 8-9, 2003.

**Zaslau S**, Triggs J, Morgan L, Osborne J, Subit M, Riggs D: "Characterization of Female Sexual Dysfunction in Patients with Interstitial Cystitis." Presented at the American Urological Society Meeting, Chicago, IL, April 27, 2003.

**Zaslau S**, Subit MJ, Mohseni HF, Riggs D, Jackson B, Kandzari S: "Sexual Dysfunction in Patients with Interstitial Cystitis."  Presented at the American Urogynecology Meeting, Hollywood, FL, September 12, 2003.

Davalos J, **Zaslau S**, Mohseni HF, Riggs D, Jackson B, Kandzari S: "Urinary pH May be a Precipitating or Exacerbating Influence on Chronic Prostatitis: The Generation of an In-vitro Model of Chronic Prostatitis."  Presented at the Mid-Atlantic Section of the American Urological Society Meeting, Boca Raton, FL, October 26-29, 2003.

**Zaslau S**, Subit MJ, Mohseni HF, Riggs D, Jackson B, Kandzari S. "Sexual Dysfunction in Patients with Interstitial Cystitis: Initial Analysis of Under 40 Cohort."  Presented at the Mid-Atlantic Section of the American Urological Society Meeting, Boca Raton, FL, October 26-29, 2003.

Mohseni H, **Zaslau S**, McFadden D, Riggs DR, Jackson BJ, Kandzari S. "Cox-2 Inhibition Demonstrates Potent Anti-Proliferative Effects on Bladder Cancer In Vitro."  Presented at the Association for Academic Surgery Meeting, Sacramento, CA, November 13-15, 2003.

Mohseni HF, Kandzari SJ, **Zaslau S**, Riggs DR, Jackson BJ, McFadden DW: "Synergistic Effects of Cox-1 and Cox-2 Inhibition on Bladder and Prostate Cancer In-Vitro." Presented at the Association of VA Surgeons Meeting, Richmond, VA, April 24-27, 2004.

**Zaslau S**, Adkins F, John C, Riggs D, Jackson B, Kandzari SJ, McFadden DW: "In Vitro Effects of Pentosan Polysulfate (Elmiron) Against Malignant Breast Cells." Presented at the Association of VA Surgeons Meeting, Richmond, VA, April 24-27, 2004.

**Zaslau S**, Riggs D, Davalos J, Mobley J, Jackson B, Kandzari SJ: "Chronic Prostatitis is an Independent Risk Factor for Erectile Dysfunction." Presented at the American Urological Society Meeting, San Antonio, TX, May 21-26, 2005.

**Zaslau S**, Riggs D, Davalos J, Mobley J, Jackson B, Kandzari SJ: "Update on Characterization of Female Sexual Dysfunction in Patients with Interstitial Cystitis: 1000 Respondents." Presented at the American Urological Society Meeting, San Antonio, TX, May 21-26, 2005.

Davalos J, **Zaslau S**, DeFade B, Kandzari S: "Traumatic Urethral Disruption: The West Virginia University Experience." Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Phoenix, AZ, October 22, 2005.

**Zaslau S**, Kandzari S: "End Year Examinations Predict Upcoming In-training Examination Scores in Urology Residents." Presented at the Marvin R. Dunn Poster Session at the Annual Meeting of the Accreditation Council of Graduate Medical Education Meeting, Orlando, FL, March 3, 2006.

**Zaslau S**, Sparks S, Riggs D, Jackson B, Kandzari SJ: "Pentosan Polysulfate (Elmiron): In Vitro Effects on Prostate Cancer Cells In Regards To Cell Growth And VEGF Production." Presented at the Association of VA Surgeons Meeting, Cincinnati, OH, May 8, 2006.

**Zaslau S**, Perlmutter A, Riggs D, Jackson B, Tarry WF, Kandzari SJ: "In Vitro Effects of Dutasteride and Finasteride on Prostate Cell Growth." Presented at the Association of VA Surgeons Meeting, Cincinnati, OH, May 8, 2006.

**Zaslau S**, Saunders S, Riggs D, Jackson B, Kandzari SJ: "Female Sexual Dysfunction In Patients with Interstitial Cystitis: Evaluation of Current Medical Therapy." Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Washington, DC, October 12-15, 2006.

**Zaslau S**, Talug C, Riggs D, Jackson B, Kandzari SJ: "Female Sexual Dysfunction In Patients with Interstitial Cystitis: Evaluation of the use of Antidepressants." Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Washington, DC, October 12-15, 2006.

**Zaslau S**, Mohseni HF, Riggs D, Jackson B, Kandzari S: "Evaluation of pH as a Model of Chronic Prostatitis." Presented at the Association of VA Surgeons, Little Rock, AR, May 8, 2007.

Perlmutter AE, Talug, C, **Zaslau S**, Kandzari SJ: "The Impact of Stone Location on Ureteroscopy Success Rates with the Use of Modern Day Ureteroscopes. Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Southampton, Bermuda, October 18-21, 2007.

**Zaslau S**, Maxey D, Riggs D, Sparks S and Kandzari SJ: "Long-Term Efficacy and Safety of Neuromodulation for Refractory Urgency and Frequency." Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Southampton, Bermuda, October 18-21, 2007.

Kandzari SJ, **Zaslau S**, Riggs D, Jackson B: "Inosital Hexaphosphate (IP6): A Novel Treatment for

Bladder Cancer." Presented at the American Urological Association Annual Meeting, Orlando, FL, May 18-20, 2008.

**Zaslau S**, Maxey D, Namsupak J, Morabito R, Riggs D, Jackson B, Kandzari SJ: "Efficacy of Placement of Bilateral Tined Leads for Stage I Neuromodulation Procedure. Presented at the American Urological Association Annual Meeting, Orlando, FL, May 18-20, 2008.

