# EXHIBIT A

# EXHIBIT A

This Motion and Memorandum of Law relate to the following plaintiffs:

| Civil Action No. | | |
|---|---|---|
| | *Cottrell v. Ethicon, Inc.* | 2:12-cv-05480 |
| | *Datz v. Ethicon, Inc.* | 2:12-cv-03735 |
| | *Stepski v. Ethicon, Inc.* | 2:12-cv-05342 |