**Zaslau S**, Brown ET, Riggs S, Jackson BJ, Kandzari SJ. "Female Sexual Dysfunction in Patients with Painful Bladder Syndrome: Evaluation of the Use of Elmiron. Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Cambridge, Maryland September 29, 2008.

**Zaslau S**, Riggs DR, Jackson BJ, Talug C, Kandzari SJ. "Inositol Hexaphosphate (IP6): Modulation of Cell Cycle and Proliferation of Bladder Cancer In Vitro. Presented at the Association of VA Surgeons Annual Meeting, Boston, MA, April 19, 2009.

**Zaslau S**, Riggs DR, Jackson BJ, Kandzari SJ. "In Vitro Inosital Hexaphosphate Treatment for Bladder Cancer: Evaluation of Short versus Continual Exposure Time. Presented at the American Urological Association Annual Meeting, Chicago, IL, April 25-30, 2009.

**Zaslau S**, Brown ET, Riggs S, Jackson BJ, Kandzari SJ. "Female Sexual Dysfunction in Patients with Painful Bladder Syndrome: Evaluation of the Use of Antidepressants. Presented at the American Urological Association Annual Meeting, Chicago, IL, April 25-30, 2009.

**Zaslau S**, Maxey D, Namsupak J, Riggs D, Jackson BJ, Kandzari SJ. Interstim II Implantable Generator Improves Surgical Time and Postoperative Pain After Neuromodulation. Presented at the Mid-Atlantic Section of the American Urological Association Meeting, Williamsburg, VA, October 1-4, 2009.

Hakim J, Basu A, Luchey A, **Zaslau S**. Treatment of the Duplicated Ureter Injured Intraoperatively, Application of Kidney Transplant Techniques to the Urology Reconstruction Setting: Case Report and Review of the Literature. Presented at the North Central Section of the American Urological Association Meeting, Chicago, IL, September 30 – October 2, 2010.

**Zaslau S**, Riggs DR, Jackson M, Jessup M, Coad J, d'Audiffret A, Kandzari SJ. Stress Related Induction of Painful Bladder Syndrome in Mice: A New Murine Model. Presented at the Mid-Atlantic AUA Annual Meeting, Nemacolin Woodlands, PA, September 30-October 2, 2010.

Jansen R, **Zaslau S**. Sacral Neuromodulation Implantable Pulse Generator Failures: Impact on Programming Settings. Presented at the Mid-Atlantic AUA Annual Meeting, Nemacolin Woodlands, PA, September 30-October 2, 2010.

Luchey A, Riggs, D, Jackson B, **Zaslau S**, Kandzari SJ. Inositol Hexaphosphate Treatment for Bladder Cancer: In Vitro Effects on Apoptotic and Necrotic Activity. Presented at the Mid-Atlantic AUA Annual Meeting, Nemacolin Woodlands, PA, September 30-October 2, 2010.

Luchey A, Talug C, Riggs D, Jackson B, Point D, **Zaslau S**, Kandzari S. The In Vitro Anti-Tumor Activity of Docetaxel in Combination with Inositol Hexaphosphate (IP-6) in Castrate-Resistant PC3 and DU-145 Prostate Cancer Cell Lines." Presented at the Mid-Atlantic AUA Annual Meeting, Orlando, FL, November 3-November 6, 2011.

Luchey A, Riggs D, Jackson B, Talug C, Kandzari S, Coad J, Daous Y, Point D, Jesup M, **Zaslau S**, Kandzari, S. The Effects of Social and Environmental Stimuli in a New Murine Model for Interstitial Cystitis/Painful Bladder Syndrome. Presented at the Mid-Atlantic AUA Annual Meeting, Orlando, FL, November 3-November 6, 2011.

Hubsher CP, Jansen R, Riggs D, Jackson B, **Zaslau S**.  Long-term Outcome and Surgical Interventions after Sacral Neuromodulation for Lower Urinary Tract Symptoms:  A 7 year Single Center Experience.  Presented at the Mid-Atlantic AUA Annual Meeting, Philadelphia, PA, October 11-13, 2012.

Hubsher CP, Jansen R, Riggs D, Jackson B, **Zaslau S**.  Sacral Neuromodulation Implantable Pulse Generator Failures:  Impact of Symptomatology and Programming Settings on Battery Failure.  Presented at the Mid-Atlantic AUA Annual Meeting, Philadelphia, PA, October 11-13, 2012.

DeVallance E., Riggs D., Jackson B, Parkulo T, B, **Zaslau S**, Ice C, Bryner, R: Effects of Chronic Stress on Running Wheel Activity in Mice.  Presented at the Mid-Atlantic Regional Chapter of the American College of Sports Medicine (MARC-ACSM) 35th Annual Scientific Meeting,  Nov 2, 2012, Harrisburg, PA.

Hubsher CP, Jansen R, **Zaslau S**.  Sacral Neuromodulation for Females with Lower Urinary Tract Symptoms:  A 7 year single center experience with long-term outcomes and surgical interventions.  Presented at the Society for Urodynamics and Female Urology Meeting, Las Vegas, NV, February 26-March 2, 2013.

**Zaslau S.**  Urinary Tract Stone Formation and the Long Distance Athlete.  Presented at the American Medical Association Athletics Meeting, Boston, MA, April 13-14, 2013.

DeVallance, E., Riggs, D., Jackson, B., Parkulo, T., **Zaslau, S.**, Ice, C., Bryner, R: Effects of Chronic Stress on Running Wheel Activity in Mice. Presented at the American College of Sports Medicine (ACSM) 60th Annual Meeting. Indianapolis, IN, May 29-June 1, 2013

**Zaslau S**, Riggs D, Jackson B, Osborne J and Bryner R.  Female Sexual Dysfunction in Patients with Painful Bladder Syndrome:  Evaluation of the Effect of Body Mass Index.  Presented at the Mid-Atlantic AUA Annual Meeting, White Sulfur Springs, WV, October 24-27, 2013.

Jansen R, Hubsher C, **Zaslau S**.  Long term outcomes and reoperations following Sacral Neuromodulation for Voiding Dysfunction:  8-year experience at a single center.  Presented at the Mid-Atlantic AUA Annual Meeting, White Sulfur Springs, WV, October 24-27, 2013.

**Zaslau S.**  Interstim vs. Botox, Point and Counterpoint.  Presented at the Mid-Atlantic AUA Annual Meeting, White Sulfur Springs, WV, October 24-27, 2013.

Point D, Sabbagh O, Knight J, Morley C, **Zaslau S**, Al-Omar O.  "West Virginia pediatric renal Trauma: A level one trauma center experience.  Presented at the American College of Surgeons, West Virginia Chapter.  White Sulfur Springs, WV, May 2, 2014.

**Zaslau S**, Riggs D, Jackson, B, Osborne J, Bryner R.  Self-Reported Physical Activity in Patients with Normal Body Mass Index: Effect on Female Sexual Dysfunction in Patients with Painful Bladder Syndrome.  Presented at the American Urological Association Meeting, Orlando FL, May 19-21, 2014.

Bryner, RW, Sheikh, B, Jackson B, **Zaslau S**, Davis D, Riggs D.  Physical Activity in Patients from a West Virginia Urological Clinic.  Presented at the Annual Meeting, World Congress on Exercise is Medicine, and World Congress on the Role of Inflammation in Exercise, Health and Disease of the American College of Sports Medicine, Orlando, Florida, May 27- 31, 2014.

Parkulo T, Riggs D, Jackson B, DeVallance E, **Zaslau S**, Mohamed J, Alway S, Bryner, R.  Effects of

Zaslau—23

Chronic Stress on Mouse Pancreatic Beta Cell Proliferation and Muscle Atrophy Gene Expression.  Presented at the Annual Meeting, World Congress on Exercise is Medicine, and World Congress on the Role of Inflammation in Exercise, Health and Disease of the American College of Sports Medicine, Orlando, Florida, May 27- 31, 2014.

**Zaslau S**, Riggs D, Jackson B, Shapiro R, Point D, Osborne J, Bryner R.  Self-Reported Physical Activity in Patients with Painful Bladder Syndrome: Effect on Female Sexual Dysfunction.  Presented at the American Urogynecologic Society (AUGS), Washington DC, July 22-26, 2014.

**Zaslau S**, Riggs D, Jackson B, Shapiro R, Point D.  Urethrolysis in the treatment of painful bladder symptoms following sub-urethral sling placement:  a single center experience.  Presented at the American Urogynecologic Society (AUGS), Washington DC, July 22-26, 2014.

Point D, Morley C, **Zaslau S**, AL-Omar.  The pattern of referral for undescended testicles in West Virginia.  Presented at the Mid-Atlantic Section of the American Urological Annual Meeting in Baltimore, MD, September 20, 2014.

Peters A, Point D, **Zaslau S**, Shapiro R. Surgical Management of Sling-Related Complications Attributed to Vaginal Mesh.  Presented at the Mid-Atlantic AUA Annual Meeting, Nassau, Bahamas, October 22-24, 2015.

**Zaslau S**, Riggs D, Jackson B, Fooks H, Morley C, Jessop M, Bryner R, Kandzari SJ.  Self Reported Physical Activity and its effect on Female Sexual Dysfunction.  Presented at the Mid-Atlantic AUA Annual Meeting, Nassau, Bahamas, October 22-24, 2015.

## VISITING PROFESSORSHIPS/PROCTORSHIPS

**Year 2013**
10/17/13        Marshall University, Department of Obstetrics and Gynecology, Huntington, WV

**Year 2012**
4/1/12          Marshall University, Department of Obstetrics and Gynecology, Huntington, WV

**Year 2011**
1/21/11         Rochester General Hospital, Rochester, NY
9/20/11         Allegheny General Hospital, Pittsburgh, PA

**Year 2010**
5/25/10         Jamison Health Center, New Castle, PA
4/22/10         Rochester General Hospital, Rochester, NY

**Year 2009**
4/8/09          University of Florida, Department of Urology, Gainesville, FL

**Year 2008**
11/18/08        Philadelphia College of Osteopathic Medicine, Philadelphia, PA

**Year 2006**
4/5/06          UPMC-Bedford Medical Center, Department of Urology, Bedford, PA
10/10/06        Medical College of Virginia, Department of Urology, Richmond, VA
11/12/06        Community Hospital, Department of Urology, Munster, IN
5/20/06         Milton S. Hershey Medical Center/Penn State University, Division of Urology, Hershey, PA

Zaslau—24

<u>Year 2007</u>
2/15/07      Mount Nittany Hospital, Department of Urology, State College, PA
6/6/07       University of Pittsburgh Medical Center, Department of Obstetrics, Pittsburgh, PA
11/15/07     University of Buffalo Affiliated Hospitals/Millard Fillmore-Gates, Department of
             Urology, Buffalo, NY

## INVITED PRESENTATIONS AND LECTURES

<u>Year 2001</u>

Department of Medicine, Victory Memorial Hospital—Grand Rounds, Brooklyn, NY
        "Infections in Urology"

Department of Geriatrics, Metropolitan Jewish Geriatric Center—Grand Rounds,  Brooklyn, NY
        "Impact of Urinary Incontinence in Long-Term Care"

Department of Urology, Maimonides Medical Center—Grand Rounds, Brooklyn, NY
        "Female Sexual Dysfunction"
        "The Painful Bladder—Update on Interstitial Cystitis"
        "Update on Chronic Prostatitis"

Department of Obstetrics & Gynecology, Grand Rounds, New York University Medical Center,
        New York, NY
        "Female Sexual Dysfunction"

Department of Urology, Long Island College Hospital—Grand Rounds, Brooklyn, NY
        "Update on Chronic Prostatitis"

<u>Year 2002</u>

Harrison County Medical Society, Clarksburg, WV
        "Update on Alpha Blocker Therapy for Benign Prostate Hyperplasia"

Cumberland Obstetrics & Gynecology Society, Cumberland, MD
        "Update on Interstitial Cystitis"
        "Update on New Treatments for the Overactive Bladder"

West Virginia Osteopathic Medical Society Primary Care Update 2002, Lewisburg, WV
        "Geriatric Urinary Incontinence"
        "Update on Treatment of Benign Prostate Hyperplasia"

Surgery Update 2002: Surgical Approaches to Cancer Patients, Department of Surgery, West
        Virginia University School of Medicine, Morgantown, WV
        "Update on Brachytherapy"

Camden-Clark Hospital—Grand Rounds, Parkersburg, WV
        "New Concepts in the Management of Erectile Dysfunction"

Women and Children's Hospital—Department of Obstetrics and Gynecology, Grand Rounds
        Lecture Series, Charleston, WV
        "Geriatric Urinary Incontinence"
        "Update on Interstitial Cystitis"

4-Most Health Systems Fall Conference, Charleston, WV
        "Female Sexual Dysfunction"

Eastern Maine Medical Center—Department of Family Medicine, Bangor, ME
"Geriatric Urinary Incontinence"
"Update on Interstitial Cystitis"

Princeton General Hospital—Grand Rounds, Princeton, WV
"Introduction to Bladder Function and Dysfunction/Overactive Bladder"

Urology Teaching Weekend 2002, Section of Urology, Department of Surgery, West Virginia
University, Cheat Lake, WV
"Common Urologic Problems in the Pediatric Emergency Room"
"Female Sexual Dysfunction"
"Update on Chronic Prostatitis"
"Update on Oral Therapies for Erectile Dysfunction"

West Virginia Family Physicians Annual Meeting 2002, Charleston, WV
"Geriatric Urinary Incontinence"
"New Ways to Think About Sex"

Department of Obstetrics & Gynecology, Grand Rounds, West Virginia University Hospitals,
Morgantown, WV
"Female Sexual Dysfunction"

Tazewell County Medical Society, Richlands, VA
"Urinary Tract Infections"

Department of Family Medicine, United Hospital Center—Resident Conference, Clarksburg, WV
"Overactive Bladder Update 2002"

28th Hal Wanger Family Medicine Conference—Department of Family Medicine, West Virginia
University, Morgantown, WV
"Chronic Prostatitis"
"Prostatitis Syndromes"

Department of Internal Medicine, West Virginia University Hospitals, Resident Conference Series,
Morgantown, WV
"Benign Prostatic Hyperplasia: Update for the Primary Care Physician"
"Female Sexual Dysfunction"
"Geriatric Urinary Incontinence"
"Overactive Bladder Update 2002"
"The Painful Bladder/Interstitial Cystitis"
"Update on Erectile Dysfunction"

Department of Family Medicine, West Virginia University Hospitals, Resident Conference Series,
Morgantown, WV
"Benign Prostatic Hyperplasia:  Update for the Primary Care Physician"
"Chronic Prostatitis"
"Female Sexual Dysfunction"
"Overactive Bladder Update 2002"
"The Painful Bladder/Interstitial Cystitis"
"Update on Erectile Dysfunction"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"

Zaslau—26

"Case Studies in Female Urology"
"Diverticulum and Urinary Fistulae"
"Female Sexual Dysfunction"
"Pelvic Prolapse"
"Treatment of Intrinsic Sphincteric Deficiency—Injectibles and Sphincters"
"Update on Sacral Neuromodulation"

**Year 2003**

Department of Family Medicine, West Virginia University Hospitals, Resident Conference Series, Morgantown, WV
 "Adult Neurogenic Voiding Dysfunction"
 "Case Presentations in Urology:  UTI, OAB, and IC"
 "New Concepts in PDE5 Inhibition for Erectile Dysfunction"
 "Update on Interstitial Cystitis"
 "Update on Painful Bladder Syndromes"
 "Update on Urinary Tract Infections 2003"
 "Update on Urologic Malignancies"

WV School of Osteopathic Medicine Mid-Winter Assembly, Charleston, WV
 "Salvage of Failure of Oral Medications for Erectile Dysfunction"

Mens Health Forum, United Hospital Center, Clarksburg, WV
 "Update on 5-Alpha Reductase Inhibition"

Department of Internal Medicine, West Virginia University Hospitals, Resident Conference Series, Morgantown, WV
 "Adult Neurogenic Voiding Dysfunction"
 "Case Presentations in Urology:  UTI, OAB, and IC"
 "New Concepts in PDE5 Inhibition for Erectile Dysfunction"
 "Update on Alpha-Blockade Therapy for BPH"
 "Update on Painful Bladder Syndromes"
 "Update on Urologic Malignancies"
 "Update on UTIs"

HealthSouth Rehabilitation Hospital, Morgantown, WV
 "Update on Catheter Related Urinary Tract Infections"

Harrison County Medical Society, Clarksburg, WV
 "Update on Adult Neurogenic Voiding Dysfunction"
 "Update on the Use of Alpha Blockers in BPH"

Department of Obstetrics and Gynecology, Marshall University, Huntington, WV
 "Interstitial Cystitis Update for the Busy Gynecologist"

Chestnut Ridge Hospital (West Virginia University Hospitals), Department of Psychiatry, Morgantown, WV
 "Female Sexual Dysfunction: Update 2003"

Department of Surgery—Grand Rounds, West Virginia University, Morgantown, WV
 "Interstitial Cystitis:  What's New Clinically and in the Research Arena"
 "Key Concepts in Adult Voiding Dysfunction for the Surgeon"

West Virginia Chapter of American Academy of Family Physicians Annual Meeting 2003, Charleston, WV
 "Geriatric Voiding Dysfunction"

Zaslau—27

"Update on Benign Prostatic Hyperplasia"

Department of Medicine—Grand Rounds, Butler VA Medical Center, Butler, PA
"New Concepts in the Management of Benign Prostate Hyperplasia"

West Virginia Chapter of the American College of Surgeons Annual Meeting 2003, White Sulfur,
Springs, WV
"What's New with Interstitial Cystitis?"

Selby Memorial Hospital—Medical Grand Rounds/Resident Conference, Marietta, OH
"Update on Erectile Dysfunction"

O'Blenness Memorial Hospital (Ohio University College of Osteopathic Medicine), Athens, OH
"Update on Erectile Dysfunction"

West Virginia State Nursing/Nurse Practitioner Meeting, Huntington, WV
Update on Erectile Dysfunction"

Urology Spring Update—West Virginia University Section of Urology, Roanoke, WV
New Concepts in Interstitial Cystitis"
"Update on Adult Voiding Dysfunction"

West Virginia University Pain Treatment Center Annual Symposium, Morgantown, WV
"Interstitial Cystitis: New Concepts in Sacral Neuromodulation"

West Virginia School of Osteopathic Medicine Summer Update, Myrtle Beach, SC
"New Concepts in Interstitial Cystitis"

Reynolds Memorial Hospital—Medical Grand Rounds, Glen Dale, WV
"Update on Benign Prostate Hyperplasia"

Women's and Children's Hospital—Charleston Area Medical Center, Department of Obstetrics
& Gynecology—Grand Rounds, Charleston, WV
"Adult Neurogenic Voiding Dysfunction: Applications in Gynecology"
"Female Sexual Dysfunction:  New Horizons"
"Update on Atrophic Vaginitis and Painful Conditions of the Urethra"

Department of Obstetrics and Gynecology—West Virginia University, Morgantown, WV
"Basic Concepts of Female Urology"
"Update on Slings for SUI"
"Evaluation of Voiding Dysfunction"
"Treatment of Intrinsic Sphincter Deficiency—Part I – "Classics"
"Treatment of Intrinsic Sphincter Deficiency—Part II – "Pubovaginal Sling Variations"
"Update on Nonsurgical Treatment of Incontinence"
"Voiding Dysfunction/Diagnosis and Treatment of the Painful Bladder Syndromes"

Raleigh County Medical Society—Grand Rounds, Beckley, WV
"Update on Painful Bladder Conditions: IC, UTI, and Overactive Bladder"

Raleigh County Medical Society—Noon Conference, Associates in Obstetrics &
Gynecology, Beckley, WV
"Clinical Case Review: IC, OAB, and UTIs"

Department of Family Medicine—Eastern Maine Medical Center, Bangor, ME
"Adult Neurogenic Voiding Dysfunction: Didactics and Case Reviews"

Zaslau—28

Men's Health Forum—Charleston Area Medical Center, Charleston, WV
     "New Concepts in the Evaluation and Management of Erectile Dysfunction"

Parkersburg Family Practice Group Summer Update Meeting 2003, White Sulfur Springs, WV
     "Screening for Urinary Incontinence:  How, Why, When + Case Review"

Urology Teaching Weekend 2003, Section of Urology, Department of Surgery, West Virginia
     University, Cheat Lake, WV
     "Case Studies in Interstitial Cystitis"
     "Economics of Interstitial Cystitis in Clinical Practice"

Wedgewood Family Practice Center—Noon Conference, Morgantown, WV
     "BPH: A Static and Dynamic Disease"

Division of Operative Services—Department of Nursing Grand Rounds, West Virginia University,
     Morgantown, WV
     "New Concepts in Penile Prosthesis Surgery"

29th Hal Wanger Family Medicine Conference—Department of Family Medicine, West Virginia
     University, Morgantown, WV
     "Evaluation of Scrotal Masses"

29th Hal Wanger Family Medicine Conference—Department of Internal Medicine Grand Rounds,
     West Virginia University, Morgantown, WV
     "Update on Interstitial Cystitis"

Section of Trauma Services—Grand Rounds, West Virginia University, Morgantown, WV
     "Update on Lower Urinary Tract Trauma"

Surgery Update 2003—West Virginia Chapter of the American College of Surgeons Meeting,
     Morgantown, WV
     "Update on Genitourinary Trauma"

Department of Medicine Grand Rounds, Marshall University Medical Center, Huntington, WV
     "Cardiovascular Implications of Treatment of Erectile Dysfunction"

Pineview Obstetrics and Gynecology Conference, Morgantown, WV
     "Chronic Pelvic Pain Associated with Bladder Origin"

American Association of Operative Registered Nurses—Morgantown Chapter, Morgantown, WV
     "Stress Urinary Incontinence"

The Family Medicine Foundation of West Virginia Annual Meeting 2003, Huntington, WV
     "Update on Benign Prostate Hyperplasia"

Department of Obstetrics and Gynecology, Grand Rounds, Maine Medical Center, Portland, ME
     "New Concepts in Interstitial Cystitis"

Mercer County Medical Society, Bluefield, WV
     "Salvage of Failures of Oral Therapies for Erectile Dysfunction"

Harrison County Medical Society, Clarksburg, WV
     "Update on Alpha Blockers:  Therapeutic Roles in Men and Women"

Zaslau—29

**Year 2004**

Department of Obstetrics & Gynecology—Grand Rounds, West Virginia University, Morgantown,
WV
"Non-Surgical Treatment of Stress Urinary Incontinence"

Department of Internal Medicine, Wright-Patterson Air Force Base, Wright State University,
Dayton, OH
"Update on Benign Prostate Hyperplasia"

Surgery Update 2004—West Virginia Chapter of the American College of Surgeons Meeting,
Morgantown, WV
"Intraoperative Consultations for the Kidney"

30th Hal Wanger Family Medicine Conference—Department of Family Medicine, West Virginia
University, Morgantown, WV
"Update on Erectile Dysfunction"

Department of Surgery—Grand Rounds, West Virginia University, Morgantown, WV
"Update on Sacral Neuromodulation"

Department of Surgery, Section of Trauma Services, West Virginia University, Morgantown, WV
"Ureteral Injuries From External Violence"

West Virginia Osteopathic Medical Society, Spring Meeting, Charleston, WV
"Basic Science of Male Sexual Function"

Our Lady of Bellefonte Medical Center/Pikeville College of Osteopathic Medicine, Ashland, KY
"Non-Surgical Treatment of Urinary Incontinence"

Greenbrier Medical Society, White Sulfur Springs, WV
"Treatment of Erectile Dysfunction in Patients with Prostate Cancer"

Scioto County Medical Society, Southern Ohio Medical Center, Portsmouth, OH
"Non-Surgical Treatment of Urinary Incontinence"

West Virginia Physician's Assistant Society Annual CME Meeting, Roanoke, WV
"Unique Properties of PDE5 Inhibitors in the Treatment of Erectile Dysfunction"

West Virginia Association of Pharmacy Annual Meeting,  Morgantown, WV
"Unique properties of PDE5 Inhibitors in the Treatment of Erectile Dysfunction"

Department of Family Medicine, United Hospital Center, Clarksburg, WV
"Case Studies in Erectile Dysfunction"

Harrison County Medical Society Meeting, Clarksburg, WV
"Treatment of Erectile Dysfunction in Patients with Prostate Cancer"

Department of Obstetrics and Gynecology, Charleston Area Medical Center, Charleston, WV
"Sexual and Voiding Dysfunction: Are These Entities Linked?"

Department of Urology, Charleston Area Medical Center, Charleston, WV
"Prostate Cancer Treatment and Erectile Dysfunction"

Department of Family Medicine, West Virginia University Hospitals, Resident Conference Series,
Morgantown, WV

Zaslau—30

     "Case Presentations in Urology"
     "Non-Surgical Treatment of Urinary Incontinence"
     "Update on Genitourinary Oncology"

St. Joseph's Hospital—Medical Grand Rounds, Parkersburg, WV
     "Prostate Cancer Treatment and Erectile Dysfunction"

Department of Internal Medicine, West Virginia University Hospitals, Resident Conference Series, Morgantown, WV
     "Case Presentations in Urology"
     "Update on Genitourinary Oncology"

Department of Emergency Medicine—Grand Rounds, West Virginia University Hospitals, Morgantown, WV
     "Update on Lower Urinary Tract Trauma"
     "Update on Upper Urinary Tract Trauma"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University, Morgantown, WV
     "Update on Interstitial Cystitis"
     "Update on Slings for Stress Urinary Incontinence"
     "Case Studies in Female Urology"
     "Diverticulum and Urinary Fistulae"
     "Female Sexual Dysfunction"
     "Pelvic Prolapse"
     "Treatment of Intrinsic Sphincteric Deficiency—Injectibles and Sphincters"
     "Update on Sacral Neuromodulation"

O'Blenness Memorial Hospital—Ohio University College of Osteopathic Medicine, Athens, OH
     "Update on Erectile Dysfunction: Controversies in Treatment"

Urology Spring Update—West Virginia University Section of Urology, Roanoke, WV
     "Update on Alpha Blockers: Therapeutic Roles in Men, Women and Children"

**Year 2005**

Primary Care Network CME Conference, Morgantown, WV
     "Emerging Concepts in the Treatment of Overactive Bladder"

Primary Care Network CME Conference, Charleston, WV
     "Emerging Concepts in the Treatment of Overactive Bladder"

Community Health Network, MBA Essentials Course, College of Business and Economics, West Virginia University, Stonewall Jackson Resort, Roanoke, WV
     "Customer Value, Market Opportunity Analysis and Customer Satisfaction"
     (3-Hour mini-course module)

Department of Surgery, Section of Trauma Services, West Virginia University, Morgantown, WV
     "Intraoperative Consultation for the Kidney"

Department of Medicine, Weirton Medical Center, Weirton, WV, Grand Rounds
     "Relationship Between LUTS and ED"

Department of Family Medicine, West Virginia University Hospitals, Resident Conference Series, Morgantown, WV
     "Case Presentations in Urology"

Zaslau—31

"Update on New Indications for PDE5 Inhibition for Erectile Dysfunction"

Department of Internal Medicine, West Virginia University Hospitals, Resident Conference Series, Morgantown, WV
 "Case Presentations in Urologic Trauma"
 "Case Presentations in Urology"
 "Update on New Indications for PDE5 Inhibition for Erectile Dysfunction"

Department of Surgery, Section of Trauma Services, West Virginia University, Morgantown, WV
 "Intraoperative Consultation for the Kidney"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University, Morgantown, WV
 "Case Studies in Female Urology"
 "Update on Slings for Stress Urinary Incontinence"
 "Female Sexual Dysfunction"
 "Pelvic Prolapse"
 Treatment of Intrinsic Sphincteric Deficiency—Injectibles and Sphincters"
 "Update on Sacral Neuromodulation"

Department of Family Medicine, Wright-Patterson Air Force Base, Wright State University, Dayton, OH
 "Case Presentations in BPH"

Belmont Medical Society—Monthly CME Conference, St. Clairsville, OH
 "Update on Neurogenic Voiding Dysfunction"

Camden-Clark Medical Center—Medical Grand Rounds, Parkersburg, WV
 "Update on Antimuscarinics for Bladder Dysfunction"

**Year 2006**

Division of Urology, Grand Rounds, Medical College of Virginia, Richmond, VA
 "Current Concepts in Sacral Neuromodulation"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University, Morgantown, WV
 "Update on Sacral Neuromodulation"
 "Update on Interstitial Cystitis"
 "Update on Slings for Stress Urinary Incontinence"

Physician's Executive MBA Program Class of 2006—Invited Guest Lecture, Knoxville, TN
 "Personal Financial Management for Physicians"

Department of Family Medicine, Wheeling Hospital, Wheeling, WV
 "Update on Alpha Blockers for the Treatment of BPH"

Department of Surgery – Grand Rounds, West Virginia University, Morgantown, WV
 "Personal Financial Management for Physicians"
 "Update on Nephrolithiasis"

Logan Area Medical Center – Grand Rounds, Logan, WV
 "Update on Overactive Bladder"

Ohio Valley Medical Center—Resident Lecture Series in Urology, Wheeling, WV
 "Current Concepts in BPH and ED"

Zaslau—32

"Current Concepts in Voiding Dysfunction"
"Update on GU Oncology"
"Urolithiasis"

**Year 2007**

Department of Surgery, Division of Trauma Services, West Virginia University, Morgantown, WV
"Ureteral Trauma From External Violence"

Sharing Ideas That Work in the Classroom Symposium, West Virginia University, Morgantown, WV
"Personal Teaching Strategies in Urology"

Mid Atlantic Section, American Urological Association Annual Meeting, Southhampton, Bermuda
"New Concepts in Neuromodulation"

Department of Nursing Grand Rounds, West Virginia University Hospitals, Morgantown, WV
"Percutaneous Nephrolithotripsy"

Department of Family Medicine Resident Conference, Wheeling Hospital, Wheeling, WV
"Male Overactive Bladder"

Department of Family Medicine Resident Conference, United Hospital Center, Clarksburg, WV
"Update on Voiding and Sexual Dysfunction"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University, Morgantown, WV
"Update on Sacral Neuromodulation"
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"

"Case Studies in Female Urology"
"Female Sexual Dysfunction"
"Pelvic Prolapse"
"Treatment of Intrinsic Sphincteric Deficiency—Injectibles and Sphincters"

**Year 2008**

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University, Morgantown, WV
"Case Studies in Female Urology"
"New Concepts in Sling Surgery for SUI"
"Update on Sacral Neuromodulation"
"Update on Interstitial Cystitis"

West Virginia Chapter of American Academy of Family Physicians Annual Meeting 2008, Charleston, WV
"New Concepts in Overactive Bladder"

Department of Family Medicine, United Hospital Center, Clarksburg, WV
"Update on Male Overactive Bladder-Lower Urinary Tract Symptoms"

Hal Wanger Conference 2008, West Virginia University Department of Family Medicine Morgantown, WV
"New Concepts in Treatment of Pelvic Organ Prolapse"

Zaslau—33

Department of Surgery, Division of Trauma Services, West Virginia University, Morgantown, WV
"Case Studies in GU trauma"

**Year 2009**

Department of Emergency Medicine, West Virginia University
Morgantown, WV
"Update on Nephrolithiasis for the Emergency Physician"

West Virginia Cancer Registrars Association 2009 Annual Meeting
Morgantown, WV
"Update on Staging of Renal Cell Carcinoma"

Department of Neurosurgery, West Virginia University
Morgantown, WV
"Core Concepts in Neurourology and Urodynamics"
"Neurogenic Voiding Dysfunction"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Update on Genitourinary Trauma"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Case Studies in Female Urology"
"Evaluation of the Urinary Tract & Urodynamics"
"Update on Sacral Neuromodulation"
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"

**Year 2010**

Department of Obstetrics and Gynecology—Urogynecology Conference, University of Pittsburgh
Magee-Womens Hospital
Pittsburgh, PA
"New Concepts in Neuromodulation Surgery"

Center for Womens Care, Mount Desert Island Hospital
Bar Harbor, ME
"Case Studies in Female Urology"
"Update on Interstitial Cystitis"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Case Studies in Female Urology"
"Evaluation of the Urinary Tract & Urodynamics"
"Pathophysiology of Voiding Dysfunction"
"Urethral diverticulum and urinary tract fistula"
"Update on Female Sexual Dysfunction"
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV

Zaslau—34

"Update on Genitourinary Trauma"

**Year 2011**

Department of Obstetrics and Gynecology—Urogynecology Conference, University of Pittsburgh
Magee-Womens Hospital
Pittsburgh, PA
"New Concepts in Neuromodulation Surgery"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Case Studies in Female Urology"
"Update on Sacral Neuromodulation"
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"
"Pathophysiology of Voiding Function and Dysfunction"

Charleston Area Medical Center Annual Urology Teaching Conference
Charleston, WV
"Update on Sacral Neuromodulation"

Department of Neurosurgery, West Virginia University
Morgantown, WV
"Core Concepts in Neurourology and Urodynamics"
"Neurogenic Voiding Dysfunction"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Update on Genitourinary Trauma"

**Year 2012**

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Case Studies in Urogynecology"
"Update on Sacral Neuromodulation"
"Update on Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"
"Pathophysiology of Voiding Function and Dysfunction"
"Female Pelvic Anatomy"

Department of Neurosurgery, West Virginia University
Morgantown, WV
"Core Concepts in Neurourology and Urodynamics"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Update on Genitourinary Lower Urinary Tract Trauma"

**Year 2013**

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Pathophysiology of Voiding Function and Dysfunction"

Zaslau—35

"Update on Slings for Stress Urinary Incontinence"
"Introduction to Urodynamics"
"Female Pelvic Anatomy"
"Introduction to POP using the POPQ"

Department of Surgery, West Virginia University
Morgantown, WV
"Personal Financial Management for Physicians"

Department of Family Medicine, West Virginia University
Morgantown, WV
"New Concepts in Erectile Dysfunction"

2013 Annual West Virginia Ob/Gyn Fellows Conference, Stonewall Resort
Roanoke, WV
"New Concepts in Sling Surgery Update: 2013"

Mid Atlantic Section, American Urological Association, Annual Meeting
White Sulfur Springs, WV
"Point & Counterpoint:  Sacral Neuromodulation versus Botox Injection"
Moderator and leader:  "Voiding dysfunction and incontinence session"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Update on Genitourinary Upper Urinary Tract Trauma"

**Year 2014**

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Female Sexual Dysfunction"
"Update on Slings for Stress Urinary Incontinence"
"Overview of Interstitial Cystitis"

Neuromodulation Faculty Summit
Minneapolis, MN
"Overview of Programming in Sacral Neuromodulation"

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Update on Genitourinary Lower Urinary Tract Trauma"

**Year 2015**

Department of Surgery, Division of Trauma Services, West Virginia University,
Morgantown, WV
"Urotrauma Guidelines:  Kidney, Ureter and Bladder"
"Case Studies in Trauma to Penis, Scrotum and Testicles"

Department of Obstetrics and Gynecology—Resident Conference, West Virginia University,
Morgantown, WV
"Urologic Problems in Pregnancy"
"Overview of Interstitial Cystitis"
"Update on Slings for Stress Urinary Incontinence"

Zaslau—36

"Case Studies in Female Urology"
"Diverticulum and Urinary Fistulae"

West Virginia Trauma Symposium
    Roanoke, WV
    "Urotrauma Guidelines: Kidney, Ureter and Bladder"

**Year 2016**

**Personal and Professional Leadership Experiences:**

| | |
|---|---|
| 2015- | Medical Director, POC Surgery Clinics |
| 2013- | Associate Chairman, Administration and Research, Department of Surgery |
| 2011- | Professor, Department of Obstetrics and Gynecology |
| 2010- | Professor and Chief, WVU Division of Urology |
| 2008- | Accepted to Health Science Teaching and Learning Academy |
| 2008-2009 | Accepted to AUA National Leadership Program |
| 2006-Present | Residency Program Director, WVU Division of Urology |
| 2001-2005 | Associate Residency Program Director, WVU Division of Urology |
| 2001-Present | Third-Year Medical Students: |
| | Clerkship Director, Urology Rotation (Surgery Elective) |
| 2001-Present | Fourth-Year Medical Students: |
| | Clerkship Director, Clinical Urology Elective Rotation |
| | Clerkship Director, Neurourology and Voiding Dysfunction Elective |
| | Clerkship Director, Urology Research Elective |
| 2001-Present | Co-Director, Center for Sexual and Voiding Dysfunction |
| 2001-Present | Director, Urodynamics Laboratory |
| | Course Director, Introduction to the GU System |
| 2004-Present | Ohio University College of Osteopathic Medicine, Athens, OH |
| | -Developed and deliver 6-hour course for MSII curriculum |

**Community Service**

**2001**
Doctors on Call, "Impotence"
WVU Health Line Radio Show, "Impotence"
Guest Lecturer and Faculty Advisor, US TOO Prostate Cancer Support Group,
    WVU Chapter, 2001-Present

**2002**
Doctors on Call, "Urinary Incontinence"
WVU Health Line Radio Show, "Urinary Incontinence"
Faculty Advisor, Interstitial Cystitis Network, 2002-Present

**2003**
Doctors on Call, "Erectile Dysfunction"
Doctors on Call, "Prostate Problems"
WVU Health Line Radio Show, "Erectile Dysfunction"
WVU Health Line Radio Show, "Female Sexual Dysfunction"
Faculty Advisor, Loin Pain Hematuria Syndrome Support Group, 2003-Present
Faculty Advisor, West Virginia Interstitial Cystitis Support Group, 2003-Present

Zaslau—37

**2004**
Doctors on Call, "Male Infertility"
WVU Health Line Radio Show, "Urinary Tract Infections"

**2005**
Doctors on Call, "Prostate Cancer"

**2006**
Doctors on Call, "Incontinence"

**2007**
WVU Health Line Radio Show, "Prostate Cancer"

**2008**
"WVU Health Line Radio Show, "Prostate Problems"

**2014**
Doctors on Call, "Incontinence and Pelvic Prolapse"

**Interests:**

Marathon running
Attending sporting events
Reading

**Urologic Robotic Training:**

**2014**
- Intuitive Surgical On-line Robotics Curriculum Certificate
- Webinar:  AUA Urologic Robotics Course. 1.5 hours CME
- Webinar:  AUA Urologic Robotics Supplementary Courses:  Partial Nephrectomy, Cystectomy, Prostatectomy, UPJ Repair in Children.  9.0 hours CME
- Webinar:  AUA 2013 Annual Meeting Course:  Getting Started in Robotics. 3.0 hours CME

**2015**
- Member, Society of Robotic Surgery
- Webinar:  AUA 2013 Annual Meeting Course:  Management of the Small Renal Mass.  3.0 hours CME
- Webinar:  Robotic Partial Nephrectomy:  Procedure, Protocol and Pitfalls, Ronny Abaza, MD.  4.0 hours CME
- Webinar:  AUA 2014 Guidelines for Urologic Malignancies.  2.0 hours CME
- Intuitive Surgical Porcine Hands-On Laboratory, Cincinnati, Ohio.  7.0 hours CME
- Webinar:  AUA 2013 Annual Meeting Course:  Robotic Radical Cystectomy:  Getting Started; Tips & Tricks from the Experts.  2.0 hours CME

Zaslau—38

- Society of Robotic Surgery Meeting – Urology Section, Orlando, FL 2/21/15-2/22/15.  20 hours CME.